# ANNEX B

**Debtor's Corporate Structure Chart**

**Organizational Structure of LTL Management LLC**



**Key**

