# **ANNEX G**

**March 6, 2023 Letter from Trailblazers**



March 6, 2023

Attn: Honorable Judge Richard L. Seabolt
Superior Court of California
County of Alameda
Oakland - Administration Building
Department 18, Floor 3
1221 Oak Street
Oakland, CA 94612

Re:  Permission to film at the VALADEZ vs. JOHNSON & JOHNSON, ET AL. trial

To whom it may concern:

My name is Ashleigh DiTonto and I am the Senior Vice President of Development at Trailblazer Studios, a production company based in Raleigh, NC, which focuses on documentary filmmaking and post-production services for premium platforms like Netflix, Hulu, National Geographic, Disney + and ESPN. This includes our recent documentary, "Rise Again: Tulsa and the Red Summer," directed by award-winning filmmaker Dawn Porter.

I am writing to you today, respectfully, requesting permission to film the court proceedings for the upcoming VALADEZ vs. JOHNSON & JOHNSON, ET AL trial, which is set to come before the Honorable Judge Richard L. Seabolt.

As the first J&J baby powder trial following the 3rd Circuit Court of Appeals decision to dismiss the LTL Management bankruptcy filing, this is a case of significant public interest. Moreover, my company is filming a documentary focused on the ongoing talc bankruptcy saga, which currently involves over 40,000 American families and could leave lasting effects on the legal system and the cosmetic industry. As the bankruptcy proceedings continue, the Valadez case stands out as not only a key part of our story, but also as a remarkable demonstration of the judicial system working together on multiple levels.

Our crew will be small and, thus, will not interrupt the proceedings in any way. My team has filmed extensively in court before and understands the seriousness of the case; moreover, we have tremendous respect for Alameda County Superior Court and Judge Seabolt.

We believe that utilizing footage from this trial would be incredibly valuable to the American public and would make for a powerful piece to our story. We appreciate your time and consideration in this matter and welcome the opportunity to discuss this further with you over the phone, on Zoom, or in person.



1610 Midtown Place   Raleigh NC 27609   919.645.6600   Fax 919.645.6601   TrailblazerStudios.com

Sincerely,

Ashleigh DiTonto
SVP of Development
(201) 893-5109
ashleigh@trailblazerstudios.com
https://www.trailblazerstudios.com