# ANNEX I

**Plaintiff's Response to Defendants' Opposition to
Trailblazer Studios' Request to Record Trial Proceedings**

E-SERVICE
69621681
Mar 23 2023
10:52AM
File & ServeXpress

1 | Joseph D. Satterley (C.S.B. #286890)
Denyse F. Clancy (C.S.B. #255276)
2 | Ian A. Rivamonte (C.S.B. #232663)
   irivamonte@kazanlaw.com
3 | KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
4 | Jack London Market
55 Harrison Street, Suite 400
5 | Oakland, California 94607
Telephone: (510) 302-1000
6 | Facsimile: (510) 835-4913

7 | Attorneys for Plaintiff

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| ANTHONY HERNANDEZ VALADEZ,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | Case No. 22CV012759<br><br>**PREFERENCE MOTION GRANTED**<br><br>Assigned for All Pre-Trial Purposes to<br>Judge Richard Seabolt<br>Department 18<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' OPPOSITION TO TRAILBLAZER STUDIOS' REQUEST TO RECORD TRIAL PROCEEDINGS**<br><br>Case Filed: June 15, 2022<br>Trial Date: April 17, 2023 |

1  This Court has the discretion to permit, refuse, or limit Trailblazer Studios' access to record this case's trial proceedings. [Cal. Rules of Ct., rule 1.150(e); *People v. Dixon* (2007) 148 Cal.App.4th 414, 437.] In exercising that discretion, this Court should disregard Defendants' argument that Trailblazer Studios' request is "improper" under Civil Code section 3344(a) because it purportedly "would violate California law prohibiting profit from the use and likeness of an individual absent their consent." [Defendants' Opp. at 8.] Defendants are wrong because subdivision (d) of section 3344 states that matters of "***public affairs***," including this case "***shall not constitute a use for which consent is required under subdivision (a).***" [Civ. Code § 3344(d) (emphasis added).]

In California, a plaintiff may allege misappropriation of their name or likeness under Civil Code section 3344(a). However, "no cause of action will lie" under a section 3344 claim for misappropriation "for the '[p]ublication of matters in the public interest, which rests on the right of the public to know and the freedom of the press to tell it.'" [*Montana v. San Jose Mercury News, Inc.* (1995) 34 Cal.App.4th 790, 793; *see also Eliott v. Lions Gate Entertainment Corp.* (C.D. Cal., Nov. 8, 2022, No. 221CV08206SSSDFMX) 2022 WL 17408662, at *9 (citing to *Montana,* 34 Cal.App.4th at 793).] Indeed, section 3344(d) states that "[f]or purposes of" section 3344, "a use of a name, voice, signature, photograph, or likeness in connection with any news, ***public affairs***, or sports broadcast or account, or any political campaign, ***shall not constitute a use for which consent is required under subdivision (a)***." [Civ. Code § 3344(d) (emphasis added).]

For example, in *Eliott*, the plaintiff claimed that the at-issue documentary "suggests that he was a 'recruiter and member of a purported sex cult.'" [*Eliott,* 2022 WL 17408662, at *7.] Applying section 3344 and California authorities interpreting it, the federal district court held that the plaintiff had no valid claim for improper use of his name and likeness because the at-issue documentary involved "a matter of public interest." [*Id.* at *9.] "And as California's courts have held, even private individuals cannot state a claim for misappropriation for their portrayal in a publication concerning a public matter." [*Id.* (citing *Dora v. Frontline Video, Inc.* (1993) 15 Cal.App.4th 536, 543).]

Defendants' bad-faith bankruptcy and infliction of further harm upon mesothelioma

1  victims like Plaintiff Anthony Hernandez Valadez is a "matter of public interest." [*See, e.g.,*
2  Spector, M., *Judge Indicates Intention to Dismiss J&J Talc Unit Bankruptcy* (Feb. 14, 2023)
3  Reuters <https://tinyurl.com/2tum2v4y> (as of Mar. 23, 2023).] Indeed, Mr. Valadez's case is the
4  only one allowed to proceed to trial despite the bankruptcy stay affecting thousands of other talc
5  claimants. [Church, S., *J&J Must Face Baby Powder Suit From 24-Year-Old With Cancer* (Feb.
6  14, 2023) Bloomberg Law <https://tinyurl.com/4jwva59n> (as of Mar. 23, 2023).] Thus,
7  Defendants' claim that "Court approval" of Trailblazer Studios' "request creates a myriad of legal
8  concerns and potential liabilities" is unfounded. Their argument also contradicts Rule 1.150 and
9  Code of Civil Procedure section 124 because, under Defendants' mistaken interpretation of
10 California law, it creates a presumption against recording or broadcasting court proceedings. [Cal.
11 Rules of Ct., rule 1.150(a) ("This rule does not create a presumption for or against granting
12 permission to photograph, record, or broadcast court proceedings."); *see also* Code Civ. Proc.
13 § 124 (generally, "the sittings of every court shall be public").]

14     Defendants' arguments that Civil Code section 3344 "should cause the court additional
15 concern" are unfounded and inconsistent with the law. Accordingly, Plaintiff requests that this
16 Court disregard Defendants' section 3344 arguments in exercising its discretion to permit, refuse,
17 or limit Trailblazer Studios' access to record the trial proceedings in this case.

19 DATED:  March 23, 2023           KAZAN, McCLAIN, SATTERLEY & GREENWOOD
                                    A Professional Law Corporation

                                    By: _____
                                        Ian A. Rivamonte

                                    Attorneys for Plaintiff

3247451.1

3

Plaintiff's Response to Defendants' Opposition to Trailblazer Studios' Request to Record Trial Proceedings

**PROOF OF SERVICE**

*Anthony Hernandez Valadez v. Johnson & Johnson, et al.*
**Alameda County Superior Court Case No. 22CV012759**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Alameda, State of California. My business address is Jack London Market, 55 Harrison Street, Suite 400, Oakland, CA 94607.

On March 23, 2023, I served true copies of the following document(s) described as:

**PLAINTIFF'S RESPONSE TO DEFENDANTS' OPPOSITION TO TRAILBLAZER STUDIOS' REQUEST TO RECORD TRIAL PROCEEDINGS**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY ELECTRONIC SERVICE:** I electronically served the document(s) by using the File & ServeXpress system. Participants in the case who are registered users will be served by the File & ServeXpress system. Participants in the case who are not registered users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 23, 2023, at Tracy, California.



E. A. Pawek

3247451.1

4

Plaintiff's Response to Defendants' Opposition to Trailblazer Studios' Request to Record Trial Proceedings

1 **SERVICE LIST**

BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles CA 90067
Telephone: (310)284-3880
Facsimile: (310)284-3894
FOR: ALBERTSONS COMPANIES, INC., ALBERTSONS COMPANIES, INC.sii/pae/et LUCKY STORES, INC., LUCKY STORES, INC., SAFEWAY INC., SAVE MART SUPERMARKETS , SAVE MART SUPERMARKETS sii/pae/et LUCKY STORES, INC., TARGET CORPORATION, WALMART INC.

KING & SPALDING LLP
633 West 5th Street,
Suite 1600
Los Angeles CA 90071
Telephone: 213-443-4351
Facsimile: 213-443-4310
FOR: JOHNSON & JOHNSON , LTL MANAGEMENT LLC, LTL MANAGEMENT LLC sii/pae/et JOHNSON & JOHNSON BABY PRODUCTS COMPANY, LTL MANAGEMENT LLC sii/pae/et JOHNSON & JOHNSON CONSUMER INC.

SPANOS PRZETAK
555 12th Street
Suite 2060
Oakland CA 94607
Telephone: (510) 250-0200
Facsimile: (510) 380-6354
FOR: DESIGNATED DEFENSE COUNSEL

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com