**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admissions *pro hac vice* pending)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br>      Debtor. | Chapter 11<br><br>Case No.:  23-12825 (MBK)<br><br>Judge:  Michael B. Kaplan |

## ORDER GRANTING COMPLEX CHAPTER 11 CASE TREATMENT

The relief set forth on the following page is hereby **ORDERED**

---

[1]  The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1535655367

(Page 2)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order Granting Complex Chapter 11 Case Treament

This bankruptcy case was filed on April 4, 2023.  An *Application for Designation as Complex Chapter 11 Case* was filed.  After review of the initial pleadings filed in this case, the Court concludes that this case constitutes a Complex Chapter 11 case.

**IT IS ORDERED** that the request set forth in the *Application for Designation as Complex Chapter 11 Case* pursuant to the Court's *General Order Governing Procedures For Complex Chapter 11 Cases* is **HEREBY GRANTED**; and

**IT IS FURTHERED ORDERED** that the *Guidelines Establishing Case Management and Administrative Procedures for Cases Designated as Complex Chapter 11 Cases* as set forth at Exhibit F to the Court's *General Order Governing Procedures For Complex Chapter 11 Cases* shall apply.