Marc E. Wolin, Esq.
John M. August, Esq.
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ  07932
Tel:  (973) 622-8401

-and-

Steven Kazan, Esq.
Joseph D. Satterley, Esq.
Denyse F. Clancy, Esq.
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Tel: (510) 302-1000

*Counsel for Various Talc Claimants*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| In re: | : | Chapter 11 |
|---|---|---|
|  | : |  |
| LTL MANAGEMENT LLC, | : | Case No. 23-12825 |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Various Talc Claimants ("Claimants"), by and through their local counsel, Saiber LLC, hereby appears in this case pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and requests that copies of all notices and pleadings given or filed in this case be given to and served upon the following:

John M. August, Esq.
jaugust@saiber.com
Saiber LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex, e-mail, or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that Claimants do not intend this Notice of Appearance and Request for Notices and Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which they may be entitled including, but not limited to: (i) their rights to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) their rights to trial by jury in any proceeding related to this case; (iii) their rights to move to withdraw the reference, or object thereto, in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs or recoupments to which they may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Claimants expressly reserve.

SAIBER LLC
*Local Counsel for Various Talc Claimants*

By:   /s/ John M. August
      JOHN M. AUGUST

DATED:  April 4, 2023