UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
The Kelly Firm, P.C.
Andrew J. Kelly, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
akelly@kbtlaw.com
732-449-0525
Attorneys/Local Counsel for BCBS of Massachusetts

In Re:
LTL Management, LLC

Case No.: 23-12825
Chapter: 11
Judge: MBK

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of BCBS of Massachusetts. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Andrew J. Kelly, Esq.
The Kelly Firm, P.C.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
akelly@kbtlaw.com
732-449-0525

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 4/4/2023

/s/ Andrew J. Kelly
Signature

*new.8/1/15*