**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admissions *pro hac vice* pending)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

**ORDER REGARDING APPLICATION FOR
EXPEDITED CONSIDERATION OF FIRST DAY MATTERS**

The relief set forth on the following pages is hereby **ORDERED.**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1535638484

(Page 2)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption: Order Regarding Application for Expedited Consideration of First Day Matters

After review of the Application for Expedited Consideration of First Day Matters, and for good cause shown;

**IT IS ORDERED** that the following motions are scheduled for hearing before the Honorable _____ in Courtroom # no. _____ located at _____ on the date(s) and time(s) set forth below:

| MATTER | HEARING DATE AND TIME |
|---|---|
| 1. Motion for an Order Authorizing the Debtor an Extension of Time Within Which to File Statements and Schedules. | |
| 2. Motion for an Order Authorizing the Debtor to Maintain Existing Bank Accounts and Business Forms and Cash Management Procedures Providing the United States Trustee's Office with a 60 Day Period to Object to Said Order before It Becomes a Final Order. | |
| 3. Motion for an Order Authorizing the Debtor to Retain a Claims and Noticing Agent. | |
| 4. Application for Designation as Complex Chapter 11 Case | |
| 5. Debtor's Motion for an Order Suspending Entry and Service of Standard Notice of Commencement. | |
| 6. Debtor's Motion For an Order: (I) Authorizing It to File a List of the Top Law Firms With Talc Claims Against the Debtor in Lieu of the List of the 20 Largest Unsecured Creditors; (II) Approving Certain Notice Procedures for Talc Claimants; and (III) Approving the Form and Manner of Notice of Commencement of This Case. | |
| 7. Debtor's Motion Pursuant to 11 U.S.C. § 1505 for an Order Authorizing It to Act as Foreign Representative on Behalf of the Debtor's Estate | |

IT IS FURTHER ORDERED, that service of this Order must be made under D.N.J. LBR 9013-5(f); and

IT IS FURTHER ORDERED, that objections and/or responses to First Day Matters, if any, may be made under D.N.J. LBR 9013-5(d).

NAI-1535638484