| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admissions *pro hac vice* pending)<br><br>*PROPOSED ATTORNEYS FOR DEBTOR* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Hon. Michael B. Kaplan |

## CERTIFICATION OF PAUL R. DeFILIPPO IN SUPPORT OF APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* OF AMANDA RUSH

I, Paul R. DeFilippo, of full age, hereby certify as follows:

1. I am a partner with the law firm of Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110. I am admitted to practice law in the State of New Jersey and the United States District Court for the District of New Jersey.

2. I make this Certification in support of the application of Amanda Rush to practice before this court *pro hac vice* pursuant to D.N.J LBR 2090-1. The facts contained in the

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Certification of Ms. Rush are true and correct to the best of my knowledge, information, and belief.

      3.      I am proposed co-counsel of record in this matter and will work closely with Ms. Rush. As proposed co-counsel of record, I will sign all pleadings, briefs, and other papers filed with the Court and understand that I will be held responsible for Ms. Rush and the conduct of this case.

      I certify that the foregoing statements are true to the best of my knowledge, information, and belief under penalty of perjury.

Dated:  April 4, 2023

                                                  */s/ Paul R. DeFilippo*
                                                    Paul R. DeFilippo