|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> **WOLLMUTH MAHER & DEUTSCH LLP** <br> Paul R. DeFilippo, Esq. <br> 500 Fifth Avenue <br> New York, New York 10110 <br> Telephone: (212) 382-3300 <br> Facsimile: (212) 382-0050 <br> pdefilippo@wmd-law.com <br><br> **JONES DAY** <br> Gregory M. Gordon, Esq. <br> Brad B. Erens, Esq. <br> Dan B. Prieto, Esq. <br> Amanda Rush, Esq. <br> 2727 N. Harwood Street <br> Dallas, Texas 75201 <br> Telephone: (214) 220-3939 <br> Facsimile: (214) 969-5100 <br> gmgordon@jonesday.com <br> bberens@jonesday.com <br> dbprieto@jonesday.com <br> asrush@jonesday.com <br> (Admissions *pro hac vice* pending) <br><br> *PROPOSED ATTORNEYS FOR DEBTOR* | |
| In re: <br><br> LTL MANAGEMENT LLC,[1] <br><br>                   Debtor. | Chapter 11 <br><br> Case No.: 23-12825 (MBK) <br><br> Judge: Hon. Michael B. Kaplan |

### CERTIFICATION OF AMANDA RUSH IN SUPPORT OF
### APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Amanda Rush, of full age, hereby certify as follows:

1.      I am a partner with the law firm of Jones Day, 2727 North Harwood Street, Dallas, Texas 75201.

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2. I make this certification in connection with my application to be admitted *pro hac vice* in the above captioned bankruptcy case to represent Debtor, LTL Management LLC as proposed co-counsel.

3. I am a member in good standing of the bars of the following courts, to which I was admitted in the years indicated: State of Texas (2011) and United States District Court for the Northern District of Texas (2013).

4. I am not under suspension or disbarment by any court.

5. I have no disciplinary proceeding pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

6. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund For Client Protection in accordance with New Jersey Court Rule 1:28-2, and have already satisfied that payment for 2023 in connection with my admission pro hac vice before this Court in the related bankruptcy case captioned *In re LTL Management LLC*, Case No. 21-30589 (MBK).

7. I have familiarized myself with the Local Rules of Bankruptcy Procedure promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of this case.

8. I understand that if I am admitted *pro hac vice* to this Court, I am within its disciplinary jurisdiction and I voluntarily consent to the same and certify that I will abide with all rules, regulations and orders of this Court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  April 4, 2023

                                                  */s/ Amanda Rush*
                                                  Amanda Rush