**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admissions *pro hac vice* pending)

*PROPOSED ATTORNEYS FOR DEBTOR*

| In re: | Chapter 11 |
|---|---|
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Hon. Michael B. Kaplan |

## APPLICATION TO ADMIT DAN B. PRIETO *PRO HAC VICE*

TO:   PARTIES ON THE COURT'S ELECTRONIC MAIL NOTICE LIST

**PLEASE TAKE NOTICE** that pursuant to Rule 2090-1 of the District of New Jersey Local Bankruptcy Rules, Wollmuth Maher & Deutsch LLP, proposed co-counsel for Debtor, LTL Management LLC (the "Debtor"), hereby makes the application before the United States Bankruptcy Court for the District of New Jersey, for the entry of an Order admitting Dan B. Prieto of the law firm Jones Day *pro hac vice* in the within proceeding to represent the Debtor.

---

[1]   The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

The undersigned relies upon the Certifications of Paul R. DeFilippo and Dan B. Prieto in support of this application.

The undersigned hereby requests that, in accordance with D.N.J. LBR 2090-1, if no objection to the within application is filed within seven (7) days, the application be granted and the proposed form of Order be entered.

Dated: April 4, 2023
       New York, New York

                      Respectfully submitted,

                      WOLLMUTH MAHER & DEUTSCH LLP

                      */s/ Paul R. DeFilippo*
                      Paul R. DeFilippo
                      500 Fifth Avenue, 12th Floor
                      New York, New York 10110
                      -and-
                      90 Washington Valley Road
                      Bedminster, New Jersey 07921
                      Tel: (212) 382-3300
                      Fax: (212) 382-0050
                      Email: pdefilippo@wmd-law.com

                      *Proposed Co-Counsel for LTL Management LLC*