| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY (TRENTON)**<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HALPERIN BATTAGLIA BENZIJA, LLP**<br>Alan D. Halperin, Esq.<br>Walter Benzija, Esq.<br>Donna H. Lieberman, Esq.<br>40 Wall Street, 37th floor<br>New York, New York 10005<br>Telephone: (212) 765-9100<br>Email: ahalperin@halperinlaw.net<br>       wbenzija@halperinlaw.net<br>       dlieberman@halperinlaw.net<br><br>**RAWLINGS & ASSOCIATES**<br>Mark D. Fischer, Esq.<br>Robert C. Griffiths, Esq.<br>1 Eden Parkway<br>La Grange, KY 40031<br>Telephone: (502) 814-2139<br>mdf@rawlingsandassociates.com<br>rcg@rawlingsandassociates.com<br><br>*Co-Counsel to The Blue Cross Blue Shield Association* | |
| In re:<br><br>**LTL MANAGEMENT LLC,**<br><br>          Debtor. | Case No.: 23-12825 (MBK)<br><br>Chapter 11<br><br>Judge: Hon. Michael B. Kaplan |

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) each of the undersigned firms enters an appearance in this case on behalf of The Blue Cross Blue Shield Association. Request is made that the documents filed in these cases and identified below be served on the undersigned at the following addresses:

ADDRESS:

**HALPERIN BATTAGLIA BENZIJA, LLP**
Alan D. Halperin, Esq.
Donna H. Lieberman, Esq.
40 Wall Street, 37th floor
New York, New York 10005
Telephone: (212) 765-9100
Email: ahalperin@halperinlaw.net
dlieberman@halperinlaw.net

**RAWLINGS & ASSOCIATES**
Mark D. Fischer, Esq.
Robert C. Griffiths, Esq.
1 Eden Parkway
La Grange, KY 40031
Telephone: (502) 814-2139
mdf@rawlingsandassociates.com
rcg@rawlingsandassociates.com

DOCUMENTS:

X    All notices entered pursuant to Fed. R. Bankr. P. 2002.

X    All documents and pleadings of any nature.

Date:   April 5, 2023

**Respectfully submitted,**

**HALPERIN BATTAGLIA BENZIJA, LLP**

By: */s/ Walter Benzija*
Walter Benzija, Esq.
Alan D. Halperin, Esq.
Donna H. Lieberman, Esq.
40 Wall Street, 37th floor
New York, New York 10005
Telephone: (212) 765-9100
wbenzija@halperinlaw.net
ahalperin@halperinlaw.net
dlieberman@halperinlaw.net

and

**RAWLINGS & ASSOCIATES**

By: */s/ Mark D. Fischer*
Mark D. Fischer, Esq.
Robert C. Griffiths, Esq.
1 Eden Parkway
La Grange, KY 40031
Telephone: (502) 814-2139
mdf@rawlingsandassociates.com
rcg@rawlingsandassociates.com

*Co-counsel to The Blue Cross Blue Shield Association*

2