**GREENBERG TRAURIG, LLP**
Alan J. Brody, Esq.
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
(973) 443-3543 (Telephone)
(973) 295-1333 (Facsimile)

*Counsel for Bausch Health*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23-12825 (MBK) |
| Debtor. | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 2002, 9007, and 9010(b), counsel for Bausch Health US, LLC f/k/a Valeant Pharmaceuticals North America LLC, Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International, and Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc. and all of their affiliates (collectively, "Bausch Health"), by and through the attorneys set forth below, hereby respectfully submits this Notice of Appearance and Demand for Service of Papers in the above-captioned case and requests that all notices and all papers served or required to be served in this case by the Court, the above-captioned debtor, and/or any other parties-in-interest, be given to and served upon the following:

GREENBERG TRAURIG, LLP
500 Campus Drive
Florham Park, New Jersey 07932
Alan J. Brody, Esq.
Telephone: (973) 443-3543
Email: brodya@gtlaw.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing request includes, without limitation, notices and papers referred to in the Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and request for notice is without prejudice to the rights, remedies and claims of Bausch Health against other entities or any objection by Bausch Health that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit Bausch Health to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

Dated: April 5, 2023

        **GREENBERG TRAURIG, LLP**

        By: _/s/ Alan J. Brody_
            Alan J. Brody, Esq.
        500 Campus Drive
        Florham Park, New Jersey 07932
        Telephone: (973) 443-3543
        Email: *brodya@gtlaw.com*

        *Counsel for Bausch Health*

5810044ADMIN 60666012v1