**GREENBERG TRAURIG, LLP**
Alan J. Brody, Esq.
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
(973) 443-3543 (Telephone)
(973) 295-1333(Facsimile)

*Co-counsel for Bausch Health*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23-12825 (MBK) |
| Debtor. | |

**DECLARATION OF JAMIE J. FELL, ESQ. IN SUPPORT
OF APPLICATION FOR *PRO HAC VICE* ADMISSION**

JAMIE J. FELL, ESQ., of full age, hereby certifies as follows:

1.     I am an attorney-at-law and an associate of the law firm of Simpson Thacher & Bartlett LLP, which maintains offices at, among other places, 425 Lexington Avenue, New York, New York 10017. Because of my familiarity with the facts and circumstances relevant to the pending matter, Bausch Health US, LLC f/k/a Valeant Pharmaceuticals North America LLC, Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International, and Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc. and all of their affiliates (collectively, "Bausch Health") request that I be allowed to appear *pro hac vice* for the purposes of representing Bausch Health in connection with the above-captioned bankruptcy case. I submit this Certification in support of the application for my admission *pro hac vice*.

1

2.	I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the State of New York and the United States District Court for the Southern District of New York.  I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended or disciplined by any court or administrative body.

3.	If the Application is granted, I agree to abide by this Court's local rules, to submit myself to the disciplinary jurisdiction of this Court, and to make payment to the New Jersey Lawyer's Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) and to the District Court under L. Civ. R. 101.1(c)(3).

4.	For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 5, 2023

*/s/* Jamie J. Fell
Jamie J. Fell
