| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (TRENTON)<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Derek J. Baker, Esquire (No. 016881998)<br>REED SMITH LLP<br>506 Carnegie Center<br>Suite 300<br>Princeton, New Jersey 08540<br>Telephone:  609-987-0050<br>Fax:  609-951-0824<br>dbaker@reedsmith.com<br>*Counsel for Cyprus Mines Corporation* | |
| In Re:<br><br>**LTL MANAGEMENT LLC**<br><br>                         Debtors. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Honorable Michael B. Kaplan |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
PURSUANT TO FED. R. BANKR. P. 2002 AND 9010(b)**

Pursuant to Fed. R. Bankr. P. 2002(g) and (i) and 9010(b), the undersigned enters an appearance for Cyprus Mines Corporation (the "Client") and requests that Client be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned at the following address or facsimile number:

> Derek J. Baker, Esquire
> REED SMITH LLP
> 506 Carnegie Center
> Suite 300
> Princeton, NJ 08543
> Telephone:  (609) 987-0050
> Facsimile:  (609) 951-0824
> E-mail:  dbaker@reedsmith.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, operating reports, plan of reorganization and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any Client's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which any Client is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

        Respectfully submitted,

        REED SMITH LLP

By:    s/ Derek J. Baker
        Derek J. Baker, Esq.
        (No. 016881998)
        506 Carnegie Center
        Suite 300
        Princeton, NJ 08543
        Telephone: (609) 987-0050
        Facsimile: (609) 951-0824
        E-mail: dbaker@reedsmith.com

        Counsel for Client

Dated: April 5, 2023

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (TRENTON)<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Derek J. Baker, Esquire (No. 016881998)<br>REED SMITH LLP<br>506 Carnegie Center<br>Suite 300<br>Princeton, New Jersey 08540<br>Telephone:  609-987-0050<br>Fax:  609-951-0824<br>dbaker@reedsmith.com<br><br>*Counsel for Cyprus Mines Corporation* | |
| In Re:<br><br>**LTL MANAGEMENT LLC**<br><br>                              Debtors. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Honorable Michael B. Kaplan |

# CERTIFICATE OF SERVICE

I hereby certify that on the date below I caused a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO FED. R. BANKR. P. 2002 AND 9010(b) to be filed electronically and that the same is available for viewing through the Court's ECF system.

                                                                s/ Derek J. Baker
                                                                Derek J. Baker, Esquire

Dated: April 5, 2023