| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (TRENTON)<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Derek J. Baker, Esquire (No. 016881998)<br>REED SMITH LLP<br>506 Carnegie Center<br>Suite 300<br>Princeton, New Jersey 08540<br>Telephone: 609-987-0050<br>Fax: 609-951-0824<br>dbaker@reedsmith.com<br><br>*Counsel for Cyprus Mines Corporation* | |
| In Re:<br><br>**LTL MANAGEMENT LLC**<br><br>                        Debtors. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Honorable Michael B. Kaplan |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I caused a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO FED. R. BANKR. P. 2002 AND 9010(b) to be filed electronically and that the same is available for viewing through the Court's ECF system.

                                                      s/ Derek J. Baker
                                                      Derek J. Baker, Esquire

Dated: April 5, 2023