**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
E-mail: krosen@lowenstein.com
         mseymour@lowenstein.com

*Co-Counsel to Johnson & Johnson and*
*Johnson & Johnson Holdco (NA) Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS[2]**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. P. 2002(g), 9007 and 9010, the undersigned appears as co-counsel with White & Case LLP, for and on behalf of Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. (each individually, "Client"), each a party in interest in the above-captioned chapter 11 case, and requests, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007 and 9010(b), and the applicable Local Rules, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following, and the following be added to any special or limited service lists used in this case:

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] This Notice of Appearance and Request for Service of Papers does not supersede the Notice of Appearance and Request for Service of Papers filed by White & Case LLP at docket no. [38].

Kenneth A. Rosen, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
E-mail: krosen@lowenstein.com

Mary E. Seymour, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
E-mail: mseymour@lowenstein.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the United States Bankruptcy Code (the "Bankruptcy Code"), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and section of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of each Client's rights to (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (4) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) assert any other rights, claims, actions, setoffs, or recoupments to which each Client is or may be entitled, in law or in

equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

This Notice of Appearance and Request for Service of Papers does not give express or implied consent by Lowenstein Sandler LLP to accept service of process of any action commenced under Bankruptcy Rule 7001.

Dated: April 5, 2023          **LOWENSTEIN SANDLER LLP**

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: krosen@lowenstein.com
    mseymour@lowenstein.com

*Co-Counsel to Johnson & Johnson and*
*Johnson & Johnson Holdco (NA) Inc.*