UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Brian W. Hofmeister, Esq.
Law Firm Of Brian W. Hofmeister
3131 Princeton Pike, Building 5, Suite 110
Lawrenceville, New Jersey 08648
(P)(609) 890-1500
(F)(609) 890-6961
bwh@hofmeisterfirm.com

| | |
|---|---|
| In Re: | Case No.: 23-12825(MBK) |
| LTL MANAGEMENT, LLC, | Chapter 11 |
| Debtor. | Judge: Michael B. Kaplan, U.S.B.J. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Kellie Brewer. Request is hereby made that the documents filed in this case and identified below be served on the undersigned at this address:

Brian W. Hofmeister, Esq.
Law Firm Of Brian W. Hofmeister
3131 Princeton Pike, Building 5, Suite 110
Lawrenceville, New Jersey 08648
(P)(609) 890-1500
(F)(609) 890-6961
bwh@hofmeisterfirm.com

DOCUMENTS:

All notices entered pursuant to Fed. R. Bankr. P. 2002.

All documents and pleadings of any nature.

Dated: April 5, 2023                LAW FIRM OF BRIAN W. HOFMEISTER, LLC
                                    Counsel to Kellie Brewer

                                    By: __/s/ Brian W. Hofmeister_____
                                        Brian W. Hofmeister