| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>Email: krosen@lowenstein.com<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria, Esq.<br>Gregory Starner, Esq.<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br>            gstarner@whitecase.com<br><br>**WHITE & CASE LLP**<br>Matthew E. Linder, Esq.<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mlinder@whitecase.com<br><br>*Co-Counsel Johnson & Johnson and*<br>*Johnson & Johnson Holdco (NA) Inc.* |

| | |
|---|---|
| In re | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23-12825 (MBK) |
| Debtor.[1] | Honorable Michael B. Kaplan |

### APPLICATION FOR AN ORDER FOR ADMISSION *PRO HAC VICE* OF GREGORY STARNER, ESQ.

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the

District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

for the District of New Jersey, the undersigned counsel hereby seeks entry of an Order granting the admission *pro hac vice* of Gregory Starner, of the law firm of White & Case LLP, to represent Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. before this Court in connection with the above-captioned chapter 11 case.

In support of this Application, the undersigned submits the attached Certification of Gregory Starner, and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted, practicing and a member in good standing with the Bar of the State of New Jersey.

Dated: April 5, 2023

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

*/s/ Kenneth A. Rosen, Esq.*
Kenneth A. Rosen, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Email: krosen@lowenstein.com

*Co-Counsel Johnson & Johnson and*
*Johnson & Johnson Holdco (NA) Inc.*