| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>Email: krosen@lowenstein.com<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria, Esq.<br>Gregory Starner, Esq.<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br>            gstarner@whitecase.com<br><br>**WHITE & CASE LLP**<br>Matthew E. Linder, Esq.<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mlinder@whitecase.com<br><br>*Co-Counsel Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc.* | |
| In re<br><br>LTL MANAGEMENT LLC,<br><br>                Debtor.[1] | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

**CERTIFICATION OF GREGORY STARNER IN SUPPORT OF APPLICATION FOR AN ORDER FOR ADMISSION *PRO HAC VICE* OF <u>GREGORY STARNER, ESQ.</u>**

I, Gregory Starner, hereby certify as follows:

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1. I am an attorney with the law firm of White & Case LLP, counsel to Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. My office is located at 1221 Avenue of the Americas, New York, New York 10020. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I am a member in good standing of the bars of the States of New York and the District of Columbia and am duly licensed and admitted to practice in these jurisdictions. I am also admitted to practice before the U.S. District Court for the Eastern, Southern, Northern and Western Districts of New York, the U.S. District Court for the Eastern District of Michigan, the U.S. Court of Appeals for the Second and Eleventh Circuits, and the U.S. Supreme Court.

3. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

4. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

5. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey pursuant to Rule 101.l(c)(3) of the Local Civil Rules for the United States District Court for the District Court of New Jersey ("D.N.J. L.R."). I will abide by D.N.J. L.R. 101.l(c).

6. I understand that, upon admission *pro hac vice,* I am within the disciplinary jurisdiction of this Court and agree to notify the Court immediately of any matter affecting my standing at the bars of any other court.

*[Signature Page Follows]*

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: April 5, 2023

/s/ *Gregory Starner, Esq.*
Gregory Starner, Esq.
White & Case LLP

*Counsel Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc.*