**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Email: krosen@lowenstein.com

**WHITE & CASE LLP**
Jessica C. Lauria, Esq.
Gregory Starner, Esq.
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com
        gstarner@whitecase.com

**WHITE & CASE LLP**
Matthew E. Linder, Esq.
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mlinder@whitecase.com

*Co-Counsel Johnson & Johnson and*
*Johnson & Johnson Holdco (NA) Inc.*

| | |
|---|---|
| In re | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23-12825 (MBK) |
| Debtor.[1] | Honorable Michael B. Kaplan |

## APPLICATION FOR AN ORDER FOR ADMISSION *PRO HAC VICE* OF MATTHEW E. LINDER, ESQ.

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the

District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

for the District of New Jersey, the undersigned counsel hereby seeks entry of an Order granting

the admission *pro hac vice* of Matthew E. Linder, of the law firm of White & Case LLP, to

represent Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. before this Court in

connection with the above-captioned chapter 11 case.

In support of this Application, the undersigned submits the attached Certification of

Matthew E. Linder, and requests that the proposed form of order submitted herewith be entered.

Counsel certifies that he is admitted, practicing and a member in good standing with the Bar of the

State of New Jersey.

Dated: April 5, 2023                                         Respectfully submitted,

                                                             **LOWENSTEIN SANDLER LLP**

                                                             */s/ Kenneth A. Rosen, Esq.*
                                                             Kenneth A. Rosen, Esq.
                                                             One Lowenstein Drive
                                                             Roseland, New Jersey 07068
                                                             Telephone: (973) 597-2500
                                                             Email: krosen@lowenstein.com

                                                             *Co-Counsel Johnson & Johnson and*
                                                             *Johnson & Johnson Holdco (NA) Inc.*

2