| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| BRIAN J. MCCORMICK, JR. (023981997)<br>**ROSS FELLER CASEY, LLP**<br>One Liberty Place<br>1650 Market St, 34th Floor<br>Philadelphia, PA 19103<br>215-574-2000 **tel** \|<br>215-574-3080 **fax**<br><br>Counsel for Multiple Talc Plaintiffs | **Case No. 23-12825 (MBK)** |
| **In Re:**<br><br>**LTL MANANGEMENT LLC**<br><br>Debtor. | **Chapter 11**<br><br>**Hon. Michael B. Kaplan** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Ross Feller Casey, LLP. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   BRIAN J. MCCORMICK, JR. (023981997)
**ROSS FELLER CASEY, LLP**
One Liberty Place
1650 Market St, 34th Floor
Philadelphia, PA 19103
215-574-2000 tel
215-574-3080 fax
Email: bmcccormick@rossfellercasey.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

**ROSS FELLER CASEY, LLP**

Dated: April 6, 2023

By: */s/ Brian J. McCormick, Jr.*
     Brian J. McCormick, Jr., Esq.