UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Daniel R. Lapinski, Esq.
Motley Rice LLC
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Tel: 856-382-4670
Fax: 856-667-5133
Email: dlapinski@motleyrice.com
Mesothelioma and Ovarian Cancer Plaintiffs represented by Motley Rice LLC

In Re:

LTL Management LLC

Case No.: 3:23-bk-12825-MBK

Chapter: 11

Judge: Michael B. Kaplan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __Various Talc Claimants__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Daniel R. Lapinski, Esq.
Motley Rice LLC
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Email: dlapinski@motleyrice.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: April 6, 2023

/s/ Daniel R. Lapinski
Signature

*new.8/1/15*