| |
|---|
| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>LAW OFFICES OF MITCHELL J. MALZBERG<br>By: Mitchell J. Malzberg, Esq.<br>6 E. Main Street, Suite 7<br>Clinton, NJ 08809<br>908-323-2958<br>908-933-0808 – facsimile<br>mmalzberg@mjmalzberglaw.com<br>*Local Counsel for Various Claimants* |
| **In re**<br><br>**LTL MANAGEMENT, LLC,**<br><br>     **Debtor.** |

Chapter 11

Case No. 23-12825/MBK

## APPLICATION FOR AN ORDER FOR ADMISSIONS *PRO HA VICE*

Pursuant to D.N.J. L.Civ. R. 101.1 and D.N.J. LBR 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, with the attached certification (Exhibit "A"), the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Mark P. Robinson, Jr. to practice in this Court for the purpose of representing in the above captioned case as well as related and associated proceedings with certain claimants which Applicant's law firm Robinson Calcagnie, Inc. represents. In support of this application, counsel submits the attached Certification of Mark P. Robinson, Jr. and requests that the proposed form of Order submitted herewith be entered. Mark P. Robinson, Jr. certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of California.

                    Respectfully submitted,

Dated: April 5, 2023         LAW OFFICES OF MITCHELL J. MALZBERG, LLC

                            By:    */s/ Mitchell Malzberg*
                                     MITCHELL MALZBERG

## EXHIBIT "A"

The Admittee certifies that he is eligible for admission to this Court. He is admitted to practice before the following: State Bar of California; California Supreme Court; USDC Central District of California; USDC Southern District of California; United States Court of Appeals, Fifth Circuit; United States Supreme Court; and United States Court of Appeals Third Circuit. Admittee is in good standing in those jurisdictions. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he has acquired a copy of the local rules of this court and is familiar with such rules.

Dated: April 6, 2023

*/s/ Mark P. Robinson Jr.*
_____
MARK P. ROBINSON, JR., ESQ.
ROBINSON CALCAGNIE, INC.
Email: mrobinson@robinsonfirm.com