UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

Law Offices of Mitchell J. Malzberg, LLC
By: Mitchell J. Malzberg, Esq.
6 E. Main Street, Suite 7
Clinton, NJ 08809
908-323-2958
908-933-0808 – facsimile
mmalzberg@mjmalzberglaw.com
*Local Counsel for Various Claimants*

**In re**

**LTL MANAGEMENT, LLC,**

**Debtor.**

Chapter 11

Case No. 23-12825/MBK

**CERTIFICATION OF MARK P. ROBINSON, JR., ESQ.**

I, Mark P. Robinson, Jr., Esq., hereby certify as follows:

1. I am a partner with the law firm of Robinson Calcagnie, Inc. My office is located at 5 Park Plaza, Newport Beach, California 92660, telephone: 949-720-1288; facsimile: 949-720-1292; email: mrobinson@robinsonfirm.com. I make this Certification in support of my application to appear in this case *pro hac vice*.

2. I was granted authorization to appear *pro hac vice* in the previous Chapter 11 Case, Case No. 21-30589 before Judge Michael B. Kaplan. See Order attached as **Exhibit "A"**.

3. I am a member in good standing and admitted to practice before the following:

| | |
|---|---|
| State Bar of California | December 14, 1972 |
| California Supreme Court | December 14, 1972 |
| USDC Central District of California | December 14, 1972 |
| USDC Southern District of California | August 28, 1978 |
| United States Court of Appeals, Fifth Circuit | January 22, 1992 |

| United States Supreme Court | November 3, 2008 |
|---|---|
| United States Court of Appeals Third Circuit | July 11, 2016 |

4. I am not currently, nor have I ever been suspended or disbarred in any Court. Similarly, I have never resigned with discipline pending in any jurisdiction.

5. I am associated in the within matter with Mitchell J. Malzberg, an attorney admitted to the bar of the Courts of the State of New Jersey and in the United States District Court of New Jersey

6. Certain Claimants have requested that I represent them in this case.

7. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court. I agree to: (i) abide by the Court rules for the United States District Court

8. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 6, 2023

MARK P. ROBINSON, JR., ESQ.
ROBINSON CALCAGNIE, INC.
Email: mrobinson@robinsonfirm.com

Order Filed on November 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRJCT OF NEW JERSEY

Caption in Compliance with **D.N.J. LBR** 9004-l(b)

Law Offices of Mitchell J. Malzberg, LLC
Mitchell Malzberg, Esq.
PO Box 5122
6 E. Main Street, Suite 7
Clinton, New Jersey 08809
908-323-2958 - Telephone
908-933-0808 - Facsimile
mmalzberg@mjmalzberglaw.com
*Local Counsel for Various Claimants*
-and-
Robinson Calcagnie, Inc.
Mark P. Robinson, Jr., Esq.
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288 - Telephone
949-720-1292 - Facsimile
m robinson@ robinson firm.com
*Proposed Counsel for Various Claimants*

In Re:

LTL MANAGEMENT, LLC

Case No.: 21-30589/MBK

Adv. No.:

Chapter: 11

Judge: Michael B. Kaplan

**ORDER FOR ADMISSION PRO RAC VICE**

The relief set forth on the following page is **ORDERED.**

**DATED: November 30, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been brought before the Com1 on application for an Order For Admission Pro Hae Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Mark P. Robinson, Jr., Esq. be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.l(c)(4), an appearance as counsel ofrecord shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for partie s, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 10l(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building

50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hae Vice Admissions*

and it is fmther ORDERED that the applicant shall be bound by the Local Rules of the United States District Comt for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev. 8/1/15*