UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Caption in Compliance with D.N.J. LBR 9004-1(b)
E. Richard Dressel, Esquire (ED1793)
Lex Nova Law LLC
10 E. Stow Road, Suite 250
Marlton, NJ  08053
(856) 382-8211
rdressel@lexnovalaw.com
Attorneys for Claimant Giovanni Sosa

In Re:

LTL MANAGEMENT, LLC,

Debtor.

Case No.:     23-12825(MBK)

Chapter:          11

Judge:     Michael B. Kaplan

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Giovanni Sosa_____.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  E. Richard Dressel, Esquire (ED1793)
Lex Nova Law LLC
10 E. Stow Road, Suite 250
Marlton, NJ  08053
(856) 382-8211

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: April 6, 2023

/s/ E. Richard Dressel
Signature

*new.8/1/15*