| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**THE DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>E. Richard Dressel, Esquire (ED1793)<br>Lex Nova Law LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ  08053<br>(856) 382-8211<br>rdressel@lexnovalaw.com<br><br>*Attorneys for Claimant Giovanni Sosa* | |
| In re:<br><br>LTL MANAGEMENT, LLC,<br><br>                                                   Debtor. | Chapter 11<br><br>Case No.: 23-12825(MBK)<br><br>Honorable Michael B. Kaplan |

### APPLICATION FOR ORDER FOR ADMISSION
### *PRO HAC VICE* FOR KATHARINE C. BYRNE, ESQUIRE

**TO: PARTIES ON THE COURT'S ELECTRONIC MAIL NOTICE LIST**

PLEASE TAKE NOTICE that pursuant to Rule 101.1 of the Local Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the United States Bankruptcy Court for the District of New Jersey, Lex Nova Law, local counsel to Giovanni Sosa, hereby makes application before the United States Bankruptcy Court for the District of New Jersey for the entry of an Order granting the admission pro has vice of Katharine C. Byrne, Esquire, of the law firm of Cooney Conway for the purpose of representing Giovanni Sosa in the instant Chapter 11 case.

The undersigned relies upon the attached Certification of Katharine C. Byrne, Esquire in support of this Application, and the undersigned certifies that he is a member in good standing

with the Bar of the State of New Jersey and admitted to practice before the United States District Court for the District of New Jersey and this Court.

  The undersigned hereby requests that if no objection to the within Application is filed within seven (7) days, the Application be granted and the proposed form of Order be entered.

                  Respectfully submitted,

Dated: April 6, 2023        By: */s/ E. Richard Dressel*
                   E. Richard Dressel, Esquire
                   Lex Nova Law LLC
                   10 E. Stow Road, Suite 250
                   Marlton, NJ  08053
                   Telephone: (856)382-8211
                   rdressel@lexnovalaw.com