| |
|---|
| **UNITED STATES BANKRUPTCY COURT THE DISTRIC OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>E. Richard Dressel, Esquire (ED1793)<br>Lex Nova Law LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ  08053<br>(856) 382-8211<br>rdressel@lexnovalaw.com<br><br>*Attorneys for Claimant Giovanni Sosa* |
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br>　　　　　　　　　Debtor. |

Chapter 11

Case No.: 23-12825(MBK)

Honorable Michael B. Kaplan

### CERTIFICATION OF KATHARINE C. BYRNE IN SUPPORT OF APPLICATION FOR ORDER FOR ADMISSION *PRO HAC VICE*

　　　　In support of my application for admission to the Bankruptcy Court *pro hac vice* I, Katharine C. Byrne, Esquire, pursuant to 28 U.S.C. S. 1746, being of full age, hereby certify as follows:

　　　　1.　　　　I am an attorney with the law firm of Cooney Conway, with an office located at 120 N. La Salle Street, Suite 300, Chicago, IL 60602.  My telephone number is (312) 236-6166, facsimile number is (312) 236-3029, and e-mail address is kbyrne@cooneyconway.com.

　　　　2.　　　　My Illinois Bar number is 6198739 and I have been licensed in Illinois since 1988.

　　　　3.　　　　I am and have been, a member in good standing and admitted to practice before the following Bar of a United States District Court, the Bar of the District of Columbia, the Bar

of Illinois, the Bar of the United States Supreme Court, the Federal Trial Bar, and the Seventh Circuit Appellate Bar.

4. My appearance in this matter will be in association with Movant, E. Richard Dressel, whom I understand is a member in good standing with the Bar of the State of New Jersey and admitted to practice before the United States District Court for the District of New Jersey and this Court.

5. If admitted *pro hac vice,* I agree to abide by the Local Bankruptcy Rules, and to make the payments to the Clerk of the United States Court for the District of New Jersey and the New Jersey Lawyer's Fund for Client Protection as provided in Rule 101 of the Local Rules of the United States District Court for the District of New Jersey.

6. Lex Nova Law will be Applicant's associated local counsel and will accompany Applicant to all hearings as required to by the Court.

I make the above Certification in support of my request to be admitted *pro hac vice* and my request that the Court enter an Order, in  substantially in the form attached hereto admitting me to appear *pro hac vice* in this case and related and associated proceedings.  I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated:  April 6, 2023                                                                /s/ Katharine C. Byrne_____