**UNITED STATES DEPARTMENT OF JUSTICE**
**CIVIL DIVISION**
BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
RUTH A. HARVEY
Director
KEVIN P. VANLANDINGHAM
Assistant Director
J. ZACHARY BALASKO
Trial Attorney
P.O. Box 875 Ben Franklin Station
Washington, DC 20044-0875
Tel: (202) 514-7162
john.z.balasko@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re*<br><br>LTL MANAGEMENT, LLC,<br><br>Debtor. | Chapter 11<br>Case No. 23-12825-MBK<br><br>Judge Michael B. Kaplan |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT J. Zachary Balasko, a Trial Attorney in the Civil Division of the United States Department of Justice, hereby appears on behalf of the United States of America in the above-captioned case and requests that copies of all pleadings and notices filed in this case be served on him electronically or as follows:

J. Zachary Balasko  
U.S. Department of Justice  
Civil Division  
(202) 514-7162 (telephone)  
(202) 514-9163 (facsimile)  
john.z.balasko@usdoj.gov (e-mail, preferred)

P.O. Box 875  
Ben Franklin Station  
Washington, DC 20044-0875  
(regular mail, if necessary)

1100 L Street, NW  
Room 7530  
Washington, DC 20005  
(hand delivery/overnight mail, if necessary)

Dated:  April 6, 2023

BRIAN M. BOYNTON  
Principal Deputy Assistant Attorney General  
RUTH A. HARVEY  
Director  
KEVIN P. VANLANDINGHAM  
Assistant Director

/s/ *J. Zachary Balasko*  
J. ZACHARY BALASKO  
Trial Attorney

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April 2023, I caused a true and correct copy of the foregoing *Notice of Appearance* to be filed with the Clerk of the Court using the CM/ECF system, which will generate electronic notification to all CM/ECF participants in these cases.

/s/ *J. Zachary Balasko*
J. Zachary Balasko
