Marc E. Wolin, Esq.
John M. August, Esq.
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ  07932
Tel:  (973) 622-8401

-and-

Steven Kazan, Esq.
Joseph D. Satterley, Esq.
Denyse F. Clancy, Esq.
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Tel: (510) 302-1000

*Counsel for Various Talc Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 23-12825 |
| | : | |
| Debtor. | : | |
| | : | |

**APPLICATION FOR *PRO HAC VICE*
ADMISSION OF JOSEPH SATTERLEY**

Various Talc Claimants ("Claimants") in the above-captioned chapter 11 case, by and through their local counsel Saiber LLC, submit this application for the *pro hac vice* admission of Joseph Satterley, Esq. of Kazan, McClain, Satterley & Greenwood, A Professional Law Corporation, in the above captioned bankruptcy case.

In support of this application, Claimants shall rely upon the accompanying Certifications of John M. August and Joseph Satterley submitted herewith.

A proposed form of Order is annexed hereto.

01668303.DOCX

Respectfully submitted:

SAIBER LLC
*Local Counsel for Various Talc Claimants*

By: /s/ John M. August
     JOHN M. AUGUST

DATED: April 7, 2023

01668303.DOCX