Marc E. Wolin, Esq.
John M. August, Esq.
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ  07932
Tel:  (973) 622-8401

-and-

Steven Kazan, Esq.
Joseph D. Satterley, Esq.
Denyse F. Clancy, Esq.
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Tel: (510) 302-1000

*Counsel for Various Talc Claimants*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| In re: | : | Chapter 11 |
|---|---|---|
|  | : |  |
| LTL MANAGEMENT LLC, | : | Case No. 23-12825 |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

### CERTIFICATION OF JOHN M. AUGUST IN SUPPORT
### OF *PRO HAC VICE* ADMISSION OF JOSEPH SATTERLEY

**JOHN M. AUGUST,** hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a member of the law firm of Saiber LLC, which has been retained to serve as local counsel for Various Talc Claimants ("Claimants") in the above-captioned chapter 11 case. I am familiar with the facts and circumstances of this matter.

01668308.DOCX

   2. I submit this Certification in support of the application for *pro hac vice* admission of Joseph Satterley, Esq. on behalf of Various Talc Claimants in this Bankruptcy Case and any related adversary proceedings.

   3. I was admitted to the Bar of the State of New Jersey in 1997, and to the Bar of the State of New York in 2002. I am also admitted to practice (since the year indicated in parenthesis) before the United States District Court for the District of New Jersey (1997), the United States District Court for the Southern District of New York (2003), the United States District Court for the Eastern District of New York (2003), and the United States District Court for the Northern District of New York (2018).

   4. I am a member in good standing of each of the foregoing Bars and Courts. I am not under suspension or disbarment by these courts or any court. No discipline has been imposed against me during the five year period preceding this application.

   5. I agree to be bound by the requirements set forth in Local Civil Rule 101.1(c) regarding the *pro hac vice* admission of Joseph Satterley, Esq.

   I CERTIFY THAT the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

          /s/ John M. August
           John M. August

Dated: April 7, 2023

01668308.DOCX