| | |
|---|---|
| **United States Bankruptcy Court**<br>**District Of New Jersey**<br><br>Caption In Compliance With D.N.J. LBR 9004-1<br><br>**Duane Morris LLP**<br>**A Delaware Limited Liability Partnership**<br>Sommer L. Ross, Esquire (NJ Bar No. 004112005)<br>Duane Morris LLP<br>1940 Route 70 East, Suite 100<br>Cherry Hill, NJ 08003-2171<br>Telephone: (856) 874-4200<br>Facsimile: (856) 424-4446<br>Email: SLRoss@duanemorris.com<br><br>*Counsel for Atlanta International Insurance Company (as successor in interest to Drake Insurance Company); AIG Property Casualty Company (f/k/a Birmingham Fire Insurance Company of Pennsylvania); AIG Europe S.A. (as successor in interest to Union Atlantique d'Assurances S.A.); AIU Insurance Company; ASR Schadeverzekering N.V. (as successor in interest to Assurantiekoor Van Wijk & Co.); Granite State Insurance Company; The Insurance Company of the State of Pennsylvania; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa.; New Hampshire Insurance Company; The North River Insurance Company; Starr Indemnity & Liability Company (as successor in interest to Republic Insurance Company); N.V. Schadeverzekeringsmaatschappij Maas Lloyd (individually and as successor in interest to policies subscribed in favor of Johnson & Johnson by N.V. Rotterdamse Assurantiekas, n/k/a De Ark); and RheinLand Versicherungen (as successor in interest only to the subscriptions of the former Dutch company Rheinland Verzekeringen)* | |
| In Re:<br><br>LTL Management LLC,<br><br>                 Debtor. | Chapter 11<br><br>Case No. 23-12825<br><br>Judge: Michael B. Kaplan |

DM3\9565173.1

# CERTIFICATION OF NATHAN REINHARDT, ESQ. IN SUPPORT OF
## APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to LBR 9010-1 and 7007-1, I, **Nathan Reinhardt**, hereby certify as follows in support of the application for admission *pro hac vice* that has been filed on my behalf:

1. I am eligible for admission to this Court, am admitted to practice in and am a member in good standing of the following state and federal bars:

| State or Federal Jurisdiction | Admission Date |
|---|---|
| California | 2016 |
| U.S. District Court for the Central District of California | 2018 |
| U.S. Bankruptcy Court for the Central District of California | 2018 |
| U.S. Court of Appeals for the Ninth Circuit | 2022 |

2. There are no disciplinary proceedings pending against me and no discipline has ever been imposed against me.

3. I agree to be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey and that I will submit to the disciplinary jurisdiction of this Court for any alleged misconduct during the course of this case.

4. I will arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which I continue to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, as well as arranging for the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3)

for pro hac vice admission to the District Court for the District of New Jersey within twenty (20) days of the date of the entry of an Order granting my Application.

I declare under penalty that the foregoing is true and correct.

*/s/ Nathan Reinhardt*
Nathan Reinhardt, Esq.

Dated: April 7, 2023