# Exhibit 15

Marc E. Wolin, Esq.
mwolin@saiber.com
John M. August, Esq.
jaugust@saiber.com
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel: (973) 622-8401

-and-

Joseph D. Satterley, Esq.
jsatterley@kazanlaw.com
Denyse F. Clancy, Esq.
dclancy@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Tel: (510) 302-1000

*Counsel for Claimant Anthony Hernandez Valadez*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 |
| | : | |
| Debtor. | : | |
| | : | |

### DECLARATION OF RONALD F. DODSON, Ph.D., F.C.C.P., F.A.H.A.

Pursuant to 28 U.S.C. § 1746, I, Ronald F. Dodson, Ph.D., F.C.C.P., F.A.H.A., declare

under penalty of perjury as follows:

1.      I have personal knowledge of the facts set forth in this Declaration, except for such

facts that have been made known to me in forming an opinion, in which case each such fact is of

a type on which professionals in my field reasonably rely in forming such opinions. The facts

stated in this Declaration that are within my personal knowledge are true. If asked, I could and

1                                    **EXHIBIT 15**

would testify competently to the truth and foundation for each fact and opinion asserted within this Declaration.

2.　　Attached hereto as **Exhibit 1** is a true and correct copy of my curriculum vitae, which truthfully states my qualifications to provide expert testimony in this action.

3.　　I received my B.A. in biology and general sciences from East Texas State College and my M.A. in biology and chemistry from East Texas State University. I received my Ph.D. from Texas A&M University, with an emphasis on biological electron microscopy. I conducted postdoctoral studies in the Department of Anatomy at the University of Texas Health Center in San Antonio. I was then appointed to the faculty of Baylor College of Medicine. After serving on the faculty at Baylor for seven years, I was recruited to the University of Texas Health Center in Tyler to begin a formal research program.

4.　　At the University of Texas Health Center at Tyler, I held several positions and titles, including Chief of the Department of Cell Biology and Experimental Pathology, Chairman of the Department of Cell Biology and Environmental Sciences, Associate Director for Research, Director of the Occupational/Environmental Training Division, Co-Director of the Texas Institute of Occupational Safety and Health, and Vice President for Research. I also held the position of tenured Professor of Biology at the University of Texas at Tyler.

5.　　My primary research focuses on determining dust levels in tissue, body fluids, and environmental samples through light and electron microscopy. My laboratories have developed some of the techniques available for preparing these samples for analysis by Analytical Transmission Electron Microscopy. I have published over 100 articles on dust-related issues and have given numerous presentations on the same topic. In addition, I co-edited two editions of a

book with Dr. Samuel Hammar entitled, <u>Asbestos: Risk Assessment, Epidemiology, and Health Effects</u>, currently in its second edition:



6.      I retired from academia in 2005. I currently serve as President of Dodson Environmental Consulting, LLC, and as a Senior Consultant for ERI Consulting, Inc. ("ERI"). ERI provides environmental consulting services in various disciplines, including airborne contaminants. I am experienced in performing tissue digestion studies and analyzing results therefrom.

7.      I am experienced in performing tissue digestion studies and analyzing results therefrom. I utilize an Analytical Transmission Electron Microscope ("ATEM") to generate tissue burden data in my studies and past publications. Some other individuals conduct tissue digestion analysis using scanning electron microscopy at low power (less than 2,000 X), whereas I prefer the utilization of ATEM at a much higher magnification which permits the detection of thinner fibers. The Asbestos Hazard Emergency Response Act designated this instrument as the "state of

the art" instrument for detection and identifying asbestos fibers. Further evaluation of the strengths in using certain instruments and the deficiency of others (including magnifications required to accurately determine the presence of asbestos fibers) is discussed in detail in the Health Effects Institute's Asbestos in Public Buildings document. [Upton, et al., *Asbestos in Public and Commercial Buildings: A Literature Review and Synthesis of Current Knowledge* (1991).] The laboratory I use for ATEM analysis is separate from my laboratory and is accredited by the National Voluntary Laboratory Accreditation Program (Federal Program) for identifying asbestos. The laboratory also is licensed by the Texas Department of State Health Services (formerly Texas Department of Health) and accredited by the American Industrial Hygiene Association.

8.      In addition to my above-referenced book on asbestos, I have extensively published in peer-reviewed journals on asbestos and asbestos-related diseases—I have authored approximately 140 peer-reviewed publications and about 100 of those concerning asbestos. Many of my publications address asbestos-caused mesothelioma. I also have taught medical students about asbestos and its ability to cause disease.

9.      I have reviewed the scientific literature on asbestos, elongated mineral particles, and talc fibers and their ability to cause disease. I also have published on the ability of other elongated mineral particles to cause disease.

10.      I have reviewed testing of Vermont talc from many different sources, which show the presence of asbestos in that talc. Those include, but are not limited to, testing by McCrone laboratory, Cyprus laboratory, MAS, J3 Resources, Colorado School of Mines, and other internal company records confirming the presence of asbestos in talc used for Johnson's Baby Powder. For example, I have referred to the voluminous materials that I considered and relied upon in the

3214360.2                                                                                      4

*Hayes*[1] case, which support my conclusion that Johnson's Baby Powder talc contained asbestos. Attached hereto as **Exhibits 2 and 3** are my indexes of those reliance materials from *Hayes*.

11.　　Additionally, as an expert consultant, I have documented the presence of asbestos and asbestiform/fibrous talc in individuals with mesothelioma, and I have opined that exposure to such structures was a cause of each individual's mesothelioma. I also have been permitted in trials to offer expert testimony on asbestos-related topics, including, among others, pathology, biology, chemistry, and microscopy. I have explained to juries that asbestos and asbestiform/fibrous talc in Johnson's Baby Powder cause mesothelioma; and how I have found asbestos, talc, and talc-associated mineral particles in the tissues of plaintiffs who developed mesothelioma due to their longtime exposures to Johnson's Baby Powder.

12.　　On May 23, 2022, I signed a declaration in this case that sets forth my causation and other opinions regarding claimant Anthony Hernandez Valadez. As more fully set forth in paragraphs 17 and 18 of my May 23rd declaration, it is my opinion, to a reasonable degree of scientific certainty, that Mr. Valadez's exposure to asbestos and asbestiform/fibrous talc in Johnson's Baby Powder is the most likely cause of his mesothelioma.

13.　　I have reviewed the letter dated May 14, 1971, from W.H. Ashton of Johnson & Johnson to Dr. G. Hildick-Smith regarding "Assay of Talc in BABY POWDER," a true and correct copy of which is attached hereto as **Exhibit 4**. In that letter, Mr. Ashton said that he found "talc" and "mica" minerals when he "ran an x-ray diffractograph" on a batch of Johnson's Baby Powder.

14.　　In addition to reviewing case-specific documents, I have also performed a particle analysis of Mr. Valadez's wet tissue to determine the composition of the non-fibrous particles in each sample. I was permitted to take half of the selected samples. The blocks chosen were defined

---

[1] *Hayes v. Colgate-Palmolive Co., et al.*, Jefferson, Kentucky, Circuit Court, Division Ten, Case No. 16-CI-03503.

as thymus and pericardial fat, which was noted to contain some lymphatic tissue and tumor cells. [See Laboratory Surgical Pathology Report - Stanford University Medical Center, Pathology No: SHS-22-07213, Blocks A1, A3, and A4, attached hereto as **Exhibit 5**.] Talc particles and mica were found in Mr. Valadez's tissue. Below are the ATEM images of the talc particles and mica:



Talc



Talc



Talc



Talc



**Talc**            **Mica**

**Mica**

15.     Based on my expertise, the scientific literature, the results of the particle analysis, and the documents I have reviewed to assess the cause of Mr. Valadez's disease, it is my opinion, to a reasonable degree of scientific certainty, that Johnson's Baby Powder was a significant contributing factor causing Mr. Valadez's mesothelioma. This is because of the following: (i) the results of the particle analysis show talc particles and mica near the tumor; (ii) Mr. Valadez's only exposures are from his and others' use of Johnson's Baby Powder talc; and (iii) Johnson's Baby Powder talc contains asbestos and asbestiform fibers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I executed this Declaration at Tyler, Texas, on February 15, 2023.

By: _____

RONALD F. DODSON, Ph.D., F.C.C.P., F.A.H.A.

**KAREN DOWNING**
MY COMMISSION EXPIRES
FEBRUARY 24, 2025
NOTARY ID: 12209521

Karen Downing

3214360.2                                                 7

# Exhibit 1

August 31, 2021

# C U R R I C U L U M   V I T A E

## Ronald F. Dodson, Ph.D., F.C.C.P., F.A.H.A.

Birthdate:        February 14, 1942

Birthplace:      Paris, Texas

### EDUCATIONAL BACKGROUND

1964          B.A., East Texas State College, Commerce, Texas

1965          M.A., East Texas State University, Commerce, Texas

1969          Ph.D., Texas A&M University, College Station, Texas

1964-65     Teaching Assistantship, East Texas State University, Commerce, Texas

1965-69     Graduate College Fellowship in Electron Microscopy, Texas A&M University, College Station, Texas

### POSTGRADUATE TRAINING

1969-70     Research Associateship, Department of Anatomy, The University of Texas Health Science Center at San Antonio

### ACADEMIC APPOINTMENTS

1970          Instructor, Neurology and Pathology, Baylor College of Medicine, Houston, Texas

1971-77     Assistant Professor, Department of Neurology, and Research Assistant Professor, Department of Pathology, Baylor College of Medicine, Houston, Texas

1977-78     Chief, Departments of Experimental Pathology and Environmental Sciences, The University of Texas Health Center at Tyler

1977-79     Adjunct Assistant Professor of Neurology and Pathology, Baylor College of Medicine, Houston, Texas

### ACADEMIC APPOINTMENTS (Cont'd)

**EXHIBIT 1**

| 1978-86 | Chief and Research Professor, Department of Cell Biology and Environmental Sciences, The University of Texas Health Center at Tyler. |
| 1983 | Acting Assistant Director for Research, The University of Texas Health Center at Tyler. |
| 1984-85 | Assistant Director for Research, The University of Texas Health Center at Tyler. |
| 1984-2005 | Professor of Biology (with Tenure), The University of Texas at Tyler (Retired August 31, 2005). |
| 1986-99 | Associate Director for Research, The University of Texas Health Center at Tyler. |
| 1987-2004 | Chairman and Professor, Department of Cell Biology and Environmental Sciences, The University of Texas Health Center at Tyler. |
| 1989-2002 | Administrative Director, Texas Institute of Occupational Safety and Health, The University of Texas Health Center at Tyler. |
| 1989-2003 | Director, Occupational and Environmental Training Program, The University of Texas Health Center at Tyler. |
| 1999-2004 | Vice President for Research, The University of Texas Health Center at Tyler. |
| 1999-2004 | Houston Endowment, Inc. Distinguished Professorship in Environmental Sciences. |
| 1987-2005 | Professor of Cell Biology and Environmental Sciences, The University of Texas Health Center at Tyler (retired-August 2005). |
| 2005 | Executive Vice President-ERI Consulting, Inc. |
| 2006-present | Senior Consultant-ERI Consulting, Inc. |
| 2006-present | President-Dodson Environmental Consulting, LLC. |

## PROFESSIONAL EXPERIENCE

| 1977-83 | Member, Research Committee, The University of Texas Health Center at Tyler. |
| 1979-80 | Vice Chairman, Human Subjects Investigation Committee, The University of Texas Health Center at Tyler. |

## PROFESSIONAL EXPERIENCE (Cont'd)

| 1979-81 | Chairman, Search Committee for Chief, Immunology/ |

Microbiology, The University of Texas Health Center at Tyler.

| | |
|---|---|
| 1980-81 | Vice Chairman, Research Committee, The University of Texas Health Center at Tyler. |
| 1980-83 | Chairman, Human Subjects Investigation Committee, The University of Texas Health Center at Tyler. |
| 1981-83 | Secretary, Research Committee, The University of Texas Health Center at Tyler. |
| 1982-83 | Member, Committee on Animal Research Legislation, The University of Texas System. |
| 1982-2001 | Member, Animal Research Committee, The University of Texas Health Center at Tyler. |
| 1982-1983 | Member, Search Committee for Associate Director for Research, The University of Texas Health Center at Tyler. |
| 1982-1983 | Member, Search Committee for Associate Director of Clinical Affairs, The University of Texas Health Center at Tyler. |
| 1982-1983 | Chairman, Search Committee for Executive Associate Director, The University of Texas Health Center at Tyler. |
| 1982-83 | Member, The University of Texas at Tyler and The University of Texas Health Center at Tyler Health Professions Advisory Committee. |
| 1983 | Reviewer for <u>Environmental Research</u> |
| 1986-92 | Member, Research Advisory Committee, The University of Texas System. |
| 1985 | Reviewer for <u>The Journal of the American Medical Association</u> |
| 1985 | Reviewer for Archives of Pathology and Laboratory Medicine |
| 1986-03 | Member, Graduate Education Committee, The University of Texas Health Center at Tyler. |
| 1986-89 | Administrative Director, Environmental Research Institute, Tyler, Texas. |

**PROFESSIONAL EXPERIENCE (Cont'd)**

| | |
|---|---|
| 1987 | Reviewer for American Review of Respiratory Diseases |

3

| | |
|---|---|
| 1987-91 | Editorial Review Board for <u>National Asbestos Council Journal</u> |
| 1988-91 | Member,Board of Directors,National Asbestos Council. |
| 1989 | Director of Joint Programs for The University of Texas Health Center at Tyler and Critical Environmental Training, Inc. |
| 1989 | Adviser to Board of Directors of Critical Environmental Training, Inc. |
| 1989 | Editorial Review Board for East Texas Medicine |
| 1990. | Member, Board of Directors, Gregg Business Incubator. |
| 1991-2000 | Associate Editor for Cytobios |
| 1993-2004 | Member, Internal Audit Committee, The University of Texas Health Center at Tyler. |
| 1994-2004 | Member, Residency Advisory Committee for Occupational Medicine, The University of Texas Health Center at Tyler. |
| 1997-2003 | Adjunct Member of Graduate Faculty, Stephen F. Austin State University, Nacogdoches, Texas. |
| 1998-2001 | Member, Capital Steering Committee, The University of Texas Health Center at Tyler. |
| 1998-2002 | Member, Campus Master Plan Committee, The University of Texas Health Center at Tyler. |
| 1998-2004 | Member, Compliance Program Committee, The University of Texas Health Center at Tyler. |
| 1999-2001 | Member, Board of Directors, The Discovery Science Place, Tyler, Texas. |
| 2000-2004 | Member, Defense Research Institute. |
| 2002-2005 | UTHCT-Infectious Organism Research Review Committee. |
| 2000-Present | Member, Technology Committee of the Tyler Chamber of Commerce. |
| 2003-2005 | Member, Hazardous Materials Management Committee. |
| 2001-2019 | Member, External Advisory Board, Texas A&M University School of Rural Public Health, College Station, Texas. |

**PROFESSIONAL EXPERIENCE (Cont'd)**

| | |
|---|---|
| 2000-2003 | Peer Review Panelist, National Center for |

Environmental Research and Quality Assurance (EPA).

2003-2005    Member, Delphi Study of Asbestos Health Effects –
             Round I, Round II, and Round III.  Co-Ordinator's of
             study: Daniel Banks, M.D., Jerry McLarty, Ph.D.,
             Runhua Shi, Ph.D.

2004         International Reviewers Panel (IRP), Medical Science
             Monitor.

2004         Medical Science Monitor Editorial Board Reviewer.

2006         Reviewer: Journal of Toxicology and Environmental
             Health

2006         Member: Expert Panel on Biomarkers of Asbestos
             Exposure and Disease; Agency for Toxic Substances and
             Disease Registry: Atlanta, Georgia- May 9 and 10,
             2006.

2007         Reviewer: Special Issue-Periodico di Mineralogia
             (Rome)

2007         Reviewer: Environmental Health Editorial

2007         External Reviewer-NIOSH Public Health Practice
             Project-May 2007

2007         External Peer Reviewer: EPA Draft-Final Report: "A
             Comparison of the Alternate Asbestos Control Method
             and the NESHAP Method for Demolition of Asbestos-
             Containing Buildings"-June 2007

2008         Peer Reviewer: CDC/NCEH/ATSDR-Project Report:
             "Exposure to Vermiculite from Libby, Montana at 28
             Processing Sites in the United States"- March 2008

2008         Program Committee: 2008 Johnson Conference, July 14-
             18, 2008, Burlington, Vermont

2008         Session Chairman: Health Risks-Johnson Conference
             July 18, 2008, Burlington, Vermont

2008         Peer Reviewer: EPA Panel-Demonstration of Alternate
             Control Method Demonstration of Two Asbestos-
             Containing Buildings-September 11-12, 2008

2008         External Reviewer-NSF Grants

2008         Reviewer-American Journal of Industrial Medicine

2009         Reviewer-Journal of Toxicology and Environmental
             Health

**PROFESSIONAL EXPERIENCE  (Cont'd)**

2009         Ad Hoc Peer Review Panel Member: Intramural

Occupational Research Agenda (NORA) FY10; The
National Institute of Occupational Safety and Health
(NIOSH)-May 2009

2009            Invited Participant: Workshop Sponsored by NIEHS,
                USEPA, ATSDR- Asbestos: A Science Based Examination
                of the Mode of Action Asbestos and Related Mineral
                Fibers-December 16-17, 2009

2010            Reviewer-Journal of Inhalation Toxicology

2011            Member: Program Committee: 2011 ASTM (D22) Johnson
                Conference on Asbestos

2011            Co-Chairman: Session-Human Health and Toxicology;
                Johnson Conference; July 25, 2011-Burlington,
                Vermont


## LICENSURE

1993-Present    Texas Department of Health Asbestos O & M Contractor

1995-Present    Texas Department of Health Asbestos Operations &
                Maintenance Supervisor – Restricted.

1995-Present    Texas Department of Health Asbestos Inspector.

1997-Present    Texas Department of Health Individual Asbestos
                Management Planner.


## PROFESSIONAL AFFILIATIONS AND RECOGNITIONS

New York Academy of Sciences.

Fellowship in the Stroke Council, American Heart Association.

Men of Achievement, 1983.

Who's Who in the South and Southwest, 1984.

Who's Who in Frontiers of Science and Technology, 1986.

Who's Who in Technology Today, 1987.

American Men and Women of Science, 1991.

Who's Who in Science and Engineering, 1993.

American Public Health Association, 1993.

## PROFESSIONAL AFFILIATIONS AND RECOGNITIONS (Cont'd)

International Academy of Pathology, U.S.-Canadian Division.

Fellowship in American College of Chest Physicians.

Regional Editor - Texas Society for Electron Microscopy Newsletter 1975-77.

Editor, Southwest Science Forum Newsletter, 1976-77.

Board of Trustees - Northeast Texas Chapter, The National Multiple
        Sclerosis Society, 1977-81.

The National Multiple Sclerosis Society, 1977-81.

Chairman, Medical Advisory Committee, Northeast Texas Chapter.

Co-Chairman, Spring Read-A-Thon Committee, Northeast Texas Chapter,
        The National Multiple Sclerosis Society, 1980.

Selected as co-host for visit by National Science Foundation's
        exchange scientist, Dr. P. N. Viswanathan, Industrial
        Toxicology Research Center, Lucknow, India, March 30-April
        11, 1980.

Sponsor for two-year postdoctoral study for Tomotoshi Akematsu,M.D.
        (Clinical Pathologist, Nishiwaki Municipal Hospital,Hyogo-
        Ken, Japan) 1981-83.

Sponsor for one-year postdoctoral study for Hitoshi Maeda, M.D.
        (Postgraduate student, Kobe University School of Medicine
        Kobe, Japan) 1983-84.

Selected as participant in an international workshop, co-sponsored
        by NATO, on the assessment of mineral content in human
        lungs, September 17-20, 1984, in Oxford, England.

Selected as Member, Publications Committee, National Asbestos
        Council, 1988-91.

Certification through U.S. Environmental Protection Agency course
        for "Supervision Procedures and Practices for Asbestos
        Abatement Projects".

Special Consultant to the Administration of The University of Texas
        at Austin on asbestos related problems, 1985-89.

Special Consultant to the Administration of The University of Texas
        System Cancer Center, Houston, Texas, on asbestos related
        problems, 1986-89.

Certification through U.S. Environmental Protection Agency course as
        asbestos inspector.


**PROFESSIONAL AFFILIATIONS AND RECOGNITIONS (Cont'd)**

Selected as Member of Texas Department of Health Asbestos Advisory
        Committee, 1987-92.

Selected as Vice-Chairman, Safety and Health Committee, National
        Asbestos Council, 1988-91.

Selected as Member of the Board, National Asbestos Council, Texas
        Chapter, 1989-96.

Selected as Member of the Advisory Committee, California Commercial
        Council Asbestos Committee, 1988-89.

Selected as Member of the National Asbestos  Council Task Force on
        AHERA State Certification Reciprocity, 1988-89.

Selected as Member of Year 2000 Health Objectives for Texas, Texas
        Department of Health, 1989-90.

Selected to U.S. Environmental Protection Agency Atmospheric
        Research and Exposure Assessment Laboratory Peer Review
        Program, 1990.

Selected as Member of Scientific Advisory Council, Collegium
        Ramazzini, New York, New York, June 7-9, 1990.

Selected as Member of Steering Committee to conduct a study of
        higher education needs in the East and Northeast Texas
        region, 1993-94.

Selected as Chair, Northeast Texas Consortium of universities and
        community colleges, November 18, 1997.

Inducted into Hall of Honor as Distinguished Alumni in Science at
        Paris Junior College.  Recognition was based on outstanding
        achievement, distinguished service, and professional
        leadership, November 14, 1998.

Selected as Secretary/Treasurer, Northeast Texas Consortium of
        universities and community colleges, September 23, 1999.

Selected as the Houston Endowment, Inc. Distinguished Professor in
        Environmental Sciences, August, 1999.

Selected as member, Advisory Board, Texas A&M University School of
        Rural Public Health, August, 2000-2016.

Selected as Executive Vice President, Board of Directors, Discovery
        Science Place, Tyler Texas, September, 2000.

Selected as "Eminent Scientist" & Outstanding Scholar of the Year
        2001, The International Research Promotion Council.

Fellowship in American Heart Association, 2001.

**PROFESSIONAL AFFILIATIONS AND RECOGNITIONS (Cont'd)**

Selected as Alumni Ambassador, The 31th Annual Alumni Ambassador
Forum, February 27, 2014, Texas A&M University at Commerce,
College of Science, Engineering & Agriculture: Department of
Biological and Environmental Sciences.

Awarded Distinguished Alumnus Paris Junior College, November 4,
2017.

Snider Lifetime Achievement Awardee 2018, Environmental
Information Association, March 19, 2018 EIA National
Conference, San Diego, California.

Appointed to Editorial Board, Journal of Toxicology and
Environmental Health, Part B: November 2018.


**GRANTS AND CONTRACTS:**

Subcontract from The University of Texas Medical Branch, NIEHS Grant
No. ES04147, Transplacental transfer of asbestos in humans.
FY92 - $54,843.64.  FY93 - $51,132.56.

Texas Department of Health Interagency Cooperative Contract No.
C3000834.  FY93 - $53,883.

Texas Department of Health Toxic Substance Control Division Grant
#7560013546 2004, Review Asbestos Management Plans,
9/01/2003 to 8/31/2004.

Texas Department of Health Toxic Substance Control Division Grant
#7560013546 2005, Review Asbestos Management Plans,
9/01/2004 to 8/31/2004.

Texas Department of Health Interagency Cooperative Contract No.75600
(3546C98-01) Floor Covering Removal.  Jan. 2001



**LECTURES AND PRESENTATIONS**

Garcia, J.H., Dodson, R.F., Hashi, K., and Flores de Cunha, B.:
Experimental cerebral infarction:  Studies on permeability
changes of the blood-brain-barrier.  Abstract of Scientific
Communication presented at the Annual Meeting, American
Association of Neuropathologists, June 25-27, 1971.

Dodson, R.F. and Cheung, L.W.:  Ultrastructural pathogenesis in
induced cerebral infarction.  Abstract of Scientific
Communication presented at the Annual Meeting, Texas Academy
of Science, March 16, 1973, Houston, Texas.

Dodson, R.F.: Comparative ultrastructural studies of the
pathogenesis of cerebral edema in cerebral infarction and
subarachnoid hemorrhage. Presented at the Cerebrovascular
Clinical Research Center Workshop, Phoenix, Arizona, January

12, 1973.

## LECTURES AND PRESENTATIONS (Cont'd)

Dodson, R.F., Meyer, J.S., Aoyagi, M., and Hartmann, A.:  Acute cerebral infarction and hypertension: An ultrastructural study. Abstract presented at the 50th Annual meeting, American Association of Neuropathologists, Boston, June 7-9, 1974.

Dodson, R.F., Chu, L.W-F, and Tagashira, Y.:  Myelinated fiber response in gray matter following acute cerebral infarction, Abstract presented at the Thirty-Second Annual Meeting, Electron Microscopy Society of America, St. Louis, August 14-16, 1974.

Dodson, R.F. and Tagashira, Y.:  Ependymal response in acute cerebral infarction.  Abstract presented at the Thirty Second Annual Meeting, Electron Microscopy Society of America, St. Louis,    August 14-16, 1974.

Dodson, R.F. and Tagashira, Y.:  Ultrastructural responses of cerebral tissue following periods of ischemic insult. Abstract presented at the Fourth Annual Meeting of the Society for Neuroscience, St. Louis, October 20-23, 1974.

Tulleken, C.A.F., Meyer, J.S., Ott, E.O., Abraham, J., and Dodson, R.F.:  Brain tissue pressure gradients in experimental infarction recorded by multiple wick-type transducers. Abstract presented at the Second International Symposium on Intracranial Pressure, Lund, Sweden, June 17-19, 1974.

Dodson, R.F.:  Chairman, Session III, Pathology, the Thirty-Second Annual Meeting of the Electron Microscopy Society of America, St. Louis, August 14-16. 1974.

Dodson, R.F.:  Chairman, Vascular Pathology Section, the Thirty-Third Annual Meeting of the Electron Microscopy Society of America, Las Vegas, August 11-15, 1975.

Dodson, R.F., Tagashira, Y., Chu, L.W-F., and Scates, R.W.: Middle cerebral artery response following occlusion with a surgical clamp.  Abstract presented at the Thirty-Third Annual Meeting of the Electron Microscopy Society of America, Las Vegas, August 11-15, 1975.

Dodson, R.F., Tagashira, Y., Chu, L.W-F., and Scates, R.W.:  Pericytic alterations in cerebral infarction.  Abstract presented at the Thirty-Third Annual Meeting of the Electron Microscopy Society of America, Las Vegas, August 11-15, 1975.

Dodson, R.F., Tagashira, Y., Chu, L.W-F., and Scates, R.W.: Acute response of cerebral tissue following periods of ischemic insult.  Abstract presented at the Thirty-Third Annual Meeting of the Electron Microscopy Society of America, Las Vegas, August 11-15, 1975.

**LECTURES AND PRESENTATIONS (Cont'd)**

Dodson, R.F.:  Invited Lecturer - National Institutes of Health.
Sponsored by the Laboratory of Neuropathology and
Neuroanatomical Sciences, National Institute of Neurological
and Communicative Disorders and Stroke; Igor Klatzo, M.D.,
Chief, Bethesda, Maryland, December 12, 1975. Seminar:
Ultrastructural changes following experimental cerebral
ischemia in the gerbil.

Dodson, R.F.:  Invited Lecturer - Lamar University, Beaumont, Texas.
Sigma Xi lecture series, March 23, 1976. Seminar:  The use
of animal models in the study of cerebrovascular disease in
man.

Dodson, R.F., Patten, B.M. and Chu, L.W-F.:  Ultrastructural change
in muscle biopsy from a case of progressive ophtmalmoplegia.
Abstract presented at the Thirty-Fourth Annual Meeting of
the Electron Microscopy Society of America, Miami Beach,
Florida, August 8-13, 1976.

Dodson, R.F., Chu, L.W-F, and Tagashira, Y.: Effects of intracarotid
injections of reserpine on cerebral tissue.  Abstract
presented at the Thirty-Fourth Annual Meeting of the
Electron Microscopy Society of America, Miami, Beach,
Florida, August 8-13, 1976.

Dodson, R.F., Welch, K.M.A., and Chu, L.W-F.:  Ultrastructural
changes following experimental cerebral ischemia in the
gerbil. Abstract presented at the Sixth Annual Meeting of
the Society  of Neuroscience, Toronto, Ontario, Canada,
November 7-11, 1976.

Dodson, R.F., Welch, K.M.A., and Chu, L.W-F.:  Cytoarchitectural
changes in brains of ischemic gerbils.  Abstract presented
at the Cerebrovascular Clinical Research Center Workshop,
Miami, Florida, February 23-24, 1977.

Dodson, R.F.:  Invited Testimony - Submitted to the Commission for
Control of Huntington's Disease and Its Consequences,
Regional Meeting for Arkansas, Louisiana, Oklahoma and
Texas, held May 3, 1977, at The University of Texas Health
Science Center, Dallas, Texas, sponsored by National
Institutes of Health,  Bethesda, Maryland.

Dodson, R.F., Chu, L.W-F., and Ishihara, N.:  Cerebral tissue
response in chronic electrode implantation.  Abstract
presented at the Joint Meeting of Electron Microscopy
Society of America and the International Conference on X-Ray
Optics and Microanalysis, Boston, Massachusetts, August 22-
26, 1977.

**LECTURES AND PRESENTATIONS (Cont'd)**

Dodson, R.F., Chu, L.W-F., and Miyakawa, Y.:  Cerebral response to ischemia induced by the embolism model.  Abstract presented at the Joint Meeting of Electron Microscopy Society of America and International Conference on X-Ray Optics and Microanalysis, Boston, Massachusetts, August 22-26, 1977.

Dodson, R.F.:  Invited lecturer - Texas Eastern University, Tyler, Texas, School of Science and Mathematics Seminar Series, September 21, 1978.  Seminar:  The application of animal models to the understanding of ultrastructural pathogenesis of human diseases.

Dodson, R.F., Williams, M.G. Jr., and Hurst, G.A.:  Neutrophil response to intratracheally injected asbestos.  Abstract presented at the Joint Meeting of Electron Microscopy Society of America and Microbeam Analysis Society, San Antonio, Texas, August 13-17, 1979.

Williams, M.G. Jr., Dodson, R.F., and Hurst, G.A.:  A Technique for Studying Single Cells by Light, Transmission and Scanning Microscopy.  A presentation at the Joint Meeting of Electron Microscopy Society of America and Microbeam Analysis Society, San Antonio, Texas, August 13-17, 1979.

Dodson, R.F.:  Moderator and Coordinator - Symposia on Asbestos in Schools, jointly sponsored by The University of Texas Health Center at Tyler, (Departments of Cell Biology and Environmental Sciences and Epidemiology/Biomathematics), Texas Department of Health, Region 7, and the Texas Air Control Board, Air Quality Control Region 12; held at The University of Texas Health Center at Tyler, Tyler, Texas, September 19, 1979.

Dodson, R.F.:  Guest Faculty, Invited Lecturer.  Electromicroscopic study of experimental asbestosis:  The coated and uncoated fibers.  Presented in 3-day Symposia on Asbestos Associated Diseases October 11-13, 1979, at Baylor College of Medicine, Houston, Texas, sponsored by The Office of Continuing Education, Baylor College of Medicine, Houston, and co-sponsored by The American Society of Clinical Pathologists and The Houston Society of Clinical Pathologists.

Dodson, R.F., Hurst, G.A., and Williams, M.G., Jr.: Short-Term Response of Lung Parenchyma Following "Amosite" Asbestos Exposure.  Presented at the American Thoracic Society/ Canadian Thoracic Society Meeting, Environmental and Occupational Health Assembly, Washington, D.C., May 19, 1980.

## LECTURES AND PRESENTATIONS (Cont'd)

O'Sullivan, M.F., Williams, M.G., Jr., and Dodson, R.F.:  Lung
     response to asbestos.  Presented at Fall Meeting of Texas
     Society for Electron Microscopy, College Station, Texas,
     October 9-11, 1980.

Piers, D.O., Williams, M.G., Jr., and Dodson, R.F.:  Pulmonary free
     cell response to asbestos as determined from lavage
     preparations.  Presented at Fall Meeting of Texas Society
     for Electron Microscopy, College Station, Texas, October 9-
     11,1980.

Dodson, R.F., Williams, M.G., Jr., McLarty, J.W., and Hurst, G.A.:
     Particulate matter in the sputum from former asbestos
     workers: An ultrastructural study.  Clin. Research,
     December, 1980.  Abstract.

Martin, R.R. and Dodson, R.F.:  Human pulmonary alveolar macrophages
     phagocytize ash from Mt. St. Helens with release of
     chemotactic factors.  Presented at the American Thoracic
     Society Meeting, Detroit, Michigan, May 10-18, 1981.

Dodson, R.F., Williams, M.G., McLarty, J.W. and Hurst, G.A.:  An
     ultrastructural study of particulate matter and ferruginous
     bodies in the sputum from former asbestos workers. Presented
     at Electron Microscopy Society of America, Atlanta, Georgia,
     August 11, 1981.

Dodson, R.F.:  Invited Lecturer -- Stephen F., Austin State
     University, Nacogdoches, Texas, Biology Department Graduate
     Seminar, February 24, 1982.  Seminar:  Asbestos –
     understanding the problem.

Dodson, R.F., and Martin, R.R.:  In Vitro interactions of human
     pulmonary macrophages with volcanic ash.  Presented at
     International Academy of Pathology Meeting, Boston,
     Massachusetts, March 1-5, 1982.

Dodson, R.F., O'Sullivan, M.F., Williams, M.G. and Hurst, G.A.:
     Analysis of cores of ferruginous bodies from former asbestos
     workers.  Presented at International Conference on
     Occupational Lung Disease, Chicago, Illinois, March 24-27,
     1982.

Dodson, R.F.: Invited Lecturer -- The University of Texas at Tyler,
     Tyler, Texas, May3-4, 1982. Lecture given at Pathophysiology
     course for nurses.

Williams, M.G., Corn, C., Dodson, R.F., and Hurst, G.A.:  Isolation
     of asbestos from lung tissue and sputum.  Presented at
     Electron Microscopy Society of America, Washington, D.C.,
     August 10, 1982.

**LECTURES AND PRESENTATIONS (Cont'd)**

O'Sullivan, M.F., Corn, C., Dodson, R.F., and Hurst, G.A.:  The influence of inflation level on the ultrastructure of pleura.  Presented at Electron Microscopy Society of America, Washington, D.C., August 10, 1982.

Dodson, R.F.:  <u>Invited Lecturer</u> -- Baylor College of Medicine, Houston, Texas, Department of Pathology Monthly Research Seminar, December 15, 1982.  <u>Seminar</u>:  Asbestos: Something Old/Something New.

Dodson, R.F., Greenberg, S.D., Williams, M.G., and Corn, C.: Ferruginous body content from lung tissue of occupationally and non-occupationally exposed groups.  Presented at International Academy of Pathology Meeting, Atlanta, Georgia, February 28, 1983.

Dodson, R.F.:  <u>Invited Lecturer</u> -- The University of Texas at Tyler, Tyler, Texas, March 8-9, 1983.  Lecture given on Pathological Responses of the Lung at Pathophysiology course for nurses.

Dodson, R.F.:  Invited Lecturer -- The University of Texas at Tyler, Tyler, Texas, May 2-3, 1983.  Lecture given on Cancer at Pathophysiology course for nurses.

Lawrence, E.C., Fox, T.B., Hall, B.T., Putman, M., Greenberg, S.D., Mace, M.L., Dodson, R.F. and Martin, R.R.:  Effects of amosite asbestos on human pulmonary alveolar macrophage functions.  Presented at American Thoracic Society Meeting, Kansas City, Missouri, May 8, 1983.

Dodson, R.F., Akematsu, T., Williams, M.G., O'Sullivan, M.F., and Hurst, G.A.:  Acute response of lung parenchyma to volcanic ash.  Presented at Electron Microscopy Society of America, Phoenix, Arizona, August, 1983.

Ford, J.O., Dodson, R.F., Williams, M.G., and Hurst, G.A.:  The blood/air barrier as defined by horseradish peroxidase in the normal guinea pig lung.  Presented at Electron Microscopy Society of America, Phoenix, Arizona, August, 1983.

Davis, M.L., Lewandowski, J., Dodson, R.F., and Hurst, G.A.: Ultrastructure of the bronchiolar epithelium in the guinea pig.  Presented at Electron Microscopy Society of America, Phoenix, Arizona, August, 1983.

Ford, J.O., and Dodson, R.F.:  Endocytosis of amosite asbestos by <u>Paramecium Multimicronucleatum</u>.  Presented at Texas Society for Electron Microscopy Meeting, Tyler, Texas, October, 1983.

**LECTURES AND PRESENTATIONS (Cont'd)**

Davis, M.L., and Dodson, R.F.: Some SEM observations of the early
    pulmonary response to "Amosite" asbestos exposure in the
    guinea pig. Presented at Texas Society for Electron
    Microscopy Meeting, Tyler, Texas, October, 1983.

Ford, J.O., Dodson, R.F., and Williams, M.G.: An ultrastructural
    study of the blood/air barrier in the guinea pig. Poster
    presented at Texas Society for Electron Microscopy Meeting,
    Tyler, Texas, October, 1983.

Dodson, R.F., Williams, M.G., O'Sullivan, M.F., Corn, C.J., Hurst,
    G.A.: Quantitation of uncoated asbestos fibers and
    ferruginous bodies in lungs of asbestos workers. Presented
    at International Academy of Pathology Meeting, San
    Francisco, California, March 12, 1984.

Hurst, G.A., McLarty, J.W., Dodson, R.F.: The significance of
    pleural calcification in amosite asbestos workers.
    Presented at Fifth European Congress of Diseases of the
    Chest, Lisbon Portugal, June 4-7, 1984.

Dodson, R.F., Williams, M.G., O'Sullivan, M., Corn, C.J., Hurst,
    G.A., Greenberg, S.D.: Quantitation of uncoated asbestos
    fibers and ferruginous bodies in lungs of asbestos workers.
    Presented at International Congress, Miami, Florida,
    September 6, 1984.

Dodson, R.F., Williams, M.G., Corn, C.J., Hurst, G.A.: Asbestos
    bodies, uncoated fibers, and other particulates in nonurban
    lung cancer patients. Presented at The University of Texas
    Graduate School of Biomedical Sciences in Houston, Texas,
    September 27, 1984.

Davis, M.L., Lewandowski, J., Dodson, R.F.: A morphological study
    of the distal airways. Presented at The University of Texas
    Graduate School of Biomedical Sciences in Houston, Texas,
    September 27, 1984.

Davis, M.L., Ford, J.O., Dodson, R.F.: Preparation of guinea pig
    airways for electron microscopy. Presented at the meeting
    of the Texas Society for Electron Microscopy, San Antonio,
    Texas, April 12, 1985.

Dodson, R.F., Maeda, H., Williams, M.G., Ford, J.O.: Long term
    pulmonary effects of diatomaceous earth in adult guinea
    pigs. Presented at the meeting of the American Thoracic
    Society, Anaheim, California, May 14, 1985.

Dodson, R.F., O'Sullivan, M.F., Corn, C.J., Williams, M.G.:
    Nonasbestos ferruginous bodies in man. Presented at the
    meeting of the Electron Microscopy Society of America,
    Louisville, Kentucky, August 5, 1985.

**LECTURES AND PRESENTATIONS (Cont'd)**

Davis, M.L., Ford, J.O., Dodson, R.F.:  Ultrastructure of major
        conducting airway epithelium in the guinea pig.  Presented
        at the meeting of the Electron Microscopy Society of
        America, Louisville, Kentucky, August 5, 1985.

Corn, C.J., Williams, M.G., Dodson, R.F.:  An analysis of residual
        asbestos remaining in preparative vials following bleach
        digestion.  Presented at the meeting of the Electron
        Microscopy Society of America, Louisville, Kentucky, August
        5, 1985.

DeShazo, R.D., Diem, J.E., Banks, D., Chapman, Y., Bozelka, B., and
        Dodson, R.F.:  Asbestos inhibits natural killer cell
        response to interferon.  Presented at the Southern Society
        for Clinical Investigation Meeting, New Orleans, Louisiana,
        February 5, 1986.

Dodson, R.F.:  Particulate analysis samples from amosite workers.
        Presented at the joint meeting of the Electron Microscopy
        Society of America/Microbeam Analysis Society Albuquerque,
        New Mexico, August 14, 1986.

Dodson, R.F:  Invited Lecturer -- Presentation for the Asbestos
        Programs Group, Environmental Health and Safety Division,
        Georgia Tech Research Institute, Oklahoma City, Oklahoma,
        August 26, 1986.

Dodson, R.F.:  Invited Lecturer -- Health Effects of Asbestos
        Presentation for the National Conference of State
        Legislatures' Seminar on Asbestos Safety in Buildings,
        Kansas City, Missouri, September 12, 1986.

Kennedy, T., Melnicoff, P., Dodson. R., Rawlings, W. Hoidal, J.:
        Kaolin catalyzes hydroxyl radical generation from hydrogen
        peroxide.  Presented at the American College of Chest
        Physicians' Third International Conference on Environmental
        Lung Disease, Montreal, Quebec, Canada, October 15-18, 1986.

Garcia, J.G.N., Callahan, K., Davis, L., Johnson, A.R., Corn, C.,
        Dodson, R.F.:  Activation of Human umbilical vein
        endothelium  following phagocytosis of asbestos and
        fiberglass particles.  Presented at the American College of
        Chest Physicians' Third International Conference on
        Environmental Lung Disease, Montreal, Quebec, Canada,
        October 15-18, 1986.

Corn, C.J., Williams, M.G., Dodson, R.F.:  An electron microscopic
        analysis of residual asbestos remaining in preparative vials
        following bleach digestion.  Presented at the meeting of the
        Texas Society for Electron Microscopy, Houston, Texas,
        October 16-18, 1986.

16

**LECTURES AND PRESENTATIONS (Cont'd)**

Kennedy, T.P., Dodson, R., Rawlings, W. and Hoidal, J.R.:  Kaolin
    catalyzes hydroxyl radical generation from hydrogen
    peroxide.  Presented at the American Federation for Clinical
    Research, New Orleans, Louisiana, January 28-30, 1987.

Dodson, R.F., Hurst, G., Williams, M., Corn, C., and Greenberg, S.:
    A comparison of light and electron microscopy techniques for
    defining occupational exposure to asbestos.  Presented at
    the meeting of the International Academy of Pathology,
    Chicago, Illinois, March 9-13, 1987.

Garcia, J.G.N., Callahan, K.S. Gray, L.D., Azghani, A., Johnson,
    A.R., and Dodson, R.F.:  Amosite asbestos is toxic to
    vascular endothelium and induces alterations in endothelial
    cell function.  Presented at the meeting of the American
    Thoracic Society, New Orleans, Louisiana, May 10-13, 1987.

Kennedy, T.P., Ky, H., Roa, N.V., Hopkins, C., Tolley, E., Dodson,
    R., and Hoidal, J.R.:  Asbestos and kaolin cause red cell
    hemolysis by acting as fenton reagents.  Presented at the
    meeting of the American Thoracic Society, New Orleans,
    Louisiana, May 10-13, 1987.

Dodson, R.F.:  Keynote Speaker -- Health Effects of Asbestos
    presented to the National Conference of State Legislatures.
    Indianapolis, Indiana, July 27, 1987.

Dodson, R.F.:  Invited Lecturer -- An Interdisciplinary Training
    Program for Supervision of Procedures and Practices of
    Asbestos Abatement sponsored by the Texas Engineering
    Extension Service of the Texas A&M University System, El
    Paso, Texas, August 10, 1987.

Dodson, R.F.:  Invited Lecturer -- Asbestos symposium sponsored by
    Asbestos Programs Group, Environmental Health and Safety
    Division, Georgia Tech Research Institute, Atlanta, Georgia,
    August 17, 1987.

Dodson, R.F.:  Keynote Speaker -- Asbestos Substitutes:  A Growing
    Concern.  National Asbestos Council Third Annual Fall
    Technical Asbestos Abatement Conference and Exposition,
    Oakland, California, September 22, 1987.

Dodson, R., Williams, M., Corn, C., Idell, S., and McLarty, J.:
    Asbestos fibers in sputum--an indicator of past occupational
    exposure.  Presented at the meeting of the United States and
    Canadian Academy of Pathology, Washington, D. C., February
    28-March 4, 1988. Lab.Invest. 58:144, 1988.

Garcia, J.G.N., Griffith, D.E., Garcia, P.L., Iriana, S., Dodson,
    R.F., and Callahan, K.S.:  Alveolar macrophages from
    asbestos-exposed workers are primed to release $LTB_4$.
    Presented at the meeting of the American Thoracic Society,

                Las Vegas, Nevada, May 11, 1988.
**LECTURES AND PRESENTATIONS (Cont'd)**

Dodson, R.F.:  The lung as a mirror for past exposure to asbestos
        and other dusts.  Presented at the 1988 Fall Technical
        Conference and Exposition of the National Asbestos Council,
        Inc., Boston, Massachusetts, September 20, 1988.

Ford, J.O. and Dodson, R.F.:  Pulmonary response following a second
        asbestos exposure. Presented at the meeting of Texas Society
        for Electron Microscopy, Galveston, Texas, October 6-8,
        1988.

Dodson, R.F.:  Why are dusts toxic? Presented at the Sixth Annual
        Asbestos Abatement Conference and Exposition of the National
        Asbestos Council, Inc., Anaheim, California, March 30, 1989.

Dodson, R.F.:  Invited Lecturer -- Collegium Ramazzini Workshop on
        "Disease Potential of Different Asbestos Fiber Varieties,"
        Ottawa, Canada, March 20-22, 1989.

Dodson, R.F.:  Invited Lecturer -- Manmade mineral fiber update.
        Presented at National Insulation Contractors' Association
        Convention.  Charleston, South Carolina, April 9-12, 1989.

Griffith, D.E., Dodson, R.F., Garcia, J.G.N., Levin, J., and
        Kronenberg, R.S.:  Airflow obstruction in asbestos and
        silica exposed workers.  Presented at the meeting of the
        American Thoracic Society, Cincinnati, Ohio, May 17, 1989.

Dodson, R.F.:  Application of electron microscopy in analysis.
        Presented at the Baylor College of Medicine seminar entitled
        "The Pathology of Occupational Lung Disease:  An Update,"
        Houston, Texas, May 19, 1989.

Dodson, R.F.:  Invited Lecturer -- Asbestos particles (coated and
        uncoated) in the lungs.  Presented at the Baylor College of
        Medicine Pathology/Radiology Conference, Houston, Texas,
        August 23, 1989.

Dodson, R.F.:  Health effects of manmade mineral fibers - questions
        remain.  Presented at the 1989 Fall Technical Conference and
        Exposition of the National Asbestos Council, Indianapolis,
        Indiana, September 27, 1989.

McKee, T.R., Crossman, R.N., Dodson, R.F., Jones, C., Walker, G. and
        Tompkins, R.:  Applications of microscopy techniques and
        their impact on the asbestos industry.  Presented at the
        Seventh Annual Asbestos Abatement Conference and Exposition
        of the National Asbestos Council, San Antonio, Texas,
        February 20, 1990.

Kronenberg, R., Levin, J. and Dodson, R.F.:  Asbestos health issues
        in the nineties.  Presented at the Seventh Annual Asbestos
        Abatement Conference and Exposition of the National Asbestos
        Council, San Antonio, Texas, February 20, 1990.

                                    18

**LECTURES AND PRESENTATIONS (Cont'd)**

Dodson, R.F.:  Invited Lecturer -- Comparison of fiber burdens of
        parenchyma, lymph nodes and pleural plaques in shipyard
        workers.  Presented at Collegium Ramazzini, "The Third Wave
        of Asbestos Disease: Exposure to Asbestos in Place," New
        York, New York, June 7, 1990.

Levin, J., Shepherd, R., Kronenberg, R. and Dodson, R.:  Making the
        diagnosis: asbestos and benign pleural disease.  Presented
        at the 1990 Fall Technical Conference and Exposition of the
        National Asbestos Council, Phoenix, Arizona, September 12,
        1990.

Fraire, A.E., Greenberg, S.D., Roggli, V.L., Cartwright, J., Dodson,
        R., Williams, G. and el-Naggar, A.:  Light microscopic,
        ultrastructural and flow cytometric findings in rat pleural
        mesothelial cells following crocidolite asbestos
        inoculation.  Presented at the American College of Chest
        Physicians 56th Annual Assembly, Toronto, Ontario, Canada,
        October 22-26, 1990, Chest 98:66S.

Dodson, R.F., Williams, M.G., Corn, C.J., Brollo, A. and Bianchi,
        C.:  Nonasbestos fiber burden in individuals exposed to
        asbestos.  Presented at the NATO Advanced Research Workshop
        on Mechanisms in Fibre Carcinogenesis, Albuquerque, New
        Mexico, October 21-26, 1990.

Friedman, W., Ewing, W., and Dodson, R.F.:  Asbestos fiber length –
        current issues.  Presented at National Asbestos Council 8th
        Annual Asbestos Management Conference and Exposition, New
        Orleans, Louisiana, February 19-22, 1991.

Dodson, R.F., Ewing, E., Ewing, W., Oppenheim-McMullen, J., and
        Millette, J.:  Assessing risk in buildings containing
        asbestos.  Presented at American Public Health Association
        119th Annual Meeting, Atlanta, Georgia, November 13, 1991.

Dodson, R.F., O'Sullivan, M., Corn, C.J., Garcia, J.G.N., Stocks,
        J.M., and Griffith, D.E.:  Nonasbestos ferruginous bodies in
        bronchoalveolar lavage.  Presented at American Thoracic
        Society International Conference, Miami, Florida, May 18,
        1992.

Fraire, A.E., Greenberg, S.D., Spjut, H.J., Roggli, V.L., Dodson,
        R., Cartright, J. and Williams, G.:  Histopathologic
        characterization of rat pleural mesothelium following
        intrapleural inoculation with fiber glass.  Presented at XIX
        International Congress of the International Academy of
        Pathology, Madrid, Spain, October 18-23, 1992.

**LECTURES AND PRESENTATIONS (Cont'd)**

Fraire, A.E., Greenberg, S.D., Spjut, H.J., Cartright, J. Roggli, V.L., Dodson, R., and Williams, G.:  Histopathologic, ultrastructural and flow cytometric characterization of fiberglass-induced pleural mesothelioma in the fischer 344 rat.  Presented at XVII World Congress on Diseases of the Chest, Amsterdam, June 13-18, 1993.

Aust, A.E., Lund, L.G., Williams, M.G., and Dodson, R.F.: Iron associated with asbestos bodies is responsible for the formation of single-strand breaks in øX174 RFI DNA. Presented at Oxygen Radicals and Lung Injury Conference, Morgantown, West Virginia, August 30 to September 2, 1993.

Fraire, A.E., Greenberg, S.D., Spjut, H.J., Roggli, V.L., Dodson, R. F, Williams, G. and Baker, S.:  Erionite induced pleural changes in the Fischer 344 rat. Presented at the ALA/ATS International Conference, Boston, Massachusetts, May 22-25, 1994.

Dodson, R.F., O'Sullivan, M., and Corn, C.J.:  The ratio of ferruginous body content to the types of uncoated asbestos fibers in occupational and paraoccupational cohorts. Presented at American Thoracic Society International Conference, Seattle, Washington, May 24, 1995.

Dodson, R.F. and Hammar, S.P.:  _Invited Lecturer_ -- Asbestos fiber burden in lung tissue of patients with malignant mesothelioma in the Northwest United States.  Presented at the Society for Ultrastructural Pathology meeting, Washington, D.C., March 24, 1996.

Levin, J.L., Frank, A.L., Rountree, P.P., Shepherd, J.R., Dodson, R.F., and Crossman, R.:  _Invited Lecturer_ -- The role of electron microscopy.  In Postgraduate Seminar: Occupational Pneumoconioses Update.  Presented at the American Occupational Health Conference, San Antonio, Texas, April 26-May 3, 1996.

Frank, A.L., Dodson, R.F., and Williams, M.G.:  Lack of tremolite in UICC reference chrysotile and the implications for carcinogenicity.  Presented at the Inhaled Particles VIII Meeting, Cambridge, England, August 26-30, 1996.

Fraire, A.E., Dodson, R.F, Williams, G., Dickson, E. and Corn, C.: Do asbestos (ferruginous bodies form in extrapulmonary sites?  An experimental study in a guinea pig model. Presented at the XXI International Congress of the International Academy of Pathology, Budapest, Hungary, October 20-25, 1996.

**LECTURES AND PRESENTATIONS (Cont'd)**

Levin, J., O'Sullivan, M., Corn, C., and Dodson, R.:  Ferruginous
        bodies formed predominantly on chrysotile cores.  Presented
        at the Third International Symposium, *Impact of Cancer
        Biotechnology on Diagnostic and Prognostic Indicators in
        Predictive Oncology and Therapy* in Nice, France, October 26-
        28, 1996.

Atkinson, M.A.L., Tate, R., Williams, M.G., and Dodson, R.:
        Erionite, a fibrous zeolite, binds iron and induces DNA
        single-strand nicks.  Presented at 6th International
        Congress on Cell Biology and 36th American Society for Cell
        Biology Annual Meeting, San Francisco, California, December
        7-11, 1996, Molecular Biology of the Cell 7:144A.

Williams, M.G., Crossman, R.N., Dodson, R.F.:  Results from a search
        for tremolite asbestos in UICC chrysotile B.  Presented at
        the EIA Meeting, New Orleans, Louisiana, March 25, 1997.

Dodson, R.F., O'Sullivan, M.F., Huang, J., Hammar, S.P.:  Invited
        Lecturer -- Asbestos in extrapulmonary sites-omentum and
        mesentery tissue.  Presented at 6th International Conference
        on Environmental & Occupational Lung Disease in Vancouver,
        British Columbia, Canada, February 11, 1999.

Hammar, S.P., Dodson, R.F.:  Pulmonary Granulomatosis in Association
        Intraparencymal Birefringent Material.  Presented at
        Pulmonary Pathology Meeting and Medical Symposium,
        Asheville,  North Carolina, August 25-27, 1999.

Dodson, R.F.:  The role of fiber analysis in the diagnosis and
        attribution of asbestos-related diseases.  Presented at
        Pulmonary Pathology Meeting and Medical Symposium,
        Asheville, North Carolina, August 25-27, 1999.

Dodson, R.F.:  The medical and scientific aspects in the
        quantitative analysis of ferruginous bodies and asbestos
        fibers.  Present at Defense Research Institute's Asbestos
        Personal Injury Litigation Seminar, November 2-3, 2000

Williams, M.G., Crossman, R., Dodson, R.F.:  Asbestos Release During
        Floor Tile Removal. Presented at EPA Conference on Asbestos
        Health Effects, Oakland, California – May 23-26, 2001.

Dodson, R.F., Atkinson, M.A.L:  Invited Presentation: Asbestos
        Burden in Tissue: Little Things Mean a Lot.  Presented at
        the ASTM Johnson Conference, Burlington, Vermont, July 18-
        22, 2005.

Dodson, R.F., Invited Presentation: Extrapulmonary Exposure to
        Asbestos, First Meeting of the Committee on Asbestos:
        Selected Health Effects, Institute of Medicine-Division of
        Population Health and Public Health Practice; Washington,
        DC; July 26, 2005.

**LECTURES AND PRESENTATIONS (Cont'd)**

Dodson, R.F., Invited Speaker: Measurements of Asbestos Fibers in Tissues: Presented in the Session: Asbestos and Man-made Mineral Fibers: Conference-Framing the Future in the Light of the Past: Living in a Chemical World 2005-Third International Scientific Conference; Collegium Ramazzini; Bologna, Italy; September 18-21, 2005.

Dodson, R.F. Invited Speaker: Asbestos Medicine-A Prognosis on the Future of Asbestos Disease: Presented-Mealey's National Asbestos Litigation Conference, Boston, Mass. September 18, 2006.

Dodson, R.F. Keynote Address: Asbestos and Human Health: Something Old, Something New, and a Lot of Unknowns: Presented at the Twenty-fifth Anniversary Meeting of the Environmental Information Association, Albuquerque, New Mexico. March 17, 2008.

Dodson, R.F. Presentation: Mesothelioma-What We Know Based on Tissue Analysis for Asbestos, Johnson Conference, Burlington Vermont, July 18, 2008.

Dodson, R.F. Invited Witness-Topic: Asbestos and Mesothelioma; State of Texas Senate Committee for State Affairs, Austin, Texas; March 23, 2009.

Dodson, R.F. Invited Panel Member and Speaker: The Physical Aspects of Asbestos/Elongated Minerals and Reaction with Tissue. Panel 1: Toxicology: Workshop on the NIOSH Research Roadmap on Asbestos Fibers and Other Elongated Mineral Particles; Institute of Medicine-National Research Council, National Academy of Sciences; Washington D.C. March 30,2009.

Dodson, R.F. Invited Speaker: Fiber Burden Analysis-The What's The Why's and The How's; National Asbestos Litigation Conference, September 23-25, San Francisco, California.

Dodson, R.F. Invited Panel Member: Exposure Team; Asbestos: A Science-Based Examination of the Mode of Action of Asbestos and Related Mineral Fibers; Sponsored by National Institute of Environmental Health Sciences, NIEHS Superfund Research Program, U.S. Environmental Protection Agency, Agency for Toxic Substances and Disease Registry. December 16-17,2009; Chapel Hill, North Carolina.

Dodson, R.F. Presentation: Observations from Quantitative Analysis of Tissue Burden for Elongated Particles by Light and/or Transmission Electron Microscopy as Relate to Attribution of Mesothelioma, ASTM-Johnson Conference, Burlington Vermont July 25, 2011

## LECTURES AND PRESENTATIONS (Cont'd)

Dodson, R.F. Invited Presentation: Identification and Quantification of Asbestos Burden; in Current Concepts and Controversies in Asbestos-Related Disease; Massachusetts General Hospital/Department of Pathology Harvard Medical School, May 5-6, 2012; Boston, Massachusetts.

Dodson, R.F. Presentation: Asbestos in air and tissue samples-Now you see them.  Now you don't!  Texas EIA Technical Seminar; September 28, 2012; Houston, Texas

Dodson, R.F. Invited Presentation: "What Can Be Learned from Tissue Burden of Elongated Mineral Particles"! Workshop: Mineral Fibers in the Upper Midwest. EPA Mid Continent Laboratories in Duluth, MN. October 6-7, 2015

Poye, L.W. and Dodson RF. Invited Presentation: Variables in Identification of Tissue Burden of Asbestos Fibers in Human Tissue Based on Preparation, Instrumentation and Magnification: Collegium Ramazzini, Carpi, Italy October 27, 2016.


## LECTURER FOR EPA AND OSHA TRAINING COURSES

Dodson, R.F.: Lecturer -- Health Effects of Asbestos Exposure. Presentations for the Texas Engineering Extension Service of The Texas A&M University System Asbestos Training Programs, 1986-1992:

> 1. An Interdisciplinary Training Program for Supervision of Procedures and Practices of Asbestos Abatement.

> 2. Asbestos Worker Training Program

> 3. Asbestos Inspector/Manager Training Course.

Dodson, R.F.: Lecturer -- Health Effects of Asbestos Exposure. Presentations for The University of Texas Health Center at Tyler and Critical Environmental Training, Inc. Asbestos Training Programs, 1988, 1989:

> 1. An Interdisciplinary Training Program for Practices and Procedures of Asbestos Abatement for Supervisors and Contractors.

> 2. An Interdisciplinary Training Program for Building Inspector for Asbestos Abatement Projects.

> 3. NIOSH 582 7400 Method - ORM (Air Sampling Course).

**LECTURER FOR EPA AND OSHA TRAINING COURSES (Cont'd)**

Dodson, R.F.:   <u>Lecturer</u> -- Health Effects of Asbestos Exposure.
         Presentations for the Environmental Health and Safety
         Division, Georgia Tech Research Institute, Atlanta, Georgia,
         Asbestos Training Programs:  Supervision of Asbestos
         Abatement Projects, 1987, 1988.

Dodson, R.F.:   <u>Lecturer</u> -- Health Effects of Asbestos Exposure.
         Presentations for the Environmental Institute, Marietta,
         Georgia, Asbestos Training Programs:  Asbestos in Buildings:
         Abatement Project Supervision, 1988.

Dodson, R.F.:   <u>Lecturer</u> -- Health Effects of Asbestos Exposure.
         Presentations for International Association of Heat and
         Frost Insulators and Asbestos Workers, Houston, Texas,
         Asbestos Training Programs:  Asbestos Abatement Seminar for
         Instructors, 1988.

Dodson, R.F.:   <u>Lecturer</u> -- Health Effects of Asbestos Exposure.
         Presentations for the Environmental Research Institute,
         Inc., Tyler, Texas, and The University of Texas Health
         Center at Tyler, Asbestos Training Programs:  Polarized
         Light Microscopy Course, 1988.

Dodson, R.F.:   <u>Lecturer</u> -- Health Effects of Asbestos Exposure.
         Presentations for The University of Texas Health Center at
         Tyler Occupational and Environmental Training Programs,
         1990-Present.

         1. An Interdisciplinary Training Program for Practices
      and Procedures of Asbestos Abatement for Supervisors and
      Contractors.

         2. An Interdisciplinary Training Program for Building
      Inspector for Asbestos Abatement Projects.

         3. NIOSH 582 7400 Method - ORM (Air Sampling Course).


**BIBLIOGRAPHY**

Dodson, R.F.:  S-collindine as a buffering system for glutaraldehyde
         perfusion of the central nervous system. J Neuropathology
         Exp Neurol 30:714-722, 1971.

Dodson, R.F.:  Ultrastructural alterations of the medulla oblongata
         tissue following acute whole-body gamma irradiation.  Acta
         Neuropathology 17: 353-362, 1971.

Garcia, J.H., Robinson, L., Dodson, R.F., and Velayas, E.:  Electron
         microscopy of human skeletal muscle in health and disease
         (myositis). Amer J Pathol, February 1971 (abstract).

**BIBLIOGRAPHY (Cont'd)**

Dodson, R.F. and Cheung, L.W.:  Perivascular obligodendrocytes in
       the striatum of the squirrel monkey.  J Neurol Sci 17:237-
       244, 1972.

Dodson, R.F., Hashi, K., and Meyer, J.S.:  The effect of glycerol
       and intracarotid phenoxybenzamine after experimental
       subarachnoid hemorrhage: an ultrastructural study.  Acta
       Neuropathol  24:1-11, 1973.

Dodson, R.F., and Wood, J.G.:  Concentric membranous bodies in the
       central nervous system.  Cytobios 7:61-69, 1973.

Dodson, R.F.:  Electron Microscopy of microvascular pericytes in the
       brain.  Cytobios 7:183-188, 1973.

Dodson, R.F. and Kawamura, Y.:  Perivascular hemorrhagic lesions in
       temporal cortex following cerebral infarction (a
       morphological study).  Exp Mol Pathol 20:24-32, 1974.

Dodson, R.F., Kawamura, Y., Aoyagi, M., and Hartmann, A.:  A
       comparative evaluation of the ultrastructural changes
       following induced cerebral infarction in the squirrel monkey
       and baboon.  Cytobios 8:175-182, 1973.

Dodson, R.F.:  Ultrastructural alterations of myelinated fibers
       following acute cerebral infarction in the squirrel monkey.
       Medikon 5:19-21, 1974.

Dodson, R.F, Fritz, G.S., Hubler, W.R., Jr., Rudolph, A.J. Knox,
       J.M., and Chu, L.W-F.:  Donovanosis: A morphologic study J
       Invest Dermatol 62:611-614, 1974.

Dodson, R.F., Aoyagi, M., Hartmann, A., and Tagashira, Y.:  Acute
       cerebral infarction and hypotension:  An ultrastructural
       study.  J Neuropathol Exp Neurol 33:400-407, 1974.

Dodson, R.F. and Chu, L.W-F.:  Ultrastructure of the ependymal and
       subependymal cells in the lateral ventricle of the squirrel
       monkey.  Cytobios 10:145-156, 1974.

Dodson, R.F., Tagashira, Y., and Chu, L.W-F.:  The ultrastructure of
       the middle cerebral artery and its associated nerve fibers
       in the squirrel monkey and baboon.  Tissue & Cell 7:171-180,
       1975.

Dodson, R.F., Tagashira, Y., and Chu, L.W-F.:  Morphological studies
       of the ventricular wall in cerebral infarction Exp Mol
       Pathol 22:294-301, 1975.

Tulleken, C.A.F., Meyer, J.S., Ott, E.O., Abraham, J., and Dodson,
       R.F.:  Brain tissue pressure gradients in experimental
       infarction and space occupying lesions.  Clin Neurol
       Neurosurg 7:198-211, 1974.

**BIBLIOGRAPHY (Cont'd)**

Tulleken, C.A.F., Meyer, J.S., Ott, E.O., Abraham, J., and Dodson, R.F.:  Brain tissue pressure gradients in experimental infarction recorded by multiple wick-type transducers.  In Lundberg, N., Ponten, U., and Brock, M. (Eds.): <u>Intracranial Pressure II.</u> Berlin, Heidelberg, New York: Springer Verlag, 1975, pp. 224-227.

Ott, E.O., Abraham, J., Meyer, J.S., Tulleken, C.A.F., Mathew, N.T., Achari, A.N., Aoyagi, M., and Dodson, R.F.:  Regional cerebral blood flow measured by the gamma camera after direct injection of xenon [133] in the distal stump of the occluded middle cerebral artery. Stroke 6:376-381, 1975.

Dodson, R.F., Tagashira, Y., Kawamura, Y., and Chu, L.W-F.:  Morphological; responses of cerebral tissue following temporary periods of ischemia.  Canad J Neurol Sci, August:173-177, 1975.

Dodson, R.F., Tagashira, Y., and Chu, L.W-F.:  The effects of Glycerolon cerebral ultrastructure following experimentally induced cerebral ischemia.  J Neurol Sci 26:235-244, 1975.

Patten, B.M., Dodson R.F., Hefferan, P., and Howell, R.:  Mitochondrial myopathy associated with abnormal lactate metabolism:  Response to prednisone in three patients.  Neurology 26:370, 1976 (abstract).

Dodson, R.F., Aoyagi, M., and Chu, L.W-F.:  Ultrastructural changes in subacute cerebral infarction following MCA occlusion in baboon.  Cytobios 13:97-108, 1975.

Dodson, R.F., Tagashira, Y., and Chu, L.W-F.:  Acute ultra-structural changes in middle cerebral artery following mechanical injury and ischemia produced by surgical clamping.  Canad J Neurol Sci 3:23-27, 1976.

Meyer, J.S., Welch, K.M.A., Titus, J.L., Suzuki, M., Kim, H.S. Perez, F.I., Mathew, N.T., Gedye, J.L., Hrastnik, R., Miyakawa, Y., Achar, V.S., and Dodson, R.F.:  Neurotransmitter failure in cerebral infarction and dementia.  Neurobiology of Aging,    edited by Robert D. Terry and Samuel Gershon, pp. 121-138,1976.

Dodson, R.F., Tagashira, Y., and Chu, L.W-F.:  Acute perictyic response to cerebral ischemia, J Neurol Sci 22:9-16. 1976.

Dodson, R.F., Patten, B.M., Hyman, B.H., and Chu, L.W-F:  Mitochondrial abnormalities in progressive ophthalmoplegia.  Cytobios 15:57-60, 1976.

Mathew, N.T., Myer, J.S., Achari, A.N., and Dodson, R.F.:  Hyperlipidemic neuropathy and dementia.  Europ Neurol 14:370-382, 1976.

## BIBLIOGRAPHY (Cont'd)

Welch, K.M.A., Chabi, E., Dodson, R.F., Wang, T-P.F., Nell, J., and
    Bergin, B.:  4. The role of biogenic amines is the
    progression of cerebral ischemia and edema:  Modification by
    p-Chlorophenylalanine, Methysergide, and Pentoxyfilline.
    In:  Dynamics of Brain Edema:  Pappius, H. M. and Feindel W.
    (Eds).:  Berlin, Heidelberg, New York:  Springer Verlag,
    1976, pp. 193-202.

Hyman, B.H., Patten, B.M. and Dodson, R.F.:  Mitochondrial
    abnormalities in progressive external ophthalmoplegia.  Am J
    Ophthalmol March, 1977. p. 362.

Layman, D.L., Epstein, E.H., Jr., Dodson, R.F., and Titus, J.L.:
    Biosynthesis of type I and III collagens by cultured smooth
    muscle cells from human aorta. Proc Natl Acad Sci USA,
    February 1977, pp. 671-675.

Dodson, R.F., Miyakawa, Y., Chu, L.W-F., Ishihara, N., Naritomi, H.,
    Hsu, M-C., and Deshmukh, V.D.:  An ultrastructural
    assessment of an embolic method of producing cerebral
    ischemia.  Stroke 8:33-341, 1977.

Dodson, R.F., Chu, L.W-F., Welch, K.M.A., and Achar, V.S.:  Acute
    tissue response to cerebral ischemia in the gerbil. J Neurol
    Sci, 1977, 33:161-170.

Patten, B.M., Shabot, J.M., Alperin, J., and Dodson, R.F.:
    Hepatitis-associated lipid storage myopathy. Annals Int Med
    8:417-421, 1977.

Ishihara, N., Naritomi, H., Meyer, J.S., Dodson, R.F., and Deshmukh,
    V.D.:  Differences in the time course of regional cerebral
    hemodynamics of gray and white matter during experimental
    hypertension. J Neurol Sci 38:97-111, 1978.

Dodson, R.F., Chu, L.W-F., and Ishihara, N.:  Cerebral tissue
    response to electrode implantation. Canad J Neurol Sci
    5:443-446, 1978.

Dodson, R.F., Chu, L.W-F., and Tagashira, Y.:  Cerebral tissue
    response to reserpine:  a morphological study.  Cytobios
    23:33-43, 1979.

Dodson, R.F., Williams, M.G., Jr., Hurst, G.A. and Crisp, G.O.:
    Morphological definition of a case of 'usual' interstitial
    pneumonia.  Cytobios 26:131-135, 1979

Dodson, R.F., William, M.G., Jr., and Hurst, G.A.:  Early response
    of free airway cells to "amosite":  A correlated study using
    the electron microscopy and energy dispersive X-ray
    analysis. Lung 157:143-154, 1980.

**BIBLIOGRAPHY (Cont'd)**

Dodson, R.F., Williams, M.G., Jr., and Hurst, G.A.: A comparison of ultrastructural characteristics of bronchoalveolar macrophages in perfused parenchyma with those obtained by a fixative or physiological saline lavage. Cytobios 27:107-111, 1980.

Spatz, M., Bembry, J., Dodson, R.F., Hervonen, H. and Murray, M.R.: Endothelial cell cultures derived from isolated cerebral microvessels. Brain Res 191:577-582, 1980.

Dodson, R.F., Williams, M.G., Jr., McLarty, J.W. and Hurst, G.A.: Particulate matter in the sputum from former asbestos workers: an ultrastructural study. Clin Res, December, 1980(abstract).

Dodson, R.F., Castillo, P., Hieger, L.R., and Williams, M.G., Jr.: Ultrastructural and energy dispersive analysis of inorganic inclusions in a muscle biopsy. Ultrastruc Pathol 2:365-372, 1981.

Williams, M.G., Dodson, R.F., Corn, C.J., and Hurst, G.A.: A procedure for the isolation of amosite asbestos and ferruginous bodies from lung tissue and sputum. J Toxicol Environ Health 10:627-638, 1982.

Akematsu, T., Dodson, R.F., Williams, M.G., Jr., and Hurst, G.A.: The short terms effects of volcanic ash on the small airways of the respiratory system. Environ Res 29:358-370, 1982.

Dodson, R.F., O'Sullivan, M.F., Williams, M.G., Jr., and Hurst, G.A.: Analysis of cores of ferruginous bodies from former asbestos workers. Environ Res 28:171-178, 1982.

Lawrence, E.C., McClung, H.W., Wilson, R.K., Key, M.M., Dodson, R.F., and Hurst, G.A.: Alteration of in vitro Immunoglobulin secretion by amosite asbestos. J Immuno 129:1931-1935,1982.

Dodson, R.F. Martin, R.R., O'Sullivan, M.F., and Hurst, G.A.: In vitro response of human pulmonary macrophages with volcanic ash: a morphological study. Expmtl Molec Pathol 37:406-412, 1982.

Martin, R.R., Lawrence, E.C., Greenberg, S.D., Mace, M.L. and Dodson, R.F.: Effects of cigarette smoking and asbestos on hemiluminescence by pulmonary alveolar macrophages. Clin Res 30:880-A, 1982.

Dodson, R.F., Greenberg, S.D., Williams, M.G., Corn, C. and Hurst, G.A.: Ferruginous body content from lung tissue of occupationally and non-occupationally exposed groups. Lab Invest 48:20-21A, 1983.

## BIBLIOGRAPHY (Cont'd)

Lawrence, E.C., Fox, T.B., Hall, B.T., Putman, M., Greenberg, S.D. Mace, M.L., Dodson, R.F. and Martin, R.R.:  Effects of amosite asbestos on human pulmonary alveolar macrophage functions.  Am Rev Respir Dis 127:61, 1983.

Dodson, R.F., O'Sullivan, M.F., Corn, C.J., Ford, J.O., and Hurst, G.A.:  The influence of inflation levels of the lung on the morphology of the visceral pleura.  Cytobios 37:171-179, 1983.

Dodson, R.F., Williams, M.G., Jr., and Hurst, G.A.:  Acute lung response to amosite asbestos: a morphological study. Environ Res 32:80-90, 1983.

Dodson, R.F., Williams, M.G., Jr., and Hurst, G.A.:  Method for removing the ferruginous coating from asbestos bodies.  J. Toxicol/Environ Health 11:959-966, 1983.

Spatz, M., Dodson, R.F., and Bembry, J.:  Cerebral vascular muscle culture.  I.  Isolation, growth and morphological characterization.  Brain Res 280:387-381, 1983.

Dodson, R.F., Williams, M.G., Jr., McLarty, J.W. and Hurst, G.A.: Asbestos bodies and particulate matter in sputum from former asbestos workers: an ultrastructural study.  Acta Cytologica 27:635-640, 1983.

Dodson, R.F., Crisp, G.O., Albright, D.D., and Nicotra, B.:  Rod myopathy with extensive systemic and respiratory muscular involvement.  Ultra Pathol 5:129-133, 1983.

Ford, J.O., Dodson, R.F., and Williams, M.G.:  An ultrastructural study of the blood/air barrier in the guinea pig.  Tissue and Cell 16:53-63, 1984.

Dodson, R.F., Williams, M.G., O'Sullivan, M.F., and Hurst, G.A.: Core composition of ferruginous bodies from former asbestos workers.  In:  Gee, J.B.L., Morgan, W.K.C., Brooks, S.M. eds, Occupational Lung Disease.  New York City:  Raven Press, 1984:181-82.

Dodson, R.F., Greenberg, S.D., Williams, M.G., Corn, C.J., O'Sullivan, M.F., and Hurst, G.A.: Asbestos content in lungs of occupationally and nonoccupationally exposed individuals. JAMA 252:68-71, 1984.

Davis, M.L., Lewandowski, J., and Dodson, R.F.:  Morphology and ultrastructure of the distal airway epithelium in the guinea pig. Anatomical Record 209:509-522, 1984.

Dodson, R.F., Akematsu, T.A., Williams, M.G., and Ford, J.O.:  The influence of amosite asbestos exposure on lung permeability. Environ Res 35:497-506, 1984.

**BIBLIOGRAPHY (Cont'd)**

Dodson, R.F., Williams, M.G., O'Sullivan, M.F., Corn, C.J., Greenberg, S.D, and Hurst, G.A.: A comparison of the ferruginous body and uncoated fiber content in the lungs of former asbestos workers. Am Rev Resp Dis 132:143-147, 1985.

Dodson, R.F. and Ford, J.O.: Early response of the visceral pleura following asbestos exposure: an ultrastructural study. J Toxicol Environ Health 15:673-686, 1985.

Dodson, R.F., O'Sullivan, M.F., Corn, C.J., Williams, M.G., Hurst, G.A.: Ferruginous body formation on a nonasbestos mineral. Arch Pathol Lab Med 109:849-852, 1985.

Davis, M.L. and Dodson, R.F.: A scanning electron microscopic study of the early response of lung tissue to amosite asbestos exposure. Cytobios 44:169-182, 1985.

Raimer, S.S., Sanchez, R.L., Hubler, W.R., and Dodson, R.F.: Colloid bands of the forearm: An unusual clinical presentation of solar elastosis. J Am Acad Dermatol 15:650-656, 1986.

Maeda, H., Ford, J., Williams, M.G. and Dodson, R.F.: An ultrastructural study of acute and long-term response to commercial diatomaceous earth. J Comp Pathol 96:307-317, 1986.

Kennedy, T.P., Dodson, R., Rawlings, W., and Hoidal, J.R.: Kaolin catalyzes hydroxyl radical generation from hydrogen peroxide. Clin Res 35: -45A, 1987.

Corn, C.J., Williams, M.G., Dodson, R.F.: An electron microscopic analysis of residual amosite asbestos remaining in preparative vials following bleach digestion. J Electron Micros Techniques 6:1-6, 1987.

O'Sullivan, M.F., Corn, C.J., Dodson, R.F.: Comparative efficiency of nuclepore filters of various pore sizes as used in digestion studies of tissue. Environ Res 43:97-103, 1987.

Kempski, O., Villacara, A., Spatz, M., Dodson, R.F., Corn, C., Merkel, N. and Bembry, J.: Cerebromicrovascular endothelial permeability: In vitro studies. Acta Neuropathol 74:329-334, 1987.

Ford, J.O., Davis, M.L., Zinkgraf, S.A., Dodson, R.F.: The Use of a Semiautomatic Image Analyzer in Directly Determining Mean of linear Intercept. Cytobios 53:107-112, 1988.

Dodson, R.F., Hurst, G.A., Williams, M.G., Corn, C., and Greenberg, S.D.: Comparison of light and electron microscopy for defining occupational asbestos exposure in transbronchial lung biopsies. Chest 94:366-370, 1988.

## BIBLIOGRAPHY (Cont'd)

Garcia, J.G.N., Gray, L.D., Dodson, R.F., and Callahan, K.S.:
    Asbestos-induced endothelial cell activation and injury
    demonstration of fiber phagocytosis and oxidant-dependent
    toxicity.  Am Rev Respir Dis 138:958-964, 1988.

Dodson, R.F. Williams, M.G., Corn, C.J. and Rankin, T.L.:  A
    comparison of asbestos burden in nonurban patients with and
    without lung cancer.  Cytobios 56:7-15, 1988.

Garcia, J.G.N., Gray, L.D., Dodson, R.F., and Callahan, K.S.:
    Asbestos-induced endothelial cell activation and injury.  Am
    Rev Resp Dis 138:958-964, 1988.

Dodson, R.F.:  Health effects of manmade mineral fibers--questions
    remain.  Council Currents 2:4, 1989.

Garcia, J.G.N., Dodson, R.F., Callahan, K.S.:  Effect of
    environmental particulates on cultured human and bovine
    endothelium: cellular injury via an oxidant-dependent
    pathway.  Lab Invest 61:53-61, 1989.

Dodson, R.F., Williams, M.G., Corn, C.J., Idell, S., and McLarty,
    J.W.:  Usefulness of combined light and electron microscopy
    evaluation of sputum samples for asbestos to determine past
    occupational exposure.  Mod Pathol 2:320-322, 1989.

Villacara, A., Spatz, M., Dodson, R.F., Corn, C., and Bembry, J.
    Effect of arachidonic acid on cultured cerebromicrovascular
    endothelium: permeability, lipid peroxidation and membrane
    "fluidity."  Acta Neuropathol. 78:310-316, 1989.

Kennedy, T.P., Dodson, R., Rao, N.V., Ky, H., Hopkins, C., Baser,
    M., Tolley, E. and Hoidal, J.R.:  Dusts causing
    pneumoconiosis generate OH and produce hemolysis by acting
    as Fenton catalysts.  Arch Biochem Biophys 269:359-364,
    1989.

Nugent, K.M., Dodson, R.F., Idell, S., and Devillier, J.R.:  The
    utility of bronchoalveolar lavage and transbronchial lung
    biopsy combined with energy dispersive x-ray analysis in the
    diagnosis of silicosis.  Am Rev Resp Dis 140:1438-41, 1989.

Baser, M., Kennedy, T.P., Dodson, R.F., Rawlings, W., Rao, N.V., and
    Hoidal, J.R.:  Differences in lung function and prevalence
    of pneumoconiosis between two kaolin plants.  Br J Ind
    Med.46:773-6, 1989.

Garcia, J.G.N., Dodson, R.F., and Callahan, K.S.:  Effect of
    environmental particulates on cultured human and bovine
    endothelium.  Lab Invest 61:53-61, 1989.

Kronenberg, R.S., Dodson, R.F. and Levin, J.L.:  Asbestos health
    issues in the nineties. Mealey's Litigation Reports, 43:52,
    May 4, 1990.

**BIBLIOGRAPHY (Cont'd)**

Dodson, R.F. and Callahan, K.S.:  Cellular mechanisms of asbestos
        toxicity.  Res Resources Reporter 7:6-8, 1990.

Levin, J.L., Kronenberg, R.S. and Dodson, R.F.:  Asbestos in place
        may present immeasurable risks in buildings. Occupa Health
        Saf, 59:23-24, 1990.

Baser, M., Kennedy, T.P., Dodson, R.F., Rawlings, W., Rao, N.V., and
        Hoidal, J.R.:  Hydroxyl radical generating activity of
        hydrous but not calcined kaolin is prevented by surface
        modification with dipalmitoyl lecithin.  J Toxicol Environ
        Health 29:99-108, 1990.

Dodson, R.F., Williams, M.G., Corn, C.J., Brollo, A. and Bianchi,
        C.: Asbestos content of lung tissue, lymph nodes and pleural
        plaques from former shipyard workers.  Am Rev Respir Dis
        142:843-7, 1990.

Dodson, R.F., Levin, J.L. and Kronenberg, R.S.:  Asbestos:  Major
        health threat or exaggerated issue?  FORUM 5:67-75, 1990.

Nugent, K., Perrotta, D., Dodson, R.F., Idell, S., and DeVillier,
        J.: A cluster of silicosis in sandblasters.  Am Rev Respir
        Dis 142:1466, 1990.

Dodson, R.F., Garcia, J.G.N., O'Sullivan, M., Corn, C., Levin, J.L.,
        Griffith, D.E., and Kronenberg, R.S.:  The usefulness of
        bronchoalveolar lavage in identifying past occupational
        exposure to asbestos: A light and electron microscopy study.
        Am J Ind Med 19:619-28, 1991.

Kronenberg, R.S., Levin, J.L., Dodson, R.F., Garcia, J.G.N.,
        Griffith, D.E.:  Asbestos-related disease in employees of a
        steel mill and a glass bottle manufacturing plant.  Toxicol
        Ind Health 7:73-79, 1991.

Dodson, R.F., and Ford, J.O.:  Tissue reaction following a second
        exposure to amosite asbestos.  Cytobios 68:53-62, 1991.

Dodson, R.F., Williams, M.G., Corn, C.J., Brollo, A. and Bianchi,
        C.: A comparison of asbestos burden in lung parenchyma,
        lymph nodes, and plaques.  Ann NY Acad Sci 643:53-60, 1991.

Kronenberg, R.S., Levin, J.L., Dodson, R.F., Garcia, J.G.N., and
        Griffith, D.E.:  Asbestos-related disease in employees of a
        steel mill and a glass bottle manufacturing plant.  Ann NY
        Acad Sci 643:397-403, 1991.

Haque, A.K., Kanz, M.F., Mancuso, M.G., Williams, M.G. and Dodson,
        R.F.:  Asbestos in the lungs of children.  Ann NY Acad Sci
        643:419-429, 1991.

**BIBLIOGRAPHY (Cont'd)**

Levin, J.L., Stocks, J.M., Shepherd, J.R., Fagan, M.F., Dodson, R.F.:  Asbestos exposures: known and under recognized sources.  Am J Ind Med, Letter to the Editor, 22:607-608, 1992.

Haque, A.K., Mancuso, M.G., Williams, M.G., and Dodson, R.F.: Asbestos in organs and placenta of five stillborn infants suggests transplacental transfer.  Environ Res 58:163-175, 1992.

Griffith, D.E., Garcia, J.G.N., Dodson, R.F., Levin, J., Kronenberg, R.S.:  Airflow obstruction in nonsmoking asbestos and mixed dust exposed workers.  Lung 171:213-224, 1993.

Dodson, R.F., O'Sullivan, M., and Corn, C.:  Technique dependent variations in asbestos burden as illustrated in a case of nonoccupational exposed mesothelioma.  Am J Ind Med 24:235-240, 1993.

Dodson, R.F., O'Sullivan, M., Corn, C.J., Garcia, J.G.N., Stocks, J.M., and Griffith, D.E.:  Analysis of ferruginous bodies in bronchoalveolar lavage from foundry workers. Br J Ind Med 50:1032-1038, 1993.

Lund, L.G., Williams, M.G., Dodson, R.F., and Aust, A.E.:  Iron associated with asbestos bodies is responsible for the formation of single-strand breaks in $\phi$X174 RFI DNA.  Occup Environ Med 51:200-204, 1994.

Fraire, A.E., Greenberg, S.D., Spjut, H.J., Roggli, V.L., Dodson, R., Cartwright, J., Williams, G., and Baker, S.: Effect of fibrous glass upon rat pleural mesothelium histopathologic observations.  Am J Respir Crit Care Med, 150:521-527, 1994.

Dodson, R.F., O'Sullivan, M., Corn, C.J., and Hammar, S.P.:  A quantitative comparison of asbestos and talc bodies in an individual with mixed exposure.  Am J Ind Med 27:207-215, 1995.

Levin, J.L., O'Sullivan, M.F., Corn, C.J., and Dodson, R.F.:  An individual with a majority of ferruginous bodies formed on chrysotile cores.  Arch Environ Health 50:462-465, 1995.

Levin, J.L., Frank, A.L., Williams, M.G., McConnell, W., Suzuki, Y., and Dodson, R.F.:  Kaolinosis in a cotton mill worker. Am J Ind Med 29:215-221, 1996.

Dodson, R.F., O'Sullivan, M., and Corn, C.J.: Relationships between ferruginous bodies and uncoated asbestos fibers in lung tissue.  Arch Environ Health 51:462-466, 1996.

**BIBLIOGRAPHY (Cont'd)**

Crossman, R.N., Williams, M.G., Lauderdale, J., Schosek, K., and
    Dodson, R.F.: Quantification of fiber releases for various
    floor tile removal methods. Appl Occup Environ Hyg 11:1113-
    1124, 1996.

Fraire, A.E., Greenberg, S.D., Spjut, H.J., Dodson, R.F., Williams,
    G., Lach-Pasko, E., and Roggli, V.L.: Effect of erionite on
    the pleural mesothelium of the fischer 344 rat. Chest
    111:1375-1380, 1997.

Frank, A.L., Dodson, R.F. and Williams, M.G.: Lack of tremolite in
    UICC reference chrysotile and the implications for
    carcinogenicity. Ann Occup Hyg 41:287-292, 1997.

Dodson, R.F., O'Sullivan, M., Corn, C.J., McLarty, J.W., and Hammar,
    S.P.: Analysis of asbestos fiber burden in lung tissue from
    mesothelioma patients. Ultrastruct Pathol 21:321-336, 1997.

Frank, A.L., Dodson, R.F., and Williams, M.G.: Carcinogenic
    implications of the lack of tremolite in UICC reference
    chrysotile. Am J Ind Med 34:314-17, 1998.

Frank, A.L. and Dodson, R.F. Laboratory assessment of fibers. Eur J
    Oncol 3:339-341, 1998.

Dodson, R.F., Huang, J., Williams, M.G., Bruce, J.R. and Hammar,
    S.P.: Lack of asbestos contamination of paraffin. Arch
    Pathol Lab Med 122:1103-1106, 1998.

Dodson, R.F., Williams, M.G., Huang, J. and Bruce, J.R.: Tissue
    burden of asbestos in nonoccupationally exposed individuals
    from East Texas. Am J Ind Med 35:281-286, 1999.

Atkinson, M.A.L. and Dodson, R.F.: The role of research in
    environmental science and health. Texas Medicine 1999.

Levin, J.L., O'Sullivan, M.F., Corn, C.J., Williams, M.G. and
    Dodson, R.F.: Asbestos-related disease in a clutch
    refabricator. Occup Enviro Med 56:602-605,1999.

Dodson, R.F., O'Sullivan, M.F., Huang, J., Holiday, D.B., and
    Hammar, S.P. Asbestos in extrapulmonary sites-omentum and
    mesentery. Chest 117:486-493, 2000.

Dodson, R.F., Huang, J., and Bruce, J.R. Asbestos content in the
    lymph nodes of nonoccupationally exposed individuals. Am J
    Ind Med 37:169-174, 2000.

Shen, Z., Bobach, D., Hochella, M.F., Bish, D.L., Williams, M.G.,
    Dodson, R.F.: Using *in vitro* iron deposition on asbestos to
    model asbestos body formation in human lung. Chem Res Tox,
    13:913-921, 2000.

## BIBLIOGRAPHY (Cont'd)

Dodson, R.F., Levin, J.L.  An unusual case of mixed dust
    pneumoconiosis including exposure to a "Non-Commercial"
    asbestos.  Env Hlth Perspectives, 109:199-203, 2001.

Rom, W.N., Hammar, S.H., Rusch, V., Dodson, R.F., and Hoffman, S.
    Malignant mesothelioma from neighborhood exposure to
    anthophyllite asbestos.  Am J Ind Med, 40:211-214, 2001.

Dodson, R.F., Williams, M.G., and Fraire, A.E.:  An assessment of
    Asbestos body formation in Extrapulmonary sites. Toxicol
    Ind Health, 17:1-6, 2001.

Dodson, R.F. Asbestos:  Historical Insight-Future Concerns.
    Recent Advances and Research Updates, 2:149-160, 2001.

Dodson, R.F., O'Sullivan, M.F., Brooks, D.R and Bruce, J.R.:
    Asbestos content of omentum and mesentery in
    nonoccupationally exposed individuals.  Toxicol Ind Health,
    17:138-143, 2001.

Dodson, R.F., Williams, M.G., and Satterley, J.D.:  Asbestos
    Burden in Two Cases of Mesothelioma where the Work History
    included Manufacturing of Cigarette Filters. Journal of
    Toxicology and Environmental Health, 65:1109-1120, 2002.

Dodson, R.F., O'Sullivan, M.F., Brooks, D.R., and Hammar, S.P.:
    Quantitative analysis of asbestos burden in women with
    Mesothelioma. American Journal of Industrial Medicine,
    43:188-195, 2003.

Levin, J.L., O'Sullivan, M.F., Dodson, R.F.:  Environmental Sample
    Correlation with Clinical and Historical Data in a Friction
    Product Exposure.  Inhalation Toxicology, 15:639-647, 2003.

Dodson, R.F.; O'Sullivan, M.F.; Brooks, D.R.; and Levin, J.L.:  The
    Sensitivity of Lavage Analysis by Light and Analytical
    Electron Microscopy in Correlating the Types of Asbestos
    from a Known Exposure Setting.  Inhalation Toxicology,
    15:461-471, 2003.

Dodson, R.F.; Atkinson, M.A.L.; Levin, J.L.:  Asbestos Fiber Length
    as Related to Potential Pathogenicity:  A Critical Review.
    American Journal of Industrial Medicine, 44:291-297, 2003.

Hammar, Samuel P.; Williams, M. Glenn and Dodson, Ronald F.:
    Pulmonary Granulomatous Vasculitis Induced by Insoluble
    Particulates: A Case Report.  Ultrastructural Pathology,
    27:439-449, 2003.

Dodson, Ronald F.; O'Sullivan, Michael; Hammar, Samuel P.:  Quality
    Control Analysis of the Potential for Asbestos Contamination
    during Tissue Processing in Pathology Laboratories.
    Archives of Pathology & Laboratory Medicine, 128:781-784,
    2004.

**BIBLIOGRAPHY (Cont'd)**

Dodson, Ronald F.; Brooks, Dwaina; O'Sullivan, Michael; Hammar, Samuel P.: Quantitative Analysis of Asbestos Burden in a Series of Individuals with Lung Cancer and a History of Exposure to Asbestos. Inhalation Toxicology, 16:637-647, 2004.

Atkinson, Mark A.L.; O'Sullivan, Michael; Zuber, Sylvia; Dodson, Ronald F.: An Evaluation of the Size and Type of Free Particulates Collected from New Asbestos Containing Brake Components as Related to Potential for Respirability. American Journal of Industrial Medicine,46:545-553, 2004.

Levin, J.L., Dodson, R.F.: The Importance of the Exposure History for ET Medicine. East Texas Medicine, 2004.

Dodson, R.F.; Graef, Russell; Shepherd, Sara; O'Sullivan, Michael; Levin, Jeffrey: Asbestos Burden in Cases of Mesothelioma from Individuals from Various Regions of the United States. Ultrastructural Pathology, 29: 415-433,2005.

Dodson, R.F.; Atkinson, M.A.L., O'Sullivan M.; Stability of Ferruginous Bodies in Human Lung Tissue Following Death, Embalmment, and Burial. Inhalation Toxicology, 17: 789-795, 2005.

Atkinson, M.A.L.; Dodson, R.F., Response to Letter from Paustenbach et al. American Journal of Industrial Medicine, 49:62-64, 2006.

Dodson, Ronald F. and Hammar, S.P. Pleural Mesothelioma in a Woman Whose Documented Past Exposure to Asbestos was from Smoking Asbestos-Containing Filtered Cigarettes: The Comparative Value of Analytical Transmission Electron Microscopic Analysis of Lung and Lymph-Node Tissue. Inhalation Toxicology, 18:679-684, 2006.

Dodson, Ronald F. Atkinson, Mark A.L.: Measurements of Asbestos Burden in Tissue. Annals: New York Academy of Sciences. Living in Chemical World-Framing the Future in Light of the Past; Annals of the New York Academy of Sciences, 1076: 281-291, 2006.

Dodson RF, Shepherd S, Levin J, Hammar SP, Characteristics of the Asbestos Concentration in the Lung as Compared to Asbestos Concentration in Various Levels of Lymph Nodes that Collect Drainage from the Lung. Ultrastructural Pathology, 31:95-133, 2007.

Dodson RF, Hammar SP, Poye LW, A Technical Comparison of Evaluating Asbestos Concentration by Phase-Contrast Microscopy (PCM), Scanning Electron Microscopy (SEM), and Analytical Transmission Electron Microscopy (ATEM) as Illustrated From Data Generated From a Case Report. Inhalation Toxicology, 20:723-732, 2008.

**BIBLIOGRAPHY (Cont'd)**

Dodson RF, Hammar SP, Poye LW, Response to Letter to the Editor.
    Inhalation Toxicology, 20:1115-1117, 2008.

Aust AE, Cook PM, Dodson RF, Morphology and Chemical Mechanisms of
    Elongated Mineral Particle Toxicities, Journal of Toxicology
    and Environmental Health, Part B, 14: 1, 40-75, 2011.

Dodson R, Hammar SP, Poye LW, Mesothelioma in an Individual
    Following Exposure to Crocidolite-containing Gaskets as a
    Teenager, International Journal of Occupational
    Environmental Health, 17: 190-194, 2011.

Carbone M, Ly BH, Dodson RF, Pagano I, Morris PT, Dogan UA, Gazdar
    AF, Pass HI, Yang H, Malignant Mesothelioma: Facts, Myths
    and Hypotheses-Review Article; Journal of Cellular
    Physiology, 227: 44-58, 2012.

Dodson RF, Levin JL. Asbestos and Other Elongated Mineral
    Particles: Health-Related Issues. *In* Encyclopedia of
    Environmental Management. Taylor and Francis: New York,
    Published online: 21 Nov 2013; 1-11.

Dodson RF, Mark EJ, Poye LW, Biodurability/Retention of Libby
    Amphibole in a Case of Mesothelioma; Journal of
    Ultrastructural Pathology, 38:1, 45-51, 2014.

Dodson RF, Hammar SP. Analysis of Asbestos Concentration in 20
    Cases of Pseudomesotheliomatous Lung Cancer;
    Ultrastructural Pathology, Early Online, 1-10, 2014.
    Informa Healthcare USA, Inc. ISSN: 0191-3123 print/1521-
    0758 online, DOI: 10.3109/01913123.2014.906525.

Hammar SP, Dodson RF. Pseudomesotheliomatous lung carcinoma: a
    Pathological assessment of selected cases including work
    history and the presence of biomarkers suggesting it is a
    cancer caused by asbestos. Pathological Discovery. 2015;
    3:6. Http://dx.doi.org/10.7243/2052-7896-3-6 August 25,
    2015.

Dodson RF. Preface: Respirable elongated mineral particles and
    Human Health-Revisited. 2016: Journal of Toxicology and
    Environmental Health, Part B. Volume 19, pp.149-150.

Black B, Dodson RF, Bruce JR, Poye LW, Henschke C,Loewen G. A
    Clinical assessment and lung tissue burden from an
    individual who worked as a Libby vermiculite miner;
    Inhalation Toxicology, 29:9, 404-413, 2017.

Dodson RF, Poye LW. Tissue burden evaluation of elongated mineral
    particles in two individuals with mesothelioma and whose
    work history included manufacturing tile: Ultrastructural
    Pathology; Vol. 44, No 1, 17-31: 2020

Dodson RF, Black B, Poye LW, Bruce JR, McNew T. A clinical
    evaluation and tissue fiber burden analysis of a lifetime
    resident of Libby, Montana with adenocarcinoma of the lung:
    American J. Industrial Medicine. Vol. 63; 456-462: 2020.


**Chapters in Books:**

Dodson, R.F.:  The analysis and meaning of asbestos burden in lung
    tissue and fluids.  In Peters, G.A. and Peters, B.J. (Eds):
    *Asbestos Medical Research*.  New York and London: Garland Law
    Publishing, 1989, pp. 191-229, vol. 4.

**Chapters in Books (Cont'd):**

Hurst, G.A., Dodson, R.F., Griffith, D.E., and McLarty, J.W.:  High
    risk asbestos workers groups: selected review with emphasis
    on the Tyler Asbestos Workers' Program.  In Peters, G.A. and
    Peters, B.J. (Eds): *Asbestos Medical Research*.  New York and
    London: Garland Law Publishing, 1989, pp. 353-393, vol. 4.

Dodson, R.F.:  Analysis and meaning of asbestos burden in lung
    tissue and fluids.  In Peters, G.A. and Peters, B.J. (Eds):
    *Asbestos Disease Update*.  New York and London:  Garland Law
    Publishing, 1989, pp. 35-71.

Dodson, R. F.  Analysis and meaning of asbestos burden in lung
    tissue and fluids.  In Peters, G.A. and Peters, B.J. (Eds):
    *Sourcebook on Asbestos Diseases*.  New York and London:
    Garland Law Publishing, 1989, pp. 35-71.

Dodson, R.F., Williams, M.G., Corn, C.J., Brollo, A. and Bianchi,
    C.: Non-asbestos fiber burden in individuals exposed to
    asbestos.  In *Mechanisms in fibre carcinogenisis*.  Brown,
    R.C., Hoskins, J.A. and Johnson, N.F., Plenum Press, 1991,
    pp. 29-37.

Hammar, S.P. and Dodson, R.F.:  Asbestos.  In *Pulmonary Pathology.*
    Dail, D.H. and Hammar, S.P., Vol.2 Springer-Verlag, 1994,
    pp. 901-983.

Atkinson, M.A.L. and Dodson, R.F.:  Cell biology and the mechanisms
    of pathogenicity of asbestos.  In Peters, G.A. and Peters,
    B.J. (Eds): *Asbestos Pathogenesis and Litigation*.  Kent,
    England:  Butterworth, 1996, Vol. 13, pp. 3-71.

Frank, A.L., Dodson, R.F., and Williams, M.G.:  Lack of tremolite in
    UICC reference chrysotile and the implicating for
    carcinogenicity. In Cherry, N. and Ogden, T. (Eds):  *Inhaled
    Particles VIII.*  Oxford, England: Pergamon, 1997, pp.
    413-414.

Dodson, R.F.:  Asbestos tissue burden of the general population.
    Peters, G.A. and Peters, B.J. (Eds): *Asbestos Medical
    Research*.  New York and London: Garland Law Publishing,
    1999.

Dodson, R.F. and Levin, J.L.:  An Unusual Case of Mixed-Dust
Exposure Involving a "Noncommercial" Asbestos.  In Hu, H.
(Ed) *Grand Rounds in Environmental Medicine Cases from an
Emerging Discipline.* Environmental Health Perspectives
Publishing; NIH Publication, 2003, pp. 60-64.

Dodson, R.F.:  Analysis and Relevance of Asbestos Burden in Tissue.
In: Dodson, R.F. and Hammar, S.P. (Ed):  Asbestos-Risk
Assessment, Epidemiology, and Health Effects; Boca Raton,
Fl.:  Taylor and Francis Publishing, 2006.

**Chapters in Books (Cont'd):**

Hammar, S.P. and Dodson, R.F.: Asbestos. In Dail and Hammar's
Pulmonary Pathology, Vol.3 Editor-Tomashefski, JF. Springer-
Verlag, 2008, pp. 950-1031.

Hammar, SP, Henderson, DW, Klebe, S and Dodson, RF: Neoplasms Of the
Pleura. In Dail and Hammar's Pulmonary Pathology, Vol.3
Editor-Tomashefski,JF. Springer-Verlag, 2008, pp 558-734.

Dodson, R.F.:  Analysis and Relevance of Asbestos Burden in Tissue.
In: Dodson, R.F. and Hammar, S.P. (Ed):  Asbestos-Risk
Assessment, Epidemiology, and Health Effects, Second
Edition; Boca Raton, Fl.:  Taylor and Francis Publishing,
2011.

Lemen, R.A., Dodson R.F.: Asbestos-Patty's Industrial Hygiene and
Toxicology, Chapter 83. Sixth Edition, Vol. 5, Eds: Eula
Bingham and Barbara Cohrssen. John Wiley & Sons, Inc. 2012.

Dodson, R.F.,Levin J.L.,Rountree PP: Chapter 1-Health Effects,
First Edition: In:  Thomas G. Laubenthal-Editor-in-Chief:
"Managing Asbestos in Buildings: A Guide for Owners and
Managers-A Revision to the United States Environmental
Protection Agency's 1985 document"Guidance for Controlling
Asbestos-Containing Materials in Buildings" (EPA 560/85-
024) Known as the Purple Book; Published by the
Environmental Information Association, Inc. First Edition,
March 2015.

**Books:**

"Asbestos: Risk Assessment, Epidemiology, and Health Effects"-
Edited by Ronald F. Dodson, Ph.D. and Samuel P. Hammar, M.D.
CRC Press, 2006

"Asbestos: Risk Assessment, Epidemiology, and Health Effects"-
Edited by Ronald F. Dodson, Ph.D. and Samuel P.  Hammar,
M.D., Second Edition, CRC Press, 2011

"Managing Asbestos in Buildings: A Guide for Owners and

Managers-A Revision to the United States Environmental
Protection Agency's 1985 document "Guidance for Controlling
Asbestos-Containing Materials in Buildings" (EPA 560/85-
024) Known as the Purple Book-Steering Committee: Canna K,
Cavness B, Dodson RF, Ewing WM, Hays SM, Hogue DW, Kahane
D, Kynock JB, Laubenthal TG, Millette JR, Oberta AF, Schrum
MW,Webber JS: Thomas G.Laubenthal, Editor-in-Chief, First
Edition March,2015.

Respirable Elongated Mineral Particles and Human Health-
Revisited-Special Edition Editor-Ronald F. Dodson, Ph.D.
Journal of Toxicology and Environmental Health, Part B:
Critical Reviews, Volume 19, 2016.

# Exhibit 2

## INDEX

| No. | Date | Document |
|---|---|---|
| 01 | 01-25-73 | J&J Memo to Dr. Goodman, Dr. Rolle & W. Ashton RE: Talc/Asbestos No Advantage of looking into concentration method further |
| 02 | 05-16-73 | J&J Report-Proposed Specs for Analyzing Talc for Asbestos Tremolite in Vermont-Pooley Method |
| 03 | 06-04-73 | J&J Memo to Dr. Rolle from Shelley RE: Concern about tremolite in Vermont Talc |
| 04 | 06-04-73 | J&J Memo to Ashton, Dr. Fuller, Dr. Goudle, Dr. Hildick-Smith, Dr. Lord, Dr. Nashed and Dr. Patterson RE: Concern over concentrated talc test methods |
| 05 | 06-06-73 | J&J Memo to Mortimer, Miller, Johnston & Stolzer from Petterson RE: Pooley found actinolite using the concentration technique |
| 06 | 09-13-73 | Pooley Report found tremolite actinolite in Italian mine and Vermont mine |
| 07 | 10-23-73 | J&J Memo to Dr. Petterson from Ashton RE: CSM and JM looking too closely at concentration of asbestos minerals from our talc systems |
| 08 | 11-19-73 | Pooley concentration method, asbestos in cosmetic talc negligible |
| 09 | 11-21-73 | Ltr to J&J from Dr. Nashed RE: JJ agrees with Pooley concentration method |
| 10 | 12-27-73 | Colorado School of Mines Research Institute – A Procedure to Examine Talc for Presence of Chrysotile & Tremolite-Actinolite Fibers Repot to J&J explaining concentration method |
| 11 | March 1974 | Memo to Windsor Minerals from Dept of Earth Sciences, Dartmouth College RE: Analysis of Talc Products & Ores for Asbestiform Amphiboles |
| 12 | March 1974 | Special Talc Studies Monthly Report for March 1974 J&J had their own concentration method |
| 13 | 03-11-74 | J&J Memo to Dr. Schelz and Dr. Rolle from Carpe RE: Methods of Concentration of Asbestos in Talc-Project #0503-00 |
| 14 | April 1974 | Special Talc Studies Monthly Report for April 1974 Pooleys concentration method quartz in JJBP |
| 15 | 02-18-75 | J&J ltr to Dr. Rolle RE: deliberately not including concentration technique |
| 16 | 02-28-75 | J&J memo to Sloan from Rolle RE: Review of CTFA Methodology for the Detection of Asbestos in Talc, as well as, Comments on TPF Methodology |
| 17 | 11-24-76 | J&J Memo to George Lee from Ashton RE: FDA Concentration Technique Disturbing |
| 18 | 10-17-80 | Procedure for Identification and Quantification of Amphibole Particles in J-J Talcs Using Optical Mineralogical Microscopy (JJ allowed amphibole greater than 5 um in their talc samples |
| 19 | 1991 | Amphibole Content of Cosmetic & Pharmaceutical Talcs by A. M. Blount |
| 20 | 01-27-93 | Ltr to Joselyn of Cahill, Gordon & Reindel from Stewart at RJ Lee Group- RE: Talc Sample Analysis- RJ Lee Group Project # LBH211626 (used Blount method) |
| 21 | 09-01-14 | International Standard- Air quality-Bulk materials- Part 2: Quantitative determination of asbestos by gravimetric and microscopical methods |

EXHIBIT 2

# Exhibit 3

*Index*
*Hayes v. Colgate , et al.*

**A:**   **Alice Blount Article &Correspondence**

   1.   Amphibole Content of Cosmetic and Pharmaceutical Talcs (1991) Full paper

   2.   Amphibole Content of Cosmetic and Pharmaceutical Talcs (1991)

   3.   Correspondence to Raymond Hatcher from Dr. Blount (04-23-98)

**B:**   **J&J Memos RE: Health Impacts from Cosmetic Talc**

   1.   Memo from Steinberg to Dr. G. Hildick-Smith, RE: Johnson's Baby Powder
        Talc Aspiration (06-17-66)

   2.   Memo from Walter Newman, RE: Johnson's Baby Powder, Project No. 0519.00
        Claim Support  (02/10/74)

   3.   Talc: A Basic Review Professional Information for Physicians and Nurses,
        Prepared for Dr. William Waggoner, Mgr. Regulatory Affairs Johnson &
        Johnson by J.L. Shapiro Associates (06-10-76)

**C:**   **J&J Attempts to Remove Asbestos**

   1.   Correspondence to William Ashton, J&J Research Division from Earl Smith,
        Desert Minerals, Inc. Products Marketing Manager, RE: Discussion regarding
        proposed FDA regulations for talc (02-08-73)

   2.   Correspondence to Earl Smith, Celite Division of Johns-Manville Corp from
        W.T. Caneer, Projects Manager Colorado School of Mines Research Institute,
        RE: Question regarding physical removal of 100% tremolite which may occur
        with talc (02-20-73)

   3.   Correspondence to Ian Sloan, J&J from T.H. Shelley, Ph.D., Director Central
        Research Laboratories, RE: Professor Pooley's process to remove tremolite from
        talc (02-20-73)

   4.   J&J Memo to G. Lee from W.H. Ashton, RE: Notes on Visit to Denver Area
        March 25 thru March 27, 1974 (04-04-74)

   5.   J&J Memo to Dr. D.R. Petterson from G. Lee, RE: Status-New
        Flotation Methods Project No. 1133.02 (06-20-74)

1

EXHIBIT 3

D.   **J&J J4-1 and TM 7024 Methods**

1.   Report of CTFA Talc Subcommittee on Method to Detect Chrysotile and
     Tremolite in Talc (12-10-73)

2.   J&J Memo to File from G. Hildick-Smith, RE: Talc/Asbestos Meeting with
     Commissioner Schmidt, FDA, January 16, 1974(01-18-74)

3.   Correspondence to Heinz Hiermann, FDA from Norman Estrin, PH.D., CTFA,
     RE: current status of talc (03-15-76)

4.   CTFA Talc Subcommittee Minutes by Norman Estrin, Ph.D., VP-Science (03-
     31-76)

5.   CTFA Minutes-CTFA Task Force on Round Robin Testing of Consumer
     Talcum Products for Asbestiform Amphibole Minerals by Mort Westman,
     Director of Cosmetic Sciences (06-13-77)

6.   CTFA Minutes- Talk Task Force on Round Robin Testing by Norman Estrin,
     Ph.D., VP-Science (12-06-77)

7.   Correspondence to Charles Haynes, CTFA from John Schelz, CTFA Task Force
     on Round Robin Testing of Consumer Talcum Products (03-01-78)

8.   Stipulation of Dismissal as to Windsor Minerals, with attached affidavit of
     Roger Miller dated July 3, 1987 (07-23-87)

9.   Correspondence to Michael Keener, Quality Control Mgr, Cyprus Windsor
     Minerals Corporation from E. Kent Sprague, Electron Microscopist, McCrone,
     RE: talc samples for asbestos analysis (11-26-90)

10.  J&J Memo to D. Jones Regina Gallagher, Principal Scientist, RE-Summary of
     Raw Material & Finished Product Testing for Baby Powder Talc (01-10-94)

11.  J&J Consumer Companies Worldwide Specification- Analysis of Powdered Talc
     for Asbestiform Minerals by Transmission Electron Microscopy (8-21-95)

12.  Memo to Tim Hicks from Julie Pier, RE: Explanation of "detection limit" on
     J&J TEM analysis of Grade 66 (12-05-96)

13. J&J Material Specification, RE: Luzenac America, Inc., Windsor Grade 66 and 96 Talc (11-15-01)

14. Email to Julie Pier from Gary Tomaino with attached Proposed presentations for 2011 Johnson Conference on asbestos (10-15-10)

## E. J&J Testing Methods

1. Memo to W. H. Ashton & Others from F. Robert Rolle, Ph.D., RE: Meeting with FDA (9-21-72) to discuss chrysotile asbestos in Shower to Shower Powder-Project No. 503 (09-26-72)

2. Memo to D.D. Johnston from D.R. Petterson, RE: Windsor Minerals and Talc (04-26-73)

3. Memo to J. Mullen from W. Nashed, RE: Proposal will have no impact on our talc (10-23-73)

4. Memo to Dr. E. R. L. Gaughran and Dr. T.H. Shelly from A.J. Goudie, RE: Purchase of a Transmission Electron Microscope Plus Attachments (01-03-74)

5. Memo to Windsor Minerals Inc., Windsor, Vermont 05089 from R.C. Reynolds Jr., Dept of Earth Sciences, Dartmouth College, Hanover, New Hampshire 03755, RE: Analysis of Talc Products and Ores for Asbestiform Amphiboles (March 1974)

6. Memo to M.F. Warner from G.J. Gill, RE: Pfizer Company, Easton, Pennsylvania-Asbestos in Talc Analysis (06-24-77)

7. Memo to M. Cox from R.J. Zanenski, RE: Due Dilligence of Windsor Minerals Quality Control Program (10-05-88)

8. Letter to John C. O'Shaughnesay of J&J from James Guay, Manager of Purchasing of Luzenac America, RE: Reply to letter of 10-4-94 in reference to Ritter v. Cyprus, et al. (10-17-94)

9. Email to Donna Dennis from Rich Zazenski, RE: Talc Specification (06-07-01)

10. Memo to Ed McCarthy (RTM and Shripal Sharma (RTM) from Julie Pier, RE: USP Method (06-15-11)

11. Rio Tinto Minerals Issue Briefing-talc quality assurance letters (no date)

3

F.    **Presence of Asbestos in Vermont Talc**

   1.    J&J Memo W. Ashton, RE: Metropolitan Talc Lot G 716, Preliminary
          Evaluation (11-01-67)

   2.    Correspondence to Dr. A.J. Goudie of J&J from Ian Stewart, Manager, Electron
          Optics, McCrone Associates, RE: McCrone Study being redone (10-27-72)

   3.    Examination of Johnson and Johnson Baby Powder to Dr. A.J. Goudie of J&J
          from Ian Stewart of McCrone. "Do not use this report, replaced by another
          version" (10-27-72)

   4.    New Reagent Systems-Plant Trial at Windsor Minerals, Inc. by Vernon Zeitz,
          Manager Research and Development, Windsor Minerals, Inc. (05-14-74)

   5.    Laboratory Report Cyprus Industrial Minerals Company, Report: 7690, 1790-
          79, KEY: Windsor Minerals/Illinois EPA Subject: Electron Microscopy of
          Windsor Minerals Talc Samples (02-24-75)

   6.    Correspondence to Vern Zeitz, Windsor Mineral Company from Gene R.
          Grieger, Walter McCrone Associates, RE: samples using electron microscopy
          and selected area electron diffraction to determine extent of amphiboles or
          serpentine contamination in these two groups of samples (07-01-75)

   7.    Correspondence to Vernon Zeitz of Windsor Minerals Company from Gene R.
          Grieger, Walter McCrone Associates, RE: Supplement report of July 1, 1974 on
          series of talc ore samples (11-05-75)

   8.    Vermont Due Diligence: Product Quality and Quality Control, Sampled and
          Inspected by: R.J. Zaneski, K.W. Olson, M.L. Clark. Analysis performed by:
          Product Certification Lab-Cartersville, GA; Skyline Laboratories-Denver, CO;
          and Aquatec Environmental-Burlington, VT; This Report contains Executive
          Summary, Summary by Location and Appendix of all data and analyses (04-15-
          88)

   9.    Interoffice Correspondence to Kerstetter, Toll, Lawson, Paulsen and Moreau
          from R.C. Munro, RE: Cyprus Ore Reserves-Arsenic & Tremolite  (03-25-92)

   10.   Luzenac America Memo to Philip Moreau from Michael Clark, RE: Actinolite
          for Toxicology Study, Project No: 93-077b (11-02-93)

11. Luzenac America Memo to David Crouse from Julie Pier, RE: Analysis of Fibrous Material From Argonaut Waste Rock (05-23-02)

12. Quantitative Analysis Report Asbestos in Bulk Material, Date Reported 01-05-04

13. Memo to Dr. Goudie from W. Nashed, RE: Tremolite was mistakenly identified in view of similarity to Na Sesquicitrate (No Date)

**G: Hamm Mine & Hammondsville Mine**

1. J&J Memo to Mr. R.C. Stites from J.T. Dettre, RE: Windsor Minerals Board Meeting (11-08-73)

2. J&J Memo to Dr. J.R. Marshall from Alan M. Marks, RE: Johnson's Baby Powder-Support; Argonaut Talc-Alternate Supply Project No. 2636.01 (07-16-76)

3. Letter to Carol Wilkes of J&J from Tim Hicks of Luzenac America, RE: Bacteria count for Grade 66 silo #4 (01-05-96)

4. Luzenac America Inc. Memo to Nancy Oyer, Lyzenac Technical Center from Joan R. Johnson, Quality Assurance Lab Supervisor, RE: Samples for Product Certification by X-RD, TM and SEM from West Windsor Lab and Columbia Mill Lab. Note: Mixture of Hamm-Argonaut Ores started 9/18/95. Please check for serpentine and send West Windsor Lab conformation that serpentine is non fibrous form (01-09-96)

5. Memo to J.R. Cowans, W. Windsor from E.F. McCarthy/C.J. DeMarco, RE: Pilot Flotation Study on Argonaut Ore at W. Windsor (01-31-96)

6. J&J Material Specification, RE: Luzenac America, Inc., Windsor Grade 66 Talc (Issue date: 03-09-00)

7. IV. Brief History of Operations (No date)

8. Argonaut Fact Sheet (No Date)

9. Cyprus Ore Reserve Evaluation Preliminary Summary by R.C. Munro (No date)

# Exhibit 4

cc: Dr. R. A. Fuller
Dr. W. Nashed ←
Mr. R. J. Mortimer to Mr. R. N. Miller
Dr. T. H. Shelley
Dr. R. L. Sundberg

F

May 14, 1971

## Assay of Talc in BABY POWDER

Dr. G. Hildick-Smith

The attached letter shows the particle size-shape
consists of a production batch of our product produced
in December, 1970.  It is an aliquot of that which I
gave to Dr. A. Langer at Mt. Sinai Hospital.  As you
know I had this done to see what type of data we can
expect from independent experts, as we had agreed.

You will note that 99% of our product is platy when
assayed on a surface particle area basis.  On the other
hand 87% is platy when observed on a particle count
basis.  It is more usual to run a particle count assay
in the business.

We consider the free non-talc needles but a trace, both
on a count and area basis.  Those particles are tremolite.

However, if such an assay were to be run by microscopists
who are not aware of the differences between fibrous talc,
broken talc plates, and tremolite we can then expect them
to report about 5.5% needles by count and at least 0.5%
needles by area.

You will note we are now picking up observable amounts of
quartz in this particular batch.  I have no explanation for
that at present.

In addition to the attached I ran an X-ray diffractograph
on that batch.  It shows these minerals are present:
    talc, mica, chlorite, tremolite-actinolite, and
    magnesite.

I am proceeding to investigate samples of talc used during
the past year as we discussed on Wednesday.

                                        W. H. Ashton

rap
Attachment

**EXHIBIT 4**

Protected Document--Subject to Protective Order

JNJAZ55_000006075

# COLORADO SCHOOL OF MINES RESEARCH INSTITUTE

P.O. BOX 112

GOLDEN, COLORADO 80401

May 10, 1971

REFER TO

390517

Mr. Wm. Ashton
Johnson & Johnson
Research Center
Research and Development
New Brunswick, New Jersey 08901

Dear Mr. Ashton:

Following are the results of the point count analysis on sample 344L baby powder:

| | Free Particles | | | | |
|---|---|---|---|---|---|
| | No. of Grains | % | Cum sq mm | % | Avg sq mm |
| Platy talc and/or chlorite (with inclusions) | 434 | 87.32 | 1.200355 | 99.10 | 0.002765 |
| Free diamond shaped particles | 5 | 1.01 | 0.000148 | 0.01 | 0.000030 |
| Free carbonates | 7 | 1.41 | 0.001857 | 0.15 | 0.000265 |
| Free quartz | 8 | 1.61 | 0.003236 | 0.27 | 0.000404 |
| Free talc shards | 14 | 2.82 | 0.004945 | 0.41 | 0.000353 |
| Free nontalc needles | 3 | 0.60 | 0.000081 | 0.01 | 0.000027 |
| Free talc needles | 11 | 2.21 | 0.000242 | 0.02 | 0.000022 |
| Free other (0.0016 x 0.0016 mm) | 14 | 2.82 | 0.000186 | 0.01 | 0.000013 |
| Dark opaque | 1 | 0.20 | 0.000215 | 0.02 | 0.000215 |
| Total | 497 | 100.00 | 1.211265 | 100.00 | |

Protected Document--Subject to Protective Order

Mr. Wm. Ashton
Johnson & Johnson
CSMRI Project No. 390517
Page 2

## Inclusions in Talc and/or Chlorite Plate

|  | No. of Grains | % | Cum sq mm | % | Avg sq mm |
|---|---|---|---|---|---|
| Other (0.0016 x 0.0016 mm) | 1,384 | 85.28 | 0.003719 | 27.58 | 0.000003 |
| Talc needles | 75 | 4.62 | 0.002045 | 15.16 | 0.000027 |
| Quartz | 52 | 3.20 | 0.001639 | 12.15 | 0.000032 |
| Diamond shaped particles | 56 | 3.45 | 0.000853 | 6.33 | 0.000015 |
| Talc shards | 11 | 0.68 | 0.002894 | 21.46 | 0.000263 |
| Carbonates | 9 | 0.55 | 0.000814 | 6.04 | 0.000091 |
| Nontalc needles | 36 | 2.22 | 0.001521 | 11.28 | 0.000042 |
| Total | 1,623 | 100.00 | 0.013485 | 100.00 | |

Platy talc and/or chlorite    1.200355 = total platy talc and/or chlorite with inclusions

Total inclusions    (-) 0.013485 = total sq mm of inclusions

1.186870 = total platy talc and/or chlorite minus inclusions

On a cumulative sq mm basis, the talc and/or chlorite plates examined contained a total of 1.12% inclusions.

Following are explanations of the terms used in the above data tables.

1. The "inclusions" noted in the talc and/or chlorite plates were non-opaque particles. No dark opaque particles were noted as inclusions.

2. The "diamond shaped particles" were nonopaque with a refractive index above the 1.600 oil used. Measurments of the internal angles of the crystals were close to 90° in all cases indicating they could be some variety of pyroxene.

3. The "carbonates" noted may include magnesite, dolomite or calcite.

Protected Document--Subject to Protective Order

Mr. Wm. Ashton
Johnson & Johnson
CSMRI Project No. 390517
Page 3

4. The "quartz" noted was identified using interference figures where
   possible. Where not possible, due to size, concoidal fracture and
   interference colors were used for identification.

5. The "talc shards" noted were thin pieces that could clearly be defined
   as being pieces broken off of plates, etc. This entailed very detailed
   study of each piece to determine if lamination or ragged edges were
   present.

6. The "nontalc" needles were identified as such if it was readily
   observable the particles were true needles and if they had extinction
   angles greater than 3° (usually 10-20°).

7. The "talc" needles were identified as such if it was readily observable
   the particles were true needles and if they had extinction angles of 3°
   or less.

8. The "other (0.0016 x 0.0016 mm)" particles were nonopaque particles
   that had had refractive indices greater than the 1.600 oil used. These
   particles were so small no other optical data could be procured from
   them.

The point count was made at 500X.

If you have any questions regarding this data, please call me.

Sincerely,

M. G. Pattengill
Project Engineer

/laj

Protected Document--Subject to Protective Order

JNJAZ55_000006078

# Exhibit 5

# LABORATORY OF SURGICAL PATHOLOGY

STANFORD UNIVERSITY MEDICAL CENTER
300 PASTEUR DRIVE, ROOM H-2110, STANFORD, CALIFORNIA 94305
TEL #: (650) 723-7211 FAX #: (650) 725-7409
Gerald J. Berry, MD — Director of Anatomic Pathology
Ann K. Folkins, MD — Director of Surgical Pathology

Patient: **HERNANDEZ-VALDEZ, ANTHONY MICHAEL**

Pathology No: **SHS-22-07213**

Med. Rec. No.: **36945558**
Sex: M Age: 23
Date of Birth: 9/23/1998
Account No.: 131325214011

Date of Procedure: 2/17/2022
Date Received: 2/17/2022 6:00:00 AM

Physician(s):
**JACK H BOYD, M.D.**
STANFORD HEALTH CARE
500 PASTEUR DR
STANFORD, CA 94304

**CLINICAL HISTORY:** 23 year old male with mesothelioma of pericardium ; Per EPIC: 23-year-old male with pericardial mesothelioma. He has been offered palliative pericardiectomy for tumor debulking with the hope of relieving his shortness of breath as well as PleurX catheter placement.

**OPERATION:** 1. Pericardiectomy (performed by Dr. Boyd) 2. Bilateral PleurX catheters 3. Resection of mediastinal mass and thymectomy

**OPERATIVE FINDINGS:** 1. Large bilateral chylothoraces. 2. Diffuse tumor involvement of the pericardium with areas of invasion into the myocardium

**CLINICAL DIAGNOSIS:** 1. Pericardial mesothelioma. 2. Bilateral pleural effusions, chylothoraces. 3. Pericardial constriction.

**GROSS DESCRIPTION:** Two specimens are received labeled with the patient's name and medical record number.

The first specimen labeled "thymus pericardial fat" is received in formalin and consists of multiple fragments of tan-yellow tissue, aggregate 11.0 x 9.5 x 3.0 cm. A photo is taken. Specimen is sectioned to reveal yellow lobulated cut surfaces with areas of white nodularity, up to 1.8 cm in greatest dimension. Representative sections, including candidate normal thymus, are submitted in A1-A4.

The second specimen labeled "pericardium tumor" is received in formalin and consists of multiple roughened tan-brown tissue fragments, aggregate 7.5 x 7.0 x 2.0 cm. Sectioning reveals nodular tan-white cut surfaces. Representative sections are submitted in B1-B4. Mirbegian (2/21/2022)

I have reviewed the specimen and agree with the interpretation above. GERALD J. BERRY, M.D.
Electronically signed 2/23/2022 1:21 PM

**EXHIBIT 5**


# Exhibit 16

Marc E. Wolin, Esq.
mwolin@saiber.com
John M. August, Esq.
jaugust@saiber.com
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel: (973) 622-8401

-and-

Joseph D. Satterley, Esq.
jsatterley@kazanlaw.com
Denyse F. Clancy, Esq.
dclancy@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Tel: (510) 302-1000

*Counsel for Claimant Anthony Hernandez Valadez*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 |
| | : | |
| Debtor. | : | |
| | : | |

## CLAIMANT ANTHONY HERNANDEZ VALADEZ'S STATUS UPDATE

The law firm of Kazan, McClain, Satterley & Greenwood, A Professional Law

Corporation, and local counsel Saiber LLC, on behalf of personal-injury claimant Anthony

Hernandez Valadez, through his undersigned counsel, hereby submit this Status Update to

apprise this Court of further developments in Mr. Valadez's case and to assist in the estimation

**EXHIBIT 16**

of damages for mesothelioma plaintiffs. In support of this Status Update, Mr. Valadez

respectfully represents as follows:

## BACKGROUND

1.      Mr. Valadez recently celebrated his 24th birthday on September 23, 2022. He is

suffering from pericardial mesothelioma, a terminal and asbestos-caused cancer.

2.      On June 14, 2022, this Court granted Mr. Valadez limited relief by allowing him

to file a complaint in the Superior Court of California, County of Alameda. The next day,

Mr. Valadez filed his complaint. He alleged that Johnson & Johnson and the retailers who sold

its Johnson's Baby Powder talc exposed him to asbestiform fibers and caused his mesothelioma.

3.      On August 8, 2022, this Court granted Mr. Valadez limited relief from the

automatic stay and preliminary injunction order "to conduct such discovery as necessary to

preserve evidence pertinent to Mr. Valadez's claim that may otherwise be lost or destroyed,

including, but not limited to Mr. Valadez's pathology materials." [Main Dkt. 2836 at 3.]

## FURTHER DEVELOPMENTS IN MR. VALADEZ'S CASE AND HEALTH

**I.      Mr. Valadez completed his deposition.**

4.      Over four days in mid-September 2022, Mr. Valadez testified about his life, use

of Johnson's Baby Powder talc, and medical condition. [Valadez Decl. at ¶ 3.] As to Johnson's

Baby Powder, Mr. Valadez testified that he used the product daily, sometimes several times, as

part of his hygiene routine. [*Id.*] Applying baby powder created visible dust that Mr. Valadez

breathed. [*Id.*]

/ / /

/ / /

/ / /

/ / /

3202644.1

2

5.      Throughout his four days of deposition, Mr. Valadez constantly experienced body pain, headaches, stress, and anxiety. [Valadez Decl. at ¶ 4.] Also, Mr. Valadez used supplemental oxygen because of his breathing difficulties. [*Id.*]





## II.      Mr. Valadez's disease is advancing.

6.      Thus far, Mr. Valadez has undergone five cycles of immunotherapy. [Valadez Decl. at ¶ 5.] This treatment does not cure mesothelioma. [*See* Dr. Roy Decl., Main Dkt. 2469-3 at 5-6.] Instead, Mr. Valadez is undergoing immunotherapy treatment to slow the progression of his mesothelioma. [*Id.*]

7.      However, Mr. Valadez's recent CT scan, dated October 7, 2022, shows that his
disease is progressing despite immunotherapy. [Valadez Medical Records, Exh. 2 hereto at 2-3.]
The results reveal "enlarging pericardial nodules" in his cardiovascular area and "enlarged
pleural nodules" in the lung parenchyma, pleura, and airways. [*Id.*]

8.      Mr. Valadez still has significant anxiety and depression. [Valadez Decl. at ¶ 6.]
Merely talking about his mental state triggers Mr. Valadez's emotions. [*Id.*] Recently, his anxiety
and stress were exacerbated when Mr. Valadez experienced temporary blindness after
undergoing a cycle of immunotherapy. [*Id.* at ¶ 5.]

9.      Mr. Valadez's disease and any treatments he receives have significantly impacted
his physical abilities. [Valadez Decl. at ¶ 7.] He experiences nausea/vomiting, poor appetite,
chest pain and tightness, breathing difficulties, discomfort, fatigue, and body pain. [*Id.*]

**III.    Johnson's Baby Powder talc exposed Mr. Valadez to asbestiform fibers and played
a causative role in his mesothelioma.**

10.     Dr. Richard Kradin is a pulmonologist and pathologist. [Kradin Report, Exh. 1
hereto at 1.] He has specialized in pulmonary disease for over 38 years and is board certified in
Internal Medicine, Anatomic Pathology, and Pulmonary Medicine. [*Id.*] He is an Associate
Physician and Pathologist (Honorary) at Massachusetts General Hospital and an Associate
Professor of Pathology and Associate Professor of Medicine Emeritus at Harvard Medical
School. [*Id.*]

11.     Dr. Kradin has reviewed Mr. Valadez's diagnostic pathology materials and
confirmed that Mr. Valadez has mesothelioma. [Dr. Kradin Report, Exh. 1 hereto at 20.] As
shown in prior filings, Johnson & Johnson knew that there was asbestos in its talc baby powder.
[Valadez's Motion to Lift Stay, Main Dkt. 2348-1 at 13 and evidence cited therein.] Similarly,

other labs have documented the presence of asbestos and asbestiform fibers in Johnson's Baby

Powder. [*Id.* at 13-14 and evidence cited therein.]

12.     Given Mr. Valadez's "history of exposure to cosmetic talc," Dr. Kradin opines,

"to a reasonable degree of medical probability that asbestos played a causative role in

Mr. Valadez's mesothelioma." [Dr. Kradin Report, Exh. 1 hereto at 21.]

**IV.     Mr. Valadez has strong evidence against Johnson & Johnson, and any estimation of
his damages is very significant.**

13.     Mr. Valadez's case demonstrates that he has substantial evidence to support his

claims against Johnson & Johnson. Dr. Kradin, Mr. Valadez's two treating doctors at Stanford

University, and Stanford University medical professor Dr. Dean Felsher have opined that

Mr. Valadez's decades of exposure to asbestiform fibers from his and others' use of Johnson's

Baby Powder increased his risk of developing mesothelioma. [Dr. Backhus Decl., Main Dkt.

2348-13, at 7-8; Dr. Felsher Decl., Main Dkt. 2348-15, at 5-9; Dr. Roy Decl., Main Dkt. 2469-3,

at 7-8; Dr. Kradin Report, Exh. 1 hereto at 20-21.]

14.     Given the strength of Mr. Valadez's evidence against Johnson & Johnson, the

damages here are huge. Any estimation of damages in malignant mesothelioma cases, such as

Mr. Valadez's, is very significant. Indeed, Mr. Valadez's economic damages alone are nearly

$3.7 million. [Robert Johnson Decl., Main Dkt. 2348-23, at 3 and Exh. B thereto.] And that is

just a tiny portion of the total damages which, under California law, includes past and future

physical pain, mental suffering, loss of enjoyment of life, disfigurement, physical impairment,

inconvenience, grief, anxiety, humiliation, and emotional distress. *Bigler-Engler v. Breg, Inc.*, 7

Cal.App.5th 276, 300 (Cal. App. 4th Dist. 2017).

15.     Accordingly, Mr. Valadez has viable claims against Johnson & Johnson, and any

estimation of his damages should be in the millions of dollars.

## CONCLUSION

16.     Since October 14, 2021, over 14 months, Johnson & Johnson has not negotiated

with any mesothelioma victims to compensate them for the horrible damage it has inflicted from

its negligent and reckless misconduct of knowingly marketing a carcinogenic product. This

Court should lift the automatic stay so that mesothelioma victims like Mr. Valadez can regain

their Seventh Amendment rights to a jury trial during their lifetime.


Respectfully submitted:

KAZAN, McCLAIN, SATTERLEY &
GREENWOOD, A Professional Law Corporation

- and -

SAIBER LLC
*Counsel for Claimant Audra Johnson*

By:    /s/ John M. August_____
       JOHN M. AUGUST

DATED:  December 15, 2022

# Exhibit 1

# KRADIN CONSULTING

---

**Richard L. Kradin, M.D., DTM&H**
15 Constitution Drive (Suite 1A)
Bedford, NH 03110

Tel: (781)367-3641
Email:richardkradin@gmail.com

Honorary Pathologist and Physician
*Massachusetts General Hospital*

Associate Professor Emeritus of Medicine and
Pathology
*Harvard Medical School*

Adjunct Faculty, Hadassah Hospital,
Jerusalem IL

December 6, 2022

Ian Rivamonte
Kazan, McClain, Satterley & Greenwood
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Ph: 510 302-1000
Fax 510 835-4913

**RE:  ANTHONY H. VALADEZ**          **DOB:09-23-1998**

My name is Richard L. Kradin, M.D., D.T.M & H, and I am over 18 years of age and issue this report based on my personal knowledge. The following opinions and statements are made with a reasonable degree of medical probability based on my knowledge, experience, expertise and training, on generally accepted medical and scientific principles, and on peer-reviewed and published literature described herein. The methodology and basis for these opinions are not novel, are generally accepted in the medical and scientific community, and have been subjected to peer-review and publication. While I may not agree with every opinion in the documents cited herein, the materials discussed below are a reliable basis for my opinions in this case, and they are the types of materials that physicians normally rely upon to formulate our opinions in the everyday practice of medicine, and outside of the litigation context.

## QUALIFICATIONS

I am a pulmonologist and pathologist licensed to practice in Massachusetts and Florida. I have specialized in pulmonary disease for over 38 years. I am board certified in Internal Medicine, Anatomic Pathology, and Pulmonary Medicine. My areas of sub-specialization include pulmonary pathology and autopsy pathology.

I am an Associate Physician and Associate Pathologist (Honorary)  at Massachusetts General Hospital, and an Associate Professor of Pathology and Associate Professor of Medicine Emeritus at Harvard Medical School. In addition to my M.D., I have an advanced degree in chemical physics and have studied epidemiology at the London School of Hygiene.

Since the 1980s, I have had a special interest in the clinical features and pathology of asbestos-related diseases. I direct postgraduate work on asbestos-related diseases at Harvard Medical School and am the Principal Investigator on several research projects, including one involving asbestosis. I am the Director of a yearly seminar on asbestos-related pulmonary disease and co-director of a yearly seminar on thoracic pathology, both through the Harvard Medical School. I routinely read the literature concerning fiber release from various asbestos containing products, including insulation products, and the effects on the

**EXHIBIT 1**

human body. I am also familiar with what has been published regarding the level of asbestos present in the ambient air.

I have authored approximately 200 articles, including those related to asbestos and its diseases. I have authored three textbooks of pathology. I have conducted research on the immunological defenses of the lung to soluble and particulate agents and have been the Primary Investigator for National Institutes of Health-sponsored clinical trials regarding the immunological treatment of lung and other cancers.

In addition to research and teaching, I have personally cared for patients with both benign and malignant asbestos-related diseases and have frequently had the opportunity to review pathology specimens from patients with asbestos-related diseases at Massachusetts General Hospital as well as cases sent to me from outside sources for my opinion based on my established expertise with the diagnoses of these disorders. I have personally reviewed hundreds of biopsies of asbestos-related malignancies, including malignant mesothelioma, and I have performed numerous autopsies in patients with asbestos-related diseases.

Since the 1980s I have testified in court on many occasions as an expert on asbestos-related diseases, including in personal injury trials in various states, including the States of Louisiana, Texas, California, Pennsylvania, Maryland, as well as others. I have been an expert witness in asbestos litigation on behalf of the U.S. Government. My qualifications are more fully described in my Curriculum Vitae.


**GENERALLY ACCEPTED PRINCIPLES REGARDING MESOTHELIOMA**

**1.     ASBESTOS CAUSES MESOTHELIOMA**

Mesothelioma occurs when asbestos fibers cause genetic errors in mesothelial cells within the lining of the chest, abdomen, or around the heart – that is, the pleural, peritoneal, and pericardial membranes. Multiple genetic errors must take place before the cancer develops. The damage to DNA can occur as soon as the fibers reach the target cells. In the case of mesothelioma, within hours or days after exposure, asbestos fibers that are transported to the pleura are taken up by the mesothelial cells and rapidly cause genetic errors and other damage that leads to genetic errors. Inhalation of asbestos can and does also increase cell division and other biological responses that promote the development of cancers and/or reduce the effectiveness of the body's defense mechanisms for fighting the development of cancer. By the time an individual is diagnosed with mesothelioma, multiple epithelial or mesothelial cells have accumulated a series of genetic errors from the asbestos fibers. Eventually, in persons who develop a mesothelioma, one of these multiple cells with multiple genetic errors escapes the body's defense mechanisms and replicates to form the mesothelioma.

It is generally recognized in the medical community that asbestos is a complete carcinogen, which means it can both initiate and promote cancer. Therefore, the persistent asbestos fibers and additional exposures after the initial exposure cannot be discounted in determining causation. Rather, the cumulative dose of asbestos causes mesothelioma through both direct and indirect mechanisms over the evolution of the cancer. (IARC Monograph on the Evaluation of Carcinogenic Risks to Humans 2012; 100C:219-309) It is generally recognized in the medical community that all types of asbestos fibers cause mesothelioma, which is discussed below in more detail.

## 2.      MESOTHELIOMA IS A SIGNATURE DISEASE FOR ASBESTOS EXPOSURE

Mesothelioma is a rare malignancy. It is generally accepted in the medical community that asbestos causes mesothelioma and that the vast majority of mesotheliomas are caused by asbestos. For other diseases, such as lung cancer, asbestos is just one of many causes that often work in combination in the causation of cancer. A more complete discussion of the multi-factorial causes of lung cancer is beyond the scope of this report.

The causal relationship between exposure to asbestos and mesothelioma is so firmly established in the scientific literature that mesothelioma is considered a "sentinel," "signature" or "signal" tumor for asbestos exposure. This means that the presence of mesothelioma generally "signals" prior asbestos exposure; this is true even for individuals who cannot recall the exposures — because those exposures occurred decades ago, were unknown to the individual at the time of exposure, or for some other reason. Indeed, many individuals are not always aware that they have a history of exposure to asbestos. (Leigh et al. 2002."Past exposure is not always recognized as such and this is more likely to be the case in females. Indeed, even absence of fibers in the lungs does not negate exposure as fibers may have initiated mesothelioma and then been cleared before death." pp. 194, 198)

## 3.      MESOTHELIOMA IS A DOSE-RESPONSE DISEASE

Mesothelioma is a dose-response disease, which means that the more someone is exposed to asbestos, the greater their *risk* for developing mesothelioma. If a person is exposed to fewer asbestos fibers, then fewer fibers can make their way to the pleura or peritoneum. On the other hand, if a person is exposed to larger numbers of asbestos fibers, more will likely make their way to the pleura or peritoneum. This is the nature of the dose-response relationship between asbestos exposure and mesothelioma: the more asbestos exposure an individual has, the greater his or her chance of developing mesothelioma. However, for an individual who develops mesothelioma and has had multiple exposures to asbestos (for example, at different jobs or to different products), it does not follow that the shorter or briefer exposures did not play a role in causing the disease.

It is generally accepted in the medical community that a physician need not, and indeed cannot, identify the specific exposure or asbestos fibers that directly "caused" the mesothelioma – that is, which fibers caused the genetic errors that transform a non-cancerous cell into a cancer cell. Trying to identify which exposures to asbestos began the malignant process for mesothelioma is like pointing to the pack of cigarettes or the specific cigarette or inhalations that cause a smoker's lung cancer – that is impossible and makes no sense scientifically. As a practical matter, a worker is never exposed to a single or small numbers of asbestos fibers; rather occupational and para-occupational exposures to asbestos invariably involve fibers released and inhaled in enormously high numbers.

## 4.      ALL FORMS OF ASBESTOS CAN CAUSE ALL ASBESTOS-RELATED DISEASES, INCLUDING MESOTHELIOMA

There is overwhelming, generally accepted evidence that inhalation of asbestos fibers of any type (chrysotile, amosite, crocidolite, tremolite, anthophyllite and actinolite), from any source or product, causes all asbestos-related diseases, including mesothelioma. Mesothelioma is a tumor of the serosal linings of the chest (the pleura), the abdomen (peritoneum), the heart (pericardium) and testes (tunica vaginalis). The cells of the serosal membranes surrounding the lungs, abdomen, heart and testes are essentially the same, at a cellular level, and react to asbestos in the same manner. All variants of diffuse

malignant mesothelioma, in any location of the body, can be caused by all forms of asbestos, including chrysotile. These generally accepted principles regarding asbestos disease causation, and the methodology behind them, are not new or novel in the medical and scientific community.

Various occupational epidemiology, registry and cases studies clearly link all types of asbestos, including chrysotile asbestos, to pleural and peritoneal mesothelioma. The following are examples of the many studies, texts and reports that support or form the basis for my opinions:

- Hein, et al., *Follow-up study of chrysotile textile workers: Cohort mortality and exposure response*, Occup. Environ. Med. 64:616-625 (2007).

- Everett, et al., *Occupational asbestos exposure among respiratory cancer patients in Lithuania*, Am. J. Ind. Med. 50:455-463 (2007).

- Mirabelli, et al., *Excess of mesotheliomas after exposure to chrysotile in Balangero, Italy*, Occup. Environ. Med. 65:815-819 (2008).

- Loomis, et al., *Lung cancer mortality and fiber exposures among North Carolina asbestos textile workers*, Occup. Environ. Med. 66:535-542 (2009).

- Nishikawa, et al., *Recent mortality from mesothelioma. Historical patterns of asbestos use and adoption of bans: A global assessment*, Environ. Health Perspect. 116:1675-1680 (2008).

- Silverstein, et al., *Developments in asbestos cancer risk assessment*, Am. J. Ind. Med. 52:850-858 (2009).

- Pira, et al., *Mortality from cancer and other causes in the Balangero cohort of chrysotile asbestos miners*, Occup. Environ. Med. 66:805-809 (2009).

- Turci, et al., *Role of associated mineral fibers in chrysotile asbestos health effects: The case of Balangerolite*, Ann. Occup. Hyg. 53:491-497 (2009).

- Madkour, et al., *Environmental exposure to asbestos-response relationship with mesothelioma*, Eastern Mediterranean Health J., 15:25-38 (2009).

- Yano, et al., *Mesothelioma in a worker who spun chrysotile asbestos at home during childhood*, Am. J. Ind. Med., 52:282-287 (2009).

- Baumann, et al., *Pleural Mesothelioma in New Caledonia: An acute environmental concern*, Cancer Detect Prev., 31:70-76 (2007).

- Baumann, et al., *Pleural Mesothelioma in New Caledonia: Associations with environmental risk factors*, Environ. Health Perspect. 119:695-700 (2011).

- Finkelstein, et al., *Mesothelioma among employees of a Connecticut factory that manufactured friction materials using chrysotile asbestos*, Ann. Occup. Hyg. 54:692-696 (2010).

- Egilman, et al, *A case of occupational peritoneal mesothelioma from exposure to tremolite-free chrysotile in Quebec, Canada: A black swan case*, Am J. Ind. Med. 54:153-156(2011).

- Kanarek, *Mesothelioma from Chrysotile Asbestos: Update*, AEP Vol. 21, No. 9 pp. 688-97(2011).

- Wang, et al., *Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort, J.* Japanese Cancer Assn. (2012).

- Stayner, et al., *The Worldwide Pandemic of Asbestos-Related Diseases,* Annual Reve. Public Health,34:4.1-4.12(2013).

- Roelofs, C, et al, *Mesothelioma and employment in Massachusetts: Analysis of cancer registry data 1988-2003.* American J. Industrial Med. 56:985-992.

- Li, et al. *Cohort studies on cancer mortality among workers exposed only to chrysotile asbestos: a meta-analysis.* Biomedical and Environ Sci. 17:459-468. (2004).

  Among various health agencies and scientists, there is general agreement that all forms of asbestos, including chrysotile, cause all asbestos-related diseases, including mesothelioma. This general agreement includes agencies and organizations such as:

- U.S. Public Health Service, U.S. Department of Health & Human Services. *Toxicological Profile for Asbestos, Atlanta*: Agency for Toxic Substance and Disease Registry (ATSDR), September 2001. "exposure to any asbestos type (i.e. serpentine or amphibole) can increase the likelihood of lung cancer, mesothelioma, and nonmalignant lung and pleural disorder."

- American Conference of Governmental Industrial Hygienists. Asbestos: TLV® Chemical Substances 7th Edition Cincinnati, OH: ACG1H; Report No.: Publication #7DOC-040 (2001).

- American Thoracic Society, *Diagnosis and initial management of nonmalignant diseases related to asbestos.* Am. J. Respir. Crit. Care Med.; 170(6):691-715 (Sep. 15,2004).

- Environmental Protection Agency. Airborne Asbestos Health Assessment Update. Springfield VA: NT1S; Report No.: EPA/600/8-84/003F (June 1986).

- National Toxicology Program. Report on Carcinogens, Eleventh Edition. U.S. Department of Health and Human Services, Public Health Service (2004).

- Occupational Safety and Health Administration. Occupational exposure to asbestos; final rule. Federal Register; 59:40964-t 162 (1994).

- Consumer Product Safety Commission. CANCER HAZARD! CPSC Warns About Asbestos in Consumer Products: Safety Alert. Report No.: CPSC Document #5080 (1994).

- World Health Organization. Environmental Health Criteria 203: Chrysotile Asbestos. Geneva: World Health Organization; (1998); World Health Organization. Elimination of asbestos related diseases. Ref Type: Generic (2006); World Health Organization. Environmental Health Criteria S3: Asbestos and Other Natural Mineral Fibres. Geneva: World Health Organization; (1986).

- Collegium Ramazzini, *The Case for a Global Ban on Asbestos*. Environ. Health Perspectives. 118:897-901 (2010).

- World Trade Organization. European Communities - Measures Affecting Asbestos and Asbestos-Containing Products. Report No.: WT/DS135/R (2000).

• IARC:  Monograph on the Evaluation of Carcinogenic Risks to Humans 2012; 100C:219-309)

**5.      DETERMINING THE CAUSE OF MESOTHELIOMA DOES NOT REQUIRE QUANTIFICATION OF ASBESTOS EXPOSURE**

Medical professionals determine causation of mesothelioma based upon the qualitative history of asbestos exposure, not by quantitative analysis of that exposure. It has been generally accepted by the medical and scientific community for decades that a history of asbestos exposure is the most reliable evidence upon which to base a causation determination. That is, doctors rely upon the patient's or family members' description of his history of exposure to asbestos. Neither medicine nor science has ever required a calculation of some quantitative dose of asbestos exposure to link a patient's mesothelioma with asbestos exposure.

Reliance on a history of asbestos exposure to establish causation of mesothelioma goes back to the landmark studies of Wagner, Selikoff and Newhouse in the 1960s, all of which attributed mesothelioma to a history of asbestos exposure without any quantitative analysis. To this day, using exposure history to diagnose mesothelioma is an accepted methodology among such health organizations such as the American Thoracic Society, the American Cancer Society, and the National Cancer Institute.

The attribution of a disease to a given cause (Medical Causation), particularly in dealing with a signature disease of asbestos exposure like mesothelioma, is based on the weight of the evidence approach and not on the ability to quantify a given exposure or set of exposures. It is generally accepted in the medical and scientific community that once you have a medical patient diagnosed with mesothelioma with a history of occupational, domestic or para-occupational asbestos exposure, the mesothelioma is attributed to asbestos exposure. Under the Helsinki Criteria (*Consensus Report, Asbestos, Asbestosis and Cancer: The Helsinki Criteria for Diagnosis and Attribution*. Scandinavian Journal of Work and Environmental Health 1997, 23:311-6), assessing disease causation does not require a quantification of an occupational, domestic or para-occupational asbestos exposure because:

a) asbestos exposures at "occupational levels" result in asbestos fiber levels thousands and tens of thousands of times higher than background/ambient air levels;
b) a "safe" or threshold level of exposure to asbestos has never been identified for the disease mesothelioma (discussed below); and
c) asbestos exposures as brief as a few days have been shown to cause mesothelioma.

See Morris Greenberg & T.A. Lloyd Davies, *Mesothelioma Register 1967-1968*, Brit. J. Ind. Med. 91, 91-104 (1974) and Skammeritz E., Olmand LH, Johansen JP, Omland O, *Asbestos Exposure and Survival in Malignant Mesothelioma: A Description of 122 Consecutive Cases at an Occupational Clinic*, 2(4) J. Occupational & Envtl. Med. 228, 228-29 (Oct 2011)

**6.      A THRESHOLD LEVEL OF ASBESTOS EXPOSURE FOR THE DEVELOPMENT OF MESOTHELIOMA HAS NOT BEEN DEMONSTRATED**

Every United States government agency (including OSHA, NIOSH, CDC, NIH and EPA) and every world agency (including IARC, WHO and ILO) that has reviewed the scientific literature concerning asbestos exposures and mesothelioma have concluded that there is no safe level (or threshold) of exposure to asbestos that has been shown not to cause mesothelioma:

- EPA, 1973: "Finally, the available evidence suggests a gradient of effects from direct occupational, to indirect occupational exposure, to indirect occupational exposure to families of workers exposed to asbestos ... [t]his suggests that there are levels of asbestos exposure that will not be associated with any detectable risk, although these levels are not known."

- NIOSH, 1976: "Excessive cancer risks have been demonstrated at all fiber concentrations studied to date. Evaluation of all available human data provides no evidence for a threshold or a "safe" level of asbestos exposure."

- NIOSH, 1980: "All levels of asbestos exposure studied to date have demonstrated asbestos related disease ... there is no level of exposure below which clinical effects do not occur."

- USPHS, 1980: "It is important to point out that when a permissible level for exposure (PEL) to a certain carcinogen is set by OSHA, there is no implication that such a level is safe. To the contrary, it is the agency's policy that any occupational exposure to a carcinogen carries with it some risk of disease, even if it cannot be easily or precisely measured."

- OSHA, 1994: "reducing exposure to 0.1 f/cc would further reduce, but not eliminate, significant risk. The 0.1 f/cc level leaves a remaining significant risk."

- WHO, 1998: "Exposure to chrysotile asbestos poses increased risks for asbestosis, lung cancer and mesothelioma in a dose-dependent manner. No threshold has been identified for carcinogenic risks."

- WHO, 2000: "Asbestos is a proven human carcinogen (IARC Group 1). No safe level can be proposed for asbestos because a threshold is not known to exist. Exposure therefore should be kept as low as possible."

## 7.    BRIEF AND LOW-LEVEL ASBESTOS EXPOSURES CAUSE MESOTHELIOMA

For decades, mesothelioma has been seen in individuals with non-occupational asbestos exposures, dating back to the 1960s. (Wagner 1960, Newhouse and Thompson 1965) The exposures in these articles were sustained by family members of workers who inadvertently brought asbestos dust home on their clothing, and by those who lived in neighborhoods with industrial sources of asbestos, including asbestos mines and plants. In these and other landmark articles, mesothelioma was identified among people who had sustained low and high levels of exposures to asbestos as well as short and long terms of exposures to asbestos. Such findings continue in scientific studies to this day.

The reality of causation with respect to mesothelioma is generally accepted in the scientific community and was summarized in the peer-reviewed article *Asbestos Exposure Causes Mesothelioma, But Not this Asbestos Exposure: An Amicus Brief to the Michigan Supreme Court*, International Journal of Occupational and Environmental Health 2007; 13:318-327, which was authored by Dr. Welch, with 51 other pre-eminent experts in asbestos and asbestos-related disease signing on:

**Accepted Method for Evaluating Disease Causation in an Individual: Generally, and as Applied to Asbestos Exposure and Mesothelioma.**

Examining the question of causation of disease in an individual generally involves four questions: 1) was the individual exposed to a toxic agent; 2) does the agent cause the disease present in the individual; 3)

was the individual exposed to this substance at a level where disease has occurred in other settings; and 4) have other competing explanations for the disease been excluded?

There is no reasonable dispute regarding Question 2 – asbestos causes mesothelioma. Additionally, there are no well-accepted competing explanations regarding mesothelioma that must be excluded, resolving Question 4. Thus, when considering the issue of causation of a mesothelioma, once an occupational or para-occupational exposure to asbestos has been established (Question 1), the sole question remaining for examination is whether the exposure or set of exposures of that individual is comparable to exposures that have been documented to cause mesothelioma in others – Question 3.

The mainstream scientific community is in consensus regarding the resolution of Question 3. As discussed above, there is no safe level of exposure to asbestos. Even exposure at current regulatory levels results in excess mesothelioma. Accordingly, the consensus of the scientific community is that any occupational or para-occupational exposure to asbestos — even "brief or low-level exposures" – must be considered a medical and scientific cause of a mesothelioma.

8.    **DOMESTIC ASBESTOS EXPOSURES, I.E. FAMILY MEMBERS EXPOSURES, TO ASBESTOS CAN CAUSE MESOTHELIOMA**

Domestic exposures, i.e., a family members' exposures to asbestos from work clothes, shoes, or hair introduced into the home of a worker who worked with or around asbestos, and their resultant disease manifestations are comprehensively outlined in the National Institute for Occupational Safety and Health ("NIOSH") Report to Congress on Worker's Home Contamination Study, which was conducted under The Workers' Family Protection Act (29 U.S.C. 671a). In this report, NIOSH concluded that:

"... families of asbestos-exposed workers have been at increased risk of pleural, pericardial, or peritoneal mesothelioma, lung cancer, cancer of the gastrointestinal tract, and non-malignant pleural and parenchymal abnormalities as well as asbestosis."

As stated above, the scientific and medical community has yet to determine a level of exposure to asbestos below which mesothelioma will not occur. Very low levels of exposure above background have been shown medically and scientifically to cause mesothelioma. It has been repeatedly and consistently demonstrated in the medical and scientific literature that family members exposed to asbestos dust from laundering a worker's clothing have a significantly increased risk of developing mesothelioma. Researchers have confirmed that this risk is substantially, in excess of two times that of the general population. The following are examples of the many studies, texts and reports that support or form the basis for my opinions:

- Wagner, *Diffuse Pleural Mesothelioma and Asbestos Exposure in the North Western Cape Province,* Brit. J. Industr. Med., 17:260-269 (1960).

- Newhouse & Thompson, *Mesothelioma of Pleura and Peritoneum following Exposure to Asbestos in the London Area*, Brit J. Industr. Med. 22:261-269 (1965).

- Leiben & Pistawka, *Mesothelioma and Asbestos Exposure*, Arch. Environ. Health, 14:559-566 (1967).

- Champion, *Two Cases of Malignant Mesothelioma after Exposure to Asbestos*, Am. Rev. Res. Dis. 103(6):821 -826 (1971).

8

- Lillington, *Conjugal Malignant Mesothelioma [letter]*, New Engl. J. Med., 291(11):581-585 (1974).

- Greenberg & Davis*, Mesothelioma Register 1967-1968*, Brit. J. Med. 31:91-104 (1974).

- Anderson, *Household-Contact Asbestos Neoplastic Risk*, NY Acad. Sci. 271:311-323 (1976).

- Li, Familial *Mesothelioma After Intense Asbestos Exposure at Home*, JAMA 240(5):467 (1978).

- Vianna and Poland, *Non-Occupational Exposure to Asbestos and Malignant Mesothelioma in Women*, Lancet 8073:1061-1063 (1978).

- Epler, *Asbestos-Related Disease from Household Exposure*, Respiration, 39:229-240 (1980).

- Tagnon*, Mesothelioma Associated with the Shipbuilding Industry in Coastal Virginia*, Cancer Research, 40:3875-3879 (1980).

- Hammar, *Familial Mesothelioma: A Report of Two Families, Human Pathology*, 20:1-7-112 (1989).
- Schneider, *Pleural Malignant Mesothelioma and Household Exposure*, Review Environ. Health, 11:65-70 (1996).

- Hillerdal, *Mesothelioma: Cases Associated with Non-Occupational and Low Dose Exposures*, Occup. Environ. Med., 56-505-513 (1999).

- Dodson, *Quantitative Analysis of Asbestos Burden in Women with Mesothelioma*, Am. J. Ind. Med. 43:188-195 (2003).

- Bourdes, *Environmental Exposure to Asbestos and Risk of Pleural Mesothelioma: Review and Mela-Analysis*, European J. of Epi., 16:411-417 (2000) (relative risk of pleural mesothelioma for household exposures ranged between 4.0 and 23.7 and the summary risk estimate was 8.1 with a 95% CI of 5.3 1012).

- Magnani, *Multicentric Study on Malignant Pleural Mesothelioma and Non-Occupational Exposure to Asbestos*, British J. of Cancer, 83(1): 104-111 (2000) (domestic exposure was associated with an increased risk with an Odds Ratio of 4.81 with a 95% CI of 1.8 to 13.1).

- Kradin, *Diffuse Peritoneal Mesothelioma: A Case Series of 62 Patients Including Paraoccupational Exposure to Chrysotile Asbestos*. Am. J. Industrial. Med. 2017. 60:963-967. 50% of paraoccupationally exposed were exposed only to dust from products made with chrysotile asbestos.

## 9.     ASBESTOS EXPOSURES ABOVE BACKGROUND CONTRIBUTE TO THE RISK OF DEVELOPING MESOTHELIOMA

Due to the extensive and longstanding use of asbestos, the ambient air in the United States contains minute amounts of asbestos. Those ambient outdoor air concentrations are generally known as the "ambient" or "background level." Background levels of asbestos have not been epidemiologically proven to cause mesothelioma. While it is theoretically possible that background levels of asbestos could cause mesothelioma, it is impossible to test this, since such proof would require nearly infinitely large comparison groups and it would be impossible to find individuals with less than ambient air exposure.

There is no level of asbestos exposure above background levels that has been shown to not contribute to causing mesothelioma. Occupational or para-occupational (such as household or domestic exposure) exposures necessarily exceed by orders of magnitude the background levels to which individuals are exposed simply by living in the U.S. Thus, occupational and para-occupational exposures, being orders of magnitude above background levels, no matter how brief, contribute to the risk of developing mesothelioma.

An example of a low-level exposure is 0.01 f/cc, which is ten times lower than the current OSHA permissible exposure level (PEL). In contrast, ambient air concentrations or background levels have been reported at 0.0001 to 0.00000001 f/cc, tens of thousands of times less than the current permissible exposure limit, or PEL, of 0.1 f/cc. Thus, even low-level exposures to asbestos exceed background levels by an order of many magnitudes. Put differently, the current OSHA PEL allows 100,000 fibers in a cubic meter of air. The example of a low-level exposure above is 10,000 fibers in a cubic meter of air. The measured ambient levels discussed above reflect levels between 1/100th of a fiber up to 100 fibers in a cubic meter.

Furthermore, OSHA recognizes that even with exposure at the PEL, there will be cases of mesothelioma. (Federal Register 1986, Part II: Department of Labor, Occupational Safety and Health Administration, 29 CFR Parts 1910 and 1926: Occupational exposure to asbestos, tremolite, anthophyllite & actinolite. Final Rules, pages 22612-22790; Table 6 on page 22644) The studies referred to in this report also provide evidence that there can be an increased incidence of mesothelioma at concentrations below the PEL. Therefore, the lowest concentration of asbestos that can produce mesothelioma is currently unknown.

Additionally, epidemiological studies have found that even at the lowest levels of asbestos exposure, there have been increases in the incidence of mesotheliomas. (Iwatsubo, 1998; Rodelsperger, 2001) Furthermore, it is the documented consensus of the international scientific and medical community that an occupational history of brief or low-level exposure is sufficient for a mesothelioma to be designated as occupationally-related. (*Consensus Report, Asbestos, Asbestosis and Cancer: The Helsinki Criteria for Diagnosis and Attribution*. Scandinavian Journal of Work and Environmental Health 1997, 23:311-6)

If a person sustains asbestos exposures above background/ambient levels of exposure as reflected by an occupational, para-occupational and/or domestic asbestos exposure and goes on to develop mesothelioma, it is my opinion that the exposures above background levels, taken in context of the individual's total (cumulative) asbestos exposures, are significant and non-trivial, and are medical and scientific causes in the development of the individual's mesothelioma. It is not my opinion that a "single fiber," or that "each" or "any" exposure to asbestos, even those below background levels, are a substantial contributing factor in causing mesothelioma. To the contrary, as noted above, a single day of exposure at the current OSHA PEL of 0.1 f/cc equates to literally years of exposure to what the ATSDR reports as typical rural ambient asbestos exposures of 0.00001 f/cc.

To expound further on the above paragraph, I am often asked when is an asbestos exposure "significant" or "substantial". While not all inclusive, an asbestos exposure or exposures can be "significant" or "substantial" if:
1) it is of the nature, type and duration that has been shown to cause mesothelioma in the medical and scientific literature; and
2) if it is not trivial in the context of the individual's *total* asbestos exposure, e.g., patching a hole in a wall with joint compound by a 40-year career insulator.

In the legal setting, I am often posed hypotheticals that ask me to assume that an individual was

exposed, for example, to "one fiber" of asbestos or for "one second,"or  to asbestos "barely above background." I have never encountered such exposures in practice. It must be emphasized that small quantities of asbestos containing materials may be composed of millions, or billions of asbestos fibers. Support for these numerical values comes from simple mathematical calculations, which are often performed by mineralogy and industrial hygiene experts:

- Arthur Langer, Ph.D., Deposition taken in *Barbara Harris and Dale Harris vs. Bondex International, Inc., et al,* Superior Court of the State of California for the County of Los Angeles, April 18, 2007, pp. 146-150. (Confirming that one gram of chrysotile asbestos contains approximately 80 *billion* asbestos fibers, and one 25 lb. bag of joint compound at 5% asbestos contains *45. 5 trillion* asbestos fibers)

- Eric Chatfield, Ph.D., Deposition taken in *Carl Terranova, et ux., vs. John Crane, Inc. et al., Cause No. 17342-BH01-3,* In the District Court, Brazoria County, Texas, 23rd Judicial District, July 28, 2005. (Confirming his attendance, presentation and associated PowerPoint at the 2005 ASTM Johnson Conference, entitled "Some Measurements of Tremolite Concentrations in Chrysotile from Different Mining Locations" see slide 12 of PowerPoint presentation reflecting mean of over *10 trillion* chrysotile fibers per gram of U1CC-B (Canadian) chrysotile analyzed by Addison/Davies Method and TEM)

Therefore, simple tasks such as cutting (or removing) asbestos-containing pipe covering, mixing asbestos containing products, sanding asbestos-containing joint compound, cutting asbestos-containing boards or asbestos-containing pipe, wire-brushing or power-wire brushing adhered asbestos-containing gaskets, or sweeping asbestos containing dust/residue results in exposures to millions, billions and/or trillions of respirable/breathable asbestos fibers.

These numbers can also be put into perspective using a fiber/cc analysis to compare the amount of asbestos fibers inhaled by a worker during a work day with occupational asbestos exposures vs. an individual who is simply breathing in the "normal" "ambient" or "background" air. The following values can be used as a crude comparison of how many asbestos fibers can be inhaled while breathing the ambient air versus working with an asbestos-containing product:

- An individual performing light physical labor, on average, will take 16 breaths/minute.
- An individual at rest or performing light activity will take 12 breaths/minute.
- One breath = 500 cubic centimeters ("cc") of air.

Thus, for an individual exposed at 1.0 fiber/cubic centimeter of asbestos at work:

- 16 breaths x 500 cc of air in one breath x 1.0 fiber/cc = 8,000 fibers/minute;
- At 15 minutes of exposure at 1 fiber per cc:  8,000 x 15 = 120,000 fibers are breathed;
- At 1 hour of exposure at 1 fiber per cc: 8,000 x 60 minutes = 480,000 fibers/hour are breathed;
- One working day of exposure at 1.0 fiber per cc:   480,000 x 8 = 3,840.000 fibers/day are breathed.

At the current OSHA permissible exposure level (PEL) of 0.1 f/cc, an individual would breathe 384,000 fibers in one day. At the low-level exposure of 0.01 f/cc, which is ten times lower than the current OSHA permissible exposure level (discussed supra), an individual would breathe 38,400 fibers in one day.

In comparison, for an individual who is simply breathing in the "normal" "ambient" or "background" air:

- Resting = 12 breaths/minute;
- 12 breaths x 500 cc of air = 6,000 cubic centimeters of air/minute or 360,000 cubic centimeters of air/hour,

- 360,000 cubic centimeters of air/hour x 24 hours = 8,640,000 cubic centimeters of air/day;
- 8,640,000 x .00001 f/cc (ATSDR values) = 86 asbestos fibers in one day

Extrapolating this even further, an individual breathing the "normal", "ambient" or "background" level of .00001 fibers/cc of asbestos over a lifetime of 80 years:

- 86 fibers/day x 365 days x 80 = 2.5 million fibers in a lifetime of 80 years.

Therefore, just one day of occupational exposure at 1.0 fiber/cc of asbestos is greater than a lifetime of "ambient" or "background" levels of asbestos exposure. Furthermore, it is important to recognized that ambient exposures occur at such low levels that the host defense systems can limit them in a far different manner than when working with the millions of fibers released during the course of occupationally work. Therefore, a lifetime accumulation of a dose of e.g. 0.1 f/cc-years *should not* be compared to work for a several hours at a concentration of, e.g., 0.1 f/cc. Despite the idea that asbestos-related diseases are dose-dependent, the intensity of the dose is the greatest determinant of whether the body's defense mechanisms will ultimately limit toxic biological effects. None of the calculations presented here are novel; they simply reflect basic pulmonary physiology contrary.

As reflected in the calculations above, nobody is ever exposed to a "single fiber" of asbestos or exposed "just above background" through occupational and para-occupational exposure. Such hypothetical questions have no real-world scientific meaning.

The following are additional examples of the many studies, texts and reports that support or form the basis for my opinions:

- *Champion P. Two Cases of Malignant Mesothelioma After Exposure to Asbestos*, American Review of Respiratory Disease 1971 ;105 ('There is probably no really safe level of asbestos exposure...It is clear that only minor exposure is required for the development of malignant tumors...")

- Greenberg and Davies, *Mesothelioma Register 1967-1968*, British Journal of Industrial Medicine, 1974;91-104 ('in this study the briefest occupational exposure to asbestos associated with a mesothelial tumour *was three weeks, but if asbestos was a cause of mesothelioma it cannot be assumed that lesser exposures are safe."* p. 103)

- Selikoff I. *The Asbestos Exposure of Insulation Workmen, Insulation Hygiene Progress Reports 1975*;6(l): l-4 ("short-term dust concentrations during specific insulation practices can be extremely high..." p. 4)

- NIOSH. Revised Recommended Asbestos Standard 1976, p. 55 (reporting association between mesothelioma and "occupational exposures in some cases as brief as one day")

- Chen and Mottet, *Malignant Mesothelioma with Minimal Asbestos Exposure, Human Pathology* 1978;9(3):253. ("Estimation of the number of asbestos fibers in the lungs suggests the low-level exposure and establishes that, for some individuals at least, slight exposure to asbestos can result in malignant mesothelioma.")

- *NIOSH-OSHA Asbestos Work Group, Workplace Exposure to Asbestos, Review and Recommendations*, DHHS (NIOSH) Pub. No. 81-103,1980 ("Excessive cancer risks, however, have been demonstrated at all fiber concentrations studied to date. Evaluation of all available human data provides no evidence for a threshold or for a "safe" level of asbestos exposure.... (The absence of a threshold is further indicated by

the dramatic evidence of asbestos-related disease in members of asbestos-worker households and in persons living near asbestos-contaminated areas. These household and community contacts involved low level and/or intermittent casual exposure to asbestos. Studies of duration of exposure suggest that even at very short exposure periods (1 day to 3 months) significant disease can occur." p. 3)

- Committee on Nonoccupational Health Risks of Asbestiform Fibers, Board on Toxicology and Environmental Health Hazards, Commission on Life Sciences, National Research Council, *Asbestiform Fibers Nonoccupational Health Risks*, National Academy Press, Washington, D.C. 1984, p.212 (background environmental exposure of 0.0004 f/cc over a 73-year lifetime was associated with 9 cases of mesothelioma per million. A "higher** exposure of 0.002 f/cc was associated with 46 cases of mesothelioma per million - a five-fold risk.)

- Pairon C, Orlowski E, Iwatsubo Y, et al. *Pleural Mesothelioma and Exposure to Asbestos: Evaluation from Work Analysis of Asbestos Bodies in Bronchoalveolar Lavage Fluid or Lung Tissue in 131 Patients*, Occupational and Environmental Medicine 1994; 51:244-249 ("Ilgren and Browne considered whether a threshold exposure might exist and concluded that mesothelioma was unlikely in persons exposed for less than 5 f/ml-years. Our results indicate, however, that mesothelioma cases occurred below a cumulative exposure of 5 f/ml-years and perhaps below 0.5 f/ml-years." p. 141)

- NIOSH. *Report to Congress on Workers' Home Contamination Study Conducted Under the Workers' Family Protection Act 1995* (reviewing twelve epidemiology studies and multiple case reports and concluding, "Mesothelioma has occurred following short term asbestos exposures of only a few weeks and can result from very low levels of exposure." p. 7)

- Frank A. *The Riddle of Risk Assessment in Asbestos Carcinogenicity, Med Lav.* 1997;88(4):333-338 ("There is no safe level of asbestos' -I.J. Selikoff, MD, Third Wave Conference" p. 333) ("there is no safe level of exposure to asbestos, leading to the conclusion that there is no threshold for this carcinogenic substance, just as there does not appear to be a threshold for other carcinogens." p. 335)

- Iwatsubo Y, Pairon JC, Boutin C, et al. *Pleural Mesothelioma: Dose-Response Relation at Low Levels of Asbestos Exposure in a French Population-Based Case-Control Study,* American Journal of Epidemiology 1998; 148(2): 133-148 (Abstract: "...We found a clear dose-response relation between cumulative exposure to asbestos and pleural mesothelioma in a population-based case-control study with retrospective assessment of exposure. A significant excess of mesothelioma was observed for levels of cumulative exposure that were probably far below the limits adopted in many industrial countries during the 1980s.")

- Hillerdal, J. *Mesothelioma: Cases Associated with Non-Occupational and Low Dose Exposures, Occupational and Environmental Medicine* 1999;56:505-513 ("Results and Conclusions—There is no evidence of a threshold level below which there is no risk of mesothelioma. Low level exposure may include peak concentrations which can be very high for short periods. There might exist a background level of mesothelioma occurring in the absence of exposure to asbestos, but there is no proof of this....").

- Hodgson JT, Damton A. *The Quantitative Risks of Mesothelioma and Lung Cancer in Relation to Asbestos Exposure, Annals of Occupational Hygiene* 2000;44(8):565-601. ("The attempt (Ilgren and Browne, 1991) to deduce a 'threshold' by identifying the lowest estimated dose received by any observed case is a logical nonsense. ... [W]e do not believe there is a good case for assuming any threshold for mesothelioma risk." p. 583)

- World Trade Organization, *European Communities - Measures Affecting Asbestos and Asbestos-Containing Products, Report of the Panel*, WT/DS 1135/R/18 September 2000 ("it is scientifically

accepted that there is no biological threshold of harmlessness.... The 1998 WHO report carried out under the International Programme on Chemical Safety states that, for chrysotile: "No threshold has been identified for carcinogenic risks", p. 35)

- Agudo, et al., *Occupation and Risk of Malignant Pleural Mesothelioma: A Case-Control Study in Spain*, Am. J. Ind. Med. 37:159-168 (2000) ("Compared to those who never worked or who were considered as never exposed, all levels of probability and intensity had an increased significant risk, except subjects with low probability of exposure."

- Rodelsperger C, Jockel K, Pohlabeln H, et al. *Asbestos and Man-Made Vitreous Fibers as Risk Factors for Diffuse Malignant Mesothelioma: Results From a German Hospital-Based Case-Control Study*, American Journal of Industrial Medicine 2001; 39:262-275

- Odds ratio of 7.9 CI 2.1-30.0 for cumulative exposures of greater than 0.00 up to 0.15 f/cc-years and odds ratio of 21.9 for cumulative exposures between 0.15 and 1.5 f/cc-years.

- Despite the possible influence of selection and information bias, our results confirm the previously reported observation of a distinct dose-response relationship even at levels of cumulative exposure below 1 fiber year. (p. 262)

- A risk estimate based on accurate workplace measurements is not yet available. Nevertheless, it has recently been demonstrated that an increase of risk may occur even below a cumulative exposure of a few fiber years (fibers/mL x years) [Iwatsubo et al, 1998]. (p. 263)

- British Thoracic Society Standards of Care Committee, *Statement on Malignant Mesothelioma in The United Kingdom*, Thorax 2001; 56:250-265 ("There is no evidence for a threshold dose of asbestos below which there is no risk." p. 252)

- U.S. Public Health Service, U.S. Department of Health & Human Services. *Toxicological Profile for Asbestos*, Atlanta: Agency for Toxic Substance and Disease Registry (ATSDR), September 2001.

- Galateau-Salle F, ed. *Pathology of Malignant Mesothelioma*, Springer Science + Business Media, 2006 ("Substantial numbers of mesotheliomas are now seen as a result of nonoccupational exposures, including occasional "handyman" type exposure, domestic exposure (e.g., from laundering asbestos-contaminated work clothes), and other types of occasional or non-occupational exposures. Mesothelioma has been reported to occur after brief low-level or indirect exposure.)

- Dail and Hammar's <u>Pulmonary Pathology</u> (3rd ed.), 2008, Vol. II Neoplastic Lung Diseases, Ch. 43 ("when there are multiple asbestos exposures, each contributes to cumulative exposure and hence to the risk of causation of MM [malignant mesothelioma], with any appropriate latency interval" p. 587)

- Skammeritz E., Olmand LH, Johansen JP, Omland O, *Asbestos Exposure and Survival in Malignant Mesothelioma: A Description of 122 Consecutive Cases at an Occupational Clinic,* 2(4) J. Occupational & Envtl. Med. 228 (Oct 2011) ("Each patient with known exposure was categorized by an experienced occupational physician, based on the intensity of cumulative exposure, as "low" (<10 fibers/cm$^3$-year) (p. 226). Of the patients [with mesothelioma] with documented exposure, 51 (47.6%) had low cumulative exposure (pp. 228-229). The total time of exposure ranged from a few days to over 40 years...It has never been possible to establish a lower threshold for cumulative asbestos exposure in relation to the development of Malignant Mesothelioma! (p. 231))

14

• IARC Monograph on the Evaluation of Carcinogenic Risks to Humans 2012; 100C:219-309

• Offermans, et al., *Occupational Asbestos Exposure and Risk of Pleural Mesothelioma, Lung Cancer, and Laryngeal Cancer in the Prospective Netherlands Cohort Study*, Journal of Occupational and Environmental Medicine, 2014 ("For mesothelioma, [Hazard Ratios] were significantly elevated in this study, even for the lowest tertile of CE (median, 0.20 f-y/mL) based on FINJEM (HR=2.69 [95% CI, 1.60 to 4.53]) (p. 15)

• Lacourt, et al., *Occupational and Non-Occupational Attributable Risk of Asbestos Exposure for Malignant Pleural Mesothelioma*. Thorax, 2014 (Cumulative exposures >0-0.1 f/mL-years showing a 4 times excess risk for pleural mesothelioma (Table 4))

The retrospective estimates in the above articles are not relied upon for a quantitative dose level or precise threshold needed for causation, but rather to illustrate that the scientific and medical communities recognize that a history of brief or low-level asbestos exposure is sufficient to establish causation.

## 10.    GENETICS OF MALIGNANT MESOTHELIOMA

Like other cancers, malignant mesothelioma reflects a series of genetic mutation events that lead to the uncontrolled growth of a clone of malignant cells. It takes on average between 20-40 years for the disease to become clinically evident following exposure to asbestos. Whereas some epidemiologists have suggested that early exposures may be more important in causing disease than later ones (Peto et al and Bofetta et al), the current understanding of the mutational requirements for developing mesothelioma would suggest that all exposures occurring after ten years of first exposure (the minimal latency as suggested by the Helsinki Consensus Conference) can potentially contribute to mutagenesis and must be considered as potentially causative of malignant mesothelioma.  In this regard, the modeling of disease by epidemiologists cannot be used to exclude the effects of later exposures. For example, individuals exposed to low levels of asbestos via para-occupational exposures in childhood, and who subsequently worked occupationally with asbestos, cannot be said to have had their mesothelioma caused by early exposures alone. The biology of carcinogenesis excludes that premise.

Many mesotheliomas are polyclonal neoplasms possibly reflecting a "field effect" induced by asbestos. The Cancer Genome Atlas program studied 74 mesotheliomas form genetic alterations using next-generation sequencing (NGS), whole-exome sequencing (WES), messenger RNA expression, methylation analysis, microRNA expression, exomes, reverse-phase protein array, and transcription factor analyses. They observed frequent mutations in *CDKN2A*, *NF2*, *TP53*, *LATS2* and *SETD2*. Mansfield et al suggested that genetic alterations in mesothelioma may yield neoantigens that are immunogenic and may be susceptible to immunotherapeutic approaches.

Malignant mesothelioma are heterogeneous with complex genetic, chromosomal, and epigenetic changes. They display a relatively low mutation burden compared to most adult solid tumors. (Blanquart, Jaurand, & Jean, 2020) Genetic sequencing of tumors, in situ hybridization, and immunohistochemical techniques have demonstrated that greater than 90% of mesothelial malignancies show mutations in the *CDKN2A* gene, and roughly half show characteristic mutations in *BAP-1*. However, there is currently no evidence that neoplastic mutations occur spontaneously in nature in the absence of an additional environmental stimulus, e.g., asbestos.

Currently, there are several genetic mutations that appear to occur with increased frequency in patients with mesothelioma. These include loss of *BAP-1* expression (a member of the BRAF family), and p16

15

deletions. The loss of *BAP-1* is common as an acquired somatic mutation (~50% of epithelioid mesotheliomas) but can occur as a germ-line (non-acquired) defect in rare families. In a recent comprehensive review of the topic, Cheung and Testa (Cheung and Testa, *BAP-1: A tumor-suppressor gene driving malignant mesothelioma*. 2017.Translational Lung Cancer Research. 6: 270–278) noted that two U.S. families showed a high incidence of malignant mesothelioma, melanoma, and other types of cancers, such as renal carcinoma. Germline *BAP-1* mutations were examined in malignant mesothelioma patients with a family history of cancer, 50 asbestos-exposed control individuals with a family history of cancers other than mesothelioma, and 153 asbestos-exposed control individuals without familial cancer. No *BAP-1* mutations were identified in the control cohorts, but they were present in 9 of 150 (6%) individuals with a family history of cancer. The median age at mesothelioma diagnosis was significantly younger among the 9 *BAP-1* mutation carriers as compared to non-carriers (58 *vs* 68 years) similar to that observed in other cancer predisposition syndromes. There was an overrepresentation of patients with DPM (5 of 9) These individuals appear to have a better overall survival after MM diagnosis (60 *vs*.17 months among the non-carriers), although other studies do not support this claim.

Studies of mice show a high incidence of malignant mesothelioma in asbestos injected *BAP-1* mutant mice, suggesting a very strong role for gene-environment interaction (i.e., exposure to asbestos). *BAP-1* knockout (KO) mice to asbestos-induced malignant mesothelioma resulted from exposures to relatively low doses of asbestos, while there was no compelling evidence that *BAP*-1 KO mice developed mesothelioma in the absence of asbestos exposure. Yoshikawa et al found that chromothripsis, i.e., chromosome shattering yielding random chromosomal rearrangement may be induced by environmental stimuli, e.g. asbestos, and account for the multiple genetic alterations observed in mesothelioma.

For these reasons, it appears that patients with *BAP-1* germline mutations are predisposed to developing mesothelioma following exposure to asbestos, and that spontaneous mesotheliomas in the absence of environmental exposures may not develop.

Other genetic abnormalities have been noted in patients with malignant mesothelioma.  Studies by Bueno et al. using next generation sequencing (NGS) and by Hmeljak et al. by Whole Exome Sequencing (WES) have shown mutations in *CDKN2A* (p16), *NF2, TP53, LATS2* and *SETD2,* and it has been suggested that the development of mesothelioma could be limited to mutations in this limited number of genes. (Carbone et al. Mesothelioma scientific clues for prevention, diagnosis, and therapy. Ca Cancer Clin. 2019. 69:402-429) Shih and Kradin have noted patients with mesothelioma who have genetic changes (*MLH1* and *MLH3* deletions) associated with Lynch Syndrome. (*Malignant mesothelioma in Lynch syndrome: A report of two cases and a review of the literature*. Am. J. Indust. Med 62(5):448-452.)

Badhai et al demonstrated that concomitant deletion of the *BAP-1, NF2,* and *CDKN2A* genes in mice results in the development of mesothelioma in all animals, and the knock-out of *CDKN2a* and *NF2* yields mesothelioma in 75%. (Badhai et al. *Combined deletions of BAP-1, NF2, and CDKN2A causes rapid onset of malignant mesothelioma in mice*. 2020. Vol 217 JEM) Knock-out of each these genes individually did not produce mesotheliomas. This suggests that mutations in at least two genes are required for the development of mesothelioma. The authors did not examine whether additional mutations were induced in the mesotheliomas of the affected mice. Although the authors suggest that they can produce mesothelioma in the absence of asbestos, there is no evidence that these mutations occur together spontaneously in nature, nor do the authors consider the likelihood that exposure to asbestos can cause these mutations.

Recent studies suggest that the application of immunostains for MTAP (metalloadenosylphosphorylase) can serve as a reliable marker for expression of *CDKN2A/p16*. Loss of MTAP expression  by immunostaining strongly suggests malignant transformation. In a similar vein, loss of *BAP-1* expression by immunostaining correlates well with loss of *BAP-1* gene and is a separate marker of neoplastic

transformation. However, loss of *BAP-1* by immunostaining does not distinguish between somatic and germline loss of *BAP-1*. The concomitant loss of *MTAP* and *BAP-1* by immunostaining is both sensitive and specific for the diagnosis of malignant mesothelioma in tissue and cytology specimens. (Klebe et al)

## 11.    PERICARDIAL MESOTHELIOMA

Pericardial mesothelioma (PM) is a rare malignancy that accounts for 0.7% of all malignant mesotheliomas. The tumor characteristically presents as circumferential growth around the underlying heart and must be distinguished from malignant mesothelioma arising in the mediastinal pleura with extension into the pericardium. The disease has a poor prognosis, with 22% alive at one year and 9% at five years. There has been controversy as whether asbestos is a cause of pericardial mesothelioma, as a history of exposure has been inconsistent. To my knowledge, exposures to cosmetic talc were not determined in the reported cases.

However, Mensi et al identified 8 cases (6 men and 2 women), with a median age at diagnosis of 55.5 years, representing 0.3% of all mesothelioma cases (n = 3,059). The age-standardized incidence rate was 0.09 per million/year. Occupational exposure to asbestos was documented in 5 of the 7 cases for which we obtained an interview. They interpreted their findings to support the role of asbestos in the pathogenesis of PM.  (*Pericardial mesothelioma and asbestos exposure*. Int J Hyg Environ Health. 2011. 214:276)

## 12.    COSMETIC TALC PRODUCTS

Talc is a magnesium silicate.  Both industrial and cosmetic talcum powders can be contaminated with amphibole and serpentine asbestiform minerals. Whereas industrial talc varies in composition and may include a mixture of mineral particles, cosmetic talc consists of pure platyform particles. In 1974, Rohl and Langer showed that 10 of 20 talc products, including baby powders, facial talcums, and a pharmaceutical, contained both tremolite and anthophyllite asbestiform fibers. (Rohl AN, Langer A. *Identification and Quantitation of Asbestos in Talc*. Enviro Health Persp 1974:9; 5-109)

Blount examined the amphibole content of high-grade cosmetic talc products from deposits in Vermont, Montana, North Carolina and Alabama using a centrifuge/optical method and found a uniformly low amphibole count that included both cleavage fragments and asbestiform fibers with aspect ratios >3:1. (Blount, *Amphibole content of cosmetic and pharmaceutical talcs*. 1991. Environmental Health Perspectives. 94: 225-230)

An internal memo entitled *Cyprus ore reserves-arsenic &* tremolite (03-25-1992) raises concern for the presence of asbestos contamination of the Cyprus West Windsor reserves which was a source of *Johnson & Johnson* (*J&J*) cosmetic talc.

A *J&J* internal memo in April, 1973, noted that "occasionally, sub-trace quantities" of minerals had been found in *Johnson's Baby Powder* that "might be classified as asbestos fiber." *J&J* ran experiments aimed at finding ways to remove asbestos from talc ores. I Vernon Zeitz, head of research and development for Windsor Mineral's *J&J*'s talc mining, said that eliminating asbestos contamination "is strongly urged by this writer to provide the protection against what are currently considered to be materials presenting a severe health hazard and are potentially present in all talc ores in use at this time."

Gordon *et al* tested cosmetic talcum powder and the lung tissue of a woman with malignant mesothelioma and anthophyllite and tremolite by electron dispersive spectrometry (EDS) and selected-area electron diffraction (SAED). (Gordon RE, Fitzgerald S, Millette J. *Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women.* Int J Occup Environ Health. 2014 Oct;20(4):318-32)

Dr. William Longo has currently tested, or directed the testing, of 118 containers of *Johnson & Johnson* cosmetic talc for the presence of asbestos. These samples were supplied from the historical inventory of *J&J* from dates between the 1960s and the 1990s and were sourced from Italian (1960s) or Vermont mines (1970s-1990s). Samples were analyzed by polarized light microscopy (PLM), analytical transmission electron microscopy (ATEM) and X-ray diffraction (XRD). To date 51/72 (71%) containers of *J&J* talc samples manufactured in the U.S. prior to 2003, 11/24 (46%) containers manufactured after 2003, for a combined total of 62/96 (65%), were demonstrated to contain amphibole asbestos using TEM with heavy liquid separation. (MAS, May 2020) Using a distinct method developed by a *J&J* consultant at the Colorado School of Medicine, Longo et al have also identified chrysotile asbestos in 6 containers of *Johnson's Baby Powder*. In personal air-sample studies designed to recreate the conditions of "below the waist" applications of *Johnson's Baby Powder*, a mean tremolite concentration of 2.57 f/cc was measured in the ambient air of the subjects breathing zone. (MAS, September 2017)

In a separate study by Longo et al at MAS, all fifteen samples of *Jean Nate* cosmetic talc were demonstrated to show contamination with amphiboles and/or chrysotile asbestos.

Longo has studied *Avon* cosmetic talc (2018) and has demonstrated that >90% of samples are contaminated with amphibole asbestos.

MAS has examined 91 bottles of *Cashmere Bouquet* cosmetic talc (2018) and shown that >90% are contaminated with cosmetic talc.

MAS testing of a variety of *Chanel* talcum products (43) sourced from Italy, Australia, and China showed asbestos (tremolite and/or chrysotile) contamination in >92% of talcum products.

MAS has also tested 21 *Gold Bond* talcum products sourced from Barret's Minerals Montana or Imerys Montana mines. All showed contamination with chrysotile.

The WHO IARC Working Group 100C Monograph Asbestos (Chrysotile, Amosite, Crocidolite, Tremolite, Actinolite, and Anthophyllite) concluded that there is a causal association between exposure to asbestos and cancer of the ovary, based on five strongly positive cohort mortality studies of women with heavy occupational exposure to asbestos. (Acheson et al., 1982; Wignall & Fox, 1982; Germani et al., 1999; Berry et al., 2000; Magnani et al., 2008). Their conclusion received additional support from studies showing that women and girls with environmental, but not occupational exposure to asbestos (Ferrante et al., 2007; Reid et al., 2008, 2009) had positive increases in both ovarian cancer incidence and mortality.

A recent study of 250,000 cosmetic talc users showed no significant increase in risk of developing ovarian cancer after cosmetic talc use, but its findings do not negate the link between asbestos exposure and ovarian cancer. Whereas it does suggest that the *prospective* risk of developing ovarian cancer following exposure to cosmetic talc is low, it suggests that the risk appears to increase with age and when there is a patent gynecological tract. By the authors' admission, their study may not have been optimally powered to detect a statistically increased risk of developing ovarian cancer. (O'Brien KM, Tworoger SS, Harris HR, et al. *Association of powder in the genital area with risk of ovarian cancer. JAMA.* 2020.323).

In February of 2020, Steffen et al reported 10 cases of serous carcinoma of the ovary in subjects exposed to *Johnson & Johnson* cosmetic talc. (J. Occup. Environ. Med.). They found that 8/10 containers were contaminated by tremolite and/or anthophyllite. The investigators supplied detailed dose reconstructions in their study (0.36-5.18 fiber years) and detected anthophyllite and tremolite in tissue analyses (40% and 60% of cases, respectively).

In 2019, Moline et al reported on 33 patients with malignant mesothelioma who were exposed to cosmetic talc products (*Mesothelioma Associated with the Use of Cosmetic Talc*. J. Occup Med. 2019 Oct 10).

In October of 2019, *J&J* voluntarily recalled a lot of *Johnson's Baby Powder* after FDA Laboratory testing showed contamination by asbestos (chrysotile).

In March of 2020, Emory, Maddox and Kradin (Amer J Indust Med) reported 75 subjects with malignant mesothelioma of the pleura, peritoneum, and heart, whose only known exposures to asbestos were through repeated use of cosmetic talcum powders. 11 of the subjects showed evidence of tremolite and/or anthophyllite in non-tumorous tissues.

The following represent a sampling of publications related to this topic:

- Cralley LJ, Key MM, Groth DH, Lainhart WS, Ligo RM. *Fibrous and Mineral Content of Cosmetic Talcum Products*. Am Indus Hyg Assoc Journal 1968 July/August pp 350 -354.

- Rohl AN.  *Asbestos in Talc*.  Enviro Health Persp 1974 Vol 9 pp 129-132.

- Rohl AN, Langer A. *Identification and Quantitation of Asbestos in Talc*. Enviro Health Persp 1974:9;5-109.

- *Asbestos Found in Ten Powders*. New York Times March 10, 1976.

- Rohl AN, Langer AM, Selikoff IJ, Tordini A, Klimentidis R.  *Consumer Talcums and Powders: Mineral and Chemical Characterization.*  Journal of Tox and Enviro Health 1976 2:255-284.

- Gordon RE, Fitzgerald S, Millette J.  *Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women.*  Int J Occup Environ Health. 2014 Oct;20(4):318-32.

- Gordon, RE. Cosmetic Talcum Powder as a Causative Factor in the Development of Diseases of the Pleura.*TechOpen.*

- Roggli, V. et al *Talc and mesothelioma: mineral fiber analysis of 65 cases with clinicopathological correlation*. 2020. Ultrastructural pathology. Vol. 44

- Paoletti L, Caiazza S, Donelli G, Pocchiari F.  *Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic and Pharmaceutical Talcs* Regulatory Toxicology and Pharm 1984 4 222-235.

- Andrion A, Bosia S, Paoletti L, Feyles E, Lanfranco C, Bellis D, Mollo F.  *Malignant Peritoneal Mesothelioma in a 17-year-old boy with evidence of previous exposure to Chrysotile and Tremolite Asbestos*. Hum Pathol. 1994 Jun;25(6):617-22.

19

- Srebo S, Roggli V. *Asbestos-Related Disease Associated with Exposure to Asbestiform Tremolite*. Am J Int Med 1994 26:809-819.

- Steffen J et al. Serous ovarian cancer caused by exposure to asbestos and fibrous talc in cosmetic talc powders. JOEM. 2020. Vol 2. E65-77.

### 13. CASE-SPECIFIC CAUSATION OPINIONS:

### ANTHONY H. VALADEZ        DOB:09-23-1998

**Materials Reviewed:** Received November 12, 2022: A cover letter with a three-paragraph exposure history, pathology reports from Mercy Medical Center and Stanford Medical Center, the deposition testimony of A. Valadez (four volumes), and 54 stained slides, labeled SHS22-7213 (8), SHC22-1269 (1), SHC22-1203 (1), and 22MS-133 (24).

**Medical History:** The medical history is gleaned from the pathology report from Stanford University Medical Center.

In 2020, Mr. Valadez was a 21-year-old man who presented to physicians with cough and dyspnea and was found to have a pericardial effusion.

In January 2022, he presented with cervical lymphadenopathy and chest CT showed pericardial effusion and tumor masses.

Lymph node biopsy showed malignant mesothelioma.

According to his deposition testimony, he has received both chemotherapy and immunotherapy.

Unfortunately, his prognosis is poor.

**Exposure History**: Mr. Valadez was repeatedly exposed to *Johnson's Baby Powder* beginning as an infant and continued to apply the powder multiple times daily from the time that he was a teenager, and he also added the powder occasionally to his shoes.

No additional exposures to asbestos have been documented.

**Pathology:** My review of both the diagnostic pathology shows biphasic malignant mesothelioma in the mediastinum and metastatic to multiple lymph nodes.

Immunostains show that the tumor cells are immunopositive for cytokeratins AE1/AE3, calretinin, CK5/6, WT-1, CK7, and D2-40, and immunonegative for TTF-1, MOC-31, PAX-8, and BerEp4. Nuclear immunostaining of BAP-1 is retained, excluding a possible germline mutation.

No lung tissue was sampled.

**Conclusion**: Mr. Valadez is a young man who has been diagnosed with diffuse mesothelioma that appears to be primary to the pericardium. However, the presence of tumor in the mediastinum raises concerns that the primary site may be in the mediastinal pleura with secondary extension into the pericardium. An expert radiologist should be asked to review the radiographs with this question in mind.

Despite controversy as to the causative role of asbestos in cases of pericardial mesothelioma, in the presence of the documented history of exposure to cosmetic talc in this case, it is my opinion to a reasonable degree of medical probability that asbestos played a causative role in Mr. Valadez's mesothelioma.

I would also request the opportunity to review the medical records and radiographic reports as well as any reports by expert radiologists tasked with discerning the primary site of Mr. Valadez's tumor prior to giving sworn testimony.

I maintain the right to modify the opinions in this report should additional sources of exposure to asbestos become known prior to my giving sworn testimony.

If I can be of further assistance, please let me know.

Sincerely yours,

*Richard Kradin, M.D.* (signed electronically)

Richard Kradin, M.D.

RK:sc

# Exhibit 2

# Anthony Michael Hernandez-Valdez

Patient Health Summary, generated on Dec. 13, 2022

## Patient Demographics - Male; born Sep. 23, 1998

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| 2695 Agnes Way *(Home)*<br>Merced, CA 95340-3133 | ███████ (Mobile)<br>███████ (Home)<br>███████ (Work) | English (Preferred) | Other Race / Hispanic or Latino | Single |
| *Former (Jan. 18, 2022 - Jan. 17, 2022):*<br>2695 Agness Way *(Home)*<br>Merced, CA 95340 | ██████████████ | | | |
| *Former (Mar. 07, 2017 - Jan. 17, 2022):*<br>2695 Agnes Way *(Home)*<br>MERCED, CA 95340 | | | | |

## Note from Stanford Health Care and University Healthcare Alliance

This document contains information that was shared with Anthony Michael Hernandez-Valdez. It may not contain the entire record from Stanford Health Care and University Healthcare Alliance.

## Allergies

**Prochlorperazine** (Other (Specify with Comments))
**Fosaprepitant** (Shortness of Breath)
**Oxycodone** (Itching, pruritus)
**Ondansetron Hcl** (Shortness of Breath, Nausea, Vomiting, Dizziness, Headache)

**EXHIBIT 2**

| Component | | Ref | | Analysis | | Signature |
|---|---|---|---|---|---|---|
| AST (SGOT), Ser/Plas | 31 | 10 - 30 U/L | | 10/07/2022 12:58 PM PDT | SHC LAB - HOSPITAL LABORATORY | |
| ALT (SGPT), Ser/Plas | 20 | 10 - 50 U/L | | 10/07/2022 12:58 PM PDT | SHC LAB - HOSPITAL LABORATORY | |
| Globulin | 4.2 | 2.0 - 5.0 g/dL | | 10/07/2022 12:58 PM PDT | SHC LAB - HOSPITAL LABORATORY | |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| Blood | BLOOD SPECIMEN / Unknown | Butterfly / Unknown | 10/07/2022 11:42 AM PDT | 10/07/2022 12:19 PM PDT |

### Narrative

**SHC LAB - HOSPITAL LABORATORY - 10/07/2022 12:58 PM PDT**
Physiological plasma concentrations of Sulfasalazine and/or Sulfapyridine drugs may lead to false results for AST and ALT. Please contact the Chemistry section of the clinical laboratory for any questions.

| Authorizing Provider | Result Type |
|---|---|
| Mohana Roy | LAB BLOOD ORDERABLES |

| Performing Organization | Address | City/State/ZIP Code | Phone Number |
|---|---|---|---|
| SHC LAB - HOSPITAL LABORATORY | 300 Pasteur Drive | STANFORD, CA 94305 | 877-717-3733 |

## CT CHEST ABDOMEN PELVIS W IV CONTRAST - Final result (10/07/2022 11:01 AM PDT)

| Anatomical Region | Laterality | Modality |
|---|---|---|
| Chest Abdomen Pelvis | | Computed Tomography |

| Specimen (Source) | Anatomical Location / Laterality | Collection Method / Volume | Collection Time | Received Time |
|---|---|---|---|---|
| | | | 10/07/2022 12:10 PM PDT | |

### Impressions

**10/07/2022 2:54 PM PDT**
IMPRESSION:

1.  New and enlarging pleural and pericardial nodules.
2.  Heterogenous enhancement of the liver, likely representing congestive hepatopathy, which limits evaluation. However, there appears to be a new right hepatic mass measuring up to 3.9 cm. Consider liver MRI for further evaluation if clinically warranted.
3.  Stable lymphadenopathy above the diaphragm.
4.  Persistent but decreased left internal jugular and innominate vein thrombus.
5.  Bilateral pleural effusions with peripheral pleural enhancement, which may represent empyema or malignant effusion.
6.  Improved interlobar septal thickening, edema, and opacities.

Michael Nguyentat MD discussed these results with Dr. Roy MD by phone on the following date and time: 10/7/2022 14:05

I have personally reviewed the images for this examination and agree with the report transcribed above.

Signed"Final report"

### Narrative
**10/07/2022 2:54 PM PDT**

Narrative

Case 20-33589-MBK Doc 3487-5 Filed 12/04/23 Entered 12/04/23 08:36:22 Desc Main
Exhibit Exhibits 15 Documents Part 3 of 66    Page 97 of 119

CT CHEST ABDOMEN AND PELVIS WITH CONTRAST: 10/7/2022 10:15

CLINICAL HISTORY: 24 years of age, Male, pericardial epithelioid mesothelioma, status post
pericardiectomy and Pleurx placement on 2/17/2022, here for follow-up -he is status post 2 cycles of
chemotherapy and 3 cycles of immunotherapy with nivolumab and ipilimumab.

COMPARISON: 8/8/2022

PROCEDURE COMMENTS: CT of the chest, abdomen, and pelvis was performed following administration of
iopamidol (ISOVUE 370) 76 % injection 130 mL : 130 mL IV contrast. Oral contrast was not administered
prior to the examination.

Dose information: Based on a 32 cm phantom, the estimated radiation dose (CTDIvol [mGy]) for each
series in this exam is 9.7 and 5.4. The estimated cumulative dose (DLP [mGy-cm]) is 87.

FINDINGS:

Cardiovascular: Enlarging pericardial nodules, for instance, anterior pericardial nodule at the level
of the main pulmonary vein (3/43) measures 2.4 x 1.3 cm, previously 1.7 x 1.1 cm. Some of these nodules
demonstrate central necrosis, for instance left anterior pericardial nodule (3/49). Small pericardial
effusion. Persistent but decreased thrombus in the left internal jugular and left innominate veins
(3/28).

Lung parenchyma, pleura, and airways: Enlarging pleural nodules, for instance, new right lower lobe
pleural nodule measures 2.3 x 2.2 cm (4/218) and enlarging left lower lobe pulmonary nodule measures
1.5 x 1.4 cm (4/209), previously 0.7 x 0.6 cm.
Bilateral pleural effusions with enhancing thickened pleura with interval removal of pleural drain.
Persistent but decreased interlobular septal thickening and scattered atelectasis. Pulmonary opacities
and edema have also improved.

Liver and biliary tree: Heterogenous enhancement, likely related to congestive hepatopathy, which
limits evaluation for underlying masses, however there appears to be a new discrete mass or
conglomerate of masses in likely segment IVb/5 (5/162) measuring 3.9 x 2.6 cm. Gallbladder is
contracted. Biliary ductal dilation.

Spleen: No significant abnormality.

Pancreas: No significant abnormality.

Adrenal glands: No significant abnormality.

Kidneys and ureters: No significant abnormality.

Gastrointestinal tract: Small hiatal hernia. No dilated bowel.

Peritoneal cavity: No free fluid or air.

Bladder: No significant abnormality.

Pelvic organs: No significant abnormality.

Lymph nodes: Overall similar size and distribution of supraclavicular, axillary, mediastinal, hilar,
and retrocrural lymphadenopathy. For example:
*  Right paratracheal lymph node measures 2.2 cm in short axis (3/32), previously 2.3 cm
*  Left supraclavicular lymph node (3/16) measures 1.4 cm in short axis, previously 1.3 cm in short
axis
*  Right hilar lymph node measures 2.1 cm in short axis, previously 2.1 cm

Bones and soft tissues: No acute finding or suspicious lesion. Postsurgical changes in the anterior
abdominal wall. Improved anasarca.

Procedure Note

**Kristen Nicole Bird - 10/07/2022**
Formatting of this note might be different from the original.
CT CHEST ABDOMEN AND PELVIS WITH CONTRAST: 10/7/2022 10:15

CLINICAL HISTORY: 24 years of age, Male, pericardial epithelioid mesothelioma, status post pericardiectomy and Pleurx
placement on 2/17/2022, here for follow-up -he is status post 2 cycles of chemotherapy and 3 cycles of immunotherapy with
nivolumab and ipilimumab.

COMPARISON: 8/8/2022

PROCEDURE COMMENTS: CT of the chest, abdomen, and pelvis was performed following administration of iopamidol (ISOVUE
370) 76 % injection 130 mL : 130 mL IV contrast. Oral contrast was not administered prior to the examination.

Dose information: Based on a 32 cm phantom, the estimated radiation dose (CTDIvol [mGy]) for each series in this exam is 9.7
and 5.4. The estimated cumulative dose (DLP [mGy-cm]) is 87.

Procedure Note

Case 24-35828-MBK Doc 6471-5 Filed 04/07/23 Entered 04/07/23 08:36:22 Desc Main
Exhibit Exhibits 15 Document Satterley Declaration    Page 98 of 119

FINDINGS:

Cardiovascular: Enlarging pericardial nodules, for instance, anterior pericardial nodule at the level of the main pulmonary vein (3/43) measures 2.4 x 1.3 cm, previously 1.7 x 1.1 cm. Some of these nodules demonstrate central necrosis, for instance left anterior pericardial nodule (3/49). Small pericardial effusion. Persistent but decreased thrombus in the left internal jugular and left innominate veins (3/28).

Lung parenchyma, pleura, and airways: Enlarging pleural nodules, for instance, new right lower lobe pleural nodule measures 2.3 x 2.2 cm (4/218) and enlarging left lower lobe pulmonary nodule measures 1.5 x 1.4 cm (4/209), previously 0.7 x 0.6 cm. Bilateral pleural effusions with enhancing thickened pleura with interval removal of pleural drain.
Persistent but decreased interlobular septal thickening and scattered atelectasis. Pulmonary opacities and edema have also improved.

Liver and biliary tree: Heterogenous enhancement, likely related to congestive hepatopathy, which limits evaluation for underlying masses, however there appears to be a new discrete mass or conglomerate of masses in likely segment IVb/5 (5/162) measuring 3.9 x 2.6 cm. Gallbladder is contracted. Biliary ductal dilation.

Spleen: No significant abnormality.

Pancreas: No significant abnormality.

Adrenal glands: No significant abnormality.

Kidneys and ureters: No significant abnormality.

Gastrointestinal tract: Small hiatal hernia. No dilated bowel.

Peritoneal cavity: No free fluid or air.

Bladder: No significant abnormality.

Pelvic organs: No significant abnormality.

Lymph nodes: Overall similar size and distribution of supraclavicular, axillary, mediastinal, hilar, and retrocrural lymphadenopathy. For example:
* Right paratracheal lymph node measures 2.2 cm in short axis (3/32), previously 2.3 cm
* Left supraclavicular lymph node (3/16) measures 1.4 cm in short axis, previously 1.3 cm in short axis
* Right hilar lymph node measures 2.1 cm in short axis, previously 2.1 cm

Bones and soft tissues: No acute finding or suspicious lesion. Postsurgical changes in the anterior abdominal wall. Improved anasarca.


IMPRESSION:

1. New and enlarging pleural and pericardial nodules.
2. Heterogenous enhancement of the liver, likely representing congestive hepatopathy, which limits evaluation. However, there appears to be a new right hepatic mass measuring up to 3.9 cm. Consider liver MRI for further evaluation if clinically warranted.
3. Stable lymphadenopathy above the diaphragm.
4. Persistent but decreased left internal jugular and innominate vein thrombus.
5. Bilateral pleural effusions with peripheral pleural enhancement, which may represent empyema or malignant effusion.
6. Improved interlobar septal thickening, edema, and opacities.

Michael Nguyentat MD discussed these results with Dr. Roy MD by phone on the following date and time: 10/7/2022 14:05


I have personally reviewed the images for this examination and agree
with the report transcribed above.

Signed"Final report"

| Authorizing Provider | Result Type |
| --- | --- |
| Mohana Roy | IMG CT ORDERABLES |

Marc E. Wolin, Esq.
mwolin@saiber.com
John M. August, Esq.
jaugust@saiber.com
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel: (973) 622-8401

-and-

Joseph D. Satterley, Esq.
jsatterley@kazanlaw.com
Denyse F. Clancy, Esq.
dclancy@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Tel: (510) 302-1000

*Counsel for Claimant Anthony Hernandez Valadez*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 |
| | : | |
| Debtor. | : | |
| | : | |

## DECLARATION OF ANTHONY HERNANDEZ VALADEZ

Under 28 U.S.C. § 1746, I, Anthony Hernandez Valadez, declare under penalty of perjury as follows:

1.      I am an adult over the age of 18 years and have personal knowledge of the facts expressed in this declaration. If asked, I could and would testify to the truth of such facts.

DocuSign Envelope ID: 8FCFDA852B1A-4B1F-B3DC-5A041895AC3D

Case 23-01092-MBK Doc 348-31 Filed 04/05/23 Entered 04/05/23 08:05:07 Desc
Affidavit Declaration 15-19 of Anthony Hernandez Valadez Page 100 of 112

2.      I submit this declaration to apprise this Court of what has transpired since it issued its Order Granting Limited Relief from the Automatic Stay.

3.      Over four days in mid-September 2022, I testified about my life, use of Johnson's Baby Powder talc, and medical condition. As to Johnson's Baby Powder, I testified that I used the product daily, sometimes several times, as part of my hygiene routine. I also testified that applying baby powder created visible dust that I breathed.

4.      Throughout my four days of deposition, I constantly experienced body pain, headaches, stress, and anxiety. Also, I used supplemental oxygen because of my breathing difficulties.

5.      To date, I have undergone five cycles of immunotherapy. At one point, I went temporarily blind. Fortunately, my doctor prescribed me eye drops, and my vision returned to normal. However, this incident exacerbated my anxiety and stress.

6.      My mental state has not changed. I still experience significant anxiety and depression. Talking about my current state triggers my emotions to the point where it seems I am having a panic attack. I am still in disbelief and shock that I have terminal mesothelioma.

7.      Physically, this disease and any treatments related to it, including immunotherapy, still cause me to experience nausea/vomiting, poor appetite, chest pain and tightness, breathing difficulties, discomfort, fatigue, and body pain.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I executed this Declaration in Merced, California, on December 14, 2022.

DocuSigned by:

ANTHONY HERNANDEZ VALADEZ

# Exhibit 17

# Kazan, McClain, Satterley & Greenwood℠

A Professional Law Corporation

KAZANLAW.COM

Joseph D. Satterley
jsatterley@kazanlaw.com

September 7, 2022

The Honorable Michael B. Kaplan
United States Bankruptcy Court, District of New Jersey
Clarkson S. Fisher Courthouse
402 East State Street, Courtroom #8
Trenton, NJ 08608

Re:     **LTL Management LLC, Case No. 21-30589 (MBK)**

Dear Chief Judge Kaplan:

I write to provide you with a status update on the talc mesothelioma case of my client Anthony Hernandez Valadez and to respond to the letter from Debtor's attorney Dan Prieto (the "Prieto Letter") [Dkt. No. 2973]. Pursuant to this Court's Order Granting Limited Relief from the Automatic Stay, filed on August 8, 2022 (the "Lift-Stay Order") [Dkt. No. 2386 at p. 2], Mr. Valadez was granted an expedited trial date of November 7, 2022. To ensure that he and Protected Parties[1] are ready for trial on November 7th, if the Third Circuit reverses this Court's orders,[2] I request that this Court enter the attached Proposed Order. I agree with Debtor's counsel that we can address the Proposed Order at the omnibus hearing on September 14, 2022.

**I.     Mr. Valadez's California State Court Case is Set for Trial on November 7, 2022.**

The California State Court has set Mr. Valadez's case for an expedited trial on November 7, 2022, if "the New Jersey Bankruptcy Court stay is lifted."[3] It also ordered the parties to "meet and confer to discuss stipulations for the extension of statutory deadlines with regard to discovery, motions, expert designations, authorizations, etc." and to seek this Court's assistance "as to what, if any, additional order is needed [for] the parties to adequately prepare this matter for trial by November 7, 2022."[4] These issues will be discussed in state court on September 22, 2022.

**II.    Despite the Lift-Stay Order, Protected Parties Have Refused to Prepare for Trial.**

Now that he has a trial date, Mr. Valadez is preparing his case for trial in case the Third Circuit reverses this Court's orders. Thus far, Mr. Valadez has noticed his deposition, and

---

[1] As defined in the Lift-Stay Order.

[2] The following orders of this Court are on appeal to the Third Circuit: (i) Order Denying Motion to Dismiss [Dkt. Nos. 1572 and 1603]; and (ii) Order Granting the Preliminary Injunction [Dkt. Nos. 1573 and 1635].

[3] A true and correct copy of the State Court's Order Granting Trial Preference is attached hereto.

[4] *Id.* at p. 2.

Jack London Market • 55 Harrison Street, Suite 400 • Oakland, CA 94607
(510) 302-1000 • Fax (510) 835-4913

**EXHIBIT 17**

The Honorable Michael B. Kaplan
September 7, 2022
Page 2

Protected Parties will attend it. Also, Mr. Valadez will work with Protected Parties on a stipulation regarding testing Mr. Valadez's pathology materials upon receipt from his treating facilities.

 Beyond that, Protected Parties have rejected Mr. Valadez's efforts to ensure that all parties are ready for trial and that Mr. Valadez could appear and have his case tried before he passes. For example, I informed Protected Parties that Mr. Valadez intends to propound discovery on what efforts they have taken to preserve documents relevant to this case and depose any of their employees with knowledge about talc issues that plan on leaving or retiring before trial.[5] I also proposed reasonable discovery and pre-trial deadlines, including that all discovery must be completed one week before trial. I also met and conferred with Mr. Prieto and proposed that the parties agree to discovery. In response to each request, Protected Parties contend that such discovery is outside the scope of the Lift-Stay Order. Mr. Prieto also asserts that "[n]one of these requests, however, are necessary because [Mr. Valadez's] counsel already knows that the relevant evidence is preserved."[6] In order words, Protected Parties argue that, notwithstanding the Lift-Stay Order and the California State Court's order, they need not do anything to prepare for trial.

 Protected Parties' position is unsurprising because they have consistently refused to resolve this matter or stipulate to lift the stay since they were given notice of this case on April 20, 2022. Indeed, Debtor is essentially asking this Court to reconsider the Lift-Stay Order when its counsel repeatedly asserts that requiring Mr. Valadez and Protected Parties to prepare for trial would be unfair "while thousands of similarly situated claimants remain subject to the automatic stay and the PI Order."[7] A hearing on this disguised motion for reconsideration is not appropriate.

### III. Entry of the Proposed Order Ensures That the Parties Are Ready for Trial.

 Because the parties are at an impasse and it is undisputed that there is substantial medical doubt about Mr. Valadez's survival beyond late November or early December 2022, Mr. Valadez requests that this Court enter the attached Proposed Order to allow the parties to take and complete the discovery needed to be prepared for trial. This Court has the power to do so because it retains jurisdiction to hear and determine all matters regarding the Lift-Stay Order.[8]

 Mr. Valadez's request is also consistent with the Lift-Stay Order and this Court's oral order on July 28, 2022. In part, this Court found it "reasonable" and "makes sense for equitable considerations" to grant Mr. Valadez "limited relief to allow discovery" to "gather and preserve evidence that will support the claims against J&J in the future."[9] This Court hoped that the Lift-

---

[5] Footnote two of the Prieto Letter is irrelevant because the discovery Mr. Valadez proposed narrowly seeks facts specific to this case. [Prieto Letter at p. 2, fn. 2.]
[6] *Id.* at p. 2.
[7] *Id.*
[8] Dkt. No. 2836 at p. 3.
[9] 7/28/22 Transcript at 20:13-21:3.

The Honorable Michael B. Kaplan
September 7, 2022
Page 3

Stay Order would "not…slow down the progress of the case Mr. Satterley presented."[10]
Accordingly, entry of the Proposed Order is appropriate.

### IV.    Absent the Relief Requested, Your Honor's Oral Order on July 28th is Meaningless.

If the Third Circuit reverses either of this Court's orders, Mr. Valadez anticipates that
Protected Parties will contend in state court that they need many weeks to be prepared for trial in
this complex case because this Court's orders precluded them from conducting the necessary
discovery. The Prieto Letter confirms this when it asserts that the Lift-Stay Order does not allow
the parties to prepare for the expedited trial that Your Honor allowed them to obtain.[11] The entry
of the Proposed Order cures Protected Parties' concerns because it will enable them to conduct the
discovery required to prepare their defense. Beyond that, this argument lacks merit.

This Court should not allow Protected Parties to frustrate Your Honor's oral ruling on July
27, 2022, and to avoid preparing for the November 7th trial that Your Honor allowed Mr. Valadez
to obtain. First, Protected Parties have been on notice of this case since April 20, 2022, and were
given facts of this case, including medical records and declarations.

Second, Protected Parties have ample time to defend themselves at trial because of their
years of experience litigating talc mesothelioma cases. Consistent with other such cases, Protected
Parties will call an expert in mineralogy, likely Dr. Matthew Sanchez, to opine on the absence of
asbestos in talc used in Johnson's Baby Powder. They will also call an epidemiologist, Dr. Richard
Attanoos, to testify that epidemiological studies of talc miners and millers do not show an increased
risk of mesothelioma despite the prevalence of mesothelioma in end users of talc. Protected Parties
will likely have an expert, such as Dr. Gregory Diette, to opine that there are non-talc-related
reasons for Mr. Valadez's mesothelioma. Protected Parties have advanced each of these defenses
in almost every mesothelioma case.

Third, the state court is familiar with asbestos talc cases about Johnson's Baby Powder.
and has already ruled on numerous motions in limine and page-and-line designations of key
witnesses that the parties typically file in such cases.

Mr. Valadez respectfully requests Your Honor enter the Proposed Order to allow him and
Protected Parties to take the necessary discovery to be prepared for trial on November 7, 2022.
Absent the requested relief, the Lift-Stay order would become meaningless.

Respectfully submitted,
/s/ Joseph D. Satterley
Joseph D. Satterley

Attachments

---

[10] *Id.*

[11] Prieto Letter at p. 3; *see also* 7/28/22 Transcript at 20:13-21:3.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

Rene C. Davidson Courthouse, Department 18

## JUDICIAL OFFICER: HONORABLE JO-LYNNE LEE

Courtroom Clerk: Timothy Lopez                                    CSR: None

---

**22CV012759**                                              August 26, 2022
                                                            10:00 AM

**VALADEZ**
 **vs**
**JOHNSON & JOHNSON, et al.**

---

### MINUTES

**NATURE OF PROCEEDINGS: Hearing on Motion for Trial Preference**

Counsel on Zoom:

Joe Satterley, Julia Romano, Ian Rivamonte, Noushan Noureddini.

REPORTED BY CSR SHEILA PHAM.

The Motion for Trial Preference filed by ANTHONY HERNANDEZ VALADEZ on 08/04/2022
is Granted.

Plaintiff Anthony Valadez's ("Plaintiff" or "Mr. Valadez") Motion for Trial Setting Preference
pursuant to CCP §§ 36(d)-(f) is GRANTED pursuant to CCP § 36(d).

Plaintiff filed his Complaint in this action on 6/15/2022.

Plaintiff is only 23 years old but has malignant pericardial (lining of the heart) mesothelioma, a
particularly rare form of mesothelioma. He alleges his claims against Johnson & Johnson and
retailers for exposure to J & J baby powder (talc), which his mother apparently used regularly on
him and in the home during his childhood.

Asbestos torts claims against Johnson & Johnson (or a successor entity holding Johnson &
Johnson's asbestos torts liabilities) and retailers who sold Johnson & Johnson talcum powder
products are currently stayed by the New Jersey Bankruptcy Court in the case In re LTL
Management LLC, Case No. 21-3032. The New Jersey Bankruptcy Court stay Order is currently
on appeal in the Third Circuit Court of Appeals ("Third Circuit").

Plaintiff successfully sought leave from the bankruptcy court to allow Plaintiff "limited relief to
allow discovery, to gather and preserve evidence" and also "to make any appropriate motion
required to get expedited trial dates ....in the event the Third Circuit does reverse ... and the case
is dismissed."

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

In support of the trial preference motion, Plaintiff presents the following evidence: Plaintiff's symptoms of persistent cough and pericardial effusion presented in 2020. He was given multiple courses of colchine and prednesone without positive response. On 1/4/2022, he presented with progressive cervical adenopathy (enlarged or swollen lymph nodes), worsening pericardial effusion and small pleural effusions. He underwent a biopsy on 1/10/2022, performed by declaring doctor Leah Backhus, his thoracic surgeon, pathology of which revealed pericardial mesothelioma, epitheliod type. In February, Mr. Valadez underwent bilateral thoracentesis with removal of 1.5 liters from each side of his chest.

Dr. Backhus declares that as of 2/14/2022, Mr. Valadez's "extensive adenopathy ... underscores the advanced stage of his pericardial mesothelioma." Another medical record of this date prepared by Dr. Backhus describes Mr. Valadez's mesothelioma as "overall poor prognosis with advanced local disease." On 2/17/2022, Dr. Backhus performed a partial pericardiectomy on Mr. Valadez and had catheters inserted in his chest. A medical record dated 3/8/2022 describes "diffuse tumor involvement of the pericardium with areas of invasion into the myocardium [heart muscle]." After the surgery, medical records indicate that Mr. Valadez still had "significant mesothelial tumor involvement around his heart and some into the myocardium."

Mr. Valadez's oncologist, Dr. Mohana Roy, provides a declaration reporting that Mr. Valadez began chemotherapy on or around 3/18/2022. According to Dr. Roy, Plaintiff underwent two cycles of chemotherapy as of 4/9/2022, which he did not tolerate well, suffering from mouth sores, linear dermatitis, nausea, lack of appetite, shortness of breath, acute anemia and fatigue. As a result, chemotherapy was discontinued after two cycles in May 2022. A 5/5/2022 CT scan showed that the chemotherapy was not effective: the CT scan showed "increased diffuse nodular interlobal septal thickening" and "new and increasing pulmonary nodules, concerning for progression of disease." As of 5/6/2022, it was decided that Plaintiff would instead undergo immunotherapy.

Dr. Backhus opines that there is substantial doubt that Mr. Valadez will survive more than six months from 5/22/2022, and Dr. Roy opines that there is substantial medical doubt that Mr. Valadez will survive more than six months from 6/2/2022.

Plaintiff's counsel declares that all defendants have been served with process.

Wherefore, the Court GRANTS Plaintiffs' Motion for Trial Setting Preference pursuant to CCP § 36(d)-(f). The jury trial shall commence on Monday, November 7, 2022 at 8:30 a.m. in Dept. 18, but only in the event that the New Jersey Bankruptcy Court stay is lifted as to defendant Johnson & Johnson and the retailer defendants prior to the 11/7/2022 trial date. The Pretrial Conference shall be held on the first day of trial.

Counsel shall meet and confer to discuss stipulations for the extension of statutory deadlines with regard to discovery, motions, expert designations, authorizations, etc. Where necessary, counsel shall obtain further clarification or further leave from the bankruptcy court as to what, if any, additional order is needed in order for parties to adequately prepare this matter for trial by November 7, 2022. These issues will be discussed at the next scheduled Case Management Conference.

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

The Court orders counsel to obtain a copy of this order from the eCourt portal.

Designated Defense Counsel shall serve all pending defendants in this action. Plaintiff shall serve endorsed filed copies of this order upon all defendants who have been served but not yet appeared or answered in this action.

By:                   T. Lopez, Deputy Clerk
                              Minutes of: 08/26/2022
                              Entered on: 08/26/2022

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marc E. Wolin, Esq.
mwolin@saiber.com
John M. August, Esq.
jaugust@saiber.com
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ  07932
Tel:  (973) 622-8401

-and-

Joseph D. Satterley, Esq.
jsatterley@kazanlaw.com
Denyse F. Clancy, Esq.
dclancy@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Tel: (510) 302-1000

*Counsel for Movant Anthony Hernandez Valadez*

---

In Re:

LTL MANAGEMENT LLC,

     Debtor.

Chapter 11

Case No. 21-30589 (MBK)

---

## SUPPLEMENTAL ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY

    The relief on the following pages, numbered two (2) and (3), is hereby **ORDERED.**

Page 2
Debtors: LTL Management LLC
Case No.: 21-30589 (MBK)
Caption of Order: **ORDER GRANTING FURTHER RELIEF FROM THE AUTOMATIC STAY**

---------------------------------------------------------------------------------------------------------------

      **THIS MATTER** having been opened to the Court by Anthony Hernandez Valadez ("Movant"), by and through his counsel, the law firm of Kazan, McClain, Satterley & Greenwood, A Professional Law Corporation, and local counsel Saiber LLC, for the entry of an order supplementing the Order Granting Limited Relief from the Automatic Stay filed on August 8, 2022 ("Lift-Stay Order") [Dkt. 2836] as to non-debtors Johnson & Johnson, Johnson & Johnson Consumer Inc., Albertsons Companies, Inc., Lucky Stores, Inc., Safeway Inc., Save Mart Supermarkets, Target Corporation, and Walmart Inc. (collectively, the "Protected Parties"); the Court having considered the papers submitted on behalf of Movant and the Protected Parties; having heard the statements of counsel at the hearing held on September 14, 2022; and for good cause shown;

      **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Lift-Stay Order is supplemented as follows:

      1.    Movant and the Protected Parties be and hereby are granted further relief from the automatic stay and the Preliminary Injunction to conduct the discovery necessary for the parties to be prepared for trial in the Superior Court of California, County of Alameda ("State Court"), on November 7, 2022, in the event the Third Circuit Court of Appeals reverses this Court's orders enjoining and prohibiting Movant from prosecuting his claims against Debtor and the Protected Parties.

      2.    Pursuant to the State Court's request for deadlines on discovery and other related matters, this Court orders the following:

      a.    All fact and expert discovery must be completed by October 31, 2022;

3183466.1

Page 3
Debtors: LTL Management LLC
Case No.: 21-30589 (MBK)
Caption of Order: **ORDER GRANTING FURTHER RELIEF FROM THE AUTOMATIC
STAY**
-------------------------------------------------------------------------------------------------------------

      b.      Parties are deemed to have demanded an exchange of expert witnesses and

discoverable writings [Cal. Code Civ. Proc. § 2034.210, et seq.];

      c.      Parties must designate their expert witnesses and those witnesses'

discoverable writings [Cal. Code Civ. Proc. § 2034.270] by no later than October 24, 2022;

      d.      The designating party shall "offer up" the expert(s) for deposition within a

reasonable time before discovery closes;

      e.      Any party unilaterally canceling an accepted deposition will be

responsible for re-calendaring the deposition within a reasonable time before discovery closes;

      f.      The parties are to meet and confer as necessary about a protocol for

handling pathology evidence, including any destructive testing; and

      g.      All parties must respond within 14 days to written discovery (unless

otherwise agreed to).

    3.      The stay set forth in Rule 4001(a)(3) of the Federal Rules of Bankruptcy

Procedure shall not apply to this Order, and the Order shall be effective immediately.

    4.      The Court shall retain jurisdiction to hear and determine all matters arising from

or related to this Order's implementation, interpretation, and/or enforcement, including with

respect to the scope of the relief granted by this Order.

# Exhibit 18

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marc E. Wolin, Esq.
mwolin@saiber.com
John M. August, Esq.
jaugust@saiber.com
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ  07932
Tel:  (973) 622-8401

-and-

Steven Kazan, Esq.
skazan@kazanlaw.com
Joseph D. Satterley, Esq.
jsatterley@kazanlaw.com
Denyse F. Clancy, Esq.
dclancy@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Tel: (510) 302-1000

*Counsel for Movant Anthony Hernandez Valadez*

**Order Filed on August 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Chapter 11 |
|---|---|
| LTL MANAGEMENT LLC, | Case No. 21-30589 (MBK) |
| Debtor. | |

## ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) and (3), is hereby **ORDERED.**

**DATED: August 8, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

01625730.DOC

**EXHIBIT 18**

Page 2
Debtors: LTL Management LLC
Case No.: 21-30589 (MBK)
Caption of Order: **ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY**

------------------------------------------------------------------------------------------------------------------

        **THIS MATTER** having been opened to the Court by Anthony Hernandez Valadez, by and through his counsel the law firm of Kazan, McClain, Satterley & Greenwood, A Professional Law Corporation ("Kazan Law"), and local counsel Saiber LLC, for the entry of an order granting Movant relief from the *Order (I) Declaring That Automatic Stay Applies to Certain Actions Against Non-Debtors and (II) Preliminarily Enjoining Certain Actions* [Dkt. 1635; Adv. Pro. No. 21-3032, Dkt. 187] (the "PI Order") as to non-debtors Johnson & Johnson ("J&J"), Johnson & Johnson Consumer Inc. ("New JJCI"), and retailers Albertsons Companies, Inc., Lucky Stores, Inc., Safeway Inc., Save Mart Supermarkets, Target Corporation, and Walmart Inc. (collectively, "Retailers" and with New JJCI and J&J, the "Protected Parties") pursuant to Section 362(d)(1) of the Bankruptcy Code, and waiving the fourteen day stay under Federal Rule of Bankruptcy Procedure 4001(a)(3) (the "Motion") [Dkt. 2348], and the Court having considered the Motion, the opposition filed on behalf of LTL Management LLC (the "Debtor") [Dkt. 2429], the reply filed on behalf of Mr. Valadez [Dkt. 2469], and the joinder in support of the Motion [Dkt. 2484], and having heard the statements of counsel and evidence adduced with respect to the Motion at hearings held on June 14, 2022 and July 26, 2022 (together, the "Hearings"); the Court having ruled at the June 14, 2022 hearing that Mr. Valadez was permitted to file a complaint to initiate an action, as defined in the Motion (the "California Action"), against the Protected Parties, and that, upon the filing of any such complaint, no action was required by any defendant named in such complaint pending a further ruling from the Court; and for the reasons set forth on the record at the Hearings and a hearing held on July 28, 2022;

Page 3
Debtors: LTL Management LLC
Case No.: 21-30589 (MBK)
Caption of Order: **ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY**

--------------------------------------------------------------------------------------------------------------

### IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.     The Motion is granted in part and denied in part.

2.     Movant Anthony Hernandez Valadez, having been authorized by this Court to commence a personal-injury lawsuit in the Superior Court of California, County of Alameda, be and hereby is granted relief from the automatic stay and the PI Order to permit Mr. Valadez to conduct such discovery as necessary to preserve evidence pertinent to Mr. Valadez's claim that may otherwise be lost or destroyed, including, but not limited to Mr. Valadez's pathology materials.  Movant Anthony Hernandez Valadez be and hereby is also granted relief from the automatic stay and the PI Order to make any appropriate motion immediately in the California Action required to obtain an expedited trial date or priority in the event that the Third Circuit Court of Appeals reverses this Court's order denying the motion to dismiss the bankruptcy case [Dkt. 1603] and the case is dismissed.

3.     The stay set forth in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall not apply to this Order and the Order shall be effective immediately.

4.     Except as expressly provided herein, all provisions of the PI Order shall remain in effect.

5.     The Debtor is authorized to indemnify and pay the Protected Parties for their costs associated with discovery authorized by this Order.

6.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order, including with respect to the scope of the relief granted by this Order.

01625730.DOC

# Exhibit 19

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

Rene C. Davidson Courthouse, Department 18

## JUDICIAL OFFICER: HONORABLE JO-LYNNE LEE

Courtroom Clerk: Timothy Lopez                                    CSR: None

---

**22CV012759**                                                    August 26, 2022
                                                                  10:00 AM

**VALADEZ**
  **vs**
**JOHNSON & JOHNSON, et al.**

---

### MINUTES

**NATURE OF PROCEEDINGS: Hearing on Motion for Trial Preference**

Counsel on Zoom:

Joe Satterley, Julia Romano, Ian Rivamonte, Noushan Noureddini.

REPORTED BY CSR SHEILA PHAM.

The Motion for Trial Preference filed by ANTHONY HERNANDEZ VALADEZ on 08/04/2022 is Granted.

Plaintiff Anthony Valadez's ("Plaintiff" or "Mr. Valadez") Motion for Trial Setting Preference pursuant to CCP §§ 36(d)-(f) is GRANTED pursuant to CCP § 36(d).

Plaintiff filed his Complaint in this action on 6/15/2022.

Plaintiff is only 23 years old but has malignant pericardial (lining of the heart) mesothelioma, a particularly rare form of mesothelioma. He alleges his claims against Johnson & Johnson and retailers for exposure to J & J baby powder (talc), which his mother apparently used regularly on him and in the home during his childhood.

Asbestos torts claims against Johnson & Johnson (or a successor entity holding Johnson & Johnson's asbestos torts liabilities) and retailers who sold Johnson & Johnson talcum powder products are currently stayed by the New Jersey Bankruptcy Court in the case In re LTL Management LLC, Case No. 21-3032. The New Jersey Bankruptcy Court stay Order is currently on appeal in the Third Circuit Court of Appeals ("Third Circuit").

Plaintiff successfully sought leave from the bankruptcy court to allow Plaintiff "limited relief to allow discovery, to gather and preserve evidence" and also "to make any appropriate motion required to get expedited trial dates ....in the event the Third Circuit does reverse ... and the case is dismissed."

**EXHIBIT 19**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

In support of the trial preference motion, Plaintiff presents the following evidence: Plaintiff's symptoms of persistent cough and pericardial effusion presented in 2020. He was given multiple courses of colchine and prednesone without positive response. On 1/4/2022, he presented with progressive cervical adenopathy (enlarged or swollen lymph nodes), worsening pericardial effusion and small pleural effusions. He underwent a biopsy on 1/10/2022, performed by declaring doctor Leah Backhus, his thoracic surgeon, pathology of which revealed pericardial mesothelioma, epitheliod type. In February, Mr. Valadez underwent bilateral thoracentesis with removal of 1.5 liters from each side of his chest.

Dr. Backhus declares that as of 2/14/2022, Mr. Valadez's "extensive adenopathy ... underscores the advanced stage of his pericardial mesothelioma." Another medical record of this date prepared by Dr. Backhus describes Mr. Valadez's mesothelioma as "overall poor prognosis with advanced local disease." On 2/17/2022, Dr. Backhus performed a partial pericardiectomy on Mr. Valadez and had catheters inserted in his chest. A medical record dated 3/8/2022 describes "diffuse tumor involvement of the pericardium with areas of invasion into the myocardium [heart muscle]." After the surgery, medical records indicate that Mr. Valadez still had "significant mesothelial tumor involvement around his heart and some into the myocardium."

Mr. Valadez's oncologist, Dr. Mohana Roy, provides a declaration reporting that Mr. Valadez began chemotherapy on or around 3/18/2022. According to Dr. Roy, Plaintiff underwent two cycles of chemotherapy as of 4/9/2022, which he did not tolerate well, suffering from mouth sores, linear dermatitis, nausea, lack of appetite, shortness of breath, acute anemia and fatigue. As a result, chemotherapy was discontinued after two cycles in May 2022. A 5/5/2022 CT scan showed that the chemotherapy was not effective: the CT scan showed "increased diffuse nodular interlobal septal thickening" and "new and increasing pulmonary nodules, concerning for progression of disease." As of 5/6/2022, it was decided that Plaintiff would instead undergo immunotherapy.

Dr. Backhus opines that there is substantial doubt that Mr. Valadez will survive more than six months from 5/22/2022, and Dr. Roy opines that there is substantial medical doubt that Mr. Valadez will survive more than six months from 6/2/2022.

Plaintiff's counsel declares that all defendants have been served with process.

Wherefore, the Court GRANTS Plaintiffs' Motion for Trial Setting Preference pursuant to CCP § 36(d)-(f). The jury trial shall commence on Monday, November 7, 2022 at 8:30 a.m. in Dept. 18, but only in the event that the New Jersey Bankruptcy Court stay is lifted as to defendant Johnson & Johnson and the retailer defendants prior to the 11/7/2022 trial date. The Pretrial Conference shall be held on the first day of trial.

Counsel shall meet and confer to discuss stipulations for the extension of statutory deadlines with regard to discovery, motions, expert designations, authorizations, etc. Where necessary, counsel shall obtain further clarification or further leave from the bankruptcy court as to what, if any, additional order is needed in order for parties to adequately prepare this matter for trial by November 7, 2022. These issues will be discussed at the next scheduled Case Management Conference.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**

The Court orders counsel to obtain a copy of this order from the eCourt portal.

Designated Defense Counsel shall serve all pending defendants in this action. Plaintiff shall serve endorsed filed copies of this order upon all defendants who have been served but not yet appeared or answered in this action.

By:     T. Lopez, Deputy Clerk

                        Minutes of: 08/26/2022

                        Entered on: 08/26/2022