# Exhibit 23

Marc E. Wolin, Esq.
mwolin@saiber.com
John M. August, Esq.
jaugust@saiber.com
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel: (973) 622-8401

-and-

Joseph D. Satterley, Esq.
jsatterley@kazanlaw.com
Denyse F. Clancy, Esq.
dclancy@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Tel: (510) 302-1000

*Counsel for Movant Anthony Hernandez Valadez*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 |
| | : | |
| Debtor. | : | |
| | : | |

## DECLARATION OF JOSEPH D. SATTERLEY

Pursuant to 28 U.S.C. § 1746, I, Joseph D. Satterley, declare under penalty of perjury as follows:

1.      I am a partner in the law firm of Kazan, McClain, Satterley & Greenwood, A Professional Law Corporation ("Kazan Law"), located at 55 Harrison Street, Suite 400, Oakland, California 94607, and have been duly admitted to practice law in the States of Pennsylvania,

**EXHIBIT 23**

Kentucky, and California, the United States Supreme Court, the U.S. District Court for the

Eastern and Western Districts of Kentucky, and the U.S. Court of Appeals for the Third, Sixth,

Eighth, and Ninth Circuits. I am admitted as counsel *pro hac vice* for certain mesothelioma

claimants in this action and have an application pending for admission as *pro hac vice* counsel

for Movant Anthony Hernandez Valadez ("Movant" or "Mr. Valadez").

2.       Unless otherwise stated in this Declaration, I have personal knowledge of the

facts set forth herein. If called as a witness, I would testify as to those facts.

3.       I submit this Declaration in support of Movant's motion for the entry of an order

pursuant to Section 362(d)(1) of the Bankruptcy Code, waiving the stay of Fed. R. Bankr. P.

4001(a)(3), granting him relief from the Preliminary Injunction as to non-debtors Johnson &

Johnson ("J&J"), Johnson & Johnson Consumer Inc. ("New JJCI"), and retailers Albertsons

Companies, Inc., Lucky Stores, Inc., Safeway Inc., Save Mart Supermarkets, Target Corporation,

and Walmart Inc. (collectively, "Retailers"), or such other and further relief as the Court deems

just and proper, in this Chapter 11 case of LTL Management, LLC, the above-captioned debtor

and debtor-in-possession ("the "Debtor"). Alternatively, Movant seeks relief from the

Preliminary Injunction to allow him to conduct discovery against J&J, New JJCI, Retailers, and

non-parties to collect and preserve evidence and testimony pertinent to Movant's claims,

including any treating medical facilities who possesses Movant's pathology material.

4.       For 25 years, I have represented plaintiffs afflicted with terminal mesothelioma

and other asbestos-related diseases. Since 2016, I have filed asbestos-related cases against J&J

and other entities responsible for the marketing, distribution, sale, and design of Johnson's Baby

Powder talc. To date, I have tried six cases to verdict against J&J on behalf of plaintiffs afflicted

with mesothelioma in New Jersey, California, and Kentucky. As a result, I have personally

interacted with J&J's local and national counsel in all stages of litigation for nearly six years.

5.      On February 25, 2022, this Court filed its Memorandum Opinion Granting

Preliminary Injunction and Resolving Adversary Proceeding in Debtor's Favor. [Dkt. No. 1573.]

That opinion was incorporated fully by reference in this Court's Order (I) Declaring That the

Automatic Stay Applies to Certain Actions Against Non-Debtors, and (II) Preliminarily

Enjoining Certain Actions (the "<u>Preliminary Injunction</u>"). [Dkt. No. 1635.] The Preliminary

Injunction prohibits and enjoins current and prospective mesothelioma plaintiffs from

commencing or continuing to prosecute a personal-injury action against J&J, New JJCI, and the

Retailers (collectively, "<u>Non-Debtors</u>").

6.      I represent Mr. Valadez. He is 23 years old and afflicted with a terminal disease

called pericardial mesothelioma, an asbestos-caused cancer. I am the Kazan Law partner charged

with all aspects of Mr. Valadez's case, including case management and discovery. But for the

Preliminary Injunction, Mr. Valadez would have filed a lawsuit in Alameda County Superior

Court against Non-Debtors for his exposure to asbestos and asbestiform fibers from his and his

family's use of Johnson's Baby Powder talc.

7.      Since the Preliminary Injunction, I invited Non-Debtors to negotiate in good faith

to promptly resolve Mr. Valadez's claims against them. Attached hereto as **Exhibit A** is a true

and correct copy of my email to opposing counsel representing Non-Debtors, dated April 20,

2022. In my email, I attached a letter that detailed Mr. Valadez's exposure to Johnson's Baby

Powder, his claims against Non-Debtors, the course of his disease, and damages. I also included

exhibits in support of each assertion stated in the letter. I told opposing counsel that Mr. Valadez

is interested in an efficient and fair resolution for his terminal pericardial mesothelioma. As an

alternative to resolution, I asked Non-Debtors whether they are amenable to lifting the
Preliminary Injunction to allow Mr. Valadez to collect evidence. Opposing counsel did not
respond to my correspondence.

8.      On May 10, 2022, I sent a follow-up email regarding Mr. Valadez's case. In that
email, I attached the report of forensic economist Robert Johnson showing that Mr. Valadez's
economic loss (not including medical bills) is over $3.6 million. Attached hereto as **Exhibit B** is
a true and correct copy of my email to opposing counsel, along with a copy of the Economic
Impact Report attached thereto.

9.      To date, I have not received a response from Non-Debtors about resolving
Mr. Valadez's case or stipulating that Mr. Valadez may file suit against them in Alameda County
Superior Court despite the Preliminary Injunction. This is not surprising. As previously
mentioned, I have filed and tried cases against J&J involving plaintiffs afflicted with terminal
mesothelioma. In my experience, J&J, despite its talking points, is not interested in efficient
resolution of mesothelioma claims. J&J's intransigence in settling cases for their fair value is the
reason that I have tried many cases against J&J, all of which eventually went to verdict. For
those six cases from 2018, 2019, 2020, and 2021, that eventually went to verdict, J&J refused to
discuss or negotiate any of them prior to going to trial. J&J's position is that it will not negotiate
Kazan Law mesothelioma cases until a stay is lifted or all ovarian cases are settled.

10.     As a result of Non-Debtors refusing to resolve this matter or otherwise stipulate to
lifting the Preliminary Injunction, Mr. Valadez now moves this Court for an order granting him
relief from the Preliminary Injunction.

11.     The Preliminary Injunction precludes Mr. Valadez from gathering evidence from
Non-Debtors or any other non-party. But for the Preliminary Injunction, Mr. Valadez would have

filed a lawsuit in Alameda County Superior Court against Non-Debtors for his exposure to asbestos and asbestiform fibers from Johnson's Baby Powder talc. Because he is prohibited and enjoined from commencing a personal-injury action, Mr. Valadez cannot use the subpoena powers of the Alameda County Superior Court to gather and preserve evidence. Based on my day-to-day involvement in Mr. Valadez's case, I know that the facilities treating Mr. Valadez for his pericardial mesothelioma, Stanford Hospital and Stanford Cancer Center, have refused to release Mr. Valadez's pathology blocks for testing absent a lawful subpoena or court order. Because he has no pending personal-injury action, Mr. Valadez cannot use the powers of the Alameda County Superior Court to either subpoena the blocks from the treating hospitals or otherwise obtain a court order compelling those facilities to release the blocks. Under California law, Mr. Valadez has to file suit to get the subpoena powers of the Alameda County Superior Court. And he cannot do so absent an order from this Court granting him relief from the Preliminary Injunction so he can file suit against Non-Debtors.

12.     Leah Backhus, M.D., is Mr. Valadez's treating cardiothoracic surgeon. In her declaration in support of Mr. Valadez's motion, Dr. Backhus opines that there is substantial medical doubt of Mr. Valadez's survival beyond six months from May 22, 2022. If this Court grants his motion and based on my experience litigating asbestos cases in Alameda County Superior Court, Mr. Valadez may promptly file a complaint in Alameda County Superior Court and obtain an order pursuant to California Code of Civil Procedure section 36(d) that expedites discovery and sets his trial by as early as October 2022. Further, the Alameda County Superior Court is very familiar with asbestos talc cases pertaining to Johnson's Baby Powder and has already ruled on numerous motions in limine that the parties typically file in such cases and page-and-line designations of key witnesses including Dr. Alice Blount and J&J corporate

witnesses Dr. John Hopkins, Danielle Devine, Nancy Musco, Michael Rosolowsky, and

Frederick Koberna.

13.     Pursuant to Alameda County Local Rule 3.260, all asbestos cases are assigned for

all pre-trial purposes to a dedicated department. Presently, Judge Jo-Lynne Q. Lee is the asbestos

coordination judge in Alameda County Superior Court. It has also been my experience that Judge

Lee assigns asbestos cases to trial judges who have experience in presiding over such matters.

14.     Permitting Mr. Valadez to initiate a state court personal-injury action will result in

a complete resolution of the issue of Non-Debtors' alleged liability to Mr. Valadez for his

mesothelioma stemming from his substantial exposures to asbestiform fibers from Johnson's

Baby Powder talc. If allowed to file suit in Alameda County Superior Court, Mr. Valadez would

allege that Non-Debtors are in the chain of distribution of Johnson's Baby Powder. Under

California law, parties in a defective product's chain of distribution may be held jointly and

severally liable for the injured plaintiff's full damages without a showing of negligence.

15.     Allowing Mr. Valadez to commence and prosecute his personal-injury case

against Non-Debtors would not interfere with the bankruptcy case. Mr. Valadez has direct claims

against Non-Debtors arising from each of their own conduct. Mr. Valadez has an independent

claim against J&J and New JJCI because they are responsible for the manufacture, design,

distribution, and sale of Johnson's Baby Powder. J&J also made all health and safety policy

decisions with regard to asbestos and talc products. Mr. Valadez also has an independent claim

against Retailers because they supplied Johnson's Baby Powder talc to him and his family

members.

16.     Attached hereto as **Exhibit C** is a true and correct copy of "A Backgrounder on

Talc and Talc Based Powders" by J&J employee Lorena Weber Telofski, Scientific Engagement

Leader, Baby Skincare, North America. J&J produced this document in response to discovery in

asbestos cases involving mesothelioma clients of Kazan Law. Further, this document was

admitted in a case I tried to verdict against J&J in *Prudencio*.[1]

17.      Attached hereto as **Exhibit D** is a true and correct copy of the relevant excerpts

from the Reporter's Transcripts of Trial Proceedings in *Prudencio*, taken on June 17 and 30, July

1, and 8, 2021.

18.      Attached hereto as **Exhibit E** is a true and correct copy of "Adding TEM to the

Global Talc Specification" by J&J employee Timothy J. McCarthy, Ph.D., DABT, Director,

Toxicology, Baby R&D and Product Stewardship. J&J produced this document in response to

discovery in asbestos cases involving mesothelioma clients of Kazan Law. Further, this

document was admitted at trial against J&J in *Prudencio*.

19.      Attached hereto as **Exhibit F** is a true and correct copy of Cyprus Ore Reserve

Evaluation Preliminary Summary. This document was admitted at trial against J&J in *Prudencio*.

20.      Attached hereto as **Exhibit G** is a true and correct copy of Interoffice

Correspondence from Munro to Kerstetter re: "Cyprus Ore Reserves – Arsenic & Tremolite,"

dated March 25, 1992. This document was admitted at trial against J&J in *Prudencio*.

21.      Attached hereto as **Exhibit H** is a true and correct copy of the letter from

Dr. Alice Blount to Raymond Hatcher, dated April 23, 1998. This document was admitted at trial

against J&J in *Prudencio*.

22.      Attached hereto as **Exhibit I** is a true and correct copy of Technical Report from

Crouse to Pier re: "Analysis of Fibrous Material from Argonaut Waste Rock," dated May 23,

2002. This document was admitted at trial against J&J in *Prudencio*.

---

[1] *Prudencio v. Johnson & Johnson, et al.,* Superior Court of California, County of Alameda, Case No. RG20061303
("*Prudencio*").

23.     Attached hereto as **Exhibit J** is a true and correct copy of the fax and letter from Monseau to Mann, dated February 24, 2004. This document was admitted at trial against J&J in *Prudencio*.

24.     Attached hereto as **Exhibit K** is a true and correct copy of AMA Analytical Services, Inc., Certificate of Analysis. This document was admitted at trial against J&J in *Prudencio*.

25.     Attached hereto as **Exhibit L** is a true and correct copy of Blount, A.M., *Amphibole Content of Cosmetic and Pharmaceutical Talcs* (1991) 94 Environmental Health Perspectives 225, with sample key. This document was admitted at trial against J&J in *Prudencio*.

26.     Attached hereto as **Exhibit M** is a true and correct copy of the report from Zeitz (Windsor Minerals) entitled "New Reagent Systems - Plant Trial at Windsor Minerals, Inc.," dated May 14, 1974. This document was admitted at trial against J&J in *Prudencio*.

27.     Attached hereto as **Exhibit N** is a true and correct copy of Exhibit 5 to the transcript of Alice Blount's deposition testimony in *Ingham v. Johnson & Johnson*. This document was admitted at trial against J&J in *Prudencio*.

28.     Attached hereto as **Exhibit O** is a true and correct copy of a J&J memorandum from Steinberg to Dr. Hildick-Smith re: "Johnson's Baby Powder Talc Aspiration," dated June 17, 1966. This document was admitted at trial against J&J in *Prudencio*.

29.     Attached hereto as **Exhibit P** is a true and correct copy of emails between Telofski, Mann, and Sterchele re: "JB Powder w China Talc," dated June 19, 29, and 30, 2003. This document was admitted at trial against J&J in *Prudencio*.

30.     Attached hereto as **Exhibit Q** is a true and correct copy of "Johnson's Baby Book." This document was admitted at trial against J&J in *Prudencio*.

31.     Attached hereto as **Exhibit R** is a true and correct copy of a J&J memorandum from Ashton to Dr. Hildick-Smith re: Alternate Domestic Talc Sources File No. 101, dated April 9, 1969. This document was admitted at trial against J&J in *Prudencio*.

32.     Attached hereto as **Exhibit S** is a true and correct copy of a J&J memorandum from Dr. Thompson to Ashton re: Alternate Domestic Talc Sources, dated April 15, 1969. This document was admitted at trial against J&J in *Prudencio*.

33.     Attached hereto as **Exhibit T** is a true and correct copy of a J&J memorandum from Ashton to Lee re: "Notes on Visit to Denver Area March 25 thru March 27, 1974," dated April 4, 1974. This document was admitted at trial against J&J in *Prudencio*.

34.     Attached hereto as **Exhibit U** is a true and correct copy of a J&J memorandum from Wells to Callum re: "Johnson's Baby Powder Review of Consumer Research," dated February 13, 1973. This document was admitted at trial against J&J in *Prudencio*.

35.     Attached hereto as **Exhibit V** is a true and correct copy of J&J's marketing pamphlet, "What you want to know about Johnson's Baby Powder." This document was admitted at trial against J&J in *Prudencio*.

36.     Attached hereto as **Exhibit W** is a true and correct copy of J&J's 2018 posting on Twitter. This document was admitted at trial against J&J in *Prudencio*.

37.     Attached hereto as **Exhibit X** is a true and correct copy of Minutes of the "Cosmetic, Toiletry and Fragrance Association Task Force on Round Robin Testing of Consumer Talcum Products for Asbestiform Amphibole Minerals," held on May 17, 1977. This document was admitted at trial against J&J in *Prudencio*.

38.     Attached hereto as **Exhibit Y** is a true and correct copy of J&J's Standard Test Method 7024 B re: "Analysis of Powdered Talc for Asbestiform Minerals by Transmission Electron Microscopy," dated March 8, 1989. This document was admitted at trial against J&J in *Prudencio*.

39.     Despite J&J's statements that their talc never contained asbestos, there is extensive documentary evidence from J&J's files, prior to Mr. Valadez's birth, showing asbestos and asbestiform fibers in their product.

40.     Attached hereto as **Exhibit Z** is a true and correct copy of Mr. Valadez's genetic testing results. In the *Prudencio* trial, J&J argued that ALK is a genetic cause of mesothelioma. The jury in *Prudencio* rejected J&J's genetic defense.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I executed this Declaration on May 24, 2022 at Oakland, California.


By:     /s/ Joseph D. Satterley
        JOSEPH D. SATTERLEY

# Exhibit A

Case 22-30085-MBK Doc 2483 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibit 28 List A Satterley Declaration PART P age 1 of 225
Case 21-30589-MBK Doc 3483 Filed 05/04/22 Entered 05/04/22 18:36:20 Desc
Exhibit E 18 to A-Satterley Declaration PART Page Page 13 of 225

## Ian Rivamonte

| | |
|---|---|
| **From:** | Joseph D. Satterley |
| **Sent:** | Wednesday, April 20, 2022 12:57 PM |
| **To:** | allison.brown@skadden.com; acalfo@kslaw.com; 'Murdica, James'; Gordon, Gregory M. |
| **Cc:** | Ian Rivamonte; Denyse F. Clancy; Steven Kazan |
| **Subject:** | Anthony Hernandez-Valadez  - J&J et al |
| **Attachments:** | Anthony Hernandez-Valadez 4-20-22.pdf; Valadez Exhibits.pdf |

Counsel,

Please see attached correspondence regarding Mr. Hernandez-Valadez.

Call me at your convenience.

Sincerely,
Joe



![Kazan, McClain, Satterley & Greenwood logo]

# Kazan, McClain, Satterley & Greenwood℠

**A Professional Law Corporation**

KAZANLAW.COM

Joseph D. Satterley
jsatterley@kazanlaw.com

April 20, 2022

**Via Electronic Mail Only**

Gregory M. Gordon
Jones Day
2727 North Harwood St., Ste. 500
Dallas, TX 75201-1515
gmgordon@jonesday.com

Allison M. Brown
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
allison.brown@skadden.com

Alexander Calfo
King & Spalding LLP
633 West Fifth St., Ste. 1600
Los Angeles, CA 90071
acalfo@kslaw.com

Jim F. Murdica
Barnes & Thornburg LLP
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
jmurdica@btlaw.com

Re:     **Anthony M. Hernandez-Valadez**
          **Your Clients: J&J, JJCI, LTL, SAFEWAY, LUCKY, TARGET and WALMART**

Dear Counsel:

I write to inform you that I have been retained to represent Anthony Hernandez-Valadez. He is only 23 years old and has been diagnosed with malignant pericardial mesothelioma. His only exposure to asbestos was from Johnson's Baby Powder talc. I share the case specifics below and I invite your clients to negotiate in good faith to resolve this case immediately.



The liability picture is straightforward. Beginning when he was born on September 23, 1998 and through adulthood, Anthony was exposed to asbestiform fibers from his and his family's personal, daily use of Johnson's Baby Powder talc. These exposures contributed to his risk of developing the mesothelioma from which he now suffers. Because of his disease and the worsening symptoms associated with it, Anthony can no longer go to school or work.

Jack London Market • 55 Harrison Street, Suite 400 • Oakland, CA 94607
(510) 302-1000 • Fax (510) 835-4913

Gregory M. Gordon, et al.
April 20, 2022
Page 2

**Exposure**

    Anna Camacho is Anthony's mother. She[1] and Anthony[2] are
prepared to give sworn testimony describing Anthony's daily
exposures to Johnson's Baby Powder talc. I invite your clients to
take their depositions.



    When Anthony was a baby, Anna regularly used a lot of
Johnson's Baby Powder talc on him every day, multiple times each
day, including during diaper changes, after baths, to treat or prevent
diaper rash, and whenever it was needed. Anna packed the baby
powder throughout Anthony's body, including on his private areas,
arms, neck, forehead, armpits, and chest. She applied the powder
either directly from the bottle or with her hands. Anna also saw other family members apply
Johnson's Baby Powder on Anthony while he was a baby.

    Even after he was no longer wearing diapers, Anna continued using Johnson's Baby
Powder talc on Anthony throughout his childhood. She applied that product in the same way and
in the same areas as described in the paragraph above. In addition, Anna applied Johnson's Baby
Powder on Anthony's feet and in between his toes, as well as inside his shoes.



    Anthony began using Johnson's Baby Powder talc on himself
when he was around 13 years old and continued using it for several
years thereafter. Anthony used a lot of Johnson's Baby Powder talc
throughout his body, including on his chest, armpits, private areas,
back, and neck. Anna knows that her son used Johnson's Baby
Powder as a teenager because she saw remnants of baby powder on
Anthony's clothes and armpits. Anthony used Johnson's Baby
Powder talc every day, multiple times each day, including after
showers, before going out, or whenever he need to freshen up.
Anthony applied that product either directly from the bottle or with
his hands. It took at least a couple of minutes for Anthony to apply
the powder.

    Using Johnson's Baby Powder talc in the manner described above always generated
visible dust. Anthony breathed that dust. Both Anthony and Anna used Johnson's Baby Powder
talc because it was effective in combating sweat and odors. They also liked the product's fresh
smell. Johnson & Johnson ("J&J") was a brand that they trusted.

---

[1] Anna's declaration is attached hereto as Exhibit A.
[2] Anthony's declaration is attached hereto as Exhibit B.

Gregory M. Gordon, et al.
April 20, 2022
Page 3

      Anna was the person in the household who bought Johnson's Baby Powder that was used on or by Anthony. Anna vividly recalls that the powder was in an all-white bottle, the twist cap was also white, and the name "Johnson's" in script appeared on the front of the bottle. Anna had multiple bottles of Johnson's Baby Powder around the house. When Anthony was a baby, Anna always had a bottle of Johnson's Baby Powder in his diaper bag. Anna always bought the largest size of baby powder available. She also bought the travel size bottle. Anthony and his family used so much Johnson's Baby Powder that Anna bought it every two weeks at the following retailers: Lucky, Safeway, Target, and Walmart. As shown below, Anna has photographs that depict bottles of Johnson's Baby Powder talc that product throughout the family home at various stages of Anthony's life.

 

      J&J and the retailers that sold Johnson's Baby Powder never warned Anthony or his mother about the product's asbestos content or asbestos-related health hazards, including cancer. If J&J and the retailers warned them of such hazards, then Anthony and his mother would have never used Johnson's Baby Powder talc on Anthony.

      Anthony was exposed to asbestos from Johnson's Baby Powder and not from any other source. Anthony and Anna attest that they do not recall any circumstance in which they or anyone in their household would have been in or around any dusty environments other than through their use of Johnson's Baby Powder. [Exh. A at ¶ 7; Exh. B at ¶ 9.] Anthony's two most recent jobs, at Target and Home Depot, did not involve any hands-on work with tools, products, or any other machinery. Anthony's biological father died when Anthony was four years old. Anna was a stay-at-home mother for a majority of Anthony's life. And even when she returned to work, Anna was either doing yard duty at a school or had desk jobs. Anna's current husband is a residential landscaper. Finally, Anthony has never lived in or near any industrial areas or dust-generating facilities.

Gregory M. Gordon, et al.
April 20, 2022
Page 4

## **Liability**

By no later than the 1960s, nearly 40 years before Anthony was born, J&J knew that the talc used in Johnson's Baby Powder contained asbestos. J&J also knew that there was no safe level of exposure to asbestos. Indeed, J&J admitted that a mere 0.00001 percent of carcinogenic chrysotile asbestos in an eight-ounce bottle of Johnson's Baby Powder would yield 10 million asbestos fibers per container.



On April 23, 1998, five months before Anthony was born, Dr. Alice Blount told J&J, via its counsel M. Raymond Hatcher, that its talc has trace amounts of asbestos: "As I told you, I believe that Johnson & Johnson's Vermont talc contains trace amounts of asbestos…" Dr. Blount testified and produced images showing the presence of asbestiform fibers in Johnson's Baby Powder.

On August 25, 1997, about one year Before Anthony was born, Dr. Jerrold Abraham wrote his report in the *Coker* case wherein he found talc and asbestiform fibers in Johnson's Baby Powder, which Dr. Abraham also found in Mrs. Coker's lungs. She died from mesothelioma after years of exposure to your clients' talc powder products. On January 23, 1998, J&J consultant, Dr. Alfred Wehner, advised Dr. John Hopkins at J&J to evaluate Mrs. Coker's talc exposure regimen, dosing patterns, frequency, and duration of use.

Gregory M. Gordon, et al.
April 20, 2022
Page 5

**Diagnosis**



In 2020, Anthony developed a cough and shortness of breath.[3] [Exh. C at 30.] He had been admitted with several echocardiograms performed on him, which showed pericardial effusion. [*Id.*] On January 4, 2022, he developed worsening adenopathy and neck swelling and underwent a CT scan of the neck. [*Id.*] The scan revealed a masslike pericardial effusion, along with multiple enlarged soft tissue lymph nodes and edema extending through the chest wall and pleural effusions. [*Id.* at 31.] Six days later, a biopsy of his lymph tissue was taken and the results confirm a diagnosis of malignant mesothelioma. [*Id.* at 176-177.] Stanford pathologist Dr. Gerald Berry (see left) diagnosed Anthony following surgery on January 26 and February 22, 2022. [*Id.*]

On February 17, 2022, Anthony underwent a Pericardiectomy, a Bilateral PleurX Catheters, and a Resection of the mediastinal mass and thymectomy. [Exh. C at 120.] The thoracic surgeon who performed the procedures, Dr. Leah Backhus of Stanford (right), noted that Anthony has an "[o]verall poor prognosis with advanced local disease…" [*Id.* at 112.] The clinical diagnosis included bilateral pleural effusions, pericardial constriction, and pericardial mesothelioma. [*Id.* at 118.] The final diagnosis is "malignant mesothelioma, epithelioid type (pericardial mesothelioma." [*Id.* at 178.]



**Causation**

As you and your clients know, mesothelioma is a signal disease closely related to exposure to asbestos. Numerous medical articles report the relationship between Pericardial Mesothelioma and asbestos exposure. For example, the World Health Organization[4] states that like "pleural mesothelioma, a large portion of mesotheliomas of the pericardium are induced by asbestos." [Exh. D at 286.] In Emory, et al., a patient whose only known exposure to asbestos was repeated use of cosmetic talc powder later developed pericardial mesothelioma. [Emory, et al., *Malignant Mesothelioma Following Repeated Exposures to Cosmetic Talc: A Case Series of 75 Patients* (2020) Am. J. Ind. Med. 1.]

---

[3] Relevant excerpts from Anthony's medical records are attached hereto as Exhibit C.

[4] Relevant excerpts from the WHO Classification of Tumors are attached hereto as Exhibit D.

Gregory M. Gordon, et al.
April 20, 2022
Page 6



Anthony's treating oncologist at Stanford, Dr. Mohanna Roy (left), took a social history to determine whether Anthony was previously exposed to asbestos. [Exh. C at 189.] Dr. Roy noted that Anna "reports using large amounts of baby powder (Johnson and Johnson) in [Anthony's] childhood." [*Id.*] Dr. Roy also states that there are "no other exposures to hair salon products, chemicals in labs," and "no clear asbestos exposure" from attending school "in an old building." [*Id.*]

Given the foregoing, Anthony's mesothelioma no doubt stems from his and others' use on him of Johnson's Baby Powder talc—a product known to have carcinogenic asbestos.

**Damages**

Beginning in February 2021, Anthony worked part-time at Home Depot as a customer service representative earning $15 per hour. Before that, from about October 2019 to February 2021, Anthony had a similar position at Target. While working, Anthony was enrolled at Merced Community College. He was only three semesters away from obtaining his Associates Degree before he fell terminally ill. [Exh. A at ¶ 8.] But for this disease, Anthony would have obtained that degree and transferred to a university in Southern California to major in criminology in the hopes of working in law enforcement or as a private investigator. Absent his mesothelioma, Anthony had a life expectancy of another 55 years. Given his young age and earning capacity, as well as the medical care as he has been receiving at Stanford, we estimate his economic loss (including estimated past and future medical expenses) to be several millions of dollars.



Anthony's non-economic damages are substantial and we estimate that they will be in the tens of millions of dollars. (See Leavitt & Prudencio verdicts)

Physically, Anthony's mesothelioma and the treatments related to it, including chemotherapy and the cardiac surgery on February 17, 2022, have caused him to experience nausea/vomiting, loss of appetite, severe chest pain and tightness, shortness of breath, discomfort, fatigue, and chronic back pain. He was admitted to the emergency department

Gregory M. Gordon, et al.
April 20, 2022
Page 7

several times since his diagnosis, the most recent of which happened on April 4, 2022, because of complications related to his first round of chemotherapy. Anthony fears that he will not tolerate subsequent rounds of chemotherapy. [Exh. A at ¶ 9.]

Mentally, Anthony suffers from severe depression and anxiety. [Exh. A at ¶¶ 8-9; Exh. B at ¶ 10.] Merely talking about his current state makes Anthony's heart race and causes a panic attack. Before his diagnosis, Anthony was an outgoing person who loved spending time with friends and often worked overtime because of the camaraderie. Now, Anthony refuses to communicate with any of his friends and family because he is in disbelief and shock that he is suffering from a terminal illness at a very young age. Anthony fears death. His mother lives in fear every day because she does not know whether today will be Anthony's last. No words can express Anthony's sadness that his mesothelioma has foreclosed him from any opportunity of realizing his hopes and dreams.

My client is interested in an efficient and fair resolution for a disease that will take his life. Alternatively, if your clients do not wish to resolve this matter, please let me know whether they will agree to lift the automatic stay and preliminary injunction to prepare this case for trial. As you know, the stay and the PI Order prevents my client from utilizing the California Court's subpoena powers to collect evidence for the future. Courts have held the stays that prevent the collection of evidence creates irreparable injury due lost evidence because of the passage of time.

Please contact me upon receipt of this letter so we can discuss a process for your clients to have all the information you need to resolve this case. I think most of you know my cell number given our communications in the past, but just in case it is 502-905-9945.

Thank you for your prompt attention to this matter.

Sincerely,

Joseph D. Satterley

Enclosures

3160863.1

## DECLARATION OF ANTHONY M. HERNANDEZ VALADEZ

I, Anthony M. Hernandez Valadez, declare:

1.    I am an adult over the age of 18 years and have personal knowledge of the facts expressed in this declaration. If asked, I could and would testify to the truth of such facts.

2.    I am 23 years old and have been a lifelong resident of California.

3.    In January 2022, I was diagnosed with mesothelioma. After subsequent scans, it is my understanding that my doctors have determined that I have pericardial mesothelioma.

4.    I was born on September 23, 1998. When I was a baby, it is my understanding that my mother regularly used Johnson's Baby Powder talc on me, including during diaper changes and whenever it was needed. My mother and other family members continued using Johnson's Baby Powder talc on me throughout my childhood as part of my regular hygiene routine.

5.    I first used Johnson's Baby Powder talc on myself when I was around 13 years old. I continued using that product for several years thereafter. During that time, I used a lot of Johnson's Baby Powder talc throughout my body, including on my chest, armpits, private areas, back, and neck. I used Johnson's Baby Powder talc every day, multiple times each day, including after showers, before going out, or whenever I need to freshen up. I applied that product either directly from the bottle or with my hands. It took me at least a couple of minutes to apply the powder. I used Johnson's Baby Powder talc because it was effective in combating sweat and odors. I also liked the product's fresh smell. Johnson & Johnson was a brand that I trusted.

6.    Johnson & Johnson never warned me about its talc baby powder's asbestos content or asbestos-related health hazards, including cancer. If Johnson & Johnson warned me of such hazards, I would have never used its talc baby powder.

7.    I do not recall any circumstance in which I or anyone in my household would have been in or around any dusty environments other than through my use of Johnson's Baby Powder. Before my diagnosis, I worked part-time as a customer service representative at Home Depot earning $15 per hour. At that job, I only helped customers buy doors and windows. I did not do any hands-on work with any tools, products, or any other machinery. Nor was I ever around any dusty environment. Prior to Home Depot, I was a customer service representative at Target and

**EXHIBIT A**

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

1    did no hands-on work with any tools, products, or any other machinery. For most of my life, my

2    mother stayed at home to raise and care for me and my brother. Afterwards, my mom did yard

3    duty and office work at a school. She currently works an office job at the local cemetery. My

4    biological father died when I was four years old and I do not recall any interactions with him. My

5    mother's current husband is a residential gardener who mows lawns and does landscaping. I never

6    saw any dust on the work clothes of my mother or her current husband. I have never lived in or

7    near any industrial areas or dust-generating facilities.

8         8.    Prior to my mesothelioma diagnosis, I was an outgoing person who loved spending

9    time with friends and family. For example, my friends and I often went out for dinner or lunch. I

10   also enjoyed working and often worked overtime because of the camaraderie and several of my

11   friends worked with me. I also enjoyed creative writing. Before my diagnosis, I was attending

12   classes at Merced Community College and was only three semesters away from completing my

13   Associates Degree. After obtaining that degree, I intended to transfer to a university in Southern

14   California to major in criminology in the hopes of working in law enforcement or as a private

15   investigator.

16        9.    Having mesothelioma is the worst thing that has ever happened to me. I never had a

17   serious, let alone life threatening, illness prior to my mesothelioma diagnosis. Mentally, this

18   illness has caused me great anxiety and depression. Talking about my current state makes my heart

19   race to the point where I am having a panic attack. I refuse to communicate with any of my friends

20   and family because I am in disbelief and shock that I am suffering from a terminal disease at such

21   a young age. Physically, this disease and any treatments related to it, including chemotherapy and

22   cardiac surgery on February 17, 2022, have caused me to experience nausea/vomiting, loss of

23   appetite, severe chest pain and tightness, shortness of breath, discomfort, fatigue, and chronic back

24   pain. I have been admitted to the emergency department several times since my diagnosis, the

25   most recent of which occurred on April 4, 2022, because of complications related to my first round

26   of chemotherapy. It is my understanding that I have several rounds to go and greatly fear that I

27   will not tolerate any of them.

28        10.   I understand that this disease is terminal. No words can express my sadness in

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

1  knowing that this disease has foreclosed me from the opportunity of realizing my hopes and

2  dreams. I am very scared of what will happen to me.

3       I declare under penalty of perjury under the laws of the State of California that the

4  foregoing is true and correct, and that I signed this declaration at Merced, California on April 8,

5  2022.

6

7

8                                    *Anthony M. Hernandez Valadez* (signature)
                                      Anthony M. Hernandez Valadez

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

3160813.1                                    3
                      Declaration of Anthony M. Hernandez Valadez

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

### DECLARATION OF ANNA CAMACHO

I, Anna Camacho, declare:

1.      I am an adult over the age of 18 years and have personal knowledge of the facts expressed in this declaration. If asked, I could and would testify to the truth of such facts.

2.      I am the mother of Anthony M. Hernandez Valadez ("Anthony"). He is the eldest of my two sons. Anthony suffers from and has been diagnosed with pericardial mesothelioma.

3.      When Anthony was a baby, I regularly used a lot of Johnson's Baby Powder talc on him every day, multiple times each day, including during diaper changes, after baths, to treat or prevent diaper rash, and whenever it was needed. I packed the baby powder throughout Anthony's body, including on his private areas, arms, neck forehead, armpits, and chest. I applied the powder either directly from the bottle or with my hands. I also saw other family members apply Johnson's Baby Powder on Anthony while he was a baby.

4.      Even after he was no longer wearing diapers, I continued using Johnson's Baby Powder talc on Anthony throughout his childhood. I applied that product in the same way and in the same areas that I previously mentioned in the paragraph above. In addition, I applied Johnson's Baby Powder on Anthony's feet and in between his toes, as well as inside his shoes.

5.      Anthony began using Johnson's Baby Powder talc on himself when he was around 13 years old and continued using it for several years afterwards. I know that Anthony was using Johnson's Baby Powder talc because the product was in the house and I saw remnants of baby powder on Anthony's clothes and armpits. I also reminded Anthony to use Johnson's Baby Powder because it was effective in combating odors and sweat.

6.      Using Johnson's Baby Powder talc on Anthony always generated dust. Anthony breathed that dust.

7.      I was the person in the household who bought Johnson's Baby Powder that was used on or by Anthony. The powder was in an all-white bottle. The twist cap was also white. The name "Johnson's" in script appeared on the front of the bottle. We always had multiple bottles of Johnson's Baby Powder around the house. When Anthony was a baby, I always had a bottle of Johnson's Baby Powder in his diaper bag. I always bought the largest size of baby powder

3160853.2

**EXHIBIT B**

Declaration of Anna Camacho

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

available. I also bought the travel size bottle. We used so much Johnson's Baby Powder that I bought it every two weeks from various retail and grocery stores, including Lucky, Safeway, Target, and Walmart. I have photographs that depict bottles of that product throughout the family home at various stages of Anthony's life. Johnson & Johnson's was a brand I trusted.





8. Johnson & Johnson and the retailers that sold its talc baby powder never warned me about the product's asbestos content or asbestos-related health hazards, including cancer. If Johnson & Johnson and the retailers warned me of such hazards, I would have never used Johnson's Baby Powder talc on me, Anthony, or his brother.

9. I do not recall any circumstance in which I or anyone in my household would have been in or around any dusty environments other than through my use of Johnson's Baby Powder. For most of Anthony's life, I was a stay-at-home mother who raised and cared for Anthony and his brother. It was not until 2007 did I start working again. In 2007, I did yard duty and office

work at a school. I currently work an office job at the local cemetery. Anthony's father, Michael Valadez, died when Anthony was four years old. Michael did not work for pay because he was receiving aid from a federal assistance program for families with dependent children. Michael had no interaction with Anthony during Anthony's childhood. My current husband is a residential gardener who mows lawns and does landscaping. I never saw any dust on my, Michael's, or my current husband's work clothes. Anthony and I never lived in or near any industrial areas or dust-generating facilities.

10.     I am in shock that Anthony has a terminal illness at such a young age. I care for Anthony every day and words cannot describe how his mesothelioma has negatively affected his mental and physical well-being. Anthony was outgoing and hardworking before his diagnosis. Now, he is suffering from anxiety and depression. He also experiences shortness of breath, extreme fatigue, and debilitating pain throughout his body. This disease has greatly traumatized me and Anthony. I highly doubt that we will ever recover from it.

11.     I understand that Anthony's disease is terminal. Since his mesothelioma, Anthony has been admitted to the emergency department several times for complications related to his mesothelioma. I live in fear every day because I do not know whether today will be Anthony's last.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I signed this declaration at Merced, California on April 8, 2022.

_Anna Camacho_

Anna Camacho

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com


Official Copy
**Stanford**
HEALTH CARE
STANFORD MEDICINE

| | |
|---|---|
| STANFORD ADVANCED MEDICINE CENTER 300 PASTEUR DRIVE MC:5500 PALO ALTO CA 94305-2200 | Hernandez-Valdez, Anthony Michael MRN: 36945558, DOB: 9/23/1998, Sex: M Visit date: 1/28/2022 |

---

### Progress Notes by Roy, Mohana, MD at 1/28/2022 12:30 PM (continued)

500 Pasteur Dr
Stanford, CA 94305, for allowing me to participate in the care of your patients. If you have any questions or concerns, please don't hesitate to contact me directly.

The patient was seen with Dr. ***, attending physician, who agrees with the above assessment and plan.

Signed, 1/27/2022
Jason Kao, PA-C
Stanford Cancer Center
Physician Assistant
Thoracic Oncology
Pager# 26098

---

### Progress Notes by Roy, Mohana, MD at 1/28/2022 12:30 PM

| | | |
|---|---|---|
| Author: Roy, Mohana, MD | Service: Oncology | Author Type: Physician |
| Filed: 1/31/2022  9:48 AM | Encounter Date: 1/28/2022 | Note Type: Progress Notes |
| Status: Signed | Editor: Roy, Mohana, MD (Physician) | |



**Stanford Thoracic Oncology Clinic
New Patient Consultation**

RE: Dr. Parminder Sidhu
MRN: 83303958
DOB: 9/23/1998

Dear Dr. Sidhu,

I had the pleasure of seeing your patient, Mr. Anthony Hernandez, in the Stanford Thoracic Oncology Clinic regarding his history of (suspected) mesothelioma. While you are well aware of his history, please allow me to review it for our records.

**History of present illness:**
Anthony Hernandez is a 23 Y old male who was recently diagnosed with epithelioid mesothelioma. His recent oncologic history is summarized as follows.

2020: Developed cough and shortness of breath. Had been admitted with several echocardiograms performed, which showed pericardial effusions. Has only been treated on colchicine and prednisone.

1/4/22: Developed worsening adenopathy and neck swelling and underwent a CT neck for left sided neck

EXHIBIT C

Official Copy



STANFORD HEALTH CARE

STANFORD MEDICINE

STANFORD ADVANCED
MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Visit date: 1/28/2022

---

**Progress Notes by Roy, Mohana, MD at 1/28/2022 12:30 PM (continued)**

swelling. Imaging revealed abnormal shotty appearing lymph nodes along the left neck and left neck soft
tissue spaces including the left jugulodigastric which is enlarged measuring 1.3 cm. Numerous posterior
cervical lymph nodes and bilateral supraclavicular lymph nodes.

CT chest revealed worsening lobulated masslike pericardial effusion. Worsening multiple enlarged neck soft
tissue lymph nodes and subcutaneous soft tissue edema extending through the chest wall to level of the
trachea. Notable supraclavicular, mediastinal, and retroperitoneal lymphadenopathy. Small pleural effusion.

1/10/22: Underwent right paratracheal (R4) lymph node biopsy. Path revealed mesothelioma, epithelioid
type.

I have discussed the risks, benefits, and limitations of receiving care virtually with the patient. The patient
expresses understanding and is willing to move forward. he presents today with his supportive mother.

**He shares that he has had on and off symptoms of SOB and chest discomfort for ~2 years.** Had been
in and out of the hospital for pericardial effusion, never was tapped, and previously treated with steroids +
colchicine. He shares that since his hospital discharge, he has been feeling slightly better. Continues to feel
short of breath with exertion, which brings up his coughing. Cough can be dry and sometimes productive
with phlegm. He does feel nauseous at times with coughing fits. Takes zofran for this. Denies any
hemoptysis. He recently underwent an EBUS of 4R which demonstrated mesothelioma. He denies any
personal exposure to asbestos. His father works in construction and shares that he attended school in an
older building in the past. Currently works in Home Depot. Since onset of symptoms, he had not
experienced any fevers, chills, night sweats, unexplained weight loss, testicular pain, inguinal lymph nodes,
of testicular masses. He does have chronic back pain, which he shared that this pre-dated his symptoms.

**Review of systems:**
A comprehensive 14-point review of systems was performed, with pertinent positives as noted above; all
other systems negative.

**Past medical history:**
Anxiety
Appendicitis

**Past surgical history:**
Appendectomy 2009

**Medications:**
Outpatient Medications Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaminophen (Tylenol Extra Strength) 500 mg TABS | 1 Tab Tab, PO, every 4 hours, PRN, as needed for fever, Qty: 24 Tab, Refills: 0, 05/15/21 20:00:00 PDT, Acute, Print Requisition | | |
| • acyclovir (Zovirax) 400 mg tablet | acyclovir 400 mg tablet | | |

Official Copy



**Stanford**
**HEALTH CARE**

STANFORD MEDICINE

STANFORD HOSPITAL 500P Hernandez-Valdez, Anthony Michael
500 PASTEUR DR          MRN: 36945558, DOB: 9/23/1998, Sex: M
PALO ALTO CA 94305-2200  Adm: 2/12/2022

---

## H&P by Shieh, Tim Han, PA at 2/15/2022 12:30 AM (continued)

**Recent Labs**

|                       | 02/14/22 0551 |
|-----------------------|---------------|
| Sodium, Ser/Plas      | 138           |
| Potassium, Ser/Plas   | 4.1           |

Diabetes            :
Hematologic         :
Nutrition           : per dietitian:
                      BMI from flowsheet: 33.2

Malignancy          : Primary malignancy of lungs (site) Confirmed
Functional Status   :

Tim Shieh, PA-C
Cardiothoracic Surgery


Electronically signed by Boyd, Jack H, MD at 2/24/2022  1:31 PM

---

## Operative Report signed by Boyd, Jack H, MD at 3/8/2022  4:57 PM

| Author: **Boyd, Jack H, MD** | Service: **Cardiac Surgery** | Author Type: **Physician** |
|---|---|---|
| Filed: **3/8/2022  4:57 PM** | Date of Service: **2/17/2022 6:00 PM** | Note Type: **Operative Report** |
| Status: **Signed** | Editor: **Boyd, Jack H, MD (Physician)** | |


```
DATE OF OPERATION:  02/17/2022

PREOPERATIVE DIAGNOSES:
1.   Pericardial mesothelioma.
2.   Bilateral pleural effusions.
3.   Pericardial constriction.

POSTOPERATIVE DIAGNOSES:
1.   Pericardial mesothelioma.
2.   Bilateral pleural effusions.
3.   Pericardial constriction.

OPERATION PERFORMED:
1.   Pericardiectomy (33030).
2.   Bilateral PleurX catheters performed by Dr. Backhus.
3.   Resection of mediastinal mass performed by Dr. Backhus.
```

---

Official Copy



Stanford
HEALTH CARE

STANFORD MEDICINE

STANFORD HOSPITAL 500P Hernandez-Valdez, Anthony Michael
500 PASTEUR DR          MRN: 36945558, DOB: 9/23/1998, Sex: M
PALO ALTO CA 94305-2200  Adm: 2/12/2022

## Consults by Rodriguez, Fatima, MD at 2/13/2022 7:43 PM (continued)

I saw and examined the patient and discussed management with the resident. I reviewed the resident's note and agree with the documented findings and plan of care, with the addition and/or exception of the items documented below:

**Impression and Plan**: Patient is not in clinical tamponade. Review of his echocardiogram shows a small to moderate loculated effusion. There is underlying constrictive physiology from mesothelioma with the pericardial involvement. No current indication for any cardiovascular interventions. Patient awaiting plan from oncology for mesothelioma treatment.

### Time in Counseling and Coordination
*The following is only applicable if counseling or coordination time with patient and/or family (C) is >50% of total attending floor/unit time including face to face time with patient and/or family (V).*
Not Applicable

Fatima Rodriguez, MD

Electronically signed by Rodriguez, Fatima, MD at 2/13/2022 9:05 PM

## H&P by Backhus, Leah Monique, MD at 2/14/2022 11:14 AM

| | | |
|---|---|---|
| Author: Backhus, Leah Monique, MD | Service: Thoracic Surgery | Author Type: Physician |
| Filed: 2/16/2022 12:31 AM | Date of Service: 2/14/2022 11:14 AM | Note Type: H&P |
| Status: Addendum | Editor: Backhus, Leah Monique, MD (Physician) | |
| Related Notes: Original Note by Anderson, Taylor, MD (Resident) filed at 2/15/2022 7:52 AM | | |

**Stanford Hospital and Clinics**
**Thoracic Surgery Consult H&P**

| | |
|---|---|
| **Service:** Treatment Team: Tt, Med Oncology - Mix Surge Team C<br>**Attending:** Cao, Michelle Thi, DO<br>**Referring provider**: Selfreferral<br>**Patient's Name/MRN:** Anthony Michael Hernandez-Valdez, 36945558 | **Admit Date:** 2/12/2022<br>**Today's Date:** 2/14/2022<br>**Length of stay:** LOS: 2 days<br>**Room #:** E344/E344A |

Reason for consult: pericardial epithelioid mesothelioma

**HPI:** Anthony Michael Hernandez-Valdez is a 23 Y male with a history of newly diagnosed pericardial epithelioid mesothelioma c/b malignant pericardial and pleural effusions and constrictive pericarditis (EF 49%).

Patient originally presented in 2020 with a persistent cough and pericardial resolution that failed to respond to multiple courses of colchine and prednisone over the past 2

Official Copy



**Stanford**
HEALTH CARE

STANFORD MEDICINE

STANFORD HOSPITAL 500P Hernandez-Valdez, Anthony Michael
500 PASTEUR DR                   MRN: 36945558, DOB: 9/23/1998, Sex: M
PALO ALTO CA 94305-2200  Adm: 2/12/2022

---

## H&P by Backhus, Leah Monique, MD at 2/14/2022 11:14 AM (continued)

years.

1/4/2022: Presented with progressive cervical adenopathy and workup demonstrating pericardial mass, worsening pericardial effusion, and small pleural effusions.

1/10/22: Underwent right paratracheal (R4) lymph node biopsy. Path revealed mesothelioma, epithelioid type.

1/20-1/24 Admitted for dyspnea, found to have pulmonary embolism, started on apixaban.
1/24 Echo demonstrating constrictive-effusive pericarditis with EF 49%

1/28: Oncology outpatient visit, referred for thoracic evaluation.

2/6-2/9: Admitted with dyspnea and large bilateral pulmonary effusions, underwent bilateral thoracentesis (R 2/8, L 2/9) with removal of 1.5L fluid from each side.
2/8: PET scan showing extensive nodular hypermetabolic thickening of pericardium and Widespread mediastinal adenopathy extending into the cardiophrenic angle and retroperitoneum, and supraclavicular areas.

2/12: Readmitted with SOB, chest pressure, tachycardia to 200s. CTPE on 2/12 showing nodular pericardial thickening and negative for PE. Notable laboratory values: Wbc 7.5, Hgb 12, platelet 348, Cr 0.87, INR 1.4.

Patient remains persistently tachycardic and reports ongoing dyspnea especially with exertion, persistent food regurgitation that has improved since hospitalization, body aches, and nonproductive cough. Denies orthopnea, hemoptysis, unintentional weight loss.

---

**Past Medical History:**
Past Medical History:
Diagnosis                                          Date
• Mesothelioma (CMS-HCC)
• Pericardial effusion
• Pleural effusion, malignant
• Pulmonary embolism (CMS-HCC)
appendicitis

**Past Surgical History:**

Appendectomy (2009)

**Allergies:**
Allergies
Allergen                              Reactions
• Zofran [Ondansetron Hcl]   Nausea,
                                            Vomiting,
                                            Dizziness and

**Family History:** His family history is not on file.

**Social History:**
Social EtOH
No drug use
Father in construction, younger sibling at home

**Review of Systems**
Pertinent items are noted in HPI. A complete review of systems was otherwise negative.

Official Copy



**Stanford**
**HEALTH CARE**
STANFORD MEDICINE

STANFORD HOSPITAL 500P
500 PASTEUR DR
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Adm: 2/12/2022

## H&P by Backhus, Leah Monique, MD at 2/14/2022 11:14 AM (continued)

Headache

**Medications:**

Current Facility-Administered Medications:
• acetaminophen (Tylenol) tablet 650 mg, 650 mg, Oral, Q6H PRN, Cao, Michelle Thi, DO, 650 mg at 02/14/22 1807
• ALPRAZolam (Xanax) tablet 0.25 mg, 0.25 mg, Oral, TID PRN, Cao, Michelle Thi, DO, 0.25 mg at 02/14/22 1045
• benzonatate (Tessalon) capsule 100 mg, 100 mg, Oral, Q4H PRN, Cao, Michelle Thi, DO, 100 mg at 02/14/22 1016
• enoxaparin (Lovenox) syringe 120 mg, 120 mg, Subcutaneous, Q12H, Dobos, Katharine Marie, MD, 120 mg at 02/14/22 2116
• hydrOXYzine HCL (Atarax) tablet 25 mg, 25 mg, Oral, Q8H PRN, Cao, Michelle Thi, DO, 25 mg at 02/13/22 1504
• LR IV infusion, , Intravenous, Continuous, Cao, Michelle Thi, DO, Last Rate: 75 mL/hr at 02/15/22 0039, New Bag at 02/15/22 0039
• melatonin tablet 3 mg, 3 mg, Oral, QHS PRN, Cao, Michelle Thi, DO
• oxyCODONE (Roxicodone) tablet 5 mg, 5 mg, Oral, Q4H PRN, Cao, Michelle Thi, DO
• pantoprazole (Protonix) delayed release tablet 40 mg, 40 mg, Oral, QAM AC, Cao, Michelle Thi, DO, 40 mg at 02/15/22 0544
• prochlorperazine (Compazine) tablet 10 mg, 10 mg, Oral, Q6H PRN, Cao, Michelle Thi, DO

**Physical Exam**
**VITAL SIGNS:**
**Visit Vitals**

| | |
|---|---|
| BP | 116/87 |
| Pulse | 117 |
| Temp | 37.1 °C (98.7 °F) (Oral) |
| Resp | 20 |
| Ht | 1.854 m (6' 1") |
| Wt | 114 kg (251 lb 5.2 oz) |
| SpO2 | 96% |
| BMI | 33.16 kg/m² |

**GENERAL:** sitting in bed comfortably in NADH
**HEENT:** no palpable cervical or supraclavicular lymphadenopathy

Official Copy


**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL 500P Hernandez-Valdez, Anthony Michael
500 PASTEUR DR          MRN: 36945558, DOB: 9/23/1998, Sex: M
PALO ALTO CA 94305-2200  Adm: 2/12/2022

---

## H&P by Backhus, Leah Monique, MD at 2/14/2022 11:14 AM (continued)

**CHEST AND LUNGS:** normal work of breathing on RA, O2 sat >96%, bibasilar diminished lung sounds, no wheezes or crackles noted
**CARDIOVASCULAR:** tachycardic, regular rhythm per monitor
**EXTREMITIES:** moving spontaneously
**NEURO:** Alert and oriented

## Labs:

### CBC:
**Recent Labs**

| | 02/12/22 1423 | 02/13/22 0728 | 02/14/22 0551 |
|---|---|---|---|
| WBC | 8.2 | 8.8 | 7.6 |
| HGB | **12.8*** | **12.4*** | **12.0*** |
| HCT | 41.1 | 40.2 | **39.7*** |
| PLT | 328 | 325 | 348 |

### LFTs:
**Recent Labs**

| | 02/12/22 1423 |
|---|---|
| TBIL | 0.9 |
| AST | 19 |
| ALT | 20 |
| ALKP | **154*** |
| ALB | 3.6 |

### Coags:
**Recent Labs**

| | 02/12/22 1623 |
|---|---|
| PT | **17.2*** |
| INR | **1.4*** |

### Electrolytes:
**Recent Labs**

| | 02/12/2 2 1423 | 02/13/2 2 0728 | 02/14/2 2 0551 |
|---|---|---|---|
| NA | **134*** | **133*** | 138 |
| K | 3.8 | 4.0 | 4.1 |
| CL | 100 | 101 | 104 |
| CO2 | 22 | 22 | 22 |
| BUN | 10 | 11 | 9 |
| CR | 0.87 | 0.86 | 0.87 |
| CA | 8.5 | 8.4 | **8.3*** |

*Blood glucose:*
**Recent Labs**

| | 02/12/2 2 1423 | 02/13/2 2 0728 | 02/14/2 2 0551 |
|---|---|---|---|
| GLU | 96 | 98 | 88 |

No results for input(s): LIPASE, AMYLASE, LAC, LDH in the last 72 hours.

### UA:

No results for input(s): UCOL, SPG, UGLU, UKET, UBLOOD, UPH, UPROT, NITRITE, LEUKEST, URBC, UWBC, UBACT, SQEP, MUCUS, UCMT in the last 72 hours.

## Imaging:

CT Chest Angiography w IV Contrast Pulmonary Embolism

Result Date: 2/12/2022
IMPRESSION: 1.  No evidence of pulmonary embolism.. 2.  History of mesothelioma. Again seen is nodular pericardial thickening and moderate effusion with extensive mediastinal and cardiophrenic lymphadenopathy. 3. Bilateral moderate pleural effusions with associated compressive atelectasis. Additional areas of groundglass opacities and nodular consolidations involving the left lower lobe are likely representing airspace opacities. There are no substantial differences between the preliminary results and the impressions in this final report. I have personally reviewed the images for this examination and agree with the report transcribed above. Signed"Final report"

Official Copy



**Stanford**
HEALTH CARE

STANFORD MEDICINE

STANFORD HOSPITAL 500P Hernandez-Valdez, Anthony Michael
500 PASTEUR DR          MRN: 36945558, DOB: 9/23/1998, Sex: M
PALO ALTO CA 94305-2200  Adm: 2/12/2022

---

**H&P by Backhus, Leah Monique, MD at 2/14/2022 11:14 AM (continued)**

XR Chest 1 View

Result Date: 2/12/2022
IMPRESSION: 1.  Retrocardiac opacity may reflect atelectasis versus
aspiration/infection. 2.  Persistent moderate left pleural effusion There are no
substantial differences between the preliminary results and the impressions in this final
report. I have personally reviewed the images for this examination and agree with the
report transcribed above. Signed"Final report"

**Assessment/Recommendation**:
Anthony Michael Hernandez-Valdez is a 23 Y male  with a history of newly diagnosed
pericardial epithelioid mesothelioma c/b malignant pericardial and pleural effusions and
constrictive pericarditis.

Patient presents with symptomatic rapid reaccumulation of malignant pleural effusions
s/p recent thoracentesis and would benefit from additional drainage, with indication for
long-term pleurx catheter placement given likelihood of recurrence. Overall poor
prognosis with advanced local disease, supraclavicular and retroperitoneal
lymphadenopathy. Recommend additional discussion with medical oncology for initiation
of chemotherapy as well as consult to cardiac surgery for consideration of
pericardiectomy as means of surgical debulking given evidence of hemodynamically
significant constrictive-effusive pericarditis. These measures are temporizing given
advanced disease, recommend additional discussion with patient and family to
determine goals and appropriate course of care.

**Recommendations:**
- **Obtain cardiac MRI for preoperative workup**
- **Pleurx catheter placement for long-term management of malignant effusions**
- **Consult to medical oncology**
- **Consult to cardiac surgery for pericardiectomy consideration**
- **Goals of care discussion with family and patient. Thoracic surgery to remain
  available for involvement in this discussion if needed.**

This patient was discussed with Dr. Backhus, attending surgeon, who agreed with the
above assesment and plan.


Taylor Anderson, MD
Thoracic Surgery, p12060
11:20 AM 2/14/2022

---

ATTENDING ATTESTATION:
I personally saw and evaluated the patient, and participated in the management and treatment plan as
documented in the above note. The patient was seen at bedside along with his mother. All imaging were
reviewed personally. Overall, primary pericardial mesothelioma is an extremely rare condition with a poor

Official Copy


**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL 500P    Hernandez-Valdez, Anthony Michael
500 PASTEUR DR    MRN: 36945558, DOB: 9/23/1998, Sex: M
PALO ALTO CA 94305-2200    Adm: 2/12/2022

---

**H&P by Backhus, Leah Monique, MD at 2/14/2022 11:14 AM (continued)**

prognosis. Most often these are refractory to traditional chemotherapy regimens. Mainstay of therapy is surgical debulking primarily for palliation of effusions and relief of constrictive pericarditis. The latter is an extensive undertaking so goals of care must be clear. I emphasized this to him and his mother. He also has extensive adenopathy which underscores the advanced stage of his disease. Per my review, however and given his young age and functional status, surgery should be considered followed by adjuvant chemotherapy at the discretion of medical oncology. To that end, I have already discussed his case with Dr Boyd from Cardiac Surgery to provide an assessment of operability from his perspective. If he agrees, this can be done as a joint case. I can address his effusions, provide lymph node dissection for the mediastinal nodes accessible via median sternotomy approach as well as potentially address any visible pleural lesions. I can also place pleur-x catheters for longterm management of his pleural effusions. Will follow up with Cardiac Surgery and Medical Oncology to determine feasibility of this plan. I spent a total of > 60 min in direct patient evaluation and care coordination among providers for this encounter. He and his mother asked several insightful questions and they are agreeable with this tentative plan.

Electronically signed by Backhus, Leah Monique, MD at 2/16/2022 12:31 AM

---

**H&P by Shieh, Tim Han, PA at 2/15/2022 12:30 AM**

| | | |
|---|---|---|
| Author: Shieh, Tim Han, PA | Service: Cardiac Surgery | Author Type: Physician Assistant |
| Filed: 2/15/2022  1:21 AM | Date of Service: 2/15/2022 12:30 AM | Note Type: H&P |
| Status: Signed | Editor: Shieh, Tim Han, PA (Physician Assistant) | |
| Cosigner: Boyd, Jack H, MD at 2/24/2022  1:31 PM | | |

**Stanford Hospital and Clinics**
**Cardiac Surgery History and Physical**

Date: 2/15/2022     Service: Cardiac Surgery     Attending: Jack H. Boyd, M.D.

**ALLERGIES:**
- sensitivity to ondansetron (nausea, headache)

**History of Present Illness:**
Anthony Hernandez-Valdez is a pleasant 23 year old male with a past medical history of appendicitis status post appendectomy circa 2009 and COVID+ 1/20, with a recent diagnosis of epithelioid mesothelioma, who presented to the hospital with a c/c of dyspnea and was found to have pulmonary edema and worsening

Official Copy



STANFORD HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL 500P
500 PASTEUR DR
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Adm: 2/12/2022

## H&P by Shieh, Tim Han, PA at 2/15/2022 12:30 AM (continued)

**Recent Labs**

|  | 02/14/22 0551 |
|---|---|
| Sodium, Ser/Plas | 138 |
| Potassium, Ser/Plas | 4.1 |

Diabetes : 

Hematologic : 

Nutrition : per dietitian:
  BMI from flowsheet: 33.2

Malignancy : Primary malignancy of lungs (site) Confirmed

Functional Status : 

Tim Shieh, PA-C
Cardiothoracic Surgery

Electronically signed by Boyd, Jack H, MD at 2/24/2022  1:31 PM

## Operative Report signed by Boyd, Jack H, MD at 3/8/2022  4:57 PM

| Author: **Boyd, Jack H, MD** | Service: **Cardiac Surgery** | Author Type: **Physician** |
|---|---|---|
| Filed: **3/8/2022  4:57 PM** | Date of Service: **2/17/2022 6:00 PM** | Note Type: **Operative Report** |
| Status: **Signed** | Editor: **Boyd, Jack H, MD (Physician)** | |

```
DATE OF OPERATION:  02/17/2022

PREOPERATIVE DIAGNOSES:
1.   Pericardial mesothelioma.
2.   Bilateral pleural effusions.
3.   Pericardial constriction.

POSTOPERATIVE DIAGNOSES:
1.   Pericardial mesothelioma.
2.   Bilateral pleural effusions.
3.   Pericardial constriction.

OPERATION PERFORMED:
1.   Pericardiectomy (33030).
2.   Bilateral PleurX catheters performed by Dr. Backhus.
3.   Resection of mediastinal mass performed by Dr. Backhus.
```

Official Copy

**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL 500P Hernandez-Valdez, Anthony Michael
500 PASTEUR DR          MRN: 36945558, DOB: 9/23/1998, Sex: M
PALO ALTO CA 94305-2200  Adm: 2/12/2022

**Operative Report signed by Boyd, Jack H, MD at 3/8/2022  4:57 PM  (continued)**

SURGEON: Jack H Boyd, MD

SURGEON: Leah M Backhus, MD.

CO-SURGEON: Jack H Boyd, MD.

SURGERY RESIDENT: Irmina A Elliott, MD

ASSISTANT: Jessica C Warner, PA-C

INTRAOPERATIVE FINDINGS:
1.    Large bilateral chylothoraces.
2.    Diffuse tumor involvement of the pericardium with areas of invasion
into the myocardium.

INDICATION FOR SURGERY: Anthony Hernandez is a 23-year-old male with the
above diagnoses. He has been offered palliative pericardiectomy and mass
excision as well as PleurX catheter placement. The risks, benefits, and
alternatives were discussed. All questions were answered. Informed consent
was obtained.

DESCRIPTION OF PROCEDURE: Please refer to Dr. Backhus' separate note for
her portions of the procedure.

The patient was brought to the operating room, placed in the supine
position on the operating table. Femoral lines were placed, and then
general anesthesia was induced. The patient was intubated and the
appropriate monitoring lines and catheters were placed. The patient was
then prepped and draped in normal sterile fashion. A median sternotomy was
performed. Both pleural spaces were opened widely and large quantities of
chylous effusion were removed by suction approximately 5-6 L in total. We
then began by excising all the mediastinal fat and then attempted to open
the pericardium in several places before finding an area overlying the
right ventricle. We then slowly removed after identifying the proper plane,
removed as much pericardium as we could from around the right atrium over
the right ventricle and out toward the left ventricular apex. There were
areas of direct tumor involvement into the heart and these areas were
spared. All in all from nearly right phrenic to the left phrenic with about
2 cm on either side from the level of the diaphragm up to the aorta the
vast majority of the pericardium with tumor involved was resected. After
completing the pericardiectomy and a thymectomy with other mediastinal fat
excision by Dr. Backhus, it was determined this should complete the extent
of our resection. During the surgery, the patient's CVP decreased from the
high 20s to low 20s. The pulmonary pressures dropped nearly in half from a

Official Copy



STANFORD HOSPITAL 500P
500 PASTEUR DR
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Adm: 2/12/2022

---

**Operative Report signed by Boyd, Jack H, MD at 3/8/2022 4:57 PM (continued)**

systolic of 60 to a systolic in the low 30s and the cardiac output doubled. Drainage catheters were placed. Dr. Backhus and her team placed PleurX catheters and the chest wall was closed in the standard fashion. Needle, sponge, and instrument counts were correct. Pre and postoperative time-outs were performed. I was present and scrubbed for the procedure.

Jack H Boyd, MD

CC:   Han Zhu, MD

      Fatima Rodriguez, MD

      Mohana Roy, MD

D: 02/18/2022 13:30:53   T: 02/18/2022 14:02:56      / MODL
SJN: 947455498   DJN: 354233

Electronically signed by Boyd, Jack H, MD at 3/8/2022 4:57 PM

---

**Operative Report by Backhus, Leah Monique, MD at 2/17/2022 10:00 PM**

| | | |
|---|---|---|
| Author: **Backhus, Leah Monique, MD** | Service: **Thoracic Surgery** | Author Type: **Physician** |
| Filed: 2/20/2022 5:27 PM | Date of Service: 2/17/2022 10:00 PM | Note Type: **Operative Report** |
| Status: **Addendum** | Editor: Backhus, Leah Monique, MD (Physician) | |
| Related Notes: Original Note by Elliott, Irmina A, MD (Fellow) filed at 2/20/2022 12:34 PM | | |

DATE OF OPERATION:  02/17/2022

PREOPERATIVE DIAGNOSES:
1.  Pericardial mesothelioma.
2.  Bilateral pleural effusions.
3.  Pericardial constriction.

POSTOPERATIVE DIAGNOSES:
1.  Pericardial mesothelioma.
2.  Bilateral pleural effusions, chylothoraces.
3.  Pericardial constriction.

OPERATION PERFORMED:
1.  Pericardiectomy (performed by Dr. Boyd)
2.  Bilateral PleurX catheters



Official Copy

**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL 500P Hernandez-Valdez, Anthony Michael
500 PASTEUR DR          MRN: 36945558, DOB: 9/23/1998, Sex: M
PALO ALTO CA 94305-2200  Adm: 2/12/2022

## Operative Report by Backhus, Leah Monique, MD at 2/17/2022 10:00 PM (continued)

3.   Resection of mediastinal mass and thymectomy

SURGEON: Leah M Backhus, MD.
CO-SURGEON: Jack H Boyd, MD.

SURGERY RESIDENT: Irmina A Elliott, MD

ASSISTANT: Jessica C Warner, PA-C

INTRAOPERATIVE FINDINGS:
1.   Large bilateral chylothoraces.
2.   Diffuse tumor involvement of the pericardium with areas of invasion into the myocardium.

INDICATION FOR SURGERY: Anthony Hernandez is a 23-year-old male with pericardial mesothelioma. He has been offered palliative pericardiectomy for tumor debulking with the hope of relieving his shortness of breath as well as PleurX catheter placement. The risks, benefits, and alternatives were discussed. All questions were answered. Informed consent was obtained.

DESCRIPTION OF PROCEDURE: Please refer to Dr. Boyd's separate note for his portions of the procedure. The patient was brought to the operating room, placed in the supine position on the operating table. Before induction of general anesthesia, an ultrasound-guided sheath was placed in the left common femoral artery and right common femoral vein. General anesthesia was induced and the patient was then prepped and draped in the usual sterile fashion.

As indicated in Dr. Boyd's note, a median sternotomy was made. The pleural spaces were opened and what appeared grossly to be bilateral chylous effusions were evacuated totally 4-5 Liters of fluid. Partial pericardiectomy was performed. We then proceeded with thymectomy, dissecting the pericardial fat and thymus free from the pericardial surface from the level of the diaphragm to above the innominate vein, taking care not to injure the phrenic nerves. The draining thymic veins were ligated with clips and divided. Of note, the thymus and pericardial fat were nodular and thickened, containing areas of tumor. We then placed bilateral tunneled PleurX catheters. Incisions were made at appropriate exit sites, and the catheters positioned using the tunneler with the cuff just within the exit incision. We also placed bilateral straight chest tubes and a mediastinal tube.

The chest wall was closed in the standard fashion. Needle, sponge, and instrument counts were correct. Pre and postoperative time-outs were performed.

### Surgical Teaching Physician Attestation
I was present, scrubbed and directly participated in the entire surgical procedure detailed above.

Leah Monique Backhus, MD
Thoracic Surgery

Electronically signed by Backhus, Leah Monique, MD at 2/20/2022  5:27 PM

## Documentation Clarification by Novack, Michael Raedy, MD at 2/18/2022 10:29 AM

Official Copy



Stanford
HEALTH CARE
STANFORD MEDICINE

STANFORD ADVANCED
MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Visit date: 3/4/2022

---

**Progress Notes by Roy, Mohana, MD at 3/4/2022  9:00 AM (continued)**

| Plas | mg/dL | |
|------|-------|---|
| Creatinine | Latest Ref Range: 0.67 - 1.17 mg/dL | 0.95 |

Results for HERNANDEZ-VALDEZ, ANTHONY MICHAEL (MRN 36945558) as of 3/5/2022 11:05

| | Ref. Range | 3/4/2022 11:56 |
|---|---|---|
| ALT | Latest Ref Range: 10 - 50 U/L | 54 (H) |
| Alk P'TASE, Total, Ser/Plas | Latest Ref Range: 40 - 130 U/L | 191 (H) |
| Albumin, Ser/Plas | Latest Ref Range: 3.5 - 5.2 g/dL | 2.9 (L) |
| Protein, Total, Ser/Plas | Latest Ref Range: 6.0 - 8.3 g/dL | 6.3 |

**Imaging:**
As in HPI
Most recent review in tumor board of CTA 2/26/22

**Pathology:**
**2/25/22 Pericardiectomy Specimen Review**

A. THYMUS PERICARDIAL FAT
B. PERICARDIUM AND TUMOR
DIAGNOSIS (MICROSCOPIC):
A. THYMUS AND PERICARDIAL FAT, EXCISION
--   **PERICARDIAL TISSUE WITH MALIGNANT MESOTHELIOMA, EPITHELIOID TYPE**
--   METASTATIC MALIGNANT MESOTHELIOMA COMPLETELY REPLACING ONE LYMPH NODE (1/1)
--   **EXTENSIVE VENOUS AND LYMPHATIC INVOLVEMENT BY MALIGNANT MESOTHELIOMA**
--   INVOLUTED THYMIC TISSUE
B. HEART, PERICARDIUM AND TUMOR, EXCISION
--   MALIGNANT MESOTHELIOMA, EPITHELIOID TYPE
LIBERT/C. WANG/BERRY

COMMENT:  We note the patient's recent diagnosis of metastatic
malignant mesothelioma, epithelioid type (SHS-22-03759). The tumor
present in the current resection specimen is morphologically
similar.

---

Official Copy



| STANFORD ADVANCED | Hernandez-Valdez, Anthony Michael |
|---|---|
| MEDICINE CENTER | MRN: 36945558, DOB: 9/23/1998, Sex: M |
| 300 PASTEUR DRIVE | Visit date: 3/4/2022 |
| MC:5500 | |
| PALO ALTO CA 94305-2200 | |

**Progress Notes by Roy, Mohana, MD at 3/4/2022 9:00 AM (continued)**

**Stanford Review**
DIAGNOSIS:
LYMPH NODES. RIGHT LOWER PARATRACHEAL/4R, EXCISIONAL BIOPSY
(1/10/22; 22MS-133)
   --  HISTOLOGIC AND IMMUNOPHENOTYPIC FINDINGS SUPPORTING
**METASTATIC MALIGNANT MESOTHELIOMA, EPITHELIOID TYPE.**

COMMENT:  I have reviewed the H&E stained slides and accompanying
immunostains and agree with Dr. Silveira as listed above. In light
of the unusual diagnosis in this age group I performed a battery of
immunostains in our lab along with additional H&E stained slides.
The neoplastic cells within the lymph node show the following
immunophenotypic profile: **WT1 positive, P40 negative, CK5/6
positive, D2-40 positive, BAP1 retained, BerEP4 negative,
calretinin positive, Claudin4 negative.**  This supports metastatic
malignant mesothelioma, epithelioid type. **The findings are
consistent with pericardial origin.**

EBUS of 4R 1/10/22:

```
Immunostain for cytokeratin AE1/AE3, cytokeratin 7, and cytokeratin 5/6 are diffusely positive.
 Both calretinin and WT1 display nuclear staining of tumor.
Ki-67 highlights around 25% of nuclei.  Thrombomodulin stains tumor weakly (the external control
 stains no better).  MOC31, BER-EP4, PAX8, thyroglobulin, CD5,
p40, OCT-4, and CD117 are all negative.  CD3/CD20 immunostain cocktail displays background
aggregates of B cells, with surrounding T cells.  Immunostain
cocktail displays no nuclear uptake with TTF-1 and no cytoplasmic staining with napsin A.

Flow cytometry on tissue from part 2 was performed at NeoGenomics.  Viability is poor (<50%) and
 most cells appear non-hematopoietic.  Residual lymphocytes
(11% of total) are primarily T cells (68%), with CD4/CD8 ratio of 1.6, and no loss of antigens.
 Please see appended report for additional details.
```

**Molecular:**
**2/4/22 Guardant peripheral- negative**
**STAMP pending**

**Assessment & Plan:**
Anthony Michael Hernandez-Valdez is a 23 Y old male with newly diagnosed pericardial mesothelioma,
status post pericardiectomy and Pleurx placement on 2/17/2022, here for follow-up.


**#Epithelioid mesothelioma, pericardial-metastatic**

Today was the first day after these recurrent hospitalizations that we have been able to meet and discussed
the diagnosis in some detail.  Given his understandable anxiety given the overwhelming nature of this new
diagnosis, I asked permission to speak to his mother Anna first.  Mr. Hernandez was visibly anxious and
uncomfortable, so he chose to sit outside the room for the initial piece of conversation.  At a follow up
telephone call however I was able to share this information with him as well.

I noted that firstly this does appear to be a primary mesothelioma of the pericardium which is exceedingly rare,



Official Copy

**Stanford**
HEALTH CARE

STANFORD MEDICINE

STANFORD ADVANCED
MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Visit date: 3/4/2022

## Progress Notes by Roy, Mohana, MD at 3/4/2022  9:00 AM (continued)

even within the rare diagnosis of mesothelioma in general.  In addition him being so young and age makes this additionally difficult.  I noted that with the location of the disease and the extent of disease, I do not think that this is curable at this point.  I did discuss the poor prognosis with this disease that is been reported in the literature, with less than 200 cases reported in general, however aside at the limited data.  I did note that in the worst cases survival can be a few months, but that her hope is to stabilize the disease and see how chemo responsive it is, and prolong survival as much as able.  This was understandably quite upsetting for his mother to here but she was appreciative of the information.

The plan would be to let him heal from his sternotomy and major surgery for at least 4 weeks and then start chemotherapy.  Initially was considering cisplatin but given duration of treatment and risk for further toxicities, I will plan to start him on carboplatin and pemetrexed.  Can consider adding bevacizumab based on how he is doing.
Treatment after that would be immunotherapy based.

-Continuing to drain Pleurx 1 L each side, able to provide him containers as he had run out of them, and we will plan to follow-up with Dr. Backus's team.  Appreciate thoracic surgery assistance today in obtaining these drainage containers and also instructing how to obtain more
-Plan to start folic acid daily
-Circle back next week given information overload and discussed details of chemotherapy with formal chemo teach
-agree with cancer genetics referral for more thorough testing, especially as these cases have been been noted to be not is related to asbestos exposure

#### #Anxiety-baseline with coping of new diagnosis
Contacted Ms. Pam Simon in AYA group- for helping support him.  Our social worker Mr. Low is also involved, he informed me that he is not eligible for psych oncology at Stanford but he can pursue local psychology options.
-Will send him AYA support websites
-Formal AYA referral
-Referral to palliative care- with Dr. Fronk - will discuss his story with Dr. Fronk as well
-I think the hydroxyzine is not helping enough with his anxiety and he as he is largely at home and not driving-
**will Rx Lorazepam 1 mg -**and reassess need

#### #Cardiac Management-in discussing the case with Dr. Boyd and Dr. Backus and reviewing the operative reports, he has still significant mesothelial tumor involvement around his heart and some into the myocardium. Recommend continuing metoprolol succinate 75 mg daily.  At this point I have asked him to stop colchicine as I am not sure that that is really helping.  He is going to get established with Dr. Hsu in cardiology for help further with management of tachycardia and cardiac status.

#### #Thrombosis - non occlusive thrombus bilateral internal jugular and left brachiocephalic veins
#### #Right subsegmental PE:
He is still on rivaroxaban 15 mg daily with the initial loading.  And will transition to 20 mg daily.
-can consider anti-XA level if worried about DOAC inefficacy

#### # Acid reflux
#### # Nausea
- Continue compazine as needed
-Continue Pepcid twice a day

Official Copy



| STANFORD ADVANCED MEDICINE CENTER 300 PASTEUR DRIVE MC:5500 PALO ALTO CA 94305-2200 | Hernandez-Valdez, Anthony Michael MRN: 36945558, DOB: 9/23/1998, Sex: M Visit date: 3/4/2022 |

---

**Progress Notes by Roy, Mohana, MD at 3/4/2022  9:00 AM (continued)**

Anticipate starting chemotherapy by the week of either 3/14 or 3/21 pending above and discussions with him

As usual, I encouraged the patient to contact us should he develop any new symptoms or have any questions or concerns

Mohana Roy, MD
Clinical Assistant Professor-Oncology
Stanford Cancer Center Palo Alto and South Bay

Electronically signed by Roy, Mohana, MD at 3/5/2022 11:37 AM

---

**ED Provider Notes by Gharahbaghian, Laleh, MD at 3/6/2022 12:21 PM**

| Author: Gharahbaghian, Laleh, MD | Service: Emergency Medicine | Author Type: Physician |
| Filed: 3/6/2022 12:26 PM | Date of Service: 3/6/2022 12:21 PM | Note Type: ED Provider Notes |
| Status: Signed | Editor: Gharahbaghian, Laleh, MD (Physician) | |



**Emergency Department**
**Provider Note**

| **Name:** Anthony Michael Hernandez-Valdez | **ED Arrival:** 3/6/2022 12:06 PM |
| **MRN:** 36945558 | **Room #:** LDC03 |

| **History & Physical** |
| **Triage**: |
| **Chief Complaint** |
| Patient presents with |
| • Supplies Only |
|      *pt resquests assistance with obtaining meidcal supplies for bilatetal pleural drains* |
|  |
| HPI 23 yo pericardectomy with pleur drains  Who ran out of supplies told to come to ED to obtain. No other complaints, doing well, pain controlled. No redness around sites or surgical procedure. No fever |

Expand/Collapse Notes

Official Copy



**Stanford**
HEALTH CARE
STANFORD MEDICINE

BOSWELL CLINICS
300 PASTEUR DR
STANFORD CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Visit date: 3/7/2022

---

## Progress Notes by Zhu, Han, MD at 3/7/2022  2:00 PM (continued)

```
with any questions or concerns.


---------------------------------------------
Han Zhu, MD
Stanford Cardio-Oncology Center
Stanford Cardiovascular Medicine

Telehealth Video Visit
I have discussed the risks, benefits, and limitations of receiving care virtually
with the patient. The patient expresses understanding and is willing to move
forward.

I personally spent a total of 60 minutes which includes face-to-face time and non
face-to-face time spent on preparing to see the patient, reviewing prior notes
and tests, obtaining history from the patient, performing a medically appropriate
exam, counseling and educating the patient, ordering
medications/tests/procedures/referrals as clinically indicated, and documenting
information in the electronic medical record.
```

Electronically signed by Zhu, Han, MD at 3/7/2022  2:52 PM

---

## Progress Notes by Backhus, Leah Monique, MD at 3/7/2022  3:00 PM

Author: Backhus, Leah
Monique, MD

Service: Thoracic Surgery

Author Type: Physician

Filed: 3/17/2022 10:59 AM

Encounter Date: 3/7/2022

Note Type: Progress Notes

Status: Addendum

Editor: Backhus, Leah Monique, MD (Physician)

Related Notes: Original Note by Lee, Angela Y, NP (Nurse Practitioner) filed at 3/12/2022  2:35
PM

<div align="center">

**Stanford Hospital and Clinics**
**Post-op visit**

</div>

Date: 3/7/2022

First post-op visit

**ID**
Anthony Michael Hernandez-Valdez is a 23 Y male, DOB: 9/23/1998 now 2 weeks status posted
pericardiectomy (performed by Dr. Boyd), Bilateral Pleurx catheters and resection of mediastinal mass and
thymectomy by Dr. Backhus.  Final pathology showed the thymus and pericardial tissue with malignant
mesothelioma, epithelioid type.  1 lymph node with metastatic disease.


**Interval History**

Mr. Anthony Michael Hernandez-Valdez is a 23 Y male developed  persistent cough and pericardial resolution
that failed to respond to multiple courses of colchicine and prednisone since 2020.  In 1/2022, he presented

---

Official Copy



STANFORD
HEALTH CARE

STANFORD MEDICINE

STANFORD ADVANCED
MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Visit date: 3/7/2022

## Progress Notes by Backhus, Leah Monique, MD at 3/7/2022  3:00 PM (continued)

with progressive cervical adenopathy and workup demonstrating pericardial mass, worsening pericardial effusion, and small pleural effusions,  On 1/10/22, he underwent right paratracheal (R4) lymph node biopsy. Path revealed mesothelioma, epithelioid type.  On 1/20. He was admitted for dyspnea, found to have pulmonary embolism, started on apixaban.  On 1/24, Echo demonstrated constrictive-effusive pericarditis with EF 49%. He was referred to Stanford thoracic surgery and oncology clinic.

On 2/6, he was admitted with dyspnea and large bilateral pulmonary effusions, underwent bilateral thoracentesis (R 2/8, L 2/9) with removal of 1.5L fluid from each side.

On 2/8,  PET scan showed  extensive nodular hypermetabolic thickening of pericardium and Widespread mediastinal adenopathy extending into the cardiophrenic angle and retroperitoneum, and supraclavicular areas. There is extensive adenopathy in the neck at nearly all cervical levels. Right level 2 node measures 1.3 x 1.1 cm (41) with an SUV max of 5.9.  Left level 2B node measures 2.2 x 1.2 cm (46) with an SUV max of 6, previously measuring 1.9 x 0.9 cm on the neck CT dated 1/4/2022. Extensive supraclavicular and left axillary, and mediastinal hypermetabolic adenopathy is present: Left upper mediastinal/paratracheal lymph node measures 1.9 x 1.4 cm (76) with an SUV max of 7.5. Left axillary lymph node measures 1.9 x 1.67 m (82) with an SUV max of 4.2.  Right internal mammary node measuring 1.3 x 1.1 cm (119) and SUV max of 3.7.
 Paraspinal adenopathy is also seen, for example a 1 cm node in short axis with an SUV of 4.9 (159). No FDG-avid pulmonary lesions. Lung parenchymal evaluation, including for punctate nodules.  Large bilateral pleural effusions are present with partial collapse of the lower lobes. No focal FDG-avid lesion. Increased uptake within the intercostal muscles of the upper thorax bilaterally and as well as the scalenes suggestive of accessory respiratory muscle use. No coronary artery calcification. Extensive nodular hypermetabolic thickening of the pericardium present. For example along the right inferolateral pericardium adjacent to the right ventricle measures approximately 6.1 x 3 cm (140) with an SUV max of 15.3. Relatively increased FDG uptake of myocardium.Upper mediastinal hypermetabolic adenopathy tracking along the right diaphragmatic crus is present with reference nodes follows: Portacaval node measures 1.7 x 1.4 cm (179) with an SUV max of 5.5.
 Retrocaval node measures 1.7 x 1.5 cm (183) with an SUV max of 5.9.  Enlarged left cardiophrenic node measuring 1.3 cm in short axis (157) with SUV max 6.8.

On 2/12, he was readmitted with SOB, chest pressure, tachycardia to 200s. CTA showed nodular pericardial thickening and negative for PE. On 2/13, TTE showed small to moderate, organizing pericardial effusion. Septal bounce and shift with respiration, MV and AV doppler respiratory variation. Normal IVC size (1.7 cm) with inspiratory collapse. Overall, echo/Doppler suggests hemodynamic impact potentially aggravated by low volume status.  Compared to prior TTE from 2/7/2022, there is no significant change in the size of pericardial effusion.  He was diagnosed pericardial epithelioid mesothelioma c/b malignant pericardial and pleural effusions and constrictive pericarditis (EF 49%).

On 2/17/2022, he underwent pericardiectomy (performed by Dr. Boyd), Bilateral Pleurx catheters and resection of mediastinal mass and thymectomy by Dr. Backhus.  He tolerated the procedure well, without complication. Postoperatively, with ongoing high-volume chest tube output and intraoperative concern for possible chylous malignant effusion,  pleural fluid Triglycerides being negative. He was discharged home on POD 5 with low fat diet and recommended to drain no more than 1 L on each catheter daily  Final pathology showed the thymus and pericardial tissue with malignant mesothelioma, epithelioid type.  1 lymph node with metastatic disease.

Since discharged home, patient's mom has been draining 1 L each catheter daily.  Overall his respiratory status is under control.



Official Copy

**Stanford**
**HEALTH CARE**

**STANFORD MEDICINE**

| | |
|---|---|
| STANFORD ADVANCED MEDICINE CENTER 300 PASTEUR DRIVE MC:5500 PALO ALTO CA 94305-2200 | Hernandez-Valdez, Anthony Michael MRN: 36945558, DOB: 9/23/1998, Sex: M Visit date: 3/7/2022 |

## Progress Notes by Backhus, Leah Monique, MD at 3/7/2022  3:00 PM (continued)

### Review of Systems

Constitutional: Negative for fever, chills, weight loss or malaise/fatigue.
HEENT:Negative for headaches, sore throat or stridor.
Cardiovascular: Negative for chest pain or palpitation.
Respiratory: Negative for cough, hemoptysis, sputum production, wheezing, shortness of breath or DOE.
Gastrointestinal: Negative for dysphagia, pyrosis, nausea, vomiting, diarrhea or constipation..
Neurological: Negative for bodyache, night sweat,  numbness, tingling, weakness, gait or tremor, bone or joint pain, swelling.
All other systems reviewed and are negative.

### Active Problem List

| Diagnosis | Date Noted |
|---|---|
| • Pericardial effusion | 02/12/2022 |
| • Dyspnea | 02/06/2022 |
| • Pleural effusion | 02/06/2022 |
| • Mesothelioma (CMS-HCC) | 01/30/2022 |

### Past Medical History:

| Diagnosis | Date |
|---|---|
| • Mesothelioma (CMS-HCC) | |
| • Pericardial effusion | |
| • Pleural effusion, malignant | |
| • Pulmonary embolism (CMS-HCC) | |

### Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • BILATERAL PROCEDURE; SECONDARY MODIFIER *Performed by Backhus, Leah Monique, MD at STANFORD HOSPITAL 500P INTERVENTIONAL PLATFORM* | N/A | 2/17/2022 |
| • CHEST DRAINAGE CATHETER INSERTION *Performed by Backhus, Leah Monique, MD at STANFORD HOSPITAL 500P INTERVENTIONAL PLATFORM* | Bilateral | 2/17/2022 |
| • MEDIASTINAL LYMPHADENECTOMY, BILATERAL TUNNELED PLEURAL CATHETERS (PLEUR-X), POSSIBLE PLEURECTOMY, RADICAL PERICARDIECTOMY, THYMECTOMY WITH CPB STANDBY *Performed by Boyd, Jack H, MD at STANFORD HOSPITAL 500P INTERVENTIONAL PLATFORM* | N/A | 2/17/2022 |
| • THYMECTOMY; MEDIAN STERNOTOMY APPROACH *Performed by Backhus, Leah Monique, MD at STANFORD HOSPITAL 500P INTERVENTIONAL PLATFORM* | N/A | 2/17/2022 |

### Allergies

| Allergen | Reactions |
|---|---|
| • Oxycodone | Itching, pruritis |
| • Zofran [Ondansetron Hcl] | Nausea, Vomiting, Dizziness and Headache |



Official Copy

**STANFORD HEALTH CARE**

STANFORD MEDICINE

STANFORD ADVANCED
MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Visit date: 3/7/2022

## Progress Notes by Backhus, Leah Monique, MD at 3/7/2022  3:00 PM (continued)

**Outpatient Medications Marked as Taking for the 3/7/22 encounter (Office Visit) with Backhus, Leah Monique, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaminophen (TylenoL) 325 mg TABS | take 2 Tablets by mouth 2 times a day as needed | | |
| • Cholecalciferol (Vitamin D3) (Vitamin D3) 2,000 unit CAPS | take 1 Capsule by mouth every day | | |
| • Cyanocobalamin 1,000 mcg SUBL | place 1 Tablet under the tongue and let dissolve every day | | |
| • famotidine (Pepcid) 20 mg tablet | take 1 Tablet (20 mg total) by mouth 2 times a day | 60 Tablet | 0 |
| • LORazepam (Ativan) 1 mg tablet | take 1 Tablet (1 mg total) by mouth every 8 hours as needed | 30 Tablet | 0 |
| • metoprolol succinate (Toprol XL) 50 mg extended release tablet | take 2 Tablets (100 mg total) by mouth daily | 90 Tablet | 3 |
| • prochlorperazine (Compazine) 10 mg tablet | take 1 Tablet (10 mg total) by mouth every 6 hours as needed for Nausea/Vomiting | 30 Tablet | 3 |
| • rivaroxaban (Xarelto) 20 mg TABS | take 20 mg by mouth daily (Start after finishing 21 days of Xarelto 15 mg twice daily) | | |

No family history on file.
**Social History**

| Occupational History | |
|---|---|
| • Not on file | |
| **Tobacco Use** | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Vaping Use** | |
| • Vaping Use: | Never used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | Not Currently |
| • Drug use: | Never |
| • Sexual activity: | Not Currently |

Official Copy



Stanford
HEALTH CARE
STANFORD MEDICINE

STANFORD ADVANCED
MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Visit date: 3/7/2022

**Progress Notes by Backhus, Leah Monique, MD at 3/7/2022  3:00 PM (continued)**

## Physical Exam

**Filed Vitals:**

|  | 03/07/22 1516 |
|---|---|
| BP: | 118/64 |
| Pulse: | 112 |
| Resp: | 16 |
| Temp: | 36.8 °C (98.2 °F) |
| TempSrc: | Oral |
| SpO2: | 100% |
| Weight: | 105.8 kg (233 lb 4 oz) |

General Appearance: No acute distress
Neck: Supple and No lymphadenopathy
Lungs: Clear Auscultation bilaterally, no wheezing
Cardiac: Regular rate and rhythm and Normal S1, S2
Abdomen: Normal bowel sounds, Soft, Nontender, No organomegaly and No Massess Palpable
Incisions: Healing normally, no signs or symptoms of infection. median sternotomy  Well heal, dry and intact.
Removed all old chest tube and catheter sutures.  Catheter site dry and intact.
Extremities: No edema, No clubbing, No cyanosis, Palpable pulses
Neuro: Alert and Oriented x 3
Skin: Warm, Dry and Clear
Musculoskeletal: Joints within normal

Pathology:

**Results for orders placed or performed during the hospital encounter of 02/12/22**
**Surgical Procedure**
*Narrative*
*Accession No: SHS-22-07213*
*SPECIMEN SUBMITTED:*
*A. THYMUS PERICARDIAL FAT*
*B. PERICARDIUM AND TUMOR*
*DIAGNOSIS (MICROSCOPIC):*
*A. THYMUS AND PERICARDIAL FAT, EXCISION*
*--   PERICARDIAL TISSUE WITH MALIGNANT MESOTHELIOMA, EPITHELIOID
TYPE*
*--   METASTATIC MALIGNANT MESOTHELIOMA COMPLETELY REPLACING ONE
LYMPH NODE (1/1)*
*--   EXTENSIVE VENOUS AND LYMPHATIC INVOLVEMENT BY MALIGNANT
MESOTHELIOMA*
*--   INVOLUTED THYMIC TISSUE*
*B. HEART, PERICARDIUM AND TUMOR, EXCISION*
*--   MALIGNANT MESOTHELIOMA, EPITHELIOID TYPE*

Official Copy



**Stanford**
HEALTH CARE

STANFORD MEDICINE

STANFORD ADVANCED
MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Visit date: 3/7/2022

---

## Progress Notes by Backhus, Leah Monique, MD at 3/7/2022  3:00 PM (continued)

*LIBERT/C. WANG/BERRY*
*COMMENT:  We note the patient's recent diagnosis of metastatic*
*malignant mesothelioma, epithelioid type (SHS-22-03759). The tumor*
*present in the current resection specimen is morphologically*
*similar.*
*ANCILLARY STUDIES: If ancillary studies are indicated they may be*
*performed on block A2, which contains approximately 90% tumor.*
*CLINICAL HISTORY:  23 year old male with mesothelioma of pericardium*
*; Per EPIC: 23-year-old male with pericardial mesothelioma. He has*
*been offered palliative pericardiectomy for tumor debulking with the*
*hope of relieving his shortness of breath as well as PleurX catheter*
*placement.*
*OPERATION:  1.   Pericardiectomy (performed by Dr. Boyd) 2.*
*Bilateral PleurX catheters*
*3.   Resection of mediastinal mass and thymectomy*
*OPERATIVE FINDINGS:  1.   Large bilateral chylothoraces. 2.*
*Diffuse tumor involvement of the pericardium with areas of invasion*
*into the myocardium*
*CLINICAL DIAGNOSIS:  1.   Pericardial mesothelioma.  2.   Bilateral*
*pleural effusions, chylothoraces.  3.   Pericardial constriction.*
*GROSS DESCRIPTION:  Two specimens are received labeled with the*
*patient's name and medical record number.*
*The first specimen labeled "thymus pericardial fat" is received in*
*formalin and consists of multiple fragments of tan-yellow tissue,*
*aggregate 11.0 x 9.5 x 3.0 cm. A photo is taken. Specimen is*
*sectioned to reveal yellow lobulated cut surfaces with areas of*
*white nodularity, up to 1.8 cm in greatest dimension. Representative*
*sections, including candidate normal thymus, are submitted in A1-A4.*
*The second specimen labeled "pericardium tumor" is received in*
*formalin and consists of multiple roughened tan-brown tissue*
*fragments, aggregate 7.5 x 7.0 x 2.0 cm. Sectioning reveals nodular*
*tan-white cut surfaces. Representative sections are submitted in*
*B1-B4.  Mirbegian (2/21/2022)*
*I have reviewed the specimen and agree with the interpretation*
*above. GERALD J. BERRY, M.D.   Electronically signed 2/23/2022 1:21*
*PM*

Imaging:

Today 2 views CXR shows:

FINDINGS:

Similar positioning of bilateral chest tubes. Unchanged median sternotomy wires. Unchanged
cardiomediastinal silhouette. Interval resolution of right pleural effusion. Left pleural effusion unchanged. No

Official Copy



| | |
|---|---|
| STANFORD ADVANCED MEDICINE CENTER 300 PASTEUR DRIVE MC:5500 PALO ALTO CA 94305-2200 | Hernandez-Valdez, Anthony Michael MRN: 36945558, DOB: 9/23/1998, Sex: M Visit date: 3/7/2022 |

## Progress Notes by Backhus, Leah Monique, MD at 3/7/2022 3:00 PM (continued)

visible pneumothorax.


IMPRESSION:

1. No significant interval change

**Impression / Plan**

Anthony Michael Hernandez-Valdez is a 23 Y male diagnosed with malignant mesothelioma, epithelioid type, (pericardial mesothelioma), status post pericardiectomy and Pleurx placement on 2/17/2022. He has recover well. There is no sign of infection. Overall,his respiratory status remain stable. Dr/ Roy plan to start chemotherapy treatment 4 weeks after procedure (mid to the end of March).

However, his bilateral Pleurx catheter still drain 1 L milky fluid daily. Will resend fluid for chylomicrons and triglycerides to rule out chyle leak. If tested positive, will discuss with Dr. Roy for a trail of Octreotide SQ.

Our office will notified him/his mother in regards tests result and next follow up appointment.

He will continue to drain bilateral catheter daily and Low fat diet. He will continue to follow up with thoracic oncology and cardiology.

The patient and his aunt verbalized understanding the instruction. Given office contact number for any questions or concerns.

The patient was seen and examined by myself and Dr. Backhus in the clinic

Angela Y Lee, NP

I, Leah Monique Backhus, MD, performed a substantive portion of an E/M visit face-to-face with the same patient on the same date of service with the Advanced Practice Provider (APP). I am personally involved in reviewing and conducting elements of the history, physical exam and/or medical decision making including the information as described below:
Mr. Hernandez-Valdez has done very well following his pericardiectomy and pleur-x drain placements. He continues to drain more than 1L per side each day. Grossly the fluid is consistent with chylothorax, but triglycerides have been low x 2. Now that he is on a relatively normal diet, will recheck today as well as chylomicrons. If positive, he should be started on octreotide in an attempt to reduce the volume. He was counseled on the importance of keeping up with his hydration given all of the insensible losses from his pleural space daily. Will follow up on pleural studies and coordinate with Dr. Roy re: outpatient octreotide therapy.

Leah M. Backhus MD MPH FACS
Thoracic Surgery


Electronically signed by Backhus, Leah Monique, MD at 3/17/2022 10:59 AM

## Progress Notes by Roy, Mohana, MD at 3/14/2022 1:00 PM

**Official Copy**



STANFORD MEDICINE

| | |
|---|---|
| CANCER CENTER SOUTH BAY | Hernandez-Valdez, Anthony Michael |
| 2589 SAMARITAN DR | MRN: 36945558, DOB: 9/23/1998, Sex: M |
| SAN JOSE CA 95124-3908 | Visit date: 3/14/2022 |

## Progress Notes by Roy, Mohana, MD at 3/14/2022  1:00 PM (continued)

-Using Lorazepam 1 mg as needed

**#Cardiac Management-**in discussing the case with Dr. Boyd and Dr. Backus and reviewing the operative reports, he has still significant mesothelial tumor involvement around his heart and some into the myocardium. Recommend continuing metoprolol succinate 75 mg daily.
-Repeat ECHO
-off colchicine

**#Thrombosis -** non occlusive thrombus bilateral internal jugular and left brachiocephalic veins
**#Right subsegmental PE:**
He is still on rivaroxaban 15 mg daily with the initial loading.  And will transition to 20 mg daily.
-can consider anti-XA level if worried about DOAC inefficacy

**# Acid reflux**
**# Nausea**
- Continue compazine as needed
-Continue Pepcid twice a day

RTC scheduled 3/18/22

As usual, I encouraged the patient to contact us should he develop any new symptoms or have any questions or concerns

Mohana Roy, MD
Clinical Assistant Professor-Oncology
Stanford Cancer Center Palo Alto and South Bay

Electronically signed by Roy, Mohana, MD at 3/15/2022  9:23 AM

## Progress Notes by Roy, Mohana, MD at 3/18/2022  9:00 AM

| | | |
|---|---|---|
| Author: **Roy, Mohana, MD** | Service: **Oncology** | Author Type: **Physician** |
| Filed: **3/29/2022  8:13 AM** | Encounter Date: **3/18/2022** | Note Type: **Progress Notes** |
| Status: **Addendum** | Editor: **Roy, Mohana, MD (Physician)** | |
| Related Notes: Original Note by Roy, Mohana, MD (Physician) filed at 3/19/2022 11:12 AM | | |



STANFORD MEDICINE

**Stanford Thoracic Oncology Clinic**
**Return Patient Visit**
**Palo Alto**

Official Copy



Stanford
HEALTH CARE

STANFORD MEDICINE

STANFORD ADVANCED
MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Visit date: 3/18/2022

---

**Progress Notes by Roy, Mohana, MD at 3/18/2022  9:00 AM (continued)**

RE:
Dr. Leah Backhus
Dr. Han Zhu
Dr. Josh Fronk

MRN: 36945558
DOB: 9/23/1998


**History of present illness:**
Anthony Michael Hernandez-Valdez is a 23 Y old male who was recently diagnosed with epithelioid mesothelioma, suspect pericardial primary, here for followup after hospitalization and pericardiectomy

His oncologic history is summarized as follows:

2020: Developed cough and shortness of breath. Had been admitted with several echocardiograms performed, which showed pericardial effusions. Has only been treated on colchicine and prednisone.

1/4/22: Developed worsening adenopathy and neck swelling and underwent a CT neck for left sided neck swelling. Imaging revealed abnormal shotty appearing lymph nodes along the left neck and left neck soft tissue spaces including the left jugulodigastric which is enlarged measuring 1.3 cm. Numerous posterior cervical lymph nodes and bilateral supraclavicular lymph nodes.

CT chest revealed worsening lobulated masslike pericardial effusion. Worsening multiple enlarged neck soft tissue lymph nodes and subcutaneous soft tissue edema extending through the chest wall to level of the trachea. Notable supraclavicular, mediastinal, and retroperitoneal lymphadenopathy. Small pleural effusion.

1/10/22: Underwent right paratracheal (R4) lymph node biopsy. Path revealed mesothelioma, epithelioid type.

1/28/2022: **Initial Thoracic Oncology Visit (Roy)**

1/31/22: AFP, LDH, beta HCG, uric acid levels are wnl.

2/3/22: Scrotal ultrasound is negative.

2/6/22- SHC admission for shortness of breath-initially relieved by 2 thoracentesis with 1-1/2 L taken out on each side.  Pleural fluid confirms malignant cells, morphologically similar to mesothelioma.

2/12/-2/22/22-SHC readmission with worsening respiratory status, concern for right-sided heart failure and will remain tachycardic.
He underwent **Pericardiectomy (performed by local Dr. Boyd) Bilateral PleurX catheters,  Resection of mediastinal mass and thymectomy on 2/17/22**
OPERATIVE FINDINGS:
1.  Large bilateral chylothoraces.
2.  Diffuse tumor involvement of the pericardium with areas of invasion  into the myocardium

3/18/22 CT Chest- Similar to 2/26/2022, **multiple pericardial masses nearly encasing the heart, thoracic lymphadenopathy, retrocrural lymphadenopathy**, and adjacent right upper lobe and right middle lobe

Official Copy



**Stanford**
HEALTH CARE

STANFORD MEDICINE

STANFORD ADVANCED
MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Visit date: 3/18/2022

---

### Progress Notes by Roy, Mohana, MD at 3/18/2022 9:00 AM (continued)

interlobular septal thickening, concerning for residual/recurrent malignancy. Interlobular septal thickening may represent lymphangitic carcinomatosis versus lymphatic obstruction. Interval increase in extensive filling defects throughout the venous system, including left internal jugular, left brachiocephalic, right internal jugular, right brachiocephalic, and right vertebral veins. No evidence of extension of the thrombus into the superior vena cava

**Interval History**
He is feeling okay overall
He had SOB and feeling unwell after taking dexamethasone 4 mg yesterday
He continues to drain 1 L on each side with the Pleurx catheter every day- slight decrease seen on right side
No otherwise SOB, palpitations, chest pain
Still having issues in having adequate drainage supplies - pictures of drainage with white milky fluid

**Review of systems:**
A comprehensive 14-point review of systems was performed, with pertinent positives as noted above; all other systems negative.

**Past medical history:**
Anxiety
Appendicitis

**Past surgical history:**

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • BILATERAL PROCEDURE; SECONDARY MODIFIER<br>*Performed by Backhus, Leah Monique, MD at STANFORD HOSPITAL 500P INTERVENTIONAL PLATFORM* | N/A | 2/17/2022 |
| • CHEST DRAINAGE CATHETER INSERTION<br>*Performed by Backhus, Leah Monique, MD at STANFORD HOSPITAL 500P INTERVENTIONAL PLATFORM* | Bilateral | 2/17/2022 |
| • MEDIASTINAL LYMPHADENECTOMY, BILATERAL TUNNELED PLEURAL CATHETERS (PLEUR-X), POSSIBLE PLEURECTOMY, RADICAL PERICARDIECTOMY, THYMECTOMY WITH CPB STANDBY<br>*Performed by Boyd, Jack H, MD at STANFORD HOSPITAL 500P INTERVENTIONAL PLATFORM* | N/A | 2/17/2022 |
| • THYMECTOMY; MEDIAN STERNOTOMY APPROACH<br>*Performed by Backhus, Leah Monique, MD at STANFORD HOSPITAL 500P INTERVENTIONAL PLATFORM* | N/A | 2/17/2022 |

Appendectomy 2009

**Medications:**

Outpatient Medications Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaminophen (TylenoL) 325 mg TABS | take 2 Tablets by mouth 2 times a day as needed | | |
| • Cholecalciferol (Vitamin D3) | take 1 Capsule by | | |

Official Copy



STANFORD ADVANCED
MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Visit date: 3/18/2022

## Progress Notes by Roy, Mohana, MD at 3/18/2022  9:00 AM (continued)

| | | | |
|---|---|---|---|
| (Vitamin D3) 2,000 unit CAPS | mouth every day | | |
| • Cyanocobalamin 1,000 mcg SUBL | place 1 Tablet under the tongue and let dissolve every day | | |
| • dexAMETHasone (Decadron) 4 mg tablet | take 1 Tablet (4 mg total) by mouth as directed Take once daily on the day before, the day of and the day after pemetrexed (ALIMTA). | 30 Tablet | 2 |
| • famotidine (Pepcid) 20 mg tablet | take 1 Tablet (20 mg total) by mouth 2 times a day | 60 Tablet | 0 |
| • LORazepam (Ativan) 1 mg tablet | take 1 Tablet (1 mg total) by mouth every 8 hours as needed | 30 Tablet | 0 |
| • metoprolol succinate (Toprol XL) 50 mg extended release tablet | take 2 Tablets (100 mg total) by mouth daily | 90 Tablet | 3 |
| • octreotide (SandoSTATIN) 100 mcg/mL injection | inject 1 mL (100 mcg total) subcutaneous (under the skin) every 8 hours | 90 Vial | 0 |
| • ondansetron 8 mg tablet | take 1 Tablet (8 mg total) by mouth every 8 hours as needed For nausea and vomiting | 30 Tablet | 5 |
| • prochlorperazine (Compazine) 10 mg tablet | take 1 Tablet (10 mg total) by mouth every 8 hours as needed For nausea or vomiting | 30 Tablet | 5 |
| • prochlorperazine (Compazine) 10 mg tablet | take 1 Tablet (10 mg total) by mouth every 6 hours as needed for Nausea/Vomiting | 30 Tablet | 3 |
| • rivaroxaban (Xarelto) 20 mg TABS | take 20 mg by mouth daily (Start after finishing 21 days of Xarelto 15 mg twice daily) | | |

No facility-administered medications prior to visit.

**Allergies:**



Official Copy

**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD ADVANCED
MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Visit date: 3/18/2022

---

## Progress Notes by Roy, Mohana, MD at 3/18/2022  9:00 AM (continued)

NKDA

**Social history:**
Father works in construction and may have exposures, however only started in the past couple of years
Previously attended school in an old building, no clear asbestos exposure
  Mother reports using large amounts of baby powder (Johnson and Johnson) in his childhood
 No other exposures to hair salon products, chemicals in labs
 Works at Home Depot
 EtOH socially
 No recreational drug use

**Family history:**
Father had ?bone cancer
Maternal aunt had early age breast cancer (diagnosed at age 33) and AML (diagnosed 35)

BRCA mutation:
- Mother, maternal grandmother, maternal aunts x 2

**Physical Exam:**
Filed Vitals:

|  | 03/18/22 0958 |
|---|---|
| BP: | 118/66 |
| Pulse: | 115 |
| SpO2: | 98% |
| Weight: | 102.9 kg (226 lb 13.7 oz) |

General: Well-appearing and speaking in full sentences
CV: tachycardic, regular rhythm
Lungs: decreased at bases bilaterally
Abdomen: healed sternotomy scar, inspected both his drain sites which are overall clean and intact, the one on the left does have slightly increased granulation tissue
Extremities- without edema

**Labs and studies:**
Reviewed in epic, white count 11.3, hemoglobin is stable at 12.9, sodium is getting lower at 129 and we will have to monitor that

**+chylous fluid on pleural effusion**

**Imaging:**
As in HPI
Most recent review in tumor board of CTA 2/26/22

**Pathology:**
**2/25/22 Pericardiectomy Specimen Review**

 A. THYMUS PERICARDIAL FAT
 B. PERICARDIUM AND TUMOR
 DIAGNOSIS (MICROSCOPIC):

Official Copy



STANFORD
HEALTH CARE

STANFORD MEDICINE

STANFORD ADVANCED
MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Visit date: 3/18/2022

---

**Progress Notes by Roy, Mohana, MD at 3/18/2022  9:00 AM (continued)**

A. THYMUS AND PERICARDIAL FAT, EXCISION
-- **PERICARDIAL TISSUE WITH MALIGNANT MESOTHELIOMA, EPITHELIOID TYPE**
-- METASTATIC MALIGNANT MESOTHELIOMA COMPLETELY REPLACING ONE LYMPH NODE (1/1)
-- **EXTENSIVE VENOUS AND LYMPHATIC INVOLVEMENT BY MALIGNANT MESOTHELIOMA**
-- INVOLUTED THYMIC TISSUE
B. HEART, PERICARDIUM AND TUMOR, EXCISION
-- MALIGNANT MESOTHELIOMA, EPITHELIOID TYPE
LIBERT/C. WANG/BERRY


COMMENT:  We note the patient's recent diagnosis of metastatic
malignant mesothelioma, epithelioid type (SHS-22-03759). The tumor
present in the current resection specimen is morphologically
similar.


**Stanford Review**
DIAGNOSIS:
LYMPH NODES. RIGHT LOWER PARATRACHEAL/4R, EXCISIONAL BIOPSY
(1/10/22; 22MS-133)
-- HISTOLOGIC AND IMMUNOPHENOTYPIC FINDINGS SUPPORTING
**METASTATIC MALIGNANT MESOTHELIOMA, EPITHELIOID TYPE.**

COMMENT:  I have reviewed the H&E stained slides and accompanying
immunostains and agree with Dr. Silveira as listed above. In light
of the unusual diagnosis in this age group I performed a battery of
immunostains in our lab along with additional H&E stained slides.
The neoplastic cells within the lymph node show the following
immunophenotypic profile: **WT1 positive, P40 negative, CK5/6
positive, D2-40 positive,  BAP1 retained, BerEP4 negative,
calretinin positive, Claudin4 negative.**  This supports metastatic
malignant mesothelioma, epithelioid type. **The findings are
consistent with pericardial origin.**


EBUS of 4R 1/10/22:

Immunostain for cytokeratin AE1/AE3, cytokeratin 7, and cytokeratin 5/6 are diffusely positive.
 Both calretinin and WT1 display nuclear staining of tumor.
Ki-67 highlights around 25% of nuclei.  Thrombomodulin stains tumor weakly (the external control
 stains no better).  MOC31, BER-EP4, PAX8, thyroglobulin, CD5,
p40, OCT-4, and CD117 are all negative.  CD3/CD20 immunostain cocktail displays background
aggregates of B cells, with surrounding T cells.  Immunostain
cocktail displays no nuclear uptake with TTF-1 and no cytoplasmic staining with napsin A.

Flow cytometry on tissue from part 2 was performed at NeoGenomics.  Viability is poor (<50%) and
 most cells appear non-hematopoietic.  Residual lymphocytes
(11% of total) are primarily T cells (68%), with CD4/CD8 ratio of 1.6, and no loss of antigens.
 Please see appended report for additional details.

**Molecular:**

Case 2:23-cv-01395-MBK Doc 234-83 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibit 2B13 to Bates Declaration PART 1 Page 46 of 57
Case 2:23-cv-01395-MBK Doc 234-83 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibit 2B13 to Bates Declaration PART 1 Page 57 of 225



**Official Copy**

STANFORD
HEALTH CARE

STANFORD MEDICINE

STANFORD ADVANCED
MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Visit date: 3/18/2022

---

**Progress Notes by Roy, Mohana, MD at 3/18/2022  9:00 AM (continued)**

2/4/22 Guardant peripheral- negative

**STAMP 1/26/22**

**SUMMARY OF FINDINGS**

Estimated tumor mutation burden: 3.0 mut/Mb[†]

The following variants are not known to be clinically relevant at this time:

*ATR* T1180A (Unknown significance)                    *NTRK3* G642R (Unknown significance)
*TERT* E441del (Unknown significance)

Please see the following pages for variant annotations.

---

**Fusion STAMP pending**

**Assessment & Plan:**
Anthony Michael Hernandez-Valdez is a 23 Y old male with newly diagnosed pericardial mesothelioma, status post pericardiectomy and Pleurx placement on 2/17/2022, here for follow-up and initiation of first cycle of chemotherapy.

**#Epithelioid mesothelioma, pericardial-metastatic**
We had previously discussed that this appears to be a primary mesothelioma of the pericardium which is exceedingly rare, even within the rare diagnosis of mesothelioma in general.  In addition him being so young and age makes this additionally difficult.
**-Today- starting C1D1 Carboplatin AUC 5, pemetrexed  375 mg/m²** to be given for 4-6 cycles
-Emend given today but unfortunately he had a reaction to this in the infusion center- will avoid for future use
-Ativan 1 mg p.o. given because anxiety
-We will also avoid dexamethasone going forward unless needed given his reported reaction to it
-He will have cancer genetics consultation soon and as well as palliative care

**#Chylous Pleural Effusions-** discussed with Dr. Backhus-
-Continuing to drain Pleurx 1 L each side
-Plan to start octreotide 100 mics 3 times daily-he is concerned about giving himself the shot so we will circle back next week on timing of starting this pending how he is doing with chemotherapy

**#Anxiety-baseline with coping of new diagnosis**
Contacted Ms. Pam Simon in AYA group- for helping support him.
-Has upcoming initial consultation and meeting with Dr. Fronk in palliative care
-Using Lorazepam 1 mg as needed

**#Cardiac Management-**in discussing the case with Dr. Boyd and Dr. Backus and reviewing the operative reports, he has still significant mesothelial tumor involvement around his heart and some into the myocardium. Recommend continuing metoprolol succinate 75 mg daily.
-Repeat ECHO
-off colchicine

**#Thrombosis -** non occlusive thrombus bilateral internal jugular and left brachiocephalic veins-extension seen on recent CT, likely also due to impaired venous drainage from tumor burden
**#Right subsegmental PE:**
He is still on rivaroxaban 15 mg daily with the initial loading- and now on 20 mg daily.
-can consider anti-XA level if worried about DOAC inefficacy

Official Copy



**Stanford**
HEALTH CARE
STANFORD MEDICINE

| | |
|---|---|
| STANFORD ADVANCED MEDICINE CENTER 300 PASTEUR DRIVE MC:5500 PALO ALTO CA 94305-2200 | Hernandez-Valdez, Anthony Michael MRN: 36945558, DOB: 9/23/1998, Sex: M Visit date: 3/18/2022 |

## Progress Notes by Roy, Mohana, MD at 3/18/2022  9:00 AM (continued)

**# Acid reflux**
**# Nausea**
- Continue compazine as needed
-Continue Pepcid twice a day

RTC scheduled for chemo cycles, will also request 1 week video visit check-in

As usual, I encouraged the patient to contact us should he develop any new symptoms or have any questions or concerns

Mohana Roy, MD
Clinical Assistant Professor-Oncology
Stanford Cancer Center Palo Alto and South Bay

Electronically signed by Roy, Mohana, MD at 3/29/2022  8:13 AM

## Progress Notes by Thai, Quan B, NP at 3/18/2022  5:33 PM

| | | |
|---|---|---|
| Author: **Thai, Quan B, NP** | Service: **Oncology** | Author Type: **Nurse Practitioner** |
| Filed: **3/18/2022  6:05 PM** | Date of Service: **3/18/2022 5:33 PM** | Note Type: **Progress Notes** |
| Status: **Addendum** | Editor: **Thai, Quan B, NP (Nurse Practitioner)** | |
| Related Notes: **Original Note by Thai, Quan B, NP (Nurse Practitioner) filed at 3/18/2022  6:02 PM** | | |

**Stanford Hospital and Clinics**
**ITA Sick Call Progress Note**

Today's Date:3/18/2022
Attending Provider: Mohana Roy, MD
Patient's Name:Anthony Michael Hernandez-Valdez
Medical Record Number:36945558

**Impression:**
Anthony Michael Hernandez-Valdez is a 23 Y patient who has newly diagnosed ephithelioid mesothelioma, suspect pericardal primary s/p pericardiectomy who presents for C1 carboplatin/pemetrexed.

**Reason for Sick Call APP assessment**: Infusion reaction to fosaprepitant which was stopped and disconnected by infusion RN.

**ROS:**
- Pt developed throat tightening briefly, shortness of breath.
- Throat tightening resolved with stopping the infusion.  Shortness of breath persisted.
- No flushing/rash/pruritis/rigors/fevers/CP

4/22 Entered 04/04/22 08:30:20 Desc
ation PART 1 Page 59 of 225

World Health Organization Classification of Tumours

# Pathology & Genetics

# Tumours of the Lung, Pleura, Thymus and Heart

Edited by William D. Travis, Elizabeth Brambilla, H. Konrad Müller-Hermelink and Curtis C. Harris

EXHIBIT D

WHO Classification Tumours of the Lung, Pleura, Thymus and Heart

IARC

# World Health Organization Classification of Tumours



WHO     OMS

International Agency for Research on Cancer (IARC)

# Pathology and Genetics of Tumours of the Lung, Pleura, Thymus and Heart

Edited by

William D. Travis

Elisabeth Brambilla

H. Konrad Müller-Hermelink

Curtis C. Harris

IARC*Press*

Lyon, 2004

# Pericardial tumours

A. Burke
R. Loire
R. Virmani

## Solitary fibrous tumour

### Definition
An uncommon, spindle-cell, fibroblastic tumour which often shows a prominent haemangiopericytoma-like vascular pattern.

### ICD-O code
Solitary fibrous tumour        8815/1

### Synonyms
Benign mesothelioma, fibrous mesothelioma, submesothelial fibroma

### Localization
The most common locations, outside the pleura, include the head and neck, especially orbit, soft tissue, especially abdomen, extremities, and meninges {233,1384,1473}. As with any lesion common to the pleura, there have been examples of solitary fibrous tumour reported in the pericardium and rarely within the heart.

### Clinical features
Clinical features are related to pericardial mass effect.

### Macroscopy
Solitary fibrous tumours tend to be well-circumscribed, firm, fleshy or white although diffuse mesothelial surface involvement has been described.

### Histopathology
Histologic variability is the rule and multiple growth patterns have been described. Most tumours will have a predominant monomorphic spindle cell pattern resembling low-grade fibrosarcoma although broad tumour cell fascicles are rare. Areas of hypercellularity typically alternate with those that are less cellular. The less cellular areas can by myxoid or contain abundant collagen {459}. Typically the nuclei of tumour cells are closely apposed to collagen bundles. A haemangiopericytoma-like vascular pattern may be conspicuous, present in a small portion of the lesion, or absent. The differential diagnosis includes other monomorphic spindle cell tumours, including neurogenic tumours, spindle cell mesotheliomas, monophasic synovial sarcoma, and fibrosarcoma {1311}. Recently, desmoid tumour of the pleura has been added in the list of differential diagnostic considerations {2151}. See pleural section for additional information.

#### Immunoprofile
Solitary fibrous tumours are CD34 and bcl-2 positive. They are consistently negative for epithelial markers, muscle spe-




**Fig. 4.39** Mesothelioma of pericardium. **A** Note the extensive tumour encasing the pericardium. **B** In many cases, the pericardial mass is in continuity with pleural mesothelioma.

cific actin, desmin, CD31, CD117 (c-kit), S-100 protein calretinin, and inhibin {596,772,1473,2127}.

#### Differential diagnosis
Sarcomatous mesotheliomas of the pericardium are distinguished from solitary fibrous tumours by their diffuse growth pattern, and keratin and calretinin reactivity. On the other hand, solitary fibrous tumour may closely mimic monophasic synovial sarcoma and low- grade fibrosarcoma. Fibrosarcoma tends to be more architecturally monomorphic and negative for CD34. Monophasic synovial sarcoma has higher grade cytology, plumper nuclei and shows focal keratin reactivity. Endometrial stromal sarcoma, and metastatic granulosa cell tumour may be excluded by negative reactivity for cytokeratin, estrogen and progesterone receptors, and inhibin.



**Fig. 4.40** Localized fibrous tumor of the mesothelium is identical in appearance to those of the pleura. Note the spindle cell growth with prominent vascularity and variable cellularity.

  

**Fig. 4.41** Pericardial mesothelioma. **A** The majority of pericardial mesotheliomas are epithelioid. **B** Strong expression of calretinin. **C** Strong expression of cyto-keratin 7.

### Prognosis and predictive factors
The prognosis is generally good, although recurrences and local spread have been reported. Criteria for malignancy of pleural tumours include necrosis and a mitotic count of greater than 4 per 10 high powered fields, but the applicability of these criteria to tumours in the heart and pericardium is unknown.

## Malignant mesothelioma

### Definition
Malignant mesothelioma arises from mesothelial cells or demonstrates mesothelial differentiation. The definition of primary pericardial mesothelioma stipulates that there is no tumour present outside the pericardium, with the exception of lymph node metastases.

### ICD-O code                     9050/3

### Epidemiology
Mesothelioma of the pericardium represents approximately 0.7% of malignant mesotheliomas {831}. As with mesotheliomas in other sites, the incidence may be increasing, due to the latency between asbestos exposure and tumour development {1074}.

### Etiology
Like pleural mesotheliomas, a large proportion of mesotheliomas of the pericardium are induced by asbestos {1074}. Iatrogenically induced pericardial mesotheliomas have been reported decades after exposure to pericardial dusting with asbestos and fibreglass as a treatment for angina pectoris. Therapeutic radiation for breast cancer and mediastinal lymphoma has also been implicated in rare patients. However, there remains a subset of patients with mesothelioma who have no known exposure history.

### Clinical features
#### Signs and symptoms
The mean age of patients with pericardial mesothelioma is about 45 years, with a wide age range, including elderly, older children and young adults. The initial course is usually related to pericardial effusions. Tamponade may eventually occur {1202}.

#### Imaging
Echocardiography usually shows pericardial effusions and may show pericardial thickening. However, because pericardium is at the periphery of the field of view obtainable with echocardiography, MRI or CT are usually necessary. MRI and CT usually demonstrate pericardial fluid as well as pericardial thickening and/or pericardial masses {737}.

### Macroscopy
Malignant mesotheliomas of the pericardium can form bulky nodules that fill the pericardial cavity. The tumour can also spread diffusely over the pericardial surface and completely encase the heart. They can further encircle the great vessels and may obstruct the venae cavae.

### Histopathology
Malignant mesotheliomas of the pericardium resemble pleural mesotheliomas. Although the majority are of the epithelioid type, forming tubules, papillary structures, and cords of infiltrating cells that can incite a desmoplastic response, the sarcomatous variant is also common. Variants similar to those described in the pleura may also be seen in the pericardium e.g. microcystic, adenomatoid, deciduoid {1649,1802}.

#### Immunoprofile
The immunohistochemical profile of pericardial mesothelioma is similar to that of pleural mesothelioma. Expression of mesothelial antigens, such as calretinin, and cytokeratins 5/6 are helpful in the diagnosis, as are negative reactions for adenocarcinoma markers, such as carcinoembryonic antigen.

### Electron microscopy
Ultrastructurally, mesothelioma cells from epithelioid areas contain branched, bushy microvilli. Cytoplasmic tonofibrils are present in approximately 50% of tumours. Asbestos bodies may be identified within pericardial mesothelioma, but are of no diagnostic utility.

### Differential diagnosis
The distinction between mesothelioma and pleural-based lung adenocarcinoma can be quite difficult, and is generally based on immunohistochemical findings. Distinction from reactive mesothelial cell proliferations may also be difficult; in comparison to reactive pleural mesothelial proliferations, reactive pericardial mesothelial cells may be more deeply "invasive". Reactive stromal cells may also often attain bizarre and pleomorphic shapes, confusing the histopathologic picture. Other malignancies that may be confused with mesothelioma include pericardial-based angiosarcoma, which may elicit a prominent mesothelial response, malignant solitary fibrous tumour and synovial sarcoma. Immunohistochemistry is invaluable in such circumstances. Mesothelioma lacks the X;18 translocation of synovial sarcoma.

### Prognosis and predictive factors
The prognosis of pericardial mesothelioma is poor. Fifty per cent of patients

# Exhibit B

**Ian Rivamonte**

| | |
|---|---|
| **From:** | Joseph D. Satterley |
| **Sent:** | Tuesday, May 10, 2022 11:03 AM |
| **To:** | James Murdica; Gregory M. Gordon; Alex Calfo; kfournier@kslaw.com; allison.brown@skadden.com |
| **Cc:** | Steven Kazan; David M. McClain; Denyse F. Clancy; Ian Rivamonte |
| **Subject:** | Hernandez-Valadez - economist report |
| **Attachments:** | Economic Report, Robert Johnson, Valadez, Anthony(3164928.1).pdf |

Jim,
Good seeing you in New York today.  I am following up on my previous letter on Anthony's case.

Attached is the economist report showing the economic loss (not including medical bills) is over $3.6 million.

Please let me know if you need any additional information to quickly resolve this case.

Thank you.

Joseph D. Satterley

# EXHIBIT B

# ECONOMIC  IMPACT
# REPORT

Robert W. Johnson & Associates

4984 El Camino Real Suite 210 Los Altos, CA 94022

PERSONAL INJURY
Economic Impact Report

Anthony Valadez

Robert W. Johnson & Associates
Los Altos, CA

# Robert W. Johnson & Associates

### FORENSIC ECONOMISTS

May 2, 2022

Mr. Joseph Satterley
Kazan, McClain, Satterley & Greenwood
55 Harrison Street, Suite 400
Oakland, CA 94607

Re: Anthony Valadez

Dear Mr. Satterley:

I have examined the information given to Robert W. Johnson & Associates regarding Mr. Anthony Valadez and his pecuniary losses. Based on this data, I have calculated the present cash value of his economic loss using generally accepted statistical techniques and econometric methods of analysis. My opinion on this matter is set forth below. This economic analysis does not include any possible damages for Mr. Valadez's non-economic damages.

This economic loss evaluation presumes several economic relationships regarding inflation, wages and wage growths. These relationships were empirically determined based on over 50 years of post-World War II economic data (please see the discussion of economic assumptions). Interest rates are those that are currently available.

|  | Total Present Value |
|---|---|
| Expected Income | $1,931,573 |
| Social Security Income | $375,042 |
| Household Services | $1,380,642 |
| TOTALS: | $3,687,257 |

If we can be of further assistance, please call either of us.

Very truly yours,

Robert W. Johnson

James A. Mills

## PERSONAL INJURY - ECONOMIC IMPACT REPORT
### Re: Anthony Valadez

Name: Mr. Anthony Valadez

Date of birth: 9/23/1998

Age at date of loss: 23
Gender: Male

Date of loss: 1/4/2022
Date of report: 5/2/2022

Expected Employment: Retail Sales Associate

This report quantifies the economic damages of this case. It does not include any non-economic damages.

All future losses, expenses, mitigating income, etc. (if applicable), beyond the current year are brought to a present value using the appropriate discount rates as discussed on the following page(s).

PERSONAL INJURY - ECONOMIC IMPACT REPORT
Re: Anthony Valadez

This analysis calculates the present value of Mr. Valadez's economic damages, starting 1/4/2022, until the end of his life expectancy. Future economic damages are reduced to present value using current U.S. Treasury (zero coupon strips) yields for each respective year in the future. This analysis does not consider loss of society or any other non-economic issue. This economist reserves the right to amend this opinion based upon more current or relevant data and evidence admitted at the time of trial.

**Expected Income:**

This analysis estimates Mr. Valadez's Expected Income for the remainder of 2022 to be $30,936, in 2023 through 2062 to be $31,248 per annum, and in 2063 to be $22,811 as a retail sales associate based on information supplied by 1040 tax forms[*]. Mr. Valadez's fringe benefits are estimated to be 9.25% of his Expected Income based on information supplied by counsel, the U.S. Bureau of Labor Statistics, and the Social Security Administration. Mr. Valadez's Expected Income is increased by an average growth rate of 3.9%. Mr. Valadez's Expected Income is calculated until the end of his work-life capacity in the year 2063.

**Social Security Income:**

This analysis estimates Mr. Valadez's Social Security Income for the remainder of 2065[1] to be $4,623, in 2066 through 2077 to be $17,124 per annum, and in 2078 to be $12,501 based on information supplied by the Social Security Administration[*]. Mr. Valadez's Social Security Income is increased by an average growth rate of 3.5%. Mr. Valadez's Social Security Income is calculated until the end of his life expectancy in the year 2078.

**Household Services:**

This analysis estimates Mr. Valadez's Household Services for the remainder of 2022[2] to be $13,048, in 2023 through 2062 to be $14,338 per annum, in 2063 to be $16,274, in 2064 through 2075 to be $21,508 per annum, and in 2076 to be $15,701 based on information supplied by the 2020 Dollar Value of a Day Study[*]. Mr. Valadez's Household Services are increased by an average growth rate of 3.9%. Mr. Valadez's Household Services are calculated until the end of his life expectancy, less two years.

---

[1] This analysis begins calculating Mr. Valadez's Social Security Income loss on 9/23/2065, at age 67.

[2] This analysis begins calculating Mr. Valadez's Household Services on 2/1/2022, per counsel.

[*] This is not the Future Value adjusted for growth.



# Wage Growth & Inflation Rates
## 1950 - 2021

Source: Economic Report of the President, 1991 - 2022;
The U.S. Bureau of Labor Statistics

Robert W. Johnson & Associates



# U.S. Treasury Zero Coupon Strips*
## 2023 - 2051

Robert W. Johnson & Associates

Source: Charles Schwab & Co. 3/31/2022

*Principal Only - Notes & Bonds





**Decline in the Purchasing Power of $100**
**1950 - 2021**

Robert W. Johnson & Associates

Source: Economic Report of the President, 1991 - 2022;
The U.S. Bureau of Labor Statistics



# Average Weekly Earnings in Private Non-Agricultural Industries
## 1950 - 2021

Robert W. Johnson & Associates

Source: Average Weekly Earnings, Total Private; Economic Report of the President, 1991 - 2022

PERSONAL INJURY - ECONOMIC IMPACT REPORT
Re: Anthony Valadez

Expected Income

| Year | Present Value |
|------|---------------|
| 2022 | 33,798 |
| 2023 | 34,766 |
| 2024 | 35,180 |
| 2025 | 35,694 |
| 2026 | 36,172 |
| 2027 | 36,715 |
| 2028 | 37,333 |
| 2029 | 37,893 |
| 2030 | 38,487 |
| 2031 | 38,985 |
| 2032 | 39,457 |
| 2033 | 39,981 |
| 2034 | 40,493 |
| 2035 | 41,021 |
| 2036 | 41,508 |
| 2037 | 41,907 |
| 2038 | 42,418 |
| 2039 | 42,784 |
| 2040 | 42,647 |
| 2041 | 42,708 |
| 2042 | 43,122 |
| 2043 | 43,799 |
| 2044 | 44,331 |
| 2045 | 45,315 |
| 2046 | 46,157 |
| 2047 | 47,406 |
| 2048 | 48,793 |
| 2049 | 49,782 |
| 2050 | 50,912 |
| 2051 | 52,603 |
| 2052 | 53,393 |
| 2053 | 54,195 |
| 2054 | 55,009 |
| 2055 | 55,835 |
| 2056 | 56,674 |
| 2057 | 57,525 |
| 2058 | 58,389 |
| 2059 | 59,267 |

PERSONAL INJURY - ECONOMIC IMPACT REPORT
Re: Anthony Valadez

Expected Income

| Year | Present Value |
|------|---------------|
| 2060 | 60,157 |
| 2061 | 61,060 |
| 2062 | 61,978 |
| 2063 | 45,924 |
| Total | 1,931,573 |

PERSONAL INJURY - ECONOMIC IMPACT REPORT
Re: Anthony Valadez

Social Security Income

| Year | Present Value |
|------|---------------|
| 2065 | 7,253 |
| 2066 | 27,148 |
| 2067 | 27,434 |
| 2068 | 27,723 |
| 2069 | 28,014 |
| 2070 | 28,309 |
| 2071 | 28,607 |
| 2072 | 28,909 |
| 2073 | 29,213 |
| 2074 | 29,520 |
| 2075 | 29,831 |
| 2076 | 30,145 |
| 2077 | 30,463 |
| 2078 | 22,473 |
| Total | 375,042 |

PERSONAL INJURY - ECONOMIC IMPACT REPORT
Re: Anthony Valadez

Household Services

| Year | Present Value |
|------|---------------|
| 2022 | 13,048 |
| 2023 | 14,602 |
| 2024 | 14,776 |
| 2025 | 14,992 |
| 2026 | 15,192 |
| 2027 | 15,421 |
| 2028 | 15,680 |
| 2029 | 15,915 |
| 2030 | 16,164 |
| 2031 | 16,374 |
| 2032 | 16,572 |
| 2033 | 16,792 |
| 2034 | 17,007 |
| 2035 | 17,229 |
| 2036 | 17,433 |
| 2037 | 17,601 |
| 2038 | 17,815 |
| 2039 | 17,969 |
| 2040 | 17,912 |
| 2041 | 17,938 |
| 2042 | 18,111 |
| 2043 | 18,396 |
| 2044 | 18,619 |
| 2045 | 19,032 |
| 2046 | 19,386 |
| 2047 | 19,910 |
| 2048 | 20,493 |
| 2049 | 20,908 |
| 2050 | 21,383 |
| 2051 | 22,093 |
| 2052 | 22,425 |
| 2053 | 22,762 |
| 2054 | 23,104 |
| 2055 | 23,451 |
| 2056 | 23,803 |
| 2057 | 24,161 |
| 2058 | 24,524 |
| 2059 | 24,892 |

## PERSONAL INJURY - ECONOMIC IMPACT REPORT
### Re: Anthony Valadez

Household Services

| Year | Present Value |
|------|--------------:|
| 2060 | 25,266 |
| 2061 | 25,645 |
| 2062 | 26,031 |
| 2063 | 29,989 |
| 2064 | 40,230 |
| 2065 | 40,834 |
| 2066 | 41,447 |
| 2067 | 42,070 |
| 2068 | 42,702 |
| 2069 | 43,343 |
| 2070 | 43,994 |
| 2071 | 44,655 |
| 2072 | 45,326 |
| 2073 | 46,007 |
| 2074 | 46,698 |
| 2075 | 47,399 |
| 2076 | 35,121 |
| Total | 1,380,642 |

## PRESENT VALUE CALCULATION

This report quantifies the economic damages of this case. It does not include non-economic (general) damages.

The lost wages and earning capacity are assumed to increase in the future. The wage growth rates used in this report were determined from post-war (1950 - 2021) U.S. economic data and are illustrated in the attached chart. The economic data for the period of 1950 - 1963 has been adjusted to incorporate post 1963 data set changes. Future lost wages and earning capacity are also assumed to be adjusted to present value based on current interest rates. The interest rates used in this report are current yields on U.S. Treasury Securities, also illustrated in an attached chart.

In cases where the subject's wage growth is assumed to track the national average and he/she has no expected job changes, it is assumed that wages will remain constant after the present year. Wage growth, inflation, and interest rates are all accounted for in the present value process.

Similar to the present value process for lost wages and earning capacity, anticipated future expenses and medical costs are also assumed to increase in the future. The inflation rates used in this report were determined from post-war (1950 - 2021) U.S. economic data and are illustrated in the attached chart. Future expenses and medical costs are also assumed to be adjusted to present value based on current interest rates.

BIBLIOGRAPHY

Bureau of Labor Statistics:  Consumer Price Index, 2021
                            Medical Consumer Price Index, 2021
                            Hospital & Related Services Price Index, 2021.

Bureau of Labor Statistics, OCCUPATIONAL OUTLOOK HANDBOOK, current year.

Bureau of Labor Statistics, WORK LIFE ESTIMATES, U.S. Department of Labor, 1986.

Kaiser Family Foundation, "Prescription Drug Trends", May 2010;

U.S. Government Accountability Office, "Prescription Drugs: Trends in Usual and
Customary Prices for Commonly Used Drugs", GAO-11-306R (2011).

AON Hewitt "Disclosure Under Pension Plans", 2016.

U.S. Census Bureau, STATISTICAL ABSTRACT OF THE UNITED STATES, 2012.

Center for Nutrition Policy and Promotion, EXPENDITURES ON CHILDREN BY FAMILIES,
publication number 1528-2015, United States Department of Agriculture, 2017.

Patton, Robert and Nelson, David, "Estimating Personal Consumption Costs in Wrongful
Death Cases", in JOURNAL OF FORENSIC ECONOMICS, 4(2) 1991; and Ruble, Michael,
Patton, Robert and Nelson, David, "Patton-Nelson Personal Consumption Tables 2016-17"
in JOURNAL OF LEGAL ECONOMICS, 25(1-2) 2019.

Council of Economic Advisors, ECONOMIC REPORT OF THE PRESIDENT, 1991-2022.

U.S. Census Bureau, CURRENT POPULATION SURVEY 2020, ANNUAL SOCIAL AND
ECONOMIC SUPPLEMENT, Educational Attainment Tables PINC-03 and PINC-04,
2007-2020.

NATIONAL VITAL STATISTICS REPORTS, Volume 69, Number 12, UNITED STATES
LIFE TABLES, 2018.  National Center for Health Statistics, 2020.

Expectancy Data, THE DOLLAR VALUE OF A DAY, TIME DIARY ANALYSIS: Dollar
Valuation. Shawnee Mission Kansas, current year.

United States Department of Labor, Bureau of Labor Statistics, NATIONAL
COMPENSATION SURVEY: EMPLOYER COSTS FOR EMPLOYEE COMPENSATION, -
December 2021.

Charles Schwab & Co. - U.S. Treasury Zero Coupon Strips, Principal Only, 3/31/2022.

# Exhibit C

**File Provided Natively**

# EXHIBIT C

JNJ 000446880

# A Backgrounder on Talc and Talc Based Powders

## Lorena Weber Telofski, CMPP

Scientific Engagement Leader

Baby Skincare, North America





CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# What is Talc?



# Hydrated Magnesium Silicate -  $Mg_6 Si_8 O_{20} (OH)_4$

- A naturally occurring mineral; mined from ore deposits
- As used in body powders defined as a <span style="color:red">powdered hydrous magnesium silicate, which belongs to the family of sheet silicates (e.g., a type of clay)</span>
- It has a flat, plate-like structure, giving it is natural slippery and soft feel when spread.  It is the softest known mineral.
- Heat stable
- Inert



Schematic structure of talc
Industrial Minerals Association - Europe (IMA-Europe), 2012

Johnson&Johnson
CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 23-08825-MBK Doc 234-83 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibit 2011 A - Date Slayed Declaration PART 1 age Page 87 of 225

4

# Cosmetic Talc





**Hydrophobic plate**

**Hydrophilic edges**

Unique Properties of Talc Make it an Excellent Powder in High Humidity
Water Molecules Adsorb On the Surface (hydrophobic behaviour)
Resists "Wetting"



# End Uses (Grades Vary)

- Industrial
  - Ceramics, coatings, paints, paper, roofing materials, rubber, waste water treatment
- Agricultural
  - Anti-caking, dispersant for fertilizers
- Food
  - Anti-stick coating (candies, gum); processing of olive oil; flow agent for rice
- Cosmetic
  - Absorbent, Opacifying Agent, Skin Protectant, Slip Modifier
- Pharmaceutical
  - Bulking agent, anti-stick agent for medications (e.g., pills)
  - Used for pleurodesis (treatment of malignant pleural effusions)



CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# Examples of Cosmetic Use

- Antiperspirants, Deodorants
- Body Powders (Baby, Adult)
- Bath, Shower Products
- Beauty Products
- Creams, Lotions
- Hair Care Products
- Lipsticks
- Shaving Products
- Sun Protection Products



CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# Ensuring Safety of Talc Powder

Microbiology

Mineral Purity





CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# Important to Maintain Microbial Purity

- 1946 New Zealand
  - Case of Tetanus from microbe *Clostridium tetani*
- Essential to Ensure Safe Microburden
- Common Processes
  - Heat Treatment
  - Steam Sterilization



Case 2:23-02825-MBK Doc 483 Filed 05/04/22 Entered 05/04/22 08:36:20 Desc
Exhibit Exhibit 2011 A-Date Slayed Declaration DART Page Page 92 of 225

9

# Similar Chemistry Doesn't Mean SAME



DIAMOND          GRAPHITE

Image sourced from Google Images

Johnson&Johnson

CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# Talc and Asbestos Share Similar Chemical Components But Could Not Be More Different!

- Differences are often misunderstood
- Each individually formed under different geological conditions
- Mined from separate ore bodies
- Myth that these two ores are co-mined or commonly associated
- Absence of asbestos in talc is routinely confirmed through a battery of tests
  - Talc suppliers utilize sophisticated testing to comply with regulatory and industry-wide requirements and with their own internal SOPs
  - X-ray diffraction, optical and electron microscopy

Asbestos is HIGHLY Regulated

Johnson & Johnson

CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# Physical Structure (Morphology) of Asbestos is Vastly Different

- Asbestos is fiber-like (needle-like; clusters or individuals)
- High tensile strength, high durability
- The needle-like structure is the property that gives it the ability to imbed in pulmonary tissue
- Carcinogenic properties due to morphological structure (e.g., fibrous characteristics)




Images Sourced From - What is Asbestos?  The challenges of defining and characterizing asbestos in a changing regulatory world.  Session 2 – Analysis for Asbestos by X-ray Diffraction and Polarized Light Microscopy: Strengths and Limitations.  RJ Lee Group, Inc.  2009


Johnson&Johnson
CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 23-12825-MBK   Doc 234-83   Filed 05/04/23   Entered 05/04/23 08:09:20   Desc
Exhibit Exhibit 2011 A- Date Slayed Declaration PART 1   Page 95 of 225

12

# Grades of Talc – Two Important  Groupings

- Industrial
  - Mixture of talc with other similar minerals / rocks found in association
  - Absence of asbestos / asbestiform fibers
- Cosmetic / Pharmaceutical / Food Grades
  - Pure grade of 99+% hydrated magnesium silicate
  - Absence of asbestos / asbestiform fibers
  - Limits on other mineral constituents (e.g., quartz)
  - Slight differences food vs. USP

Cosmetic Grade Talc is Produced to
United States Pharmacopeia (USP) Standards



CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 23-12825-MBK   Doc 2483   Filed 05/04/23   Entered 05/04/23 08:09:20   Desc
Exhibit Exhibit 2011 A-Date Slayter Declaration PART 1 Page 96 of 225

13

# To Sum - Talc Safety

- Publications on safety and non-toxic nature of talc go back to 1944
- Cosmetic grade talc – documented evidence of "absence of asbestos" since the 1970s
  - Asbestos is highly regulated

KEY TAKEAWAY
Talc and Asbestos are *VERY DIFFERENT*



# Talc – Let's Discuss Its Safe Use

In Use Application

Lung Effects

Ovarian Effects





# In Use Application
# Avoiding Ingestion, Choking, Blocking Nose / Mouth

- Can occur through misuse - infant or sibling inverts container over face; good labeling required

- EU Labeling Requirement for Children < 3 Years
  - Warn to keep powder away from children's nose and mouth

- Canada Labeling Requirement for Infants / Children
  - Cautionary Statements  - "Keep out of reach of children; "Keep powder away from child's face to avoid inhalation which can cause breathing problems."



CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# JOHNSON'S® Baby Powder – Original "Shaker" Package



**BABY POWDER (TALC) SAFETY ICONS**



**WARNING:** Keep powder away from child's face to avoid inhalation, which can cause breathing problems. Avoid contact with the eyes. For external use only.

**To Use:**
1. Shake powder directly into your hand, away from the face, before smoothing onto the skin.

2. Close tightly after use, store in a cool, dry place.

- Provides important warning statement to avoid misuse / promote safe use

- Provides directions for use to further promote safe use / to avoid misuse

- Uses icons (pictures) to enhance understanding



CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 2:23-08825-MBK  Doc 234-83  Filed 05/04/22  Entered 05/04/22 08:30:20  Desc
Exhibit Exhibit 83 List A Satterley Declaration PART Page 90 of 100 1 of 225

17

# Lung Effects

- Occupational cohort studies of talc inhalation **did not** show an increased risk of lung cancer*
  - 5 published studies
    - 4 of the 5 Studies - no case of mesothelioma** (mesothelioma not studied in the 5th study)
    - In 2 of these studies that had dose-response measurements, no excess risk was found in the highest exposed group
- Results of studies involving miners and millers support **lack of association** between talc and *any* cancer
  - Miners exposed to high levels of talc sometimes developed fibrosis (which can occur with any dust);  there was no excess of pulmonary tumors

\*   Also no increased risk of ovarian cancer

\*\* Mesothelioma known to be exclusively caused by asbestos

Note, references included in bibliography.



Case 2:12-cv-03895-MBK   Doc 234 83   Filed 05/04/22   Entered 05/04/22 08:36:20   Desc
Exhibit Exhibit E 23 list A-Satte Sept Decl a Declaration R ARTP Page age of 101 of 225

18

# Lung Effects

- Cohort studies of very high dose pleurodesis* (~8 grams) to treat pneumothorax patients showed no subsequent risk of cancer (talc* applied directly to the lung pleura)

  – Talc pleurodesis fist reported in 1935[1]

  – Performed routinely for preventing recurrent pneumothorax and effusions with a success rate of over 90%

  – Talc is the preferred agent

•Treatment of pneumothorax patients, talc applied directly to the lung pleura
** Sterile talc

> ## 99 Patients Were Followed For Over 20 Years
> ## No Increase of Cancer[2]

1. Bethune N. Pleural poudrage: a new technique for the deliberate production of pleural adhesions as a preliminary to lobectomy.  J Thorac Surg. 1935; 4:251-161.
2. Lange P, Mortensen J, Groth S.  Lung function 22-35 years after treatment of idiopathic spontaneous pneumothorax with talc poudrage or simple drainage.  Thorax 1988; 43(7) 559-561.



Johnson & Johnson
CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 23-03885-MBK Doc 2483 Filed 05/04/22 Entered 05/04/22 08:06:20 Desc
Exhibit Exhibit 2B list A Satterley Declaration PART P age 102 of 225

19

# Lung Effects

- In over 100 years of use, no case of lung damage from normal use

- Normal infant exposure: 0.007 mg/hr/m3 breathed*[1]

  - Lifetime Rat Study – No Effect at 6000x the infant exposure level[2]

- Natural lung defense mechanisms that normally deal with dust in the air can deal with exposures above normal infant exposure

* Based on 5 applications / day

1. Hildick-Smith GY. The biology of talc. *British Journal of Industrial Medicine.* *1976;33(217):229.*
2. Wagner JC, Berry G, Cooke TJ, Hill RJ, Pooley FD, Skidmore JW. Animal experiments with talc. Inhaled Part. 1975; 4 Pt2:647-654



# Ovarian Effects



Johnson&Johnson

CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# Historical Context

- Talc first came to attention of scientists because of compositional similarities to asbestos
  - Asbestos is a known and potent carcinogen
  - Talc has not been shown to have carcinogenic effects of asbestos
- Cramer Hypothesis
  - 1982 - Epidemiologic association between ovarian cancer and cosmetic talc first published by Prof. Daniel Cramer and his research group at Harvard University[1]
  - 1992 – Follow-up case-control study[2] (OR 1.5; CI 1.1-2.7)
  - Cramer's hypothesis for linking talc and ovarian cancer
    - Some ovarian tumors histologically resemble mesotheliomas (a tumor only caused by asbestos exposure)
    - Talc and asbestos share similar chemical components

1  Cramer DW, Welch WR, Scully RE, Wojciechowski CA (1982)  Ovarian cancer and talc.  *Cancer* 50:372-376.
2  Harlow BL, Cramer DW, Bell DA, Welch WR (1992) Perineal exposure to talc and ovarian cancer risk.  *Obstet Gynecol* 80: 19-26



Johnson & Johnson
CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# Evidence

- Reported Adult Talc Perineal Dusting – 21 studies*[1,2]
  - Odds Ratio (OR) 1.3
  - No author reported a causal role for talc
  - Dose Response – 10 studies*
    - Most show no dose response with increasing usage
      - Only two showed an increasing trend in the OR with higher dose
    - Some show inverse response
      - Lowest exposure associated with highest risk
      - Highest exposure associated with lowest risk
  - The one epidemiological study that permitted women to acknowledge that they did not know the ingredients in their powder showed no association with ovarian cancer risk

 * Meta Analysis

1.Langseth H, Hankinson SE, Siemiatrycki J. Welderpass E Perineal talc exposure and subsequent epithelial ovarian cancer. (2008) J Epidemiol Community Health 62:358-360. (Meta analysis performed pooling and reviewing data of 20 case-control studies.) (OR 1.35, CI 1.26-1.46)
2. Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. (2011) Cancer Causes Control 22:737-742. IR 1,27, CI 1.02-2.37).



Case 3:23-cv-02885-MBK   Doc 234-83   Filed 05/04/22   Entered 05/04/22 08:09:20   Desc
Exhibit Exhibit E31 to A Satterley Declaration PART Page 95 of 106 of 225

23

# Evidence

- ## Only One Prospective Cohort Study – Gertig, et al, 2000[1]
  - Nurse's Health Study (established 1976)
  - Cohort of 121,700 female RNs were questioned about behaviors and followed over a 14 year time period (1982-1996).
  - 307 nurses developed OC
  - Findings
    - Perineal talc use not associated with risk for ovarian cancer (RR 1.09, CI 0.86-1.37)
    - 160 (of 307) - serous type cancers;
      - 84 did not use talc, 76 did use talc
      - Adjusted RR 1.33; CI 0.98 – 1.82.
      - Authors commented that perineal talc use may modestly increase the risk of serous ovarian cancer
    - No dose response shown
- ## Conclusion - Talc is not a causal factor for ovarian cancer
  - IARC (2006)  - similarly concluded

1.  Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, Hankinson SE. Prospective study of talc use and ovarian cancer, *J Natl Cancer  Institute* (2000) 92(3):249-252.



CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# Evidence

- Sanitary Napkin with Talc Exposure -12 Studies*
  - No significant increased risk of ovarian cancer
- Talc Dusted Diaphragm – 9 Studies*
  - No significant increased risk of ovarian cancer
- Talc Dusted Condom – 5 Studies*
  - No significant  increased risk of ovarian cancer
  - Time trend studies of talc-dusted condom use do not show a correlation with ovarian cancer incidence rates
- Male Genital Talc Use – 2 Studies*
  - No significant increased risk of ovarian cancer

\* Meta Analysis

Note, references included in bibliography.



Case 2:23-02825-MBK Doc 234-83 Filed 05/04/22 Entered 05/04/22 08:30:20 Desc
Exhibit Exhibit E3 list A Battery Declaration PART page 97 of 108 of 225

25

# Evidence

- Occupational cohort studies of talc inhalation
  - No significant increased risk of lung and ovarian cancer
- Cohort studies of talc pleurodesis (~ 8 grams)
  - No statistically increased risk of cancer
- Experimental animal studies have not demonstrated that talc induces cancer
- Studies of particle migration in the female reproductive tract are inconclusive
- Theory of talc induced inflammation / oxidative stress is not supported
  - Numerous studies show no positive association between gynecologic conditions and ovarian cancer


Johnson&Johnson
CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 2:30:cv-2895 MBK Doc 2483 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibit E 31st A Date Sayre ep Deloria R ART page Page 109 of 225

26

Case 2:30:cv-2895 MBK Doc 2483 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibit E 31st A Date Sayre ep Deloria R ART page Page 109 of 225

# Risk Factors for Ovarian Cancer (Epithelial) Evidence of Genuine Associations

| Factors Known to Contribute | Factors Known to Protect |
|---|---|
| **Family History – maternal or paternal** | |
| **Personal History – breast cancer** | |
| Age – post menopause | Age - rare ≤ 40 years of age |
| Obesity - Body Mass Index (BMI) ≥ 30 | Breast Feeding |
| Reproductive History - nulliparity (never having given birth) | Reproductive History – risk drops with each full term pregnancy |
| Dietary Intake – High Fat Diet, Milk | Dietary Intake – Low Fat Diet |
| Fertility Drugs – some studies have found that using specific fertility drug for longer than one year may increase risk | Birth Control – number of years on oral contraceptives (the pill). Recent study reports lower risk with DMPA) |
| Estrogen Replacement Therapy after menopause – recent studies suggest an increased risk | Gynecologic Surgery – tubal ligation, hysterectomy (without ovary removal) |

Note - Factors not in order of risk level.
Source – American Cancer Society 2013 – www.cancer.org

Johnson & Johnson
CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# Agency Positions On Association Of Talc and Ovarian Cancer



Johnson & Johnson

CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 2:23-cv-02885-MBK   Doc 234-3   Filed 05/04/23   Entered 05/04/23 08:09:20   Desc
Exhibit Exhibit 2311 to Bailey Declaration - Part 1   Page 100 of 171
Case 21-30589-MBK   Doc 3483   Filed 05/04/23   Entered 05/04/23 08:06:22   Desc
Exhibit Exhibits A-D to Bailey Declaration   Page 111 of 225

28

# National Toxicology Program (NTP)

- US federal agency under Dept of Health and Human Services
- Evaluates agents for their carcinogenicity
- Asbestos listed
- Talc is Not listed

Decision NOT to Include Cosmetic Talc in its Report on Carcinogens (RoC)

National Toxicology Program – Nomination for Reviews and Reviews – 1993, 2000, 2005, 2007



# IARC Talc Monograph Summary Conclusions - 2006

- Cancer in Humans
  - There is *inadequate evidence in humans for the carcinogenicity of inhaled talc not* containing asbestos or asbestiform fibres. There is *limited evidence in humans for the carcinogenicity of perineal use of talc based* body powder.
- Cancer in Experimental Animals
  - There is *limited* evidence in experimental animals for the carcinogenicity of talc not containing asbestos or asbestiform fibres.
- Overall evaluation
  - Perineal use of talc-based body powder is *possibly carcinogenic to humans (Group 2B).*
  - Inhaled talc not containing asbestos or asbestiform fibres is *not classifiable as to its carcinogenicity (Group 3).*

*IARC Monographs on the Evaluation of Carcinogenic Risks to Humans,* VOLUME 93 - Carbon Black, Titanium Dioxide, and Talc., This publication represents the views and expert opinions of an IARC Working Group on the Evaluation of Carcinogenic Risks to Humans,which met in Lyon,7–14 February 2006.  Monograph  2010.



CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

30

Case 2:23-cv-02925-MBK   Doc 3483   Filed 05/04/22   Entered 05/04/22 08:09:20   Desc
Exhibit Exhibit 23 to Dhillon Declaration - Part Page 113 of 225

# Cosmetic Ingredient Review (CIR) Conclusions (2013)

- Talc for use in cosmetics is **safe in the present practices of use and concentrations**

- Talc should not be applied to the skin when the epidermal barrier is missing or significantly disrupted

- Summary comments on Epidemiological Data

  - Cited a lack of consistent statistically significant positive associations across studies

  - Lack of positive dose response or a lack of cause and effect

  - Statistical risks were weak and uniformly small

Cosmetic Ingredient Review Expert Panel – Safety Assessment of Talc as Used for Cosmetics – Final Report (April 12, 2013)



# To Sum



Johnson&Johnson

CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# TO SUM

- Hill Criteria – Insufficient Evidence

- No reports that talc induces any of the six hallmarks of cancer[1,2]

- Overall scientific bodies / agencies find talc safe for intended use in cosmetic applications, the 2006 IARC classification of Group 2B, notwithstanding

Weight of the Evidence -
Cosmetic Talc Safe For Intended Use

1. Hanahan D, Weinberg RA. The Hallmarks of Cancer. (2000) Cell 100:57-70
2. Hanahan D, Weinberg RA. Hallmarks of Cancer : The Next Generation (2011) Cell 144:646-674



# THANK YOU!





© Johnson & Johnson Consumer Companies, Inc. 2014

CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# Exhibit D

| | |
|---|---|
| 1 | SUPERIOR COURT OF THE STATE OF CALIFORNIA |
| 2 | COUNTY OF ALAMEDA |
| 3 | BEFORE THE HONORABLE STEPHEN KAUS |
| 4 | DEPARTMENT 19 |
| 5 | VIA ZOOM CONFERENCE |
| 6 | ---oOo--- |
| 7 | CHRISTINA G. PRUDENCIO, |
| 8 | Plaintiff, |
| 9 | vs.                              No. RG20061303 |
| 10 | JOHNSON & JOHNSON, et al., |
| 11 | |
| 12 | Defendants.<br>_____/ |
| 13 | |
| | REPORTER'S TRANSCRIPT OF PROCEEDINGS |
| 14 | |
| | (Trial - Alice Blount, Ph.D., |
| 15 | David S. Egilman, M.D., MPH) |
| 16 | Thursday, June 17, 2021 |
| 17 | Full Session |
| 18 | |
| 19 | |
| 20 | |
| | Taken before EARLY K. LANGLEY, B.A., RMR, RSA |
| 21 | CSR No. 3537 |
| 22 | |
| 23 | |
| 24 | |
| | VOLUME 22 |
| 25 | |
| | PAGES 3074 - 3255 |

Page 3074

Aiken Welch, A Veritext Company
510-451-1580

EXHIBIT D

1 APPEARANCES OF COUNSEL ON THE RECORD VIA ZOOM
2 CONFERENCE:
3
4 For the Plaintiff:
5    JOSEPH SATTERLEY
     IAN RIVAMONTE
6    Kazan, McClain, Satterley & Greenwood
     55 Harrison Street, Suite 400
7    Oakland, California 94607
     (510) 302-1000
8    Jsatterley@kazanlaw.com
     Irivamonte@kazanlaw.com
9
10 For the Defendants Johnson & Johnson, Johnson & Johnson
     Consumer Companies, Inc., Johnson & Johnson Inc., sii
11 Johnson & Johnson Cons Companies:
12    MORTON D. DUBIN
      SHAILA R. DIWAN
13    KEVIN HYNES
      King & Spalding LLP
14    1185 6th Ave Of The Americas
      New York, NY 10036
15    (212) 556-2100
      Sdiwan@kslaw.com
16    Mdubin@kslaw.com
      Khynes@kslaw.com
17
18
19
20
21
22
23
24
25
                                                    Page 3075

1        INDEX - VOLUME 22 - (Pages 3074 - 3255)
2              INDEX OF EXAMINATIONS
3                   CHRONOLOGICAL
4
5 ALICE BLOUNT, Ph.D. (for the Plaintiff via
   videotape)
6       Examination By Mr. Lanier            3088
        Examination By Mr. Lanier            3093
7       Examination By Mr. Dubin             3117
8 ALICE BLOUNT, Ph.D. (for the Plaintiff restarted
   via videotape)
9       Examination By Mr. Dubin             3129
10 ALICE BLOUNT, Ph.D. (for the Plaintiff restarted
   via videotape)
11      Examination By Mr. Lanier            3132
        Examination By Mr. Dubin             3154
12      Examination By Mr. Lanier            3158
        Examination By Mr. Dubin             3158
13
14 DAVID STEVEN EGILMAN, M.D., MPH (for the
   Plaintiff)
15      Direct Examination By Mr. Satterley  3169
16
17
18
19
20
21
22
23
24
25
                                                    Page 3077

1        INDEX - VOLUME 22 - (Pages 3074 - 3255)
2                   SESSIONS
3 DATE                                 PAGE
4 Thursday, June 17, 2021
5 Morning and Afternoon Session            3081
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 3076

1        INDEX - VOLUME 22 - (Pages 3074 - 3255)
2              INDEX OF EXAMINATIONS
3                      ALPHA
4 WITNESSES:                           PAGE
5
   ALICE BLOUNT, Ph.D. (for the Plaintiff restarted   3129
6  via videotape)
7 ALICE BLOUNT, Ph.D. (for the Plaintiff via      3088
   videotape)
8
   DAVID STEVEN EGILMAN, M.D., MPH (for the
9  Plaintiff)
       Direct Examination By Mr. Satterley      3169
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 3078

INDEX - VOLUME 22 - (Pages 3074 - 3255)
INDEX OF EXHIBITS

PLAINTIFF'S                               ID    EV   WD
ID2      Demonstrative - Dr.      3208
         Egilman
ID10     Demonstrative - Dr.      3210
         Egilman
ID11     Demonstrative - Dr.      3215
         Egilman
ID3      Demonstrative - Dr.      3217
         Egilman
ID13     Demonstrative - Dr.      3218
         Egilman
ID5      Demonstrative - Dr.      3221
         Egilman
ID14     Demonstrative - Dr.      3227
         Egilman
ID15     Demonstrative - Dr.      3229
         Egilman
ID8      Demonstrative - Dr.      3232
         Egilman
ID9      Demonstrative - Dr.      3234
         Egilman
7707     Christian Koffmann       3165
         Videotape

Page 3079

INDEX - VOLUME 22 - (Pages 3074 - 3255)
INDEX OF EXHIBITS

DEFENDANT'S                               ID    EV   WD
         (No Exhibits Marked.)

Page 3080

--oOo--

P R O C E E D I N G S

--oOo--

Thursday, June 17, 2021 - 9:03 a.m.

(Morning and Afternoon Session)

(The following proceedings were held in the virtual breakout room with counsel only outside the presence of the jury:)

THE COURT: Let's go on the record.

MR. SATTERLEY: So we were talking off the      09:03:11
record about a couple of different things.

First, I renewed my motion with regards to Juror Number 3 being absent through part of my opening statement. Your Honor said we'll defer that till later, and I understand that. I understand Your Honor      09:03:24
wants to deal with that later.

The second issue is Dr. Blount. We're about to play the deposition, and defendant's requesting specific instructions, and they're saying that they want an instruction about something that occurred after      09:03:38
the deposition.

And we object to their attempts to get a court instruction about they were denied samples because they've never moved to compel in this court or any other Alameda County court to obtain anything, they've      09:03:54

Page 3081

never issued any subpoenas for anything, and for Your Honor to tell them that -- I don't know -- some instruction about they were denied access to certain things, when they never sought court order or relief, never sought that discovery --      09:04:11

This deposition is three years old, and they've not -- in Leavitt, they didn't move to compel anything. In Schmitz, they didn't move to compel anything. Blount, they didn't move to compel anything. Reyes, they didn't move to compel anything. In this case,      09:04:26
they didn't move to compel. They didn't issue any subpoenas.

And now, for Your Honor to give instructions that they were denied access to some evidence would be incredibly prejudicial.      09:04:36

MR. DUBIN: Your Honor, I don't understand why we are re-arguing the motion, you know, that Your Honor has already decided.

Again, recall, for the data, we did request the data in that action that she was in, and then they      09:04:47
provided -- she had no data. Right? And then we asked for another deposition to memorize that and to -- and, instead, the Court handled it through an instruction.

And so that was what Your Honor ruled on last time. If we are going to go back and re-rule it, then      09:05:05

Page 3082

| | |
|---|---|
| 1   JUROR NO. 13: Yeah. Thank you. | 1   I've written your name down on this sheet, and |
| 2   THE COURT: All right. We are ready to go. | 2   you can see it down at the end, 'Dr. Alice Blount.' |
| 3   Mr. Satterley, I understand you will be showing | 3   Can you make sure I'm pronouncing it right? |
| 4   the video of a deposition. Is that right? | 4   How do you say 'Blount'? |
| 5   MR. SATTERLEY: Yes, Your Honor. Dr. Egilman   09:11:33 | 5   A. I say 'Blount,' the same as you.   09:13:56 |
| 6   will be back later this morning. We have an | 6   Q. Dr. Blount, I want to ask you two important |
| 7   hour-and-five-minute video deposition of Dr. Alice | 7   questions, and then we're going to dig into some |
| 8   Blount. | 8   information behind your answers. Okay? |
| 9   THE COURT: All right. So let me just read the | 9   The first question is this: Have you tested |
| 10   instruction about what a deposition is to the jury.   09:11:43 | 10   Johnson & Johnson Baby Powder for asbestos?   09:14:08 |
| 11   So, ladies and gentlemen, you're about to see | 11   A. Yes. |
| 12   some deposition testimony. A deposition is the | 12   Q. One follow-up question. |
| 13   testimony of a person taken before trial. At a | 13   Does Johnson & Johnson Baby Powder -- or did it |
| 14   deposition, the person is sworn to tell the truth | 14   when you tested it -- have asbestos? |
| 15   is questioned by the attorneys. You must consider the   09:12:02 | 15   A. Yes.   09:14:26 |
| 16   deposition testimony that was presented to you in the | 16   Q. All right. So let's start out with who you |
| 17   same way as you consider testimony given in court. | 17   are. |
| 18   So, Mr. Satterley, go ahead. | 18   Now, I've had the benefit -- and we'll get into |
| 19   MR. SATTERLEY: Is our tech -- technical | 19   this in a little more detail later. I have had the |
| 20   person -- has he been admitted into the --   09:12:26 | 20   benefit of meeting with you, I think, on about three   09:14:44 |
| 21   Yeah, there we go, video witness. | 21   different times -- three or four; is that right? |
| 22   THE TECHNICIAN: Yes, I am here. | 22   A. That's about right. |
| 23   MR. SATTERLEY: Kevin, can you play the -- can | 23   Q. I know that on two or three of those times, we |
| 24   you screen share and play the deposition of Dr. Alice | 24   talked for about 20 or 30 minutes about this |
| 25   Blount.   09:12:40 | 25   information over a cup of coffee --   09:15:02 |
| Page 3087 | Page 3089 |

| | |
|---|---|
| 1   No sound. | 1   A. Yes. |
| 2   THE COURT: All right. Can everybody see -- if | 2   Q. -- at the bakery. |
| 3   you can't see the picture here, raise your hand, | 3   A. Yes. |
| 4   please. | 4   Q. And then last night we had dinner with your |
| 5   MR. SATTERLEY: Kevin --   09:13:03 | 5   husband, Jack, at a delightful place. So I don't   09:15:11 |
| 6   THE COURT: All right. Everyone can see it, | 6   really think we talked about this at all. |
| 7   and now we need some sound. | 7   A. No. |
| 8   MR. SATTERLEY: Kevin is muted, so he needs to | 8   Q. You brought with you some papers. And among |
| 9   unmute himself so the sound can be... | 9   those papers was a resumé that you did when you were |
| 10   THE COURT: There we go.   09:13:14 | 10   trying to -- or when you were getting ready for a   09:15:22 |
| 11   MR. SATTERLEY: And then let's start all over | 11   position or something at Rutgers, I think; is that |
| 12   again. | 12   right? |
| 13   ALICE BLOUNT, Ph.D. | 13   A. Yes, Rutgers in Newark. Newark branch of |
| 14   (For the Plaintiff via videotape) | 14   Rutgers. |
| 15   was played and reported to the jury as follows:   09:13:19 | 15   Q. We'll get to you and Rutgers in a minute.   09:15:38 |
| 16   EXAMINATION BY MR. LANIER: | 16   By the way, just for grins, tell the jury where |
| 17   Q. "Good morning, Dr. Blount. Thank you for | 17   you live now, and why we're having to do this by |
| 18   taking time this morning. I'm going to ask you some | 18   deposition instead of you just driving from Carbondale. |
| 19   questions" -- | 19   Where are we today? |
| 20   MR. SATTERLEY: Can you turn the volume up.   09:13:31 | 20   A. We're in Rutland, Vermont.   09:15:53 |
| 21   BY MR. LANIER: | 21   Q. Rutland, Vermont. And I know you still do some |
| 22   Q. -- "and then the other lawyers will ask you | 22   consulting work, but basically -- |
| 23   some questions as well. I'll probably come back and | 23   A. We came up here because I had a job up here. |
| 24   ask you a few more, and we'll try and move through this | 24   Q. All right. Very good. And then your husband's |
| 25   with all speed. Okay?   09:13:43 | 25   retired, I think.   09:16:07 |
| Page 3088 | Page 3090 |

5 (Pages 3087 - 3090)

Page 3099

1 program from him, and that's the whole story.
2    Q. You and I were talking about this and doing the
3 math. You all have been married -- this year makes
4 50 years y'all have been married. That's incredible.
5       All right. Your experience at the time of this   09:28:22
6 resumé back then, you were a curator of earth science
7 at the Newark Museum, and a research associate
8 professor and member of the graduate faculty for the
9 Department of Geological Sciences at Rutgers since
10 1972; is that right?                               09:28:39
11    A. That's right. That's right.
12    Q. And you would actually teach courses in optical
13 mineralogy on a graduate level at Rutgers.
14    A. Right.
15    Q. Can you tell us what optical mineralogy is?     09:28:54
16    A. Well, optical mineralogy is what I would be
17 doing on these samples that I am looking at to see if
18 there's asbestos. You take a glass slide, and you put
19 your sample on the glass slide, and then you use a
20 microscope so that you can really see what's there.   09:29:09
21 And you can do some tests on them when they're on the
22 slide, and that makes it so you can actually identify
23 exactly what it is.
24    Q. You brought some pictures, and we'll go into
25 more detail later. But two of the pictures that we'll

Page 3100

1 label -- let's get these labels caught up.
2       We're going to label your resumé as Exhibit
3 Number 1 so the jury can see it. We'll put a Number 1
4 on it. And then we're going to label these pictures as
5 Exhibits Number 2 and 3 so that we've got them as well?  09:29:40
6 And I'll put these up so the jury can see them and the
7 lawyers can see them.
8       But I've put Exhibit 2 -- there's the 2 number.
9 I've put Exhibit 2 up for the jury to see.
10       Is this something you took with an optical      09:30:06
11 microscope?
12    A. You have a picture of the microscope somewhere,
13 I think.
14    Q. Yes. You gave me a picture of the microscope.
15 That's a good point. I should use that.             09:30:16
16       We'll mark it as Exhibit Number 4.
17       What is -- what is Exhibit Number 4? What is
18 this picture we're looking at?
19    A. That's my pictographic microscope that I have
20 at home. It's my microscope, yeah.                  09:30:41
21    Q. This is your microscope you have at home?
22    A. Yeah.
23    Q. Olympus, looks Luke, BH2?
24    A. Yeah.
25    Q. Or EH2?                                        09:30:52

Page 3101

1    A. I think it's BH2, yeah, with a lot of
2 accessories on it.
3    Q. Yeah. I started to say, this doesn't look like
4 what we had in high school.
5    A. No.                                            09:31:01
6    Q. Is this what you used to take this picture that
7 we've got as Exhibit 2?
8    A. Maybe you better show the picture with the gray
9 background.
10    Q. Oh, the gray background picture. All right.    09:31:11
11    A. Yeah, because it's easier to explain.
12    Q. Yes, yes, yes.
13       We'll mark the gray background picture as
14 Exhibit Number 5. So let's start with that one.
15    A. Is that the right -- is that the right -- I     09:31:27
16 have an arrow there. Do you have the -- can you see
17 the arrow at the side?
18    Q. Yes. Here's the arrow. Does that mean --
19    A. Yes, that's the right direction.
20    Q. Okay. Let me expand it so we've got a better    09:31:41
21 view. All right?
22    A. And then you got the red one to go with it,
23 too.
24    Q. I'm sorry?
25    A. You've got a red one that goes with that, too.  09:31:51

Page 3102

1    Q. Okay. That would be -- hold on. Hold on.
2 Hold on.
3    A. Somewhere.
4       There.
5    Q. It would be this one.                          09:31:57
6    A. And the arrow should be going -- yeah. That's
7 good.
8    Q. Okay. So here, I'll put them both up here
9 together.
10    A. So I -- first I have -- on the right, I have a   09:32:07
11 picture through the microscope without any filters or
12 anything, but to tell which direction it -- what we
13 call the fast direction or the slow direction, you have
14 to put the filter in. So that's what I've done on the
15 left, I've put the filter in, and it makes the        09:32:21
16 background look red, but it gives a yellow tint to that
17 fiber there.
18    Q. All right. So this that my finger's drawing
19 here, I'll put a circle around it, this is what you're
20 calling a fiber; is that right?                     09:32:39
21    A. I call it -- yes, I call that a fiber.
22    Q. Okay. And so that's on Exhibit Number 5.
23    A. Uh-huh.
24    Q. On Exhibit Number 6, it looks like the same
25 type thing, but it's all red on the background.      09:32:51

8 (Pages 3099 - 3102)

1  A.  Yes.
2  Q.  Is this the one where you --
3  A.  You put the filter in sort of the middle part
4  of the microscope, and it's the color -- if it's
5  yellow, then we know -- we know it's an asbestos fiber.  09:33:01
6  If it was blue, then it wouldn't be.  So that's why we
7  have these colors here.
8  Q.  Oh, so that's what tells you that that
9  sphere-looking thing is asbestos?
10  A.  Uh-huh.                                  09:33:16
11  Q.  Okay.
12  A.  That's why we put the color in there.
13  Q.  By the way, where did you get this asbestos
14  from that's in these pictures?
15  A.  From Johnson & Johnson Baby Powder.        09:33:26
16  Q.  All right.  Now, you actually taught the
17  graduate students how to use these microscopes and do
18  this work?
19  A.  Yes, we did.  Yes, I taught that.
20  Q.  And that's in addition to supervising graduate  09:33:42
21  thesis research and teaching undergraduate courses as
22  well?
23  A.  Yes.
24  Q.  And did you also consult with several major
25  industrial minerals companies doing this very kind of  09:33:55

Page 3103

1  work?
2  A.  Yes.  Yes.
3  Q.  'Identifying and counting asbestos-type
4  materials in industrial mineral products.'  Is that
5  you?                                          09:34:08
6  A.  Yes.  That's me.
7  Q.  All right.  Well, we've got a list here of your
8  publications at the time, your references.  We'll set
9  that aside for a moment, though.  I did get two of your
10  publications from you.                        09:34:24
11      I got the 'Amphibole content of cosmetic and
12  pharmaceutical talcs' you published in 1991; is that
13  correct?
14  A.  Yeah.  Looks like it.
15  Q.  And I made you sign it.  I have an autographed  09:34:40
16  copy, didn't I?
17  A.  That's right, you did.
18  Q.  And I've also got your -- your paper from 1983
19  that I had kind of an original set up, and I got you to
20  sign that one as well, didn't I?               09:34:56
21  A.  Yes.
22  Q.  All right.  Well, I'd like to make sure that --
23  so on your background, we've got your work at Rutgers
24  where you've got a Ph.D. in mineralogy and geology; is
25  that right?                                    09:35:15

Page 3104

1  A.  Yes.
2  Q.  I can't spell mineralogy.  M-i -- min- --
3  A.  Mineralogy?
4  Q.  Mineralogy.  Mineralogy.  It's something like
5  that.  I can do 'geology' --                    09:35:39
6  A.  Okay.
7  Q.  -- geology.
8      Okay.  And then you went to Rutgers, where you
9  did some teaching and research, and then you've also
10  done consulting for companies, all to -- not all, but  09:36:02
11  including to identify asbestos; is this fair?
12  A.  That's fair.
13  Q.  All right.  Now, I want to change to a new
14  subject here.  So with that being it, you've got your
15  microscope.                                    09:36:27
16      Where did you get the asbestos from that you've
17  put -- that we've seen here in Exhibit 5 and 6?  You
18  said you got it from the Johnson & Johnson Baby Powder.
19  But where did the baby powder come from?
20  A.  Where the baby powder -- I bought it off the    09:36:46
21  shelf.  I think in New Jersey.  But I'm not sure.
22  Q.  So you just bought it off the shelf?
23  A.  Yeah.
24  Q.  Very good.  You've also got these two pictures
25  that I've marked as Exhibit 2 and 3.  And Exhibit 2, it  09:37:06

Page 3105

1  looks like the -- the -- is this sphere-looking thing
2  still the fiber?
3  A.  Yes.
4  Q.  Okay.  In one picture, it's yellow.  And in the
5  other picture, it's blue, and it's going the opposite   09:37:23
6  direction.  How is that?  Can you explain that to me?
7  A.  Well, it's blue -- it's blue because it's
8  oriented in the opposite direction.  It will change
9  color from yellow to blue if you rotate it.  So we
10  rotated it.                                    09:37:41
11  Q.  Ah, so that's just you rotating the slide
12  around?
13  A.  Uh-huh.
14  Q.  And that changes the color?
15  A.  Yeah.                                      09:37:49
16  Q.  Why is that?
17  A.  Because the light -- the light coming through
18  the sample is polarized, and so it's -- it has a
19  different value as you -- as you move it.
20  Q.  When I was asking you about this over coffee,   09:38:03
21  you showed me this OSHA paper that -- this OSHA
22  polarized light microscopy of asbestos.
23  A.  Uh-huh.
24  Q.  And we'll mark this as Exhibit Number 7 so that
25  everybody's got an ability to use it, and the jury gets  09:38:31

Page 3106

9 (Pages 3103 - 3106)

Page 3107

1 to see it, I hope.
2     Now, in that, you pointed me to this chart.
3     A. Uh-huh.
4     Q. And this chart says --
5     A. Uh-huh. But you need to look at this set with    09:38:43
6 this chart (indicating).
7     Q. Oh, I need to look --
8     A. Yeah, with the polarized, yeah.
9     Q. With these two or with these two? Whoops.
10 We've got to do some zoom work here.    09:38:59
11     Oh, I see. You've mixed this up.
12     A. You mixed it up.
13     Q. I need to do it this way. All right. So I'm
14 going to put Exhibit 3, the blue one, on the left and
15 Exhibit 2, the yellow one, on the right.    09:39:15
16     Now, let's do that and have the jury think of
17 that while I show this...
18     A. Let me think of that, too. I really did it for
19 the other set that you have.
20     Q. Oh, for the other set?    09:39:32
21     A. Uh-huh.
22     Q. Okay. Well, let me do this. Let me read it
23 first.
24     A. Uh-huh.
25     Q. And then we'll put the setup here.    09:39:37

Page 3108

1     A. Uh-huh.
2     Q. 'Birefringent fibers will change color as the
3 microscope stage is rotated.'
4     A. Uh-huh.
5     Q. 'Asbestos fibers, except crocidolite' --    09:39:50
6     That's one kind of asbestos; right?
7     A. Uh-huh. Uh-huh.
8     Q. -- 'will show colors as shown here except under
9 the condition of crossed polars and a first-order red
10 compensator.'    09:40:05
11     So pointed this way is blue. That way is
12 yellow. I see in Exhibit --
13     A. Wait a minute.
14     Q. -- 3 blue and yellow. Is that right, or do I
15 have that wrong?    09:40:16
16     A. Can I see the -- no. Can I see the --
17     Q. Here. I'm going to give you --
18     A. -- the white paper?
19     Q. -- all of this.
20     A. Give me the white paper.    09:40:21
21     Q. Ah, okay.
22     A. Let's see.
23     It says 'crocidolite,' which is shown here. So
24 crocidolite -- well, let's see.
25     Q. Here we go.    09:40:39

Page 3109

1     A. Okay.
2     So you see here? This goes this way. These --
3 I have them marked this way so you can see. And you
4 see that this is yellow now.
5     Q. Uh-huh. Let's see. I see.    09:40:55
6     A. But they're separate. They're not this way,
7 this way. They're separate views. But you can see
8 here now it's yellow, which means that --
9     Q. Now, so that's your flipped view.
10     So Exhibit Number 6 with Number 5, and if we    09:41:10
11 put Exhibit Number 6 up here, it's going to be right
12 here. I've outlined it in red, but that's hard to see.
13 Let me do black.
14     A. Uh-huh, yeah. That's it.
15     Q. All right. And then I'm going to kind of fold    09:41:26
16 it up just to give the jury a chance to see. Right
17 next to the chart, that yellow that we're looking at is
18 the asbestos?
19     A. Uh-huh.
20     Q. Okay. And you're nodding your head and saying    09:41:37
21 'uh-huh,' but she's going to type this up as well, and
22 'uh-huhs,' even with the great Cary Campbell, can
23 sometimes read like 'huh-uhs.' So I need to make sure
24 I've got a 'yes' or a 'no' out loud, if you don't mind.
25     A. Okay. Yes.    09:41:54

Page 3110

1     Q. All right. So that is -- the yellow like that
2 is the asbestos; is that right?
3     A. That shows us, yes, that -- because of -- the
4 light goes through at different rates going this way or
5 this way, so that makes a difference. When you put    09:42:07
6 this filter in, you can tell the difference between the
7 fast ray and the slow ray.
8     Q. Super. Super.
9     Now, you wrote up papers. And I know in your
10 1991 paper, you actually talked about the fact that    09:42:22
11 there was asbestos in the baby powder. It looks to me
12 like you -- and the jury will have a chance to read
13 this in more detail and see that Sample I, talc
14 Sample I, is actually Johnson & Johnson Baby Powder.
15     And nobody is fussing that. The company's got    09:42:55
16 those records and -- and everything else. So just
17 accept that with me right now.
18     'Percent amphiboles in each aspect ratio group
19 for talc Sample I, left, and M, right, compared with
20 tremolite asbestos and tremolite nonasbestiform.'    09:43:15
21     So let me ask you, as we zoom in on the
22 Johnson & Johnson, is the asbestos that you found a
23 tremolite asbestos?
24     A. Yes.
25     Q. And you can see this form of it? Is that the    09:43:32

10 (Pages 3107 - 3110)

1 dotted line?

2     A. Yes. That's what it -- what the -- that's what

3 they found out about it.

4     Q. And if we look at your counts in these talcs on

5 an earlier page and we look at that Sample I, which I    09:43:48

6 think the record shows is the Johnson & Johnson Baby

7 Powder, these particles per milligram, is that how many

8 particles you were finding of the asbestos?

9     A. That's what I was finding on the slides, yes.

10     Q. Needles and fibers?             09:44:08

11     A. Can we go back just a little bit there?

12     Q. Yes. Tell me --

13     A. The reason that I brought them up like you show

14 there is that it's very difficult sometimes when you

15 look at something to know whether it's a needle or a    09:44:25

16 fiber or, you know, it's something that you have to

17 count or not.

18       But if you have a population -- and we know

19 what the population is because you've just marked it --

20 and when I go through and mine line up with that      09:44:35

21 population, then I know it's asbestos. But if it

22 doesn't line up -- it may line up over here with the

23 other side -- and then I know it's not asbestos.

24     Q. Ah. Okay. So the other side, because of the

25 sizes and all, is more nonasbestiform, but this is     09:44:51

Page 3111

1 asbestiform or asbestos because you've got this ratio

2 down here that's so big? Is that it?

3     A. Uh-huh. That's the way -- that's --

4     Q. Okay.

5     A. -- their population.            09:45:09

6     Q. All right. So this is asbestiform asbestos

7 that you were finding in the Johnson & Johnson Baby

8 Powder that you pulled off the shelf?

9     A. Uh-huh.

10     Q. And you weren't doing this because anybody was    09:45:24

11 paying you money to do it, or you were getting paid to

12 do it?

13     A. No, I wasn't.

14       Well, I had some students working on some talc

15 projects, I guess, so I may have -- you know, I may    09:45:36

16 have bought it then to show the students what it looked

17 like, you know.

18     Q. Part of your teaching?

19     A. Yeah.

20     Q. Okay. And then there's one other letter that    09:45:47

21 I've found interesting.

22       And we'll mark this as Exhibit Number 8.

23       And I'm looking specifically at a letter that

24 you wrote. 'Alice M. Blount, Ph.D., mineralogist,' is

25 that you?                 09:46:16

Page 3112

1     A. Uh-huh. That's me.

2     Q. And is that your signature?

3     A. Yes, that is.

4     Q. In fact, you signed your name in 1998 just

5 about exactly the same way you signed your name for me    09:46:29

6 at the bakery/coffee shop in Rutland, Vermont when I

7 had you autograph your article.

8     A. Uh-huh. Yeah. Well...

9     Q. That's 20 years you signed your name the same

10 way.                 09:46:46

11     A. Uh-huh.

12     Q. All right. So we've got your letter here.

13     A. Yeah.

14     Q. And you wrote this letter to a law firm, that

15 did asbestos work, Mehaffy & Weber in Beaumont. Do you    09:46:56

16 see that?

17     A. Uh-huh.

18     Q. You said, 'Dr. Mr. Hatcher, according to your

19 letter of March 31, 1998, I've written and enclosed a

20 report on the occurrence, regulation, and up-to-date    09:47:12

21 scientific views of asbestos amphiboles and

22 intermediate fibers. I've also enclosed copies of my

23 1990 and '91 papers, one of which I'm sure you already

24 have.'

25       Do you see where I am reading?      09:47:31

Page 3113

1     A. Uh-huh.

2     Q. Now, you said this, 'The 1991 paper was written

3 because I became aware it was a common opinion among

4 industrial hygienists that industrial talcs were better

5 than pharmaceutical and cosmetic talcs because there    09:47:49

6 was a regulation for the former and not the latter. I

7 knew this was not the case, and wanted to set the

8 record straight.'

9       Do you see where I am reading?

10     A. Uh-huh.             09:48:03

11     Q. 'Although my papers report an improved method

12 for analysis' --

13       And that -- for the jury, we call that the

14 Blount method, but I'm not -- they can read the paper

15 if they want to see that.         09:48:13

16       -- 'the determinations for the sample labeled

17 I, Johnson & Johnson's Vermont -- Vermont talc, have

18 been done by the traditional methods as well?'

19       So in addition to your Blount method, did you

20 test it by traditional means?       09:48:28

21     A. Uh-huh, yes.

22     Q. 'As I told you, I believe that Johnson &

23 Johnson's Vermont talc contains trace amounts of

24 asbestos which are well below those specified by OSHA?'

25     A. Uh-huh.             09:48:45

Page 3114

11 (Pages 3111 - 3114)

Page 3115

1    Q.  That's what you said, isn't it?
2    A.  Uh-huh.
3    Q.  'It should be noted that the proposed FDA
4  regulation, which was never finalized, also specified
5  the same .1 percent limit for amphibole asbestos as      09:48:53
6  OSHA?'
7       Now, you are not a toxicologist; is that fair?
8    A.  That's fair, yes.
9    Q.  You don't know what level is safe or unsafe,
10  and you haven't done studies on the health effects; you  09:49:11
11  just know asbestos when you see it; is that right?
12      MR. DUBIN:  Objection.  Form.
13      THE WITNESS:  That's right.  That's right.
14  Right.
15    Q.  And did you let the lawyers know about the        09:49:21
16  Johnson & Johnson talc having these trace amounts of
17  asbestos in this letter?
18    A.  Did I tell who?
19    Q.  Yeah.  I mean, you didn't hide it, did you?
20    A.  No.                                               09:49:36
21    Q.  All right.  Then -- and, by the way, we know
22  that also because down in the corner of this letter --
23  see, here's the letter?
24    A.  Uh-huh.
25    Q.  Down in the corner, it's got these numbers.       09:49:54

Page 3116

1  J&J-049150.
2       Do you see that?
3    A.  Uh-huh.
4    Q.  I'll highlight it.
5       That means we got this document from Johnson &     09:50:12
6  Johnson, not from you.
7       Have you even seen this document -- before I
8  showed it to you, had you seen this document since you
9  wrote it?
10    A.  I don't think so.                                 09:50:20
11    Q.  All right.  So if we look, for example, at
12  representations made by the company -- here's one on
13  their website.  It's a -- I'll label it.  It's Exhibit
14  Number 9.  It talks about the Facts About Talc safety.
15  February 24, 2016.  This is just on the website blog     09:50:52
16  J&J.com.
17       'Baby powder made from cosmetic talc is one of
18  Johnson's oldest products and a long-time part of baby
19  care ritual.'
20       This is the stuff used on babies; right?  Do       09:51:10
21  you see where I am reading?
22    A.  Yes, I see that.
23    Q.  And all I'm doing is setting up a context here
24  for the statement I'm going to ask you about.
25       'Johnson's Baby Powder continues to be popular     09:51:22

Page 3117

1  with adults as well, and in many parts of the world, it
2  remains an essential part of the makeup and skin care
3  routines.'
4       Do you see where it says that?
5    A.  Uh-huh.                                            09:51:33
6    Q.  Now, if you look at the very first bullet point
7  here, 'A frequent misperception is that Johnson's Baby
8  Powder contains talc made with asbestos, a substance
9  classified as cancer-causing.  Since the 1970s, talc
10  used in consumer products has been required to be        09:51:56
11  asbestos-free.'
12       Do you see where I am reading that?
13    A.  Yes.
14    Q.  Dr. Blount, based upon what you know from what
15  you did and your expertise, was Johnson & Johnson's       09:52:13
16  Baby Powder in the 19- -- since the 1970s
17  asbestos-free, or did it have asbestos in it?
18      MR. DUBIN:  Objection.  Form.
19      THE WITNESS:  It had asbestos.
20  EXAMINATION BY MR. DUBIN:                                09:52:29
21    Q.  Hi, Dr. Blount.  How are you?
22    A.  I'm fine.
23    Q.  During the break, just to address, first,
24  counsel who is here with you, Mr. Lanier, indicated
25  that you're being paid" --                               09:52:40

Page 3118

1       MR. DUBIN:  Your Honor, I'm sorry.  The sound
2  seems to be much lower now that the questioning has
3  switched.
4       THE COURT:  Could we please turn the sound up
5  and go back to the beginning of the cross-examination.   09:52:51
6       MR. SATTERLEY:  Sure.
7       THE COURT:  Thank you.
8       MR. SATTERLEY:  Kevin, can you turn the sound
9  up and go back to the beginning of the cross.
10      THE COURT:  So 43:16, I believe.                    09:53:13
11      MR. SATTERLEY:  Kevin, are you there?
12      THE TECHNICIAN:  Yes, I'm turning it up.  It
13  might be as loud as it can be.  The audio on that part
14  was a little quieter.
15      MR. SATTERLEY:  Can we go back to the beginning   09:54:09
16  of the cross and try it again.
17      THE COURT:  There we go.
18      Now it's off altogether.
19      It is going to be nice when we can all be in
20  the same room.                                           09:54:43
21      MR. SATTERLEY:  Yes, indeed.
22      THE COURT:  No offense to Kevin, but...
23      THE TECHNICIAN:  None taken.  I miss it, too.
24      THE COURT:  Yes.
25      ..."who is here with you with, Mr. Lanier" --      09:55:23

12 (Pages 3115 - 3118)

Aiken Welch, A Veritext Company
510-451-1580

**Page 3155**

1 Okay.
2 So this is -- we looked at this before as
3 Exhibit 8.
4 A. Uh-huh.
5 Q. And here you're talking about how -- you're  10:45:11
6 writing to the lawyers for Johnson & Johnson, and
7 you're saying, 'Johnson & Johnson, I've looked at it as
8 labeled -- sample labeled 'I' by traditional methods.
9 See Table 2, 5, 67 in the 1990 paper.'
10 Right?  10:45:33
11 A. Uh-huh.
12 Q. So this is the 1990 paper we talked about that
13 had some results for Johnson & Johnson.
14 A. Uh-huh.
15 Q. So the next time you look at Johnson & Johnson,  10:45:42
16 though -- the next time you have a Sample I, that's not
17 going to be Johnson & Johnson anymore; right?
18 A. Yeah. Probably not.
19 Q. And so when you do your analysis for your 1991
20 paper, 'Amphibole content of cosmetic and  10:45:59
21 pharmaceutical talcs' and you've got results for
22 Sample I, because you've randomly blinded this, it's
23 likely that 'I' isn't going to be Johnson & Johnson
24 again; right?
25 A. Yeah. It may not be.  10:46:25

**Page 3156**

1 Q. So was this -- you were asked about how many
2 times you've looked at Johnson & Johnson. Was the
3 bottle that we've got as Exhibit 14 -- was that the
4 first one that you bought to analyze?
5 A. I bought that one last -- in New Jersey. It  10:46:38
6 may not have been the first one.
7 Q. Do you have any results of any analysis that
8 you did on any bottles other than this one?
9 A. I'll have to look. I don't know.
10 Q. Okay. Fair to say, though, you've kept this  10:47:04
11 bottle for now -- somebody help me with the math -- 23,
12 22 years; right?
13 A. 22 years.
14 Q. And if you had tested other bottles of Johnson
15 & Johnson, any reason you wouldn't have maintained  10:47:20
16 those also?
17 A. I don't know.
18 Q. Okay. But at least sitting here today, there's
19 no results of any other testing that I can take -- take
20 a look at that we have with us; right?  10:47:38
21 A. With us today, no, don't think so.
22 Q. Is it fair to say that when you look at a large
23 talc deposit, there may be geological diversity in
24 that -- in that deposit; right?
25 A. More than likely.  10:47:54

**Page 3157**

1 Q. And in particular, for example, there may be
2 areas towards the edges of talc deposits where the talc
3 comes into contact with things like country rock, or
4 you call it black rock, or the like; right?
5 A. Uh-huh.  10:48:10
6 Q. And so at those edges of those deposits, if you
7 sample over there, you might be more likely to find
8 asbestos because it's in conjunction with that -- that
9 harder rock mineral, and there's also different
10 minerals that come into play because of where it is  10:48:24
11 geologically; right?
12 A. Yes. They are not really homogenous, most
13 deposits.
14 Q. And so it's important to consider, when you're
15 looking at a result of a talc sample, where that talc  10:48:37
16 sample was actually taken from in a deposit; right?
17 A. Right.
18 Q. And you were asked a little bit about hide and
19 seek and all the like.
20 First, do you agree that an expert should not  10:48:53
21 change their testing methodology just based on who is
22 paying them in the litigation?
23 A. Right.
24 Q. Right? And do you agree that if you're trying
25 to answer the question whether there's asbestos in a  10:49:07

**Page 3158**

1 material, you should use methods that help you
2 distinguish between asbestiform and nonasbestiform
3 amphiboles; right? If that's -- if the question you're
4 being asked is, is there asbestos, you should use the
5 right methods to answer that question; right?  10:49:26
6 A. Right.
7 EXAMINATION BY MR. LANIER:
8 Q. Dr. Blount, after all these questions are said
9 and done, after everything that's been discussed, just
10 based on what you did in your work, in your life, never  10:49:38
11 dreaming lawyers would contact you, can you affirm that
12 for decades in the '80s and the '90s, at least, into
13 the 2000s, Johnson & Johnson Baby Powder sold on the
14 shelves had asbestos and asbestiform in it?
15 A. Yes.  10:49:59
16 EXAMINATION BY MR. DUBIN:
17 Q. You were asked a very general question by
18 Mr. Lanier.
19 Do you agree the best way to determine whether
20 or not there was asbestos in these products is to look  10:50:07
21 at the actual testing results?
22 A. Look at the test, yeah.
23 Q. Right. And so other than whatever we have in
24 your papers that you brought here today, we have none
25 of these test results that you're supposedly relying on  10:50:22

22 (Pages 3155 - 3158)

| | |
|---|---|
| 1 MR. SATTERLEY: Yes. You know, I don't know | 1 shorter video. |
| 2 what Mr. Lanier had or did not have because I've never | 2 MR. SATTERLEY: Yes, Your Honor. |
| 3 been co-counsel with him. So that argument is -- I | 3 The next is a video produced by Johnson & |
| 4 don't think bears any weight. | 4 Johnson of Christian Koffmann, the former worldwide |
| 5 The issue is, if Your Honor is going to issue 10:55:38 | 5 chairman of the consumer and personal care group. I 11:12:59 |
| 6 an instruction about her, it should have related to | 6 think it's a only a few minutes long. |
| 7 discovery in this case, discovery in the Ingham case. | 7 THE COURT: All right. |
| 8 That was an instruction that judge made because of | 8 MR. SATTERLEY: And Kevin, can you play that. |
| 9 discovery in that case. | 9 THE COURT: Fingers crossed. |

| | |
|---|---|
| 10 THE COURT: Right. Right. 10:55:50 | 10 CHRISTIAN KOFFMANN 11:13:06 |
| 11 MR. SATTERLEY: Three years have passed. | 11 (Exhibit 7707 as marked |
| 12 THE COURT: Right. But -- so what I'm going to | 12 For the Plaintiff via videotape) |
| 13 do is read what's in the Ingham transcript on page 861, | 13 was played to the jury as follows: |
| 14 line 4 through 861, line 9. And -- because that's | 14 "Hello, everyone. You get to spend two and a |
| 15 where she said she didn't maintain any such documents. 10:56:08 | 15 half days on the Baby Franchise. This is our flagship. 11:13:16 |
| 16 I don't think that's particularly prejudicial. | 16 This is our foundation. You are extracting two and a |
| 17 She didn't refuse anything. It was part and parcel of | 17 half days of your busy schedules to accomplish in my |
| 18 the testimony as it came in at the Ingram case. That's | 18 mind two objectives. First of all, understand the |
| 19 what the deposition is from, and so that seems | 19 equity in order to nurture it in your respective |
| 20 reasonable to me. 10:56:22 | 20 companies. I'll call this objective 'To Burnish the 11:13:39 |
| 21 I'm not going to read the part about the bottle | 21 Golden Egg" or "To Add to the Goldmine.' |
| 22 because that's -- that wasn't in the Ingram case, and | 22 The golden egg is our equity. In the mind of |
| 23 not part of this transcript. | 23 consumers, Johnson & Johnson is synonymous with the |
| 24 MR. DUBIN: Okay. That's fine, Your Honor. | 24 mother/infant bond. In the U.S., when consumers are |
| 25 That may come up later with some witnesses, but that's 10:56:34 | 25 asked what's the size of Johnson & Johnson, the answer 11:14:01 |
| Page 3163 | Page 3165 |

| | |
|---|---|
| 1 fine at this point. | 1 usually is, 'It's a Baby Company.' |
| 2 THE COURT: Fine. All right. Let's take a | 2 So when you think of it, we are blessed to be a |
| 3 break. | 3 company in all sorts of businesses, and with the image |
| 4 MR. SATTERLEY: What time do we come back? | 4 of a trustworthy, caring, small company. That's what |
| 5 THE COURT: We come back, I said 10 minutes 10:56:43 | 5 we have to protect and nurture. 11:14:24 |
| 6 after 11:00. And I think we can just go in the main | 6 The second objective is to make the baby |
| 7 room. | 7 business a profitable growth platform in spite of all |
| 8 MR. SATTERLEY: Yes, Your Honor. | 8 the new entrants in this market, Beiersdorf, Unilever, |
| 9 THE COURT: Assuming the video is ready. Okay. | 9 L'Oreal, P and G, Colgate. These two points are the |
| 10 MR. SATTERLEY: Yes. Kevin, are you ready with 10:56:51 | 10 key to the consumer group and the corporation. The 11:14:50 |
| 11 the video? | 11 first point is the Johnson & Johnson name, and I'm |
| 12 (Off the record.) | 12 conscious that some of you represent the Natsuan, the |
| 13 THE COURT: All right. Welcome back. I | 13 Penatan and Doitan countries, the name is associated |
| 14 apologize for that segment taking longer. I didn't | 14 with care and trust. We have to make sure that the |
| 15 think interrupting the video at that point was 11:12:14 | 15 generations to come can enjoy the same competitive edge 11:15:09 |
| 16 appropriate. | 16 we draw from this corporate image. |
| 17 There's one more fact I want to tell you about. | 17 The second point is our obligation to make the |
| 18 And that is that after Dr. Blount's deposition was | 18 baby a platform for growth, and that's fairly obvious, |
| 19 taken in the case where that was, defendants requested | 19 as we have worldwide 40 to 50 percent market share of |
| 20 Dr. Blount to provide any documents or data concerning 11:12:27 | 20 the baby toiletry business. 25 to 30 percent if you 11:15:29 |
| 21 testing that done on Johnson & Johnson products since | 21 include wipes. We ought to make this business go |
| 22 the 1991 paper. | 22 double digits and even more profitable than it is |
| 23 Dr. Blount responded that she did not maintain | 23 today. |
| 24 any such documents or data. | 24 THE COURT: So thank you. Why don't you |
| 25 So, Mr. Satterley, I think we now have a much 11:12:41 | 25 identify who that was, Mr. Satterley. 11:15:48 |
| Page 3164 | Page 3166 |

24 (Pages 3163 - 3166)

| | |
|---|---|
| 1  MR. SATTERLEY: Yes, Your Honor. That's | 1  room. |
| 2  Christian Koffmann. He was the former worldwide | 2  Yeah. Go ahead. |
| 3  chairman of the Johnson & Johnson consumer and personal | 3  MR. SATTERLEY: I was going to say it's marked |
| 4  care group, and an officer of the company. | 4  as Exhibit 7707, for the record. So Ms. Langley has |
| 5  THE COURT: All right. Now, the other problem 11:16:02 | 5  the video with an exhibit number. 11:20:39 |
| 6  is that Juror Number 14 does not appear to be here. | 6  And did Your Honor want to go ahead and bring |
| 7  I'm not sure that I have the alternates in the | 7  Dr. Egilman back in now? |
| 8  correct order here. | 8  THE COURT: I think that's what we should do. |
| 9  So does someone have the name of Juror 14? | 9  MR. SATTERLEY: Okay. Super. I think he's in |
| 10  THE CLERK: Your Honor, it's Angelica Moore. 11:16:31 | 10  the waiting room. 11:20:50 |
| 11  THE COURT: All right. | 11  THE COURT: All right. |
| 12  Is she logged in at the moment? Do we know? | 12  DAVID STEVEN EGILMAN, M.D., MPH |
| 13  THE CLERK: We're actually trying to get ahold | 13  (For the Plaintiff) |
| 14  of her right now, Your Honor. | 14  previously sworn, testified as follows: |
| 15  THE COURT: Okay. All right. 11:16:50 | 15  MR. SATTERLEY: I see Dr. Egilman now, Your 11:21:19 |
| 16  THE COURT ATTENDANT: She didn't answer. | 16  Honor, although I don't see -- I don't know if he's |
| 17  THE COURT: Let's hold on for a second. | 17  pinned as the -- or exactly how -- |
| 18  All right. I see a box for Ms. Moore. | 18  THE WITNESS: I'm here. Can you hear me? |
| 19  Ms. Moore, are you here? You're muted also. | 19  MR. SATTERLEY: I can hear you. There you are. |
| 20  And we can't see you. 11:18:15 | 20  THE COURT: Yes. All right. 11:21:32 |
| 21  All right. I got the message from Mr. Knox, | 21  Okay. Mr. Satterley, go ahead. |
| 22  but I see a box for her in the screen, so she's logged | 22  DIRECT EXAMINATION BY MR. SATTERLEY: |
| 23  in. | 23  Q. Dr. Egilman, can you hear me okay? |
| 24  THE CLERK: We also sent her an email, Your | 24  Dr. Egilman -- |
| 25  Honor, so we're waiting for a reply back, hopefully. 11:19:07 | 25  A. I can hear you. 11:21:47 |
| Page 3167 | Page 3169 |
| 1  THE COURT: All right. Let's wait a couple | 1  Q. -- can you hear me? |
| 2  more minutes. | 2  A. Can you hear me? |
| 3  Ms. Moore, are you there? | 3  Q. I can hear you. |
| 4  JUROR NO. 14: I'm here. I'm sorry. | 4  A. It's a miracle. |
| 5  THE COURT: All right. Were you with us or you 11:19:30 | 5  Q. I'm so sorry. 11:21:52 |
| 6  were not? | 6  A. The candle stayed lit for eight days. It's a |
| 7  JUROR NO. 14: I just got back. I'm sorry. | 7  miracle. |
| 8  THE COURT: We didn't notice you were gone. | 8  Q. Okay. So let's see if we can proceed. And I |
| 9  Okay. So I think what we should do now is go | 9  just want to go back and ask you a couple of questions |
| 10  to Dr. Egilman, and then the attorneys can talk in the 11:19:47 | 10  I had asked you about yesterday. 11:22:07 |
| 11  breakout room about whether this can be remedied. I | 11  First, you told us you're a medical doctor. |
| 12  have a thought. But why don't we go to Dr. Egilman now | 12  Where did you go to medical school again? |
| 13  since the other jurors have been waiting. | 13  A. Brown University in Providence, Rhode Island. |
| 14  JUROR NO. 14: Sorry. I apologize, Your Honor. | 14  Q. And what year did you graduate from medical |
| 15  THE COURT: Well, I mean, the problem is -- 11:20:05 | 15  school? 11:22:17 |
| 16  anyway. It is what it is, so here we are. | 16  A. 1974. |
| 17  Mr. Satterley. | 17  Q. And with regards to your courses, I asked some |
| 18  MR. SATTERLEY: Is my volume on there? | 18  things about -- |
| 19  THE COURT: It is. | 19  MR. DUBIN: I don't know if anybody can hear |
| 20  MR. SATTERLEY: Okay. I got bounced off the 11:20:16 | 20  me, but it looks like everybody -- 11:22:27 |
| 21  screen, so I didn't know if I was even on the screen. | 21  THE COURT: I'm sorry, Mr. Dubin, yes? |
| 22  There I am. There I am. | 22  MR. SATTERLEY: Hello? |
| 23  So, Your Honor, I forgot to say the video -- | 23  MR. DUBIN: Hello? |
| 24  and we can talk about the issue -- | 24  THE COURT: Yes? Mr. Dubin, are you there? |
| 25  THE COURT: Why don't we do it in the breakout 11:20:30 | 25  MR. DUBIN: I'm here now. Yeah. 11:22:41 |
| Page 3168 | Page 3170 |

25 (Pages 3167 - 3170)

1 Have you also published in the peer-reviewed
2 literature on warnings?
3      A. Yes.
4      Q. And with regards to your work in public health,
5 you talked earlier about geology.        12:00:40
6      Has it been important for you to study the
7 geologic literature which relates to asbestos in talc?
8      A. Yes.
9      Q. And have you done so?
10     A. Yes. I have taken two -- taken two online    12:00:53
11 courses on geology, and plus I've done lots of reading,
12 lots of visiting of mines, lots of discussion with mine
13 owners, with mine managers, et cetera, over the years.
14     Q. And even before talc-specific issues, did you
15 study geology as relates to asbestos and the presence   12:01:16
16 of asbestos minerals in the earth?
17     A. Yes. And they're related, because the chain of
18 mountains that comes from Quebec all the way to
19 Georgia, there are -- along that chain, the Appalachian
20 chain, there are asbestos mines and talc mines.    12:01:35
21 Sometimes quite close to each other.
22     So the geology of the Appalachian trial
23 promotes both asbestos growth and talc and accessory
24 minerals, accessory asbestos minerals.
25     Q. And within the field of preventative medicine,  12:01:57

Page 3199

1 to which you're board certified, is there a discussion
2 of what's called "medical geology"?
3      A. Yes.
4      Q. And why is that important, medical geology,
5 within the field of preventive medicine?        12:02:10
6      A. Well, the medical geology part looks at how
7 geologic substances cause disease.
8      And from a historical perspective, most worker
9 diseases, say, 80 or 90 percent of the published
10 papers, until the '50s, were on dust diseases,    12:02:29
11 therefore, minerals.
12     So the main one was silicosis because silica
13 was -- is sand, but it was used in metal manufacturing.
14 All the molds were made from sand since -- from the
15 railroad on, we've been using a lot of sand molds, and  12:02:46
16 a lot of workers got sick from those molds -- molds.
17     And in addition, in the '30s, there was a huge
18 problem in Gauley Bridge, in West Virginia, where about
19 1500 miners got sick from silica exposure because they
20 were drilling pure silica in that mine. It wasn't even  12:03:08
21 a mine, it was a tunnel for power. And they were using
22 it. They would then sell the product.
23     And they got sick within nine months. And
24 usually it takes 20, 30, 40 years to get silicosis.
25     So that, and then asbestos, and other minerals,  12:03:24

Page 3200

1 beryllium. The -- most of the things that made workers
2 sick are minerals.
3      Q. In addition to publishing on these topics, have
4 you stayed abreast on the scientific literature of
5 asbestos, talc, and the geology that we've been talking  12:03:42
6 about?
7      A. Yes. Yes.
8      MR. SATTERLEY: Your Honor, at this time, I'll
9 offer Dr. Egilman as an expert in occupational
10 preventive medicine, epidemiology, industrial hygiene,  12:03:51
11 warnings, the history of medical science regarding
12 asbestos knowledge, and the geology of talc and
13 asbestos.
14     MR. DUBIN: Your Honor, we would only object to
15 the last portion to the extent Dr. Egilman has no    12:04:06
16 degree in geology, and has no degree in mineralogy. Do
17 not believe he's qualified to testify in that regard.
18 But we could address this in a breakout room.
19     But as to the other areas, we don't have an
20 objection to him offering his opinion subject to    12:04:21
21 cross-examination.
22     THE COURT: All right. So with that
23 reservation, he's qualified.
24     I think we should take a break.
25     MR. SATTERLEY: Okay.        12:04:31

Page 3201

1      THE COURT: Seems like a good moment.
2      MR. SATTERLEY: It's after 12:00, so I thought
3 it would be good place.
4      THE COURT: So let's take a 15-minute break.
5 It's about 12:05. We'll come back at 20:20, and we'll   12:04:40
6 go to 1:15.
7      Thank you very much, ladies and gentlemen.
8 Remember, don't do any reading, don't do any research,
9 don't reach any conclusions. We are just getting
10 started.        12:04:52
11     Could the attorneys and Ms. Langley come in the
12 breakout room for just a second before we break.
13     MR. SATTERLEY: And may Dr. Egilman turn off
14 his camera and take a break as well?
15     THE COURT: Yes. Dr. Egilman, you should take  12:05:07
16 a break, too, and we will see you in 15 minutes.
17     MR. SATTERLEY: Thank you.
18     (The following proceedings were held in the
19 virtual breakout room with counsel only outside the
20 presence of the jury:)        12:05:33
21     THE COURT: We're in a breakout room outside
22 the presence of the jury. Ms. Moore did not come back.
23 However, to me, this is easily remedied. We could show
24 her that video. And that's all that happened while she
25 was gone.        12:05:46

Page 3202

33 (Pages 3199 - 3202)

1     MR. SATTERLEY: And give her the instruction,
2 Your Honor. I also gave the instruction -- the J&J --
3 the instruction with regards to Blount. I think the
4 two things that happened --
5     THE COURT: Okay. That's right.    12:05:53
6     MR. SATTERLEY: -- the instruction -- and that
7 was going to be my suggestion, is we bring her into the
8 breakout room at some point, give her that instruction,
9 show her the video. Because I don't want -- I know we
10 don't need to reshow the video to everybody else.   12:06:04
11     THE COURT: Right. So should we just do that
12 at 1:15?
13     Mr. Dubin, what's your position?
14     MR. DUBIN: I suppose so, Your Honor.
15     THE COURT: All right. Luckily -- luckily that  12:06:15
16 one's easy.
17     Okay. Let's take a break.
18     MR. SATTERLEY: Well, can I respond, Your
19 Honor, very briefly to Mr. Dubin's objection --
20     THE COURT: Oh, okay.      12:06:22
21     MR. SATTERLEY: -- speaking objection in front
22 of the jury about the qualifications.
23     Under California law, he said you have to have
24 a degree, and he doesn't have to have a degree. And
25 that's not the law at all. He has specialized   12:06:33

Page 3203

1 knowledge in these areas, all of these areas, including
2 geology. To the extent he doesn't have a degree, he
3 can be cross-examined on it. It goes to the issue of
4 weight.
5     MR. DUBIN: Your Honor, I sort of disagree that  12:06:44
6 you can just watch two online courses and, therefore,
7 you have the expert credentials to talk about, "Oh,
8 here's the geology of the East Coast, and here's how
9 these tectonic things fit together."
10     I don't agree with Mr. Satterley that just   12:07:00
11 because somebody says they have knowledge that they've
12 learned about something, that they're adequately, you
13 know, qualified to be an expert on the topic under
14 California law.
15     So I disagree.      12:07:10
16     THE COURT: Well, it may or may not be true.
17 You can cross-examine. It seems to me that, given all
18 the associated fields that he has knowledge of, that he
19 has knowledge above what the normal person has. And
20 you have your own experts, so he's qualified.   12:07:30
21     MR. DUBIN: All right.
22     MR. SATTERLEY: We take a break until 12:15
23 or...
24     THE COURT: Yes. 12 --
25     MR. SATTERLEY: 12:20?     12:07:40

Page 3204

1     THE COURT: What did I say? 12:20.
2     MR. SATTERLEY: Oh, 12:20. Okay. See you in a
3 little but.
4     THE COURT: 12:20. Thank you.
5     (Recess taken.)      12:07:49
6     (The following proceedings were held in the
7 virtual main room in the presence of the jury:
8     THE COURT: I'm going to make sure everyone is
9 here. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14,
10 15, 16. We're all here.     12:21:45
11     All right. And, Ms. Moore, at the end, I think
12 what I'm going to do is we have an easy way to repeat
13 what you missed. So, if you could, after we're
14 finished here, stay for a moment or two, we can take
15 care of that.      12:22:04
16     JUROR NO. 14: Okay, Your Honor.
17     THE COURT: All right. I don't know why
18 Ms. Moore's -- there you are. Now you're in order.
19 Okay. Excellent.
20     JUROR NO. 14: I'll stay. Thank you, Your   12:22:20
21 Honor.
22     THE COURT: Thank you.
23     We've got everybody in numerical order on my
24 screen, which is great.
25     All right. Mr. Satterley.    12:22:27

Page 3205

1     And we'll go to 1:15.
2     MR. SATTERLEY: Yes, Your Honor. Thank you so
3 much.
4     And good afternoon, everyone.
5     I'm going to go back to the Roadmap just   12:22:36
6 briefly.
7 BY MR. SATTERLEY:
8     Q. So we talked a lot about you and your
9 qualifications.
10     MR. SATTERLEY: Oh, by the way, Your Honor, I  12:22:42
11 want to reoffer Dr. Egilman as an experts in the areas
12 that I so offered.
13     THE COURT: He's accepted as an expert,
14 obviously, subject to cross-examination.
15     MR. SATTERLEY: Thank you.    12:22:51
16 BY MR. SATTERLEY:
17     Q. So the Roadmap of testimony. Next we're going
18 to talk about asbestos and general medical causation.
19 Okay. Let's do that.
20     Dr. Egilman, can you tell us specifically what  12:23:07
21 is asbestos?
22     A. Okay. Well, asbestos is a poison. And a
23 poison made out of a rock in a long, thin form shape
24 called a fiber.
25     So it harms people because of the fact that  12:23:26

Page 3206

34 (Pages 3203 - 3206)

1 it's chemically indestructible, for the most part,
2 because it's a rock, and because it's long and thin,
3 and can get into human cells and cause those cells to
4 become cancerous or irritate cells and have them become
5 scarring. So it causes two kinds of diseases: Cancer   12:23:53
6 and scarring diseases.
7   Q. And we'll talk about that in a little bit.
8      What is the definition of asbestos?
9   A. Well, the definition -- the original -- the
10 definition changed over time. The original definition   12:24:12
11 was a fiber that was longer than 5 microns. And a
12 micron -- there are about a million microns in a yard.
13 So it has to be longer than 5, of what would be about
14 1.25 million of 5-micron long things in a yard.
15      And it also has to be longer than it is wide.   12:24:37
16      So let me just -- can I --
17   Q. You have some demonstratives that we've given
18 to J&J counsel. Do you have a demonstrative?
19   A. I can draw this one. I think it would be
20 better.   12:24:54
21   Q. Okay. Is your --
22   A. Actually, I do have one. I have a -- okay.
23 I've got a picture here on the Elmo here.
24   Q. And does it have an ID number on it?
25   A. It's got ID Number 2.   12:25:05

Page 3207

1      (Whereupon, Plaintiff's Exhibit ID2 was marked
2      for identification.)
3 BY MR. SATTERLEY:
4   Q. ID Number 2.
5      By the way, you've seen bags of asbestos in the   12:25:10
6 past?
7   A. Yes.
8   Q. And does this ID2 fairly and accurately
9 represent bags --
10   A. Yes.   12:25:19
11   Q. Well, you've got it upside down.
12   A. Well, when it's upside down or right side up,
13 it's still a long, thin fiber.
14   Q. Okay.
15   A. Doesn't change the characteristics of the fiber   12:25:28
16 in any way.
17   Q. The bag of asbestos and the ID --
18   A. So asbestos comes in bags. It's actually a
19 commercial product. And so the word comes from --
20 people would sell it -- asbestos as different kinds of   12:25:40
21 chemicals that make up the rocks in the bag.
22      But they all -- asbestos was originally a
23 term -- and it came out of an asbestos bag, okay, and
24 it comes for from a Greek word for "unquenchable."
25      So -- and it's a product -- what's in here   12:26:03

Page 3208

1 contains fibers, long -- they're long and thin.
2 They're at least -- they're between three and five
3 times, at a minimum, longer than they are wide.
4   Q. Okay. So the length has to be a minimum of 5
5 microns for it to be counted.   12:26:25
6      Now, if it's shorter than that, it's still
7 asbestos, it's just not counted and regulated as
8 asbestos.
9      And then it has to be -- in terms of width, the
10 ratio has to be either 3 to 1 or 5 to 1, depending on   12:26:35
11 which agency.
12      So if it's OSHA, it's this one. EPA, it's this
13 one.
14   Q. I'm sorry. On the length of the fiber, did you
15 say .5 microns or 5 microns?   12:26:53
16   A. 5 microns.
17   Q. Are there --
18   A. Again, as I said, there's a million -- 1
19 million microns in a yardstick, 3 feet. So these are
20 very small.   12:27:14
21   Q. Do the regulations also regulate down to
22 .5 microns in length?
23   A. If it's -- if it's EPA, and it's the AHERA
24 method of measurement -- that's A-H-E-R-A, which is a
25 specific method using transmission electron   12:27:30

Page 3209

1 microscopes -- then the EPA says you count things that
2 are .5 microns.
3      If it's OSHA, you only count it if it's
4 5 microns.
5      And this kind of funny looking U stands for   12:27:47
6 micron. That's a Greek letter for micron, I guess.
7   Q. So let me ask you a couple of questions about
8 this demonstrative. The bag that says "asbestos" in
9 it, if Johnson & Johnson didn't buy the bag that says
10 "asbestos," does that mean Johnson & Johnson never had   12:28:06
11 asbestos in their product?
12   A. No.
13   Q. You said it was a commercial term. Do they
14 have -- within the commercial term, are there mineral
15 descriptions of asbestos?   12:28:19
16   A. Yes. There's six different things that are
17 called asbestos in the regulations. Two of them are
18 commercial terms. Okay?
19      And let me get a graphic of those, if I can
20 show them.   12:28:44
21   Q. Does it have an ID number on it?
22   A. It's ID Number 10.
23      (Whereupon, Plaintiff's Exhibit ID10 was marked
24      for identification.)
25 BY MR. SATTERLEY:   12:28:48

Page 3210

35 (Pages 3207 - 3210)

1 three to five times greater than width.  Okay?
2        So these are tremolite that grew as asbestos
3 forms.  And that's this -- I will make this line red so
4 it's easier.  Right?  And the other line, these grew or
5 were crushed.                              12:41:56
6        And you can see that this whole area in here,
7 they overlap in terms of length-width ratio.  So this
8 is the percentage.  But you can see large percentages
9 of crushed overlap in terms of size.  That is the
10 length-width ratio.                        12:42:15
11     Q.  Before you get off -- let me -- ID13, put that
12 back up there, please, Dr. Egilman.  I want to just ask
13 you just so the record is clear.  The jury has already
14 seen these graphs.  Does this come from the Dr. Blount
15 paper in 1991?                             12:42:31
16     A.  I think yes and no.  I think she copied them
17 from Campbell.  These are originally from Campbell.
18 I'm using Campbell's.
19     Q.  Okay.  So Campbell had aspect ratios like this,
20 and then Blount also had aspect ratios to talk about   12:42:44
21 the distinction?
22     A.  That's right.  And they both -- they both
23 show -- I think this one -- this one may be from
24 Blount.
25     Q.  Because it mentions --                12:42:54
                                          Page 3219

1     A.  But this one is from Campbell.
2     Q.  Okay.  Any other thing you want to point out
3 about the aspect ratio, ID13?
4     A.  Only that no matter how you define them, these
5 are the same in large measure in terms of length and   12:43:10
6 length-width ratio.
7        So it's -- to quote Groucho Marx, it's -- it's
8 "Who are you going to believe?  Me, that is the
9 definition, or your lying eyes?"  Because you can see
10 these, and they're -- all these tubes are the    12:43:33
11 same length-width ratio.
12        If I didn't tell you these over -- if I covered
13 them up and say, "Okay, where are these from," and I
14 covered some of these up and said, "Where are these
15 from," they look like they're coming from the same
16 place because they are identical.            12:43:49
17        And the surface properties, which is even more
18 important from a health perspective, are also the same.
19 So in other words --
20     Q.  Wait a second.  What are you talking about,
21 "surface properties"?  What's that?          12:43:59
22     A.  That's what's -- on the surface of the fiber,
23 there will be a certain charge, and those -- the
24 charge -- and there will be a certain roughness,
25 et cetera.  And those properties are the same no matter
26 how these fibers are formed.                 12:44:17
                                          Page 3220

1     Q.  So if the chemistry -- if the chemistry of this
2 particle or fiber is the same and the surface property
3 is the same, the size and the shape is the same, can
4 the body tell the difference?
5     A.  No.                                 12:44:35
6     Q.  Now, how does asbestos get inside the human
7 body?
8     A.  Okay.  This is demonstrative Exhibit 5, I
9 guess.  Okay?
10        (Whereupon, Plaintiff's Exhibit ID5 was marked   12:44:55
11 for identification.)
12        THE WITNESS:  So asbestos gets in the air.  You
13 breathe it in.  It goes into your pharynx, then into
14 your trachea, then into your bronchus, and it gets
15 carried by airflow all the way towards the end of your   12:45:09
16 lung which have little grape-like sacs.
17        So the end of your -- the end here looks like
18 this, and then it will have a little tube.  That's
19 called the bronchial.  And these sacs are where the
20 business of the lung gets done.  These are called    12:45:41
21 alveoli.
22        And the asbestos gets all the way in, and it
23 gets -- it's a fiber, it can get in and lodge in the
24 alveolus.  It's a little bit like a ship in a bottle
25 phenomenon.  When you breathe the asbestos in, it tends   12:45:59
                                          Page 3221

1 to cause the fibers to line up along with the
2 airstream, so the fibers can more easily get in.
3        And also, when you inhale, if you take a
4 breath, you expand your lungs, and that expands the
5 tubes, and also, you get flow of air in.  And so the   12:46:15
6 asbestos goes to these fibers here, will tend to wind
7 up and straighten up, so they can get deep into the
8 lung.
9        Now, when you exhale, now your lung tubes are
10 getting a little bit smaller.  All these tubes are   12:46:33
11 getting a little bit smaller, and the asbestos can then
12 get in at an angle and can get stuck.  It can get stuck
13 either in these tubes, or it can get stuck in the
14 alveolus.
15        Now, actually, 95 percent of what gets inhaled   12:46:46
16 gets exhaled; 5 percent stays in the lung, and some of
17 that then goes to the rest of the body.  And that
18 happens by --
19        Let me just draw this.  I've got these sheets
20 you gave me.  Do you want me to use that for the --   12:47:14
21     Q.  If you're going to draw, we don't need to go to
22 the board today.  I think we got it figured out.  So
23 you can draw it.
24        THE COURT:  That was Number 5.  Did we identify
25 it?                                        12:47:25
                                          Page 3222

38 (Pages 3219 - 3222)

Page 3223

```
1        MR. SATTERLEY:  Yes, I think so.  ID 5,
2    breathing in the asbestos fibers.
3    BY MR. SATTERLEY:
4        Q.  We may come back to that later.  But you were
5    going to talk about how the --            12:47:31
6        A.  I was going to draw again -- these are the ones
7    with my picture you sent me.
8        Q.  And you were going to draw how the fibers --
9        A.  Correct.
10       Q.  -- translocate in the body?        12:47:42
11       A.  Yes.
12       Q.  Okay.
13       A.  "Translocate" means go from one place to the
14   next.
15           So we're back here in the alveoli.  You've got  12:47:48
16   an asbestos fibers or lots of fibers in here.
17           Then in this space -- okay.  There's blood
18   cells with oxygen, getting oxygen, and it turns red.
19   So this blood actually will come into the lung looking
20   blue, and then it will turn red as it picks up oxygen.  12:48:18
21       The oxygen goes from the inside of the alveoli,
22   okay, through the alveoli and gets picked up in this
23   depleted blood, and it gets carried away and goes to
24   the heart.
25           Now, at the same time, there's veins also in  12:48:41
```

Page 3224

```
1    here, and those veins release carbon dioxide into the
2    lung, and you exhale the carbon dioxide.
3        So that's where all the business of the lung
4    gets done.
5           Now, some of these fibers -- the third thing  12:49:05
6    that's in here, in this space, are lymphatics, lymph
7    tissue.  In your lymph nodes when you get a cold,
8    those are all connected back, and some of those -- some
9    of that actually is in the lung.  So this is lymph
10   tissue, and it's actually tubes, just like the blood  12:49:28
11   vessels.
12          What happens, how the asbestos gets around is,
13   some of the asbestos gets into the lymph tissue, and
14   then it will get carried from the lymph tissue into
15   lymph nodes.                              12:49:49
16          And the lymph nodes eventually drain into the
17   inferior vena cava.  Okay?  So the lymph, with the
18   asbestos in it, gets carried from the lung, and it
19   eventually drains into the inferior vena cava, which is
20   a large vein going into the blood that goes into the  12:50:25
21   heart.
22          First it goes into the bloodstream, and then it
23   gets carried into the heart.  And from the heart, that
24   blood gets spread out with whatever is in it to the
25   rest of the body.                        12:50:45
```

Page 3225

```
1        So some of it lands in the lining of the lung,
2    okay, which is called mes- -- it originally comes from
3    mesodermal tissue.  It's called the pleura.
4        Q.  On your -- on the left-hand side, it says
5    "pleural membrane."                      12:51:03
6        Is that the pleural space?
7        A.  Well, this is pleural membrane in the abdomen.
8    This is pleural -- there's pleural membrane in both
9    places, so yes.  There's lining of the lung, and
10   there's lining of the belly.  In the lung, there's two  12:51:20
11   linings, one around the lung and one on the inside of
12   the chest wall, and it's about the thickness of
13   cellophane.
14          And because you got to move your lungs, it's
15   lubricated so that your lungs are not stiff.  So      12:51:36
16   there's a little bit of fluid between the membrane
17   around the lung, which is called the visceral pleura,
18   viscera being a word for organ.  So the cellophane
19   around the lung is one part that doesn't quite rub
20   against the cellophane that's on the chest wall.      12:51:56
21   There's a little fluid in there.
22          But the asbestos gets carried in there from the
23   veins, through the heart, and into the bloodstream, and
24   then ends up -- some of it gets stuck in that space;
25   some of it gets stuck in the lung spaces, although some  12:52:13
```

Page 3226

```
1    of it gets directly stuck in the lung spaces from
2    breathing; and then some of it gets into the omentum or
3    the peritoneal membrane in the gut.
4        Q.  If you can move the exhibit up.  Part of the
5    exhibit is off the screen.               12:52:34
6        A.  Sorry.
7        Q.  Go ahead.
8        A.  This is Exhibit 5.  Still Exhibit 5.
9        Some of it gets stuck in the gut.  So that's
10   how asbestos gets around.                12:52:47
11       Q.  You mentioned earlier that asbestos causes two
12   different types of diseases, malignant diseases and
13   nonmalignant disease.
14       Talk to us about that.
15       A.  Okay.  So causes cancer, various cancers, but  12:52:58
16   the main two cancers are lung cancer and then cancer of
17   the pleura or peritoneal membranes, the cellophane
18   around the lung and the cellophane around the belly.
19   So those are the main two cancers asbestos causes.  It
20   causes cancer in the testes as well and other places.  12:53:36
21       Q.  Are there mesothelial linings of the testes?
22       A.  Yes.
23       Q.  Is there mesothelial lining of the heart?
24       A.  Yes.
25       Q.  And is that called a pericardial mesothelioma  12:53:47
```

39 (Pages 3223 - 3226)

Page 3227

1 when it occurs in that part of the body?
2    A. Yes. Although some people think it's really
3 pleural, but yes.
4    So those -- those tissues have something in
5 common that goes way back.                12:54:04
6    So when we first -- when people first
7 developed -- when sperm and egg meet, there's a bunch
8 of cells which eventually become three kinds of cells,
9 ectoderm, endoderm, that's in the middle.  These become
10 your organs, your liver, spleen, et cetera, lung.    12:54:38
11 Ectoderm becomes your skin.
12    The mesoderm, which is in the middle, mesoderm,
13 that forms the peritoneal pleura and the pleura,
14 peritoneal and pleura, and also the gonads.  So this
15 causes -- the gonads come from here, and the lining of  12:55:14
16 the gonads.  That's why you can get mesotheliomas in
17 the test -- in the lining of the testicle.
18    Okay.  This one, we didn't mark.  Do you want
19 me to give this a number?
20    MR. SATTERLEY:  Why don't we do ID -- let's see  12:55:34
21 what number we're up to.  ID14.
22    (Whereupon, Plaintiff's Exhibit ID14 was marked
23    for identification.)
24    THE WITNESS:  Okay.
25 BY MR. SATTERLEY:

Page 3228

1    Q. And you talked about the cancer -- the diseases
2 that cancers cause.  Can you briefly talk about the
3 nonmalignant diseases.
4    A. Sure.  These are generally scarring diseases.
5 And the main one is called asbestosis.  It was named  12:56:08
6 after asbestos, as I mentioned when I spoke about
7 Nellie Kershaw, who was the first person to be
8 diagnosed with this disease.  One person.
9    And here, what happens is, we look at the lung.
10 The asbestos will get into the lung, and the body will  12:56:30
11 send cells down, large cells called macrophages.
12 That's easy for me to remember, particularly right now,
13 because that's a big eater cell.
14    So these cells are designed to engulf and eat
15 and destroy foreign bodies that are present in the    12:57:01
16 body, particularly in the lung.
17    Now, the problem is, asbestos is
18 indestructible, so instead of the macrophage eating the
19 asbestos and carrying it away, the macrophage dies.
20 And there's a process.  After that cell dies, other  12:57:22
21 cells come by called fibroblasts, and they scar it off.
22    Now, in this process of scarring it off,
23 particularly to the amphiboles, which is all the
24 asbestos except chrysotile, you get something called --
25 you can get something called an asbestos body.    12:57:56

Page 3229

1    And what that is, is asbestos covered with
2 dead -- dead tissues and iron.  Then iron -- which is
3 lots of iron in the body because that's what your blood
4 is, iron.  And so it gets -- this gets to be
5 iron-filled.                    12:58:21
6    And you can see these sometimes on a
7 microscope.  I think we have some pictures of them.
8    Q. Before you leave that, Dr. Egilman, what are
9 pleural plaques?
10    A. Pleural plaques would be scarring in the lining  12:58:37
11 of the pleura or the diaphragm.
12    (Whereupon, Plaintiff's Exhibit ID15 was marked
13    for identification.)
14    THE WITNESS:  So it's the same thing.  The
15 difference is this scarring is in a different location,  12:58:46
16 so the asbestos, to get here, would have had to have
17 taken that circuitous route through the veins, through
18 the lymphatics, the veins, et cetera, whereas the
19 asbestos in the lung can get there directly by
20 inhaling.                    12:59:03
21    Now, this scarring -- you got one or two
22 scars -- let's think about your elbow.  Let's say you
23 had your elbow, and you got a couple of scars on your
24 elbow.  You could still move your elbow, no problem.
25 Okay.                        12:59:17

Page 3230

1    When you -- when you get lots of scars on your
2 elbow, so you have lots of scars in your lung, then
3 your elbow might get stiff because the scar tissue
4 would engulf your elbow.  If you had a bad burn, you
5 get some stiffness there.                12:59:35
6    So what happens with asbestos is, gradually,
7 these scars build and build and build, so then the lung
8 can't expand as well as it should, and you gradually
9 get shorter and shorter of breath.  And that can also
10 happens sometimes with the pleural scarring, but much  12:59:51
11 less often.
12 BY MR. SATTERLEY:
13    Q. So with regards to mesothelioma, do you have to
14 have pleural plaques or asbestosis to say a
15 mesothelioma is related to asbestos?        13:00:03
16    A. No.
17    Q. Is there -- and you've published -- you said
18 you published on asbestosis, it's not necessary with
19 regard to lung cancer.  Is that true with regard to
20 mesothelioma as well?                13:00:15
21    A. It's even more true with regards to
22 mesothelioma.
23    Q. Is that any --
24    A. That's because people have gotten mesothelioma
25 from very short exposures to asbestos, exposures that,  13:00:22

40 (Pages 3227 - 3230)

1 you know, were sometimes as little as a day.
2      So it's even more true, which is not enough to
3 get scarring in the lung, as I explained, so -- but it
4 is enough to cause lung cancer in some people.
5   Q. Is there any literature, any acceptable    13:00:45
6 literature, generally acceptable literature that says
7 you got to have two different asbestos diseases to say
8 one of them is related to asbestos?
9   A. No.
10   Q. If someone were to come into this courtroom and  13:00:59
11 say, "You've got to have pleural plaques," or "You've
12 got to have asbestosis to say mesothelioma is related
13 to asbestos," in your opinion, Doctor, is that true?
14   A. That is not correct.
15   Q. Now, how long does it take for asbestos to    13:01:13
16 cause the various asbestos-related diseases?
17   A. Well, to some extent it depends how -- how old
18 you were when you first got exposed. So the younger
19 you are, the shorter it takes. But for the most part,
20 it takes, at a minimum, ten years. But for most    13:01:35
21 people, at least 15 years. And you can get
22 mesothelioma as long as 50 or 60 years after exposure.
23      That period of time from first exposure to --
24 so from first exposure to first symptoms of disease,
25 this is called the latency time. Latent period. So it  13:01:59

Page 3231

1 means it's quiet.
2      During at least some of that time -- okay. At
3 least some of that time the cancer is growing, but you
4 don't know it. Because from the first cell division
5 where cancer is formed, until you actually have even a  13:02:29
6 one-centimeter sized round cancer, is at least, in
7 most -- in most people, 20 years, 25 years. Then it
8 goes much -- then the doubling time causes it to grow
9 fast in terms of size.
10   Q. In Ms. Prudencio's case, you've evaluated her  13:02:49
11 case, her medical records, and reviewed her testimony?
12   A. Yes.
13   Q. And latent -- the latency period in her
14 situation -- her being born in 1986, and having the
15 disease when she's on her 34th birthday, is that an  13:03:05
16 appropriate latency period for the asbestos exposure
17 beginning as a baby, up until the time that she was
18 diagnosed?
19   A. Well, it would -- it would be a relatively
20 typical latent period, well within the range of when  13:03:21
21 most asbestos cancers occur.
22   Q. The -- you have a couple of other
23 demonstratives I want to show the jury.
24      Can you show ID7 (sic).
25      (Whereupon, Plaintiff's Exhibit ID8 was marked  13:03:38

Page 3232

1      for identification.)
2      THE WITNESS: Yeah.
3 BY MR. SATTERLEY:
4   Q. If we could put that up there.
5      I've got that marked as 6.    13:03:46
6   A. Okay. How about -- you want 8?
7   Q. Okay. That's 8. We'll call that 8 then.
8      All right. And is this a representation of the
9 visceral and parietal pleura that you were talking
10 about earlier?    13:04:07
11   A. Yes. So that's the -- this is the lung. And
12 the pleura around the lung is the visceral pleura. And
13 the pleura around the chest wall -- so the ribs would
14 be here -- would be the parietal pleura. And this is a
15 space with a little bit of fluid in it. And this is  13:04:25
16 about the thickness of cellophane.
17   Q. And you have on the right-hand side, "The
18 asbestos is jagged, extremely tiny, 500 times finer
19 than hair"?
20   A. Right.    13:04:41
21   Q. Is that accurate?
22   A. Yes.
23   Q. Now, you have also a demonstrative ID -- I
24 think it's ID9, peritoneal mesothelioma?
25   A. I got that as 6. We can flip the 6 and make it  13:05:05

Page 3233

1 a 9.
2   Q. Okay. Sorry about that. Why don't we mark
3 that as ID9.
4   A. Okay. Well, that was an easy one. No
5 cross-out needed.    13:05:18
6      (Whereupon, Plaintiff's Exhibit ID9 was marked
7      for identification.)
8 BY MR. SATTERLEY:
9   Q. Okay. Explain this graphic and what this
10 represents.    13:05:25
11   A. Well, this is the abdomen. This is the liver.
12 This would be -- the spleen would be over here. The
13 thin layer that covers all the organs in the abdomen,
14 which is -- this is the large intestine, the colon,
15 small intestine, the gonads down here, and then spleen  13:05:43
16 over here.
17      So that there's a thin cellophane-like covering
18 which is called the peritoneal -- the peritoneal
19 membrane, and that's also where asbestos can cause
20 cancer. This would be an outcropping of cancer there.  13:06:04
21   Q. Do you have an opinion whether asbestos causes
22 peritoneal mesothelioma?
23   A. Yes.
24   Q. If someone had exposure to asbestos and
25 developed -- as a young person, as a child, and 30 --  13:06:22

Page 3234

41 (Pages 3231 - 3234)

1 25, 30, 32 years later develops mesothelioma, would
2 that, in your opinion, be related to asbestos exposure?
3    A. Yes. If they had exposure as a child and got
4 cancer 30 or 35 years later, that would be consistent
5 with the pattern you'd see with asbestos.   13:06:44
6    Q. Are you aware of any scientific literature that
7 says if you develop peritoneal mesothelioma and you
8 have asbestos exposure for many years in your life,
9 that it's appropriate to call that disease spontaneous?
10    A. No. Spontaneous means you don't -- it occurs   13:07:06
11 for unknown reason. If you have a reason, then that's
12 the cause. And if someone is exposed to asbestos and
13 they get one of the signature asbestos diseases, of
14 which peritoneal meso and pleural mesothelioma are two,
15 then you would say, more likely than not, that's the   13:07:30
16 exposure that caused those to occur. Idiopathic means
17 unknown cause. It doesn't mean spontaneous.
18    Q. Earlier, you were talking about -- in your
19 study of molecular biology, you started to explain how
20 asbestos fibers can cause cells to become cancer.   13:07:49
21 What is cytokines?
22    A. In this inflammatory process that I talked
23 about before, if you can find it again. This scarring,
24 in this process where the asbestos -- let me see if I
25 can find the other one, graphic here.   13:08:13

Page 3235

1 Well, I'll just go with this.
2 When this scarring process goes on, there's a
3 release of cytokines, which are proteins. So when that
4 macrophage first comes out and says to the rest of the
5 body, I can't eat this asbestos fiber, it lets the   13:08:38
6 messaging -- the messenger system is cytokines.
7 So these macrophages will release the
8 cytokines, and that's to tell the body, hey, I need
9 some help down here, you got to send some other kind of
10 cells to get rid of this thing I can't eat anymore.   13:09:02
11 And these cytokines come from inflammation.
12 And in addition to calling for help and fibroblasts to
13 wall this asbestos off, they cause cancer to -- they
14 increase cancer growth. So they make the cancer grow
15 faster. So that's thought to be another way that   13:09:25
16 asbestos promotes cancer growth.
17 There's two kinds of ways that cancer occurs.
18 There's the initiation of cancer, and that would be,
19 say, if asbestos goes into the nucleus of the cell,
20 causes a mutation, the cell loses control, it starts to   13:09:42
21 divide and divide and divide.
22 And then there are things like cytokines that
23 tell that cell that's a cancer cell, grow some more,
24 grow some more. And those are cytokines.
25    Q. And does this inflammation -- does it cause DNA   13:10:00

Page 3236

1 damage within the body?
2    A. The inflammation, no, not per se. The asbestos
3 causes the mutation.
4    Q. Okay. The asbestos causes the DNA damage in
5 the body?   13:10:16
6    A. Correct.
7    Q. All those fiber types -- the asbestos fiber
8 types that you told us about earlier, can all those
9 fiber types cause malignant mesothelioma?
10    A. Yes.   13:10:22
11    Q. Is there any such thing, with regards to
12 cancer, as a safe asbestos?
13    A. No.
14    Q. And have you studied -- specifically studied
15 and published upon the various fiber types and their   13:10:34
16 ability to cause cancer?
17    A. Yes.
18    Q. And can all those fiber types cause the disease
19 malignant peritoneal mesothelioma?
20    A. Yes.   13:10:48
21    Q. Now, in this case, have you reviewed the
22 Johnson & Johnson historical documents?
23    A. Yes.
24    Q. And have you reviewed historical literature on
25 asbestos and asbestos in talc?   13:11:01

Page 3237

1    A. Yes.
2    Q. And based upon your review of Johnson &
3 Johnson's historical documents and the testing -- we'll
4 talk more about this on Monday -- have you formed an
5 opinion whether asbestos has been documented in   13:11:13
6 Johnson & Johnson Baby Powder?
7    A. Yes.
8    Q. And what is your opinion?
9    A. It has been since the 1950s.
10    Q. And do you have an opinion that various   13:11:23
11 asbestos types -- not just one fiber, but various types
12 of asbestos has been documented in Johnson & Johnson's
13 baby powder?
14    A. Yes.
15    Q. And the internal company documents, did you see   13:11:34
16 those for the first time in the last couple of years?
17    A. Yes.
18    Q. Now, with regards to --
19    THE COURT: Are there going to be more
20 demonstratives, or should we go back to the camera?   13:11:56
21    MR. SATTERLEY: I'm sorry, Your Honor. Let me
22 just look over --
23 BY MR. SATTERLEY:
24    Q. Dr. Egilman, do you have any additional
25 demonstratives you want to display on the asbestos   13:12:03

Page 3238

42 (Pages 3235 - 3238)

1 general causation issues?
2    A. I don't think so. Unless you have questions.
3    Q. If you could turn off your screen share, then.
4    A. Okay.
5    Q. I've just got a couple more minutes of          13:12:20
6 questions before we break for the day.
7        Does everybody exposed to a carcinogen have the
8 same likelihood of getting cancer?
9    A. No.
10    Q. And why is that?                               13:12:29
11    A. Well, in part, generally speaking, asbestos is
12 a dose-response disease. And by that I mean the --
13 there was kind of a fundamental study done about cancer
14 and dose response called the megamouse study by the EPA
15 around 1980. And what they did -- I should -- I may    13:12:57
16 have a demonstrative on this. I lost my mice.
17    Q. You got the megamouse book?
18    A. What?
19    Q. You got a book on the megamouse?
20    A. I got the book, but that's not the picture.    13:13:19
21 I'll draw it out. Okay.
22        So this explains, I think, in large part why
23 certain people do and don't get cancer. So what they
24 did was they started with, say, about 30 mice --
25    Q. If you're drawing, you're not screen sharing.   13:13:33
                                                    Page 3239

1    A. Oh, I'm sorry. Okay.
2        So they started with 30 mice in a group, and
3 they may have given them 5 -- a hundred times --
4 100 pounds of exposure, say. Okay? 30 mice, 30 mice.
5        And in this group didn't get -- this group got  13:14:05
6 the exposure. This group didn't get it. In this
7 group, they may have gotten, say, eight cancers. In
8 this group, they got no cancers.
9        Then what they did was they went to 60 mice.
10 60 mice. Instead of 100 pounds, they used 50 pounds.  13:14:24
11 Okay. And, again, zero here. Here, then they got,
12 say, 4 cancers. No cancers.
13        They went up to 30,000 mice. So I'm going to
14 skip the first -- the next 29 -- 29,000, however many
15 it is. And they kept dividing, dividing, dividing the  13:14:52
16 amount they gave those mice. But -- so they might have
17 gotten down to, say, .001 pounds.
18        Now, they still had excess cancers, but in this
19 case, they may have only had, out of 30,000 mice,
20 4 cancers. But none in this group. These numbers are   13:15:14
21 not real numbers. I'm just making them.
22    Q. What's the end result of the mega mouse study?
23    A. The end result, if you expose -- if you
24 decrease the amount of a cancer-causing agent, but
25 expose more and more people, you'll still get a cancer  13:15:32
                                                    Page 3240

1 increase in that large amount of people, but you're
2 going to need a lot of people if you have a small
3 amount to get a cancer increase.
4        And that cancer increase will not be a lot of
5 cancers. It will just be relatively few cancers that    13:15:47
6 are increased in maybe millions of people.
7        And so the idea is that -- why the other mice
8 don't get cancer -- because these are genetically
9 identical -- we don't know. Okay? In human beings,
10 it's even more complicated.                            13:16:07
11    Q. Last question -- Dr. Egilman, last question for
12 the day.
13        Is there a safe level of exposure to asbestos,
14 in your opinion?
15    A. No.                                             13:16:16
16        MR. SATTERLEY: And we'll pick up on that on
17 Monday morning, Your Honor.
18        THE COURT: Right. I agree.
19        Ladies and gentlemen, it's been a long week,
20 but we've gotten a lot done, actually, through some     13:16:29
21 technical glitches.
22        I really appreciate the attention you've all
23 paid and your participation here.
24        Over the weekend, it's even more important than
25 ever that you stay away from any information that might  13:16:43
                                                    Page 3241

1 have anything to do with this case. Don't do any
2 research; don't ask anybody anything. Maybe don't tell
3 anybody exactly what you're doing and you won't get any
4 bright ideas from anybody.
5        So don't talk; don't do any research; and most   13:16:58
6 of all, don't read -- don't reach any conclusions
7 because you haven't heard all the evidence, and you
8 haven't heard the jury instructions. So that's a ways
9 from now. So take it in, and then we'll add it all
10 together at the end.                                   13:17:16
11        So thank you very much.
12        Ms. Moore, if you could stay, I would
13 appreciate it. The rest of you are excused, and we'll
14 see you Monday morning at 8:45 for check-in.
15        Thank you very much.                            13:17:29
16        And Mr. Shia, we'll need to figure out if there
17 is a problem with his Chromebook. So we'll do that
18 this afternoon or over the weekend.
19        All right. So could we go into a breakout
20 room, along with Ms. Moore.                            13:17:50
21        And then Mr. Satterley, are you prepared to
22 play that video?
23        MR. SATTERLEY: I believe we are.
24        Mr. Rivamonte -- Kevin, are you there?
25        THE TECHNICIAN: Yes, I'm here.                  13:18:04
                                                    Page 3242

43 (Pages 3239 - 3242)

Aiken Welch, A Veritext Company
510-451-1580

```
 1   STATE OF CALIFORNIA    )
 2                          )  ss.
 3   COUNTY OF ALAMEDA      )
 4
 5        I, EARLY K. LANGLEY, do hereby certify:
 6      That foregoing proceedings were held in the
 7   above-entitled action at the time via Zoom and via Zoom
 8   audio at the place therein specified;
 9      That said proceedings were taken before me via
10   Zoom and via Zoom audio at said time, and was taken
11   down in shorthand by me, a Certified Shorthand Reporter
12   of the State of California, and was thereafter
13   transcribed into typewriting, and that the foregoing
14   transcript constitutes a full, true and correct report
15   of said proceedings that took place;
16      IN WITNESS WHEREOF, I have hereunder subscribed my
17   hand on June 17, 2021.
18
19
20
21
22
          EARLY K. LANGLEY, CSR No. 3537
23        State of California
24
25
                                      Page 3255
```

4457

1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                    COUNTY OF ALAMEDA

3          BEFORE THE HONORABLE STEPHEN KAUS

4                    DEPARTMENT 19

5                  VIA ZOOM CONFERENCE

6                     ---oOo---

7    CHRISTINA G. PRUDENCIO,

8          Plaintiff,

9    vs.                          No. RG20061303

10   JOHNSON & JOHNSON, et

     al.,

11

           Defendants.

12   _____/

13

14          REPORTER'S TRANSCRIPT OF PROCEEDINGS

15          (Trial - William E. Longo, Ph.D.)

16            Wednesday, June 30, 2021

17                  Full Session

18

19

20     Taken before EARLY K. LANGLEY, B.A., RMR, RSA

                  CSR No. 3537

21

22

23

24   VOLUME 29

25   PAGES 4457 - 4649

4458

1 APPEARANCES OF COUNSEL ON THE RECORD VIA ZOOM
2 CONFERENCE:
3
4 For the Plaintiff:
5     JOSEPH SATTERLEY
      IAN RIVAMONTE
6     Kazan, McClain, Satterley & Greenwood
      55 Harrison Street, Suite 400
7     Oakland, California 94607
      (510) 302-1000
8     Jsatterley@kazanlaw.com
      Irivamonte@kazanlaw.com
9
10 For the Defendants Johnson & Johnson, Johnson & Johnson
    Consumer Companies, Inc., Johnson & Johnson Inc., sii
11 Johnson & Johnson Cons Companies:
12    MORTON D. DUBIN
      SHAILA R. DIWAN
13    KEVIN HYNES
      King & Spalding LLP
14    1185 6th Ave Of The Americas
      New York, NY 10036
15    (212) 556-2100
      Sdiwan@kslaw.com
16    Mdubin@kslaw.com
      Khynes@kslaw.com
17
18
19
20
21
22
23
24
25

4459

1         INDEX - VOLUME 29 - (Pages 4457 - 4649)
2                    SESSIONS
3 DATE                              PAGE
4 Wednesday, June 30, 2021
5 Morning and Afternoon Session         4465
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

4460

1         INDEX - VOLUME 29 - (Pages 4457 - 4649)
2           INDEX OF EXAMINATIONS
3              CHRONOLOGICAL
4
5 WILLIAM E. LONGO, Ph.D. (for the Plaintiff)
                    4471
6     Direct Examination By Mr. Satterley
   (Cont'd)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

4461

1         INDEX - VOLUME 29 - (Pages 4457 - 4649)
2           INDEX OF EXAMINATIONS
3                   ALPHA
4 WITNESSES:                          PAGE
5
   WILLIAM E. LONGO, Ph.D. (for the Plaintiff)
6                    4471
      Direct Examination By Mr. Satterley
7  (Cont'd)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

4470

1  we had yesterday has been corrected.
2      THE COURT: All right. Excellent.
3          WILLIAM E. LONGO, Ph.D.
4          (For the Plaintiff)
5      previously sworn as a witness,
6      testified as follows:
7      MR. SATTERLEY: I saw him for a second -- oh,
8  there he is.
9      THE WITNESS: Am I in?  Okay.
10     THE COURT: You have a new name, but you're in.   09:12:56
11     THE WITNESS: Yeah, you need to change it to my
12  name.
13     MR. SATTERLEY: Dr. Longo, you have an
14  assistant there with the camera and everything helping
15  you out?                                   09:13:11
16     THE WITNESS: Yes.  He's putting the new name
17  in.  We didn't realize it until we got in there, so...
18     TECHNICIAN WILLIAMS: How's that?
19     THE WITNESS: I would put "William Longo."
20  Just "William Longo" is fine.                 09:13:23
21     You got it.
22     THE CLERK: They're going to change it.
23     TECHNICIAN WILLIAMS: There we go.
24     THE COURT: Excellent.
25     THE WITNESS: Sorry, Your Honor.            09:13:37

4471

1      THE COURT: Just getting it straight.
2      Mr. Satterley, go ahead.
3  DIRECT EXAMINATION BY MR. SATTERLEY (Cont'd):
4      Q. Good morning, Dr. Longo.  Welcome back.
5      A. Good morning.                         09:13:43
6      Q. So we left off talking about some of your
7  qualifications, some of your -- what you have done
8  historically.  We are going to talk a little bit more
9  about that and your involvement historically, over the
10  last 30-some-odd years, with asbestos issues.   09:13:54
11      So let's go back to the PowerPoint
12  presentation.  And we are going to move a little
13  quicker this morning.  And let me know when you can see
14  the PowerPoint.
15      A. I can see it now.                      09:14:12
16      Q. Okay.  And we talked yesterday about all these
17  various organizations.
18      And you told us that you, in fact, confirmed
19  asbestos in Johnson's Baby Powder; correct?
20      A. Yes, sir.                             09:14:21
21      Q. Did the slide go away?
22      A. There it is.  I see it.
23      Q. Okay.  Okay.  Sorry about that.
24      A. It goes away when you're talking.
25      Q. Okay.                                09:14:34

4472

1      A. Now it's okay.
2      Q. I hope it doesn't go away now.
3      A. It just did again.
4      Q. Oh, my goodness.  I'm so sorry.
5      A. Is that on our end or your end?          09:14:46
6      Q. It's my end.
7      A. Thank goodness.  I don't mean thank goodness,
8  but...
9      Q. Thank goodness it's my fault.
10     MR. SATTERLEY: Your Honor, we need one issue.   09:15:00
11  Can I mute myself and try to solve this problem?
12     THE COURT: Yes.
13     THE WITNESS: It's on now.
14     THE COURT: Let's have Mr. Satterley talk to
15  his technical assistant.                      09:15:11
16     MR. SATTERLEY: We think -- Mr. Green is the
17  host.  Some setting in Mr. Green's is making it go off
18  every time I talk.
19     THE WITNESS: Mr. Satterley, it stayed on the
20  whole time you were talking here.               09:15:26
21     THE COURT: I think it's okay now.
22     Mr. Green and Ms. Mendola will confirm, but it
23  seems to be working.
24     MR. SATTERLEY: The stress of technology.  I'm
25  sorry.                                     09:15:38

4473

1  BY MR. SATTERLEY:
2      Q. All right.  So, Dr. Longo, is it true that you,
3  in fact, confirm asbestos in Johnson's Baby Powder
4  historically?
5      A. Yes, sir, that is true.                 09:15:47
6      Q. And we'll go through that in much more detail.
7      Now, what do we see here?
8      A. This is a drawing of the -- for the
9  Environmental Protection Agency for what you'd call
10  fibers and bundles.  This was done some time ago and   09:16:02
11  how you classify them.
12      The Environmental Protection Agency, when they
13  were first proposing the counting rules by transmission
14  electron microscopy, they found that analysts
15  absolutely were able to say a single fiber.      09:16:19
16      In fact, these two fibers on the right-hand
17  side on the top, under ISO rules, those would actually
18  be bundles because there's at least two touching
19  together.  For EPA, you need three.
20      But they discovered that the analysts could   09:16:39
21  absolutely say a fiber.  They could absolutely say a
22  bundle.  And something that's not applicable for talc
23  is a matrix, meaning you have a big particle and all
24  these fibers sticking out of it, sort of like a hairy
25  ball.                                      09:16:57

4490

```
1    Q. Okay.
2    A. That had the name of -- and I talked to a
3  person that used these microscopes.  They called that
4  the Jesus stick.
5    Q. Why was that?                          09:39:43
6    A. Because it had the capacitor in there, which is
7  essentially a battery, that would store the voltage up
8  to 50,000 volts and then let it out so it would be
9  direct current and not alternating current.  But when
10  you had to work on this instrument, you had to       09:40:00
11  discharge that capacitor.
12       So that stick is made out of Bakelite, which is
13  a polymer, so it's insulated.  And that wire is
14  hooked to -- is to a little hook on it.  I could have
15  reached back and showed it to you.  And then they would  09:40:19
16  have to ground it.
17       And when you ground that much voltage, you
18  can't put that hook on it fast enough not to get the
19  arc.  And when an arc goes through air, it causes
20  thunder.  They used to say that that sounded like a .38  09:40:35
21  going off, and it would scare you every time.
22       And also, the microscopes today have so many
23  safety features.
24       If you go back to the column and go up to the
25  top, that was all live voltage.  And so if you were to  09:40:50
```

4491

```
1  reach up there by accident and touch that, you would be
2  unconscious.
3       In the manual, on the first page when you
4  opened up, it showed you how to give CPR, like in
5  cartoons when they're laying on their stomach and they  09:41:09
6  come in the back and, I guess, try to get their
7  breathing again.
8       So my joke is, I'm an electron microscopist by
9  training in scanning electron microscopist.  The early
10  electron microscopists were not wimps.  They were     09:41:25
11  working with a very dangerous machine.
12    Q. Fair to say, Dr. Longo, you know a lot about
13  electron microscopy, both currently and going back in
14  time?
15    A. Yes, sir.  I can bore -- I can bore somebody at  09:41:36
16  a cocktail party really quick.
17    Q. Okay.  Let me just ask you a couple more
18  questions, and then I'm going to offer you as an
19  expert.
20       Have you studied scientific literature as it  09:41:47
21  relates to asbestos and asbestos in products?
22    A. Yes, sir, I have.
23    Q. Have you studied and reviewed the scientific
24  literature as it relates to asbestos in talcum powder
25  products?                                          09:41:58
```

4492

```
1    A. Yes, sir, I have.
2    Q. And you already told us yesterday you published
3  upon this; correct?
4    A. Yes, sir.
5    Q. And was that published in a peer-reviewed     09:42:03
6  scientific journal?
7    A. Yes, sir, it was.
8    Q. And have you studied the scientific literature
9  as it relates to exposures and exposure levels that
10  occur as a result of asbestos being released from    09:42:13
11  products?
12    A. Yes, sir.  I must have hundreds of papers that
13  I've reviewed, and I keep up with the literature, too.
14    Q. And have you published upon exposure and
15  exposure levels and done exposure simulation studies?  09:42:26
16    A. Yes, sir, I have.
17    Q. And have you analyzed a way in which
18  individuals are exposed to asbestos via cosmetic talc?
19    A. Yes, sir, I have.
20       MR. SATTERLEY:  Your Honor, at this time, I'd  09:42:41
21  offer Dr. Longo as an expert on electron microscopy,
22  asbestos analysis, and industrial hygiene exposure as
23  it relates to asbestos in talc.
24       THE COURT:  Is there any voir dire or
25  objection?                                         09:42:51
```

4493

```
1       MR. DUBIN:  No.  I have no objection within
2  that scope subject to cross-examination.
3       THE COURT:  All right.  So he's qualified as an
4  expert.
5  BY MR. SATTERLEY:                                 09:43:04
6    Q. Have you been analyzing asbestos for most of
7  your career?
8    A. Yes, sir.  I still have the first filter and
9  grids for the very first sample I ever analyzed.  And
10  that was done in 1984, I believe.                   09:43:20
11    Q. You mentioned property damage and -- is this
12  you back in the 19 -- early 1990s, late 1980s in an
13  advertisement?
14    A. Yes, sir.  I've got to say, I don't think I've
15  aged a day.                                         09:43:39
16    Q. Okay.
17    A. That -- that ad was generated in 1989.
18    Q. Okay.  Who is this with you in the ad?
19    A. That's Mr. George Yamate.  And he was working
20  for us for a while after he left the IITRI -- we call  09:43:59
21  it the IITRI research institute, the Illinois Research
22  Institute.  And his research was in asbestos and
23  protocols.
24       Anybody who has done analysis with asbestos air
25  samples knows -- has always heard about the EPA     09:44:19
```

4502

1  bit of iron.

2    Q.  This word up here with actinolite says "ferro,"

3  f-e-r-r-o.  What does ferro mean?

4    A.  Ferro is iron, and it means it has -- if you

5  look at the other end, you have tremolite.  And as I've    09:55:50

6  talked about earlier, the difference between tremolite

7  and actinolite is the amount of iron.  So the iron

8  here, again, is replacing the magnesium.  You start off

9  with tremolite with --

10    I'm sorry.                      09:56:08

11    Q.  My question was, what is ferro, f-e-r-r-o?

12    A.  That means iron.

13    Q.  Okay.  So are there going to be sometimes

14  ferro-anthophyllite, meaning iron-enriched

15  anthophyllite?                    09:56:24

16    A.  Yes.  I've seen it called ferro-anthophyllite,

17  and then I've also seen that called amosite or

18  grunerite.

19    So as the anthophyllite gets formed with iron,

20  at some point -- and this all happens during the    09:56:34

21  formation.  It's not, like, anthophyllite, and all of a

22  sudden, it just starts changing after its formed.

23    At some point, it changes the crystalline

24  structure to fit all that iron in there, and it becomes

25  a monoclinic, right there where it says "A-C" with the    09:56:51

4503

1  line up.

2    Q.  So within the Manual of Mineralogy, is

3  anthophyllite part of a solid solution series?

4    A.  Yes, sir, it is.

5    Q.  If someone were to come into this courtroom and    09:57:07

6  say, "No, no, no, anthophyllite -- anthophyllite is not

7  part of the solid solution series," would you disagree

8  with them?

9    A.  I would disagree to the point where it has that

10  one A-C, because they have new definitions.  It always    09:57:20

11  changes.  But in order for anthophyllite to get iron,

12  that's solid solution.  That's because the recipe at

13  that point, when it was made, included iron.

14    And for cummingtonite to get to grunerite, the

15  same thing happens.  That's solid solution series.    09:57:41

16    If you go back a slide and look at the solid

17  solution series for tremolite going to actinolite, you

18  don't -- it doesn't change its crystalline structure.

19  So I guess the purist would say that is a total solid

20  solution series.                  09:58:03

21    And, also, it doesn't show that tremolite can

22  also incorporate either phosphate or some sodium, which

23  gets you winchite and richterite.

24    Q.  All of these mineral terms, if they are in the

25  fibrous form, in your opinion, is that asbestos?    09:58:19

4504

1    A.  Yes.  And it's regulated as asbestos.

2    Q.  Let me go to the first question of the three

3  questions that I have asked you to help us out with.

4    Did Johnson's Baby Powder contain asbestos

5  historically, Dr. Longo?              09:58:35

6    A.  Yes, sir, it did.

7    Q.  And we want to go to some of the internal

8  documents.  You reviewed a lot of internal J&J

9  documents over the last few years; correct?

10    A.  Yes, sir, I have.              09:58:49

11    Q.  And I want to go first to the way Johnson &

12  Johnson internally, outside of litigation, defined

13  "asbestos."

14    And do they have historical documents in 1978,

15  in 1994, and other definitions decades ago where they    09:59:04

16  define what "asbestos" is to Johnson & Johnson?

17    A.  Yes, sir, they did.  Their TM7024 method has

18  these definitions in it.

19    Q.  7024, right here, is 1994.

20    And then December 4, 1978, definition,    09:59:23

21  they say:

22        "'Asbestos' is defined as," finally,

23  "fibrous form of serpentine, known as

24  chrysotile, and the five fibrous forms of the

25  amphibole group:  amosite, anthophyllite,    09:59:36

4505

1  crocidolite, tremolite, and actinolite."

2  Right?

3    A.  That is correct.

4    Q.  And -- but they don't break out under amosite

5  cummingtonite and grunerite.  Does that mean    09:59:49

6  cummingtonite and grunerite is not asbestos?

7    A.  No.  That was -- it was almost -- amosite

8  became like, you know, "Get me a Kleenex," or "Go make

9  me some Xerox copies of this," even though it may have

10  been manufactured by a different person or may not have    10:00:06

11  a Xerox machine.  It just sort of became in the

12  lexicon.

13    Now -- but that's changed.  If you look at

14  definitions like, you know, the National Institutes of

15  Occupational Safety and Health, they'll have    10:00:22

16  cummingtonite/grunerite and -- and trying to get it

17  more to what the mineral really is, not just a

18  commercial name of amosite.

19    Q.  Johnson & Johnson's definition under the Test

20  Method 7024, which we'll talk about in more detail,    10:00:41

21  says:

22        "'Asbestos' is defined to be the fibrous

23  serpentine chrysotile and the fibrous forms of

24  the amphibole group, as represented by amosite,

25  anthophyllite, crocidolite, tremolite, and    10:00:53

4506

1 actinolite."
2     Was that -- is it your understanding that's
3 Johnson & Johnson's internal definition?
4     A. Yes, sir.
5     Q. And have you seen any internal definitions of   10:01:01
6 Johnson & Johnson that they added to this definition or
7 changed the definition and said "and it's got to also
8 be in a population"?
9     A. No.
10     Q. In any of Johnson & Johnson's definitions   10:01:13
11 internally, the corporate definitions, did you ever see
12 anything that said "these fibers have to be in a habit,
13 they have to be in a habit together"?
14     A. Well, no. A habit is how the crystalline
15 structure is formed. But what people don't talk about   10:01:32
16 is that in a mine, you can have many different habits.
17 You can have a habit that can fit in your hand. You
18 can have a piece of rock --
19     Q. Let me stop you there.
20     Can you have a habit that's actually on the tip   10:01:47
21 of your fingertip?
22     A. Yes. There's -- there's no such thing as a
23 mine that is all one habit. So you can have a rock, a
24 piece of the mine that has both nonasbestiform and
25 asbestiform in the same habit. You're never going to   10:02:05

4507

1 have one habit that's all one thing.
2     As far as I can tell, there's no such thing as
3 a nonasbestiform tremolite or actinolite or -- that is
4 all -- the whole mine is all that habit.
5     If you have one, you're going to have the   10:02:26
6 other, in my opinion.
7     Q. So just within -- here's another definition.
8 This is another definition, and this one is 19 -- I
9 can't see that. Is that '94?
10     A. Yes, sir, it is. January 10th.   10:02:42
11     Q. January 10, 1994.
12     Is this, once again, another definition of
13 asbestos from Johnson & Johnson?
14     A. Yes, sir, it's a definition.
15     And they also have their -- what I'd call the   10:02:54
16 counting rules in their protocol. We haven't seen it
17 yet.
18     Q. And the counting rules you talked about
19 earlier, AHERA or the EPA counting rules, is that a
20 requirement of J&J historically in their definitions?   10:03:09
21     A. Yes. But it's -- it's very less conservative
22 than the EPA or AHERA counting rules.
23     Q. And we'll go through that a little bit later.
24     Now, going to the historical documents before
25 we get to your test. Have you reviewed historical   10:03:28

4508

1 documents, both historical documents coming up all the
2 way over the last few years, and found that asbestos
3 was identified in Johnson & Johnson talc or the mines
4 by all of these various laboratories?
5     A. Yes, sir.   10:03:45
6     Q. AMA Analytical, did they find asbestos in
7 Johnson & Johnson talc?
8     A. They did.
9     Q. Battelle Laboratories, did they find asbestos
10 in J&J talc?   10:03:55
11     A. Yes, sir, they did.
12     Q. Colorado School of Mines, did they find
13 asbestos in J&J talc?
14     A. Yes, sir, they did.
15     Q. Cyprus Windsor Minerals, did Cyprus -- did they   10:04:01
16 purchase the J&J talc mines in Vermont in 1989?
17     A. They did.
18     Q. And did they call it Cyprus Windsor Minerals,
19 they sort of changed the name for a little while?
20     A. Yeah. I guess, you know, the Cyprus Windsor   10:04:18
21 Minerals, which means that the mill was in Windsor
22 County, as I remember correctly.
23     Q. And did Cyprus documents demonstrate asbestos
24 in the Vermont talc mines was a source of Johnson &
25 Johnson talcum powder?   10:04:36

4509

1     A. Yes, sir.
2     Q. Dartmouth University, did they identify
3 asbestos in Johnson & Johnson talc?
4     A. Yes, sir, they did.
5     Q. Historically, going back, FDA, did the FDA,   10:04:43
6 Dr. Stewart and others, identify asbestos in Johnson &
7 Johnson talc?
8     A. Yes, sir. I think first showed evidence of
9 that in 1973, maybe, '72, '73 initially. And then, of
10 course, I think a year and a half ago or two years ago.   10:05:03
11 And in FDA, that was the work that AMA did on behalf of
12 FDA.
13     Q. Sure. There's two different -- a couple
14 different labs. Back in the '70s, early '70s,
15 Dr. Lewin, Dr. Stewart, and then recently with AMA in   10:05:17
16 2019; right?
17     A. That is correct.
18     Q. Forensic Analytical in Hayward, California, did
19 they identify off-the-shelf Johnson & Johnson product
20 and found anthophyllite asbestos?   10:05:31
21     A. Yes, sir, they did.
22     Q. Imerys Talc, was Imerys Talc the successor to
23 Cyprus, and did they have laboratories to analyze talc
24 for the presence of asbestos?
25     A. Yes.   10:05:45

4510

```
 1   Q. And did they find asbestos in the talc?
 2   A. They did.
 3   Q. Johnson & Johnson, did they -- their historical
 4   documents identify asbestos in Johnson & Johnson talcum
 5   powder products?                           10:05:56
 6   A. Yes, they did.
 7   Q. McCrone labs, did the McCrone laboratory find
 8   asbestos in Johnson & Johnson's product?
 9   A. They did.
10   Q. Did you, at one point in time years ago, say   10:06:04
11   McCrone laboratory was the best laboratory -- one of
12   the best laboratories in the world?
13   A. Yes, sir, I did.
14   Q. And at the time that you gave that testimony
15   that McCrone was one of the best laboratories of the   10:06:17
16   world -- in the world, did you have the internal files
17   of Johnson & Johnson regarding what occurred
18   historically with regards to the analysis of their talc
19   for asbestos?
20   A. No, sir, I had not reviewed them at that time.  10:06:30
21   Q. The mine --
22   A. I stated that.
23   Q. And we'll talk about McCrone a little bit more.
24       The Mine Safety and Health Administration, did
25   they document asbestos in mines that provided asbestos   10:06:41
```

4511

```
 1   to Johnson & Johnson?
 2   A. Yes, sir. If I recall, it was in air samples
 3   they were taking.
 4   Q. Mount Sinai -- Mount Sinai, Dr. Langer and
 5   others, did they identify asbestos in Johnson & Johnson   10:06:57
 6   product?
 7   A. Yes, sir, they did.
 8   Q. Rio Tinto Minerals, was that another talc
 9   source for Johnson & Johnson?
10   A. Yes, sir.                                 10:07:08
11   Q. Did they identify asbestos in Johnson & Johnson
12   talc?
13   A. Yes, sir, they did.
14   Q. And we heard from Dr. Alice Blount. She was
15   with Rutgers University.                     10:07:17
16       Have you reviewed her testing and her testing
17   results?
18   A. Yes, sir. In fact, that was -- her paper is
19   what we initially used to start testing Johnson &
20   Johnson because of the heavy liquid density separation   10:07:31
21   that she published.
22   Q. And Windsor Minerals, once again, Cyprus --
23   Cyprus purchased in 1989, but even before the purchase
24   back historically, did Windsor Minerals discuss
25   asbestos in their talcum powder products?    10:07:45
```

4512

```
 1   A. Yes, sir, they did.
 2   Q. I'm going to go over just a few examples of
 3   these.
 4       This is April 14, 1971, from the Colorado
 5   School of Mines to a Mr. Robert Russell.     10:08:00
 6       Have you reviewed this document in total?
 7   A. Yes, sir, I have.
 8   Q. And did the Colorado School of Mines do
 9   analysis, both microscopic analysis and x-ray
10   diffraction, on two Vermont final product samples?   10:08:17
11   A. Yes.
12       The optical analysis -- just looking at what
13   they did for the optical analysis, they were using
14   polarized light and refractive indices fluids or oils,
15   a lot of people call them, and which we'll talk about a   10:08:34
16   lot later.
17       So they identified tremolite-actinolite, but
18   that was through optical, and the XRD would only tell
19   you if it was high enough concentration if it was
20   present.                                     10:08:50
21   Q. In these two Vermont final product samples,
22   when they describe that as "needle-like particles,
23   tremolite asbestos needles," is that asbestos, in your
24   opinion?
25   A. Yes, sir. That's fibrous. In order to have a   10:09:01
```

4513

```
 1   needle, a lot of it has to be fibrous. And then what
 2   would look like a point under optical microscopy, we
 3   know that is actually bundles because you can't see
 4   single fibers with polarized light microscopy.
 5   So it's my opinion they were looking at bundles   10:09:17
 6   that just were a little bit longer individual fibers in
 7   the bundle at the end of the bundle. That would look
 8   like a needle under optical microscope.
 9   Q. Now, you said we're going to look at some
10   photographs later of polarized light microscopy of   10:09:30
11   asbestos in Johnson & Johnson product.
12       You have never been -- excuse me.
13       You've never been provided these particular
14   samples from 1971; correct?
15   A. Oh, no, I have not.                        10:09:43
16   Q. Okay. And do you know if Johnson & Johnson
17   retained these samples that Colorado School of Mines
18   described as tremolite-actinolite needles?
19   A. No, I understand they did not.
20   Q. In this very letter, do they talk about the   10:09:59
21   fibrous content of Sample 16 was slightly higher than
22   fibrous content of Sample 15?
23   A. Yes.
24   Q. We've got 15 and 16 here.
25       And they talk about fibrous percentages,     10:10:16
```

---

4514

1 2 percent for Sample 15 and 4 percent for 16, and the
2 tremolite-actinolite, trace amounts for 15 and
3 1 percent for Sample 16; right?
4     A. Correct.
5     Q. And is that significant to you, both in terms   10:10:33
6 of the presence of asbestos and in terms of potential
7 exposure to asbestos?
8     A. Yes.
9         The 1 percent is very significant. And trace,
10 even though it's trace, which would, in my opinion --   10:10:50
11 which we call anything less than .1 percent, that it is
12 still -- a trace amount is very significant on the
13 numbers of fibers and bundles you would have, just
14 because the size of the fibers are such that an
15 individual fiber, or bundle, you can only theoretically   10:11:11
16 calculate the weight, but it's in the picogram range,
17 which is in the trace per gram range.
18     Q. The same year, 1971, there's the Colorado
19 School of Mines report on July 7, 1971, to William
20 Ashton at Johnson & Johnson.   10:11:35
21         Have you reviewed this document in total?
22     A. This April 4th, 1971? Yes, sir.
23     Q. We're down to July 7th.
24     A. Well, I'm still seeing the same thing.
25     Q. Oh, it didn't go forward?   10:11:48

---

4515

1     A. No, sir.
2     Q. Let's close the -- stop share screen and try
3 again.
4         Now are you seeing July 7th?
5     A. No.   10:12:10
6     THE COURT: Is this a good time to take our
7 morning break?
8     MR. SATTERLEY: Yeah. It's 10:12. Perfect
9 time.
10     THE COURT: All right, ladies and gentlemen.   10:12:20
11 Let's take a break till 10:30. We'll sort this out.
12     Don't do any research. Don't talk to anybody
13 about anything having to do with the case. And don't
14 reach any conclusions until you've heard all the
15 evidence and the argument and the law.   10:12:32
16     See you at 10:30. Thank you.
17         (Recess taken.)
18     (The following proceedings were held in the
19 virtual main room in the presence of the jury:)
20     THE COURT: End of recess.   10:30:34
21     MR. SATTERLEY: I'm back, Your Honor. If
22 Mr. Green could move me back over towards you, I'll be
23 able to see --
24     THE COURT: Can you not do that if you put your
25 cursor on the screen? I guess not. Okay.   10:30:52

---

4516

1     MR. SATTERLEY: I think Mr. Green or
2 Ms. Mendola does that. Otherwise, I have to bounce
3 back and forth from screens.
4     THE COURT: All right. Where do you want to
5 be? Up in the top row?   10:31:03
6     MR. SATTERLEY: If you don't mind, yeah, up
7 near the witness or near Mr. Dubin or near you.
8     THE COURT: All right.
9     THE CLERK: Let me go ahead and rearrange,
10 Mr. Satterley. Just a minute.   10:31:13
11     THE COURT: Okay.
12         So let's wait a second and let Ms. Mendola
13 rearrange here.
14     MR. SATTERLEY: And while we're doing that, I'm
15 going to screen share to see if this works. We've   10:31:18
16 logged out and logged back in.
17     THE COURT: All right. Fine.
18         For some reason, every time we break and come
19 back, Ms. Mendola has to rearrange everybody.
20     And there. Everybody is in numerical order.   10:31:30
21 Mr. Satterley, you and Dr. Longo are both on
22 the top row, and I think this should work.
23     MR. SATTERLEY: That's good. Can you see me
24 switching from slide to slide, Your Honor?
25     THE COURT: Yes. Yes.   10:31:47

---

4517

1     MR. SATTERLEY: Okay. That worked. We
2 rebooted.
3         I'm ready to proceed whenever Mr. Dubin comes
4 back -- oh, there he is.
5     THE COURT: There he is.   10:31:56
6         All right. Mr. Satterley.
7 BY MR. SATTERLEY:
8     Q. Dr. Longo, can you hear me okay?
9     A. Yes, sir, I can. Can you guys hear me?
10     Q. Yes, yes. We rebooted.   10:32:04
11         And we were on this slide here, April 1971, and
12 we are now on July. Can you see July?
13     A. Yes, sir, I can. July 7th.
14     Q. Okay. Now, this one is from the Colorado
15 School of Mines to Mr. Ashton at Johnson & Johnson, and   10:32:21
16 this one talks about x-ray diffraction.
17     A. Correct.
18     Q. And this x-ray diffraction analysis, you told
19 us earlier, it can't tell fibers versus whether it's
20 nonfibers; right?   10:32:37
21     A. That is correct.
22     Q. All right. And they described tremolite and
23 actinolite in these particular Vermont samples, 344-L
24 Vermont talc product and 6-month Vermont talc products.
25         Do you see that?   10:32:55

---

4518

1    A. I do.
2    Q. And so they identify the trace amounts and then
3    3 percent, trace amounts, 3 percent, trace amounts of
4    the tremolite-actinolite.
5        Using this technology, though, are you able to   10:33:07
6    say that it's fibrous tremolite in this particular
7    sample?
8    A. No, you can't.
9    Q. They also report mica in all the samples. Is
10   mica something that you have seen documented in   10:33:18
11   Johnson & Johnson Baby Powder historically, in the
12   historical documents?
13   A. Yes, sir, I have.
14   Q. So let's move forward in time. And this is
15   1974, and this is just one example of a letter from the   10:33:34
16   McCrone lab, a person named Ian Stewart. Have you
17   reviewed the various Ian Stewart letters over the
18   years?
19   A. I have.
20   Q. In this particular 1974 report talking about   10:33:47
21   the Argonaut ore body --
22       Is the Argonaut ore body one of the mines that
23   Johnson & Johnson used for talc for its baby powder?
24   A. Yes, it is.
25   Q. And they report -- Mr. Stewart reports in 1974:   10:34:03

4519

1        "As will be seen from Table 2, only two
2        samples" --
3        And he's got the sample numbers.
4        -- "show a level of asbestos above
5        0.0005 percent, the actual figures being   10:34:18
6        0.007 percent and 0.001 percent respectively,
7        for chrysotile asbestos, plus approximately
8        0.0001 percent of fibrous tremolite."
9        So my first question to you, Dr. Longo, does
10   this, in your opinion, demonstrate both the   10:34:40
11   amphibole -- asbestos amphiboles and the serpentine
12   asbestos present in the Vermont talc ore?
13   A. Yes, it does.
14   Q. And he goes on to talk about:
15       "The remaining samples which showed   10:34:54
16       asbestiform fibers are exhibiting levels which
17       are no higher than has been seen in raw
18       composite used to manufacture a finished
19       product."
20       What does that mean to you, from an expert   10:35:06
21   standpoint?
22   A. Well, what they're stating is that the amount
23   that's present in the raw composite, which is,
24   essentially, the talc ore and whatever else gets in
25   there with it when they mine it -- I believe Argonaut   10:35:19

4520

1    is an open pit mine, so they're doing blasting to
2    generate what they're moving out -- and that this is
3    what they're using to manufacture a finished product,
4    meaning this is what they're using to put in the
5    containers of Johnson's Baby Powder or -- let's see.   10:35:39
6    '74? Or it could be Shower to Shower, their other
7    talcum powder body product -- that's going out to
8    consumers.
9    Q. He writes:
10       "The levels of chrysotile observed in the   10:35:54
11       two high samples only an order of magnitude
12       above this would presumably be reduced
13       considerably by your beneficiating process."
14       Do you see that?
15   A. I do.   10:36:06
16   Q. Was Johnson & Johnson, based upon your review
17   of historical documents, able to remove the asbestos
18   from the product?
19   A. No. They tried in the beneficiation --
20   benefication -- beneficiating process, which is the   10:36:18
21   final step, which is the flotation, where they try to
22   separate out all the other stuff that is heavier. And
23   they use a -- what's known as a surfactant, which,
24   essentially, is a soap, to try to get only the talc
25   plates.   10:36:36

4521

1        And there's other documents that shows that
2    they were able to reduce it some in a pilot plant, but
3    they were not able to remove it.
4    Q. He says that the --
5        "This ore is substantially asbestos-free."   10:36:50
6        Does that, in your opinion, mean that this
7    product doesn't have asbestos in it?
8    A. No. That's not the right language. You can't
9    have substantially asbestos-free when you're finding --
10   and even though they're very low percentages, those all   10:37:08
11   represent significant amount of asbestos fiber bundles
12   even though they try to say, "Well, it's such a low
13   percentage, it's trace."
14       But to -- understand, to get those percentages,
15   you have to have in a gram -- for polarized light   10:37:26
16   microscopy, there will be tens of thousands of
17   individual fibers -- and you're not seeing fibers;
18   you're only seeing the bundles, because this is, I
19   assume, being done by polarized light microscopy or
20   optical microscopy.   10:37:46
21   Q. This says it's written to Mr. Vernon Zeitz at
22   Windsor Minerals Company. Is it your understanding
23   that he was working for Windsor Minerals, which was a
24   subsidiary of Johnson & Johnson?
25   A. Yes, sir.   10:37:57

Case 2:23-0289-MBK Doc 234-83 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibit 20 to B-Date Declaration PART 1 Page 149 of 225
Exhibit Exhibit 2014 to Bates Declaration PART 1 Page 147 of (Pages 4522 - 4525)

4522

1   Q. Moving forward in time --
2     And there is -- by the way, we've already went
3 over with Dr. Egilman some of the other reports from
4 McCrone regarding asbestos in the cosmetic talc, so I'm
5 not going to go over all of them with you?   10:38:09
6     In 1992, did you evaluate Cyprus's evaluation
7 of the ore in Vermont, in the Vermont talc mines that
8 they took over when they -- shortly after they took
9 them over from J&J?
10   A. Yes, sir, I did evaluate those documents.   10:38:26
11     (Whereupon, Plaintiff's Exhibit 6327 was marked
12     for identification.)
13   Q. And this one, 1992, which is Exhibit 6327,
14 says:
15     "Fibrous minerals, tremolite and   10:38:37
16     actinolite, are ubiquitous in several zones of
17     Vermont mines. The potential problems involved
18     with fiber dumps and to, some degree, in
19     products must be carefully evaluated."
20     First of all, in your opinion, does that,   10:38:53
21 fibrous minerals of tremolite and actinolite, mean that
22 asbestos is present?
23   A. Yes.
24   Q. And with regards to it being ubiquitous, what
25 does that word mean?   10:39:08

4523

1   A. It is means that it's everywhere. In those
2 several zones in the mines, it would be everywhere.
3   Q. Moving forward in time, this is 2002, and this
4 is analysis from waste rock in Argonaut. Have you seen
5 this report from Luzenac America?   10:39:27
6   A. I have.
7   Q. And was Luzenac America the -- I guess the
8 predecessor to Imerys, who supplied the talc to
9 Johnson & Johnson?
10   A. It is.   10:39:37
11   Q. And in this particular report dated May
12 the 23rd, 2002, do they document and take a
13 photograph -- an SEM photograph of fibrous material,
14 tremolite, in the Argonaut waste rock?
15   A. Yes. That's what that shows.   10:39:59
16   Q. And we talked earlier about SEM is different
17 than the TEM. Does this demonstrate that there's a
18 bundle? Are bundles there?
19   A. Yes. The resolution is not that good. You
20 have some single -- let's see. That's taken at 500X,   10:40:16
21 so 500 times. You would have to go up in higher
22 magnification on some of the smaller ones.
23     But if you go and look where you can find an
24 end, towards the right-hand side...
25   Q. Right here?   10:40:35

4524

1   A. Right there.
2     If that was a little higher magnification, you
3 would see that looks like -- almost like a plank
4 because it's -- typically, in amphiboles, especially
5 here, you're not going to see absolutely round at   10:40:52
6 times. You'll see differences.
7     And, for example, if you go back to the
8 left-hand side, where you have -- right there.
9     Go back.
10   Q. Right here?   10:41:09
11   A. Yes.
12     You can see these little lines in there, and
13 those little lines is the separation of the -- showing
14 individual amphiboles -- in this case, tremolite
15 structures -- and how they kind of stack up on each   10:41:24
16 other.
17   Q. I know that Johnson & Johnson never had a
18 population requirement in any of their definitions
19 outside litigation, but if they did have a population
20 requirement, would this be a population of tremolite?   10:41:36
21   A. Well, a population is literally defined as more
22 than -- more than one. So yes, this would be -- this
23 would be a population, because you have more than one
24 or more than two, more than three.
25     That's the problem, is the population is just a   10:41:56

4525

1 definition for -- say, like, for a geologist who is
2 looking at a potential asbestos mine and they want to
3 see a lot of fibrous material there so that if you are
4 going to dig it up, process the asbestos, that it has
5 value.   10:42:18
6     So in our protocols, where it gives a general
7 definition of "population," there is no -- there is no
8 information in the protocol, the recipe. There's no
9 steps there to say, "I have a population." So it never
10 was intended as a requirement to determine if you have   10:42:36
11 asbestos present or not. And all the protocols have
12 that general definition.
13     But in order to say, "I'm going to determine a
14 population," you have to have that recipe that tells
15 you what you are going to be doing to determine that   10:42:52
16 population, and there's none of that.
17   Q. And with regards to this tremolite asbestos, is
18 it the same type of asbestos that Dr. Blount
19 reported --
20   A. Yes.   10:43:05
21   Q. -- in her -- in her paper in 1991 and testified
22 about?
23   A. Yes, sir, it is.
24   Q. Okay. And at this time frame, 2002, was
25 Johnson & Johnson still using Vermont talc for their   10:43:16

4526

1  baby powder?

2    A. Yes, it was.

3    Q. Now, obviously, there's other -- other labs and

4  lab reports that are going to be into evidence, so I'm

5  not going to talk about them all, but I do want to talk   10:43:33

6  about the FDA contract with AMA in October of 2019.

7  Have you had the opportunity to review that report?

8    A. I have.

9    Q. And do they take photographs of the various

10  items found in the Johnson's Baby Powder in October of   10:43:45

11  2019?

12    A. Yes, they do.

13    Q. And did the lab manager, Mr. Saldivar -- did he

14  give testimony regarding their findings with regards to

15  Johnson's Baby Powder?   10:44:01

16    A. Yes, sir. He gave a deposition and was asked

17  questions about that.

18    Q. And do these photographs fairly and accurately

19  represent the photographs from the FDA contract lab of

20  what they found -- some of the things they found in   10:44:15

21  Johnson's Baby Powder off the shelf at that time frame?

22    A. Yes, sir.

23    Q. And on the left we have platy talc. Is that --

24  you've seen platy talc under the microscope; correct?

25    A. We have.   10:44:27

4527

1    Q. And does that fairly and accurately represent

2  what platy talc looks like?

3    A. Yes.

4    Q. And then we got talc ribbon.

5      What is a talc ribbon?   10:44:35

6    A. A talc ribbon is essentially -- it's supposed

7  to look like a ribbon. You know, it's flat, and it's

8  all curly.

9      I would have to look at that very closely

10  because that does not give you what -- in my opinion,   10:44:49

11  what a typical ribbon looks like, because if you look

12  at the end of that, you can see -- the end on the

13  right-hand side, you can see that it kind of goes down

14  to a point. And to me, that's sort of the needle end.

15      And if you go to the other side, you can see   10:45:08

16  that there is -- if you look close enough, there's

17  actually little individual structures there. And I

18  would say that had a break in it. But that's a minor

19  point.

20      But I've seen talc ribbons. I, if I was   10:45:22

21  sitting at the microscope, may or may not call that a

22  talc ribbon.

23    Q. But that laboratory on contract with FDA called

24  this a talc ribbon; correct?

25    A. I'm not here to say it's not, because you   10:45:36

4528

1  really need to be sitting at the transmission electron

2  microscope to make that final determination.

3    Q. And does the AMA lab call this a talc fiber?

4    A. Yes, sir, they do.

5    Q. But this looks kind of chunky.   10:45:48

6      Why would they -- why would it be called a talc

7  fiber if it just looks like a chunk like that?

8    A. Because those are the counting rules. I mean,

9  that's what you do. We'll go into the counting rules

10  like TEM, but it matches what is called a fiber in the   10:46:06

11  counting rules.

12    Q. The same report in October of 2019, the

13  contract with the FDA, do they take photographs of

14  asbestos in the off-the-shelf Johnson's Baby Powder?

15    A. Yes, they do.   10:46:21

16    Q. And is this photograph on the left -- does it

17  fairly and accurately represent the photograph produced

18  in this case, produced by J&J regarding what AMA found

19  in their product?

20    A. Yes, sir.   10:46:36

21    Q. And it's got structures, and it's got the --

22  it's got numbers here on the um. What does um mean?

23    A. Um is a measurement of -- it stands for

24  micrometers, and that's the unit of measure that we use

25  for asbestos.   10:46:54

4529

1      And to give an idea what a micrometer is, if

2  you think of a yardstick and -- which is three feet

3  long, if you had a one-meter yardstick, it would have

4  another three inches on it.

5      And how to get to -- so microgram is   10:47:07

6  one-millionth of a gram. So if you were to take that

7  yardstick that's now a meter yardstick and slice it

8  evenly into one million slices, each one of those

9  slices would be one micrometer in width -- or length.

10    Q. Do these meet the definition of asbestos?   10:47:32

11    A. Yes, sir. That is the -- for EPA, for others,

12  that would meet the criteria to call for asbestos, the

13  morphology criteria, what it looks like.

14      Does it have substantially parallel sides?

15  Yes, it does.   10:47:50

16      Is the structure greater or equal to

17  .5 micrometers in length? They all do.

18      And does it have at least a 5 to 1 aspect ratio

19  or greater? Meaning, is the length 5 times longer than

20  the width. And you can see every one of those are.   10:48:11

21      So that meets the morphology definition for

22  asbestos by the EPA, as well as the ASTM, as well as

23  the ISO definitions.

24    Q. To your knowledge, has the FDA or the AMA ever

25  retracted the finding that there was asbestos found in   10:48:34

4538

1  there?
2      A.  Yes, sir, I do.
3      Q.  So MAS, with regards to the TEM analysis of J&J
4  talc samples, have you utilized this three-step method
5  that you were talking about?                    10:59:38
6      A.  Yes, sir, we do.
7      Q.  So Step 1 being the aspect ratio and the length
8  of the structure?
9      A.  Yes.  The 5 to 1 or greater, at least
10  0.5 micrometers in length.  What we don't have is the   10:59:51
11  substantially parallel sides, which we do follow.
12      And then we have Step 2, which is the
13  chemistry.  So the chemistry has to match for the
14  particular type of asbestos that you think it is at
15  this point.                                     11:00:08
16      And Step 3 is, you have to verify its
17  crystalline structure.
18      Q.  With the selected area electron diffraction?
19      A.  Yes, sir, that is correct.
20      Q.  So the ISO, do they also describe what the   11:00:19
21  definition of a fiber is?
22      A.  Yes, sir, they do.
23      Q.  And is it the same there?
24      A.  The aspect ratio and the minimum length is the
25  same as the EPA and the same as ASTM.            11:00:32

4539

1      Q.  The ASTM D5755?
2      A.  Yes, sir.
3      Q.  So does ISO 13794 have this information
4  regarding the best available evidence with regards
5  to -- it says:                                   11:00:55
6          "The best available medical evidence
7       indicates that all numerical fiber
8       concentration and the fiber size and type are
9       the relevant parameters for evaluation of
10      inhalation hazards.  A fiber counting and   11:01:05
11      measuring technique is the only logical
12      approach."
13      A.  Yes, sir.  And I agree with that.
14      Q.  And they say -- the International Standards
15  Organization says:                              11:01:19
16          "Based upon transmission electron
17       microscopy, which has adequate resolution to
18       allow detection of small fibers, is currently
19       the only technique capable of unequivocal
20       identification of the majority of individual   11:01:31
21       fibers of asbestos."
22      A.  Correct.  And I agree with that also.
23      Q.  Now, did you utilize these methods in analyzing
24  Johnson & Johnson talc samples?
25      A.  Yes, sir, I did.                          11:01:47

4540

1      Q.  And is this part of your report, where you
2  outline identifying asbestos, the protocol you're
3  using?
4      A.  Yes, sir.  All our reports discuss how we did
5  it.  It's called the Materials and Methods section of,   11:02:06
6  when you go through, "Okay, how did you do it?  What
7  did you use?  What are you basing your conclusions on?"
8  And we lay that all out.
9      Q.  And you do the three-step process, just as in
10  the regulations, just as in the literature, just --   11:02:21
11  just as you published on yourself?
12      A.  Yes, sir, that's correct.
13      Q.  And the ISO, do they also define "fiber" as
14  elongated particle which has parallel or stepped sides?
15      A.  Correct.                                 11:02:41
16      Q.  And that's Step 1; right?
17      A.  That is Step 1.
18      Q.  You published on these -- published literature
19  on identification of asbestos using the three-step
20  process; correct?                               11:02:52
21      A.  Correct.
22      Q.  And what is this publication, briefly?
23      A.  This is a publication that we had published in
24  the -- Cancer Research about the Kent Micronite filters
25  that Lorillard, the manufacturer of the cigarettes --   11:03:09

4541

1  they called it the Micronite filter.  It was the first
2  filter they put out, and it was put on cigarettes in
3  1951 through 1955, I believe.
4      And what they did was -- is they -- they put
5  crocidolite, along with blue-dyed cellulose ester   11:03:29
6  fibers, and they also had to put small crepe paper in
7  there -- you can see the white stuff that sort of
8  zigzags back and forth -- because crocidolite is such a
9  good filter.  They had to loosen the filter up and give
10  it structure, because if they didn't do that, people   11:03:52
11  couldn't really pull the smoke through the filter
12  because it filtered so well.
13      And we did a whole study and measured the
14  number of fibers -- crocidolite fibers that are
15  released from these types of cigarettes and published   11:04:07
16  it.
17      Q.  And you published this in the scientific
18  journal called Cancer Research in 1995?
19      A.  Yes, sir, we did.
20      Q.  And the three-step process that you are talking   11:04:18
21  about here in 2021, did you use that three-step process
22  to identify asbestos in these filters of these
23  cigarettes?
24      A.  Yes, sir, we did.
25      Q.  This next publication that you published in the   11:04:29

4554

1  liquid followed by the evaluation of centrifuge
2  by microscopy or preparation of TEM specimen
3  from the untreated material followed by the
4  examination using mass counting procedure."
5      Has your laboratory done that?        11:21:49
6   A. We have done both mass counting, which is
7  weight percent, and also, we would calculate the number
8  of fibers and bundles per gram. So we have done both.
9   Q. We heard earlier from Dr. Egilman about
10  Dartmouth, and the heavy liquid separation from    11:22:09
11  Dr. Reynolds.
12      Did you obtain these documents from the files
13  of Johnson & Johnson through the discovery process?
14   A. Yes, sir. This -- this actually was published
15  three months after -- not published, but it was a    11:22:28
16  confidential on behalf of Windsor Minerals, three
17  months after Johnson & Johnson had finalized their
18  double density separation process in December of 1973.
19   Q. And when you said "published," you don't mean
20  published in a publication?                11:22:49
21   A. No, no, no. They finished the protocol up, and
22  then they had the -- which was -- the Colorado School
23  of Mines was doing it on behalf of Johnson & Johnson.
24  And all the senior people at the Colorado School of
25  Mines had signed off on it.                11:23:03

4555

1   Q. And this is into evidence as Exhibit 601.
2      Is this documentation evidence that Johnson &
3  Johnson had regarding a way to identify asbestos using
4  the methods that you've been utilizing for the past few
5  years now?                        11:23:19
6   A. Correct. It's not exactly like they're doing,
7  but the whole concept of how it's being done is like
8  ours.
9      We don't use a rubber plug because we use
10  the -- to remove the talc because we use the liquid    11:23:35
11  nitrogen/guillotine method to cut the tip off, which we
12  find is more efficient than trying to do the rubber
13  plug with a little plunger-type thing.
14      You can't buy those. You'd have to make them.
15  And what we do is very easy and simple.        11:23:53
16      And liquid nitrogen has been published for
17  heavy density separation, not for talc, but other
18  minerals. Alice Blount uses it as a citation, and I
19  think she says this could be a better way. So that's
20  what we do.                        11:24:12
21      But everything else, the scienti- -- the
22  science -- science behind it is the same.
23   Q. And back in 1974, did they do the centrifuge,
24  separate and find asbestos in the Vermont talc?
25   A. Yes, sir.                    11:24:28

4556

1   Q. And they call it fiberform amphibole in the ore
2  and the talc product?
3   A. Yes, sir. The ore sample had 2300 parts per
4  million, and the talc product had 170 parts per
5  million. If you want to know what those percentages    11:24:46
6  are, you just take those numbers and divide it by a
7  million.
8      So this would be approximately point -- let's
9  see -- 1, 2, 3, 4, 5, 6 -- so we're looking at 0.0 -- I
10  think it's 0.002 to 0.00002. And we see concentrations  11:25:04
11  in that range.
12   Q. They say, "Small amounts of anthophyllite may
13  be present."
14      Is that asbestos, in your opinion?
15   A. Yes, sir. We have found asbestos        11:25:21
16  anthophyllite.
17      Very good. I was close. .017. I think I said
18  0.02. Or 002. I missed a couple zeros. Thank you.
19   Q. No problem. So this is a photograph. Did they
20  actually have a photograph of the anthophyllite and    11:25:39
21  actinolite asbestos in the samples, the talc samples?
22   A. Yes, sir. That shows -- you're seeing -- found
23  a couple other actinolites. And then he's saying that
24  really long structure there, that fibrous structure is
25  anthophyllite.                    11:26:05

4557

1   Q. And we already showed some examples of this.
2      Is this the difference between platy talc and
3  fibers and bundles and how they could appear under the
4  TEM?
5   A. Yes. This is an actual TEM of a cosmetic talc  11:26:20
6  sample. And all these little plates here are talc.
7  Then you have an asbestos fiber that goes along where
8  you're pointing to. And then below it, I believe that
9  was another -- I think that was another cosmetic talc
10  sample, and I think -- and that would be an asbestos    11:26:41
11  bundle.
12   Q. And this one right here says "RJLG" at the
13  bottom.
14      Is that something from the RJ Lee Group on
15  talc?                        11:26:57
16   A. Yes. They're showing a talc plate, and they're
17  showing the diffraction pattern that you get from a
18  talc plate. And we call it a pseudohexagonal pattern.
19  It's very distinct.
20   Q. It's got the distinct pattern of talc as    11:27:13
21  opposed to amphibole?
22   A. Correct. Amphibole diffraction patterns will
23  not look like that. You can get a little bit close
24  with anthophyllite. But the methodology for the ISO
25  has a simple trick -- not a trick, but a simple way to  11:27:31

4558

1  distinguish between a potential talc fiber and a
2  potential anthophyllite fiber or bundle by turning the
3  sample to get another orientation of the crystal.
4       And for talc, if you turn the fiber and get a
5  diffraction pattern -- say you have -- your fiber is    11:27:54
6  perpendicular to the electron beam.  Well, the talc --
7  the diffraction pattern for talc will give you what you
8  see there.
9       Now, if you rotate it -- the TEMs have
10  goniometers, so you can be at zero degree tilt, or you    11:28:11
11  can get to almost -- you can get to 60 degrees.  And if
12  you rotate that talc fiber and get a diffraction
13  pattern, it will be identical to that.
14       If you do that to anthophyllite -- and I think
15  we have some examples of it -- it will be different    11:28:30
16  than your first diffraction pattern.  That's the way
17  you distinguish the two.  Otherwise, it's fairly easy
18  to distinguish between them.
19       Q.  We may talk about the chemical distinction
20  between anthophyllite and talc in a little bit.    11:28:45
21       By the way, with regards to your historical
22  involvement, in 2017, did you know Johnson & Johnson
23  had museum samples -- historical museum samples of
24  their products?
25       A.  No, I did not.    11:29:00

4559

1       Q.  Did you learn later, in 2018, that they had
2  historical museum samples?
3       A.  Yes, sir.  They had museum samples going all
4  the way back to -- I think the earliest one I saw may
5  be sometime in 1910 or 1918, all the way up to samples    11:29:15
6  from their current -- the mine that they're currently
7  using in China.  I think I saw all the way up to 2013
8  or 2014.
9       Q.  So early and before 2018, did you test -- do
10  some testing in 2017 on bottles you got from    11:29:37
11  collectors, bottles you got from my law firm, bottles
12  you got from other law firms that weren't part of the
13  museum samples?
14       A.  Yes, sir.  A lot of them -- a lot of them were
15  either from collectors or eBay samples or actual    11:29:54
16  samples that the client still had, the mesothelioma
17  clients still had that were sent to our lab.
18       But they were all -- we categorize them as all
19  nonhistorical, meaning they didn't come from J&J; they
20  came from other sources.    11:30:13
21       Q.  Okay.  I'm going to focus a lot of my questions
22  on testing on museum samples today.  But let me just
23  ask you a couple questions about the eBay samples or
24  the collector samples.
25       Did you see any evidence of any intentional    11:30:25

4560

1  fraudulent additions of asbestos in those 2017 samples?
2       A.  No.  That would be really difficult to do.
3       Q.  Did you see -- did you do a particle size
4  distribution with regards to those samples and compare
5  it to published literature?    11:30:42
6       A.  I compared the size distribution from the --
7  those samples to an off-the-shelf Johnson & Johnson
8  sample that we purchased, and the size distribution of
9  particulates was the same all the way through.
10       We also looked at how -- how would somebody be    11:31:03
11  able to get into a container of Johnson & Johnson,
12  getting the top off it without damaging it.  And it's
13  impossible.  Those tops are put in very specifically so
14  they never come off.
15       You can't -- and I had people around here try    11:31:22
16  to pull a top off.  Got some of the young men who
17  thought they were very strong, and couldn't do it.  The
18  only way you can get the top off is to use a little pry
19  device, and it leaves a track.  We check every
20  container.    11:31:44
21       Then you go, well, maybe they put it through
22  the holes, which would be a feat.  Number one, you'd
23  have to know which mine it was from to get the right
24  asbestos in it, and you'd have to put the amount in in
25  microgram measurements in order to get what would look    11:32:00

4561

1  like it belonged.
2       I had the opinion back then, and I still have
3  the opinion that these containers cannot be -- cannot
4  be opened and have the right asbestos go in it at the
5  right concentrations, what you would expect.  It's just    11:32:20
6  impossible.
7       Q.  Has Johnson & Johnson accused those samples of
8  being contaminated in some fashion?
9       A.  Yes.  Every one of them.  Everything from
10  somebody has opened them and put some in and put    11:32:36
11  somebody else's material to -- it sat in an attic for
12  35 years that had vermiculite open, and that's where
13  the tremolite came from.  And that's ridiculous because
14  the tremolite -- I'm sorry, go ahead.
15       Q.  So let's do this.  Let's set those 2017    11:32:53
16  collector samples and eBay samples and samples from my
17  law firm to the side, and let's talk about the Johnson
18  & Johnson museum samples.  Okay?
19       Did you get samples -- many samples -- many,
20  many samples through the litigation process from    11:33:11
21  Johnson & Johnson's historical museum bottles?
22       A.  Yes.
23       Q.  And did you find asbestos in the Johnson &
24  Johnson bottles that they provided splits of?
25       A.  Down to our detection limit, depending on which    11:33:26

4562

1  mine.
2        So we were able to find, I think for the
3  Italian mine, maybe 55 percent of them were positive.
4        From the Vermont mine, I think approximately
5  83 percent of them were positive for asbestos.    11:33:41
6    Q.  This is -- we're going to go through some
7  examples.  We're obviously not going to go through them
8  all because we got time limits.
9        But this 1978 museum sample, was it positive
10  for asbestos?                                     11:33:55
11    A.  It was, two different samples.  Both samples
12  showed to be positive.  One sample had one structure --
13  one asbestos -- anthophyllite fiber in it, because
14  that's our detection limits.  Our detection limits run
15  between 6- and 7- to 8,000 fibers per gram.  The second  11:34:14
16  one had three in it.
17        So in order for us to find three fibers, the
18  concentration has to be in the low 20,000s, and for us
19  to find one fiber, that's our detection limit.
20    Q.  Then can you calculate the number of grams --  11:34:31
21  number of fibers per gram and how many -- how many
22  grams are there in an ounce?
23    A.  Yes.  So you have 28.4 grams in an ounce.  You
24  could just use 28.  And that's 14 ounces.  So that's 14
25  times 28, because every ounce has approximately 28 --   11:34:51

4563

1  has 28 grams.  And if you have 7,000 fibers per gram,
2  14 times 28 times 7,240, let me just round it off to
3  7,000, that will tell you approximately the number of
4  asbestos fibers in that container.  And you can do the
5  same with 22,000 or any of our results.           11:35:18
6    Q.  And the 1978, that would be Vermont talc;
7  correct?
8    A.  Yes, sir.
9    Q.  Now, did you also, in 2018, get ten additional
10  museum samples that were dated 1967 to 1985?     11:35:35
11    A.  We did.  Those, again, were Johnson & Johnson
12  historical samples.
13    Q.  And these are not anything off the eBay or from
14  any collector or anything like this; this is from
15  Johnson & Johnson; right?                          11:35:54
16    A.  That is correct.
17    Q.  And did you find asbestos in 70 percent of
18  those samples?
19    A.  Yes, sir, we did.
20    Q.  And if you could explain what we're seeing   11:36:03
21  here, the concentration and the fiber type.
22    A.  Well, the concentration would be on the fibers
23  per gram of what our results were for the transmission
24  electron microscope.  So in this case -- 1, 2, 3, 4,
25  5 -- 6 out of the 10 were positive for both      11:36:25

4564

1  tremolite-actinolite and/or anthophyllite.
2        And the TEM showed that it was mostly
3  anthophyllite and some tremolite-actinolite.  Now we
4  get down to approximately less than 0.1 percent.  That
5  doesn't mean less than in PLM.  Doesn't mean less   11:36:49
6  than -- that it's below our detection limit.  That
7  should have been 0 -- 0.001, because that's the range.
8        And then for PLM, we used heavy liquid density
9  separation, primarily the method that Alice Blount
10  published in a peer-reviewed publication, and did the   11:37:20
11  same thing.
12        So at times, we will see the polarized light
13  microscope finding it, say, in Sample 009 where the TEM
14  didn't.  And there is a reason for that.  Because the
15  TEM sees a different population of fiber sizes that --   11:37:36
16  and the PLM can't see what the TEM finds, and the TEM
17  can't see what the PLM finds because you're looking at
18  a much bigger structure.
19    Q.  And when you do this analysis, you in your
20  laboratory, you do detailed documentation; you take   11:37:56
21  photographs; you take measurements; you take images of
22  the chemistry and put it in a report so you can turn it
23  over to Johnson & Johnson?
24    A.  Yes, sir, I do.
25    Q.  I'm going to talk about some examples.        11:38:07

4565

1        This is a 1978 example.  This is a January 9,
2  2019 report, Sample M69042-002; correct?
3    A.  Correct.
4    Q.  And you're applying that three-step protocol.
5        What does this -- is this the morphology?      11:38:32
6    A.  Yes, sir.  This is the morphology.  And what
7  you're looking at on the right-hand side is the edge of
8  one of the grids.
9        Now, the grid opening itself is 100 micrometers
10  by 100 micrometers in width and length.  So it's      11:38:48
11  literally a square.
12        Now, what you see is the -- what looks like a
13  very large fiber.  And I think, actually, it is a
14  bundle, when you'll see some more photographs.  And
15  what is laying on is a replica film of the filter.     11:39:09
16        So that's a polycarbonate filter, and those
17  little holes are the pores on that filter, but it's not
18  the filter itself.  You can't look at a sample with the
19  filter in the TEM.  It can't go through the filter.
20        So you have to take the filter section, put it   11:39:31
21  into a carbon coater.  It's actually carbon rods that
22  are high voltage, and the carbon will sputter.  It goes
23  into almost like a plasma, and it coats that filter to
24  a thickness of -- I think it's 100 angstroms, which
25  means it's probably about 10 atoms thick.          11:39:58

4574

1    MR. SATTERLEY: Back when we were in the
2 courthouse, we'd occasionally have a missing witness,
3 and we'd have to go track them down, just like this.
4    THE COURT: All right. We have all the jurors.
5  Okay.          12:03:32
6    MR. SATTERLEY: Your collar is still not fixed,
7 Dr. Longo.
8    THE WITNESS: Oh, thank you. I appreciate
9 that.
10    MR. SATTERLEY: Are we ready to proceed?  12:03:46
11    THE COURT: I think we are.
12  Go ahead, Mr. Satterley.
13    MR. SATTERLEY: If we could screen share the
14 presentation again.
15 BY MR. SATTERLEY:      12:03:55
16  Q. Dr. Longo, can you see where we left off?
17  A. Yes, sir, I can.
18  Q. We were talking count sheets and the grid
19 openings.
20  Based upon this particular sample that we were  12:04:10
21 talking about, M69042, the museum sample, did you
22 identify asbestos, seven different asbestos bundles in
23 this sample?
24  A. Yes, sir, we did.
25  Q. And would they meet the definition of asbestos  12:04:26

4575

1 under all the standards and regulations we've been
2 talking about?
3  A. Yes, they did.
4  Q. So trying to understand to calculate the -- how
5 many asbestos structures in a bottle. Can you do that  12:04:40
6 at a particular detection limit?
7  A. Yes, at a detection limit or how much you
8 found. In this case, we had 63,800 asbestos structures
9 per gram of the cosmetic talc in that Johnson's Baby
10 Powder container.    12:04:59
11  Q. So if you wanted to figure out how much is in
12 that bottle, you took the 63,800, times it by 28.4,
13 that would determine how much is in each gram -- how
14 many asbestos bundles are in each gram of baby powder;
15 correct?      12:05:13
16  A. Well, no. We've already calculated how many
17 grams. To multiply it by 28.4 -- we just used 28 to be
18 a little conservative. That will tell you how many
19 asbestos structures per ounce in the container.
20  Q. Okay. I'm sorry. For each ounce.  12:05:33
21  So if you have a 14-ounce container, you have
22 63,800 times 28.4 times 14?
23  A. Correct.
24  Q. And so doing that calculation, did you
25 determine --    12:05:54

4576

1  Well, this was a 9-ounce bottle. So on a
2 9-ounce bottle, what did you determine regarding the
3 amount of asbestos structures?
4  A. That there were 16,278,570 asbestos structures
5 in that particular bottle if it was full.  12:06:11
6  Q. And from an exposure standpoint, is being
7 exposed to 16 million -- over 16 million asbestos
8 structures from one bottle -- is that significant, in
9 your view?
10  A. If you used that whole bottle, that's what  12:06:26
11 would be released and some portion of what's in the air
12 and what gets on the ground. And the answer to that is
13 yes.
14  Q. Now, we talked about the methods that -- we
15 talked about Step 1, briefly.  12:06:37
16  Step 2, the EDX or EDXA from the AHERA method,
17 the chemistry -- if you could briefly explain the
18 Step 2, the chemistry?
19  A. Well, in Step 2, we analyze each particular --
20 there were seven structures -- each particular  12:06:57
21 structure itself to see what -- the ratio of the
22 primary elements that you're going to find; the
23 magnesium, the silicon.
24  In this particular case, we have a little bit
25 more iron, and that well could be cummingtonite versus  12:07:12

4577

1 anthophyllite. We don't try to distinguish the two
2 since they're both regulated asbestos.
3  Q. And so did J&J's expert, Dr. Sanchez, criticize
4 you and say, "This isn't anthophyllite; this is
5 actually cummingtonite"?    12:07:33
6  A. Yes, he did.
7  Q. And has he done that repeatedly regarding many
8 of your samples that -- when you have anthophyllite
9 identified, he says, "Because there's iron there at
10 that level, that should be called cummingtonite"?  12:07:44
11    MR. DUBIN: Objection. That's not the basis
12 for him saying that.
13    MR. SATTERLEY: That's one of the basis. You
14 can cross-examine, Mr. Dubin.
15 BY MR. SATTERLEY:    12:08:00
16  Q. Dr. Longo?
17  A. Well, he has on some of them.
18  But in order to know for sure, you'd have to do
19 zone axis diffraction, which we don't do. It's not
20 required. And because cummingtonite would be regulated  12:08:13
21 asbestos, there is really no need to.
22  And I think in all my reports, I've said that
23 it could be either/or in some cases.
24  Q. And we'll get to zone axis in a little bit when
25 we do selected area electron diffraction.  12:08:26

4578

1    Step 3 -- here we are -- this is to verify the
2  pattern by measurement or comparison of the pattern.
3       Is there any requirement that you do what you
4  just referred to as, quote, zone axis measurements?
5    A. No, there is none, not in any of the        12:08:44
6  regulations.
7       The only time you see that is in the EPA
8  Level 3, that draft protocol, but that's back in 1984,
9  and it's not required.
10   Q. And that draft protocol, was that written by    12:08:58
11 George Yamate, the fellow we saw in that picture
12 earlier? He was working for you?
13   A. Yes, sir.
14   Q. Do any of the regulations or standards require
15 these zone axis measurements that Dr. Sanchez        12:09:16
16 criticizes you for?
17   A. Not for these type of analysis, no.
18   Q. So this is zone axis selected area electron
19 diffraction. Explain -- we saw the talc one earlier
20 that had the little dots in a little -- almost like a    12:09:30
21 circle almost. What is this?
22   A. Well, this is -- this is a diffraction
23 pattern -- a selected area electron diffraction pattern
24 of one of the asbestos structures where we have taken
25 one pattern and then we turned the -- turned the    12:09:48

4579

1  goniometer to get a different angle to distinguish it
2  from talc.
3       If you do that with fibrous talc, the
4  pattern -- and you can't really see it. You've got
5  your "Step 3" over it.                              12:10:03
6    Q. Let me -- I got it covered. Let me see if I
7  can move it real quick.
8       THE COURT: I wonder if they teach this in law
9  school now --
10      MR. SATTERLEY: They don't. I don't think so.   12:10:26
11      THE COURT: -- PowerPoint adjustments.
12      MR. SATTERLEY: Well, they might.
13      But now my PowerPoint is not -- let me --
14      There we go. Let's see if I can get it back
15 now.                                                12:10:33
16      There we go.
17      THE WITNESS: There we go.
18      And so you can see from the example in the
19 right-hand side and the example in the left-hand side
20 that it's two different diffraction patterns, and that   12:10:47
21 tells you that it's absolutely not talc -- fibrous
22 talc, because the chemistry is pretty close on fibrous
23 talc and anthophyllite.
24 BY MR. SATTERLEY:
25   Q. So the chemistry -- the chemistry of talc and    12:11:00

4580

1  anthophyllite are substantially similar, very close?
2    A. Yes, sir.
3    Q. But the distinguishing factor between talc and
4  anthophyllite asbestos is the diffraction pattern, what
5  we're seeing?                                        12:11:15
6    A. Yes. In the protocol -- the ISO protocol tells
7  you that that's how you should do it.
8    Q. So this -- does this show the morphology or the
9  appearance of the fibrous talc with the diffraction
10 pattern that is clearly a talc diffraction pattern?    12:11:28
11   A. Correct.
12   Q. And is that the -- these dots in this order
13 here?
14   A. Yes. They call it a hexagonal pattern.
15   Q. And that's different than the amphiboles -- or   12:11:45
16 the anthophyllite that we see here. It doesn't have
17 the diffraction pattern at all; correct?
18   A. It doesn't have a hexagonal diffraction
19 pattern. And if that was fibrous talc, when we rotated
20 it, the fibrous talc would give you the exact same    12:11:59
21 diffraction pattern.
22      So --
23   Q. And this -- the ISO standard says talc -- the
24 diffraction of talc produces a pseudohexagonal pattern
25 that does not change as the fiber is tilted using the   12:12:17

4581

1  goniometer --
2    A. Goniometer.
3    Q. Okay.
4       -- and anthophyllite asbestos, on the other
5  hand, produces assorted spots.                      12:12:28
6       Is that what you are explaining with these two
7  diffraction patterns?
8    A. Yes.
9    Q. So based upon the three-step process --
10 morphology, the appearance; the chemistry, Step 2; and   12:12:41
11 the diffraction pattern -- has anthophyllite asbestos
12 been documented in Johnson's Baby Powder?
13   A. Yes.
14   Q. Has cummingtonite asbestos been documented in
15 Johnson's Baby Powder?                              12:12:55
16   A. It has.
17   Q. And have you complied with the counting rules
18 and the recording rules with regards to the
19 identification of asbestos in your testing?
20   A. Yes, sir, we have.                              12:13:11
21   Q. And does the asbestos identification protocol
22 have identification of nonasbestos?
23   A. Correct. Any one of those three things, if
24 you're missing it or you can't get it -- an ED is
25 electron diffraction -- then you cannot call it    12:13:31

4582

1  asbestos.
2      Q. So when any of these three steps are not
3  satisfied, it would be nonasbestos.
4      So all of the times when you've identified
5  asbestos in Johnson's Baby Powder, have you met these   12:13:43
6  three steps?
7      A. Every one of the historical samples we have --
8  I think there was one eBay sample where we couldn't --
9  but it was tremolite, and we couldn't get the second
10 diffraction pattern, and we may have left it because it   12:14:00
11 was tremolite --
12     Q. Well, Dr. Longo, I told you earlier --
13     A. I'm sorry. I'm sorry.
14     Q. -- we weren't going to rely upon the eBay
15 samples. We were going to --                              12:14:09
16     A. That's right.
17     Q. So with regards to all the J&J historical
18 samples, all the samples they produced and splits, when
19 you called something asbestos, did it meet the
20 three-step protocol?                                      12:14:22
21     A. It did.
22     Q. And did it meet the protocol not only with
23 AHERA, but the ISO and the ASTM?
24     A. Correct, it did.
25     Q. And would it be regulated asbestos?               12:14:35

4583

1      A. Yes.
2      Q. And did it meet the Johnson & Johnson protocol,
3  the TM7024 protocol?
4      A. It did.
5      Q. And here, we have the Johnson & Johnson          12:14:51
6  protocol. It is Exhibit 811.
7          (Whereupon, Plaintiff's Exhibit 811 was marked
8          for identification.)
9      Under the Johnson & Johnson protocol of
10 asbestos, did the structure you identified meet their    12:15:02
11 definition?
12     A. Well, it went beyond their definition because
13 all those structures were at least -- had to be at
14 least 5 to 1. So it's more conservative than the
15 Johnson & Johnson protocol.                              12:15:17
16     Q. And did it -- did you document fibers, bundles,
17 clusters, or matrices whenever they're identified under
18 the microscope?
19     A. You never see clusters or matrices, but it's
20 all fibers and bundles, and the answer is yes.           12:15:36
21     Q. So I want to go through a visual comparison of
22 fibers found in talc to asbestos fibers found in
23 traditional asbestos products.
24     And has your lab found asbestos in various
25 products where asbestos was intentionally added in       12:15:55

4584

1  those products?
2      A. Yes, sir, we have. In this case, the accessory
3  mineral tremolite, which is an accessory mineral from
4  chrysotile that is dug out of the ground up in Canada.
5      Q. And you have on here, also, MVA. Is that         12:16:13
6  another laboratory that has analyzed asbestos products
7  where asbestos was intentionally added?
8      A. Yes.
9      Q. And do these -- the morphology of these, the
10 appearance of these, are they substantially similar to   12:16:30
11 the asbestos that you find in Johnson & Johnson
12 product?
13     A. They're the same.
14     Q. So, for example, this is a Johnson & Johnson
15 sample where tremolite asbestos was found, sample        12:16:46
16 M68503-026, October 24th, 2018.
17         Morphologically, is this asbestos?
18     A. Yes.
19     Q. Additional asbestos-added products. Gaskets
20 and -- various gaskets and packings. Are these           12:17:09
21 photographs of asbestos, tremolite, actinolite
22 in asbestos-added products?
23     A. Yes, sir.
24     Q. Morphologically, does this -- let me go back to
25 that one.                                                 12:17:24

4585

1      The -- is this tremolite in a Johnson & Johnson
2  product, M69751?
3      A. Yes, sir.
4      Q. And that's December the 18th, 2018. Is that --
5      Where is my pointer at?                              12:17:40
6      Can you see talc present also?
7      A. You have the very -- you have talc plates,
8  maybe some thicker talc plates, but there's talc in
9  that sample.
10     Q. Additional examples. Reports and findings of     12:17:55
11 asbestos in intentionally added products.
12         Morphologically, does the asbestos in Johnson &
13 Johnson's product -- does it appear similar under the
14 microscope to what you see in intentionally added
15 asbestos products?                                       12:18:14
16     A. Yes, sir, it is.
17     Q. And this one is November the 1st, 2018, and
18 this is -- is this -- oh -- where am I at here? There
19 we go.
20     This would have both anthophyllite and talc?        12:18:31
21     A. Yes, sir, it does, and over to the left there
22 is a talc plate.
23     Q. So is this an example of talc anthophyllite, a
24 bundle growing together in the Johnson & Johnson --
25     A. We don't know if it's growing together or it's   12:18:50

4590

1    A.  It was plus or minus 6 percent, which is very
2    good.  Typically, you're allowed error rates up to plus
3    or minus almost 20 percent.  So we did very well on it.
4    Q.  What is this?
5    A.  This is a laminar flow hood where all the          12:24:30
6    samples are prepared.  And we have a number of these
7    around.  And it's designed to specifically -- to make
8    sure you don't have cross-contamination when you
9    prepare your samples so that you don't literally infect
10   it with an outside source of asbestos.                 12:24:48
11       So whenever we do TEM analysis, we always run a
12   standard blank along with it that's prepared the exact
13   same way, except no talc, so that -- and we always
14   analyze it to make sure we haven't introduced anything
15   into the sample.                                       12:25:05
16   Q.  Is there any evidence, based upon your all's
17   analysis, that all this asbestos in Johnson's Baby
18   Powder was -- came from contamination, outside, you
19   know, somewhere else in your laboratory?
20   A.  Every sample we have ever prepared in cosmetic     12:25:18
21   talc, and even going back -- I don't know if we've ever
22   had contamination in the lab.  You should not have it.
23   Q.  You recall we talked in October --
24       You should not have lab contamination; right?
25   A.  No, you should not.                                12:25:40

4591

1    Q.  And have you ever been -- have you ever seen
2    any evidence that any of these samples were a result of
3    contamination?
4    A.  As I said, no.  Every TEM sample that we've
5    ever run -- and I can go back all the way through to    12:25:52
6    2017, late 2016.  Every TEM sample had a process blank
7    where you prepare the process blank in the same
8    environment, the same thing, except you're not using
9    any talc.  All the -- you know, all the heavy liquid
10   and all the process.                                   12:26:13
11       And we've never found one asbestos fiber in
12   well over hundreds of these sample preps, or talc or
13   anything.  They've always been clean.
14   Q.  You recall we were talking about the AMA
15   testing from October 2019 of the off-the-shelf baby    12:26:31
16   powder where they found the chrysotile asbestos?
17       Do you recall that?
18   A.  Yes.
19   Q.  And they also found the mica.
20       Do you remember that?                              12:26:39
21   A.  That's correct.
22   Q.  Did RJ Lee test the sample and find chrysotile
23   in the sample?
24   A.  The exact same sample, they found chrysotile in
25   their sample.                                          12:26:50

4592

1    Q.  And did they -- according to the reports you
2    reviewed, did they determine -- did they do an
3    investigation and determine that their finding
4    chrysotile in Johnson's Baby Powder was a result of lab
5    contamination?                                         12:27:05
6    A.  That's what they stated.  It didn't make any
7    sense, but that's what they stated.
8    Q.  Let's talk about some of the results of J&J
9    testing.  And did you produce results of your testing
10   from J&J talc, the baby powder, Shower to Shower, with  12:27:21
11   regards to samples you tested in 2018 and 2019 and
12   coming forward?
13   A.  Yes, sir, we did.
14   Q.  And did you group them by decades; for example,
15   the 1960s?                                             12:27:40
16   A.  Correct.
17       (Whereupon, Plaintiff's Exhibit 1249 was marked
18       for identification.)
19   BY MR. SATTERLEY:
20   Q.  And this is Exhibit 1249.                          12:27:43
21       Are these photographs -- Exhibit 1249, are
22   these all photographs of asbestos documented in J&J
23   archive samples?
24   A.  Yes, it is, from 1960.
25   Q.  And do they fairly and accurately represent       12:28:00

4593

1    photographs that your laboratory took regarding the
2    asbestos in Johnson & Johnson samples from their
3    museum?
4    A.  Yes, sir, it is.
5    Q.  1970s, are these some representative samples of   12:28:11
6    asbestos, photographic evidence of asbestos documented
7    in J&J museum samples?
8    A.  Yes, sir, it is.
9    Q.  And do they fairly and accurately represent
10   photographs of asbestos as your lab documented?        12:28:27
11   A.  Yes.
12       (Whereupon, Plaintiff's Exhibit 1252 was marked
13       for identification.)
14   BY MR. SATTERLEY:
15   Q.  This is Exhibit 1252.                             12:28:33
16       Additional 1970 results.  Are these asbestos
17   from J&J samples?
18   A.  Yes, it is.
19   Q.  Do they fairly and accurately represent --
20   document as photographs of asbestos your lab took      12:28:55
21   regarding these particular samples?
22   A.  Yes, sir, it does.
23   Q.  That's Exhibit 1252.
24       1980s.  The 1980s.  Are these photographs
25   asbestos in Johnson & Johnson's talcum powder samples  12:29:09

**4594**

1 that your lab took?
2    A. Yes, sir, it is.
3    (Whereupon, Plaintiff's Exhibit 1253 was marked
4    for identification.)
5 BY MR. SATTERLEY:    12:29:16
6    Q. And this is Exhibit 1253.
7    Do these fairly and accurately represent
8 photographs of the asbestos in Johnson & Johnson talcum
9 powder products?
10    A. Yes, sir.    12:29:26
11    Q. This next slide, are these additional
12 photographs of asbestos in Johnson & Johnson archive
13 samples?
14    A. From 1980, that is correct.
15    Q. The whole decade of the '80s, right, not just   12:29:36
16 that one year?
17    A. No. It's all the different years from the
18 Johnson & Johnson historical samples where they had
19 samples from the 1980s. We're missing a few years here
20 and there, and I don't remember if we did in the 1980s.  12:29:50
21 But it was what they had for the 1980s. We've got
22 samples -- we asked for samples to represent the entire
23 decade.
24    Q. And that's Exhibit 1253.
25    The 1990s. Do these photographs -- are these  12:30:04

**4595**

1 photographic evidence of asbestos that your laboratory
2 found for 1990s Johnson & Johnson archive samples?
3    A. I believe so, yes, sir.
4    (Whereupon, Plaintiff's Exhibit 1255 was marked
5    for identification.)    12:30:17
6 BY MR. SATTERLEY:
7    Q. And that's Exhibit 1255.
8    The 2000s. Are these photographic evidence of
9 Johnson & Johnson asbestos that you documented -- your
10 laboratory documented from the 2000s?    12:30:33
11    A. Correct. And I believe -- I'm looking at
12 these. These actually came from Imerys from milled
13 talcum powder that was destined, as I understand, to
14 Johnson & Johnson for both the '80s -- for the '90s and
15 the 2000s.    12:30:48
16    (Whereupon, Plaintiff's Exhibit 1257 was marked
17    for identification.)
18 BY MR. SATTERLEY:
19    Q. So this exhibit, this is 1257. This is from
20 the milled samples their talc supplier Imerys provided?  12:30:52
21    A. Correct. And I didn't get a close look at the
22 1990s, but I believe it's the same for them, too.
23    Q. Can you see the numbers? Are those --
24    A. We have --
25    Q. 1990s is Exhibit 1255.    12:31:13

**4596**

1    A. The bottom row would be the actual samples from
2 the 1990s, but I believe the -- I can't really see, but
3 I know the top row is from Imerys, the milled material
4 that was -- before they go put it in a container.
5    Q. And all of these photographs and the underlying  12:31:36
6 documentation, have you turned over for Johnson &
7 Johnson to have and ask you questions about them
8 previously?
9    A. Yes, we have.
10    Q. So interlab comparisons using different   12:31:47
11 methodologies, I want to talk about that for a few
12 minutes.
13    J3 Resources. We are going to hear from Lee
14 Poye later in the trial. Did you and Mr. Poye compare
15 results from your-all's analysis of talcum powder?   12:32:08
16    A. Yes. We compared our analysis with their
17 analysis and looked at what the validation was for a
18 certain set of samples where we went in and validated
19 his analysis. We got his grids and validated his
20 analysis, but we put our own definition of it; either  12:32:34
21 it was a bundle, a fiber, or -- or regulated asbestos.
22    And when we compared the results for what they
23 called fiber bundles and which ones they called
24 asbestos versus which ones we called asbestos, we had a
25 greater than 90 percent validation rate.    12:32:53

**4597**

1    Q. And so did J3 Resources look at your grids and
2 he looked at your grids, and you guys determined what
3 were fibers, what were bundles, what were cleavage
4 fragments?
5    A. Correct.    12:33:08
6    Q. And is this a summary of verified analysis of
7 22 structures on six historical Johnson's Baby Powder
8 products?
9    A. Correct.
10    Q. And then we have another summary of verified  12:33:21
11 analysis of 22 asbestos structures with regards to
12 whether it's verified, the type of asbestos, and
13 whether it's a fiber or a bundle?
14    A. Correct.
15    Q. And so what were the results of the validation?  12:33:39
16    A. I believe they were -- for fiber bundles, we
17 only had one, two, three -- four disagreements. I
18 don't remember what the percentages -- it was
19 80 percent, right over there on the side.
20    Q. So 91 percent, 20 out of 22, were verified by  12:33:58
21 J3. And then out of the 20, 80 percent were
22 identified -- both MAS and J3 agreed upon the asbestos
23 structure type; correct?
24    A. Correct, either bundle or fiber.
25    Q. And J3 confirmed 18 out of 20 as bundles;  12:34:16

4598

1  correct.
2      A.  Correct.  We said 16 out of 20 were bundles.
3      Q.  By the way, do you call it asbestos even when
4  it's not asbestos?
5      A.  No.  We call it asbestos when it meets the one,   12:34:33
6  two, three steps that all those protocols say that you
7  have to require.
8      Q.  Mr. Dubin used this slide and said you call it
9  asbestos even if it's not asbestos.
10     Do you do that?                     12:34:51
11     A.  No, we do not do that.  If it meets Steps 1, 2,
12  3, we call it asbestos.
13     Q.  Did your lab verify J3 Resources'
14  identification of asbestos in the Shower to Shower
15  products?                            12:35:13
16     A.  Yes, sir.  We both agreed that it had asbestos
17  in it.  We had a slight disagreement on a couple
18  cleavage fragments, but 90 -- but the majority of what
19  they called asbestos, we called asbestos.
20     Q.  And the Shower to Shower products that had the   12:35:27
21  years on them, are those all talc that was sourced out
22  of the Vermont talc mine?
23     A.  Yes, sir, it was.  Let's see.  I think the
24  latest one is 1986.  That's still using Vermont talc.
25     Q.  So all of these products with asbestos in them   12:35:48

4599

1  would be from Vermont talc; right?
2      A.  Correct.
3      The other -- what -- the other thing that we
4  did here is that he was using heavy liquid density
5  separation, the same as us, so it's a good validation   12:36:01
6  of the heavy liquid density method itself.
7      And, again, that's sample prep, which means
8  everything for TEM analysis.
9      Q.  This slide here, "PLM Lab Comparison," explain
10  what this is.                         12:36:18
11     A.  This is actually TEM you're showing.
12     Q.  Oh, my slide's wrong?
13     A.  Yeah.  We had eight positives when we did
14  standard PLM analysis, and J3 had no positives of the
15  set of samples.  So we had eight more positives than   12:36:36
16  J3.
17     Q.  And explanations for that?
18     A.  One, when we analyze these samples, we can
19  spend -- these particular samples -- anywhere from a
20  little bit less than an hour, depending on how much is   12:36:54
21  in there, all the way up to -- I think the longest
22  sample analysis was six hours.  We're analyzing
23  separate samples.
24     In order to do this work, we realized that the
25  standard polarized light microscope needed to have --   12:37:13

4600

1  increase its resolution.
2      So there was the difference between the two
3  labs on how they analyzed it.  We're using the same
4  method, but we're spending a lot more time.
5      Like the FDA said in their proposed method,   12:37:29
6  PLM, it would take a half a day to analyze it.  We
7  don't -- some of them take more than a half a day.
8  Some of them take much less.
9      In the equipment, we put a high-resolution
10  camera and put it on a monitor.  And, also, we changed   12:37:45
11  out the -- one of the objective lenses to give us much
12  more better resolution.
13     So it's really not fair to compare the two
14  because we're doing more than what Lee Poye's lab --
15  and that's no criticism of Lee Poye's lab, because   12:38:01
16  we're doing a lot of research to increase the
17  sensitivity of what we're doing.
18     Q.  And what does this show?
19     A.  Well, this is the PLM scope we were using at
20  the time, where -- if you go over to the left, here's   12:38:20
21  on top of the microscope, and that's a high-definition,
22  high-speed camera.
23     And then if you go to the right side, we have
24  that hooked to a high-definition monitor so that we can
25  see the structures more and we can see more what   12:38:37

4601

1  normally may be unresolved.
2      And if you go all the way over to the right,
3  the far right is a standard "DPlan 40X Objective."
4      And on the left, is what they call a flat
5  objective, and it's aberration-corrected, meaning they   12:39:00
6  spend a lot of time machining the lenses and make them
7  more -- can do better.
8      In fact, we've placed these microscopes now
9  with new state of the art, where all of the objectives
10  are flat.  It doesn't have a tungsten light source   12:39:16
11  anymore.  It has LED light sources.  And it comes with
12  a much higher-definition camera.
13     So where these microscopes were doing very
14  well, the new ones increase the resolution four times.
15     Q.  And does your report describe the refractive   12:39:35
16  index that you use with PLM?
17     A.  Yes.  This is the fluid that our analysts were
18  taught to use by Walter McCrone.  It goes back that
19  long, when he was teaching -- teaching the labs, and
20  it's what we use still today.               12:39:55
21     Q.  And we'll talk about PLM in a little bit.
22     This slide, the ISO 22262-1, does it talk about
23  the preparation of samples using a 1.605 for suspected
24  tremolite or anthophyllite?
25     A.  Yes.                            12:40:19

4602

1   Q.  Like I said, we have some photographs of -- PLM
2   photographs of asbestos in the talcum powder; right?
3   A.  Correct, for the amphiboles.  And we'll talk a
4   little bit more about that.  It's all -- we always use
5   1.605.                               12:40:33
6   Q.  So under all these various standards and
7   regulations -- AHERA, ISO, ASTM, and the J&J
8   standard -- is there regulated asbestos in Johnson's
9   talcum powder products?
10  A.  Yes.                             12:40:48
11  Q.  What is this?  What does this represent?
12  A.  This represents a Figure 1 that's in the
13  Campbell document.  And EPA did a survey across the
14  country, and where you see those areas that have lines
15  in them, that's where they say asbestiform minerals are  12:41:06
16  contained.
17  Q.  Asbestos minerals in the bedrock within the
18  areas that are shaded in those lines there?
19  A.  Yes, sir.
20  Q.  And in the original EPA document in 1974, do  12:41:21
21  they talk about asbestos in Vermont and where asbestos
22  is located in Vermont?
23  A.  Yes, sir, they do.
24  Q.  And do they talk about Windsor Minerals in that
25  1974 document?                       12:41:37

4603

1   A.  They do.  They talk about asbestos in Windsor
2   County, which would be Windsor Minerals, and Windsor
3   County is where one of the mines are that J&J uses.
4   The Argonaut Mine is in Windsor County.
5   Q.  So this Campbell paper in 1977 is published by  12:41:57
6   the Bureau of Mines; correct?
7   A.  Yes, it was.  I'm sorry.
8   Q.  The Department of the Interior?
9   A.  Yes, sir, it was, by Campbell, who put that
10  together primarily.                  12:42:11
11  Q.  And they cited to the EPA in 1974 for this map;
12  right?
13  A.  Correct.
14  Q.  And based upon your review of historical
15  documents, were the J&J Vermont mines called  12:42:22
16  Hammondsville, Argonaut, and Hamm all located in
17  Vermont in this area that I've got circled in red?
18  A.  Yes, sir, it is.
19  Q.  And is this the actual Campbell paper,
20  "Selected silicate minerals and their asbestiform  12:42:39
21  varieties"?
22  A.  Yes.
23  Q.  And that's the map, and this is in Vermont,
24  right?
25  A.  Correct.                         12:42:53

4604

1   Q.  Now, the second question is, "Why are there so
2   many 'nondetects' in the files of Johnson & Johnson and
3   so many 'nondetects' with regards to McCrone?"  I want
4   to talk about that for a few minutes.  Okay?
5   A.  Yes, sir.                        12:43:07
6   Q.  How many asbestos fibers need to be present in
7   order to detect one fiber by TEM?
8   A.  Using the methods without heavy liquid density
9   separation, it ranges from approximately 4 to 5 million
10  up to 12 million fibers per gram or bundles before you  12:43:23
11  can detect one fiber using these old methods -- or
12  methods without heavy liquid density, because these
13  methods are still used today.
14  Q.  And speaking of the preparation method, the
15  heavy liquid separation, have you reviewed Exhibit 546,  12:43:41
16  the 1973 Johnson & Johnson memo from Mr. Shelley --
17  Dr. Shelley?
18  A.  I have.
19  Q.  And do they talk about Professor Pooley's
20  process to remove the tremolite from the talc?  12:43:56
21  A.  Yes, sir.
22  Q.  And they describe it as being "a valuable
23  patent, and we believe it should be actively pursued."
24      Do you see that?
25  A.  Yes, sir, that's what they state.  12:44:09

4605

1   Q.  And it may have well be valuable property;
2   right?
3   A.  Yes, sir.
4   Q.  In your review of the Johnson & Johnson
5   historical documents, did they patent this and work on  12:44:17
6   this valuable property of the separation of tremolite
7   from talc?
8   A.  No.  Not only did they didn't patent it, when
9   they were asked by other manufacturers of asbestos if
10  they could use this technique, not -- not Pooley's  12:44:34
11  technique, but the technique that the Colorado School
12  of Mines developed, they were told no.  They said
13  this was proprietary and belonged to Johnson & Johnson.
14  Q.  And that's February of 1973.
15  Q.  In March of 1937, have you reviewed Exhibit 550  12:44:53
16  from Dr. Shelley?
17  A.  Yes, I have.
18  Q.  And it says:
19      "It's quite possible we may wish to
20      keep" -- excuse me -- "wish to keep the whole  12:45:03
21      thing confidential rather than allow it to be
22      published in patent form and thus let the whole
23      world know."
24      Before you got the Johnson & Johnson documents
25      produced in the litigation, did you know of this  12:45:17

4606

1 methodology that was developed back in the early 1970s?
2    A. No, sir. I didn't know they had worked it all
3 out. Well, this is Pooley's method. The method that
4 they worked out is the CSM method, Colorado School of
5 Mines method they're consulting.                12:45:41
6    Q. We're going to talk about that method in a few
7 minutes.
8       This next exhibit, Exhibit 632, November 26,
9 1974, this Johnson & Johnson memo says:
10      "Review of experimental techniques for the  12:45:51
11   concentration of asbestos." It says, "Each of
12   these experimental techniques warrants
13   additional work. We have not been able to
14   pursue the concentration of asbestos minerals
15   from talc because of a shortage of personnel  12:46:01
16   and the low priority which had been set up for
17   the project."
18      Did you see any evidence after 1974 that they
19 pursued the concentration technique to find asbestos?
20    A. No, I have not seen any evidence of that.   12:46:16
21    Q. And then 1957, this is Exhibit 643. They write
22 to Dr. Rolle at Johnson & Johnson in England,
23 Mr. Sloan, and says:
24      "We deliberately have not included a
25   concentration technique, as we felt it would   12:46:34

4607

1   not be in worldwide company interest to do
2   this."
3      Do you see that?
4    A. Yes, sir. I have that document also.
5    Q. Now, do you believe that the concentration   12:46:45
6 technique or the heavy liquid separation technique
7 should not be used because you might miss some
8 chrysotile?
9    A. No.
10   Q. If someone were to come into this courtroom and  12:46:55
11 say "I don't use the concentration technique because I
12 don't want to miss the chrysotile asbestos there,"
13 what's your opinion about that?
14   A. Well, Johnson & Johnson developed a
15 concentration method they called the double density   12:47:09
16 concentration method. They found both amphiboles and
17 chrysotile.
18      But just because you don't think you can find
19 chrysotile, why eliminate all the amphiboles? That
20 method has been published, it's in the ISO,     12:47:23
21 International Standards Organization, for amphiboles.
22 There's absolutely no reason.
23      And that would be a slightly different method
24 than the asbestos -- than the chrysotile. It doesn't
25 make sense to throw the baby out with the bath water  12:47:36

4608

1 when you only got -- because you're using a different
2 shampoo. It doesn't make any sense.
3    Q. You said the double density method. Did you
4 read their internal documents and understand what they
5 had developed with the Colorado School of Mines back in  12:47:55
6 the '70s?
7    A. Yes.
8    Q. And we'll talk about what you're doing with
9 that in a little bit.
10      Sensitivity of the various methods. If you    12:48:03
11 could explain what we're seeing here about the various
12 methods.
13   A. Well, if you go to the J&J testing method, they
14 had a requirement that it wasn't just finding one
15 structure; you had to find four -- or you had to find   12:48:22
16 at least four until you hit that fifth one and say it's
17 countable now.
18      Well, in order to have five, there -- to find
19 one fiber, it was around 10 million and something
20 fibers per gram just to find one. The sensitivity was  12:48:43
21 horrible.
22      Now, their method also is if you found -- if
23 you found four tremolite fibers and one anthophyllite
24 fiber, they'd say, yeah, it has tremolite, but the
25 anthophyllite, it was unquantifiable.           12:49:00

4609

1      So you had to find four of each type in order
2 to report them. So if you had four of each type, that
3 comes to 113 million asbestos fibers in order to say
4 all four there in the bottom, the tremolite, the
5 anthophyllite, the actinolite, and the chrysotile, was  12:49:20
6 quantifiable; otherwise, it was unquantifiable.
7    Q. So if we see reports that say NQ or
8 nonquantifiable, you could have as much as 113 million
9 asbestos fibers in that sample; it would still be
10 reported as nonquantifiable?                    12:49:38
11   A. Only if they found four of each. If they found
12 five, supposedly, you should report it. But if they
13 only found four, you didn't report it other than
14 unquantifiable.
15   Q. So according to test method -- or the TM7024,   12:49:52
16 you could have as much as four of each of these fiber
17 types and still say it's nonquantifiable?
18   A. Correct.
19   Q. 16 different asbestos fibers in one grid?
20   A. In one sample. Or if you just found four    12:50:12
21 tremolite fibers or bundles, that's 28 million. You
22 wouldn't -- you would have to say, oh, unquantifiable.
23   Q. And just so the record --
24      THE COURT: Could we stop for one second.
25      Ms. Orsi, you wanted a break?               12:50:27

Aiken Welch, A Veritext Company
510-451-1580

4610

1    Go ahead.
2    JUROR NO. 8: Yes, thank you, just to run to
3  the restroom.
4    THE COURT: No problem. Go ahead. We'll be
5  here.                          12:50:40
6    JUROR NO. 8: Thank you.
7    THE COURT: And then we'll go to quarter past.
8    MR. SATTERLEY: Yes, Your Honor.
9    THE COURT: Anybody wants to stand up and
10  stretch, feel free to do that. And that's true in    12:51:09
11  general. It's good for us to be able to see you, but
12  feel free to stand up if it helps you pay attention.
13    JUROR NO. 8: Sorry about that. I'm back.
14    THE COURT: No problem.
15    Mr. Satterley.                12:51:37
16    (Whereupon, Plaintiff's Exhibit 1331 was marked
17    for identification.)
18    MR. SATTERLEY: Just for the record, what I'm
19  showing on the Elmo is Exhibit 1331, which is the total
20  asbestos fiber concentration per gram of J&J baby    12:51:43
21  powder talc that would -- below the detection limit of
22  the TM7024 method.
23  BY MR. SATTERLEY:
24    Q. Is that correct, Dr. Longo?
25    A. That is correct.            12:51:55

4611

1    Q. And you've done these calculations; correct?
2    A. Yes, sir.
3    Q. The full calculations was produced to Johnson &
4  Johnson, and you testified about these many times;
5  right?                          12:52:04
6    A. Yes, sir. That's the long method of math.
7    Q. Okay. So let's go back to the PowerPoint.
8    And we have Dr. Sanchez's method. What is
9  that? What's the sensitivity there?
10    A. At the time that these were done, it was    12:52:22
11  14 million. But I've noticed over time, he's increased
12  the grid openings a little bit. So now it's a little
13  bit below 10 million. That's their detection limit.
14    To give you the example, our detection limit
15  for finding one fiber with the heavy liquid density    12:52:39
16  runs in the 5,000 to 9,000 fibers per gram. That's why
17  I believe that we're seeing much more positives, and
18  this is why they see so many negatives.
19    Q. But in some of Dr. Sanchez's analyses, he finds
20  tremolor or anthophyllite in some of the testing he's    12:52:59
21  done; correct?
22    A. Correct. You will find occasionally the needle
23  in the haystack. It depends on the concentration
24  that's present.
25    So it's not that you never find them, but    12:53:08

4612

1    the -- the statistics of finding it repeatedly if you,
2    say, have a million or 2 million are poor with these
3    kind of detection limits.
4      Q. We told the folks on the jury about the
5    positive FDA results in 2019 and the 1970s.    12:53:31
6      In 2010, did they test some Johnson's Baby
7    Powder and say they were nondetects?
8      A. Yes. In 2010, AMA was using a detection limit
9    of approximately 12 million.
10      When they did the analysis in 2018, I think it    12:53:50
11    was, they had looked at more grid openings, and their
12    detection limit was on the order of about 4 million.
13    So they increased their detection limit, and they did
14    find asbestos in that.
15      Q. So if you increase your detection limit by    12:54:06
16    looking at more grid openings or spending more time,
17    that's one way to find that needle in the haystack?
18      A. Correct. Or a better way is to remove the
19    haystack.
20      Q. The heavy liquid separation; right?    12:54:19
21      A. Yes, sir.
22      Q. So some of the other reasons why we see
23    nondetects or nonquantifiable. Under the TM7024, is
24    there a time limit placed upon the analyst's work?
25      A. I believe it's one hour, one to two hours,    12:54:36

4613

1    something in that. The answer is yes.
2      Q. And is that a problem when you only look --
3    when you're looking for carcinogens in a product, to
4    only spend an hour or have a time limit of an hour or
5    two hours? Does that decrease your level of    12:54:49
6    sensitivity?
7      A. It causes you to speed up. The only time we've
8    ever analyzed a sample and it only took an hour is when
9    there was a nondetect.
10      Otherwise, to check and make sure everything    12:55:05
11    you're seeing is -- either is or not potential
12    regulated asbestos, a typical sample that -- and it's
13    an hour for a blank, but not an hour with a sample
14    material in it. It's just to go through the blank in a
15    hundred grid openings to make sure nothing is there.    12:55:25
16      Typically, if you only have a few structures,
17    it takes approximately four hours. If you have a lot
18    of structures, it may take you two days. And that's a
19    hundred grid openings.
20      Q. And with regards to the -- a report just placed    12:55:40
21    in a file that says "nondetect," if there's no data
22    behind it, no images, no results, is that problematic
23    to go back and say, "Hey, was that really a negative or
24    nondetect, or was there something there"?
25      A. It's really hard to do that, especially if    12:55:57

4646

1 Friday at 11:00. Or 1:00. Which was you prefer,
2 Mr. Satterley.
3      MR. SATTERLEY: Whatever counsel for J&J would
4 like. Either one is fine with the plaintiff.
5      MR. DUBIN: I guess we'll do 11:00.      13:36:31
6      But is there some sort of brief that we're
7 going to need to be responding to before we argue this?
8 I don't know. I mean, that's my concern about Friday.
9 I don't understand. If there's a brief, we need to
10 respond to it.      13:36:47
11      THE COURT: I think they need to figure out
12 what their position is exactly.
13      So we don't know.
14      MR. SATTERLEY: Like I said, we can meet and
15 confer this afternoon. We can meet and confer      13:36:58
16 tomorrow. And I think we should -- we got -- we
17 need -- if the Court is available, whether or not you
18 say don't file a brief, we don't file a brief, but we
19 need to lodge our objections.
20      Just as if Your Honor were to make rulings, as      13:37:10
21 Your Honor said, with regard to Musco, we've got to
22 make a record, because if Your Honor is going to allow
23 a nonexpert corporate rep to give expert opinion citing
24 to hearsay, we've got serious issues with regards to
25 that.      13:37:27

4647

1      In addition, we have the beyond-the-scope
2 objection.
3      MR. DUBIN: Can you identify where you think
4 he's offering expert opinion testimony? Because
5 again --      13:37:36
6      MR. SATTERLEY: Yes.
7      MR. DUBIN: So then we can talk about it.
8      MR. SATTERLEY: We did do that, I think, didn't
9 we?
10      MR. RIVAMONTE: We did.      13:37:41
11      MR. DUBIN: As opposed to just beyond the
12 scope?
13      THE COURT: I don't think so.
14      MR. RIVAMONTE: Yes, we did.
15      THE COURT: You did? Okay. Then maybe I      13:37:47
16 haven't gotten to it yet. The pages I went through, it
17 was all beyond the scope, I think. I think. Maybe I'm
18 wrong. I'll look again.
19      MR. SATTERLEY: I'm just afraid that if
20 Your Honor has time set aside, that we can use this,      13:37:59
21 and we don't get to this, then just next week, we're
22 going to have the same problem. We're going to have
23 the same problem the following week if we never get
24 court time to argue the Hopkins issue.
25      So -- and we're never going to get to play the      13:38:13

4648

1 depo. I would hate, hate, hate to be finished, resting
2 my case and tell the jury, "I've got six more videos to
3 play, and for the next five days, you're going to watch
4 videos."
5      MR. DUBIN: No one is trying to say we      13:38:30
6 shouldn't have time with the Court, Mr. Satterley.
7 What I said is, if you're filing a brief on something
8 that we're intending to argue about the brief to the
9 Court, then we would need time to respond to it.
10      THE COURT: Let's go off the record and give      13:38:43
11 Ms. Langley a break here.
12
13      (Whereupon, the proceedings
14      were concluded at 1:38 p.m.)
15
16
17
18
19
20
21
22
23
24
25

4649

1 STATE OF CALIFORNIA    )
2                        )  ss.
3 COUNTY OF ALAMEDA      )
4
5      I, EARLY K. LANGLEY, do hereby certify:
6      That foregoing proceedings were held in the
7 above-entitled action at the time and place therein
8 specified;
9      That said proceedings were taken before me at said
10 time and place, and was taken down in shorthand by me,
11 a Certified Shorthand Reporter of the State of
12 California, and was thereafter transcribed into
13 typewriting, and that the foregoing transcript
14 constitutes a full, true and correct report of said
15 proceedings that took place;
16      IN WITNESS WHEREOF, I have hereunder subscribed my
17 hand on June 30, 2021.
18
19
20
21
22      _Early Langley_
       EARLY K. LANGLEY, CSR No. 3537
23      State of California
24
25

4650

1           SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                    COUNTY OF ALAMEDA

3             BEFORE THE HONORABLE STEPHEN KAUS

4                      DEPARTMENT 19

5                    VIA ZOOM CONFERENCE

6                        ---oOo---

7      CHRISTINA G. PRUDENCIO,

8            Plaintiff,

9      vs.                          No. RG20061303

10     JOHNSON & JOHNSON, et
       al.,

11

12           Defendants.
       _____/

13

              REPORTER'S TRANSCRIPT OF PROCEEDINGS

14
              (Trial - William E. Longo, Ph.D.)

15
                  Thursday, July 1, 2021

16
                     Full Session

17

18

19

20       Taken before EARLY K. LANGLEY, B.A., RMR, RSA
                      CSR No. 3537

21

22

23
       VOLUME 30

24

25     PAGES 4650 - 4832

4651

```
 1   APPEARANCES OF COUNSEL ON THE RECORD VIA ZOOM

 2   CONFERENCE:

 3

 4   For the Plaintiff:

 5        JOSEPH SATTERLEY
          IAN RIVAMONTE
 6        Kazan, McClain, Satterley & Greenwood
          55 Harrison Street, Suite 400
 7        Oakland, California 94607
          (510) 302-1000
 8        Jsatterley@kazanlaw.com
          Irivamonte@kazanlaw.com
 9

10   For the Defendants Johnson & Johnson, Johnson & Johnson
     Consumer Companies, Inc., Johnson & Johnson Inc., sii
11   Johnson & Johnson Cons Companies:

12        MORTON D. DUBIN
          SHAILA R. DIWAN
13        KEVIN HYNES
          King & Spalding LLP
14        1185 6th Ave Of The Americas
          New York, NY 10036
15        (212) 556-2100
          Sdiwan@kslaw.com
16        Mdubin@kslaw.com
          Khynes@kslaw.com
17

18

19

20

21

22

23

24

25
```

4653

1            INDEX - VOLUME 30 - (Pages 4650 - 4832)

2               INDEX OF EXAMINATIONS

3                  CHRONOLOGICAL

4

5   WILLIAM E. LONGO, Ph.D. (for the Plaintiff)
                                                    4679
6        Direct Examination By Mr. Satterley
    (Cont'd)
7                                                   4798
         Cross-Examination By Mr. Dubin

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 2:23-08895-MBK Doc 234-83 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibits 81 to Bates Declaration PART Page 167 of 225

4657

```
 1                    --o0o--

 2              P R O C E E D I N G S

 3                    --o0o--

 4          Thursday, July 1, 2021 - 8:25 p.m.

 5          (Morning and Afternoon Combined)

 6          (The following proceedings were held in the

 7     virtual breakout room with counsel only outside the

 8     presence of the jury:)

 9              THE COURT:  All right.  So we're on the record
08:25:52 10    outside the presence of the jury before court in the

11     Prudencio matter.  Mr. Satterley said we had a couple

12     of noncontroversial things to discuss.

13              MR. SATTERLEY:  So the noncontroversial part of

14     it is, we've agreed to further meet and confer this
08:26:07 15    afternoon, spend as much time as necessary and,

16     hopefully, narrow the scope of the objections, and then

17     have a follow-up with Your Honor tomorrow whenever it's

18     appropriate so that we can spend time going through the

19     transcript in a little bit more detail with Your Honor
08:26:22 20    and explain some of our relative positions.

21              And so with that being said, I don't think we

22     have to make any arguments this morning or -- we,

23     obviously, disagree about, you know, certain aspects.

24              THE COURT:  That's fine.  I'm trying to -- so,
08:26:38 25    I mean, we talked about this in the last trial --
```

4784

1          A.  Yes, sir.  And that's the -- that's the results

2     they got when they changed the data a little bit.

3          Q.  What do you mean, changed their data?

4          A.  Well, the lab that they hired to analyze the

12:16:35  5     air samples called -- initially called the -- he found

6     anthophyllite asbestos and initially called it

7     anthophyllite asbestos and then was told by Exponent to

8     change it to cleavage fragments.

9          Q.  So even at that level, .004, is that 80 times

12:16:58  10     above the old background from the ATSDR from the 1980s?

11          A.  Yes, sir, it is.

12          Q.  Would that be substantial exposure, 80 times

13     the background?

14          A.  Yes, sir.  Anything over background is called a

12:17:13  15     substantial exposure, even using a background

16     concentration of most like -- of chrysotile at 4 zeros

17     and a 5.  So that is substantial exposure.

18          Q.  I'd like for you to assume -- I think you've

19     read it -- Dr. Hopkins, one of the corporate

12:17:31  20     representatives from J&J, testified that J&J's estimate

21     was 4.5 fibers per cc.

22              Assuming that to be the case -- and you read

23     his testimony -- is that 90,000 times above background?

24          A.  Yes, sir, it is.

12:17:48  25          Q.  A J&J diapering estimate of .18 fibers per

1   cc -- you've seen that document; correct?

2       A.  Correct.

3       Q.  Is that 3,600 times above background?

4       A.  Yes, it is.

5       Q.  Is that substantial exposure to asbestos from

6   diapering a baby?

7       A.  It is.

8       Q.  And then the Gordon paper that you told us --

9   was the exposure assessment 1.9 fibers per cc from

10  asbestos from cosmetic talc?

11       A.  Correct.

12       Q.  And would that be 38,000 times above

13  background, assuming a hypothetical background of

14  .00005 fibers per cc?

15       A.  Yes, sir.

16       Q.  And in your opinion, are all those substantial

17  exposures to asbestos from cosmetic talc?

18       A.  Yes, sir, it is.  With this hypothetical

19  background or assuming that there really is --

20  hypothetically, that there is asbestos in the air all

21  the time.

22       But I have testified in the past that, you

23  know, the real level is going to be less than whatever

24  the detection limit is with the sample you run.  You're

25  not going to find background unless there is a source

4786

1    of asbestos.

2            And you won't have sources of asbestos, of

3    tremolite/anthophyllite, because of the lack of

4    products out there, unless you have a house that may

12:19:18  5    have vermiculite loose insulation and you're up there

6    disturbing it.  But that means you have a source of

7    asbestos.

8        Q.  With regards to Ms. Prudencio, you evaluated

9    that she was exposed to both Johnson & Johnson Baby

12:19:33  10   Powder and Longs Baby Powder when she was young;

11   correct?

12       A.  That is correct.

13       Q.  And have you calculated the total personal uses

14   based upon all the testimony you've read, all of the

12:19:49  15   interviews, all of the information you got?

16       A.  Correct.  But that would include both the Longs

17   and the -- and the J&J containers.

18       Q.  I think we're going to break it down in a few

19   minutes.

12:20:04  20       A.  Okay.

21       Q.  If you could talk us through this chart here.

22   What's your opinions about her exposures?

23       A.  My opinions about her exposures, that between

24   when her mother was diapering -- was changing her

12:20:18  25   diapers and bathing her, where she bathed her, and then

4832

1    STATE OF CALIFORNIA       )

2                              )     ss.

3    COUNTY OF ALAMEDA         )

4

5         I, EARLY K. LANGLEY, do hereby certify:

6         That foregoing proceedings were held in the

7    above-entitled action at the time and place therein

8    specified;

9         That said proceedings were taken before me at said

10   time and place, and was taken down in shorthand by me,

11   a Certified Shorthand Reporter of the State of

12   California, and was thereafter transcribed into

13   typewriting, and that the foregoing transcript

14   constitutes a full, true and correct report of said

15   proceedings that took place;

16        IN WITNESS WHEREOF, I have hereunder subscribed my

17   hand on July 1, 2021.

18

19

20

21

22        _____
          EARLY K. LANGLEY, CSR No. 3537
23        State of California

24

25

5278

1           SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                     COUNTY OF ALAMEDA

3             BEFORE THE HONORABLE STEPHEN KAUS

4                       DEPARTMENT 19

5                    VIA ZOOM CONFERENCE

6                       ---oOo---

7     CHRISTINA G. PRUDENCIO,

8           Plaintiff,

9     vs.                          No. RG20061303

10    JOHNSON & JOHNSON, et

      al.,

11

          Defendants.

12    _____/

13

               REPORTER'S TRANSCRIPT OF PROCEEDINGS

14

          (Trial - Annjanette Gauthier; Nancy Musco;

15                   John Hopkins, Ph.D.)

16                  Thursday, July 8, 2021

17                      Full Session

18

19

20

          Taken before EARLY K. LANGLEY, B.A., RMR, RSA

21                    CSR No. 3537

22

23

      VOLUME 34

24

25    PAGES 5278 - 5508

5279

```
1   APPEARANCES OF COUNSEL ON THE RECORD VIA ZOOM
2   CONFERENCE:
3
4   For the Plaintiff:
5           JOSEPH SATTERLEY
            IAN RIVAMONTE
6           Kazan, McClain, Satterley & Greenwood
            55 Harrison Street, Suite 400
7           Oakland, California 94607
            (510) 302-1000
8           Jsatterley@kazanlaw.com
            Irivamonte@kazanlaw.com
9
10  For the Defendants Johnson & Johnson, Johnson & Johnson
    Consumer Companies, Inc., Johnson & Johnson Inc., sii
11  Johnson & Johnson Cons Companies:
12          MORTON D. DUBIN
            SHAILA R. DIWAN
13          KEVIN HYNES
            King & Spalding LLP
14          1185 6th Ave Of The Americas
            New York, NY 10036
15          (212) 556-2100
            Sdiwan@kslaw.com
16          Mdubin@kslaw.com
            Khynes@kslaw.com
17
18
19
20
21
22
23
24
25
```

5281

1        INDEX - VOLUME 34 - (Pages 5278 - 5508)

2               INDEX OF EXAMINATIONS

3                  CHRONOLOGICAL

4

5   ANNJANETTE GAUTHIER (for the Plaintiff)

        Direct Examination By Mr. Satterley        5311

6       Cross-Examination By Ms. Diwan            5366

7   NANCY MUSCO (for the Plaintiff via videotape)

        Examination By Mr. Placitella            5367

8       Examination By Ms. O'Connor              5417

        Examination By Mr. Placitella            5422

9

    JOHN HOPKINS, Ph.D. (for the Plaintiff via

10  videotape)

        Examination By Mr. Panatier             5427

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5288

```
 1                          --oOo--

 2                 P R O C E E D I N G S

 3                          --oOo--

 4           Thursday, July 8, 2021 - 8:46 a.m.

 5           (Morning and Afternoon Combined)

 6           (The following proceedings were held in the

 7     virtual breakout room with counsel only outside the

 8     presence of the jury:)

 9           THE COURT:  Let's go on the record in Prudencio

10     outside the presence of the jury.                  08:47:03

11           I did want to note one thing, which is

12     Johnson & Johnson has been very cooperative.  Although

13     they oppose this kind of trial, they've, you know,

14     tried to assist in the technical presentation, and I

15     personally appreciate it, because this is a difficult  08:47:27

16     endeavor.

17           MR. DUBIN:  Of course, Your Honor.  We,

18     obviously, also thank the plaintiff's counsel for being

19     cooperative with us while we're examining the

20     witnesses.  So, you know, we are all doing our best for  08:47:39

21     this.

22           THE COURT:  Right.

23           MR. DUBIN:  Before we begin, I just wanted to

24     mention something that occurred to me, because I had

25     raised this before and I wanted to make sure that I     08:47:47
```

                                                                    5427

1    Johnson & Johnson and Johnson & Johnson Consumer, and

2    this is from trial testimony of 2019.

3          THE COURT:  All right.  And I understand it's

4    longer than an hour, but we are going to look at it

5    until 1:15 today.                               12:17:02

6          MR. SATTERLEY:  That's correct, Your Honor.

7          THE COURT:  All right.  And then we'll figure

8    out how to arrange next week.

9          All right, Mr. Satterley.  Go ahead.

10         MR. SATTERLEY:  And, once again, he was sworn   12:17:09

11   under oath.  I don't know if the swearing in was a part

12   of the video, but he was sworn under oath as the

13   Johnson & Johnson corporate representative.

14                 JOHN HOPKINS, Ph.D.

15         (For the Plaintiff via videotape)          12:17:16

16      reported and played to the jury as follows:

17   EXAMINATION BY MR. PANATIER:

18      Q.  "Now, you are here as the corporate

19   representative for Johnson & Johnson and Johnson &

20   Johnson Consumer, Inc.; correct?                 12:17:46

21      A.  Yes.

22      Q.  You don't -- you don't work for -- for us; we

23   have not paid to you come here and testify.  Correct?

24      A.  That is correct.

25      Q.  All right.  You currently do not work for    12:17:55

5428

1    Johnson & Johnson; correct?

2         A.  Correct.

3         Q.  You are a consultant?

4         A.  Correct.

5         Q.  So even though you are not currently an        12:18:03

6    employee of Johnson & Johnson, you are the face of

7    Johnson & Johnson at this trial.  Do you understand

8    that?

9         A.  I am today, yes.

10        Q.  And you understand that what you say are the   12:18:14

11   words of Johnson & Johnson; correct?

12        A.  Yes.

13        Q.  Until about the early 1960s, the talc that was

14   used in Johnson & Johnson's Baby Powder was Italian

15   talc for the most part; correct?                        12:18:29

16        A.  Until around about '67, yes.

17        Q.  It was Italian?

18        A.  It was from a mine in Italy, yes.

19        Q.  The Val Chisone region; correct?

20        A.  From the Fontana Mine in the Val Chisone       12:18:41

21   region, a particular mine, yes.

22        Q.  After '67, Johnson & Johnson had purchased a

23   mine in Vermont; correct?

24        A.  They did, yes.

25        Q.  Well, they -- they purchased it prior to 1967; 12:18:51

5431

1      A.  It was, yes.

2      Q.  So Johnson & Johnson no longer owns the Shower

3  to Shower product line; right?

4      A.  Not since 2012, no.

5      Q.  It, obviously, still owns Johnson's Baby        12:21:06

6  Powder; correct?

7      A.  Yes.

8      Q.  Okay.  Johnson & Johnson Corporate in New

9  Brunswick made all health and safety policy decisions

10  with regard to asbestos and talc products; correct?    12:21:22

11      A.  The -- yes.  The company in New Jersey, as the

12  parent company for all global companies, made those

13  decisions, yes.

14      Q.  Okay.  Johnson & Johnson had a big medical

15  library; right?                                        12:21:37

16      A.  They had a library, yes, certainly when I was

17  working there.

18      Q.  They had subscriptions to journals like Journal

19  of the American Medical Association; right?

20      A.  We did, yes.                                   12:21:48

21      Q.  New England Journal of Medicine; right?

22      A.  Uh-huh, yep.

23      Q.  The Lancet?

24      A.  Yes.

25      Q.  And Johnson & Johnson was aware of asbestos     12:21:52

Aiken Welch, A Veritext Company
510-451-1580

5436

| | |
|---|---|
| 1 | A. Yeah. That's what I said five minutes ago. |
| 2 | Q. Johnson & Johnson knows there's no safe level |
| 3 | of asbestos exposure; correct? |
| 4 | A. Scientists have not shown a safe level, so |
| 5 | yeah, I would not disagree. 12:26:14 |
| 6 | Q. There's no known safe level of asbestos |
| 7 | exposure, especially for children; correct? |
| 8 | A. Again, same answer. There's no -- no evidence |
| 9 | to say otherwise, so we'll assume it's correct. |
| 10 | Q. Well, in fact, your answer -- if you go right 12:26:25 |
| 11 | below on page 108, you were asked this question: |
| 12 | 'Okay. And Johnson & Johnson knows there |
| 13 | is no safe level of asbestos exposure, |
| 14 | especially for children; correct, sir?' |
| 15 | And your answer was, again: 12:26:37 |
| 16 | 'There is no known safe level.' |
| 17 | Correct? |
| 18 | A. Yes, that's what I said. |
| 19 | Q. And then the follow-up question was: |
| 20 | 'That's right, especially for children; 12:26:46 |
| 21 | correct?' |
| 22 | And you said, 'Yes.' |
| 23 | Correct? |
| 24 | A. That's right. That's what I agree. Yeah. |
| 25 | Q. All right. Johnson & Johnson understands that 12:26:53 |

5437

```
 1    if you had just 1 percent by weight of asbestos in a

 2    4-ounce bottle of Johnson's Baby Powder, you don't know

 3    if it would be trillions or millions or billions of

 4    fibers, but it would be a very large number; correct?

 5         A.  Yes.                                    12:27:09

 6         Q.  In eight ounces of Johnson's Baby Powder, there

 7    would be tens to hundreds of trillions of particles;

 8    correct?

 9         A.  I don't think anyone has ever counted them, but

10    you could estimate that would be many, many trillions,  12:27:21

11    yes.

12         Q.  Okay.  And if we just wanted to get an

13    understanding of what that would mean in terms of how

14    much asbestos was present, you and I did this

15    calculation.                                    12:27:35

16         If you had .00001 percent chrysotile, and there

17    were only a trillion particles in the whole bottle, not

18    tens or hundreds, you would still have 10 million

19    fibers per container; correct?

20         A.  Well, that's -- that's the math, yes.   12:27:53

21         Q.  The truth is that there is a robust history of

22    amphibole minerals in Johnson & Johnson's talc that

23    they used for baby powder; correct?

24         A.  You can find nonasbestos amphibole minerals in

25    pretty well every county in the United States, and you  12:28:09
```

5508

```
1   STATE OF CALIFORNIA     )

2                           )     ss.

3   COUNTY OF ALAMEDA       )

4

5          I, EARLY K. LANGLEY, do hereby certify:

6        That foregoing proceedings were held in the

7   above-entitled action at the time and place therein

8   specified;

9        That said proceedings were taken before me at said

10  time and place, and was taken down in shorthand by me,

11  a Certified Shorthand Reporter of the State of

12  California, and was thereafter transcribed into

13  typewriting, and that the foregoing transcript

14  constitutes a full, true and correct report of said

15  proceedings that took place;

16       IN WITNESS WHEREOF, I have hereunder subscribed my

17  hand on July 9, 2021.

18

19

20

21

22

        EARLY K. LANGLEY, CSR No. 3537

23      State of California

24

25
```

# Exhibit E

**File Provided Natively**

# EXHIBIT E

JNJ 000133180

Prudencio Pltfs' Ex. 0877 pg 1

# Adding TEM to the Global Talc Specification

Timothy J McCarthy, PhD, DABT

Director, Toxicology

Baby R&D and Product Stewardship

Confidential

Prudencio Pltfs' Ex. 0877 pg 2

# Currently Available Testing Methods for Asbestos in Talc

### IR - Infrared
Lowest detection limit.  In some Compendia requirements but of limited value.

### XRD – X-ray Diffraction
Primary compendia method which is designed to identify potential asbestos form structures.
If suspect crystalline structures are detected, go to light microscopy for confirmation based on morphology.

### OM and PLM – Optical Microscopy and Polarized Light Microscopy
Used to confirm if potential asbestos forms are actually asbestos.
PLM is the preferred method since it provides a higher level of crystalline structure discriminatory capability.

### TEM – Transmission Electron Microscopy
Most sophisticated of the methodologies
Found only in specialized analytical laboratories.
Can see structures more clearly and can confirm chemical composition
Viewed as the "gold standard" by industry subject matter experts.

Confidential

# Analytical Detection Limits

| Analytical Method | Detection Limit | Comment |
|---|---|---|
| XRD | 0.1 – 1 % | Depends on particle size, matrix interference<br><br>Cannot differentiate morphology |
| PLM | 1%<br><br>100/Points Counted % | Visual estimation<br><br>Variable, depends on the number of particles counted (i.e., 400 pts = 0.25%, 1000 pts = 0.1%)<br><br>PLM limited to particles 0.5 – 1 µm and wider |
| TEM | 0.01 – 0.1 % | May be much lower if matrix particles can be removed<br><br>TEM limited to particles shorter than 50 µm or thinner than 5 – 10 µm |

Data provided by RJ Lee

Confidential

# Raw Ore sampling

RJ Lee detected the presence of chrysotile fibers (NMT 6.5 ppm) in certain raw ore samples by Transmission Electron Microscopy (TEM).

No asbestos fibers were detected in J&J talc product samples.

No asbestos fibers were detected by using the pharmacopoeia compendia methods, X-Ray Diffraction (XRD) or Polarized Light Microscopy (PLM).

Confidential

Prudencio Pltfs' Ex. 0877 pg 5

# Hypothetical Consumer Exposure

- Compendia require asbestos to be "not detected" in consumer-use talc
- What does "not detect" mean when more sensitive methods supplement existing compendia testing?
- How much asbestos might a consumer be exposed were there asbestos in the talc ore below the compendia limits of detection?

Confidential

# Hypothetical Consumer Exposure

- During a body powdering event, how much airborne talc might a consumer be exposed?

- During that powdering event, how much hypothetical asbestos might a consumer be exposed, when the asbestos is below the compendia limits of detection?  Assume 10 ppm by TEM.

- How does that compare with occupational exposure levels?
  - 8-hr work day
  - 30-min excursion (spike)

Parity with the occupational exposure limit is not considered an acceptable consumer exposure in this assessment.

(29CFR§1910.1001; DIRECTIVE 2009/148/EC)

Confidential

Prudencio Pltfs' Ex. 0877 pg 7

# Hypothetical Consumer Exposure

Hypothetical exposure during consumer body dusting event

- Adult                         4.5 – 9.3 fibers
- Baby diapering          0.16-0.18 fibers

Normalizing to number of fibers potentially inhaled during the duration of the event

- The allowable 8-hour occupational exposures are at least **107,000 times higher** than the hypothetical consumer exposures
- The allowable 30-min excursion value at least **67,000 times higher** than the hypothetical consumer exposures, when.

Confidential

# Implications of Supplementing Compendia Specification with TEM

- No detectable asbestos was found using the compendia methods

- "not detectable" has diminished value when highly sensitive methods are added to existing specifications.

- The hypothetical consumer exposures result in respirable fibers several orders of magnitude lower than occupational exposure limits

- The trace level of chrysotile by TEM in certain raw ore samples does not pose a health hazard to the consumer.

Confidential

# Exhibit F

# CYPRUS ORE RESERVE EVALUATION
# PRELIMINARY SUMMARY

*R. C. Munro*

## INTRODUCTION

A complete evaluation of the CIM talc reserves is underway, but has emerged as a more complex task than anticipated. There are eighteen mining reserves to assess with at least four ore quality factors[1] to evaluate in each case, and data available from CIM is not always clear. It will take till May 15 to complete this project. Two U.S.B. senior geologists have been conscripted part time for independent reserve calculations on the more important talc deposits.

The following is a summary of our thoughts to date.

## GENERAL

We have been working with Philippe Moreau of Talc de Luzenac, Ernie Reade of CIM and the CIM geological staff to determine:

1) How closely the real mineable ore reserves match the geologic resource numbers that have been carried by CIM.

2) The tons of ore (and years of production life) that are remaining in the ground at the various reserve sites and the ore qualities available in proportion to the ore requirements for the various CIM milled products.

---

[1] *Talc content, brightness, impurities and quality.*

- 1 -

**EXHIBIT F**

Protected Document - Subject to Protective Order
IMERYS 425354

3)      The related problems that exist in terms of environmental concerns, permitting, mineability and liability at each mining site.

So far, our reserve estimates in tons of mineable proven and possible ore differ in some areas from CIM's figures. These comparisons appear on the summary sheet, page 3, with comments.

Hammondsville and Beaverhead appear to have no significant economic value as reserves. The usable tonnage at the Troy deposit is substantially reduced. The Hamm deposit needs more detailed study before its future value is understood. Significant additional potential may exist at Argonaut. Yellowstone South Forty has major potential for significantly increased reserves and reduced stripping ratios.

Matching all types and volumes to various CIM milled products in some sort of material balance sheet has proven more difficult than expected. CIM data is hard to quantify and has required constant adjustment, as CIM staff strive to educate us in their rather complex "ore to product" paths. At this writing, the tonnages used and the role of imported ores need to be clarified. In spite of a significant effort and some surplus staff, the Cyprus organizational system has not enabled a clear, consistent overall picture of current ore reserve usage to emerge and be transmitted to anyone - Cyprus itself or a potential buyer.

Some problems with several of the mine reserves sites have emerged.

Fibrous minerals - tremolite and actinolite are ubiquitous in several zones of the Vermont mines. The potential problems involved with fibre in dumps, and to some degree in products, must be carefully evaluated.

- 2 -

Protected Document - Subject to Protective Order                    IMERYS 425355

## ORE RESERVE COMPARISON

| MINE | GEOLOGIC | | MINEABLE Proven & Probable | | COMMENT |
|---|---|---|---|---|---|
| | CYPRUS (as of 12/31/90) | BORAX | CYPRUS | BORAX | |
| **Talc** | | | | | |
| Holmes/Ward, AL | 173,000 | – | 75,000 | 75,000 | hard rock reserve |
| Argonaut, VT East | – | 3,000,000 | – | 3,000,000 | good potential but little data – an inferred reserve – DRILL? |
| Argonaut, VT Main | 5,835,000 | 3,000,000 | 3,775,000 | 3,000,000 | high stripping cost in early years |
| Black Bear | 1,499,000 | 1,300,000 | 1,299,000 | 1,300,000 | a viable reserve |
| Clifton | 600,000 | | 300,000 | 300,000 | reserve not checked for mineability |
| Frostbite | 1,400,000 | | 650,000 | 650,000 | reserve not checked for mineability |
| Hamm | 6,508,000 | 3,060,000 | 3,158,000 | 1,952,000 | need additional data to assess this reserve – As & fibre – DRILL? |
| Hammondsville | 4,727,009 | | 2,227,000 | – | unmineable |
| Kelley | 900,000 | | 530,000 | 500,000 | possible reserve |
| Newfane | 850,000 | | 390,000 | 300,000 | a prospect – possible reserve |
| Rainbow | 1,416,000 | 765,000 | 1,116,000 | 765,000 | needs further financial evaluation – DRILL? |
| Troy | 7,200,000 | 1,305,000 | 3,600,000 | 470,000 | a problem reserve |
| Beaverhead, MT | 144,000 | 59,000 | 61,000 | – | not a viable reserve at today's prices |
| MP Claims | 84,000 | | 58,000 | 58,000 | prospect – possible reserve |
| Yellowstone – S40 | 19,244,000 | 14,802,000 | 6,814,000 | 7,131,000 | recovery problem but good ore body with excellent additional potential – DRILL? |
| Yellowstone – N. Main | 2,533,000 | 962,000 | 1,066,000 | 933,000 | may phase out with S40 development |
| Yellowstone – Other | 473,000 | N/D | – | unknown | no significant reserve potential apparent |
| KR Prospect, CA | 280,000 | | – | 280,000 | a prospect in sensitive area |
| Red Hill/Main | 366,000 | 375,000 | 116,000 | 150,000 | adequate tonnage for needs |
| Van Horn, TX | – | | – | | not reviewed – poor quality |
| **Chlorite** | | | | | |
| Antler | 322,000 | | 280,000 | 275,000 | actual recovery needs to be defined |
| Cottonwood | | | | – | low brightness prospect |
| Fair Lady | | | | | untested |
| **TOTAL** | 54,554,009 | 28,628,000 | 25,515,000 | 21,139,000 | |

Protected Document - Subject to Protective Order

IMERYS 425356

**Arsenic minerals**, both insoluble sulphides and the more soluble arsenate minerals are problems that restrict productivity in an effort to keep product under 3 ppm soluble As in the West Windsor and Johnson Mills. High arsenic restricts product acceptance and lays a basis for future possible environmental and permitting problems.

Also in Vermont, the underground Windham Mine has been identified as the site of a PCB transformer left on the second level of the flooded workings.

Permitting is in dispute at the Ludlow East Argonaut operation where stripping and mining are underway. At the major new reserve in the Ludlow area, the East Argonaut zone, the mining permit has been challenged by a nearby homeowner and supporters.

Ore stock piles in inventory need thorough checking. Troy ore stockpiles are described in inventory as 93,000 tons. Operations staff claims 70,000 tons of which only 11,200 tons are judged to be suitable for current Johnson mill feed, with perhaps 13,000 tons of fines when dry. Johnson Mill inventory is given as 7,000 tons. Plant Manager Ed Wissle says 3,500 tons. This degree of error at Troy-Johnson suggests that all stockpiles be investigated before the ore stockpile inventory values are accepted. Stock piles inspected at Alpine appear to meet claim.

**WESTERN MINES**

<u>California</u>

The small, but aggressively managed, Western Source operation produces limited use dry ground product for roofing shingles from the Red Hill Mine. The Red Hill

- 4 -

Protected Document - Subject to Protective Order

IMERYS 425357

deposit is a tabular deposit of talc carbonate schist some 50' wide with 20' of better grade material in the footwall. It is estimated to be over 1,200' in length and dipping ≈ 50° to the NE. The deposit runs about 50-60% talc with higher talc content in some areas of the narrow footwall zone. Fe oxide stains the more shallow ores. GEB on currently mined ore runs 75% (too high in iron for ceramics and not bright enough for paint). CIM calculates a mineable reserve of 366,000 tons. USB calculation provides for a similar tonnage of 375,000 tons to a depth of 100', although this may require a stripping ratio of greater than 1:1 to access the better talc. XRD analysis sheets examined showed no fibrous minerals detected in the Western Source product.

An additional undeveloped reserve of talc carbonate schist is held on a lease in force until the year 2009 at the KR property. Trenches and several drillholes have generally indicated a large zone of banded talc carbonate schist with bands of micaceous schist quartz veins. A small area where soil was stripped in the past has been recovered. The KR property offers a 300,000-ton potential, providing future urban development in the area permits the opening of a talc mine at this location.

The Toyon Mill is permitted and in a reasonable location for access to the northern California market and there has been some half-hearted experimentation with milling Montana ores there for an expanded market line of Western Source products. Toyon might also treat any Nevada chlorite developed at Fair lady in the future if it could be economically transported.

Other California deposits include the Talc City claims, claims near Death Valley (sites of past production) and Eagle deposit in Saline Valley currently intermittently

- 5 -

Protected Document - Subject to Protective Order
IMERYS 425358



# LOCATION OF C.I.M. PROPERTIES
# CALAVERAS COUNTY, CA.

```
0                    5 MILES
[====|====|====|====|====]
            SCALE
```

- 6 -

Protected Document - Subject to Protective Order

IMERYS 425359

produced by a minor lessee. None of these offer valuable reserve potential, but some may have a glimmer of environmental liability with stockpiled tremolite rich ores. Reade promises a report on these locations.

## Montana

### Yellowstone South Forty

CIM's most important (western) talc reserve is the Yellowstone South Forty pit. Recognized in 1987 and subsequently explored by more than 100 drill holes (assay data on about half of these). The reserve emerges as a major world talc resource.

The CIM ore reserve calculations completed and reassessed in January of this year indicate reserves as follows:

**Geologic Reserve** of 9,477,000 tons of which 6,813,943 tons are classified as proven and probable mineable tons at a waste to ore ratio of 4.5:1. 75% of this reserve is estimated to be of ore grading + 90% talc.

Further, CIM have estimated a **Recoverable Reserve** that accounts for mining and sorting plant recoveries. This is accomplished by the application of recovery factors of 30% to 66% on each of the 12 ore types in the reserve calculation. CIM estimates the "recoverable reserve" at 3,898,220 tons of total "recoverable talc" or 57% of the mineable reserve. This is an approximately 22 year mine life at the current consumption rate.

- 7 -

Protected Document - Subject to Protective Order

IMERYS 425360



THREE FORKS MILL
ANTLER
ALDER
YELLOWSTONE
BEAVERHEAD
MONTANA TALC
Dillon
Bozeman
Manhattan
Belgrade
Three Forks
Whitehall
Jefferson Island
Waterloo
Silver Star
Harrison
Pony
Norris
Twin Bridges
Sheridan
McAllister
Laurin
Nevada City
Virginia City
Ennis
Jeffers
Cameron
Glen
Melrose
Divide
Wise River
Wisdom
Jackson
Polaris
Bannack
Grant
Dell
Lima
Monida
Lakeview
Sula
Gibbons Pass El. 6941
Chief Joseph Pass El. 7241
Big Hole Pass El. 7360
Badger Pass El. 6760
Lemhi Pass El. 7373
Bannock Pass El. 7672
Monida Pass El. 6823
Clark Canyon Dam
Ruby Dam
Ruby River Reservoir
Lima Reservoir
Madison Dam
Gallatin Peak El. 11015
Koch Pk. El. 11286
Raynolds Pass El. 6834
Red Rock Pass El. 7000
Targhee Pass El. 7072
BEAVERHEAD NATIONAL FOREST
DEERLODGE NATIONAL FOREST
GALLATIN
I D A H O
BITTERROOT
SILVER BOW
MADISON
M O N T A N A

- 8 -

USB's independent ore reserve calculation has identified a proven and probable mineable reserve 7,131,370 tons at a 5.09:1 waste to ore ratio within a 15,000,000 ton geologic resource.

**Recoverable reserves** for us become a problem with the acceptance of CIM's theoretical, calculated 57% recovery factor which is not supported by recent recoveries of concentrate in the mine and sorting plant.

Based on annual production records, pages 10-13, recoveries of concentrate (to the mill) from ore to the sorting plant during 1989 (21%), 1990 (29%) and 1991 (26%) yielded a weighted average of 23.5%. Corrected 1991 figures for sorter recoveries were provided and indicate a 30% recovery for 1991, see flow sheets page 15-17. Applying a 30% recovery to the 7,131,000 mineable reserve = 2,139,000 tons of recoverable talc concentrate, -10 year mine life at current concentrate production rate. On this basis, recoverable talc is 5.0% of the total rock mined (ore and waste); the approximate average mined tons to product tons ratio for the past 10 years, see page 18.

When asked about the large discrepancy between the actual historical recoveries and the newly calculated theoretical recoveries, CIM staff indicated that they expected and calculated better recoveries for the future as production moved into the newly opened high grade faces of the South Forty pit.

Inspection of the drill sections confirms the view that substantial tonnage of high grade talc lie in the current South Forty pit floor. However, much of the plant losses are in screenings (38%) and unless most of these were sold as CIMCOAT or MISTRON II products, it seems unlikely that the projected 57% recoveries will

- 9 -

Protected Document - Subject to Protective Order                    IMERYS 425362

## END OF MONTH REPORT     DECEMBER 1991

### MINE PRODUCTION

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD | 1990 | 1989 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WASTE | 229,221 | 172,677 | 123,655 | 113,459 | 245,380 | 289,009 | 294,907 | 260,358 | 297,223 | 348,404 | 283,816 | 195,153 | 2,853,262 | 3,343,600 | 471338 |
| ONE | 59,487 | 62,606 | 65,217 | 88,855 | 41,029 | 27,453 | 7,697 | 22,261 | 8,289 | 32,141 | 4,531 | 3,076 | 422,642 | 409,452 | 50535 |
| ORE | 73,511 | 66,061 | 68,406 | 56,548 | 70,696 | 54,081 | 58,908 | 58,417 | 40,150 | 61,872 | 38,615 | 27,472 | 674,737 | 822,930 | 100279 |
| HED FD/STPL | 1,682 | 0 | 901 | 0 | 2,589 | 3,939 | 457 | 96 | 2,368 | 0 | 0 | 0 | 12,032 | 59,835 | 97645 |
| IS FD/STPL | 65,060 | 59,085 | 64,027 | 51,370 | 58,029 | 44,253 | 52,424 | 50,225 | 28,374 | 55,184 | 33,527 | 24,595 | 586,153 | 619,500 | 620305 |
| IS FD DIRECT | 2,976 | 4,814 | 3,478 | 5,178 | 10,078 | 5,889 | 6,027 | 8,096 | 9,280 | 6,688 | 4,608 | 2,223 | 69,335 | 143,865 | 2 245 |
| DIRECT SHIP | 3,793 | 2,162 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,621 | 517 | 8,837 | 15,440 | |
| T TALC MINED | 0 | 0 | 128 | 0 | 0 | 2,571 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| **SOUTH FORTY** | | | | | **SOUTH FORTY PIT** | | | | 0 | 0 | 0 | 0 | 125,038 | | |
| BENCH 6125 | 47,159 | 11,767 | 62,112 | 4,000 | 0 | 0 | 0 | 0 | 89,376 | 800 | 384 | 0 | 508,550 | | |
| BENCH 6100 | 34,453 | 45,273 | 53,726 | 96,909 | 168,491 | 17,041 | 2,098 | 83,453 | 36,319 | 112,319 | 73,802 | 89,077 | 600,313 | | |
| BENCH 6075 | 13,656 | 45,443 | 10,871 | 74,717 | 81,591 | 9,761 | 19,314 | 32,822 | 69,142 | 51,479 | 6,263 | 0 | 211,370 | | |
| BENCH 6050 | | | | | | 14,944 | 36,720 | | | | | | 1144 | 37% | |
| **NORTH FORTY** | | | | | **NORTH FORTY PIT** | | | | 0 | 0 | 0 | 0 | 156,658 | | |
| BENCH 6250 | 135,524 | 20,758 | 0 | 0 | 376 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 279,057 | | |
| BENCH 6225 | 131,427 | 144,286 | 3,344 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 219,242 | | |
| BENCH 6200 | 0 | 29,726 | 127,226 | 62,192 | 96 | 49,734 | 9,209 | 0 | 0 | 0 | 0 | 0 | 99,249 | | |
| BENCH 6175 | | 4,089 | | 6,208 | 29,929 | | 7,488 | 0 | 0 | 0 | 0 | 0 | 7,488 | | |
| BENCH 6150 | | | | | | | | | | | | | | | 18% |
| **NORTH MAIN** | | | | | | **NORTH MAIN PIT** | | | | | 0 | 0 | 34,670 | | |
| BENCH 6140 | | | | | 20,792 | 13,878 | 0 | 0 | 0 | 0 | 0 | 0 | 475,903 | | |
| BENCH 6115 | | | | | 55,830 | 257,769 | 162,304 | 242,811 | 92,240 | 4,904 | 0 | 10,530 | 482,290 | | |
| BENCH 6090 | | | | | | 7,426 | 124,299 | 11,950 | 58,585 | 213,236 | 2,373 | 0 | 266,144 | | |
| BENCH 6065 | | | | | | | | | | 59,599 | 186,858 | 47,375 | 293,832 | | |
| BENCH 6040 | | | | | | | | | | 0 | 57,282 | 98,719 | 170,837 | 1743676 | 44 |
| BENCH 6015 | | | | 14,836 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 225,701 | 3,950,641 | 4,591,422 | 622153 |
| TOTAL MINED | 362,219 | 301,344 | 257,278 | 258,862 | 357,105 | 370,543 | 361,512 | 341,036 | 345,662 | 442,417 | 326,962 | 225,701 | 178,644 | 200,110 | 21238 |
| TONS PRODUCT | 16,967 | 14,255 | 14,374 | 16,979 | 15,951 | 14,005 | 14,019 | 17,020 | 13,680 | 17,000 | 13,475 | 10,919 | 26% | 24% | 21% |
| STRIPPING | | | | | | | | | | | | | | | 28:1 |
| RATIO | 20:1 | 20:1 | 17:1 | 14:1 | 21:1 | 25:1 | 25:1 | 19:1 | 24:1 | 25:1 | 23:1 | 20:1 | 21:1 | 22:1 | |

23% 22% 22% 30% 23% 26% 24% 27% 34% 27% 35% 39% ← w/o CIRCOAT

36% 41% ← w/ CIRCOAT JAN

### MINING HIGHLIGHTS

1) All production goals were met or exceeded in 1991. Expense goals were also met.

2) Diesel fuel prices fluctuated from a low of $0.59 to a high of $0.91 per gallon. Diesel usage in 1991 decreased by 81,560 gallons from 1990 usage.
Gas prices varied from a low of $1.00 to a high of $1.21 per gallon. Gasoline usage was down 7,500 gallons from 1990 usage.

3) Pit personnel did an excellent job of keeping costs to a minimum.

Protected Document - Subject to Protective Order

- 10 -

IMERYS 425363

## MINE PRODUCTION

<p style="text-align:center"><strong>END OF MONTH REPORT</strong>   JANUARY 1992</p>

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 1992 YTD | JAN 1991 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WASTE | 208,914 | | | | | | | | | | | | 208,914 | 229,221 |
| BONE | 2,514 | | | | | | | | | | | | 2,514 | 59,487 |
| ORE | 33,713 | | | | | | | | | | | | 33,713 | 1 |
| DIRECT SLAB | 258 | | | | | | | | | | | | 258 | JA |
| MS FD/STPL | 20,438 | | | | | | | | | | | | 20,438 | 65,060 |
| MS FD DIRECT | 768 | | | | | | | | | | | | 768 | 2,976 |
| DIRECT SHIP | 9,215 | | | | | | | | | | | | 9,215 | 3,793 |
| OTHER PILES | 3,036 | | | | | | | | | | | | 3,036 | N/A |
| MT TALC MINED | 2,048 | | | | | | | | | | | | 2,048 | 0 |
| SOUTH FORTY | | | | | | | | | | | | | | |
| BENCH 6075 | 22,541 | | | | | | | | | | | | 22,541 | 13,656 |
| BENCH 6050 | 46,281 | | | | | | | | | | | | 46,281 | 0 |
| NORTH MAIN | | | | | | | | | | | | | | |
| BENCH 6090 | 15,632 | | | | | | | | | | | | 15,632 | 0 |
| BENCH 6065 | 0 | | | | | | | | | | | | 0 | 0 |
| BENCH 6040 | 0 | | | | | | | | | | | | 0 | 0 |
| BENCH 6015 | 113,925 | | | | | | | | | | | | 113,925 | 0 |
| BENCH 5990 | 46,762 | | | | | | | | | | | | 46,762 | 0 |
| TOTAL MINED | 245,141 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 245,141 | 362,219 |
| TONS PRODUCT | 18,586 | | | | | | | | | | | | 18,586 | 16:0 |
| STRIPPING | | | | | | | | | | | | | | |
| RATIO | 12:1 | | | | | | | | | | | | | 20:1 |

55% w/o CIMCOM SOLD $\left(\frac{18586}{33713}\right)$

61% w/ CIMCOM SOLD $\left(\frac{20,445}{33,713}\right)$    } 100% North Main Pit

## MINING HIGHLIGHTS

Protected Document - Subject to Protective Order

IMERYS 425364

*2ND DATA RELIEVED*

## MS/SPS PRODUCTION

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD | 1990 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEED | 56,391 | 58,344 | 64,627 | 59,075 | 52,173 | 39,039 | 47,352 | 48,617 | 29,952 | 50,098 | 38,305 | 26,113 | (570,086) | 672,982 |
| PRODUCT | 11,940 | 14,201 | 13,855 | 16,288 | 15,772 | 13,810 | 13,995 | 17,020 | 13,386 | 17,000 | 13,443 | 10,353 | 171,063 | 156,200 |
| SCREENINGS | 22,711 | 24,756 | 22,476 | 23,116 | 17,465 | 11,601 | 19,074 | 18,363 | 14,409 | 18,480 | 14,811 | 10,011 | 217,273 | 222,623 |
| OVERSIZE | 3,420 | 5,564 | 3,230 | 2,635 | 2,285 | 1,645 | 1,340 | 769 | 70 | 680 | 336 | 100 | 22,259 | 42,361 |
| WASTE | 18,320 | 13,823 | 25,066 | 17,036 | 16,651 | 11,983 | 12,943 | 12,474 | 2,087 | 13,738 | 9,721 | 5,649 | 159,491 | 250,570 |
| MS FEED | 25,242 | 23,079 | 29,934 | 25,457 | 25,744 | 23,108 | 25,371 | 28,735 | 13,741 | 24,855 | 17,766 | 11,916 | 272,948 | 296,159 |
| MS PRODUCT | 9,993 | 11,349 | 11,539 | 13,126 | 13,110 | 12,744 | 13,591 | 15,576 | 12,611 | 15,133 | 11,451 | 9,037 | 149,260 | 116,436 |
| MS WASTE | 15,249 | 11,730 | 18,395 | 12,331 | 12,634 | 10,364 | 11,780 | 11,159 | 1,130 | 9,722 | 6,315 | 2,879 | 123,688 | 181,833 |
| RECOVERY | 40% | 49% | 39% | 52% | 51% | 55% | 51% | 58% | 92% | 60% | 64% | 76% | 57% | ~~% |
| TONS/SORTER HOUR | 5.3 | 7.6 | 5.7 | 7.6 | 6.5 | 7.0 | 7.3 | 8.6 | 10.6 | 8.8 | 10.0 | 10.3 | 7.9 | 8.6 |
| SPS FEED | 5,018 | 4,845 | 8,987 | 7,867 | 6,679 | 2,685 | 1,587 | 2,759 | 1,732 | 5,883 | 5,398 | 4,086 | 57,606 | 136,938 |
| SPS PRODUCT | 1,947 | 2,852 | 2,316 | 3,182 | 2,662 | 1,066 | 404 | 1,444 | 775 | 1,867 | 1,992 | 1,316 | 21,803 | 39,764 |
| SPS WASTE | 3,071 | 2,093 | 6,671 | 4,705 | 4,017 | 1,819 | 1,163 | 1,315 | 957 | 4,016 | 3,408 | 2,770 | 35,803 | 97,194 |
| RECOVERY | 39% | 58% | 26% | 40% | 37% | 40% | 26% | 52% | 45% | 32% | 37% | 32% | 39% | 29% |
| TONS/SORTER HOUR | 3.1 | 8.2 | 4.9 | 7.3 | 6.5 | 4.5 | 3.3 | 11.2 | 11.8 | 8.6 | 4.6 | 4.0 | 6.3 | 4.2 |

*RERUN OVERSIZE THROUGH PLANT TO INCREASE RECOVERY*

## SHED PRODUCTION

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD | 1990 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEED | 1,402 | 66 | 867 | 78 | 1,730 | 1,071 | 204 | 0 | 2,082 | 0 | 0 | 0 | 7,500 | 78,407 |
| PRODUCT | 1,234 | 54 | 501 | 60 | 179 | 195 | 24 | 0 | 294 | 0 | 0 | 0 | 2,541 | 39,835 |
| WASTE | 168 | 12 | 69 | 18 | 1,551 | 876 | 180 | 0 | 1,788 | 0 | 0 | 0 | 4,662 | 348 |
| SCREENINGS | 0 | 0 | 297 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 297 | |
| RECOVERY | 88% | 82% | 57% | 77% | 10% | 18% | 12% | 0% | 14% | 0% | 0% | 0% | 33% | 5% |
| TONS/SORTER HOUR | 3.1 | 3.3 | 3.6 | 3.7 | .8* | 1.2* | 1.0* | 0.0 | .6* | 0.0 | 0.0 | | 2.2 | 3.2 |

* SORTING CONFIGURATION CHANGED TO PIT SORT STYLE FOR 39 MATERIAL

Protected Document - Subject to Protective Order

IMERYS 425365

# MS/SPS PRODUCTION

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD | 1990 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEED | 56,391 | 58,344 | 64,627 | 56,174 | 52,173 | 48,232 | 54,909 | 50,230 | 36,684 | 56,706 | 37,698 | 24,939 | 597,107 | 672,982 |
| PRODUCT | 11,940 | 14,201 | 13,855 | 16,288 | 15,772 | 13,810 | 13,995 | 17,020 | 13,386 | 17,000 | 13,443 | 10,353 | 171,063 | 158,200 |
| SCREENINGS | 22,711 | 24,756 | 22,476 | 23,116 | 17,465 | 11,601 | 19,074 | 18,363 | 14,409 | 18,480 | 14,811 | 10,011 | 217,273 | 222,623 |
| OVERSIZE | 3,420 | 5,564 | 3,230 | 2,635 | 2,285 | 1,645 | 1,340 | 760 | 70 | 880 | 330 | 100 | 22,259 | 42,361 |
| WASTE | 18,320 | 13,823 | 25,066 | 14,135 | 16,472 | 17,981 | 20,500 | 14,087 | 8,819 | 20,346 | 9,114 | 4,475 | 183,138 | 250,570 |
| | | | | | | | | | | | | | | |
| MS FEED | 25,242 | 23,079 | 29,934 | 25,457 | 25,744 | 23,108 | 26,718 | 26,735 | 13,741 | 27,218 | 17,766 | 11,916 | 276,658 | 298,159 |
| MS PRODUCT | 9,993 | 11,349 | 11,539 | 13,126 | 13,110 | 12,744 | 13,591 | 15,576 | 12,611 | 15,133 | 11,451 | 9,037 | 149,260 | 116,436 |
| MS WASTE | 15,249 | 11,730 | 18,395 | 12,331 | 12,634 | 10,364 | 11,780 | 11,159 | 1,130 | 9,722 | 6,315 | 2,879 | 123,688 | 181,833 |
| RECOVERY | 40% | 50% | 26% | 52% | 51% | 54% | 49% | 58% | 92% | 56% | 64% | 76% | 56% | 39% |
| TONS/SORTER HOUR | 5.3 | 7.6 | 5.7 | 7.6 | 6.5 | 7.0 | 7.3 | 8.6 | 10.5 | 8.8 | 10.0 | 10.3 | 7.9 | 8 |
| | | | | | | | | | | | | | | |
| SPS FEED | 5,018 | 4,945 | 9,000 | 7,867 | 7,148 | 2,685 | 1,567 | 2,759 | 1,732 | 5,883 | 5,398 | 4,086 | 58,088 | 138,938 |
| SPS PRODUCT | 1,947 | 2,852 | 2,316 | 3,162 | 2,662 | 1,066 | 404 | 1,444 | 775 | 1,867 | 1,992 | 1,316 | 21,803 | 39,764 |
| SPS WASTE | 3,071 | 2,093 | 6,671 | 4,705 | 4,486 | 1,619 | 1,163 | 1,315 | 957 | 4,016 | 3,406 | 2,770 | 35,272 | 97,194 |
| RECOVERY | 40% | 50% | 26% | 40% | 54% | 40% | 26% | 52% | 45% | 32% | 37% | 32% | 39% | 29% |
| TONS/SORTER HOUR | 3.1 | 6.2 | 4.9 | 7.3 | 6.5 | 4.5 | 3.3 | 11.2 | 11.8 | 8.6 | 4.6 | 4.0 | 6.3 | 4.2 |

**"RERUN OVERSIZE THROUGH PLANT TO INCREASE RECOVERY"**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD | 1990 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHED PRODUCTION | | | | | | | | | | | | | | |
| FEED | 1,372 | 66 | 867 | 78 | 1,730 | 1,071 | 204 | 0 | 2,082 | 0 | 0 | 0 | 7,470 | 78,407 |
| PRODUCT | 1,234 | 54 | 501 | 60 | 179 | 195 | 24 | 0 | 294 | 0 | 0 | 0 | 2,541 | 39,835 |
| WASTE | 168 | 12 | 69 | 18 | 1,551 | 876 | 180 | 0 | 1,788 | 0 | 0 | 0 | 4,662 | 8,574 |
| SCREENINGS | 0 | 0 | 297 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 297 | 27,248 |
| RECOVERY | 89% | 82% | 57% | 77% | 10% | 18% | 12% | 0% | 14% | 0% | 0% | 0% | 33% | 53% |
| TONS/SORTER HOUR | 3.1 | 3.3 | 3.6 | 3.7 | .8* | 1.2* | 1.0* | 0.0 | .6* | 0.0 | 0.0 | | 2.2 | 3 |

\* SORTING CONFIGURATION CHANGED TO PIT SORT STYLE FOR 39 MATERIAL

## PLANT PROCESSING HIGHLIGHTS

1) All of the production and cost goals have been exceeded or met for 1991.
2) 1991 was a successful year for team departmental growth.
3) The biggest morale booster was the new stretch and exercise program.

Protected Document - Subject to Protective Order

IMERYS 425366

be realized without other changes. Nothing we have seen in the Yellowstone records would suggest past mechanized sorter recoveries in this range.

Projected ore types within the Yellowstone S40 are as follows, with a +90% talc ores at +82 GEB, comprising 66% of the deposit.

| | | | %Total |
|---|---|---|---|
| +90% Talc | + 88 GEB | 684,600 | 9.6% |
| +90% Talc | 82-87 GEB | 3,480,050 | 4.8% |
| 40-90% Talc | + 88 GEB | 42,790 | 0.6% |
| 40-90% Talc | 82-87 GEB | 969,930 | 3.6% |
| +90% Talc | Unknown brightness | 1,540,350 | 21.6% |
| 40-90% Talc | Unknown brightness | 413,650 | 5.8% |
| | | 7,131,370 | |

Dramatic potential for increased reserves exists with approximately 2 million tons within the planned pit, offering a decreased stripping ratio and outside the planned pit there is, in the north extension and at depth, the potential for another 5 million tons.

Additional potential for new ore probably exists in a parallel N-S zone to the west of the known S40 ore body. This could bring the potential Yellowstone reserves to the 25 million ton range (see page 19).

- 14 -

Protected Document - Subject to Protective Order

IMERYS 425367

# YELLOW STONE
# MINE PRODUCTION

|  | SOUTH FORTY | | NORTH MAIN | | NORTH FORTY | |
|---|---|---|---|---|---|---|
|  | TONS | % | TONS | % | TONS | % |
| **WASTE** | 965,203 | 66.78 | 1,492,343 | 85.60 | 395,716 | 54.22 |
| **BONE** | 153,576 | 10.63 | 93,866 | 5.38 | 141,706 * | 19.42 |
| **ORE** | 326,492 | 22.59 | 157,467 | 9.03 | 192,410 | 26.36 |
| **TOTAL MINED** | 1,445,271 | % | W/O 3.43:1 | 1,743,343 | % | W/O 10:1 | 729,832 | % | W/O 2.79:1 |

676,369
7,089

Total Ore   683,458

Total Rock Mined   3,918,446

| TOTAL MINED | TONS | % TOTAL ROCK | % TOTAL ORE |
|---|---|---|---|
| **TOTAL WASTE** | 2,853,262 | 72.81 | |
| **TOTAL BONE** | 389,148 | 9.93 | |
| **TOTAL ORE** | 676,369 | 17.26 | |
| **ORE SHIPPED TO 3 FORKS** | ( 7,089) | | |
| **ORE SHIPPED TO MS/SPS** | | | |
| **TOTAL W/O** Incl. bone as waste | 4.79:1 | | |

RCM

– 15 –

Protected Document - Subject to Protective Order          IMERYS 425368

# PERIOD  91 2ND FIGURES

## YELLOWSTONE
## MS/SPS PLANT



**ORE FEED TO SORTERS** *114,516* 570,086 **TONS** **% OF ORE MINED IN PERIOD**

| SCREENINGS | O/S | TO MS | TO SPS |
|---|---|---|---|
| *43,302* | *1310* | *54,537* | *15,367* |
| TONS 217,273 | TONS 22,259 | TONS 272,948 | TONS 57,606 |
| % FEED *38%* 38% | % FEED *4%* | % FEED *48%* 48% - 58% 61% | % FEED *10%* 13% |

42% — 39%

HiGrade To Cimcoat + Mistron II ← 39%

*69,804* 330,554
Total Feed

**MS**

| PROD. | REJECT | PROD. | REJECT |
|---|---|---|---|
| *35671* | *18,916* | *5,175* | *10,192* |
| TONS 149,260 | TONS 123,688 | TONS 21,803 | TONS 35,803 |
| % TOTAL FEED 26% 31% | % TOTAL FEED 22% 17% | % TOTAL FEED 4% 5% | % TOTAL FEED 7% 8% |
| % MS FEED 45% 51% | % MS FEED 38% 27% | % MS FEED 7% 7% | % MS FEED 11% 15% |

**TOTAL PRODUCT**
TONS 171,063 *40,786*
% SORTER FEED 52% *56% 35%*
% TOTAL FEED 30% *36%*

**TOTAL REJECT**
TONS 159,491 *49,108*
% SORTER FEED 48% *42%*
% TOTAL FEED 27.98% *25%*

RCM

Protected Document - Subject to Protective Order

IMERYS 425369

# PERIOD  91 1ST FIGURES

## YELLOWSTONE
## MS/SPS PLANT



ORE FEED TO SORTERS  597,107  TONS 88 % OF ORE MINED IN PERIOD

SCREENINGS    O/S    TO MS    TO SPS

TONS 217,273    TONS 22,259    TONS 276,658    TONS 58,088
% FEED 36.39    % FEED 3.73    % FEED 46.33    % FEED 9.37

334,746
Total Feed

MS

PROD.    REJECT    PROD.    REJECT

TONS 149,260    TONS 123,688    TONS 21,803    TONS 36,272
% TOTAL FEED ___    % TOTAL FEED ___    % TOTAL FEED ___    % TOTAL FEED ___
% MS FEED ___    % MS FEED ___    % MS FEED ___    % MS FEED ___

TOTAL PRODUCT
TONS 171,063
% SORTER FEED 52%
% TOTAL FEED 28%

TOTAL REJECT
TONS 159,950
% SORTER FEED 48%
% TOTAL FEED ___

-17-

Protected Document - Subject to Protective Order

RCM

IMERYS 425370

## YELLOWSTONE MINE PRODUCTION

| YEAR | TOTAL TONS MINED | TOTAL TALC PRODUCED | CASH COST<br>% OF TOTAL MINED |
|------|------------------|---------------------|---------------|
| * 1950 - 1954 | 118,000 } S.Main | 20,000 | 16.91 |
| * 1955 - 1960 | 213,000 } +UG in S.Main Pit | 36,000 | 16.90 |
| * 1961 | 41,000 | 7,000 | 17.07 |
| * 1962 | 47,000 | 8,000 | 17.02 |
| * 1963 | 59,000 | 10,000 | 16.95 |
| * 1964 | 71,000 | 12,000 | 16.90 |
| * 1965 | 89,000 | 15,000 | 16.85 |
| * 1966 | 118,000 | 20,000 | 16.95 |
| * 1967 | 148,000 | 25,000 | 16.89 |
| 1968 | * 197,000 | 33,206 | 16.86 |
| 1969 | * 277,000 | 46,752 | 16.88 |
| 1970 | * 306,000 | 51,665 | 16.88 |
| 1971 | * 320,000 | 54,098 | 16.91 |
| 1972 | 267,581 | 53,110 | 19.85 |
| 1973 | 265,607 | 63,239 | 23.81 |
| 1974 | 469,908 | 79,405 | 16.90 |
| 1975 | 405,862 | 41,229 | 10.16 |
| 1976 | 554,431 | 73,510 | 13.26 |
| 1977 | 885,514 ↑ NM + SM | 94,180 | 10.64 |
| 1978 | 861,728 | 88,055 | 10.22 |
| 1979 | 669,492 | 108,568 | 16.22 |
| 1980 | 920,312 | 102,929 | 11.18 |
| 1981 | 1,892,258 | 99,230 | 5.24 |
| 1982 | 1,643,215 N. Main | 90,936 | 5.53 |
| 1983 | 819,000 ↑ | 75,000 | 9.16 |
| 1984 | 1,809,000 | 101,000 | 5.53 |
| 1985 | 2,181,000 | 137,000 | 6.28 |
| 1986 | 3,154,000 | 140,000 | 4.44 |
| 1987 | 2,838,000 S.Main | 109,000 | 3.34 |
| 1988 | 4,026,000 ← + S.40 | 103,000 | 2.56 |
| 1989 | 6,222,000 | 212,000 | 3.41 |
| 1990 | 4,591,000 | 200,000 | 4.36 |
| 1991 | 3,951,000 | 181,000 | 4.58 |
| | 40,431,000 | 2,551,000 | |

55

* ESTIMATES

**Figure 4.1**

-18-

Protected Document - Subject to Protective Order

IMERYS 425371



**YELLOWSTONE RESERVE POTENTIAL**

Protected Document - Subject to Protective Order

IMERYS 425372

***Yellowstone North Main Deposit***

The North Main open pit exploits a north-south striking, west-dipping tabular deposit of relatively pure talc. The deposit has supplied mill feed for the past 10 (?) years and carried the Yellowstone operation during transition of mining from the South Main and North Forty to South 40 pits. Currently, a sizable percentage of the light-colored talc mined at Yellowstone is extracted from the North Main pit. The North Main deposit will continue to be an important source of high-GEB ore until the South 40 pit is fully developed.

CIM has calculated a geologic talc reserve here of 2.53 MM tons. Of this total, they classify 1.07 MM tons as minable. After applying loses resulting from mining and sorting, CIM projects 0.47 MM tons of combined recoverable product from the North Main deposit. A waste-to-product ratio of 13.56:1 is anticipated. CIM hopes to recover 166,300 tons (36%) of product 39 (>88 GEB); 290,000 tons (62%) of product 40/41 (82-87 GEB); and 9625 tons (2%) of product 50 (78-81 GEB).

U.S. Borax in-place ore reserve calculations for the North Main deposit show 0.93 MM tons of combined minable talc at a waste-to-ore ratio of 4.20:1. Calculation of reserves were made by extrapolation of measured cross-sections upon which pit slopes, current topography and drill-defined ore zones were plotted. Since minable ore is intersected in only 7 drill holes having brightness analyses, it is difficult to say with any certainty what percentage of ore will be suitable for specific products. Available data only shows that projected ore will generally meet minimum product 40/41 specifications (>82 GEB).

- 20 -

Protected Document - Subject to Protective Order

IMERYS 425373

*Beaverhead*

The Beaverhead deposit is a narrow high grade talc seam exploited for its cosmetic grade talc for the past 20 years with the open pit reaching economic limits in 1987 (when the w/o ratio reached 45:1). The past 5 years have seen continued underground development of the talc zone at depth.

The 500' long talc zone consists of a series of various lenses and bands of variable quality talc with magnesite and chlorite with 10' to 40' (average 18') thick meandering seams of high purity cosmetic grade talc grading 94% with an 87-92 GEB, the basis for the current mining activity.

Production has declined over the past 5 years from 16,000 tons in 1989 to 12,000 tons in 1991. Planned production for 1992 is 8,000 tons. Narrow working faces, poor mine stability, back filling requirements, transport costs, small reserves and limited production rates make this an increasingly expensive ore source. Costs given vary from $107.00 to $115.00 per ton, probably $115.00 delivered to Three Forks mill. Beaverhead costs the Alpine Alabama Mill $175.00/ton.

Beaverhead ore is being supplanted by imported Australian material delivered to Three Forks for a reported $125.00 per ton and to Alpine for $147.00/ton. I would be surprised if much of the small remaining reserve at Beaverhead would be seriously considered for future mining.

Remaining geologic reserves for Beaverhead ore given by CIM as 144,000 tons. Mine management estimates 61,000 tons of recoverable ore is available.

- 21 -

Protected Document - Subject to Protective Order

IMERYS 425374

Using a 550' strike length, a 16' average width, a 120' down-dip extrapolation, with 80% mine recovery and assuming 1/3 (east side) is chlorite low grade, yields a 59,400-ton reserve of which perhaps 25,000 tons is available with minimal development.

<u>Chlorite</u>

*Antler*

The Antler Mine produces approximately 10,000 tons per year for distribution from the Three Forks Mill.

Ore reserves are given as 143,000 tons of +90% chlorite (with an estimated 80% recovery) and 134,000 tons of 80%-90% chlorite (with 30% recovery) with a waste to ore ratio of 4.4:1. This provides a theoretical recovery of 50%.

In 1991, 2,336 tons of +90% ore and 12,604 tons of 40%-90% ore yielded 10,000 tons of product for Three Forks indicating an overall recovery of 66%. However, normal waste and stripping was 136,190 tons yielding a 9:1 waste ore ratio and a 15:1 ratio of total mined rock to product shipped.

In addition, special campaign stripping removed another 495,921 tons of stripping. Further work is needed to fully understand the material balance of the Antler ore body.

Protected Document - Subject to Protective Order

IMERYS 425375

*Cottonwood Canyon*

At Cottonwood, limined exploration has outlined an interesting chlorite prospect with good tonnage potential given at 250,000 tons. Chlorite encountered so far is darker than Antler but could be used for blending.

*Fair Lady*

This chlorite prospect near Lida Junction, Nevada was recently optioned. Although not an ideal location, the Fair Lady offers prospects for additional chlorite reserves.

<u>Vermont</u>

Two dry mills and two floatation plants produce products from ore currently shipped from 5 mines operating at three Vermont locations. The ores from the producing deposits provide feed for the dry mills at Columbia and Chester and for floatation plants at Johnson and West Windsor. Other mining sites that are listed as Cyprus assets are in reality deposits that were mined in the past but are now regarded as mined out or are uneconomic at this time or are undeveloped properties with some reserve potential for the future).

The area containing these reserves is all within the Appalachian Ultramafic Belt that trends N-S through the state. In certain areas, these ultramafics host talc carbonate rock developed by the alteration of serpentine bodies. The talc bodies are contained between footwall and hanging wall quartz mica schists, and are typically found within the noses of relict folds within the trend.

- 23 -

Protected Document - Subject to Protective Order  IMERYS 425376

Talc alteration typically is strongest at the outer borders of the talc bodies and decreases. gradationally inwards terminating rather abruptly at the boundaries of non-altered serpentinite. Within the talc bodies are found discontinuous bed-like lenticular bodies of chlorite and amphibole minerals, termed locally as "cinders", see sketch.

**SKETCH**



The ores vary in talc content and brightness based upon the degree of alteration and the percentage of other minerals present, particularly iron. These ore types are classified into A,B,C ores (rock types 10,20,30) based on talc content with attendant brightness estimates.

Deleterious minerals present in the bodies include arsenic sulphides, metallic arsenates, iron and fibrous minerals, principally tremolite and actinolite.

- 24 -

Protected Document - Subject to Protective Order

IMERYS 425377

# CYPRUS TALC OPERATIONS—VERMONT

≡ APPALACHIAN ULTRAMAFIC TREND

Protected Document - Subject to Protective Order

IMERYS 425378

Arsenic sulphides and arsenates encapsulated in talc grains are found in varying degrees from deposit to deposit and appear to be concentrated in the structurally distributed zones, shears and fractures according to Cyprus staff.

Fibrous amphiboles are noted in footwall and hanging wall zones and in grey talcs near these areas; they are also found within and bordering some of the "cinder" zones and at the contact zone with serpentine.

Ore Requirements

The desirable qualities of the ores include:

1)     adequate tonnage

2)     low stripping ratio and economic mineability

3)     high talc content (for wet mills particularly)

4)     talc quality

5)     high brightness

6)     low arsenic

7)     zero fibres in ore to mill

8)     proximity to mill

The reserves of the Cyprus Vermont talc deposits were reviewed in regard to the above.

*Troy Mine*

The Troy talc deposit is mined solely to provide ore to the Johnson Mill whose +70,000 ton ore requirement is made up of about 50,0000 tons per year from

- 26 -

Protected Document - Subject to Protective Order

IMERYS 425379

Troy and about 20,000 tons per year from the Hamm mine, see below. Troy ore recoveries and brightness are too low to be the sole raw material used. The Troy deposit is located some 15 miles from the Johnson mill and the cost of transporting the ore is estimated at $12.00/ ton vs. $26.00/ton for the Hamm ore.

The Troy orebody is a tabular body, some 140' thick striking N-S and dipping -45° to the west. The talc is contained in a highly variable mixture of talc, chlorite, magnesite, hematite, limonite, serpenite minerals and quartz veins and the reserve has been divided into four zones based on ore quality. The talc trend has been traced for some 2000' of strike length of which some 900' of strike length (the more northerly segment) has been tested with 8 drill holes on 5 sections, 50'- 150' apart. Given the 2000' apparent strike length and 150' thickness, the zone taken to a depth of 100' has yielded an "ore reserve" calculated by Cyprus at 3,030,000 tons - a number that needs modification in respect to the quality and nature of the talc as contained.

Experience with Troy ores in the Johnson mill has indicated that much of it is too low in talc or too low in brightness for reasonable recoveries of 84 GEB brightness product to be made. During 1991, a concerted effort took place to improve the quality of the Troy ores through selective mining. New reserve estimates have been be made using the percentage of each ore zone estimated to be acceptable as mill feed.

Recent work in the Troy talc deposit has divided the ore reserve into 4 zones based on ore quality.

- 27 -

Protected Document - Subject to Protective Order

Zone I    -    Hanging wall ore - high in talc content, but high in chlorite and $Fe_2O_3$ discolorant; perhaps 50% of this zone can be used as mill feed.

Zone II    -    Ferric oxide stained zones; too discolored for mill feed; none of Zone II can be used for mill feed.

Zone III    -    Moderate talc content - 45%-50% with manageable discolorant in the 65% GEB range; perhaps 80% can be used in mill feed.

Zone IV    -    Footwall zone; reasonable talc content in some zones; high specular hematite content removable through magnetic separation; perhaps 50% of Zone III can be used as current mill feed.

Applying the usable percentages to the ore reserve, as it is delineated by the drill holes, yields an indicated mineable, usable reserve of 470,000 tons at a w/o ratio of roughly 1.0 to 1; additional inferred reserves could be perhaps 3 times this number at an increased waste/ore ratio.

An inspection of the stockpiles at the Troy Mine identified 67,000 tons of inventory; 59,000 tons are felt by mill staff to be unusable because of low talc content; quartz; poor color; with 13,000 tons of fines that can be used only when dry. The 8,800 remaining tons of "good ore" is of borderline quality, as current recoveries on Troy ore are around 25%.

- 28 -

Protected Document - Subject to Protective Order        IMERYS 425381

At best, the ores from selected ore zones sent to the Johnson mill will average
45% - 50% talc and have a crude GEB of 68%, providing mill recoveries in the
25% - 30% range.

The Johnson mill needs higher grade, higher brightness ore to produce competitive
products, and is currently using the Hamm ore for 30% of its mill feed to the
floatation process inspite of Hamm's potential arsenic and fibre content problems.

Troy ore has some strengths. It is relatively low in average arsenic content, about
3 ppm, and contains no visible fibrous minerals but Hamm ores (with fibre and
arsenic problems) are needed to provide the talc recoveries and brightness needed
to produce selected products.

With its main source based in Troy ore, the Johnson mill is currently just getting by;
a better, lower cost mill feed than the Troy ore, or the costly distant Hamm ore is
needed. More selective mining at Troy was tried in 1991. Ore bleaching has been
proposed. Some exploration along the northern Vermont exploration belt has been
carried out. The problem remains. There is no known nearby good quality ore for
the Johnson Mill.

### The Hamm Mine

The data on the Hamm mine was accumulated by several companies over a broad
time period and was recently summarized by CIM in a generalized computerized
reserve that we can't really accept as a reliable basis for an accurate ore estimate.

Our review of the data summary yielded a 3,060,000 ton geologic reserve of talc
ore with 2,700,000 tons of waste within the planned pit, but it will require

- 29 -

Protected Document - Subject to Protective Order                                                                  IMERYS 425382

continued analysis of whatever fundamental base data we can get to properly evaluate the reserve. Our mineable ore reserve calculation to date yields 1,950,000 tons of mineable reserves to the 1600' level at a 1:1 waste to ore ratio.

The Hamm mine has established problems with high arsenic zones and areas with fibrous actinolite, but is mined for its relatively high talc content and high brightness ores.

Figures generated by Cyprus suggest that Hamm contains 1,080,000 tons of ore with a +75% GEB. Total +65% GEB reserves by the same survey indicate 2.5 million tons in reserve.

Of 1991's 104,000 tons of production, 18,000 tons were recorded as directed toward the Johnson Mill in northern Vermont and 38,000 tons were directed to West Windsor. Both of these wet mills had problems with Hamm's high arsenic ores. The balance of 104,000 tons were directed to Chester for dry milled high brightness industrial ores.

### *Hammondsville Mine*

Hammondsville is a large but deep reserve mined underground in the past. A maze of underground workings are recorded on the mine plan and various reserves from 4 million tons to 7 million tons are on record. It is accepted, however, that the remaining reserve is too deep for open pit mining and current underground working too expensive for any economic recovery.

- 30 -

Protected Document - Subject to Protective Order

IMERYS 425383

## DRY GROUND BRIGHTNESS (Non−Floated)

| | Overall | +75 | | (75−65) | | −65 | | Mineable* |
|---|---|---|---|---|---|---|---|---|
| | | % Mineable | Tons | % Mineable | Tons | % Mineable | Tons | Totals (000) |
| Hamm A | 20 | 20 | 120 | 70 | 420 | 10 | 60 | 600 |
| Hamm B | 50 | 40 | 600 | 50 | 750 | 10 | 150 | 1500 |
| Hamm C | 30 | 40 | 360 | 40 | 360 | 20 | 180 | 900 |
| Totals | 100 | | 1,080 | | 1,530 | | 390 | 3,000 |
| Rainbow A | 10 | 20 | 15 | 70 | 54 | 10 | 8 | 77 |
| Rainbow B | 50 | 40 | 153 | 50 | 192 | 10 | 38 | 383 |
| Rainbow C | 40 | 50 | 152 | 40 | 122 | 10 | 31 | 305 |
| Totals | 100 | | 320 | | 368 | | 77 | 765 |
| ARGMOB A | 50 | 10 | 250 | 80 | 2000 | 10 | 250 | 2500 |
| ARGMOB B | 40 | 10 | 200 | 80 | 1600 | 10 | 200 | 2000 |
| ARGMOB C | 10 | 10 | 50 | 80 | 400 | 10 | 50 | 500 |
| Totals | 100 | | 500 | | 4,000 | | 500 | 5,000 |
| ARGEOB A | 10 | 10 | 30 | 80 | 240 | 10 | 30 | 300 |
| ARGEOB B | 60 | 10 | 180 | 70 | 1260 | 20 | 360 | 1800 |
| ARGEOB C | 30 | 10 | 90 | 40 | 360 | 50 | 450 | 900 |
| Totals | 100 | | 300 | | 1,860 | | 840 | 3,000 |
| BLB A | 10 | 10 | 13 | 80 | 104 | 10 | 13 | 130 |
| BLB B | 50 | 20 | 130 | 50 | 325 | 30 | 195 | 650 |
| BLB C | 40 | 30 | 156 | 50 | 260 | 20 | 104 | 520 |
| Totals | 100 | | 299 | | 689 | | 312 | 1,300 |
| TROY A | 10 | 0 | 0 | 80 | 240 | 20 | 60 | 300 |
| TROY B | 10 | 5 | 15 | 80 | 240 | 15 | 45 | 300 |
| TROY C | 80 | 5 | 120 | 60 | 1440 | 35 | 840 | 2400 |
| Totals | 100 | | 135 | | 1,920 | | 945 | 3,000 |

− 31 −

Protected Document - Subject to Protective Order

IMERYS 425384

In addition, a good portion of the existing mine has been de-stabilized with pillar removal and economic re-entry to the mine is impractical. No one involved with the due diligence evaluation would accord Hammondsville any reserve value.

### Ludlow Mines

The Ludlow area talc mines extend southward from the Columbia Mill on a meandering trend of the altered ultramafic belt. The mines deposits are the Rainbow, Black Bear, Argonaut, Frostbite, Clifton and Kelly. The Ludlow mines are operated as a unitized project with development and mining moving from deposit to deposit to generate budgeted tonnages of the highest grade and brightest ores possible aimed principally at the dry industrial product mills (141,000 tons at Chester and Columbus) although small tonnages of ore (5,500 tons) do go to West Windsor and Johnson floatation production. Ludlow deposits vary as to content of high brightness and talc content. Most have significant arsenic and fibre bearing areas which must be excluded, see chart on page 31. These mines carry high royalties, the subject of a separate study.

#### Rainbow

The northwest mine, **Rainbow**, is pursued because of its relatively high brightness ore. About half (320,000 tons) of the estimated reserve of 765,000 tons is estimated at +75% GEB. The principal available current resource of high brightness material, the Rainbow is currently removing highwall waste material in preparation for future reserve access at obvious high cost - it must be something special that the mills want.

- 32 -

Protected Document - Subject to Protective Order

IMERYS 425385