

SCALE

- - - - - TALC TREND

TALC DEPOSIT

# CYPRUS LUDLOW AREA
# TALC OPERATIONS

Protected Document - Subject to Protective Order

IMERYS 425386

**Black Bear**

Black Bear contains an accessible 300,000 ton reserve of + 75% GEB material. Mining was carried out in 1991. Total reserves are estimated at 1,300,000 tons mineable, of which 300,000 are estimated to be +75% GEB and 700,000 at +65% GEB. With most of its ore directed for Columbia and Chester, Black Bear provides a viable future reserve of high brightness material for industrial products.

**Argonaut**

The most important reserve on the Ludlow trend is the Argonaut where the Argonaut Main ore body open pit, a three million ton deposit of medium (>65-75 GEB) brightness reserve, has been supplanted by the development of the Argonaut East ore body due to the high stripping ratio and possibly high incidence of fibre bearing zones encountered at the main ore body.

The Argonaut East ore body offers a potential of 3 million to 5 million tons of material that is in the inferred category. Of the eight drill holes directed to it in 1988, only four can be used to estimate the reserve. They, with past mapping in older underground workings, suggest a substantial mineable tonnage here averaging perhaps 20% +75 GEB material. The deposit is currently being developed with stripping and mining of shallow ore. The extension of the Argonaut mining permit for this work has been protested by a nearby homeowner and supporters. The development would be within view of the Okemo ski area, some 4 miles distant.

The Argonaut East ore body presents good potential for a high tonnage of medium to high brightness reserves of Ludlow type ore.

Protected Document - Subject to Protective Order

IMERYS 425387

## Alpine Alabama

The Alpine deposit is a small zone of talc quartzite whose saprolite reserve was mined by open pit in the past. Current reserve is in hard rock. CIM ore reserve calculation shows a mineable reserve of 75,000 tons in a remaining 100' depth - 80% of this is +80 GEB # 1 ore. The waste to ore ratio is calculated at 5:1.

An independent cross section manual on reserve calculation supports these reserve numbers.

Alpine ore goes to Alpine Mill stockpiles where it is used to produce 3,600 tons of Regal, Act II, Alphafil and YB products using # 1 ore, 33%; # 2 and # 3 ore (40-80% GEB) 33%, see Anderson's chart page 36. Recovery is given at 70%; so ore requirement then will be 3,445 tons per year.

Alpine was campaign mined in 1991 (21,000 tons) and (by inspection) there is at least that tonnage (estimated at +30,000 tons) on the stockpile.

The next mine campaign is planned for 1996. However, pit is flooded and the future accessibility of new ore is impossible to estimate.

The Alpine ore isn't perfect; it needs bleaching and has a high quartz content in some areas. The Alpine mill has and could run without Alpine ore, whose main value is its apparent low cost (given at $30/ton).

Protected Document - Subject to Protective Order

IMERYS 425388

FEB 15 '92 S11:48AM CYPRUS ALPINE 285-5271

Cyprus Industrial Minerals Company

Case 2:30-825-MBK Doc 3494 Filed 04/10/22 Entered 04/10/22 03:20 Desc
Exhibit Exhibit S after body Declaration PART 2 Page 4 of 100

# Interoffice Correspondence

**From** ~~Drew~~ (Drew Anderson,) John Close,
Brychan Griffiths

**To** ~~From~~ (E. H. Reade)

**Date** February 14, 1992

**Subject** Crude Required to Produce Finished Goods

| CIMC PRODUCT LINE | Fin. Goods 1991 TOTAL TONS | CRUDE No. 1 | CRUDE No. 2 | CRUDE No. 3 | CRUDE No. 4 | SAU $ VALUE |
|---|---|---|---|---|---|---|
| Regd1, Act II Alphafil YB | 3600 | Alabama #1 33% @ $30/ton | Alabama #2 17% @ $30/ton | Alabama #3 17% @ $30/ton | Australian Fines (Stained) 33% @ $95/ton | |
| Altalc | 2600 | Beaverhead #A grade 100% @ $175/ton | | | | |
| Supra Suprafino | 2100 | Italian 50% at $282/ton | Australian Cosmetic @ $147/ton | | | |
| Supra EF A | 200 | Italian 75% at $282/ton | Beaverhead 25% @ $175/ton | | | |
| Top Note Brillante Alphaglide | 180 | Italian 100% at $282/ton | | | | |
| Aura Stellar | 260 | Austr. Cosm. 100% at $147/ton | | | | |

**NOTE:** Crude blends should show origin, percent & value per ton.
Ex.: 20% BVHD @ $125/T.

**PLEASE FAX RESULTS TO YELLOWSTONE ON 2/17.**

cc: R. D. Baker
    F. F. Boyl
    M. J. Lorang
    B. Wright

2-15-92

# CYPRUS

Protected Document - Subject to Protective Order

IMERYS 425389

APR 01 '92 12:21PM CYPRUS MINERALS COLO 3036435224    P.2/8

Case 2:23-cv-02882-MRK  Doc 23494  Filed 05/04/22  Entered 05/04/22 08:09:20  Desc
Exhibit Exhibit 25 to Satterthwaite Declaration PART 2  Page 43 of 100



Yellowstone   130,708 tons produced
  → transferred to Three Forks  198,790 tons
      → transferred to Houston  2,303 tons  ⊛
      → transferred to Grand Island  30,340 tons
      → transferred to Longview  55,684 tons
          → transferred to Ghent  45,566 tons
          → transferred to NMC  6,607 tons

Beaverhead   12,108 tons produced
  → transferred to Three Forks  9,369 tons
      → transferred to Grand Island  6,430 tons
      → transferred to Alpine  2,913 tons

Antler   9,681 tons produced
  → transferred to Three Forks  10,251 tons
      → transferred to Houston  1,399 tons  ⊛
      → transferred to Grand Island  2,616 tons
      → transferred to Longview  4,411 tons
          → transferred to Ghent  4,411 tons

⊛ ultimately shipped into Mexico.

- 37 -

Protected Document - Subject to Protective Order     IMERYS 425390

AFR 01 '92 12:23PM CYPRUS MINERALS COLO 5035435224                    P.3/8

Case 2:03-cv-02895-MBK Doc 23494 Filed 05/04/23 Entered 05/04/23 08:09:20 Desc
Exhibit Exhibits Batterman Report Page 6 of 100

_Crude Intermediate_

Hammersville     351 tons produced
                 └──→ transferred to West Windsor  351 tons


Ludlow     147,858 tons produced
           ├──→ transferred to Columbia  141,086 tons
           └──→ transferred to Chester  5,573 tons
                      └──→ transferred to West Windsor  5,653 tons


Hamm     103,927 tons produced
         └──→ transferred to Chester  103,927 tons
                   ├──→ transferred to Johnson  18,191 tons
                   └──→ transferred to West Windsor  37,533 tons


Troy     45,675 tons produced
         └──→ transferred to Johnson  51,090 tons


- 38 -

Protected Document - Subject to Protective Order                    IMERYS 425391

APR 01 '92 12:22PM CYPRUS MINERALS COLO 3036435224                    P.4/8

Case 2:30-89SMBK Doc 23494 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibit 26 to Satterdelay Declaration PART 2 Page 50 of 100

Red Hill/Yaic City    15,289 tons produced

⌐————➔ transferred to Toyon  15,289 tons


Alpine Mine 21,062 tons produced

⌐————➔ transferred to Alpine Mill  902 tons


Malaga Mine   ∅  tons produced

⌐————➔ transferred to Malaga Mill   ∅  tons

⌐———➔ transferred to Ghent  2,496 tons

— 39 —

Protected Document - Subject to Protective Order

IMERYS 425392

# Exhibit G

MAR 25 1992

# INTEROFFICE CORRESPONDENCE
LOS ANGELES

| | | | |
|---|---|---|---|
| TO | SEE DISTRIBUTION | DATE | March 25, 1992 |
| ATTENTION | | L.A. FILE | |
| FROM | R. C. MUNRO | YOUR FILE | |
| SUBJECT | | COPIES TO | |

## CYPRUS ORE RESERVES - ARSENIC & TREMOLITE

*Excerpts from Cyprus Talc Reserve Report by R.C. Munro*

### Geology & Environment

There are some important environmental issues related to the geology and mineralogy of the Cyprus talc deposits, particularly in Vermont.

*Arsenic*

Arsenic iron sulphides (arsenopyrite) are, with their alteration products, present in many of the talc-carbonate schist ore zones in the Vermont area. Total arsenic, as analyzed in the Ludlow Rainbow deposit, averages generally less than 100 ppm but with some small zones in excess of 1000 ppm. No apparent major effort is underway to regularly monitor or completely assess the total arsenic content of ores, tailing solids and wastes although the distribution of sulphides and arsenates in the talc ore system is generally understood.

In near surface weathering zones, crushed rock, stock piles and mine working areas, the arsenic sulphides (above) convert in part to the more soluble arsenates, for example, the hydrous nickel arsenate, annabergite (38% $AS_2O_6$). Soluble arsenic is measured in cores, ore samples, mill feed, product and tailings. Soluble arsenic content is monitored and governed under EPA/OSHA regulations.

High (e.g. +6 ppm As) soluble arsenic contents of mill feed at the West Windsor mill contribute to reduced recoveries and milling rates. At West Windsor, part of the mill recovery problem at least is being ascribed to a high fines content in the feed and to low pH of the process water, both of which contribute to increased soluble As. The problem has been under study at West Windsor since 1987 by Mill Manager, Jeff Scott, who indicated that if the arsenic content is above +6 ppm soluble As and the talc content falls below 62% talc production rates and recoveries can fall by 50%. The product specs are -3 ppm As or less at West Windsor and current material in the silos is measured at 0.73 ppm to 2.33 ppm soluble As.

Protected Document – Subject to Protective Order

IMERYS 219720

Pltf_IMERYS_00057875

# EXHIBIT G

Prudencio Pltfs' Ex. 1393 pg 1

To me, there also seems to be the overall risk of continuing conversion of As in sulphide to more soluble arsenates in some stockpiles, waste, and solid tailings as acid, water, air and time work on them.

*Tremolite*

The other serious mineralogical contaminant in the talc ores of Vermont is the fibrous variety of the amphibole minerals, tremolite and actinolite (hydrous calcium iron-magnesium silicates) which have been classified as asbestiform minerals by OSHA and EPA. OSHA was expected to de-classify non-fibrous (blocky) tremolite on February 29, but has not as yet announced their decision.

As a result, all tremolite, the fibrous varieties of all amphiboles and chrysotile asbestos in talc ores are a source of great concern to all talc producers and especially to marketers of cosmetic products.

Cyprus claims that there are no fibres in their cosmetic talc products and they work rigorously to ensure this. However, a recent paper published by Rutgers University worker, Alice Blount, suggests the presence of fibre in several cosmetic talcs, some of which might have been from Cyprus West Windsor material, which is a source of great concern to Cyprus management and potentially to their principal customer, Johnson & Johnson. Talc de Luzenac personnel are well aware of the situation and Phillipe Moreau is currently quietly working to identify the reality and the magnitude of the problem.

Vermont talcs are derived from altered serpentine - a natural host for asbestiform minerals. There is certainly visible tremolite and actinolite in specific zones of the Vermont deposits - fibrous tremolite was identified by the writer in exposures and cores at the East Argonaut and Black Bear mines. Cyprus staff report past tremolite from the Hammondsvile and Clifton deposits.

Tremolite in these deposits is encountered in the contact zones between the talc and the surrounding schist; in "grey talcs" in the vicinity of the contacts; and associated with the chlorite/amphibole waste zones within the talc ores that are locally termed "cinders". Cyprus maintains a selective mining program in Vermont that is directed toward exclusion of all of these potentially fibre-bearing zones from the ores sent to the mills, and those suspect tonnages, including the associated talc, are left in the pit walls or sent to waste piles.

Minor occurrences of amphiboles and asbestiform minerals are also attributed to confined areas of the Montana deposits. Tremolite (blocky) was encountered in a dike zone at Antler. A chlorite zone at intersecting faults at Yellowstone S40 contained some minor tremolite, and stockpiles of Beaverhead open pit fines, slated

- 2 -

Protected Document – Subject to Protective Order

IMERYS 219721

Pltf_IMERYS_00057875

Prudencio Pltfs' Ex. 1393 pg 2

for burial, have been measured at 0.33% to 0.70% tremolite by Three Forks and Alpine Mill Labs.

No fibrous material showed up in samples taken by the writer at the Western Source Red Hill mine in California, but minor tremolite is possibly present in the contact zone where it should be avoidable by selective mining.

Arsenic content (total and soluble) and the presence of fibrous minerals in exposed stockpiles and waste need to be checked at Alpine, Alabama and the now closed California properties operated by Cyprus in the past.

/eji

DISTRIBUTION:

R. J. Kerstetter
G. L. Toll
G. B. Lawson - BCL
J. Paulsen
P. Moreau - Talc de Luzenac

- 3 -

Protected Document – Subject to Protective Order

IMERYS 219722
Pltf_IMERYS_00057875

# Exhibit H

# Alice M. Blount, Ph.D.

GMW

Mineralogist

April 23, 1998

M. Raymond Hatcher
MEHAFFY & WEBER
2615 Calder Avenue
P.O. Box 16
Beaumont, Texas 77704

**RECEIVED**

APR 2 7 1998

MEHAFFY & WEBER
BEAUMONT, TEXAS

Dear Mr. Hatcher:

According to your letter of March 31, 1998, I have written and enclosed a report on the occurrence, regulation and up-to-date scientific view of asbestos, amphiboles and "intermediate" fibers. I have also enclosed copies of my 1990 and 1991 papers, one of which I am sure that you already have. The 1991 paper was written because I became aware that it was a common opinion among industrial hygienists that industrial talcs were better than pharmaceutical and cosmetic talcs because there was a regulation for the former and not for the latter. I knew that this was not the case and wanted to set the record straight.

Although my papers report an improved method for analysis, the determinations for the sample labeled *I* (Johnson & Johnson's Vermont talc) have been done by the traditional methods as well (see Table 2, page 567 in the 1990 paper). As I told you, I believe that Johnson & Johnson's Vermont talc contains trace amounts of asbestos which are well below those specified by OSHA. It should be noted that the proposed FDA regulation, which was never finalized, also specified the same 0.1% limit for amphibole asbestos as OSHA.

I may be away for short periods during the coming weeks, but I do check for messages on my work phone at the number you have been using.

Sincerely yours,

*Alice M. Blount*

Alice M. Blount, Ph.D.

Box 3437
Rutland, VT 05701
Phone: 802-747-4857

e-mail: amblount@together.net

# EXHIBIT H

J&J-0049150

JNJ 000064086

Prudencio Pltfs' Ex. 0847 pg 1

# Exhibit I



Luzenac America Technical Center • 8985 East Nichols Avenue • Englewood, CO 80112 • (303) 643-0451 • Fax: (303) 799-8926

## TECHNICAL REPORT

To:      **David Crouse**                    Analytical Project No:  **A01709**
                                                        Date:  **23-May-02**

From:    **Julie Pier**
         **Analytical and Technical Support**

Copy:    **J. M. Godla**
         **S. S. Mauney**
         **R. J. Zazenski**

Subject:    **ANALYSIS OF FIBROUS MATERIAL FROM ARGONAUT**
            **WASTE ROCK**

**Request:**

A sample of fibrous material from the waste rock on the west side of the south end of the Argonaut mine was submitted to the Technical Center for identification. The waste rock was being considered for road paving applications.

**Results:**

**The fibrous material is tremolite.**

The material was first examined by polarizing light microscopy, using the dispersion staining technique. Tremolite was preliminarily identified by this method.

Subsequent analysis by scanning electron microscopy (SEM) and transmission electron microscopy (TEM) confirmed the tremolite identification. SEM micrographs and chemical analysis by energy dispersive X-ray spectroscopy (EDS) are included in Plate 1.



EXHIBIT
4
McCarthy
4.16.18

Plaintiffs'
Exhibit
IC-420

Protected Document - Subject to Protective Order

# EXHIBIT I

IMERYS 422289

Prudencio Pltfs' Ex. 7228 pg 1

**ANALYSIS OF FIBROUS MATERIAL**
**FROM ARGONAUT WASTE ROCK**
Project No. A01709

Plate 1

**LUZENAC AMERICA TECHNICAL CENTER**
23-May-02
J.W. Pier



*SEM IMAGE*
Fibrous material found in
Argonaut waste rock identified as
tremolite. The material clearly
has an extremely high aspect
ratio.

500 X
20 kV
10 μm
02134
JWP



*EDS CHEMICAL ANALYSIS*
The chemical analysis of the
material, above, is consistent
with tremolite.

Au and Pd peaks are from a
conductive coating applied for
SEM analysis.

A017091A

Protected Document - Subject to Protective Order

IMERYS 422290

Prudencio Pltfs' Ex. 7228 pg 2

# Exhibit J

FEB 24 2004   5:49 PM FR J-J CORP PR

732 524 2153 TO 919089043738      P.01

## facsimile transmittal

| To: | Steve Mann - CPC | Fax: | (908) 904-3738 |
|-----|------------------|------|----------------|
| From: | Marc Monseau | Date: | 2/24/2004 |
|     | Corporate Communications | | |
| Re: | Asbestos | Pages: | 4 |
| CC: | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

we were contacted by a reporter at a Sacramento television station who wanted to get

our reaction to a test they performed on Johnson's Baby Powder. She has since sent me the

attached cover letter and lab results, which Sarah Colamarino suggested I share with you.

Can you please review? Sarah will be calling you shortly to discuss. In the meantime, if you have

any questions, please give me a call.

Best regards,

Marc Monseau

Corporate Communications

(732) 524-1130

PLAINTIFF'S
TRIAL EXHIBIT
2843

Protected Document--Subject to Protective Order

# EXHIBIT J

JNJI4T5_000004097

Prudencio Pltfs' Ex. 2843 pg 1

.FEB 24 2004   5:49 PM FR J-J CORP PR
   02/23/04   aun 11.01 mw - . . .
                                    732 524 2153 TO 919089043738        P.03



# KCRA·TV 3

3 Television Circle  Sacramento CA 95814  916 446.3933

February 23, 2004

To: Mr. Mark Monseau
Johnson & Johnson

From: Millicent Ozdaglar
KCRA TV3

Greetings Mr. Monseau: Thank you for taking my call last week regarding KCRA TV3's
Special Report on asbestos. This is a working story with no airdate. Our reporter/anchor
Dave Walker is investigating the existence of harmful levels of asbestos in our
community. One of the elements of the story takes a look at asbestos in household
products and building materials.
One of the items tested by Hayward Laboratory was Johnson's baby powder, which
tested at above normal levels for asbestos.
I am enclosing a copy of the test and results for you to look over. If you could please give
me a call once you have reviewed the material, I would like to talk about the results with
you.

Sincerely,

Millicent Ozdaglar
KCRA TV3 Special Projects Producer
3 Television Circle
Sacramento, Ca. 95814
(916) 325-3288

WWW.THEKCRACHANNEL.COM

FEB 23 2004 15:08                                    1 916 41140541      PAGE.02

Protected Document--Subject to Protective Order

JNJI4T5_000004098

**Forensic Analytical**

## QUANTITATIVE ANALYSIS REPORT
## ASBESTOS IN BULK MATERIAL
### Transmission Electron Microscopy*

|  |  |
|---|---|
| | Page: 1 of 1 |
| Michael Bowker | Client Number: A30388-1 |
| 4069 Alice Ct | Report Number: T006626 |
| Placerville CA 05667 | Date Received: 12/19/03 |
| | Analyst: RE |
| Date Collected: | Date Analyzed: 1/5/04 |
| Job ID:     KCRA Television/Dave Walker | Date Reported: 1/5/04 |
| Site: | |

Sample Preparation: Each sample was prepared using the following gravimetric techniques. Representative subsamples were weighed, ashed for >12 hours, at 480C, and reweighed to determine the organic proportion. The ashed residues were ground in concentrated hydrochloric acid, dried, and reweighed to determine the acid-soluble component weight percent. The acidified residue was resuspended in a known volume of particle-free water and sonicated. Aliquots of this suspension were brought to ~20ml and filtered through 0.22um pore-size mixed cellulose ester (MCE) membranes. After air-drying, these membranes were collapsed, etched, carbon-coated, and mounted on 200-mesh copper TEM grids.

Analytical Method: The analysis was performed on a Philips CM12 or Hitachi H600AB TEM at 100kV accelerating voltage. An extended low magnification analysis (~2,000x) was performed for large asbestos structures, followed by a high magnification analysis (~19,000x) for smaller asbestos structures. Asbestos structures were identified by morphology (Yamate Level II definitions), qualitative selected area electron diffraction (SAED), and energy dispersive x-ray analysis (EDX). In addition, the length and diameter of each asbestos structure were recorded.

Data Reduction: The asbestos concentration in each sample was calculated by first determining the volume of each asbestos structure counted, and then using magnification and density conversion factors to determine asbestos mass. The mass detected in the high magnification analysis was then normalized to the number of grid openings analyzed and the known volume filtered for the low magnification analysis. Since a known residue mass was passed through a known filter area, and the filter area analyzed is also known, the normalized asbestos mass in the residue can be determined and then back-calculated to the weight percent asbestos in the original sample.

| ANALYTICAL RESULTS | | | | | | |
|---|---|---|---|---|---|---|
| Client Sample Number | Lab Sample Number | Organic Weight Percent | Acid-Soluble Weight Percent | Asbestos Weight Percent | Asbestos Type(s)** | Residue Weight Percent |
| TEM-02 (Johnson's baby powder) | 20025738 | 3.6% | 6.7% | 0.20% | AN | 80.3% |
| TEM 03 (Revlon Blush) | 20025739 | 29.7% | 13.1% | <0.0001% | ND | 57.2% |

Mark S. Floyd, EM Supervisor, Hayward Laboratory

\* EPA Test Method 600/R-93/116, Part 2.5: Method for the Determination of Asbestos in Bulk Building Materials.

\*\* Asbestos types, CH=chrysotile; AM=amosite; TR=tremolite; AC=actinolite; CR=crocidolite; AN=anthophyllite; ND=none detected.

3777 Depot Road, Suite 409, Hayward, California 94545-2761 • Telephone: 510/887-8828 800/827-FAST Fax: 510/887-4218

FEB 23 2004 15:08

1 916 4414258     PAGE.03

cted Document--Subject to Protective Order

JNJ4T5_000004099

.FEB 24 2004   5:49 PM FR J-J CORP PR
03/23/04  RUN 11.20 ...

732 524 2153 TO 919089043738          P.05

Sample Preparation: Each sample was prepared using the following procedure. Homogenous, representative subsample was weighed, ashed for >12 hours, at 400C, and reweighed to determine the organic proportion. The ashed residues were ground in concentrated hydrochloric acid, dried, and reweighed to determine the acid-soluble component weight percent. The acidified residue was resuspended in a known volume of particle-free water and sonicated. Aliquots of this suspension were brought to >200v and filtered through 0.22um pore-size mixed cellulose ester (MCE) membranes. After air-drying, these membranes were collapsed, etched, carbon-coated, and mounted on 200-mesh copper TEM grids.

Analytical Method: The analysis was performed on a Philips CM12 or Hitachi H600AB TEM at 100kV accelerating voltage. An extended low magnification analysis (~2,500x) was performed for large asbestos structures, followed by a high magnification analysis (~19,000x) for smaller asbestos structures. Asbestos structures were identified by morphology (Yamate Level II definitions), qualitative selected area electron diffraction (SAED), and energy dispersive x-ray analysis (EDX). In addition, the length and diameter of each asbestos structure were recorded.

Data Reduction: The asbestos concentration in each sample was calculated by first determining the volume of each asbestos structure counted, and then using magnification and density conversion factors to determine asbestos mass. The mass detected in the high magnification analysis was then normalized to the number of grid openings analyzed and the aliquot volume filtered for the low magnification analysis. Since a known residue mass was passed through a known filter area, and the filter area analyzed is also known, the normalized asbestos mass in the residue can be determined and then back-calculated to the weight percent asbestos in the original sample.

| Client Sample Number | Lab Sample Number | Organic Weight Percent | Acid-Soluble Weight Percent | Asbestos Weight Percent | Asbestos Type(s)** | Residue Weight Percent |
|---|---|---|---|---|---|---|
| TEM-02 (Johnson's baby powder) | 20025738 | 3.8% | 6.7% | 0.20% | AN | 89.3% |
| TEM 03 (Revlon Blush) | 20025739 | 29.7% | 13.1% | <0.0001% | ND | 57.2% |

Mark B. Floyd, EM Supervisor, Hayward Laboratory

* EPA Test Method 600/R 93/116, Part 2.6: Method for the Determination of Asbestos in Bulk building materials.

** Asbestos types: CH=chrysotile; AM=amosite; TR=tremolite; AC=actinolite; CR=crocidolite; AN=anthophyllite; ND=none detected.

3775 Depot Road Suite 400, Hayward, California 94545-2761 • Telephone: 510/887-8828 (800)827-1400 Fax: 510/887-8210

FEB 23 2004 15:09                                    1 916 4414850          PAGE.04

                                                              ** TOTAL PAGE.05 **

tected Document--Subject to Protective Order

# Exhibit K

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 1 of 56

## AMA Analytical Services, Inc.
*Focused On Results.*

### CERTIFICATE OF ANALYSIS

Chain of Custody: 308006
Client: US Food & Drug Administration
Address: Office of Cosmetics & Colors
4300 River Road
College Park, MD 20740
Attention: John Gasper

Job Name: Task 3 - Analysis of Official Samples
Job Location: 4th Group - 15 Samples
Job Number: CLIN 1- Task 3
PO Number: HHSF223201810337P

Date Submitted: 7/24/2019
Date Analyzed: 8/20/2019-9/18/2019
Report Date: 10/3/2019
Date Sampled: Not Provided
Person Submitting: Goran Periz
Revised: 10/11/2019 (Revision #2)

### SUMMARY OF ANALYSIS

| AMA Sample ID | Client Sample ID | TEM LOD Using ASTM D5756 Mass Calculation | TEM LOQ Using ASTM D5756 Mass Calculation | % Tremolite by TEM Using ASTM D5756 Mass Calculation | % Chrysotile by TEM Using ASTM D5756 Mass Calculation | % Total Tremolite & Chrysotile by TEM Using ASTM D5756 Mass Calculation | % Asbestos by PLM | % Organics | % Acid Soluable | % Other | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 308006-6 | D-58 | 0.00000169% | 0.00000675% | ND | ND | ND | ND | 0.3% | 6.7% | 93.1% | Organics = 0.3%; Acid Soluable = 7.1%; Other = 92.6% Gravimetric Loss from PLM Prep. |
| 308006-6A | D-58 | 0.00000133% | 0.0001485% | ND | < 0.00001% | < 0.00001% | ND | 0.2% | 19.5% | 80.2% | |
| 308006-68 | D-58 | 0.00000135% | 0.00000540% | ND | 0.00002% | 0.00002% | ND | 0.2% | 11.2% | 88.6% | Other = 94.2% |

LOD = Limit of Detection     LOQ = Limit of Quantification     ND = Not Detected     PLM = Polarized Light Microscopy     TEM = Transmission Electron Microscopy

Analytical Method(s): PLM by Modified NY ELAP 198.6
TEM by Modified NY ELAP 198.4/ASTM D5756

Analyst(s): PLM
TEM

Technical Director: Andreas Saldivar

All results are to be considered preliminary and subject to change unless signed by the Technical Director or Deputy

This report applies only to the sample, or samples, investigated and is not necessarily indicative of the quality or condition of apparently identical or similar products...

4475 Forbes Boulevard • Lanham, MD 20706 • (301) 459-2640/(800) 346-0961 •     Page 1 of 1


# EXHIBIT K
JNJTALC001284317
Prudencio Pltfs' Ex. 1571 pg1

## Record Changes Report

**Client:** US Food & Drug Administration

**Client Code:** FDA

**Chain of Custody:** 308006

| Date | Description |
|---|---|
| 10/11/2019 | 308006 6, 6A, 6B/D 58: 1) added initials & dates to all strike throughs and additions to gravimetric bench sheets. 2) revised handwritten TEM bench sheet for 6B to break up the single cluster found on Grid B, GO l8 into its 3 component fibers 3) changed the word "fiber" to "structure" on p. 4 of Case Narrative under LoQ discussion for 6A & 6B & updated the basis of LoQ calculation for 6B. 4) changed the word "fiber" to "structure" in reference to chrysotile on p.4 of Case Narrative under the TEM Discussion and Interpretation of Analytical Findings. 5) Updated the picture for 308006 6B Chrysotile Structure 1 on p. 6 of Case Narrative. 6) revised reported LoQ, concentration of chrysotile & total cocentration for aliquot 6B based off of 4 structures (original concentration was based off of 2 structures). 7) added gravimetric loss data for PLM preparations to comments section of the certificate of analysis. |
| 10/08/2019 | 308006 6, 6A, 6B/D58: 1) The Special Instructions section of the login sheet was revised to include the FDA's cancellation of a request for analyzing a 4th aliquot of D 58 (308006 6C). 2) The preparation date was added to pages 2 & 3 of the TEM gravimetric bench sheet and to page 2 of the PLM gravimetric bench sheet; an explanation for the date written in the right hand margin of both sets of bench sheets was added to them; added missing weights for 308006 16 and 308006 17. 3) The handwritten TEM Bench Sheet for 308006 6A was revised to explain that the 2nd Chrysotile structure was identified based upon tubular morphology; also the structure number count for the 2nd listed stricture was corrected to read "#2" |

JNJTALC001284318

Prudencio Pltfs' Ex. 1571 pg2

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 3 of 56

## AMA Analytical Services, Inc.

Focused on Results    www.amalab.com
AIHA-LAP (#100470) NVLAP (#101143-0) NY ELAP (10920)
4475 Forbes Blvd. • Lanham, MD 20706
(301) 459-2640 • (800) 346-0961 •        459-2643

# CHAIN OF CUSTODY

[Please Refer To This
Number For Inquires]

**308006**

**Information:**

1. Client Name:
2. Address
3. Address
4. Address 3:                                   4. Contact Perso :                          Cell:
5. Phone #:                         Fax #:                              5.                                   Cell:

Reporting Info (Results provided as soon as technically feasible). If no TAT/Reporting Info is provided, AMA will assign defaults of 5-Day and email/fax to contacts on file.

| AFTER HOURS (must be pre-scheduled) | NORMAL BUSINESS HOURS | REPORT TO: |
|---|---|---|
| ❑ 4 Hours   ❑ Late Night | ❑ 4 Hours | ❑ Email: |
| ❑ Immediate   Date Due: | ❑ Same Day   ❑ 3 Day   ❑ Results Required By Noon | ❑ Email 2: |
| ❑ 24 Hour,   Time Due: | Next Day   ❑ 5 Day +   ❑ Verbals: |
| Comments | ❑ 2 Day   Date Due: | |

**Asbestos Analysis**

*P  M Air   Please Indicate Filter Type:
❑ NIOSH 7400        (QTY)
❑ Fiberglass        (QTY)

TEM Air* – Please Indicate Filter Type:
❑ AHERA        (QTY)
❑   IOSH 7402        (QTY)
❑        (specify        )        (QTY)

P   1 Bulk
❑ EPA 600 – Visual        (QTY) ❑ Pos Stop
❑        Point Count
❑   Y State Friable 198.1        (QTY)
   Grav  Reduction ELAP 198.6
   Other (specify        )        (QTY)

MISC
❑ Asbestos Soil PLM__(Qual) PLM__(Quan) PLM/TEM__(Qual) PLM/TEM__(Quan)
*I is recommended that blank samples be submitted with each air and m   samples

**TEM Bulk**
ELAP 198.4/   atfield
State PLM/TEM

**TEM**
❑ Qual. (pres/abs) Vacuum/Dust_____        (QTY)
   Quan. (s/area) Vacuum D5755-95        (QTY)
❑ Quan. (s/area) Dust D6480-99        (QTY)

**TEM Water**
   Qual. (pres/abs)        (QTY)
❑ ELAP 198.3/EPA 100.2        (QTY)

**Analysis**
❑ Pb Paint Chip        (QTY)
❑ *Pb Dust Wipe (wipe  ype        _____        (QTY)

❑ Pb Soil/Solid        (QTY)
❑ Pb TCLP        (QTY)
   Drinking Water ❑ Pb____(QTY) ❑ Cu____(QTY) ❑ As____(QTY)
❑ Waste Water ❑ Pb____(QTY)   Cu____(QTY)   As____
❑ Pb Furnace (Media        )        (QTY)

**Fungal Analysis**
   Collection Apparatus for Spore Traps/Air Samples:
   Coll  tion Media
❑ *Spore Trap____(CTY)   ❑ Surface Vacuum Du t____(QTY)
❑ *Surface        (QTY)
❑ *Surface Ta        (QTY)
❑ Other (Specify____)____(QTY)

| CLIENT ID # | SAMPLE   FOR  ATIO SAMPLE LOCATION/ ID | DATE/ | VOL (L)/ | ANALYSIS | MATRIX | COMMENTS / SPE  IAL IN TRUCTIONS |
|---|---|---|---|---|---|---|

Print Name                                               Date          Time

JNJTALC001284319

Prudencio Pltfs' Ex. 1571 pg3

ATTACHMENT B: CFSAN OFFICE OF COSMETICS AND COLORS CHAIN OF
CUSTODY FORM

**CF AN**
**Office of Cosmetics and Colors**
# CHAIN OF CUSTODY FORM

Case/Lab

Submitter: ___Goran Periz

Assignment No./ Contract No.: HHSF223201810337P

Date Sealed:  7/23/2019          Sample Type: 15 samples D-53 to D67

4

6

9

10

11

12

13

14

**Chain of**

JNJTALC001284320

Prudencio Pltfs' Ex. 1571 pg4

| Item # | Date | Received by (Print | Received by | Comments/Location |
|--------|------|--------------------|-------------|-------------------|
| 1-15 | 7/24/2019 | | | |

Page 1 of 2 pages (See back)

# CHAIN OF CUSTODY FORM
## (Continued)

### Final
### Authorization for Disposal

Item(s) #:          on this document is/are no longer needed as evidence and is/are authorized for disposal by (check appropriate disposal method)
☐ Return to Submitter   ☐ Destruction
Name of Authorizing Official:                     Date:

Signature:

### Witness to Destruction of Evidence

Item(s) #:          on this document were destroyed by (Name)
in my presence on (date)
Name of Witness to destruction:                Signature:                Date:

Adapted from: Technical Working Group on Biological Evidence Preservation. *The Biological Evidence Preservation Handbook: Best Practices for Evidence Handlers*. U.S. Department of Commerce, National Institute of Standards and Technology. 2013.

JNJTALC001284321

**Release to Lawful Owner**

Item(s)                          this document was/were released by Evidence Custodian
                                 ID#:                to

Zip Code:
Telephone Number: (_____)
Under penalty of law, I certify that I am the lawful owner        above

Signature:                                                          Date:

Copy of Government-issued photo identification is attached. ☐ Yes  ☐ No

This        is to be retained as a permanent record by the Center for Food Safety and Applied Nutrition, Office of Cosmetics and Colors.

Page 2 of 2 pages (See front)

Adapted from: Technical Working Group on Biological Evidence Preservation. *The Biological Evidence Preservation Handbook: Best Practices for Evidence Handlers.* U.S. Department of Commerce, National Institute of Standards and Technology. 2013.

JNJTALC001284322

Prudencio Pltfs' Ex. 1571 pg6

 

# AMA Analytical Services, Inc.

### Focused On Results.

**NVLAP** Lab Code 101143-0

**NY ELAP** Lab ID 10920

# Case Narrative

| | | | |
|---|---|---|---|
| Client Name: | FDA Office of Cosmetics & Colors | Contact: | John Gasper |
| PO Number: | HHSF223201810337P | Phone: | (240) 402-1133 |
| Job Name/Location: | Task 3 – Analysis of Official Samples (4th Group – 15 Samples) | Email: | |
| AMA COC Number: | 308006-6, 6A, 6B/D-58 | Date Received: | July 24, 2019 |

| AMA Sample No. | Client Sample No. | Sample Description | Analytical Method |
|---|---|---|---|
| 308006-6 | D-58 | Slightly clumpy, white powder with a matte appearance | Mod. PLM ELAP 198.6 /TEM ELAP 198.4 |
| 308006-6A | D-58 | | Mod. PLM ELAP 198.6 /TEM ELAP 198.4 |
| 308006-6B | D-58 | | Mod. PLM ELAP 198.6 /TEM ELAP 198.4 |

**Requested Analyses: PLM and TEM Analysis for asbestos fibers conducted by Modified NY ELAP Method 198.6 and Modified NY ELAP Method 198.4**

**Sample Receipt:**
The samples were received by AMA Analytical Services, Inc. on July 24, 2019 at 1058 via in-person drop-off by FDA representative, Goran Periz. The set consisted of 15 (fifteen) samples submitted in ~2oz, glass jars sealed with scotch tape. Conditions were checked upon receipt and all sample containers were intact. Most jars were filled approximately ½ to ¾ full. The sample set was processed on AMA Chain-of-Custody (COC) number 308006. This COC number served as the internal laboratory job number for tracking purposes. The samples were entered into the AMA laboratory database on August 12, 2019 at 1151 by [redacted]. The samples were logged in for analysis in triplicate and each sample aliquot was assigned a unique laboratory identification number as shown in the table above. After the sample login, the set was transferred to AMA's lock-box for storage.

The following pictures document the condition of each sample upon receipt at AMA:

JNJTALC001284323

Prudencio Pltfs' Ex. 1571 pg7

Re: *FDA Office of Cosmetics & Colors*
   *COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

308006-6  6A



JNJTALC001284324

Prudencio Pltfs' Ex. 1571 pg8

*Re: FDA Office of Cosmetics & Colors*
*COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

**Sample Preparation**

Samples were prepared for PLM and TEM bulk analysis by <span style="background:black">(b) (6)</span> on August 13, 2019 through September 5, 2019. Sample preparation consisted of the following steps:

1) Label and weigh two 8mL glass vials for each sample in the set – one vial for the PLM preparation and one vial for the TEM preparation.
2) Weigh out 0.1 to 0.8 grams of material and place in corresponding 8mL glass vial. Record weight.
3) Burn samples at 480° C for at least 12 hours.
4) Record Post-Ash Weight.
5) Treat ashed sample with concentrated hydrochloric acid.
6) Filter acid reduced material onto a pre-weighed 47mm 0.4um PolyCarbonate filter.
7) Place filter into drying oven for 30 minutes and then record Post-Acid Reduced weight.
8) Make four PLM slide preparations from the PLM residual ash for each sample in 1.550 dispersion oil. Make additional preparations in 1.605, 1.625, 1.680 and 1.700 dispersion oil as necessary for particle identification.
9) Weigh a portion of the residue from the TEM residual ash and place it into the corresponding pre-weighed 100ml jar.
10) Fill the 100ml jar with deionized water
11) Sonicate the jars for approximate 5-minutes.
12) Filter 0.2ml to 1ml of the solution onto a 47mm 0.22um MCE filter.
13) Dry the filter for 10 minutes then collapse, carbon coat, and place on a 3 TEM grids.

**PLM Analysis**

Analysis was performed in accordance with NY ELAP 198.6 protocols. The analysis was conducted using an Olympus BH-2 polarized light microscope (PLM) equipped with a dispersion staining objective. All four slide preparations for each aliquot were examined. 400-point count was performed for those samples on which asbestos was observed. If no asbestos was detected on any of the slides, the percentage of fibrous components was determined by visual estimation. The results of this analysis are detailed below in the *Discussion and Interpretation of Analytical Findings* section for each individual sample.

**TEM Analysis**

Analysis was performed in accordance with modified NY ELAP Method 198.4 protocols. The analysis was performed using a JEOL JEM-100CX II transmission electron microscope (TEM), equipped with a Thermo Fisher Quest Energy Dispersive X-Ray Analyzer (EDXA), at magnifications of 19,000x. Two grids for each aliquot were examined. Twenty (20) grid openings were examined per sample.

Modifications to the NY ELAP 198.4 Method were:

1) The residue was not placed in alcohol and prepared using the quick drop method. To obtain a more uniform preparation, the residue was placed in a jar and filled with 100ml of deionized water. The jar was sonicated, and a portion of the solution was filtered onto a 47mm 0.22um MCE filter.
2) The tremolite and chrysotile were not visually estimated. The length and width of the observed particles were measured, and the mass of each amphibole particle was calculated using the ASTM D5756 method.
3) All particles identified as tremolite were included with the counts/concentrations, regardless of size and aspect ratio.

The results of this analysis are detailed below in the *Discussion and Interpretation of Analytical Findings* section for each individual sample.

**Calculations**

*ASTM D5756 Mass*

$M = \pi/4\ L * W^2 * D * 10^{-12}$

M = mass
L = length



AMA Analytical Services, Inc.

Page **3** of **16**

JNJTALC001284325

Prudencio Pltfs' Ex. 1571 pg9

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 10 of 56

*Re: FDA Office of Cosmetics & Colors*
*COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

W = width
D = density
*Percent Calculation*

$$\frac{EFA(mm^2) * 100ml * MA(g) * RW(g)}{VF(ml) * IW(g) * AA(mm^2) * RJ(g)}$$

The calculated value is then multiplied by 100 to convert it to percent.

EFA – Effective filter area
MA – Mass of asbestos
RW – Weight of residue
VF – Volume filtered
IW – Initial weight of the sample
AA – Area analyzed
RJ – Weight of residue placed into the jar

**Limit of Detection and Quantification**
We used the mass of a 0.5 x 0.04-micron tremolite or chrysotile fiber, depending on what was found in each sample, as the basis for our calculations. Limit of detection was defined as 1 fiber and limit of quantification was defined as 4 fibers.

Some aliquots of sample D58 contained very small amounts of asbestos that were either at or below our 4-fiber limit of quantification. For these samples we defined our limit of quantification as follows:
308006-6A: mass of the two observed chrysotile structures plus the mass of two chrysotile fibers measuring 0.5 x 0.04 microns
308006-6B: mass of 4 chrysotile fibers measuring 0.5 x 0.04-micron

**Discussion and Interpretation of Analytical Findings:**
308006-6, 6A, 6B Client Sample D-58
*PLM*
All three aliquots of sample D-58 were analyzed by **(b) (6)** on September 13, 2019. No asbestos or non-asbestos amphibole variants were detected the samples. The results were calculated using the equations detailed in the calculations section.

308006-6      NAD
308006-6A     NAD
308006-6B     NAD

*TEM*
Sample 6 was analyzed by **(b) (6)** on September 3, 2019. Samples 6A and 6B were analyzed by **(b) (6)** on September 7, 2019. The primary particle observed was talc along with a few talc fibers, talc ribbons and mica particles. Two Chrysotile structures were detected on the aliquot for 6A and four chrysotile structures were detected on the aliquot for 6B. The results were calculated using the equations detailed in the calculations section.

308006-6      NAD
308006-6A     <0.00002%
308006-6B     0.00002%

Below are pictures, diffraction patterns, and chemistry from some of the observed particles. The unidentified peaks in chemistry spectra are copper, zinc, and carbon. Those peaks are from the TEM specimen holder and specimen grid.


AMA Analytical Services, Inc.

Page **4** of 16

JNJTALC001284326

*Re: FDA Office of Cosmetics & Colors*
  *COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

---

*Sample 308006-6A, Chrysotile Structures*



*Diffraction Pattern from Chrysotile Structure 1 pictured above*



 AMA Analytical Services, Inc.

Page **5** of **16**

JNJTALC001284327

Prudencio Pltfs' Ex. 1571 pg11

*Re: FDA Office of Cosmetics & Colors*
  *COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

*Sample 308006-6B, Chrysotile Structure 1*



*Diffraction Pattern from Chrysotile Structure pictured above*



 AMA Analytical Services, Inc.

Page **6** of **16**

JNJTALC001284328

Prudencio Pltfs' Ex. 1571 pg12

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 13 of 56

*Re: FDA Office of Cosmetics & Colors*
  *COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

*Chemistry from Chrysotile Structure pictured above*



*308006-6B, Chrysotile Structure 2*

JNJTALC001284329

Prudencio Pltfs' Ex. 1571 pg13

*Re: FDA Office of Cosmetics & Colors*
  *COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

*Diffraction Pattern from Chrysotile Structure pictured above*



308006 FDA_104.jpg
Chrysotile Diff
308006-6b
18:03 9/7/2019
TEM Mode: Diffraction
Microscopist: CD
Camera: NANOSPRT5, Exposure: 800 (ms) x 8 std. frames, Gain: 1, Bin: 1
Gamma: 1.00, No Sharpening, Normal Contrast

100 (1/Å)
HV=100kV
Cam Len: 0.2200 m
AMA Analytical Services, Inc

*308006-6, Talc Particle*



308006 FDA_052.jpg
Talc Particle
Cal: 0.001776 µm/pix
17:18 9/3/2019
TEM Mode: Imaging
Microscopist: MG
Camera: NANOSPRT5, Exposure: 800 (ms) x 8 drift frames, Gain: 1, Bin: 1
Gamma: 1.00, No Sharpening, Normal Contrast

500 nm
HV=100kV
Direct Mag: 6800 x
AMA Analytical Services, Inc

JNJTALC001284330

Prudencio Pltfs' Ex. 1571 pg14

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 15 of 56

*Re: FDA Office of Cosmetics & Colors*
*COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

*Hexagonal Diffraction Pattern from Talc Particle pictured above*



308006 FDA_853.jpg
Talc Particle
17:19 9/3/2019
TEM Mode: Diffraction
Microscopist: MG
Camera: NANOSPRT5, Exposure: 800 (ms) x 8 drift frames, Gain: 1, Bin: 1
Gamma: 1.00, No Sharpening, Normal Contrast

100 (1/Å)
HV=100kV
Cam Len: 0.2200 m
AMA Analytical Services, Inc

*Chemistry from Talc Particle pictured above*



Full scale counts: 377                   308006-6(1)

AMA Analytical Services, Inc.

JNJTALC001284331

Prudencio Pltfs' Ex. 1571 pg15

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 16 of 56

*Re: FDA Office of Cosmetics & Colors*
  *COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

*306008-6, Mica Particle*



308006 FDA_054.jpg
Mica Particle
Cal: 0.001429 µm/pix
17:21 9/3/2019
TEM Mode: Imaging
Micr scopist: MG
Camera: NANOSPRT5, Exposure: 800 (ms) x 8 drift frames, Gain: 1, Bin: 1
Gamma: 1.00, No Sharpening, Normal Contrast

400 nm
HV=100kV
Direct Mag: 7200 x
AMA Analytical Services, Inc

*Diffraction Pattern from Mica Particle pictured above*



308006 FDA_056.jpg
Mica Particle
17:22 9/3/2019
TEM Mode: Diffraction
Microscopist: MG
Camera: NANOSPRT5, Exposure: 800 (ms) x 8 drift frames, Gain: 1, Bin: 1
Gamma: 1.00, No Sharpening, Normal Contrast

100 (1/Å)
HV=100kV
Cam Len: 0.2200 m
AMA Analytical Services, Inc

 AMA Analytical Services, Inc.

Page **10** of 16

JNJTALC001284332

Prudencio Pltfs' Ex. 1571 pg16

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 17 of 56

*Re: FDA Office of Cosmetics & Colors*
*COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

*Chemistry from Mica Particle pictured above*



*308006-6, Talc Fiber*



308006 FDA_057.jpg
Talc Fiber
Cal: 0.734921 nm/plx
17:27 9/5/2019
TEM Mode: Imaging
Microscope: MG
Camera: NANOSPRTS, Exposure: 800 (ms) x 8 drift frames, Gain: 1, Bin: 1
Gamma: 1.00, No Sharpening, Normal Contrast

200 nm
HV=100kV
Direct Mag: 14000 x
AMA Analytical Services, Inc

 AMA Analytical Services, Inc.

Page **11** of **16**

JNJTALC001284333

Prudencio Pltfs' Ex. 1571 pg17

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 18 of 56

*Re: FDA Office of Cosmetics & Colors*
*COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

*Diffraction Pattern from Talc Fiber pictured above*



308006 FDA_058.jpg
Talc Fiber
17:28 9/3/2019
TEM Mode: Diffraction
Microscopist: MG
Camera: NANOSPRT5, Exposure: 800 (ms) x 5 drift frames, Gain: 1, Bin: 1
Gamma: 1.00, No Sharpening, Normal Contrast

100 (1/A)
HV=100kV
Cam Len: 0.2200 m
AMA Analytical Services, Inc

*Chemistry from Talc Fiber pictured above*



Full scale counts: 235                                308006-6(3)

JNJTALC001284334

Prudencio Pltfs' Ex. 1571 pg18

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 19 of 56

*Re: FDA Office of Cosmetics & Colors*
   *COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

*308006-6, Talc Ribbon*



*Diffraction Pattern from Talc Ribbon pictured above*



 AMA Analytical Services, Inc.

Page **13** of **16**

JNJTALC001284335

Prudencio Pltfs' Ex. 1571 pg19

Case 2:23-md-03825-MBK Doc 234-95 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibit 28 to Kahn Declaration PART 2 Page 42 of 100

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 20 of 56

*Re: FDA Office of Cosmetics & Colors*
   *COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

*Chemistry from Talc Ribbon pictured above*



*308006-6, Talc Fiber*



 AMA Analytical Services, Inc.

JNJTALC001284336

Prudencio Pltfs' Ex. 1571 pg20

Case 3:16-md-02738-MAS-RLS Doc 234895 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibit 33 to Satterley Declaration PART 2 Page 22 of 100

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 21 of 56

*Re: FDA Office of Cosmetics & Colors*
*COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

---

*Diffraction Pattern from Talc Fiber pictured above*



*Chemistry from Talc Fiber pictured above*



JNJTALC001284337

Prudencio Pltfs' Ex. 1571 pg21

*Re:  FDA Office of Cosmetics & Colors*
*COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

**QC Discussion:**
During preparation, three blank control samples and one reference control sample were prepared.  These samples were prepared alongside the customer samples.  The blank samples were prepared using Sigma-Aldrich Talc Powder, <10 micron, and was analyzed by ███████████ on September 18, 2019.  No asbestos was detected on the blank samples. The reference sample was made from the same Sigma-Aldrich talc powder spiked with 10% Chrysotile.  The reference sample was analyzed by ███████████ on September 18, 2019 and found to be within acceptable limits.  Additionally, filter blanks were prepared with each batch of carbon coated filters.  Filter blank number EB-54155 was associated with the carbon coating for samples 308006-6, 6A, 6B/D-58.  No asbestos was detected on the filter blank sample.

Our laboratory information management system (LIMS) randomly selected samples 308006-2/D-54 and 308006-15/D-67 for additional replicate QC analysis.  Separate preparations were made for PLM and TEM analysis.  The replicate QC analysis was performed by ███████████ on September 13, 2019, 2019 for PLM analysis and by ███████████ on September 18, 2019 for TEM analysis.  The QC results matched the original analysis.

**Attachments:**
The following items are attached to this case narrative for your reference:
1) Sample Log-In Sheet
2) Daily PLM Scope Calibration Log
3) Refractive Index Oil Calibration Log
4) Daily TEM Scope Calibration Log
5) QC Results Summary
6) Replicate & Duplicate QC Chart for ██(b) (6)██ for samples analyzed between 1/1/2019 and 9/18/2019
7) Replicate & Duplicate QC Chart for ██(b) (6)██ for samples analyzed between 1/1/2019 and 9/18/2019
8) Replicate & Duplicate QC Chart for ██(b) (6)██ for samples analyzed between 1/1/2018 and 9/18/2019
9) Raw Data Sheets
    a. Gravimetric Data
    b. Filtration Worksheets
    c. PLM Analysis
    d. TEM Analysis
    e. QC Samples

I certify that all information contained in this report pertaining to laboratory events, procedures, and protocols is true and accurately describes the handling of this project by AMA Analytical Services, Inc. and its personnel.

*[signature]*

10/11/2019
Andreas Saldivar                                    Date
Laboratory Director


AMA Analytical Services, Inc.

JNJTALC001284338

Prudencio Pltfs' Ex. 1571 pg22

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 23 of 56

## Login Sheet

| | | | | | |
|---|---|---|---|---|---|
| **Client:** | US Food & Drug Administration | **Job Name:** | Task 3 - Analysis of Official Samples | **Chain of Custody:** | 308006 |
| **Date Submitted:** | 07/24/2019 | **Job Location:** | 4th Group - 15 Samples | **PO Number:** | SF225201810337P |
| **Due Date:** | 09/13/2019 5:00 pm | **Job Number:** | CLIN 0001 | | |



| AMA Sample Number | Client Sample Number | Analysis Type(s) and Sample Type(s) |
|---|---|---|

JNJTALC001284339

Prudencio Pltfs' Ex. 1571 pg23

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 24 of 56

| AMA Sample Number | Client Sample Number | Analysis Type(s) and Sample Type(s) |
|---|---|---|
| 308006-6 | D-58 | PLM: ELAP 198.6 NOB<br>TEM: Bu k Upgrade |
| 308006-6A | D-58 | PLM: ELAP 198.6 NOB<br>TEM: Bu k Upgrade |
| 308006-6B | D-58 | PLM: ELAP 198.6 NOB<br>TEM: Bu k Upgrade |
| 308006-6C | D-58 | PLM: ELAP 198.6 NOB<br>TEM: Bu k Upgrade |
| ▮ (b) (4) ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |

JNJTALC001284340

Prudencio Pltfs' Ex. 1571 pg24



**Special Instructions:**

Use FDA Protocols. Samples are in Asbestos Sample Lock Box (See (b) (6)            for Key). ALL PLM & TEM Analysts: Please record the date & amount of time spent analyzing each sample in the comments section of the bench sheet. Please save all pictures, graphs, etc. to L:\Case Narratives\FDA Project\308006

JNJTALC001284341

Prudencio Pltfs' Ex. 1571 pg25

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 26 of 56

9/30/2019 by ▮▮ : Client requested that we analyze a 4th aliquot for sample 308006 6/D58; this was added as 308006 6C

10/1/2019 by ▮▮ : Client requested that we cancel their request to analyze 308006 6C, Preparation was mostly complete by the time we received the cancellation notice, but no analysis was performed.

JNJTALC001284342

Prudencio Pltfs' Ex. 1571 pg26

Case 2:23-02895-MBK Doc 234895 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibit to Satter Catterday Declar RART 2 Page 49 of 100

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 27 of 56

Daily Calibrations for PLM Scope # ___2___     Date: 9 /12 / 19
                                              Analyst Initials: **(b)(6)**

Cleaning:
Oculars ✓  Objectives ✓  Field Lens ✓  Mechanical Stage ✓  Main Body ✓
Alignment:
  ✓ Kohler Illumination (or as close to it as scope allows)
  ✓ Polarizer & Analyzer at 90 degrees to one another
  ✓ Polarizer & Analyzer aligned with reticule cross hairs
  ✓ Axis of rotation of stage centered in field of view
  ✓ Central stop of the D.S. objective aligned with condenser aperture
Refractive Index Colors of Permanent 1,680 Amosite:
440 Parallel wavelength          660 Perpendicular wavelength

Comments/other procedures performed:


Daily Calibrations for PLM Scope # ___2___     Date: 9 /13/ 19
                                              Analyst Initials: 

Cleaning:
Oculars ✓  Objectives ✓  Field Lens ✓  Mechanical Stage ✓  Main Body ✓
Alignment:
  ✓ Kohler Illumination (or as close to it as scope allows)
  ✓ Polarizer & Analyzer at 90 degrees to one another
  ✓ Polarizer & Analyzer aligned with reticule cross hairs
  ✓ Axis of rotation of stage centered in field of view
  ✓ Central stop of the D.S. objective aligned with condenser aperture
Refractive Index Colors of Permanent 1,680 Amosite:
440 Parallel wavelength          66 Perpendicular wavelength

Comments/other procedures performed:


Daily Calibrations for PLM Scope # ___2___     Date: 9 /16/ 19
                                              Analyst Initials: **(b)(6)**

Cleaning:
Oculars ✓  Objectives ✓  Field Lens ✓  Mech nical Stage ✓  Main Body ✓
Alignment:
  ✓ Kohler Illumination (or as close to it as scope allows)
  ✓ Polarizer & Analyzer at 90 degrees to one another
  ✓ Polarizer & Analyzer aligned with reticule cross hairs
  ✓ Axis of rotation of stage centered in field of view
  ✓ Central stop of the D.S. objective aligned with condenser aperture
Refractive Index Colors of Permanent 1,680 Amosite:
440 Parallel wavelength          660 Perpendicular wavelength

Comments/other procedures performed:


Revision P, Issued 12/16/10; approved: PC
Directory: L/Joe/Daily microscope log sheets

JNJTALC001284343

Prudencio Pltfs' Ex. 1571 pg27

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 28 of 56

REFRACTIVE INDEX OIL CALIBRATION

| DATE | ANALYST | RI OIL | BOTTLE ID | LAB ID | RI BEAD | TEMP (Deg. C) | Dispersion Staining Color/ Becke Line Observations | Matching Wavelength | Measured R.I. |
|------|---------|--------|-----------|--------|---------|---------------|-------------------------------------------------|---------------------|---------------|
| 9-3-19 | (b) (6) | 1.550 | 1.550X3 | | 1.55 | 25° | Red, Blue, Margenta | 580 | 1.5505 |
| " | | 1.685 | 1.680X? | | 1.68 | " | Blue, Green | 620 | 1.6816 |
| " | | 1.605 | 1.605X3 | | 1.60 | " | Blue, Light Green | 660 | 1.6041 |
| " | | 1.625 | 1.625X3 | | 1.62 | " | Blue, Margenta | 560 | — |
| " | | 1.700 | 1.700X3 | | 1.70 | " | Blue, Green, Margenta | 580 | — |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Revision 2, February 19, 2007

JNJTALC001284344
Prudencio Pltfs' Ex. 1571 pg28

Case 2:30-2895-MBK Doc 234895 Filed 05/04/22 Entered 05/04/22 20:30:20 Desc
Exhibit Exhibits Batched Voluntary Declaration PART 2 Page 51 of 100

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 29 of 56

## DAILY TEM CALIBRATION LOG

Every analyst should confirm alignment prior to analyzing samples.
X-ray analyzer must be calibrated prior to each day's use.
Dewar for x-ray detector is to be filled each Tuesday and Friday.

Note: Please enter code letters in Type Column
Type of Analysis:
Routine Analysis   A
Quality Control   QC
Training   T
Research   R
Other (Explain)   O

| DATE | NAME | SYSTEM/ ALIGN. CHECK | ACTUAL "BEAM TIME" USED | | | TOTAL # SAMPLES | TYPE | BDXA CAL. (AL/CU) | DEWAR LN2 (INIT) |
|------|------|------|------|------|------|------|------|------|------|
| | | | ON | OFF | TOTAL MINUTES | | | | |
| 9/3/19 | | ON | | | | | | | |
| 9/4/19 | | on | Filament | Changed | | | | | |
| 9/5/19 | | ON | | | | | | | CuOK |
| 9/6/19 | | ok | 0900 | | | 12 | A | | |
| 9/7/19 | | ok | 1280 | | | 17 | A | | |
| 9/8/19 | | ON | | | | | | | |
| 9/9/19 | | OK | | | | | | | |
| 9/10/19 | | ON | | | | | | | |
| 9/10/19 | | On | | | | | | | |
| 9/12/19 | | OK | | | | | | | |

Version 2-1:9/90

Revision 0, Word Oct. 2004   

# Chain Of Custody #308006

**+ Add CoC**

General      Samples      Documents      QC Results

## QC Samples

| Date Analyzed | Sample Number | Original PLM Analyst | Original PLM Result | PLM QC Result | PLM QC Analyst | PLM R Value | Original TEM Analyst | Original TEM Result | TEM QC Result | TEM QC Analyst | TEM R Value | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/09/2019 | 308006-16RQC | (b) (6) | 0.00 | | SW | 0.00 | MG | 0.00 | 0.00 | CD | 0.00 | Analysis 9/18/19 |
| 09/09/2019 | 308006-17RQC | | 0.00 | | SW | 0.00 | MG | 0.00 | 0.00 | CD | 0.00 | Analysis: 9/18/19 |

## Reference Samples

| Sample Number | Tile # | Analyst | Asbestos Type | Percent Asbestos | Result | Created Date | Comments |
|---|---|---|---|---|---|---|---|
| Talc Ref | Talc Ref 10% | (b) (6) | Chrysotile | 10.00 | Pass | 09/18/2019 | |

## Blanks

| Blank Number | Date | | Asbestos Percentage | Asbestos Type | Comments |
|---|---|---|---|---|---|
| NB19-646 | 09/18/2019 | (b) (6) | 0.0 | | |
| NB19-645 | 09/18/2019 | | 0.0 | | |
| NB19-647 | 09/18/2019 | | 0.0 | | |

## PLM Error(s)

No Results

## TEM NOB Error(s)

No Results

JNJTALC001284346

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 31 of 56

**PLM QC Chart**

**QC Type:** Duplicate
**Analyst:** (b) (6)
**Dates Analyzed:** *01/01/2019 - 09/18/2019*



R = [Original Result] - [QC Result] / [Average]

4475 Forbes Blvd. · Lanham, MD, 20706 · (301) 459-2640 · Toll Free (800) 346-0961 · Fax (301) 459-2643

1/1

JNJTALC001284347

Prudencio Pltfs' Ex. 1571 pg31

## PLM QC Chart

**QC Type:** Replicate

**Analyst:** (b) (6)

**Dates Analyzed:** *01/01/2019 - 09/18/2019*



R = [Original Result] - [QC Result] / [Average]

JNJTALC001284348

Prudencio Pltfs' Ex. 1571 pg32

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 33 of 56

## NOB QC Chart

**QC Type:** Duplicate
**Analyst** (b) (6)
**Dates Analyzed:** *01/01/2019 - 09/18/2019*



R = [Or g na Resu t] - [QC Resu t] / [Average]

4475 Forbes Bvd. · Lanham, MD, 20706 · (301) 459 2640 · To Free (800) 346 0961 · Fax (301) 459 2643                 1/1

JNJTALC001284349

Prudencio Pltfs' Ex. 1571 pg33

## NOB QC Chart

**QC Type:** Replicate
**Analyst:** (b) (6)
**Dates Analyzed:** *01/01/2019 - 09/18/2019*



R = [Original Result] - [QC Result] / [Average]

JNJTALC001284350
Prudencio Pltfs' Ex. 1571 pg34

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 35 of 56

### NOB QC Chart

**QC Type:** Duplicate
**Analyst:** (b) (6)
**Dates Analyzed:** *01/01/2019 - 09/18/2019*



R = [Or g na  Resu t] - [QC Resu t] / [Average]

JNJTALC001284351

Prudencio Pltfs' Ex. 1571 pg35

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 36 of 56

## NOB QC Chart

**QC Type:** Replicate
**Analyst:** (b) (6)
**Dates Analyzed:** *01/01/2019 - 09/18/2019*



$$R = [Original\ Result] - [QC\ Result] / [Average]$$

JNJTALC001284352

Prudencio Pltfs' Ex. 1571 pg36

Case 22-30285-MBK Doc 23495 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibits Kalter Declaration PART 2 Page 59 of 100

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 37 of 56



**AMA Analytical Services, Inc.**
Focused On Results.

Gravimetric Reduction and Filtration Bench Sheet for Modified ELAP 198.4

Page 1 of 3

TEM Preparations

COC #: 308006
Client: USFDA

Date: 8/13/2019 & 9/30/19
Prep By: (b) (6)

Filter Type: 47 mm, 0.22 μm, MCE   EFA: 1047 mm²
Filtered By: (b) (6)   Lot #: R9CA03145   Date: see mag in 8/14/2019

| AMA Sample ID | Mass (g) Vial | Mass (g) Vial & Sample | Mass (g) Post Ash Vial & Sample | Mass (g) Filter & Petri Dish | Mass (g) Post Acid Wash Filter & Petri Dish | Mass (g) 100mL Jar w/ Lid | Mass (g) 100mL Jar w/ Lid & Sample Residue | Initial Volume (mL) | Volume Filtered (mL) | Serial Dilution Initial Volume (mL) | Serial Dilution Volume Filtered (mL) | Serial Dilution Final Volume (mL) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 308006-6 | 7.2520 | 7.6844 | 7.6833 | 6.0877 | 6.4902 | 19.6991 | 19.8935 | 100 | .2 | | | |
| -6A | 7.1474 | 7.6335 | 7.6324 | 6.0891 | 6.4791 | 19.7148 | 19.8949 | 100 | .2 | | | |
| -6B | 7.1687 | 7.6634 | 7.6622 | 6.0903 | 6.5285 | 19.8223 | 20.0189 | 100 | .2 | | | |

8/14/2019

9/30/2019

**AMA Analytical Services, Inc.**
Focused On Results.

**Gravimetric Reduction and Filtration Bench Sheet for Modified ELAP 198.4**

Page __2__ of __3__

**TEM Preparations**

COC #: 308006

Client: USFDA

Date: 8/13/19 + 9/30/19

Prep By: (b) (6) - WSW 10/9/19

Filter Type: 47 mm, 0.22 μm, MCE    EFA: 1047 mm²

Filtered By: (b) (6)    Lot #: R9CA03145 ; Date: See margin

| AMA Sample ID | Mass (g) Vial | Mass (g) Vial & Sample | Mass (g) Post Ash Vial & Sample | Mass (g) Filter & Petri Dish | Mass (g) Post Acid Wash Filter & Petri Dish | Mass (g) 100mL Jar w/ Lid | Mass (g) 100mL Jar w/ Lid & Sample Residue | Initial Volume (mL) | Volume Filtered (mL) | Serial Dilution Initial Volume (mL) | Serial Dilution Volume Filtered (mL) | Serial Dilution Final Volume (mL) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

(b) (4)

8/30/2019

9/5/2019

JNJTALC001284354

Prudencio Pltfs' Ex. 1571 pg38

AMA Analytical Services, Inc.
Focused On Results.

Gravimetric Reduction and Filtration Bench Sheet for Modified ELAP 198.4

Page **3** of **3**

TEM Preparations

COC #: 308006

Client: USFDA

Date: 9/13/19 → 9/30/19

Prep By (b) (6) → M2H 10/8/19

Filter Type: 47 mm, 0.22 μm, MCE     EFA: 1047 mm²

Filtered By: (b) (6)     Lot #: R9CA03145 ; Date: (M2H 10/8/19)

| AMA Sample ID | Gravimetric Reduction Weights | | | Filtration Weights | | | | Filtration Volumes | | | | |
| | Mass (g) Vial | Mass (g) Vial & Sample | Mass (g) Post Ash Vial & Sample | Mass (g) Filter & Petri Dish | Mass (g) Post Acid Wash Filter & Petri Dish | Mass (g) 100mL Jar w/ Lid | Mass (g) 100mL Jar w/ Lid & Sample Residue | Initial Volume [mL] | Volume Filtered [mL] | Serial Dilution Initial Volume [mL] | Serial Dilution Volume Filterd [mL] | Serial Dilution Final Volume [mL] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (b) (4) | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| NB19-645 | 7.2023 | 7.5055 | 7.5051 | 6.0260 | 6.2879 | 19.6999 | 19.8381 | 100 | .2 | | | = |
| NB19-646 | 7.1965 | 7.4457 | 7.4452 | 6.0241 | 6.2595 | 19.8538 | 19.9748 | 100 | .2 | | | = |
| NB19-647 | 7.1488 | 7.5222 | 7.5218 | 6.0210 | 6.3629 | 19.8468 | 20.0132 | 100 | .2 | | | = |
| RB | | | | | | | | → | 10 % | | | = |
| 308006-66 9/30/19 | 7.1397 | 7.5613 | 7.5601 | 6.1753 | 6.5876 | 20.8765 | 21.0656 | 100 | .2 | | | = |
| NB19-699 | 7.2313 | 7.5347 | 7.5335 | 6.2610 | 6.5598 | 19.8215 | 18.9581 | 100 | .2 | | | = |
| | | | | | | | | | | | | = |

9/5/2019

10/8/19

Revision 5, Issued April 2018, DMB

**AMA Analytical Services, Inc.**
Focused On Results.

**Gravimetric Reduction Bench Sheet**
**Modified ELAP 198.6**

**PLM Preparations**

Page __1__ of __2__

COC #: __308006__     Date: __8/13/2019__

Client: __USFDA__     Prep By: (b) (6)

| AMA Sample ID | Mass (g) Vial | Mass (g) Vial & Sample | Mass (g) Post Ash Vial & Sample | Mass (g) Filter & Petri Dish | Mass (g) Post Acid Wash Filter & Petri Dish |
|---|---|---|---|---|---|
| (b) (4) | | | | | |
| 308006 - '6 | 7.1829 | 7.6946 | 7.6932 | 6.2233 | 6.6973 |
| —6A | 7.1097 | 7.5536 | 7.5526 | 6.1705 | 6.5757 |
| —6B | 7.2309 | 7.7182 | 7.7167 | 6.2312 | 6.6900 |
| (b) (4) | | | | | |

8/9/2019 = TEM Diffraction Date - BM BAM

8/30/2019 = TEM Diffraction Date BM BAM

Revision 1, Issued April 2019, DRH

JNJTALC001284356

Prudencio Pltfs' Ex. 1571 pg40

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 41 of 56

## AMA Analytical Services, Inc.
### Focused On Results.

**Gravimetric Reduction Bench Sheet**
**Modified ELAP 198.6**

**PLM Preparations**

Page 2 of 2

COC #: 308006

Date: 8/3/2019 — (b) (6) 10/5/19

Client: USFDA

Prep By: (b) (6) — (b) (6) 10/5/19

| AMA Sample ID | Mass (g) Vial | Mass (g) Vial & Sample | Mass (g) Post Ash Vial & Sample | Mass (g) Filter & Petri Dish | Mass (g) Post Acid Wash Filter & Petri Dish |
|---|---|---|---|---|---|
| (b) (4) | | | | | |
| NB19- 645 | 7.2023 | 7.5055 | 7.5051 | 6.0260 | 6.2879 |
| NB19- 646 | 7.1965 | 7.4457 | 7.4452 | 6.0241 | 6.2595 |
| NB19- 647 | 7.1488 | 7.5222 | 7.5218 | 6.0210 | 6.3629 |
| RB | | | | | 10 % |

Revision 1, Issued April 2019, LMM

JNJTALC001284357

Prudencio Pltfs' Ex. 1571 pg41

Edit Sample #308006-6 (D-58)

General   PLM-ELAP 198.6 NOB   TEM Bulk Insignia

| Initial Sample Weight | | Post Ash Weight | | Post Acid Treatment | |
|---|---|---|---|---|---|
| Vial Weight | 7.352 | Vial + Ashed Sample Weight | 7.9023 | Filter Tare | 0.0077 |
| Vial + Sample Weight | 7.8944 | Ashed Sample Weight | 0.421 | Gross Filter Weight | 0.4402 |
| Initial Sample Weight | 0.432 | | | Weight Positive | 0.462 |

| Visual Estimations | | Final Asbestos Percents | | Final Non-Asbestos % | |
|---|---|---|---|---|---|
| Estimated Asbestos PLM | 8.5 | Percent Asbestos PLM | NAD | Percent Organics | 0.25M |
| | | | | Percent Acid Soluble | 8.90 |
| | | | | Percent Other | 93.F85 |

Material Type: Powder   Color: White   Homogeneity: Homogeneous
Sample Type: White   Texture: Powdery

- Sample was not analyzed
- Fibrous
- Scanning Negative Option
- Stratified Point Count
- 400 Point Count

| Macro Asbestos % | | Macro Non-Asbestos % | | Macro Non-Fibrous % | |
|---|---|---|---|---|---|
| Chrysotile Percent | | Mineral Wool Percent | | Particulate | 100.0 |
| Amosite Percent | | Fiberglass | | Other Non-Fibrous | |
| Crocidolite Percent | | Organic | | | |
| Other Asbestos Percent | | Synthetic | | | |
| | | Other | | | |

Macrosample Comments

Temperature (°C): 36.5   Microscope #: 2

| Morphology | Color | Dispersion | Est. Avg | MBC 1 | MBC j | Refractve 1 | Ref Index 1 | Pres | Birefringence | Adsorbve Index UI | Mark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Add Row |

| Size 1 | | Size 2 | | Size 3 | | Size 4 | | Size 5 | | Size 6 | | Size 7 | | Size 8 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vert. | Fiber 1 | Vert. | Fiber 1 | Vert. | Fiber 1 | Vert. | Fiber 1 | Vert. | Fiber 1 | Vert. | Fiber 1 | Vert. | Fiber 1 | Vert. | Fiber 1 | Add Row |

| Asbestos Points | | | |
|---|---|---|---|
| Chrysotile Points | | Pending | Trace Data did not incpoints |
| Amosite Points | | Pending | Trace Data did not incpoints |
| Crocidolite Points | | Pending | Trace Data did not incpoints |
| Other Asbestos Points | | Pending | Trace Data did not incpoints |
| Total Asbestos Points | Pending | NAD | ≤ 0.38% |
| Total Points | Pending | | |

| Non-Asbestos Fiber Percentages | | Non-Fibrous Percentages | |
|---|---|---|---|
| Mineral Wool + Fiberglass Combined | | Particulate | 100.0 |
| Organic | | Other Non-Fibrous | |
| Synthetic | | | Recommend TEM |
| Other | | | Recommend Matrix Reduction |

Microscopic Comments

Report Comments

- Exempt Record During Review

JNJTALC001284358

Prudencio Pltfs' Ex. 1571 pg42

## Edit Sample #308006-6 {D-58}

General   PLM: ELAP 198.6 NOB   TEM: Bulk Upgrade

### Initial Sample Weight
| | |
|---|---|
| Vial Weight | 7.252 |
| Vial + Sample Weight | 7.6844 |
| Initial Sample Weight | 0.432 |

### Post Ash Weight
| | |
|---|---|
| Vial + Ashed Sample Weight | 7.6533 |
| Ashed Sample Weight | 0.431 |

### Post Acid Treatment
| | |
|---|---|
| Filter Tare | 6.0877 |
| Gross Filter Weight | 6.4902 |
| Weight Residue | 0.402 |

### Visual Estimations
| | |
|---|---|
| Estimated Asbestos PLM | 0.0 |
| Estimated Asbestos TEM | 0.0 |

### Final Asbestos Percents
| | |
|---|---|
| Percent Asbestos PLM | NAD |
| Percent Asbestos TEM | NAD |

### Final Non-Asbestos %
| | |
|---|---|
| Percent Organics | 0.254 |
| Percent Acid Soluble | 6.65 |
| Percent Other | 93.085 |

Sample Type: Whole   Material Type:   Sample Color:

Grid Box: A19-433   Row and Slots: 1ab   Microscope #: 1

Working Mag. High (K): 15   Working Mag. Low (K):   Accelerating Voltage (KV): 100

Sample was not analyzed

### Structure Chrystallographic and Photographic Data
| Structure # | SAED | Elements | Mag # | Camera Length / Mag. | Ident. |
|---|---|---|---|---|---|
| 5 | Hex | Mg,Si, Talc Fiber | 10 | | |
| 4 | Neg | Mg,Si- Talc Ribbon | 5.8 | | |
| 3 | Hex | Mg,Si, Talc Fiber | 14 | | |
| 2 | Hex | Mg,Al,Si,Fe- Mica F | 7.2 | | |
| 1 | Hex | Mg Si- Talc Particle | 5.8 | | |

Grid #1 Estimated Asbestos: 0.0   Grid #2 Estimated Asbestos: 0.0   Estimated Asbestos %: 0.0%

### Analyst Comments
1 orientation - 250, 115
Grid A analyzed 9/3/19, Grid B analyzed 9/4/19.
Analytical time = 1.5hrs.

### Report Comments

Error(s) Found During Review

JNJTALC001284359
Prudencio Pltfs' Ex. 1571 pg43

Edit Sample #308006-6A (D-56)

General    PLM/ELAP 198.6 NOB    TEM Bulk Upgrade

**Initial Sample Weight**

| | |
|---|---|
| Vial Weight | 7.1474 |
| Vial + Sample Weight | 7.6035 |
| Initial Sample Weight | 0.446 |

**Post Ash Weight**

| | |
|---|---|
| Vial + Ashed Sample Weight | 7.6326 |
| Ashed Sample Weight | 0.481 |

**Post Acid Treatment**

| | |
|---|---|
| Filter Tare | 8.8887 |
| Gross Filter Weight | 8.4791 |
| Weight Positive | 0.249 |

**Visual Estimations**

| | |
|---|---|
| Estimated Asbestos PLM | 0.0 |

**Final Asbestos Percents**

| | |
|---|---|
| Percent Asbestos PLM | NAD |

**Final Non-Asbestos %**

| | |
|---|---|
| Percent Organics | 0.235 |
| Percent Acid Soluble | 19.543 |
| Percent Other | 80.222 |

| Material Type | Color | Homogeneity |
|---|---|---|
| Powder | White | Homogeneous |

| Sample Type | Texture | |
|---|---|---|
| Whole | Powdery | |

☐ Sample was not analyzed
☐ Fibrous
☒ Scanning Negative Option
☐ Stratified Point Count
☒ 400 Point Count

**Macro Asbestos %**

| | |
|---|---|
| Chrysotile Percent | |
| Amosite Percent | |
| Crocidolite Percent | |
| Other Asbestos Percent | |

**Macro Non-Asbestos %**

| | |
|---|---|
| Mineral Wool Percent | |
| Fibreglass | |
| Organic | |
| Synthetic | |
| Other | |

**Macro Non-Fibrous %**

| | |
|---|---|
| Particulate | 100.0 |
| Other Non-Fibrous | |

**Macroscopic Comments**

**Temperature (°C)**: 36.6    **Microscope #**: 2

| Morphology | Color | Completion | Ext. Ang. | MIE I | MIE J | Refractive I | Ref. Index J | Pleo | Birefringence | Refractive Index (V) | Identification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Add Row |

| Size I | | Size II | | Size III | | Size IV | | Size V | | Size VI | | Size VII | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Start | Fiber I | Start | Fiber II | Start | Fiber III | Start | Fiber IV | Start | Fiber V | Start | Fiber VI | Start | Fiber VII | Add Row |

**Asbestos Points**

| | | |
|---|---|---|
| Chrysotile Points | Pending | ☐ Trace Data but not in points |
| Amosite Points | Pending | ☐ Trace Data but not in points |
| Crocidolite Points | Pending | ☐ Trace Data but not in points |
| Other Asbestos Points | Pending | ☐ Trace Data but not in points |
| Total Asbestos Points | Pending | NAD  ☐ < 0.39% |
| Total Points | Pending | |

**Non-Asbestos Fiber Percentages**

| | |
|---|---|
| Mineral Wool + Fiberglass Combined | |
| Organic | |
| Synthetic | |
| Other | |

**Non-Fibrous Percentages**

| | |
|---|---|
| Particulate | 100.0 |
| Other Non-Fibrous | |

☐ Recommend TEM
☒ Recommend Matrix Reduction

**Microscopic Comments**

**Report Comments**

☐ Sample(s) Found During Review

JNJTALC001284360

Case 2:23-cv-02895-MBK Doc 234-95 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibits Katten Satterberg Declaration PART 2 Page 46 of 65 Page 67 of 100

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 45 of 56

## Edit Sample #308006-6A (O-58) ⓛ

General     PLM: ELAP 198.6 NOB     TEM: Bulk Upgrade

### Initial Sample Weight

| | |
|---|---|
| Vial Weight | 7.1474 |
| Vial + Sample Weight | 7.6335 |
| Initial Sample Weight | 0.486 |

### Post Ash Weight

| | |
|---|---|
| Vial + Ashed Sample Weight | 7.6324 |
| Ashed Sample Weight | 0.485 |

### Post Acid Treatment ❶

| | |
|---|---|
| Filter Tare | 6.0891 |
| Gross Filter Weight | 6.4791 |
| Weight Residue | 0.390 |

### Visual Estimations

| | |
|---|---|
| Estimated Asbestos PLM | 0.0 |
| Estimated Asbestos TEM | 0.01 |

### Final Asbestos Percents

| | |
|---|---|
| Percent Asbestos PLM | NAD |
| Percent Asbestos TEM | 0.008 |

### Final Non-Asbestos %

| | |
|---|---|
| Percent Organics | 0.226 |
| Percent Acid Soluble | 19.543 |
| Percent Other | 80.222 |

| Sample Type | Material Type | Sample Color |
|---|---|---|
| Whole ▼ | ▼ | ▼ |

| Grid Box | Row and Slots | Microscope # |
|---|---|---|
| a19-433 | 2ab | 1 |

| Working Mag. High (K) | Working Mag. Low (K) | Accelerating Voltage (KV) |
|---|---|---|
| 15 | | 100 |

☐ Sample was not analyzed

### Structure Chrystallographic and Photographic Data

| Structure # | SAED | Elements | Mag. # | Camera Length / Mag. | Ident. | |
|---|---|---|---|---|---|---|
| 5 | hex | | | | | ▼ ✖ |
| 4 | uto (0.4x0.05) Grib | uto | 101 | 5.8 | Chrysotile | ▼ ✖ |
| 3 | pos (1.75x0.06) Gri | Si Mg | 100 | 0.22/5.8 | Chrysotile | ▼ ✖ |
| 2 | neg | | | | | ▼ ✖ |
| 1 | hex | | | | | ▼ ✖ |

Add Row

| Grid #1 Estimated Asbestos | Grid #2 Estimated Asbestos | Estimated Asbestos % |
|---|---|---|
| 0.01 | 0.01 | 0.01% |

### Analyst Comments

Analysis: 9/7/19, time = 1hr 10 mins
F Orientation: 285,40

### Report Comments

☐ Error(s) Found During Review

JNJTALC001284361

Prudencio Pltfs' Ex. 1571 pg45

Case 23-12825-MBK Doc 1495 Filed 05/04/23 Entered 05/04/23 08:09:20 Desc
Exhibit Exhibit Bito Satterley Declaration PART 2 Page 47 of 100

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 46 of 56

## AMA Analytical Services, Inc.
Focused On Results.

**Fiber Count Sheet for Transmission Electron Microscopy**

Page _1_ of _1_

Date: 09/07/19   Client ID: D-58   Filter Size/Type/Porosity 47mm MCE 0.22 μm

Client: FDA   COC #: 308006   AMA ID #: 308006-6A

Analyst: (b)(6)   Working Mag: 15   K Accel Voltage: 100 kV   Orientation of Letter F: F, F

Grid Box #: A19-433   Grid Acceptable: (Y) N   Volume Filtered: 0.2 mL

Signed:   Row #: 2   Grid: A / B /   Grid Openings to Observe: 20

Method: Mod. NY ELAP 198.4 (FDA Procedures)

| Grid Opening # Location | Structure # | Length & Width (in microns) | | SAED # Rows | Mineral Type | Elements ID'd (if left blank, no measurable EDS) | Fiber Neg # (Blab blank, no photo was taken) | SAED Neg # (if left blank, no photo was taken) | Magnification or Camera Length (if left blank, no photo was taken) | |
|---|---|---|---|---|---|---|---|---|---|---|
| C2 B | 1 | 1.75 | 0.06 | pos | Chrysotile | Si, Mg | 101 | 100 | 5.8 | K cm |
| C2 B | 2 | 0.4 | 0.05 | uto | Chrysotile | | 101 | | 5.8 | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |
| | | | | | | | | | | K cm |

Legend:   NSD = No Structures Detected   UTO – Unable to Obtain   □ = 1st Grid   ☒ = 2nd Grid

# of Structures Counted: 2

Mineral Type: Chrysotile = 2

Total # of Grid Openings Observed: 20 = 0.280 mm²

Mineral Type: _____ = _____

Mean Grid Opening Area: 0.0 140 mm²   Notes: Structure #2 determined to be Chrysotile asbestos based on monphology (tubular)

Mineral Type: _____ = _____

Mineral Type: _____ = _____

EM Serial #: S/N 156120-35   chemistry was uto due to the size of the fibers' surrounding particulate.

Revision 5, Issued April 2019 by DWH

JNJTALC001284362

JNJTALC001284363

Prudencio Pltfs' Ex. 1571 pg47

## Edit Sample #308006-6B (D-58) ⓑ

General   PLM: ELAP 198.6 NOB   TEM: Sub Upgrade

**Initial Sample Weight**

| | |
|---|---|
| Vial Weight | 7.1687 |
| Vial + Sample Weight | 7.6634 |
| Initial Sample Weight | 0.495 |

**Post Ash Weight**

| | |
|---|---|
| Vial + Ashed Sample Weight | 7.6622 |
| Ashed Sample Weight | 0.494 |

**Post Acid Treatment** ⓘ

| | |
|---|---|
| Filter Tare | 6.0903 |
| Gross Filter Weight | 6.5285 |
| Weight Residue | 0.439 |

**Visual Estimations**

| | |
|---|---|
| Estimated Asbestos PLM | 0.0 |
| Estimated Asbestos TEM | 0.01 |

**Final Asbestos Percents**

| | |
|---|---|
| Percent Asbestos PLM | NAD |
| Percent Asbestos TEM | 0.009 |

**Final Non-Asbestos %**

| | |
|---|---|
| Percent Organics | 0.243 |
| Percent Acid Soluble | 11.179 |
| Percent Other | 88.57 |

**Sample Type**
Whole

**Material Type**

**Sample Color**

**Grid Box**
A19-433

**Row and Slots**
3ab

**Microscope #**
1

**Working Mag. High (K)**
15

**Working Mag. Low (K)**

**Accelerating Voltage (KV)**
100

☐ Sample was not analyzed

### Structure Chrystallographic and Photographic Data

| Structure # | SAED | Elements | Mag. # | Camera Length / Mag. | Ident. | |
|---|---|---|---|---|---|---|
| 5 | hex | | | | ▾ | ✕ |
| 4 | neg | | | | ▾ | ✕ |
| 3 | hex | | | | ▾ | ✕ |
| 2 | pos (1.0x0.05, Matr | Si Mg Al | 104 | 0.22/10000 | Chrysotile ▾ | ✕ |
| 1 | pos (1.6x0.05, Clus | Si Mg | 102 | 0.22/7800 | Chrysotile ▾ | ✕ |

Add Row

| Grid #1 Estimated Asbestos | Grid #2 Estimated Asbestos | Estimated Asbestos % |
|---|---|---|
| 0.01 | 0.01 | 0.01% |

**Analyst Comments**

Analysis: 09/07/2019, Time = 1hr 16 mins
F Orientation: 120, 290
Al peak on the chrysotile matrix is likely from the

**Report Comments**

☐ Error(s) Found During Review

JNJTALC001284364

Prudencio Pltfs' Ex. 1571 pg48

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 49 of 56

## AMA Analytical Services, Inc.
Focused On Results.

### Fiber Count Sheet for Transmission Electron Microscopy

Page 1 of 1

Date: 09/07/19  Client ID: D-58  Filter Size/Type/Porosity 47mm MCE 0.22 μm

Client: FDA  COC #: 308006  AMA ID #: 308006-6B

Analyst (b) (6)  Working Mag: 15  K Accel Voltage: 100 kV  Orientation of Letter F: ⟍, √

Grid Box #: A19-433  Grid Acceptable: (Y) N  Volume Filtered: 0.2 mL

Signed  Row #: 3  Grid: A / 8 /  Grid Openings to Observe: 20

Method:  Mod. NY ELAP 198.4 (FDA Procedures)

| Grid Opening & Location | Structure # | Length & Width (in microns) | | SAED # Rows | Mineral Type | Elements ID'd (fib/l/bd/fib/o simnmm/EM) | Fiber Neg # (fib fib/bd, or photo w/ch/l/m) | SAED Neg # (if SAED/l/m, or photo neg/of/m) | Magnification or Camera Length (if fib/bd/SAED, & SAED/l/m/gross/taken) | |
|---|---|---|---|---|---|---|---|---|---|---|
| I8 B | 1a | 1.6 | 0.05 | pos | Chrysotile | Si, Mg | 103 | 102 | 7.2 K | cm |
| I8 B | 1b | 1.1 | 0.05 | pos | Chrysotile | Si, Mg | 103 | 102 | 7.2 K | cm |
| I8 B | 1c | 0.75 | 0.04 | pos | Chrysotile | Si, Mg | 103 | 102 | 7.2 K | cm |
| E3 A | 2 | 1.0 | 0.05 | pos | Chrysotile | Si, Mg, Al | 105 | 104 | 10 K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |

Legend:  NSD = No Structures Detected  UTO = Unable to Obtain  ☐ = 1st Grid  ☒ = 2nd Grid

# of Structures Counted: 4

| | Total | | |
|---|---|---|---|
| Mineral Type: Chrysotile | = | 4 | |
| Mineral Type: | = | | |
| Mineral Type: | = | | |
| Mineral Type: | = | | |

Total # of Grid Openings Observed: 20  = 0.280 mm²

Mean Grid Opening Area: 0.0 140 mm²  Notes:

EM Serial #: SA/ 156120-35

Notes: A peak w likely from the surrounding particulate on Structure #2

JNJTALC001284365

Prudencio Pltfs' Ex. 1571 pg49

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 50 of 56



**Edit TEM NOB Blank Result**

**Blank Number**

NB19-645

**Analyst**

(b) (6)

**Date Analyzed**

09-18-2019

**Percent Asbestos**

0.0

**Asbestos Type**

**Comments**

Save Changes

JNJTALC001284366

Prudencio Pltfs' Ex. 1571 pg50

Case 3:23-cv-02825-MBK Doc 234-85 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibit 28 to Satterley Declaration PART 2 Page 52 of 100

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 51 of 56



**Edit TEM NOB Blank Result**

**Blank Number**

NB19-646

**Analyst**

(b) (6)

**Date Analyzed**

09-18-2019

**Percent Asbestos**

0.0

**Asbestos Type**

**Comments**

Save Changes

JNJTALC001284367

Prudencio Pltfs' Ex. 1571 pg51

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 52 of 56



**Edit TEM NOB Blank Result**

**Blank Number**

NB19-647

**Analyst**

(b) (6)

**Date Analyzed**

09-18-2019

**Percent Asbestos**

0.0

**Asbestos Type**

**Comments**

Save Changes

JNJTALC001284368

Prudencio Pltfs' Ex. 1571 pg52

### Edit NOB Reference Sample Result

**Sample Number**

Talc Ref

**Analyst**

Christopher C ▾

**Reference Sample Tile #**

Talc Ref 10% ▾

| Reference Value | Asbestos Type | Lower Limit | Upper Limit |
|---|---|---|---|
| 10 | Chrysotile | 5 | 25 |

| | | | | | |
|---|---|---|---|---|---|
| Vial Weight | 0.0 | Post Acid Weight | 1.0 | Asbestos Type | Chrysotile ▾ |
| Vial and Sample Weight | 1.0 | Filter Tare | 0.0 | Estimated Asbestos | 10.0 |
| Vial and Ashed Sample Weight | 1.0 | Ashed Weight | 1 | Percent Asbestos | 10 |
| Initial Sample Weight | 1 | Residue Weight | 1 | Result | Pass |

**Comments**

[ Save Changes ]

JNJTALC001284369

Prudencio Pltfs' Ex. 1571 pg53

## AMA Analytical Services, Inc.
## Laboratory Blank Log



| Blank ID # | Initials | Prep Date | Chain of Custody # | AMA or Client Sample Numbers | Analysis Date | Asbestos Conc. | Client Name | Archive Box # |
|---|---|---|---|---|---|---|---|---|
| EB- 54140 | (b) (6) | 8/30/19 | | | | | | |
| EB- 54141 | | 8/30/19 | | | | | | |
| EB- 54142 | | 8/30/19 | | | | | | |
| EB- 54143 | | '' | | | | | | |
| EB- 54144 | | '' | | | | | | |
| EB- 54145 | | 8/30/19 | | | | | | |
| EB- 54146 | | '' | | | | | | |
| EB- 54147 | | '' | | | | | | |
| EB- 54148 | | '' | | | | | | |
| EB- 54149 | | 9/1/19 | | | | | | |
| EB- 54150 | | 9/3/19 | | | | | | |
| EB- 54151 | | '' | | | | | | |
| EB- 54152 | | '' | | | | | | |
| EB- 54153 | | '' | | | | | | |
| EB- 54154 | | '' | | | | | | |
| EB- 54155 | | '' | 308006 | 308006 (6, 6A, 6B) | (b) (4) | | USFDA | |
| EB- 54156 | | '' | (b) (4) | | | | USFDA | |
| EB- 54157 | | '' | | | | | USFDA | |
| EB- 54158 | | 9/4/19 | | | | | | |
| EB- 54159 | | '' | | | | | | |
| EB- 54160 | | '' | | | | | | |
| EB- 54161 | | '' | | | | | | |

Ver:1-3 (4/91)

Revision 0, Issued Oct 2004

Case 2:23-08825-MBK Doc 234-95 Filed 05/04/22 Entered 05/04/22 08:39:20 Desc
Exhibit Exhibit 23 Site Satterley Declaration PART 2 Page 56 of 100

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 55 of 56

**Edit Air Blank Result**

Blank Number

54155

Analyst

(b) (6)

Date Analyzed

09-18-2019

Area Analyzed

0.07

Asbestos Structures

0

Asbestos Type

Result

< 14.286

Comments

Save Changes

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 56 of 56

*Chemistry from Chrysotile Structure pictured above*



*308006-6B, Chrysotile Structure 2*



JNJTALC001284372

Prudencio Pltfs' Ex. 1571 pg56

# Exhibit L

*Environmental Health Perspectives*
Vol. 94, pp. 225-230, 1991

# Amphibole Content of Cosmetic and Pharmaceutical Talcs

## by A. M. Blount[*]

Pharmaceutical and cosmetic-grade talcs were examined for asbestiform amphibole content using a new density-optical method. Talcs under the Food and Drug Administration are not regulated as to asbestos content; however, all talcs were well below the level mandated by the Occupational Safety and Health Administration for industrial talcs. Only one was found to contain an amphibole particle size distribution typical of asbestos.

## Introduction

In 1973 the Food and Drug Administration (FDA) proposed a regulation on the permissible asbestos content of talc ([1]). This regulation proposed to limit the amount of amphibole minerals to less than 0.1% and chrysotile to less than 0.01%. However, the optical microscopy method proposed was so complicated, lengthy, and subject to error that the proposed method was never finalized. Since then no final ruling has been issued.

The Occupational Safety and Health Administration, on the other hand, has been more rigorous and has instituted regulations despite the lack of methods to carry out the required measurements. One regulation, instituted in 1986, defines amphibole minerals as asbestos if the length to width ratio is 3:1 or greater. Because many nonfibrous cleavage fragments of amphibole minerals have a 3:1 aspect or greater and because there is no good evidence for adverse effects of these particles, a stay has been in affect on this part of the regulation ([2]). The second applicable regulation is the Hazard Communication Regulation ([3]), which applies to all chemicals used in the workplace. Specifically, it requires labeling of substances containing > 1% of a chemical hazardous to health and > 0.1% of a carcinogenic chemical.

Unfortunately, asbestos and amphiboles cannot be measured using currently developed methods to the level of 0.1% in the presence of talc. Some investigators have suggested that tremolite can be measured to that level by X-ray diffraction. But others have shown that the peak intensities vary between nonfibrous and fibrous tremolite ([4]) so that the 0.1% level of detection and measurement is doubtful except in cases where the sample has been spiked so that the exact nature of the tremolite is known. For anthophyllite there is little argument about the fact that detection cannot be made to 0.1%. However, the main problem with using X-ray diffraction for detection of amphibole minerals is that it gives no information about the shape of the particles, and shape is important in view of the uncertainity in the outcome of the asbestos regulation pertaining to nonfibrous amphiboles.

The talcs that are pharmaceutical grade fall under the domain of the FDA and are therefore nonregulated in regard to fibrous mineral content. In the course of developing a technique to facilitate quantification of amphiboles in talc ([5]), pharmaceutical and high-grade talcs were examined. They were found to have very low amphibole content and, because of this, were extensively used in examining the lower limit of detection of the new method. The purpose of this paper is to describe the results of analyses for content and shape of amphibole mineral fragments in cosmetic and pharmaceutical talc powders of the United States.

## Methods

The method proposed by the FDA in 1973 for analysis of talc was an optical procedure as described below ([1]):

> Weigh out 1 milligram of a representative portion of talc on each of two microscope slides. Mix the talc with a needle on one slide with a drop of 1.574 refractive index liquid, and then the other with 1.590 liquid, and place on each a square or rectangular cover glass sufficiently large so that the liquid will not run out from the edge (ca. 18 mm square) and will provide a uniform particle distribution. Fibers counted by this method should meet the following criteria: (i) Length to width ratio of 3 or greater (ii) length of 5 μm or greater (iii) width of 5 μm or less. Count and record the number of asbestos fibers in each 1 milligram as determined from a scan of both slides with a polarizing microscope at a magnification of approximately 400×. In the 1.574 refractive index liquid, chrysotile fibers with indices less than 1.574 in both extinction positions may be present: in the 1.590 refractive index liquid, the other five amphibole types of asbestos fibers with indices exceeding 1.590 in both extinction positions may be present. Check the extinction and sign of elongation for tentative identification. For specific identification of asbestos fibers, make additional mounts in appropriate refractive index liquids, and refer to the optical crystallographic data in the table. A count of not more than 1000 amphibole types of asbestos and not more than 100 chrysotile asbestos fibers per milligram-slide constitutes the maximum limit for the presence of these asbestos fibers in talc. These limits assure a purity of at least 99.9 percent free of amphibole types of asbestos fibers and at least 99.99 percent free of chrysotile asbestos fibers.

The problem with the proposed method is that talc flakes are often oriented vertically or at a sufficient angle that they appear to be needles and thus must be tested for refractive index (Fig. 1). A typical number of such particles is five per field of view. This

[*]Geology Department, Rutgers University, Newark

# EXHIBIT L

JNJ 00024117

Prudencio Pltfs' Ex. 0822 pg

Exhibit his this exhibits relate to yesterday a three on a are related to N 1 2 a gauge onto 100

*A. M. BLOUNT*

The general procedure involves weighing about 60 mg sample into a microcentrifuge tube and adding heavy liquid of density 2.810. After these are mixed, the tube with sample is placed in a vacuum for 3 min to remove the small bubbles adhering to the particles. After centrifuging the sample for 10 min at 7000 rpm, the heavy particles are removed from the bottom of the tube with a micropipette.

The counting of particles can be done either on a membrane filter (Nuclepore, 1.0 μm pore size) which has been placed on a microscope slide or as particles directly on the glass slide. In the first case, the heavy liquid with sample is forced through a membrane filter followed by distilled water to clean out the heavy liquid. The filter is then placed on a glass slide while wet. When dry, 1.584 refractive index liquid is placed on the filter followed by a cover glass. The photographs shown in this paper are of particles on filters.

The second case, particles directly on the microscope slide, requires transferring the heavy particles and some of the heavy liquid to a second centrifuge tube. Distilled water is added and the sample centrifuged. The liquid is pipetted off and more distilled water added. This is repeated several times to clean out the heavy liquid. Finally, the particles with several drops of water are transferred to a glass microscope slide. The advantage of this procedure is that any refractive index liquid can be used, whereas, in the former case, the refractive index is constrained by having to match the index of the membrane filter (either 1.584 or 1.625). The 1.584 value is good for analyzing amphiboles in talc, but the centrifuge method described has application to other mineral combinations, such as talc-quartz. With other combinations, refractive indices other than the two exhibited by the membrane filter may be more appropriate.

The particles are counted in 20 FOV. Being concentrated from 60 mg or more of sample, one will see more amphiboles than in 100 FOV using the old method. The number of amphibole particles per milligram (ppmg) is calculated:

$$\text{ppmg} = \text{amphibole particles/mg} =$$

$$\frac{(\text{number of amphibole counted/number FOV counted}) \times \text{total number FOV}}{(\text{efficiency}) \times (\text{number of mg of sample})}$$

Efficiency of the spin-down is determined experimentally. For more details of the method see Blount (5).

Figure 3 illustrates the results obtained when testing the method using known mixtures. Because it is difficult to measure and mix in very small weights of amphibole, a sample containing 2% tremolite in talc was mixed with pure talc to make mixtures containing very low percentage values of tremolite. For example, sample A (Fig. 3) consisting of 0.06% tremolite was made by weighing 58.9 mg of pure talc with 1.7 mg of talc containing 2% tremolite (1.7 mg/60.6 mg × 2% = 0.06%). It is not necessary to make a homogeneous mixture since the entire sample was used in the experiment. Also, the talc containing amphibole was put in the tube second in order not to give the amphibole any "head-start" in sinking to the bottom.

The centrifuge method was also tested with a commercial talc. 100 FOV were counted in ten 1-mg samples according to the FDA procedure for amphibole. This was compared with 20 FOV counts on 60-mg centrifuge samples (Fig. 4). The agreement is quite good. The standard deviations were determined in two



FIGURE 1. Talc flakes in 1.584 refractive index liquid. Note that there are particles in this field that have aspect ratios greater than 3:1. Width of view 0.13 mm.

means that some 20,000 particles would need to be examined in a typical case. In additon, chlorite is often present and when on edge must be examined in two extinction positions. This is clearly beyond what could be expected of any sane microscopist for a routine analysis. Since no other procedure has been developed as an alternative, a compromise has been to count 100 fields of view (FOV). In this way one need only examine about 500 particles in detail.

Because 500 particles is still a lengthy process, a more rapid and equally accurate method has been developed based on concentrating the amphibole particles by density difference. Figure 2 illustrates that there is a distinct break in density ranges between talcs and amphiboles. A heavy liquid of intermediate density is used, either Klein's (cadmium borotungstate) or Clerici's (thallium formate-malonate) solution. Experimentation showed that a heavy liquid of density 2.810 gives good separation even though values given in the literature and shown in Figure 2 would suggest that the density should be slightly higher. Because the density difference between particles and liquid is small, to get separation in a reasonable length of time a microcentrifuge is used with tubes containing 1.5 mL liquid. The height of the liquid column is, in this case, about 10 mm.

FIGURE 2. Specific gravities of talc and amphibole (6).

Prudencio Pltfs' Ex. 0822 pg 2



FIGURE 3.  Percent tremolite in talc as determined by the centrifuge/optical method (shaded bars) compared with that actually present in experimental mixtures (black bars). The dashed part of the shaded bars indicates +2 SD (right arrow) or −2 SD (left arrow).



FIGURE 4.  Comparison of traditional (100 FOV) count with centrifuge/optical count of same talc. The three lower bars indicate the values in particles/mg obtained by the centrifuge/optical method for three 60-mg samples. The top bar is the average of ten 100 FOV (traditional method). The dashed part of all the bars is +2 SD.

ways: for the traditional method by calculating in the usual way from multiple analyses and for the centrifuge method by means of the Poisson distribution from single counts. Standard deviations are high for the centrifuge method because of the very few particles counted. These could be decreased by making a smaller count, but isnce the purpose of the study was to find a reasonably rapid method of monitoring amphibole content of talcs, larger counts were not generally made.

## Results

High-grade talc products from five deposits in Montana, three in Vermont, and one each in North Carolina and Alabama were examined using the centrifuge/optical method. In addition, four talcs from outside the U.S. but available in the U.S. market were included in this study. Talcs from other districts in the U.S. were examined, but these talcs had grades with less stringent requirements and are not included in this report.

Results of particle counts are shown in Table 1. The FDA has equated 0.1% with 1000 particles per milligram. In order for amphibole particle content to be less than 0.1%, 20 or less particles must be observed in 20 FOV (5). Since all were well below this

value, more extensive counts were not generally made.

It should be borne in mind that the 0.1% indicated is percent by count and not percent by weight or volume. The question of the validity of this relation has been considered (5). Briefly, the relation implies (1000 amphibole particles)/(1,000,000 total particles). Counts of total particles per milligram of talc have shown that 1 million particles per milligram of talc is a low value. Most show at least 2 to 3 times this number. The only exception was a baby powder with very large flakes which showed 0.4 to 0.8 million particles per milligram. It was not clear, however, whether this was a true value or due to the problem of counting where large, flakey particles could potentially hide other particles even in the most carefully prepared samples. Using 1000 particles/mg = 0.1% would, in most samples, give a percentage value on the high side and in this sense be a conservative answer.

The counts shown in Table 1 were made of regulatory fibers i.e., aspect ratio > 3:1. In some samples there were as many or more nonregulatory particles of amphibole as regulatory fibers. The shape of the amphibole varies greatly and seems to be highly characteristic of each deposit. In Table 1, the particles having aspect ratios less than 6:1 are designated cleavages and prismatic pieces. Those greater than 6:1 and less than 15:1 are labeled

JNJ 000241179

Prudencio Pltfs' Ex. 0822 pg 3

228                                                                                           *A. M. BLOUNT*

Table 1. Counts of regulatory fibers in processed talcs.

| Sample | Counts, particles/mg | SD | Particle shapes | Particles/FOV[a] |
|--------|--------|-----|-----------------|------------------|
| A | 38 | 25 | Cleavages | 3/100 |
| B | ND[b] | | | 0/20 |
| C | ND | | | 0/20 |
| D | < 25[c] | | Cleavages | 0/20 |
| E | ND | | | 0/20 |
| F | ND | | | 0/20 |
| G | ND | | | 0/20 |
| H | 17 | 17 | Cleavages and needles | 2/20 |
| I | 226 | 59 | Needles and fibers | 17/20[d] |
| | 283 | 100 | Needles and fibers | 8/20 |
| | 291 | 98 | Needles and fibers | 9/20 |
| | 341 | 108 | Needles and fibers | 10/20 |
| | 102 | 51 | Needles and fibers | 3/20 |
| J | 25 | 14 | Cleavages | 1/20 |
| | 27 | 27 | Cleavages | 3/20 |
| K | 25 | 25 | Cleavages | 1/20 |
| L | < 10[c] | | Needles | 0/20 |
| M | 39 | 21 | Cleavages and fibers | 4/20 |
| N | 25 | 17 | Prismatic pieces | 3/20 |
| O | ND | | | 0/20 |

[a]FOV, fields of view.
[b]ND, none detected.
[c]No particles seen during a 20 FOV count, but some particles could be seen during a random scan of the filter. Value shown is the lower limit of detection.
[d]Large sample used for this analysis (305 mg).

"needles." The remainder, which are greater than 15:1, are labeled "fibers." Whereas in many samples only a few particles were counted as shown in the right-hand column of Table 1, it should be remembered that even if only one particle was present in 20 FOV that about 300 were present on the slide. Because of the low interference by talc particles, these were seen so that it was easy to get a sense of the general particle shape.

The shape distribution of particles for several samples was determined. Figure 5 shows a photograph of a particle of tremolite in sample *I*. The particle is composed of fibrils. The length and width of 100 amphibole particles in this talc were measured. The resulting distribution of aspect ratios is shown in Figure 6. The results when compared with the aspect ratios determined for tremolite asbestos with SEM by Campbell et al. (7) show sample *I* has a distribution similar to asbestos. Sample *M* was analyzed in the same way (Figs. 6 and 7). The graph of aspect ratio verses percent is compared with Campbell's results for nonfibrous tremolite. The similarity of the curves indicates that the tremolite in this talc is of the nonfibrous type.

Because the fractions produced by centrifuge are not generally pure after a single spin-down, a sample containing a variety of particle shapes was tested to see if the aspect ratio distribution results become biased in favor of larger, chunky grains (low aspect ratio) over small, long grains (high aspect ratio). The sample used contained 6.5% tremolite, a sufficient quantity that the traditional optical method could be used to compare with the centifuged sample. The resulting aspect ratio distribution curves (Fig. 8) do not show significant differences. With the traditional method, 69% of the amphibole particles have an aspect ratio of 3:1 or greater, whereas for the centrifuged samples the value is 64%, a variation which is not significant. The differences shown for 5:1 and 10:1 are probably due to the limited number of particles measured, in this test 100 particles in each sample.

Despite the similarity of the curves, the mean length and mean width of the amphibole particles measured using the centrifuge method are greater than those obtained using the traditional method (Table 2). Analysis of size distribution indicates that the proportion larger than 15 $\mu$m is greater in the centrifuged sample. This difference in dimension distribution does not appear, however, to affect the aspect ratio distribution. Other investigators have found that as particles increase in length, the aspect ratio shifts to higher values (8,9). This applies to both asbestos and nonasbestiform amphiboles, so presumably the effect of centrifuging down longer particles would be to force the aspect ratio distribution peak to higher values.

## Discussion

The high-grade talc powders are uniformly low in amphibole content. Counts obtained were 0 to 341 particles/mg. Indeed, talc from some districts appears to be completely free of such minerals. In those containing amphibole minerals there are two distinct types: cleavage type and asbestos type. These two types show distinctly different aspect ratio distributions as demonstrated in Figure 6 (samples *I* and *M*). The aspect ratio difference probably accounts in a large part for the higher particle count per milligram of sample *I* compared with the others which show cleavage fragments. It is easy to see that the number of particles showing greater than 3:1 aspect ratio would be greater in the former case even if the total number of particles of amphibole were equal. This observation reinforces the original decision to count particles visually rather than attempting to use X-ray diffraction. It is not wise to try to convert information on dimensions to percent by weight or volume because a few very large particles can drastically affect the resulting value. Campbell et al. (8) discuss this in some detail.



FIGURE 5. Particle of amphibole in centrifuged sample *I*. Width of view 0.07 mm and 1.584 refractive index liquid. Particle is on a membrane filter.

Prudencio Pltfs' Ex. 0822 pg 4

%
40
30
20
10
3:1
5:1
10:1
20:1
Talc I
Tremolite asbestos
%
80
70
60
50
40
30
20
10
3:1
5:1
10:1
20:1
30:1
Talc M
Tremolite

FIGURE 6. Percent amphiboles in each aspect ratio group for talc sample *I* (left) and *M* (right) compared with tremolite asbestos (*7*) and tremolite (nonasbestiform) (*7*).

FIGURE 7. Particle of amphibole in centrifuged sample *M*. Width of view 0.07 mm and 1.584 refractive index liquid. Particle is on a membrane filter.

%
60
50
40
30
20
10
3:1
5:1
10:1
20:1

FIGURE 8. Percent amphiboles in each aspect group for a sample handled in two ways: solid line shows results using traditional method and dashed line shows results using centrifuge method. Dimensions of 100 particles measured for each curve.

**Table 2. Summary of size and aspect ratio data used to construct Figure 8.**

| | Size, % | | |
|---|---|---|---|
| Method | 5–10 μm | 10–15 μm | ≥ 15 μm |
| Traditional | 57 | 26 | 16 |
| Centrifuge | 33 | 27 | 38 |
| | Mean length, μm | Mean width, μm | Mean aspect ratio, μm |
| Traditional | 12.5 | 3.0 | 4.4 |
| Centrifuge | 17.5 | 4.7 | 4.6 |

Further, the results from this study demonstrate the utility of the centrifuge method not only for obtaining a count of particles, but also for obtaining information on the shape of particles in a population. It should be emphasized that the aspect ratio curves determined for samples *I* and *M* would have been virtually impossible to obtain using the FDA procedure. The determination would have required examining over 3000 FOV. As indicated previously, many talc flakes on edge appear to be fibers and must be examined during such a scan, making the whole job impossibly tedious.

Finally, even in those cases where one may wish to use the standard 100 FOV count, the centrifuge method offers a way to screen samples between those times when a more lengthy count is made, and it permits a double check of values so determined. In addition, the tendency to bring down a disproportional number of larger particles has the advantage that with true asbestiform amphiboles one generally sees some particles showing bundles of fibrils which removes any doubt about the nature of the amphibole.

## REFERENCES


1. Food and Drug Administration. Asbestos Particles in Food and Drugs. Fed. Reg. 28: 27076–27081 (1973).
2. Occupational Safety and Health Administration. Occupational Exposure to Asbestos, Tremolite, Anthophyllite and Actinolite; Extension of Partial Stay and Amendment of Final Rule. Fed. Reg. 55: 50685–50687 (1990).
3. Occupational Safety and Health Administration. Hazard Communication; Final Rule. Fed. Reg. 25: 53280–53348 (1984).
4. McCrone, L. B. Analysis of Talc by X-Ray Diffraction and Polarized Light Microscopy. NIOSH Report, Contract 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: 0–41, National Institute of Occupational Safety and Health, Cincinnati, OH, 1977.
5. Blount, A. M. Detection and quantification of asbestos and other trace minerals in powdered industrial-mineral samples. AIME Process Mineral. 9: 557–570 (1990).
6. Troger, W. E. Optical determination of rock-forming minerals. E. Schweizerbart'sche Verlagsbuchhandlung 0-188, Stuttgart, Germany, 1979.
7. Campbell, W. J., Blake, R. L., Brown, L. L., Cather, E. E., and Sjoberg, J. J. Selected Silicate Minerals and Their Asbestiform Varieties. U.S. Bureau of Mines Information Circular 8751: 0-56, Pittsburgh, PA, 1977.
8. Campbell, W. J., Higgins, C. W., and Wylie, A. Chemical and Physical Characterization of Amosite, Chrysotile, and Nonfibrous Tremolite for Oral Ingestion Studies by the National Institute of Environmental Health Sciences. U.S. Bureau of Mines Report of Investigations 8452: 0-63, Pittsburgh, PA, 1980.
9. Wylie, A. G. Relationship between the growth habit of asbestos and the dimensions of asbestos fibers. Mining Engineer. 40: 1036–1040 (1988).

A - Italian

B - Montana - Willow Creek

C - Montana (Beaverhead?) Pfizer

D - North Carolina

E - Alabama

F - Montana - Willow Creek

G - Montana Floated at Alabama
        (Pfizer) Balmatt?

H - Italian

I - Windsor - J&J   JBP

J, K, L, & M — other Vt deposits - M = Troy

N - Timmins Ontario - Steetly

O - Willow Creek - Montana Talc Co.

JNJ 000241183

# Exhibit M

# CONFIDENTIAL

NEW REAGENT SYSTEMS -

PLANT TRIAL AT

WINDSOR MINERALS INC.



G. LEE

WIAA

R/R

**EXHIBIT M**

Protected Document--Subject to Protective Order

JNJMX68_000004996

Prudencio Pltfs' Ex. 0610 pg 1

## INTRODUCTION:

Windsor Minerals has been actively engaged in a froth floatation research program for the past year and a half. This program has developed two floatation reagent systems which offer substantial advantages to the Windsor floatation process from an economic, purity and potential health hazard point of view.

In the absence of known deleterious effects attributable to these reagent systems and in response to the favorable results in testing performed by Baby Products Research in New Brunswick, Windsor Minerals scheduled a plant trial as a guide for establishment of the product and process parameters under actual operating conditions.

The plant trial was conducted on January 29, 1974. During this trial cosmetic grade talcs were produced using both new reagent systems, i.e., n-butyl alcohol and n-bytyl alcohol-citric acid in combination.

The following report will deal with the product and process parameters of the trial as determined by Windsor Minerals and outside consultants.

## CONCLUSIONS

1. A reduction in total acid soluble materials was attributable to the new reagent systems. The magnitude of the reduction was 23% for n-butanol and 28% for n-butanol-citric acid.

2. A similar decrease in "magnesite' levels was effected. The decrease was 23% using n-butanol and 30% for the n-butanol-citric acid combination.

3. A color (reflectance) increase of 1.0 units was effected while using n-butanol; an increase of 1.4 units was attributed to the n-butanol-citric acid system.

4. Chrysotile fiber supression was indicated while using the n-butanol-citric acid system.

5. Talc recoveries were higher while using the new reagent systems. The increases were 17% for n-butanol and 19% for n-butanol-citric acid.

6. The chlorite content of the floated product was reduced 14% while using n-butanol and 15% while using n-butanol-citric acid.

7. A substantial decrease in the bulk density of the product was noted while using the new reagent systems. The decreases were 2.06 lb/ft$^3$ and 2.82 lb/ft$^3$ respectively for the n-butanol and n-butanol-citric acid systems, corresponding to decreases on a percentage basis of 8.4% and 13.0%.

-1-

Protected Document--Subject to Protective Order

8. The platy nature of the talc product was found to be unchanged by the use of the new reagent systems.

9. The pH of n-butanol-citric acid floated talc was significantly closer to neutrality than current production. The decrease in alkalinity was measured to be 1.25 pH units for material made during the plant trial.

10. Particle size distribution profiles were similar for materials floated with Ultrawet D.S., n-butanol, and n-butanol-citric acid.

11. Optical microscopy indicates a high degree of similarity with relation to the size and shape factors of materials produced during the plant trial.

Minor differences were noted with respect to talc shards and rolled edges. The product differences, however, correspond quite closely with differences found in the ores from which the products were beneficiated.

## OPERATIONAL DESCRIPTION

At 4:30 AM on January 29, 1974, immediately prior to the plant trial using the n-butanol based reagent systems, 1000 pounds of Ultrawet D.S. floated talc was collected and packaged in 4 fiber drums. At the same time a representative ore sample was collected. These materials were used as a reference for the plant trial products.

The floatation circuit was then purged for 3 hours to remove the residual Ultrawet, after which n-butyl alcohol was added at a rate of 1.08 liters per ton of floatation feed.

Sampling was begun after 30 minutes and continued on a 30 minute basis thereafter. The samples were immediately analyzed by the Windsor Minerals Q.A. Laboratory.

After establishing that equilibrium conditions had been reached in the floatation circuitry a 1000 pound sample of finished product was taken and stored in fiber drums for further studies.

Following collection of the n-butanol floated product, citric _0.2%_ acid was added to the circuit at a rate of 4 pounds of citric acid per ton of floatation feed, while maintaining the n-butanol additions as before. When the circuit was judged to have reached equilibrium conditions based upon the analytical results, another 1000 pound sample of finished product was taken and stored in fiber drums, also for future studies.

-2-

Protected Document--Subject to Protective Order

JNJMX68_000004998

Prudencio Pltfs' Ex. 0610 pg 3

## SAMPLING

Production sampling for quality assurance purposes was begun at 9:30 AM on 1/29/74 and continued at half hour intervals for the duration of the plant trial. The following table lists the materials sampled and the analyses performed during the trial.

Table 1   Quality Assurance Analytical Schedule

| Material Sampled | Sample Qty. | % Acid Insolu- bles | Color Reflec- tance | pH | -325 Mesh Screen | Bulk Density | % Mag- nesite |
|---|---|---|---|---|---|---|---|
| Ore | 500g | X | X | | X | | |
| Tailings | 250cc | X | | | | | |
| Cleaner Concentrate | 500cc | X | X | X | | | |
| Product | 500g | X | X | X | X | X | X |

Composite ore and tailings samples were collected 30 minutes prior to and during each product collection. A product composite for each reagent system used was also obtained from the material packaged in fiber drums.

The composites were then used for the development of analytical data for comparative purposes in assessing the effects of the reagent systems upon the process and resulting products.

## EXPERIMENTAL & RESULTS

Table 2 displays a compilation of Quality Assurance data obtained during the test run. The results were used for circuit control, establishment of operational parameters, and talc recovery calculations.

Product composite samples representing materials made with Ultra-wet D.S., n-butanol and n-butanol-citric acid were analyzed in accordance with our standard certification procedures. These results, in the form of a standard laboratory report are given in Tables 3, 4 and 5. The data in these tables confirms that the new reagent systems provide substantially improved products in the following categories:

1. total acid solubles

2. magnesite

3. color

4. bulk density

5. pH

-3-

Protected Document--Subject to Protective Order

There were no specification categories in which a decrease in product qualities were observed.

Table 6 provides the trial results in terms of talc recovery.

Talc recovery was calculated using the relationship:

$$\% \text{ Recovery} = 100 \frac{(H-T)}{(C-T)} \times \frac{C}{H}$$

where:

H = % acid insoluble content of ore

T = % acid insoluble content of tailings

C = % acid insoluble content of cleaner concentrate

Recoveries were derived by obtaining mean acid insoluble values for ore, tailings, and cleaner concentrates from Table 2 for the time period during which the specified reagent was used. These values were compared to the 8 hour production shift immediately preceding the reagent trial during which time Ultrawet D.S. was the floatation reagent. It is apparent from Table 6 that a substantially higher recovery is afforded by the use of n-butanol based floatation systems.

Particle size measurements were performed by two methods; sedimentation velocity using the Andreasen Sedimentation Pipette and by actual optical measurement using the TTMC Image Analyzing system. The results are given in Tables 7-12 and graphically displayed in Figures 1-9.

The particle size distribution profiles indicate the similarity of the products within the framework of the technique used for measurement. However, we have noted and confirmed that differences between the techniques and the values obtained via the techniques do exist. It has been our experience that the direct measurement of particle size and shape which is possible with the Image Analyzing method is a superior determination to the indirect measurements made by the sedimentation method.

On this basis, potential benefit is indicated in that the optical measuring technique has verified a lower fine particle content reporting in the finished product when using the alcohol based systems, particularly the n-butanol-citric acid system. This fact has been confirmed by Walter C. McCrone Associates who have reported the same conclusions based on their optical studies.

Mineralogical examinations for detection of amphiboles were performed by Dr. R. Reynolds at Dartmouth College on the composite ore and product samples. The results for the Ultrawet D.S., n-butanol and n-butanol-citric acid floated products are given in Table 13 and Attachment C, titled "Mineralogy of Ores, Product and Mill Tails Re Different Floatation Reagents".

-4-

Protected Document--Subject to Protective Order

There were no significant differences with respect to the amphi-bole content in the test products. The detected amphibole minerals did not appear in a fibrous form in any of the product samples.

Mineralogical analyses using X-ray diffraction techniques were performed on the composite ore, tailings and talc products during each segment of the reagent trial periods. This work was performed by Dr. Reynolds; the results are given in Table 14 and Figure 10.

The gross mineralogical content of the three ore samples were essentially the same.

Analysis of the finished products by X-ray techniques indicate a substantial reduction in chlorite content attributable to the alcohol based systems.

Analysis of the tailings resulting from the use of the three different reagent systems by X-ray diffraction identifies a profound difference in the mineralogical composition. As shown in Figure 10, talc peaks in the alcohol based system tails are roughly one tenth the intensity as found in the Ultrawet system tails. Optical micro-scopic examination of the tailing fractions from the alcohol based systems also indicates that the small quantity of talc present is essentially all a blocky or non-platy variety. These results confirm the substantial talc recovery differences between the Ultrawet and n-butanol based systems which had been independently determined by chemical analyses.

Asbestiform analyses were performed by Walter C. McCrone Associates by means of transmission electron microscopy and electron diffraction techniques. Their report is found in attachment "A". An abstract of their findings is given in Table 15. Quantitative treatment of these results is questionable due to the extremely low chrysotile levels present, however depression of chrysotile through the use of citric acid in combination with n-butanol is indicated. To better quantify the depressive affects of citric acid upon mag-nesium surfaced asbestiforms, Attachment "B" titled "Asbestiform de-pression through the use of new floatation reagent systems" is included to provide details of an earlier study in this area.

## SUMMARY & REMARKS

The results of the plant trials using n-butanol and n-butanol-citric acid reagent systems as compared to the presently used Ultrawet D.S. system has indicated a marked superiority of these new systems.

The use of citric acid in the depression of chrysotile asbestos and other mineral species has been developed at Windsor Minerals in response to the potential need for a means to exclude extremely low levels of these contaminants from the finished product of the bene-ficiation process.

The use of these systems is strongly urged by this writer, to provide the protection against what are currently considered to be

-5-

Protected Document--Subject to Protective Order

JNJMX68_000005001

Prudencio Pltfs' Ex. 0610 pg 6

materials presenting a severe health hazard and are potentially present
in all talc ores in use at this time.

In closing, based on Windsor's knowledge of the physical chemistry
of talc, and upon the results of all work performed to date, it is our
strong belief that the use of these new reagent systems will not
alter the salient consumer properties of the raw material supply or
the finished baby powder sold under the Johnson and Johnson name.

Vernon Zeitz

Vernon Zeitz
Manager, Research and Development
Windsor Minerals Inc.
5/14/74

-6-

Protected Document--Subject to Protective Order

JNJMX68_000005002

Prudencio Pltfs' Ex. 0610 pg 7

## QUALITY ASSURANCE SAMPLING TEST RESULTS

| TIME | SAMPLE DESIGNATION | ACID INSOLUBLES (%) | COLOR REFLECTANCE (%) | pH | -325 m SCREEN (%) | BULK DENSITY (lb./ft.$^3$) | MAGNESI (%) |
|---|---|---|---|---|---|---|---|
| 9:30 | ORE | 58.98 | 73.4 | | 90.93 | | |
| | TAILINGS | 28.32 | | | | | |
| | CLEANER CONCENTRATE | 99.05 | 88.0 | 7.57 | | | |
| | PRODUCT | 99.08 | 87.2 | 8.06 | 89.07 | 24.61 | .54 |
| 10:00 | ORE | 62.15 | 73.8 | | 90.40 | | |
| | TAILINGS | 25.84 | | | | | |
| | CLEANER CONCENTRATE | 98.94 | 87.3 | 7.78 | | | |
| | PRODUCT | 99.18 | 87.4 | 7.92 | 90.47 | 23.93 | .54 |
| 10:30 | ORE | 64.80 | 74.6 | | 90.05 | | |
| | TAILINGS | 24.95 | | | | | |
| | CLEANER CONCENTRATE | 98.94 | 87.1 | 7.79 | | | |
| | PRODUCT | 98.83 | 87.3 | 7.92 | 89.70 | 23.20 | .58 |
| 11:00 | ORE | 61.62 | 74.8 | | 90.09 | | |
| | TAILINGS | 26.26 | | | | | |
| | CLEANER CONCENTRATE | 98.80 | 87.3 | 7.81 | | | |
| | PRODUCT | 98.85 | 87.0 | 7.99 | 89.93 | 23.34 | .64 |
| 11:30 | ORE | 65.79 | 74.8 | | 89.86 | | |
| | TAILINGS | 26.40 | | | | | |
| | CLEANER CONCENTRATE | 98.76 | 87.2 | 8.42 | | | |
| | PRODUCT | 98.86 | 87.4 | 8.44 | 89.45 | 23.04 | .71 |
| 12:00 | ORE | 65.02 | 74.4 | | 90.38 | | |
| | TAILINGS | 28.86 | | | | | |
| | CLEANER CONCENTRATE | 98.97 | 87.3 | 8.19 | | | |
| | PRODUCT | 98.75 | 87.2 | 8.10 | 90.47 | 22.63 | .71 |

Protected Document--Subject to Protective Order

JNJMX68_000005003

Prudencio Pltfs' Ex. 0610 pg 8

| TIME | SAMPLE DESIGNATION | ACID INSOLUBLES (%) | COLOR REFLECTANCE (%) | pH | -325 m SCREEN (%) | BULK DENSITY (lb./ft.³) | MAGNESITE (%) |
|---|---|---|---|---|---|---|---|
| 12:30 | ORE | 66.28 | 74.0 | | 89.15 | | |
| | TAILINGS | 24.13 | | | | | |
| | CLEANER CONCENTRATE | 98.54 | 86.3 | 8.19 | | | |
| | PRODUCT | 98.60 | 86.7 | 8.10 | 88.92 | 23.32 | .64 |
| 13:00 | ORE | 63.67 | 75.0 | | 90.10 | | |
| | TAILINGS | 28.82 | | | | | |
| | CLEANER CONCENTRATE | 98.49 | 86.4 | 7.89 | | | |
| | PRODUCT | 98.40 | 86.4 | 7.81 | 90.84 | 22.10 | .71 |
| 13:30 | ORE | 64.27 | 75.3 | | 90.01 | | |
| | TAILINGS | 23.37 | | | | | |
| | CLEANER CONCENTRATE | 98.56 | 86.9 | 6.38 | | | |
| | PRODUCT | 98.47 | 87.2 | 7.42 | 91.22 | 21.30 | .71 |
| 14:00 | ORE | 61.17 | 75.3 | | 90.66 | | |
| | TAILINGS | 26.05 | | | | | |
| | CLEANER CONCENTRATE | 98.78 | 87.3 | 5.28 | | | |
| | PRODUCT | 98.67 | 87.3 | 7.01 | 91.29 | 21.11 | .59 |
| 14:30 | ORE | 57.96 | 75.3 | | 89.92 | | |
| | TAILINGS | 24.27 | | | | | |
| | CLEANER CONCENTRATE | 98.67 | 87.1 | 4.64 | | | |
| | PRODUCT | 98.52 | 87.2 | 7.22 | 90.01 | 21.41 | .61 |
| 15:00 | ORE | 61.42 | 75.2 | | 89.62 | | |
| | TAILINGS | 23.69 | | | | | |
| | CLEANER CONCENTRATE | 98.69 | 87.5 | 4.38 | | | |
| | PRODUCT | 98.54 | 87.2 | 7.10 | 91.59 | 21.37 | .57 |

Protected Document—Subject to Protective Order

JNJMX68_000005004

Prudencio Pltfs' Ex. 0610 pg 9

| TIME | SAMPLE DESIGNATION | ACID INSOLUBLES (%) | COLOR REFLECTANCE (%) | pH | -325 m SCREEN (%) | BULK DENSITY (lb./ft.³) | MAGNESIT (%) |
|------|--------------------|---------------------|------------------------|-----|---------------------|--------------------------|--------------|
| 15:30 | ORE | 62.63 | 75.2 | | 89.75 | | |
| | TAILINGS | 22.38 | | | | | |
| | CLEANER CONCENTRATE | 98.86 | 87.9 | 4.38 | | | |
| | PRODUCT | 98.66 | 87.5 | 6.92 | 90.37 | 21.56 | .53 |
| | ORE | | | | | | |
| | TAILINGS | | | | | | |
| | CLEANER CONCENTRATE | | | | | | |
| | PRODUCT | | | | | | |
| | ORE | | | | | | |
| | TAILINGS | | | | | | |
| | CLEANER CONCENTRATE | | | | | | |
| | PRODUCT | | | | | | |
| | ORE | | | | | | |
| | TAILINGS | | | | | | |
| | CLEANER CONCENTRATE | | | | | | |
| | PRODUCT | | | | | | |
| | ORE | | | | | | |
| | TAILINGS | | | | | | |
| | CLEANER CONCENTRATE | | | | | | |
| | PRODUCT | | | | | | |
| | ORE | | | | | | |
| | TAILINGS | | | | | | |
| | CLEANER CONCENTRATE | | | | | | |

Protected Document—Subject to Protective Order

L A B O R A T O R Y   R E P O R T

Date Produced ___1/29/74___

Product or Grade ___"66 U"___

Sample No. or Description ___Ultrawet D.S. floated product___

| TEST | FINDINGS | SPECIFIED |
|---|---|---|
| MOISTURE | .02 | N.M.T. 0.15% |
| TOTAL ACID SOLUBLE | 1.72 | N.M.T. 2.0% |
| MAGNESITE (MgCO.) | .94 | N.M.T. 1.10% |
| COLOR | 86.0 | WHITE (BY STANDARD) |
| BULK DENSITY | 24.46 | 20.5 to 25.5 lbs./ft.$^3$ |
| COMPACTION | | |
| MAX. VOLUME | 146 cc | |
| MIN. VOLUME | 82 cc | |
| AVERAGE VOLUME | 114 cc | |
| SCREENS - 60 | 100.00 | 100% |
| - 100 | 100.00 | N.L.T. 99.7% |
| - 200 | 98.66 | N.L.T. 98.5% |
| - 325 | 85.55 | |
| TRACE ELEMENTS | | |
| ARSENIC | .13 | N.M.T. 2ppm. |
| HEAVY METALS | less than 10 | N.M.T. 10 ppm. |
| WATER SOLUBLE IRON | pass test | PASS TEST |
| MICROSCOPIC EXAMINATION | pass test | PASS TEST |
| pH | 8.89 | |

Protected Document--Subject to Protective Order

# LABORATORY REPORT

Date Produced __1/29/74__

Product or Grade __"66 A"__

Sample No. or Description __N-butanol floated product__

| TEST | FINDINGS | SPECIFIED |
|---|---|---|
| MOISTURE | .03 | N.M.T. 0.15% |
| TOTAL ACID SOLUBLE | 1.32 | N.M.T. 2.0% |
| MAGNESITE (MgCO.) | .72 | N.M.T. 1.10% |
| COLOR | 87.0 | WHITE (BY STANDARD) |
| BULK DENSITY | 22.40 | 20.5 to 25.5 lbs./ft.$^3$ |
| COMPACTION | | |
| MAX. VOLUME | 130 cc | |
| MIN. VOLUME | 94 cc | |
| AVERAGE VOLUME | 112 cc | |
| SCREENS - 60 | 100.00 | 100% |
| - 100 | 100.00 | N.L.T. 99.7% |
| - 200 | 98.99 | N.L.T. 98.5% |
| - 325 | 91.27 | |
| TRACE ELEMENTS | | |
| ARSENIC | .07 | N.M.T. 2ppm. |
| HEAVY METALS | less than 10 | N.M.T. 10 ppm. |
| WATER SOLUBLE IRON | pass test | PASS TEST |
| MICROSCOPIC EXAMINATION | pass test | PASS TEST |
| pH | 8.47 | |

Protected Document--Subject to Protective Order

Table 5

LABORATORY REPORT

Date Produced  1/29/74

Product or Grade  "66 AC"

Sample No. or Description  N-butanol,citric acid floated
product

| TEST | FINDINGS | SPECIFIED |
|---|---|---|
| MOISTURE | .02 | N.M.T. 0.15% |
| TOTAL ACID SOLUBLE | 1.23 | N.M.T. 2.0% |
| MAGNESITE ($MgCO_3$.) | .66 | N.M.T. 1.10% |
| COLOR | 87.4 | WHITE (BY STANDARD) |
| BULK DENSITY | 21.64 | 20.5 to 25.5 lbs./ft.$^3$ |

COMPACTION

| | | |
|---|---|---|
| MAX. VOLUME | 140 cc | |
| MIN. VOLUME | 100 cc | |
| AVERAGE VOLUME | 120 cc | |

| SCREENS − 60 | 100.00 | 100% |
|---|---|---|
| − 100 | 100.00 | N.L.T. 99.7% |
| − 200 | .99.15 | N.L.T. 98.5% |
| − 325 | 91.97 | |

TRACE ELEMENTS

| | | |
|---|---|---|
| ARSENIC | .17 | N.M.T. 2ppm. |
| HEAVY METALS | less than 10 | N.M.T. 10 ppm. |

| WATER SOLUBLE IRON | pass test | PASS TEST |
|---|---|---|
| MICROSCOPIC EXAMINATION | pass test | PASS TEST |
| pH | 7.64 | |

Protected Document--Subject to Protective Order

JNJMX68_000005008

Prudencio Pltfs' Ex. 0610 pg 13