Table 6

COMPARITIVE TALC RECOVERIES DURING REAGENT TRIAL PERIOD

|  | Ultrawet D.S. | n-butanol | n-butanol citric acid |
|---|---|---|---|
| H | 67.05 | 63.54 | 61.49 |
| T | 40.15 | 26.70 | 23.95 |
| C | 98.08 | 98.80 | 98.71 |
| % RECOVERY | 67.93 | 79.45 | 80.61 |
| %. CHANGE VS. ULTRAWET COLLECTION PERIOD | 0 | +16.97 | +18.67 |

H=% acid insoluble content of ore
T=% acid insoluble content of tailings
C=% acid insoluble content of cleaner concentrate

Protected Document--Subject to Protective Order

## OVERSIZE COUNT

Number percent particle size distribution of

"66 U"-Ultrawet D.S. Floated Talc 1/29/74

| SIZE (microns) | NUMBER | % GREATER THAN STATED SIZE |
|---|---|---|
| 1.0 | 4113 | 100.00 |
| 2.5 | 3712 | 90.25 |
| 5.0 | 2431 | 59.11 |
| 10 | 1106 | 26.89 |
| 15 | 556 | 13.52 |
| 20 | 297 | 7.22 |
| 30 | 79 | 1.92 |
| 40 | 36 | .88 |
| 50 | 12 | .29 |
| 60 | 2 | .05 |

MEAN SIZE = 8.62 microns

Note:

Limiting Detection Threshold = 2.0 microns

Protected Document--Subject to Protective Order

JNJMX68_000005010

Prudencio Pltfs' Ex. 0610 pg 15

Figure 4

NUMBER PERCENT PARTICLE SIZE DISTRRIBUTION BY OVERSIZE COUNT OF
"66 U"- Ulrawet D.S. Floated Talc  1/29/74



NUMBER PERCENTAGE GREATER THAN STATED PARTICLE SIZE

Protected Document--Subject to Protective Order

JNJMX68_000005011

Prudencio Pltfs' Ex. 0610 pg 16

## OVERSIZE COUNT

Number percent particle size distribution of

"66 A"- Butanol Floated Talc 1/29/74

| SIZE (microns) | NUMBER | % GREATER THAN STATED SIZE | |
|----------------|--------|----------------------------|----|
| 1.0 | 4399 | 100.00 | } 5.9% |
| 2.5 | 4139 | 94.08 | |
| 5.0 | 2836 | 64.46 | |
| 10 | 1323 | 30.07 | |
| 15 | 757 | 17.20 | |
| 20 | 401 | 9.11 | |
| 30 | 126 | 2.86 | |
| 40 | 41 | .93 | |
| 50 | 14 | .31 | |
| 60 | 3 | .06 | |

MEAN SIZE = __9.39__ microns

Note:
Limiting Detection Threshold = __2.0__ microns

Protected Document--Subject to Protective Order

UMBER PERCENT PARTICLE SIZE DISTRRIBUTION BY OVERSIZE COUNT OF
"66 A"- N-butanol Floated talc   1/29/74



NUMBER PERCENTAGE GREATER THAN STATED PARTICLE SIZE

Protected Document--Subject to Protective Order

JNJMX68_000005013

Prudencio Pltfs' Ex. 0610 pg 18

## OVERSIZE COUNT

### Number percent particle size distribution of

### "66 AC"- Butanol,Citric Acid Floated Talc 1/29/74

| SIZE (microns) | NUMBER | % GREATER THAN STATED SIZE | |
|---|---|---|---|
| 1.0 | 4035 | 100.00 | 0.% |
| 2.5 | 4003 | 99.20 | |
| 5.0 | 3105 | 76 95 | |
| 10 | 1632 | 40.44 | |
| 15 | 863 | 21.38 | |
| 20 | 513 | 12.71 | |
| 30 | 160 | 3.96 | |
| 40 | 53 | 1.31 | |
| 50 | 12 | .29 | |
| 60 | 8 | .19 | |

MEAN SIZE = __11.08__ microns

Note:
  Limiting Detection Threshold = __2.0__ microns

Protected Document--Subject to Protective Order

JNJMX68_000005014

Prudencio Pltfs' Ex. 0610 pg 19

NUMBER PERCENT PARTICLE SIZE DISTRRIBUTION BY OVERSIZE COUNT OF
"66 AC"- N-butanol,Citric Acid Floated talc  1/29/74



NUMBER PERCENTAGE GREATER THAN STATED PARTICLE SIZE

Protected Document--Subject to Protective Order

JNJMX68_000005015

Prudencio Pltfs' Ex. 0610 pg 20

Weight percent particle size distribution
by Andreasen Sedimentation Pipette
of Ulrawet Floated Grade "66 U" Production Talc 1/29/74

| Time (min.) | Height (cm) | Wt. (mg) | Equivalent spherical diameter (microns) | Percent less than stated size |
|---|---|---|---|---|
| 2 | 20.50 | 89.3 | 43.0 | 87.3 |
| 4 | 20.08 | 72.1 | 30.1 | 70.1 |
| 6 | 19.66 | 52.1 | 24.3 | 50.1 |
| 30 | 19.24 | 20.0 | 10.8 | 18.0 |
| 60 | 18.82 | 12.0 | 7.5 | 10.0 |
| 90 | 18.40 | 9.2 | 6.1 | 7.2 |
| 130 | 17.98 | 7.4 | 5.0 | 5.4 |

| Particle Size in Microns (Equivalent Spherical Diameter) | | Percent by weight |
|---|---|---|
| Less Than | Greater Than | |
| 43.0 | 43.0 | 12.7 |
| 30.1 | 30.1 | 17.2 |
| 24.3 | 24.3 | 20.0 |
| 10.8 | 10.8 | 32.1 |
| 7.5 | 7.5 | 8.0 |
| 6.1 | 6.1 | 2.8 |
| 5.0 | 5.0 | 1.8 |
| | | 5.4 |

Protected Document--Subject to Protective Order

## PARTICLE SIZE DISTRIBUTION
### BY ANDREASEN PIPETTE OF ULRAWET FLOATED GRADE "66 U"
### PRODUCTION TALC 1/29/74



EQUIVALENT SPERICAL PARTICLE DIAMETER (MICRONS)

Protected Document--Subject to Protective Order

JNJMX68_000005017

Prudencio Pltfs' Ex. 0610 pg 22

Protected Document--Subject to Protective Order



Particle Size Distribution
By Andreasen Pipette of Ultrawet Floated Grade "66 U"
Production Date 1/29/24

Equivalent Spherical Particle Diameter (Microns)

Weight Percent Finer Than Stated Particle Size

EUGENE DIETZGEN CO.
MADE IN U. S. A.

NO. 340-L210 DIETZGEN GRAPH PAPER
SEMI-LOGARITHMIC
2 CYCLES X 10 DIVISIONS PER INCH

JNJMX68_00005018

Weight percent particle size distribution
by Andreasen Sedimentation Pipette
of Butanol Floated Grade "66A" Production Talc 1/29/74

| Time (min.) | Height (cm) | Wt. (mg) | Equivalent spherical diameter(microns) | Percent less than stated size |
|---|---|---|---|---|
| 2 | 20.50 | 88.6 | 43.0 | 86.6 |
| 4 | 20.08 | 73.9 | 30.1 | 71.9 |
| 6 | 19.66 | 61.8 | 24.3 | 59.8 |
| 30 | 19.24 | 23.6 | 10.8 | 21.6 |
| 60 | 18.82 | 14.7 | 7.5 | 12.7 |
| 90 | 18.40 | 11.7 | 6.1 | 9.7 |
| 130 | 17.98 | 9.1 | 5.0 | 7.1 |

Particle Size in Microns          Percent by weight
(Equivalent Spherical Diameter)

| Less Than | Greater Than | Percent by weight |
|---|---|---|
| | 43.0 | 13.4 |
| 43.0 | 30.1 | 14.7 |
| 30.1 | 24.3 | 12.1 |
| 24.3 | 10.8 | 38.2 |
| 10.8 | 7.5 | 8.9 |
| 7.5 | 6.1 | 3.0 |
| 6.1 | 5.0 | 2.6 |
| 5.0 | | 7.1 |

Protected Document--Subject to Protective Order

Figure 9

PARTICLE SIZE DISTRIBUTION
BY ANDREASEN PIPETTE OF BUTANOL FLOATED GRADE "66A"
PRODUCTION TALC 1/29/74



EQUIVALENT SPERICAL PARTICLE DIAMETER (MICRONS)

Protected Document--Subject to Protective Order

JNJMX68_000005020

Prudencio Pltfs' Ex. 0610 pg 25

Figure 7

Protected Document–Subject to Protective Order



Particle Size Distribution
By Andreasen Pipette of Butanol Floated Grade "66A"
Production Talc 1/29/74

Weight Percent Finer Than Stated Particle Size

Equivalent Spherical Particle Diameter (Microns)

JNJMX66_000005021

Weight percent particle size distribution
by Andreasen Sedimentation Pipette
of Butanol-Citric Floated Grade "66AC" Production Talc 1/29/74

| Time (min.) | Height (cm) | Wt. (mg) | Equivalent spherical diameter(microns) | Percent less than stated size |
|---|---|---|---|---|
| 2 | 20.50 | 90.7 | 43.0 | 88.7 |
| 4 | 20.08 | 77.9 | 30.1 | 75.9 |
| 6 | 19.66 | 63.2 | 24.3 | 61.2 |
| 30 | 19.24 | 26.1 | 10.8 | 24.1 |
| 60 | 18.82 | 16.9 | 7.5 | 14.9 |
| 90 | 18.40 | 12.9 | 6.1 | 10.9 |
| 130 | 17.98 | 10.1 | 5.0 | 8.1 |

| Particle Size in Microns (Equivalent Spherical Diameter) | | Percent by weight |
|---|---|---|
| Less Than | Greater Than | |
| | 43.0 | 11.3 |
| 43.0 | 30.1 | 12.8 |
| 30.1 | 24.3 | 14.7 |
| 24.3 | 10.8 | 37.1 |
| 10.8 | 7.5 | 9.2 |
| 7.5 | 6.1 | 4.0 |
| 6.1 | 5.0 | 2.8 |
| 5.0 | | 8.1 |

Protected Document--Subject to Protective Order

JNJMX68_000005022

Prudencio Pltfs' Ex. 0610 pg 27

## PARTICLE SIZE DISTRIBUTION
### BY ANDREASEN PIPETTE OF BUTANOL-CITRIC FLOATED GRADE "66AC"
### PRODUCTION TALC 1/29/74



EQUIVALENT SPERICAL PARTICLE DIAMETER (MICRONS)

Protected Document--Subject to Protective Order

Protected Document--Subject to Protective Order

JNJMX68_00005024

Figure 9

Particle Size Distribution
By Andreasen Pipette of Butanol-Citric Floated Grade "66AC"
Production Talc 1/29/74

Weight Percent Finer Than Stated Particle Size

Equivalent Spherical Particle Diameter (Microns)

EUGENE DIETZGEN CO.
MADE IN U. S. A.

NO. 340-L210 DIETZGEN GRAPH PAPER
SEMI-LOGARITHMIC
2 CYCLES X 10 DIVISIONS PER INCH

## AMPHIBOLE CONTENT OF REAGENT TRIAL PROCESS SAMPLES

| Sample designation | Amphibole level (ppm) |
|---|---|
| A ore | 3000 |
| A product | 100-200 |
| B ore | 3000 |
| B product | 100-200 |
| C ore | 3000 |
| C product | 100-200 |

LEGEND:

A- Ulrawet D.S. trial period
B-, N-butanol trial period
C- N-butanol-citric acid trial period

Protected Document--Subject to Protective Order

Relative amounts of chlorite, dolomite, and magnesite

with respect to talc

|           | Chlorite/Talc          | Dolomite/Talc | Magnesite/Talc |
|-----------|------------------------|---------------|----------------|
| ORE A     | $7.0 \times 10^{-2}$   | 0.12          | 0.27           |
| ORE B     | $8.6 \times 10^{-2}$   | 0.11          | 0.23           |
| ORE C     | $7.4 \times 10^{-2}$   | 0.11          | 0.25           |
|           |                        |               |                |
| PRODUCT A | $10 \times 10^{-3}$    | very small    | very small     |
| PRODUCT B | $8.6 \times 10^{-3}$   | very small    | very small     |
| PRODUCT C | $8.5 \times 10^{-3}$   | very small    | very small     |
|           |                        |               |                |
| TAILS A   | 0.28                   | 0.78          | 1.2            |
| TAILS B   | 2.6                    | 5.7           | 11             |
| TAILS C   | 2.4                    | 6.0           | 12             |

LEGEND:

      A- Ultrawet D.S. trial period
      B- N-butanol trial period
      C- N-butanol-citric acid trial period

Protected Document--Subject to Protective Order

X-RAY DIFFRACTION PATTERNS OF REAGENT TRIAL TALC PROCESS SAMPLES

A- Ultrawet D.S. trial period
B- n-butanol trial period
C- h-butanol trial period

C- chlorite
T- talc
D- dolomite
M- magnesite



°2 θ CU Kα

Protected Document—Subject to Protective Order

JN:JMX68 000005027

Prudencio Pltfs' Ex. 0610 pg 32

# PHOTOMICROGRAPHY OF "66 U"- Ultrawet D.S. Floated Product





## Magnification- 100X

Protected Document--Subject to Protective Order

JNJMX68_000005028

Prudencio Pltfs' Ex. 0610 pg 33

## PHOTOMICROGRAPHY OF "66 A"- N-butanol Floated Product





**Magnification- 100X**

Protected Document--Subject to Protective Order

JNJMX68_000005029

Prudencio Pltfs' Ex. 0610 pg 34

Figure

PHOTOMICROGRAPHY OF "66AC"- N-butanol Floated Product





Magnification- 100X

Protected Document--Subject to Protective Order

Prudencio Pltfs' Ex. 0610 pg 35

ASBESTIFORM FIBER COUNTS BY WALTER C. MC CRONE ASSOCIATES

| Sample designation | Fiber count per E.M. grid | Fiber identification |
|---|---|---|
| 66-U-Ore | 0 | |
| 66-U-Product | 1 | Probably chrysotile |
| 66-A-Ore | 1 | Probably chrystile |
| 66-A-Product | 0 | |
| 66-AC-Ore | 8 | Chrysotile |
| 66-AC-Product | 1 | Chrysotile |

LEGEND:

66-U- Time period using Ultrawet D.S.
66-A- Time period using n-butanol
66-AC- Time period using n-butanol-citric acid

Protected Document--Subject to Protective Order

# ATTACHMENT B

## ASBESTIFORM DEPRESSION

## THROUGH THE USE OF

## NEW FLOATATION REAGENT SYSTEMS

-1-

Protected Document--Subject to Protective Order

JNJMX68_000005032

Prudencio Pltfs' Ex. 0610 pg 37

## INTRODUCTION:

A study was performed at Windsor Minerals to quantify the effectiveness of two new floatation reagent systems in the depression of asbestiform minerals in the floatation process. Analysis of the floated products was accomplished using a Millipore πMC Image Analyzer as the analytical detection device.

## CONCLUSIONS:

1. A combination of n-butyl alcohol as a frother along with citric acid as a depressive agent proved to be 20 times as effective as Ultrawet D.S. suppressing asbestiforms in the final product.

2. Using only n-butyl alcohol as a frother proved to be 7 times as effective as Ultrawet D.S. in suppressing asbestiforms.

3. Ultrawet D.S. provided only a minimal suppression of asbestiforms through the floatation process.

## EXPERIMENTAL:

Ground ore from the Hammondsville Mine was "doped" with 1.0% by weight of the fibrous form of anthophylite which occurs as a rare mineral in the Hammondsville ore body, and subjected to a series of laboratory floatations using the following reagent systems:

1. Ultrawet D.S.

2. n-butyl alcohol

3. n-butyl alcohol-citric acid.

The products obtained from these laboratory floatations were scanned on a video monitor coupled to an optical microscope, the system having a useful magnification of 500X. Clearly recognizable asbestiform anthophylite was counted and totalized over 100 viewed fields. The number of particles viewed in the 100 fields were totalized by means of a complementary computer interfaced to the system. The numbers obtained by this technique were compared to those obtained by an identical analysis of a standard preparation consisting of a Grade "66" product "doped" with 2.0% by weight of fibrous anthophylite.

## RESULTS:

Table 1 gives the data and calculated numerical relationships devised to indicate the effectiveness of the new reagent systems in the depression of fibrous anthophylite. These relationships, their value and definitions are as follows:

-2-

Protected Document--Subject to Protective Order

JNJMX68_000005033

Prudencio Pltfs' Ex. 0610 pg 38

1.  Rejection factor:  a relationship derived to indicate the
    weight rejection of anphophylite using a given reagent
    system.  This relationship is arrived at by comparing the
    anthophylite weight percentage in the floated product
    to the 2.0% asbestiform "doped" product which represents
    a floated material having undergone no rejection of asbesti-
    forms from the ore to the product.

    The Rejection Factor is defined in these experiments
    for a given floatation reagent as:    $\dfrac{2.0}{\text{anthophylite weight percentage in floated product}}$

2.  Rejection Ratio - This term relates the effectiveness of
    suppression of asbestiforms by the alcohol based systems,
    to the existing Ultrawet D.S. system and is defined as
    follows:

    Rejection Ratio = $\dfrac{\text{Rejection Factor of new reagent system}}{\text{Rejection Factor of Ultrawet D.S. system}}$

-3-

Protected Document--Subject to Protective Order

JNJMX68_000005034

Prudencio Pltfs' Ex. 0610 pg 39

Table I   Asbestiform Analysis of Cosmetic Grade Talcs Using TMC
Image Analyzer.

|  | 2.0%<br>Asbestiform<br>Containing<br>Product | Ultrawet D.S.<br>Floated<br>Product | N-Butyl<br>Alcohol<br>Floated<br>Product | N-Butyl<br>Alcohol<br>Citric Acid<br>Floated<br>Product |
|---|---|---|---|---|
| Total Fields<br>Counted | 100 | 100 | 100 | 100 |
| Total Fibers<br>Counted | 298 | 37 | 6 | 2 |
| Total Particles<br>Counted | 10681 | 9166 | 11416 | 10103 |
| Weight Percentage<br>Asbestiform | 2.00 | .2894 | .0377 | .0142 |
| Rejection Factor | 1.00 | 6.91 | 53.08 | 140.94 |
| Rejection Ratio | -- | 1.00 | 7.68 | 20.39 |

Protected Document--Subject to Protective Order

JNJMX68_000005035

Prudencio Pltfs' Ex. 0610 pg 40

## SUMMARY AND REMARKS:

The data shows a profound influence of the alcohol based reagent system upon the amounts of asbestiforms reporting in the floated product. It is apparent that the system which includes citric acid is more effective than n-butanol alone.

Although the data was accumulated for the specific mineral species, fibrous anthophylite, the same results can be predicted for other fibrous amphibole minerals and chrysotile asbestos found in association with the Hammondsville ore body whose surfaces expose a substantial concentration of magnesium and hydroxl groups as reactive sites.

-5-

Protected Document--Subject to Protective Order

JNJMX68_000005036

Prudencio Pltfs' Ex. 0610 pg 41

# ATTACHMENT C

## MINEROLOGY OF ORES, PRODUCTS AND MILL TAILS RE
## DIFFERENT FLOATATION REAGENTS

Protected Document--Subject to Protective Order

JNJMX68_000005037

Prudencio Pltfs' Ex. 0610 pg 42

TO:        WINDSOR MINERALS INC., Windsor, Vermont    05089

FROM:      R. C. Reynolds, Jr., Department of Earth Sciences
           Dartmouth College, Hanover, N.H.    03755

SUBJECT:   Mineralogy of Ores, Products and Mill Tails Re
           Different Flotation Reagents

INTRODUCTION:

A study was made of the mineralogy of talc products and mill

tails that were produced by the use of three different flo-

tation schemes.  The designations and descriptions used in

this report are as follows:

|             Flotation Agent             |     Designation    |
|-----------------------------------------|--------------------|
| Ultrawet                                | A                  |
| Butanol                                 | B                  |
| Butanol + Citric Acid                   | C                  |

In addition, studies were made of the ore that produced each

of the products and mill tails.

TECHNIQUE:

Ores, products, and tails were analyzed by x-ray diffraction

methods.  Copper $\kappa_\alpha$ radiation was used and the region $2\theta = 24$

to $2\theta = 34°$ was scanned.  This $2\theta$ region contains important

peaks from talc, chlorite, dolomite and magnesite.  Examples

of runs are shown on Figure 1.  The data in Table 1 was

obtained by averaging peak heights from three scans of each

sample.

Protected Document--Subject to Protective Order

Prudencio Pltfs' Ex. 0610 pg 43

Materials were studied for amphiboles by means of the heavy-
liquid-benzethonium chloride method described in the Windsor
Mineral Report of March, 1974.  To improve separation and
subsequent semi-quantitative estimation of amphibole, product
samples were spiked with dolomite and tourmaline, sized
10-40μ, to better simulate the ores, which behave well in the
amphibole separation procedure.

RESULTS:

Figure 1 shows the x-ray diffraction patterns of ores, products,
and tails associated with each of the flotation procedures.
Peaks are labelled C = chlorite, T = Talc, D = dolomite, and
M = magnesite.  The results clearly show

> (1)  the low chlorite, magnesite, and dolomite
>       in all of the products
>
> (2)  the large amounts of magnesite, dolomite,
>       and chlorite in ores and tails
>
> (3)  the low concentration of talc in tails
>       B and C

Ores A, B and C are similar as are products A, B and C.  The
only significant difference among the three treatments shows
in the tails; those from treatment A (ultrawet) clearly have a
much large talc content than do the tails from the butanol
or the butanol-citric acid experiment.

Table 1 shows data tabulated from repeated (three times) runs
similar to those shown on Figure 1.  The values are meaningful
only in a relative sense.  There appear to be no significant
differences among ores A, B and C, and products A, B and C.

-2-

Protected Document--Subject to Protective Order

JNJMX68_000005039

Prudencio Pltfs' Ex. 0610 pg 44

The major difference is among the tails, where tails A is clear-
ly much richer in talc than tails B or tails C.

It is concluded that:

> (1) The ores used for the three flotation
> experiments are very similar or identical
> in mineralogy
>
> (2) The products A, B and C are similar except
> that product A does have a slightly higher
> chlorite content
>
> (3) The tails for B and C are similar, but
> tails A is clearly higher in talc. Hence,
> the ultrawet flotation agent clearly pro-
> duced a higher loss of talc to the mill
> tails than did the butanol or butanol-
> citric acid reagents

The results from the amphibole separation are somewhat ambiguous
because of the difficulties in obtaining reproduceable extractions
from the products. However, the tourmaline added to products
A and B was recovered to within ±10% for each, giving confidence
in the efficiency of the separation. Based on optical estimates
from these samples, and separations of the three done without
tourmaline, it is concluded that all three products contain
essentially similar concentrations of actinolite, and that its
absolute concentration lies between 100 and 200 ppm.

CONCLUSIONS:

As a result of the mineralogical studies reported here, the
following are concluded:

> (1) Ores A, B and C are essentially identical
> with respect to their concentrations of
> magnesite, dolomite, chlorite and actinolite

-3-

Protected Document--Subject to Protective Order

Prudencio Pltfs' Ex. 0610 pg 45

(2)   Tails B and C are identical with respect
       to talc, magnesite, dolomite and chlorite,
       but tails A is significantly richer in talc

(3)   Products A, B and C are essentially identi-
       cal with respect to their concentrations of
       magnesite, dolomite and actinolite; Product
       A contains a somewhat larger quantity of
       chlorite

(4)   Amphibole separations from products are
       difficult to achieve quantitatively, but
       the addition of carbonate and silicate
       carriers seems promising in eliminating
       the difficulties

-4-

Protected Document--Subject to Protective Order

JNJMX68_000005041

Prudencio Pltfs' Ex. 0610 pg 46

TABLE 1

X-RAY DIFFRACTION PEAK RATIOS FROM ORES, PRODUCTS AND TAILS

|  | Magnesite/Talc | Dolomite/Talc | Chlorite/Talc |
|---|---|---|---|
| Ore A | 0.27 | 0.12 | 0.070 |
| Ore B | 0.23 | 0.11 | 0.086 |
| Ore C | 0.25 | 0.11 | 0.074 |
| Product A | Very low | Very low | 0.0100 |
| Product B | Very low | Very low | 0.0086 |
| Product C | Very low | Very low | 0.0085 |
| Tails A | 1.2 | 0.78 | 0.28 |
| Tails B | 10.9 | 5.7 | 2.6 |
| Tails C | 12.2 | 6.0 | 2.4 |

Protected Document--Subject to Protective Order

## TABLE 2

ACID INSOLUBLE HEAVY LIQUID RESIDUES FROM PRODUCTS, ORES AND TAILS

|  | PPM TOTAL | PPM ESTIMATED AMPHIBOLE |
|---|---|---|
| Ore A | 9000 | ∿3000 |
| Ore B | 10,500 | ∿3000 |
| Ore C | 8800 | ∿3000 |
| Product A |  | 100-200* |
| Product B |  | 100-200* |
| Product C |  | 100-200* |
| Tails A | 34,600 | too much chlorite |
| Tails B | 36,100 | too much chlorite |
| Tails C | 44,100 | too much chlorite |

*See text

Protected Document--Subject to Protective Order

JNJMX68_000005043

Prudencio Pltfs' Ex. 0610 pg 48

Protected Document–Subject to Protective Order



Figure 1   X-ray diffraction traces of ores, products
and mill tails.  Chlorite = C, talc = T,
magnesite = M, and dolomite = D.

Prudencio Pltfs' Ex. 0610 pg 49

# Exhibit N



# EXHIBIT N

# Exhibit O

cc: Dr. R. A. Fuller
    Dr. T. H. Shelley
    Dr. G. H. Lord
    Dr. S. Sawchuk
    Mr. D. D. Johnston
    Mr. J. Hadley
    Dr. J. E. Willson

    Dr. R. E. Faust
    Dr. R. L. Sundberg
    Dr. E. R. L. Gaughran
    Mr. W. Ashton
    Mr. R. G. Schoel
    Mr. J. T. Dettre

June 17, 1966

RECEIVED
JUN 21 1966
JOHNSON & JOHNSON
PHARMACEUTICAL RESEARCH
R. L. SUNDBERG

TO:           Dr. G. Hildick-Smith

SUBJECT:      JOHNSON's Baby Powder
                  Talc Aspiration

Reference is made to the attached note from Mr. J. Dettre
forwarding an article by Drs. Hughes and Kalmer which
appeared in June, 1966 American Journal of Diseases of
Children.

Baby Powder represents the cornerstone of our baby
products franchise. In addition, we have a large
investment in a talc mine. I am concerned over the
conclusions drawn in the article, quote:

> "In conclusion, it is strongly
> urged that talcum powder be
> removed from the environment
> of children and the traditional
> association of talcum powder
> and babies be abandoned. It has
> no medicinal value; wherever
> placed it serves as a foreign
> body; and at least three deaths
> and an unknown morbidity have
> resulted from this silicate
> powder."

Would it be possible for us to initiate basic work to explore this
phenomenon either to obtain data to refute this problem or to develop
mechanisms to reduce the hazard.

W. H. Steinberg

mk

# EXHIBIT O

JNJ 000235850

Prudencio Pltfs' Ex. 0445 pg 1

# Exhibit P

Message

| | |
|---|---|
| **From:** | Telofski, Lorena [CPCUS] [/O=JNJ/OU=CPCUSSK/CN=RECIPIENTS/CN=LTELOFS] |
| **Sent:** | 6/30/2003 5:11:10 PM |
| **To:** | Mann, Steven [CPCUS] [smann@cpcus.jnj.com]; Sterchele, Paul [CPCUS] [psterch@cpcus.jnj.com] |
| **CC:** | Telofski, Lorena [CPCUS] [ltelofs@cpcus.jnj.com] |
| **Subject:** | RE: JB Powder w China Talc |

Bill can be reached at  at home.

Also, he is in every Monday and Tuesday in AM - about 8:30 to 10:30, minimally.

He WILL be in tomorrow AM if you need to catch up to him.

Regarding more info for Neal - you might also advise him that I had several suppliers, including the current supplier, try to mimic the current US JBP classic fragrance while taking out all the ingredients in question. Frankly, after many attempts, it still wasn't "on the money". It could be tried again, and perhaps should be, but I am quite certain it would take a while.

Lorena

-----Original Message-----
| | |
|---|---|
| **From:** | Mann, Steven [CPCUS] |
| **Sent:** | Monday, June 30, 2003 10:28 AM |
| **To:** | Telofski, Lorena [CPCUS]; Sterchele, Paul [CPCUS] |
| **Subject:** | RE: JB Powder w China Talc |

Paul/Lorena,

My sense is that the Baby Powder is such a "Scared Cow" that we will just leave it alone.  If the Corporation/Neal/Baby Franchise want to reformulate the fragrance that should be a specific "Project", and not something secondary to sourcing the talc. Paul, make a list of all the non-compliant issues for me and I will forward to Neal with a note saying the list is just for his information, but we are not asking to reformulate the fragrance, unless that becomes an overall corporate decision. Paul, please confirm, but I don't think we have any issues with the talc itself?

Lorena can you forward the contact info for Bill that you mentioned?

Regards,
Steve

**Steven W. Mann, Ph.D., D.A.B.T.**
**Director, Toxicology**
**Johnson & Johnson Consumer & Personal Products Worldwide**
**199 Grandview Road**
**Skillman, NJ  08558-9418**
**Tel: (908) 874-1232;  Fax: (908) 904-3738**

-----Original Message-----
| | |
|---|---|
| **From:** | Telofski, Lorena [CPCUS] |
| **Sent:** | Sunday, June 29, 2003 10:50 AM |
| **To:** | Mann, Steven [CPCUS]; Sterchele, Paul [CPCUS] |
| **Cc:** | Telofski, Lorena [CPCUS] |
| **Subject:** | RE: JB Powder w China Talc |

Hi Steve and Paul - thanks for your note, Steve, and your phone call, Paul.  A couple of points since we can't leave Joyce hanging here.

1.  FYI - as a reminder, Bill Ashton can always be reached even if not on his "days in".  He is available by phone at home, can have info emailed to his daughter's office who will deliver it, can received a fedex, or will come in on a different day if he knows he is needed..

2.  Regarding the fragrance - this is a big issue.  Having gone down this path before on powder fragrance, it is really hard

# EXHIBIT P

JNJ 000389261

Prudencio Pltfs' Ex. 0853 pg 1

to get it to smell the same and meet all of the new internal standards. Trust me on this.

3. Joyce will be back on Monday so probably it makes sense for Paul to feed back directly to Joyce, if you have not already done so.

4. Are there issues on Talc? Do you need further assistance from Bill?

Lorena

-----Original Message-----

| | |
|---|---|
| **From:** | Mann, Steven [CPCUS] |
| **Sent:** | Monday, June 23, 2003 10:02 AM |
| **To:** | Telofski, Lorena [CPCUS] |
| **Cc:** | Sterchele, Paul [CPCUS] |
| **Subject:** | FW: JB Powder w China Talc |

Paul tells me Joyce is not returning his calls and the fragrance has several components that are non-compliant with our fragrance policy. From what I understand this whole talc project was kept very secret, so Paul didn't get disclosure of the fragrance formulation until recently. It was so secret that maybe they didn't ask enough questions to be aware of the fragrance policy. They should know, but we can't help if we don't get asked. When we were brought into the loop it was about March, and as is often the case it took weeks to get a CDA in place to get the fragrance formulation. Nevertheless, the fragrance is out of compliance, unless again Carlos et al plan to approach management for a waiver.

Steve

**Steven W. Mann, Ph.D., D.A.B.T.**
**Director, Toxicology**
**Johnson & Johnson Consumer & Personal Products Worldwide**
**199 Grandview Road**
**Skillman, NJ 08558-9418**
**Tel: (908) 874-1232; Fax: (908) 904-3738**

-----Original Message-----

| | |
|---|---|
| **From:** | Payeur, Joyce [CPCUS] |
| **Sent:** | Thursday, June 19, 2003 7:43 PM |
| **To:** | Mann, Steven [CPCUS]; Sterchele, Paul [CPCUS] |
| **Cc:** | Telofski, Lorena [CPCUS] |
| **Subject:** | JB Powder w China Talc |

I will be out until June 30 at Green Belt Training.
I have asked Lorena to intercede in my behalf in trying to get tox & safety approval of both the talc and fragrance.

Under my desk is a brown carton containing both the talc and the fragrance used at the Trial batch in Royston in April, should anyone need samples of that material.

The finished Trial Batch material (code 1013RB) and Control (code 1123RB) are in there as well, as are the Certificates of Analysis for both from Royston. Help yourselves to try them or sample them if you wish. More finished product from Royston is in the warehouse, so help yourselves to the two that are there.

I need to have your documents and have the Form B signed for the C.U.T. to stage thru Kirsten Keynes & Consumer Sciences Department. Attached is the Form B I want to submit for your signatures as a reminder.
<< File: JB Powder Form B.doc >>
The specification numbers that need Documentum approval from pre-clinical are below:
Current Date: 6/19/2003

Specification Approval Report

| Originator | Specification | CR Number | Route Date | Voter Department | Voter ID | Vote Date | Vote Cast |
|---|---|---|---|---|---|---|---|
| Joyce Paye | rmis255154 | CR255154 | 04/11/2003 | cpc_analytical_micro | Samir S. Sha | 4/18/2003 | Approved |

JNJ 000389262

Prudencio Pltfs' Ex. 0853 pg 2

```
                              cpc_analytical_skin_  Don Risi    4/23/2003     Approved
                              cpc_pre_clinical       ---------  -----------  ---------
                              cpc_prod_dev_akb_all Joyce Payeur  4/14/2003     Approved
                              cpc_purch_royston    Karen Pfirr 4/17/2003     Approved
                              cpc_royston_op_powde Curtis Coile 4/11/2003     Approved
                              cpc_royston_qa_powde Randy Corder 4/15/2003     Approved
                              specdept_c&pc          ---------  -----------  ---------
```

```
Joyce Paye  rmis255105        CR257575    05/12/2003 cpc_analytical_skin_  Don Risi    5/16/2003     Approved
                              cpc_pre_clinical       ---------  -----------  ---------
                              cpc_prod_dev_akb_all Joyce Payeur  5/12/2003     Approved
                              cpc_purch_royston    Carolyn Bank 5/13/2003     Approved
                              cpc_royston_op_powde Loye Dobbs   5/13/2003     Approved
                              cpc_royston_qa_powde Mark Hileman 5/12/2003     Approved
                              specdept_c&pc          ---------  -----------  ---------
```

Regards,
Joyce Payeur
Tech Assurance-Liquids
Tel: 908-874-1441
Fax: 908-874-1126

JNJ 000389263

Prudencio Pltfs' Ex. 0853 pg 3

# Exhibit Q

**Johnson's baby book**

# EXHIBIT Q



# introduction

JOHNSON'S® is a far-reaching global brand, and the crown jewel of Johnson & Johnson.

Our brand creates a halo for all Johnson & Johnson brands, so every piece of communication must always reflect the values of Johnson & Johnson, quality, integrity and the utmost in care.

This baby book was created to help us all achieve the most consistent and excellent communication for JOHNSON'S® all over the world.

Protected Document--Subject to Protective Order

JNJTALC000245416



# contents

## 1. brand footprint
philosophy
vision
positioning
heritage
timeline
brand essence
  feeling of being loved
  loving care
unique point of difference
personality

## 2. trademarks
logo usage
logo colors
icons (nmt, cpm)
sub brands & product names

## 3. pure, mild & gentle
JOHNSON'S® pure
JOHNSON'S® mild
JOHNSON'S® gentle
supporting claims
imagery
colors
typography
voice

## 4. film & television guidelines
the moment within a moment
framing
music, sound & announcer
casting
set & props
lighting & look of film
signature shots: NO MORE TEARS®
signature shots: sunlit curls
signature shots: shampoo comb thru
signature shots: bedtime
signature shots: soft skin
role of the baby
role of the mom
role of the product
application shots
best for baby, best for you

## 5. print & integrated communications
print
headlines
photography
product shots
regional ad examples

Protected Document--Subject to Protective Order

JNJTALC000245417



# brand footprint

As we move forward, and JOHNSON'S® babies become JOHNSON'S® mothers, we must continue to nurture this powerful bond as only we can.

Here, we put forward the tenets of the JOHNSON'S® baby brand, so that we can communicate our message clearly to mothers and health care professionals around the world.

1

Protected Document--Subject to Protective Order

JNJTALC000245418



# philosophy

We believe that from the moment of birth throughout
life, a baby needs loving care. At JOHNSON'S® we know
that providing that care is both an art and a science.
Our responsibility is to provide mom with preferred,
clinically proven products that are pure, mild and gentle,
engage the senses, evoke warm positive emotions,
and ultimately enhance the loving bond between
mother and baby.

1.1

Protected Document--Subject to Protective Order

JNJTALC000245419

# vision

We will be the baby care brand most trusted by women
and health care professionals in every community on earth
to provide the purest, mildest and gentlest products for
everyday care for their babies, themselves and their families.

**Make every baby a JOHNSON'S® baby!**



1.2

Protected Document--Subject to Protective Order

JNJTALC000245420



# positioning

**Who are we talking to?**
Mothers and professionals

**What do we want to communicate?**
JOHNSON'S® is the brand of baby skin and hair care products most trusted to provide the best in loving care.

**Why should they believe us?**
Only JOHNSON'S® has preferred, clinically proven products that are pure, mild and gentle and that uniquely enhance the loving bond between mother and baby.

**Primary Target:**
Mothers of babies 0–3 and adults who find the baby concept appealing.

**Secondary Target:**
Health care professionals

13

Protected Document--Subject to Protective Order

# heritage

For over 100 years, JOHNSON'S® has been an expert in baby care, trusted by mothers and health care professionals worldwide for gentle formulas that cleanse, moisturize and protect baby's delicate skin and hair. The brand's powerful equity has both an emotional and rational foundation that focuses on the "mother and baby bond," as women have strong memories of the brand and the clinically proven products that are pure, mild and gentle for baby.



1.4

Protected Document--Subject to Protective Order

JNJTALC000245422

# timeline



**1890** Introduction of baby powder

**1938** Introduction of baby oil

**1953** Introduction of baby shampoo

**1959** NO MORE TEARS® is trademarked

**1993** Clinically Proven Mildness introduced

**1997** Introduction of HEAD-TO-TOE®

**2000** Introduction of BEDTIME BATH®

**2002** Introduction of SOFTWASH®

**2006** Introduction of SOOTHING NATURALS®

**2007** Global upgrade of BEDTIME BATH®

**2009** 50th anniversary of NO MORE TEARS®

1.5

Protected Document--Subject to Protective Order

Prudencio Pltfs' Ex. 7215 pg. 9

JNJTALC000245423

# brand essence

**Something Bigger**
Feeling of being loved: the deep human value
for which we stand.

**Emotional Benefit**
Loving care.

**Functional Benefit**
We deliver clean, soft skin and hair that is a delight
to the senses; loving touch.

**Product Attributes**
We offer pure, mild and gentle products that
are distinctly sensorial, leveraging our heritage
of "best in care" expertise and trust, and using
scientific support.



1.6

Protected Document--Subject to Protective Order

JNJTALC000245424



# brand essence

**Feeling of being loved.**

The feeling of love is steeped in our heritage. In fact,
the feeling is intrinsically linked to JOHNSON'S® and the
brand name itself triggers the feeling. The feeling is
unmistakable because it is universal and timeless.

**"You know it when you feel it."**
**"It's the feeling you never outgrow."**

And to break it down into its component parts,
or label it, is to diminish its power and uniqueness.

1.7

Protected Document--Subject to Protective Order



# brand essence

### Loving Care

"In the mid-1960's, baby powder advertising took on even greater importance as it began to focus on the intensely important feelings generated between a mother and a newborn child... it became evident that {their} physical relationship had profound effects on the health and well-being of the child, and for that matter, on the mother as well...The company has continued to support research into {this} process now commonly called 'nurturing'..."

— *A Company That Cares*

1.8

Protected Document--Subject to Protective Order

JNJTALC000245426

# unique point
# of difference

**Bringing science to the art of healthy living.**
JOHNSON'S® is a wonderful combination of function plus emotion: JOHNSON'S® functional attributes free up mom to enjoy the special emotional moments with her baby.

**Functional Benefit: Superior Offerings**
Only JOHNSON'S® has over one hundred years of experience providing "best in care," clinically proven products that are purest, mildest and gentlest.

**Emotional Benefit:  Uniquely enhances the bond**
Only JOHNSON'S® gives mom the assurance that she is giving her baby the very best so she can focus on their special time together.



19

Protected Document--Subject to Protective Order

JNJTALC000245427

# personality

**JOHNSON'S® is:**
Warm
Caring
Trusted
Knowledgeable
Experienced
Relevant

**JOHNSON'S® is not:**
Faddish
Glamorous
Pretentious
Frivolous
Superficial

1.19



Protected Document--Subject to Protective Order

Prudencio Pltfs' Ex. 7215 pg. 14          JNJTALC000245428



# trademarks

All logo files, trademarks, icons and artwork will be provided by the Global Strategic Design Office.

Do not adjust colors, spacing or format of any of the approved artwork files.

# logo usage

## Approved Logos:

Logo consistency across all distributed elements.

## Necessary Staging Area:

The minimum staging area should be used in all designs. The blue frame around the logos is to be free of all artwork and copy. Also, the light blue area is for illustration purposes only, not to be reproduced.



## Horizontal Logo:

If applicable, you can use the horizontal logo lockup. Artwork for this logo is not to be used on any packaging. Do not run the logo within bodies of text.



2.1

Protected Document--Subject to Protective Order

JNJTALC000245430

# logo colors

**Blue (PMS 300):**

**Light Background:**

**Dark Background:**





2.2

Prudencio Pltfs' Ex. 7215 pg. 17   JNJTALC000245431

# icons

**Approved icons:**
English only: PMS 191 and white





**Dual Language Icons:**
Equal Emphasis



**Dual Language Icons:**
Local Language Dominant

  

2.3

Protected Document--Subject to Protective Order

JNJTALC000245432

# sub-brands & product names

In creating a new product name or sub-brand, the word Baby must always appear directly after the JOHNSON'S® brand in text or when treated as a logo.

When a new logo is created, the space between the baseline of the JOHNSON'S® logo and the x-height of baby is to be consistent when the full product name expands to Shampoo, HEAD-TO-TOE® Wash, BEDTIME BATH®, etc. Exceptions to this rule may occur when translation to a local language requires greater separation for legibility.

Whenever a trademarked product name or JOHNSON'S® appears in text, it must be capitalized and utilize the appropriate registration symbol.

**Examples:**
JOHNSON'S®
NO MORE TEARS®
JOHNSON'S® Baby TOP-TO-TOE" Wash

Advertising Copy:



Packaging Artwork:

*Johnson's* baby shampoo

*Johnson's* baby bedtime bath®

2.4

Protected Document--Subject to Protective Order

# pure, mild & gentle

This is JOHNSON'S® legacy, and it is what has helped
build the brand to be the trusted global brand it is today.
Whenever possible, from product development to all
forms of communication, we must reinforce that
JOHNSON'S® is the purest, mildest and gentlest choice
for babies everywhere.

3

Protected Document--Subject to Protective Order

JNJTALC000245434



# JOHNSON'S® pure

Simplicity, few ingredients, nothing but the essential.

3.1

Protected Document--Subject to Protective Order

Prudencio Pltfs' Ex. 7215 pg. 21          JNJTALC000245435

# JOHNSON'S® mild

Describes what is not there rather than what is.
Not as strong as the original, less harsh, does no harm.
Often associated with fragrance.



3.2

# JOHNSON'S® gentle

Describes how a product affects baby's skin or hair.
Kind to the skin, leaves it soft and smooth.



33

Protected Document--Subject to Protective Order

Prudencio Pltfs' Ex. 7215 pg. 23

JNJTALC000245437

# supporting pure, mild & gentle claims

**JOHNSON'S® baby products are pure, mild and gentle because they are:**

Developed to care for baby's unique physiologic and emotional needs.

Created with ingredients screened for safety, tolerance & toxicity with specifications created to insure materials are free from contamination.

Tested to insure clinical efficacy, mildness, and safety.

Manufactured to insure integrity from production through shelf life, and use as directed.

Consumer perceive JOHNSON'S® baby products to be Pure, Mild and Gentle.

An ideal combination of function plus emotion, JOHNSON'S® lets mom relax with the knowledge she is doing what's best for her baby.



3.4

Protected Document--Subject to Protective Order

# pure, mild & gentle imagery

JOHNSON'S® imagery is clean, soft, natural, light, gentle, beautiful, aspirational, warm, timeless, muted and intimate.

JOHNSON'S® imagery is not staged, kitschy, unnatural, trendy, gimmicky, harsh, cute, flat, dull, shadowy, brightly colored, cluttered or busy.

3.5

**JOHNSON'S® is**







**JOHNSON'S® is not**







Protected Document--Subject to Protective Order

JNJTALC000245439