# Exhibit 24

DocuSign Envelope ID: 81F9A052-9876-4958-91B5-DEB574E50B63A

Marc E. Wolin, Esq.
mwolin@saiber.com
John M. August, Esq.
jaugust@saiber.com
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel: (973) 622-8401

-and-

Steven Kazan, Esq.
skazan@kazanlaw.com
Joseph D. Satterley, Esq.
jsatterley@kazanlaw.com
Denyse F. Clancy, Esq.
dclancy@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Tel: (510) 302-1000

*Counsel for Movant Anthony Hernandez Valadez*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 |
| | : | |
| Debtor. | : | |
| | : | |

## DECLARATION OF ANTHONY HERNANDEZ VALADEZ

Pursuant to 28 U.S.C. § 1746, I, Anthony Hernandez Valadez, declare under penalty of

perjury as follows:

1.      I am an adult over the age of 18 years and have personal knowledge of the facts

expressed in this declaration. If asked, I could and would testify to the truth of such facts.

**EXHIBIT 24**

2.       I am 23 years old and have been a lifelong resident of California.

3.       In January 2022, I was diagnosed with mesothelioma. After subsequent scans, it is my understanding that my doctors have determined that I have pericardial mesothelioma.

4.       I was born on September 23, 1998. When I was a baby, it is my understanding that my mother regularly used Johnson's Baby Powder talc on me, including during diaper changes and whenever it was needed. My mother and other family members continued using Johnson's Baby Powder talc on me throughout my childhood as part of my regular hygiene routine.

5.       I first used Johnson's Baby Powder talc on myself when I was around 13 years old. I continued using that product for several years thereafter. During that time, I used a lot of Johnson's Baby Powder talc throughout my body, including on my chest, armpits, private areas, back, and neck. I used Johnson's Baby Powder talc every day, multiple times each day, including after showers, before going out, or whenever I need to freshen up. I applied that product either directly from the bottle or with my hands. It took me at least a couple of minutes to apply the powder. I used Johnson's Baby Powder talc because it was effective in combating sweat and odors. I also liked the product's fresh smell. Johnson & Johnson was a brand that I trusted. Using Johnson's Baby Powder talc generated visible dust that I breathed. I know that my family bought Johnson's Baby Powder at the following stores: Lucky, Safeway, Target, and Walmart.

6.       Johnson & Johnson and the retailers from whom my family bought Johnson's Baby Powder never warned me or anyone else in my family about that product's asbestos content or asbestos-related health hazards, including cancer. If Johnson & Johnson and the retailers warned me or my family of such hazards, we would have never used Johnson's Baby Powder.

DocuSign Envelope ID: 81FBA852-0876-485B-91B5-DEB5AEF9B63A

DocuSign Envelope ID: 81FBA052-0876-4858-91B5-DEB75EF0963A

Case 23-03026-DSC Doc 23-5 Filed 05/24/22 Entered 05/24/22 18:39:20 Desc
Exhibit Declaration 24-27 of Santiey Declaration of Page Page 4 of 5

7.        I do not recall any circumstance in which I or anyone in my household would have been in or around any dusty environments other than through my use of Johnson's Baby Powder. Before my diagnosis, I worked part-time as a customer service representative at Home Depot earning $15 per hour. At that job, I only helped customers buy doors and windows. I did not do any hands-on work with any tools, products, or any other machinery. Nor was I ever around any dusty environment. Prior to Home Depot, I was a customer service representative at Target and did no hands-on work with any tools, products, or any other machinery. For most of my life, my mother stayed at home to raise and care for me and my brother. Afterwards, my mom did yard duty and office work at a school. She currently works an office job at the local cemetery. My biological father died when I was four years old and I do not recall any interactions with him. My mother's current husband is a residential gardener who mows lawns and does landscaping. I never saw any dust on the work clothes of my mother or her current husband. I have never lived in or near any industrial areas or dust-generating facilities.

8.        Prior to my mesothelioma diagnosis, I was an outgoing person who loved spending time with friends and family. For example, my friends and I often went out for dinner or lunch. I also enjoyed working and often worked overtime because of the camaraderie and several of my friends worked with me. I also enjoyed creative writing. Before my diagnosis, I was attending classes at Merced Community College and was only three semesters away from completing my Associates Degree. After obtaining that degree, I intended to transfer to a university in Southern California to major in criminology in the hopes of working in law enforcement or as a private investigator.

9.        Having mesothelioma is the worst thing that has ever happened to me. I never had a serious, let alone life threatening, illness prior to my mesothelioma diagnosis. Mentally, this

DocuSign Envelope ID: 81FBA952-9876-495B-91B5-DEB7AEF9063A

Case 23-03226-mvl Doc 23-25 Filed 05/20/22 Entered 05/20/22 18:30:20 Desc
Exhibit Declaration 24-27 Ana Hernandez Varela Page 5 of 225

illness has caused me great anxiety and depression. Talking about my current state makes my heart race to the point where I am having a panic attack. I refuse to communicate with any of my friends and family because I am in disbelief and shock that I am suffering from a terminal disease at such a young age. When I am in the hospital, I experience anxiety because I want to go home. When I am home, I experience anxiety because I fear that I will be back in the hospital. Physically, this disease and any treatments related to it, including two rounds chemotherapy, one round of immunotherapy, and cardiac surgery on February 17, 2022, have caused me to experience nausea/vomiting, loss of appetite, severe chest pain and tightness, shortness of breath, discomfort, fatigue, mouth sores, and chronic back pain.

10.     I have either been seen in the emergency department or admitted several times since my diagnosis.

- **May 20-21, 2022:** I experienced shortness of breath and was admitted in the hospital.

- **May 19, 2022:** I was seen in the emergency department for shortness of breath. I was later discharged.

- **May 15-17, 2022:** On May 15, I was admitted in the hospital because of shortness of breath. Two days earlier, I received my first round of immunotherapy. During this stay, I was extremely anxious and wanted to leave because I was asked about topics related to my terminal illness. To help alleviate my anxiety, the doctor assured me that he will only talk about my symptoms. On May 17, the doctors assessed my PleurX catheters.

- **April 16, 2022:** I was seen in the emergency department because of my mouth sores. I developed these sores because of chemotherapy.

- **April 4 and 9-10, 2022:** I was seen in the emergency department because of complications related to my first round of chemotherapy.

- **March 28-April 1, 2022:** I was admitted because of continuing weakness and fatigue. I was so tired that merely walking from the house to the car causes me to breathe heavily and provokes other symptoms related to my mesothelioma

DocuSign Envelope ID: 81F9A052-0876-465B-91B5-DEB54E9B63A

Case 23-10231-JTD   Doc 23-29   Filed 05/24/22   Entered 05/24/22 08:39:22   Desc
Exhibit Declaration 24-27 to Santelli Declaration Valadez   Page 6 of 225

- **March 23-25, 2022:** I was admitted for nausea, vomiting, and low blood pressure. I experienced anxiety during this visit to the point where I threatened to leave despite the advice of my doctors.

11.      I understand that this disease is terminal. No words can express my sadness in knowing that this disease has foreclosed me from the opportunity of realizing my hopes and dreams. As this disease progresses, my discomfort, anxiety, tiredness, and pain become more severe despite pain medication and treatment. I am very scared of what will happen to me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I executed this Declaration at Palo Alto, California on May 21, 2022.

By: _____

ANTHONY HERNANDEZ VALADEZ

# Exhibit 25

DocuSign Envelope ID: 9C690EB8-68DB-4F5A-B4BC-08A42BCA3319

Marc E. Wolin, Esq.
mwolin@saiber.com
John M. August, Esq.
jaugust@saiber.com
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel: (973) 622-8401

-and-

Steven Kazan, Esq.
skazan@kazanlaw.com
Joseph D. Satterley, Esq.
jsatterley@kazanlaw.com
Denyse F. Clancy, Esq.
dclancy@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Tel: (510) 302-1000

*Counsel for Movant Anthony Hernandez Valadez*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 |
| | : | |
| Debtor. | : | |
| | : | |

## DECLARATION OF ANNA CAMACHO

Pursuant to 28 U.S.C. § 1746, I, Anna Camacho, declare under penalty of perjury as follows:

1. I am an adult over the age of 18 years and have personal knowledge of the facts expressed in this declaration. If asked, I could and would testify to the truth of such facts.

**EXHIBIT 25**

DocuSign Envelope ID: 9C690F88-58DB-47EA-B4BC-08A428CA2319

2.      I am the mother of Anthony Hernandez Valadez ("Anthony"). He is the eldest of

my two sons. Anthony suffers from and has been diagnosed with pericardial mesothelioma. It is

my understanding that this disease is rare and terminal.

3.      When Anthony was a baby, I regularly used a lot of Johnson's Baby Powder talc

on him every day, multiple times each day, including during diaper changes, after baths, to treat

or prevent diaper rash, and whenever it was needed. I packed the baby powder throughout

Anthony's body, including on his private areas, arms, neck forehead, armpits, and chest. I

applied the powder either directly from the bottle or with my hands. I also saw other family

members apply Johnson's Baby Powder on Anthony while he was a baby.

4.      Even after Anthony was no longer wearing diapers, I continued using Johnson's

Baby Powder talc on him throughout his childhood. I applied that product in the same way and in

the same areas that I previously mentioned in the paragraph above. Also, I applied Johnson's

Baby Powder on Anthony's feet and in between his toes, as well as inside his shoes.

5.      Anthony began using Johnson's Baby Powder talc on himself when he was

around 13 years old and continued using it for several years afterwards. I know that Anthony was

using Johnson's Baby Powder talc because the product was in the house and I saw remnants of

baby powder on Anthony's clothes and armpits. I also reminded Anthony to use Johnson's Baby

Powder because it was effective in combating odors and sweat.

6.      Using Johnson's Baby Powder talc on Anthony always generated dust. Anthony

breathed that dust.

7.      I was the person in the household who bought Johnson's Baby Powder that was

used on or by Anthony. The powder was in an all-white bottle. The twist cap was also white. The

name "Johnson's" in script appeared on the front of the bottle. We always had multiple bottles of

DocuSign Envelope ID: 9C699DF89-50DB-47EA-B4BC-09A428CA3319

Johnson's Baby Powder around the house. When Anthony was a baby, I always had a bottle of

Johnson's Baby Powder in his diaper bag. I always bought the largest size of baby powder

available. I also bought the travel size bottle. We used so much Johnson's Baby Powder that I

bought it every two weeks from various retail and grocery stores, including Lucky, Safeway,

Target, and Walmart. I have photographs that depict bottles of that product throughout the family

home at various stages of Anthony's life. Johnson & Johnson's was a brand I trusted.





8.      Johnson & Johnson and the retailers that sold its talc baby powder never warned

me about the product's asbestos content or asbestos-related health hazards, including cancer. If

Johnson & Johnson and the retailers warned me of such hazards, I would have never used

Johnson's Baby Powder talc on me, Anthony, or his brother.

DocuSign Envelope ID: 9C690F59-6BDB-47EA-B4BC-08A428CA3319

9. I do not recall any circumstance in which I or anyone in my household would have been in or around any dusty environments other than through my use of Johnson's Baby Powder. For most of Anthony's life, I was a stay-at-home mother who raised and cared for Anthony and his brother. It was not until 2007 did I start working again. In 2007, I did yard duty and office work at a school. I currently work an office job at the local cemetery. Anthony's father, Michael Valadez, died when Anthony was four years old. Michael did not work for pay because he was receiving aid from a federal assistance program for families with dependent children. Michael had no interaction with Anthony during Anthony's childhood. My current husband is a residential gardener who mows lawns and does landscaping. I never saw any dust on my, Michael's, or my current husband's work clothes. Anthony and I never lived in or near any industrial areas or dust-generating facilities.

10. I am in shock that Anthony has a terminal illness at such a young age. I care for Anthony every day and words cannot describe how his mesothelioma has negatively affected his mental and physical well-being. Anthony was outgoing and hardworking before his diagnosis. Now, he is suffering from anxiety and depression. He also experiences shortness of breath, extreme fatigue, lack of appetite, mouth sores, debilitating pain throughout his body, and other symptoms related to his pericardial mesothelioma. This disease has greatly traumatized me and Anthony. I highly doubt that we will ever recover from it.

11. Anthony and I live in Merced, California. Since his mesothelioma, Anthony has been admitted at or seen in the emergency department of Stanford Hospital in Palo Alto, California, for complications related to his mesothelioma. Each trip to and from Stanford Hospital takes close to two-and-a-half hours. These repeated and long trips to Stanford Hospital have caused Anthony extreme anxiety and depression. For example, during a recent

DocuSign Envelope ID: 9C690F88-59DB-47EA-B4BC-08A12BCA2319

hospitalization during the week of May 16, 2022, Anthony was so distraught and anxious because his treating physician was discussing his terminal illness. The physician had to calm Anthony down and opted to only talk about Anthony's symptoms. Pasted herein is a picture I took of Anthony during that hospital stay.



12.     As each day passes, Anthony's discomfort, pain, anxiety, fatigue, and other mesothelioma-related symptoms seem to worsen despite medications and treatment. He is unable to do even the most basic of tasks. I live in fear every day because I do not know whether Anthony will live to see another day.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I executed this Declaration at Palo Alto, California on May 21, 2022.

By: _____
    ANNA CAMACHO

# Exhibit 26

Marc E. Wolin, Esq.
mwolin@saiber.com
John M. August, Esq.
jaugust@saiber.com
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel: (973) 622-8401

-and-

Steven Kazan, Esq.
skazan@kazanlaw.com
Joseph D. Satterley, Esq.
jsatterley@kazanlaw.com
Denyse F. Clancy, Esq.
dclancy@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Tel: (510) 302-1000

*Counsel for Movant Anthony M. Hernandez Valadez*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 |
| | : | |
| Debtor. | : | |
| | : | |

## DECLARATION OF WILLIAM E. LONGO, PH.D.

Pursuant to 28 U.S.C. § 1746, I, William E. Longo, Ph.D., declare under penalty of

perjury as follows:

1.      I have personal knowledge of the facts set forth in this Declaration, except for such

facts that have been made known to me in forming an opinion, in which case each such fact is of

**EXHIBIT 26**

a type on which professionals in my field reasonably rely in forming such opinions. The facts

stated in this Declaration that are within my personal knowledge are true. If asked, I could and

would testify competently to the truth of and foundation for each fact and opinion asserted within

this Declaration.

## Background and Qualifications

2.      Attached hereto as **Exhibit A** is a true and correct copy of my curriculum vitae,

which truthfully sets forth my education, experience, and research on asbestos issues.

3.      I have a Bachelor of Science degree in Microbiology, a Master of Science degree

in Engineering, and a Doctorate in Philosophy in Materials Science, from the University of Florida.

4.      I am currently employed at MAS, LLC ("MAS") as the Chief Executive Officer.

For more than 30 years, I have studied the content, type, and release of asbestos fibers from

asbestos-containing products, including products that contain talc. MAS is accredited by the

American Industrial Hygiene Association for measurement of asbestos fibers by phase contrast

microscopy. MAS is also certified by the International Standards Organization ("ISO") for

measurement of bulk samples and air samples of asbestos. To date, MAS is the only laboratory in

the country accredited by the American Association for Laboratory Accreditation A2LA, on behalf

of ISO, for analysis of Asbestos in Cosmetic Talc Products by PLM (Blount prep method using

heavy liquid separation: ISO 22262-1) and TEM (ISO 22262-2). MAS is also a registered FDA

laboratory that is permitted to perform work for companies that want to submit MAS analysis for

FDA approval.

5.      As a materials scientist, I study the relationships among structures, properties,

synthesis, and performance of a wide range of materials. I examine why and how materials behave

under various conditions, such as temperature, pressure, stress or exposure to climatic conditions,

and how materials are used in every aspect of people's lives. I have spent the last 30 years studying all aspects of asbestos analysis including the use of air samples to analyze the airborne asbestos dust generated from the use of asbestos-containing products. This would include the use of both midget impinger and air cassettes. Under my direction our laboratory has analyzed approximately 400,000 asbestos bulk samples which does not include many thousands of air samples.

6.    I have been qualified many times in courts throughout the United States as an expert witness in both material science and industrial hygiene matters relating to asbestos issues, including cases involving friction and talc powder products. For example, I have been qualified as an expert witness regarding my analysis of Johnson & Johnson talc products in more than 25 cases by courts across the country in 8 different states, including California courts in the counties of Alameda and Los Angeles.

7.    I have published numerous articles on the subject of analysis and testing of asbestos-containing materials, including the quantification of asbestos particles released upon manipulation of these asbestos products in the manner performed in the work environment. My articles include: *Demonstration of the Capability of Asbestos Analysis by Transmission Electron Microscopy in the 1960's* in Microscope; *Asbestos Exposure During and Following Cable Installation in the Vicinity of Fireproofing* in Environmental Choices Technical Supplement; *Fiber Release During the Removal of Asbestos-Containing Gaskets: A Work Practice Simulation*, published in the Applied Occupational and Environmental Hygiene Journal in 2002; and *Zonolite Attic Insulation Exposure Studies*, in the International Journal of Occupational Health, published in 2010.

8.    In February 2020, I and my co-authors published an article in the Journal of Occupational and Environmental Medicine reporting on 10 cases of serous ovarian cancer among

users of Johnson & Johnson cosmetic talc products. [Steffen, et al., *Serous Ovarian Cancer Caused by Exposure to Asbestos and Fibrous Talc in Cosmetic Talc Powders—A Case Series* (Feb. 2020) 62 J. Occup. Environ. Med. e65.] Talc was detected in all 10 tissue samples. As for those same samples, asbestos was detected in eight of them. The main types of asbestos identified in tissue, tremolite and anthophyllite, constitute a fingerprint for talc containing asbestos and indicate that the individuals in those cases were exposed to asbestos through their use of cosmetic talc powder. These cases provide more evidence of the causal link between asbestos, talc, and ovarian cancer. They also show that asbestos is present in consumer talc products at a level sufficient to cause disease. A true and correct copy of that article is attached hereto as **Exhibit B** and incorporated fully herein by reference.

9.     On December 10, 2019, I was invited to testify for the U.S. Congressional Subcommittee on Economic and Consumer Policy entitled, "Examining Carcinogens in Talc and the Best Methods for Asbestos Detection," this testimony was about our use of heavy liquid separation for the detection of amphibole asbestos (tremolite and anthophyllite asbestos) using TEM for Johnson's Baby Powder. On February 4, 2020, I gave a presentation to the FDA's public meeting in Rockwell, Maryland entitled, "Testing Methods for Asbestos Detection in Talc & Cosmetics Products Containing Talc." For this presentation I discussed our use of heavy liquid separation sample preparation using both the Colorado School of Mines with ISO 22262-1 PLM analysis procedure for chrysotile detection, and the use of heavy liquid separation sample preparation with TEM analysis of amphibole asbestos in cosmetic talcs.

10.     MAS has employees with expert knowledge in a broad range of fields including material sciences, organic and inorganic chemistry, physics, biology, microbiology, industrial hygiene, geology, and all types of microscopy. MAS has performed consulting work for

government agencies such as the Centers for Disease Control, National Institutes of Health, Federal Aviation Administration. MAS has also worked as an expert for the Cities of New York, Los Angles, San Francisco, Baltimore, Boston, and Chicago, the States of New York, Utah, Hawaii, and Texas in their respective asbestos products building litigations against former asbestos manufactures of surface treatment products (fireproofing, acoustical plasters etc.).

11. MAS's studies and video recorded demonstrations have been used for educational and training purposes in conjunction with the AIHA, American Society of Safety Engineers, the Environmental Institute, Asbestos Hazard Emergency Response Act certification training, and the U.S. Public Health Service.

12. MAS uses the NIOSH 7402 method for Transmission Electron Microscopy ("TEM") to determine whether fibers counted are asbestos versus non-asbestos. The TEM NIOSH 7402 method uses the direct preparation techniques. Such testing techniques are standardized in the scientific community.

13. It is a generally accepted scientific method to calculate the amount of fibers in the total volume based on the number of fibers found in the grid openings observed on the filter. Specifically, under proper counting TEM protocol, there are a specific number of grid openings that need to be analyzed to maintain the proper sensitivity in order to calculate the number of fibers per the entire volume. Because TEM protocol analyzes the samples based on a certain number of [1/1000 of a meter] grid openings, this is akin to 1-2% of the entire volume. The generally accepted TEM protocol dictates the number of grid openings that must be analyzed to have proper sensitivity as to the entire volume content, which our laboratory follows. [*See, e.g.,* 40 C.F.R. Appen. A, TEM Analytical Methods.]

## Overview of MAS's Johnson & Johnson Testing

14. I have been qualified many times in courts throughout the United States as an expert witness in both material science, microscopy, and industrial hygiene matters relating to asbestos issues, including cases involving talcum powder products, including Johnson & Johnson products. My methodology in analyzing Johnson & Johnson talcum powder products for the presence of asbestos was subject to a *Daubert* hearing in the New Jersey MDL and has been found reliable. Moreover, I have been qualified as an expert witness regarding my analysis of cosmetic talcum powder products in more than 25 cases by courts across the country in 8 different states.

15. My laboratory, MAS, has now issued reports for the testing of approximately 146 containers of Johnson & Johnson talc products (primarily Johnson's Baby Powder) that cover a span of decades. This number will continue to increase as I obtain and test additional containers. Of the 146 containers, approximately 7 of them were purchased by MAS off-the-shelves of local drug stores and 67 of them were obtained were obtained from lawyers representing plaintiffs in lawsuits against Johnson & Johnson. Those 67 containers included Johnson & Johnson talc products purchased off the shelf or from the attorneys' clients themselves, while others came from collectors. The other 72 containers were obtained directly from the Johnson & Johnson archive.[1] The results of the initial 30 containers are contained in my report dated August 2, 2017 and later updated with additional containers in reports from March 2018, July 2018, February 2019, February 2020, March 2020, April 2020, December 8, 2020, January 25, 2021, February 9, 2021,

---

[1] Pursuant to the deposition testimony of Margaret Gurowitz on July 12, 2018 in *In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation*, a true and correct copy of the cited excerpts are attached hereto as **Exhibit C**, Johnson & Johnson's corporate historian assembled the containers from the corporate archives museum at Johnson & Johnson. [Exh. C at 18:15-20, 25:19-26:22, 27:14-23, 28:13-29:2, 35:17-36:17.]

March 23, 2021, April 13, 2021, May 25, 2021, and June 4, 2021.[2] The results for the remaining

72 Johnson & Johnson archive containers are contained in my reports dated February 2018,

November 2018, January 2019, February 2019, August 2019, and October 2019.

16.    My lab has also analyzed 15 samples of Imerys Vermont talc produced from its

archive. [January 15, 2019 report.] These Imerys samples represent Vermont milled talc ores that

would have been shipped to Johnson & Johnson for use in its talcum powder products. Recently,

my laboratory analyzed 29 talc and talc ore samples from the Guangxi Chinese talc mines used to

manufacture Johnson & Johnson talcum powder products beginning in approximately 2003 (as

well as various other talcum powder products). The 29 "Supra H" Guangxi Chinese talc samples

were received by my laboratory from three sources: 2 samples from experts working for talc

defendants in litigation (Segrave and Sanchez), collected by them directly from the Imerys mining

and milling facility, 9 from Johnson & Johnson as retained by them in the regular course of their

manufacturing Johnson's Baby Powder, and 18 from Chanel, Inc. as retained by them in the regular

course of their manufacturing Chanel talcum powder products. The results of my laboratory's

testing of the Supra H Guangxi Chinese talc are contained in my reports dated September 16, 2020

and October 8, 2020.

17.    To date, we have identified and reported on regulated asbestos in 88 of 112

containers (79%) of Johnson's Baby Powder and Shower to Shower manufactured in the United

States between the 1920s and 2019 (69/88 or 78% for Johnson's Baby Powder and 19/24 or 79%

for Shower to Shower). Together with the Supra H Guangxi talc samples, and Johnson's Baby

---

[2] Three additional containers of Shower-to-Shower were received as part of the original non-Johnson & Johnson
archive containers (M66510-001, M66511-001, M66512-001). Two belonging to individual plaintiffs in litigation
and one was purchased new off the shelf from Walmart in 2017. Amphibole asbestos was found in two of the three
containers by ATEM. No concentration preparation was used for the analysis of these containers at that time. These
containers were manufactured by Valeant Pharmaceuticals and not Johnson & Johnson, and therefore not included
in the above totals.

Powder samples manufactured with Chinese talc in the United Kingdom, to date, we have identified and reported on regulated asbestos in 77 of 81 Johnson & Johnson Chinese talcs and Chinese talc sourced products, or 95% (45/48 or 94%) Johnson's Baby Powder, 1/1 or 100% Johnson & Johnson Shower to Shower, 2/3 or 67% Valeant Shower to Shower, 29/29 or 100% Guang Xi Supra H Ore). We have further identified and reported on regulated asbestos in 116 of 146 containers of Johnson's Baby Powder and Shower to Shower, or 79% of the total amount of Johnson & Johnson talc products reported on to date. A true and correct copy of a summary chart of my laboratory's testing of Johnson & Johnson talc products, Imerys Vermont talc, and Supra H Guangxi Chinese talc is attached hereto as **Exhibit D**. I hereby adopt and incorporate that summary chart into this declaration as though it was set forth in full.[3]

18.     For the reports on the samples received from the Johnson & Johnson archives, we expanded our initial testing to include XRD (x-ray diffraction),[4] PLM (polarized light microscopy), PLM with heavy liquid separation (Blount), in addition to the TEM we did in our initial reports. The methods utilized, ISO 22262-1 and 22262-2, are international methods generally accepted in the scientific community and, ISO 22262-2 is specifically tailored to the analysis of talc for asbestos. As with the initial reports, we analyzed both Johnson's Baby Powder and Shower-to-Shower talcum powder products. Our results are summarized in the table below:[5]

| Method | # Containers Positive for Regulated Asbestos |
|---|---|
| TEM (ISO 22262-2 with concentration) | 44 of 72 (61%) |
| Blount PLM (Heavy Liquid Separation) | 41 of 72 (57%) |
| PLM (ISO 22262-1) | 17 of 72 (24%) |

---

[3] The reports my laboratory generated are voluminous. The pertinent data within those reports is reflected in the summary chart (Exhibit D). I hereby adopt and incorporate each of my reports analyzing Johnson & Johnson talc products into this declaration as though they were set forth in full. Copies of each of the reports will be furnished upon request.

[4] We worked together with Lee Poye of J3 Resources for the XRD analysis.

[5] (Exhibit D) Obviously, there was overlap on some of the positive samples between methods, where more than one method detected regulated asbestos. Two positive XRD samples were from Johnson's Baby Powder containers that used a tremolitic talc mine in Korea.

| XRD (ISO 22263-3) | 2 of 72 (3%)* |
|---|---|
| **TOTAL** | **52/72 or 72%** |

19. Our initial results demonstrate a clear relationship between method and sensitivity. Use of the concentration preparation method with TEM and Blount/PLM were most sensitive, followed by standard PLM. XRD can only detect the presence of a mineral down to about 0.1% to 0.5% (depending on asbestos type). It is not surprising that XRD found only 2 out of 72 samples tested for amphibole minerals as they tended to occur at levels far below XRD's limit of sensitivity of 0.1% to 0.5% by weight. Also, we observed cleavage fragments but they were not counted.

20. Based on testing done on Supra H/Guangxi Chinese talc and talc-containing products by talc supplier Imerys and Andreas Saldivar under contract for the FDA, it appears that chrysotile is the mineral that is being found in this Chinese ore used by Johnson & Johnson and other companies manufacturing cosmetic talc products. As a result, following ISO 22262, my laboratory began investigating sample preparation techniques sensitive to identifying chrysotile in talc. In my review, I came across a heavy liquid separation ("HLS") sample preparation technique for PLM developed by Johnson & Johnson's consultant, Colorado School of Mines ("CSM") in 1973, specifically for the detection of chrysotile in talc.[6] My laboratory implemented the CSM PLM preparation technique in January 2020.

21. Initially, using the CSM preparation technique, we demonstrated that the use of HLS at a density of 2.70 g/cc can concentrate the chrysotile if present at a detection limit of 0.0001 wt. % or above by PLM. At that time, our reported weight percentages of chrysotile in cosmetic talc were overestimations caused by our use of the NIST 1886b chrysotile for the spiked weight

---

[6] Colorado School of Mines Research Institute Report Re: Mineralogical Examination of Five Talc Samples to W.H. Ashton from W.P. Reid and W.T. Caneer, February 26, 1973; Colorado School of Mines Research Institute Report Re: Mineralogical Examination of Four Samples for Tremolite and Chrysotile from W.P. Reid and W.H. Ashton, April 2, 1973

9

standards. The large size of chrysotile bundles from the NIST standard caused our PLM analysts to overestimate the visual volume weight estimation by approximately 2 to 3 orders of magnitude. As a result, we prepared spiked talc standards using Calidria chrysotile asbestos, a smaller milled product consistent with what is expected in cosmetic talcum powder. The Calidria standards (Union Carbide Calidria grade RG144) is a better match for the chrysotile detected in the cosmetic talcs we analyzed for two primary reasons: 1) the average bundle length and width of the Calidria standard is the same range as what we are detecting in the milled cosmetics talc, and 2) the refractive index (RI) ranges for the Calidria are in the range of the milled chrysotile in the talcum powder. The use of an appropriate standard comparison is required by the ISO 22262-1 PLM method.[7]

22.     These modifications do not alter the ISO 22262-1 method for identifying and quantifying asbestos in a talc sample. These modifications relate solely to the CSM preparation technique and, as indicated above, ISO 22262-1 specifically allows for the use of preparation techniques the analyst deems appropriate for the sample being analyzed.[8] The modifications are also appropriate in that they serve as effective updates to a preparation technique developed 47 years ago in 1973. For example, we now measure lead levels in blood with inductively coupled plasma mass spectrometry, which permits great accuracy and precision. But they used to measure lead by a colorimetric method where the reagents used would produce different absorption for a positive sample. As another example, scientists used to use optic microscopes to count red blood cells. But today, red blood cells are counted automatically, most commonly with electronic impedance or laser light scattering (flow cytometry). Scientists build on the efforts of those who came before them.

---

[7] ISO 22262-1 at 17-18.
[8] *Id.* at 14.

23.     Even though the talc industry was aware from as early as 1973 that the heavy liquid separation PLM method increased the sensitivity for the detection of asbestos in talc, the talc industry, through its trade group CTFA, never incorporated concentration techniques for the routine analysis of talc and instead promulgated a substantially inferior method (J4-1) that did not require the use of an electron microscope and could only detect asbestos at levels above 0.5% by weight.

24.     I have tested Johnson & Johnson products that encompass the eras of all three of sources for Johnson & Johnson talc products offered for sale in the United States (Italy, Vermont, China) as well as talc offered for sale in Asia, Australia, and the United Kingdom. As I have stated in the past, in the United States, we are dealing with three mining regions: the Italian region, the Vermont region, and the Chinese region. Our testing has shown regulated asbestos in containers sourced from each of these mines. Moreover, I have reviewed hundreds of Johnson & Johnson and Imerys internal documents demonstrating repeated and consistent instances of asbestos in each of these sources.

## Airborne Concentrations – Shaker Powder Application

25.     To determine the exposure an individual would have to airborne asbestos amphibole fiber during application of talc powder products, MAS conducted a below-the-waist application study using Johnson's Baby Powder talc container M65205-001.[9] Approximately four grams of Johnson's Baby Powder were applied to the lower body of an investigator to determine the potential exposure levels of an individual to asbestos amphibole fibers while

---

[9] Italy was the talc source for this container. Italian talc has been found to contain the highest concentration of tremolite asbestos. The highest concentration allows us to provide a "worst case scenario" exposure assessment. Due to the wide use of Italian talc in numerous talc powder products, including Johnson's Baby Powder, the data from this study is applicable to a variety of products containing Italian-sourced talc.

applying talc powder. Both the NIOSH 7400 PCM method and the NIOSH 7402 TEM method[10] were performed to determine if any detectable amphibole asbestos fibers from the Johnson's Baby Powder were released into the breathing zone of the investigator and immediate surrounding area. The NIOSH 7400 PCM analysis found that the four personal sample results ranged from 3.85 to 5.86 fibers per cubic centimeter ("f/cc"), with an average mean of 4.52 f/cc. Area air sample results were 0.28 f/cc to 0.58 f/cc with an average mean of 0.41 f/cc. Four of the personal PCM filters were analyzed by the NIOSH 7402 TEM method and the percent tremolite asbestos fiber concentration ranged from 42.9% to 76.9% resulting in a PCM equivalent range of 1.81 f/cc to 4.51 f/cc. A true and correct copy of MAS Project 14-1852 Below the Waist Application of Johnson & Johnson Baby Powder Supplemental Report #2 dated January 2018 is attached hereto as **Exhibit E** and incorporated fully herein by reference.

## Anthony M. Hernandez Valadez

26.    I have reviewed the declarations of Anthony M. Hernandez Valadez and his mother Anna Camacho, a true and correct copy of each is attached hereto as **Exhibits F and G**, respectively. I understand that Mr. Valadez is 23 years old and was diagnosed with pericardial mesothelioma. He had virtually lifelong, daily exposures to Johnson's Baby Powder talc. When Mr. Valadez was a baby, his mother regularly used a lot of Johnson's Baby Powder talc on him every day, multiple times each day, including during diaper changes, after baths, to treat or prevent diaper rash, and whenever it was needed. His mother packed the baby powder throughout his body, including on his private areas, arms, neck, forehead, armpits, and chest. She applied the powder either directly from the bottle or with her hands. His mother also saw other family members apply Johnson's Baby Powder on him while he was a baby. Even after

---

[10] These published NIOSH methods are accepted in the scientific community as reliable in determining airborne exposure levels to asbestos.

Mr. Valadez was no longer wearing diapers, his mother continued using Johnson's Baby Powder talc on him throughout his childhood. She applied that product in the same way and in the same areas as described above. In addition, his mother applied Johnson's Baby Powder on his feet and in between his toes, as well as inside his shoes. Mr. Valadez began using Johnson's Baby Powder talc on himself when he was around 13 years old and continued using it for several years thereafter. He used a lot of Johnson's Baby Powder talc throughout his body, including on his chest, armpits, private areas, back, and neck. His mother likewise knows that her son used Johnson's Baby Powder as a teenager because she saw remnants of baby powder on his clothes and armpits. Mr. Valadez used Johnson's Baby Powder talc every day, multiple times each day, including after showers, before going out, or whenever he need to freshen up. He applied that product either directly from the bottle or with his hands. It took at least a couple of minutes for him to apply the powder. Using Johnson's Baby Powder talc in the manner described above always generated visible dust, which he breathed.

27.     Based on my review of the declarations of Mr. Valadez and Ms. Camacho, the manner in which they used Johnson's Baby Powder was similar to the application procedure that MAS followed for the Below-the-Waist exposure study and similar exposure scenarios that have found similar numbers. The results of the Below-the-Waist study and similar representative data show that an individual, such as Mr. Valadez, who used asbestos-containing Johnson's Baby Powder talc with a shaker application can have a significant exposure to airborne amphibole asbestos fibers. The magnitude of the asbestos fiber exposure levels will depend on the concentration level of the asbestos in the talc powder (e.g. as the concentration of asbestos in the product increases, the greater the concentration will be of the respirable airborne fibers). As a result, these findings of the release of asbestos during below-waist application are applicable to

any asbestos-containing talc powder product used in a substantially similar manner. These exposure levels substantially exceed background exposure levels reported in the literature.

28.  Based on our own testing, as well as my review of historic testing of the talc ore used by Johnson & Johnson and historic testing of Johnson & Johnson finished talc products, it is my opinion to a reasonable degree of scientific certainty that individuals who used Johnson's Baby Powder, including Mr. Valadez, would have, more likely than not, been exposed to fibrous amphibole asbestos, especially with repeat purchases. Accordingly, it is my opinion that the asbestos exposure to individuals, like Mr. Valadez, who regularly and consistently used Johnson & Johnson Baby Powder for decades was substantial and well above background or ambient levels.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I executed this Declaration at Suwanee, Georgia on May 23, 2022.

By: _____

WILLIAM E. LONGO, PH.D.

# Exhibit A

Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200  FAX (770) 866-3259



**VITAE**

**William Edward Longo, Ph.D**
**MAS, LLC**
**3945 Lakefield Court**
**Suwanee, Georgia  30024**
**Work Telephone:  (770) 866-3200**

EDUCATION

| | |
|---|---|
| October 1980 to December 1983 | Received Doctor of Philosophy in Materials Science and Engineering, University of Florida |
| June 1979 to October 1980 | Completed requirements for Master of Science in Materials Science and Engineering, University of Florida |
| September 1972 to June 1977 | Received Bachelor of Science degree; Major in Microbiology, Minor in Chemistry, University of Florida. |

PROFESSIONAL WORK HISTORY

| | |
|---|---|
| February 2020 to Present | Chief Executive Officer |
| September 1987 to January, 2020 | President of MAS, LLC (previously Materials Analytical Services, Inc.) Suwanee, Georgia. |
| August 1987 to February 1988 | President and Founder of Longo Microanalytical Services, Inc., Gainesville, Florida. |
| October 1983 to August 1987 | President and Founder of Micro Analytical Laboratories, Inc., Gainesville, Florida. |
| March 1985 to December 1987 | Visiting Assistant Professor; University of Florida, Department of Materials Science and Engineering. |
| August 1983 to March 1985 | Post Doctoral Associate; University of Florida, Department of Materials Science and Engineering. |

1

**EXHIBIT A**

Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

**MAS.**

## PATENTS

U. S. Patent Serial No. 4671954 June 9, 1987.  Goldberg, E.P., Iwata, H., and Longo, W.E., "Microspheres for Incorporation of Therapeutic Substances and Methods of Preparation Thereof."

U. S. Patent Serial No. 4871716, October 3, 1989.  Goldberg, E.P., Longo, W.E., and McCluskey, R.A., "Magnetically Responsive, Hydrophilic Microspheres for Incorporation of Therapeutic Substances and Methods of Preparation Thereof."

## PUBLICATIONS AND PRESENTATIONS

February 4, 2020-FDA Presentation:  Testing Methods for Asbestos in Talc & Cosmetic Products Containing Talc, Public Meeting, Rockville, Maryland.

Steffan, Joan, Tran, Triet, Yiman, Muna, Clancy, Kate, Bird, Tess, Rigler, Mark, Longo, William, Egilman, David, "Serous Ovarian Cancer Caused by Exposure to Asbestos and Fibrous Talc in Cosmetic Talc Powders, A Case Series, *JOEM-19-7875*, Vol. XX, Number X, 12/2019

Invited Speaker-U.S. Congressional Subcommittee on Economic and Consumer Policy entitled "Examining Carcinogens in Talc and the Best Methods for Asbestos Detection" December 10, 2019

Egilman, David, Stefen, Joan, Tran, Triet, Clancy, Kate, Rigler, Mark, Longo, William "Health Effects of Censored Elongated Mineral Particles: A Critical Review, ASTM, STP 1618, 2019

Egilman, D., Longo, W.E., "Egilman's Assessment Regarding Exposures of Auto Mechanics to "Amphiboles is Correct" *Inhalation Toxicology*, 2012: 24(9); 614-618.

Rigler, M.W., Longo, W.E. & Sauerhoff, M.W.: "Exposure to Fluropolymers and VOCs during Spray Sealant Product Use" Inhalation Toxicology, 23 (11):  641-657, 2011.

Ewing, W.M., Hays, S.M., Hatfield, R., Longo, W.E. & Millette, J.R. "Zonolite Attic Insulation Exposure Studies" *Int. J. Occup. Environ. Health*, Vol. 16(3), Jul/Sep, 2010.

Rigler, M.W., Longo, W.E. Emission of Diacetyl (2.3 Butanedione) from Natural Butter, Microwave Popcorn Butter Flavor Powder, Paste, and Liquid Products", *Int. J. Occup. Environ. Health,* 16:291-302, 2010.

2

Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

MAS

Rigler, M.W., Longo, W.E., "Qualitative Sulfur Gas Emission as a Specific Marker for Problematic Reactive Drywall, Proceedings of the Technical Symposium on Imported Corrosive Drywall, November 5-6, 2009, the University of Florida, Gainesville, FL.

Longo, W.E., Rigler, M.W., Russell, P.E., Vitarelli, J.P., Hoffman, E.M. & Johnson, H.M. Health Effects of Welding, "The Characterization of Welding Fume Particulates and Mn Bioavailability Studies for SMAW and FCAW Consumables" NIOSH, West Virginia, July 2005.

Harris M.D., Ewing, W.M., Longo, W.E., DePasquale, C., Mount, M.D., Hatfield, R.L. & Stapleton, R. "Manganese Exposure During Shielded Metal Arc Welding (SMAW) in an Enclosed Space" J. Occup. & Environ. Hyg. 2(8) 375-382, 2005.

Longo, W.E., Egeland, W.B., Hatfield, R.L., Stapleton, R., and Hubbard J., "Tremolite Analysis of Chrysotile Containing Friction and Gasket / Packing Products", ASTM Johnson Conference, Johnson Vermont, July, 2002.

Longo, W.E., Egeland, W.B., Hatfield, R.L., and Newton, L.R., "Fiber Release During the Removal of Asbestos-Containing Gaskets:  A Work Practice Simulation" Appl. Occup. Environ. Hyg. 17(1) 55-62, 2002.

Hatfield, R.L., Krewer, J.A., and Longo, W.E., "A Study of the Reproducibility of the Micro-Vac Technique as a Tool for the Assessment of Surface Contamination in Buildings with Asbestos Containing Materials" (M.E. Beard and H.L. Rook) in Advances in Environmental Measurement Methods for Asbestos, ASTM #STP 1342,301, January, 2000.

Rigler, M.W., Freeman, G.B., Longo, W.E., Kyono, M. and Cai, M. "A New Rapid Method for Analyzing Single Particles", Proceedings of the Engineeri9ng Solutions to Indoor Air Quality Symposium for the United States Environmental Protection Agency (USEPA), July 21-26, 1997, Research Triangle Park, NC.

Longo, W.E., and Rigler, M.W., "Rapid Identification of Inorganic and Organic Particulate for Routine IAQ Assessment" Indoor Environment Meeting, April, 1996.

Longo, W.E., "Malignant Mesothelioma in Kent Cigarettes Smokers:  Analysis of Asbestos Content in Filters, Cigarette Smoke and Lung Tissue" Society for Ultrastructural Pathology, March, 1996.

Longo, W.E., "The Identification of Asbestos Containing Surface Treatment Products using Standard Analytical Techniques" Florida Environmental and Asbestos Council Meeting, January, 1996.

3

Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

**MAS**

Longo, W.E., Rigler, M.W. and Slade, J., "Crocidolite Asbestos Fibers in Smoke from Original Kent Cigarettes" Cancer Research 55 11, 2232, 1995.

Longo, W.E., "Occupational Exposure From In-Place Asbestos Containing Fireproofing" Environmental Information Association, April, 1995.

Keyes, D. L., Ewing, W. M., Hays, S. M., Longo, W. E. and Millette, J.R., "Baseline Studies of Asbestos Exposure During Operations and Maintenance Activities" Appl. Occup. Environ. Hyg. 9(11) Nov, 1994.

Goldberg, E.P., Quigg, J., Sitren, H., Hoffmann, E., Jayakrishnan, A., Longo, W. and Cantrell, J., "Microsphere Drug Carriers for Targeted Chemo Immunotherapy and for Intracellular Infections" 20th Annual Meeting of the Society for Biomaterials, 1994.

Millette, J.R., Longo, W.E. and Hubbard, J.L., "Demonstration of the Capability of Asbestos Analysis by Transmission Electron Microscopy in the 1960's" Microscope, 41 15, 1993.

Ewing, W. M., Chesson, J., Dawson, T. A., Ewing, E. M., Hatfield, R. L., Hays, S. M., Keyes, D. L., Longo, W. E., Millette, J. R., and Spain, W. H.  "Asbestos Exposure During and Following Cable Installation in the Vicinity of Fireproofing" Environmental Choices Technical Supplement, Volume I, (2), 1993.

Longo, W. E., "Sampling and Analysis of Asbestos in Dust: An Update" Environmental Information Association, April, 1993. Nashville, Tennessee.

Keyes, D. L., Chessan, J., Hayes, S. M., Hatfield, R. L., Ewing, W. M., Longo, W. E. and Millette, J. R. "Re-Entrainment of Asbestos from Dust in a Building with Acoustical Plaster" Environmental Choice, Technical Support, Volume I, (6), 1992.

Longo, W. E. "A Standard Method for the Analysis of Asbestos in Settled Dust by TEM" Asbestos Measurement Risk Assessment and Laboratory Accreditation, ASTM Conference, July 1992.  Johnson, Vermont.

Longo, W. E. and Roggli, V. L., "Mineral Fiber Content of Lung Tissue in Patients with Environmental Exposures:  Household Contacts vs. Building Occupants"  (B. Boland and J. Cullian EDS) in The Third Wave of Asbestos Exposure to Asbestos in Place. *Annals of The New York Academy of Sciences*, Volume 63, 1991.

Keyes, D. L., Chessan, J., Ewing, W. M., Faas, J. C., Hatfield, R. L., Hayes, S. M., Longo, W. E. and Millette, J. R. "Exposure to Airborne Asbestos Associated with Simulated Cable Installation Above and Suspended Ceiling" *Am. Ind. Hyg. Assoc. J.* (52) Nov. 1991

4

Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

**MAS**

Longo, W. E. "Sampling and Analysis of Asbestos in Settled Dust" EPA/A&WMA Symposium on "Measurement of Toxic and Related Air Pollutants", May 1991.  Durham, North Carolina.

Longo, W. E. "Asbestos Wipe Sampling" Industrial Hygiene Association, October, 1990. West Palm Beach, Florida.

Longo, W. E. "Standard Test Method for Asbestos Concentrations in Dust Samples" American Society of Testing Materials Subcommittee D22.05.07, manuscript in progress.

Goldberg, E. P., Yalon, M., and Longo, W. E. "Low Voltage SEM for Unique Surface Analysis of Prosthetic Devices" Materials Research Society Symposium Proceedings 110, *Biomedical Materials and Devices,* 1989.

Longo, W. E. "Field Emission Scanning Electron Microscopy:  An Alternative Technique for the Analysis of Asbestos Air Filter Samples" National Asbestos Council, September 1988.  Boston, Massachusetts.

Goldberg, E. P., Yalon, M., and Longo, W. E. "Low Voltage Scanning Electron Microscopy for Improved Surface Characterization of Ocular Implants and Other Prosthetic Devices" American Chemical Society Symposium, September 1988.  Los Angeles, California.

Longo, W. E. "Rinse Technique for Recovery of Air Samples for TEM Analysis" Asbestos Measurement Research and Laboratory Accreditation, ASTM Conference, July 1988. Johnson, Vermont.

Longo, W. E. "The Presence of Inorganic Fibers in Commercial Brands of Cigarettes" American Industrial Hygiene Conference, May 1988.  San Francisco, California.

Longo, W. E. "Analysis of Asbestos by Transmission Electron Microscopy" Alabama Electron Microscopy Society 7th Annual Meeting, March 1988.  Birmingham, Alabama.

Longo, W. E. "Asbestos Fiber Loss from Air Sampling Cassettes:  A Study by Transmission Electron Microscopy" EPA/APCA Symposium on Measurement of Toxic and Related Air Pollutants, May 1987.  Research Triangle Park, North Carolina.

Longo, W. E. "Asbestos Air Sample Analysis by Transmission Electron Microscopy" American Industrial Hygiene Conference Professional Development Course, May 1987. Montreal, Canada.

Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200  FAX (770) 866-3259

**MAS**

Longo, W. E., Jenkins, E. J., Greene, R., and Baxter, D. "Water Refiltration: An Alternative Sample Preparation Method for the Analysis of Airborne Asbestos by TEM" National Asbestos Council, January, 1987, Chicago, Illinois.

Longo, W. E., and Goldberg, E. P. in "Drug and Enzyme Targeting" (K. Widder and R. Green Eds) Methods of Enzymology, 112, 18, 1985.

Goldberg, E. P., Iwata, H., and Longo, W. E. "Hydrophilic Albumin and Dextran Ion-Exchange Microspheres for Localized Chemotherapy" (S. Davis, L. Illium, J. McVie, and E. Tomlinson Eds) in Microspheres and Drug Therapy.  Pharmaceutical Immunological and Medical Aspects, 10, 309, 1984.

Hoffmann, E. M., Longo, W. E., and Goldberg, E. P. "Macrophage Uptake of Albumin Microsphere Drug Carriers" Proceedings of the 11th International Symposium on Controlled Release of Bioactive Materials, 11, 27, 1984.

Longo, W.E., "Albumin Microspheres for the Controlled Release of Therapeutic Agents" Doctor of Philosophy Dissertation, University of Florida, 1983.

Longo, W. E., and Goldberg, E. P. "Novel Albumin-Polypeptide-Drug Microspheres: Synthesis and Ion Exchange Drug Release Properties" Proceedings of the 10th International Symposium on Controlled Release of Bioactive Materials, 10, 245, 1983.

Longo, W. E., Iwata, H., Lindheimer, T., and Goldberg, E. P. "Preparation and Drug Release Properties of Albumin-Polyglutamic Acid-Adriamycin Microspheres" American Chemical Society, 24, 56, 1983.

Longo, W. E., Iwata, H., Lindheimer, T., and Goldberg, E. P. "Preparation of Hydrophilic Albumin Microspheres Using Polymeric Dispersing Agents" *J. Pharm. Sci.*, 71, 1323, 1982.

Goldberg, E. P., Iwata, H., Terry, R. W., Longo, W. E., Levy, M., and Cantrell, J. L. in "Affinity Chromatography and Related Techniques" (Visser, Visser and Nivard Eds), Elsevier, Amsterdam, 375, 1982.

Longo, W. E., Iwata, H., and Goldberg, E. P. "Hydrophilic Albumin-Polyglutamic Acid-Adriamycin Microspheres for Localized Chemotherapy" 8th Annual Meeting of the Society of Biomaterials, 10, 60, 1982.

WWW.MASTEST.COM

Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

**M.AS.**

---

**ACTIVITIES AND ORGANIZATIONS**

\*       Member of Environmental Protection Agency Workshop on Sampling and Analysis
of Asbestos in Settled Dusts, July 1989.

\*       Member of Environmental Protection Agency Peer Review Group for the Asbestos
Engineering Program, 1987 to present.

\*       Vice-Chairman of the National Asbestos Council Analytical Subcommittee on
Transmission Electron Microscopy 1987-1988.

\*       Chairman of National Asbestos Council Analytical Subcommittee on Transmission
Electron Microscopy 1988-1989.

\*       Member of ASTM D-22-05 Subcommittee for Indoor Air Pollution.


**LECTURES AND COURSES INSTRUCTED**

Longo, W.E. "Electron Microscopy for Industrial Hygiene Applications" American Industrial
Hygiene Conference Professional Development Course, Atlanta GA, May 2004.

Longo, W. E. "Settled Dust: Asbestos and Other Particulates"
Georgia Institute of Technology Seminar, August 1991.

Longo, W. E. "The Role of the Laboratory Manager, Quality Assurance Officer and the
Analyst for NIST Accreditation" Georgia Institute of Technology, Transmission Electron
Microscopy Asbestos Accreditation Seminar, August 1989.

Longo, W. E. 24th Annual Meeting of the Microbeam Analysis Society,
"Asbestos Analysis Session" Ashville, North Carolina, July 1989 (Session Co-Chairman).

Longo, W. E. "Fundamentals of Asbestos Analysis by TEM" Institute in Materials Science
State University of New York. New Paltz, New York, October 1988 (Course Director).

Longo, W. E. "TEM Imaging/Photography" Georgia Institute of Technology, Transmission
Electron Microscopy Asbestos Analysis Course, June 1988.

Longo, W. E. "Laboratory Preparation of Polycarbonate Filters for TEM Analysis"
Georgia Institute of Technology, Advanced Transmission Electron Microscopy
Asbestos Analysis Course, February 1988.

7

Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

Longo, W. E. "Transmission Electron Microscopy Laboratory Set-Up" Georgia Institute of
Technology, Advanced Transmission Electron Microscopy Asbestos Analysis
Course, February 1988.

Longo, W. E. "Laboratory Analysis of Asbestos" Hall-Kimbrell Seminar in Asbestos
Abatement in the State of Florida, January 1988.

Longo, W. E. "Air Sample Preparation and Analysis by TEM" Georgia Institute of
Technology, Clearance Testing for Asbestos: AHERA Regulations, October 1987.

Longo, W. E. "Asbestos Air Sample Analysis by Transmission Electron Microscopy"
American Industrial Hygiene Conference Professional Development Course, Montreal,
Canada, May 1987.

Longo, W.E. "Asbestos Air Sample Analysis by Transmission Electron Microscopy"
American Industrial Hygiene Conference Professional Development Course, Dallas, TX
May 1986.


### PROFESSIONAL MEMBERSHIPS

| | |
|---|---|
| American Industrial Hygiene Association | 1985, 1999 to Present |
| American Society for the Testing of Materials | 1986 to Present |
| American Society of Materials | 1994, 2009-Present |
| National Asbestos Council | 1984 to 1993 |
| Environmental Information Association | 1993, 2008-Present |
| Materials Research Society | 1988, 2010-2014 |
| Electron Microscopy Society Association | 1988 to Present |
| Micro Analysis Society formerly known as Microbeam Society | 1988, 2009-2012, 2018 |
| New York Academy of Science | 1985 to 1987<br>1989 to 1994 |
| Air Pollution Control Association | 1985 to 1987 |

8

Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

**M/AS**

| | |
|---|---|
| National Institute of Building Sciences | 1991 to Present |
| The Society for Ultrastructural Pathology | 1996 |
| American Society of Heating, Refrigerating and Air-Conditioning Engineers | 1996 to Present |
| The American College of Forensic Examiners – Fellow of Forensic Engineering Technology (IN. 17825) | 1999 to 2017 |
| American Conference of Governmental Industrial Hygienist (ACGIH) Associate Member | 2006 to Present, 2007-2009 |
| American Chemical Society | 2012-Present |

Updated:  03/12/2020

9

# Exhibit B

OPEN

# Serous Ovarian Cancer Caused by Exposure to Asbestos and Fibrous Talc in Cosmetic Talc Powders—A Case Series

*Joan E. Steffen, BA, Triet Tran, BA, BS, Muna Yimam, BS, Kate M. Clancy, Tess B. Bird, DPhil, Mark Rigler, PhD, William Longo, PhD, and David S. Egilman, MD, MPH*

**Objective:** Asbestos is a known cause of ovarian cancer. We report 10 cases of serous ovarian cancer among users of Johnson & Johnson (J&J) asbestos-containing "cosmetic" talc products. **Methods:** We conducted an asbestos exposure assessment during talc application and analyzed surgical tissues and talc containers for asbestos and talc. **Results:** Talc was found in all cases and tremolite and/or anthophyllite asbestos was found in 8/10 cases. The asbestos fibers found in the "cosmetic" talc containers matched those found in tissues. We estimated inhaled asbestos dose ranged from 0.38 to 5.18 fiber years. **Conclusion:** We provide evidence that the inhaled dose of asbestos/fibrous talc from "cosmetic" talc use causes ovarian cancer. The unique combination of the types of asbestiform minerals detected in cancerous tissue and "cosmetic" talc is a fingerprint for exposure to asbestos-containing talc.

**Keywords:** asbestos, baby powder, cosmetics, Johnson & Johnson, ovarian cancer, talc

K nown amongst oncologists as a "silent killer," ovarian cancer is the leading cause of death from all gynecologic cancers and the fifth leading cause of cancer-related deaths among women in the United States.[1] The American Cancer Society estimates that about 22,000 American women will be diagnosed and 13,850 will die of the disease in 2019.[2] In 2010, the agency determined that perineal talc powder use is possibly carcinogenic to humans (group 2b).[3]

Epidemiological studies have examined the relationship between perineal talc use and ovarian cancer. In a 1982 case–control study, Cramer et al[4] first reported an association between genital talc use and ovarian cancer. At least 32 subsequent epidemiologic studies have examined the association between talc

powder use and ovarian cancer.[5–36] High-grade serous carcinoma (HGSC) is the most common form of ovarian cancer and the type of ovarian cancer that has been most consistently associated with perineal use of cosmetic talc products.[6–8,10,12,14,15,24,27,29,32,33,36,37] Meta-analyses have consistently shown an increased risk of HGSC of about 1.3 for perineal talc use.[18,38–40]

Asbestos exposure by inhalation occurs during cosmetic talc use.[41,42] International Agency for Research on Cancer (IARC) concluded in 2009 that asbestos is a group 1 human carcinogen.[43,44] Dr Wyers' first reported a case of ovarian cancer in a woman with asbestos in 1949.[45] Twenty-seven epidemiological studies have since examined the relationship between asbestos exposure and ovarian cancer.[46–72] Nine of these 27 studies report a statistically significant elevation in ovarian cancer risk.[46–48,51,61,62,68,69,71] Epidemiologic findings have demonstrated consistency in different populations: studies of asbestos and ovarian cancer have shown a statistically-significant association among women in different countries with exposures to different types of asbestos fibers and in various occupational and environmental settings.[46–48,51,61,62,68,69,71] Epidemiologic research also suggests a dose–response relationship for asbestos and ovarian cancer when comparing low-exposure and high-exposure subgroups.[47,72] Camargo et al[73] performed a meta-analysis of 18 cohort studies of occupational asbestos exposure and reported a pooled standardized mortality ratio (SMR) for ovarian cancer of 1.77 (95% confidence interval [CI], 1.37–2.28).

Epidemiological studies of talc and ovarian cancer have generally accepted representations by talc mining and manufacturing companies that consumer talc has been asbestos-free since 1976.[6–8,10,12,14,15,24,25,27,29,32,36] However, studies show that

From the Never Again Consulting, Attleboro, Massachusetts (Ms Steffen, Mr Tran, Ms Yimam, Ms Clancy, Dr Bird, Dr Egilman); College of Engineering and Mines (student), University of Alaska – Fairbanks, Fairbanks, Alaska (Ms Clancy); Mellon Postdoctoral Fellow, Wesleyan University, Middletown, Connecticut (Dr Bird); Materials Analytical Services LLC, Suwanee, Georgia (Dr Rigler, Dr Longo); Department of Family Medicine, Warren Alpert Medical School, Brown University, Providence, Rhode Island (Dr Egilman).

Funding: Plaintiffs' attorneys in litigation against Johnson & Johnson (Ingham et al vs Johnson & Johnson et al) paid for tissue analysis for talc and asbestos in patient tissues. They also paid for travel costs and time spent examining and interviewing patients. There was no outside funding for work on this manuscript.

Institution and Ethics approval and informed consent: There was no requirement for ethics review or institutional review board approval because this research was not experimental and was originally conducted pursuant to a lawsuit. Informed consent was obtained from all living patients. For one deceased patient (Case No. 8), consent was obtained from the surviving spouse. For the remaining two deceased patients (Case No. 4 and Case No. 9), authors relied only on public information revealed during court proceedings.

Disclosure (Authors): T.T., J.S., K.C., M.Y. and T.B. work for Dr Egilman, who served as an expert witness in litigation at the request of people who were injured as the result of using talcum powders. Mr Tran, Ms Steffen, Ms Clancy, Ms Yimam, and Dr Bird were not compensated by law firms for work on this paper and the lawyers for the injured plaintiffs did not review this paper and had no input into the content of the paper.

Dr Egilman, Dr Rigler and Dr Longo report payments from lawyers related to the submitted work. All serve as expert witnesses in litigation at the request of people who were injured as the result of using talcum powders; plaintiffs' lawyers paid for the patient examinations taken by Dr Egilman as part of his expert witness work.

Dr Rigler and Dr Longo originally performed the tissue analysis for talc and asbestos as part of their expert witness work and were paid by plaintiffs' lawyers for their work. Dr Egilman has also served as an expert witness at the request of companies who have been sued for exposure to asbestos from their mines or products. They were not compensated for work on this paper and the lawyers for the injured plaintiffs did not review this paper and had no input into the content of the article.

Disclaimer: Historic testing of talc for asbestos is limited in methodology and scope. Courts and plaintiff lawyers have agreed, without the knowledge or permission of their clients, to keep secret some of the documents reported here; these documents became public during court proceedings over the objections of J&J and Imerys. Many documents remain sealed.

Supplemental digital contents are available for this article. Direct URL citation appears in the printed text and is provided in the HTML and PDF versions of this article on the journal's Web site (www.joem.org).

Clinical significance: We provide evidence that asbestiform minerals present in "cosmetic" talc causes ovarian cancer. We provide an estimate of asbestiform minerals inhaled per talc application and cumulative lifetime exposure. The unique combination of asbestiform minerals detected in cancerous tissue and "cosmetic" talc is a fingerprint for exposure to asbestos-containing talc.

Address correspondence to: David S. Egilman, MD, MPH, Never Again Consulting, 8 N Main St, Ste 400, Attleboro, MA 02703 (degilman@egilman.com).

Copyright © 2020 The Author(s). Published by Wolters Kluwer Health, Inc. on behalf of the American College of Occupational and Environmental Medicine. This is an open access article distributed under the terms of the Creative Commons Attribution-Non Commercial-No Derivatives License 4.0 (CCBY-NC-ND), where it is permissible to download and share the work provided it is properly cited. The work cannot be changed in any way or used commercially without permission from the journal.

DOI: 10.1097/JOM.0000000000001800

Downloaded from https://journals.lww.com/joem by BhDMf5ePHKav1zEoum1tQfN4a+kJLhEZgbsIHo4XMi0hCywCX1AWnYQp/IlQrHD3i3D0OdRyi7TvSFl4Cf3VC4/OAVpDDa8K8LG8bV6Y9v6EWDpJfbLdCVGF7dtQ== on 03/19/2020

e65

**EXHIBIT B**

consumer talc contains asbestos and a review of the world's largest talc producers records indicated that talc mines contained asbestos, that asbestos cannot be removed from talc, and that talc used in cosmetics was not asbestos-free.[41,74–82] Case control and cohort studies of talc use and ovarian cancer have not differentiated inhalation and perineal talc exposures, and have not considered inhalation exposures in their analyses; this has contributed to misclassification of exposed cases and inaccurate dose–response assessments.[42] In addition, industry marketing studies from the 1970s indicate that up to 85% of women used talc powders thus many "controls" were probably exposed to asbestos containing talcs.[42,83]

We report 10 cases of serous ovarian cancer among users of asbestos-containing Johnson & Johnson (J&J) cosmetic talc products. Unlike most previous studies on talc and ovarian cancer, we focused on inhalation exposures to asbestos during various talc uses and not perineal exposure.[4,6,12,40] We measured inhalation exposures during perineal application of asbestos-containing cosmetic talc. Based on exposure histories, we estimate the dose of inhaled asbestos and the increase in ovarian cancer risk for each case. Our case series also includes tissue analysis for talc and asbestos in both product and cancer tissue. By synthesizing current knowledge of asbestos carcinogenicity and evidence of asbestos in consumer talc products, our case series provides novel insight into the link between cosmetic talc use and ovarian cancer.

## MATERIALS AND METHODS

We report 10 cases of serous ovarian cancer in women who primarily or exclusively used a variety of J&J cosmetic talc products including Johnson's Baby Powder (JBP), Shower to Shower (STS), and STS Shimmer.[84] These cases were identified among a group of 22 plaintiffs in Ingham et al versus Johnson & Johnson et al. All plaintiffs were diagnosed with ovarian cancer after exposure to J&J cosmetic talc products and transmission electron microscope (TEM) tissue analysis for talc and asbestos was performed for 10 of these plaintiffs. We only report on the 10 plaintiffs for whom TEM tissue analysis was completed.

There was no requirement for ethics review or institutional review board approval because this research was not experimental and patients participated voluntarily in conjunction with a lawsuit. Informed consent for publication was obtained from all living patients. One patient (Case No. 8) passed away after her exposure history was collected but before consent for publication was obtained. In this case, consent was obtained from the surviving spouse. For the remaining two deceased patients (Case No. 4 and Case No. 9), authors relied only on public information revealed during court proceedings. For the exposure assessment, the researcher wore a respirator and was decontaminated post-assessment. The researcher was not exposed to any risk, required to reveal personal information or subjected to specimen collection. The assessment did not meet the requirements to necessitate Institutional Review Board (IRB) approval.[85]

### Patient Histories

Medical histories, exposure histories (history questionnaire attached as Appendix 1, http://links.lww.com/JOM/A685), and physical examinations were collected for all living patients (8/10 cases). Exposure histories included questions about talc powder use and other sources of asbestos exposure. We analyzed the frequency and duration of talc uses for each case. For the two deceased patients (Case No. 4 and Case No. 9), a rough exposure history was compiled from the testimony of relatives who were familiar with each patient. Available medical records were also reviewed for all cases.

### Exposure Assessment—Perineal Application

The exposure assessment was completed in a $15'' \times 15'' \times 8''$ room with appropriate negative asbestos airflow technology. The experiment was videotaped using two Sony Model HDR-CX900 cameras with alternating Tyndall and standard lighting. (See Appendix 2, http://links.lww.com/JOM/A686.) Area and background samples were collected using four high-volume area sampling pump stations set up 5'' to 6'' from the talc user; these pump stations used 25 mm air cassettes containing 0.8 μm pore size mixed cellulose ester (MCE) filters with 5.0 μm backing pads and were calibrated to run at 10 L/min. Personal samples were collected using four low-volume pumps affixed to the talc user with the cassettes adjusted to be in the breathing zone of the investigator; the "personal" pumps were calibrated to 2.5 L/min. During the experiment, air samples were collected for 5 minutes from all sources.

A researcher wearing personal protective equipment and "personal" air pumps used a metal container of JBP for the experiment. Based on JBP advertisements featuring product images, we estimated that the JBP used in this test had been manufactured sometime in the 1950s and sourced from the Val Chisone mine.[86,87] (See Appendix 3, http://links.lww.com/JOM/A688 for images of JBP product tested and for full written report on exposure assessment.) J&J used this mine source from 1946 until 1968 and 1980 to 1981.[86–88] From 1969 to 2003, J&J used Vermont talc in their powder products and later switched to Chinese talc.[42,89] Using $t$ test analysis, the asbestos content (fibers per gram) in all the bottles tested were statistically comparable across these three talc sources. (See Appendix 4, http://links.lww.com/JOM/A689)

The JBP can be weighed before the experiment using a Fisher Scientific balance. The researcher wore a bikini bottom over an inner pair of boxer briefs and sat on a chair in the middle of the room for the experiment. To simulate perineal talc application, the researcher shook the talc powder into his hand twice and then rubbed the powder into the upper leg area. This was repeated for the other leg. Then, the researcher stood, pulled the bikini bottom down and away from the body, and applied two squeezes of talc powder into the bikini bottom. The researcher released the briefs and sat down on the chair for the remainder of the study. The metal container of JBP was weighed again following the study. After the study, two field blanks were opened inside the study room.

A total of four background samples, four personal samples, and four area samples were collected along with two field blanks. All 12 air samples were analyzed for asbestos by the National Institute Occupational Safety and Health (NIOSH) 7400 phase contrast microscopy method using "A" counting rules and by the NIOSH 7402 TEM method.[90,91] For TEM analysis, amphibole asbestos fibers or bundles with substantially parallel sides and an aspect ratio of 3:1 or greater, at least longer than 5.0 μm in length and greater than 0.25 μm were counted as per NIOSH 7402 asbestos structure sizing rules.[91] The four personal air samples were also analyzed by the NIOSH 7402 method for fibrous talc particles.[91] The two field blanks were analyzed for asbestos by phase contrast microscopy and TEM in accordance with NIOSH 7400 and NIOSH 7402.[90,91]

### Dose Calculations

For each case, we calculated asbestos dose in environmental fiber years (for consistency with the Environmental Protection Agency (EPA) risk assessment model) and in total fibers inhaled (to account for changes in respiratory intake in infancy to adulthood).[92] We used the asbestos dose in environmental fiber years to calculate the excess risk. (See section on Dose–Response Risk Assessment.)

We calculated total asbestos dose based on the four most common usages of J&J talc powder reported among the 10 cases: perineal application (10/10), upper body powdering (9/10), exposure as an adult during diapering (8/10), and exposures as an infant during diapering (7/10). For each of these scenarios, we incorporated the intensity of the exposure (f/cc), duration of each exposure (minutes), and total number of applications (from exposure

histories) to calculate the dose. Although we did not adjust for latency, we excluded exposures that occurred after ovarian cancer diagnosis. Fibrous talc exposures from powdering were excluded from our calculations except exposure from baby diapering.[41] Dement et al[93] did not differentiate type of fiber detected.

For perineal powdering exposures, we relied on measurements from our exposure assessment. (See above.) Air samples were collected over the course of 5 minutes in this case.

For upper body powdering, we used Gordon's et al[41] measurements for shaker application of cosmetic talc powder to the underarm, shoulder, and upper arm area. Gordon et al[41] used Cashmere Bouquet, which used the same Italian mine source as J&J (Val Chisone) from 1940 until 1992.[94,95] Gordon et al[41] found that users were exposed to 1.9 f/cc of asbestos fibers over the course of 5 minutes.[41]

For exposures during diapering, Dement et al[93] from NIOSH found that an adult is exposed to 2.2 f/cc of fibrous material and that a baby is exposed to 1.8 f/cc over the course of two minutes. When subjects reported that their parents had used talc on them during diaper changes as an infant, we relied on diaper changing norms to estimate infant exposures. United States market research and survey data show that diaper changes typically occur 8 to 10 times per day for infants (0 to 6 months) and 4 to 6 times per day for toddlers (6 to 24 months).[96–98] Diaper changing frequency in the U.S. also changed over time: the average number of diaper changes per day over the first two years of life dropped from eight times per day in the 1960s to 5 to 6 times per day by the 1980s due to improvements in disposable diapers and reduction in cloth diaper use.[97,99] Since all of the women in our series were born prior to 1975, we assumed that diaper changes occurred eight times per day for two years.

We calculated the dose for each case in fiber years $\left(\frac{f}{cc} \times year\right)$ using the same conversions as Anderson et al.[100] For consistency with the EPA dose–response curve used for our risk assessment, we calculated the total duration of exposure based on a continuous, 24-hour exposure period (525,600 min/yr) until date of diagnosis.[92]

Formula 1:
Formula to estimate inhalation exposure from talc application:

$$\text{Asbestos exposure in } \frac{f}{cc}$$
$$\times \frac{\text{duration of each exposure} \times \text{total number of applications}}{525{,}600 \text{ min per year}}$$
$$= \text{total dose in } \frac{f}{cc} \cdot \text{years}$$

We also calculated the total number of asbestos fibers inhaled in each case. For adults, we used the National Research Council (NRC)'s estimate of "an annual inhaled air volume of 7,300 m³"[101] and formula to convert the dose from fiber years to total fibers. We relied on measurements of infant lung volume from Hall[102] and on median infant respiratory rates calculated by Fleming et al[103] to estimate the total inhaled air volume for infants from age 0 to 2. Using time-weighted averages for tidal volume and respiratory rate, we calculated that infants breathed 11,025,072,000 ccs in the first 2 years of life, or 5,512,536,000 ccs per year on average.

Formula 2:
Formula to convert adult exposures to total fibers based on NRC (1984):

$$\left[\text{total does in } \frac{f}{cc} \times \text{years}\right] \times \frac{7{,}300{,}000{,}000 \ cc}{\text{year}}$$
$$= \text{Total number of asbestos fibers}$$

Formula to convert infant exposures to total fibers based on Hall[102] and Fleming et al[103]:

$$\left[\text{total does in } \frac{f}{cc} \times \text{years}\right] \times \frac{5{,}512{,}536{,}000 \ cc}{\text{year}}$$
$$= \text{Total number of asbestos fibers}$$

We added together adult and infant exposures to calculate the exposures in total number of asbestos fibers. See Appendix 5, http://links.lww.com/JOM/A690 for the full dose calculations for each case.

## Dose–Response Risk Assessment

We developed a method to apply the EPA dose–response curves for inhaled asbestos and mesothelioma risk to ovarian cancer risk.[92] First, we examined the EPA dose–response table for mesothelioma risk from environmental asbestos exposure (24-hours, 365 days per year).[92] Utilizing the EPA dose–response estimates, we extrapolated a formula for the line of best fit for mesothelioma risk.

We then identified studies that reported mesothelioma and ovarian cancer rates in the same cohort and calculated comparative risk of mesothelioma versus ovarian cancer for each study.[58,62,63,68,71] (See Table 1.)

Using these studies, we calculated the geometric mean comparative risk of contracting mesothelioma versus ovarian cancer from the same asbestos exposures. We applied this comparative risk to the line of best fit for mesothelioma based on the EPA dose–response data to determine a formula for risk of ovarian cancer.

The subjects of the EPA occupational exposure study were entirely men.[92] Since women are more susceptible to cancer from asbestos exposure, we used Lacourt's[104] findings comparing the mesothelioma odds ratio (OR) in men versus women with the same exposures to adjust the formula for the increase in cancer risk for women. At total doses more than 0 to 0.1 fiber years, women were 1.725 times more likely to have mesothelioma than men.[104] At total doses more than 0.1 to 1 fiber years, women were 2.855 times more likely to have mesothelioma than men.[104] We applied these ratios to the EPA dose curve calculated to obtain a better estimate of the ovarian cancer dose–response in women.

The resulting dose–response curve for inhaled asbestos and ovarian cancer is shown in Fig. 1. We used each case's asbestos dose estimate in fiber years to identify their relative lifetime risk of developing ovarian cancer along the dose–response curve. We then compared each case's risk of contracting ovarian cancer due to inhaled asbestos exposure to the expected incidence of ovarian cancer for those without asbestos exposure: 11.4 per 100,000 from the National Cancer Institute's Surveillance, Epidemiology, and End Results (SEER) Program.[105]

## Tissue Analysis for Asbestos and Talc

Samples from a combination of the left and right ovaries, left and right fallopian tubes, and left and right pelvic lymph nodes were obtained from the hospital for each of the 10 patients. Tissues were analyzed to identify and quantify talc and asbestos content in the tissue.

For tissue analysis, a small portion of the tissue in each block was removed with a clean razor blade and placed in a pre-weighed 20 to 30 mL borosilicate glass vial. The vial was filled with 10 mL of filtered extraction solvent (hexane) and placed in a 60 °C water bath. The filtered extraction solvent was replaced every 20 minutes for a total of three changes. After the last extraction solvent change, two changes of filtered ethanol (10 mL, each) 10 minutes each were performed, then the tissue piece(s) were dried at 110 to 120 °C.

© 2020 The Author(s). Published by Wolters Kluwer Health, Inc. on behalf of the American College of Occupational and Environmental Medicine.    **e67**

**TABLE 1.** Studies with Both Mesothelioma and Ovarian Cancer Rates in the Same Cohort and Calculated Comparative Risk of Mesothelioma to Ovarian Cancer in Female-Only Cohorts

| Study | Mesothelioma Risk (SMR) | Ovarian Cancer Risk (SMR) | Comparative Risk M/OC |
|-------|------------------------|---------------------------|----------------------|
| Loomis 2009 | 10.92 | 1.23 | 8.88 |
| Magnani 2008 | 51.49 | 2.27 | 22.68 |
| Pira 2016 | 51.3 | 3.03 | 16.93 |
| Wang 2013 | 166.67 | 7.69 | 21.67 |
| Wilczyńska 2005 | 22.67 | 1.76 | 12.88 |
| Geometric mean of comparative risk | | | 15.69 |

Tissue samples were digested with 15 to 30 mL of filtered sodium hypochlorite (appx. 8.0% bleach). After digestion, the remaining digested material was filtered through a 25 mm, 0.4 μm polycarbonate (PC) filter. The filter containing the tissue residue was dried and subsequently prepared for TEM examination.

A paraffin control sample (wax blank) was obtained by dissolving a known quantity of the paraffin blocks (devoid of tissue) in 10 mL of filtered extraction solvent and the dissolved solvent/wax solution was then filtered onto a 25 mm, 0.4 μm PC filter. The filter was allowed to dry and then prepared for TEM analysis. A process blank (sample vial) was prepared in the same manner and followed the wax blank and tissue sample vials through all steps.

For TEM analysis, 100 to 300 grid openings were analyzed for all asbestos and talc structures at a magnification of between 4000 and 20,000×. As per standard TEM analysis protocols, asbestos fiber/bundle identification was done by morphology (substantially parallel sides and length to width ratio of at least 5:1), length (greater than 0.5 μm in length), selected area electron diffraction (SAED), and energy dispersive X-ray spectroscopy (EDS).[106–112] Talc structures (platy and fibrous) were identified morphologically, by selected area diffraction (SAED), and energy dispersive spectroscopy (EDS).

## RESULTS

### Exposure Assessment

Total weight used during the application process was 4.05 g of talc powder. For the five minute sampling time, the average total fiber exposure was 4.52 f/cc (5.86, 4.38, 3.85, and 3.98 f/cc), the average asbestos exposure was 2.57 f/cc (4.51, 1.88, 2.07, and 1.81 f/cc), and the average talc exposure was 1.95 f/cc (1.35, 2.50, 1.78, and 2.16 f/

cc) for the talc user personal samples. For area samples, the average total fiber exposure was 0.41 f/cc (0.52, 0.28, 0.42, 0.40 f/cc), the average asbestos exposure was 0.2 f/cc (0.31, 0.20, 0.13, and 0.16 f/cc) and the average fibrous talc exposure was 0.19 f/cc (0.13, 0.08, 0.29, and 0.24 f/cc). The type of asbestos fiber identified in all samples was tremolite asbestos. No fibers were detected in the background samples or field blanks. The complete exposure assessment report, including count sheets and fiber images, is available as Appendix 3, http://links.lww.com/JOM/A688.

### Dose Calculations and Risk Assessment

Results for dose calculations, risk assessment, and tissue analysis are summarized in Table 2. See Appendix 5, http://links.lww.com/JOM/A690 for complete past medical history, history of present illness, other ovarian risk factors, exposure history, and dose calculations for each case.

STS was comprised of talcum powder mixed with cornstarch. The STS products contained between 80% and 100% talc sourced from the same mines as JBP.[84] Only four cases used these products for brief or unknown periods of time. Case No. 3 reported infrequent use of unidentified facial make-up powder, and Case No. 6 reported infrequent use of generic store-brand talcum powder. We could not calculate exposures for the brief use of these unknown products.

All cases had pathologically confirmed serous ovarian cancer. Age at diagnosis ranged from 41 to 78 years, with a mean age at diagnosis of 51.1 years and median age at diagnosis of 50 years. By contrast, the median age of ovarian cancer diagnosis in the United States is 63 with most cases occurring in women aged 55 to 64. Seven of 10 cases tested negative for BRCA mutations; two cases were never tested (No. 2 and No. 5), and one case (No. 8) tested positive for BRCA2 variant L771 V.



**FIGURE 1.** Ovarian cancer dose response (adjusted for difference in female mesothelioma risk).

 © 2020 The Author(s). Published by Wolters Kluwer Health, Inc. on behalf of the American College of Occupational and Environmental Medicine.

All cases reported perineal talc application; the frequency of perineal powdering with talc ranged from once per day to 10 times per day and the duration ranged from 24 years to 47 years. Nine of 10 cases reported upper body powdering with talc ranging from 1 to 5 times per day and lasting from 20 to 47 years. Seven of 10 cases reported that their parents used talc powder on them during diaper changes and eight of 10 cases used talc powder during diapering. The total asbestos dose from talc powder use ranged from 2,774,000,000 to 37,742,501,440 asbestos fibers (0.38 to 5.18 fiber years) and the average dose was 9,308,551,008 asbestos fibers (1.28 fiber years). No other known asbestos exposure was identified for any of the cases. Based on EPA dose–response estimates, the risk of developing ovarian cancer due to inhaled asbestos exposure was calculated to be 2.3 to 31.1 times greater in these cases compared with baseline risk for ovarian cancer.[105] On average, the risk of ovarian cancer increased 7.7-fold among these cases.

## Tissue Analysis

Talc and/or asbestos was identified in the tissue from all cases. Platy talc was found in 9/10 cases (90%) with an average concentration of 264,487 structures per gram (s/g) (range, 0 to 2,057,640 s/g). Fibrous talc was found in 8/10 cases (80%) with an average concentration of 5878 s/g (range, 0 to 21,545 s/g). Tremolite asbestos was found in 6/10 cases (60%) with an average concentration of 6488 s/g (range, 0 to 22,000 s/g). Anthophyllite asbestos was found in 4/10 cases (40%) with an average concentration of 2393 s/g (range: 0 to 12,000 s/g). Ferro-anthophyllite asbestos was also identified in two cases (20%), winchite and richterite asbestos were identified in one case (10%), and crocidolite asbestos was identified in one case (10%). Two tremolite structures with aspect ratios less than 5:1 were observed in one case, but were not counted as asbestos.

In the "possible fallopian tube B" tissue of Case No. 2, a cluster measuring $20.0 \times 16.0\,\mu m$ was identified composed of 36 counted talc plates, two fibrous talc structures, and one tremolite fiber. (See Fig. 2.)

## DISCUSSION

This case series identified asbestos and/or talc in the tissue of 10 women diagnosed with serous ovarian cancer and exposed to J&J cosmetic talc products. Prior to their ovarian cancer diagnosis, these women were exposed to as much as 2,774,000,000 to 37,742,501,440 asbestos fibers (0.38 to 5.18 fiber years) due to their use of J&J cosmetic talc products. In all reported cases, asbestos exposures due to J&J talc use resulted in a substantial increase in ovarian cancer risk (2.3 to 31.1) based on our model. Early median age of diagnosis (50 in this case series vs. 63 nationally), and the EPA dose response table, indicates that asbestos exposure in infancy may cause ovarian cancer to occur sooner than it would have occurred absent this exposure.[92,105]

The asbestos type found in the perineal talc use inhalation exposure assessment (tremolite asbestos) and the predominant asbestos types identified in these tissue samples (tremolite and anthophyllite asbestos) matched the fiber types previously identified in cosmetic talc products and in talc mines.[41,74,75,77–81] (See Table 3.) Researchers have previously identified anthophyllite asbestos in Johnson's Baby Powder (by TEM analysis),[79] amphibole needles and fibers in baby powder sourced from Vermont,[76,77] and tremolite asbestos fibers in commercial talc produced prior to 1975 from J&J's talc source in Val Chisone, Italy.[81,89]

In 2017, a bundle of tremolite asbestos fibers was found in a bottle of JBP purchased by Case No. 3 in 2014. (See Appendix 6, http://links.lww.com/JOM/A691 for full purchase report.) Tremolite asbestos was also identified in Case No. 3's right pelvic lymph node. (See Fig. 3.) Winchite and richterite asbestos were found in the tissue in one case. However, richterite was called sodium

tremolite prior to 1978.[113] Winchite is found in talc from the Allamoore, Texas mine, and may have contaminated J&J Italian talc processed at the same plant in the 1970s.[114–118] Similarly, Transite pipes present in Royston Plant for J&J baby products may have contaminated J&J talc with crocidolite.[119,120] Furthermore, Colgate acknowledges that there is crocidolite in some talc.[121]

The most common structures identified by tissue analysis (platy talc, fibrous talc, tremolite and anthophyllite asbestos) strongly indicate talc powder as the source of asbestos exposure in these cases. Tremolite asbestos has had minor commercial production in India and Italy and is mainly found as an accessory mineral in talc, vermiculite, and chrysotile.[122–124] Anthophyllite asbestos, which occurs as an accessory mineral in talc and chrysotile, has also had limited commercial use.[123–125] Anthophyllite and tremolite together account for less than 1% of asbestos production and consumption worldwide.[124]

None of the cases reported in this series had any known history of alternative asbestos or vermiculite exposure and no chrysotile or vermiculite was found in any of the tissue samples. Churg and Warnock[126] performed a population study of lung asbestos and noted that "... in women a major source [of asbestos fibers] may be cosmetic talc, which is often contaminated with anthophyllite and tremolite." Finkelstein's[127] analysis of mesothelial tissue found a statistically significant association for tremolite detected with talc in tissue. This association was higher for women, 82% of whom had talc in their tissue compared with 68% of men.[127] The increased use of talcum-based cosmetics by women, and the similar fiber type combination is a fingerprint of cosmetic talc migrating to the pelvic organs. The combination of talc with tremolite and/or anthophyllite asbestos, as identified by Finkelstein[127] and the 10 cases reported here, as a fingerprint for exposure to asbestos-containing talc.[128–130] (Appendix 7, http://links.lww.com/JOM/A692: a chart of fibers detected in J&J compared with fibers in tissue). These results indicate that perineal use can result in important inhalation exposure to asbestos, which is an accepted route of transmigration to the peritoneum and ovary.[131]

Our exposure assessment found that cosmetic talc users can be exposed to 2.57 f/cc asbestos in the breathing zone during perineal talc application; this finding was generally in agreement with previous studies of asbestos exposures during talc use.[41,93] The bottle of JBP used in this exposure assessment was tested by TEM which detected 15 million fibers per gram. Further analysis found asbestos in 56/90 JBP bottles with a range of 4400 to 15,000,000 asbestos fibers per gram (appendix 4, http://links.lww.com/JOM/A689). For comparison, Gordon et al[41] conducted examination on 50 samples of a single brand of cosmetic talc, sourced from either Montana, North Carolina or Val Chisone. Gordon et al[41] found a range of 1840 to 200 million asbestos fibers per gram. Asbestos is not evenly distributed in talc ores and sampling cannot be completely representative of exposure.[88,132]

Gordon et al[41] selected a bottle with 18 million asbestos fibers per gram for the inhalation study. The results for Gordon's et al.'s[41] simulation of body powdering, 1.9 f/cc, is comparable to our findings of 2.57 f/cc asbestos exposure per application. Application of cosmetic talc varies greatly, including differences in product, application time, grams per use, and location of application. In addition, talc is mined and milled prior to sale, potentially modifying fiber size or dispersing asbestos unequally in finished cosmetic talc product.[133] Talc was sourced from various mines and processing methods changed over time, adding to the variability of asbestos content in talc-containing cosmetic products. However, our findings of an asbestos fingerprint in the tissue reveal that regardless of the dose, exposure to talc-containing cosmetic products is sufficient to cause ovarian cancer.

We relied on NIOSH measurements by Dement et al[93] to calculate exposures during diapering, however these measurements did not account for airborne asbestos exposures that continued after

**TABLE 2.** Summary of Cases

| Case Number | Diagnosis | Age at Diagnosis | Perineal Powdering | Upper body Powdering | Infant Exposure During Diapering | Adult Exposure During Diapering | Calculated Asbestos Dose | Relative Increase in Ovarian Cancer Risk | Tissue Examined | Findings (Structures Per Gram of Tissue) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Talc Exposure History | | | | | Pathological Examination | |
| 1 | Metastatic high grade papillary serous carcinoma | 45 | 10x/d, 40yrs | 5x/d, 40yrs | 8x/d, 2yrs | 10x/d, 8yrs | 37,742,501,440 fibers, (5.18 fiber years) | 31.1 | Ovary (R) | Platy talc (333 s/g), Fibrous talc (4,000 s/g), Ferro-anthophyllite (3,667 s/g) |
| | | | | | | | | | Ovary (L) | Fibrous talc (1,200 s/g), ferro-anthophyllite (399 s/g) |
| | | | | | | | | | Fallopian tube (R) | NSD* |
| | | | | | | | | | Fallopian tube (L) | — |
| | | | | | | | | | Pelvic Lymph Node (R) | — |
| | | | | | | | | | Pelvic Lymph Node (L) | NSD* |
| 2 | Poorly differentiated high grade serous ovarian carcinoma | 53 | 1x/d, 36yrs | 1x/d, 23yrs | 8x/d, 2yrs | 7.5x/d, 7.5yrs | 4,892,501,440 fibers, (0.68 fiber years) | 4.1 | Ovary A | Platy talc (323 s/g) |
| | | | | | | | | | Ovary B | NSD* |
| | | | | | | | | | Possible fallopian tube A | Platy talc (56,700 s/g), Fibrous talc (4,720 s/g) |
| | | | | | | | | | Possible fallopian tube B | Platy talc (22,000 s/g) |
| 3 | High grade serous carcinoma | 49 | 3x/d, 39yrs | 3x/d, 20yrs | 8x/d, 2yrs | 7x/d, 5yrs | 11,535,501,440 fibers, (1.59 fiber years) | 9.6 | Ovary, fallopian tube (R) | Platy talc (2,001,503 s/g), Fibrous talc (13,343 s/g) |
| | | | | | | | | | Adnexa, fallopian tube (L) | Platy talc (12,308 s/g), Fibrous talc (8,202 s/g) |
| | | | | | | | | | Pelvic lymph node (R) | Tremolite (15,670 s/g),[†] Winchite (15,670 s/g),[†] Richterite (15,670 s/g)[†] |
| | | | | | | | | | Pelvic lymph node (L) | Platy talc (43,829 s/g) |
| 4 | Poorly differentiated serous adenocarcinoma | 78 | 1x/day, 43yrs[§] | unknown[§] | unknown[§] | unknown[§] | 2,774,000,000 fibers, (0.38 fiber years) | 2.3 | Ovary (R) | Platy talc (2,860 s/g), Anthophyllite (952 s/g) |
| | | | | | | | | | Ovary (L) | Tremolite (604 s/g) |
| | | | | | | | | | Fallopian tube (R) | Platy talc (30,000 s/g) |
| | | | | | | | | | Fallopian tube (L) | Platy talc (868 s/g) |
| | | | | | | | | | Pelvic Lymph Node (R) | Platy talc (12,600 s/g) |
| | | | | | | | | | Pelvic Lymph Node (L) | Platy talc (17,600 s/g), Tremolite (2,510 s/g) |
| 5 | Low grade serous carcinoma | 52 | 1x/d, 47yrs | 1x/d, 47yrs | 8x/d, 2yrs | 10x/d, 10yrs | 7,812,501,440 fibers, (1.08 fiber years) | 6.5 | Ovary (R) | Platy talc (10,900 s/g), Fibrous talc (1,810 s/g) |
| | | | | | | | | | Ovary (L) | Platy talc (25,000 s/g), Fibrous talc (5,000 s/g), Tremolite (5,000 s/g) |
| | | | | | | | | | Int. Iliac lymph node (R) | Platy talc (77,200 s/g), Fibrous talc (7,720 s/g), Tremolite (3,860 s/g), Anthophyllite (3,860 s/g) |
| | | | | | | | | | Comm. Iliac lymph node (R) | Platy talc (50,600 s/g) |

(continues)

© 2020 The Author(s). Published by Wolters Kluwer Health, Inc. on behalf of the American College of Occupational and Environmental Medicine.

**TABLE 2.** (Continued)

| Case Number | Diagnosis | Age at Diagnosis | Talc Exposure History | | | | | Relative Increase in Ovarian Cancer Risk | Pathological Examination | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Perineal Powdering | Upper body Powdering | Infant Exposure During Diapering | Adult Exposure During Diapering | Calculated Asbestos Dose | | Tissue Examined | Findings (Structures Per Gram of Tissue) |
| 6 | High grade serous papillary carcinoma | 51 | 1x/d, 40yrs | 1x/d, 40yrs | 8x/d, 2yrs | 10x/d, 10yrs | 7,009,501,440 fibers, (0.97 fiber years) | 5.8 | Adnexa, tumor/ovary (R) | Platy talc (21,300s/g) |
| | | | | | | | | | Adnexa, tumor/ovary (L) | Platy talc (4,720s/g) |
| | | | | | | | | | Adnexa, fallopian tube (R) | Platy talc (12,000s/g), Tremolite (12,000s/g), Anthophyllite (12,000s/g) |
| | | | | | | | | | Adnexa, fallopian tube (L) | Platy talc (13,700s/g) |
| | | | | | | | | | Pelvic lymph node (L) | Platy talc (11,500s/g), fibrous talc (1,090s/g) |
| 7 | Serous adenocarcinoma | 56 | 1x/d, 37yrs | 1x/d, 37yrs | Unknown | 7.5x/d, 6yrs | 5,183,000,000 fibers, (0.71 fiber years) | 4.3 | Ovary (R) | |
| | | | | | | | | | Ovary (L) | Platy talc (10,500s/g) |
| | | | | | | | | | Fallopian tube (R) | Platy talc (8,500s/g) |
| | | | | | | | | | Fallopian tube (L) | Platy talc (10,900s/g) |
| 8 | High grade ovarian serous carcinoma | 44 | 1x/d, 24yrs | 1x/d, 24yrs | Unknown | 3.5x/d, 4yrs | 2,993,000,000 fibers, (0.41 fiber years) | 2.5 | Ovary (R) | Platy talc (3,340s/g), Ferro-anthophyllite (1,670s/g), Crocidolite (1,670s/g) |
| | | | | | | | | | Ovary (L) | Platy talc (799s/g) |
| | | | | | | | | | Fallopian tube (R) | Fibrous talc (9,690s/g), Fibrous talc (1,380 s/g), Tremolite (1,385 s/g), Anthophyllite (1,385 s/g) |
| | | | | | | | | | Fallopian tube (L) | Platy talc (7,400s/g), Tremolite (1,850s/g) |
| 9 | Poorly differentiated serous papillary adenocarcinoma[||] | 41 | 1x/d, 42yrs[§] | 1x/d, 42yrs[§] | 8x/d, 2yrs[§] | n/a[a] | 4,965,501,440 fibers, (0.69 fiber years) | 4.1 | Ovary (R) | NSD[*] |
| | | | | | | | | | Ovary (L) | NSD[*] |
| | | | | | | | | | Fallopian tube (R) | NSD[*] |
| | | | | | | | | | Fallopian tube (L) | NSD[*] |
| | | | | | | | | | Pelvic Lymph Node (L) | Fibrous talc (8,770s/g)[¶] |
| 10 | High-grade ovarian papillary serous carcinoma | 42 | 2x/d, 32yrs | 2x/d, 32yrs | 8x/d, 2yrs | 8x/d, 4yrs | 8,177,501,440 fibers, (1.13 fiber years) | 6.8 | Ovary, fallopian tube (R) | Platy talc (10,800s/g)[¶] |
| | | | | | | | | | Ovary, fallopian tube (L) | Platy talc (5,520s/g) |
| | | | | | | | | | Pelvic lymph node (R) | Platy talc (79,300s/g) |
| | | | | | | | | | Pelvic lymph node (L) | Platy talc (84,400s/g) |

[a]No asbestos or talc structures detected.
[†]Tissue received, but not analyzed.
[‡]Patient deceased; exposure history based on recollections of family and friends.
[§]Richterite asbestos were known as sodium tremolite.
[||]The final pathology report also noted minor components of transitional cell and mucinous carcinoma.
[¶]Two tremolite structures were reported with an aspect ratio of less than 5:1 that were not counted.

© 2020 The Author(s). Published by Wolters Kluwer Health, Inc. on behalf of the American College of Occupational and Environmental Medicine.



**FIGURE 2.** TEM image of cluster measuring 20.0 × 16.0 μm composed of 36 counted talc plates, two fibrous talc structures, and one tremolite fiber identified in ''possible fallopian tube B'' tissue of Case No. 2.

the sampling time.[93] Dement et al[93] collected air samples for 2 minutes during a simulated diaper change with JBP, but another experiment in the same study indicated that exposures continued for at least 3 minutes and likely persisted for even longer. Dement et al[93] used phase contrast microscopy and did not differentiate between asbestos and fibrous talc. However, in 1968, NIOSH injected asbestos containing ''cosmetic'' talc into hamsters and detected tremolite asbestos bodies but no fibrous talc in the animal lungs.[134] Anderson et al[100] reported much lower levels during body dusting with talc (0 to 0.0039 f/cc). However, the microscopist in the Anderson et al[100,135] study originally identified four anthophyllite asbestos fibers in the air samples by TEM, but changed the result to transition fibers at the request of the project supervisor due to concern that the results would be used in litigation.[135]

Both our study and Gordon's et al [41] exposures assessment used less talc powder than the average user: these experiments used 4.05 and 0.37 g of talc respectively, but J&J's unpublished studies found that women used 8.16 g and men used 13.02 g of talc powder on average during body powdering.[41,136] Anderson et al[100] reported that subjects used 11.6 g of talc on average to powder their bodies after showering. Therefore, our use estimates were 3 to 20 times lower than Anderson et al[100] and J&J's.

We also excluded many reported talc uses from our dose calculations due to a lack of exposure data. For instance, three cases (No. 1, No. 3, and No. 5) regularly used talc powder on their sheets and pillows; several other cases also reported seeing and smelling dust in the air while cleaning the room where they regularly applied talc. (See Appendix 5, http://links.lww.com/JOM/A690 for complete exposure

**TABLE 3.** Summary of Studies Reporting Asbestos in Consumer Talc Products

| Study | Test Method | Summary of Findings |
|---|---|---|
| Rohl et al (1976) | XRD, PLM, TEM, SEM | 0.1–14% tremolite and anthophyllite (mostly fibrous) by weight in 10 of 20 consumer talc products tested |
| Paoletti et al (1984) | TEM | 0.5–1.6% tremolite asbestos in two of six Italian cosmetic talc powders tested |
| | | Trace to 0.15% chrysotile in 3 of 14, 18.7–21.7% anthophyllite asbestos and tremolite asbestos in 2 of 14, and 0.13% tremolite asbestos & chrysotile in 2 of 10 samples provided by the European Pharmacopeia |
| Blount (1991) | PLM | 10 to 341 structures per mg amphibole fibers, needles, cleavages and ''prismatic pieces'' in 9 of 14 samples of pharmaceutical and cosmetic-grade talc powders tested |
| Jehan (2004) | PLM | Qualitative identification of tremolite asbestos in 13 of 28, chrysotile in 12 of 28, anthophyllite asbestos in 3 of 28, and a mixture of asbestos fibers in 4 of 28 cosmetic talc powder products used in Pakistan |
| Floyd (2004) | TEM | 0.20% anthophyllite asbestos by weight in Johnson's Baby Powder |
| Mattenklott (2009) | SEM | 0.001–0.0073% asbestos by weight in 13 of 57 samples of talc powders sold on the German market from 1996 to 2005 |
| Gordon et al (2014) | PLM | 1,840–1,104,000 fibers per gram asbestos in 50 of 50 historical samples of one brand of cosmetic talc powder tested (40 of 50 contained anthophyllite asbestos only, four contained tremolite asbestos only, four contained tremolite and anthophyllite asbestos, two contained tremolite, anthophyllite, and chrysotile asbestos) |
| | TEM | 0.004–0.9% amphibole asbestos by weight in nine of nine samples of the same cosmetic talc product |
| Ilgren et al (2017) | TEM | $3.687 \times 10^6$ tremolite asbestos fibers/g in an authentic sample of commercial talc produced prior to 1975 from the talc mine in Val Chisone, Italy |

 *© 2020 The Author(s). Published by Wolters Kluwer Health, Inc. on behalf of the American College of Occupational and Environmental Medicine.*



**FIGURE 3.** TEM images of a tremolite asbestos fibers in Case No. 3 right pelvic lymph node tissue (left) and in sample of JBP purchased by Case No. 3 in 2014 (right).

histories.) Although our findings indicate that asbestos is present in consumer talc products at a level sufficient to cause disease, our dose estimates may under or over estimate the total exposure to asbestos in talc in these cases.

Burns et al[137] created a dose estimation-model for cosmetic talc, relying on previous assessments to predict asbestos exposure, including Moon et al[138], Gordon et al[41], Russell et al[136], and Anderson et. al.[100] Burns's et al[137] assessment was based on an assumption of 0.1% level of asbestos in talc mathematical model that incorrectly reduced the exposure estimate by 1000. For example, Gordon et al[41] reported, 4.8 f/cc, however, Burns's et al[137] math model reduces this figure to 0.0048 f/cc. In comparison, Addison et al (1988)[139] reported that dusts containing 0.1% asbestos may release 1.17 to 2.79 asbestos fibers/cc into the air, consistent with our measurements.

Our tissue analysis results were consistent with previous reports of asbestos and/or talc in ovarian tissue.[136,140–144] (See Table 4.) The number of asbestos structures per gram, however, was approximately one order of magnitude lower in our study than in previous quantitative studies of asbestos in ovarian tissue.[143] This discrepancy may be due to differences in tissue preparation and analytical procedures. Other quantitative studies relied on wet tissue weight for their analysis whereas we used a dry weight procedure.[143] Additionally, we counted 100 to 300 grid openings in our study while other studies appear to have counted the entire grid area.[143] We also found that some tissue samples contained "hot spots" with very high concentrations of asbestos and/or talc compared with the surrounding tissue. (See Fig. 2.) The occurrence or absence of "hot spots" may also account for variability in reported asbestos concentrations in tissue. The predominant types of asbestos identified in our series (tremolite and anthophyllite asbestos) are the same as those most commonly reported in past studies.[140,143,144]

We did not consider latency in our risk estimate because our calculations followed the EPA risk assessment, which did not consider latency.[92] In addition, Pira et al[68] found that for asbestos-caused ovarian cancer "...the SMRs increased monotonically with time since first employment, although the number of deaths was small in several categories..." Our omission of latency from this study is to remain consistent with the EPA assessment and reflect the lack of effect demonstrated by Pira's et al analysis.

We omitted fibrous talc from our risk assessment due to a lack of dose–response data in the published literature. IARC has previously classified fibrous talc as a Group 1 carcinogen and OSHA regulates fibrous talc per the asbestos standard.[3,43,145–147] Further research on the relationship between talc powder use and ovarian cancer should include studies of fibrous talc toxicity.

## CONCLUSION

Of the 10 reported cases of serous ovarian cancer, all were found to have talc and eight were found to have asbestos in their tissue samples. The main types of asbestos identified in tissue, tremolite and anthophyllite, constitute a fingerprint for talc containing asbestos and indicate that "cosmetic" talc powder as the source of asbestos exposure in these cases. IARC has concluded that asbestos is an ovarian carcinogen.[43] IARC has likewise classified talc containing asbestiform fibers (including both asbestos and fibrous talc) as a carcinogen.[3,43,148] These cases provide more evidence of the causal link between asbestos, talc, and ovarian cancer and indicate that asbestos is present in consumer talc products at a level sufficient to cause disease.

In 1973, J&J told the Food and Drug Administration (FDA) that "Johnson & Johnson's policy of full cooperation with FDA and that if the results of any scientific studies show any question of safety of talc, Johnson & Johnson will not hesitate to take it off the market" and their corporate position is that there is no known safe level of exposure to asbestos.[149] J&J's studies have shown that asbestos has been present in its cosmetic talc ores since the 1950s. In 2019, the FDA has found asbestos in JBP sourced from China and Claire's cosmetics.[150,151] At least three retailers of cosmetic talc accept the causal relationship between talc use and ovarian cancer: Angel of Mine, Perfect Purity, and Assured Body and Foot Powders warn that "frequent application of talcum powder in the female genital area may increase the risk of ovarian cancer."[152] In addition, J&J's talc supplier Rio Tinto Minerals has warned its customers since 2006 of this risk in Material Safety Data Sheets (MSDS) for talc: "perineal use of talc-based body powder is possibly carcinogenic to humans."[153,154] J&J removes this warning from its talc MSDS and cosmetic talc products.[155] Because talc powder is a cosmetic product with no medical benefit, these warnings still do not warrant the sale of a products when the benefits cannot outweigh the risks, especially when there is a safer substitute.[156–158]

**TABLE 4.** Summary of Studies Finding Asbestos and/or Talc in Ovarian Tissue From Cosmetic Talc Use

| Study | Tissue Weight Type | Test Method | Summary of Findings |
|---|---|---|---|
| Henderson et al (1971) | n/a | TEM | Qualitative identification of talc in 10/13 ovarian tumors<br>Qualitative identification of talc in 12/21 cervical tumors |
| Langer (1971) | n/a | Unknown | Qualitative identification of talc and chrysotile asbestos in Henderson et al (1971) samples |
| Heller, Westhoff et al (1996) | Wet weight | PLM | 26–464 talc particles per gram in 12/12 samples of benign ovarian neoplasms from 12 women with history of adult perineal talc use<br>69–420 talc particles per gram in 11/11 samples of benign ovarian neoplasms from 12 women with history of talc diapering during infancy<br>6–2,200 talc particles per gram in 6/7 samples of benign ovarian neoplasms from 12 women with no history of adult perineal talc use and an unknown history of other talc uses |
| | | TEM | 151,300–7,565,000 talc particles per gram in 5/12 samples of benign ovarian neoplasms from 12 women with history of adult perineal talc use<br>151,300–1,600,288 talc particles per gram in 6/11 samples of benign ovarian neoplasms from 12 women with history of talc diapering during infancy<br>63,042–1,669,000 talc particles per gram in 3/7 samples of benign ovarian neoplasms from 12 women with no history of adult perineal talc use and an unknown history of other talc uses |
| Cramer et al (2007) | n/a | PLM and SEM | Qualitative identification of birefringent particles consistent with talc in pelvic lymph nodes of a 68-year-old woman with stage III ovarian papillary serous carcinoma and a 30-year history of perineal talc use |

J&J should comply with its self-proclaimed obligation to take talc-containing cosmetic products off the market "if the results of any scientific studies show any question of safety of talc, Johnson & Johnson will not hesitate to take it off the market."[149]

## ACKNOWLEDGMENTS

The authors thank Sander Greenland for his review of our risk model and dose calculation equations. Any errors are our responsibility.

## REFERENCES

1. Gajjar K, Ogden G, Mujahid MI, Razvi K. Symptoms and risk factors of ovarian cancer: a survey in primary care. *ISRN Obstet Gynecol.* 2012;2012:754197.
2. Society AC. Key Statistics for Ovarian Cancer; 2019. Available at: https://www.cancer.org/cancer/ovarian-cancer/about/key-statistics.html. Accessed May 14, 2019.
3. International Agency for Research on Cancer (IARC). Carbon black, titanium dioxide, and talc. *IARC Monogr Eval Carcinog Risks Hum.* 2010;93:1–413.
4. Cramer DW, Welch WR, Scully RE, Wojciechowski CA. Ovarian cancer and talc: a case-control study. *Cancer.* 1982;50:372–376.
5. Booth M, Beral V, Smith P. Risk factors for ovarian cancer: a case-control study. *Br J Cancer.* 1989;60:592–598.
6. Chang S, Risch HA. Perineal talc exposure and risk of ovarian carcinoma. *Cancer.* 1997;79:2396–2401.
7. Cook LS, Kamb ML, Weiss NS. Perineal powder exposure and the risk of ovarian cancer. *Am J Epidemiol.* 1997;145:459–465.
8. Cramer DW, Vitonis AF, Terry KL, Welch WR, Titus LJ. The association between talc use and ovarian cancer: a retrospective case-control study in two US States. *Epidemiology.* 2016;27:334–346.
9. Cramer DW, Xu H. Epidemiologic evidence for uterine growth factors in the pathogenesis of ovarian cancer. *Ann Epidemiol.* 1995;5:310–314.
10. Gates MA, Tworoger SS, Terry KL, et al. Talc use, variants of the GSTM1, GSTT1, and NAT2 genes, and risk of epithelial ovarian cancer. *Cancer Epidemiol Biomarkers Prev.* 2008;17:2436–2444.
11. Godard B, Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. *Am J Obstet Gynecol.* 1998;179:403–410.
12. Harlow BL, Cramer DW, Bell DA, Welch WR. Perineal exposure to talc and ovarian cancer risk. *Obstet Gynecol.* 1992;80:19–26.
13. Kurta ML, Moysich KB, Weissfeld JL, et al. Use of fertility drugs and risk of ovarian cancer: results from a U.S.-based case-control study. *Cancer Epidemiol Biomarkers Prev.* 2012;21:1282–1292.
14. Merritt MA, Green AC, Nagle CM, Webb PM, Australian Cancer S, Australian Ovarian Cancer Study G. Talcum powder, chronic pelvic inflammation and NSAIDs in relation to risk of epithelial ovarian cancer. *Int J Cancer.* 2008;122:170–176.
15. Mills PK, Riordan DG, Cress RD, Young HA. Perineal talc exposure and epithelial ovarian cancer risk in the Central Valley of California. *Int J Cancer.* 2004;112:458–464.
16. Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. *Epidemiology.* 2000;11:111–117.
17. Purdie D, Green A, Bain C, et al. Reproductive and other factors and risk of epithelial ovarian cancer: an Australian case-control study. Survey of Women's Health Study Group. *Int J Cancer.* 1995;62:678–684.
18. Terry KL, Karageorgi S, Shvetsov YB, et al. Genital powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. *Cancer Prev Res (Phila).* 2013;6:811–821.
19. Vitonis AF, Titus-Ernstoff L, Cramer DW. Assessing ovarian cancer risk when considering elective oophorectomy at the time of hysterectomy. *Obstet Gynecol.* 2011;117:1042–1050.
20. Wu AH, Pearce CL, Tseng CC, Pike MC. African Americans and Hispanics remain at lower risk of ovarian cancer than non-hispanic whites after considering nongenetic risk factors and oophorectomy rates. *Cancer Epidemiol Biomarkers Prev.* 2015;24:1094–1100.
21. Pike MC. Hormonal factors and the risk of invasive ovarian cancer: a population-based casecontrol study. *Fertil Steril.* 2004;82:186–195.
22. Chen Y, Wu PC, Lang JH, Ge WJ, Hartge P, Brinton LA. Risk factors for epithelial ovarian cancer in Beijing, China. *Int J Epidemiol.* 1992;21:23–29.
23. The Cosmetics Fragrance and Toiletry Association (CTFA). The Cosmetics, Fragrance and Toiletry Association (CTFA) Specifications - Talc & Cosmetic Talc; 1976.

24. Gertig DM, Hunter DJ, Cramer DW, et al. Prospective study of talc use and ovarian cancer. *J Natl Cancer Inst*. 2000;92:249–252.

25. Harlow BL, Weiss NS. A case-control study of borderline ovarian tumors: the influence of perineal exposure to talc. *Am J Epidemiol*. 1989;130: 390–394.

26. Hartge P, Hoover R, Lesher LP, McGowan L. Talc and ovarian cancer. *JAMA*. 1983;250:1844.

27. Houghton SC, Reeves KW, Hankinson SE, et al. Perineal powder use and risk of ovarian cancer. *J Natl Cancer Inst*. 2014;106:dju208.

28. Moorman PG, Palmieri RT, Akushevich L, et al. Ovarian cancer risk factors in African-American and White Women. *Am J Epidemiol*. 2009;170: 598–606.

29. Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA. Genital powder exposure and the risk of epithelial ovarian cancer. *Cancer Causes Control*. 2011;22:737–742.

30. Tzonou A, Polychronopoulou A, Hsieh CC, Rebelakos A, Karakatsani A, Trichopoulos D. Hair dyes, analgesics, tranquilizers and perineal talc application as risk factors for ovarian cancer. *Int J Cancer*. 1993; 55:408–410.

31. Whittemore AS, Wu ML, Paffenbarger Jr RS, et al. Personal and environmental characteristics related to epithelial ovarian cancer. II. Exposures to talcum powder, tobacco, alcohol, and coffee. *Am J Epidemiol*. 1988; 128:1228–1240.

32. Gates MA, Rosner BA, Hecht JL, Tworoger SS. Risk factors for epithelial ovarian cancer by histologic subtype. *Am J Epidemiol*. 2010;171:45–53.

33. Wong C, Hempling RE, Piver MS, Natarajan N, Mettlin CJ. Perineal talc exposure and subsequent epithelial ovarian cancer: a case-control study. *Obstet Gynecol*. 1999;93:372–376.

34. Rosenblatt KA, Szklo M, Rosenshein NB. Mineral fiber exposure and the development of ovarian cancer. *Gynecol Oncol*. 1992;45:20–25.

35. Gonzalez NL, O'Brien KM, D'Aloisio AA, Sandler DP, Weinberg CR. Douching, talc use, and risk of ovarian cancer. *Epidemiology*. 2016;27: 797–802.

36. Schildkraut J, Abbott S, Alberg A, et al. Association between body powder use and ovarian cancer: The African American Cancer Epidemiology Studies (AACES). *Cancer Epidemiol Biomarkers Prev*. 2016;25:1411– 1417.

37. Kim J, Park E, Kim O, et al. Cell origins of high-grade serous ovarian cancer. *Cancers*. 2018;10:433.

38. Huncharek M, Geschwind JF, Kupelnick B. Perineal application of cosmetic talc and risk of invasive epithelial ovarian cancer: a meta-analysis of 11,933 subjects from sixteen observational studies. *Anticancer Res*. 2003;23:1955–1960.

39. Muscat JE, Huncharek MS. Perineal talc use and ovarian cancer: a critical review. *Eur J Cancer Prev*. 2008;17:139–146.

40. Penninkilampi R, Eslick GD. Perineal talc use and ovarian cancer: a systematic review and meta-analysis. *Epidemiology*. 2018;29:41–49.

41. Gordon RE, Fitzgerald S, Millette J. Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women. *Int J Occup Environ Health*. 2014;20:318–332.

42. Tran T, Steffen J, Clancy K, Bird T, Egilman D. Talc, Asbestos, and Epidemiology: Corporate Influence and Scientific Incognizance. Epidemiology; 2019; 30:783–788.

43. IARC. Arsenic, Metals, Fibres, and Dusts - A Review of Human Carcinogens. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans; 2012: 100C.

44. Straif K, Benbrahim-Tallaa L, Baan R, et al. Special Report: Policy. A review of human carcinogens—Part C: metals, arsenic, dusts, and fibres. *Lancet*. 2009;10:453–454.

45. Wyers H. Asbestosis. *Postgrad Med J*. 1949;25:631–638. illust.

46. Acheson ED, Gardner MJ, Pippard EC, Grime LP. Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. *Br J Ind Med*. 1982;39:344–348.

47. Berry G, Newhouse ML, Wagner JC. Mortality from all cancers of asbestos factory workers in east London. *Occup Environ Med*. 2000; 57:782–785.

48. Bulbulyan MA, Ilychova SA, Zahm SH, Astashevsky SV, Zaridze DG. Cancer mortality among women in the Russian printing industry. *Am J Ind Med*. 1999;36:166–171.

49. Ferrante D, Bertolotti M, Todesco A, Mirabelli D, Terracini B, Magnani C. Cancer mortality and incidence of mesothelioma in a cohort of wives of asbestos workers in Casale Monferrato, Italy. *Environ Health Perspect*. 2007;115:1401–1405.

50. Gardner MJ, Winter PD, Pannett B, Powell CA. Follow up study of workers manufacturing chrysotile asbestos cement products. *Br J Ind Med*. 1986;43:726–732.

51. Germani D, Belli S, Bruno C, et al. Cohort mortality study of women compensated for asbestosis in Italy. *Am J Ind Med*. 1999;36:129–134.

52. Clin B, Morlais F, Dubois B, et al. Occupational asbestos exposure and digestive cancers - a cohort study. *Aliment Pharmacol Ther*. 2009;30: 364–374.

53. Newhouse ML, Sullivan KR. A mortality study of workers manufacturing friction materials. *Br J Ind Med*. 1989;46:176–179.

54. Rosler JA, Woitowitz HJ, Lange HJ, Woitowitz RH, Ulm K, Rodelsperger K. Mortality rates in a female cohort following asbestos exposure in Germany. *J Occup Med*. 1994;36:889–893.

55. Tarchi M, Orsi D, Comba P, et al. Cohort mortality study of rock salt workers in Italy. *Am J Ind Med*. 1994;25:251–256.

56. Szeszenia-Dabrowska N, Urszula W, Szymczak W, Strzelecka A. Mortality study of workers compensated for asbestosis in Poland. *Int J Occup Med Environ Health*. 2002;15:267–278.

57. Mamo C, Costa G. Mortality Experience in an Historical Cohort of Chrysotile Asbestos Textile Workers. Proceedings from the Global Asbestos Congress; November 19-21, 2004; Waseda University, Tokyo, Japan.

58. Wilczynska U, Szymczak W, Szeszenia-Dabrowska N. Mortality from malignant neoplasms among workers of an asbestos processing plant in Poland: results of prolonged observation. *Int J Occup Med Environ Health*. 2005;18:313–326.

59. McDonald JC, Harris JM, Berry G. Sixty years on: the price of assembling military gas masks in. *Occup Environ Med*. 2006;63:852–855.

60. Hein MJ, Stayner LT, Lehman E, Dement JM. Follow-up study of chrysotile textile workers: cohort mortality and exposure-response. *Occup Environ Med*. 2007;64:616–625.

61. Pira E, Pelucchi C, Piolatto PG, Negri E, Discalzi G, La Vecchia C. First and subsequent asbestos exposures in relation to mesothelioma and lung cancer mortality. *Br J Cancer*. 2007;97:1300–1304.

62. Magnani C, Barone-Adesi FDF. Cancer risk after cessation of asbestos exposure: a cohort study of Italian Asbestos Cement Workers. *Occup Environ Med*. 2008;65:164–170.

63. Loomis D, Dement J, Wolf S, RIcherdson D. Lung cancer mortality and fibre exposures among North Carolina asbestos textile workers. *Occup Environ Med*. 2009;66:353–542.

64. Reid A, Segal A, Heyworth JS, de Klerk NH, Musk AW. Gynecologic and breast cancers in women after exposure to blue asbestos at Wittenoom. *Cancer Epidemiol Biomarkers Prev*. 2009;18:140–147.

65. Harding A-H, Darnton A, Wegerdt J, McElvenny D. Mortality among British asbestos workers undergoing regular medical examinations (1971–2005). *Occup Environ Med*. 2009;66:487–495.

66. Langseth H, Kjaerheim K. Ovarian cancer and occupational exposure among pulp and paper employees in Norway. *Scan J Work Environ Health*. 2004;30:356–361.

67. Pira E, Pelucchi C, Buffoni L, et al. Cancer mortality in a cohort of asbestos textile workers. *Br J Cancer*. 2005;92:580–586.

68. Pira ERC, Violante FS. Updated mortality study of a Cohort of asbestos textile workers. *Cancer Med*. 2016;5:2623–2628.

69. Reid A, Franklin P, Olsen N, et al. All-cause mortality and cancer incidence among adults exposed to blue asbestos during childhood. *Am J Ind Med*. 2013;56:133–145.

70. Vasama-Neuvonen K, Pukkala E, Paakkulainen H, et al. Ovarian cancer and occupational exposures in Finland. *Am J Ind Med*. 1999;36:83–89.

71. Wang X, Lin S, Yu I, Qiu H, Lan Y, Yano E. Cause-specific mortality in a Chinese chrysotile textile worker cohort. *Cancer Sci*. 2013;104:245–249.

72. Wignall BK, Fox AJ. Mortality of female gas mask assemblers. *Br J Ind Med*. 1982;39:34–38.

73. Camargo MC, Stayner LT, Straif K, et al. Occupational exposure to asbestos and ovarian cancer: a meta-analysis. *Environ Health Perspect*. 2011;119:1211–1217.

74. Rohl A, Langer A, Selikoff I, et al. Consumer talcums and powders: mineral and chemical characterization. *J Toxicol Environ Health*. 1976;2:255–284.

75. Paoletti L, Caiazza S, Donelli G, Pocchiari F. Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. *Regul Toxicol Pharmacol*. 1984;4:222–235.

76. Blount A. "Amphibole Content of Cosmetic and Pharmaceutical Talcs" with attached letters and sample key; 1991:IMERY211157-211165.

77. Blount AM. Amphibole content of cosmetic and pharmaceutical talcs. *Environ Health Perspect*. 1991;94:225–230.

78. Jehan N. *Sustainable Management of Mineral Resources with Special Reference to Asbestos and Silica in Northern Pakistan*. National Centre of Excellence in Geology, University of Peshawar; 2004.

79. Floyd M. Exhibit PLT-00002-0001: Quantitative Analysis Report for Asbestos in Bulk Material TEM; 2004.

80. Mattenklott M. Asbestos in talc powders and soapstone- the present state. *Gefahrstoffe - Reinhalt der Luft*. 2007;67:287–291.

81. Ilgren E, Sartorio Carlo, Hoskins J. Analysis of an authentic historical Italian Cosmetic Talc sample – further evidence for the lack of cancer Risk. *Environ Pollut*. 2017;6.

82. Steffen JE, Tran T, Fassler EA, Egilman DS. Presence of Asbestos in Consumer Talc Products: Evaluating a "zero tolerance" Policy; 2017. Atlanta, GA: APHA.

83. Wells P. Memo: Johnson and Johnson Baby Powder- Review of Consumer Research; 1973. Available at: https://repository.library.brown.edu/studio/item/bdr:967137/. Accessed October 8, 2019.

84. Johnson Ja. 1969 & 1991 Shower to Shower and Specification. 1969; JNJ000280197 & JNJTALC000023772. Available at: https://repository.library.brown.edu/studio/item/bdr:958143/. Accessed October 8, 2019.

85. E-CFR. Electronic Code of Federal Regulations- Title 45- PART 46—Protection of Human Research Subjects; 2018. Available at: https://www.ecfr.gov/cgi-bin/retrieveECFR?gp=&SID=83c-d09e1c0f5c6937cd9d7513160fc3f&pitd=20180719&n=pt45.1.46&r=-PART&ty=HTML#se45.1.46_1104. Accessed October 8, 2019.

86. Johnson & Johnson. Happy Mother's Day: Mothers and Children in Our Ads Through the Years; 2012. Available at: https://web.archive.org/web/20170511033452/https://www.kilmerhouse.com/2012/05/happy-mothers-day-mothers-and-children-in-our-ads-through-the-years. Accessed June 6, 2017.

87. Johnson & Johnson. Johnson & Johnson and The Adventures of Robin Hood; 2013. Available at: https://web.archive.org/web/20161218073707/http://www.kilmerhouse.com/2013/10/johnson-johnson-and-the-adventures-of-robin-hood/. Accessed December 18, 2016.

88. Minnitt RCA, Rice PM, Spangenberg C. Part 1: Understanding the components of the fundamental sampling error: a key to good sampling practice. *J Southern Afr Instit Mining Metall*. 2007;107:107–511.

89. Johnson & Johnson (J&J). Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Supplemental Answer to Interrogatory No. 3 of Plaintiff's First Set of Interrogatories. In. Jody E Ratcliff v American Honda Motor Co. Inc., et al.: Superior Court for Washington for King County; 2017.

90. National Institute for Occupational Safety and Health (NIOSH). Method 7400, Issue 2: ASBESTOS and OTHER FIBERS by PCM. In: 1994.

91. National Institute for Occupational Safety and Health (NIOSH). Method 7402, Issue 2: ASBESTOS by TEM. In: 1994.

92. EPA. Airborne Asbestos Health Assessment Update. In: EPA Office of Health and Environmental Assessment; 1986.

93. Dement J, Shuler P, Zumwalde R. Preliminary Report: Fiber Exposure During Use of Baby Powders. NIOSH Environmental Investigations Branch; 1972.

94. Company CP. Defendant Colgate-Palmolive Company's Supplemental Responses And Objections To Plaintiff's Interrogatories 2-5, 7-12, 14-16, 19-22, 24-26, 32-37, and 39-42. In Re: Personal Injury And Wrongful Death Asbestos Litigation; 2013.

95. Palmolive C. *Formula for Cashmere Bouquet*; 1992. Available at: https://repository.library.brown.edu/studio/item/bdr:958148/. Accessed October 8, 2019.

96. DeVito M, Schecter A. Exposure assessment to dioxins from the use of tampons and diapers. *Environ Health Perspect*. 2002;110:23–28.

97. Sauer B, Hildebrandt C, Franklin W, Hunt R. Resource and environmental profile analysis of children's diaper systems. *Environ Toxicol Chem*. 1994;13:1003–1009.

98. Thaman L, Eichenfield L. Diapering: a global perspective. *Pediatric Dermatol*. 2014;31:15–18.

99. Elzinga K, Mills D. Innovation and entry in the US disposable diaper industry. *Ind Corporate Change*. 1996;5:791–812.

100. Anderson EL, Sheehan PJ, Kalmes RM, Griffin JR. Assessment of health risk from historical use of cosmetic talcum powder. *Risk Anal*. 2017; 37:918–929.

101. NRC. Asbestiform Fibers: Nonoccupational Health Risks. Committee on Nonoccupational Health Risks of Asbestsiform Fibers, Board on Toxicology and Environmental Health Hazards, National Research Council; 1984.

102. Hall JE. The physiology of respiration in infants and young children. *Proc R Soc Med*. 1955;48:761–764.

103. Fleming S, Thompson M, Stevens R, et al. Normal ranges of heart rate and respiratory rate in children from birth to 18 years of age: a systematic review of observational studies. *Lancet*. 2011;377:1011–1018.

104. Lacourt A, Gramond C, Rolland P, et al. Occupational and non-occupational attributable risk of asbestos exposure for malignant pleural mesothelioma. *Thorax*. 2014;69:532–539.

105. Surveillance E, and End Results Program. Cancer Stat Facts: Ovarian Cancer; 2016. Available at: https://seer.cancer.gov/statfacts/html/ovary.html. Accessed May 14, 2019.

106. ISO 10312:1995 Ambient air—Determination of asbestos fibres—Direct transfer transmission electron microscopy method. International Organization for Standardization; 1995.

107. ISO 13794:1999 Ambient air—Determination of asbestos fibres—Indirect-transfer transmission electron microscopy method. International Organization for Standardization; 1999.

108. ISO 22262-2:2014 Air quality—Bulk materials—Part 2: Quantitative determination of asbestos by gravimetric and microscopical methods. International Organization for Standardization; 2014.

109. EPA. *Asbestos Hazard Emergency Response Act. 40 CFR Part 763, Subpart E – Asbestos Containing Materials in Schools*. Washington, DC: U.S. Environmental Protection Agency; 1987.

110. ASTM D5756-02(2008), Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Mass Surface Loading (Withdrawn 2017). West Conshohocken, PA: ASTM International; 2008.

111. ASTM D5755-09(2014)e1, Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Surface Loading. West Conshohocken, PA: ASTM International; 2014.

112. ASTM D7712-18, Standard Terminology for Sampling and Analysis of Asbestos. West Conshohocken. PA: ASTM International; 2018.

113. National Institute for Occupational Safety and Health (NIOSH). Asbestos Fibers and Other Elongate Mineral Particles: State of the Science and Roadmap for Research. In: Department of Health, Human Services - Centers for Disease Control, Prevention, ed., Vol 62, Current Intelligence, Bulletin; 2011.

114. Whittaker Clark & Daniels. Review of Talc Meeting Held at South Kearny. In:1970:WCD002843-002844.

115. Whittaker Clark & Daniels. Inter-Office Correspondence. In:1970:FM-WCD-MOR-KAN 0002325.

116. Ferry DR. Letter to Mr. Robert G. Smith, President, Whittaker Clark & Daniels. In:1970:CAM-163.

117. Rohrbacher RG. Asbestos in the Allamoore Talc District, Hudspeth and Culberson Counties, Texas. Geological Circular: Bureau of Economic Geology, University of Texas at Austin; 1973.

118. Wylie AG, Huggins CW. Characteristics of a Potassium Winchite-Asbestos from the Allamoore Talc District, Texas. *Canadian Mineral*. 1980; 18:101–107.

119. Ingham Vs. Johnson and Johnson. Videotaped Deposition of Mathew Sanchez- Tuesday May 8, 2018; 2018. Available at: https://web.archive.org/web/20191211212735/https://repository.library.brown.edu/studio/item/bdr:1047843/. Accessed November 31, 2019.

120. ENSR Corporation. Phase I Environmental Site Assessment and Environmental Compliance Assessment of the Johnson & Johnson Consumer Products Facility, Royston, Georgia; 2004. Available at: https://web.archive.org/save/; https://repository.library.brown.edu/studio/item/bdr:1047828//. Accessed November 31, 2019.

121. Cynthia Hayes VS. Colgate Palmolive et al. Videotaped Deposition of Michael Burke Colgate Palmolive- July 10, 2018; 2019. Available at: https://web.archive.org/save/https://repository.library.brown.edu/studio/item/bdr:1053202/. Accessed November 31, 2019.

122. Finley B, Pierce J, Phelka A, et al. Evaluation of tremolite asbestos exposures associated with the use of commercial products. *Crit Rev Toxicol*. 2012;42:119–146.

123. Alleman J, Mossman B. Asbestos revisited. *Scientific Am*. 1997;227:70–75.

124. Virta R. Mineral Commodity Profiles—Asbestos. In: Interior UDot, ed. Reston, Virginia: US Geological Survey (USGS); 2005.

125. Dodson R, Levin J. An Unusual Case of Mixed-Dust Exposure Involving a "Noncommercial" Asbestos. *Environ Health Perspect*. 2001;109:199–203.

126. Churg A, Warnock M. Analysis of the cores of ferruginous (asbestos) bodies from the general populations. *Lab Investig*. 1979;40:622–626.

127. Finkelstein M. Malignant Mesothelioma and its nonasbestos causes. *Arch Pathol Lab Med*. 2018;143:659–660.

128. Henderson DW, Silkin, Langlois SLP, Whitaker D. Malignant mesothelioma. In: *The Cancer Series*. New York, NY: Hemisphere Publishing; 1992

129. Roggli VL. Asbestos bodies and nonasbestos ferruginous bodies. In: Roggli VL, Sporn TA, Oury TD, editors. *Pathology of Asbestos-Associated Diseases*. New York, NY: Springer New York; 2004. p. 34–70.

130. Glickman L, Domanski L, Maguire T, Dubielzig R, Churg A. Mesothelioma in pet dogs associated with exposure of their owners to asbestos. *Environ Res*. 1983;32:305–313.

131. Attanoos RL, Gibbs AR. Primary malignant gonadal mesotheliomas and asbestos. *Histopathology*. 2000;37:150–159.

132. British Columbia: Ministry of Environment. Technical guidance on Contaiminated Site: Chapter 12 Composite Sample; 2005: 10–12.

133. Egilman D. Health Effects of Censored Elongated Mineral Particles: A Critical Review. In: Brisson M, ed. Detection Limits in Air Quality and Environmental Measurements - STP 1618. Vol Detection Limits in Air Quality And Environmental Measurements; 2019.

134. Cralley L. Fibrous and mineral content of cosmetic talcum products. *Am Ind Hyg Assoc J*. 1968;29:350–354.

135. Egilman D, Steffen J. Commentary on "Assessment of Health Risk from Historical Use of Cosmetic Talcum Powder". *New Solut*. 2018;28:400–409.

136. Russell R. Special Talc Studies - JBP, Respirable Particle Measurements During Adult Usage, Project #0503.01. In:1977:JNJ000886943-000886945.

137. Burns A, Barlow C, Banducci A, Unice K, Sahmel J. Potential airborne asbestos exposure and risk associated with the historical use of cosmetic talcum powder products. *Risk Anal*. 2019;39:2272–2294.

138. Moon MC, Park JD, Choi BS, et al. Risk assessment of baby powder exposure through inhalation. *Toxicol Res*. 2011;27:137–141.

139. Addison J, JMG. D. A comparison of the carcinogenicity of six tremolites using the intraperitoneal injection assay in rats. In: Proceedings of the VIIth International Pneumoconiosis Conference. Pittsburgh: NIOSH-ILO; 1998.

140. Langer AM. Letter to Dr. Gavin Hildick-Smith, Director of Clinical Research, Johnson & Johnson. In:1971:JNJ000288077-000288078.

141. Graham J, Graham R. Ovarian cancer and asbestos. *Environ Res*. 1967;1:115–128.

142. Cramer DW, Welch WR, Berkowitz RS, Godleski JJ. Presence of talc in pelvic lymph nodes of a woman with ovarian cancer and long-term genital exposure to cosmetic talc. *Obstet Gynecol*. 2007;110(2 pt 2):498–501.

143. Langseth H, Johansen BV, Nesland JM, Kjaerheim K. Asbestos fibers in ovarian tissue from Norwegian pulp and paper workers. *Int J Gynecol Cancer*. 2007;17:44–49.

144. Musti M, Massaro T, Cavone D, et al. Exposure to asbestos and risk of occurrence of primary ovarian mesothelioma. Note II: Description of two case studies. *Conference Paper*. 2009.

145. Occupational Safety and Health Administration. OSHA Standard 1915.1000 - Air contaminants. Occup. Safety and Health Standards for Shipyard Employment, Toxic and Hazardous Substances - Air Contaminants; 2017. Available at: http://web.archive.org/web/20190401215023/https://www.osha.gov/laws-regs/regulations/standardnumber/1915/1915.1000. Accessed April 1, 2019.

146. Occupational Safety and Health Administration. Part 57-Health and Safety Standards - Metal and Nonmetallic Underground Mines, Miscellaneous Amendments. *Federal Reg*. 1974;39:24319.

147. Occupational Safety and Health Administration. Part 1910 - occupational safety and health standards, subpart g - occupational health and environmental control. *Federal Reg*. 1972;37:22139–22163.

148. International Agency for Research on Cancer (IARC). Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1 to 42. In. Vol Supplement No. 71987.

149. Hildick-Smith G. Nashed W. Memo: Johnson & Johnson Meeting with the Commisioner: Substantial Asbestos Can be Allowed Safely in a Baby Powder. 1974; JNJ 000307413. Available at: https://repository.library.brown.edu/studio/item/bdr:841462/. Accessed November 31, 2019.

150. Food and Drug Administration (FDA). AMA Analytical Services, Inc. Summary of Asbestos and Talc Analysis – Claire's 2019. Available at: https://www.fda.gov/media/127825/download. Accessed November 31, 2019.

151. Food and Drug Administration (FDA). AMA Analytical Services, Inc. Summary of Asbestos and Talc Analysis – Johnson & Johnson – Baby Powder Lot #22318RB; 2019. Available at: https://www.fda.gov/media/131989/download. Accessed November 31, 2019.

152. Images of labels for Angel of Mine and Perfect Purity talc powder products; 2018.

153. Imerys. Rio Tinto Minerals Talc MSDS; 2009.

154. Rio Tinto Minerals. Material Data Safety Sheet - Talc, Version 1.0. In:2006:IMERYS042245-042249.

155. Rio Tinto Minerals. Data Sheet - Johnson's Baby Powder; 2015:1–7.

156. Johnson & Johnson (J&J). Technological Forecast - Powders. In:1986:JNJ000000523-JNJ000000536.

157. Johnson & Johnson (J&J). Introducing Johnson Baby Cornstarch - Advertisement. In:1984:JNJ000060260.

158. Nicholson S. Email to J. James and I. Ahmed, FW: Cornstarch containing JBP (with attachments). In:2016:JNJ000526749-JNJ000526754.

© 2020 The Author(s). Published by Wolters Kluwer Health, Inc. on behalf of the American College of Occupational and Environmental Medicine.   **e77**

# Exhibit C

1      IN THE UNITED STATES DISTRICT COURT
2     FOR THE EASTERN DISTRICT OF NEW JERSEY
3                    -  -  -
4

       IN RE:  JOHNSON &        :
5     JOHNSON TALCUM POWDER      :
       PRODUCTS MARKETING,        :
6     SALES PRACTICES, AND       :  NO. 16-2738
       PRODUCTS LIABILITY         :  (FLW) (LHG)
7     LITIGATION                 :
                                  :
8     THIS DOCUMENT RELATES      :
       TO ALL CASES               :
9
10                    -  -  -
11                July 12, 2018
12                    -  -  -
13
14            Videotaped deposition of
      MARGARET M. GUROWITZ, taken pursuant to
15    notice, was held at the law offices of
      Drinker Biddle & Reath, 105 College Road
16    East, Princeton, New Jersey, beginning at
      9:29 a.m., on the above date, before
17    Michelle L. Gray, a Registered
      Professional Reporter, Certified
18    Shorthand Reporter, Certified Realtime
      Reporter, and Notary Public.
19
20                    -  -  -
21
           GOLKOW LITIGATION SERVICES
22        877.370.3377 ph| 917.591.5672
                deps@golkow.com
23
24                                      **EXHIBIT C**

```
 1    APPEARANCES:

 2

      WILENTZ GOLDMAN & SPITZER, P.A.
 3    BY:  DANIEL R. LAPINSKI, ESQ.
      90 Woodbridge Center Drive
 4    Suite 900 Box 10
      Woodbridge, New Jersey 07095
 5    (732) 855-6066
      dlapinski@wilentz.com
 6
         - and -
 7

      BEASLEY ALLEN, P.C.
 8    BY:  P. LEIGH O'DELL, ESQ.
      218 Commerce Street
 9    Montgomery,  AL  36104
      (334) 269-2343
10    leigh.odell@beasleyallen.com
11       - and -
12    ASHCRAFT & GEREL, LLP
      BY:  MICHELLE A. PARFITT, ESQ.
13    4900 Seminary Road, Suite 650
      Alexandria, VA 22311
14    (703) 931-5500
      mparf@aol.com
15    Representing the Plaintiffs'
      Steering Committee
16

17

18

19

20

21

22

23

24
```

```
 1      APPEARANCES:  (Cont'd.)

 2

        ORRICK, HERRINGTON & SUTCLIFFE, LLP
 3      BY:  KRISTEN RENEE FOURNIER, ESQ.
        51 West 52nd street
 4      New York, New York 10019
        (212) 506-3767
 5      kfournier@orrick.com
 6         - and -
 7      DRINKER, BIDDLE & REATH, LLP
        BY:  JULIE L. TERSIGNI, ESQ.
 8      500 Campus Drive
        Florham Park, New Jersey 07932
 9      (973) 549-7000
        Julie.tersigni@dbr.com
10

           - and -
11

        SKADDEN ARPS, LLP
12      BY:  ANDREW M. KARP, ESQ.
        Four Times Square
13      New York, New York 10036
        (212) 735-3000
14      Andrew.karp@skadden.com
        Representing the Defendants,
15      Johnson & Johnson entities
16
17
18
19
20
21
22
23
24
```

```
 1    APPEARANCES:  (Cont'd.)
 2

 3    GORDON & REES, LLP
      BY: JAMES E. ROBINSON, ESQ.
      Three Logan Square
 4    1717 Arch Street, Suite 610
      Philadelphia, Pennsylvania 19103
 5    (215) 717-4007
      Jrobinson@grsm.com
 6
         - and -
 7

 8    COUGHLIN DUFFY L.L.P.
      BY: MARK K. SILVER, ESQ.
      350 Mount Kemble Avenue
 9    Morristown, NJ 07962
      973-267-0058
10    Msilver@coughlinduffy.com
      Representing the Defendant, Imerys
11    Talc America, Inc.
12

13    SEYFARTH SHAW, LLP
      BY:  JAMES R. BILLINGS-KANG, ESQ.
14    975 F Street, NW
      Washington, D.C. 20004
15    (202) 463-2400
      jbillingskang@seyfarth.com
16    Representing the Defendant, PCPC

17    TUCKER ELLIS, LLP
      BY:  JENNIFER L. STEINMETZ, ESQ.
18    950 Main Avenue Suite 1100
      Cleveland, Ohio 44113
19    (216) 696-3499
      Jennifer.steinmetz@tuckerellis.com
20    Representing the Defendant, PTI
      Royston LLC and PTI Union LLC
21

22

23    VIDEOTAPE TECHNICIAN:
         Devyn Mulholland
24
```

1      of the record, Ms. Gurowitz is

2      being produced today pursuant to a

3      March set of deposition notices

4      served by the Plaintiffs' Steering

5      Committee as amended, adjusted,

6      whatever is the right word, by

7      both the Court and the agreement

8      of the parties.

9           She will be representing

10     both J&J and JJCI today, and she

11     is being presented on Topic 3.4.

12          MR. LAPINSKI:  You just took

13     three quarters of my outline.

14               -  -  -

15               EXAMINATION

16               -  -  -

17     BY MR. LAPINSKI:

18          Q.    Good morning, Ms. Gurowitz.

19     How are you this morning?

20          A.    Good.

21          Q.    I introduced myself to you

22     earlier today.  My name is Dan Lapinski,

23     and I'm here on behalf of the Plaintiffs'

24     Steering Committee.

1  amended notice of 30(b)(6) deposition

2  from defendant Johnson & Johnson Consumer

3  Incorporated.

4         Ms. Gurowitz, have you seen

5  that document before?

6      A.   I have seen the back part of

7  this document.  In terms of the front

8  part, I'm not sure how it differs from

9  the first one.

10     Q.   When you say the back part

11 of the document, what are you referring

12 to?

13     A.   The listing of all the

14 samples.

15     Q.   Okay.  And the front part,

16 you're not sure whether you've seen the

17 front part before?

18     A.   Correct.

19     Q.   Okay.  Ms. Gurowitz, you

20 understand that you're testifying here

21 today on both -- on behalf of both

22 defendant Johnson & Johnson and defendant

23 Johnson & Johnson Consumer Incorporated?

24     A.   Yes, I understand.

1    Q.    And your testimony is being

2    offered today in your capacity as a

3    corporate representative of both of those

4    defendants, correct?

5    A.    Correct.

6    Q.    You understand that you're

7    not testifying here today as an

8    individual?

9    A.    I understand that.

10    Q.    Okay.  And you understand

11    that your testimony today will be binding

12    upon both of those defendants?

13    A.    I understand.

14    Q.    As we move forward generally

15    I'll be referring to J&J or the Johnson &

16    Johnson defendants.  And unless I

17    distinguish otherwise, can we just agree

18    that when I refer to J&J or I refer

19    Johnson & Johnson defendants, I'm

20    referring to both of the defendants

21    collectively?

22    A.    Yes.

23    Q.    Okay.  And what I would ask

24    is that unless -- unless you distinguish

1  otherwise, I'm going to assume that your

2  references are references that relate to

3  both of the defendants.  Is that a fair

4  assumption?

5       A.    Yes.

6       Q.    Okay.  And then I would just

7  ask you if for any reason your answer is

8  going to be specific to Johnson & Johnson

9  or specific to Johnson & Johnson Consumer

10  Incorporated, that you let me know that

11  the response is specific to one of those

12  defendants.

13       A.    I understand.

14       Q.    Thank you.  We're also going

15  to be talking today about talcum powder

16  and talcum powder products.  And in

17  regard to this deposition, I'd like to

18  have an understanding, as long as you'll

19  agree, that when we reference talcum

20  powder products we're talking about

21  Johnson's Baby Powder and Johnson's

22  Shower to Shower product.

23       A.    I understand.

24       Q.    Okay.  To the extent that

1    there is going to be discussion about a

2    single product, I will try to make clear

3    that I'm talking about a particular

4    product and I would ask that you do the

5    same, if that's okay.

6         A.    I understand.

7         Q.    If you would look at Page 1

8    of Exhibit 1.  At the bottom of Page 1 it

9    has your name listed as a witness,

10   Ms. Gurowitz.

11             Do you see that?

12        A.    Yes.

13        Q.    And are you here today to

14   testify only as to Topic 3.4 of that

15   deposition notice?

16        A.    Yes.

17        Q.    Okay.  And if you would

18   please turn to Page 17 of that deposition

19   notice.  At the bottom of Page 17 if you

20   would look at Number 4, chain of custody

21   for identified samples.  Are you here

22   today to testify as to the storage and

23   chain of custody for any and all samples

24   that have been identified as being in

1  defendant's possession?

2          A.     Yes.

3                 (Document marked for

4          identification as Exhibit

5          Gurowitz-3.)

6  BY MR. LAPINSKI:

7          Q.     Ms. Gurowitz, I'm handing

8  you a document that has been marked as

9  Exhibit 3.  And if you would please take

10 a minute to just review that document.

11 Exhibit 3 is the January 31st, 2018

12 agreed order and stipulation regarding

13 the Johnson & Johnson defendants'

14 production of talcum powder products and

15 talc samples.

16                 If you'd let me know when

17 you're done reviewing that document.

18         A.     Sure.  Okay, I've reviewed

19 it.

20         Q.     Very good.  Is this the

21 first time that you've seen that

22 document?

23         A.     Yes.

24         Q.     Okay.  Do you have an

1  museums to manage their collections.  So

2  Johnson & Johnson has a contract with

3  them.  And we utilize that software to

4  manage our collection.

5      Q.    And for how long have you

6  been using that software?

7      A.    Since about 2016 maybe.

8      Q.    And was there any type of

9  software system used prior to 2016 in

10 order for Johnson & Johnson to manage

11 their archives?

12     A.    There was not.

13     Q.    What's the name of that

14 software system?

15     A.    It's called TMS, which

16 stands for The Museum System.

17     Q.    Ms. Gurowitz, what was the

18 role that you played in compiling this

19 list, this section of the sample list

20 that you said you played a role in?

21     A.    This section.  I was asked

22 to locate any Johnson's Baby Powder or

23 Shower to Shower products that were in

24 the corporate archives collection.  So I

1    used key word searches to find them.  And

2    these are the items that were identified.

3         Q.    Can you explain to me what

4    the corporate archives collection is?

5         A.    The corporate archives

6    collection is a collection of physical

7    artifacts which would be historical

8    products and objects, and also paper

9    artifacts that have been in our museum

10   building for many, many decades.

11        Q.    When you did your -- when

12   you did your search, what keywords did

13   you use --

14        A.    Johnson --

15        Q.    -- to conduct your search?

16        A.    Johnson's Baby Powder, Baby

17   Powder, JBP, Shower to Shower, and STS.

18        Q.    You had also referenced

19   earlier that you had archive consultants

20   who helped you to develop your inventory

21   and archive list; is that correct?

22        A.    That is correct.

23        Q.    What was the name of those

24   archive consultants?

CERTIFICATE

I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

It was requested before completion of the deposition that the witness, MARGARET M. GUROWITZ, have the opportunity to read and sign the deposition transcript.

_____
MICHELLE L. GRAY,
A Registered Professional
Reporter, Certified Shorthand
Reporter, Certified Realtime
Reporter and Notary Public
Dated:  July 20, 2018

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

# Exhibit D

## MAS CHART OF J&J TESTING (current as of September 16, 2021)

### TABLE I – CONTAINERS FROM OUTSIDE J&J ARCHIVE PRE 2003 (ITALIAN & VERMONT)

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 1 |  | M66514-001 | SGPB 4-7-17(1) | JBP – Client Carolyn Weirick<br><br>Retailer: Cal Oaks | Circa 1980 | 247,000 s/g<br><br>Anthophyllite<br><br>Average Aspect Ratio: 14.8 | N/A |
| 2 |  | M65205-001 | Kazan | JBP – Collector | 1950s | 15,100,000 s/g<br><br>Tremolite<br><br>Average Aspect Ratio: 12.0<br><br>Below Waist Personal Application: 1.81 – 4.51 f/cc | N/A |
| 3 |  | M65208-001 | Kazan | JBP – Collector | 1957 | 376,000 s/g<br><br>Tremolite Richterite<br><br>Average Aspect Ratio: 10.5 | N/A |

**EXHIBIT D**

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 4 |  | M65228-001 | Kazan | JBP – Collector | 1994 | 445,000 s/g<br><br>Tremolite Richterite<br><br>Average Aspect Ratio: 7.9 | N/A |
| 5 |  | M65329-041 | Lanier | JBP | 1940-42 | 1,310,000 s/g<br><br>Tremolite<br><br>Average Aspect Ratio: 11.1 | N/A |
| 6 |  | M65329-043 | Lanier | JBP | 1927-39 | 938,000 s/g<br><br>Tremolite<br><br>Average Aspect Ratio: 9.0 | N/A |
| 7 |  | M66173-001 | Lanier | JBP | 1960 | NAD<br><br>Fibrous Talc | N/A |

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 8 |  | M66173-002 | Lanier | JBP | 1927-39 | 301,000 s/g<br><br>Tremolite<br><br>Average Aspect Ratio: 8.1 | N/A |
| 9 |  | M66173-003 | Lanier | JBP | 1945 | 4,120,000 s/g<br><br>Tremolite Richterite<br><br>Average Aspect Ratio: 11.7 | N/A |
| 10 |  | M66203-001 | Lanier | JBP | 1953-58 | 18,700 s/g<br><br>Tremolite<br><br>Average Aspect Ratio: 9.2 | N/A |
| 11 |  | M66203-002 | Lanier | JBP | 1960 | NAD<br><br>Fibrous Talc | N/A |

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 12 | | M66203-003 | Lanier | JBP | 1960 37c | NAD<br><br>Fibrous Talc | N/A |
| 13 | | M66203-004 | Lanier | JBP | 1953 or prior | NAD | N/A |
| 14 | | M66203-006 | Lanier | JBP | 1953-58 | 9,120 s/g<br><br>Tremolite<br><br>Average Aspect Ratio: 5.9 | N/A |
| 15 | | M66203-007 | Lanier | JBP | 1953-58 | 9,030 s/g<br><br>Tremolite<br><br>Average Aspect Ratio: 9.8 | N/A |

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 16 |  | M66309-002 | Lanier | JBP | 1953 or prior | NAD<br><br>Fibrous Talc | N/A |
| 17 |  | M66309-003 | Lanier | JBP | 1950s 53c | NAD<br><br>Fibrous Talc | N/A |
| 18 |  | M66405-001 | Lanier | JBP | 1953 or prior | 45,200 s/g<br><br>Tremolite<br><br>Average Aspect Ratio: 18.6 | N/A |
| 19 |  | M66405-002 | Lanier | JBP | 1953 or prior | NAD<br><br>Fibrous Talc | N/A |

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 20 |  | M66203-005 | Lanier | JBP | 1953 or prior | 37,000 s/g Tremolite<br><br>Average Aspect Ratio: 13.7 | N/A |
| 21 |  | M70484-001 | SGP 487779 | JBP – client Linda Zimmerman<br><br>Retailer: Thrifty (now Rite Aid) or Ralph's (Kroger) | 1994 | NAD | ISO PLM:<br>NAD<br><br>PLM HLS Chrysotile:<br>0.01-0.10% |
| 22 |  | M71046-001 | SGPB 10-23-17 | JBP – client Marie Colley<br><br>Retailer: client did not recall | 1996 | NAD | ISO PLM:<br>NAD<br><br>PLM HLS Chrysotile:<br>0.002-0.01% |

| Results | Italian | Vermont | JBP Total | STS Total | All Total |
|---|---|---|---|---|---|
| MAS | 11/18 = 61% | 4/4 = 100% | 15/22 = 68% | N/A | 15/22 = 68% |

TABLE II – CONTAINERS FROM OUTSIDE J&J ARCHIVE POST 2003 (CHINESE)

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 1 |  | M66507-001 | SGPB 11-28-16(1) | JBP – Client Gail Koretoff<br><br>Retailer: CVS | 2004 | NAD | CSM PLM w/ HLS Chrysotile: 0.0003-0.001% 51 bundles 779,600 bundles p/g |
| 2 |  | M66508-001 | SGPB 1-28-17(1) | JBP – Off the shelf<br><br>Retailer: CVS | 2017 | NAD | CSM PLM w/ HLS Chrysotile: 0.001-0.002% 27 bundles 412,700 bundles p/g |
| 3 |  | M66509-001 | SGPB 1-28-17(2) | JBP – Off the shelf<br><br>Retailer: CVS | 2017 | NAD | CSM PLM w/ HLS Chrysotile: 0.0002-0.001% 39 bundles 463,700 bundles p/g |
| 4 |  | M66513-001 | SGPB 3-21-17(4) | JBP – Client Earl Wheeler<br><br>Retailer: Fred's Dollar | 2010 | NAD | CSM PLM w/ HLS Chrysotile: 0.0002-0.001% 17 bundles 181,900 bundles p/g |

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| **5** |  | M66515-001 | SGPB 4-19-17(6) | JBP – Client Pauline Citizen<br><br>Retailer: Usually Dollar Store or Family Dollar | 2012 | 8,740 s/g<br><br>Tremolite<br><br>Average Aspect Ratio: 28.6 | <u>PLM/HLS Chrysotile:</u> 0.01-0.10 % |
| **6** |  | M66516-001 | SGPB 4-1-17(7) | JBP – Client Pauline Citizen<br><br>Retailer: Usually Dollar Store or Family Dollar | 2012 | 8,690 s/g<br><br>Tremolite<br><br>Average Aspect Ratio: 9.3 | N/A |
| **7** |  | M68379-001 | SGPB 11-22-17(1) | JBP – Client JoAnne Anderson<br><br>Retailer: client did not recall | 2004 | NAD<br><br>Fibrous Talc | N/A |
| **8** |  | M68379-002 | SGPB 11-22-17(2) | JBP – Client JoAnne Anderson<br><br>Retailer: client did not recall | 2004 | 7,160 s/g<br><br>Tremolite | N/A |

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 9 |  | M66352-001 | Lanier | JBP – client Krystal Kim<br><br>Retailer: client did not recall | 2012 | NAD | N/A |
| 10 |  | M66352-002 | Lanier | JBP – client Krystal Kim<br><br>Retailer: client did not recall | 2014 | 17,200 s/g<br><br>Tremolite<br><br>Average Aspect Ratio: 8.8 | N/A |
| 11 |  | M68483-001 | SGPB 188908 | JBP – Client Nancy Cabibi<br><br>Retailers: client did not recall | 2012 | NAD | N/A |
| 12 |  | M67420-001 | #1 Lanier | JBP – Off the shelf<br><br>Retailer: Imperial Westwood | 2017 | NAD | CSM PLM w/ HLS Chrysotile:<br>0.0002-0.0008%<br>30 bundles<br>428,000 bundles p/g |

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 13 |  | M67420-002 | #2 Lanier | JBP – Off the shelf<br><br>Retailer: Imperial Westwood | 2017 | NAD | <u>CSM PLM w/ HLS</u><br><u>Chrysotile:</u><br>0.0002-0.0006%<br>32 bundles<br>489,100 bundles p/g |
| 14 |  | M67420-003 | #3 Lanier | STS – Off the shelf<br><br>Retailer: Imperial Westwood | Pre 2012<br><br>Purchased 2017 | 18,800 s/g<br><br>Anthophyllite<br><br>Average Aspect Ratio: 22.1 | N/A |
| 15 |  | M67420-004 | #4 Lanier | JBP – Off the shelf<br><br>Retailer: Westside Medical Pharmacy | 2017 | NAD | <u>CSM PLM w/ HLS</u><br><u>Chrysotile:</u><br>0.0002-0.0005%<br>28 bundles<br>332,900 bundles p/g |
| 16 |  | M67420-005 | #5 Lanier | JBP – Off the shelf<br><br>Retailer: Westside Medical Pharmacy | 2017 | NAD | <u>CSM PLM w/ HLS</u><br><u>Chrysotile:</u><br>0.0002-0.001%<br>43 bundles<br>460,100 bundles p/g |

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 17 |  | M65329-013 | MAS | JBP – Off the shelf (Control)<br><br>Retailer: Publix | 2016 | NAD | CSM PLM w/ HLS Chrysotile:<br>0.0005-0.0008%<br>27 bundles<br>288,900 bundles p/g |
| 18 |  | M70484-002 | SGP 445997 | JBP – client Linda Zimmerman<br><br>Retailer: CVS, Rite Aid, Albertson's | 2014 | NAD | ISO PLM:<br>NAD<br><br>PLM HLS Chrysotile:<br>0.001-0.01% |
| 19 |  | M70877-001 | Kazan 001 | JBP – client Dan Doyle<br><br>Retailer: Usually Kroger's | 2012 | NAD | ISO PLM:<br>NAD<br><br>Blount PLM:<br>NAD<br><br>PLM HLS Chrysotile:<br>0.01-0.02% |
| 20 |  | M70877-002 | Kazan 002 | JBP – client Dan Doyle<br><br>Retailer: Usually Kroger's | 2010 | 6,610 s/g<br><br>Tremolite<br><br>Average Aspect Ratio: 7.3 | ISO PLM:<br>NAD<br><br>Blount PLM:<br>NAD<br><br>PLM HLS Chrysotile:<br>0.002-0.004% |

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 21 |  | M71095-001 | Simmons Lot#0826RA | JBP – client Janet Titley | 2014 | NAD | ISO PLM: 0.005-0.007% Chrysotile<br>Blount PLM w/ HLS: NAD<br>CSM PLM w/ HLS Chrysotile: 0.001-0.002% |
| 22 |  | M71166-001 | MAS | JBP – Off the shelf<br>Retailer: CVS | Purchased 2020 ©2018 | N/A | ISO PLM: 0.006-0.008% Chrysotile<br>Blount PLM w/ HLS: NAD<br>CSM-PLM w/ HLS Chrysotile: 0.0015-0.0017% |
| 23 |  | M71166-002 | MAS | JBP – Off the shelf<br>Retailer: CVS | Purchased 2020 ©2019 | N/A | ISO PLM: 0.009-0.010% Chrysotile<br>Blount PLM w/ HLS: NAD<br>CSM-PLM w/ HLS Chrysotile: 0.0013-0.0030% |
| 24 |  | M71166-003 | MAS | JBP – Off the shelf<br>Retailer: Walgreens | Purchased 2020 ©2019 | N/A | ISO PLM: 0.009-0.010% Chrysotile<br>Blount PLM w/ HLS: NAD<br>CSM-PLM w/ HLS Chrysotile: 0.0012-0.0026% |

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 25 |  | M71180-001 | Humphrey, Farrington & McLain | JBP – Off the shelf<br><br>Retailer: Target | Purchased 2020 | N/A | ISO PLM:<br>0.007-0.010% Chrysotile<br>Blount PLM w/ HLS: NAD<br>CSM-PLM w/ HLS Chrysotile:<br>0.0016-0.0030% |
| 26 |  | M71211-001<br><br>20200342-01 | Weitz | JBP – Off the shelf from client Holly Johnson<br><br>Retailer: Walmart.com | 2019 | N/A | ISO PLM w/o HLS:<br>0.004-0.006% Chrysotile<br>CSM/ISO PLM w/ HLS Chrysotile:<br>0.001-0.002% |
| 27 |  | M71211-002<br><br>20200342-02 | Weitz | JBP – Off the shelf from client Holly Johnson<br><br>Retailer: Walmart.com | 2019 | N/A | ISO PLM w/o HLS:<br>0.003-0.005% Chrysotile<br>CSM/ISO PLM w/ HLS Chrysotile:<br>0.001-0.002% |
| 28 |  | M71211-003<br><br>20200342-03 | Weitz | JBP – Off the shelf from client Holly Johnson<br><br>Retailer: Kents Grocery | 2019 | N/A | ISO PLM w/o HLS:<br>0.003-0.005% Chrysotile<br>CSM/ISO PLM w/ HLS Chrysotile:<br>0.001% |

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 29 |  | M71211-004<br><br>20200342-04 | Weitz | JBP – Off the shelf from client Holly Johnson<br><br>Retailer: Kents Grocery | 2019 | N/A | <u>ISO PLM w/o HLS:</u> 0.003-0.005% Chrysotile<br><u>CSM/ISO PLM w/ HLS Chrysotile:</u> 0.0009-0.001% |
| 30 |  | M71211-005<br><br>20200342-05 | Weitz | JBP – Off the shelf from client Holly Johnson<br><br>Retailer: Maceys Grocery | 2019 | N/A | <u>ISO PLM w/o HLS:</u> 0.003-0.006% Chrysotile<br><u>CSM/ISO PLM w/ HLS Chrysotile:</u> 0.001-0.002% |
| 31 |  | M71211-006<br><br>20200342-06 | Weitz | JBP – Off the shelf from client Holly Johnson<br><br>Retailer: Maceys Grocery | 2019 | N/A | <u>ISO PLM w/o HLS:</u> 0.003-0.004% Chrysotile<br><u>CSM/ISO PLM w/ HLS Chrysotile:</u> 0.001-0.002% |
| 32 |  | M71211-007<br><br>20200342-07 | Weitz | JBP – Off the shelf from client Holly Johnson<br><br>Retailer: Walmart.com | 2019 | N/A | <u>ISO PLM w/o HLS:</u> 0.003-0.005% Chrysotile<br><u>CSM/ISO PLM w/ HLS Chrysotile:</u> 0.001-0.002% |

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 33 | | M71211-008<br><br>20200342-08 | Weitz | JBP – Off the shelf from client Holly Johnson<br><br>Retailer: Walmart.com | 2019 | N/A | ISO PLM w/o HLS: 0.004-0.007% Chrysotile<br>CSM/ISO PLM w/ HLS Chrysotile: 0.001-0.002% |
| 34 | | M71211-009<br><br>20200342-09 | Weitz | JBP – Off the shelf from client Holly Johnson<br><br>Retailer: Amazon | 2019 | N/A | ISO PLM w/o HLS: 0.004-0.006% Chrysotile<br>CSM/ISO PLM w/ HLS Chrysotile: 0.001-0.002% |
| 35 | | M71211-010<br><br>20200342-10 | Weitz | JBP – Off the shelf from client Holly Johnson<br><br>Retailer: Amazon | 2019 | N/A | ISO PLM w/o HLS: 0.004-0.006% Chrysotile<br>CSM/ISO PLM w/ HLS Chrysotile: 0.001-0.002% |
| 36 | | M71216-001 | Kazan | JBP – Off the shelf<br><br>Retailer: Lucky in Danville, CA | 2019 | N/A | ISO PLM w/o HLS Chrysotile: 0.007-0.009% 20 bundles 214,000 bundles p/g<br>CSM/ISO PLM w/ HLS Chrysotile: 0.001-0.002% 23 bundles 273,000 bundles pg/ |

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 37 |  | M71216-002 | Kazan | JBP – Off the shelf<br><br>Retailer: Lucky in Danville, CA | 2019 | N/A | ISO PLM w/o HLS Chrysotile:<br>0.006-0.008%<br>16 bundles<br>190,000 bundles p/g<br><br>CSM/ISO PLM w/ HLS Chrysotile:<br>0.0009-0.001%<br>19 bundles<br>254,000 bundles p/g |
| 38 |  | M71241-001 | MAS | JBP – Off the shelf<br><br>Retailer: Ralphs | 2018 | N/A | ISO PLM w/o HLS Chrysotile:<br>NAD<br>CSM/ISO PLM w/ HLS Chrysotile:<br>0.0007-0.001%<br>11 bundles<br>168,142 bundles p/g |
| 39 |  | M71241-002 | MAS | JBP – Off the shelf<br><br>Retailer: Ralphs | 2018 | N/A | ISO PLM w/o HLS Chrysotile:<br>0.004-0.006%<br>9 bundles<br>80,400 bundles p/g<br>CSM/ISO PLM w/ HLS Chrysotile:<br>0.001-0.002%<br>23 bundles<br>273,000 bundles p/g |

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 40 |  | M71241-003 | MAS | JBP – Off the shelf<br><br>Retailer: Ralphs | 2018 | N/A | ISO PLM w/o HLS Chrysotile:<br>0.005-0.006%<br>16 bundles<br>190,600 bundles p/g<br><br>CSM/ISO PLM w/ HLS Chrysotile:<br>0.001%<br>23 bundles<br>307,600 bundles p/g |

| Results | Chinese | JBP Total | STS Total | All Total |
|---|---|---|---|---|
| **MAS** | 37/40 = 93% | 36/39 = 92% | 1/1 = 100% | 37/40 = 93% |

TABLE III – VALEANT CONTAINERS FROM OUTSIDE J&J ARCHIVE POST 2003 (CHINESE)

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 1 |  | M66510-001 | SGPB 2-27-17(3) | S2S – Client John Currie<br><br>Retailer: Usually Walmart | 2013 | 18,200 s/g<br><br>Actinolite Richterite<br><br>Average Aspect Ratio: 33.2 | N/A |
| 2 |  | M66511-001 | SGPB 3-7-17(1) | S2S – Off the shelf<br><br>Retailer: Walmart | 2017 | NAD | N/A |
| 3 |  | M66512-001 | SGPB 3-21-17(2) | S2S – Client Earl Wheeler<br><br>Retailer: Dollar General, Fred's Dollar, or Walmart | 2013 | 8,800 s/g<br><br>Richterite<br><br>Average Aspect Ratio: 10.0 | N/A |

| Results | Chinese | STS Total | All Total |
|---|---|---|---|
| MAS | 2/3 = 67% | 2/3 = 67% | 2/3 = 67% |

TABLE IV – J&J ARCHIVE CONTAINERS (U.S.)

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 1 |  | 2018-0060-04 JBP 167 | M68503-010 | MDL | 1960 | 31,400 s/g<br><br>Tremolite<br><br>Average Aspect Ratio:<br>9.1 | ISO:<br>NAD<br><br>Blount:<br><0.1 Trem/Act |
| 2 |  | 2018-0060-03 JBP 166 | M68503-009 | MDL | 1962 | 17,700 s/g<br><br>Tremolite<br><br>Average Aspect Ratio:<br>6.8 | ISO:<br>NAD<br><br>Blount:<br><0.1 Trem/Act |
| 3 |  | 2018-0060-76 JBP 119 | M68503-024 | MDL | 1963 | NAD | NAD |
| 4 |  | 2018-0056-25 JBP 232 | M68503-004 | MDL | 1964 | NAD | ISO:<br><0.1 Trem/Act<br><br>Blount:<br>NAD |

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 5 |  | 2018-0060-20 JBP 183 | M68503-014 | MDL | 1965 | 17,300 s/g<br><br>Tremolite<br><br>Average Aspect Ratio:<br>8.0 | NAD |
| 6 |  | 2018-0060-06 JBP 169 | M68503-011 | MDL | 1966 | NAD | NAD |
| 7 |  | 2018-0061-09 STS 043 | M68503-027 | MDL | 1966 | NAD | NAD |
| 8 |  | 2018-0060-44 JBP 087 | M68503-019 | MDL | 1967 | 8,930 s/g<br><br>Anthophyllite<br><br>Average Aspect Ratio:<br>20.0 | NAD |

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 9 |  | 2018-0056-31 JBP 238 | M69042-003 | MDL | 1967 | 18,000 s/g<br><br>Tremolite Anthophyllite<br><br>Average Aspect Ratio:<br>9.2 | ISO:<br><0.1 Trem/Act<br><0.1 Anth<br><br>Blount:<br><0.1 Trem/Act<br><0.1 Anth |
| 10 |  | 2018-0060-25 JBP 188 | M69042-005 | MDL | 1967 | NAD | NAD |
| 11 |  | 2018-0060-49 JBP 092 | M69042-006 | MDL | 1967 | NAD | NAD |
| 12 |  | 2018-0060-50 JBP 093 | M69042-007 | MDL | 1967 | NAD | NAD |

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 13 |  | 2018-0061-40 STS 004 | M68503-038 | MDL | 1968 | NAD | NAD |
| 14 |  | 2018-0061-08 STS 042 | M68503-026 | MDL | 1969 | 268,000 s/g<br><br>Tremolite<br><br>Average Aspect Ratio: 8.7 | ISO:<br><0.1 Trem/Act<br><br>Blount:<br><0.1 Trem/Act |
| 15 |  | 2018-0056-30 JBP 237 | M68503-005 | MDL | 1970 | NAD | NAD |
| 16 |  | 2018-0060-68 JBP 111 | M69042-009 | Levy (MDL) | 1970 | NAD | ISO:<br><0.1 Trem/Act<br><br>Blount:<br>NAD |

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| **17** |  | 2018-0061-17 STS 051 | M68503-029 | MDL | 1971 | NAD | NAD |
| **18** |  | 2018-0060-54 JBP 097 | M68503-021 | MDL | 1972 | NAD | NAD |
| **19** |  | 2018-0060-64 JBP 107 | M68503-023 | MDL | 1973 | 8,760 s/g<br><br>Anthophyllite<br><br>Average Aspect Ratio:<br>10.7 | ISO:<br><0.1 Anth<br><br>Blount:<br><0.1 Anth |
| **20** |  | 2018-0061-12 STS 046 | M68503-028 | MDL | 1974 | 17,500 s/g<br><br>Anthophyllite<br><br>Average Aspect Ratio:<br>10.5 | ISO:<br>NAD<br><br>Blount:<br><0.1 Anth |

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 21 |  | 2018-0061-02D STS 1611A (STS 36) | 02D | J3 (MDL) | 1975 | NAD | ISO: NAD (J3) Blount: NAD |
| 22 |  | 2018-0056-02D JBP 209 | M69042-001 | Levy (MDL) | 1975 | 22,400 s/g Anthophyllite Average Aspect Ratio: 21.7 | ISO: <0.1 Trem/Act Blount: <0.1 Trem/Act |
| 23 |  | 2018-0061-57 STS 021 | M68503-046 | MDL | 1975 | NAD | NAD |
| 24 |  | 2018-0061-49 STS 013 | M68503-042 | MDL | 1976 | 23,600 s/g Anthophyllite Average Aspect Ratio: 9.8 | ISO: <0.1 Trem/Act <0.1 Anth Blount: <0.1 Trem/Act |

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| **25** |  | 2018-0015-01A1 JBP 084 | M68233-001 | MDL (Lanier) | 1978 | 7,240 s/g  Anthophyllite  Average Aspect Ratio: 7.6 | ISO: <0.1 Trem/Act  Blount: <0.1 Trem/Act |
| | | 2018-0015-01A2 JBP 084 | M68233-002 | | | 22,130 s/g  Anthophyllite  Average Aspect Ratio: 19.4 | ISO: <0.1 Trem/Act  Blount: <0.1 Anth |
| **26** |  | 2018-0070-10 2014-001-0612 JBP | M68503-057 | MDL | 1977 | 8,360 s/g  Tremolite  Average Aspect Ratio: 5.3 | ISO: <0.1 Trem/Act <0.1 Anth  Blount: NAD |
| **27** |  | 2018-0060-53 JBP 096 | M68503-020 | MDL | 1978 | 34,800 s/g  Anthophyllite Tremolite  Average Aspect Ratio: 13.8 | ISO: <0.1 Trem/Act <0.1 Anth  Blount: <0.1 Trem/Act |

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 28 |  | 2018-0056-06 JBP 213 | M69042-002 | Levy (MDL) | 1978 | 63,800 s/g Anthophyllite Average Aspect Ratio: 14.0 | ISO: <0.1 Trem/Act <0.1 Anth <br> Blount: <0.1 Trem/Act <0.1 Anth |
| 29 |  | 2018-0056-34 JBP 241 | M69042-004 | Levy (MDL) | 1978 | 18,000 s/g Anthophyllite Average Aspect Ratio: 21.9 | ISO: <0.1 Trem/Act <0.1 Anth <br> Blount: <0.1 Trem/Act <0.1 Anth |
| 30 |  | 2018-0060-67 JBP 110 | M69042-008 | Levy (MDL) | 1978 | 18,100 s/g Anthophyllite Average Aspect Ratio: 7.9 | ISO: <0.1 Anth <br> Blount: <0.1 Anth |
| 31 |  | 2018-0070-07D 2014-001-0397 STS | 07D | J3 (MDL) | 1978 | 82,000 s/g Anthophyllite Average Aspect Ratio: 18.5 | ISO: NAD (J3) <br> Blount: 0.2 Trem/Act 0.5 Anth |

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 32 |  | 2018-0061-15D STS 049 | 15D | J3 (MDL) | 1978 | 61,000 s/g<br><br>Anthophyllite<br><br>Average Aspect Ratio:<br>20.0 | ISO:<br>NAD (J3)<br><br>Blount:<br>0.3 Anth |
| 33 |  | 2018-0061-50D STS 1605A STS 014 | 50D | J3 (MDL) | 1978 | NAD | ISO:<br>NAD (J3)<br><br>Blount:<br><0.1 Anth |
| 34 |  | 2018-0070-16 2-14-001-1363 JBP | M68503-059 | MDL | 1979 | 17,100 s/g<br><br>Anthophyllite<br><br>Average Aspect Ratio:<br>18.4 | ISO:<br><0.1 Trem/Act<br><0.1 Anth<br><br>Blount:<br><0.1 Trem/Act<br><0.1 Anth |
| 35 |  | 2018-0061-10D STS 044 | 10D | J3 (MDL) | 1980 | N/A | ISO:<br>NAD (J3)<br><br>Blount:<br>0.2 Trem/Act<br><0.1 Anth |

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 36 | | 2018-0061-38D STS 002 | 38D | J3 (MDL) | 1980 | 53,000 s/g Anthophyllite Average Aspect Ratio: 9.6 | ISO: NAD (J3) Blount: 0.2 Tre/Act 0.2 Anth |
| 37 | | 2018-0061-63D STS 027D | 63D | J3 (MDL) | 1980 | N/A | ISO: NAD (J3) Blount: 0.2 Tre/Act 0.2 Anth |
| 38 | | 2018-0061-52D STS 016 | 52D | J3 (MDL) | 1981 | 70,000 s/g Anthophyllite Average Aspect Ratio: 22.4 | ISO: NAD (J3) Blount: 0.2 Tre/Act 0.5 Anth |
| 39 | | 2018-0061-65D STS 029 | 65D | J3 (MDL) | 1981 | 95,000 s/g Anthophyllite Average Aspect Ratio: 18.4 | ISO: NAD (J3) Blount: 0.2 Tre/Act 0.2 Anth |

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 40 |  | 2018-0061-37D<br>STS 001 | 37D | J3 (MDL) | 1982 | 9,300 s/g<br><br>Anthophyllite<br><br>Average Aspect Ratio:<br>6.1 | ISO:<br>NAD (J3)<br><br>Blount:<br><0.1 Tre/Act<br><0.1 Anth |
| 41 |  | 2018-0061-45D<br>STS 009 | 45D | J3 (MDL) | 1982 | 9,000 s/g<br><br>Anthophyllite<br><br>Average Aspect Ratio:<br>8.0 | ISO:<br>NAD (J3)<br><br>Blount:<br><0.1 Tre/Act |
| 42 |  | 2018-0061-51D<br>STS 1606A<br>STS 015 | 51D | J3 (MDL) | 1982 | NAD | ISO:<br>NAD (J3)<br><br>Blount:<br><0.1 Tre/Act |
| 43 |  | 2018-0061-66D<br>STS 1610A<br>STS 030 | 66D | J3 (MDL) | 1982 | NAD | ISO:<br>NAD (J3)<br><br>Blount:<br>0.1 Tre/Act |

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 44 |  | 2018-0061-21D STS 1614A STS 055 | 21D | J3 (MDL) | 1983 | NAD | ISO: NAD (J3) <br><br> Blount: <0.1 Tre/Act <0.1 Anth |
| 45 |  | 2018-0051-34 JBP 294 *Twin pack. Only 1 bottle selected for sampling by MDL. (See note on COC from MDL split) | M68503-001 | MDL | 1984 | 18,700 s/g <br><br> Anthophyllite Tremolite <br><br> Average Aspect Ratio: 11.5 | ISO: <0.1 Tre/Act <br><br> Blount: <0.1 Tre/Act |
| 46 |  | 2018-0070-86 2014.001.5102 JBP | M69042-010 | Levy (MDL) | 1985 | 12,500 s/g <br><br> Anthophyllite <br><br> Average Aspect Ratio: 11.5 | ISO: <0.1 Tre/Act <br><br> Blount: <0.1 Anth |
| 47 |  | 2018-0061-31F STS 065 "Regular" (Left) | 31F | J3 (MDL) | 1986 | 22,000 s/g <br><br> Anthophyllite <br><br> Average Aspect Ratio: 16.6 | ISO: NAD (J3) <br><br> Blount: 0.3 Tre/Act <0.1 Anth |

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 48 |  | 2018-0061-31G STS 065 "Spice" (Right) | 31G | J3 (MDL) | 1986 | 30,000 s/g Anthophyllite Average Aspect Ratio: 21.8 | ISO: NAD (J3) Blount: <0.7 Tre/Act |
| 49 |  | 2018-0060-33 JBP 001 | M68503-016 | MDL | 1994 | NAD | NAD |
| 50 |  | 2018-0060-38 JBP 006 | M68503-017 | MDL | 1996 | NAD | NAD |

| Results | Italian | Vermont | JBP | STS | All Total |
|---|---|---|---|---|---|
| MAS | 7/14 = 50% | 29/36 = 81% | 18/27 = 67% | 18/23 = 78% | 36/50 = 72% |

TABLE V – J&J ARCHIVE CONTAINERS (ASIA)

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 1 |  | 2018-0060-36D JBP 004 | M69248-001 | Levy (MDL) | Unknown Asian | NAD | NAD |
| 2 |  | 2014.001.3718 2018-0070-28D JBP | M69248-002 | Levy (MDL) | 1979 Asian | 29,100 s/g Tremolite Average Aspect Ratio: 8.2 | PLM: NAD Blount: <0.1 Trem/Act |
| 3 |  | 2014.001.3918 2018-0070-29D JBP | M69248-003 | Levy (MDL) | 1980-1984 Asian | 65,100 s/g Tremolite Average Aspect Ratio: 9.1 | PLM: NAD Blount: 0.3 Trem/Act |

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 4 |  | 2014.001.0499 2018-0070-39D JBP | M69248-004 | Levy (MDL) | Unknown Asian | 17,600 s/g Tremolite Average Aspect Ratio: 6.2 | PLM: NAD Blount: 0.1 Trem/Act |
| 5 |  | 2014.001.2021 2018-0070-45D JBP | M69248-005 | Levy (MDL) | Unknown Asian | 35,100 s/g Tremolite Average Aspect Ratio: 10.0 | PLM: NAD Blount: 0.2 Trem/Act |
| 6 |  | 2014.001.3921 2018-0070-60D JBP | M69248-006 | Levy (MDL) | 1982 Asian | 35,000 s/g Tremolite Average Aspect Ratio: 13.9 | PLM: NAD Blount: 0.1 Trem/Act |
| 7 |  | 2014.001.5859 2018-0070-93D JBP | M69248-007 | Levy (MDL) | Unknown Asian | 45,400 s/g Tremolite Average Aspect Ratio: 10.1 | PLM: NAD Blount: <0.1 Trem/Act |

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 8 |  | 2014.1.3298 2018-0070-23A JBP | M69925-001 | SGP (MDL) | 1970-1980 <br><br> Philippines | 17,300 s/g <br><br> Tremolite <br><br> Average Aspect Ratio: 16.3 | PLM: NAD <br><br> Blount: <0.1% Trem/Act |
| 9 |  | 2018-0060-35A JBP 003 | M69925-002 | SGP (MDL) | 1996 <br><br> Philippines | NAD | NAD |

| Results | Asian | JBP Total | STS Total | All Total |
|---|---|---|---|---|
| MAS | 7/9 = 78% | 7/9 = 78% | N/A | 7/9 = 78% |

TABLE VI – J&J ARCHIVE CONTAINERS (U.K. and AUSTRALIA)

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 1 |  | 2018-0061-72D<br><br>U.K. Facility #3 | M70850-001 | Levy (MDL) | Late 1950s<br><br>Made in Gt. Britain | 6,000 s/g<br><br>Tremolite Fibrous Talc<br><br>Average Aspect Ratio: 32.4 | NAD |
| 2 |  | 2018-0061-73D<br><br>U.K. Facility #1 | M70850-002 | Levy (MDL) | Late 1940s<br><br>Made in Gt. Britain | 26,300 s/g<br><br>Tremolite Fibrous Talc<br><br>Average Aspect Ratio: 13.2 | NAD |
| 3 |  | 2018-0061-74D<br><br>U.K. Facility #4 | M70850-003 | Levy (MDL) | October 1966<br><br>Made in England | NAD<br><br>Fibrous Talc | NAD |
| 4 |  | 2019-0189-01D<br>2014.1.5830 | M70850-004 | Levy (MDL) | 1940<br><br>Made in Gt. Britain | 11,800 s/g<br><br>Tremolite Fibrous Talc<br><br>Average Aspect Ratio: 8.4 | NAD |

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 5 |  | 2019-0189-02D<br>2015.001.3449 | M70850-005 | Levy (MDL) | Unknown<br><br>Made in Gt. Britain | NAD<br><br>Fibrous Talc | NAD |
| 6 |  | 2019-0189-04D<br>2019.001.0020 | M70850-006 | Levy (MDL) | c. 1916<br><br>Made in Great Britain | 23,800 s/g<br><br>Tremolite<br><br>Average Aspect Ratio:<br>12.5<br><br>Fibrous Talc | PLM:<br>NAD<br><br>Blount:<br><0.1% Trem/Act |
| 7 |  | 2019-0189-05D<br>2019.001.0021 | M70850-007 | Levy (MDL) | 1943<br><br>Johnson & Johnson (Gt. Britain) | 18,100 s/g<br><br>Tremolite<br><br>Average Aspect Ratio:<br>11.2<br><br>Fibrous Talc | NAD |
| 8 |  | 2019-0189-35D<br>2014.1.0145 | M70850-008 | Levy (MDL) | 1983-1989<br><br>Johnson & Johnson Australia PTY | 18,100 s/g<br><br>Tremolite<br><br>Average Aspect Ratio:<br>7.8 | PLM:<br><0.1% Trem/Act<br><br>Blount:<br><0.1% Trem/Act |

| | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 9 |  | 2018-0070-38D 2014.1.0403 | M70850-009 | Levy (MDL) | 1987/1989 Johnson & Johnson Australia PTY | 12,000 s/g Tremolite Average Aspect Ratio: 10.8 | NAD |
| 10 |  | 2018-0070-13D 2014.1.0939 | M70850-010 | Levy (MDL) | 1980 Made in England | 17,900 s/g Tremolite Average Aspect Ratio: 11.2 Fibrous Talc | PLM: NAD Blount: <0.1% Trem/Act |
| 11 |  | 2018-0070-19D 2014.1.2462 | M70850-011 | Levy (MDL) | Unknown Made in UK | NAD | NAD |
| 12 |  | 2018-0070-30D 2014.1.3976 | M70850-012 | Levy (MDL) | 1972 Made in England | NAD Fibrous Talc | NAD |

|  | Photo | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 13 |  | 2018-0070-80D 2015.1.3448 | M70850-013 | Levy (MDL) | 1940s Made in Gt. Britain | 5,960 s/g Tremolite Average Aspect Ratio: 7.8 Fibrous Talc | NAD |

| Results | U.K. | Australian | JBP Total | STS Total | All Total |
|---|---|---|---|---|---|
| MAS | 7/11 = 64% | 2/2 = 100% | 8/12 = 67% | 1/1 = 100% | 9/13 = 69% |

TABLE VII – CONTAINERS FROM OUTSIDE J&J ARCHIVE – UNITED KINGDOM

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 1 |  | M70859-001 | P2 | JBP – From client Chris Powell (P2)<br><br>Retailer: direct from J&J UK office/factory | 2002 | <6,900 s/g | Blount PLM w/ HLS: NAD<br><br>ISO PLM w/o HLS Chrysotile: In progress<br>CSM-PLM w/ HLS Chrysotile: 0.017-0.019% 69 bundles 921,000 bundles p/g |
| 2 |  | M70859-002 | P2 | JBP – From client Chris Powell (P2)<br><br>Retailer: direct from J&J UK office/factory | 2002 | <7,110 s/g | Blount PLM w/ HLS: NAD<br><br>ISO PLM w/o HLS Chrysotile: In progress<br>CSM-PLM w/ HLS Chrysotile: 0.019-0.020% 74 bundles 1,002,000 bundles p/g |
| 3 |  | M70859-003 | P2 | JBP – From client Chris Powell (P2)<br><br>Retailer: direct from J&J UK office/factory | 2002 | <6,880 s/g | Blount PLM w/ HLS: NAD<br><br>ISO PLM w/o HLS Chrysotile: In progress<br>CSM-PLM w/ HLS Chrysotile: 0.021-0.023% 83 bundles 713,000 bundles p/g |

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| **4** |  | M70859-004 | P2 | JBP – From client Chris Powell (P2)<br><br>Retailer: direct from J&J UK office/factory | 2002 | <7,240 s/g | Blount PLM w/ HLS: NAD<br><br>ISO PLM w/o HLS Chrysotile: In progress<br>CSM-PLM w/ HLS Chrysotile: 0.018-0.019% 73 bundles 656,000 bundles p/g |
| **5** |  | M70859-005 | P2 | JBP – From client Chris Powell (P2)<br><br>Retailer: direct from J&J UK office/factory | 2002 | <6,960 s/g | Blount PLM w/ HLS: NAD<br><br>ISO PLM w/o HLS Chrysotile: In progress<br>CSM-PLM w/ HLS Chrysotile: 0.013-0.014% 58 bundles 491,000 bundles p/g |
| **6** |  | M70859-006 | P2 | JBP – From client Chris Powell (P2)<br><br>Retailer: direct from J&J UK office/factory | 2002 | <7,260 s/g | Blount PLM w/ HLS: NAD<br><br>ISO PLM w/o HLS Chrysotile: In progress<br>CSM-PLM w/ HLS Chrysotile: 0.016-0.018% 63 bundles 592,000 bundles p/g |

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 7 | | M70859-007 | P2 | JBP – From client Chris Powell (P2)<br><br>Retailer: direct from J&J UK office/factory | 2002 | <6,860 s/g | Blount PLM w/ HLS: NAD<br><br>ISO PLM w/o HLS Chrysotile: In progress<br>CSM-PLM w/ HLS Chrysotile: 0.016-0.018% 71 bundles 691,000 bundles p/g |
| 8 | | M70859-008 | P2 | JBP – From client Chris Powell (P2)<br><br>Retailer: direct from J&J UK office/factory | 2002 | <6,800 s/g | Blount PLM w/ HLS: NAD<br><br>ISO PLM w/o HLS Chrysotile: In progress<br>CSM-PLM w/ HLS Chrysotile: 0.018-0.020% 70 bundles 1,070,000 bundles p/g |
| 9 | | M70859-009 | P2 | JBP – From client Chris Powell (P2)<br><br>Retailer: direct from J&J UK office/factory | 2002 | <7,130 s/g | Blount PLM w/ HLS: NAD<br><br>ISO PLM w/o HLS Chrysotile: In progress<br>CSM-PLM w/ HLS Chrysotile: 0.015-0.016% 59 bundles 486,000 bundles p/g |

| Results | UK | Chinese | JBP Total | All Total |
|---|---|---|---|---|
| MAS | 9/9 = 100% | 9/9 = 100% | 9/9 = 100% | 9/9 = 100% |

TABLE VIII – CONTAINERS FROM OUTSIDE J&J ARCHIVE - ARGENTINA (BRAZIL)

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 1 |  | M71228-001 | Kelly Uustal | JBP – Off the shelf<br><br>Retailer: Farmacia Botanica in Argentina | 2017 | NAD | Blount PLM w/ HLS: NAD<br><br>ISO PLM w/o HLS Chrysotile: 0.016-0.017% 53 bundles 567,000 bundles p/g<br><br>CSM-PLM w/ HLS Chrysotile: 0.005-0.006% 70 bundles 749,000 bundles p/g |
| 2 |  | M71228-002 | Kelly Uustal | JBP – Off the shelf<br><br>Retailer: Super Clin in Argentina | 2017 | NAD | Blount PLM w/ HLS: NAD<br><br>ISO PLM w/o HLS Chrysotile: 0.009-0.012% 33 bundles 353,100 bundles p/g<br><br>CSM-PLM w/ HLS Chrysotile: 0.003% 48 bundles 514,000 bundles p/g |

| | Photo | Container ID | Sender | Source | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| **3** |  | M71228-003 | Kelly Uustal | JBP – Off the shelf<br><br>Retailer: Super Clin in Argentina | 2017 | NAD | <u>Blount PLM w/ HLS:</u><br>NAD<br><br><u>ISO PLM w/o HLS</u><br><u>Chrysotile:</u><br>0.016-0.017%<br>39 bundles<br>464,000 bundles p/g<br><u>CSM-PLM w/ HLS</u><br><u>Chrysotile:</u><br>0.004%<br>63 bundles<br>613,000 bundles p/g |

| Results | Brazil | JBP Total | All Total |
|---|---|---|---|
| **MAS** | 3/3 = 100% | 3/3 = 100% | 3/3 = 100% |

TABLE IX – IMERYS MDL SAMPLES

| | Description | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 1 | West Windsor Grade 66 | 2018-0314-03 Imerys | M69751-037 | Beasley (MDL) | 1989 | 59,000 s/g | ISO: <0.1 Tre/Act |
| | | | | | | | Blount: <0.7 Tre/Act |
| 2 | | 2018-0343-03A Imerys | M69757-005 | Beasley (MDL) | 1990 | 27,000 s/g<br><br>Anthophyllite<br><br>Average Aspect Ratio: 11.1 | ISO: <0.1 Tre/Act <0.1 Anth |
| | | | | | | | Blount: <0.1 Tre/Act <0.1 Anth |
| 3 | | 2018-0358-01A Imerys | M69757-007 | Beasley (MDL) | 1990 | 39,000 s/g<br><br>Anthophyllite Actinolite<br><br>Average Aspect Ratio: 11.1 | ISO: <0.1 Tre/Act |
| | | | | | | | Blount: <0.1 Tre/Act <0.1 Anth |
| 4 | West Windsor Grade 66 | 2018-0320-01A Imerys | M69751-039 | Beasley (MDL) | 1991 | NAD | NAD |
| 5 | West Windsor Grade 96 | 2018-0320-13A Imerys | M69751-040 | Beasley (MDL) | 1991-1992 | 13,000 s/g<br><br>Anthophyllite<br><br>Average Aspect Ratio: 11.1 | ISO: NAD |
| | | | | | | | Blount: <0.1 Tre/Act |
| 6 | | 2018-0339-05 Imerys | M69757-004 | Beasley (MDL) | 1994 | NAD | NAD |
| 7 | West Windsor Grade 66 | 2018-0313-02A Imerys | M69751-036 | Beasley (MDL) | 1995 | 4,400 s/g<br><br>Tremolite<br><br>Average Aspect Ratio: 35.0 | NAD |

| | Description | Container ID | MAS Sample ID | Sender | Vintage | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 8 | | 2018-0344-04A Imerys | M69757-006 | Beasley (MDL) | 1996 | NAD | NAD |
| 9 | Railcar & Bag Sample Grade 66 | 2018-0315-021A Imerys | M69751-002 | Beasley (MDL) | 1999 | NAD | NAD |
| 10 | Railcar & Bag Sample West Windsor Grade 66 | 2018-0315-01A Imerys | M69751-001 | Beasley (MDL) | 2001-2002 | 4,400 s/g<br><br>Tremolite<br>Average Aspect Ratio: 8.8 | NAD |
| 11 | Railcar & Bag Sample West Windsor Float Feed | 2018-0316-020A Imerys | M69751-006 | Beasley (MDL) | Dec 2000 | 4,600 s/g<br><br>Tremolite<br><br>Average Aspect Ratio: 35.0 | ISO:<br>NAD<br><br>Blount:<br><0.1 Tre/Act |
| 12 | Railcar & Bag Sample West Windsor Float Feed | 2018-0316-021A Imerys | M69751-007 | Beasley (MDL) | Feb 2000 | 8,700 s/g<br><br>Tremolite<br><br>Average Aspect Ratio: 12.2 | NAD |
| 13 | West Windsor Grade 66 | 2018-0317-04A Imerys | M69751-038 | Beasley (MDL) | 2000 | NAD | NAD |
| 14 | Railcar & Bag Sample Silo Grade 66 | 2018-0315-040A Imerys | M69751-004 | Beasley (MDL) | 2001 | NAD | NAD |
| 15 | Railcar & Bag Sample West Windsor Float Feed | 2018-0316-022A Imerys | M69751-008 | Beasley (MDL) | Jan 2003 | NAD | NAD |

| Results | All Total |
|---|---|
| MAS | 8/15 = 53% |

TABLE X – SUPRA H CHINESE TALC RETAINS

| | Description | MAS Sample ID | BV/RJLG Sample ID | Imerys Ore Lot | Sender | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| **1** | Mill Guangxi Solid Sample | M71109-001 | BV No. A5152004-006A | | Imerys Mine Segrave (SGP) | NAD | PLM w/o HLS Chrysotile: 0.007-0.01% |
| | | | | | | | Blount PLM w/ HLS Trem/Act: NAD |
| | | | | | | | CSM-PLM w/ HLS Chrysotile: 0.001-0.002% |
| **2** | Guangxi/crude Solid/loose powder | M71110-001 | RJLG No. 3136120 | | Imerys Mine Sanchez (SGP) | NAD | PLM w/o HLS Chrysotile: 0.008-0.01% |
| | | | | | | | Blount PLM w/ HLS Trem/Act: NAD |
| | | | | | | | CSM-PLM w/ HLS Chrysotile: 0.001-0.002% |
| **3** | Mill Guangxi loose powder | M71111-001 | RJLG No. 3138491 | MVN C01315C2 | J&J Retain (SGP) | NAD | PLM w/o HLS Chrysotile: 0.006-0.008% |
| | | | | | | | Blount PLM w/ HLS Trem/Act: NAD |
| | | | | | | | CSM-PLM w/ HLS Chrysotile: 0.0010-0.0013% |
| **4** | Mill Guangxi loose powder | M71111-002 | RJLG No. 313455 | MVN C01315C2 | J&J Retain (SGP) | NAD | PLM w/o HLS Chrysotile: 0.007-0.01% |
| | | | | | | | Blount PLM w/ HLS Trem/Act: NAD |
| | | | | | | | CSM-PLM w/ HLS Chrysotile: 0.0010-0.0013% |

| | Description | MAS Sample ID | BV/RJLG Sample ID | Imerys Ore Lot | Sender | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 5 | Mill Guangxi loose powder | M71111-003 | RJLG No. 3140762 | MVN C01315C2 | J&J Retain (SGP) | NAD | PLM w/o HLS Chrysotile: 0.007-0.009%<br>Blount PLM w/ HLS Trem/Act: NAD<br>CSM-PLM w/ HLS Chrysotile: 0.0010-0.0014% |
| 6 | Mill Guangxi loose powder | M71111-004 | RJLG No. 3141790 | MVN S0246C2 | J&J Retain (SGP) | NAD | PLM w/o HLS Chrysotile: 0.005-0.007%<br>Blount PLM w/ HLS Trem/Act: NAD<br>CSM-PLM w/ HLS Chrysotile: 0.0008-0.0011% |
| 7 | Mill Guangxi loose powder | M71111-005 | RJLG No. 3143083 | MVN S0246C2 | J&J Retain (SGP) | NAD | PLM w/o HLS Chrysotile: 0.006-0.008%<br>Blount PLM w/ HLS Trem/Act: NAD<br>CSM-PLM w/ HLS Chrysotile: 0.0010-0.0013% |
| 8 | Mill Guangxi loose powder | M71111-006 | RJLG No. 3144312 | MVN S0246C2 | J&J Retain (SGP) | NAD | PLM w/o HLS Chrysotile: 0.007-0.01%<br>Blount PLM w/ HLS Trem/Act: NAD<br>CSM-PLM w/ HLS Chrysotile: 0.0011-0.0012% |

| | Description | MAS Sample ID | BV/RJLG Sample ID | Imerys Ore Lot | Sender | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 9 | Mill Guangxi loose powder | M71111-007 | RJLG No. 3145361 | MVN S0246C2 | J&J Retain (SGP) | NAD | PLM w/o HLS Chrysotile: 0.007-0.009%<br>Blount PLM w/ HLS Trem/Act: NAD<br>CSM-PLM w/ HLS Chrysotile: 0.0013-0.0022% |
| 10 | Mill Guangxi loose powder | M71111-008 | RJLG No. 3147067 | MVN S0246C2 | J&J Retain (SGP) | NAD | PLM w/o HLS Chrysotile: 0.007-0.009%<br>Blount PLM w/ HLS Trem/Act: NAD<br>CSM-PLM w/ HLS Chrysotile: 0.0010-0.0013% |
| 11 | Mill Guangxi loose powder | M71111-009 | RJLG No. 3149010 | MVN S0246C2 | J&J Retain (SGP) | NAD | PLM w/o HLS Chrysotile: 0.006-0.008%<br>Blount PLM w/ HLS Trem/Act: NAD<br>CSM-PLM w/ HLS Chrysotile: 0.0013-0.0015% |
| 12 | Supra H RM-04/17/2012 87672 | M71179-001 | BV A1810394-001C | H04022-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.008-0.01%<br>CSM-PLM w/ HLS Chrysotile: 0.002-0.003% |
| 13 | Supra H RM-04/03/2012 87496 | M71179-002 | BV A1810394-002C | H12121-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.009-0.01%<br>CSM-PLM w/ HLS Chrysotile: 0.002-0.003% |

| | Description | MAS Sample ID | BV/RJLG Sample ID | Imerys Ore Lot | Sender | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 14 | Supra H RM-03/09/2011 81621 | M71179-003 | BV A1810394-003C | H11239-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.009-0.02% CSM-PLM w/ HLS Chrysotile: 0.002-0.005% |
| 15 | Supra H RM-03/09/2011 81615 | M71179-004 | BV A1810394-004C | H11230-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.009-0.02% CSM-PLM w/ HLS Chrysotile: 0.002-0.005% |
| 16 | Supra H RM-03/09/11 81628 | M71179-005 | BV A1810394-005C | H08240-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.008-0.01% CSM-PLM w/ HLS Chrysotile: 0.002-0.004% |
| 17 | Supra H RM-03/09/2011 81622 | M71179-006 | BV A1810394-006C | H06250-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.009-0.015% CSM-PLM w/ HLS Chrysotile: 0.002-0.004% |
| 18 | Supra H RM-09/20/2013 94513 | M71179-007 | BV A1810394-007C | H05191-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.007-0.01% CSM-PLM w/ HLS Chrysotile: 0.001-0.002% |
| 19 | Supra H RM-01/25/2010 74696 | M71179-008 | BV A1810394-008C | H11239-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.007-0.01% CSM-PLM w/ HLS Chrysotile: 0.001-0.002% |
| 20 | Supra H RM-08/12/2010 78525 | M71179-009 | BV A1810394-009C | H03270-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.008-0.01% CSM-PLM w/ HLS Chrysotile: 0.001-0.002% |

| | Description | MAS Sample ID | BV/RJLG Sample ID | Imerys Ore Lot | Sender | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 21 | Supra H RM-01/04/2011 80529 | M71179-010 | BV A1810394-010C | H10130-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.007-0.01% CSM-PLM w/ HLS Chrysotile: 0.001-0.002% |
| 22 | Supra H RM-03/08/2011 81605 | M71179-011 | BV A1810394-011C | H01211-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.008-0.01% CSM-PLM w/ HLS Chrysotile: 0.002-0.003% |
| 23 | Supra H RM-05/24/2011 82777 | M71179-012 | BV A1810394-012C | H01281-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.007-0.01% CSM-PLM w/ HLS Chrysotile: 0.001-0.002% |
| 24 | Supra H RM-10/26/2011 85213 | M71179-013 | BV A1810394-013C | H06031-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.008-0.01% CSM-PLM w/ HLS Chrysotile: 0.002% |
| 25 | Supra H RM-04/03/2012 87497 | M71179-014 | BV A1810394-014C | H11231-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.007-0.01% CSM-PLM w/ HLS Chrysotile: 0.003% |
| 26 | Supra H RM-09/24/2012 89752 | M71179-015 | BV A1810394-015C | H08022-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.008-0.01% CSM-PLM w/ HLS Chrysotile: 0.001-0.002% |
| 27 | Supra H RM-12/21/2012 90871 | M71179-016 | BV A1810394-016C | H11082-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.008-0.01% CSM-PLM w/ HLS Chrysotile: 0.001% |

| | Description | MAS Sample ID | BV/RJLG Sample ID | Imerys Ore Lot | Sender | Asbestos TEM | Asbestos PLM |
|---|---|---|---|---|---|---|---|
| 28 | Supra H RM-09/09/2013 94514 | M71179-017 | BV A1810394-017C | H04223-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.009-0.01%<br>CSM-PLM w/ HLS Chrysotile: 0.001-0.002% |
| 29 | Supra H RM-05/20/2012 92890 | M71179-018 | BV A1810394-018C | H04223-76 | Chanel Retain (SGP) | N/A | PLM w/o HLS Chrysotile: 0.007-0.009%<br>CSM-PLM w/ HLS Chrysotile: 0.001% |

| Results | All Total – Supra H Chinese Talc Ores |
|---|---|
| MAS | 29/29 = 100% |

**SUMMARY TABLES**

TABLE I – CONTAINERS FROM OUTSIDE J&J ARCHIVE PRE 2003 U.S. (ITALIAN & VERMONT)

| Results | Italian | Vermont | JBP Total | STS Total | All Total |
|---------|---------|---------|-----------|-----------|-----------|
| MAS | 11/18 = 61% | 4/4 = 100% | 15/22 = 68% | N/A | 15/22 = 68% |

TABLE II – CONTAINERS FROM OUTSIDE J&J ARCHIVE POST 2003 U.S. (CHINESE)

| Results | Chinese | JBP Total | STS Total | All Total |
|---------|---------|-----------|-----------|-----------|
| MAS | 37/40 = 93% | 36/39 = 92% | 1/1 = 100% | 37/40 = 93% |

TABLE III – VALEANT CONTAINERS FROM OUTSIDE J&J ARCHIVE POST 2003 (CHINESE)

| Results | Chinese | STS Total | All Total |
|---------|---------|-----------|-----------|
| MAS | 2/3 = 67% | 2/3 = 67% | 2/3 = 67% |

TABLE IV – J&J ARCHIVE CONTAINERS (U.S.)

| Results | Italian | Vermont | JBP | STS | All Total |
|---------|---------|---------|-----|-----|-----------|
| MAS | 7/14 = 50% | 29/36 = 81% | 18/27 = 67% | 18/23 = 78% | 36/50 = 72% |

TABLE V – J&J ARCHIVE CONTAINERS (ASIA)

| Results | Asian | JBP Total | STS Total | All Total |
|---------|-------|-----------|-----------|-----------|
| MAS | 7/9 = 78% | 7/9 = 78% | N/A | 7/9 = 78% |

TABLE VI – J&J ARCHIVE CONTAINERS (U.K. and AUSTRALIA)

| Results | U.K. | Australia | JBP Total | STS Total | All Total |
|---------|------|-----------|-----------|-----------|-----------|
| MAS | 7/11 = 64% | 2/2 = 100% | 8/12 = 67% | 1/1 = 100% | 9/13 = 69% |

TABLE VII – CONTAINERS FROM OUTSIDE J&J ARCHIVE – UNITED KINGDOM

| Results | UK | Chinese | JBP Total | All Total |
|---------|-----|---------|-----------|-----------|
| MAS | 9/9 = 100% | 9/9 = 100% | 9/9 = 100% | 9/9 = 100% |

TABLE VIII – CONTAINERS FROM OUTSIDE J&J ARCHIVE - ARGENTINA (BRAZIL)

| Results | Brazil | JBP Total | All Total |
|---------|--------|-----------|-----------|
| MAS | 3/3 = 100% | 3/3 = 100% | 3/3 = 100% |

TABLE IX – IMERYS MDL

| Results | All Total |
|---------|-----------|
| MAS | 8/15 = 53% |

TABLE X – SUPRA H CHINESE TALC RETAINS

| Results | All Total – Supra H Chinese Talc Ores |
|---------|---------------------------------------|
| MAS | 29/29 = 100% |

COMBINED U.S. CONTAINER ORE SUMMARY (W/OUT VALEANT STS, IMERYS MDL ORE, and CHINESE RETAINS)

| Italian Ore (U.S.) | Vermont Ore (U.S.) | Chinese Ore (U.S.) | JBP Total Containers (U.S.) | STS Total Containers (U.S.) | Total U.S. Containers |
|--------------------|--------------------|--------------------|-----------------------------|-----------------------------|-----------------------|
| 18/32 = 56% | 33/40 = 83% | 37/40 = 93% | 69/88 = 78% | 19/24 = 79% | 88/112 = 79% |

COMBINED ALL CONTAINER SUMMARY (W/OUT VALEANT STS, IMERYS MDL ORE, and CHINESE RETAINS)

| U.S. Containers | U.K. Containers | Australia Containers | Asia Containers | Argentina Containers | JBP Total Containers | STS Total Containers | All Total Containers |
|-----------------|-----------------|----------------------|-----------------|----------------------|----------------------|----------------------|----------------------|
| 88/112 = 79% | 16/20 = 80% | 2/2 = 100% | 7/9 = 78% | 3/3 = 100% | 96/121 = 79% | 20/25 = 80% | 116/146 = 79% |

COMBINED ALL U.S. CHINESE ORE SUMMARY

| U.S. Containers | JBP Containers | JNJ STS Containers | Valeant STS Containers | Guang Xi/Supra H Ores | All Chinese Ore Total |
|-----------------|----------------|--------------------|------------------------|-----------------------|-----------------------|
| 39/43 = 91% | 45/48 = 94% | 1/1 = 100% | 2/3 = 67% | 29/29 = 100% | 77/81 = 95% |

# Exhibit E



**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

# MAS Project 14-1852
# Below the Waist Application of
# Johnson & Johnson Baby Powder



Prepared by:

William E. Longo, Ph.D
Mark W. Rigler, Ph.D
William B. Egeland, M.S., P.G.

Materials Analytical Services, LLC
3945 Lakefield Court
Suwanee, Georgia 30024

**Supplemental Report #2**
**January 2018**

**EXHIBIT E**



**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

## Index of Supplemental Data

| Data | Explanation of Changes |
|------|------------------------|
| 1-11-2018 | Sec. 6 - De-colorized and reformatted bench sheets to include footer |
| 1-15-2018 | Sec. 6 - Added additional images to samples that had optical artifacts present |
| 1-15-2018 | Sec. 3 - Summary Table updated to include additional sample analyses |
| 1-16-2018 | Sec. 6 - Original and Supplemental MAS COC redacted to reflect analyses |
| 1-16-2018 | Sec. 6 - Additional sample analysis added to data set |
| 3-8-2018 | Updated Cover and TOC with Revision 2 and date, Updated summary tables in Section 3, Added 7402 Analysis to Section 6, Added TEM Level II Analysis & <3:1 Ratios Counts to Section 7, Moved Photos to Section 8 |

**MAS Project No. 14-1852
Below the Waist
Application of Johnson &
Johnson Baby Powder**

**Supplemental Report #2
March 2018**

| | |
|---|---|
| **1** | **Expert Report** |
| **2** | **Protocol** |
| **3** | **Summary of Data**<br>**M67341** |
| **4** | **TEM Bulk Analysis**<br>**M65205-001** |
| **5** | **PCM 7400 Analysis**<br>**M67341** |
| **6** | **TEM 7402 Analysis**<br>**M67341** |
| **7** | **TEM Level II Analysis of M67341-005**<br>**TEM 7402 Analysis of M67341 of**<br>**Aspect Ratio <3:1** |
| **8** | **Photographs of Johnson & Johnson**<br>**Baby Powder Can**<br>**M65205-001** |

# Section 1

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

# MAS Project 14-1852
# Below the Waist Application of
# Johnson & Johnson Baby Powder
# Supplemental Expert Report #2



**William E. Longo, Ph.D**
**Mark W. Rigler, Ph.D**
**William B. Egeland, M.S., P.G.**
**Materials Analytical Services, LLC**
**March, 2018**

## Overview

This report describes the procedures and methodology used to analyze for airborne asbestos amphibole fiber exposure during the application of talc-containing Johnson's Baby Powder metal container M65205-001. Previous bulk ATEM analysis of the Johnson's Baby Powder from this can showed a tremolite concentration of 15,100,000 tremolite fibers.

Approximately 4 grams of baby powder were applied to the lower body of an investigator to determine the potential exposure levels of an individual to asbestos amphibole fibers while applying Johnson's Baby Powder. Both the NIOSH 7400 PCM method and the NIOSH 7402 TEM method were performed to determine if any detectable amphibole asbestos fibers from the Johnson's Baby Powder were released into the breathing zone of the investigator and immediate surrounding area in the ECL. The Johnson's Baby Powder application procedure used in this study was based on the testimony of the plaintiff, Jody Ratcliff.

The NIOSH 7400 PCM analysis found that the four personal sample results ranged from 3.85 f/cc to 5.86 f/cc with an average mean of 4.52 f/cc. Area air sample results were 0.28 f/cc to 0.58 f/cc with an average mean of 0.41 f/cc.

Four of the personal PCM filters were analyzed by the NIOSH 7402 TEM method and the percent tremolite asbestos fiber concentration ranged from 42.9% to 76.9% resulting in a PCM equivalent range of 1.81 f/cc to 4.51 f/cc.

**Fibrous Talc**

In addition to airborne tremolite asbestos fiber/cc measurements, the NIOSH 7402 TEM method was used to quantitate the airborne fibrous talc concentrations in each of the four personal air samples. The airborne fibrous talc concentrations ranged from 0.45 f/cc to 1.86 f/cc with an average mean of 1.23 f/cc.

## Materials and Methods

The metal Johnson's Baby Powder talc container (M65205-001) that was used for this exposure study was received at MAS on September 15, 2016 and bulk ATEM analysis was done in February of 2017. The sample has been in locked archive at MAS until this IH study was performed. Photographs of the Johnson's Baby Powder bottle can be found in Section 7.

### Sample Preparation

Immediately prior to performing the study, the received Johnson's Baby Powder talc sample was removed from archive and the container was weighed on a Fisher Scientific balance and the weight recorded. The total weight of the bottle and powder was 117.7g. Immediately after the study was performed, the container of baby powder was again weighed. The total weight of the

bottle and powder after the study was 113.65g.  Total weight during the application process was
4.05g.

## Application Study Protocol

A description of the exposure characterization lab (ECL) and what was done during the study can
be found in Section 2 - Protocol of this study.

A 15'x15'x8' room with appropriate negative asbestos airflow technology was used.  Three
Tyndall lights as well as standard lights were present in order to be able to alternate between the
two types of lighting.  Two Sony Model HDR-CX900 video cameras were stationed at viewing
ports on two sides of the ECL.  Four high-volume area sampling pump stations were set up at a
distance of 5' to 6' from the investigator using 25mm air cassettes containing 0.8µm pore size
mixed cellulose ester (MCE) filters with 5.0µm backing pads.  Those pumps were calibrated to
run at 10 liters/minute and both background samples and areas samples were pulled from these
stations.  Four additional low-volume "personal" pumps were affixed to the investigator with the
cassettes adjusted to be in the breathing zone of the investigator.  Those pumps were calibrated
to 2.5 liters/minute.  A chair was placed in the center of the ECL on which the investigator sat.

Attempting to follow the deposition of the plaintiff (Jody Ratcliff) as closely as modesty allowed,
the investigator wore only an inner pair of boxer briefs covered by an outer pair of bikini briefs.
The investigator sat in the chair in the middle of the ECL while holding the metal can of Johnson's
Baby Powder.  The investigator performed two shakes into his hand and then rubbed that
powder onto one upper leg area.  The investigator then performed the same two shakes of the
Johnson's Baby Powder container and applied the baby powder to the other upper leg.  Next, the
investigator stood, pulling the bikini brief down and out in the front, and applied the baby
powder product with two squeezes into the crotch area of the bikini briefs.  The investigator then
released the briefs and sat back down in the plastic chair.  The investigator remained sitting until
a total of five minutes was reached.

## PCM Fiber Analysis Procedure

An Olympus CX21 optical microscope equipped with appropriate phase contrast oculars and
objectives for NIOSH 7400 analyses was used for the PCM analyses.  NIOSH 7400 "A" counting
rules were followed.

## NIOSH 7402 TEM Method

JEOL 1200EX TEM equipped with an energy dispersive x-ray analyzer (EDXA) was employed for
this analysis. The air samples were analyzed at a screen magnification of 1000X.  Amphibole
fibers or bundles with substantially parallel sides and an aspect ratio of 3:1 or greater, at least

longer than 5.0 µm in length and greater than 0.25 µm were counted as per NIOSH 7402 asbestos structure sizing rules. Positive identification of amphibole asbestos requires EDXA for mineral chemistry conformation and selected area electron diffraction (SAED) for each amphibole type.  However, at times, an amphibole bundle may have a diameter that is too thick to acquire a SAED pattern, then only the mineral chemistry can be used.

Additionally, the personal and area air samples were reanalyzed for any tremolite structures that were less than 5.0 in length. This would include tremolite structures less than 3:1 aspect ratios.

**Fibrous Talc Analysis**

The four personal air samples were also analyzed by the NIOSH 7402 method for the amount of fibrous talc particles that were also present in the breathing zone of the investigator during the study.

<div align="center">

**Results**

</div>

The results of both the PCM 7400 and TEM 7402 analyses for the study are shown in Table 1 and fully summarized in Section 3.  Specific results for both the PCM and TEM analyses can be found in Sections 5 and 6 of this report.

<div align="center">

**Table 1**
**Johnson's Baby Powder**
**PCM & TEM Airborne Tremolite & Talc Fiber Exposure Levels**

</div>

| Sample ID | No. of Air Samples Analyzed | PCM Range & Mean F/cc | 7402 TEM Tremolite Percent | PCME Range & Mean Tremolite F/cc | 7402 TEM Range & Mean Talc F/cc |
|---|---|---|---|---|---|
| Background (BG-1-A,B,C,D) | 4 | <0.002 Mean <0.002 | O% | <0.002 | <0.002 |
| Worker (P-1-A,B,C,D) | 4 | 3.85 to 5.86 4.52 | 43% to 77% | 1.81 to 4.51 2.57 | 1.78 to 2.50 1.95 |
| Area (A-1-A,B,C,D) | 4 | 0.28 to 0.58 0.41 | 30.8 to 71.4 | 0.13 to 0.31 0.2 | .08 to 0.29 .19 |

All the analytical data and photographs can be found in Sections 5, 6 & 7 of this report. This data includes sample PCM and TEM count sheets, EDXA spectra, SAED micrographs and

representative photo-micrographs of the fibrous amphiboles found. Photographs of the Johnson's Baby Powder container associated with this study is also provided in Section 6 of this report.

## Discussion and Conclusions

Jody Ratcliff testified in her deposition that she would, at times, apply Johnson's Baby Powder while sitting on her bed to both her legs after shaving and then in her underwear/groin area after she stood up.  This hygiene study substantially replicated her Johnson's Baby Powder application process as shown in the MAS video that was recorded during this study.

The four personal air samples that were collected in the breathing zone of the investigator showed an average mean tremolite asbestos fiber exposure of 2.57 f/cc and an average mean fibrous talc exposure of 1.95 f/cc.

These results show that an individual, such as Jody Ratcliff, who uses asbestos-containing Johnson's talcum powder, can have a significant exposure to airborne amphibole fibers as shown in this study.  The magnitude of the asbestos fiber exposure levels will depend on the concentration level of the naturally occurring asbestos in the Johnson's Baby Powder product.

In addition to the fibrous tremolite exposures, our study showed that there was significant exposure to asbestiform talc fibers from the application of the Johnson's Baby Powder during the study.

## Sections 2-8

The remainder of this report is some 850 pages. In light of its size, only relevant excerpts have been included here. The entire report will be produced upon request.

As a courtesy, all defendants have been served with Dr. Longo's entire report.

# Section 2

Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

## MAS PROJECT 14-1852
## BELOW THE WAIST APPLICATION OF
## JOHNSON and JOHNSON BABY POWDER

Application Study
September 6, 2017

### *Protocol*

**I.   ECL SET-UP**

A.   Study is to be performed in the exposure characterization lab (ECL) constructed using negative airflow asbestos abatement technology.  The internal space of the ECL was reduced to 15' x 15' x 8' to simulate the approximate size of the plaintiff's bedroom.  The ECL will be decontaminated before the study.

B.   Air exchange inside the ECL will be approximately 14 cubic feet per minute to simulate a typical residential ventilation rate of 0.5 ACH as measured 10 feet (at center of 12" ID duct) from the air exhaust of the HEPA filter negative air machine.

C.   Tyndall lighting set up in general accordance with the methods described in D.T. Chambers, "Asbestos", John Wiley & Sons, 6, 193, 1983 and the Environmental Protection Agency SOP, EPA-Libby-02, Revision #1, March 2001.  The lighting source will be three high intensity lights (1000 watts, ellipsoid Pyrex glass lens, 219K candle power, and 8 degree beam angle) located on each side of the work activity at a height of approximately 5.5 feet from the floor and between 4 to 6 feet from the work activity.

D.   Two video cameras (Sony Model HDR-CX900) will be used in this study.

**II.   BACKGROUND AIR SAMPLES**

A.   Adjust and calibrate high volume area pumps to approximately 10 liters per minute.

B.   Set up four area air samples, one in each quadrant of the ECL.  Use 25mm air cassettes containing 0.8μm pore size mixed cellulose ester (MCE) filters with 5.0μm backing pads.

C.      Locate the area air samples in each quadrant of the ECL at a height of 55 inches from the floor and a distance of approximately 5 to 6 feet from the application activity.

## III.   **APPLICATION STUDY**

A.      The investigator will wear a supplied air respirator during the study.

B.      The weight of the Johnson & Johnson Baby Powder can (M65205-001) and powder will be weighed prior to the investigation.  The investigator will wear only an inner pair of boxer briefs covered by an outer pair of bikini briefs.  The investigator will sit in a plastic chair in the middle of the ECL while holding the metal can of Johnson & Johnson Baby Powder (M65205-1).  The investigator will first perform two shakes of the can of baby powder into his hand and then rub the talcum powder onto one upper leg area.  He will then perform the same two shakes of the can and apply the baby powder to the other upper leg.  Next, the investigator will stand, pulling the waist band of the bikini briefs down and out in the front, then apply the baby powder product with two squeezes into the crotch area of the bikini briefs.  The investigator will then release the briefs and sit back down in the chair.

C.      The investigator will remain sitting still until the 5 minute mark is reached at which time the study is concluded and the air sampling pumps are turned off.

D.      The investigator will wear four personal air pumps and air cassettes located in the breathing zone and calibrated at a flow rate of 2.5 liters per minute.

E.      The application practice will be performed under both ambient and Tyndall lighting.  The entire procedure will be recorded by two separate cameras.

F.      While recording during the study, Tyndall lighting will be turned on several times and overhead lights turned off.

G.      Area air samples will be taken during the study in each quadrant of the ECL and calibrated at a flow rate of approximately 10 liters per minute.

H.      Two field blanks will be opened inside the ECL after the study has been completed.  The Johnson & Johnson Baby Powder can and powder will again be weighed after the investigation.

## IV.   **Laboratory Analysis**

All air samples will be analyzed by the NIOSH 7400 PCM method using "A" counting rules. After a portion of the filter has been removed for the PCM analysis, selected air filter samples will be analyzed by the NIOSH 7402 method using TEM.

# Section 3

**MAS**

## SUMMARY OF RESULTS
Below the Waist Application of Johnson & Johnson Baby Powder
An Application Study

### M67341
### BACKGROUND SAMPLES

| Sample # | Sample Location | PCM Fibers/cc | TEM (7402) %Asbestos | ASB PCME Fibers/cc | TEM (7402) %Talc | Talc PCME Fibers/cc |
|---|---|---|---|---|---|---|
| M67341-001 **BG-1-A** | Background Inside ECL (NE) | <0.002 | 0 | <0.002 | 0 | <0.002 |
| M67341-002 **BG-1-B** | Background Inside ECL (SE) | <0.002 | 0 | <0.002 | 0 | <0.002 |
| M67341-003 **BG-1-C** | Background Inside ECL (SW) | <0.002 | 0 | <0.002 | 0 | <0.002 |
| M67341-004 **BG-1-D** | Background Inside ECL (NW) | <0.002 | 0 | <0.002 | 0 | <0.002 |

### PERSONAL SAMPLES

| Sample # | Sample Description | PCM Fibers/cc | TEM (7402) % Asbestos | ASB PCME Fibers/cc | TEM (7402) %Talc | Talc PCME Fibers/cc |
|---|---|---|---|---|---|---|
| M67341-005 **P-1-A** | Worker (Right Shoulder) | 5.86 | 76.9 | 4.51 | 23.1 | 1.35 |
| M67341-006 **P-1-B** | Worker (Right Shoulder) | 4.38 | 42.9 | 1.88 | 57.1 | 2.50 |
| M67341-007 **P-1-C** | Worker (Left Shoulder) | 3.85 | 53.8 | 2.07 | 46.2 | 1.78 |
| M67341-008 **P-1-D** | Worker (Left Shoulder) | 3.98 | 45.5 | 1.81 | 54.5 | 2.16 |

### AREA SAMPLES

| Sample # | Sample Description | PCM Fibers/cc | TEM (7402) % Asbestos | ASB PCME Fibers/cc | TEM (7402) %Talc | Talc PCME Fibers/cc |
|---|---|---|---|---|---|---|
| M67341-009 **A-1-A** | Area Inside ECL NE | 0.52 | 58.8 | 0.31 | 41.2 | 0.13 |
| M67341-010 **A-1-B** | Area Inside ECL SE | 0.28 | 71.4 | 0.20 | 28.6 | 0.08 |
| M67341-011 **A-1-C** | Area Inside ECL SW | 0.42 | 30.8 | 0.13 | 69.2 | 0.29 |
| M67341-012 **A-1-D** | Area Inside ECL NW | 0.40 | 40.0 | 0.16 | 60.0 | 0.24 |

### FIELD BLANKS

| Sample # | Sample Description | PCM Fibers/mm$^2$ | TEM (7402) % Asbestos |
|---|---|---|---|
| M67341-014 **FB-1-A** | Field Blank | <7 | 0 |
| M67341-015 **FB-1-B** | Field Blank | <7 | 0 |

# Exhibit F

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

## DECLARATION OF ANTHONY M. HERNANDEZ VALADEZ

I, Anthony M. Hernandez Valadez, declare:

1.     I am an adult over the age of 18 years and have personal knowledge of the facts expressed in this declaration. If asked, I could and would testify to the truth of such facts.

2.     I am 23 years old and have been a lifelong resident of California.

3.     In January 2022, I was diagnosed with mesothelioma. After subsequent scans, it is my understanding that my doctors have determined that I have pericardial mesothelioma.

4.     I was born on September 23, 1998. When I was a baby, it is my understanding that my mother regularly used Johnson's Baby Powder talc on me, including during diaper changes and whenever it was needed. My mother and other family members continued using Johnson's Baby Powder talc on me throughout my childhood as part of my regular hygiene routine.

5.     I first used Johnson's Baby Powder talc on myself when I was around 13 years old. I continued using that product for several years thereafter. During that time, I used a lot of Johnson's Baby Powder talc throughout my body, including on my chest, armpits, private areas, back, and neck. I used Johnson's Baby Powder talc every day, multiple times each day, including after showers, before going out, or whenever I need to freshen up. I applied that product either directly from the bottle or with my hands. It took me at least a couple of minutes to apply the powder. I used Johnson's Baby Powder talc because it was effective in combating sweat and odors. I also liked the product's fresh smell. Johnson & Johnson was a brand that I trusted.

6.     Johnson & Johnson never warned me about its talc baby powder's asbestos content or asbestos-related health hazards, including cancer. If Johnson & Johnson warned me of such hazards, I would have never used its talc baby powder.

7.     I do not recall any circumstance in which I or anyone in my household would have been in or around any dusty environments other than through my use of Johnson's Baby Powder. Before my diagnosis, I worked part-time as a customer service representative at Home Depot earning $15 per hour. At that job, I only helped customers buy doors and windows. I did not do any hands-on work with any tools, products, or any other machinery. Nor was I ever around any dusty environment. Prior to Home Depot, I was a customer service representative at Target and

**EXHIBIT F**

Declaration of Anthony M. Hernandez Valadez

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

1  did no hands-on work with any tools, products, or any other machinery. For most of my life, my

2  mother stayed at home to raise and care for me and my brother. Afterwards, my mom did yard

3  duty and office work at a school. She currently works an office job at the local cemetery. My

4  biological father died when I was four years old and I do not recall any interactions with him. My

5  mother's current husband is a residential gardener who mows lawns and does landscaping. I never

6  saw any dust on the work clothes of my mother or her current husband. I have never lived in or

7  near any industrial areas or dust-generating facilities.

8      8.    Prior to my mesothelioma diagnosis, I was an outgoing person who loved spending

9  time with friends and family. For example, my friends and I often went out for dinner or lunch. I

10  also enjoyed working and often worked overtime because of the camaraderie and several of my

11  friends worked with me. I also enjoyed creative writing. Before my diagnosis, I was attending

12  classes at Merced Community College and was only three semesters away from completing my

13  Associates Degree. After obtaining that degree, I intended to transfer to a university in Southern

14  California to major in criminology in the hopes of working in law enforcement or as a private

15  investigator.

16      9.    Having mesothelioma is the worst thing that has ever happened to me. I never had a

17  serious, let alone life threatening, illness prior to my mesothelioma diagnosis. Mentally, this

18  illness has caused me great anxiety and depression. Talking about my current state makes my heart

19  race to the point where I am having a panic attack. I refuse to communicate with any of my friends

20  and family because I am in disbelief and shock that I am suffering from a terminal disease at such

21  a young age. Physically, this disease and any treatments related to it, including chemotherapy and

22  cardiac surgery on February 17, 2022, have caused me to experience nausea/vomiting, loss of

23  appetite, severe chest pain and tightness, shortness of breath, discomfort, fatigue, and chronic back

24  pain. I have been admitted to the emergency department several times since my diagnosis, the

25  most recent of which occurred on April 4, 2022, because of complications related to my first round

26  of chemotherapy. It is my understanding that I have several rounds to go and greatly fear that I

27  will not tolerate any of them.

28      10.    I understand that this disease is terminal. No words can express my sadness in

1  knowing that this disease has foreclosed me from the opportunity of realizing my hopes and

2  dreams. I am very scared of what will happen to me.

3       I declare under penalty of perjury under the laws of the State of California that the

4  foregoing is true and correct, and that I signed this declaration at Merced, California on April 8,

5  2022.

8  Anthony M. Hernandez Valadez

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

3160813.1

3

Declaration of Anthony M. Hernandez Valadez

# Exhibit G

# <u>DECLARATION OF ANNA CAMACHO</u>

I, Anna Camacho, declare:

1.      I am an adult over the age of 18 years and have personal knowledge of the facts expressed in this declaration. If asked, I could and would testify to the truth of such facts.

2.      I am the mother of Anthony M. Hernandez Valadez ("Anthony"). He is the eldest of my two sons. Anthony suffers from and has been diagnosed with pericardial mesothelioma.

3.      When Anthony was a baby, I regularly used a lot of Johnson's Baby Powder talc on him every day, multiple times each day, including during diaper changes, after baths, to treat or prevent diaper rash, and whenever it was needed. I packed the baby powder throughout Anthony's body, including on his private areas, arms, neck forehead, armpits, and chest. I applied the powder either directly from the bottle or with my hands. I also saw other family members apply Johnson's Baby Powder on Anthony while he was a baby.

4.      Even after he was no longer wearing diapers, I continued using Johnson's Baby Powder talc on Anthony throughout his childhood. I applied that product in the same way and in the same areas that I previously mentioned in the paragraph above. In addition, I applied Johnson's Baby Powder on Anthony's feet and in between his toes, as well as inside his shoes.

5.      Anthony began using Johnson's Baby Powder talc on himself when he was around 13 years old and continued using it for several years afterwards. I know that Anthony was using Johnson's Baby Powder talc because the product was in the house and I saw remnants of baby powder on Anthony's clothes and armpits. I also reminded Anthony to use Johnson's Baby Powder because it was effective in combating odors and sweat.

6.      Using Johnson's Baby Powder talc on Anthony always generated dust. Anthony breathed that dust.

7.      I was the person in the household who bought Johnson's Baby Powder that was used on or by Anthony. The powder was in an all-white bottle. The twist cap was also white. The name "Johnson's" in script appeared on the front of the bottle. We always had multiple bottles of Johnson's Baby Powder around the house. When Anthony was a baby, I always had a bottle of Johnson's Baby Powder in his diaper bag. I always bought the largest size of baby powder

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

**EXHIBIT G**

available. I also bought the travel size bottle. We used so much Johnson's Baby Powder that I bought it every two weeks from various retail and grocery stores, including Lucky, Safeway, Target, and Walmart. I have photographs that depict bottles of that product throughout the family home at various stages of Anthony's life. Johnson & Johnson's was a brand I trusted.





8.  Johnson & Johnson and the retailers that sold its talc baby powder never warned me about the product's asbestos content or asbestos-related health hazards, including cancer. If Johnson & Johnson and the retailers warned me of such hazards, I would have never used Johnson's Baby Powder talc on me, Anthony, or his brother.

9.  I do not recall any circumstance in which I or anyone in my household would have been in or around any dusty environments other than through my use of Johnson's Baby Powder. For most of Anthony's life, I was a stay-at-home mother who raised and cared for Anthony and his brother. It was not until 2007 did I start working again. In 2007, I did yard duty and office

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

1   work at a school. I currently work an office job at the local cemetery. Anthony's father, Michael

2   Valadez, died when Anthony was four years old. Michael did not work for pay because he was

3   receiving aid from a federal assistance program for families with dependent children. Michael had

4   no interaction with Anthony during Anthony's childhood. My current husband is a residential

5   gardener who mows lawns and does landscaping. I never saw any dust on my, Michael's, or my

6   current husband's work clothes. Anthony and I never lived in or near any industrial areas or dust-

7   generating facilities.

8        10.    I am in shock that Anthony has a terminal illness at such a young age. I care for

9   Anthony every day and words cannot describe how his mesothelioma has negatively affected his

10  mental and physical well-being. Anthony was outgoing and hardworking before his diagnosis.

11  Now, he is suffering from anxiety and depression. He also experiences shortness of breath,

12  extreme fatigue, and debilitating pain throughout his body. This disease has greatly traumatized

13  me and Anthony. I highly doubt that we will ever recover from it.

14       11.    I understand that Anthony's disease is terminal. Since his mesothelioma, Anthony

15  has been admitted to the emergency department several times for complications related to his

16  mesothelioma. I live in fear every day because I do not know whether today will be Anthony's

17  last.

18       I declare under penalty of perjury under the laws of the State of California that the

19  foregoing is true and correct, and that I signed this declaration at Merced, California on April 8,

20  2022.

21

22

23  _____
    Anna Camacho

24

25

26

27

28

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

# Exhibit 27

DocuSign Envelope ID: BF355A48-6A72-4465-B854-0D7E9FE5950D
Case 23-12825-MBK Doc 234-23 Filed 05/04/23 Entered 05/04/23 08:30:20 Desc
Affidavit Declaration of Leah Backhus MPH FACS Page 1 of 8
Exhibit Declaration of Leah Backhus M.D. MPH Page 146 of 225

Marc E. Wolin, Esq.
mwolin@saiber.com
John M. August, Esq.
jaugust@saiber.com
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel: (973) 622-8401

-and-

Steven Kazan, Esq.
skazan@kazanlaw.com
Joseph D. Satterley, Esq.
jsatterley@kazanlaw.com
Denyse F. Clancy, Esq.
dclancy@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Tel: (510) 302-1000

*Counsel for Movant Anthony Hernandez Valadez*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 |
| | : | |
| Debtor. | : | |
| | : | |

**DECLARATION OF LEAH MONIQUE BACKHUS, M.D., MPH, FACS**

**EXHIBIT 27**

DocuSign Envelope ID: BF355A16-6A72-4465-B854-0D759F5E950D

Case 2:23-cv-02848-MSN-dkv Document 23 Filed 05/04/22 Entered 05/04/22 18:39:20 Desc Affidavit Declarations of Leah Backhus Declaration MPH FACS Page 2 of 8

Case 2:23-cv-02848-MSN-dkv Document 23 Filed 05/04/22 Entered 05/04/22 18:30:20 Desc Exhibit Declarations of Leah Backhus Declaration MPH FACS Page 147 Page 2 of 8

Pursuant to 28 U.S.C. § 1746, I, Leah Monique Backhus, M.D., MPH, FACS, declare under penalty of perjury as follows:

1.      I am an adult over the age of 18 years and not a party in this case. I have personal knowledge of the facts set forth in this declaration, except for such facts that have been made known to me in forming an opinion, in which case each such fact is of a type on which professionals in my field reasonably rely in forming such opinions. The facts stated in this declaration that are within my personal knowledge are true. If asked, I could and would testify competently to the truth of and foundation for each fact and opinion asserted within this declaration

2.      Attached hereto as **Exhibit A** is a copy of my current curriculum vitae, which truthfully states my qualifications to provide expert testimony in this action.

3.      I received my Bachelor of Arts in Human Biology from Stanford University, my medical degree from the Keck School of Medicine at the University of Southern California, and my Masters in Public Health from the School of Public Health at the University of Washington. I completed residency training in general surgery at the University of Southern California and cardiothoracic surgery at the University of California, Los Angeles.

4.      Presently, I practice at Stanford Hospital and am the Chief of Thoracic Surgery at the Veterans Administration's Health Care System in Palo Alto, California. My surgical practice consists of general thoracic surgery with special emphasis on thoracic oncology and minimally invasive surgical techniques. I am also the Co-Director of the Thoracic Surgery Clinical Research Program and have grant funding through the Veterans Affairs Administration and National Institute of Health. I am a member of the National Lung Cancer Roundtable of the American Cancer Society serving as Chair of the Task Group on Lung Cancer in Women. I also

DocuSign Envelope ID: BF35FA16-6A72-4465-B854-0D759F56950D

serve on the Board of Directors of the Society of Thoracic Surgeons. As an educator, I am the Associate Program Director for the Thoracic Track Residency and served as the Chair of the Accreditation Council for Graduate Medical Education's Residency Review Committee for Thoracic Surgery from 2016-2022, which is the accrediting body for all cardiothoracic surgery training programs in the United States. I am a recipient of the annual McGoon Award for Teaching in Thoracic Surgery and the Levi Watkins Innovation and Leadership Scholarship.

5.　　　I have reviewed and considered numerous reports in the scientific and medical literature regarding the study of asbestos-related disease. I have also made presentations regarding mesothelioma. [*See* Exh. A at pp. 24 and 25 (¶¶ 9 and 18).] My clinical focus includes treating mesothelioma patients.

6.　　　I treated Anthony Michael Hernandez Valadez for his mesothelioma. He is 23 years old and was born on September 23, 1998.

7.　　　On February 14, 2022, I had a history and physical ("H&P") examination as part of a consultation for Mr. Valadez. Attached hereto as **Exhibit B** is a true and correct copy of my consultation Report, dated February 14, 2022. In my report I noted that Mr. Valadez has "a history of newly diagnosed pericardial epithelioid mesothelioma [complicated by] malignant pericardial and pleural effusions and constrictive pericarditis." [Exh. B at 108.] Mr. Valadez "originally presented in 2020 with persistent cough and pericardial [effusion] that failed to respond to multiple courses of colchine and prednisone over the past 2 years." [*Id.* at 108-109.] On January 4, 2022, Mr. Valadez presented with "progressive cervical adenopathy and workup demonstrating pericardial mass, worsening pericardial effusion, and small pleural effusions." [*Id.* at 109.] Six days later, Mr. Valadez underwent a biopsy and the pathology revealed

mesothelioma, epithelioid type. [*Id.*] In February 2022, Mr. Valadez underwent a bilateral

thoracentesis with removal of 1.5 liters from each side of his chest. [*Id.*]

8.      When I saw him on February 14, 2022, Mr. Valadez presented with "symptomatic

rapid reaccumulation of bilateral malignant pleural effusions." [Exh. B at 112.] He was

persistently tachycardic, which means that his heart rate is constantly over 100 beats a minute.

[*Id.* at 109.] He also had labored breathing, persistent food regurgitation, body aches, and a

nonproductive cough. [*Id.*] I assessed Mr. Valadez's pericardial mesothelioma, which is an

extremely rare condition with a poor prognosis. [*Id.* at 112-113.] He also has extensive

adenopathy (swollen lymph nodes) which underscores the advanced stage of his pericardial

mesothelioma. [*Id.*] I recommended that the primary team treating Mr. Valadez "[c]onsult to

cardiac surgery." [*Id.* at 113.] I also recommended that Mr. Valadez and his family discuss

initiation of chemotherapy with medical oncology, as well as to consult with cardiac surgery for

consideration of pericardiectomy as means of surgical debulking and palliation of his symptoms

given evidence of hemodynamically significant constrictive-effusive pericarditis. [*Id.* at 112-

113.]

9.      I was the surgeon who performed on Mr. Valadez a resection of mediastinal mass

and thymectomy and placement of bilateral PleurX catheters. The latter of which were to treat

his large pleural effusions from chyle (chylothorax). My co-surgeon, Jack H. Boyd, M.D.,

performed a partial pericardiectomy on Mr. Valadez. Both operative procedures occurred on

February 17, 2022. Attached hereto as **Exhibit C** is a true and correct copy of the Operative

Reports dated February 17, 2022. Dr. Boyd and I found "[d]iffuse tumor involvement of the

pericardium with areas of invasion into the myocardium." [Exh. C at 119, 121.] The clinical

DocuSign Envelope ID: BF355A48-6A72-4465-B854-0D759F5E950D

diagnosis included bilateral pleural effusions from chylothorax, pericardial constriction, and

pericardial mesothelioma. [*Id.* at 118.]

10.     I have reviewed the Progress Notes of Mr. Valadez's treating oncologist

Dr. Mohana Roy dated March 18, 2022, a true and correct copy of which is attached hereto as

**Exhibit D**. In her notes, Dr. Roy took Mr. Valadez's social history. [Exh. D at 189.] She noted

that Mr. Valadez's mother "reports using large amounts of baby powder (Johnson and Johnson)

in [Anthony's] childhood." [*Id.*] Dr. Roy also stated that there are "no other exposures to hair

salon products, chemicals in labs," and "no clear asbestos exposure" from attending school "in

an old building." [*Id.*] Further, ever since his diagnosis, Mr. Valadez has suffered from anxiety.

[*Id.* at 191.]

11.     I have reviewed Dr. Roy's Progress Notes dated May 6, 2022, a true and correct

copy of which is attached hereto as **Exhibit E.** Dr. Roy stated that Mr. Valadez underwent two

rounds of chemotherapy but was unable to do a third cycle because of his fatigue, cytopenia, and

anemia. The day before this visit with Dr. Roy, Mr. Valadez had a CT scan of his chest which

showed "increased diffuse nodular interlobular septal thickening, right greater than left lung, as

well new and increasing pulmonary nodules," which is "concerning for progression of disease."

There was "[e]xtensive thoracic lymphadenopathy and multiple pericardial masses nearing

encasing the heart." Because his CT scan shows progression of disease, Mr. Valadez's

chemotherapy treatments were put on hold and he will instead undergo immunotherapy.

12.     Malignant mesothelioma is an aggressive cancer with a grave prognosis that is

almost universally fatal. The risk of adverse effects, including death, the probability that severe

complications of treatment will occur, and the likelihood of opportunistic infections or

DocuSign Envelope ID: DF35FA18-6A72-4465-B854-0D759F5E950D

DocuSign Envelope ID: BF355CA96-6A72-4465-B954-0D759F5E950D

Case 23-03089-MBK Doc 23-13 Filed 05/04/23 Entered 05/04/23 08:09:20 Desc
Affidavit Declaration of Dr Barkley Declaration MPH Page 151 Page 6 of 8

unexpected rapid tumor progression, is very high. During my thoracic surgery practice, I have treated other patients with mesothelioma.

13.     There is no cure for mesothelioma. The interval between diagnosis and death is often short (average 6 months). The average life expectancy is less for patients diagnosed with pericardial mesothelioma, like Mr. Valadez. Indeed, many of the cases of pericardial mesothelioma reported in the literature were not diagnosed until after death, because it is so aggressive. Patients who are diagnosed with mesothelioma may undergo treatment, such as chemotherapy, surgery, and/or radiation with the purpose of slowing the progression of the mesothelioma. These treatments do not cure mesothelioma and are considered palliative. Even if the patient is a proper candidate and elects to undergo treatment, the treatment may have only a modest impact on the patient's survival. Mr. Valadez has not tolerated chemotherapy well. His tolerance to chemotherapy will continue to decline as his mesothelioma rapidly advances. As his disease rapidly progresses, Mr. Valadez's discomfort, fatigue, disruption of normal body processes, and pain will continue and increase in severity, despite intervening pain medication and treatment. The most likely outcome is that Mr. Valadez ultimately will die of complications from mesothelioma.

14.     Another source of pain and discomfort for Mr. Valadez is his Pleural-X catheters. They remain in place as treatment of his refractory chylothoraces, which are likely a consequence of lymphatic congestion from his tumor. The catheters require care and upkeep to keep Mr. Valadez's effusions from reaccumulating and contributing to symptoms such as shortness of breath.

15.     The pericardial mesothelioma from which Mr. Valadez suffers can change clinical and symptomatic directions quite quickly. Several factors may influence the progression of

DocuSign Envelope ID: DF35FA48-6A72-44C5-B954-0D759F5E950D

cancer, including the side effects from therapy, alterations of the normal physiology, and stress, which has both emotional and physical components. Mr. Valadez has anxiety and fear because of his terminal mesothelioma, which are known emotional stressors in terminal cancer patients. Many types of stress activate the body's endocrine (hormone) system, which in turn can alter the way the immune system functions. Fatigue is also a major psychological symptom. Fatigue is the most common and distressing symptom associated with cancer and cancer therapies. Physical and emotional stress both contribute to a cancer patient's fatigue and fatigue generally becomes progressively worse as a malignancy progresses. As his illness progresses, Mr. Valadez will become less able to attend trial and participate meaningfully in litigation. A prolonged case lasting over a period of many months can increase a patient's stress level and exacerbate fatigue, with its attendant negative consequences to the patient's cancer fighting ability.

16.     I have reviewed numerous medical articles that report the relationship between pericardial mesothelioma and asbestos exposure. For example, the World Health Organization states that like "pleural mesothelioma, a large portion of mesotheliomas of the pericardium are induced by asbestos." [World Health Organization Classification of Tumors (2004) at p. 286, a true and correct copy of which is attached hereto as **Exhibit F**.]

17.     Cases of mesothelioma have been observed in persons who have used cosmetic talc powder. [Emory, et al., *Malignant Mesothelioma Following Repeated Exposures to Cosmetic Talc: A Case Series of 75 Patients* (2020) Am. J. Ind. Med. 484, a true and correct copy of which is attached hereto as **Exhibit G**.] In Emory, et al., a patient whose only known exposure to asbestos was repeated use of cosmetic talc powder later developed pericardial mesothelioma. [*Id.* at 484-486.]

18.     Based on (i) my examination and treatment of Mr. Valadez, (ii) my review of his

medical records, (iii) my experience and training involving mesothelioma patients, (iv) the

aggressive nature of Mr. Valadez's cancer, (v) the distinct progression of his mesothelioma, and

(vi) my review of the scientific literature, including those identified above, it is my professional

medical opinion that there is substantial medical doubt of Mr. Valadez's survival beyond six

months from the date of this declaration. Further, based on Mr. Valadez's social history as

documented above, the only dusty activity he has encountered in his life on a regular basis is his

use of Johnson's Baby Powder. Based on the factual assumption regarding the asbestos content

of Johnson's Baby Powder, it is my opinion, to a reasonable degree of scientific and medical

certainty, that it is more likely than not that Mr. Valadez's exposure to asbestos stemming from

Johnson's Baby Powder increased his risk of developing mesothelioma, and that asbestos was

the cause of his pericardial mesothelioma.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief. I executed this Declaration on May 22, 2022

at Saratoga, California.


By: _____
LEAH MONIQUE BACKHUS, M.D., MPH, FACS

# Exhibit A

# Leah Monique Backhus MD MPH FACS

lbackhus@stanford.edu

<table>
<tr><td><i>Stanford University</i></td><td><i>VA Palo Alto Health Care System</i></td></tr>
<tr><td>Department of Cardiothoracic Surgery</td><td>Cardiothoracic Surgery</td></tr>
<tr><td>300 Pasteur Drive</td><td>3801 Miranda Ave</td></tr>
<tr><td>Falk Research Building</td><td>Palo Alto, CA 94304</td></tr>
<tr><td>Palo Alto, CA 94305-9407</td><td>650-493-5000 Ext. 11-65682</td></tr>
<tr><td>650-721-6400 (Office)</td><td></td></tr>
</table>

**Personal Data:**

| | |
|---|---|
| Maiden Name: | Leah Monique Fuller |
| Place of Birth: | New Jersey, USA |
| Current Address: | 19223 Harleigh Drive Saratoga, CA 95070 |

**Current Positions:**

| | |
|---|---|
| 07/01/2015-present | Associate Professor<br>Department of Cardiothoracic Surgery<br>Stanford University |
| 07/01/2015-present | Section Chief<br>Thoracic Surgery<br>VA Palo Alto Health Care System |

**Previous Positions:**

| | | |
|---|---|---|
| 2009-2015 | Assistant Professor | Department of Surgery<br>Division of Cardiothoracic Surgery<br>University of Washington |
| | Chief | Thoracic Surgery<br>VA Puget Sound Healthcare System |
| | Staff Surgeon | Northwest Hospital |

**Residency:**

| | | |
|---|---|---|
| 2007-2009 | Chief Resident | Cardiothoracic Surgery, Thoracic Track<br>University of California Los Angeles<br>Los Angeles, CA |
| 2000-2007 | Resident | General Surgery<br>University of Southern California<br>Los Angeles, CA |

**Education:**

| | | |
|---|---|---|
| 2012-2014 | MPH | Health Services |

|            |    | School of Public Health              |
|            |    | University of Washington             |
| 1996-2000  | MD | Keck School of Medicine              |
|            |    | University of Southern California    |
| 1991-1995  | AB | Human Biology                        |
|            |    | Stanford University                  |

## Research:

| 2016-present | **Faculty Member**, Stanford-Surgery Policy Improvement Research & Education Center |
| 2015-present | **Co-Director**, Thoracic Surgery Clinical Research Program, Stanford University |
| 2015-present | **Center Investigator**, VA Palo Alto Health Services Research & Development |
| 2012-2015 | **Scholar**, Institute of Translational Health Science, University of Washington |
| 2011-2015 | **Principal Investigator**, VA Puget Sound Healthcare System Lung Cancer Tissue and Blood Repository |
| 2003-2005 | **Research Fellow**, Department of Cardiothoracic Surgery, Keck School of Medicine, University of Southern California |
| 1998 | **Research Associate**, Department of Surgery, Keck School of Medicine, University of Southern California |
| 1996 | **Research Associate**, Department of Neurosurgery, Keck School of Medicine, University of Southern California |
| 1992-1995 | **Research Assistant**, Department of Molecular Pharmacology, Stanford University |

## Board Certification:

American Board of Surgery Certificate # 052964 1/28/2008, Recertified 12/31/2019, 09/22/2020
American Board of Thoracic Surgery Certificate # 7631 6/11/2010, Recertified 12/4/2020

## Licensure:

California State Medical Board A77191 (Active)
Washington State Medical Board MD60097561 (Inactive)

## Professional Memberships:

American Association for Thoracic Surgery
Society of Thoracic Surgeons
American College of Surgeons, Fellow
Society of University Surgeons
American Society of Clinical Oncology
International Association for the Study of Lung Cancer
International Thymic Malignancy Interest Group
Women in Thoracic Surgery
Society of Black Academic Surgeons
American Medical Association
Association of Women Surgeons
Henry N. Harkins Surgical Society

**International Professional Committees:**

*European Society of Thoracic Surgeons*
2020-present    **Member**
2020-present    **Core Member**, Women in General Thoracic Surgery Committee

*International Association for the Study of Lung Cancer*
2020-present    **Member**, Women in Thoracic Oncology
2018-2023       **Member**, Membership Committee

*European Lung Cancer Congress (European Society for Medical Oncology and International Association for the Study of Lung Cancer)*
2021-2022       **Member**, Scientific Committee

**National Professional Committees:**

*National Institutes of Health: National Cancer Institute*
2021-present    **Faculty Member**, Division of Cancer Control and Population Sciences Planning
                Committee for workshop Issues in Evidence for Post-Treatment Surveillance
                Strategies for lung Cancer

*American Association for Thoracic Surgery*
2022-2023       **Member**, AATS Women in Cardiothoracic Leadership Task Force
2021-2022       **Member**, Writing Group Thoracic: Early Lung Cancer
2021-2024       **Member**, Equity & Career Development Scholarship Committee, **AATS**
                **Foundation**
2020-2023       **Member**, Thoracic Surgery Scholarship Committee
2019-2023       **Member**, Membership Recruitment, Engagement and Diversity Committee

*Society of Thoracic Surgeons*
2019-present    **Director-at-Large**, Board of Directors
2021-2024       **Member**, Standards and Ethics Committee
2019-2023       **Member**, Workforce on Diversity and Inclusion
2019-2023       **Ex-officio Member**, Council on Health Policy and Relationships Operating
                Board
2020-2022       **Faculty Member/Organizer**, STS Leadership Institute
2020-2022       **Member**, Virtual Meeting Task Force
2019-2022       **Member**, Workforce on Thoracic Surgery Resident Issues
2018-2024       **Member**, Workforce on Health Policy, Reform, and Advocacy
2017-2019       **Member**, Task Force on Diversity and Inclusion
2012-2017       **Member**, Membership Committee
2012-2017       **Member**, Media Relations Committee
2013-2015       **Co-Chair**, Workforce on Annual Meeting Surgical Symposia Taskforce

*Thoracic Surgery Foundation*
2021-present    **Member**, Research Awards Committee

*American College of Surgeons*
2022          **Abstract Reviewer**, Annual Meeting Program Committee
2021          **Abstract Reviewer**, Annual Meeting Program Committee
2020          **Abstract Reviewer**, Annual Meeting Program Committee

*Western Thoracic Surgical Association*
2016-2019     **Member**, Annual Meeting Program Committee
2017-2018     **Chair**, Annual Meeting Program Committee
2014-2016     **Member**, Membership Committee
2014-2015     **Chair**, Local Arrangements Committee

*Women in Thoracic Surgery*
2019-2022     **Secretary/Treasurer**, Board of Directors
2014-2019     **Director-at-Large,** Board of Directors

*Accreditation Council for Graduate Medical Education*
2022-2022     **Board Member,** Taskforce on Diversity
2019-2022     **Chair**, Thoracic Surgery Review Committee
2018-2019     **Vice-Chair**, Thoracic Surgery Review Committee
2016-2018     **Member**, Thoracic Surgery Review Committee

*Society of University Surgeons*
2021-2024     **Member**, Membership Committee

*National Lung Cancer Roundtable of the American Cancer Society*
2018-present  **Chair of the Lung Cancer in Women Task Group**
              The NLCRT is a collaboration of public, private and voluntary organizations who
              play a key role in reducing the incidence of and mortality from lung cancer. The
              NLCRT will more rapidly advance lung cancer control through efforts to increase
              public and professional education, prevention and early detection, quality
              assurance, access to care, effective health policy, and optimal diagnosis and
              treatment for cancer patients.  The Lung Cancer in Women Task Group will focus
              on acknowledging that lung cancer is a women's health imperative, and its
              disparate impact on women to devise public health awareness campaigns specific
              to women emphasizing the importance of early detection.

*Surgical Outcomes Club*
2019-present  **Member**

*Patient Centered Outcomes Research Institute:*
2016-2019     **Member**, Health Delivery and Disparities Research Advisory Panel

*American Society of Clinical Oncology.*
2016-2019     **Member**, Annual Program Committee Thoracic Tract

*Society of Black Academic Surgeons*
2016-2020      **Member**, Annual Program Committee

*Veterans Health Administration*
2021-present   **Clinical Champion**, National Oncology Program: National Esophageal Oncology
               Pathways Team
2020-2021      **Clinical Champion**, National Oncology Program: National Lung Oncology
               Pathways Team

**Local Committee Membership/Service to the University:**
2021-present   **Wellness Director**, Stanford Department of Cardiothoracic Surgery
2021           **Panelist**; Stanford Department of Radiology Justice, Diversity, Equity, and
               Inclusion Mentorship
2021-2023      **Medical Executive Committee Service Representative**; Stanford Healthcare
2021-present   **Selection Committee Member** McCormick and Gabilan Faculty Awards;
               Stanford School of Medicine
2021-present   **Faculty Advisory Board**; Stanford Center for Continuing Medical Education
               (SCCME) Faculty Leadership Development Certificate Program
2020-present   **Steering Committee Member**; Stanford Black Faculty Affinity Meeting
               (BFAM)
2020-2023      **Member**; Stanford Healthcare Committee on Professionalism
2020           **Faculty Speaker;** *Medical Specialties and Subspecialties Workshop*; Stanford
               University Minority Medical Alliance (SUMMA) Annual Meeting
2018-present   **Member**; Stanford Department of Cardiothoracic Surgery, Departmental
               Appointments and Promotions Committee
2016-2020      **Member**; Stanford Healthcare Health Information Management Committee
2016-2018      **Member**; Stanford Women and Sex Differences in Medicine (WSDM)
2013-2015      UW Department of Surgery Diversity Council
2012-2015      Center for Equity Diversity and Inclusion Executive Steering Committee
2013-2015      Executive Board Member; UW Committee on Minority Faculty Affairs
2009-2015      UW School of Medicine Committee on Women
2009-2015      VA Puget Sound Healthcare System Operating Room Committee
2009-2015      VA Puget Sound Healthcare System Physician Utilization Management
               Committee
2009-2015      UW School of Medicine African American Mentoring Network
2009-2013      Chair; UW Committee on Minority Faculty Affairs
2009-2011      UW School of Medicine Medical School Admissions Committee
2009-2011      Sub-committee Chair; UW School of Medicine Dean's Diversity Strategic
               Planning Committee

**Awards/Honors:**
2019   Thoracic Surgery Foundation Levi Watkins Innovation and Leadership Development
       Scholarship
2019   Thoracic Surgery Residents Association (TSRA) McGoon Teaching Award
2018   Alpha Omega Alpha Medical Honor Society Faculty Inductee
2017   Stanford Dean's Leadership Development Program Awardee

2012    Superior Performance Award, for exemplary performance and dedication to the VA
        Puget Sound Health Care System
2011    AAMC Early Career Women Faculty Career Development, Recipient
2010    Society of Black Academic Surgeons Leadership Council Award
2010    AAMC Minority Faculty Development Program, Recipient
2009    AATS Resident Traveling Fellowship Award Recipient
2008    Peter C. Pairolero Resident Scholarship Award Recipient, General Thoracic Surgery Club
2005    Society of Black Academic Surgeons Leadership Council Award
2001    Annual Resident Teaching Award, Department of Surgery, University of Southern
        California
2000    Sagar Gupta, MD Memorial Scholarship Award, University of Southern California
1996    Gerber Scholarship, University of Southern California

**Teaching:**
2021            *Stanford Cardiothoracic Surgical Skills Summer Internship* Invited Speaker
                Stanford School of Medicine, Stanford, CA
2018-2021       Ethnicity in Medicine: *Vulnerable populations underappreciated in the fight
                against lung cancer*; Stanford University; Department of Human Biology,
                Stanford, CA
2018-2021       *Service through Surgery Conversation*; Stanford School of Medicine, Stanford,
                CA
2018            Stanford Summer Community College Premedical Program: *Health Disparities in
                Lung Cancer*; Center of Excellence in Diversity in Medical Education Stanford
                School of Medicine, Stanford, CA
2016            Stanford Emergency Department Thoracic Surgery Clinical Practicum
2015-present    Associate Program Director; Stanford University CT Surgery Residency Program,
                Thoracic Track
2014-2015       Site Director: UW CT Surgery Residency Program
2013-2015       Contributor; TSDA On-line Clinical Case Curricula
2013-2015       Mentor; UW School of Medicine; Underserved Pathway
2009-2015       Faculty Advisor; UW School of Medicine Student Surgical Interest Group;
2010            Faculty Advisor; UW School of Medicine; Introduction to Clinical Medicine:
                *Images of Physicians Series*
2003-2005       Clinical Instructor; USC Keck School of Medicine; Introduction to Clinical
                Medicine

**Invited Lectures:**

*National/International*
2022    *Role of Surgery in Oligometastatic Disease*; European Lung Cancer Congress, Prague,
        CZ
2022    *Moving Towards a patient-centered approach to Surveillance After treatment for Lung
        Cancer;* **Grand Rounds Lecture**; University of Colorado Department of Surgery,
        Denver, CO

| 2022 | *Moving Towards a patient-centered approach to Surveillance After treatment for Lung Cancer;* **Grand Rounds Lecture**; University of Washington Department of Surgery, Seattle, WA |
|------|---|
| 2021 | *Healthcare Disparities and Cardiothoracic Diversity in Europe;* **ESTS 2021 Annual Meeting**: **Co-Moderator**; ESTS-EACTS Joint Session, Virtual Meeting |
| 2021 | *Unconscious Bias and Communication in the Operating Room*; **AATS 2021 Annual Meeting**: Patient Safety Forum |
| 2020 | *Challenges in Post-Operative Surveillance for Early Stage Lung Cancer;* **AATS Foundation Gardner Lectureship**; UC Davis Department of Surgery, Sacramento, CA |
| 2019 | *Challenges in Post-Operative Surveillance for Early Stage Lung Cancer;* **UCLA Department of Surgery Grand Rounds**, Los Angeles, CA |
| 2019 | *Management of Subsolid Nodules (North Am perspective);* **European Association for Cardiothoracic Surgery (EACTS) Annual Meeting**; Lisbon, Portugal |
| 2019 | *Women in Thoracic Surgery: US Perspective*; In Co-Operation with Women In Thoracic Surgery; **Session Co-Chair; European Society of Thoracic Surgeons (ESTS) Annual Meeting**; Dublin, Ireland |
| 2019 | *Lung Cancer and Women, Gender Differences in Clinical Outcomes;* **National Lung Cancer Roundtable 2019** Women and Lung Cancer Task Group Summit; Atlanta, GA |
| 2017 | *Surveillance for Lung Cancer;* **International Association for the Study of Lung Cancer (IASLC) 2017 Multidisciplinary Symposium in Thoracic Oncology**; Chicago, IL |
| 2017 | *Management of Pleural Disease*; **American College of Surgeons Clinical Congress, Session Co-Moderator**; San Diego, CA |
| 2017 | *PCORI Grant Funding Process;* **AATS Grant Writing Seminar**; Bethesda, MD |
| 2016 | *Pleural Disease;* **Association of Physician Assistants in Cardiovascular Surgery**; Las Vegas, NV |
| 2015 | *Surveillance and Survivorship Care in Lung Cancer;* **Thoracic Oncology Symposium sponsored by NCCN; Seattle Cancer Care Alliance**; UW Medicine; Seattle, WA |
| 2013 | *Surveillance and Survivorship Care in Lung Cancer;* **Thoracic Oncology Symposium sponsored by NCCN, Seattle Cancer Care Alliance**; UW Medicine; Seattle, WA |
| 2012 | *New Lung Cancer Screening Guidelines*; **Annual Conference on Advanced Practice in Primary & Acute Care**; Seattle, WA |
| 2011 | *Pulmonary Metastatic Disease;* **Thoracic Surgery Directors Association National Curriculum Lecture**: (http://www.tsda.org/sections/integrated_curriculum/TSDA Weekly Curricula) |
| 2011 | *Pulmonary Metastasectomy;* **Thoracic Surgery Directors Association National Curriculum Lecture**: (http://www.tsda.org/sections/integrated_curriculum/TSDA Weekly Curricula) |

*Regional/Local*

| 2021 | WTSA Annual Meeting Controversies Debate: *Managing the Cardiothoracic Workforce During a Public Crisis: Repercussions for the Trainee*, Phoenix, AZ |
|------|---|
| 2021 | USC Advancing Knowledge in Lung Cancer Care; *Challenges to Surveillance Following Treatment for Lung Cancer*; Los Angeles, CA |

2021  Best of World Conference on Lung Cancer; International Association for the Study of Lung Cancer (IASLC): *Controversies in Locally Advanced NSCLC*; San Francisco, CA

2021  Stanford School of Medicine Office of Diversity in Medical Education (ODME) 4th Annual Diversity and Inclusion Forum; Plenary Speaker; *Academic Medicine Career Roles and Responsibility*; Stanford, CA

2021  University of California, San Diego Department of Surgery Grand Rounds: *Challenges in Post-Operative Surveillance for Early Stage Lung Cancer;* San Diego, CA

2021  Stanford University Minority Medical Alliance (SUMMA) Annual Conference: Medical Specialty Workshop

2020  University of California, Davis Visiting Faculty Scholar Departments of Surgery: *Current State of Surveillance and Survivorship Care in Lung Cancer*; Sacramento, CA

2019  WTSA Annual Meeting, Resident Symposium: *Tips for Professional and Personal Satisfaction;* Lake Tahoe, CA

2019  Moderator, WTSA Annual Meeting, Concurrent Forum: Thoracic Surgery: *Moderator*; Lake Tahoe, CA

2019  Moderator, Northern California Chapter of the American College of Surgeons (NCCACS) 2019 Annual Educational Meeting: *Diversity and Inclusion in Surgery –The Return on Investment*; Berkeley, CA.

2019  Northern California Chapter of the American College of Surgeons (NCCACS) 2019 Annual Educational Meeting: *Gender Inclusion and the Culture of Safety in Healthcare*; Berkeley, CA.

2019  UCLA Department of Surgery Grand Rounds Lecture Series; *Imaging Surveillance After Lung Cancer Treatment: Moving Towards Precision Medicine*; Los Angeles, CA

2018  Moderator, WTSA Annual Meeting, Resident Symposium; Santa Barbara, CA

2017  WTSA Annual Meeting, Resident Symposium: *Interview Preparation*; Colorado Springs, CO

2017  Cancer Education Seminar Series, Stanford University: *Surveillance and Survivorship in NSCLC*

2016  Early Riser Session, STS Annual Meeting: *Patient-Centered Care: Surveillance*

2016  Cancer Education Seminar Series, Stanford University: *Surveillance and Survivorship in NSCLC*

2015  VISN 20 Pulmonary SCAN Clinical Conference, VA Puget Sound: *Transition in Care Following Lung Cancer Treatment*

2015  Washington Thoracic Society 25th Annual Chest Conference and Winter Lung Day. *Lung Cancer Debate: Stage III Disease is a Surgical Disease*

2014  Oregon Health & Science University (OHSU) Visiting Faculty Scholar.  The Departments of Radiation Medicine & Surgery: *Current State of Surveillance and Survivorship Care in Lung Cancer*

2014  VISN 20 Pulmonary SCAN Clinical Conference, VA Puget Sound: *Pre-Operative Evaluation Of The Patient Undergoing Lung Surgery*

2013  VISN 20 Pulmonary SCAN Clinical Conference, VA Puget Sound: *Surgical Management of COPD: Lung Volume Reduction Surgery*

2013  Pulmonary Educational Conference, VA Puget Sound: *Radiographic Evaluation of the patient with lung cancer: Surgical implications of imaging*

2012  Radiology Resident Lecture: *Radiographic Evaluation of the patient with lung cancer: Surgical implications of imaging*

2011    University of Washington Leadership Retreat: *"Dean's Strategic Planning Committee on
        Minority Affairs: Subcommittee Report on Best Practices in Minority Faculty
        Development"*
2010    Society of Thoracic Surgeons: Resident Luncheon Invited Speaker
2010    PGY1 class (ISIS): *Thoracostomy Lecture and Practical*

**Research Funding:**

*Current:*
11/1/21-12/1/24         **Co-Investigator**
                        *Single-cell Transcriptomic and Epigenetic Atlas of Multi-Ancestry Hearts*;
                        (PI: Joseph Wu) Chan-Zuckerberg Initiative

10/1/21-9/30/22         **Principal Investigator**
                        *Multimodal Intervention Strategies to Improve Lung Cancer Screening for
                        Women Undergoing Breast Screening* ; (PI: **Backhus**) Stanford
                        Comprehensive Cancer Center Clinical Innovation Award

9/1/18-8/31/22          **Co-Principal Investigator**
                        *"A Mechanistic Clinical Trial of JAK Inhibition to Prevent Ventilator-
                        induced Diaphragm Dysfunction"*; (PI: Shrager/**Backhus**) NIH: Skeletal
                        Muscle Exercise Physiology Study Section (1 R01 HL148185-01)

12/1/18-12/31/23        **Principal Investigator**
                        *"iSALT: Imaging Surveillance After Lung Cancer Treatment";* (PI:
                        **Backhus**) VA HSR&D IIR Merit Award (HX002456-01A2)

*Completed:*
2016-2017   **Co-Investigator;**" Use of Natural Language Processing and Machine Learning *to
            Identify Newly Diagnosed and Recurrent Cases of Cancer in VHA EHR Records"*
            (PI: Zeliadt); VA HSR&D IIR
2015-2016   **Principal Investigator**; *"Pre-Operative Optimization Program to Improve
            Surgical Outcomes for Veterans"*; VA HSR&D Locally-Initiated Projects Award,
            Palo alto
2013-2016   **Co-Investigator**; *"A Novel Approach to measuring costs and efficiency: Lung
            nodules as a case study"* (PI: Zeliadt); VA HSR&D (IIR 12-065-3)
2012-2015   **KL2 Award Scholar**; NIH/NCATS National Center for Research
            Resources, 2 KL2 TR000423-07 KL2 ITHS Multidisciplinary
            Clinical Research Training Program
2012-2013   **Co-Investigator;** *"Barriers to Accessing Care for Outpatients Newly Diagnosed
            with Lung Cancer"* (PI: Reinke); VA Office of Nursing Services (ONS)
2012-2013   **Co-Investigator;** *"Palliative Care Interventions for Outpatient Veterans Newly
            Diagnosed with Lung Cancer"* (PI: Reinke); Nursing Research Initiative Grant;
            VA Office of Nursing Services (ONS)
2004-2005   Los Angeles Heart and Lung Foundation
2003-2004   Los Angeles Heart and Lung Foundation

**Peer-Review: Grant Reviewer:**

| | |
|---|---|
| 2021-present | Charter Member Reviewer, NIH Imaging Guided Interventions and Surgery (IGIS) study section |
| 2020 | Ad hoc Reviewer, NIH Imaging Guided Interventions and Surgery (IGIS) Study section |
| 2018-present | **ad hoc Reviewer**, National Institutes of Health: Dissemination and Implementation Research in Health (DIRH) Study Section |

**Peer-Review: Journal Editing:**

| | |
|---|---|
| 2022-present | Deputy Editor, *JAMA Surgery* |
| 2021 | Guest Co-Editor. *JTD*. *Focused Issue*: Women in Thoracic Surgery. Vol 13, No 1 |

**Peer-Review: Journal Reviewer:**

| | |
|---|---|
| 2019-present | Reviewer, *Advances in Health Care Management* |
| 2016-present | Reviewer, *Journal of the National Comprehensive Cancer Network* |
| 2014-present | Reviewer, *Journal of Thoracic and Cardiovascular Surgery* |
| 2014-present | Reviewer, *Annals of Thoracic Surgery* |
| 2012-present | Reviewer, *Diseases of the Esophagus* |
| 2012-present | Reviewer, *Journal of Heart and Lung Transplantation* |
| 2011-present | Reviewer, *Annals of Surgical Oncology* |
| 2017-2019 | Reviewer, Research Reports, *Patient-Centered Outcomes Research Institute* |

**Other/Community Service:**

| | |
|---|---|
| 2020 | Gender Barriers in Medicine Panel – Stanford School of Medicine; Sexual Harassment/Assault Response Education Title IX Office |
| 2020 | Speaker: Stanford's Health Career Collaborative - East Palo Alto Academy |
| 2020 | Speaker: Future Doctors and Nurses Club at LACES high school – Los Angeles, CA |
| 2020 | The Peninsula College Fund, Speaker/Mentor: Career Exploration Fair |
| 2013-2015 | VISN 20 Pulmonary SCAN (Specialty Care Access Networks – Extension for Community Healthcare Outcomes) Program, Role: Clinician Specialist |
| 2011-2014 | American College of Surgeons, Commission on Cancer Physician Liaison, VA Puget Sound Healthcare System |
| 2011-2012 | VA Puget Sound and VA Medical Center Spokane Lung Cancer Collaborative Project-Core Team Leader |
| 2009-2015 | Donate Life, Community Volunteer Lecturer |

**Mentoring:**

| | | | |
|---|---|---|---|
| 2021-present | Ghazal Aghagoli | Medical Student | Brown University |
| | Scanlan/Women in Thoracic Surgery Traveling Mentorship Award | | |
| 2021-present | McKenna Schimmel | Medical Student | University of Vermont |
| | STS Mentorship Program (Medical Student) | | |
| 2021-present | Kelli Salter | Attending | Piedmont Atlanta Hospital |
| | STS Mentorship Program (Surgeon) | | |

10

| 2020-present | Irmina Elliott | Resident | Stanford, CT Surgery |
|---|---|---|---|
| 2020-2021 | Oseitohanmen Okhiulu | Undergraduate Student | Stanford University |

*Vice Provost for Undergraduate Education Undergraduate Research Major Grant*; Research Advisor

| 2020-present | Catheryn Byrd | Research Fellow | Stanford, CT Surgery |
|---|---|---|---|

Thoracic Surgery Clinical Research Program

| 2020-2020 | Courtney Obasohan | Undergraduate Student | UCLA |
|---|---|---|---|

*Stanford Cardiovascular Institute's Undergraduate Summer Research Program*
NIH R25 grant (NHLBI - Short-Term Research Education Program to Increase Diversity in Health-Related Research)

| 2019-present | Kiah Williams | Resident | Stanford, Cardiothoracic Surgery |
|---|---|---|---|
| 2019-2020 | Karen Gutierrez | Medical Student | Stanford School of Medicine |

*Leadership in Health Disparities Summer Program (LDHP)*
LHDP is a seven-week program offered to matriculating medical students during the summer quarter preceding the first year of medical school. It is directed at initiating a successful medical and leadership career focused on increasing student's knowledge of health disparities and the roles of physician leaders.

| 2018-present | Ioana Baiu | Resident | Stanford, General Surgery |
|---|---|---|---|
| 2018-present | Ashley Titan | Resident | Stanford, General Surgery |
| 2015-2019 | Elizabeth Colwell | Resident | Stanford, Cardiothoracic Surgery |
| 2017-2018 | Ashni Nadgauda | Medical Student | Case Western Reserve |
| 2016-2018 | Douglas Liou | Resident | Stanford, Cardiothoracic Surgery |
| 2014-2015 | Mentor, *T32 UW CHASE Surgical Outcomes Post-Doctoral Training Program* | | |
| | Agency: NIH/NIDDK | | Grant #: DK070555 |
| | Project Period: | | 07/01/2010-06/30/2015 |
| 2013-2015 | Neli Mottey | Medical Student | UW, Underserved Pathway |
| 2012-2015 | Edo Bedzra | Resident | UW Cardiothoracic Surgery |
| 2013-2015 | Estelle Williams | Resident | UW General Surgery |
| 2010-2015 | Lara Oyetunji | Resident | UW General Surgery |
| 2012-2014 | Nathan Mollberg | Resident | UW Cardiothoracic Surgery |
| 2012-2013 | Jonathan Sargent | Medical Student | UW Medical Student Research Training Program |
| 2010-2012 | Awori Hayanga | Faculty | Cardiothoracic Surgery, University of Pennsylvania |

**Bibliography:**

**Peer Reviewed: Original Research**

*In Press:*

1. Byrd C, Ajawara U, Laundry R, Radin J, Bhandari P, Leung A, Han S, Asch A, Zeliadt S, Harris A, **Backhus L**. Performance of a semi-automated method to optimize chart abstraction for characterization of surveillance imaging among patients treated for non-small cell lung cancer. (in press)

<u>Published:</u>

1.  Keshinro A, Butler P, Fayanju O, Khabele D, Newman E, Greene W, Ude Welcome A, Joseph KA, Stallion A, **Backhus L**, Frangos S, DiMaggio C, Berman R, Hasson R, Rodriguez LM, Stain S, Bukur M, Klein MJ, Henry-Tillman R, Barry L, Oseni T, Martin C, Johnson-Mann C, Smith R, Karpeh M, White C, Turner P, Pugh C, Hayes-Jordan A, Berry C Examination of Intersectionality and the Pipeline for Black Academic Surgeons. *JAMA Surg*. 2022 Feb 9. doi: 10.1001/jamasurg.2021.7430. Online ahead of print. PMID: 35138327

2.  Pompili C, Opitz I, **Backhus L**, Leschber G, Verones G, Lauk O, Novoa N, Daddi N, Deglurkar I, Cleuziou J, Emrich A, D'Auria F, Kluin J. ESTS and EACTS Gender Bias Survey. *Eur J Cardiothorac Surg*. 2022 Jan 29:ezac034. doi: 10.1093/ejcts/ezac034. Online ahead of print. PMID: 35092281

3.  Choi E, Luo SJ, Aredo JV, **Backhus LM**, Wilkens LR, Su CC, Neal JW, Le Marchand L, Cheng I, Wakelee HA, Han SS. The Survival Impact of Second Primary Lung Cancer in Patients with Lung Cancer. *J Natl Cancer Inst*. 2021 Dec 10:djab224. doi: 10.1093/jnci/djab224. PMID: 34893871

4.  Patel DC, Bhandari P, Shrager JB, Berry MF, **Backhus LM**, Lui NS, Liou DZ. Perioperative Outcomes After Combined Esophagectomy and Lung Resection. *J Surg Res*. 2021 Nov 11;270:413-420. doi: 10.1016/j.jss.2021.09.037. Online ahead of print. PMID: 34775148

5.  Shrager JB, Wang Y, Lee M, Nesbit S, Trope W, Konsker H, Fatodu E, Berry MS, Poulstides G, Norton J, Burdon T, **Backhus L**, Cooke R, Tang H. Rationale and design of a mechanistic clinical trial of JAK inhibition to prevent ventilator-induced diaphragm dysfunction. *Respir Med. 2021 Nov-Dec;189:106620. doi: 10.1016/j.rmed.2021.106620. Epub 2021 Sep 21. PMID: 34655959*

6.  Erwin PA, Lee AC, Ahmad U, Antonoff M, Arndt A, **Backhus L**, Berry M, Birdas T, Cassivi SD, Chang AC, Cooke DT, Crabtree T, DeCamp M, Donington J, Fernandez F, Force S, Gaissert H, Hofstetter W, Huang J, Kent M, Kim AW, Lin J, Martin LW, Meyerson S, Mitchell JD, Molena D, Odell D, Onaitis M, Puri V, Putnam J, Reddy R, Schipper P, Seder CW, Shrager J, Tong B, Veeramachaneni N, Watson T, Whyte R, Ferguson MK. Consensus for Thoracoscopic Lower Lobectomy: Essential Components and Targets for Simulation. *Ann Thorac Surg*. 2021 Oct 21:S0003-4975(21)01746-X. doi: 10.1016/j.athoracsur.2021.09.033. PMID: 34688617

7.  Khorfan R, Cooke DT, Meguid RA, **Backhus LM**, Varghese Jr. TK, Farjah F, Bilimoria KY, Odell DD for the ThORN Collaborative. Institutional factors associated with adherence to quality measures for stage I and II non-small cell lung cancer. *J Thorac Cardiovasc Surg*. 2021 Sep;162(3):649-660.e8. doi: 10.1016/j.jtcvs.2020.05.123. Epub 2020 Jul 29. PMID: 34144822

8.  Wang Y, Yang CJ, He H, Buchan JM, Patel DC, Liou DZ, Lui NS, Berry MF, Shrager JB, **Backhus LM**. Short-term and intermediate-term readmission after esophagectomy. *J Thorac Di*s. 2021 Aug;13(8):4678-4689. doi: 10.21037/jtd-21-637.PMID: 34527309. *Presented at the American College of Surgeons Clinical Congress 2019*

9.  Patel DC, Bhandari P, Epstein DJ, Liou DZ, **Backhus LM**, Berry MF, Shrager JB, Lui NS. Surgical Resection for Patients with Pulmonary Aspergillosis in the National Inpatient Sample. *J Thorac Dis*. 2021 Aug;13(8):4977-4987. doi: 10.21037/jtd-21-151. PMID: 34527336

10. Patel DC, Wang H, Bajaj SS, Williams KM, Pickering JM, Heiler JC, Manjunatha K, O'Donnell CT, Sanchez M, Boyd JH, **Backhus LM**. The Academic Impact of Advanced Clinical Fellowship Training among General Thoracic Surgeons. *J Surg Educ*. 2021 Oct 19:S1931-7204(21)00249-X. doi: 10.1016/j.jsurg.2021.09.003. PMID: 34674980

11. Su CC, Wu JT, Neal JW, Popat RA, Kurian AW, **Backhus LM**, Nagpal S, Leung AN, Wakelee HA, Han SS. Impact of Low-Dose Computed Tomography Screening for Primary Lung Cancer on Subsequent Risk of Brain Metastasis. *J Thorac Oncol*. 2021 Sep;16(9):1479-1489. doi: 10.1016/j.jtho.2021.05.010. Epub 2021 Jun 6. PMID: 34091050. *Presented at World Conference on Lung Cancer 2020*

12. Patel DC, He H, Berry MF, Yang CJ, Trope WL, Wang Y, Lui NS, Liou DZ, **Backhus LM**, Shrager JB. Cancer diagnoses and survival rise as 65-year-olds become Medicare-eligible. *Cancer*. 2021 Mar 29;. doi: 10.1002/cncr.33498. [Epub ahead of print] PubMed PMID: 33778953. *Presented at ASCO Annual Meeting 2020*

13. Benson J, Bhandari P, Lui N, Berry M, Liou DZ, Shrager J, Ayers K, **Backhus LM**. Use of a Personalized Multimedia Education Platform Improves Preoperative Teaching for Lung Cancer Patients. *Semin Thorac Cardiovasc Surg*. 2021 Mar 9;. doi: 10.1053/j.semtcvs. 2021.03.003. [Epub ahead of print] PubMed PMID: 33711462. Presented at the *Society of Black Academic Surgeons Annual Meeting 2019*

14. Chiou SH, Tseng D, Reuben A, Mallajosyula V, Molina IS, Conley S, Wilhelmy J, McSween AM, Yang X, Nishimiya D, Sinha R, Nabet BY, Wang C, Shrager JB, Berry MF, **Backhus L**, Lui NS, Wakelee HA, Neal JW, Padda SK, Berry GJ, Delaidelli A, Sorensen PH, Sotillo E, Tran P, Benson JA, Richards R, Labanieh L, Klysz DD, Louis DM, Feldman SA, Diehn M, Weissman IL, Zhang J, Wistuba II, Futreal PA, Heymach JV, Garcia KC, Mackall CL, Davis MM. Global analysis of shared T cell specificities in human non-small cell lung cancer enables HLA inference and antigen discovery. *Immunity*. 2021 Mar 9;54(3):586-602.e8. doi: 10.1016/j.immuni.2021.02.014. PubMed PMID: 33691136.

15. Liou DZ, Patel DC, Bhandari P, Wren SM, Marshall NJ, Harris AH, Shrager JB, Berry MF, Lui NS, **Backhus LM**. Strong for Surgery: Association Between Bundled Risk Factors and Outcomes After Major Elective Surgery in the VA Population. *World J Surg*. 2021 Jun;45(6):1706-1714. doi: 10.1007/s00268-021-05979-8. Epub 2021 Feb 17. PMID: 33598723. *Presented at American College of Surgeons Clinica*l Congress 2018.

16. Liou DZ, Ramakrishnan D, Lui NS, Shrager JB, **Backhus LM**, Berry MF. Does Size Matter?
A National Analysis of the Utility of Induction Therapy for Large Thymomas. *J Thorac Dis.*
2020 Apr;12(4):1329-1341. doi: 10.21037/jtd.2020.02.63. PMID: 32395270

17. Yang CJ, Hurd J, Lui N, **Backhus L**, Liou D, Shrager J, D'Amico T, Berry M. A National
Analysis of Open vs Minimally Invasive Thymectomy for Stage I-III Thymoma. *J Thorac
Cardiovasc Surg.* 2020 Aug;160(2):555-567.e15. doi: 10.1016/j.jtcvs.2019.11.114. Epub
2019 Dec 14. PMID: 32245668 *Presented at the American Association for Thoracic Surgery
Annual Meeting 2019*

18. Binkley MS, Jeon Y, Nesselbush M, Moding EJ, Nabet B, Almanza DS, Yoo C, Kurtz D,
Owen S, **Backhus L**, Berry MF, Shrager JB, Ramchandran K, Padda S, Das M, Neal JW,
Wakelee HA, Alizadeh AA, Loo BW, Diehn M. KEAP1/NFE2L2 mutations to predict local
recurrence after radiotherapy but not surgery in localized non-small cell lung cancer. *Cancer
Discovery.* 2020 Dec;10(12):1826-1841. doi: 10.1158/2159-8290.CD-20-0282.Epub 2020
Oct 18. *Presented at AACR Special conference on Radiation Science and Medicine 2020*

19. Bryan D, Ferguson M, and members of the **Delphi Lobectomy Cooperative**. A Consensus
for Thoracoscopic Left Upper Lobectomy-Essential Components and Targets for Simulation.
*Ann Thorac Surg. 2020 Oct 27:S0003-4975(20)31739-2. doi:10.1016/j.athoracsur.
2020.06.152.*

20. Patel DC, Berry MF, Bhandari P, **Backhus LM**, Raees S, Trope W, Nash A, Lui NS, Liou
DZ, Shrager JB. Paradoxical Motion on Sniff Test Predicts Greater Improvement Following
Diaphragm Plication. *Ann Thorac Surg.* 2020 Oct 5;. doi:
10.1016/j.athoracsur.2020.07.049. [Epub ahead of print] PubMed PMID: 33031777

21. Yang CJ, Wang Y, Raman V, Lui N, **Backhus L**, Shrager J, Berry M, Liou D. A National
Analysis of Treatment Patterns and Outcomes for Patients 80 Years or Older with
Esophageal Cancer. *Semin Thorac Cardiovasc Surg.* 2020 Sep 22;. doi:
10.1053/j.semtcvs.2020.09.004. [Epub ahead of print] PubMed PMID: 32977014. *Presented
at the Western Society of Thoracic Surgeons Annual Meeting 2019*

22. Williams K, Bajaj S, Hironaka C, Wang H, O'Donnell C, Sanchez M, Boyd J, Kane L,
**Backhus L**. Women in Thoracic Surgery Scholarship Program: Impact on Career Outcomes
and interest in CT Surgery. *Ann Thorac Surg.* 2020 Sep 19;. doi:
10.1016/j.athoracsur.2020.07.020. [Epub ahead of print] PubMed PMID: 32961134.
*Presented at the Society of Thoracic Surgeons Annual Meeting 2020*

23. Crown A, Berry C, Khabele D, Fayanju OM, Cobb A, **Backhus L**, Smith R, Sweeting R,
Hasson R, Johnson-Mann C, Oseni T, Newman EA, Turner P, Karpeh M, Pugh C, Jordan
AH, Henry-Tillman R, Joseph KA. The Role of Race and Gender in the Career Experiences
of Black/African-American Academic Surgeons: A Survey of the Society of Black Academic
Surgeons and a Call to Action. *Ann Surg.* 2021 May 1;273(5):827-831. doi:
10.1097/SLA.0000000000004502. PMID: 32941287

24. Yang CJ, Hurd J, Shah SA, Liou D, Wang H, **Backhus LM**, Lui NS, D'Amico TA, Shrager JB, Berry MF. A national analysis of open versus minimally invasive thymectomy for stage I to III thymoma. J Thorac Cardiovasc Surg. 2020 Aug;160(2):555-567.e15. doi: 10.1016/j.jtcvs.2019.11.114. Epub 2019 Dec 14. PubMed PMID: 32245668. *Presented at the American Association for Thoracic Surgery Annual Meeting 2019*

25. Lui NS, Benson J, He H, Imielski BR, Kunder CA, Liou DZ, **Backhus LM**, Berry MF, Shrager JB. Sub-solid lung adenocarcinoma in Asian versus Caucasian patients: different biology but similar outcomes. *J Thorac Dis*. 2020 May;12(5):2161-2171. doi: 10.21037/jtd.2020.04.37. PMID: 32642121 *Presented at EACTS 2018*

26. Berry C, Khabele D, Johnson-Mann C, Henry-Tillman R, Joseph K, Turner P, Pugh C, Fayanju O, **Backhus L**, Sweeting R, Newman E, Oseni T, Hasson R, White C, Cobb A, Johnston F, Stallion A, Karpeh M, Nwariaku F, Rodriguez L, Hayes- Jordan A. A Call to Action: Black/African American Women Surgeon Scientists, Where are They? Ann Surg. 2020 Mar 20. doi: 10.1097/SLA.0000000000003786. PMID: 32209893

27. Sholtis C, Teymourtash M, Berry M, **Backhus L**, Bhandari P, He H, Benson J, Wang YY, Yevudza E, Lui N, Shrager J. Transcervical Thymectomy is the Most Cost-Effective Surgical Approach in Myasthenia Gravis. Ann Thorac Surg. 2020 Mar 2. pii: S0003-4975(20)30265-4. doi: 10.1016/j.athoracsur.2020.01.047. *Presented at the American Association for Thoracic Surgery Annual Meeting 2019*

28. Yang CJ, Brown AB, Deng JZ, Lui NS, **Backhus LM**, Shrager JB, D'Amico TA, Berry MF. The Oldest Old: A National Analysis of Outcomes for Patients 90 Years or Older with Non-small-cell Lung Cancer. *Ann Thorac Surg*. 2019 Nov 12. pii: S0003-4975(19)31582-6. doi: 10.1016/j.athoracsur.2019.09.027. *Presented at the Society of Thoracic Surgeons Annual Meeting 2019.*

29. Titan AL, He H, Lui N, Liou D, Berry M, Shrager JB, **Backhus LM**. The influence of hormone replacement therapy on lung cancer incidence and mortality. *J Thorac Cardiovasc Surg*. 2019 Nov 5; doi: 10.1016/j.jtcvs.2019.10.070. [Epub ahead of print] PubMed PMID: 31866083. *Presented at the American Association for Thoracic Surgery Annual Meeting 2019*

30. Pompili C, Edwards M, Bhandari P, Novoa N, Hasegawa S, Yoshino I, Chida M, Brunelli A, Naunheim K, **Backhus L**. STS, ESTS and JACS survey on surveillance practices after surgical resection of lung cancer. Interact Cardiovasc Thorac Surg. 2019 Jul 9;. doi: 10.1093/icvts/ivz149. [Epub ahead of print] PubMed PMID: 31289810

31. Colwell E, Benson J, Bhandari P, He H, Shrager J, Lui N, Berry M, **Backhus L**. Differences in optimal timing of post-surgical surveillance for limited stage lung cancer patients and associations with outcomes. *Precis Cancer Med* 2019;2:31. *Presented at World Conference on Lung Cancer 2018.*

32. Shaffer R, **Backhus L**, Finnegan MA, Remington AC, Kwong JZ, Curtin C, Hernandez-Boussard T. Thirty-day unplanned postoperative inpatient and emergency department visits following thoracotomy. *J Surg Res*. 2018 Oct;230:117-124. doi: 10.1016/j.jss.2018.04.065. Epub 2018 May 25. PubMed PMID: 30100026.

33. Graf SA, Zeliadt SB, Rise PJ, **Backhus LM**, Zhou XH, Williams EC. Unhealthy alcohol use is associated with postoperative complications in veterans undergoing lung resection. *J Thorac Dis*. 2018 Mar;10(3):1648-1656. doi: 10.21037/jtd.2018.02.51. PubMed PMID: 29707317; PubMed Central PMCID: PMC5906255

34. Richardson MT, **Backhus LM**, Berry MF, Vail DG, Ayers KC, Benson JA, Bhandari P, Teymourtash M, Shrager JB. Intraoperative costs of video-assisted thoracoscopic lobectomy can be dramatically reduced without compromising outcomes. *J Thorac Cardiovasc Surg*. 2018 Mar;155(3):1267-1277.e1. doi: 10.1016/j.jtcvs.2017.08.146. Epub 2017 Nov 13. PMID: 29224839

35. Liou DZ, **Backhus LM**, Lui NS, Shrager JB, Berry MF. Induction therapy for locally advanced distal esophageal adenocarcinoma: Is radiation Always necessary? *J Thorac Cardiovasc Surg*. 2018 Feb 9. pii: S0022-5223(18)30309-X. doi:10.1016/j.jtcvs.2017.12.136. PMID:29530567

36. Gao RW, Berry MF, Khuong A, Neal JW, **Backhus LM**, Shrager JB. Survival and Risk Factors for Progression after Resection of the Dominant Tumor in Multifocal, Lepidic-type Pulmonary Adenocarcinoma. *JTCVS* 2017 (*in press*). *Poster presented at AATS Annual Meeting 2016*

37. Donington JS, Kim YT, Tong B, Moreira AL, Bessich J, Weiss KD, Colson YL, Wigle D, Osarogiagbon RU, Zweig J, Wakelee H, Blasberg J, Daly M, **Backhus L**, Van Schil P. Progress in the Management of Early-Stage Non-Small Cell Lung Cancer in 2017. *J Thorac Oncol*. 2018 Jun;13(6):767-778. doi: 10.1016/j.jtho.2018.04.002. Epub 2018 Apr 12. Review. PubMed PMID: 29654928.

38. Reinke LF, Vig EK, Tartaglione EV, **Backhus LM**, Gunnink E, Au DH. Protocol and pilot testing: The feasibility and acceptability of a nurse-led telephone-based palliative care intervention for patients newly diagnosed with lung cancer. *Contemp Clin Trials*. 2017 Nov 23;64:30-34. doi: 10.1016/j.cct.2017.11.013. [Epub ahead of print] PubMed PMID: 29175560.

39. Newman TA, Takasugi JE, Matute-Bello G, Virgin JB, **Backhus LM**, Adamson R. Occam's Razor versus Hickam's Dictum. *Ann Am Thorac Soc*. 2017 Nov;14(11):1709-1713. doi: 10.1513/AnnalsATS.201701-087CC. PubMed PMID: 29090995.

40. Gao RW, Berry MF, Kunder CA, Khuong AA, Wakelee H, Neal JW, **Backhus LM**, Shrager JB. Survival and risk factors for progression after resection of the dominant tumor in multifocal, lepidic-type pulmonary adenocarcinoma. *J Thorac Cardiovasc Surg*. 2017 Aug

1. pii: S0022-5223(17)31576-3. doi: 10.1016/j.jtcvs.2017.07.034. [Epub ahead of print]
PMID: 28863952

41. Berry MF, Gao R, Kunder CA, **Backhus L**, Khuong A, Kadoch M, Leung A, Shrager J.
Presence of Even a Small Ground-Glass Component in Lung Adenocarcinoma Predicts
Better Survival. *Clin Lung Cancer*. 2017 Jul 8. pii: S1525-7304(17)30207-3. doi:
10.1016/j.cllc.2017.06.020. PMID: 28743420

42. Olufajo OA, Adler JT, Yeh H, Zeliadt SB, Hernandez RA, Tullius SG, **Backhus L**, Salim A.
Disparities in kidney transplantation across the United States: Does residential segregation
play a role? *Am J Surg*. 2017 Jan 2. pii: S0002-9610(16)31157-6. doi:
10.1016/j.amjsurg.2016.10.034. PMID:28228248. *Presented at Society of Black Academic
Surgeons 26th Annual Scientific Session 2016*

43. Demos DS, Berry MF, **Backhus LM**, Shrager JB. Video-assisted thoracoscopic diaphragm
plication using a running suture technique is durable and effective. *J Thorac Cardiovasc
Surg*. 2016 Dec 21. pii: S0022-5223(16)31801-3. doi: 10.1016/j.jtcvs.2016.11.062.
PMID:28087113.  *Presented at Western Thoracic Surgical Association 2016*

44. Reinke LF, Feemster LC, **Backhus LM**, Gylys-Colwell I, Au DH. Assessment and
Management of Symptoms for Outpatients Newly Diagnosed With Lung Cancer. *Am J Hosp
Palliat Care*. 2016 Mar;33(2):178-83. doi: 10.1177/1049909114557635. 2014 Nov 5.
PMID:25376224. *Presented at American Thoracic Society Annual Meeting 2013*

45. **Backhus LM**, Zeliadt SB, Reinke L, Rue T, Au DH. One Size Does Not Fit All: Differences
in Quality Of Life And Survivorship Among Lung, Colon, Breast And Prostate Cancer
Patients. *Nurs Palliat Care*. 2016 Feb;1(2): 28-32. doi: 10.15761/NPC.1000107.  *Poster
presented at the Society of Black Academic Surgeons 2014*

46. Flanagan MR, Varghese TK Jr, **Backhus LM**, Wood DE, Mulligan MS, Cheng AM, Flum
DR, Farjah F. Gaps in Guideline-Concordant Use of Diagnostic Tests Among Lung Cancer
Patients. *Ann Thorac Surg.* 2015 Dec;100(6):2006-12. doi: 10.1016/j.athoracsur.2015.08.010.
Epub 2015 Oct 24. PMID: 26507425

47. **Backhus LM**, Farjah F, Liang CJ, He H, Varghese TK Jr, Au DH, Flum DR, Zeliadt
SB. Imaging surveillance and survival for surgically resected non-small-cell lung cancer. *J
Surg Res.* 2015 Jun 25. doi: 10.1016/j.jss.2015.06.048. PMID: 26231974. *Poster Presented
at STS 2015*

48. Farjah F, **Backhus LM**, Varghese TK, Manning JP, Cheng AM, Mulligan MS, Wood DE.
External validation of a prediction model for pathologic N2 among patients with a negative
mediastinum by positron emission tomography. *J Thorac Dis.* 2015 Apr;7(4):576-84. doi:
10.3978/j.issn.2072-1439.2015.02.09. PMID: 25973222. *Presented at AATS Annual Meeting
2014*

49. Farjah F, **Backhus L**, Cheng A, Englum B, Kim S, Chaudhuri S, Wood D, Mulligan M, Varghese T. Failure-To-Rescue And Pulmonary Resection For Lung Cancer. *J Thorac Cardiovasc Surg*. 2015 Feb 11. pii: S0022-5223(15)00126-9. doi: 10.1016/j.jtcvs.2015.01.063. PMID: 25791948. *Presented at WTSA 2014*

50. Mollberg NM, Farjah F, Howell E, Ortiz J, **Backhus L**, Mulligan MS. Impact of primary caregivers on long-term outcomes after lung transplantation. *J Heart Lung Transplant*. 2015 Jan;34(1):59-64. doi: 10.1016/j.healun.2014.09.022. Epub 2014 Sep 28. PMID: 25447578. *Presented at ISHLT 2014*

51. **Backhus LM**, Farjah F, Zeliadt S, Varghese TK, Cheng A, Kessler L, Au D, Flum D. Predictors of Imaging Surveillance for Surgically Treated, Early-Stage Lung Cancer. *Ann Thorac Surg*. 2014 Dec;98(6):1944-51; discussion 1951-2. doi: 10.1016/j.athoracsur.2014.06.067. Epub 2014 Oct 3. PMID: 25282167. *Presented at STS 2014*

52. **Backhus LM**, Farjah F, Varghese TK, Cheng A, Zhou A, Wood DE, Kessler L, Zeliadt SB. Appropriateness of Imaging in Lung Cancer in a National Cohort. *J Clin Oncol*. 2014 Oct 20;32(30):3428-35. doi: 10.1200/JCO.2014.55.6589. Epub 2014 Sep 22. PMID: 25245440. *Presented at ASCO Annual Meeting 2013*

53. Farjah F, Varghese T, Mulligan M, Wood D, Cheng A, Alfonso-Cristancho R, Flum D, **Backhus L**. 90-Day Costs Associated with VATS and Open Lobectomy. *Ann Thorac Surg*. 2014 Jul;98(1):191-6. doi: 10.1016/j.athoracsur.2014.03.024. Epub 2014 May 10. PMID: 24820393. *Presented at STS 2014*

54. Farjah F, Varghese TK, Costas K, Krishnadasan B, Farivar AS, Hubka M, Louie BE, **Backhus LM**, Chong N, Gordon J, Cheng AM, He H, Flum DR, Low D, Aye R, Vallieres E, Mulligan MS, Wood DE. Lung Resection Outcomes and Costs in Washington State: A Case for Regional Quality Improvement. *Ann Thorac Surg*. 2014 Jul;98(1):175-81; discussion 182. doi: 10.1016/j.athoracsur.2014.03.014. Epub 2014 May 1. PMID: 24793691. *Presented at STS 2014*

55. **Backhus L**, Sargent J, Cheng A, Zeliadt S, Wood D, Mulligan M. Outcomes in Lung Transplantation Following Prior Lung Volume Reduction Surgery in a Contemporary Cohort. *J Thorac Cardiovasc Surg*. 2014 May;147(5):1678-1683.e1. doi: 10.1016/j.jtcvs.2014.01.045. Epub 2014 Feb 5. PMID: 24589202. *Presented at WTSA 2013.*

56. Zeliadt SB, Loggers ET, Slatore CG, Au DH, Hebert PL, Klein GJ, Kessler LG, **Backhus LM**. Preoperative PET and the Reduction of Unnecessary Surgery Among Newly Diagnosed Lung Cancer Patients in a Community Setting. *J Nucl Med*. 2014 Mar;55(3):379-85. doi: 10.2967/jnumed.113.124230. Epub 2014 Jan 21. PMID: 24449594. *Presented at Academy Health 2014*

57. Mollberg NM, Bennette C, Howell E, **Backhus LM**, Ferguson MK. Lymphovascular invasion as a prognostic indicator in stage I non small cell lung cancer: A systematic review

and meta analysis. *Ann Thorac Surg*. 2014 Mar;97(3):965-71. doi: 10.1016/j.athoracsur.2013.11.002. Epub 2014 Jan 11. Review. PMID: 24424014. *Presented at ASCO Annual Meeting Proceedings 2013*

58. **Backhus LM**, Hayanga AJ, Au D, Zeliadt SB. The Effect of Provider Density on Lung Cancer Survival Among Blacks and Whites in the United States. *J Thorac Oncol*. 2013 May;8(5):549-53. doi: 10.1097/JTO.0b013e318287c24c. PMID: 23446202. *Presented at SBAS Annual Meeting 2011*

59. Hayanga AJ, Zeliadt S, **Backhus LM**. Residential Segregation and Lung Cancer Mortality in the United States. *JAMA Surg*. 2013 Jan;148(1):37-42. doi: 10.1001/jamasurgery.2013.408. PMID: 23324839. *Presented at the Clinical Congress of the American College of Surgeons 2011.*

60. Zeliadt SB, Sekaran NK, Hu E, Slatore CC, Au DH, **Backhus LM**, Wu DY, Crawford J, Lyman G, Dale DC. Comparison of Demographic Characteristics, Surgical Resection Patterns and Survival Outcomes for Veterans and Non-Veterans with Non-Small Cell Lung Cancer in the Pacific Northwest. *J Thorac Oncol*. 2011 Oct;6(10):1726-32. doi: 10.1097/JTO.0b013e31822ada77. PMID: 21857253

61. Salim A, Hannon M, Brown C, Hadjizacharia P, **Backhus L**, Teixeira PG, Chan LS, Ford H. Intracranial pressure monitoring in severe isolated pediatric blunt head trauma. *Am Surg*. 2008 Nov;74(11):1088-93. PMID: 19062667

62. **Backhus LM**, Bremner RM. Images in Clinical Medicine. Intrathoracic splenosis following remote trauma. *N Engl J Med*. 2006 Oct 26;355(17):1811. PMID: 17065643

63. **Backhus LM**, Sievers EM, Lin Y, Castanos R, Bart RD, Starnes VA, Bremner RM. Peri-operative COX-2 inhibition reduces tumor cell adhesion and metastatic potential of circulating tumor cells in NSCLC. *J Thorac Cardiovasc Surg*. 2006 Aug;132(2):297-303. PMID: 16872953

64. **Backhus LM**, Petasis NA, Uddin J, Schönthal AH, Bart RD, Lin Y, Starnes VA, Bremner RM. Di-methyl-celecoxib as a novel non-COX-2 therapy in the treatment of non-small cell lung cancer. *J Thorac Cardiovasc Surg*. 2005 Nov;130(5):1406-12. PMID*: 16256796*

65. **Backhus LM**, Sievers EM, Schenkel FA, Barr ML, Cohen RG, Smith M, Starnes VA, Bremner RM. Pleural Space Problems Following Living Lobar Transplantation. *J Heart Lung Transplant*. 2005 Dec;24(12):2086-90. PMID**:** 16364854

66. Sievers EM, Bart RD, **Backhus LM**, Lin Y, Starnes M, Castanos R, Starnes VA, Bremner RM. Evaluation of cyclooxygenase-2 inhibition in an orthotopic murine model of lung cancer for dose-dependent effect. *J Thorac Cardiovasc Surg*. 2005 Jun;129(6):1242-9. PMID:15942563

67. **Fuller, LM**, Huprich J, Theisen J, Hagen J, Crookes P, DeMeester T, DeMeester S, Bremner C, Peters J. Abnormal esophageal body function: radiographic-manometric correlation. *Am Surg.* 65(10):911-4, 1999 Oct. PMID: 10515533

**Peer Reviewed: Other Publications**

*In Press*

1. Entwistle JW, Drake DH, Fenton KN, Smith MA, Sade RM, for the **Cardiothoracic Ethics Forum.** Normothermic Regional Perfusion: Ethical Issues in Thoracic Organ Donation. *Annals* 2022

2. **Backhus LM**, Chang CF, Sakoda LC, Chambers SR, Henderson LM, Henschke C, Hollenbeck G, Jacobson FL, Martin LW, Proctor ED, Schiller JH, Siegfried JM, Wisnivesky JP, Wolf AS, Jemal A, Kelly K, Sandler KL, Watkins PN, Smith RA, Rivera MP. NLCRT Lung Cancer in Women Strategic Plan Manuscript Submission. *Cancer* 2022

*Published*

1. Byrd CT, Williams KM, **Backhus LM**. A brief overview of thoracic surgery in the United States. *J Thorac Dis.* 2022 Jan;14(1):218-226. doi: 10.21037/jtd-21-1504. Review. PMID: 35242386

2. Baiu I, Titan AL, Martin LW, Wolf A, **Backhus L**. The role of gender in non-small cell lung cancer: a narrative review. J Thorac Dis. 2021 Jun;13(6):3816-3826. doi: 10.21037/jtd-20-3128. PMID: 34277072

3. Elliott I, Gonzalez C, **Backhus L**, Lui N Social Disparities in Lung Cancer. *Thorac Surg Clin*. 2022 Feb;32(1):33-42. doi: 10.1016/j.thorsurg.2021.09.009.PMID: 34801193

4. Williams KM, **Backhus LM**. Moving the Needle…Evidence of Durability of Impact. *Ann Thorac Surg*. 2021 Mar 23;. doi: 10.1016/j.athoracsur.2021.01.086. [Epub ahead of print] PubMed PMID: 33766520.

5. Williams KM, **Backhus LM**. Seeing is Believing. *Ann Thorac Surg*. 2021 Feb 10;. doi: 10.1016/j.athoracsur.2020.12.065. [Epub ahead of print] PubMed PMID: 33581155.

6. Pompili C, Brulls A, Elswick E, Masschelein K, **Backhus L.** Women in thoracic surgery: lesson learned from medical industry partners. *J Thorac Dis*. 2021 Jan;13(1):485-491. doi: 10.21037/jtd-2020-wts-02.PMID: 33569236

7. Preventza O, **Backhus L**. US women in thoracic surgery: reflections on the past and opportunities for the future. *J Thorac Dis*. 2021 Jan;13(1):473-479. doi: 10.21037/jtd.2020.04.13.PMID: 33569234

8. Pompili C, **Backhus L**. Time for change: women leading in cardiothoracic surgery, a global perspective. *J Thorac Dis*. 2021 Jan;13(1):430-431. doi: 10.21037/jtd-2020-wts-01.

9. Antonoff MB, Mitzman B, **Backhus L**, Bradbury ST, Chatterjee S, Cooke DT, Crestanello J, Goldstone AB, Kim KM, Nguyen TC, Romano JC, Vaporciyan AA, Varghese Jr. TK. Society of Thoracic Surgeons (STS) Virtual Conference Taskforce: Recommendations for Hosting a Virtual Surgical Meeting. *Ann Thorac Surg. 2021 Jan;111(1):16-23. doi: 10.1016/j.athoracsur.2020.10.008. Epub 2020 Nov 1. PMID: 33137298*

10. Antonoff M, **Backhus L**, Boffa DJ, Broderick SR, Brown LM, Carrott P, Clark JM, Cooke D, David E, Facktor M, Farjah F, Grogan E, Isbell J, Jones DR, Kidane B, Kim AW, Keshavjee S, Krantz S, Lui N, Martin L, Meguid RA, Meyerson SL, Mullett T, Nelson H, Odell DD, Phillips JD, Puri V, Rusch V, Shulman L, Varghese TK, Wakeam E, Wood DE.COVID-19 guidance for triage of operations for thoracic malignancies: A consensus statement from Thoracic Surgery Outcomes Research Network. *J Thorac Cardiovasc Surg*. 2020 Aug;160(2):601-605. doi: 10.1016/j.jtcvs.2020.03.061. Epub 2020 Apr 9. PubMed PMID: 32689703; PubMed Central PMCID: PMC7146695.

11. Guenthart BA, **Backhus LM**, Lui NS. Commentary: Lung Cancer Outcomes Reporting Within the VA System: Room for Improvement. *Semin Thorac Cardiovasc Surg*. 2020 Jun 20;. doi: 10.1053/j.semtcvs.2020.06.008. [Epub ahead of print] PubMed PMID: 32569647.

12. **Backhus LM**. Transitioning from VATS to robotic lobectomy. *Video-assist Thorac Surg* 2020. doi: 10.21037/vats.2020.01.09

13. **Backhus LM**, Kpodonu J, Romano JC, Pelletier G, Preventza O, Cooke DT. An Exploration of Myths, Barriers and Strategies for Improving Diversity Among STS Members. *Ann Thorac Surg*. 2019 Oct 5. pii: S0003-4975(19)31552-8. doi: 10.1016/j.athoracsur.2019.09.007. [Epub ahead of print]PMID:31593654

14. Erhunmwunsee L, **Backhus LM**, Godoy L, Edwards MA, Cooke DT. Report from the Workforce on Diversity and Inclusion-The Society of Thoracic Surgeons Members' Bias Experiences. *Ann Thorac Surg*. 2019 Nov;108(5):1287-1291. doi: 10.1016/j.athoracsur.2019.08.015. Epub 2019 Sep 11. PMID:31520637

15. Nezhat C, Lindheim SR, **Backhus L**, Vu M, Vang N, Nezhat A, Nezhat. C Thoracic Endometriosis Syndrome: A Review of Diagnosis and Management. *JSLS*. 2019 Jul-Sep;23(3). pii: e2019.00029. doi: 10.4293/JSLS.2019.00029. Review. PMID: 31427853

16. **Backhus LM**, Lui N, Cooke DT, Bush E, Enumah Z, Higgins R. Unconscious Bias: Addressing the Hidden Impact on Surgical Education. *Thorac Surg Clin. 2019* Aug;29(3):259-267. doi: 10.1016/j.thorsurg.2019.03.004. Epub 2019 May 17. Review. PMID: 31235294

17. **Backhus LM**, Fann BE, Hui DS, Cooke DT, Berfield KS, Moffatt-Bruce SD. Culture of Safety and Gender Inclusion in Cardiothoracic Surgery. *Ann Thorac Surg*. 2018 Aug 15. pii: S0003-4975(18)31157-3. doi: 10.1016/j.athoracsur.2018.07.011. PubMed PMID: 30120943.

18. Pompili C, Absolom K, Velikova G, **Backhus L**. Patients Reported Outcomes in Thoracic Surgery. *J Thorac Dis*. 2018 Feb;10(2):703-706. doi: 10.21037/jtd.2018.01.140. PMID:29607138

19. **Backhus LM**, Mulligan MS, Ha R, Shriki JE, Mohammed TL. Imaging in Lung Transplantation: Surgical Considerations of Donor and Recipient. *Radiol Clin North Am*. 2016 Mar;54(2):339-53. doi: 10.1016/j.rcl.2015.09.013. Epub 2015 Dec 23. Review. PMID:26896228

20. **Backhus LM**, Wood DE. Management of centrally located non-small-cell carcinoma. *Oncology* (Williston Park). 2014 Mar; 28(3):215-21. PMID: 24855729

21. **Backhus L**, Bastawarous S, Bhargava P, Mulligan M, Varghese T. Radiographic Evaluation of the Patient with Lung Cancer: Surgical Implications of Imaging. *Curr Probl Diagn Radiol.* 2013 May-Jun;42(3):84-98. doi: 0.1067/j.cpradiol.2012.08.001. Review. PMID: 23683850

**Published Abstracts:**

1. Tseng D, Chiou S, Yang X, Reuben A, Wilhelmy J, McSween A, Conley S, Sinha R, Nabet B, Wang C, Shrager JB, Berry MF, **Backhus, L**, Lui N, Wakelee HA, Neal JW, Zhang J, Garcia K, Mackall C, Davis M. Discovery of a novel shared tumor antigen in human lung cancer. *Presented at ASCO Annual Meeting 2020*

3. Patel DC, He H, Berry MF, Yang CJ, Trope W, Lui N, Liou DZ, **Backhus LM**, Shrager JB. Cancer diagnoses and survival rise as 65-year-olds become Medicare-eligible. *Presented at ASCO Annual Meeting 2020*

4. **Backhus L**, Farjah F, Varghese T, Cheng A, He H, Flum D, Au D, Kessler L, Zeliadt S.  Is Specialty Provider Follow up Predictive of Adherence to Recommendations for Imaging Surveillance Following Lung Resection? *Poster presented at ACS Clinical Congress 2015. Journal of the American College of Surgeons*, October 2015 Volume 221: 4 Supplement 2, Page e28.

5. **Backhus LM**, Farjah F, Varghese TK, Cheng A, Zhou A, Wood DE, Kessler L, Zeliadt SB. Appropriateness of Imaging in Lung Cancer in a National Cohort. *ASCO Annual Meeting Abstracts* Jun 17, 2013:7246.

6. Hayanga AJ, Zeliadt S, Wood, DE, **Backhus LM**. The Association of Obesity, Smoking, and Access to Oncologic Services with Cancer Mortality in the US. *ASCO Annual Meeting Abstracts* Jun 9, 2011:6023.

7. Bading JR, Bremner RM, Sievers EM, Chen X, Bart RD, Park R, **Backhus LM**. Functional and marker MicroPET imaging in a murine model of orthotopic lung cancer. *Chest Meeting Abstracts* 2004 126: 748S-b-749S-b.

8. **Backhus LM**, Sievers EM, Bart RD, Lin Y, Starnes M, Starnes VA, Bremner RM. Selective COX-2 Blockade Inhibits Lung Adenocarcinoma Cell Migration in vitro. *Chest Meeting Abstracts* 2004 126: 731S-a.

**9.** Sievers EM, Bart RD, **Backhus LM**, DiPerna CA, Starnes VA, Bremner RM. Cyclooxygenase-2 inhibition in combination with an Epidermal Growth Factor Receptor Tyrosine Kinase Inhibitor in an Orthotopic Model of Lung Adenocarcinoma: Absence of Synergy. *ASCO Annual Meeting Abstracts* Sep 3, 2004:7362

**Posters/Oral Presentations:**

1. Disparity in Risk of Second Primary Lung Cancer Among Lung Cancer Patients in the United States" *Poster presentation at AACR-Disparity 2021.*

2. Titan AL, Okhilu J, Nesbit S, Baiu I, Lui N, Berry M, Shrager J, **Backhus L**. Screening mammography as a missed opportunity for lung cancer screening among high-risk women. *Pacific Coast Surgical Association Annual Meeting 2022*

3. Olive JK, Robinson JA, Brescia AA, Han JJ, Haney JC, Forbess JM, Varghese Jr TK, **Backhus LM**, Cooke DT, Preventza OA. Demographics of Integrated Thoracic Surgery Applicants and Residents: Is There a Leaky Pipeline? *Presented at the Southern Thoracic Surgical Association Annual Meeting 2021*

4. Okhiulu JO, Titan AL, Nesbit S, Lui NS, Liou D, Berry M, Shrager JB, **Backhus LM**. Quantifying screening mammography as a potential missed opportunity to improve lung cancer screening among high risk women. *Presented at the Society of Thoracic Surgeons Annual Meeting 2021.*

5. Lui N, Trope W, Guo HH, Gifford K, Bhandari P, Benson J, Liou D, **Backhus L**, Berry M, Shrager J. 3D Printed Model of the Mediastinum for Cardiothoracic Surgery Resident Education. *Presented at the American College of Surgeons Clinical Congress 2020*

6. Su C, Wu J, Neal J, Popat R, **Backhus L**, Leung A, Nagpal S, Wakelee HA, Han S. Impact of Low-Dose CT Screening for Primary Lung Cancer on Subsequent Risk of Brain Metastasis: Secondary Analysis of NLST. *Presented at World Conference on Lung Cancer 2020*

7. Patel DC, Bhandari P,Shrager JB, Berry MF, **Backhus LM**, Lui NS, Liou DZ. Concurrent Lung Resection during Esophagectomy does not Increase Perioperative Morbidity or Mortality. *Presented at the American College of Surgeons Clinical Congress 2020*

8. Benson J, Bhandari P, Lui N, Berry M, Liou D, Shrager J, Ayers K, **Backhus L**.
Incorporation of a Multimedia Education Platform Improves Peri-operative Teaching for
Lung Cancer Patients. *Presented at the Western Thoracic Surgical Association Annual
Meeting 2020*

9. Baiu I, Bhandara P, Titan A, Wang Y, Liou DZ, Lui NS, Shrager JB, Berry MF, **Backhus
LM**. Impact of Timing of Surgery on Outcomes as Part of Multimodality Treatment for
Malignant Pleural Mesothelioma. *Presented at the American Association of Thoracic
Surgery Annual Meeting 2020*

10. Williams K, Wang H, Bajaj S, O'Donnell C, Sanchez M, Hironaka C, **Backhus L**, Boyd J.
Gender Disparities in Academic Cardiothoracic Surgery. *Presented at the American Heart
Association Annual Meeting 2020*

11. Yang CJ, Wang Y, He H, Liou D, Lui N, Berry M, Shrager J, **Backhus L**. A National
Evaluation of Short-term and Intermediate-term Readmission after Esophagectomy.
*Presented at the American College of Surgeons Clinical Congress 2019*

12. Benson J, Ayers K, Lee A, Dejesus-Cortez A, Lui N, Berry M, Shrager J, **Backhus L**.
Development of an Innovative Multimedia Educational Platform to Improve Patient
Education in The Peri-Operative Setting. Presented at the *Society of Black Academic
Surgeons Annual Meeting 2019*

13. Titan A, He H, Lui N, Liou D, Berry M, Shrager J, **Backhus L**. An Examination of Hormone
Replacement Therapy and Reproductive History on Lung Cancer Incidence and Mortality in
the Prostate, Lung, Colorectal, and Ovarian Cancer Screening Trial. *Presented at the
American Association for Thoracic Surgery Annual Meeting 2019*

14. Odell DD, Cooke DT, Meguid R, **Backhus L**, Krantz S, Varghese T; Bilimoria K.
Development of Consensus Measures of Lung Cancer Quality through a Modified Delphi
Process. *Presented at the Society of Thoracic Surgeons Annual Meeting 2019*

15. Yang CF, Brown AB, Liou DZ, Lui NS, **Backhus LM**, D'Amico TA, Shrager JB, Berry MF
The Oldest Old: A National Analysis of Outcomes for Patients 90 Years or Older with Non-
small-cell Lung Cancer. *Presented at the Society of Thoracic Surgeons Annual Meeting 2019*

16. Yang CJ, Deng J, Wang X, Lui N, **Backhus L**, Shrager J, D'Amico T, Berry M. A National
Analysis on the Impact of VATS Procedural Volume on Thoracoscopic Lobectomy
Outcomes. *Presented at the Society of Thoracic Surgeons Annual Meeting 2019*

17. Yang CJ, Shah S, Demos D, **Backhus L**, Lui N, D'Amico T, Berry M. Long-term Survival
after Surgery versus Chemoradiation for Proximal Esophageal Squamous Cell Carcinoma.
*Presented at American Association for Thoracic Surgery 2018.*

18. Liou DZ, Bhandari P, Shrager JB, Lui NS, **Backhus LM**, Berry MF. Impact of Chemotherapy Use and Timing on Survival in Patients Who Have Surgical Resection of Epithelial Mesothelioma. *Presented at American Association for Thoracic Surgery 2018.*

19. Pompili C, Edwards M, Bhandari P, Naunheim K, Novoa N, Brunelli A, **Backhus L**. Post Resection Lung Cancer Surveillance: Comparisons of practice between STS, ESTS and JACS Members. *Presented at World Conference on Lung Cancer 2018.*

20. Colwell E, Bhandari P, Benson J, He H, Lui N, Berry M, Shrager J, **Backhus L.** Examination of optimal timing of post-surgical surveillance for early stage lung cancer patients and association with outcomes. *Presented at World Conference on Lung Cancer 2018.*

21. Lui NS, He, H, Imielski BR, Kunder C, Bhandari P, Benson J, **Backhus LM,** Berry MF, Shrager JB. Part-solid lung adenocarcinoma in Asians versus Caucasians: different biology but similar outcomes. *Presented at EACTS 2018.*

22. Liou DZ, Bhandari P, Marshall N, Sox-Harris AH, Fann J, Burdon TA, **Backhus LM**. Bundled Strong for Surgery (S4S) Optimization Targets Strongly Linked to Cardiac Surgery Outcomes. *Presented at American College of Surgeons Clinical Congress 2018.*

**23.** Liou DZ, Bhandari P, Marshall N, Sox-Harris AH, Wren S, Lui N, Berry M, Shrager J, **Backhus LM**. Bundled Preoperative Risk Factor Optimization has Potential for Greater Impact on Surgical Outcomes than Single Factors Alone. *Presented at Pacific Coast Surgical 2018.*

24. **Backhus L,** Bhandari P, Pompili C, Novoa N, Brunelli A, Naunheim K, Edwards M. Surgeon Practices for Post Resection Lung Cancer Surveillance: Comparisons of STS and ESTS Members. *Presented at the ACS 2017*

25. Liou D, **Backhus L**, Shrager J, Berry M. Induction Therapy for Locally Advanced Distal Esophageal Adenocarcinoma: Is Radiation Always Necessary? *Presented at AATS Annual Meeting 2017.*

26. Richardson MT, **Backhus LM**, Berry MF, Ayers KC, Lingala B, Teymourash M, Shrager JB. VATS Lobectomy can be Performed at Dramatically Lower Cost by Cost-conscious Surgeons, with no Impact on Outcome? *Presented at AATS Annual Meeting 2017.*

27. **Backhus L**, Ferrara L, Reinke L, Au D, Zeliadt S, Edwards T. The importance of patient recall within cancer survivorship care for improved post-treatment surveillance in lung cancer survivors. *Poster presented at the International Association for the Study of Lung Cancer: World Conference on Lung Cancer 2016*

28. Gao RW, Berry MF, Khuong A, Neal JW, **Backhus LM**, Shrager JB. Risk Factors for Progression of Ground Glass Opacities in Patients with Resected Pulmonary Adenocarcinoma. *Poster presented at AATS Annual Meeting 2016*

29. Olufajo OA, Adler JT, Yeh H, **Backhus L**, Salim A. Disparities in Kidney Transplantation across the United States: Does Residential Segregation Play a Role? *Society of Black Academic Surgeons 26th Annual Scientific Session 2016*

30. Shaffer R, Tsai C, **Backhus LM**, Curtin C, Hernandez-Boussard T. Identification of targets to improve return to Emergency Room and Hospital Readmission among patients undergoing thoracotomy procedures. *Poster presented at American Thoracic Society 2016*

**31.** **Backhus LM**, Farjah F, Zhou A, Kessler L, Zeliadt SB. Profiling Hospital Performance: Adherence to Guidelines for Perioperative Lung Cancer Imaging. *Poster presented at the International Association for the Study of Lung Cancer: World Conference on Lung Cancer 2013 and the ACS Clinical Congress 2014*

32. **Backhus LM**, Zeliadt SB, Reinke LF, Rue T, Au DH.  One Size Does Not Fit All: Differences In Quality Of Life And Survivorship Among Lung, Colon, Breast And Prostate Cancer Patients. *Poster presented at the Society for Black Academic Surgeons Annual Meeting 2014*

**33.** Flanagan MR, Varghese TK, **Backhus LM**, Wood DE, Mulligan MS, Cheng A, Alfonso-Cristancho R, Flum D, Farjah F. Process-of-Care Utilization in Lung Cancer Surgery.  *Oral Presentation at ACS Clinical Congress 2014.*

34. Zeliadt SB, **Backhus LM**, Hebert PL, Liu CF, Reinke LF, Takasugi JE, Au D. Intensity of Diagnostic Chest CT Imaging and False Positive Lung Cancer Rates Before the Introduction of Lung Cancer Screening in VA. *Presented at Academy Health Annual Research Meeting; 2014*

35. Zeliadt SB, Makarov DV, Au DH, Zhou XA, **Backhus LM**. Frequency of unnecessary imaging prior to Choosing Wisely among Veterans diagnosed with low-risk cancer. *Presented at Academy Health 2014*

36. Mollberg N, Farhood F, Howell E, Ortiz J, **Backhus L**, and Mulligan M. The Impact of Primary Caregivers on Long-term Outcomes after Lung Transplantation.  *Presented at ISHLT 2014*

**37.** Farjah F, **Backhus LM**, Varghese TK, Manning JP, Cheng AM, Mulligan MS, Wood DE. External Validation of a Prediction Model for Pathologic N2 in Radiographically Early-Stage Lung Cancer Patients. *Presented at AATS 2014 Annual Meeting*

38. **Backhus LM**, Farjah F, Zeliadt S, Varghese TK, Kessler L, Flum D, Au D. Adherence to Recommended Imaging Surveillance following Treatment for NSCLC. *Presented at STS 2014*

39. Farjah F, Varghese T, Mulligan M, Wood D, Cheng A, Alfonso-Cristancho R, Flum D, **Backhus L**. 90-Day Costs Associated with VATS and Open Lobectomy.  *Presented at STS 2014*

40. **Backhus LM**, Zeliadt SB, Reinke LF, Rue T, Au DH. Challenges faced by lung cancer survivors in contrast to other cancer survivors in the U.S. *Poster at American College of Surgeons Clinical Congress 2013*

41. **Backhus L**, Acosta D. UW Medicine Dean's Standing Committee on Minority Faculty Affairs: An Alternative Model Worth Considering. *Presented at AAMC Group on Diversity and Inclusion Professional Development Conference 2013.*

42. **Backhus L**, Sargent J, Cheng A, Zeliadt S, Wood D, Mulligan M. Outcomes in Lung Transplantation Following Prior Lung Volume Reduction Surgery in a Contemporary Cohort. *Presented at the Western Thoracic Surgical Association Annual Meeting 2013.*

43. Reinke LF, Vig EK, **Backhus LM**, Wu D, Uman J, Wynar B, Au DH. Palliative Care Needs for Veterans Newly Diagnosed with Lung Cancer. *Oral Presentation at the MASCC – International Cancer Care Symposium 2012*

44. Slatore CG, Zeliadt SB, **Backhus LM**, Kessler LG, Hu E, Au. A Comparative Effectiveness Study of Pre-Operative PET Imaging and the Reduction of Unnecessary Lung Cancer Surgery. *Oral Presentation at HSR&D/QUERI National Conference 2012.*

45. **Backhus LM**, Zeliadt SD, Kessler L, Slatore CC, Au DH Temporal Trends in PET/CT Imaging and Impact on Surgical Resection Among Veterans with Non-Small Cell Lung Cancer. *Oral Presentation at the 48th Annual Meeting of the Society of Thoracic Surgeons 2012.*

46. **Backhus LM,** Pergam SA, Dick A, Maynard, Forsberg CW, Spigner C, Rees C, Smith N, Young B. Long-term Evaluation of Solid Organ Transplant Rejection Risk among Veterans from 1995-2007. *Poster Presented at SBAS Annual Meeting 2011*

47. Spigner C, Rees Lyles C, Galvin G, Sabin J, Dick A, **Backhus L**, Davis C, Young B. Providers' View of Patient Education: A Qualitative Study: Increasing Kidney Disease Awareness Network (IKAN) Transplantation Project. *Poster Presented at the World Congress of Nephrology 2011*

48. Spigner C, Galvin G, Sabin J, Rees Lyles C, **Backhus L**, Davis C, Dick A, Young B. A Qualitative Study of Health Providers and Patient Perceptions of Barriers to Transplantation: Increasing Kidney Disease Awareness Network (IKAN) Transplant Project. *Oral Presentation at the World Congress of Nephrology 2011*

49. Dick A**,** Pergam SA, **Backhus LM**, Maynard, Forsberg CW, Spigner C, Rees C, Smith N, Young B. Long-term Evaluation of Survival among Solid Organ Transplants among Veterans from 1995-2007. *Oral Presentation at VA HSR&D National Meeting 2011*

50. Salim A, Hannon M, Brown C, Hadjizacharia P, **Backhus L**, Teixeira PG, Chan LS, Ford H. Intracranial pressure monitoring in severe isolated pediatric blunt head trauma. *Am Surg*.

2008 Nov;74(11):1088-93. *Oral Presentation at Southern California Chapter ACS 2007 Annual Meeting.*

51. **Backhus LM**, Sievers EM, Lin Y, Castanos R, Bart RD, Starnes VA, Bremner RM. Peri-operative COX-2 inhibition reduces tumor cell adhesion and metastatic potential of circulating tumor cells in NSCLC. *J Thorac Cardiovasc Surg.* 2006 Aug;132(2):297-303. *Oral Presentation at WTSA 2005 Annual Meeting.*

52. **Backhus LM**, Petasis NA, Uddin J, Schönthal AH, Bart RD, Lin Y, Starnes VA, Bremner RM. Di-methyl-celecoxib as a novel non-COX-2 therapy in the treatment of non-small cell lung cancer. *J Thorac Cardiovasc Surg.* 2005 Nov;130(5):1406-12. *Oral Presentation at AATS 2005 Annual Meeting.*

53. **Backhus LM**, Sievers EM, Schenkel FA, Barr ML, Cohen RG, Smith M, Starnes VA, Bremner RM. Pleural Space Problems Following Living Lobar Transplantation. *J Heart Lung Transplant.* 2005 Dec;24(12):2086-90. *Poster Presented at CHEST 2004 Annual Meeting.*

54. **Fuller, LM**, Huprich J, Theisen J, Hagen J, Crookes P, DeMeester T, DeMeester S, Bremner C, Peters J. Abnormal esophageal body function: radiographic-manometric correlation. *Am Surg.* 65(10):911-4, 1999 Oct. *Oral Presentation at the Southern California Chapter of the American College of Surgeons 1999 Annual Meeting.*

55. **Fuller, LM**, Maio W, Mackic J, Zlokovic B. Blood brain barrier transport of amyloid beta peptides. *J of Investigative Medicine.* Jan 1998

**Chapters:**

1. Greenfield's Surgery : Scientific Principles and Practice; Chapter: Esophageal Tumors and Injury. Lui N, Berry M, Zak Y, **Backhus L**. editors, Michael W. Mulholland et al, with 216 contributors ; illustrations by Holly R. Fischer.. Philadelphia, PA :Lippincott Williams & Wilkins, 7th Ed. 2021

2. Oyetunji S, **Backhus L**. "Esophagus" In: *Surgery Review Illustrated*. Eds. McElroy LM and Webb TP. McGraw-Hill, New York, NY (in press)

3. **Backhus LM**, Cheng AM, Wood DE. "Endoscopic Diagnosis of Thoracic Disease." In: *Sabiston and Spencer's Surgery of the Chest*, 9th Edition, Volume 1. Eds. Sellke F, del Nido PJ, Swanson SJ. Elsevier Health Sciences, 2015.

4. **Backhus LM**, Grochowski Z, Mulligan MS, Kuzdzal J, Wood DE. "Bronchoscopic Management of Airway Obstruction." in *The European Society of Thoracic Surgeons Textbook of Thoracic Surgery*, Volume 1. Ed. Jaroslaw Kuzdzal. Krakow: Medycyna Praktyczna, 2014. 406-419.

5. **Backhus LM**, Varghese TK, Mulligan MS. "Lung Volume Reduction Surgery." in *The European Society of Thoracic Surgeons Textbook of Thoracic Surgery*, Volume 1. Ed. Jaroslaw Kuzdzal. Krakow: Medycyna Praktyczna, 2014. 1048-1054.

6. **Backhus LM**, Bremner RM. "pH & bilirubin monitoring." *Shackelford's Surgery of the Alimentary Tract,* 6th Edition. Volume I. Eds Richard Shackelford, Charles Yeo, Jeffrey Peters. Philadelphia: Saunders, c2007.

**Other Media (Podcasts/Webinars):**

1. **Backhus LM**. Invited Speaker. "Lung Cancer in Women". The National Lung Cancer Roundtable. American College of Radiology Webinar. Original Air Date: Nov 3, 2021.

2. **Backhus LM**. Invited Speaker. "Women in Cardiothoracic Surgery: A Global Perspective". AIS Channel. Webinar. Original Air Date: Oct 26, 2021. https://aischannel.com/live-surgery/women-in-cardiothoracic-surgery-a-global-perspective/

3. **Backhus LM**. Invited Speaker. "The Historical Relationship Between Black America, Medicine, and Research: Deconstructing Barriers and Optimizing Care". Audible Bleeding Podcast; Original Air Date: July 11, 2021. https://www.audiblebleeding.com/black-america-and-vascular-surgery/

4. **Backhus LM.** Invited Speaker. "Women in Thoracic Surgery Scholarship: Impact on Career Path and Interest in Cardiothoracic Surgery." STS Hot Topics Podcast; Original Air Date: July 30, 2021. https://www.podbean.com/ew/pb-e96qc-10a052d

5. **Backhus LM.** Invited Speaker. Episode 06: "How High-Achieving Moms Balance Career and Family: The 6% with Nancy MD Podcast. https://www.nancymd.com/podcasts/leahbackhusmd/.

6. **Backhus LM**. Invited Speaker. "Helping Women Surgeons Build Resiliency: Virtual Event Shares Experience and Insights". Johnson & Johnson Institute. Original Air Date: Aug 4, 2020. https://jnjinstitute.com/en-us/news/helping-women-surgeons-build-resiliency-virtual-event-shares-experience-and-insights.

7. Baiu I, **Backhus L**. Esophageal Cancer Surgery. *JAMA*. 2020 Oct 20;324(15):1580. doi: 10.1001/jama.2020.2101.

3. Baiu I, **Backhus L**. What Is a Tracheostomy? *JAMA*. 2019 Nov 19;322(19):1932. doi: 10.1001/jama.2019.14994. PMID:31742632

4. **Backhus LM**. Invited Speaker. "Safety and Gender Inclusion in Cardiothoracic Surgery." STS Hot Topics Podcast: https://www.sts.org/publications/podcast-episodes. 2018 Dec

5. **Backhus, LM.** Society of Thoracic Surgeons Patient Education Web Publication. "*From Maximal to Minimal in Thoracic Surgery: Less is More…but not Always*". http://ctsurgerypatients.org/

# Exhibit B

Official Copy



STANFORD
HEALTH CARE

STANFORD MEDICINE

STANFORD HOSPITAL 500P Hernandez-Valdez, Anthony Michael
500 PASTEUR DR          MRN: 36945558, DOB: 9/23/1998, Sex: M
PALO ALTO CA 94305-2200  Adm: 2/12/2022

## Consults by Rodriguez, Fatima, MD at 2/13/2022  7:43 PM (continued)

I saw and examined the patient and discussed management with the resident. I reviewed the resident's note and agree with the documented findings and plan of care, with the addition and/or exception of the items documented below:

**Impression and Plan**: Patient is not in clinical tamponade. Review of his echocardiogram shows a small to moderate loculated effusion. There is underlying constrictive physiology from mesothelioma with the pericardial involvement. No current indication for any cardiovascular interventions. Patient awaiting plan from oncology for mesothelioma treatment.

### Time in Counseling and Coordination
*The following is only applicable if counseling or coordination time with patient and/or family (C) is >50% of total attending floor/unit time including face to face time with patient and/or family (V).*
Not Applicable

Fatima Rodriguez, MD

Electronically signed by Rodriguez, Fatima, MD at 2/13/2022  9:05 PM

## H&P by Backhus, Leah Monique, MD at 2/14/2022 11:14 AM

| | | |
|---|---|---|
| Author: Backhus, Leah Monique, MD | Service: **Thoracic Surgery** | Author Type: **Physician** |
| Filed: 2/16/2022 12:31 AM | Date of Service: 2/14/2022 11:14 AM | Note Type: **H&P** |
| Status: Addendum | Editor: **Backhus, Leah Monique, MD (Physician)** | |
| Related Notes: Original Note by Anderson, Taylor, MD (Resident) filed at 2/15/2022  7:52 AM | | |

**Stanford Hospital and Clinics**
**Thoracic Surgery Consult H&P**

| | |
|---|---|
| **Service:** Treatment Team: Tt, Med Oncology - Mix Surge Team C<br>**Attending:** Cao, Michelle Thi, DO<br>**Referring provider**: Selfreferral<br>**Patient's Name/MRN:** Anthony Michael Hernandez-Valdez, 36945558 | **Admit Date:**2/12/2022<br>**Today's Date:** 2/14/2022<br>**Length of stay:**  LOS: 2 days<br>**Room #:** E344/E344A |

Reason for consult: pericardial epithelioid mesothelioma

**HPI:** Anthony Michael Hernandez-Valdez is a 23 Y male  with a history of newly diagnosed pericardial epithelioid mesothelioma c/b malignant pericardial and pleural effusions and constrictive pericarditis (EF 49%).

Patient originally presented in 2020 with a persistent cough and pericardial resolution that failed to respond to multiple courses of colchine and prednisone over the past 2

Official Copy



**Stanford**
**HEALTH CARE**
STANFORD MEDICINE

STANFORD HOSPITAL 500P  Hernandez-Valdez, Anthony Michael
500 PASTEUR DR  MRN: 36945558, DOB: 9/23/1998, Sex: M
PALO ALTO CA 94305-2200  Adm: 2/12/2022

---

**H&P by Backhus, Leah Monique, MD at 2/14/2022 11:14 AM (continued)**

years.

1/4/2022: Presented with progressive cervical adenopathy and workup demonstrating pericardial mass, worsening pericardial effusion, and small pleural effusions.

1/10/22: Underwent right paratracheal (R4) lymph node biopsy. Path revealed mesothelioma, epithelioid type.

1/20-1/24 Admitted for dyspnea, found to have pulmonary embolism, started on apixaban.
1/24 Echo demonstrating constrictive-effusive pericarditis with EF 49%

1/28: Oncology outpatient visit, referred for thoracic evaluation.

2/6-2/9: Admitted with dyspnea and large bilateral pulmonary effusions, underwent bilateral thoracentesis (R 2/8, L 2/9) with removal of 1.5L fluid from each side.
2/8: PET scan showing extensive nodular hypermetabolic thickening of pericardium and Widespread mediastinal adenopathy extending into the cardiophrenic angle and retroperitoneum, and supraclavicular areas.

2/12: Readmitted with SOB, chest pressure, tachycardia to 200s. CTPE on 2/12 showing nodular pericardial thickening and negative for PE. Notable laboratory values: Wbc 7.5, Hgb 12, platelet 348, Cr 0.87, INR 1.4.

Patient remains persistently tachycardic and reports ongoing dyspnea especially with exertion, persistent food regurgitation that has improved since hospitalization, body aches, and nonproductive cough. Denies orthopnea, hemoptysis, unintentional weight loss.

---

**Past Medical History:**
Past Medical History:
Diagnosis                                                    Date
• Mesothelioma (CMS-HCC)
• Pericardial effusion
• Pleural effusion, malignant
• Pulmonary embolism (CMS-HCC)
appendicitis

**Past Surgical History:**

Appendectomy (2009)

**Allergies:**
Allergies
Allergen                          Reactions
• Zofran [Ondansetron Hcl]        Nausea,
                                  Vomiting,
                                  Dizziness and

**Family History:** His family history is not on file.

**Social History:**
Social EtOH
No drug use
Father in construction, younger sibling at home

**Review of Systems**
Pertinent items are noted in HPI. A complete review of systems was otherwise negative.

---

Official Copy



**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL 500P  Hernandez-Valdez, Anthony Michael
500 PASTEUR DR  MRN: 36945558, DOB: 9/23/1998, Sex: M
PALO ALTO CA 94305-2200  Adm: 2/12/2022

---

## H&P by Backhus, Leah Monique, MD at 2/14/2022 11:14 AM (continued)

Headache

**Medications:**

Current Facility-Administered Medications:
• acetaminophen (Tylenol) tablet 650 mg, 650 mg, Oral, Q6H PRN, Cao, Michelle Thi, DO, 650 mg at 02/14/22 1807
• ALPRAZolam (Xanax) tablet 0.25 mg, 0.25 mg, Oral, TID PRN, Cao, Michelle Thi, DO, 0.25 mg at 02/14/22 1045
• benzonatate (Tessalon) capsule 100 mg, 100 mg, Oral, Q4H PRN, Cao, Michelle Thi, DO, 100 mg at 02/14/22 1016
• enoxaparin (Lovenox) syringe 120 mg, 120 mg, Subcutaneous, Q12H, Dobos, Katharine Marie, MD, 120 mg at 02/14/22 2116
• hydrOXYzine HCL (Atarax) tablet 25 mg, 25 mg, Oral, Q8H PRN, Cao, Michelle Thi, DO, 25 mg at 02/13/22 1504
• LR IV infusion, , Intravenous, Continuous, Cao, Michelle Thi, DO, Last Rate: 75 mL/hr at 02/15/22 0039, New Bag at 02/15/22 0039
• melatonin tablet 3 mg, 3 mg, Oral, QHS PRN, Cao, Michelle Thi, DO
• oxyCODONE (Roxicodone) tablet 5 mg, 5 mg, Oral, Q4H PRN, Cao, Michelle Thi, DO
• pantoprazole (Protonix) delayed release tablet 40 mg, 40 mg, Oral, QAM AC, Cao, Michelle Thi, DO, 40 mg at 02/15/22 0544
• prochlorperazine (Compazine) tablet 10 mg, 10 mg, Oral, Q6H PRN, Cao, Michelle Thi, DO

---

**Physical Exam**
**VITAL SIGNS:**
**Visit Vitals**

| | |
|---|---|
| BP | 116/87 |
| Pulse | 117 |
| Temp | 37.1 °C (98.7 °F) (Oral) |
| Resp | 20 |
| Ht | 1.854 m (6' 1") |
| Wt | 114 kg (251 lb 5.2 oz) |
| SpO2 | 96% |
| BMI | 33.16 kg/m² |

**GENERAL:** sitting in bed comfortably in NADH
**HEENT:** no palpable cervical or supraclavicular lymphadenopathy

Official Copy



**STANFORD**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL 500P Hernandez-Valdez, Anthony Michael
500 PASTEUR DR          MRN: 36945558, DOB: 9/23/1998, Sex: M
PALO ALTO CA 94305-2200  Adm: 2/12/2022

---

## H&P by Backhus, Leah Monique, MD at 2/14/2022 11:14 AM (continued)

**CHEST AND LUNGS:** normal work of breathing on RA, O2 sat >96%, bibasilar
diminished lung sounds, no wheezes or crackles noted
**CARDIOVASCULAR:** tachycardic, regular rhythm per monitor
**EXTREMITIES:** moving spontaneously
**NEURO:** Alert and oriented

## Labs:

### CBC:
**Recent Labs**

|      | 02/12/22 1423 | 02/13/22 0728 | 02/14/22 0551 |
|------|------|------|------|
| WBC  | 8.2  | 8.8  | 7.6  |
| HGB  | **12.8*** | **12.4*** | **12.0*** |
| HCT  | 41.1 | 40.2 | **39.7*** |
| PLT  | 328  | 325  | 348  |

### LFTs:
**Recent Labs**

|      | 02/12/22 1423 |
|------|------|
| TBIL | 0.9  |
| AST  | 19   |
| ALT  | 20   |
| ALKP | **154*** |
| ALB  | 3.6  |

### Coags:
**Recent Labs**

|      | 02/12/22 1623 |
|------|------|
| PT   | **17.2*** |
| INR  | **1.4*** |

### Electrolytes:
**Recent Labs**

|      | 02/12/22 1423 | 02/13/22 0728 | 02/14/22 0551 |
|------|------|------|------|
| NA   | **134*** | **133*** | 138  |
| K    | 3.8  | 4.0  | 4.1  |
| CL   | 100  | 101  | 104  |
| CO2  | 22   | 22   | 22   |
| BUN  | 10   | 11   | 9    |
| CR   | 0.87 | 0.86 | 0.87 |
| CA   | 8.5  | 8.4  | **8.3*** |

*Blood glucose:*
**Recent Labs**

|      | 02/12/22 1423 | 02/13/22 0728 | 02/14/22 0551 |
|------|------|------|------|
| GLU  | 96   | 98   | 88   |

No results for input(s): LIPASE, AMYLASE, LAC, LDH in the last 72 hours.

### UA:

No results for input(s): UCOL, SPG, UGLU, UKET, UBLOOD, UPH, UPROT, NITRITE, LEUKEST, URBC, UWBC, UBACT, SQEP, MUCUS, UCMT in the last 72 hours.

## Imaging:

CT Chest Angiography w IV Contrast Pulmonary Embolism

Result Date: 2/12/2022
IMPRESSION: 1.  No evidence of pulmonary embolism.. 2.  History of mesothelioma.
Again seen is nodular pericardial thickening and moderate effusion with extensive
mediastinal and cardiophrenic lymphadenopathy. 3. Bilateral moderate pleural
effusions with associated compressive atelectasis. Additional areas of groundglass
opacities and nodular consolidations involving the left lower lobe are likely representing
airspace opacities. There are no substantial differences between the preliminary results
and the impressions in this final report. I have personally reviewed the images for this
examination and agree with the report transcribed above. Signed"Final report"



Official Copy

**Stanford**
HEALTH CARE

STANFORD MEDICINE

STANFORD HOSPITAL 500P Hernandez-Valdez, Anthony Michael
500 PASTEUR DR          MRN: 36945558, DOB: 9/23/1998, Sex: M
PALO ALTO CA 94305-2200  Adm: 2/12/2022

---

**H&P by Backhus, Leah Monique, MD at 2/14/2022 11:14 AM (continued)**

XR Chest 1 View

Result Date: 2/12/2022
IMPRESSION: 1.  Retrocardiac opacity may reflect atelectasis versus
aspiration/infection. 2.  Persistent moderate left pleural effusion There are no
substantial differences between the preliminary results and the impressions in this final
report. I have personally reviewed the images for this examination and agree with the
report transcribed above. Signed"Final report"

**Assessment/Recommendation**:
Anthony Michael Hernandez-Valdez is a 23 Y male  with a history of newly diagnosed
pericardial epithelioid mesothelioma c/b malignant pericardial and pleural effusions and
constrictive pericarditis.

Patient presents with symptomatic rapid reaccumulation of malignant pleural effusions
s/p recent thoracentesis and would benefit from additional drainage, with indication for
long-term pleurx catheter placement given likelihood of recurrence. Overall poor
prognosis with advanced local disease, supraclavicular and retroperitoneal
lymphadenopathy. Recommend additional discussion with medical oncology for initiation
of chemotherapy as well as consult to cardiac surgery for consideration of
pericardiectomy as means of surgical debulking given evidence of hemodynamically
significant constrictive-effusive pericarditis. These measures are temporizing given
advanced disease, recommend additional discussion with patient and family to
determine goals and appropriate course of care.

**Recommendations:**
- **Obtain cardiac MRI for preoperative workup**
- **Pleurx catheter placement for long-term management of malignant effusions**
- **Consult to medical oncology**
- **Consult to cardiac surgery for pericardiectomy consideration**
- **Goals of care discussion with family and patient. Thoracic surgery to remain
  available for involvement in this discussion if needed.**

This patient was discussed with Dr. Backhus, attending surgeon, who agreed with the
above assesment and plan.

Taylor Anderson, MD
Thoracic Surgery, p12060
11:20 AM 2/14/2022

ATTENDING ATTESTATION:
I personally saw and evaluated the patient, and participated in the management and treatment plan as
documented in the above note. The patient was seen at bedside along with his mother. All imaging were
reviewed personally. Overall, primary pericardial mesothelioma is an extremely rare condition with a poor

Official Copy



STANFORD HOSPITAL 500P Hernandez-Valdez, Anthony Michael
500 PASTEUR DR      MRN: 36945558, DOB: 9/23/1998, Sex: M
PALO ALTO CA 94305-2200  Adm: 2/12/2022

**H&P by Backhus, Leah Monique, MD at 2/14/2022 11:14 AM (continued)**

prognosis. Most often these are refractory to traditional chemotherapy regimens. Mainstay of therapy is surgical debulking primarily for palliation of effusions and relief of constrictive pericarditis. The latter is an extensive undertaking so goals of care must be clear. I emphasized this to him and his mother. He also has extensive adenopathy which underscores the advanced stage of his disease. Per my review, however and given his young age and functional status, surgery should be considered followed by adjuvant chemotherapy at the discretion of medical oncology. To that end, I have already discussed his case with Dr Boyd from Cardiac Surgery to provide an assessment of operability from his perspective. If he agrees, this can be done as a joint case. I can address his effusions, provide lymph node dissection for the mediastinal nodes accessible via median sternotomy approach as well as potentially address any visible pleural lesions. I can also place pleur-x catheters for longterm management of his pleural effusions. Will follow up with Cardiac Surgery and Medical Oncology to determine feasibility of this plan. I spent a total of > 60 min in direct patient evaluation and care coordination among providers for this encounter. He and his mother asked several insightful questions and they are agreeable with this tentative plan.

Electronically signed by Backhus, Leah Monique, MD at 2/16/2022 12:31 AM

**H&P by Shieh, Tim Han, PA at 2/15/2022 12:30 AM**

| | | |
|---|---|---|
| Author: Shieh, Tim Han, PA | Service: Cardiac Surgery | Author Type: Physician Assistant |
| Filed: 2/15/2022 1:21 AM | Date of Service: 2/15/2022 12:30 AM | Note Type: H&P |
| Status: Signed | Editor: Shieh, Tim Han, PA (Physician Assistant) | |
| Cosigner: Boyd, Jack H, MD at 2/24/2022 1:31 PM | | |

**Stanford Hospital and Clinics**
**Cardiac Surgery History and Physical**

Date: 2/15/2022    Service: Cardiac Surgery    Attending: Jack H. Boyd, M.D.

**ALLERGIES:**
- sensitivity to ondansetron (nausea, headache)

**History of Present Illness:**
Anthony Hernandez-Valdez is a pleasant 23 year old male with a past medical history of appendicitis status post appendectomy circa 2009 and COVID+ 1/20, with a recent diagnosis of epithelioid mesothelioma, who presented to the hospital with a c/c of dyspnea and was found to have pulmonary edema and worsening

# Exhibit C

**Official Copy**



**Stanford**
HEALTH CARE

STANFORD MEDICINE

STANFORD HOSPITAL 500P Hernandez-Valdez, Anthony Michael
500 PASTEUR DR          MRN: 36945558, DOB: 9/23/1998, Sex: M
PALO ALTO CA 94305-2200   Adm: 2/12/2022

## H&P by Shieh, Tim Han, PA at 2/15/2022 12:30 AM (continued)

### Recent Labs

|                     | 02/14/22 0551 |
|---------------------|---------------|
| Sodium, Ser/Plas    | 138           |
| Potassium, Ser/Plas | 4.1           |

Diabetes            :
Hematologic         :
Nutrition           : per dietitian:
                      BMI from flowsheet: 33.2

Malignancy          : Primary malignancy of lungs (site) Confirmed
Functional Status   :

Tim Shieh, PA-C
Cardiothoracic Surgery


Electronically signed by Boyd, Jack H, MD at 2/24/2022  1:31 PM


## Operative Report signed by Boyd, Jack H, MD at 3/8/2022  4:57 PM

| Author: **Boyd, Jack H, MD** | Service: **Cardiac Surgery** | Author Type: **Physician** |
|---|---|---|
| Filed: **3/8/2022  4:57 PM** | Date of Service: **2/17/2022 6:00 PM** | Note Type: **Operative Report** |
| Status: **Signed** | Editor: **Boyd, Jack H, MD (Physician)** | |


DATE OF OPERATION:   02/17/2022

PREOPERATIVE DIAGNOSES:
1.    Pericardial mesothelioma.
2.    Bilateral pleural effusions.
3.    Pericardial constriction.

POSTOPERATIVE DIAGNOSES:
1.    Pericardial mesothelioma.
2.    Bilateral pleural effusions.
3.    Pericardial constriction.

OPERATION PERFORMED:
1.    Pericardiectomy (33030).
2.    Bilateral PleurX catheters performed by Dr. Backhus.
3.    Resection of mediastinal mass performed by Dr. Backhus.

Official Copy



STANFORD HOSPITAL 500P Hernandez-Valdez, Anthony Michael
500 PASTEUR DR                MRN: 36945558, DOB: 9/23/1998, Sex: M
PALO ALTO CA 94305-2200   Adm: 2/12/2022

---

**Operative Report signed by Boyd, Jack H, MD at 3/8/2022  4:57 PM  (continued)**

SURGEON: Jack H Boyd, MD

SURGEON: Leah M Backhus, MD.

CO-SURGEON: Jack H Boyd, MD.

SURGERY RESIDENT: Irmina A Elliott, MD

ASSISTANT: Jessica C Warner, PA-C

INTRAOPERATIVE FINDINGS:
1.    Large bilateral chylothoraces.
2.    Diffuse tumor involvement of the pericardium with areas of invasion
into the myocardium.

INDICATION FOR SURGERY: Anthony Hernandez is a 23-year-old male with the
above diagnoses. He has been offered palliative pericardiectomy and mass
excision as well as PleurX catheter placement. The risks, benefits, and
alternatives were discussed. All questions were answered. Informed consent
was obtained.

DESCRIPTION OF PROCEDURE: Please refer to Dr. Backhus' separate note for
her portions of the procedure.

The patient was brought to the operating room, placed in the supine
position on the operating table. Femoral lines were placed, and then
general anesthesia was induced. The patient was intubated and the
appropriate monitoring lines and catheters were placed. The patient was
then prepped and draped in normal sterile fashion. A median sternotomy was
performed. Both pleural spaces were opened widely and large quantities of
chylous effusion were removed by suction approximately 5-6 L in total. We
then began by excising all the mediastinal fat and then attempted to open
the pericardium in several places before finding an area overlying the
right ventricle. We then slowly removed after identifying the proper plane,
removed as much pericardium as we could from around the right atrium over
the right ventricle and out toward the left ventricular apex. There were
areas of direct tumor involvement into the heart and these areas were
spared. All in all from nearly right phrenic to the left phrenic with about
2 cm on either side from the level of the diaphragm up to the aorta the
vast majority of the pericardium with tumor involved was resected. After
completing the pericardiectomy and a thymectomy with other mediastinal fat
excision by Dr. Backhus, it was determined this should complete the extent
of our resection. During the surgery, the patient's CVP decreased from the
high 20s to low 20s. The pulmonary pressures dropped nearly in half from a

---

**Official Copy**



| | STANFORD HOSPITAL 500P | Hernandez-Valdez, Anthony Michael |
| STANFORD | 500 PASTEUR DR | MRN: 36945558, DOB: 9/23/1998, Sex: M |
| HEALTH CARE | PALO ALTO CA 94305-2200 | Adm: 2/12/2022 |
| STANFORD MEDICINE | | |

---

**Operative Report signed by Boyd, Jack H, MD at 3/8/2022 4:57 PM (continued)**

systolic of 60 to a systolic in the low 30s and the cardiac output doubled.
Drainage catheters were placed. Dr. Backhus and her team placed PleurX
catheters and the chest wall was closed in the standard fashion. Needle,
sponge, and instrument counts were correct. Pre and postoperative time-outs
were performed. I was present and scrubbed for the procedure.


Jack H Boyd, MD


CC:  Han Zhu, MD

     Fatima Rodriguez, MD

     Mohana Roy, MD

D: 02/18/2022 13:30:53   T: 02/18/2022 14:02:56     / MODL
SJN: 947455498   DJN: 354233


Electronically signed by Boyd, Jack H, MD at 3/8/2022 4:57 PM

---

**Operative Report by Backhus, Leah Monique, MD at 2/17/2022 10:00 PM**

| Author: **Backhus, Leah Monique, MD** | Service: **Thoracic Surgery** | Author Type: **Physician** |
| Filed: 2/20/2022 5:27 PM | Date of Service: **2/17/2022 10:00 PM** | Note Type: **Operative Report** |
| Status: **Addendum** | Editor: **Backhus, Leah Monique, MD (Physician)** | |
| Related Notes: Original Note by Elliott, Irmina A, MD (Fellow) filed at 2/20/2022 12:34 PM | | |

DATE OF OPERATION:  02/17/2022

PREOPERATIVE DIAGNOSES:
1.  Pericardial mesothelioma.
2.  Bilateral pleural effusions.
3.  Pericardial constriction.

POSTOPERATIVE DIAGNOSES:
1.  Pericardial mesothelioma.
2.  Bilateral pleural effusions, chylothoraces.
3.  Pericardial constriction.

OPERATION PERFORMED:
1.  Pericardiectomy (performed by Dr. Boyd)
2.  Bilateral PleurX catheters

---

Official Copy



**Stanford**
HEALTH CARE

STANFORD MEDICINE

STANFORD HOSPITAL 500P  Hernandez-Valdez, Anthony Michael
500 PASTEUR DR            MRN: 36945558, DOB: 9/23/1998, Sex: M
PALO ALTO CA 94305-2200   Adm: 2/12/2022

---

**Operative Report by Backhus, Leah Monique, MD at 2/17/2022 10:00 PM (continued)**

3.  Resection of mediastinal mass and thymectomy

SURGEON: Leah M Backhus, MD.
CO-SURGEON: Jack H Boyd, MD.

SURGERY RESIDENT: Irmina A Elliott, MD

ASSISTANT: Jessica C Warner, PA-C

INTRAOPERATIVE FINDINGS:
1.  Large bilateral chylothoraces.
2.  Diffuse tumor involvement of the pericardium with areas of invasion into the myocardium.

INDICATION FOR SURGERY: Anthony Hernandez is a 23-year-old male with pericardial mesothelioma. He has been offered palliative pericardiectomy for tumor debulking with the hope of relieving his shortness of breath as well as PleurX catheter placement. The risks, benefits, and alternatives were discussed. All questions were answered. Informed consent was obtained.

DESCRIPTION OF PROCEDURE: Please refer to Dr. Boyd's separate note for his portions of the procedure. The patient was brought to the operating room, placed in the supine position on the operating table. Before induction of general anesthesia, an ultrasound-guided sheath was placed in the left common femoral artery and right common femoral vein. General anesthesia was induced and the patient was then prepped and draped in the usual sterile fashion.

As indicated in Dr. Boyd's note, a median sternotomy was made. The pleural spaces were opened and what appeared grossly to be bilateral chylous effusions were evacuated totally 4-5 Liters of fluid. Partial pericardiectomy was performed. We then proceeded with thymectomy, dissecting the pericardial fat and thymus free from the pericardial surface from the level of the diaphragm to above the innominate vein, taking care not to injure the phrenic nerves. The draining thymic veins were ligated with clips and divided. Of note, the thymus and pericardial fat were nodular and thickened, containing areas of tumor. We then placed bilateral tunneled PleurX catheters. Incisions were made at appropriate exit sites, and the catheters positioned using the tunneler with the cuff just within the exit incision. We also placed bilateral straight chest tubes and a mediastinal tube.

The chest wall was closed in the standard fashion. Needle, sponge, and instrument counts were correct. Pre and postoperative time-outs were performed.

**Surgical Teaching Physician Attestation**
I was present, scrubbed and directly participated in the entire surgical procedure detailed above.

Leah Monique Backhus, MD
Thoracic Surgery

Electronically signed by Backhus, Leah Monique, MD at 2/20/2022  5:27 PM

---

**Documentation Clarification by Novack, Michael Raedy, MD at 2/18/2022 10:29 AM**

---

# Exhibit D

Official Copy

**Stanford**
**HEALTH CARE**
STANFORD MEDICINE

| | |
|---|---|
| CANCER CENTER SOUTH BAY | Hernandez-Valdez, Anthony Michael |
| 2589 SAMARITAN DR | MRN: 36945558, DOB: 9/23/1998, Sex: M |
| SAN JOSE CA 95124-3908 | Visit date: 3/14/2022 |

**Progress Notes by Roy, Mohana, MD at 3/14/2022  1:00 PM (continued)**

-Using Lorazepam 1 mg as needed

**#Cardiac Management-**in discussing the case with Dr. Boyd and Dr. Backus and reviewing the operative reports, he has still significant mesothelial tumor involvement around his heart and some into the myocardium. Recommend continuing metoprolol succinate 75 mg daily.
-Repeat ECHO
-off colchicine

**#Thrombosis -** non occlusive thrombus bilateral internal jugular and left brachiocephalic veins
**#Right subsegmental PE:**
He is still on rivaroxaban 15 mg daily with the initial loading.  And will transition to 20 mg daily.
-can consider anti-XA level if worried about DOAC inefficacy

**# Acid reflux**
**# Nausea**
- Continue compazine as needed
-Continue Pepcid twice a day

RTC scheduled 3/18/22

As usual, I encouraged the patient to contact us should he develop any new symptoms or have any questions or concerns

Mohana Roy, MD
Clinical Assistant Professor-Oncology
Stanford Cancer Center Palo Alto and South Bay


Electronically signed by Roy, Mohana, MD at 3/15/2022  9:23 AM

**Progress Notes by Roy, Mohana, MD at 3/18/2022  9:00 AM**

| | | |
|---|---|---|
| Author: Roy, Mohana, MD | Service: Oncology | Author Type: Physician |
| Filed: 3/29/2022  8:13 AM | Encounter Date: 3/18/2022 | Note Type: Progress Notes |
| Status: Addendum | Editor: Roy, Mohana, MD (Physician) | |
| Related Notes: Original Note by Roy, Mohana, MD (Physician) filed at 3/19/2022 11:12 AM | | |


**Stanford**
**HEALTH CARE**
STANFORD MEDICINE

**Stanford Thoracic Oncology Clinic**
**Return Patient Visit**
**Palo Alto**

Official Copy



Stanford
HEALTH CARE

STANFORD MEDICINE

| STANFORD ADVANCED MEDICINE CENTER 300 PASTEUR DRIVE MC:5500 PALO ALTO CA 94305-2200 | Hernandez-Valdez, Anthony Michael MRN: 36945558, DOB: 9/23/1998, Sex: M Visit date: 3/18/2022 |
|---|---|

**Progress Notes by Roy, Mohana, MD at 3/18/2022  9:00 AM (continued)**

RE:
Dr. Leah Backhus
Dr. Han Zhu
Dr. Josh Fronk

MRN: 36945558
DOB: 9/23/1998

**History of present illness:**
Anthony Michael Hernandez-Valdez is a 23 Y old male who was recently diagnosed with epithelioid mesothelioma, suspect pericardial primary, here for followup after hospitalization and pericardiectomy

His oncologic history is summarized as follows:

2020: Developed cough and shortness of breath. Had been admitted with several echocardiograms performed, which showed pericardial effusions. Has only been treated on colchicine and prednisone.

1/4/22: Developed worsening adenopathy and neck swelling and underwent a CT neck for left sided neck swelling. Imaging revealed abnormal shotty appearing lymph nodes along the left neck and left neck soft tissue spaces including the left jugulodigastric which is enlarged measuring 1.3 cm. Numerous posterior cervical lymph nodes and bilateral supraclavicular lymph nodes.

CT chest revealed worsening lobulated masslike pericardial effusion. Worsening multiple enlarged neck soft tissue lymph nodes and subcutaneous soft tissue edema extending through the chest wall to level of the trachea. Notable supraclavicular, mediastinal, and retroperitoneal lymphadenopathy. Small pleural effusion.

1/10/22: Underwent right paratracheal (R4) lymph node biopsy. Path revealed mesothelioma, epithelioid type.

1/28/2022: **Initial Thoracic Oncology Visit (Roy)**

1/31/22: AFP, LDH, beta HCG, uric acid levels are wnl.

2/3/22: Scrotal ultrasound is negative.

2/6/22- SHC admission for shortness of breath-initially relieved by 2 thoracentesis with 1-1/2 L taken out on each side.  Pleural fluid confirms malignant cells, morphologically similar to mesothelioma.

2/12/-2/22/22-SHC readmission with worsening respiratory status, concern for right-sided heart failure and will remain tachycardic.
He underwent **Pericardiectomy (performed by local Dr. Boyd) Bilateral PleurX catheters,  Resection of mediastinal mass and thymectomy on 2/17/22**
OPERATIVE FINDINGS:
1.  Large bilateral chylothoraces.
2.  Diffuse tumor involvement of the pericardium with areas of invasion  into the myocardium

3/18/22 CT Chest- Similar to 2/26/2022, **multiple pericardial masses nearly encasing the heart, thoracic lymphadenopathy, retrocrural lymphadenopathy**, and adjacent right upper lobe and right middle lobe

Official Copy


**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD ADVANCED
MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Visit date: 3/18/2022

---

**Progress Notes by Roy, Mohana, MD at 3/18/2022 9:00 AM (continued)**

interlobular septal thickening, concerning for residual/recurrent malignancy. Interlobular septal thickening may represent lymphangitic carcinomatosis versus lymphatic obstruction. Interval increase in extensive filling defects throughout the venous system, including left internal jugular, left brachiocephalic, right internal jugular, right brachiocephalic, and right vertebral veins. No evidence of extension of the thrombus into the superior vena cava

**Interval History**
He is feeling okay overall
He had SOB and feeling unwell after taking dexamethasone 4 mg yesterday
He continues to drain 1 L on each side with the Pleurx catheter every day- slight decrease seen on right side
No otherwise SOB, palpitations, chest pain
Still having issues in having adequate drainage supplies - pictures of drainage with white milky fluid

**Review of systems:**
A comprehensive 14-point review of systems was performed, with pertinent positives as noted above; all other systems negative.

**Past medical history:**
Anxiety
Appendicitis

**Past surgical history:**
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • BILATERAL PROCEDURE; SECONDARY MODIFIER | N/A | 2/17/2022 |
| *Performed by Backhus, Leah Monique, MD at STANFORD HOSPITAL 500P INTERVENTIONAL PLATFORM* | | |
| • CHEST DRAINAGE CATHETER INSERTION | Bilateral | 2/17/2022 |
| *Performed by Backhus, Leah Monique, MD at STANFORD HOSPITAL 500P INTERVENTIONAL PLATFORM* | | |
| • MEDIASTINAL LYMPHADENECTOMY, BILATERAL TUNNELED PLEURAL CATHETERS (PLEUR-X), POSSIBLE PLEURECTOMY, RADICAL PERICARDIECTOMY, THYMECTOMY WITH CPB STANDBY | N/A | 2/17/2022 |
| *Performed by Boyd, Jack H, MD at STANFORD HOSPITAL 500P INTERVENTIONAL PLATFORM* | | |
| • THYMECTOMY; MEDIAN STERNOTOMY APPROACH | N/A | 2/17/2022 |
| *Performed by Backhus, Leah Monique, MD at STANFORD HOSPITAL 500P INTERVENTIONAL PLATFORM* | | |

Appendectomy 2009

**Medications:**
Outpatient Medications Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaminophen (TylenoL) 325 mg TABS | take 2 Tablets by mouth 2 times a day as needed | | |
| • Cholecalciferol (Vitamin D3) | take 1 Capsule by | | |

---

Official Copy



STANFORD
HEALTH CARE

STANFORD MEDICINE

STANFORD ADVANCED
MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Visit date: 3/18/2022

## Progress Notes by Roy, Mohana, MD at 3/18/2022  9:00 AM (continued)

| | | | |
|---|---|---|---|
| (Vitamin D3) 2,000 unit CAPS | mouth every day | | |
| • Cyanocobalamin 1,000 mcg SUBL | place 1 Tablet under the tongue and let dissolve every day | | |
| • dexAMETHasone (Decadron) 4 mg tablet | take 1 Tablet (4 mg total) by mouth as directed Take once daily on the day before, the day of and the day after pemetrexed (ALIMTA). | 30 Tablet | 2 |
| • famotidine (Pepcid) 20 mg tablet | take 1 Tablet (20 mg total) by mouth 2 times a day | 60 Tablet | 0 |
| • LORazepam (Ativan) 1 mg tablet | take 1 Tablet (1 mg total) by mouth every 8 hours as needed | 30 Tablet | 0 |
| • metoprolol succinate (Toprol XL) 50 mg extended release tablet | take 2 Tablets (100 mg total) by mouth daily | 90 Tablet | 3 |
| • octreotide (SandoSTATIN) 100 mcg/mL injection | inject 1 mL (100 mcg total) subcutaneous (under the skin) every 8 hours | 90 Vial | 0 |
| • ondansetron 8 mg tablet | take 1 Tablet (8 mg total) by mouth every 8 hours as needed For nausea and vomiting | 30 Tablet | 5 |
| • prochlorperazine (Compazine) 10 mg tablet | take 1 Tablet (10 mg total) by mouth every 8 hours as needed For nausea or vomiting | 30 Tablet | 5 |
| • prochlorperazine (Compazine) 10 mg tablet | take 1 Tablet (10 mg total) by mouth every 6 hours as needed for Nausea/Vomiting | 30 Tablet | 3 |
| • rivaroxaban (Xarelto) 20 mg TABS | take 20 mg by mouth daily (Start after finishing 21 days of Xarelto 15 mg twice daily) | | |

No facility-administered medications prior to visit.

**Allergies:**



Official Copy

**Stanford**
HEALTH CARE

STANFORD MEDICINE

| | |
|---|---|
| STANFORD ADVANCED MEDICINE CENTER 300 PASTEUR DRIVE MC:5500 PALO ALTO CA 94305-2200 | Hernandez-Valdez, Anthony Michael MRN: 36945558, DOB: 9/23/1998, Sex: M Visit date: 3/18/2022 |

---

**Progress Notes by Roy, Mohana, MD at 3/18/2022  9:00 AM (continued)**

NKDA

**Social history:**
Father works in construction and may have exposures, however only started in the past couple of years
Previously attended school in an old building, no clear asbestos exposure
  Mother reports using large amounts of baby powder (Johnson and Johnson) in his childhood
 No other exposures to hair salon products, chemicals in labs
 Works at Home Depot
 EtOH socially
 No recreational drug use

**Family history:**
Father had ?bone cancer
Maternal aunt had early age breast cancer (diagnosed at age 33) and AML (diagnosed 35)

BRCA mutation:
- Mother, maternal grandmother, maternal aunts x 2

**Physical Exam:**
**Filed Vitals:**

| | 03/18/22 0958 |
|---|---|
| BP: | 118/66 |
| Pulse: | 115 |
| SpO2: | 98% |
| Weight: | 102.9 kg (226 lb 13.7 oz) |

General: Well-appearing and speaking in full sentences
CV: tachycardic, regular rhythm
Lungs: decreased at bases bilaterally
Abdomen: healed sternotomy scar, inspected both his drain sites which are overall clean and intact, the one on the left does have slightly increased granulation tissue
Extremities- without edema

**Labs and studies:**
Reviewed in epic, white count 11.3, hemoglobin is stable at 12.9, sodium is getting lower at 129 and we will have to monitor that

**+chylous fluid on pleural effusion**

**Imaging:**
As in HPI
Most recent review in tumor board of CTA 2/26/22

**Pathology:**
**2/25/22 Pericardiectomy Specimen Review**

A. THYMUS PERICARDIAL FAT
B. PERICARDIUM AND TUMOR
DIAGNOSIS (MICROSCOPIC):

---

**Official Copy**



**Stanford**
HEALTH CARE

STANFORD MEDICINE

| | |
|---|---|
| STANFORD ADVANCED MEDICINE CENTER 300 PASTEUR DRIVE MC:5500 PALO ALTO CA 94305-2200 | Hernandez-Valdez, Anthony Michael MRN: 36945558, DOB: 9/23/1998, Sex: M Visit date: 3/18/2022 |

**Progress Notes by Roy, Mohana, MD at 3/18/2022  9:00 AM (continued)**

A. THYMUS AND PERICARDIAL FAT, EXCISION
-- **PERICARDIAL TISSUE WITH MALIGNANT MESOTHELIOMA, EPITHELIOID TYPE**
-- METASTATIC MALIGNANT MESOTHELIOMA COMPLETELY REPLACING ONE LYMPH NODE (1/1)
-- **EXTENSIVE VENOUS AND LYMPHATIC INVOLVEMENT BY MALIGNANT MESOTHELIOMA**
-- INVOLUTED THYMIC TISSUE
B. HEART, PERICARDIUM AND TUMOR, EXCISION
-- MALIGNANT MESOTHELIOMA, EPITHELIOID TYPE
LIBERT/C. WANG/BERRY

COMMENT:  We note the patient's recent diagnosis of metastatic malignant mesothelioma, epithelioid type (SHS-22-03759). The tumor present in the current resection specimen is morphologically similar.

**Stanford Review**
DIAGNOSIS:
LYMPH NODES. RIGHT LOWER PARATRACHEAL/4R, EXCISIONAL BIOPSY (1/10/22; 22MS-133)
-- HISTOLOGIC AND IMMUNOPHENOTYPIC FINDINGS SUPPORTING **METASTATIC MALIGNANT MESOTHELIOMA, EPITHELIOID TYPE.**

COMMENT:  I have reviewed the H&E stained slides and accompanying immunostains and agree with Dr. Silveira as listed above. In light of the unusual diagnosis in this age group I performed a battery of immunostains in our lab along with additional H&E stained slides. The neoplastic cells within the lymph node show the following immunophenotypic profile: **WT1 positive, P40 negative, CK5/6 positive, D2-40 positive,  BAP1 retained, BerEP4 negative, calretinin positive, Claudin4 negative.**   This supports metastatic malignant mesothelioma, epithelioid type. **The findings are consistent with pericardial origin.**

EBUS of 4R 1/10/22:

Immunostain for cytokeratin AE1/AE3, cytokeratin 7, and cytokeratin 5/6 are diffusely positive. Both calretinin and WT1 display nuclear staining of tumor.
Ki-67 highlights around 25% of nuclei.  Thrombomodulin stains tumor weakly (the external control stains no better).  MOC31, BER-EP4, PAX8, thyroglobulin, CD5, p40, OCT-4, and CD117 are all negative.  CD3/CD20 immunostain cocktail displays background aggregates of B cells, with surrounding T cells.  Immunostain cocktail displays no nuclear uptake with TTF-1 and no cytoplasmic staining with napsin A.

Flow cytometry on tissue from part 2 was performed at NeoGenomics.  Viability is poor (<50%) and most cells appear non-hematopoietic.  Residual lymphocytes (11% of total) are primarily T cells (68%), with CD4/CD8 ratio of 1.6, and no loss of antigens. Please see appended report for additional details.

**Molecular:**

Official Copy



**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD ADVANCED
MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305-2200

Hernandez-Valdez, Anthony Michael
MRN: 36945558, DOB: 9/23/1998, Sex: M
Visit date: 3/18/2022

---

**Progress Notes by Roy, Mohana, MD at 3/18/2022 9:00 AM (continued)**

2/4/22 Guardant peripheral- negative

**STAMP 1/26/22**

<div style="background:#8B1A1A;color:white;padding:2px">SUMMARY OF FINDINGS</div>

Estimated tumor mutation burden: 3.0 mut/Mb[†]

The following variants are not known to be clinically relevant at this time:

*ATR* T1180A (Unknown significance)          *NTRK3* G642R (Unknown significance)
*TERT* E441del (Unknown significance)

**Please see the following pages for variant annotations.**

---

**Fusion STAMP pending**

**Assessment & Plan:**
Anthony Michael Hernandez-Valdez is a 23 Y old male with newly diagnosed pericardial mesothelioma, status post pericardiectomy and Pleurx placement on 2/17/2022, here for follow-up and initiation of first cycle of chemotherapy.

**#Epithelioid mesothelioma, pericardial-metastatic**
We had previously discussed that this appears to be a primary mesothelioma of the pericardium which is exceedingly rare, even within the rare diagnosis of mesothelioma in general. In addition him being so young and age makes this additionally difficult.
**-Today- starting C1D1 Carboplatin AUC 5, pemetrexed 375 mg/m²** to be given for 4-6 cycles
-Emend given today but unfortunately he had a reaction to this in the infusion center- will avoid for future use
-Ativan 1 mg p.o. given because anxiety
-We will also avoid dexamethasone going forward unless needed given his reported reaction to it
-He will have cancer genetics consultation soon and as well as palliative care

**#Chylous Pleural Effusions-** discussed with Dr. Backhus-
-Continuing to drain Pleurx 1 L each side
-Plan to start octreotide 100 mics 3 times daily-he is concerned about giving himself the shot so we will circle back next week on timing of starting this pending how he is doing with chemotherapy

**#Anxiety-baseline with coping of new diagnosis**
Contacted Ms. Pam Simon in AYA group- for helping support him.
-Has upcoming initial consultation and meeting with Dr. Fronk in palliative care
-Using Lorazepam 1 mg as needed

**#Cardiac Management-**in discussing the case with Dr. Boyd and Dr. Backus and reviewing the operative reports, he has still significant mesothelial tumor involvement around his heart and some into the myocardium. Recommend continuing metoprolol succinate 75 mg daily.
-Repeat ECHO
-off colchicine

**#Thrombosis -** non occlusive thrombus bilateral internal jugular and left brachiocephalic veins-extension seen on recent CT, likely also due to impaired venous drainage from tumor burden
**#Right subsegmental PE:**
He is still on rivaroxaban 15 mg daily with the initial loading- and now on 20 mg daily.
-can consider anti-XA level if worried about DOAC inefficacy

Official Copy



**Stanford**
HEALTH CARE
STANFORD MEDICINE

| STANFORD ADVANCED | Hernandez-Valdez, Anthony Michael |
| MEDICINE CENTER | MRN: 36945558, DOB: 9/23/1998, Sex: M |
| 300 PASTEUR DRIVE | Visit date: 3/18/2022 |
| MC:5500 | |
| PALO ALTO CA 94305-2200 | |

## Progress Notes by Roy, Mohana, MD at 3/18/2022  9:00 AM (continued)

**# Acid reflux**
**# Nausea**
- Continue compazine as needed
-Continue Pepcid twice a day

RTC scheduled for chemo cycles, will also request 1 week video visit check-in

As usual, I encouraged the patient to contact us should he develop any new symptoms or have any questions or concerns

Mohana Roy, MD
Clinical Assistant Professor-Oncology
Stanford Cancer Center Palo Alto and South Bay

Electronically signed by Roy, Mohana, MD at 3/29/2022  8:13 AM

## Progress Notes by Thai, Quan B, NP at 3/18/2022  5:33 PM

| Author: **Thai, Quan B, NP** | Service: **Oncology** | Author Type: **Nurse Practitioner** |
| Filed: **3/18/2022  6:05 PM** | Date of Service: **3/18/2022 5:33 PM** | Note Type: **Progress Notes** |
| Status: **Addendum** | Editor: **Thai, Quan B, NP (Nurse Practitioner)** | |
| Related Notes: Original Note by Thai, Quan B, NP (Nurse Practitioner) filed at 3/18/2022  6:02 PM | | |

**Stanford Hospital and Clinics**
**ITA Sick Call Progress Note**

Today's Date:3/18/2022
Attending Provider: Mohana Roy, MD
Patient's Name:Anthony Michael Hernandez-Valdez
Medical Record Number:36945558

**Impression:**
Anthony Michael Hernandez-Valdez is a 23 Y patient who has newly diagnosed epithelioid mesothelioma, suspect pericardal primary s/p pericardiectomy who presents for C1 carboplatin/pemetrexed.

**Reason for Sick Call APP assessment**: Infusion reaction to fosaprepitant which was stopped and disconnected by infusion RN.

**ROS:**
- Pt developed throat tightening briefly, shortness of breath.
- Throat tightening resolved with stopping the infusion.  Shortness of breath persisted.
- No flushing/rash/pruritis/rigors/fevers/CP

# Exhibit E

# Anthony Michael Hernandez-Valdez

Patient Health Summary, generated on May 19, 2022

## Patient Demographics - Male; born Sep. 23, 1998

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| 2695 Agnes Way *(Home)* Merced, CA 95340-3133 | ███████████ ██████████ ██████████ | English (Preferred) | Other Race / Hispanic or Latino | Single |
| *Former (Jan. 18, 2022 - Jan. 17, 2022):* 2695 Agness Way *(Home)* Merced, CA 95340 | | | | |
| *Former (Mar. 07, 2017 - Jan. 17, 2022):* 2695 Agnes Way *(Home)* MERCED, CA 95340 | | | | |

## Note from Stanford Health Care and University Healthcare Alliance

This document contains information that was shared with Anthony Michael Hernandez-Valdez. It may not contain the entire record from Stanford Health Care and University Healthcare Alliance.

## Allergies

**Fosaprepitant** (Shortness of Breath)

**Oxycodone** (Itching, pruritis)

**Ondansetron Hcl** (Shortness of Breath, Nausea, Vomiting, Dizziness, Headache)

## Patient Demographics - Male; born Sep. 23, 1998

| Patient Address | Communication | Language | Race / Ethnicity | Marital Status |
|---|---|---|---|---|
| 2695 Agnes Way *(Home)* Merced, CA 95340-3133 | 209-446-7294 (Mobile) 209-446-7294 (Home) emoryhernandez50@gmail.com | English (Preferred) | Other Race / Hispanic or Latino | Single |
| *Former (Jan. 18, 2022 - Jan. 17, 2022):* 2695 Agness Way *(Home)* Merced, CA 95340 | | | | |
| *Former (Mar. 07, 2017 - Jan. 17, 2022):* 2695 Agnes Way *(Home)* MERCED, CA 95340 | | | | |

## Note from Stanford Health Care and University Healthcare Alliance

This document contains information that was shared with Anthony Michael Hernandez-Valdez. It may not contain the entire record from Stanford Health Care and University Healthcare Alliance.

## Reason for Visit

### Follow Up (Routine) - Authorized

| Specialty | Diagnoses / Procedures | Referred By Contact | Referred To Contact |
|---|---|---|---|
| Oncology | Diagnoses Mesothelioma, unspecified Pericardial effusion (noninflammatory) | Mohana Roy 2589 Samaritan Dr San Jose, CA 95124 Phone: (408)426-4900 Fax: 669-233-2482 | Mohana Roy 2589 Samaritan Dr San Jose, CA 95124 Phone: (408)426-4900 Fax: 669-233-2482 |

| Referral ID | Status | Reason | Start Date | Expiration Date | Visits Requested | Visits Authorized |
|---|---|---|---|---|---|---|
| 15192665 | Authorized | | 3/1/2022 | 2/28/2023 | 12 | 12 |

## Encounter Details

| Date | Type | Department | Care Team |
|---|---|---|---|
| 05/06/2022 | Telemedicine | Thoracic Oncology 875 Blake Wilbur Drive Palo Alto, CA 94305 650-498-6000 | **Mohana Roy** 2589 Samaritan Dr San Jose, CA 95124 408-426-4900 (Work) 669-233-2482 (Fax) |

## Allergies - documented as of this encounter (statuses as of 05/19/2022)

| Active Allergy | Reactions | Severity | Noted Date | Comments |
|---|---|---|---|---|
| Fosaprepitant | Shortness of Breath | | 03/18/2022 | Throat tightness |
| Oxycodone | Itching, pruritis | | 02/26/2022 | |
| Ondansetron Hcl | Shortness of Breath, Nausea, Vomiting, Dizziness, Headache | | 02/04/2022 | Chest tightness |

## Active Problems - documented as of this encounter (statuses as of 05/19/2022)

| Problem | Noted Date |
|---|---|
| Admission for antineoplastic chemotherapy | 04/10/2022 |
| Nausea and vomiting, unspecified vomiting type | 04/10/2022 |
| Nausea and vomiting | 03/23/2022 |
| Chylous effusion | 03/15/2022 |
| Pericardial effusion | 02/12/2022 |
| Dyspnea | 02/06/2022 |
| Pleural effusion | 02/06/2022 |
| Mesothelioma | 01/30/2022 |

## Resolved Problems - documented as of this encounter (statuses as of 05/19/2022)

| Problem | Noted Date | Resolved Date |
|---|---|---|
| Shortness of breath | 01/21/2022 | 01/23/2022 |

## Immunizations - documented as of this encounter

| Name | Administration Dates | Next Due |
|---|---|---|
| Flu vaccine (IIV4), preservative-free | 01/24/2022 | |
| Moderna COVID-19 Vaccine | 05/21/2021, 04/23/2021 | |

## Social History - documented as of this encounter

| Tobacco Use | Types | Packs/Day | Years Used | Date |
|---|---|---|---|---|
| Never Smoker | | | | |
| Smokeless Tobacco: Never Used | | | | |

| Alcohol Use | Standard Drinks/Week |
|---|---|
| Not Currently | 0 (1 standard drink = 0.6 oz pure alcohol) |

| Sex Assigned at Birth | Date Recorded |
|---|---|
| Not on file | |

| Job Start Date | Occupation | Industry |
|---|---|---|
| Not on file | Not on file | Not on file |

## Last Filed Vital Signs - documented in this encounter

Not on file

## Ordered Prescriptions - documented in this encounter

| Prescription | Sig | Dispensed | Start Date | End Date |
|---|---|---|---|---|
| LORazepam (Ativan) 1 mg tablet | take 1.5 Tablets (1.5 mg total) by mouth every 6 hours as needed | 30 Tablet | 05/06/2022 | 11/02/2022 |
| pantoprazole (Protonix) 40 mg delayed release tablet | take 1 Tablet (40 mg total) by mouth daily | 60 Tablet | 05/06/2022 | 05/06/2023 |
| famotidine (Pepcid) 40 mg tablet | take 1 Tablet (40 mg total) by mouth daily | 60 Tablet | 05/06/2022 | 05/17/2022 |

## Progress Notes - documented in this encounter

Mohana Roy, MD - 05/06/2022 12:30 PM PDT
Formatting of this note is different from the original.
Images from the original note were not included.


Stanford Thoracic Oncology Clinic
Return Patient Visit
Palo Alto

Telemedicine: I have discussed the risks, benefits, and limitations of receiving care virtually with the patient. The patient expresses understanding and is willing to move forward.

MRN: 36945558
DOB: 9/23/1998

History of present illness:
Anthony Michael Hernandez-Valdez is a 23 Y old male who was recently diagnosed with epithelioid mesothelioma, suspect pericardial primary, on carboplatin and pemetrexed, here for followup

His oncologic history is summarized as follows:

2020: Developed cough and shortness of breath. Had been admitted with several echocardiograms performed, which showed pericardial effusions. Has only been treated on colchicine and prednisone.

1/4/22: Developed worsening adenopathy and neck swelling and underwent a CT neck for left sided neck swelling. Imaging revealed abnormal shotty appearing lymph nodes along the left neck and left neck soft tissue spaces including the left jugulodigastric which is enlarged measuring 1.3 cm. Numerous posterior cervical lymph nodes and bilateral supraclavicular lymph nodes.

CT chest revealed worsening lobulated masslike pericardial effusion. Worsening multiple enlarged neck soft tissue lymph nodes and subcutaneous soft tissue edema extending through the chest wall to level of the trachea. Notable supraclavicular, mediastinal, and retroperitoneal lymphadenopathy. Small pleural effusion.

1/10/22: Underwent right paratracheal (R4) lymph node biopsy. Path revealed mesothelioma, epithelioid type.

1/28/2022: Initial Thoracic Oncology Visit (Roy)

1/31/22: AFP, LDH, beta HCG, uric acid levels are wnl.

2/3/22: Scrotal ultrasound is negative.

2/6/22- SHC admission for shortness of breath-initially relieved by 2 thoracentesis with 1-1/2 L taken out on each side. Pleural fluid confirms malignant cells, morphologically similar to mesothelioma.

2/12/-2/22/22-SHC readmission with worsening respiratory status, concern for right-sided heart failure and will remain tachycardic.
He underwent Pericardiectomy (performed by local Dr. Boyd) Bilateral PleurX catheters, Resection of mediastinal mass and thymectomy on 2/17/22
OPERATIVE FINDINGS:
1. Large bilateral chylothoraces.
2. Diffuse tumor involvement of the pericardium with areas of invasion into the myocardium

3/18/22 CT Chest- Similar to 2/26/2022, multiple pericardial masses nearly encasing the heart, thoracic lymphadenopathy, retrocrural lymphadenopathy, and adjacent right upper lobe and right middle lobe interlobular septal thickening, concerning for residual/recurrent malignancy. Interlobular septal thickening may represent lymphangitic carcinomatosis versus lymphatic obstruction. Interval increase in extensive filling defects throughout the venous system, including left internal jugular, left brachiocephalic, right internal jugular, right brachiocephalic, and right vertebral veins. No evidence of extension of the thrombus into the superior vena cava

3/18/22 - C1 Carboplatin AUC 5/Pemetrexed 375 mg/m2
Significant nausea, vomiting, fatigue- had also allergic rxn to Emend
Added low dose haldol for nausea/vomiting, compazine and reglan has not helped in past
Two admissions for symptom control

4/9/22- C2 carboplatin AUC 4, Pemetrexed 375 mg/m2 (scheduled admission for chemo given symptom burden)

4/29/22- C3 held given fatigue, cytopenia and anemia, 1 unit PRBC given

5/5/22- CT chest- Interval increased diffuse nodular interlobular septal thickening, right greater than left lung, as well as new and increasing pulmonary nodules, concerning for progression of disease.. Extensive thoracic lymphadenopathy and multiple pericardial masses nearly encasing the heart, overall stable compared to prior exam with the exception of a few lymph nodes which are slightly decreased in size.

Interval History
He is feeling okay-here for video visit with his mother.
Eating okay-although still continues to be nauseous, unpredictable if occurs with certain foods, using only Compazine as needed
He denies any current constipation
Mouth sores and pain have resolved

No chest pain or shortness of breath, fatigue persists although improved after transfusion

Left side is draining abd, pain better, increased amount of drainage

Review of systems:
A comprehensive 14-point review of systems was performed, with pertinent positives as noted above; all other systems negative.

Past medical history:
Anxiety
Appendicitis

Past surgical history:
Past Surgical History:
Procedure Laterality Date
• BILATERAL PROCEDURE; SECONDARY MODIFIER N/A 2/17/2022
Performed by Backhus, Leah Monique, MD at STANFORD HOSPITAL 500P INTERVENTIONAL PLATFORM
• CHEST DRAINAGE CATHETER INSERTION Bilateral 2/17/2022
Performed by Backhus, Leah Monique, MD at STANFORD HOSPITAL 500P INTERVENTIONAL PLATFORM
• MEDIASTINAL LYMPHADENECTOMY, BILATERAL TUNNELED PLEURAL CATHETERS (PLEUR-X), POSSIBLE PLEURECTOMY, RADICAL PERICARDIECTOMY, THYMECTOMY WITH CPB STANDBY N/A 2/17/2022
Performed by Boyd, Jack H, MD at STANFORD HOSPITAL 500P INTERVENTIONAL PLATFORM
• THYMECTOMY; MEDIAN STERNOTOMY APPROACH N/A 2/17/2022
Performed by Backhus, Leah Monique, MD at STANFORD HOSPITAL 500P INTERVENTIONAL PLATFORM

Appendectomy 2009

Medications:
Outpatient Medications Prior to Visit
Medication Sig Dispense Refill
• acetaminophen (Tylenol 8 Hour) 650 mg TbSR take 1 Tablet by mouth daily as needed
• albuterol 90 mcg/actuation HFA inhaler 1 Puff by Inhalation route daily as needed
• cetirizine (ZyrTEC) 10 mg tablet take 1 Tablet (10 mg total) by mouth daily as needed for Allergies 30 Tablet 0
• Cholecalciferol (Vitamin D3) (Vitamin D3) 2,000 unit CAPS take 1 Capsule by mouth every day
• famotidine (Pepcid) 20 mg tablet take 1 Tablet (20 mg total) by mouth 2 times a day 180 Tablet 1
• folic acid 1 mg tablet take 1 mg by mouth daily
• gabapentin (Neurontin) 300 mg capsule take 1 Capsule (300 mg total) by mouth daily in the evening 30 Capsule 1
• HYDROmorphone (Dilaudid) 2 mg tablet take 1 Tablet (2 mg total) by mouth every 4 hours as needed (pain) 30 Tablet 0
• LORazepam (Ativan) 1 mg tablet take 1.5 Tablets (1.5 mg total) by mouth every 6 hours as needed 30 Tablet 0
• LORazepam (Ativan) 1 mg tablet take 1 Tablet (1 mg total) by mouth every 8 hours as needed 30 Tablet 0
• metoclopramide (Reglan) 10 mg tablet take 1 Tablet (10 mg total) by mouth 4 times a day as needed 30 Tablet 0
• metoclopramide (Reglan) 10 mg tablet take 10 mg by mouth 4 times a day as needed
• metoprolol succinate (Toprol XL) 25 mg extended release tablet take 3 Tablets (75 mg total) by mouth daily 90 Tablet 0
• multivitamin tablet take 1 Tablet by mouth daily 30 Tablet 0
• octreotide (SandoSTATIN) 100 mcg/mL injection inject 1 mL (100 mcg total) subcutaneous (under the skin) every 12 hours 90 Vial 0
• other drug Liocaine viscous solution 2%+Maalox+Childrens Benadryl 12.5mg/5ml (Ratio:1:1:1) -swish and spit 15 ml daily as needed
• prochlorperazine (Compazine) 10 mg tablet take 1 Tablet (10 mg total) by mouth every 6 hours as needed for Nausea/Vomiting 30 Tablet 0
• rivaroxaban (Xarelto) 20 mg tablet take 1 Tablet (20 mg total) by mouth daily with dinner After completion of loading course (15 mg BID) 90 Tablet 0
• Syringe with Needle (Disp) 1 mL 25 x 5/8" Syrg 1 Syringe by Misc.(Non-Drug; Combo Route) route every 8 hours . Use to inject octreotide (Patient taking differently: 1 Syringe by Misc.(Non-Drug; Combo Route) route every 8 hours . Use to inject octreotide) 100 Syringe 0

No facility-administered medications prior to visit.

Allergies:
NKDA

Social history: obtained at prior visits
Father works in construction and may have exposures, however only started in the past couple of years
Previously attended school in an old building, no clear asbestos exposure
Mother reports using large amounts of baby powder (Johnson and Johnson) in his childhood
No other exposures to hair salon products, chemicals in labs
Works at Home Depot
EtOH socially
No recreational drug use

Family history:

Father had ?bone cancer

BRCA mutation:
- Mother, maternal grandmother, maternal aunts x 2

Physical Exam:
Lying down, fatigued, answering questions, + flat affect
Limited video exam

Labs and studies:
None recent- since transfusion

Imaging
As in HPI
Most recent review in tumor board of CTA 2/26/22

Pathology:
2/25/22 Pericardiectomy Specimen Review

A. THYMUS PERICARDIAL FAT
B. PERICARDIUM AND TUMOR
DIAGNOSIS (MICROSCOPIC):
A. THYMUS AND PERICARDIAL FAT, EXCISION
--   PERICARDIAL TISSUE WITH MALIGNANT MESOTHELIOMA, EPITHELIOID
TYPE
--   METASTATIC MALIGNANT MESOTHELIOMA COMPLETELY REPLACING ONE
LYMPH NODE (1/1)
--   EXTENSIVE VENOUS AND LYMPHATIC INVOLVEMENT BY MALIGNANT
MESOTHELIOMA
--   INVOLUTED THYMIC TISSUE
B. HEART, PERICARDIUM AND TUMOR, EXCISION
--   MALIGNANT MESOTHELIOMA, EPITHELIOID TYPE
LIBERT/C. WANG/BERRY

COMMENT:  We note the patient's recent diagnosis of metastatic
malignant mesothelioma, epithelioid type (SHS-22-03759). The tumor
present in the current resection specimen is morphologically
similar.

Stanford Review
DIAGNOSIS:
LYMPH NODES. RIGHT LOWER PARATRACHEAL/4R, EXCISIONAL BIOPSY
(1/10/22; 22MS-133)
    --   HISTOLOGIC AND IMMUNOPHENOTYPIC FINDINGS SUPPORTING
METASTATIC MALIGNANT MESOTHELIOMA, EPITHELIOID TYPE.

COMMENT:  I have reviewed the H&E stained slides and accompanying
immunostains and agree with Dr. Silveira as listed above. In light
of the unusual diagnosis in this age group I performed a battery of
immunostains in our lab along with additional H&E stained slides.
The neoplastic cells within the lymph node show the following
immunophenotypic profile: WT1 positive, P40 negative, CK5/6
positive, D2-40 positive,  BAP1 retained, BerEP4 negative,
calretinin positive, Claudin4 negative.   This supports metastatic
malignant mesothelioma, epithelioid type. The findings are
consistent with pericardial origin.

EBUS of 4R 1/10/22:


Molecular:
2/4/22 Guardant peripheral- negative

STAMP 1/26/22

Fusion STAMP 3/15/22- Negative: No fusions detected

Assessment & Plan:
Anthony Michael Hernandez-Valdez is a 23 Y old male with newly diagnosed pericardial mesothelioma, status post

pericardiectomy and Pleurx placement on 2/17/2022, here for follow-up and 2 cycles of chemotherapy.

#Epithelioid mesothelioma

We had previously discussed that this appears to be a primary mesothelioma of the pericardium which is exceedingly rare, even within the rare diagnosis of mesothelioma in general. In addition him being so young and age makes this additionally difficult. We will continue to hold chemotherapy given recent CT chest which unfortunately shows progression of disease.
-will plan to change treatment to ipilumumab/nivolumab
-send patient info- reschedule for next week
-Palliative care connection with Dr. Fronk
-Octreotide Rx sent, will message Dr. Backus and her team regarding neck steps and if drain removal would be considered on the right side

#Mouth Sores- improved- suspect chemotherapy related- reviewed using viscous lidocaine, s/ p nystatin

#Dry Skin, Linear dermatitis- possible chemo related, pending dermatology visit. I think this will be important and also is anticipating starting immunotherapy.

#Nausea- multiple medications have been tried including ondansetron, Haldol, metoclopramide, Ativan.
-Currently only using Compazine, suggested to use it at meals so every 8 hours approximately or 3 times a day.
-Appreciate Dr. Fronk's input

#Chylous Pleural Effusions- drainage decreased on right , pending input from Dr. Backhus

#Anxiety-baseline with coping of new diagnosis
Contacted Ms. Pam Simon in AYA group again
-Rx lorazepam- sent
-SW following

#Cardiac Management-in discussing the case with Dr. Boyd and Dr. Backus and reviewing the operative reports, he has still significant mesothelial tumor involvement around his heart and some into the myocardium. Recommend continuing metoprolol succinate 75 mg daily.

#Thrombosis - non occlusive thrombus bilateral internal jugular and left brachiocephalic veins-extension seen on recent CT, likely also due to impaired venous drainage from tumor burden
#Right subsegmental PE:
He is continuing on rivaroxaban daily

#Epistaxis- platelets normal, has dry skin and nares- recommended trying to moisturize nares

# Acid reflux
# Nausea
-increasing regimen-if contributing to nausea as well. Adding PPI- pantoprazole 40 mg and then increasing pepcid to 40

RTC scheduled for chemo cycles, repeat quest labs early next week (CBC, chem) and schedule Ipi/Nivo- first available

As usual, I encouraged the patient to contact us should he develop any new symptoms or have any questions or concerns

Mohana Roy, MD
Clinical Assistant Professor-Oncology
Stanford Cancer Center Palo Alto and South Bay

Electronically signed by Mohana Roy, MD at 05/07/2022 8:55 PM PDT

# Exhibit F

9/22 Entered 04/12/22 08:30:20 Desc
Declaration Page 216 of 278

# World Health Organization Classification of Tumours

## Pathology & Genetics

# Tumours of the Lung, Pleura, Thymus and Heart

Edited by William D. Travis, Elizabeth Brambilla,
H. Konrad Müller-Hermelink and Curtis C. Harris

WHO Classification Tumours of the Lung, Pleura, Thymus and Heart

IARC

# World Health Organization Classification of Tumours



WHO          OMS

International Agency for Research on Cancer (IARC)

# Pathology and Genetics of Tumours of the Lung, Pleura, Thymus and Heart

Edited by

William D. Travis

Elisabeth Brambilla

H. Konrad Müller-Hermelink

Curtis C. Harris

*IARCPress*

Lyon, 2004

# Pericardial tumours

A. Burke
R. Loire
R. Virmani

## Solitary fibrous tumour

### Definition
An uncommon, spindle-cell, fibroblastic tumour which often shows a prominent haemangiopericytoma-like vascular pattern.

### ICD-O code
Solitary fibrous tumour      8815/1

### Synonyms
Benign mesothelioma, fibrous mesothelioma, submesothelial fibroma

### Localization
The most common locations, outside the pleura, include the head and neck, especially orbit, soft tissue, especially abdomen, extremities, and meninges {233,1384,1473}. As with any lesion common to the pleura, there have been examples of solitary fibrous tumour reported in the pericardium and rarely within the heart.

### Clinical features
Clinical features are related to pericardial mass effect.

### Macroscopy
Solitary fibrous tumours tend to be well-circumscribed, firm, fleshy or white although diffuse mesothelial surface involvement has been described.

### Histopathology
Histologic variability is the rule and multiple growth patterns have been described. Most tumours will have a predominant monomorphic spindle cell pattern resembling low-grade fibrosarcoma although broad tumour cell fascicles are rare. Areas of hypercellularity typically alternate with those that are less cellular. The less cellular areas can by myxoid or contain abundant collagen {459}. Typically the nuclei of tumour cells are closely apposed to collagen bundles. A haemangiopericytoma-like vascular pattern may be conspicuous, present in a small portion of the lesion, or absent. The differential diagnosis includes other monomorphic spindle cell tumours, including neurogenic tumours, spindle cell mesotheliomas, monophasic synovial sarcoma, and fibrosarcoma {1311}. Recently, desmoid tumour of the pleura has been added in the list of differential diagnostic considerations {2151}. See pleural section for additional information.

#### Immunoprofile
Solitary fibrous tumours are CD34 and bcl-2 positive. They are consistently negative for epithelial markers, muscle specific actin, desmin, CD31, CD117 (c-kit), S-100 protein calretinin, and inhibin {596,772,1473,2127}.





Fig. 4.39 Mesothelioma of pericardium. **A** Note the extensive tumour encasing the pericardium. **B** In many cases, the pericardial mass is in continuity with pleural mesothelioma.

#### Differential diagnosis
Sarcomatous mesotheliomas of the pericardium are distinguished from solitary fibrous tumours by their diffuse growth pattern, and keratin and calretinin reactivity. On the other hand, solitary fibrous tumour may closely mimic monophasic synovial sarcoma and low- grade fibrosarcoma. Fibrosarcoma tends to be more architecturally monomorphic and negative for CD34. Monophasic synovial sarcoma has higher grade cytology, plumper nuclei and shows focal keratin reactivity. Endometrial stromal sarcoma, and metastatic granulosa cell tumour may be excluded by negative reactivity for cytokeratin, estrogen and progesterone receptors, and inhibin.



Fig. 4.40 Localized fibrous tumor of the mesothelium is identical in appearance to those of the pleura. Note the spindle cell growth with prominent vascularity and variable cellularity.





**Fig. 4.41** Pericardial mesothelioma. **A** The majority of pericardial mesotheliomas are epithelioid. **B** Strong expression of calretinin. **C** Strong expression of cyto-keratin 7.

## Prognosis and predictive factors

The prognosis is generally good, although recurrences and local spread have been reported. Criteria for malignancy of pleural tumours include necrosis and a mitotic count of greater than 4 per 10 high powered fields, but the applicability of these criteria to tumours in the heart and pericardium is unknown.

## Malignant mesothelioma

### Definition

Malignant mesothelioma arises from mesothelial cells or demonstrates mesothelial differentiation. The definition of primary pericardial mesothelioma stipulates that there is no tumour present outside the pericardium, with the exception of lymph node metastases.

### ICD-O code           9050/3

### Epidemiology

Mesothelioma of the pericardium represents approximately 0.7% of malignant mesotheliomas {831}. As with mesotheliomas in other sites, the incidence may be increasing, due to the latency between asbestos exposure and tumour development {1074}.

### Etiology

Like pleural mesotheliomas, a large proportion of mesotheliomas of the pericardium are induced by asbestos {1074}. Iatrogenically induced pericardial mesotheliomas have been reported decades after exposure to pericardial dusting with asbestos and fibreglass as a treatment for angina pectoris. Therapeutic radiation for breast cancer and mediastinal lymphoma has also been implicated in rare patients. However, there remains a subset of

patients with mesothelioma who have no known exposure history.

### Clinical features
#### Signs and symptoms

The mean age of patients with pericardial mesothelioma is about 45 years, with a wide age range, including elderly, older children and young adults. The initial course is usually related to pericardial effusions. Tamponade may eventually occur {1202}.

#### Imaging

Echocardiography usually shows pericardial effusions and may show pericardial thickening. However, because pericardium is at the periphery of the field of view obtainable with echocardiography, MRI or CT are usually necessary. MRI and CT usually demonstrate pericardial fluid as well as pericardial thickening and/or pericardial masses {737}.

### Macroscopy

Malignant mesotheliomas of the pericardium can form bulky nodules that fill the pericardial cavity. The tumour can also spread diffusely over the pericardial surface and completely encase the heart. They can further encircle the great vessels and may obstruct the venae cavae.

### Histopathology

Malignant mesotheliomas of the pericardium resemble pleural mesotheliomas. Although the majority are of the epithelioid type, forming tubules, papillary structures, and cords of infiltrating cells that can incite a desmoplastic response, the sarcomatous variant is also common. Variants similar to those described in the pleura may also be seen in the pericardium e.g. microcystic, adenomatoid, deciduoid {1649,1802}.

#### Immunoprofile

The immunohistochemical profile of pericardial mesothelioma is similar to that of pleural mesothelioma. Expression of mesothelial antigens, such as calretinin, and cytokeratins 5/6 are helpful in the diagnosis, as are negative reactions for adenocarcinoma markers, such as carcinoembryonic antigen.

### Electron microscopy

Ultrastructurally, mesothelioma cells from epithelioid areas contain branched, bushy microvilli. Cytoplasmic tonofibrils are present in approximately 50% of tumours. Asbestos bodies may be identified within pericardial mesothelioma, but are of no diagnostic utility.

### Differential diagnosis

The distinction between mesothelioma and pleural-based lung adenocarcinoma can be quite difficult, and is generally based on immunohistochemical findings. Distinction from reactive mesothelial cell proliferations may also be difficult; in comparison to reactive pleural mesothelial proliferations, reactive pericardial mesothelial cells may be more deeply "invasive". Reactive stromal cells may also often attain bizarre and pleomorphic shapes, confusing the histopathologic picture. Other malignancies that may be confused with mesothelioma include pericardial-based angiosarcoma, which may elicit a prominent mesothelial response, malignant solitary fibrous tumour and synovial sarcoma. Immunohistochemistry is invaluable in such circumstances. Mesothelioma lacks the X;18 translocation of synovial sarcoma.

### Prognosis and predictive factors

The prognosis of pericardial mesothelioma is poor. Fifty per cent of patients

# Exhibit G

Received: 24 February 2020 | Revised: 13 March 2020 | Accepted: 17 March 2020

DOI: 10.1002/ajim.23106

**RESEARCH ARTICLE**



# Malignant mesothelioma following repeated exposures to cosmetic talc: A case series of 75 patients

Theresa S. Emory MD[1] ⓘ | John C. Maddox MD[1] ⓘ | Richard L. Kradin MD[2,3] ⓘ

[1]Department of Pathology, Peninsula Pathology Associates, Newport News, Virginia

[2]Department of Medicine (Pulmonary/Critical Care), Massachusetts General Hospital, Boston, Massachusetts

[3]Department of Pathology, Massachusetts General Hospital, Boston, Massachusetts

**Correspondence**
Theresa S. Emory, MD, Department of Pathology, Peninsula Pathology Associates, 500 J Clyde Morris Blvd, Newport News, VA 23601.
Email: temorymd@gmail.com

## Abstract

**Background:** Asbestos is the primary known cause of malignant mesothelioma. Some cosmetic talc products have been shown to contain asbestos. Recently, repeated exposures to cosmetic talc have been implicated as a cause of mesothelioma.

**Methods:** Seventy-five individuals (64 females; 11 males) with malignant mesothelioma, whose only known exposure to asbestos was repeated exposures to cosmetic talcum powders, were reviewed in medical-legal consultation. Out of the 75 cases, 11 were examined for asbestiform fibers.

**Results:** All subjects had pathologically confirmed malignant mesothelioma. The mean age at diagnosis was $61 \pm 17$ years. The mean latency from exposure to diagnosis was $50 \pm 13$ years. The mean exposure duration was $33 \pm 16$ years. Four mesotheliomas (5%) occurred in individuals working as barbers/cosmetologists, or in a family member who swept the barber shop. Twelve (16%) occurred in individuals less than 45 years old (10 females; 2 males). Forty-eight mesotheliomas were pleural (40 females; 8 males), 23 were peritoneal (21 females; 2 males). Two presented with concomitant pleural and peritoneal disease. There was one pericardial, and one testicular mesothelioma. The majority (51) were of the epithelioid histological subtype, followed by 13 biphasic, 8 sarcomatoid, 2 lymphohistiocytoid, and 1 poorly differentiated. Of the 11 individuals whose nontumorous tissues were analyzed for the presence of asbestiform fibers, all showed the presence of anthophyllite and/or tremolite asbestos.

**Conclusions:** Mesotheliomas can develop following exposures to cosmetic talcum powders. These appear to be attributable to the presence of anthophyllite and tremolite contaminants in cosmetic talcum powder.

**KEYWORDS**

anthophyllite, females, mesothelioma, peritoneal, pleural, talc, tremolite

## 1 | INTRODUCTION

Asbestos, a generic term for naturally occurring fibrous mineral silicates, is recognized as a carcinogen by the general medical and scientific communities. In 1960, Wagner et al[1] reported a large series of malignant mesotheliomas in individuals who had been exposed to asbestos from a South African asbestos mine. It has been demonstrated that all types of asbestos and even brief and low-dose exposures are capable of causing malignant mesothelioma.[2-4] In the 1970s, several types of cosmetic talcum powder products were

--------------------------------------------------------------------------------------------------------------------------------

This is an open access article under the terms of the Creative Commons Attribution License, which permits use, distribution and reproduction in any medium, provided the original work is properly cited.

© 2020 The Authors. *American Journal of Industrial Medicine* published by Wiley Periodicals, Inc.

Case 22-30889-MBK Doc 3481-24 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibits 24-27 to Barbara DeLarco Declaration Page 68 of 75

demonstrated to contain asbestos.[5-7] Asbestos fibers in commercial talcum powder have also been shown to become airborne upon application, and repeated exposures to cosmetic talc were implicated as a cause of mesothelioma by Gordon et al.[8] Recently, Moline et al,[9] reported a series of 33 subjects with malignant mesothelioma, whose only known exposure to asbestos was cosmetic talc. We present 75 additional subjects, with malignant mesothelioma, whose only known exposure to asbestos was cosmetic talc.

## 2 | METHODS

One hundred forty subjects with documented exposures to cosmetic talc were initially reviewed. Exposures were identified through sworn deposition testimonies and answers to sworn interrogatories provided from subjects, parents, and spouses. Sixty-five subjects were excluded due to recalled occupational or paraoccupational exposures to other sources of asbestos. Seventy-five subjects, whose only known exposure to asbestos was via cosmetic talc, were included for further examination. The asbestos content of talcum products and airborne asbestos concentrations during simulations of the usage of these products was determined in previously published studies.[10,11]

Tissues from biopsies and/or debulking procedures were examined and the diagnosis of malignant mesothelioma was confirmed by a board-certified pathologist (JCM, TSE, RLK). Immunohistochemical staining results for BAP-1 were available in a few cases but was not routinely performed as a part of this study.

No efforts were made to reconstruct levels of exposure but all subjects had been repeatedly exposed over many years. Eleven cases were examined for the presence of asbestiform fibers (aspect ratio, ≥3:1) in sampled tissues. Nine subjects were examined both by analytical transmission electron microscopy (ATEM) and microprobe analysis (MA) (see Table 2), whereas two were examined by scanning electron microscopy (SEM) and MA (results not shown).

## 3 | RESULTS

The pertinent data from the 75 subjects is shown in Table 1. All had pathologically confirmed malignant mesothelioma. Sixty-four subjects were females, 11 were males. The mean age at diagnosis was 61 ± 17 years, with a range of 14 to 94 years. The mean exposure duration was 33 ± 16 years with a range of exposure from 6 to 65 years. The mean latency from time of first exposure to diagnosis was 50 ± 13 years with a range of 14 to 72 years. A total of 4 of the 75 cases (5%) occurred in barbers/cosmetologists, or in a family member who swept the barber shop. Twelve (16%) were 45 years old or younger (10 females, 2 males) at the time of diagnosis. Forty-eight mesotheliomas were pleural (40 females; 8 in males); 23 peritoneal (21 females; 2 men). Two presented with both pleural and peritoneal disease. There was one pericardial (woman), and one testicular mesothelioma. The majority, 51 (68%) were of epithelioid subtype, 13 biphasic (17%), 8 sarcomatoid (11%), 2 lymphohistiocytoid (3%),

and 1 poorly differentiated (1%). Treatment, therapeutic outcomes, and survival were not determined in this study.

For the 11 subjects whose tissues were examined by ATEM and ASEM, the analysis showed the presence of tremolite and/or anthophyllite in all 11 subjects (Table 2).

## 4 | DISCUSSION

The 75 individuals with malignant mesothelioma caused by asbestos in cosmetic talc is currently the largest series reported to date. Recently, Moline et al reported 33 cases of malignant mesothelioma attributed to exposures to cosmetic talc. Like Moline's work, most of mesotheliomas in the present series occurred in women. Several mesotheliomas occurred specifically in hairdressers/barbers. Similarly, the asbestos fiber types found by ATEM in the tissues examined were comparable to those found in laboratory testing for cosmetic talc.[10-12]

Mesothelioma is recognized as a "signal tumor" of asbestos exposure, that is, if a patient has mesothelioma, it should signal an inquiry into potential asbestos exposure. The presence of asbestos in talc deposits has been recognized since the late 1940s.[13,14] Since the 1960s, laboratory testing has identified asbestos in samples of cosmetic talc.[15,16] Studies have confirmed that the most common types of asbestos present in cosmetic talc are tremolite, anthophyllite, and chrysotile. Industrial asbestos products used in the United States generally contained chrysotile, amosite, and/or crocidolite,[17] and anthophyllite and tremolite were rarely present.[18]

While the latency between exposure and diagnosis in the present study is similar to the average latency for the development of mesothelioma (50 years) reported in surveillance epidemiology and end results program (SEER),[19] the average age at diagnosis in this report (61 years) is 11 years younger than that in the SEER data (72 years). In addition, fewer than 3% of mesotheliomas in the SEER data occurred in individuals less than 45 years of age, whereas 16% of mesotheliomas of the present study occurred in individuals less than 45 years of age, and 83% of these cases were in women.[20]

The present report of 75 cases, together with the 35 cases previously reported[8,9] currently brings the number of individuals with confirmed diagnoses of malignant mesothelioma following repeated exposure to cosmetic talcum powder to more than 100. The presence of anthophyllite and tremolite in the fiber analysis of tissues obtained from the 11 subjects in this series, is consistent with a source in cosmetic talc.

Unlike industrial or occupational exposure to asbestos, where materials have been regulated, exposure to asbestos in cosmetic talc has not been widely reported or recognized within the medical community or to the public. Cosmetic talc products are most frequently used by women in the United States, and while the incidence of mesothelioma in women is less than in men, the majority have previously been reported as "idiopathic," indicating no recognized source of asbestos exposure. The present study supports the contention that asbestos exposure through the use of cosmetic talc accounts may account for an uncertain percentage of these cases.

**TABLE 1** Seventy-five mesothelioma cases exposed to talcum powder

| Case | Sex | Year of diagnosis | Age at diagnosis | Mesothelioma site | Histology | Estimated years of use | Estimated years of latency |
|------|-----|-------------------|------------------|-------------------|-----------|------------------------|----------------------------|
| 1 | F | 2017 | 72 | Pleural | Epithelioid | 20 | 57 |
| 2 | F | 2014 | 51 | Peritoneal | Epithelioid | 30 | 50 |
| 3 | F | 2017 | 50 | Pleural | Lymphohistiocytoid | 41 | 50 |
| 4 | F | 2017 | 57 | Peritoneal | Epithelioid | 30 | 52 |
| 5 | F | 2015 | 65 | Pleural | Epithelioid | 39 | 62 |
| 6 | F | 2017 | 39 | Peritoneal | Sarcomatoid | 15 | 39 |
| 7 | F | 2016 | 29 | Pericardial | Epithelioid | 29 | 29 |
| 8 | F | 2017 | 94 | Pleural | Epithelioid | 60 | 72 |
| 9 | F | 2015 | 80 | Pleural | Epithelioid | 19 | 59 |
| 10 | F | 2016 | 72 | Pleural | Sarcomatoid | 43 | 59 |
| 11 | F | 2013 | 66 | Peritoneal | Epithelioid | 20 | 52 |
| 12 | F | 2011 | 48 | Pleural | Lymphohistiocytoid | 13 | 21 |
| 13 | F | 2010 | 51 | Peritoneal | Epithelioid | 15 | 20 |
| 14 | F | 2018 | 55 | Peritoneal | Epithelioid | 40 | 42 |
| 15 | M | 2017 | 81 | Pleural | Sarcomatoid | 60 | 60 |
| 16 | F | 2018 | 56 | Pleural | Epithelioid | 48 | 52 |
| 17 | F | 2017 | 32 | Peritoneal | Epithelioid | 25 | 32 |
| 18 | F | 2017 | 89 | Pleural | Sarcomatoid | 40 | 42 |
| 19 | F | 2019 | 73 | Peritoneal | Epithelioid | 47 | 56 |
| 20 | M | 2016 | 70 | Pleural | Poorly differentiated | 50 | 55 |
| 21 | F | 2015 | 66 | Pleural | Epithelioid | 40 | 43 |
| 22 | F | 2016 | 45 | Pleural | Epithelioid | 10 | 45 |
| 23 | F | 2018 | 45 | Peritoneal | Epithelioid | 39 | 45 |
| 24 | M | 2015 | 67 | Pleural + peritoneal | Epithelioid | 35 | 60 |
| 25 | M | 2017 | 78 | Peritoneal | Biphasic | 50 | 62 |
| 26 | F | 2018 | 57 | Peritoneal | Biphasic | 25 | 57 |
| 27 | F | 2013 | 14 | Peritoneal | Epithelioid | 12 | 14 |
| 28 | F | 2016 | 67 | Peritoneal | Epithelioid | 15 | 59 |
| 29 | F | 2018 | 73 | Pleural | Epithelioid | 30 | 65 |
| 30 | F | 2018 | 76 | Pleural | Biphasic | 60 | 55 |
| 31 | M | 2017 | 39 | Testis | Epithelioid | 7 | 39 |
| 32 | F | 2018 | 57 | Pleural | Sarcomatoid | 57 | 57 |
| 33 | F | 2016 | 68 | Pleural | Epithelioid | 38 | 64 |
| 34 | F | 2017 | 80 | Pleural | Epithelioid | 50 | 60 |
| 35 | F | 2016 | 63 | Pleural | Epithelioid | 15 | 54 |
| 36 | F | 2017 | 58 | Pleural | Biphasic | 20 | 58 |
| 37 | F | 2017 | 71 | Pleural | Biphasic | 60 | 71 |
| 38 | F | 2014 | 70 | Pleural | Epithelioid | 41 | 39 |
| 39 | F | 2016 | 26 | Peritoneal | Epithelioid | 20 | 26 |

**TABLE 1** (Continued)

| Case | Sex | Year of diagnosis | Age at diagnosis | Mesothelioma site | Histology | Estimated years of use | Estimated years of latency |
|------|-----|-------------------|------------------|-------------------|-----------|------------------------|----------------------------|
| 40 | F | 2016 | 35 | Pleural | Epithelioid | 35 | 35 |
| 41 | F | 2017 | 72 | Pleural | Sarcomatoid | 23 | 60 |
| 42 | F | 2016 | 68 | Peritoneal | Epithelioid | 65 | 68 |
| 43 | F | 2018 | 77 | Pleural | Biphasic | 30 | 55 |
| 44 | M | 2015 | 58 | Plural | Biphasic | 6 | 49 |
| 45 | F | 2017 | 72 | Peritoneal | Biphasic | 30 | 42 |
| 46 | F | 2017 | 59 | Pleural + peritoneal | Epithelioid | 15 | 44 |
| 47 | F | 2016 | 80 | Pleural | Biphasic | 16 | 52 |
| 48 | M | 2019 | 71 | Pleural | Epithelioid | 40 | 57 |
| 49 | F | 2017 | 72 | Pleural | Biphasic | 58 | 58 |
| 50 | F | 2017 | 43 | Peritoneal | Epithelioid | 43 | 43 |
| 51 | F | 2017 | 75 | Peritoneal | Sarcomatoid | 55 | 59 |
| 52 | F | 2015 | 30 | Pleural | Epithelioid | 20 | 20 |
| 53 | F | 2017 | 79 | Pleural | Biphasic | 65 | 61 |
| 54 | F | 2017 | 66 | Peritoneal | Epithelioid | 20 | 60 |
| 55 | F | 2015 | 64 | Peritoneal | Epithelioid | 40 | 40 |
| 56 | F | 2017 | 24 | Pleural | Epithelioid | 12 | 24 |
| 57 | M | 2017 | 72 | Pleural | Epithelioid | 30 | 56 |
| 58 | M | 2017 | 74 | Peritoneal | Epithelioid | 30 | 52 |
| 59 | M | 2015 | 30 | Pleural | Epithelioid | 20 | 30 |
| 60 | F | 2016 | 81 | Pleural | Sarcomatoid | 52 | 52 |
| 61 | F | 2017 | 58 | Pleural | Epithelioid | 58 | 58 |
| 62 | F | 2016 | 75 | Pleural | Epithelioid | 8 | 47 |
| 63 | F | 2011 | 88 | Pleural | Epithelioid | 21 | 71 |
| 64 | F | 2016 | 73 | Peritoneal | Biphasic | 41 | 60 |
| 65[a] | M | 2017 | 64 | Pleural | Epithelioid | 18 | 40 |
| 66[a] | F | 2014 | 69 | Pleural | Epithelioid | 16 | 60 |
| 67[a] | F | 2014 | 44 | Peritoneal | Epithelioid | 30 | 39 |
| 68[a] | F | 2016 | 68 | Pleural | Epithelioid | 53 | 52 |
| 69[a] | F | 2016 | 72 | Pleural | Epithelioid | 40 | 51 |
| 70[a] | F | 2016 | 67 | Pleural | Epithelioid | 37 | 53 |
| 71[a] | F | 2017 | 58 | Pleural | Epithelioid | 41 | 46 |
| 72[a] | M | 2016 | 44 | Pleural | Epithelioid | 43 | 44 |
| 73[a] | F | 2017 | 51 | Pleural | Epithelioid | 28 | 49 |
| 74[a] | F | 2015 | 47 | Pleural | Epithelioid | 15 | 40 |
| 75[a] | F | 2014 | 62 | Pleural | Biphasic | 14 | 53 |

[a]Tissue analysis performed.

The present study has several limitations. It is both retrospective and uncontrolled, and the cases were submitted in medico-legal consultation, all of which potentially introduce bias. However, detailed deposition testimonies provide a level of detail concerning product exposure—including dates of exposure, duration, and frequency—that is rarely obtained in routine medical exposure histories, and which allowed for corroborating witness testimony in some cases. The strengths of the current series include its size, as malignant mesothelioma is a rare disease

488 | WILEY INDUSTRIAL MEDICINE EMORY ET AL.

Case 2:23-cv-02895-MBK Doc 2348-14 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc Exhibit Exhibits 24-27 to Starkey Declaration Page 224 of 225

**TABLE 2** Fiber detection in tissue digestion from nine cases of malignant mesothelioma

| Case | Mesothelioma site | Asbestos type | Tissues examined | Concentration (fibers per gram of wet tissue)<br>Lung, lymph node, omentum, ovary | Limit of detection (fibers per gram of wet tissue)<br>Lung, lymph node, omentum, ovary | Tissue digest weight (g)<br>Lung, lymph node, omentum, ovary |
|---|---|---|---|---|---|---|
| 65 | Pleural | Anthophyllite, tremolite | Lung, lymph node | 8625 | 4313 | 0.08, 0.34 |
| 66 | Pleural | Anthophyllite | Lung, lymph node | 15 333, 23 000 | 7667, 1150 | 0.06, 0.06 |
| 67 | Peritoneal | Anthophyllite, tremolite | Omentum, lymph node | 1917, 1725 | 639, 1725 | 0.54, 0.20 |
| 68 | Pleural | Anthophyllite, tremolite | Lymph node | 3044 | 1015 | 0.82, 0.34 |
| 70 | Pleural | Anthophyllite, amosite, chrysotile | Lymph node | 17 250 | 3450 | 1.06 |
| 71 | Pleural | Anthophyllite, tremolite | Lung, lymph node | 4313, 857, 3451 | 2156, 857, 575 | 0.16 |
| 72 | Pleural | Anthophyllite, tremolite | Lymph node | 17 250 | 3450 | 0.02 |
| 74 | Pleural | Anthophyllite, tremolite | Lung | 2300 | 460 | 2 |
| 75 | Pleural | Anthophyllite | Lung, ovary | 3450, 2070 | 1150, 2070 | 0.6, 0.2 |

Note: All cases shown were examined by analytical transmission electron microscopy and structures analyzed by microprobe analysis.

(1-2 cases per 100 000), and its novelty, as exposures to cosmetic talc are rarely considered by most medical practitioners when they are eliciting an exposure history to asbestos.

The findings of the present and other recent studies suggest that cosmetic talc may be a cause of malignant mesothelioma. Large-scale controlled studies will be required to assess the prospective risk of developing mesothelioma following repeated exposures to talc. Although cosmetic talcs are not currently regulated by the Food and Drug Administration, the poor prognosis of malignant mesothelioma may warrant regulation or the withdrawal of cosmetic talcs from the market, as nontoxic alternatives such as corn starch are presently available.

## CONFLICTS OF INTEREST

Drs Emory, Maddox, and Kradin have testified in asbestos litigation, primarily for plaintiffs.

## DISCLOSURE BY AJIM EDITOR OF RECORD

John D. Meyer declares that he has no conflict of interest in the review and publication decision regarding this article.

## AUTHOR CONTRIBUTIONS

JCM and RLK developed the concept and the design of the work. JCM initiated the acquisition and developed the initial data analysis. TSE reviewed the materials, performed the statistical analysis, and was the primary author of the manuscript. RLK revised and gave the final approval of the version to be published.

## ETHICS APPROVAL AND INFORMED CONSENT

As these cases were selected from medical-legal consultation practice and no identifying information was included, there was no formal institutional consent nor informed consent required.

## ORCID

*Theresa S. Emory* http://orcid.org/0000-0002-8075-4480
*John C. Maddox* http://orcid.org/0000-0003-1417-0337
*Richard L. Kradin* http://orcid.org/0000-0002-3953-8671

## REFERENCES

1. Wagner JC, Sleggs CA, Marchand P. Diffuse pleural mesothelioma and asbestos exposure in the North Western Cape Province. *Occup Environ Med.* 1960;17:260-271.
2. Lacourt A, Gramond C, Rolland P, et al. Occupational and non-occupational attributable risk of asbestos exposure for malignant pleural mesothelioma. *Thorax.* 2014;69:532-539.
3. Rödelsperger K, Jöckel KH, Pohlabeln H, Romer W, Woitowitz HJ. Asbestos and man-made vitreous fibers as risk factors for diffuse malignant mesothelioma: results from a German hospital-based case-control study. *Am J Ind Med.* 2001;39:262-275.
4. Jiang Z, Chen T, Chen J, et al. Hand spinning chrysotile exposure and risk of malignant mesothelioma: a case control study in Southeastern China. *Int J Cancer.* 2018;142:514-523.
5. Rohl AN, Langer AM. Identification and quantitation of asbestos in talc. *Environ Health Perspect.* 1974;9:95-109.
6. Rohl AN, Langer AM, Selikoff IJ, et al. Consumer talcums and powders: mineral and chemical characterization. *J Toxicol Environ Health.* 1976;2:255-284.
7. Snider D, Pfeiffer D, Mancuso J. Asbestos form impurities in commercial talcum powders. *Compass Sigma Gamma Epsilon.* 1972;49:65-67.
8. Gordon RE, Fitzgerald S, Millette J. Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women. *Int J Occup Environ Health.* 2014;20(4):318-332.
9. Moline J, Bevilacqua K, Alexandri M, Gordon RE. Mesothelioma associated with the use of cosmetic talc. *J Occup Environ Med.* 2020;62(1):11-17.
10. Steffen JE, Tran T, Yimam M, et al. Serous ovarian cancer caused by exposure to asbestos and fibrous talc in cosmetic talc powders—A case series. *J Occup Environ Med.* 2020;62:e65-e73. https://doi.org/10.1097/JOM.0000000000001800
11. Paoletti L, Caiazza S, Donelli G, Pocchiari F. Evaluation by electron microscopy techniques of asbestos contamination in industrial, cosmetic, and pharmaceutical talcs. *Regulatory Toxicol Pharmacol.* 1984;4:222-235.
12. Roggli V, Vollmer R, Kelly J, Sporn T. Tremolite and mesothelioma. *Ann Occup Hyg.* 2002;46(5):447-453.
13. Millman N. Pneumoconiosis due to talc in the cosmetic industry. *Occup Med.* 1947;3:257-260.
14. Kleinfeld M, Messite J, Langer AM. A study of workers exposed to asbestiform minerals in commercial talc manufacture. *Environ Res.* 1973;6:132-143.
15. Johns-Manville Research and Engineering Center. *Body Talcum Powders—Petrographic Examination*, requested by J. P. Leineweber. 31 October 1968. https://cdn.toxicdocs.org/gb/gbq4wMVNy39gQpYQoRr0EpBE3/gbq4wMVNy39gQpYQoRr0EpBE3.pdf. Accessed 29 February 2020.
16. Lewin S, New York University, to Alfred Weissler, FDA, August 3, 1972, https://cdn.toxicdocs.org/85/85JyymOw7EB568x1mExoqRQVe/85JyymOw7EB568x1mExoqRQVe.pdf. Accessed 29 February 2020.
17. Churg AM, Warnock ML. Asbestos and other ferruginous bodies their formation and clinical significance. *Am J Pathol.* 1981;102:447-457.
18. Roggli VL, McGavran MH, Subach J, Sybers HD, Greenberg SD. Pulmonary asbestos body counts and electron probe analysis of asbestos body cores in patients with mesothelioma. *Cancer.* 1982;50:2423-2432.
19. American Cancer Society. *Key Statistics About Malignant Mesothelioma*; 2018. https://www.cancer.org/cancer/malignant-mesothelioma/about/key-statistics.html. Accessed 15 February 2020.
20. Henley SJ, Larson TC, Wu M, et al. Mesothelioma incidence in 50 states and the District of Columbia, United States, 2003–2008. *Int J Occup Environ Health.* 2013;19(1):1-10. https://doi.org/10.1179/2049396712Y.0000000016

**How to cite this article:** Emory TS, Maddox JC, Kradin RL. Malignant mesothelioma following repeated exposures to cosmetic talc: A case series of 75 patients. *Am J Ind Med.* 2020;63:484–489. https://doi.org/10.1002/ajim.23106