# Exhibit 29

Marc E. Wolin, Esq.
mwolin@saiber.com
John M. August, Esq.
jaugust@saiber.com
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel: (973) 622-8401

-and-

Steven Kazan, Esq.
skazan@kazanlaw.com
Joseph D. Satterley, Esq.
jsatterley@kazanlaw.com
Denyse F. Clancy, Esq.
dclancy@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Tel: (510) 302-1000

*Counsel for Movant Anthony M. Hernandez Valadez*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

## DECLARATION OF RONALD F. DODSON, Ph.D., F.C.C.P., F.A.H.A.

3166145.2

1

EXHIBIT 29

Pursuant to 28 U.S.C. § 1746, I, Ronald F. Dodson, Ph.D., F.C.C.P., F.A.H.A., declare under penalty of perjury as follows:

1.  I have personal knowledge of the facts set forth in this Declaration, except for such facts that have been made known to me in forming an opinion, in which case each such fact is of a type on which professionals in my field reasonably rely in forming such opinions. The facts stated in this Declaration that are within my personal knowledge are true. If asked, I could and would testify competently to the truth of and foundation for each fact and opinion asserted within this Declaration.

2.  Attached hereto as **Exhibit A** is a true and correct copy of my curriculum vitae, dated August 21, 2020, which truthfully states my qualifications to provide expert testimony in this action.

3.  I received my B.A. in biology and general sciences from East Texas State College, and M.A. in biology and chemistry from East Texas State University. I received my Ph.D. from Texas A&M University, with an emphasis in biological electron microscopy. I conducted postdoctoral studies in the Department of Anatomy at the University of Texas Health Center at San Antonio. I was then appointed to the faculty of Baylor College of Medicine. After serving on the faculty at Baylor for seven years, I was then recruited to the University of Texas Health Center in Tyler to begin a formal research program.

4.  At the University of Texas Health Center at Tyler, I held a number of positions and titles, including Chief of the Department of Cell Biology and Experimental Pathology, Chairman of the Department of Cell Biology and Environmental Sciences, Associate Director for Research, Director of the Occupational/Environmental Training Division, Co-Director of the

Texas Institute of Occupational Safety and Health, and Vice President for Research. I also held the position of tenured Professor of Biology at the University of Texas at Tyler.

5. My primary research focus involves determination of dust levels in tissue, body fluids, and environmental samples by light and electron microscopy. My laboratories have developed some of the techniques available for preparation of these samples for analysis by Analytical Transmission Electron Microscopy. I have published over 100 articles on dust-related issues and have given numerous presentations on the same topic. I co-edited two editions of a book with Dr. Samuel Hammar entitled, <u>Asbestos: Risk Assessment, Epidemiology, and Health Effects,</u> currently in its second edition.

6. I retired from academia in 2005. I currently serve as President of Dodson Environmental Consulting, LLC, and as a Senior Consultant for ERI Consulting, Inc. ("ERI"). ERI provides environmental consulting services in a variety of disciplines, including airborne contaminants. I am experienced in performing tissue digestion studies and analyzing results therefrom.

7. In addition to my above-referenced book on asbestos, I have extensively published in peer-reviewed journals on asbestos and asbestos-related diseases—I have authored approximately 140 peer-reviewed publications, and approximately 100 of those concerned asbestos. [*See, e.g.*, Exh. A at pp. 24-40.] Many of my publications address asbestos-caused mesothelioma. I also have taught medical students about asbestos and its ability to cause disease.

8. I have reviewed the scientific literature on asbestos, elongated mineral particles, and talc fibers, and their ability to cause disease. I also have published on the ability of other elongated mineral particles to cause disease. [*See, e.g.*, Exh. A at pp. 37-40.]

9.      The World Health Organization's International Agency for Research on Cancer
("IARC") supports my causation opinion in this case. IARC treats asbestiform (fibrous) talc as
carcinogenic due to its similarity to asbestos. The 1987 IARC Monographs reported an
association between exposure to talc containing asbestiform fibres and mesothelioma and
concluded that there is sufficient evidence for the carcinogenicity to humans of talc containing
asbestiform fibres.[1] In 2010, IARC published the following clarification for their evaluation of
talc carcinogenicity:

> The review of talc in Supplement 7 led to evaluations for two agents: talc
> containing asbestiform fibres and talc not containing asbestiform fibres. **The term
> 'asbestiform fibre' has been mistaken as a synonym for 'asbestos fibre' when
> it should be understood to mean any mineral, _including talc_, when it grows in
> an asbestiform habit.** To avoid confusion over the term 'asbestiform fibre', the
> present Working Group decided that **it is scientifically more precise to call the
> agent 'talc not containing asbestos or asbestiform fibres', and this evaluation
> supersedes the earlier review of talc not containing asbestiform fibres.** The
> present Working Group also decided to expand the name of the Group-1 agent
> from 'talc containing asbestiform fibres' to 'talc containing asbestos or other
> asbestiform fibres'. The present Working Group reviewed the earlier _Monograph_
> on talc containing asbestiform fibres and determined that the expanded name is
> consistent with what had been evaluated in Supplement 7. No update was
> undertaken for this Group-1 agent.[2] [Emphasis added.]

10.     In 2012, IARC again classified talc containing asbestiform fibers as a Group-1
human carcinogen[3] and reiterated their position, clarifying again that "talc containing
asbestiform fibres" includes asbestiform (fibrous) talc:

> **Talc may also form true mineral fibres that are asbestiform in habit.** In some
> talc deposits, tremolite, anthophyllite, and actinolite may occur. Talc containing
> asbestiform fibres is a term that has been used inconsistently in the literature. In
> some contexts, it applies to talc containing asbestiform fibres of talc or talc
> intergrown on a nanoscale with other minerals, usually anthophyllite. In other
> contexts, **the term asbestiform talc has erroneously been used for talc
> products that contain asbestos.** Similarly, the term asbestiform talc has

---

[1] IARC Supplement 7 (1987) at p. 350.

[2] IARC, Carbon Black, Titanium Dioxide, and Talc (2010) at p. 39.

[3] IARC, Arsenic, Metals, Fibres and Dusts, Volume 100 C, A Review of Human Carcinogens (2012) at p. 38.

erroneously been used for talc products that contain elongated mineral fragments that are not asbestiform.[4]

11.     Another version of the IARC Monograph issued in 2012[5] provides that the "conclusions reached in this *Monograph* about asbestos and its carcinogenic risks apply to these six types of fibres [chrysotile, actinolite, amosite, anthophyllite, crocidolite, tremolite] wherever they are found, and *that includes talc containing asbestiform fibres.*" [p. 219 (emphasis added).] Further, IARC concluded that "[t]here is *sufficient evidence* in humans for the carcinogenicity of talc containing asbestiform fibers. Talc containing asbestiform fibres causes cancer of the lung and mesothelioma…Talc containing asbestiform fibers is *carcinogenic to humas (Group 1)*." [*Id.* at 294 (original emphasis).]

12.     Consistent with IARC, Lee Poye and I co-authored an article in the peer-reviewed literature reporting the presence of elongated mineral particles in two individuals who were exposed to talc while working in the manufacture of tile products.[6] In that article, Mr. Poye and I described how we performed a tissue burden analysis to determine the presence of ferruginous bodies and uncoated elongated mineral particles in tissue samples. We found ferruginous bodies in the workers' lung tissues, as well as elongated talc fibers/ribbons and elevated numbers of noncommercial amphiboles. We concluded that the presence of asbestiform amphiboles and asbestiform talc particulates in the tissues of these individuals raises concerns that other individuals who were similarly exposed to such particulates are at risk of developing mesothelioma. In doing so, we cited to the IARC monographs and noted that the "presence of

---

[4] *Id.* at p. 230 (emphasis added).
[5] This version of IARC 2012 is entitled "Asbestos (Chrysotile, Amosite, Crocidolite, Tremolite, Actinolite, and Anthophyllite)."
[6] Dodson, R. and Poye, L., *Tissue Burden Evaluation of Elongated Mineral Particles in Two Individuals with Mesothelioma and Whose Work History Included Manufacturing Tile* (Jan. 2020) Ultrastructural Pathology at pp. 3-5 and 14.

talc fibers in the tissue of these individuals alone thus offers concern of exposure to a Group One carcinogen based on the IARC position."[7]

13.    Further, my opinions here are supported by the work of Dr. Andrew Churg. For example, Dr. Churg in 1979 explained, "In this report we analyze the cores of asbestos bodies obtained from individuals with low asbestos body counts and show that these bodies also contain amphibole cores. Interestingly, a large percentage of the cores from women are anthophyllite or tremolite. The source for women may be a product used within the home such as cosmetic talc, which is often contaminated with these varieties of asbestos (10, 16)." [Churg, A., et al., *Analysis of the Cores of Ferruginous (Asbestos) Bodies from the General Population* (1979) 40 Int'l. Acad. of Path. 622.] Similarly, Dr. Churg in 1982 explained, "An interesting fact that emerged from the studies mentioned above is that the types of amphibole cores present in asbestos bodies in lungs of members of the general population can be correlated with the sex of the patient: men usually form bodies on the commercial amphiboles amosite and crocidolite, whereas about half of the bodies in women's lungs are formed on anthophyllite and tremolite. (fn. 30) One interpretation of this finding is that the amosite and crocidolite reflect background atmospheric pollution to which everyone is exposed, whereas the anthophyllite and tremolite indicate exposure to some specific products, for example, the talc used in cosmetics." [Churg, A., *Fiber Counting and Analysis in the Diagnosis of Asbestos-Related Disease* (1982) 13 Human Path. 385.] Additionally, Dr. Churg in 1983 reported his findings of talc in the tissues of 19 of 20 patients, and noted, "Cosmetics and powders with talc bases might account for some of the talc found in lungs." [Churg, A., *Nonasbestos Pulmonary Mineral Fibers in the General Population* (1983) 31 Environ. Res. 189, 190, 193, 198.]

---

[7] *Id.* at p. 14.

14.     Additionally, as an expert consultant, I have documented the presence of asbestos and asbestiform/fibrous talc in individuals with mesothelioma, and I have opined that exposure to such structures was a cause of each individual's mesothelioma. I also have been permitted in trials to offer expert testimony on asbestos-related topics including, among others, pathology, biology, chemistry, and microscopy. I have explained to juries that asbestos and asbestiform/fibrous talc in Johnson's Baby Powder causes mesothelioma; and how I have found asbestos, talc, and talc-associated mineral particles in the tissues of plaintiffs who developed mesothelioma due to their longtime exposures to Johnson's Baby Powder.

15.     For example, in *Leavitt*, I explained to the jury that Teresa Leavitt's mesothelioma resulted from her use of Johnson's Baby Powder and her associated exposures to asbestiform structures, including amphibole asbestos and fibrous talc. At that trial, I cited to the IARC monographs because IARC has defined asbestiform talc to include fibers of talc, and has determined them to be – along with asbestos fibers – causative of cancer. I explained that I had performed a tissue-digestion analysis of Mrs. Leavitt's lung tissue, and I showed the jury images of the detected particles of fibrous talc, platy talc, talc ribbons, and mica – all of which also are found in Johnson's Baby Powder talc. I further explained that, based upon all of the testimony, documents, and tissue-digestion results, Mrs. Leavitt's mesothelioma was caused by the asbestos and other elongated mineral particles in Johnson's Baby Powder. There was no evidence of any alternative causes of mesothelioma in Mrs. Leavitt's past.

16.     Likewise in *Prudencio*, I explained to the jury that I had performed a tissue-digestion analysis of Christina Prudencio's omentum tissue. The detected mineral particles included talc, mica, aluminum silicates, and cummingtonite – all of which also are found in Johnson's Baby Powder talc. I explained that Ms. Prudencio's peritoneal mesothelioma resulted

from her longtime exposure to that product. In sum, "The fact is that she was exposed to a product, cosmetic talc, that does have fibers in it. I saw nowhere that anyone discovered another source that she was exposed to asbestos-containing material. So, therefore, if fibers cause mesothelioma, then the material talc was actually found in the two samples of omentum that were evaluated by us, and there was one structure -- asbestos structure that was also found in one of the samples by Mr. Poye. And we know from our own studies that the omentum and the mesentery do have fibers that reach those sites in previous publications we've done."

17.    I have reviewed the declarations of Anthony M. Hernandez Valadez and his mother Anna Camacho, a true and correct copy of each is attached  hereto as **Exhibits B and C**, respectively. I understand that Mr. Valadez is 23 years old and was diagnosed with pericardial mesothelioma. He had virtually lifelong, daily exposures to Johnson's Baby Powder talc. When Mr. Valadez was a baby, his mother regularly used a lot of Johnson's Baby Powder talc on him every day, multiple times each day, including during diaper changes, after baths, to treat or prevent diaper rash, and whenever it was needed. His mother packed the baby powder throughout his body, including on his private areas, arms, neck, forehead, armpits, and chest. She applied the powder either directly from the bottle or with her hands. His mother also saw other family members apply Johnson's Baby Powder on him while he was a baby. Even after Mr. Valadez was no longer wearing diapers, his mother continued using Johnson's Baby Powder talc on him throughout his childhood. She applied that product in the same way and in the same areas as described above. In addition, his mother applied Johnson's Baby Powder on his feet and in between his toes, as well as inside his shoes. Mr. Valadez began using Johnson's Baby Powder talc on himself when he was around 13 years old and continued using it for several years thereafter. He used a lot of Johnson's Baby Powder talc throughout his body, including on his

chest, armpits, private areas, back, and neck. His mother likewise knows that her son used
Johnson's Baby Powder as a teenager because she saw remnants of baby powder on his clothes
and armpits. Mr. Valadez used Johnson's Baby Powder talc every day, multiple times each day,
including after showers, before going out, or whenever he need to freshen up. He applied that
product either directly from the bottle or with his hands. It took at least a couple of minutes for
him to apply the powder. Using Johnson's Baby Powder talc in the manner described above
always generated visible dust, which he breathed.

18.     Based on my expertise, the scientific literature, the results of tissue-digestion
analyses involving other talc-exposed individuals, and the documents I have reviewed regarding
Johnson's Baby Powder talc, it is my opinion, to a reasonable degree of scientific certainty, that
Mr. Valadez's exposure to asbestos and asbestiform/fibrous talc in Johnson's Baby Powder is the
most likely cause of his mesothelioma. Mesothelioma is a cancer known to be caused by
exposure to asbestos and asbestiform/fibrous talc structures. Therefore, if a person has
mesothelioma, like Mr. Valadez here, the person's known history of exposure to asbestos and
asbestiform/fibrous talc structures is an important factor to consider for attribution of the disease.
I have not been presented with any information suggesting that Mr. Valadez was exposed to
asbestos or asbestiform/fibrous talc structures from a source other than Johnson's Baby Powder
talc.

19.     Additionally, as shown by the above publications and case examples, tissue-
digestion results that confirm the presence of asbestos, talc, and other talc-associated mineral
particles in a patient's tissues constitute strong physical evidence – similar to a fingerprint – of
the patient's prior exposures to talcum powder, helping to prove causation of the patient's
mesothelioma. But such tissue-digestion studies cannot be performed if the patient's tissue

samples are inaccessible and cannot be evaluated as to suitability for testing. That is the problem

we face here. I have been advised that the hospitals that are providing the treatment for

Mr. Valadez's mesothelioma will not release his tissue samples for testing absent a lawful

subpoena or a court order. And yet, because of the injunction in this bankruptcy action,

Mr. Valadez and his counsel cannot file any lawsuit that would empower them to issue such a

subpoena or to obtain such a court order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief. I executed this Declaration at Tyler, Texas

on May 23, 2022.

By: _____

RONALD F. DODSON, Ph.D., F.C.C.P., F.A.H.A.

KAREN DOWNING
MY COMMISSION EXPIRES
FEBRUARY 24, 2025
NOTARY ID: 12209521

Karen Downing
May 23, 2022
Expires February 24, 2025

# Exhibit A

August 21, 2020

# CURRICULUM VITAE

## **Ronald F. Dodson, Ph.D., F.C.C.P., F.A.H.A.**

Birthdate:  February 14, 1942

Birthplace:  Paris, Texas

### **EDUCATIONAL BACKGROUND**

1964  B.A., East Texas State College, Commerce, Texas

1965  M.A., East Texas State University, Commerce, Texas

1969  Ph.D., Texas A&M University, College Station, Texas

1964-65  Teaching Assistantship, East Texas State University, Commerce, Texas

1965-69  Graduate College Fellowship in Electron Microscopy, Texas A&M University, College Station, Texas

### **POSTGRADUATE TRAINING**

1969-70  Research Associateship, Department of Anatomy, The University of Texas Health Science Center at San Antonio

### **ACADEMIC APPOINTMENTS**

1970  Instructor, Neurology and Pathology, Baylor College of Medicine, Houston, Texas

1971-77  Assistant Professor, Department of Neurology, and Research Assistant Professor, Department of Pathology, Baylor College of Medicine, Houston, Texas

1977-78  Chief, Departments of Experimental Pathology and Environmental Sciences, The University of Texas Health Center at Tyler

1977-79  Adjunct Assistant Professor of Neurology and Pathology, Baylor College of Medicine, Houston, Texas

### **ACADEMIC APPOINTMENTS (Cont'd)**

1978-86          Chief and Research Professor, Department of Cell
                 Biology and Environmental Sciences, The University of
                 Texas Health Center at Tyler.

1983             Acting Assistant Director for Research, The
                 University of Texas Health Center at Tyler.

1984-85          Assistant Director for Research, The University of
                 Texas Health Center at Tyler.

1984-2005            Professor of Biology (with Tenure), The
                 University of Texas at Tyler (Retired August 31,
                 2005).

1986-99          Associate Director for Research, The University of
                 Texas Health Center at Tyler.

1987-2001        Chairman and Professor, Department of Cell Biology
                 and Environmental Sciences, The University of Texas
                 Health Center at Tyler.

1989-2002        Administrative Director, Texas Institute of
                 Occupational Safety and Health, The University of
                 Texas Health Center at Tyler.

1989-2003        Director, Occupational and Environmental Training
                 Program, The University of Texas Health Center at
                 Tyler.

1999-2002        Vice President for Research, The University of Texas
                 Health Center at Tyler.

1999-2002        Houston Endowment, Inc. Distinguished Professorship
                 in Environmental Sciences.

1987-2005        Professor of Cell Biology and Environmental Sciences,
                 The University of Texas Health Center at Tyler
                 (retired-August 2005).

2005             Executive Vice President-ERI Consulting, Inc.

2006-present     Senior Consultant-ERI Consulting, Inc.

2006-present     President-Dodson Environmental Consulting, LLC.

## PROFESSIONAL EXPERIENCE

1977-83          Member, Research Committee, The University of Texas
                 Health Center at Tyler.

1979-80          Vice Chairman, Human Subjects Investigation
                 Committee, The University of Texas Health Center at
                 Tyler.

## PROFESSIONAL EXPERIENCE (Cont'd)

| | |
|---|---|
| 1979-81 | Chairman, Search Committee for Chief, Immunology/ Microbiology, The University of Texas Health Center at Tyler. |
| 1980-81 | Vice Chairman, Research Committee, The University of Texas Health Center at Tyler. |
| 1980-83 | Chairman, Human Subjects Investigation Committee, The University of Texas Health Center at Tyler. |
| 1981-83 | Secretary, Research Committee, The University of Texas Health Center at Tyler. |
| 1982-83 | Member, Committee on Animal Research Legislation, The University of Texas System. |
| 1982-2001 | Member, Animal Research Committee, The University of Texas Health Center at Tyler. |
| 1982-1983 | Member, Search Committee for Associate Director for Research, The University of Texas Health Center at Tyler. |
| 1982-1983 | Member, Search Committee for Associate Director of Clinical Affairs, The University of Texas Health Center at Tyler. |
| 1982-1983 | Chairman, Search Committee for Executive Associate Director, The University of Texas Health Center at Tyler. |
| 1982-83 | Member, The University of Texas at Tyler and The University of Texas Health Center at Tyler Health Professions Advisory Committee. |
| 1983 | Reviewer for Environmental Research |
| 1986-92 | Member, Research Advisory Committee, The University of Texas System. |
| 1985 | Reviewer for The Journal of the American Medical Association |
| 1985 | Reviewer for Archives of Pathology and Laboratory Medicine |
| 1986-03 | Member, Graduate Education Committee, The University of Texas Health Center at Tyler. |
| 1986-89 | Administrative Director, Environmental Research Institute, Tyler, Texas. |

**PROFESSIONAL EXPERIENCE (Cont'd)**

| | |
|---|---|
| 1987 | Reviewer for American Review of Respiratory Diseases |
| 1987-91 | Editorial Review Board for National Asbestos Council Journal |
| 1988-91 | Member, Board of Directors, National Asbestos Council. |
| 1989 | Director of Joint Programs for The University of Texas Health Center at Tyler and Critical Environmental Training, Inc. |
| 1989 | Adviser to Board of Directors of Critical Environmental Training, Inc. |
| 1989 | Editorial Review Board for East Texas Medicine |
| 1990 | Member, Board of Directors, Gregg Business Incubator. |
| 1991-2000 | Editor for Cytobios |
| 1993-2002 | Member, Internal Audit Committee, The University of Texas Health Center at Tyler. |
| 1994-Present | Member, Residency Advisory Committee for Occupational Medicine, The University of Texas Health Center at Tyler. |
| 1997-Present | Adjunct Member of Graduate Faculty, Stephen F. Austin State University, Nacogdoches, Texas. |
| 1998-2001 | Member, Capital Steering Committee, The University of Texas Health Center at Tyler. |
| 1998-2002 | Member, Campus Master Plan Committee, The University of Texas Health Center at Tyler. |
| 1998-2002 | Member, Compliance Program Committee, The University of Texas Health Center at Tyler. |
| 1999-2001 | Member, Board of Directors, The Discovery Science Place, Tyler, Texas. |
| 2000-2004 | Member, Defense Research Institute. |
| 2002-2005 | UTHCT-Infectious Organism Research Review Committee. |
| 2000-Present | Member, Technology Committee of the Tyler Chamber of Commerce. |
| 2003-2005 | Member, Hazardous Materials Management Committee. |
| 2001-Present | Member, External Advisory Board, Texas A&M University School of Rural Public Health, College Station, Texas. |

**PROFESSIONAL EXPERIENCE (Cont'd)**

| | |
|---|---|
| 2000-2003 | Peer Review Panelist, National Center for Environmental Research and Quality Assurance (EPA). |
| 2003-2005 | Member, Delphi Study of Asbestos Health Effects – Round I, Round II, and Round III.  Co-Ordinator's of study: Daniel Banks, M.D., Jerry McLarty, Ph.D., Runhua Shi, Ph.D. |
| 2004 | International Reviewers Panel (IRP), Medical Science Monitor. |
| 2004 | Medical Science Monitor Editorial Board Reviewer. |
| 2006 | Reviewer: Journal of Toxicology and Environmental Health |
| 2006 | Member: Expert Panel on Biomarkers of Asbestos Exposure and Disease; Agency for Toxic Substances and Disease Registry: Atlanta, Georgia- May 9 and 10, 2006. |
| 2007 | Reviewer: Special Issue-Periodico di Mineralogia (Rome) |
| 2007 | Reviewer: Environmental Health Editorial |
| 2007 | External Reviewer-NIOSH Public Health Practice Project-May 2007 |
| 2007 | External Peer Reviewer: EPA Draft-Final Report: "A Comparison of the Alternate Asbestos Control Method and the NESHAP Method for Demolition of Asbestos-Containing Buildings"-June 2007 |
| 2008 | Peer Reviewer: CDC/NCEH/ATSDR-Project Report: "Exposure to Vermiculite from Libby, Montana at 28 Processing Sites in the United States"- March 2008 |
| 2008 | Program Committee: 2008 Johnson Conference, July 14-18, 2008, Burlington, Vermont |
| 2008 | Session Chairman: Health Risks-Johnson Conference July 18, 2008, Burlington, Vermont |
| 2008 | Peer Reviewer: EPA Panel-Demonstration of Alternate Control Method Demonstration of Two Asbestos-Containing Buildings-September 11-12, 2008 |
| 2008 | External Reviewer-NSF Grants |
| 2008 | Reviewer-American Journal of Industrial Medicine |
| 2009 | Reviewer-Journal of Toxicology and Environmental Health |

**PROFESSIONAL EXPERIENCE (Cont'd)**

| 2009 | Ad Hoc Peer Review Panel Member: Intramural Occupational Research Agenda (NORA) FY10; The National Institute of Occupational Safety and Health (NIOSH)-May 2009 |
| 2009 | Invited Participant: Workshop Sponsored by NIEHS, USEPA, ATSDR- Asbestos: A Science Based Examination of the Mode of Action Asbestos and Related Mineral Fibers-December 16-17, 2009 |
| 2010 | Reviewer-Journal of Inhalation Toxicology |
| 2011 | Member: Program Committee: 2011 ASTM (D22) Johnson Conference on Asbestos |
| 2011 | Co-Chairman: Session-Human Health and Toxicology; Johnson Conference; July 25, 2011-Burlington, Vermont |

## LICENSURE

| 1993-Present | Texas Department of Health Asbestos O & M Contractor |
| 1995-Present | Texas Department of Health Asbestos Operations & Maintenance Supervisor – Restricted. |
| 1995-Present | Texas Department of Health Asbestos Inspector. |
| 1997-Present | Texas Department of Health Individual Asbestos Management Planner. |

## PROFESSIONAL AFFILIATIONS AND RECOGNITIONS

New York Academy of Sciences.

Fellowship in the Stroke Council, American Heart Association.

Men of Achievement, 1983.

Who's Who in the South and Southwest, 1984.

Who's Who in Frontiers of Science and Technology, 1986.

Who's Who in Technology Today, 1987.

American Men and Women of Science, 1991.

Who's Who in Science and Engineering, 1993.

American Public Health Association, 1993-present.

## PROFESSIONAL AFFILIATIONS AND RECOGNITIONS (Cont'd)

International Academy of Pathology, U.S.-Canadian Division.

Fellowship in American College of Chest Physicians.

Regional Editor - Texas Society for Electron Microscopy Newsletter, 1975-77.

Editor, Southwest Science Forum Newsletter, 1976-77.

Board of Trustees - Northeast Texas Chapter, The National Multiple Sclerosis Society, 1977-81.

The National Multiple Sclerosis Society, 1977-81.

Chairman, Medical Advisory Committee, Northeast Texas Chapter.

Co-Chairman, Spring Read-A-Thon Committee, Northeast Texas Chapter, The National Multiple Sclerosis Society, 1980.

Selected as co-host for visit by National Science Foundation's exchange scientist, Dr. P. N. Viswanathan, Industrial Toxicology Research Center, Lucknow, India, March 30-April 11, 1980.

Sponsor for two-year postdoctoral study for Tomotoshi Akematsu,M.D. (Clinical Pathologist, Nishiwaki Municipal Hospital,Hyogo-Ken, Japan) 1981-83.

Sponsor for one-year postdoctoral study for Hitoshi Maeda, M.D. (Postgraduate student, Kobe University School of Medicine Kobe, Japan) 1983-84.

Selected as participant in an international workshop, co-sponsored by NATO, on the assessment of mineral content in human lungs, September 17-20, 1984, in Oxford, England.

Selected as Member, Publications Committee, National Asbestos Council, 1988-91.

Certification through U.S. Environmental Protection Agency course for "Supervision Procedures and Practices for Asbestos Abatement Projects".

Special Consultant to the Administration of The University of Texas at Austin on asbestos related problems, 1985-89.

Special Consultant to the Administration of The University of Texas System Cancer Center, Houston, Texas, on asbestos related problems, 1986-89.

Certification through U.S. Environmental Protection Agency course as asbestos inspector.


**PROFESSIONAL AFFILIATIONS AND RECOGNITIONS (Cont'd)**

Selected as Member of Texas Department of Health Asbestos Advisory
Committee, 1987-92.

Selected as Vice-Chairman, Safety and Health Committee, National
Asbestos Council, 1988-91.

Selected as Member of the Board, National Asbestos Council, Texas
Chapter, 1989-96.

Selected as Member of the Advisory Committee, California Commercial
Council Asbestos Committee, 1988-89.

Selected as Member of the National Asbestos Council Task Force on
AHERA State Certification Reciprocity, 1988-89.

Selected as Member of Year 2000 Health Objectives for Texas, Texas
Department of Health, 1989-90.

Selected to U.S. Environmental Protection Agency Atmospheric
Research and Exposure Assessment Laboratory Peer Review
Program, 1990.

Selected as Member of Scientific Advisory Council, Collegium
Ramazzini, New York, New York, June 7-9, 1990.

Selected as Member of Steering Committee to conduct a study of
higher education needs in the East and Northeast Texas
region, 1993-94.

Selected as Chair, Northeast Texas Consortium of universities and
community colleges, November 18, 1997.

Inducted into Hall of Honor as Distinguished Alumni in Science at
Paris Junior College.  Recognition was based on outstanding
achievement, distinguished service, and professional
leadership, November 14, 1998.

Selected as Secretary/Treasurer, Northeast Texas Consortium of
universities and community colleges, September 23, 1999.

Selected as the Houston Endowment, Inc. Distinguished Professor in
Environmental Sciences, August, 1999.

Selected as member, Advisory Board, Texas A&M University School of
Rural Public Health, August, 2000-2016.

Selected as Executive Vice President, Board of Directors, Discovery
Science Place, Tyler Texas, September, 2000.

Selected as "Eminent Scientist" & Outstanding Scholar of the Year
2001, The International Research Promotion Council.

Fellowship in American Heart Association, 2001.

**PROFESSIONAL AFFILIATIONS AND RECOGNITIONS (Cont'd)**

Selected as Alumni Ambassador, The 31th Annual Alumni Ambassador
Forum, February 27, 2014, Texas A&M University at Commerce,
College of Science, Engineering & Agriculture: Department of
Biological and Environmental Sciences.

Awarded Distinguished Alumnus Paris Junior College, November 4,
2017.

Snider Lifetime Achievement Awardee 2018, Environmental
Information Association, March 19, 2018 EIA National
Conference, San Diego, California.

Appointed to Editorial Board, Journal of Toxicology and
Environmental Health, Part B: November 2018.


**GRANTS AND CONTRACTS:**

Subcontract from The University of Texas Medical Branch, NIEHS Grant
No. ES04147, Transplacental transfer of asbestos in humans.
FY92 - $54,843.64.  FY93 - $51,132.56.

Texas Department of Health Interagency Cooperative Contract No.
C3000834.  FY93 - $53,883.

Texas Department of Health Toxic Substance Control Division Grant
#7560013546 2004, Review Asbestos Management Plans,
9/01/2003 to 8/31/2004.

Texas Department of Health Toxic Substance Control Division Grant
#7560013546 2005, Review Asbestos Management Plans,
9/01/2004 to 8/31/2004.

Texas Department of Health Interagency Cooperative Contract No.75600
(3546C98-01) Floor Covering Removal.  Jan. 2001


**LECTURES AND PRESENTATIONS**

Garcia, J.H., Dodson, R.F., Hashi, K., and Flores de Cunha, B.:
Experimental cerebral infarction:  Studies on permeability
changes of the blood-brain-barrier.  Abstract of Scientific
Communication presented at the Annual Meeting, American
Association of Neuropathologists, June 25-27, 1971.

Dodson, R.F. and Cheung, L.W.:  Ultrastructural pathogenesis in
induced cerebral infarction.  Abstract of Scientific
Communication presented at the Annual Meeting, Texas Academy
of Science, March 16, 1973, Houston, Texas.

Dodson, R.F.: Comparative ultrastructural studies of the
pathogenesis of cerebral edema in cerebral infarction and
subarachnoid hemorrhage. Presented at the Cerebrovascular

Clinical Research Center Workshop, Phoenix, Arizona, January 12,1973.

## LECTURES AND PRESENTATIONS (Cont'd)

Dodson, R.F., Meyer, J.S., Aoyagi, M., and Hartmann, A.: Acute cerebral infarction and hypertension: An ultrastructural study. Abstract presented at the 50th Annual meeting, American Association of Neuropathologists, Boston, June 7-9, 1974.

Dodson, R.F., Chu, L.W-F, and Tagashira, Y.: Myelinated fiber response in gray matter following acute cerebral infarction, Abstract presented at the Thirty-Second Annual Meeting, Electron Microscopy Society of America, St. Louis, August 14-16, 1974.

Dodson, R.F. and Tagashira, Y.: Ependymal response in acute cerebral infarction. Abstract presented at the Thirty Second Annual Meeting, Electron Microscopy Society of America, St. Louis, August 14-16, 1974.

Dodson, R.F. and Tagashira, Y.: Ultrastructural responses of cerebral tissue following periods of ischemic insult. Abstract presented at the Fourth Annual Meeting of the Society for Neuroscience, St. Louis, October 20-23, 1974.

Tulleken, C.A.F., Meyer, J.S., Ott, E.O., Abraham, J., and Dodson, R.F.: Brain tissue pressure gradients in experimental infarction recorded by multiple wick-type transducers. Abstract presented at the Second International Symposium on Intracranial Pressure, Lund, Sweden, June 17-19, 1974.

Dodson, R.F.: Chairman, Session III, Pathology, the Thirty-Second Annual Meeting of the Electron Microscopy Society of America, St. Louis, August 14-16. 1974.

Dodson, R.F.: Chairman, Vascular Pathology Section, the Thirty-Third Annual Meeting of the Electron Microscopy Society of America, Las Vegas, August 11-15, 1975.

Dodson, R.F., Tagashira, Y., Chu, L.W-F., and Scates, R.W.: Middle cerebral artery response following occlusion with a surgical clamp. Abstract presented at the Thirty-Third Annual Meeting of the Electron Microscopy Society of America, Las Vegas, August 11-15, 1975.

Dodson, R.F., Tagashira, Y., Chu, L.W-F., and Scates, R.W.: Pericytic alterations in cerebral infarction. Abstract presented at the Thirty-Third Annual Meeting of the Electron Microscopy Society of America, Las Vegas, August 11-15, 1975.

Dodson, R.F., Tagashira, Y., Chu, L.W-F., and Scates, R.W.: Acute response of cerebral tissue following periods of ischemic insult. Abstract presented at the Thirty-Third Annual Meeting of the Electron Microscopy Society of America, Las

Vegas, August 11-15, 1975.

## LECTURES AND PRESENTATIONS (Cont'd)

Dodson, R.F.:  Invited Lecturer - National Institutes of Health.
Sponsored by the Laboratory of Neuropathology and
Neuroanatomical Sciences, National Institute of Neurological
and Communicative Disorders and Stroke; Igor Klatzo, M.D.,
Chief, Bethesda, Maryland, December 12, 1975. Seminar:
Ultrastructural changes following experimental cerebral
ischemia in the gerbil.

Dodson, R.F.:  Invited Lecturer - Lamar University, Beaumont, Texas.
Sigma Xi lecture series, March 23, 1976.  Seminar:  The use
of animal models in the study of cerebrovascular disease in
man.

Dodson, R.F., Patten, B.M. and Chu, L.W-F.:  Ultrastructural change
in muscle biopsy from a case of progressive ophtmalmoplegia.
Abstract presented at the Thirty-Fourth Annual Meeting of
the Electron Microscopy Society of America, Miami Beach,
Florida, August 8-13, 1976.

Dodson, R.F., Chu, L.W-F, and Tagashira, Y.: Effects of intracarotid
injections of reserpine on cerebral tissue.  Abstract
presented at the Thirty-Fourth Annual Meeting of the
Electron Microscopy Society of America, Miami, Beach,
Florida, August 8-13, 1976.

Dodson, R.F., Welch, K.M.A., and Chu, L.W-F.:  Ultrastructural
changes following experimental cerebral ischemia in the
gerbil. Abstract presented at the Sixth Annual Meeting of
the Society  of Neuroscience, Toronto, Ontario, Canada,
November 7-11, 1976.

Dodson, R.F., Welch, K.M.A., and Chu, L.W-F.:  Cytoarchitectural
changes in brains of ischemic gerbils.  Abstract presented
at the Cerebrovascular Clinical Research Center Workshop,
Miami, Florida, February 23-24, 1977.

Dodson, R.F.:  Invited Testimony - Submitted to the Commission for
Control of Huntington's Disease and Its Consequences,
Regional Meeting for Arkansas, Louisiana, Oklahoma and
Texas, held May 3, 1977, at The University of Texas Health
Science Center, Dallas, Texas, sponsored by National
Institutes of Health,  Bethesda, Maryland.

Dodson, R.F., Chu, L.W-F., and Ishihara, N.:  Cerebral tissue
response in chronic electrode implantation.  Abstract
presented at the Joint Meeting of Electron Microscopy
Society of America and the International Conference on X-Ray
Optics and Microanalysis, Boston, Massachusetts, August 22-
26, 1977.

## LECTURES AND PRESENTATIONS (Cont'd)

Dodson, R.F., Chu, L.W-F., and Miyakawa, Y.: Cerebral response to ischemia induced by the embolism model. Abstract presented at the Joint Meeting of Electron Microscopy Society of America and International Conference on X-Ray Optics and Microanalysis, Boston, Massachusetts, August 22-26, 1977.

Dodson, R.F.: Invited lecturer - Texas Eastern University, Tyler, Texas, School of Science and Mathematics Seminar Series, September 21, 1978. Seminar: The application of animal models to the understanding of ultrastructural pathogenesis of human diseases.

Dodson, R.F., Williams, M.G. Jr., and Hurst, G.A.: Neutrophil response to intratracheally injected asbestos. Abstract presented at the Joint Meeting of Electron Microscopy Society of America and Microbeam Analysis Society, San Antonio, Texas, August 13-17, 1979.

Williams, M.G. Jr., Dodson, R.F., and Hurst, G.A.: A Technique for Studying Single Cells by Light, Transmission and Scanning Microscopy. A presentation at the Joint Meeting of Electron Microscopy Society of America and Microbeam Analysis Society, San Antonio, Texas, August 13-17, 1979.

Dodson, R.F.: Moderator and Coordinator - Symposia on Asbestos in Schools, jointly sponsored by The University of Texas Health Center at Tyler, (Departments of Cell Biology and Environmental Sciences and Epidemiology/Biomathematics), Texas Department of Health, Region 7, and the Texas Air Control Board, Air Quality Control Region 12; held at The University of Texas Health Center at Tyler, Tyler, Texas, September 19, 1979.

Dodson, R.F.: Guest Faculty, Invited Lecturer. Electromicroscopic study of experimental asbestosis: The coated and uncoated fibers. Presented in 3-day Symposia on Asbestos Associated Diseases October 11-13, 1979, at Baylor College of Medicine, Houston, Texas, sponsored by The Office of Continuing Education, Baylor College of Medicine, Houston, and co-sponsored by The American Society of Clinical Pathologists and The Houston Society of Clinical Pathologists.

Dodson, R.F., Hurst, G.A., and Williams, M.G., Jr.: Short-Term Response of Lung Parenchyma Following "Amosite" Asbestos Exposure. Presented at the American Thoracic Society/ Canadian Thoracic Society Meeting, Environmental and Occupational Health Assembly, Washington, D.C., May 19, 1980.

## LECTURES AND PRESENTATIONS (Cont'd)

O'Sullivan, M.F., Williams, M.G., Jr., and Dodson, R.F.: Lung response to asbestos. Presented at Fall Meeting of Texas Society for Electron Microscopy, College Station, Texas, October 9-11, 1980.

Piers, D.O., Williams, M.G., Jr., and Dodson, R.F.: Pulmonary free cell response to asbestos as determined from lavage preparations. Presented at Fall Meeting of Texas Society for Electron Microscopy, College Station, Texas, October 9-11,1980.

Dodson, R.F., Williams, M.G., Jr., McLarty, J.W., and Hurst, G.A.: Particulate matter in the sputum from former asbestos workers: An ultrastructural study. Clin. Research, December, 1980. Abstract.

Martin, R.R. and Dodson, R.F.: Human pulmonary alveolar macrophages phagocytize ash from Mt. St. Helens with release of chemotactic factors. Presented at the American Thoracic Society Meeting, Detroit, Michigan, May 10-18, 1981.

Dodson, R.F., Williams, M.G., McLarty, J.W. and Hurst, G.A.: An ultrastructural study of particulate matter and ferruginous bodies in the sputum from former asbestos workers. Presented at Electron Microscopy Society of America, Atlanta, Georgia, August 11, 1981.

Dodson, R.F.: Invited Lecturer -- Stephen F., Austin State University, Nacogdoches, Texas, Biology Department Graduate Seminar, February 24, 1982. Seminar: Asbestos - understanding the problem.

Dodson, R.F., and Martin, R.R.: In Vitro interactions of human pulmonary macrophages with volcanic ash. Presented at International Academy of Pathology Meeting, Boston, Massachusetts, March 1-5, 1982.

Dodson, R.F., O'Sullivan, M.F., Williams, M.G. and Hurst, G.A.: Analysis of cores of ferruginous bodies from former asbestos workers. Presented at International Conference on Occupational Lung Disease, Chicago, Illinois, March 24-27, 1982.

Dodson, R.F.: Invited Lecturer -- The University of Texas at Tyler, Tyler, Texas, May3-4, 1982. Lecture given at Pathophysiology course for nurses.

Williams, M.G., Corn, C., Dodson, R.F., and Hurst, G.A.: Isolation of asbestos from lung tissue and sputum. Presented at Electron Microscopy Society of America, Washington, D.C., August 10, 1982.

## LECTURES AND PRESENTATIONS (Cont'd)

O'Sullivan, M.F., Corn, C., Dodson, R.F., and Hurst, G.A.: The influence of inflation level on the ultrastructure of pleura. Presented at Electron Microscopy Society of America, Washington, D.C., August 10, 1982.

Dodson, R.F.: <u>Invited Lecturer</u> -- Baylor College of Medicine, Houston, Texas, Department of Pathology Monthly Research Seminar, December 15, 1982. <u>Seminar</u>: Asbestos: Something Old/Something New.

Dodson, R.F., Greenberg, S.D., Williams, M.G., and Corn, C.: Ferruginous body content from lung tissue of occupationally and non-occupationally exposed groups. Presented at International Academy of Pathology Meeting, Atlanta, Georgia, February 28, 1983.

Dodson, R.F.: <u>Invited Lecturer</u> -- The University of Texas at Tyler, Tyler, Texas, March 8-9, 1983. Lecture given on Pathological Responses of the Lung at Pathophysiology course for nurses.

Dodson, R.F.: Invited Lecturer -- The University of Texas at Tyler, Tyler, Texas, May 2-3, 1983. Lecture given on Cancer at Pathophysiology course for nurses.

Lawrence, E.C., Fox, T.B., Hall, B.T., Putman, M., Greenberg, S.D. Mace, M.L., Dodson, R.F. and Martin, R.R.: Effects of amosite asbestos on human pulmonary alveolar macrophage functions. Presented at American Thoracic Society Meeting, Kansas City, Missouri, May 8, 1983.

Dodson, R.F., Akematsu, T., Williams, M.G., O'Sullivan, M.F., and Hurst, G.A.: Acute response of lung parenchyma to volcanic ash. Presented at Electron Microscopy Society of America, Phoenix, Arizona, August, 1983.

Ford, J.O., Dodson, R.F., Williams, M.G., and Hurst, G.A.: The blood/air barrier as defined by horseradish peroxidase in the normal guinea pig lung. Presented at Electron Microscopy Society of America, Phoenix, Arizona, August, 1983.

Davis, M.L., Lewandowski, J., Dodson, R.F., and Hurst, G.A.: Ultrastructure of the bronchiolar epithelium in the guinea pig. Presented at Electron Microscopy Society of America, Phoenix, Arizona, August, 1983.

Ford, J.O., and Dodson, R.F.: Endocytosis of amosite asbestos by <u>Paramecium Multimicronucleatum</u>. Presented at Texas Society for Electron Microscopy Meeting, Tyler, Texas, October, 1983.

**LECTURES AND PRESENTATIONS (Cont'd)**

Davis, M.L., and Dodson, R.F.:  Some SEM observations of the early
        pulmonary response to "Amosite" asbestos exposure in the
        guinea pig.  Presented at Texas Society for Electron
        Microscopy Meeting, Tyler, Texas, October, 1983.

Ford, J.O., Dodson, R.F., and Williams, M.G.:  An ultrastructural
        study of the blood/air barrier in the guinea pig.  Poster
        presented at Texas Society for Electron Microscopy Meeting,
        Tyler, Texas, October, 1983.

Dodson, R.F., Williams, M.G., O'Sullivan, M.F., Corn, C.J., Hurst,
        G.A.:  Quantitation of uncoated asbestos fibers and
        ferruginous bodies in lungs of asbestos workers.  Presented
        at International Academy of Pathology Meeting, San
        Francisco,  California, March 12, 1984.

Hurst, G.A., McLarty, J.W., Dodson, R.F.:  The significance of
        pleural calcification in amosite asbestos workers.
        Presented at Fifth European Congress of Diseases of the
        Chest, Lisbon Portugal, June 4-7, 1984.

Dodson, R.F., Williams, M.G., O'Sullivan, M., Corn, C.J., Hurst,
        G.A., Greenberg, S.D.: Quantitation of uncoated asbestos
        fibers and ferruginous bodies in lungs of asbestos workers.
        Presented at International Congress, Miami, Florida,
        September 6, 1984.

Dodson, R.F., Williams, M.G., Corn, C.J., Hurst, G.A.:  Asbestos
        bodies, uncoated fibers, and other particulates in nonurban
        lung cancer patients.  Presented at The University of Texas
        Graduate School of Biomedical Sciences in Houston, Texas,
        September 27, 1984.

Davis, M.L., Lewandowski, J., Dodson, R.F.:  A morphological study
        of the distal airways.  Presented at The University of Texas
        Graduate School of Biomedical Sciences in Houston, Texas,
        September 27, 1984.

Davis, M.L., Ford, J.O., Dodson, R.F.:  Preparation of guinea pig
        airways for electron microscopy.  Presented at the meeting
        of the Texas Society for Electron Microscopy, San Antonio,
        Texas, April 12, 1985.

Dodson, R.F., Maeda, H., Williams, M.G., Ford, J.O.:  Long term
        pulmonary effects of diatomaceous earth in adult guinea
        pigs.  Presented at the meeting of the American Thoracic
        Society, Anaheim, California, May 14, 1985.

Dodson, R.F., O'Sullivan, M.F., Corn, C.J., Williams, M.G.:
        Nonasbestos ferruginous bodies in man.  Presented at the
        meeting of the Electron Microscopy Society of America,
        Louisville, Kentucky, August 5, 1985.

**LECTURES AND PRESENTATIONS (Cont'd)**

Davis, M.L., Ford, J.O., Dodson, R.F.:  Ultrastructure of major
          conducting airway epithelium in the guinea pig.  Presented
          at the meeting of the Electron Microscopy Society of
          America, Louisville, Kentucky, August 5, 1985.

Corn, C.J., Williams, M.G., Dodson, R.F.:  An analysis of residual
          asbestos remaining in preparative vials following bleach
          digestion.  Presented at the meeting of the Electron
          Microscopy Society of America, Louisville, Kentucky, August
          5, 1985.

DeShazo, R.D., Diem, J.E., Banks, D., Chapman, Y., Bozelka, B., and
          Dodson, R.F.:  Asbestos inhibits natural killer cell
          response to interferon.  Presented at the Southern Society
          for Clinical Investigation Meeting, New Orleans, Louisiana,
          February 5, 1986.

Dodson, R.F.:  Particulate analysis samples from amosite workers.
          Presented at the joint meeting of the Electron Microscopy
          Society of America/Microbeam Analysis Society Albuquerque,
          New Mexico, August 14, 1986.

Dodson, R.F:  Invited Lecturer -- Presentation for the Asbestos
          Programs Group, Environmental Health and Safety Division,
          Georgia Tech Research Institute, Oklahoma City, Oklahoma,
          August 26, 1986.

Dodson, R.F.:  Invited Lecturer -- Health Effects of Asbestos
          Presentation for the National Conference of State
          Legislatures' Seminar on Asbestos Safety in Buildings,
          Kansas City, Missouri, September 12, 1986.

Kennedy, T., Melnicoff, P., Dodson. R., Rawlings, W. Hoidal, J.:
          Kaolin catalyzes hydroxyl radical generation from hydrogen
          peroxide.  Presented at the American College of Chest
          Physicians' Third International Conference on Environmental
          Lung Disease, Montreal, Quebec, Canada, October 15-18, 1986.

Garcia, J.G.N., Callahan, K., Davis, L., Johnson, A.R., Corn, C.,
          Dodson, R.F.:  Activation of Human umbilical vein
          endothelium following phagocytosis of asbestos and
          fiberglass particles.  Presented at the American College of
          Chest Physicians' Third International Conference on
          Environmental Lung Disease, Montreal, Quebec, Canada,
          October 15-18, 1986.

Corn, C.J., Williams, M.G., Dodson, R.F.:  An electron microscopic
          analysis of residual asbestos remaining in preparative vials
          following bleach digestion.  Presented at the meeting of the
          Texas Society for Electron Microscopy, Houston, Texas,
          October 16-18, 1986.

<u>LECTURES AND PRESENTATIONS (Cont'd)</u>

Kennedy, T.P., Dodson, R., Rawlings, W. and Hoidal, J.R.: Kaolin
    catalyzes hydroxyl radical generation from hydrogen
    peroxide. Presented at the American Federation for Clinical
    Research, New Orleans, Louisiana, January 28-30, 1987.

Dodson, R.F., Hurst, G., Williams, M., Corn, C., and Greenberg, S.:
    A comparison of light and electron microscopy techniques for
    defining occupational exposure to asbestos. Presented at
    the meeting of the International Academy of Pathology,
    Chicago, Illinois, March 9-13, 1987.

Garcia, J.G.N., Callahan, K.S. Gray, L.D., Azghani, A., Johnson,
    A.R., and Dodson, R.F.: Amosite asbestos is toxic to
    vascular endothelium and induces alterations in endothelial
    cell function. Presented at the meeting of the American
    Thoracic Society, New Orleans, Louisiana, May 10-13, 1987.

Kennedy, T.P., Ky, H., Roa, N.V., Hopkins, C., Tolley, E., Dodson,
    R., and Hoidal, J.R.: Asbestos and kaolin cause red cell
    hemolysis by acting as fenton reagents. Presented at the
    meeting of the American Thoracic Society, New Orleans,
    Louisiana, May 10-13, 1987.

Dodson, R.F.: <u>Keynote Speaker</u> -- Health Effects of Asbestos
    presented to the National Conference of State Legislatures.
    Indianapolis, Indiana, July 27, 1987.

Dodson, R.F.: <u>Invited Lecturer</u> -- An Interdisciplinary Training
    Program for Supervision of Procedures and Practices of
    Asbestos Abatement sponsored by the Texas Engineering
    Extension Service of the Texas A&M University System, El
    Paso, Texas, August 10, 1987.

Dodson, R.F.: <u>Invited Lecturer</u> -- Asbestos symposium sponsored by
    Asbestos Programs Group, Environmental Health and Safety
    Division, Georgia Tech Research Institute, Atlanta, Georgia,
    August 17, 1987.

Dodson, R.F.: <u>Keynote Speaker</u> -- Asbestos Substitutes: A Growing
    Concern. National Asbestos Council Third Annual Fall
    Technical Asbestos Abatement Conference and Exposition,
    Oakland, California, September 22, 1987.

Dodson, R., Williams, M., Corn, C., Idell, S., and McLarty, J.:
    Asbestos fibers in sputum--an indicator of past occupational
    exposure. Presented at the meeting of the United States and
    Canadian Academy of Pathology, Washington, D. C., February
    28-March 4, 1988. Lab.Invest. 58:144, 1988.

Garcia, J.G.N., Griffith, D.E., Garcia, P.L., Iriana, S., Dodson,
    R.F., and Callahan, K.S.: Alveolar macrophages from
    asbestos-exposed workers are primed to release $LTB_4$.

Presented at the meeting of the American Thoracic Society, Las Vegas, Nevada, May 11, 1988.

**LECTURES AND PRESENTATIONS (Cont'd)**

Dodson, R.F.:  The lung as a mirror for past exposure to asbestos and other dusts.  Presented at the 1988 Fall Technical Conference and Exposition of the National Asbestos Council, Inc., Boston, Massachusetts, September 20, 1988.

Ford, J.O. and Dodson, R.F.:  Pulmonary response following a second asbestos exposure. Presented at the meeting of Texas Society for Electron Microscopy, Galveston, Texas, October 6-8, 1988.

Dodson, R.F.:  Why are dusts toxic? Presented at the Sixth Annual Asbestos Abatement Conference and Exposition of the National Asbestos Council, Inc., Anaheim, California, March 30, 1989.

Dodson, R.F.:  Invited Lecturer -- Collegium Ramazzini Workshop on "Disease Potential of Different Asbestos Fiber Varieties," Ottawa, Canada, March 20-22, 1989.

Dodson, R.F.:  Invited Lecturer -- Manmade mineral fiber update. Presented at National Insulation Contractors' Association Convention.  Charleston, South Carolina, April 9-12, 1989.

Griffith, D.E., Dodson, R.F., Garcia, J.G.N., Levin, J., and Kronenberg, R.S.:  Airflow obstruction in asbestos and silica exposed workers.  Presented at the meeting of the American Thoracic Society, Cincinnati, Ohio, May 17, 1989.

Dodson, R.F.:  Application of electron microscopy in analysis. Presented at the Baylor College of Medicine seminar entitled "The Pathology of Occupational Lung Disease:  An Update," Houston, Texas, May 19, 1989.

Dodson, R.F.:  Invited Lecturer -- Asbestos particles (coated and uncoated) in the lungs.  Presented at the Baylor College of Medicine Pathology/Radiology Conference, Houston, Texas, August 23, 1989.

Dodson, R.F.:  Health effects of manmade mineral fibers - questions remain.  Presented at the 1989 Fall Technical Conference and Exposition of the National Asbestos Council, Indianapolis, Indiana, September 27, 1989.

McKee, T.R., Crossman, R.N., Dodson, R.F., Jones, C., Walker, G. and Tompkins, R.:  Applications of microscopy techniques and their impact on the asbestos industry.  Presented at the Seventh Annual Asbestos Abatement Conference and Exposition of the National Asbestos Council, San Antonio, Texas, February 20, 1990.

Kronenberg, R., Levin, J. and Dodson, R.F.:  Asbestos health issues in the nineties.  Presented at the Seventh Annual Asbestos Abatement Conference and Exposition of the National Asbestos

Council, San Antonio, Texas, February 20, 1990.

## LECTURES AND PRESENTATIONS (Cont'd)

Dodson, R.F.:  Invited Lecturer -- Comparison of fiber burdens of parenchyma, lymph nodes and pleural plaques in shipyard workers.  Presented at Collegium Ramazzini, "The Third Wave of Asbestos Disease: Exposure to Asbestos in Place," New York, New York, June 7, 1990.

Levin, J., Shepherd, R., Kronenberg, R. and Dodson, R.:  Making the diagnosis: asbestos and benign pleural disease.  Presented at the 1990 Fall Technical Conference and Exposition of the National Asbestos Council, Phoenix, Arizona, September 12, 1990.

Fraire, A.E., Greenberg, S.D., Roggli, V.L., Cartwright, J., Dodson, R., Williams, G. and el-Naggar, A.:  Light microscopic, ultrastructural and flow cytometric findings in rat pleural mesothelial cells following crocidolite asbestos inoculation.  Presented at the American College of Chest Physicians 56th Annual Assembly, Toronto, Ontario, Canada, October 22-26, 1990, Chest 98:66S.

Dodson, R.F., Williams, M.G., Corn, C.J., Brollo, A. and Bianchi, C.:  Nonasbestos fiber burden in individuals exposed to asbestos.  Presented at the NATO Advanced Research Workshop on Mechanisms in Fibre Carcinogenesis, Albuquerque, New Mexico, October 21-26, 1990.

Friedman, W., Ewing, W., and Dodson, R.F.:  Asbestos fiber length - current issues.  Presented at National Asbestos Council 8th Annual Asbestos Management Conference and Exposition, New Orleans, Louisiana, February 19-22, 1991.

Dodson, R.F., Ewing, E., Ewing, W., Oppenheim-McMullen, J., and Millette, J.:  Assessing risk in buildings containing asbestos.  Presented at American Public Health Association 119th Annual Meeting, Atlanta, Georgia, November 13, 1991.

Dodson, R.F., O'Sullivan, M., Corn, C.J., Garcia, J.G.N., Stocks, J.M., and Griffith, D.E.:  Nonasbestos ferruginous bodies in bronchoalveolar lavage.  Presented at American Thoracic Society International Conference, Miami, Florida, May 18, 1992.

Fraire, A.E., Greenberg, S.D., Spjut, H.J., Roggli, V.L., Dodson, R., Cartright, J. and Williams, G.:  Histopathologic characterization of rat pleural mesothelium following intrapleural inoculation with fiber glass.  Presented at XIX International Congress of the International Academy of Pathology, Madrid, Spain, October 18-23, 1992.

**LECTURES AND PRESENTATIONS (Cont'd)**

Fraire, A.E., Greenberg, S.D., Spjut, H.J., Cartright, J. Roggli, V.L., Dodson, R., and Williams, G.: Histopathologic, ultrastructural and flow cytometric characterization of fiberglass-induced pleural mesothelioma in the fischer 344 rat. Presented at XVII World Congress on Diseases of the Chest, Amsterdam, June 13-18, 1993.

Aust, A.E., Lund, L.G., Williams, M.G., and Dodson, R.F.: Iron associated with asbestos bodies is responsible for the formation of single-strand breaks in øX174 RFI DNA. Presented at Oxygen Radicals and Lung Injury Conference, Morgantown, West Virginia, August 30 to September 2, 1993.

Fraire, A.E., Greenberg, S.D., Spjut, H.J., Roggli, V.L., Dodson, R. F, Williams, G. and Baker, S.: Erionite induced pleural changes in the Fischer 344 rat. Presented at the ALA/ATS International Conference, Boston, Massachusetts, May 22-25, 1994.

Dodson, R.F., O'Sullivan, M., and Corn, C.J.: The ratio of ferruginous body content to the types of uncoated asbestos fibers in occupational and paraoccupational cohorts. Presented at American Thoracic Society International Conference, Seattle, Washington, May 24, 1995.

Dodson, R.F. and Hammar, S.P.: Invited Lecturer -- Asbestos fiber burden in lung tissue of patients with malignant mesothelioma in the Northwest United States. Presented at the Society for Ultrastructural Pathology meeting, Washington, D.C., March 24, 1996.

Levin, J.L., Frank, A.L., Rountree, P.P., Shepherd, J.R., Dodson, R.F., and Crossman, R.: Invited Lecturer -- The role of electron microscopy. In Postgraduate Seminar: Occupational Pneumoconioses Update. Presented at the American Occupational Health Conference, San Antonio, Texas, April 26-May 3, 1996.

Frank, A.L., Dodson, R.F., and Williams, M.G.: Lack of tremolite in UICC reference chrysotile and the implications for carcinogenicity. Presented at the Inhaled Particles VIII Meeting, Cambridge, England, August 26-30, 1996.

Fraire, A.E., Dodson, R.F, Williams, G., Dickson, E. and Corn, C.: Do asbestos (ferruginous bodies form in extrapulmonary sites? An experimental study in a guinea pig model. Presented at the XXI International Congress of the International Academy of Pathology, Budapest, Hungary, October 20-25, 1996.

## LECTURES AND PRESENTATIONS (Cont'd)

Levin, J., O'Sullivan, M., Corn, C., and Dodson, R.: Ferruginous
bodies formed predominantly on chrysotile cores. Presented
at the Third International Symposium, *Impact of Cancer
Biotechnology on Diagnostic and Prognostic Indicators in
Predictive Oncology and Therapy* in Nice, France, October 26-
28, 1996.

Atkinson, M.A.L., Tate, R., Williams, M.G., and Dodson, R.:
Erionite, a fibrous zeolite, binds iron and induces DNA
single-strand nicks. Presented at 6th International
Congress on Cell Biology and 36th American Society for Cell
Biology Annual Meeting, San Francisco, California, December
7-11, 1996, Molecular Biology of the Cell 7:144A.

Williams, M.G., Crossman, R.N., Dodson, R.F.: Results from a search
for tremolite asbestos in UICC chrysotile B. Presented at
the EIA Meeting, New Orleans, Louisiana, March 25, 1997.

Dodson, R.F., O'Sullivan, M.F., Huang, J., Hammar, S.P.: Invited
Lecturer -- Asbestos in extrapulmonary sites-omentum and
mesentery tissue. Presented at 6th International Conference
on Environmental & Occupational Lung Disease in Vancouver,
British Columbia, Canada, February 11, 1999.

Hammar, S.P., Dodson, R.F.: Pulmonary Granulomatosis in Association
Intraparencymal Birefringent Material. Presented at
Pulmonary Pathology Meeting and Medical Symposium,
Asheville, North Carolina, August 25-27, 1999.

Dodson, R.F.: The role of fiber analysis in the diagnosis and
attribution of asbestos-related diseases. Presented at
Pulmonary Pathology Meeting and Medical Symposium,
Asheville, North Carolina, August 25-27, 1999.

Dodson, R.F.: The medical and scientific aspects in the
quantitative analysis of ferruginous bodies and asbestos
fibers. Present at Defense Research Institute's Asbestos
Personal Injury Litigation Seminar, November 2-3, 2000

Williams, M.G., Crossman, R., Dodson, R.F.: Asbestos Release During
Floor Tile Removal. Presented at EPA Conference on Asbestos
Health Effects, Oakland, California – May 23-26, 2001.

Dodson, R.F., Atkinson, M.A.L: Invited Presentation: Asbestos
Burden in Tissue: Little Things Mean a Lot. Presented at
the ASTM Johnson Conference, Burlington, Vermont, July 18-
22, 2005.

Dodson, R.F., Invited Presentation: Extrapulmonary Exposure to
Asbestos, First Meeting of the Committee on Asbestos:
Selected Health Effects, Institute of Medicine-Division of
Population Health and Public Health Practice; Washington,

DC; July 26, 2005.

**LECTURES AND PRESENTATIONS (Cont'd)**

Dodson, R.F., Invited Speaker: Measurements of Asbestos Fibers in
Tissues: Presented in the Session: Asbestos and Man-made
Mineral Fibers: Conference-Framing the Future in the Light
of the Past: Living in a Chemical World 2005-Third
International Scientific Conference; Collegium Ramazzini;
Bologna, Italy; September 18-21, 2005.

Dodson, R.F. Invited Speaker: Asbestos Medicine-A Prognosis on the
Future of Asbestos Disease: Presented-Mealey's National
Asbestos Litigation Conference, Boston, Mass. September 18,
2006.

Dodson, R.F. Keynote Address: Asbestos and Human Health: Something
Old, Something New, and a Lot of Unknowns: Presented at the
Twenty-fifth Anniversary Meeting of the Environmental
Information Association, Albuquerque, New Mexico. March 17,
2008.

Dodson, R.F. Presentation: Mesothelioma-What We Know Based on Tissue
Analysis for Asbestos, Johnson Conference, Burlington
Vermont, July 18, 2008.

Dodson, R.F. Invited Witness-Topic: Asbestos and Mesothelioma; State
of Texas Senate Committee for State Affairs, Austin, Texas;
March 23, 2009.

Dodson, R.F. Invited Panel Member and Speaker: The Physical Aspects
of Asbestos/Elongated Minerals and Reaction with Tissue.
Panel 1: Toxicology: Workshop on the NIOSH Research Roadmap
on Asbestos Fibers and Other Elongated Mineral Particles;
Institute of Medicine-National Research Council, National
Academy of Sciences; Washington D.C. March 30,2009.

Dodson, R.F. Invited Speaker: Fiber Burden Analysis-The What's The
Why's and The How's; National Asbestos Litigation
Conference, September 23-25, San Francisco, California.

Dodson, R.F. Invited Panel Member: Exposure Team; Asbestos: A
Science-Based Examination of the Mode of Action of Asbestos
and Related Mineral Fibers; Sponsored by National Institute
of Environmental Health Sciences, NIEHS Superfund Research
Program, U.S. Environmental Protection Agency, Agency for
Toxic Substances and Disease Registry. December 16-17,2009;
Chapel Hill, North Carolina.

Dodson, R.F. Presentation: Observations from Quantitative Analysis
of Tissue Burden for Elongated Particles by Light and/or
Transmission Electron Microscopy as Relate to Attribution of
Mesothelioma, ASTM-Johnson Conference, Burlington Vermont
July 25, 2011

**LECTURES AND PRESENTATIONS (Cont'd)**

Dodson, R.F. Invited Presentation: Identification and Quantification of Asbestos Burden; in Current Concepts and Controversies in Asbestos-Related Disease; Massachusetts General Hospital/Department of Pathology Harvard Medical School, May 5-6, 2012; Boston, Massachusetts.

Dodson, R.F. Presentation: Asbestos in air and tissue samples-Now you see them. Now you don't! Texas EIA Technical Seminar; September 28, 2012; Houston, Texas

Dodson, R.F. Invited Presentation: "What Can Be Learned from Tissue Burden of Elongated Mineral Particles"! Workshop: Mineral Fibers in the Upper Midwest. EPA Mid Continent Laboratories in Duluth, MN. October 6-7, 2015

Poye, L.W. and Dodson RF. Invited Presentation: Variables in Identification of Tissue Burden of Asbestos Fibers in Human Tissue Based on Preparation, Instrumentation and Magnification: Collegium Ramazzini, Carpi, Italy October 27, 2016.

**LECTURER FOR EPA AND OSHA TRAINING COURSES**

Dodson, R.F.: Lecturer -- Health Effects of Asbestos Exposure. Presentations for the Texas Engineering Extension Service of The Texas A&M University System Asbestos Training Programs, 1986-1992:

    1. An Interdisciplinary Training Program for Supervision of Procedures and Practices of Asbestos Abatement.

    2. Asbestos Worker Training Program

    3. Asbestos Inspector/Manager Training Course.

Dodson, R.F.: Lecturer -- Health Effects of Asbestos Exposure. Presentations for The University of Texas Health Center at Tyler and Critical Environmental Training, Inc. Asbestos Training Programs, 1988, 1989:

    1. An Interdisciplinary Training Program for Practices and Procedures of Asbestos Abatement for Supervisors and Contractors.

    2. An Interdisciplinary Training Program for Building Inspector for Asbestos Abatement Projects.

    3. NIOSH 582 7400 Method - ORM (Air Sampling Course).

**LECTURER FOR EPA AND OSHA TRAINING COURSES (Cont'd)**

Dodson, R.F.:  <u>Lecturer</u> -- Health Effects of Asbestos Exposure. Presentations for the Environmental Health and Safety Division, Georgia Tech Research Institute, Atlanta, Georgia, Asbestos Training Programs:  Supervision of Asbestos Abatement Projects, 1987, 1988.

Dodson, R.F.:  <u>Lecturer</u> -- Health Effects of Asbestos Exposure. Presentations for the Environmental Institute, Marietta, Georgia, Asbestos Training Programs:  Asbestos in Buildings: Abatement Project Supervision, 1988.

Dodson, R.F.:  <u>Lecturer</u> -- Health Effects of Asbestos Exposure. Presentations for International Association of Heat and Frost Insulators and Asbestos Workers, Houston, Texas, Asbestos Training Programs:  Asbestos Abatement Seminar for Instructors, 1988.

Dodson, R.F.:  <u>Lecturer</u> -- Health Effects of Asbestos Exposure. Presentations for the Environmental Research Institute, Inc., Tyler, Texas, and The University of Texas Health Center at Tyler, Asbestos Training Programs:  Polarized Light Microscopy Course, 1988.

Dodson, R.F.:  <u>Lecturer</u> -- Health Effects of Asbestos Exposure. Presentations for The University of Texas Health Center at Tyler Occupational and Environmental Training Programs, 1990-Present.

> 1. An Interdisciplinary Training Program for Practices and Procedures of Asbestos Abatement for Supervisors and Contractors.

> 2. An Interdisciplinary Training Program for Building Inspector for Asbestos Abatement Projects.

> 3. NIOSH 582 7400 Method - ORM (Air Sampling Course).

**BIBLIOGRAPHY**

Dodson, R.F.:  S-collindine as a buffering system for glutaraldehyde perfusion of the central nervous system. J Neuropathology Exp Neurol 30:714-722, 1971.

Dodson, R.F.:  Ultrastructural alterations of the medulla oblongata tissue following acute whole-body gamma irradiation.  Acta Neuropathology 17: 353-362, 1971.

Garcia, J.H., Robinson, L., Dodson, R.F., and Velayas, E.:  Electron microscopy of human skeletal muscle in health and disease (myositis). Amer J Pathol, February 1971 (abstract).

**BIBLIOGRAPHY (Cont'd)**

Dodson, R.F. and Cheung, L.W.: Perivascular obligodendrocytes in the striatum of the squirrel monkey. J Neurol Sci 17:237-244, 1972.

Dodson, R.F., Hashi, K., and Meyer, J.S.: The effect of glycerol and intracarotid phenoxybenzamine after experimental subarachnoid hemorrhage: an ultrastructural study. Acta Neuropathol 24:1-11, 1973.

Dodson, R.F., and Wood, J.G.: Concentric membranous bodies in the central nervous system. Cytobios 7:61-69, 1973.

Dodson, R.F.: Electron Microscopy of microvascular pericytes in the brain. Cytobios 7:183-188, 1973.

Dodson, R.F. and Kawamura, Y.: Perivascular hemorrhagic lesions in temporal cortex following cerebral infarction (a morphological study). Exp Mol Pathol 20:24-32, 1974.

Dodson, R.F., Kawamura, Y., Aoyagi, M., and Hartmann, A.: A comparative evaluation of the ultrastructural changes following induced cerebral infarction in the squirrel monkey and baboon. Cytobios 8:175-182, 1973.

Dodson, R.F.: Ultrastructural alterations of myelinated fibers following acute cerebral infarction in the squirrel monkey. Medikon 5:19-21, 1974.

Dodson, R.F, Fritz, G.S., Hubler, W.R., Jr., Rudolph, A.J. Knox, J.M., and Chu, L.W-F.: Donovanosis: A morphologic study J Invest Dermatol 62:611-614, 1974.

Dodson, R.F., Aoyagi, M., Hartmann, A., and Tagashira, Y.: Acute cerebral infarction and hypotension: An ultrastructural study. J Neuropathol Exp Neurol 33:400-407, 1974.

Dodson, R.F. and Chu, L.W-F.: Ultrastructure of the ependymal and subependymal cells in the lateral ventricle of the squirrel monkey. Cytobios 10:145-156, 1974.

Dodson, R.F., Tagashira, Y., and Chu, L.W-F.: The ultrastructure of the middle cerebral artery and its associated nerve fibers in the squirrel monkey and baboon. Tissue & Cell 7:171-180, 1975.

Dodson, R.F., Tagashira, Y., and Chu, L.W-F.: Morphological studies of the ventricular wall in cerebral infarction Exp Mol Pathol 22:294-301, 1975.

Tulleken, C.A.F., Meyer, J.S., Ott, E.O., Abraham, J., and Dodson, R.F.: Brain tissue pressure gradients in experimental infarction and space occupying lesions. Clin Neurol Neurosurg 7:198-211, 1974.

**BIBLIOGRAPHY (Cont'd)**

Tulleken, C.A.F., Meyer, J.S., Ott, E.O., Abraham, J., and Dodson, R.F.:  Brain tissue pressure gradients in experimental infarction recorded by multiple wick-type transducers.  In Lundberg, N., Ponten, U., and Brock, M. (Eds.): <u>Intracranial Pressure II.</u> Berlin, Heidelberg, New York: Springer Verlag, 1975, pp. 224-227.

Ott, E.O., Abraham, J., Meyer, J.S., Tulleken, C.A.F., Mathew, N.T., Achari, A.N., Aoyagi, M., and Dodson, R.F.:  Regional cerebral blood flow measured by the gamma camera after direct injection of xenon [133] in the distal stump of the occluded middle cerebral artery. Stroke 6:376-381, 1975.

Dodson, R.F., Tagashira, Y., Kawamura, Y., and Chu, L.W-F.:  Morphological; responses of cerebral tissue following temporary periods of ischemia.  Canad J Neurol Sci, August:173-177, 1975.

Dodson, R.F., Tagashira, Y., and Chu, L.W-F.:  The effects of Glycerolon cerebral ultrastructure following experimentally induced cerebral ischemia.  J Neurol Sci 26:235-244, 1975.

Patten, B.M., Dodson R.F., Hefferan, P., and Howell, R.:  Mitochondrial myopathy associated with abnormal lactate metabolism:  Response to prednisone in three patients. Neurology 26:370, 1976 (abstract).

Dodson, R.F., Aoyagi, M., and Chu, L.W-F.:  Ultrastructural changes in subacute cerebral infarction following MCA occlusion in baboon.  Cytobios 13:97-108, 1975.

Dodson, R.F., Tagashira, Y., and Chu, L.W-F.:  Acute ultra-structural changes in middle cerebral artery following mechanical injury and ischemia produced by surgical clamping.  Canad J Neurol Sci 3:23-27, 1976.

Meyer, J.S., Welch, K.M.A., Titus, J.L., Suzuki, M., Kim, H.S. Perez, F.I., Mathew, N.T., Gedye, J.L., Hrastnik, R., Miyakawa, Y., Achar, V.S., and Dodson, R.F.:  Neurotransmitter failure in cerebral infarction and dementia.  Neurobiology of Aging,      edited by Robert D. Terry and Samuel Gershon, pp. 121-138,1976.

Dodson, R.F., Tagashira, Y., and Chu, L.W-F.:  Acute perictyic response to cerebral ischemia, J Neurol Sci 22:9-16. 1976.

Dodson, R.F., Patten, B.M., Hyman, B.H., and Chu, L.W-F:  Mitochondrial abnormalities in progressive ophthalmoplegia. Cytobios 15:57-60, 1976.

Mathew, N.T., Myer, J.S., Achari, A.N., and Dodson, R.F.:  Hyperlipidemic neuropathy and dementia.  Europ Neurol 14:370-382, 1976.

**BIBLIOGRAPHY (Cont'd)**

Welch, K.M.A., Chabi, E., Dodson, R.F., Wang, T-P.F., Nell, J., and Bergin, B.:  4. The role of biogenic amines is the progression of cerebral ischemia and edema:  Modification by p-Chlorophenylalanine, Methysergide, and Pentoxyfilline. In:  Dynamics of Brain Edema:  Pappius, H. M. and Feindel W. (Eds).:  Berlin, Heidelberg, New York:  Springer Verlag, 1976, pp. 193-202.

Hyman, B.H., Patten, B.M. and Dodson, R.F.:  Mitochondrial abnormalities in progressive external ophthalmoplegia.  Am J Ophthalmol March, 1977. p. 362.

Layman, D.L., Epstein, E.H., Jr., Dodson, R.F., and Titus, J.L.: Biosynthesis of type I and III collagens by cultured smooth muscle cells from human aorta. Proc Natl Acad Sci USA, February 1977, pp. 671-675.

Dodson, R.F., Miyakawa, Y., Chu, L.W-F., Ishihara, N., Naritomi, H., Hsu, M-C., and Deshmukh, V.D.:  An ultrastructural assessment of an embolic method of producing cerebral ischemia.  Stroke 8:33-341, 1977.

Dodson, R.F., Chu, L.W-F., Welch, K.M.A., and Achar, V.S.:  Acute tissue response to cerebral ischemia in the gerbil. J Neurol Sci, 1977, 33:161-170.

Patten, B.M., Shabot, J.M., Alperin, J., and Dodson, R.F.: Hepatitis-associated lipid storage myopathy. Annals Int Med 8:417-421, 1977.

Ishihara, N., Naritomi, H., Meyer, J.S., Dodson, R.F., and Deshmukh, V.D.:  Differences in the time course of regional cerebral hemodynamics of gray and white matter during experimental hypertension. J Neurol Sci 38:97-111, 1978.

Dodson, R.F., Chu, L.W-F., and Ishihara, N.:  Cerebral tissue response to electrode implantation. Canad J Neurol Sci 5:443-446, 1978.

Dodson, R.F., Chu, L.W-F., and Tagashira, Y.:  Cerebral tissue response to reserpine:  a morphological study.  Cytobios 23:33-43, 1979.

Dodson, R.F., Williams, M.G., Jr., Hurst, G.A. and Crisp, G.O.: Morphological definition of a case of 'usual' interstitial pneumonia.  Cytobios 26:131-135, 1979

Dodson, R.F., William, M.G., Jr., and Hurst, G.A.:  Early response of free airway cells to "amosite":  A correlated study using the electron microscopy and energy dispersive X-ray analysis. Lung 157:143-154, 1980.

**BIBLIOGRAPHY (Cont'd)**

Dodson, R.F., Williams, M.G., Jr., and Hurst, G.A.:  A comparison of ultrastructural characteristics of bronchoalveolar macrophages in perfused parenchyma with those obtained by a fixative or physiological saline lavage.  Cytobios 27:107-111, 1980.

Spatz, M., Bembry, J., Dodson, R.F., Hervonen, H. and Murray, M.R.:  Endothelial cell cultures derived from isolated cerebral microvessels.  Brain Res 191:577-582, 1980.

Dodson, R.F., Williams, M.G., Jr., McLarty, J.W. and Hurst, G.A.:  Particulate matter in the sputum from former asbestos workers: an ultrastructural study.  Clin Res, December, 1980(abstract).

Dodson, R.F., Castillo, P., Hieger, L.R., and Williams, M.G., Jr.:  Ultrastructural and energy dispersive analysis of inorganic inclusions in a muscle biopsy.  Ultrastruc Pathol 2:365-372, 1981.

Williams, M.G., Dodson, R.F., Corn, C.J., and Hurst, G.A.:  A procedure for the isolation of amosite asbestos and ferruginous bodies from lung tissue and sputum.  J Toxicol Environ Health 10:627-638, 1982.

Akematsu, T., Dodson, R.F., Williams, M.G., Jr., and Hurst, G.A.:  The short terms effects of volcanic ash on the small airways of the respiratory system.  Environ Res 29:358-370, 1982.

Dodson, R.F., O'Sullivan, M.F., Williams, M.G., Jr., and Hurst, G.A.:  Analysis of cores of ferruginous bodies from former asbestos workers.  Environ Res 28:171-178, 1982.

Lawrence, E.C., McClung, H.W., Wilson, R.K., Key, M.M., Dodson, R.F., and Hurst, G.A.:  Alteration of in vitro Immunoglobulin secretion by amosite asbestos.  J Immuno 129:1931-1935,1982.

Dodson, R.F. Martin, R.R., O'Sullivan, M.F., and Hurst, G.A.:  In vitro response of human pulmonary macrophages with volcanic ash: a morphological study.  Expmtl Molec Pathol 37:406-412, 1982.

Martin, R.R., Lawrence, E.C., Greenberg, S.D., Mace, M.L. and Dodson, R.F.:  Effects of cigarette smoking and asbestos on hemiluminescence by pulmonary alveolar macrophages.  Clin Res 30:880-A, 1982.

Dodson, R.F., Greenberg, S.D., Williams, M.G., Corn, C. and Hurst, G.A.:  Ferruginous body content from lung tissue of occupationally and non-occupationally exposed groups.  Lab Invest 48:20-21A, 1983.

**BIBLIOGRAPHY (Cont'd)**

Lawrence, E.C., Fox, T.B., Hall, B.T., Putman, M., Greenberg, S.D. Mace, M.L., Dodson, R.F. and Martin, R.R.: Effects of amosite asbestos on human pulmonary alveolar macrophage functions. Am Rev Respir Dis 127:61, 1983.

Dodson, R.F., O'Sullivan, M.F., Corn, C.J., Ford, J.O., and Hurst, G.A.: The influence of inflation levels of the lung on the morphology of the visceral pleura. Cytobios 37:171-179, 1983.

Dodson, R.F., Williams, M.G., Jr., and Hurst, G.A.: Acute lung response to amosite asbestos: a morphological study. Environ Res 32:80-90, 1983.

Dodson, R.F., Williams, M.G., Jr., and Hurst, G.A.: Method for removing the ferruginous coating from asbestos bodies. J. Toxicol/Environ Health 11:959-966, 1983.

Spatz, M., Dodson, R.F., and Bembry, J.: Cerebral vascular muscle culture. I. Isolation, growth and morphological characterization. Brain Res 280:387-381, 1983.

Dodson, R.F., Williams, M.G., Jr., McLarty, J.W. and Hurst, G.A.: Asbestos bodies and particulate matter in sputum from former asbestos workers: an ultrastructural study. Acta Cytologica 27:635-640, 1983.

Dodson, R.F., Crisp, G.O., Albright, D.D., and Nicotra, B.: Rod myopathy with extensive systemic and respiratory muscular involvement. Ultra Pathol 5:129-133, 1983.

Ford, J.O., Dodson, R.F., and Williams, M.G.: An ultrastructural study of the blood/air barrier in the guinea pig. Tissue and Cell 16:53-63, 1984.

Dodson, R.F., Williams, M.G., O'Sullivan, M.F., and Hurst, G.A.: Core composition of ferruginous bodies from former asbestos workers. In: Gee, J.B.L., Morgan, W.K.C., Brooks, S.M. eds, Occupational Lung Disease. New York City: Raven Press, 1984:181-82.

Dodson, R.F., Greenberg, S.D., Williams, M.G., Corn, C.J., O'Sullivan, M.F., and Hurst, G.A.: Asbestos content in lungs of occupationally and nonoccupationally exposed individuals. JAMA 252:68-71, 1984.

Davis, M.L., Lewandowski, J., and Dodson, R.F.: Morphology and ultrastructure of the distal airway epithelium in the guinea pig. Anatomical Record 209:509-522, 1984.

Dodson, R.F., Akematsu, T.A., Williams, M.G., and Ford, J.O.: The influence of amosite asbestos exposure on lung permeability. Environ Res 35:497-506, 1984.

**BIBLIOGRAPHY (Cont'd)**

Dodson, R.F., Williams, M.G., O'Sullivan, M.F., Corn, C.J., Greenberg, S.D, and Hurst, G.A.:  A comparison of the ferruginous body and uncoated fiber content in the lungs of former asbestos workers.  Am Rev Resp Dis 132:143-147, 1985.

Dodson, R.F. and Ford, J.O.:  Early response of the visceral pleura following asbestos exposure: an ultrastructural study.  J Toxicol Environ Health 15:673-686, 1985.

Dodson, R.F., O'Sullivan, M.F., Corn, C.J., Williams, M.G., Hurst, G.A.:  Ferruginous body formation on a nonasbestos mineral.  Arch Pathol Lab Med 109:849-852, 1985.

Davis, M.L. and Dodson, R.F.:  A scanning electron microscopic study of the early response of lung tissue to amosite asbestos exposure.  Cytobios 44:169-182, 1985.

Raimer, S.S., Sanchez, R.L., Hubler, W.R., and Dodson, R.F.:  Colloid bands of the forearm:  An unusual clinical presentation of solar elastosis.  J Am Acad Dermatol 15:650-656, 1986.

Maeda, H., Ford, J., Williams, M.G. and Dodson, R.F.:  An ultrastructural study of acute and long-term response to commercial diatomaceous earth.  J Comp Pathol 96:307-317, 1986.

Kennedy, T.P., Dodson, R., Rawlings, W., and Hoidal, J.R.:  Kaolin catalyzes hydroxyl radical generation from hydrogen peroxide.  Clin Res 35: -45A, 1987.

Corn, C.J., Williams, M.G., Dodson, R.F.:  An electron microscopic analysis of residual amosite asbestos remaining in preparative vials following bleach digestion.  J Electron Micros Techniques 6:1-6, 1987.

O'Sullivan, M.F., Corn, C.J., Dodson, R.F.:  Comparative efficiency of nuclepore filters of various pore sizes as used in digestion studies of tissue.  Environ Res 43:97-103, 1987.

Kempski, O., Villacara, A., Spatz, M., Dodson, R.F., Corn, C., Merkel, N. and Bembry, J.:  Cerebromicrovascular endothelial permeability: In vitro studies. Acta Neuropathol 74:329-334, 1987.

Ford, J.O., Davis, M.L., Zinkgraf, S.A., Dodson, R.F.:  The Use of a Semiautomatic Image Analyzer in Directly Determining Mean  of linear Intercept.  Cytobios 53:107-112, 1988.

Dodson, R.F., Hurst, G.A., Williams, M.G., Corn, C., and Greenberg, S.D.:  Comparison of light and electron microscopy for defining occupational asbestos exposure in transbronchial lung biopsies.  Chest 94:366-370, 1988.

**BIBLIOGRAPHY (Cont'd)**

Garcia, J.G.N., Gray, L.D., Dodson, R.F., and Callahan, K.S.:
Asbestos-induced endothelial cell activation and injury
demonstration of fiber phagocytosis and oxidant-dependent
toxicity. Am Rev Respir Dis 138:958-964, 1988.

Dodson, R.F. Williams, M.G., Corn, C.J. and Rankin, T.L.: A
comparison of asbestos burden in nonurban patients with and
without lung cancer. Cytobios 56:7-15, 1988.

Garcia, J.G.N., Gray, L.D., Dodson, R.F., and Callahan, K.S.:
Asbestos-induced endothelial cell activation and injury. Am
Rev Resp Dis 138:958-964, 1988.

Dodson, R.F.: Health effects of manmade mineral fibers--questions
remain. Council Currents 2:4, 1989.

Garcia, J.G.N., Dodson, R.F., Callahan, K.S.: Effect of
environmental particulates on cultured human and bovine
endothelium: cellular injury via an oxidant-dependent
pathway. Lab Invest 61:53-61, 1989.

Dodson, R.F., Williams, M.G., Corn, C.J., Idell, S., and McLarty,
J.W.: Usefulness of combined light and electron microscopy
evaluation of sputum samples for asbestos to determine past
occupational exposure. Mod Pathol 2:320-322, 1989.

Villacara, A., Spatz, M., Dodson, R.F., Corn, C., and Bembry, J.
Effect of arachidonic acid on cultured cerebromicrovascular
endothelium: permeability, lipid peroxidation and membrane
"fluidity." Acta Neuropathol. 78:310-316, 1989.

Kennedy, T.P., Dodson, R., Rao, N.V., Ky, H., Hopkins, C., Baser,
M., Tolley, E. and Hoidal, J.R.: Dusts causing
pneumoconiosis generate OH and produce hemolysis by acting
as Fenton catalysts. Arch Biochem Biophys 269:359-364,
1989.

Nugent, K.M., Dodson, R.F., Idell, S., and Devillier, J.R.: The
utility of bronchoalveolar lavage and transbronchial lung
biopsy combined with energy dispersive x-ray analysis in the
diagnosis of silicosis. Am Rev Resp Dis 140:1438-41, 1989.

Baser, M., Kennedy, T.P., Dodson, R.F., Rawlings, W., Rao, N.V., and
Hoidal, J.R.: Differences in lung function and prevalence
of pneumoconiosis between two kaolin plants. Br J Ind
Med.46:773-6, 1989.

Garcia, J.G.N., Dodson, R.F., and Callahan, K.S.: Effect of
environmental particulates on cultured human and bovine
endothelium. Lab Invest 61:53-61, 1989.

Kronenberg, R.S., Dodson, R.F. and Levin, J.L.: Asbestos health
issues in the nineties. Mealey's Litigation Reports, 43:52,

May 4, 1990.

**BIBLIOGRAPHY (Cont'd)**

Dodson, R.F. and Callahan, K.S.:  Cellular mechanisms of asbestos
    toxicity.  Res Resources Reporter 7:6-8, 1990.

Levin, J.L., Kronenberg, R.S. and Dodson, R.F.:  Asbestos in place
    may present immeasurable risks in buildings. Occupa Health
    Saf, 59:23-24, 1990.

Baser, M., Kennedy, T.P., Dodson, R.F., Rawlings, W., Rao, N.V., and
    Hoidal, J.R.:  Hydroxyl radical generating activity of
    hydrous but not calcined kaolin is prevented by surface
    modification with dipalmitoyl lecithin.  J Toxicol Environ
    Health 29:99-108, 1990.

Dodson, R.F., Williams, M.G., Corn, C.J., Brollo, A. and Bianchi,
    C.: Asbestos content of lung tissue, lymph nodes and pleural
    plaques from former shipyard workers.  Am Rev Respir Dis
    142:843-7, 1990.

Dodson, R.F., Levin, J.L. and Kronenberg, R.S.:  Asbestos:  Major
    health threat or exaggerated issue?  FORUM 5:67-75, 1990.

Nugent, K., Perrotta, D., Dodson, R.F., Idell, S., and DeVillier,
    J.: A cluster of silicosis in sandblasters.  Am Rev Respir
    Dis 142:1466, 1990.

Dodson, R.F., Garcia, J.G.N., O'Sullivan, M., Corn, C., Levin, J.L.,
    Griffith, D.E., and Kronenberg, R.S.:  The usefulness of
    bronchoalveolar lavage in identifying past occupational
    exposure to asbestos: A light and electron microscopy study.
    Am J Ind Med 19:619-28, 1991.

Kronenberg, R.S., Levin, J.L., Dodson, R.F., Garcia, J.G.N.,
    Griffith, D.E.:  Asbestos-related disease in employees of a
    steel mill and a glass bottle manufacturing plant.  Toxicol
    Ind Health 7:73-79, 1991.

Dodson, R.F., and Ford, J.O.:  Tissue reaction following a second
    exposure to amosite asbestos.  Cytobios 68:53-62, 1991.

Dodson, R.F., Williams, M.G., Corn, C.J., Brollo, A. and Bianchi,
    C.: A comparison of asbestos burden in lung parenchyma,
    lymph nodes, and plaques.  Ann NY Acad Sci 643:53-60, 1991.

Kronenberg, R.S., Levin, J.L., Dodson, R.F., Garcia, J.G.N., and
    Griffith, D.E.:  Asbestos-related disease in employees of a
    steel mill and a glass bottle manufacturing plant.  Ann NY
    Acad Sci 643:397-403, 1991.

Haque, A.K., Kanz, M.F., Mancuso, M.G., Williams, M.G. and Dodson,
    R.F.:  Asbestos in the lungs of children.  Ann NY Acad Sci
    643:419-429, 1991.

**BIBLIOGRAPHY (Cont'd)**

Levin, J.L., Stocks, J.M., Shepherd, J.R., Fagan, M.F., Dodson, R.F.: Asbestos exposures: known and under recognized sources. Am J Ind Med, Letter to the Editor, 22:607-608, 1992.

Haque, A.K., Mancuso, M.G., Williams, M.G., and Dodson, R.F.: Asbestos in organs and placenta of five stillborn infants suggests transplacental transfer. Environ Res 58:163-175, 1992.

Griffith, D.E., Garcia, J.G.N., Dodson, R.F., Levin, J., Kronenberg, R.S.: Airflow obstruction in nonsmoking asbestos and mixed dust exposed workers. Lung 171:213-224, 1993.

Dodson, R.F., O'Sullivan, M., and Corn, C.: Technique dependent variations in asbestos burden as illustrated in a case of nonoccupational exposed mesothelioma. Am J Ind Med 24:235-240, 1993.

Dodson, R.F., O'Sullivan, M., Corn, C.J., Garcia, J.G.N., Stocks, J.M., and Griffith, D.E.: Analysis of ferruginous bodies in bronchoalveolar lavage from foundry workers. Br J Ind Med 50:1032-1038, 1993.

Lund, L.G., Williams, M.G., Dodson, R.F., and Aust, A.E.: Iron associated with asbestos bodies is responsible for the formation of single-strand breaks in $\phi$X174 RFI DNA. Occup Environ Med 51:200-204, 1994.

Fraire, A.E., Greenberg, S.D., Spjut, H.J., Roggli, V.L., Dodson, R., Cartwright, J., Williams, G., and Baker, S.: Effect of fibrous glass upon rat pleural mesothelium histopathologic observations. Am J Respir Crit Care Med, 150:521-527, 1994.

Dodson, R.F., O'Sullivan, M., Corn, C.J., and Hammar, S.P.: A quantitative comparison of asbestos and talc bodies in an individual with mixed exposure. Am J Ind Med 27:207-215, 1995.

Levin, J.L., O'Sullivan, M.F., Corn, C.J., and Dodson, R.F.: An individual with a majority of ferruginous bodies formed on chrysotile cores. Arch Environ Health 50:462-465, 1995.

Levin, J.L., Frank, A.L., Williams, M.G., McConnell, W., Suzuki, Y., and Dodson, R.F.: Kaolinosis in a cotton mill worker. Am J Ind Med 29:215-221, 1996.

Dodson, R.F., O'Sullivan, M., and Corn, C.J.: Relationships between ferruginous bodies and uncoated asbestos fibers in lung tissue. Arch Environ Health 51:462-466, 1996.

## BIBLIOGRAPHY (Cont'd)

Crossman, R.N., Williams, M.G., Lauderdale, J., Schosek, K., and Dodson, R.F.: Quantification of fiber releases for various floor tile removal methods. Appl Occup Environ Hyg 11:1113-1124, 1996.

Fraire, A.E., Greenberg, S.D., Spjut, H.J., Dodson, R.F., Williams, G., Lach-Pasko, E., and Roggli, V.L.: Effect of erionite on the pleural mesothelium of the fischer 344 rat. Chest 111:1375-1380, 1997.

Frank, A.L., Dodson, R.F. and Williams, M.G.: Lack of tremolite in UICC reference chrysotile and the implications for carcinogenicity. Ann Occup Hyg 41:287-292, 1997.

Dodson, R.F., O'Sullivan, M., Corn, C.J., McLarty, J.W., and Hammar, S.P.: Analysis of asbestos fiber burden in lung tissue from mesothelioma patients. Ultrastruct Pathol 21:321-336, 1997.

Frank, A.L., Dodson, R.F., and Williams, M.G.: Carcinogenic implications of the lack of tremolite in UICC reference chrysotile. Am J Ind Med 34:314-17, 1998.

Frank, A.L. and Dodson, R.F. Laboratory assessment of fibers. Eur J Oncol 3:339-341, 1998.

Dodson, R.F., Huang, J., Williams, M.G., Bruce, J.R. and Hammar, S.P.: Lack of asbestos contamination of paraffin. Arch Pathol Lab Med 122:1103-1106, 1998.

Dodson, R.F., Williams, M.G., Huang, J. and Bruce, J.R.: Tissue burden of asbestos in nonoccupationally exposed individuals from East Texas. Am J Ind Med 35:281-286, 1999.

Atkinson, M.A.L. and Dodson, R.F.: The role of research in environmental science and health. Texas Medicine 1999.

Levin, J.L., O'Sullivan, M.F., Corn, C.J., Williams, M.G. and Dodson, R.F.: Asbestos-related disease in a clutch refabricator. Occup Enviro Med 56:602-605,1999.

Dodson, R.F., O'Sullivan, M.F., Huang, J., Holiday, D.B., and Hammar, S.P. Asbestos in extrapulmonary sites-omentum and mesentery. Chest 117:486-493, 2000.

Dodson, R.F., Huang, J., and Bruce, J.R. Asbestos content in the lymph nodes of nonoccupationally exposed individuals. Am J Ind Med 37:169-174, 2000.

Shen, Z., Bobach, D., Hochella, M.F., Bish, D.L., Williams, M.G., Dodson, R.F.: Using *in vitro* iron deposition on asbestos to model asbestos body formation in human lung. Chem Res Tox, 13:913-921, 2000.

**BIBLIOGRAPHY (Cont'd)**

Dodson, R.F., Levin, J.L.  An unusual case of mixed dust
        pneumoconiosis including exposure to a "Non-Commercial"
        asbestos.  Env Hlth Perspectives, 109:199-203, 2001.

Rom, W.N., Hammar, S.H., Rusch, V., Dodson, R.F., and Hoffman, S.
        Malignant mesothelioma from neighborhood exposure to
        anthophyllite asbestos.  Am J Ind Med, 40:211-214, 2001.

Dodson, R.F., Williams, M.G., and Fraire, A.E.:  An assessment of
        Asbestos body formation in Extrapulmonary sites. Toxicol
        Ind Health, 17:1-6, 2001.

Dodson, R.F. Asbestos:  Historical Insight-Future Concerns.
        Recent Advances and Research Updates, 2:149-160, 2001.

Dodson, R.F., O'Sullivan, M.F., Brooks, D.R and Bruce, J.R.:
        Asbestos content of omentum and mesentery in
        nonoccupationally exposed individuals.  Toxicol Ind Health,
        17:138-143, 2001.

Dodson, R.F., Williams, M.G., and Satterley, J.D.:  Asbestos
        Burden in Two Cases of Mesothelioma where the Work History
        included Manufacturing of Cigarette Filters. Journal of
        Toxicology and Environmental Health, 65:1109-1120, 2002.

Dodson, R.F., O'Sullivan, M.F., Brooks, D.R., and Hammar, S.P.:
        Quantitative analysis of asbestos burden in women with
        Mesothelioma. American Journal of Industrial Medicine,
        43:188-195, 2003.

Levin, J.L., O'Sullivan, M.F., Dodson, R.F.:  Environmental Sample
        Correlation with Clinical and Historical Data in a Friction
        Product Exposure.  Inhalation Toxicology, 15:639-647, 2003.

Dodson, R.F.; O'Sullivan, M.F.; Brooks, D.R.; and Levin, J.L.:  The
        Sensitivity of Lavage Analysis by Light and Analytical
        Electron Microscopy in Correlating the Types of Asbestos
        from a Known Exposure Setting.  Inhalation Toxicology,
        15:461-471, 2003.

Dodson, R.F.; Atkinson, M.A.L.; Levin, J.L.:  Asbestos Fiber Length
        as Related to Potential Pathogenicity:  A Critical Review.
        American Journal of Industrial Medicine, 44:291-297, 2003.

Hammar, Samuel P.; Williams, M. Glenn and Dodson, Ronald F.:
        Pulmonary Granulomatous Vasculitis Induced by Insoluble
        Particulates: A Case Report.  Ultrastructural Pathology,
        27:439-449, 2003.

Dodson, Ronald F.; O'Sullivan, Michael; Hammar, Samuel P.:  Quality
        Control Analysis of the Potential for Asbestos Contamination
        during Tissue Processing in Pathology Laboratories.
        Archives of Pathology & Laboratory Medicine, 128:781-784,

2004.

**BIBLIOGRAPHY (Cont'd)**

Dodson, Ronald F.; Brooks, Dwaina; O'Sullivan, Michael; Hammar, Samuel P.: Quantitative Analysis of Asbestos Burden in a Series of Individuals with Lung Cancer and a History of Exposure to Asbestos. Inhalation Toxicology, 16:637-647, 2004.

Atkinson, Mark A.L.; O'Sullivan, Michael; Zuber, Sylvia; Dodson, Ronald F.: An Evaluation of the Size and Type of Free Particulates Collected from New Asbestos Containing Brake Components as Related to Potential for Respirability. American Journal of Industrial Medicine,46:545-553, 2004.

Levin, J.L., Dodson, R.F.: The Importance of the Exposure History for ET Medicine. East Texas Medicine, 2004.

Dodson, R.F.; Graef, Russell; Shepherd, Sara; O'Sullivan, Michael; Levin, Jeffrey: Asbestos Burden in Cases of Mesothelioma from Individuals from Various Regions of the United States. Ultrastructural Pathology, 29: 415-433,2005.

Dodson, R.F.; Atkinson, M.A.L., O'Sullivan M.; Stability of Ferruginous Bodies in Human Lung Tissue Following Death, Embalmment, and Burial. Inhalation Toxicology, 17: 789-795, 2005.

Atkinson, M.A.L.; Dodson, R.F., Response to Letter from Paustenbach et al. American Journal of Industrial Medicine, 49:62-64, 2006.

Dodson, Ronald F. and Hammar, S.P. Pleural Mesothelioma in a Woman Whose Documented Past Exposure to Asbestos was from Smoking Asbestos-Containing Filtered Cigarettes: The Comparative Value of Analytical Transmission Electron Microscopic Analysis of Lung and Lymph-Node Tissue. Inhalation Toxicology, 18:679-684, 2006.

Dodson, Ronald F. Atkinson, Mark A.L.: Measurements of Asbestos Burden in Tissue. Annals: New York Academy of Sciences. Living in Chemical World-Framing the Future in Light of the Past; Annals of the New York Academy of Sciences, 1076: 281-291, 2006.

Dodson RF, Shepherd S, Levin J, Hammar SP, Characteristics of the Asbestos Concentration in the Lung as Compared to Asbestos Concentration in Various Levels of Lymph Nodes that Collect Drainage from the Lung. Ultrastructural Pathology, 31:95-133, 2007.

Dodson RF, Hammar SP, Poye LW, A Technical Comparison of Evaluating Asbestos Concentration by Phase-Contrast Microscopy (PCM), Scanning Electron Microscopy (SEM), and Analytical Transmission Electron Microscopy (ATEM) as Illustrated From Data Generated From a Case Report. Inhalation Toxicology,

20:723-732, 2008.

**BIBLIOGRAPHY (Cont'd)**

Dodson RF, Hammar SP, Poye LW, Response to Letter to the Editor. Inhalation Toxicology, 20:1115-1117, 2008.

Aust AE, Cook PM, Dodson RF, Morphology and Chemical Mechanisms of Elongated Mineral Particle Toxicities, Journal of Toxicology and Environmental Health, Part B, 14: 1, 40-75, 2011.

Dodson R, Hammar SP, Poye LW, Mesothelioma in an Individual Following Exposure to Crocidolite-containing Gaskets as a Teenager, International Journal of Occupational Environmental Health, 17: 190-194, 2011.

Carbone M, Ly BH, Dodson RF, Pagano I, Morris PT, Dogan UA, Gazdar AF, Pass HI, Yang H, Malignant Mesothelioma: Facts, Myths and Hypotheses-Review Article; Journal of Cellular Physiology, 227: 44-58, 2012.

Dodson RF, Levin JL. Asbestos and Other Elongated Mineral Particles: Health-Related Issues. *In* Encyclopedia of Environmental Management. Taylor and Francis: New York, Published online: 21 Nov 2013; 1-11.

Dodson RF, Mark EJ, Poye LW, Biodurability/Retention of Libby Amphibole in a Case of Mesothelioma; Journal of Ultrastructural Pathology, 38:1, 45-51, 2014.

Dodson RF, Hammar SP. Analysis of Asbestos Concentration in 20 Cases of Pseudomesotheliomatous Lung Cancer; Ultrastructural Pathology, Early Online, 1-10, 2014. Informa Healthcare USA, Inc. ISSN: 0191-3123 print/1521-0758 online, DOI: 10.3109/01913123.2014.906525.

Hammar SP, Dodson RF. Pseudomesotheliomatous lung carcinoma: a Pathological assessment of selected cases including work history and the presence of biomarkers suggesting it is a cancer caused by asbestos. Pathological Discovery. 2015; 3:6. Http://dx.doi.org/10.7243/2052-7896-3-6 August 25, 2015.

Dodson RF. Preface: Respirable elongated mineral particles and Human Health-Revisited. 2016: Journal of Toxicology and Environmental Health, Part B. Volume 19, pp.149-150.

Black B, Dodson RF, Bruce JR, Poye LW, Henschke C,Loewen G. A Clinical assessment and lung tissue burden from an individual who worked as a Libby vermiculite miner; Inhalation Toxicology, 29:9, 404-413, 2017.

Dodson RF, Poye LW. Tissue burden evaluation of elongated mineral particles in two individuals with mesothelioma and whose work history included manufacturing tile: Ultrastructural Pathology; Vol. 44, No 1, 17-31: 2020

Dodson RF, Black B, Poye LW, Bruce JR, McNew T. A clinical
    evaluation and tissue fiber burden analysis of a lifetime
    resident of Libby, Montana with adenocarcinoma of the lung:
    American J. Industrial Medicine. Vol. 63; 456-462: 2020.


**Chapters in Books:**

Dodson, R.F.:  The analysis and meaning of asbestos burden in lung
    tissue and fluids.  In Peters, G.A. and Peters, B.J. (Eds):
    *Asbestos Medical Research*.  New York and London: Garland Law
    Publishing, 1989, pp. 191-229, vol. 4.

**Chapters in Books (Cont'd):**

Hurst, G.A., Dodson, R.F., Griffith, D.E., and McLarty, J.W.:  High
    risk asbestos workers groups: selected review with emphasis
    on the Tyler Asbestos Workers' Program.  In Peters, G.A. and
    Peters, B.J. (Eds): *Asbestos Medical Research.*  New York and
    London: Garland Law Publishing, 1989, pp. 353-393, vol. 4.

Dodson, R.F.:  Analysis and meaning of asbestos burden in lung
    tissue and fluids.  In Peters, G.A. and Peters, B.J. (Eds):
    *Asbestos Disease Update*.  New York and London:  Garland Law
    Publishing, 1989, pp. 35-71.

Dodson, R. F.  Analysis and meaning of asbestos burden in lung
    tissue and fluids.  In Peters, G.A. and Peters, B.J. (Eds):
    *Sourcebook on Asbestos Diseases*.  New York and London:
    Garland Law Publishing, 1989, pp. 35-71.

Dodson, R.F., Williams, M.G., Corn, C.J., Brollo, A. and Bianchi,
    C.: Non-asbestos fiber burden in individuals exposed to
    asbestos.  In *Mechanisms in fibre carcinogenisis*.  Brown,
    R.C., Hoskins, J.A. and Johnson, N.F., Plenum Press, 1991,
    pp. 29-37.

Hammar, S.P. and Dodson, R.F.:  Asbestos.  In *Pulmonary Pathology.*
    Dail, D.H. and Hammar, S.P., Vol.2 Springer-Verlag, 1994,
    pp. 901-983.

Atkinson, M.A.L. and Dodson, R.F.:  Cell biology and the mechanisms
    of pathogenicity of asbestos.  In Peters, G.A. and Peters,
    B.J. (Eds): *Asbestos Pathogenesis and Litigation.*  Kent,
    England:  Butterworth, 1996, Vol. 13, pp. 3-71.

Frank, A.L., Dodson, R.F., and Williams, M.G.:  Lack of tremolite in
    UICC reference chrysotile and the implicating for
    carcinogenicity. In Cherry, N. and Ogden, T. (Eds):  *Inhaled
    Particles VIII*.  Oxford, England: Pergamon, 1997, pp.
    413-414.

Dodson, R.F.:  Asbestos tissue burden of the general population.
    Peters, G.A. and Peters, B.J. (Eds): *Asbestos Medical
    Research*.  New York and London: Garland Law Publishing,
    1999.

Dodson, R.F. and Levin, J.L.:  An Unusual Case of Mixed-Dust
Exposure Involving a "Noncommercial" Asbestos.  In Hu, H.
(Ed): *Grand Rounds in Environmental Medicine Cases from an
Emerging Discipline.* Environmental Health Perspectives
Publishing; NIH Publication, 2003, pp. 60-64.

Dodson, R.F.:  Analysis and Relevance of Asbestos Burden in Tissue.
In: Dodson, R.F. and Hammar, S.P. (Ed):  Asbestos-Risk
Assessment, Epidemiology, and Health Effects; Boca Raton,
Fl.:  Taylor and Francis Publishing, 2006.


**Chapters in Books (Cont'd):**

Hammar, S.P. and Dodson, R.F.: Asbestos. In Dail and Hammar's
Pulmonary Pathology, Vol.3 Editor-Tomashefski, JF. Springer-
Verlag, 2008, pp. 950-1031.

Hammar, SP, Henderson, DW, Klebe, S and Dodson, RF: Neoplasms Of the
Pleura. In Dail and Hammar's Pulmonary Pathology, Vol.3
Editor-Tomashefski,JF. Springer-Verlag, 2008, pp 558-734.

Dodson, R.F.:  Analysis and Relevance of Asbestos Burden in Tissue.
In: Dodson, R.F. and Hammar, S.P. (Ed):  Asbestos-Risk
Assessment, Epidemiology, and Health Effects, Second
Edition; Boca Raton, Fl.:  Taylor and Francis Publishing,
2011.

Lemen, R.A., Dodson R.F.: Asbestos-Patty's Industrial Hygiene and
Toxicology, Chapter 83. Sixth Edition, Vol. 5, Eds: Eula
Bingham and Barbara Cohrssen. John Wiley & Sons, Inc. 2012.

Dodson, R.F.,Levin J.L.,Rountree PP: Chapter 1-Health Effects,
First Edition: In:  Thomas G. Laubenthal-Editor-in-Chief:
"Managing Asbestos in Buildings: A Guide for Owners and
Managers-A Revision to the United States Environmental
Protection Agency's 1985 document"Guidance for Controlling
Asbestos-Containing Materials in Buildings" (EPA 560/85-
024) Known as the Purple Book; Published by the
Environmental Information Association, Inc. First Edition,
March 2015.


**Books:**

"Asbestos: Risk Assessment, Epidemiology, and Health Effects"-
Edited by Ronald F. Dodson, Ph.D. and Samuel P. Hammar, M.D.
CRC Press, 2006

"Asbestos: Risk Assessment, Epidemiology, and Health Effects"-
Edited by Ronald F. Dodson, Ph.D. and Samuel P.  Hammar,
M.D., Second Edition, CRC Press, 2011

"Managing Asbestos in Buildings: A Guide for Owners and

Managers-A Revision to the United States Environmental
Protection Agency's 1985 document "Guidance for Controlling
Asbestos-Containing Materials in Buildings" (EPA 560/85-
024) Known as the Purple Book-Steering Committee: Canna K,
Cavness B, Dodson RF, Ewing WM, Hays SM, Hogue DW, Kahane
D, Kynock JB, Laubenthal TG, Millette JR, Oberta AF, Schrum
MW,Webber JS: Thomas G.Laubenthal, Editor-in-Chief, First
Edition March,2015.

Respirable Elongated Mineral Particles and Human Health-
Revisited-Special Edition Editor-Ronald F. Dodson, Ph.D.
Journal of Toxicology and Environmental Health, Part B:
Critical Reviews, Volume 19, 2016.

# Exhibit B

### <u>DECLARATION OF ANTHONY M. HERNANDEZ VALADEZ</u>

I, Anthony M. Hernandez Valadez, declare:

1.    I am an adult over the age of 18 years and have personal knowledge of the facts expressed in this declaration. If asked, I could and would testify to the truth of such facts.

2.    I am 23 years old and have been a lifelong resident of California.

3.    In January 2022, I was diagnosed with mesothelioma. After subsequent scans, it is my understanding that my doctors have determined that I have pericardial mesothelioma.

4.    I was born on September 23, 1998. When I was a baby, it is my understanding that my mother regularly used Johnson's Baby Powder talc on me, including during diaper changes and whenever it was needed. My mother and other family members continued using Johnson's Baby Powder talc on me throughout my childhood as part of my regular hygiene routine.

5.    I first used Johnson's Baby Powder talc on myself when I was around 13 years old. I continued using that product for several years thereafter. During that time, I used a lot of Johnson's Baby Powder talc throughout my body, including on my chest, armpits, private areas, back, and neck. I used Johnson's Baby Powder talc every day, multiple times each day, including after showers, before going out, or whenever I need to freshen up. I applied that product either directly from the bottle or with my hands. It took me at least a couple of minutes to apply the powder. I used Johnson's Baby Powder talc because it was effective in combating sweat and odors. I also liked the product's fresh smell. Johnson & Johnson was a brand that I trusted.

6.    Johnson & Johnson never warned me about its talc baby powder's asbestos content or asbestos-related health hazards, including cancer. If Johnson & Johnson warned me of such hazards, I would have never used its talc baby powder.

7.    I do not recall any circumstance in which I or anyone in my household would have been in or around any dusty environments other than through my use of Johnson's Baby Powder. Before my diagnosis, I worked part-time as a customer service representative at Home Depot earning $15 per hour. At that job, I only helped customers buy doors and windows. I did not do any hands-on work with any tools, products, or any other machinery. Nor was I ever around any dusty environment. Prior to Home Depot, I was a customer service representative at Target and

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

3160813.1

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

1    did no hands-on work with any tools, products, or any other machinery. For most of my life, my

2    mother stayed at home to raise and care for me and my brother. Afterwards, my mom did yard

3    duty and office work at a school. She currently works an office job at the local cemetery. My

4    biological father died when I was four years old and I do not recall any interactions with him. My

5    mother's current husband is a residential gardener who mows lawns and does landscaping. I never

6    saw any dust on the work clothes of my mother or her current husband. I have never lived in or

7    near any industrial areas or dust-generating facilities.

8         8.      Prior to my mesothelioma diagnosis, I was an outgoing person who loved spending

9    time with friends and family. For example, my friends and I often went out for dinner or lunch. I

10   also enjoyed working and often worked overtime because of the camaraderie and several of my

11   friends worked with me. I also enjoyed creative writing. Before my diagnosis, I was attending

12   classes at Merced Community College and was only three semesters away from completing my

13   Associates Degree. After obtaining that degree, I intended to transfer to a university in Southern

14   California to major in criminology in the hopes of working in law enforcement or as a private

15   investigator.

16        9.      Having mesothelioma is the worst thing that has ever happened to me. I never had a

17   serious, let alone life threatening, illness prior to my mesothelioma diagnosis. Mentally, this

18   illness has caused me great anxiety and depression. Talking about my current state makes my heart

19   race to the point where I am having a panic attack. I refuse to communicate with any of my friends

20   and family because I am in disbelief and shock that I am suffering from a terminal disease at such

21   a young age. Physically, this disease and any treatments related to it, including chemotherapy and

22   cardiac surgery on February 17, 2022, have caused me to experience nausea/vomiting, loss of

23   appetite, severe chest pain and tightness, shortness of breath, discomfort, fatigue, and chronic back

24   pain. I have been admitted to the emergency department several times since my diagnosis, the

25   most recent of which occurred on April 4, 2022, because of complications related to my first round

26   of chemotherapy. It is my understanding that I have several rounds to go and greatly fear that I

27   will not tolerate any of them.

28        10.     I understand that this disease is terminal. No words can express my sadness in

1  knowing that this disease has foreclosed me from the opportunity of realizing my hopes and

2  dreams. I am very scared of what will happen to me.

3       I declare under penalty of perjury under the laws of the State of California that the

4  foregoing is true and correct, and that I signed this declaration at Merced, California on April 8,

5  2022.

8  *Anthony M. hernandez Valadez*
   Anthony M. Hernandez Valadez

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

# Exhibit C

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

## DECLARATION OF ANNA CAMACHO

I, Anna Camacho, declare:

1.      I am an adult over the age of 18 years and have personal knowledge of the facts expressed in this declaration. If asked, I could and would testify to the truth of such facts.

2.      I am the mother of Anthony M. Hernandez Valadez ("Anthony"). He is the eldest of my two sons. Anthony suffers from and has been diagnosed with pericardial mesothelioma.

3.      When Anthony was a baby, I regularly used a lot of Johnson's Baby Powder talc on him every day, multiple times each day, including during diaper changes, after baths, to treat or prevent diaper rash, and whenever it was needed. I packed the baby powder throughout Anthony's body, including on his private areas, arms, neck forehead, armpits, and chest. I applied the powder either directly from the bottle or with my hands. I also saw other family members apply Johnson's Baby Powder on Anthony while he was a baby.

4.      Even after he was no longer wearing diapers, I continued using Johnson's Baby Powder talc on Anthony throughout his childhood. I applied that product in the same way and in the same areas that I previously mentioned in the paragraph above. In addition, I applied Johnson's Baby Powder on Anthony's feet and in between his toes, as well as inside his shoes.

5.      Anthony began using Johnson's Baby Powder talc on himself when he was around 13 years old and continued using it for several years afterwards. I know that Anthony was using Johnson's Baby Powder talc because the product was in the house and I saw remnants of baby powder on Anthony's clothes and armpits. I also reminded Anthony to use Johnson's Baby Powder because it was effective in combating odors and sweat.

6.      Using Johnson's Baby Powder talc on Anthony always generated dust. Anthony breathed that dust.

7.      I was the person in the household who bought Johnson's Baby Powder that was used on or by Anthony. The powder was in an all-white bottle. The twist cap was also white. The name "Johnson's" in script appeared on the front of the bottle. We always had multiple bottles of Johnson's Baby Powder around the house. When Anthony was a baby, I always had a bottle of Johnson's Baby Powder in his diaper bag. I always bought the largest size of baby powder

available. I also bought the travel size bottle. We used so much Johnson's Baby Powder that I
bought it every two weeks from various retail and grocery stores, including Lucky, Safeway,
Target, and Walmart. I have photographs that depict bottles of that product throughout the family
home at various stages of Anthony's life. Johnson & Johnson's was a brand I trusted.





8.      Johnson & Johnson and the retailers that sold its talc baby powder never warned
me about the product's asbestos content or asbestos-related health hazards, including cancer. If
Johnson & Johnson and the retailers warned me of such hazards, I would have never used
Johnson's Baby Powder talc on me, Anthony, or his brother.

9.      I do not recall any circumstance in which I or anyone in my household would have
been in or around any dusty environments other than through my use of Johnson's Baby Powder.
For most of Anthony's life, I was a stay-at-home mother who raised and cared for Anthony and
his brother. It was not until 2007 did I start working again. In 2007, I did yard duty and office

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

work at a school. I currently work an office job at the local cemetery. Anthony's father, Michael

Valadez, died when Anthony was four years old. Michael did not work for pay because he was

receiving aid from a federal assistance program for families with dependent children. Michael had

no interaction with Anthony during Anthony's childhood. My current husband is a residential

gardener who mows lawns and does landscaping. I never saw any dust on my, Michael's, or my

current husband's work clothes. Anthony and I never lived in or near any industrial areas or dust-

generating facilities.

10.     I am in shock that Anthony has a terminal illness at such a young age. I care for

Anthony every day and words cannot describe how his mesothelioma has negatively affected his

mental and physical well-being. Anthony was outgoing and hardworking before his diagnosis.

Now, he is suffering from anxiety and depression. He also experiences shortness of breath,

extreme fatigue, and debilitating pain throughout his body. This disease has greatly traumatized

me and Anthony. I highly doubt that we will ever recover from it.

11.     I understand that Anthony's disease is terminal. Since his mesothelioma, Anthony

has been admitted to the emergency department several times for complications related to his

mesothelioma. I live in fear every day because I do not know whether today will be Anthony's

last.

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct, and that I signed this declaration at Merced, California on April 8,

2022.

Anna Camacho

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

3

Declaration of Anna Camacho

# Exhibit 30

Marc E. Wolin, Esq.
mwolin@saiber.com
John M. August, Esq.
jaugust@saiber.com
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel: (973) 622-8401

-and-

Steven Kazan, Esq.
skazan@kazanlaw.com
Joseph D. Satterley, Esq.
jsatterley@kazanlaw.com
Denyse F. Clancy, Esq.
dclancy@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Tel: (510) 302-1000

*Counsel for Movant Anthony Hernandez Valadez*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 |
| | : | |
| Debtor. | : | |
| | : | |

### DECLARATION OF ROBERT W. JOHNSON

Pursuant to 28 U.S.C. § 1746, I, Robert W. Johnson, declare under penalty of perjury as follows:

1.      I have personal knowledge of the facts set forth in this Declaration, except for such facts that have been made known to me in forming an opinion, in which case each such fact

**EXHIBIT 30**

is of a type on which professionals in my field reasonably rely in forming such opinions. The facts stated in this Declaration that are within my personal knowledge are true. If asked, I could and would testify competently to the truth of and foundation for each fact and opinion asserted within this Declaration.

2.      I am a forensic economist. A copy of my curriculum vitae is attached hereto as **Exhibit A**. In 1973, I obtained a master's degree in Business Administration from Stanford University Graduate School of Business, with a major in finance and investments. In 1970, I obtained a bachelor's degree in Business Administration with a major in economics and finance from the Baruch College of the City of New York. I also have post-graduate training with the Strategic Planning Institute and the American Management Association.

3.      I am a member of the American Economic Association, the Western Economic Association, and a founding member of the National Association of Forensic Economics. I am also a licensed life and disability agent.

4.      I have worked for Donaldson Lufkin & Jenrette as a Securities Analyst where I analyzed and made stock recommendations to the 100 largest financial institutions in the United States. I was an analyst and portfolio manager for the American Express Investment Management Company. I have also worked as an assistant to the director of Strategic Planning for a division of HRB Singer Inc. where I directed mergers and acquisitions.

5.      In 1988, I founded Robert W. Johnson & Associates. I have been involved in several thousand wage loss evaluations, for both plaintiffs and defendants over the past 30 years. About 40 percent of them involved personal injury cases like this. I have testified in over 100 trials as a forensic economist, on behalf of both plaintiffs and defendants, including the Kansas City Hyatt Regency collapse, the United Airlines 232 air disaster, and the Cypress structure

collapse in Oakland, California. I have also testified in asbestos-related cases on behalf of plaintiffs, including those pertaining to allegations of the plaintiff's exposure to Johnson's Baby Powder.

6.      Attached as **Exhibit B** is a true and correct copy of my May 2, 2022, Economic Impact Report for Anthony Hernandez Valadez's potential personal-injury case. As detailed in my report, I have calculated the present cash value of Mr. Valadez's economic loss using generally accepted statistical techniques and econometric methods of analysis. Based on my calculations, as shown in my report, Mr. Valadez will suffer economic damages of nearly $3.7 million as a result of his injury. Specifically, he will suffer (i) in excess over $1.9 million in lost expected income, (ii) over $375,000 lost in Social Security income, and (iii) losses of over $1.38 million in household services income.

7.      I was also asked to assess, in economic terms, the financial condition of Johnson & Johnson ("J&J"). The financial condition encompasses the areas of financial health, wealth, and economic status. My opinions about J&J's financial condition are based, in part, on my experience, training, and knowledge as a forensic economist. In forming these opinions, I have reviewed and relied upon the following: (i) J&J's 10K forms from 2018 to 2021; (ii) J&J's Proxy Statement from 2022; (iii) J&J's 10-Q Report, dated April 3, 2022; and (iv) market capitalization data from the Wall Street Journal and YCharts.

8.      In 2021, J&J had over $93 billion in sales, with average sales per day of over $257 million.[1] Since 2017, J&J's total sales have increased each year:

| Year | Total Sales |
|------|-------------|
| 2021 | $93.8 Billion |
| 2020 | $82.6 Billion |
| 2019 | $82.1 Billion |
| 2018 | $81.6 Billion |

---

[1] 2019-2021 10-K reports

|  Year | Total Sales |
|---|---|
| 2017 | $76.5 Billion |

9.      In 2021, J&J had $20.9 billion in net earnings, which reflects an increase of $6.2 billion compared to its $14.7 billion in net earnings in 2020. J&J also has $10.5 billion in cash on hand. And since 2019, J&J's net worth has increased:

| Year | Net Worth[2] |
|---|---|
| 2022 | $74.7 Billion |
| 2021 | $74.0 Billion |
| 2020 | $63.3 Billion |
| 2019 | $59.5 Billion |

10.      In 2021, J&J was sufficiently profitable to pay its stockholders $11 billion in dividends. The dividends J&J has paid its shareholders from 2017 through the first quarter of 2022 are summarized below:

| Year | Dividends Paid |
|---|---|
| 2022 | $2.8 Billion[3] |
| 2021 | $11.0 Billion |
| 2020 | $10.5 Billion |
| 2019 | $9.9 Billion |
| 2018 | $9.5 Billion |
| 2017 | $8.9 Billion |

11.      Also, J&J's stock market capitalization in May 2022 was over $464.8 billion.[4] This is nearly $110 billion higher than J&J's market capitalization of about $355 billion in the beginning of 2019.[5] In June 2021, when the United States Supreme Court refused to consider J&J's challenge to a St. Louis jury's 2018 verdict in *Ingham* totaling $2.1 billion, J&J's market capitalization was over $435 billion.[6] In the months following J&J's payment of that multi-

---

[2] 2018-2021 10-K Reports; 4/3/22 10-Q Report.
[3] Through the first quarter of 2022.
[4] Wall Street Journal at https://www.wsj.com/market-data/quotes/JNJ?mod=searchresults_companyquotes (as of May 20, 2022).
[5] Testimony of Christopher Picariello, Johnson & Johnson Consumer Inc.'s vice president of finance, at 8:23-9:17 and 135:7-136:17, attached hereto as **Exhibit C.**
[6] J&J market capitalization data from YCharts at https://ycharts.com/companies/JNJ/market_cap

billion-dollar verdict, J&J's market capitalization has consistently increased. For example, in August 2021, J&J's stock market valuation was nearly $472.5 billion. Just last month, J&J's market capitalization was over $489 billion. Hence, since 2019, J&J has grown its market value by over $100 billion. As of May 20, 2022, J&J's stock price is over $177 per share, up 9% since February 25, 2022.

12.     Based on my analysis, it is my opinion that talc litigation has had no effect on J&J's market valuation and overall financial condition. J&J is a financially sound and growing company with over $93 billion in sales and $20.9 billion in net earnings in 2021. The company has $10.5 billion in cash on hand. Also, J&J is sufficiently profitable to pay its stockholders because 2021 marked the 60th consecutive year that J&J has increased the dividends paid to its shareholders. Even after payment of the *Ingham* verdict, J&J's market capitalization continues to increase in the billions of dollars.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I executed this Declaration at _LOS_ _ALTOS_, California on May 20, 2022.

By: _____
ROBERT W. JOHNSON

# Exhibit A

## CURRICULUM VITAE

### Robert W. Johnson

**EDUCATION**

**Stanford University Graduate School of Business**
Palo Alto, California MBA - Major: Finance & Investments, 1973
**Baruch College** - New York, New York
B.A., Business Administration - Major: Economics, 1970

Continuing Education
American Management Association and Strategic Planning Institute: strategic planning and mergers & acquisitions.

**PROFESSIONAL HISTORY**

**1988 to Present**
ROBERT W. JOHNSON & ASSOCIATES - Los Altos, California
President. Expert witness in cases involving Human Value of Life (quantifying non-economic damages) Analysis. Expert witness, for both plaintiff and defense, in cases deciding economic damages in personal injury, wrongful death, lost business profits, breach of contract, and wrongful terminations. The cases have ranged from asbestosis, birth trauma, medical malpractice, products liability to punitive damages. Qualified as an expert witness at the state and federal level in over 40 states.

**1982 to 1988**
LEGAL ECONOMIC EVALUATIONS INC. - Palo Alto, California
President. Expert witness in cases (both plaintiff and defense) deciding lost business profits, personal injury, breach of contract, pensions and wrongful terminations. Experienced in trial testimony, efficient discovery, depositions, the cross-examination of opposing experts, and determining critical path through a case.

**1981 to 1982**
LEGAL ECONOMETRICS INC. - San Francisco, California
Senior Consultant. Directed economic analysis of cases involving lost business profits, anti-trust, wrongful death and personal injury. Experienced in determining critical path through cases, efficient discovery and cross-examination of opposing experts.

**1981**
FMC CORP - San Jose, California
Assistant to Group Controller. Coordinated and approved all capital expenditures ($75 million per year) for $2.5 billion Defense Equipment Group.

**CURRICULUM VITAE**

**1979 - 1981**
<u>HRB SINGER INC</u>. - State College, Pennsylvania
Assistant to Vice President.  Directed corporate acquisition policy and special situations analysis involving strategic analysis of corporate divisions.

**1977 - 1978**
<u>RWJ INC</u>. - State College, Pennsylvania
Owner. Manufacturer.

**1975 - 1977**
<u>FUEL CRISIS INC</u>. - New York, New York
Vice President of Marketing.  Directed national marketing program.

**1973 - 1975**
<u>AMERICAN EXPRESS INVESTMENT MANAGEMENT CO</u> – San Francisco, California
Securities Analyst/Portfolio Manager.  Analyzed and made stock recommendations for six industries and managed part of a $700 million mutual fund.

**1972 - 1973**
<u>DONALDSON LUFKIN & JENRETTE</u> - New York, New York
Securities Analyst.  Analyzed and made stock recommendations to the 100 largest financial institutions in the U.S.

Security Clearance Level - Secret

**PROFESSIONAL ASSOCIATION AND LICENSE**

Member of the American Economic Association.
Member of the Western Economic Association.
Founding Member of the National Association of Forensic Economists.

Licensed life and disability agent.  Broker of structured settlements.

**CASE INVOLVEMENT**  (partial list)

**ADAMS v. AMERICAN AIRLINES** - Retained as economic expert by the defense to analyze the economic loss to the plaintiff's family as a result of his death in the Chicago DC-10 accident.

## CURRICULUM VITAE

**PULEO v. CROCKER BANK** - Retained as economic expert by plaintiff to determine lost wages and fringe benefits as a        result of an alleged wrongful termination.

**BELTZ TRAVEL SERVICE v. TRANS WORLD AIRLINES** - Retained as economic expert for defendant, analyzed plaintiff's losses and determined the firm's going concern value.

**JOCHIMS v. U.S.A**. - Retained as economic expert by plaintiff to determine lost wages and benefits as a result of alleged medical malpractice.

**VINYL PRODUCTS v. ARMSTRONG CORK** - Retained as economic expert by defense to determine the amount of lost business profits due to alleged product liability.

**THORNTON v. PAINE WEBER** - Retained as economic expert by plaintiff to determine economic loss from alleged wrongful manipulation of plaintiff's stock portfolio.

**LEE & PRASZKER v. WOODWARD-CLYDE** - Retained as economic expert by defendant to determine the amount of economic loss due to alleged slander by defendant.

**MORRIS v. JOHNS-MANVILLE** - Retained as economic expert by plaintiff to determine the lost economic support as result of a wrongful death.

**HECKERT v. HURST** - Retained as economic expert by plaintiff to quantify the loss due to alleged attorney malpractice in bankruptcy case.

**MGM GRAND HOTEL v. LLOYDS OF LONDON** - Retained as the economic expert by defendant to determine economic loss due to the death of eighty plaintiffs including foreign nationals.

**CURRICULUM VITAE**


**PUBLICATIONS**

"Structuring Settlements: A Negotiating Guide", <u>New York Trial Lawyers Quarterly</u>, 1983 Vol. 15, No. 3.

"Valuing Defined Benefit Pension Plans", <u>American Journal of Trial Advocacy,</u> Vol. 7, No. 1. Fall 1983.

"Negotiating Structured Settlements", <u>American Bar Association Journal</u>, May 1984., Vol. 70.

"The Economical Use of an Economist", Presented to the Contra Costa Trial Lawyers Association, November 1982.

"Negotiating Structured Settlements", <u>California Trial Lawyers Association</u>, January 1984.

"Structured Settlements Analyzed", <u>San Diego Trial Bar News</u>, October-December 1983, Vol. 6, No. 9 & 10.

Structured Settlements, New York Lawyers Co-operative Publishing Co., 1986.

*Johnson and Ben-zion*: Implementing California Code § 3361: Ensuring damage estimates comply with state law. *CAOC Forum,* Vol. 51, No. 1, 2021.

# Exhibit B

# ECONOMIC IMPACT REPORT

Robert W. Johnson & Associates

4984 El Camino Real Suite 210 Los Altos, CA 94022

# PERSONAL INJURY
## Economic Impact Report

Anthony Valadez

Robert W. Johnson & Associates
Los Altos, CA

# Robert W. Johnson & Associates

### FORENSIC ECONOMISTS

May 2, 2022

Mr. Joseph Satterley
Kazan, McClain, Satterley & Greenwood
55 Harrison Street, Suite 400
Oakland, CA 94607

Re: Anthony Valadez

Dear Mr. Satterley:

I have examined the information given to Robert W. Johnson & Associates regarding Mr. Anthony Valadez and his pecuniary losses. Based on this data, I have calculated the present cash value of his economic loss using generally accepted statistical techniques and econometric methods of analysis. My opinion on this matter is set forth below. This economic analysis does not include any possible damages for Mr. Valadez's non-economic damages.

This economic loss evaluation presumes several economic relationships regarding inflation, wages and wage growths. These relationships were empirically determined based on over 50 years of post-World War II economic data (please see the discussion of economic assumptions). Interest rates are those that are currently available.

|  | Total Present Value |
|---|---|
| Expected Income | $1,931,573 |
| Social Security Income | $375,042 |
| Household Services | $1,380,642 |
| TOTALS: | $3,687,257 |

If we can be of further assistance, please call either of us.

Very truly yours,

Robert W. Johnson

James A. Mills

## PERSONAL INJURY - ECONOMIC IMPACT REPORT
### Re: Anthony Valadez

Name: Mr. Anthony Valadez

Date of birth: 9/23/1998

Age at date of loss: 23
Gender: Male

Date of loss: 1/4/2022
Date of report: 5/2/2022

Expected Employment: Retail Sales Associate

This report quantifies the economic damages of this case. It does not include any non-economic damages.

All future losses, expenses, mitigating income, etc. (if applicable), beyond the current year are brought to a present value using the appropriate discount rates as discussed on the following page(s).

PERSONAL INJURY - ECONOMIC IMPACT REPORT
Re: Anthony Valadez

This analysis calculates the present value of Mr. Valadez's economic damages, starting 1/4/2022, until the end of his life expectancy. Future economic damages are reduced to present value using current U.S. Treasury (zero coupon strips) yields for each respective year in the future. This analysis does not consider loss of society or any other non-economic issue. This economist reserves the right to amend this opinion based upon more current or relevant data and evidence admitted at the time of trial.

**Expected Income:**

This analysis estimates Mr. Valadez's Expected Income for the remainder of 2022 to be $30,936, in 2023 through 2062 to be $31,248 per annum, and in 2063 to be $22,811 as a retail sales associate based on information supplied by 1040 tax forms[*]. Mr. Valadez's fringe benefits are estimated to be 9.25% of his Expected Income based on information supplied by counsel, the U.S. Bureau of Labor Statistics, and the Social Security Administration. Mr. Valadez's Expected Income is increased by an average growth rate of 3.9%. Mr. Valadez's Expected Income is calculated until the end of his work-life capacity in the year 2063.

**Social Security Income:**

This analysis estimates Mr. Valadez's Social Security Income for the remainder of 2065[1] to be $4,623, in 2066 through 2077 to be $17,124 per annum, and in 2078 to be $12,501 based on information supplied by the Social Security Administration[*]. Mr. Valadez's Social Security Income is increased by an average growth rate of 3.5%. Mr. Valadez's Social Security Income is calculated until the end of his life expectancy in the year 2078.

**Household Services:**

This analysis estimates Mr. Valadez's Household Services for the remainder of 2022[2] to be $13,048, in 2023 through 2062 to be $14,338 per annum, in 2063 to be $16,274, in 2064 through 2075 to be $21,508 per annum, and in 2076 to be $15,701 based on information supplied by the 2020 Dollar Value of a Day Study[*]. Mr. Valadez's Household Services are increased by an average growth rate of 3.9%. Mr. Valadez's Household Services are calculated until the end of his life expectancy, less two years.

---

[1] This analysis begins calculating Mr. Valadez's Social Security Income loss on 9/23/2065, at age 67.

[2] This analysis begins calculating Mr. Valadez's Household Services on 2/1/2022, per counsel.

[*] This is not the Future Value adjusted for growth.



## Wage Growth & Inflation Rates
### 1950 - 2021

Robert W. Johnson & Associates

Source: Economic Report of the President, 1991 - 2022;
The U.S. Bureau of Labor Statistics

# U.S. Treasury Zero Coupon Strips*
## 2023 - 2051



Robert W. Johnson & Associates

Source: Charles Schwab & Co. 3/31/2022

*Principal Only - Notes & Bonds

# Decline in the Purchasing Power of $100
## 1950 - 2021



**Robert W. Johnson & Associates**

Source: Economic Report of the President, 1991 - 2022;
The U.S. Bureau of Labor Statistics

# Average Weekly Earnings in Private Non-Agricultural Industries
## 1950 - 2021



**Robert W. Johnson & Associates**

Source: Average Weekly Earnings, Total Private; Economic Report of the President, 1991 - 2022

## PERSONAL INJURY - ECONOMIC IMPACT REPORT
### Re: Anthony Valadez

### Expected Income

| Year | Present Value |
|------|---------------|
| 2022 | 33,798 |
| 2023 | 34,766 |
| 2024 | 35,180 |
| 2025 | 35,694 |
| 2026 | 36,172 |
| 2027 | 36,715 |
| 2028 | 37,333 |
| 2029 | 37,893 |
| 2030 | 38,487 |
| 2031 | 38,985 |
| 2032 | 39,457 |
| 2033 | 39,981 |
| 2034 | 40,493 |
| 2035 | 41,021 |
| 2036 | 41,508 |
| 2037 | 41,907 |
| 2038 | 42,418 |
| 2039 | 42,784 |
| 2040 | 42,647 |
| 2041 | 42,708 |
| 2042 | 43,122 |
| 2043 | 43,799 |
| 2044 | 44,331 |
| 2045 | 45,315 |
| 2046 | 46,157 |
| 2047 | 47,406 |
| 2048 | 48,793 |
| 2049 | 49,782 |
| 2050 | 50,912 |
| 2051 | 52,603 |
| 2052 | 53,393 |
| 2053 | 54,195 |
| 2054 | 55,009 |
| 2055 | 55,835 |
| 2056 | 56,674 |
| 2057 | 57,525 |
| 2058 | 58,389 |
| 2059 | 59,267 |

## PERSONAL INJURY - ECONOMIC IMPACT REPORT
### Re: Anthony Valadez

### Expected Income

| Year | Present Value |
|------|---------------|
| 2060 | 60,157 |
| 2061 | 61,060 |
| 2062 | 61,978 |
| 2063 | 45,924 |
| Total | 1,931,573 |

PERSONAL INJURY - ECONOMIC IMPACT REPORT
Re: Anthony Valadez

Social Security Income

| Year | Present Value |
|------|--------------|
| 2065 | 7,253 |
| 2066 | 27,148 |
| 2067 | 27,434 |
| 2068 | 27,723 |
| 2069 | 28,014 |
| 2070 | 28,309 |
| 2071 | 28,607 |
| 2072 | 28,909 |
| 2073 | 29,213 |
| 2074 | 29,520 |
| 2075 | 29,831 |
| 2076 | 30,145 |
| 2077 | 30,463 |
| 2078 | 22,473 |
| Total | 375,042 |

PERSONAL INJURY - ECONOMIC IMPACT REPORT
Re: Anthony Valadez

Household Services

| Year | Present Value |
|------|---------------|
| 2022 | 13,048 |
| 2023 | 14,602 |
| 2024 | 14,776 |
| 2025 | 14,992 |
| 2026 | 15,192 |
| 2027 | 15,421 |
| 2028 | 15,680 |
| 2029 | 15,915 |
| 2030 | 16,164 |
| 2031 | 16,374 |
| 2032 | 16,572 |
| 2033 | 16,792 |
| 2034 | 17,007 |
| 2035 | 17,229 |
| 2036 | 17,433 |
| 2037 | 17,601 |
| 2038 | 17,815 |
| 2039 | 17,969 |
| 2040 | 17,912 |
| 2041 | 17,938 |
| 2042 | 18,111 |
| 2043 | 18,396 |
| 2044 | 18,619 |
| 2045 | 19,032 |
| 2046 | 19,386 |
| 2047 | 19,910 |
| 2048 | 20,493 |
| 2049 | 20,908 |
| 2050 | 21,383 |
| 2051 | 22,093 |
| 2052 | 22,425 |
| 2053 | 22,762 |
| 2054 | 23,104 |
| 2055 | 23,451 |
| 2056 | 23,803 |
| 2057 | 24,161 |
| 2058 | 24,524 |
| 2059 | 24,892 |

## PERSONAL INJURY - ECONOMIC IMPACT REPORT
### Re: Anthony Valadez

Household Services

| Year | Present Value |
|------|---------------|
| 2060 | 25,266 |
| 2061 | 25,645 |
| 2062 | 26,031 |
| 2063 | 29,989 |
| 2064 | 40,230 |
| 2065 | 40,834 |
| 2066 | 41,447 |
| 2067 | 42,070 |
| 2068 | 42,702 |
| 2069 | 43,343 |
| 2070 | 43,994 |
| 2071 | 44,655 |
| 2072 | 45,326 |
| 2073 | 46,007 |
| 2074 | 46,698 |
| 2075 | 47,399 |
| 2076 | 35,121 |
| Total | 1,380,642 |

## PRESENT VALUE CALCULATION

This report quantifies the economic damages of this case. It does not include non-economic (general) damages.

The lost wages and earning capacity are assumed to increase in the future. The wage growth rates used in this report were determined from post-war (1950 - 2021) U.S. economic data and are illustrated in the attached chart. The economic data for the period of 1950 - 1963 has been adjusted to incorporate post 1963 data set changes. Future lost wages and earning capacity are also assumed to be adjusted to present value based on current interest rates. The interest rates used in this report are current yields on U.S. Treasury Securities, also illustrated in an attached chart.

In cases where the subject's wage growth is assumed to track the national average and he/she has no expected job changes, it is assumed that wages will remain constant after the present year. Wage growth, inflation, and interest rates are all accounted for in the present value process.

Similar to the present value process for lost wages and earning capacity, anticipated future expenses and medical costs are also assumed to increase in the future. The inflation rates used in this report were determined from post-war (1950 - 2021) U.S. economic data and are illustrated in the attached chart. Future expenses and medical costs are also assumed to be adjusted to present value based on current interest rates.

BIBLIOGRAPHY

Bureau of Labor Statistics:  Consumer Price Index, 2021
                             Medical Consumer Price Index, 2021
                             Hospital & Related Services Price Index, 2021.

Bureau of Labor Statistics, OCCUPATIONAL OUTLOOK HANDBOOK, current year.

Bureau of Labor Statistics, WORK LIFE ESTIMATES, U.S. Department of Labor, 1986.

Kaiser Family Foundation, "Prescription Drug Trends", May 2010;

U.S. Government Accountability Office, "Prescription Drugs: Trends in Usual and
Customary Prices for Commonly Used Drugs", GAO-11-306R (2011).

AON Hewitt "Disclosure Under Pension Plans", 2016.

U.S. Census Bureau, STATISTICAL ABSTRACT OF THE UNITED STATES, 2012.

Center for Nutrition Policy and Promotion, EXPENDITURES ON CHILDREN BY FAMILIES,
publication number 1528-2015, United States Department of Agriculture, 2017.

Patton, Robert and Nelson, David, "Estimating Personal Consumption Costs in Wrongful
Death Cases", in JOURNAL OF FORENSIC ECONOMICS, 4(2) 1991; and Ruble, Michael,
Patton, Robert and Nelson, David, "Patton-Nelson Personal Consumption Tables 2016-17"
in JOURNAL OF LEGAL ECONOMICS, 25(1-2) 2019.

Council of Economic Advisors, ECONOMIC REPORT OF THE PRESIDENT, 1991-2022.

U.S. Census Bureau, CURRENT POPULATION SURVEY 2020, ANNUAL SOCIAL AND
ECONOMIC SUPPLEMENT, Educational Attainment Tables PINC-03 and PINC-04,
2007-2020.

NATIONAL VITAL STATISTICS REPORTS, Volume 69, Number 12, UNITED STATES
LIFE TABLES, 2018.  National Center for Health Statistics, 2020.

Expectancy Data, THE DOLLAR VALUE OF A DAY, TIME DIARY ANALYSIS: Dollar
Valuation. Shawnee Mission Kansas, current year.

United States Department of Labor, Bureau of Labor Statistics, NATIONAL
COMPENSATION SURVEY: EMPLOYER COSTS FOR EMPLOYEE COMPENSATION, -
December 2021.

Charles Schwab & Co. - U.S. Treasury Zero Coupon Strips, Principal Only, 3/31/2022.

# Exhibit C

Case 2:23-05895-MBK Doc 2318-4 Filed 05/0/22 Entered 05/04/22 08:09:20 Desc: Page: 1
Teresa Elizabeth Leavitt and Dean J. McElroy v. Johnson & Johnson, et al.
Exhibit Exhibits 2B to to Watkins Declaration Page 1 of 1 of 1004
1/11/2019
Christopher Picariello

1          SUPERIOR COURT OF CALIFORNIA

2               COUNTY OF ALAMEDA

3     ----------------------------------------x

4     TERESA ELIZABETH LEAVITT

5     and DEAN J. McELROY,

6                     Plaintiffs,

7          -against-              Case No.

8     JOHNSON & JOHNSON, et al.,      RGI 7882401

9                     Defendants.

10    ----------------------------------------x

11

12

13            VIDEOTAPED DEPOSITION OF:
                 CHRISTOPHER PICARIELLO
14            Friday, January 11, 2019
                 Princeton, New Jersey
15            9:18 a.m. - 2:03 p.m.

16

17

18

19

20

21

22            Reported in stenotype by:
                    Rich Germosen,
23      CCR, CRCR, CRR, RMR, NYACR, NYRCR
         NCRA/NJ/NY/CA Certified Realtime Reporter
24       NCRA Realtime Systems Administrator
                 Job No. 42547

25

Case 3:23-05895-MBK Doc 2318-4 Filed 05/10/23 Entered 05/10/23 18:09:20 Desc
Exhibit Exhibits 2 to 4 to Watterman Declaration Page 92 of 100
Teresa Elizabeth Leavitt and Dean J. McElroy v. Johnson & Johnson, et al.
1/11/2019

Page: 2
Christopher Picariello

```
 1           VIDEOTAPED DEPOSITION of CHRISTOPHER PICARIELLO,

 2    taken in the above-entitled matter before RICH GERMOSEN,

 3    Certified Court Reporter, (License No. 30XI00184700),

 4    Certified Realtime Court Reporter-NJ, (License No.

 5    30XR00016800), NCRA/NY/CA Certified Realtime Reporter,

 6    NCRA Registered Merit Reporter, New York Association

 7    Certified Reporter, NCRA Realtime Systems Administrator,

 8    taken at BLANK ROME, 300 Carnegie Center, Suite 220,

 9    Princeton, New Jersey 08540, on Friday, January 11,

10    2019, commencing at 9:18 a.m.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 3:23-cv-00895-MBK Doc 2718-4 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibits 2 Rule to Water Deposition Page 3 of 4 Page: 3
Teresa Elizabeth Leavitt and Dean J. McElroy v. Johnson & Johnson, et al.
7/11/2019
Christopher Picariello

```
 1   A P P E A R A N C E S:

 2

 3

 4   KAZAN McCLAIN SATTERLEY & GREENWOOD

 5   BY:  DENYSE F. CLANCY, ESQ.

 6   55 Harrison Street

 7   Suite 400

 8   Oakland, California 94697

 9   (510) 302.1000

10   dclancy@kazanlaw.com

11   Attorneys for the Plaintiffs

12

13   SKADDEN ARPS SLATE MEAGHER & FLOM LLP

14   BY:  CHRISTOPHER D. COX, ESQ.

15   Four Times Square

16   New York, New York 10036

17   (212) 735.2603 / (917) 777.2603 (FAX)

18   christopher.cox@skadden.com

19   Attorneys for the Defendant,

20   Johnson & Johnson

21

22

23

24

25
```

Case 2:23-03895-MBK Doc 2148-4 Filed 05/04/22 Entered 05/04/22 08:09:20 Desc
Exhibit Exhibits 2B to Watts Declaration Page 94 of 100 Page: 4
Teresa Elizabeth Leavitt and Dean J. McElroy v. Johnson & Johnson, et al.
7/11/2019
Christopher Picariello

```
 1   A P P E A R A N C E S:  (CONT'D.)

 2

 3

 4   DENTONS USA LLP

 5   BY:  ERIN CARPENTER, ESQ., (via speakerphone)

 6   4675 MacArthur Court

 7   Suite 1250

 8   Newport Beach, California 92660

 9   (949) 732.3700

10   erin.carpenter@dentons.com

11   Attorneys for the Defendants,

12   Imerys Talc America, Inc.; Imerys Talc Vermont; and

13   Cyprus Mining Corporation

14

15   ALSO PRESENT:

16   ERIC BENCIVENGO, Legal Video Specialist

17

18

19

20

21

22

23

24

25
```

```
 1                E X H I B I T S  (CONT'D.)

 2      EXHIBIT NO.      DESCRIPTION                PAGE

 3      Exhibit 13      document entitled Exhibit C  110

 4

 5      Exhibit 14      document entitled at the    126

 6                      bottom Created for Purposes

 7                      of Litigation

 8

 9      Exhibit 15      flash drive                 130

10      **original exhibits (except Exhibit 7) returned with
        original transcript by COULTER REPORTING LLC to KAZAN
11      McCLAIN SATTERLEY & GREENWOOD
        (exhibit index concluded)
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 2:23-03895-MRK  Doc 234-14  Filed 05/04/23  Entered 05/04/23 08:09:20  Desc
Exhibit Exhibits 2 Robert Watters Declaration Page 96 of 100
Teresa Elizabeth Leavitt and Dean J. McElroy v. Johnson & Johnson, et al.
7/11/2019                                                          Christopher Picariello

Page: 8

```
 1   --------------------------------------------------

 2                   P R O C E E D I N G S

 3                       9:18 a.m.

 4                   Princeton, New Jersey

 5   --------------------------------------------------

 6               THE VIDEOGRAPHER:  Stand by, please.

 7               We're now on the video record.  This

 8   is the video deposition of Christopher Picariello,

 9   taken on Friday, January 11, 2019, at 9:18 a.m.  All

10   counsel present will be noted on the stenographic

11   record and the court reporter will now swear in the

12   witness.

13               COURT REPORTER:  (Complies.)

14               (Whereupon, the court reporter

15   administered the oath to the witness.)

16

17   C H R I S T O P H E R   P I C A R I E L L O,

18   199 Grandview Road, Skillman, New Jersey, having been

19   first duly sworn or affirmed, was examined and

20   testified as follows:

21   EXAMINATION BY MS. CLANCY:

22   BY MS. CLANCY:

23        Q.     Good morning.  Could you please state

24   your name for the record.

25        A.     Yes.  It's Christopher Picariello.
```

Case 2:23-03895-MBK   Doc 2318-4   Filed 05/02/23   Entered 05/02/23 08:30:20   Desc
Exhibit Exhibits 2 to 6 to Watters Declaration   Page 97 of 100   Page: 9
Teresa Elizabeth Leavitt and Dean J. McElroy v. Johnson & Johnson, et al.
7/11/2019   Christopher Picariello

1        Q.      And what is -- where do you work,

2   Mr. Picariello?

3        A.      I work in Johnson & Johnson Consumer,

4   Inc. in Skillman, New Jersey.

5        Q.      And what is your job title there?

6        A.      My job title there is vice-president

7   of finance.

8        Q.      Vice-president of finance?

9        A.      Yes.

10       Q.      And how long have you been with

11   Johnson & Johnson Consumer, Inc.?

12       A.      20 -- for Consumer, Inc., about a

13   year and a half.

14       Q.      And where were you prior to that?

15       A.      I was with other parts of Johnson &

16   Johnson subsidiaries, so I've been with Johnson &

17   Johnson for over 23 years.

18       Q.      I see.

19               And what other subsidiaries have you

20   worked for?

21       A.      I worked with Janssen Research &

22   Development.  I worked with Janssen NV in Belgium,

23   our Belgium subsidiary, and I've worked at Ortho

24   Biotech and our corporate headquarters.

25       Q.      And do you understand that you're

Case 23-03829-MBK   Doc 2348-4   Filed 05/04/23   Entered 05/04/23 08:09:20   Desc
Exhibit Exhibits 2 to the Watkins Declaration   Page 98 of 100
Teresa Elizabeth Leavitt and Dean J. McElroy v. Johnson & Johnson, et al.
Exhibit Exhibits 2 to the Watkins Declaration   Page: 135
7/11/2019   Christopher Picariello

1    you're referencing?

2           Q.      Sure.

3                   I've got the 10-K.  Hold on one sec.

4    Here, I'll move on top, let me go back to that

5    question because I've got to find my copy of the

6    10-Q.

7                   How do you calculate market

8    capitalization for Johnson & Johnson?

9           A.      So it's basically, you know, the

10   market capitalization is based off of the stocks

11   that are outstanding at the current market price of

12   the stock.

13          Q.      Times?

14          A.      Yeah.

15          Q.      So it's the market -- the stock price

16   times the amount of outstanding stock?

17          A.      Yeah.

18          Q.      Okay.  So can you walk me through

19   looking at the Johnson & Johnson 10-K, how you

20   would -- what amount of stock you would take

21   outstanding to, then multiply it by the stock price?

22          A.      Yeah, so, again, the --

23                  MR. COX:  Object to the form and

24   beyond the scope of the notice, but go ahead.

25          A.      If you look on the first page of the

Case 22-30085-MBK   Doc 2348-4   Filed 05/10/22   Entered 05/10/22 08:09:20   Desc
Exhibit Exhibits 2-B to Watterson Declaration Page 99 of 100
Teresa Elizabeth Leavitt and Dean J. McElroy v. Johnson & Johnson, et al.      Page: 136
Robert Watterson Deposition                                       Christopher Picariello
7/11/2019

```
 1   10-K.

 2           Q.      Okay.

 3           A.      Sorry, go to the -- it's not -- the

 4   numbers are not paged, but if you go to the next

 5   page.

 6           Q.      Okay.  All right.

 7           A.      One more.  Here we go.  Yep.  So here

 8   you can see the aggregate market value of the common

 9   stock held by affiliates computed by the reference

10   price at which common stock was last sold as of last

11   business day, the completed second fiscal quarter

12   was approximately $355 billion.

13           Q.      So presumably the method then that

14   they used to calculate the 355 billion market cap

15   was to take the number of shares of common stock

16   outstanding and multiply it by the stock price?

17           A.      That's correct.

18           Q.      Okay.  What is your definition of

19   free cash flow?

20           A.      It's available cash after paying all

21   expenses of operations and dividends.

22           Q.      Are you able to look at Johnson &

23   Johnson's 10-K and tell me the free cash flow for

24   2017?

25           A.      Yes.  I just have to find it.  It may
```

Case 2:23-cv-02885-WBK Doc 2348-4 Filed 05/04/23 Entered 05/04/23 08:30:20 Desc
Exhibit Exhibits 29-80 et seq Attorneys Declaration Page 034 of 034

158

1               C E R T I F I C A T E

2        STATE OF NEW JERSEY    )
                                ) :ss.
3        COUNTY OF MIDDLESEX     )

4                   I, RICH GERMOSEN, a New Jersey

5        Certified Court Reporter, New Jersey Certified

6        Realtime Court Reporter, California Certified

7        Realtime Reporter, NCRA Certified Realtime Reporter

8        and NCRA Registered Merit Reporter, do hereby

9        certify:

10                  That CHRISTOPHER PICARIELLO, the

11       witness whose deposition is hereinbefore set forth,

12       having been duly sworn, and that such deposition is

13       a true record of the testimony of said witness.

14                  I further certify that I am not related

15       to any of the parties to this action by blood or

16       marriage, and that I am in no way interested in the

17       outcome of this matter.

18                  IN WITNESS WHEREOF, I have hereunto set

19       my hand this 14th day of January 2019.

20

21       _____
         RICH GERMOSEN, CCR/CRCR/CRR/RMR/CCRR/NYACR/NYRCR
22       LICENSE NO. 30XI00184700
         LICENSE NO. 30XR00016800
23       California CRR No. 198

24

25