| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| John M. August, Esq.<br>jaugust@saiber.com<br>SAIBER LLC<br>18 Columbia Turnpike, Suite 200<br>Florham Park, NJ  07932<br>Tel:  (973) 622-8401<br><br>-and-<br><br>Joseph D. Satterley, Esq.<br>jsatterley@kazanlaw.com<br>KAZAN, McCLAIN, SATTERLEY & GREENWOOD<br>A Professional Law Corporation<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, California 94607<br>Tel: (510) 302-1000<br><br>*Counsel for Movant Anthony Hernandez Valadez* |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>      Debtor. |

Chapter 11

Case No. 23-12825 (MBK)

**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

**ORDERED.**

3250025.1

Page 2
Debtors: LTL Management LLC
Case No.: 23-12825 (MBK)
Caption of Order: **ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

---

After review of the application of John M. August and Joseph D. Satterley for a reduction of time for a hearing on Claimant Anthony Hernandez Valadez's motion for the entry of an order pursuant to Section 362(d)(1) of the Bankruptcy Code, waiving the stay of Fed. R. Bankr. P. 4001(a)(3), granting Claimant relief from the automatic stay and the Amended Ex Parte Temporary Restraining Order, filed on April 10, 2023, it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ at _____ in the United States Bankruptcy Court, 402 East State Street, Trenton, NJ 08608, Courtroom No. 8.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

_____ by ☐ each, ☐ any of the following methods selected by the Court:

3250025.1

Page 3
Debtors: LTL Management LLC
Case No.: 23-12825 (MBK)
Caption of Order: **ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

---

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to

_____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute said motion/application and any objections.

9. ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.