John M. August, Esq.
jaugust@saiber.com
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel: (973) 622-8401

-and-

Joseph D. Satterley, Esq.
jsatterley@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Tel: (510) 302-1000

*Counsel for Anthony Hernandez Valadez*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 23-12825 (MBK) |
| | : | |
| Debtor. | : | Judge: Michael B. Kaplan |
| | : | |

## CERTIFICATE OF SERVICE

1. I, _____E. A. Pawek_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____Joseph D. Satterley_____, who represents _____Anthony Hernandez Valadez_____ in this matter.

    ☐ am the _____ in this case an am representing myself.

2. On  _____April 10, 2023_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

**APPLICATION FOR ORDER SHORTENING TIME**

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  April 10, 2023             _____/s/ E. A. Pawek_____
                                                    Signature

3250034.1                                                2

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Paul R. DeFilippo<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, NY 10110<br>pdefilippo@wmd-law.com | Attorneys for Debtor; | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| James N. Lawlor<br>jlawlor@wmd-law.com | Attorneys for Debtor | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Kenneth A. Rosen<br>krosen@lowenstein.com | Attorneys for Debtor | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Derek J. Baker<br>dbaker@reedsmith.com | Attorneys for Cyprus Mines Corporation | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| John Zachary Balasko<br>john.z.balasko@usdoj.gov | On behalf of Creditor UNITED STATES OF AMERICA | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Walter Benzija<br>wbenzija@halperinlaw.net | Attorneys for Blue Cross Blue Shield Association | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Lauren Bielskie<br>lauren.bielskie@usdoj.gov | Attorneys for U.S. Trustee | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Alan J. Brody<br>brodya@gtlaw.com | Attorneys for Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| E. Richard Dressel<br>rdressel@lexnovalaw.com | On behalf of Creditor Evan Plotkin and Creditor Giovanni Sosa | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Brian W. Hofmeister<br>bwh@hofmeisterfirm.com | Attorneys for Law Firm of Brian W. Hofmeister on behalf of various claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew J. Kelly<br>akelly@kbtlaw.com | Attorneys for Blue Cross Blue Shield of Massachusetts, Inc. | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Daniel Lapinski<br>dlapinski@motleyrice.com | Attorneys for Motley Rice LLC | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Mitchell Malzberg<br>mmalzberg@mjmalzberglaw.com | On behalf of Various Creditor Claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Brian J. McCormick<br>bmccormick@rossfellercasey.com | Attorneys for Ross Feller Casey LLP | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Suzanne Ratcliffe<br>sratcliffe@mrhfmlaw.com | On behalf of Creditor Jan Deborah Michelson-Boyle and Creditor Katherine Tollefson | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sommer Leigh Ross<br>slross@duanemorris.com | Attorneys for Republic Indemnity Company of America | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jeffrey M. Sponder<br>jeffrey.m.sponder@usdoj.gov | Attorneys for U.S. Trustee | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Clay Thompson<br>cthompson@mrhfmlaw.com | On behalf of Creditor Jan Deborah Michelson-Boyle, Creditor Katherine Tollefson and Interested Party Maune Raichle Hartley French & Mudd, LLC | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| US Trustee<br>USTPRegion03.NE.ECF@usdoj.gov | US Trustee | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Allen J. Underwood, II<br>aunderwood@litedepalma.com | On behalf of Attorney Lite DePalma Greenberg & Afandaor LLC, Creditor DeSanto Canadian Class Action Plaintiffs and Creditor DiSanto Canadian Class Action Creditors | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Autumn D Highsmith<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | | ☐ Hand-Delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |