UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
GENOVA BURNS LLC

110 Allen Road, Suite 304

Basking Ridge, NJ  07920

(973) 467-2700

*Local Counsel to the Ad Hoc Committee*

DANIEL M. STOLZ, ESQ.
DONALD W. CLARKE, ESQ.

In Re:

LTL MANAGEMENT, LLC,

Debtor.

Case No.:     23-12825

Chapter:      11

Judge:        Michael B. Kaplan

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Local Counsel to the Ad Hoc Committee.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Donald W. Clarke, Esq.
Genova Burns LLC
494 Broad Street
Newark, NJ 07102
(973) 387-7804
dclarke@genovaburns.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: April 10, 2023

    */s/   Donald W. Clarke*
                Signature

*new.8/1/15*