UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
GENOVA BURNS LLC
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
(973) 467-2700
*Local Counsel to the Ad Hoc Committee of Certain Talc Claimants*
DANIEL M. STOLZ, ESQ.
DONALD W. CLARKE, ESQ.

In Re:

LTL MANAGEMENT, LLC,

Debtor.

Case No.:     23-12825

Chapter:      11

Judge:        Michael B. Kaplan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Local Counsel to the Ad Hoc Committee of Certain Talc Claimants[1]. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Daniel M. Stolz, Esq.
            GENOVA BURNS LLC
            110 Allen Road, Suite 304
            Basking Ridge, NJ  07920
            (973) 467-2700
            *dstolz@genovaburns.com*

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: April 10, 2023            */s/   Daniel M. Stolz*
                                    Signature

---

[1] The AHC is an ad hoc group comprised of nine members of the Official Committee of Talc Claimants (the "TCC") in the Debtor's first bankruptcy —Alishia Landrum; Rebecca Love; Blue Cross Blue Shield of Massachusetts; Tonya Whetsel; Kristie Doyle; William A. Henry; Randy Derouen; April Fair; and Patricia Cook.