| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>**Lite DePalma Greenberg & Afanador, LLC**<br>570 Broad Street, Suite 1201<br>Newark, New Jersey 07102<br>Direct Dial: (973) 877-3814<br>Main No.: (973) 623-3000<br>www.litedepalma.com<br>Counsel to *DeSanto Canadian Class Action Creditors*<br>Allen J. Underwood II, Esq.<br>Email: aunderwood@litedepalma.com | |
| In re:<br><br>LTL MANAGEMENT LLC<br><br>Debtor. | Case No. 23-12825 (MBK)<br>Chapter 11<br>Judge: Hon. Michael B. Kaplan, C.U.S.B.J. |

**VERIFIED STATEMENT OF LITE DEPALMA GREENBERG & AFANADOR, LLC PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Federal Rule of Bankruptcy Procedure 2019, Lite, DePalma, Greenberg & Afanador LLC ("LDGA") makes the following representations on its own behalf and with respect to the Canadian Class Action styled *Diane DiSanto v Johnson & Johnson*, Alberta Court of King's Bench (File Number 1901-11748), which is represented in Canada by Napoli Shkolnik Canada, An Ontario International Law Partnership.

1. Napoli Shkolnik Canada, An Ontario International Law Partnership, is a Canadian law firm and is directly retained by the representative Plaintiff in the Canadian Class Action styled *Diane DiSanto v Johnson & Johnson*, Alberta Court of King's Bench (File Number 1901-11748). The address for the Guardian Law Group LLO was attn. Clint Docken, QC 342 – 4 Avenue S.E., Calgary, Alberta T2G 1C9. Napoli Shkolnik Canada has replaced the Guardian Law Group LLC as Canada counsel, since the filing of the previous disclosure in the prior LTL Chapter 11 filing.

2. The original class action statement of claim (complaint) was filed in Alberta, Canada on August 22, 2019. The class action statement of claim (complaint) was amended on December 17, 2021.

3. LDGA is party to an *Interjurisdictional International Litigation Collaboration and Co-Counsel Agreement* which provides that LDGA will provide certain US bankruptcy legal counsel and representation with respect to Diane DiSanto and the Class Complaint in her name in the above captioned LTL Management LLC Chapter 11 Bankruptcy.

4. The representation of Diane DiSanto is in her respective individual and putative capacities as proposed representatives of a Canadian class of individuals suffering from ovarian cancer as a result of talc products.

5. Under Alberta, Canada statute, the putative class is a nationwide opt out class. Nevertheless, Dian DiSanto is the only named Plaintiff. Upon information and belief, there are at least three other class actions pending in Canada as to talc liability. These four class actions under Canadian law are not necessarily mutually exclusive of each other, and may, but not certainly, be subject to joinder and allocation within the meaning of US laws.

6. The matter *Diane DiSanto v Johnson & Johnson*, Alberta Court of King's Bench (File Number 1901-11748) has as of the date hereof not yet been certified as a class in Canada.

7. Nothing contained herein shall constitute a waiver of any rights or remedies of the above referenced creditor under title 11 of the United States Code or applicable law, including, without limitation, the right to (i) amend, modify, or supplement this Notice, or (ii) raise any jurisdictional argument now or at a later date, including, but not limited to, the right to assert lack of subject matter jurisdiction.

[continued on next page]

8. The undersigned hereby certifies that this verified statement is true and accurate to the best of his knowledge, information and belief, and subject to the penalties for perjury provided for in 28 U.S.C. § 1746. LDGA reserves its right to revise, amend and/or supplement this verified statement as may be necessary or appropriate. This statement is provided without prejudice to the right of LDGA and its clients to file any further statements, claims, adversary complaints, documents, notices or pleadings in these chapter 11 cases.

Date: April 6, 2023                                              /s/ *Allen J. Underwoood, II*
                                                                 ALLEN J. UNDERWOOD II

## VERIFICATION OF NEW CANADIAN TRIAL COUNSEL IN SUPPORT OF AMENDED VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

The undersigned hereby certifies that he is a Member of the Ontario International Law Partnership of Napoli Shkolnik Canada, 21 King Street West, Suite 905, Hamilton, Ontario, L8P 4W7, and that all of the factual statements made in the Verified Statement Pursuant to Bankruptcy Rule 2019 of the Federal Rules of Bankruptcy Procedure are true and accurate to the best of my knowledge, information and belief, and subject to the penalties for perjury provided for in 28 U.S.C. § 1746. Affiant reserves all right to revise, amend and/or supplement this Verification as may be necessary or appropriate. This Verification is provided without prejudice to the right of Canadian Trial Counsel and its clients to file any further statements, claims, adversary complaints, documents, notices or pleadings in these chapter 11 cases.

Date: April 7, 2023         /s/
                            Casey R. Churko
                            Napoli Shkolnik Canada
                            An Ontario International Law Partnership
                            21 King Street West, Suite 905
                            Hamilton, Ontario, Canada L8P 4W7,
                            Canadian Trial Counsel to *DeSanto Canadian Class Action Creditor*

4