| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LEVY KONIGSBERG, LLP<br>Moshe Maimon, Esq.<br>mmaimon@levylaw.com<br>605 Third Avenue, 33rd Floor<br>New York, NY 10158<br>Tel: (212) 605-6200<br>Fax: (212) 605-6290<br>*Counsel for Certain Talc Claimants* | |
| In Re:<br><br>**LTL MANAGEMENT, LLC,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

CLAIMANTS' OPPOSITION TO DEBTOR'S MOTION FOR AN ORDER:
(I) AUTHORIZING IT TO FILE A LIST OF THE TOP LAW FIRMS WITH TALC
CLAIMS AGAINST THE DEBTOR IN LIEU OF THE LIST OF THE 20 LARGEST
UNSECURED CREDITORS; (II) APPROVING CERTAIN NOTICE PROCEDURES
FOR TALC CLAIMANTS; AND (III) APPROVING THE FORM AND MANNER OF
<u>NOTICE OF COMMENCEMENT OF THIS CASE</u>

1) The law firm of Levy Konigsberg LLP ("LK"), on behalf of their various talc claimants ("Claimants")[2], through their undersigned counsel, hereby submit this objection to the motion of Debtor LTL Management LLC ("Debtor") for an Order Authorizing Debtor to File a List of the Top Law Firms With Talc Claims Against the Debtor in Lieu of the List of the 20

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] Some of the talc claimants who currently suffer from malignant mesothelioma caused by the asbestos in the Johnson's Baby Powder they used and were exposed to include, but are not limited to: Vishwanath Avancha, Manerva Awad, Mary Black, Randy Derouen, Elif Doganalp, Lara Fahnlander, Kim Gray, Virginia Harrington, Mary Iacuzzo, William Korbholz, Dominica LaBarr-Mabry, Stephen Lanzo, Christine Lord, David Lum, Nancy Piccolo and Candyse Stanford.

Largest Unsecured Creditors (the "Motion"). [Dkt. 10.]

2) LK joins in the Opposition filed by the law firm of Kazan McClain, Satterley & Greenwood. [Dkt. 73] In addition to the compelling reasons set forth therein to deny the Debtor's requested relief, the lack of *bona fides* of the motion and the press releases surrounding it further require its denial.

3) Specifically, on April 3, 2023 Watts Guerra LLP issued a Press Release dated April 3, 2023-claiming that the law firms that support J&J's deal are: [1] Watts Guerra LLC; [2] Onder Law; [3] Nachawati Law Group; [4] Ferrer Poirot Wansbrough; [5] Lanier Law Firm; [6] Johnson Law Group; [7] Pulaski Law Firm, PLLC; [8] Trammell PC; [9] McDonald Worley; [10] Seeger Weiss; [11] Slater, Slater & Schulman; [12] Linville Law Group; and [13] Carabin Shaw LLP. *See* https://wattsguerra.com/8-9-billion-settlement-against-jj-for-talc-clients/.

4) Hand in glove with this, J&J counsel Allison Brown publicly represented that J&J's plan is "currently supported by roughly 70,000 claimants **and** numerous plaintiff law firms."[3] (emphasis added).

5) As set forth in more detail in the INFORMATIONAL BRIEF OF THE AD HOC COMMITTEE OF CERTAIN TALC CLAIMANTS REGARDING SECOND BANKRUPTCY FILING BY LTL MANAGEMENT, LLC [Dkt.79 at 18-27], neither is true.

6) There is simply no basis for the assertion that **any** cancer victim has given his/her consent and support for J&J's undisclosed plan – let alone the number claimed by J&J's counsel. At most, some law firms representing a minority of talc claimants with filed cases against J&J have pledged to support its plan. Tellingly, they are prominent in the "Top 18" the Debtor wants to list.

---

[3] https://news.bloomberglaw.com/bankruptcy-law/j-j-begins-audacious-return-to-failed-cancer-settlement-tactic

7) However, as for the *support* of the law firms listed in the Watts press release, already two of the firms who purportedly "support J&J's plan" have disclaimed this misrepresentation. In other words, the representations in the Debtor's motion are – at best – suspect. Moreover, even when it actually filed cases in other litigations, the Watts firm[4] has – in the past – not had the vast number of clients it thought it did. "The Lawyer Whose Clients Didn't Exist" https://www.theatlantic.com/magazine/archive/2020/05/bp-oil-spill-shrimpers-settlement/609082/ It may well be – as Mr. Watts has asserted – that this was the result of internal fraud that he was completely unaware of (and we have no reason to doubt him on this); but the integrity of this Court and its procedures should not be put at risk. Yet, based on faulty information and misrepresentations that is exactly what the Debtor's motion does.

8) Following Rule 1007(d) and following the law will ensure that the Top 20 List used by the United States Trustee is as reliable as possible, and there is no legitimate reason to deviate from either.

9) Accordingly, Claimants request that this Court deny Debtor's motion authorizing it to file a list of "Top Law Firms" and instead order Debtor to submit a list pursuant to Rule 1007(d), and for such other relief as to which Claimants may be entitled.

Respectfully submitted:

LEVY KONIGSBERG LLP

By: /s/ Moshe Maimon

MOSHE MAIMON

DATED: April 10, 2023

---

[4] According to Exhibit A of the LTL 2.0 Preliminary Injunction Complaint, Watts Guerra LLP does not have a single filed talc lawsuit against J&J, the Debtor, or any of its affiliates.

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LEVY KONIGSBERG, LLP<br>Moshe Maimon, Esq.<br>mmaimon@levylaw.com<br>605 Third Avenue, 33rd Floor<br>New York, NY 10158<br>Tel: (212) 605-6200<br>Fax: (212) 605-6290<br>*Counsel for Certain Talc Claimants* | |
| In Re:<br><br>**LTL MANAGEMENT, LLC,**<br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

## CERTIFICATE OF SERVICE

1. I, <u>Maria Mastrogiacomo</u>:

    I am the Secretary/Paralegal for <u>Moshe Maimon, Esq.,</u> who represents <u>Various Talc Claimants</u> in this matter.

2. <u>On April 10, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.</u>

**CLAIMANTS' OPPOSITION TO DEBTOR'S MOTION FOR AN ORDER: (I) AUTHORIZING IT TO FILE A LIST OF THE TOP LAW FIRMS WITH TALC CLAIMS AGAINST THE DEBTOR IN LIEU OF THE LIST OF THE 20 LARGEST UNSECURED CREDITORS; (II) APPROVING CERTAIN NOTICE PROCEDURES FOR TALC CLAIMANTS; AND (III) APPROVING THE FORM AND MANNER OF NOTICE OF COMMENCEMENT OF THIS CASE**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 10, 2023

/s/ Maria Mastrogiacomo
Signature

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Paul R. DeFilippo<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, NY 10110<br>pdefilippo@wmd-law.com | Attorneys for Debtor; | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| James N. Lawlor<br>jlawlor@wmd-law.com | Attorneys for Debtor | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Kenneth A. Rosen<br>krosen@lowenstein.com | Attorneys for Debtor | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Derek J. Baker<br>dbaker@reedsmith.com | Attorneys for Cyprus Mines Corporation | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| John Zachary Balasko<br>john.z.balasko@usdoj.gov | On behalf of Creditor UNITED STATES OF AMERICA | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Walter Benzija<br>wbenzija@halperinlaw.net | Attorneys for Blue Cross Blue Shield Association | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Lauren Bielskie<br>lauren.bielskie@usdoj.gov | Attorneys for U.S. Trustee | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Alan J. Brody<br>brodya@gtlaw.com | Attorneys for Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| E. Richard Dressel<br>rdressel@lexnovalaw.com | On behalf of Creditor Evan Plotkin and Creditor Giovanni Sosa | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Brian W. Hofmeister<br>bwh@hofmeisterfirm.com | Attorneys for Law Firm of Brian W. Hofmeister on behalf of various claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew J. Kelly<br>akelly@kbtlaw.com | Attorneys for Blue Cross Blue Shield of Massachusetts, Inc. | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Daniel Lapinski<br>dlapinski@motleyrice.com | Attorneys for Motley Rice LLC | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Mitchell Malzberg<br>mmalzberg@mjmalzberglaw.com | On behalf of Various Creditor Claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Brian J. McCormick<br>bmccormick@rossfellercasey.com | Attorneys for Ross Feller Casey LLP | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Suzanne Ratcliffe<br>sratcliffe@mrhfmlaw.com | On behalf of Creditor Jan Deborah Michelson-Boyle and Creditor Katherine Tollefson | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sommer Leigh Ross<br>slross@duanemorris.com | Attorneys for Republic Indemnity Company of America | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jeffrey M. Sponder<br>jeffrey.m.sponder@usdoj.gov | Attorneys for U.S. Trustee | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Clay Thompson<br>cthompson@mrhfmlaw.com | On behalf of Creditor Jan Deborah Michelson-Boyle, Creditor Katherine Tollefson and Interested Party Maune Raichle Hartley French & Mudd, LLC | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| US Trustee<br>USTPRegion03.NE.ECF@usdoj.gov | US Trustee | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Allen J. Underwood, II<br>aunderwood@litedepalma.com | On behalf of Attorney Lite DePalma Greenberg & Afandaor LLC, Creditor DeSanto Canadian Class Action Plaintiffs and Creditor DiSanto Canadian Class Action Creditors | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Autumn D Highsmith<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |