UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SIMON GREENSTONE PANATIER PC
Leah C. Kagan, Esq.
1201 Elm Street, Suite 3400
Dallas, TX 75270
lkagan@sgptrial.com

*Attorneys for Various Mesothelioma Talc Claimants
Represented by Simon Greenstone Panatier, PC*

In Re:

    LTL Management LLC, Debtor.

Case No. 23-12825 (MBK)

Chapter 11

Honorable Michael B. Kaplan, U.S.B.J., Chief

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Various Mesothelioma Talc Claimants Represented by Simon Greenstone Panatier PC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Leah C. Kagan, Esq.
Simon Greenstone Panatier PC
1201 Elm Street, Suite 3400
Dallas, TX 75270
214-276-7680
lkagan@sgptrial.com

DOCUMENTS:

X All notices entered pursuant to Fed. R. Bankr. P. 2002.

X All documents and pleadings of any nature.

Date: April 10, 2023

                                                  Signature