| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Cohen, Placitella & Roth, P.C.**<br>Christopher M. Placitella<br>cplacitella@cprlaw.com<br>127 Maple Avenue<br>Red Bank, NJ 07701<br>Telephone: (732) 747-9003<br>Facsimile: (732) 747-9004<br><br>*Attorneys for CATHERINE FORBES, Individually and as Personal Representative of the Estate of KIMBERLY NARANJO* |

| | |
|---|---|
| In re:<br>LTL MANAGEMENT LLC, Debtor.[1]<br><br>Defendants. | Chapter 11<br>Case No. 23-12825 (MBK)<br><br>Judge: Hon. Michael B. Kaplan, C.U.S.B.J. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Catherine Forbes, individually and as personal representative of the Estate of Kimberly Naranjo, deceased.

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Christopher M. Placitella, Esq.
127 Maple Avenue
Red Bank, NJ 07701
cplacitella@cprlaw.com

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933

DOCUMENTS: ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

| | |
|---|---|
| Dated: April 10, 2023 | COHEN, PLACITELLA & ROTH PC |
| | |
| | ___/S/ Christopher M. Placitella___ |
| | Christopher M. Placitella (ID 27781981) |
| | 127 Maple Avenue |
| | Red Bank, NJ 07701 |
| | (732) 747-9003 |
| | cplacitella@cprlaw.com |