**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No. 23-12825 (MBK) |
| Debtor. | **Ref. Docket Nos. 3 - 6, 10 – 15, 29** |

## CERTIFICATE OF SERVICE

PANAGIOTA MANATAKIS, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a. "Debtor's Statement Regarding Refiling of Chapter 11 Case," dated April 4, 2023 [Docket No. 3], (the "Statement"),

   b. "Declaration of John K. Kim in Support of First Day Pleadings," dated April 4, 2023 [Docket No. 4], (the "Kim Declaration"),

   c. "Debtor's Motion for an Order Suspending Entry and Service of Standard Notice of Commencement," dated April 4, 2023 [Docket No. 5], (the "Motion to Suspend"),

   d. "Application for Designation as Complex Chapter 11 Case," dated April 4, 2023 [Docket No. 6], (the "Complex Case Application"),

   e. "Debtor's Motion for an Order: (I) Authorizing it to File a List of the Top Law Firms with Talc Claims Against the Debtor in Lieu of the List of the 20 Largest Unsecured Creditors; (II) Approving Certain Notice Procedures for Talc Claimants; and (III) Approving the Form and Manner of Notice of Commencement of this Case," dated April 4, 2023 [Docket No. 10], (the "Top Law Firm Motion"),

   f. "Debtor's Application Pursuant to 28 U.S.C. § 156(C) and 11 U.S.C. § 105(A) for Entry of an Order Authorizing the Appointment of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Nunc Pro Tunc to the Petition Date," dated April 4, 2023 [Docket No. 11], (the "Epiq Application"),

   g. "Debtor's Motion Pursuant to 11 U.S.C. § 1505 for an Order Authorizing it to Act as Foreign Representative on Behalf of the Debtor's Estate," dated April 4, 2023 [Docket No. 12], (the "Foreign Representative Motion"),

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

    h.   "Debtor's Motion for an Order: (I) Approving the Continued Use of its Bank Account and Business Forms; and (II) Authorizing the Debtor's Bank to Charge Certain Fees and Other Amounts," dated April 4, 2023 [Docket No. 13], (the "Cash Management Motion"),

    i.   "Debtor's Motion for an Order Extending the Time Within Which it Must File its (I) Schedules of Assets and Liabilities and (II) Statement of Financial Affairs," dated April 4, 2023 [Docket No. 14], (the "Schedules Motion"),

    j.   "Application For Expedited Consideration Of First Day Matters," dated April 4, 2023 [Docket No. 15], (the "First Day Application"), and

    k.   "Order Regarding Application for Expedited Consideration of First Day Matters, dated April 5, 2023 [Docket No. 29] (the "First Day Order"),

by causing true and correct copies of the:

    i.   Statement, Kim Declaration, Motion to Suspend, Complex Case Application, Top Law Firm Motion, Epiq Application, Foreign Representative Motion, Cash Management Motion, Schedules Motion, and First Day Application to be delivered via electronic mail to those parties listed on the annexed Exhibit A, on April 4, 2023,

    ii.   Statement, Kim Declaration, Motion to Suspend, Complex Case Application, Top Law Firm Motion, Epiq Application, Foreign Representative Motion, Cash Management Motion, Schedules Motion, First Day Application, and First Day Order to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, on April 5, 2023,

    iii.   Cash Management Motion, First Day Application, and First Day Order to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit C, on April 5, 2023,

    iv.   Statement, Kim Declaration, Motion to Suspend, Complex Case Application, Top Law Firm Motion, Epiq Application, Foreign Representative Motion, Cash Management Motion, Schedules Motion, First Day Application, and First Day Order to be delivered via electronic mail to those parties listed on the annexed Exhibit D, on April 5, 2023, and

    v.   First Day Order to be delivered via electronic mail to those parties listed on the annexed Exhibit A, on April 5, 2023.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                                        */s/ Panagiota Manatakis*
                                                        Panagiota Manatakis

# EXHIBIT A

**LTL MANAGEMENT, LLC**
**Case No. 23-12825**
**Email Service List**

| NAME | ATTN | EMAIL |
|---|---|---|
| ARNOLD & ITKIN LLP | KURT ARNOLD, CAJ BOATRIGHT | CBOATRIGHT@ARNOLDITKIN.COM; CHRISTENSEN@ARNOLDITKIN.COM; JITKIN@ARNOLDITKIN.COM |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | MARY PUTNICK & DANIEL THORNBURGH | MARYBETH@PUTNICKLEGAL.COM; DTHORNBURGH@AWKOLAW.COM |
| BEASLEY ALLEN LAW FIRM | CHARLIE STERN | CHARLIE.STERN@BEASLEYALLEN.COM |
| CHILDERS, SCHLUETER & SMITH LLC | RICHARD SCHLUETER | RSCHLUETER@CSSFIRM.COM |
| FERRER, POIROT & WANSBROUGH | JESSE FERRER & CHRISTINA FELLER | JFERRER@LAWYERWORKS.COM; cfeller@lawyerworks.com |
| JOHNSON LAW GROUP | BLAKE TANASE, BASIL ADHAM | BADHAM@JOHNSONLAWGROUP.COM |
| LOWENSTEIN SANDLER LLP | ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR | KROSEN@LOWENSTEIN.COM; MSEYMOUR@LOWENSTEIN.COM |
| MCDONALD WORLEY | DON WORLEY | DON@MCDONALDWORLEY.COM |
| MILLER FIRM, LLC | CURTIS G. HOKE | CHOKE@MILLERMILLER.COM |
| NACHAWATI LAW GROUP | MAJED NACHAWATI | MN@NTRIAL.COM |
| NAPOLI SHKOLNIK PLLC | JAMES HEISMAN, CHRISTOPHER LOPALO | CLOPALO@NAPOLIBERN.COM; JHEISMAN@NAPLILAW.COM |
| OFFICE OF THE US TRUSTEE | ATTN LAUREN BIELSKIE & JEFFREY M. SPONDER | LAUREN.BIELSKIE@USDOJ.GOV; JEFFREY.M.SPONDER@USDOJ.GOV |
| ONDERLAW, LLC | JAMES ONDER | ONDER@ONDERLAW.COM |
| PULASKI KHERKHER PLLC | ADAM PULASKI | ADAM@PULASKILAWFIRM.COM |
| ROBINSON CALCAGNIE | MARK P. ROBINSON JR. | MROBINSON@ROBINSONFIRM.COM |
| RUEB SOLLER DANIEL , LLP | GREGORY D. RUEB | GREG@LAWRSD.COM |
| SANDERS, PHILLIPS, GROSSMAN, LLC | MARC GROSSMAN | MGROSSMAN@THESANDERSFIRM.COM |
| THE KELLY FIRM, P.C. | ANDREW J. KELLY | AKELLY@KBTLAW.COM |
| TRAMMELL PC | FLETCHER V. TRAMMELL | FLETCH@TRAMMELLPC.COM |
| WAGSTAFF LAW FIRM | AIMEE WAGSTAFF | AWAGSTAFF@WAGSTAFFLAWFIRM.COM |
| WATTS GUERRA LLP | MIKAL WATTS | MCWATTS@WATTSGUERRA.COM |
| WHITE & CASE LLP | ATTN JESSICA LAURIA, GLENN M KURTZ & R. PASIANOTTO | JESSICA.LAURIA@WHITECASE.COM; GKURTZ@WHITECASE.COM; RICARDO.PASIANOTTO@WHITECASE.COM |
| WHITE & CASE LLP | ATTN MICHAEL C SHEPHERD & LAURA L FEMINO | MSHEPHERD@WHITECASE.COM; LAURA.FEMINO@WHITECASE.COM |
| WHITE & CASE LLP | ATTN BLAIR WARNER | BLAIR.WARNER@WHITECASE.COM |

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ARNOLD & ITKIN LLP | KURT ARNOLD, CAJ BOATRIGHT, ROLAND CHRISTENSEN & JASON ITKIN 1401 MCKINNEY ST., STE 2250 HOUSTON TX 77010 |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | MARY PUTNICK & DANIEL THORNBURGH 17 EAST MAIN ST., STE 200 PO BOX 12630 PENSACOLA FL 32502 |
| BEASLEY ALLEN LAW FIRM | CHARLIE STERN 218 COMMERCE ST MONTGOMERY AL 36104 |
| CHILDERS, SCHLUETER & SMITH LLC | RICHARD SCHLUETER 1932 N DRUID HILLS RD., STE. 100 ATLANTA GA 30319 |
| FERRER, POIROT & WANSBROUGH | JESSE FERRER & CHRISTINA FELLER 2603 OAK LAWN AVE. #300 DALLAS TX 75219 |
| JOHNSON LAW GROUP | BLAKE TANASE, BASIL ADHAM 2925 RICHMOND AVE., STE 1700 HOUSTON TX 77098 |
| LOWENSTEIN SANDLER LLP | (COUNSEL TO JOHNSON & JOHNSON) ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR ONE LOWENSTEIN DR ROSELAND NJ 07068 |
| MCDONALD WORLEY | DON WORLEY 1770 ST. JAMES PLACE, STE 100 HOUSTON TX 77056 |
| MILLER FIRM, LLC | CURTIS G. HOKE 108 RAILROAD AVE ORANGE VA 22960 |
| NACHAWATI LAW GROUP | MAJED NACHAWATI 5489 BLAIR RD DALLAS TX 75231 |
| NAPOLI SHKOLNIK PLLC | JAMES HEISMAN, CHRISTOPHER LOPALO 919 NORTH MARKET ST., STE. 1801 WILMINGTON DE 19801 |
| OFFICE OF THE US TRUSTEE | ATTN LAUREN BIELSKIE & JEFFREY M. SPONDER ONE NEWARK CENTER, STE 2100 NEWARK NJ 07102 |
| ONDERLAW, LLC | JAMES ONDER 110 EAST LOCKWOOD, 2ND FL ST. LOUIS MO 63119 |
| PULASKI KHERKHER PLLC | ADAM PULASKI 2925 RICHMOND AVE, STE 1725 HOUSTON TX 77098 |
| ROBINSON CALCAGNIE | MARK P. ROBINSON JR. 19 CORPORATE PLAZA DR NEWPORT BEACH CA 92660 |
| RUEB STOLLER DANIEL, LLP | GREGORY D. RUEB 1990 N. CALIFORNIA BLVD. 8TH FLOOR WALNUT CREEK CA 94596 |
| SAIBER LLC | (COUNSEL TO VARIOUS TALC CLAIMANTS) ATTN: JOHN M. AUGUST, ESQ. 18 COLUMBIA TURNPIKE, SUITE 200 FLORHAM PARK NJ 07932 |
| SANDERS, PHILLIPS, GROSSMAN, LLC | MARC GROSSMAN 100 GARDEN CITY PLAZA GARDEN CITY NY 11530 |
| THE KELLY FIRM, P.C. | (COUNSEL TO BCBS OF MASSACHUSETTS) ATTN: ANDREW J. KELLY 1011 HIGHWAY 71, SUITE 200 SPRING LAKE NJ 07762 |
| TRAMMELL PC | FLETCHER V. TRAMMELL 3262 WESTHEIMER RD., STE 423 HOUSTON TX 77098 |
| WAGSTAFF LAW FIRM | AIMEE WAGSTAFF 940 N. LINCOLN ST DENVER CO 80203 |
| WATTS GUERRA LLP | MIKAL WATTS 4 DOMINION DR., BLD 3, STE 100 SAN ANTONIO TX 78257 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN JESSICA LAURIA, GLENN M KURTZ & R PASIANOTTO 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1095 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN BLAIR WARNER 111 SOUTH WACKER DR, STE 5100 CHICAGO IL 60606-4302 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN MICHAEL C SHEPHERD & LAURA FEMINO 200 SOUTH BISCAYNE BLVD, STE 4900 MIAMI FL 33131-2352 |

**Total Creditor count  25**

# LTL MANAGEMENT, LLC
## Case No. 23-12825
### Service List

| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>ATTN: ALAN J. BRODY, ESQ.<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NEW JERSEY 07932 | HALPERIN BATTAGLIA BENZIJA, LLP<br>ATTN: ALAN D. HALPERIN, ESQ. & DONNA H. LIEBERMAN, ESQ.<br>40 WALL STREET, 37TH FLOOR<br>NEW YORK, NEW YORK 10005 |
| RAWLINGS & ASSOCIATES<br>ATTN: MARK D. FISCHER, ESQ. & ROBERT C. GRIFFITHS, ESQ.<br>1 EDEN PARKWAY<br>LA GRANGE, KY 40031 | REED SMITH LLP<br>ATTN: DEREK J. BAKER, ESQ<br>506 CARNEGIE CENTER SUITE 300<br>PRINCETON, NJ 08543 |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC<br>ATTN: MITCHELL MALZBERG, ESQ.<br>PO BOX 5122 6 E. MAIN STREET, SUITE 7<br>CLINTON, NJ 08809 | |

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| BOFA SECURITIES, INC. | ATTN: PERRY BARTOL ONE BRYANT PARK, 21ST FLOOR NEW YORK NY 10036 |

**Total Creditor count  1**

**EXHIBIT D**

**LTL MANAGEMENT, LLC**
**Case No. 23-12825**
**Email Service List**

| NAME | ATTN | EMAIL |
|---|---|---|
| Greenberg Traurig, LLP | Attn: Alan J. Broday | brodya@gtlaw.com |
| Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin & Donna H. Lieberman | ahalperin@halperinlaw.net; dlieberman@halperinlaw.net |
| Law Offices of Mitchell J. Malzberg, LLC | Attn: Mitchell Malzberg | mmalzberg@mjmalzberglaw.com |
| Rawlings & Associates | Attn: Mark D. Fischer & Robert C Griffiths | mdf@rawlingsandassociates.com; rcg@rawlingsandassociates.com |
| Reed Smith LLP | Attn: Derek J Baker | dbaker@reedsmith.com |
| White & Case LLP | Attn: Gregory Starner | gstarner@whitecase.com |
| White & Case LLP | Attn: Matthew E. Linder & Laura E. Baccash | mlinder@whitecase.com; laura.baccash@whitecase.com |