UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

**PASHMAN STEIN WALDER HAYDEN, P.C**
John W. Weiss (jweiss@pashmanstein.com)
101 Crawfords Corner Road
Suite 4202
Holmdel, NJ 07733
(732) 852-2481 (Telephone)
(732) 852-2482 (Facsimile)

-and-

**WATTS AND GUERRA LLC**
Mikal C. Watts (mcwatts@wattsguerra.com)
Millennium Park Plaza RFO
Suite 410, C112
Guaynabo, Puerto Rico 00966
(201) 447-0500 (Telephone)
(201) 447-0501 (Facsimile)

*Counsel to Various Talc Personal Injury Claimants*

| In Re: | Chapter 11 |
|---|---|
| LTL MANAGEMENT LLC,[1] | Case No. 23-12825 (MBK) |
| | Judge Hon. Michael B. Kaplan |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPER

To:   Clerk of the Court
      United States Bankruptcy Court
      Clarkson S. Fisher US Courthouse
      420 East State Street
      Trenton, NJ 08608

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 2002 and 9010(b) the undersigned counsel John W. Weiss, Esq. enters an appearance in this case on behalf of various Talc Personal Injury Claimants. Request is made that all documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

**PASHMAN STEIN WALDER HAYDEN, P.C**
John W. Weiss
101 Crawfords Corner Road
Suite 4202
Holmdel, NJ 07733
Telephone: (732) 852-2481
Email: jweiss@pashmanstein.com

DOCUMENTS:

- ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

- ☒ All documents and pleadings of any nature, including but not limited to all papers, motions or applications served or required to be served in this case or any adversary proceeding filed in connection therewith.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers filed in the proceeding specified above, but also includes without limitation orders and notices of any application, motion, pleading, request, suggestion, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery, telephone, telegraph, telex, electronic means or otherwise, which may affect or seek to affect in any way the rights or interests of the above referenced creditors in this Chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that nothing contained herein shall constitute a waiver of any rights or remedies of the above referenced creditors under title 11 of the United

States Code or applicable law, including, without limitation, the right to (i) amend, modify, or supplement this Notice, or (ii) raise any jurisdictional argument now or at a later date, including, but not limited to, the right to assert lack of subject matter jurisdiction.

Dated: April 10, 2023
Holmdel, New Jersey

**PASHMAN STEIN WALDER HAYDEN, P.C**

/s/ John W. Weiss
John W. Weiss
101 Crawfords Corner Road
Suite 4202
Holmdel, NJ 07733
(732) 852-2481 (Telephone)
(732) 852-2482 (Facsimile)
Email: jweiss@pashmanstein.com

*Counsel to Various Talc Personal Injury Claimants*