|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(B)**<br><br>**PASHMAN STEIN WALDER HAYDEN, P.C**<br>John W. Weiss (jweiss@pashmanstein.com)<br>101 Crawfords Corner Road<br>Suite 4202<br>Holmdel, NJ 07733<br>(732) 852-2481 (Telephone)<br>(732) 852-2482 (Facsimile)<br><br>-and-<br><br>**WATTS AND GUERRA LLC**<br>Mikal C. Watts (mcwatts@wattsguerra.com)<br>Millennium Park Plaza RFO<br>Suite 410, C112<br>Guaynabo, Puerto Rico 00966<br>(210) 447-0500 (Telephone)<br>(210) 447-0501 (Facsimile)<br><br>*Counsel to Various Talc Personal Injury Claimants* |

| In Re: | Chapter 11 |
|---|---|
| LTL MANAGEMENT LLC,[1] | Case No. 23-12825 (MBK) |
|  | Judge Hon. Michael B. Kaplan |

## APPLICATION TO ADMIT MIKAL C. WATTS *PRO HAC VICE*

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey, the undersigned counsel hereby seeks entry of an Order granting

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

the admission pro hac vice of Mikal C. Watts, of the law firm of Watts and Guerra, LLC, to represent various Talc Personal Injury Claimants, before this Court in connection with the above-captioned chapter 11 case.

In support of this Application, the undersigned submits the attached Certification of Mikal C. Watts, and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted, practicing and a member in good standing with the Bar of the State of New Jersey.

| | |
|---|---|
| Dated: April 10, 2023<br>Holmdel, New Jersey | **PASHMAN STEIN WALDER HAYDEN, P.C**<br><br>/s/ John W. Weiss<br>John W. Weiss<br>101 Crawfords Corner Road<br>Suite 4202<br>Holmdel, NJ 07733<br>(732) 852-2481 (Telephone)<br>(732) 852-2482 (Facsimile)<br>Email: jweiss@pashmanstein.com<br><br>*Counsel to Various Talc Personal Injury Claimants* |