|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(B)**<br><br>**PASHMAN STEIN WALDER HAYDEN, P.C**<br>John W. Weiss (jweiss@pashmanstein.com)<br>101 Crawfords Corner Road<br>Suite 4202<br>Holmdel, NJ 07733<br>(732) 852-2481 (Telephone)<br>(732) 852-2482 (Facsimile)<br><br>-and-<br><br>**WATTS AND GUERRA LLC**<br>Mikal C. Watts (mcwatts@wattsguerra.com)<br>Millennium Park Plaza RFO<br>Suite 410, C112<br>Guaynabo, Puerto Rico 00966<br>(210) 447-0500 (Telephone)<br>(210) 447-0501 (Facsimile)<br><br>*Counsel to Various Talc Personal Injury Claimants* |

| In Re: | Chapter 11 |
|---|---|
| LTL MANAGEMENT LLC,[2] | Case No. 23-12825 (MBK) |
|  | Judge Hon. Michael B. Kaplan |

### CERTIFICATION OF MIKAL C. WATTS IN SUPPORT OF APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* MIKAL C. WATTS

I, Mikal C. Watts, hereby certify as follows:

---

[2] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1.     I am a partner with the law firm of Watts & Guerra LLC, counsel to various Talc Personal Injury Claimants (the "**Various Talc Personal Injury Claimants**"). My office is located at Millennium Park Plaza, RFO, Suite 410, C112, Guayanbo, Puerto Rico 00966. I make this Certification in support of my application to appear in this case pro hac vice pursuant to Local Bankruptcy Rule 9010.1.

2.     I am admitted to practice before the courts of the State of Texas (1989), and the U.S. District Court for the District of Texas, the U.S. District Court for the District of Arkansas, the U.S. District Court for the District of Oregon, the U.S. District Court for the Southern District of Texas, the U.S. District Court for the Eastern District of Texas, the U.S. District Court for the Northern District of Texas, and the U.S. District Court for the Western District of Texas.

3.     No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

4.     I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

5.     I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey pursuant to Rule 101.l(c)(3) of the Local Civil Rules for the United States District Court for the District Court of New Jersey ("**D.N.J. L.R.**"). I will abide by D.N.J. L.R. 101.l(c).

6.     I understand that, upon admission pro hac vice, I am within the disciplinary jurisdiction of this Court and agree to notify the Court immediately of any matter affecting my standing at the bars of any other court.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

April 10, 2023

/s/ Mikal C. Watts
Mikal C. Watts
Watts & Guerra LLC

*Counsel to Various Talc Personal Injury Claimants*