| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LEVY KONIGSBERG, LLP<br>Moshe Maimon, Esq.<br>mmaimon@levylaw.com<br>605 Third Avenue, 33rd Floor<br>New York, NY 10158<br>Tel: (212) 605-6200<br>Fax: (212) 605-6290<br>*Counsel for Certain Talc Claimants* | |
| In Re:<br><br>**LTL MANAGEMENT, LLC,**[1]<br>          Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Several Talc Claimants.

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Moshe Maimon, Esq.
            605 Third Avenue, 33rd Floor
            New York, NY 10158

DOCUMENTS: ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
           ☒ All documents and pleadings of any nature.

Dated: April 10, 2023

                                            LEVY KONIGSBERG, LLP
                                            /s/ Moshe Maimon
                                            Moshe Maimon (ID 042691986)
                                            605 Third Avenue, 33rd Floor
                                            New York, NY 10158
                                            (212) 605-6200
                                            mmaimon@levylaw.com

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.