**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admissions *pro hac vice* pending)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON APRIL 11, 2023 AT 10:00 A.M.**

*Parties are directed to https://www.njb.uscourts.gov/LTL*
*for appearing via Zoom or in-person, or observing via Zoom*

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is
501 George Street, New Brunswick, New Jersey 08933.

**MATTERS GOING FORWARD:**

1.      Motion by Movant Anthony Hernandez Valadez for an Order (I) Granting Relief From the Automatic Stay, Second Amended Ex Parte Temporary Restraining Order, and Anticipated Preliminary Injunction, and (II) Waiting the Fourteen Day Stay Under Federal Rule of Bankruptcy Procedure 4001(a)(3) [Dkt. 71].

        **Status:  This matter is going forward.**

        Objection Deadline:  At hearing, pursuant to the Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice.

        Related Documents:

        A.      Application for Order Shortening Time [Dkt. 72].

        B.      Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Dkt. 75].

2.      Debtor's Motion for an Order Extending the Time Within Which It Must File Its (I) Schedules of Assets and Liabilities and (II) Statement of Financial Affairs [Dkt. 14].

        **Status:  This matter is going forward.**

        Objection Deadline:  At hearing, pursuant to the Order Regarding Debtor's Application for Expedited Consideration of First Day Matters [Dkt. 29] (the "Expedited Hearing Order").

        Related Documents:

        A.      Debtor's Statement Regarding Refiling of Chapter 11 Case [Dkt. 3] (the "Debtor's Statement").

        B.      Declaration of John K. Kim in Support of First Day Pleadings [Dkt. 4] (the "First Day Declaration").

        C.      Debtor's Application for Expedited Consideration of First Day Matters [Dkt. 15] (the "Expedited Consideration Application").

        D.      The Expedited Hearing Order.

        E.      Informational Brief of the Ad Hoc Committee of Certain Talc Claimants Regarding Second Bankruptcy Filing by LTL Management, LLC [Dkt. 79] (the "Ad Hoc Committee Informational Brief").

NAI-1536519919

3.  Debtor's Motion for an Order:  (I) Approving the Continued Use of Its Bank Account and Business Forms and (II) Authorizing the Debtor's Bank to Charge Certain Fees and Other Amounts [Dkt. 13].

    **Status:  This matter is going forward.**

    Objection Deadline:  At hearing, pursuant to the Expedited Hearing Order.

    Related Documents:

    A.    The Debtor's Statement.

    B.    The First Day Declaration.

    C.    The Expedited Consideration Application.

    D.    The Expedited Hearing Order.

    E.    The Ad Hoc Committee Informational Brief.

4.  Debtor's Application Pursuant to 28 U.S.C. § 156(c) and 11 U.S.C. § 105(a) for Entry of an Order Authorizing the Appointment of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Nunc Pro Tunc to the Petition Date [Dkt. 11].

    **Status:  This matter is going forward.**

    Objection Deadline:  At hearing, pursuant to the Expedited Hearing Order.

    Related Documents:

    A.    The Debtor's Statement.

    B.    The First Day Declaration.

    C.    The Expedited Consideration Application.

    D.    The Expedited Hearing Order.

    E.    The Ad Hoc Committee Informational Brief.

5.  Debtor's Application for Designation as Complex Chapter 11 Case [Dkt. 6].

    **Status:  This matter is going forward.**

    Objection Deadline:  At hearing, pursuant to the Expedited Hearing Order.

    Related Documents:

    A.    The Debtor's Statement.

NAI-1536519919

B.    The First Day Declaration.

C.    The Expedited Consideration Application.

D.    The Expedited Hearing Order.

E.    The Ad Hoc Committee Informational Brief.

6.    Debtor's Motion for an Order Suspending Entry and Service of Standard Notice of Commencement [Dkt. 5].

**Status:  This matter is going forward.**

Objection Deadline:  At hearing, pursuant to the Expedited Hearing Order.

Related Documents:

A.    The Debtor's Statement.

B.    The First Day Declaration.

C.    The Expedited Consideration Application.

D.    The Expedited Hearing Order.

E.    The Ad Hoc Committee Informational Brief.

7.    Debtor's Motion for an Order:  (I) Authorizing It to File a List of the Top Law Firms With Talc Claims Against the Debtor in Lieu of the List of the 20 Largest Unsecured Creditors; (II) Approving Certain Notice Procedures for Talc Claimants; and (III) Approving the Form and Manner of Notice of Commencement of This Case [Dkt. 10] (the "Notice Procedures Motion").

**Status:  This matter is going forward.**

Objection Deadline:  At hearing, pursuant to the Expedited Hearing Order.

Related Documents:

A.    The Debtor's Statement.

B.    The First Day Declaration.

C.    The Expedited Consideration Application.

D.    The Expedited Hearing Order.

E.    The Ad Hoc Committee Informational Brief.

-4-

Objections Received:

F.      Claimants' of Kazan, McClain, Satterley & Greenwood Opposition to the Notice Procedures Motion [Dkt. 73].

G.      Claimants of Levy Konigsberg LLP Objection to the Notice Procedures Motion [Dkt. 86].

8.    Debtor's Motion Pursuant to 11 U.S.C. § 1505 for an Order Authorizing it to Act as Foreign Representative on Behalf of the Debtor's Estate [Dkt. 12].

**Status:  This matter is going forward.**

Objection Deadline:  At hearing, pursuant to the Expedited Hearing Order.

Related Documents:

A.      The Debtor's Statement.

B.      The First Day Declaration.

C.      The Expedited Consideration Application.

D.      The Expedited Hearing Order.

E.      The Ad Hoc Committee Informational Brief.

NAI-1536519919

Dated: April 10, 2023

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (*pro hac vice* pending)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admissions *pro hac vice* pending)

*PROPOSED ATTORNEYS FOR DEBTOR*

NAI-1536519919