Stephen V. Gimigliano
John Maloney
Robin Rabinowitz
GIMIGLIANO MAURIELLO & MALONEY
A Professional Association
163 Madison Avenue, Suite 500
P.O. Box 1449
Morristown, New Jersey 07962-1449
(973) 946-8360

Andrew T. Frankel
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

Attorneys for Travelers Casualty and Surety Company
(f/k/a The Aetna Casualty and Surety Company)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>　　　　　　　　　　Debtor. | Case No. 23-12825 (MBK)<br><br>Chapter 11<br><br>Hon. Michael B. Kaplan |

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) ("Travelers"). Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    John Maloney
GIMIGLIANO MAURIELLO & MALONEY
A Professional Association
163 Madison Avenue, Suite 500
P.O. Box 1449
Morristown, New Jersey 07962-1449
Telephone: (973) 946-8360
Facsimile: (973) 946-8252
jmaloney@lawgmm.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections specified above but also includes, without limitation, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them, all orders, notices, applications, complaints or demands, motions, petitions, pleadings or requests, disclosure statements or plans of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone, telecopy, facsimile, telegraph or otherwise, in the above-referenced case and proceedings therein.

Please take further notice that neither this Notice of Appearance and Request for Service of Papers (this "Notice") nor any subsequent appearance, pleading, proof of claim, claim, or suit is intended nor shall be deemed to waive Travelers': (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge for the United States District Court for the District of New Jersey (the "District Court"); (ii) right to trial by jury in any proceeding related to these chapter 11 cases or any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of remedy; or (vi) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated:  April 10, 2023

                                                        Respectfully submitted

                                                         */s/ John Maloney*

                                                        John Maloney
                                                       GIMIGLIANO MAURIELLO & MALONEY
                                                       A Professional Association
                                                       163 Madison Avenue, Suite 500
                                                       P.O. Box 1449
                                                       Morristown, New Jersey 07962-1449
                                                       Telephone:  (973) 946-8360
                                                       Facsimile:  (973) 946-8252
                                                       jmaloney@lawgmm.com