UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

1

Case No.: _____

Chapter: _____

Judge: _____

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☐ All documents and pleadings of any nature.

Date: _____          _____
                                            Signature

*new.8/1/15*

---

[1] The AHC is an ad hoc group comprised of nine members of the Official Committee of Talc Claimants (the "TCC") in the Debtor's first bankruptcy —Alishia Landrum; Rebecca Love; Blue Cross Blue Shield of Massachusetts;  Tonya Whetsel; Kristie Doyle; William A. Henry; Randy Derouen; April Fair; and Patricia Cook