UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Otterbourg P.C.
230 Park Avenue
New York, New York 10169
(212) 661-9100
Richard G. Haddad, Esq.

*Proposed Co-Counsel to Ad Hoc Committee of Talc Claimants*

| In Re:<br><br>LTL Management, LLC,<br><br>Debtor. | Case No.: 23-12825 (MBK)<br><br>Chapter: 11<br><br>Judge: Michael B. Kaplan |
|---|---|

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Co-Counsel to Ad Hoc Committee of Talc Claimants.[1]  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    OTTERBOURG P.C.
230 Park Ave.
New York, New York 10169
Attn:    Richard G. Haddad, Esq.
rhaddad@otterbourg.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: April 10, 2023              */s/ Richard G. Haddad*
                                  Signature

*new.8/1/15*

---

[1]  The AHC is an ad hoc group comprised of nine members of the Official Committee of Talc Claimants (the "TCC") in the Debtor's first bankruptcy —Alishia Landrum; Rebecca Love; Blue Cross Blue Shield of Massachusetts; Tonya Whetsel; Kristie Doyle; William A. Henry; Randy Derouen; April Fair; and Patricia Cook.

7414193.1