| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Otterbourg P.C.<br>230 Park Avenue<br>New York, New York 10169<br>(212) 661-9100<br>Adam C. Silverstein, Esq.<br><br>*Proposed Co-Counsel to Ad Hoc Committee of Talc Claimants* | |
| In Re:<br><br>LTL Management, LLC,<br><br>Debtor. | Case No.:   23-12825 (MBK)<br><br>Chapter:    11<br><br>Judge:      Michael B. Kaplan |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Co-Counsel to Ad Hoc Committee of Talc Claimants.[1]  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    OTTERBOURG P.C.
            230 Park Ave.
            New York, New York 10169
            Attn:   Adam C. Silverstein, Esq.
                    asilverstein@otterbourg.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: April 10, 2023          */s/ Adam C. Silverstein*
                              Signature

---

[1] The AHC is an ad hoc group comprised of nine members of the Official Committee of Talc Claimants (the "TCC") in the Debtor's first bankruptcy —Alishia Landrum; Rebecca Love; Blue Cross Blue Shield of Massachusetts; Tonya Whetsel; Kristie Doyle; William A. Henry; Randy Derouen; April Fair; and Patricia Cook.

7411516.1

*new.8/1/15*

7411516.1