MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
Clayton L. Thompson, Esq.
cthompson@mrhfmlaw.com
Suzanne M. Ratcliffe, Esq.
sratcliffe@mrhfmlaw.com
150 West 30th Street, Suite 201
New York, NY 10001
Tel: (800) 358-5922

*Counsel for Mesothelioma Plaintiff Katherine Tollefson
and Certain Mesothelioma Plaintiffs*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-12825<br><br>Honorable Michael B. Kaplan |

**MRHFM'S JOINDER TO AHC'S OMNIBUS
OBJECTION TO THE DEBTOR'S FIRST DAY RELIEF**

MRHFM joins the Ad Hoc Committee of Certain Talc Claimants' Omnibus Objection to all the Debtor's requested first day relief. *See* Dkt. 103. MRHFM fully supports the arguments advanced in AHC's Informational Brief (Dkt. 79), and filed its own Statement (Dkt. 97) against this fraudulent bankruptcy.

Subject matter jurisdiction cannot be created by settlement or consent. The safe harbor of bankruptcy is only available to putative debtors in financial distress that filed their petitions in good faith.  LTL Management meets *none* of these criteria, as the Third Circuit already ruled. *In re LTL Mgmt., LLC,* 2023 WL 2760479 (3d 2023).

Sincerely:
**MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**

/s/ *Suzanne M. Ratcliffe*
_____

Suzanne M. Ratcliffe, Esq.
**MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**
150 W. 30th Street, Suite 201
New York, NY 10001
(800) 358-5922
sratcliffe@mrhfmlaw.com