| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> THE KELLY FIRM, P.C. <br> Andrew J. Kelly, Esq. <br> 1011 Highway 71, Suite 200 <br> Spring Lake, NJ 07762 <br> (732) 449-0525 <br> akelly@kbtlaw.com <br> Attorneys/Local Counsel for <br> Interested Party, Blue Cross Blue Shield <br> of Massachusetts | |
| In Re: <br><br> **LTL MANAGEMENT, LLC** | Case No.: 23-12825 <br><br> Chapter: 11 <br><br> Judge: MBK |

**ELIZABETH BRANNEN CARTER** hereby certifies as follows:

1. I am a Shareholder at the law firm of Hill, Hill, Carter, Franco, Cole & Black, P.C.

2. Hill, Hill, Carter, Franco, Cole & Black, P.C. maintains an office at 425 South Perry Street, Montgomery, Alabama 36104.

3. I am licensed to practice by the State of Alabama and a member in good standing of and eligible to practice in (1) the State of Alabama, (2) the United States District Court for the Middle District of Alabama, (3) the United States District Court for the Southern District of Alabama, (4) the United States District Court for the Northern District of Alabama and (5) the United States Eleventh Circuit Court of Appeals.

4. I am not under suspension, disbarment or discipline in any court and have not been the subject of any disciplinary action by any court or administrative body.

5. I have previously appeared pro hac vice before this Court in the matter of LTL Management, LLC, Case No. 21-30589-MBK.

6. I respectfully request that this Court approve Blue Cross Blue Shield of Massachusetts' Application for an Order approving my *pro hac vice* admission in this matter.

I hereby certify that the foregoing statements made by me are true and that if any of the statements are found to be willfully false, I am subject to punishment.

                              Respectfully submitted,

*/s/ Elizabeth Brannen Carter*
**ELIZABETH BRANNEN CARTER**
**Hill, Hill, Carter, Franco, Cole & Black, P.C.**
**425 South Perry Street**
**Montgomery, Alabama 36104**
**Tel: (334) 386-4337**
**Fax: (334) 386-4391**
**E-mail: ecarter@hillhillcarter.com**

Date: April 10, 2023