| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> THE KELLY FIRM, P.C. <br> Andrew J. Kelly, Esq. <br> 1011 Highway 71, Suite 200 <br> Spring Lake, NJ 07762 <br> (732) 449-0525 <br> akelly@kbtlaw.com <br> Attorneys/Local Counsel for <br> Interested Party, Blue Cross Blue Shield <br> of Massachusetts |

| | |
|---|---|
| In Re: <br><br> **LTL MANAGEMENT, LLC** | Case No.: 23-12825 <br><br> Chapter:   11 <br><br> Judge:     MBK |

## CERTIFICATION OF SERVICE

I hereby certify that on the date below I caused a true and correct copy of the foregoing APPLICATION FOR ADMISSION PRO HAC VICE PURSUANT TO RULE 9010-1(B) to be filed electronically and that the same is available for viewing through the Court's ECF system.

**THE KELLY FIRM, P.C.**

Date: April 10, 2023    **By:**    */s/ Andrew J. Kelly*
                                    **ANDREW J. KELLY**
                                    **Attorneys for Interested Party,**
                                    **BCBS of Massachusetts**