UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ 07762
(732) 449-0525
akelly@kbtlaw.com
Attorneys/Local Counsel for
Interested Party, Blue Cross Blue Shield
of Massachusetts

In Re:

**LTL MANAGEMENT, LLC**

Case No.:  23-12825

Chapter:   11

Judge:     MBK

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on the date below I caused a true and correct copy of the

foregoing APPLICATION FOR ADMISSION PRO HAC VICE PURSUANT TO RULE

9010-1(B) to be filed electronically and that the same is available for viewing through the

Court's ECF system.

**THE KELLY FIRM, P.C.**

Date: April 10, 2023          **By:**    */s/ Andrew J. Kelly*
                                         **ANDREW J. KELLY**
                                         **Attorneys for Interested Party,**
                                         **BCBS of Massachusetts**