GENOVA BURNS LLC
Daniel M. Stolz
Donald W. Clarke
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DStolz@genovaburns.com
       DClarke@genovaburns.com

*Local Counsel for the Ad Hoc Committee of Certain Talc Claimants*

-and-

BROWN RUDNICK LLP
Susan Sieger-Grimm, Esq.
Michael Winograd, Esq.
Seven Times Square
New York, NY  10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email:  ssieger-grimm@brownrudnick.com
        mwinograd@brownrudnick.com

One Financial Center
Boston, MA  02111
Jeffrey L. Jonas, Esq.
Telephone: (617) 856-8300
Fax:(617) 856-8201
Email: jjonas@brownrudnick.com

*Counsel for the Ad Hoc Committee of Certain Talc Claimants*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC,[1] | : | Case No. 23-12825(MBK) |
| | : | |
| Debtor. | : | |
| | : | |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1

## APPLICATION FOR AN ORDER FOR ADMISSION
### *PRO HAC VICE* OF MICHAEL S. WINOGRAD

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission pro hac vice of Michael Winograd of the law firm of Brown Rudnick LLP, to represent the Ad Hoc Committee of Certain Talc Claimants in the above-captioned chapter 11 case. In support of this application, counsel submits the attached Certification of Michael S. Winograd, and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

Date: April 11, 2023

*/s/ Donald W. Clarke*
Donald W. Clarke
GENOVA BURNS
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DClarke@genovaburns.com

*Local Counsel for Ad Hoc Committee of Certain Talc Claimants*