GENOVA BURNS LLC
Daniel M. Stolz
Donald W. Clarke
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DStolz@genovaburns.com
       DClarke@genovaburns.com

*Local Counsel for the Ad Hoc Committee of Certain Talc Claimants*

-and-

BROWN RUDNICK LLP
Susan Sieger-Grimm, Esq.
Michael Winograd, Esq.
Seven Times Square
New York, NY  10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email:  ssieger-grimm@brownrudnick.com
       mwinograd@brownrudnick.com

One Financial Center
Boston, MA  02111
Jeffrey L. Jonas, Esq.
Telephone: (617) 856-8300
Fax:  (617) 856-8201
Email: jjonas@brownrudnick.com

*Counsel for the Ad Hoc Committee of Certain Talc Claimants*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re: | : | Chapter 11 |
|---|---|---|
|  | : |  |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

**<u>CERTIFICATION OF MICHAEL S. WINOGRAD, ESQ.</u>**

I, Michael S. Winograd, Esq., hereby certify as follows:

3

1. I am an attorney with the law firm of Brown Rudnick LLP, counsel to the Ad Hoc Committee of Certain Talc Claimants. My office is located at Seven Times Square, New York, New York 10036. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the State of New York in 2001. I am admitted to Practice before the following courts:

    - *United States District Court for the Southern District of New York*
    - *United States District Court for the Eastern District of New York*
    - *United States District Court for the Western District of Michigan*
    - *United States Court of Appeals for the Second Circuit*
    - *United States Court of Appeals for the Third Circuit*
    - *United States Supreme Court*

3. I am a member in good standing of the Bar in each of the jurisdiction in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in

Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 11, 2023

*/s/ Michael S. Winograd*
Michael S. Winograd, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, NY  10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email:  mwinograd@brownrudnick.com

*Counsel for Ad Hoc Committee of
Certain Talc Claimants*