GENOVA BURNS LLC
Daniel M. Stolz
Donald W. Clarke
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DStolz@genovaburns.com
　　　　DClarke@genovaburns.com

*Local Counsel for the Ad Hoc Committee of Certain Talc Claimants*

-and-

OTTERBOURG PC
Melanie L. Cyganowski
Jennifer S. Feeney
Adam C. Silverstein
David Castleman
230 Park Avenue
New York, NY  10169-0075
Telephone: (212) 661-9100
Fax: (212) 682-6104
Email: mcyganowski@otterbourg.com
　　　　jfeeney@otterbourg.com
　　　　asilverstein@otterbourg.com
　　　　dcastleman@otterbourg.com

*Co-Counsel for the Ad Hoc Committee of Certain Talc Claimants*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re: | : | Chapter 11 |
|---|---|---|
|  | : |  |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

**CERTIFICATION OF JAMES V. DREW, ESQ.**

　　I, James V. Drew, Esq., hereby certify as follows:

3

1. I am an attorney with the law firm of Otterbourg, P.C., proposed co-counsel to the Ad Hoc Committee of Certain Talc Claimants. My office is located at 230 Park Avenue, New York, NY 10169. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the State of New York in 2002, Southern District of New York in 2002, and Eastern District of New York in 2002.

3. I am a member in good standing of the Bar in each of the jurisdiction in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 12, 2023            */s/   James V. Drew*
                                 JAMES V. DREW, ESQ.
                                 OTTERBOURG, P.C.
                                 Email: jdrew@otterbourg.com
                                 *Co-Counsel for Ad Hoc Committee of Certain*
                                 *Talc Claimants*

4