|  |  |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1** | |
| LAW FIRM OF BRIAN W. HOFMEISTER, LLC<br>By: Brian W. Hofmeister, Esq.<br>3131 Princeton Pike<br>Building 5, Suite 110<br>Lawrenceville, New Jersey 08648<br>(609) 890-1500<br>(609) 8980-6961 - facsimile<br>bwh@hofmeisterfirm.com<br>*Local Counsel for Various Claimants* | |
| In re<br><br>LTL MANAGEMENT, LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 23-12825 |

## APPLICATION FOR AN ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D.N.J. L.Civ. R. 101.1 and D.N.J. LBR 9010-1, with the attached certification (**Exhibit "A"**), counsel moves for admission *pro hac vice* of Nabil Majed Nachawati II, to practice in this Court for the purpose of representing in the above-captioned case as well as related and associated proceedings with certain claimants which Applicant's law firm, Fears Nachawati PLLC, represents.

Dated: April 12, 2023                  Respectfully submitted,

                                       LAW FIRM OF BRIAN W. HOFMEISTER, LLC


                              By:    */s/Brian W. Hofmeister*
                                     BRIAN W. HOFMEISTER, ESQ.

1

## EXHIBIT A

The Admittee certifies that he is eligible for admission to this Court. He is admitted to practice in: State Bar of Texas (24038319); State Bar of New Mexico (154540); State Bar of Arkansas (2012297); DC Bar (DC Bar No. 1500535); U.S. District Courts for the Northern, Southern and Eastern Districts of Texas; United State Court of Appeals for the Federal Circuit; U.S. District Court of Colorado; and United States Supreme Court. Admittee is in good standing in those jurisdictions. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he has acquired a copy of the local rules of this Court and is familiar with such rules.

Dated: April 12, 2023

 */s/Nabil Majed Nachawati*  
Nabil Majed Nachawati II, Esq.