IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey 08648
(609) 890-1500
(609) 8980-6961 - facsimile
bwh@hofmeisterfirm.com
*Local Counsel for Various Claimants*

In re

LTL MANAGEMENT, LLC,

      Debtor.

Chapter 11

Case No. 23-12825

### CERTIFICATION OF NABIL "MAJED" NACHAWATI II
### IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

I, Nabil Majed Nachawati, II, of full age, being duly sworn according to law represents to the Court as follows:

1.    I am an attorney with Fears Nachawati Law Firm, a Professional Law Corporation, with an office located at 5489 Blair Road, Dallas, Texas 75231. Applicant's telephone number is 214-461-6170, facsimile number is 214-890-0712, and e-mail address is MN@fnlawfirm.com.

2.    I am a member in good standing and admitted to practice before the following: State Bar of Texas (24038319); State Bar of New Mexico (154540); State Bar of Arkansas (2012297); DC Bar (DC Bar No. 1500535); U.S. District Courts for the Northern, Southern and Eastern Districts of Texas; United State Court of Appeals for the Federal Circuit; U.S. District Court of Colorado; and United States Supreme Court.

3.    I am associated in the within matter with Brian W. Hofmeister, an attorney admitted to the bar of the Courts of the State of New Jersey and in the United States District Court of New Jersey.

4.    Certain Claimants have requested that I represent them in this case due to my experience in the area of Bankruptcy law.

5.      If admitted *pro hac vice*, I agree to abide by the Local Bankruptcy Rules, and to make the payments to William T. Walsh, the Clerk of the United States District Court for the District of New Jersey.

6.      I agree to: (i) abide by the Court rules for the United States District for the District of New Jersey and the Unites States Bankruptcy Court for the District of New Jersey; (ii) immediately notify this Court of any matter affecting my standing in any court to which I am admitted; and (iii) have all pleadings, briefs and other papers filed with this Court signed by an attorney of records authorized to practice in this Court.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: April 12, 2023

*/s/Nabil Majed Nachawati*
NABIL MAJED NACHAWATI, II