IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey 08648
(609) 890-1500
(609) 8980-6961 - facsimile
bwh@hofmeisterfirm.com
*Local Counsel for Various Claimant*s

| | |
|---|---|
| In re<br><br>LTL MANAGEMENT, LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 23-12825 |

## APPLICATION FOR AN ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D.N.J. L.Civ. R. 101.1 and D.N.J. LBR 9010-1, with the attached certification (Exhibit "A"), counsel moves for admission *pro hac vice* of Darren P. McDowell to practice in this Court for the purpose of representing in the above-captioned case as well as related and associated proceedings with certain claimants which Applicant's law firm, Fears Nachawati PLLC, represents.

Dated: April 12, 2023                    Respectfully submittted,

                                         LAW FIRM OF BRIAN W. HOFMEISTER, LLC

                              By:        */s/Brian W. Hofmeister*
                                         BRIAN W. HOFMEISTER, ESQ.

**EXHIBIT A**

The Admittee certifies that he is eligible for admission to this Court. He is admitted to practice in: Bar of the State of Texas (State Bar no. 24025520) and the State Bar of Missouri (State Bar no. 73541). Admittee is in good standing in those jurisdictions. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he has acquired a copy of the local rules of this Court and is familiar with such rules.

Dated: April 12, 2023

                                                   */s/Darren P. McDowell*
                                                   DARREN P. McDOWELL, ESQ.