UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEVY KONIGSBERG, LLP
Jerome H. Block, Esq.
605 Third Avenue, 33rd FL
New York, NY 10158
jblock@levylaw.com

*Attorneys for Talc Committee Claimant*
*Randy Derouen*

_____

In Re:

    LTL Management LLC,

        Debtor.

Case No. 23-12825 (MBK)

Chapter 11

Honorable Michael B. Kaplan, U.S.B.J., Chief

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Talc Committee Claimant Randy Derouen. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Jerome H. Block, Esq.
                    Levy Konigsberg, LLP
                    605 Third Avenue, 33rd FL
                    New York, NY 10158
                    212-605-6200
                    jblock@levylaw.com

DOCUMENTS:

X All notices entered pursuant to Fed. R. Bankr. P. 2002.

X All documents and pleadings of any nature.

Date: April 12, 2023

                                            *s/ Jerome H. Block*
                                                Signature