IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 23-12825 (MBK) |
| | : | |
| Debtor. | : | |
| | : | |

APPLICATION FOR AN ORDER FOR ADMISSION
<u>PRO HAC VICE OF JONATHAN RUCKDESCHEL, ESQ.</u>

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 90101-1 of the Local Rules of the United State Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an Order granting the admission *pro hac vice* Jonathan Ruckdeschel, Esq. of the law firm of The Ruckdeschel Law Firm, LLC, to represent the Talc Claimant Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch in the above-captioned Chapter 11 case. In support of this application, counsel submits the attached Certification of Jonathan Ruckdeschel, Esq., and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted, practicing, and a member of good standing with the Bar of the State of Maryland and Florida.

Dated: April 12, 2023

    /s/ *Jerome H. Block*
Jerome H. Block (I.D. 272002018)
LEVY KONIGSBERG, LLP
605 Third Avenue, 33rd FL
New York, NY 10158
Tel: (212) 605-6200
Fax: (212) 605-6290
Email: jblock@levylaw.com
*Attorneys for Talc Claimant*
*Paul Crouch, Individually and as Executor*
*and as Executor Ad Prosequendum of the*
*Estate of Cynthia Lorraine Crouch*