LEVY KONIGSBERG, LLP
Jerome H. Block, Esq.
605 Third Avenue, 33rd Floor
New York, New York 10158
(212) 605-6200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 23-12825 (MBK) |
| | : | |
| Debtor. | : | |

**CERTIFICATION OF JONATHAN RUCKDESCHEL, ESQ.**

I, Jonathan Ruckdeschel, Esq., hereby certify as follows:

1.     I am an attorney at The Ruckdeschel Law Firm, LLC, co-counsel with Levy Konigsberg LLP for Plaintiffs in the matter of *Crouch v. Johnson & Johnson, et al.*, Superior Court of New Jersey, Law Division, Middlesex County, Docket No. MID-L-00179-19AS. My office is located at 8357 Main Street, Ellicott City, Maryland 21043. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2.  I was admitted to practice law in the State of Maryland in 1997 and the State of Florida in 2005. I am also admitted to practice before the United States District Court for the District of Maryland, the Southern District of Florida, the Middle District of Florida, the Fourth Circuit United States Court of Appeals and the Supreme Court of the United States.

3.  I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

1

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: April 12, 2023

/s/ Jonathan Ruckdeschel
JONATHAN RUCKDESCHEL
The Ruckdeschel Law Firm, LLC
8357 Main Street
Ellicott City, Maryland 21043
Tel: (410) 750-7825
Fax: (443) 583-0430
Email: ruck@rucklawfirm.com
*Co-counsel for Talc Claimant
Paul Crouch, Individually and as
Executor and as Executor Ad
Prosequendum of the Estate of
Cynthia Lorraine Crouch*

2