**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admissions *pro hac vice* pending)

*PROPOSED ATTORNEYS FOR DEBTOR*

Order Filed on April 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br>LTL MANAGEMENT LLC,[1]<br>Debtor. | Chapter 11<br>Case No.: 23-12825 (MBK)<br>Judge: Michael B. Kaplan |

# ORDER GRANTING COMPLEX CHAPTER 11 CASE TREATMENT

The relief set forth on the following page is hereby **ORDERED**

**DATED: April 13, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order Granting Complex Chapter 11 Case Treament

This bankruptcy case was filed on April 4, 2023.  An *Application for Designation as Complex Chapter 11 Case* (the "Application") was filed.  On April 11, 2023, the Court held a hearing on the Application (the "Hearing").  After review of the initial pleadings filed in this case and upon consideration of the statements of counsel at the Hearing, the Court concludes that this case constitutes a Complex Chapter 11 case.

**IT IS ORDERED** that the request set forth in the *Application for Designation as Complex Chapter 11 Case* pursuant to the Court's *General Order Governing Procedures For Complex Chapter 11 Cases* is **HEREBY GRANTED** as set forth at the Hearing; and

**IT IS FURTHERED ORDERED** that the Debtor shall separately file a Case Management Order establishing case management and administrative procedures for this case, substantially similar to those procedures set forth in Exhibit F to the Court's *General Order Governing Procedures For Complex Chapter 11 Cases*.

NAI-1536535288