UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEVY KONIGSBERG, LLP
Jerome H. Block, Esq.
605 Third Avenue, 33rd FL
New York, NY 10158
jblock@levylaw.com

*Attorneys for Talc Claimant*
*Randy Derouen*

_____

In Re:

     LTL Management LLC,

         Debtor.

Case No. 23-12825 (MBK)

Chapter 11

Honorable Michael B. Kaplan, U.S.B.J., Chief

## NOTICE OF WITHDRAWAL OF DOCUMENT # 123

Please withdraw Docket No. 123, the Notice of Appearance of Jerome Block, Esq., for Talc

Committee Claimant, Randy Derouen, filed in error on April 12, 2023.  Randy Derouen is not on the

Talc Committee.  A corrected Notice of Appearance of Jerome Block, Esq was immediately filed for

Randy Derouen, as a Talc Claimant on April 12, 2023, Docket No. 127.

Date: April 13, 2023

                    s/ *Jerome H. Block*
                       Signature