**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admission *pro hac vice* pending)

*PROPOSED ATTORNEYS FOR DEBTOR*

Order Filed on April 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

# ORDER SHORTENING TIME PERIOD FOR
# NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 13, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1536514085

(Page 2)
Debtor: LTL Management LLC
Case No.: 23-12825-MBK
Caption: Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice

After review of the application of LTL Management LLC, the above-captioned debtor (the "Debtor"), for a reduction of time for a hearing on the *Debtor's Motion for an Order (I) Appointing Co-Mediators, (II) Establishing Mediation Procedures and (III) Granting Related Relief* (the "Motion") under Fed. R. Bankr. P. 9006(c)(1), it is

**ORDERED** as follows:

1. A hearing will be conducted on the matter on __May 3, 2023__ at __10:00 am__ in the United States Bankruptcy Court, __402 East State Street, Trenton, NJ 08608__ Courtroom No. __8__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: (a) the Office of the United States Trustee for the District of New Jersey; (b) the top law firms representing talc claimants against the Debtor, as identified in the Debtor's chapter 11 petition; (c) counsel to the Debtor's non debtor affiliates, Johnson & Johnson Holdco (NA) Inc. and Johnson & Johnson; and (d) the proposed Future Claimants' Representative and her proposed counsel.

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

NAI-1536514085

Case 23-12825-MBK    Doc 136    Filed 04/13/23    Entered 04/13/23 11:03:48    Desc Main
Document    Page 3 of 3

(Page 3)
Debtor: LTL Management LLC
Case No.: 23-12825-MBK
Caption: Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice

    4.    Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

    5.    Notice by telephone:

☒ is not required

☐ must be provided to

_____

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

    6.    A *Certification of Service* must be filed prior to the hearing date.

    7.    Any objections to the motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ____7____ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

    8.    ☐ Court appearances are required to prosecute said motion/application and any objections.

        ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.