UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:  :  Chapter 11
 :
LTL MANAGEMENT, LLC  :
 :
Debtor.  :  No. 23-12825 (MBK)
 :

**REQUEST FOR SERVICE OF
PAPERS, RECEIPT OF NOTICES, AND INCLUSION ON NOTICE LISTS**

To the Clerk of the Bankruptcy Court the Debtor, U.S. Trustee and all other Parties-in-Interest:

**PLEASE TAKE NOTICE** that the undersigned law firm is counsel to Robert Gendelman, Executor of the Estate of Sherri Gendelman, and Robert Gendelman, in in the New Jersey MDL and for the Estate of Melissa Fleming who are parties-in-interest in the above-captioned Chapter 11 case. Pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), I respectfully in my own right request that all notices given or required to be given in this case by the Court, the Debtors, U.S. Trustee, and/or any other parties-in-interest in this case be given to me, at the address and to the person and telephone number set forth below. This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, facsimile, telegraph or otherwise.

GEOFFREY B. GOMPERS, P.C.

By: _____
GEOFFREY B. GOMPERS, ESQUIRE
1515 Market Street, Suite 1650
Philadelphia PA 19102
(215) 567-6600

Dated: 4/12/23