**GREENBERG TRAURIG, LLP**
Alan J. Brody, Esq.
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
(973) 443-3543 (Telephone)
(973) 295-1333(Facsimile)

*Co-counsel for Bausch Health*

Order Filed on April 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23-12825 (MBK) |
| Debtor. | |

**ORDER GRANTING *PRO HAC VICE* ADMISSION OF ZACHARY J. WEINER, ESQ.**

The relief set forth on the following page, numbered 2 is hereby **ORDERED.**

**DATED: April 13, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:     2
Debtor:   In re: LTL Management LLC
Case No.: 23–12825 (MBK)
Caption:  Order Granting Pro Hac Vice Admission of Zachary J. Weiner, Esq.

---

This matter having been brought before the Court on application (the "Application") for entry of an Order admitting Zachary J. Weiner, Esq., *pro hac vice*; and the Court having considered the Application and the Certification of Zachary J. Weiner, Esq.; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. Zachary J. Weiner, Esq. is permitted to appear *pro hac vice* in the above-captioned matter pursuant to D.N.J. LBR 2090-1 and L. Civ. R. 101.1(c).

2. All pleadings, briefs, and other papers filed with the Court shall be signed by Alan J. Brody or another attorney who is admitted to practice in this Court and the Courts of the State of New Jersey from the firm of Greenberg Traurig, LLP, counsel for Bausch Health US, LLC f/k/a Valeant Pharmaceuticals North America LLC, Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International, and Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc. and all of their affiliates (collectively, "Bausch Health"), who shall be held responsible for said papers and for the conduct of the attorneys admitted hereby.

3. Zachary J. Weiner, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection (the "Fund") in accordance with New Jersey Court Rule 1:28-2 and shall pay the fee required by L. Civ. R. 101.1(c)(3).

4. Zachary J. Weiner, Esq. shall be bound by the Local Rules of the United States Bankruptcy Court for the District of New Jersey and the Local Civil Rules of the United States District Court for the District of New Jersey.

5. The Clerk shall forward a copy of this Order to the Treasurer of the Fund within five (5) days of the hereof.