# **EXHIBIT A**

| Fill in this information to identify the case: |
|---|
| Debtor name:  LTL Management LLC |
| United States Bankruptcy Court for the District of New Jersey |
| Case Number (if known):  23-12825 (MBK) |

☒ Check if this is an amended filing

# Chapter 11 Case: Amended List of Law Firms with Significant Talc Claims Against the Debtor

The following is an alphabetical list of the law firms with the most significant representations of parties with talc claims against LTL Management LLC, as debtor (the "Debtor"), based on the volume of claims (the "Top Talc Counsel List").  Concurrently with this petition, the Debtor has filed a motion seeking authority to file this Top Talc Counsel List in lieu of a list of the 20 largest unsecured creditors.[1]  This list does not include any person or entity who is an "insider" under section 101(31) of title 11 of the United States Code.  The Top Talc Counsel List was prepared with information existing as of the date hereof.  The Debtor reserves the right to amend the Top Talc Counsel List based on additional information it may identify.  The information contained in the Top Talc Counsel List shall not constitute an admission by, nor shall it be binding on, the Debtor.

| | Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Andrews & Thornton** <br> **4701 Von Karman Ave.** <br> **Suite 300** <br> **Newport Beach, CA 92660** | **Anne Andrews** <br> **(800) 664-1734** | **Talc Personal Injury** | **Disputed/ Contingent/ Unliquidated** | **N/A** | **N/A** | **Unliquidated** |
| 2 | Arnold & Itkin LLP <br> 1401 McKinney St., Ste. 2250 <br> Houston, TX 77010 | Kurt Arnold, Caj Boatright, Roland Christensen, Jason Itkin <br> (713) 222-3800 <br> E-mail: <br> cboatright@arnolditkin.com <br> christensen@arnolditkin.com <br> jitkin@arnolditkin.com | Talc Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 3 | **Ashcraft & Gerel, LLP** <br> **4900 Seminary Road** <br> **Alexandria, VA 22311** | **Michelle Parfitt** <br> **(703) 931-5500** <br> **Email:** <br> **mparfitt@ashcraftlaw.com** | **Talc Personal Injury** | **Disputed/ Contingent/ Unliquidated** | **N/A** | **N/A** | **Unliquidated** |
| 4 | Aylstock, Witkin, Kreis & Overholtz, PLLC <br> 17 East Main St., Ste. 200 <br> PO Box 12630 <br> Pensacola, FL 32502 | Mary Putnick, Daniel Thornburgh <br> (850) 916-7450 <br> E-mail: <br> marybeth@putnicklegal.com <br> Dthornburgh@awkolaw.com | Talc Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 5 | **Barnes Firm** <br> **420 Lexington Ave., Ste. #2140** <br> **New York, NY 10170** | **Joe Vazquez** <br> **(800) 800-0000** <br> **E-mail:** <br> **joe.vazquez@thebarnesfirm.com** | **Talc Personal Injury** | **Disputed/ Contingent/ Unliquidated** | **N/A** | **N/A** | **Unliquidated** |
| 6 | Beasley Allen Law Firm <br> 218 Commerce Street <br> Montgomery, AL 36104 | Charlie Stern <br> (334) 269-2343 <br> E-mail: <br> charlie.stern@beasleyallen.com | Talc Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |

---

[1] This list is in substantially the same form as Official Bankruptcy Form 204 for chapter 11 cases setting forth the list of creditors, other than insiders, who have the 20 largest unsecured claims against a debtor.

Debtor Name: LTL Management LLC                                                                    Case Number (if known): 23-12825 (MBK)

| | Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Childers, Schlueter & Smith LLC<br>1932 N Druid Hills Rd., Ste. 100<br>Atlanta, GA 30319 | Richard Schlueter<br>(404) 419-9500<br>E-mail:<br>rschlueter@cssfirm.com | Talc Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 8 | **Cellino Law LLP**<br>**800 Delaware Ave.**<br>**Buffalo, NY 14209** | **Brian Goldstein**<br>**(716) 281-5618**<br>**E-mail:**<br>**brian.goldstein@cellinolaw.com** | **Talc Personal Injury** | **Disputed/ Contingent/ Unliquidated** | **N/A** | **N/A** | **Unliquidated** |
| 9 | **Driscoll Firm, LLC**<br>**1 South Church Street, 3rd Floor**<br>**Belleville, IL 62220** | **John Driscoll**<br>**(314) 932-3232** | **Talc Personal Injury** | **Disputed/ Contingent/ Unliquidated** | **N/A** | **N/A** | **Unliquidated** |
| 10 | **Golomb Spirit Grunfeld, P.C.**<br>**1835 Market St., Ste. 2900**<br>**Philadelphia, PA 19103** | **Richard Golomb**<br>**(215) 278-4449**<br>**E-mail:**<br>**rgolomb@golombhonik.com** | **Talc Personal Injury** | **Disputed/ Contingent/ Unliquidated** | **N/A** | **N/A** | **Unliquidated** |
| 11 | **Johnson Becker PLLC**<br>**444 Cedar St., Suite 1800**<br>**St. Paul, MN 55101** | **Tim Becker**<br>**(612) 436-1800** | **Talc Personal Injury** | **Disputed/ Contingent/ Unliquidated** | **N/A** | **N/A** | **Unliquidated** |
| 12 | Johnson Law Group<br>2925 Richmond Ave., Ste. 1700<br>Houston, TX 77098 | Blake Tanase, Basil Adham<br>(713) 626-9336<br>E-mail: BAdham@johnsonlawgroup.com | Talc Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 13 | **Lenze Lawyers, PLC**<br>**999 Corporate Drive, Suite 100**<br>**Ladera Ranch, California 92694** | **Jennifer Lenze**<br>**(310) 322-8800** | **Talc Personal Injury** | **Disputed/ Contingent/ Unliquidated** | **N/A** | **N/A** | **Unliquidated** |
| 14 | McDonald Worley<br>1770 St. James Place, Ste. 100<br>Houston, TX 77056 | Don Worley<br>(713) 523-5500<br>E-mail:<br>don@mcdonaldworley.com | Talc Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 15 | Miller Firm, LLC<br>108 Railroad Ave.<br>Orange, VA 22960 | Curtis G. Hoke<br>(540) 672-4224<br>E-mail:<br>choke@millermiller.com | Talc Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 16 | **Morelli Law Firm**<br>**777 3rd Ave 31st Floor,**<br>**New York, NY 10017** | **Benedict P. Morelli**<br>**(646) 779-8946** | **Talc Personal Injury** | **Disputed/ Contingent/ Unliquidated** | **N/A** | **N/A** | **Unliquidated** |
| 17 | **Motley Rice LLC**<br>**50 Clay St., Ste. 1**<br>**Morgantown, WV 26501** | **John D. Hurst**<br>**(304) 413-0457**<br>**E-mail:**<br>**jhurst@motleyrice.com** | **Talc Personal Injury** | **Disputed/ Contingent/ Unliquidated** | **N/A** | **N/A** | **Unliquidated** |
| 18 | Nachawati Law Group<br>5489 Blair Road<br>Dallas, TX 75231 | Majed Nachawati<br>(214) 890-0711<br>E-mail: mn@ntrial.com | Talc Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 19 | Napoli Shkolnik PLLC<br>919 North Market St., Ste. 1801<br>Wilmington, DE 19801 | James Heisman, Christopher LoPalo<br>(844) 230-7676<br>E-mail:<br>clopalo@napolibern.com<br>JHeisman@napliLaw.com | Talc Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |

Debtor Name: LTL Management LLC                                                                                          Case Number (if known): 23-12825 (MBK)

| | Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | OnderLaw, LLC<br>110 East Lockwood, 2nd Floor<br>St. Louis, MO 63119 | James Onder<br>(314) 963-9000<br>E-mail:<br>onder@onderlaw.com | Talc Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 21 | Pulaski Kherkher PLLC<br>2925 Richmond Avenue<br>Suite 1725<br>Houston, Texas 77098 | Adam Pulaski<br>(713) 664-4555<br>E-mail:<br>adam@pulaskilawfirm.com | Talc Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 22 | Robinson Calcagnie<br>19 Corporate Plaza Dr.<br>Newport Beach, CA 92660 | Mark P. Robinson Jr.<br>(949) 720-1288<br>E-mail:<br>mrobinson@robinsonfirm.com | Talc Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 23 | Rueb Stoller Daniel, LLP<br>1990 N. California Blvd.<br>8th Floor<br>Walnut Creek, CA 94596 | Gregory D. Rueb<br>(866) 225-5773<br>E-mail:<br>greg@lawrsd.com | Talc Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 24 | Sanders, Phillips, Grossman, LLC<br>100 Garden City Plaza<br>Garden City, NY 11530 | Marc Grossman<br>(516) 741-5600<br>E-mail:<br>mgrossman@thesandersfirm.com | Talc Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 25 | **Simmons Hanly Conroy LLC**<br>**112 Madison Avenue**<br>**New York, NY 10016** | **James Kramer**<br>**(212) 784-6400**<br>**E-mail:**<br>**jkramer@simmonsfirm.com** | **Talc Personal Injury** | **Disputed/ Contingent/ Unliquidated** | **N/A** | **N/A** | **Unliquidated** |
| 26 | **Slater Slater Schulman, LLP**<br>**488 Madison Avenue, 20th Floor**<br>**New York, NY 10022** | **Jonathan E. Schulman**<br>**(212) 922-0906** | **Talc Personal Injury** | **Disputed/ Contingent/ Unliquidated** | **N/A** | **N/A** | **Unliquidated** |
| 27 | Trammell PC<br>3262 Westheimer Rd., Ste. 423<br>Houston, TX 77098 | Fletcher V. Trammell<br>(800) 405-1740<br>E-mail:<br>fletch@trammellpc.com | Talc Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 28 | Wagstaff Law Firm<br>940 N. Lincoln Street<br>Denver, CO 80203 | Aimee Wagstaff<br>(303) 376-6360<br>E-mail:<br>awagstaff@wagstafflawfirm.com | Talc Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 29 | Watts Guerra LLP<br>4 Dominion Dr.<br>Bld 3, Suite 100<br>San Antonio, TX 78257 | Mikal Watts<br>(210) 447-0500<br>E-mail:<br>mcwatts@wattsguerra.com | Talc Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 30 | **Williams Hart Law Firm**<br>**8441 Gulf Freeway, Ste. 600**<br>**Houston, TX 77017** | **John Boundas**<br>**(713) 230-2200** | **Talc Personal Injury** | **Disputed/ Contingent/ Unliquidated** | **N/A** | **N/A** | **Unliquidated** |

**Fill in this information to identify the case and this filing:**

Debtor Name __LTL Management LLC__

United States Bankruptcy Court for the: _____ District of __New Jersey__
(State)

Case number (*If known*): __23-12825 (MBK)__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  __Amended List of Law Firms With Significant Talc Claims Against the Debtor__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/13/2023__          ✗ __/s/ John K. Kim__
                MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                __John K. Kim__
                                Printed name

                                __Chief Legal Officer__
                                Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**