| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Janet A. Shapiro, Esq.<br>The Shapiro Law Firm<br>325 N. Maple Drive, #15186<br>Beverly Hills, CA 90209<br>Tele: 323.852.0333<br>Email: jshapiro@shapirolawfirm.com<br><br>*Counsel to Employers Insurance Company of Wausau; and National Casualty Company* | Case No.:  23-12825 (MBK)<br>Chapter:  11<br><br>Judge:  Michael B. Kaplan |
| In Re:<br><br>LTL Management, LLC,<br><br>                Debtor. | [No Hearing Required] |

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Janet A. Shapiro of The Shapiro Law Firm ("Shapiro"), appears as attorney for Employers Insurance Company of Wausau and National Casualty Company, interested parties in the above-captioned bankruptcy proceeding.

    Pursuant to § 1109(b) of Title 11 of the United States Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Ms. Shapiro requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon her and that she be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

                Janet A. Shapiro
                The Shapiro Law Firm
                325 N. Maple Drive, #15186
                Beverly Hills, CA 90209

    Please take notice that neither this Notice of Appearance and Request for Notices, nor any

later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (1) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) the right to trial by jury in any proceeding related to this case or any related case or controversy; (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice; (5) an election of remedy; or (6) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or equity, under any agreements, all of which are expressly reserved.

Date: <u>April 13, 2023</u>

<u>/s/ Janet A. Shapiro</u>
The Shapiro Law Firm
325 N. Maple Drive, #15186
Beverly Hills, CA 90209
Tele: 323.852.0333
Email: jshapiro@shapirolawfirm.com