| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admission *pro hac vice* pending)<br><br>*PROPOSED ATTORNEYS FOR DEBTOR* | Order Filed on April 13, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

**ORDER SHORTENING TIME PERIOD FOR
NOTICE, SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 13, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1536488009

(Page 2)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice

After review of the application of LTL Management LLC, the above-captioned debtor (the "Debtor"), for a reduction of time for a hearing on the *Debtor's Motion for an Order Appointing Randi S. Ellis as Legal Representative for Future Talc Claimants* (the "Motion") under Fed. R. Bankr. P. 9006(c)(1), it is

**ORDERED** as follows:

1. A hearing will be conducted on the matter on  May 3, 2023  at  10:00 am  in the United States Bankruptcy Court,  402 East State Street, Trenton, NJ 08608  Courtroom No.  8 .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: (a) the Office of the United States Trustee for the District of New Jersey; (b) the top law firms representing talc claimants against the Debtor, as identified in the Debtor's chapter 11 petition; (c) counsel to the Debtor's non-debtor affiliates, Johnson & Johnson Holdco (NA) Inc. and Johnson & Johnson; and (d) the proposed Future Claimants' Representative and her proposed counsel.

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

NAI-1536488009

(Page 3)
Debtor: LTL Management LLC
Case No. 21-30589-MBK
Caption: Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice

    4.    Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

    5.    Notice by telephone:

☒ is not required

☐ must be provided to

_____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

    6.    A *Certification of Service* must be filed prior to the hearing date.

    7.    Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail ____7____ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

    8.    ☐ Court appearances are required to prosecute said motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

NAI-1536488009

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-12825-MBK
LTL Management LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Apr 13, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Apr 13 2023 20:56:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Silverstein | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants asilverstein@otterbourg.com awilliams@otterbourg.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Americas Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: Apr 13, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Allen Joseph Underwood, II
    on behalf of Creditor DeSanto Canadian Class Action Creditors aunderwood@litedepalma.com
    ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allison Meghan Brown
    on behalf of Plaintiff LTL Management LLC allison.brown@skadden.com
    wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com

Allison Meghan Brown
    on behalf of Debtor LTL Management LLC allison.brown@skadden.com
    wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com

Andrew J. Kelly
    on behalf of Creditor BCBS of Massachusetts akelly@kbtlaw.com  wsheridan@kbtlaw.com

Andrew J. Kelly
    on behalf of Interested Party BCBS of Massachusetts akelly@kbtlaw.com  wsheridan@kbtlaw.com

Andy Frankel
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
    afrankel@stblaw.com

Bethany Theriot
    on behalf of Interested Party United States of America bethany.theriot@usdoj.gov

Brian J. McCormick, Jr.
    on behalf of Creditor Various Talc Claimants bmccormick@rossfellercasey.com  earend@rossfellercasey.com

Brian J. McCormick, Jr.
    on behalf of Creditor Ross Feller Casey  LLP bmccormick@rossfellercasey.com, earend@rossfellercasey.com

Brian W. Hofmeister
    on behalf of Creditor Kellie Brewer bwh@hofmeisterfirm.com  j119@ecfcbis.com

Brian W. Hofmeister
    on behalf of Creditor Various Talc Claimants bwh@hofmeisterfirm.com  j119@ecfcbis.com

Christopher M. Placitella
    on behalf of Creditor Catherine Forbes cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Clay Thompson
    on behalf of Interested Party Various Talc Claimants cthompson@mrhfmlaw.com

Daniel Stolz
    on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Ad Hoc Committee of Creditors dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Robert Lapinski
    on behalf of Interested Party Various Talc Claimants dlapinski@motleyrice.com
    hfonseca@motleyrice.com,kdotson@motleyrice.com

David J. Molton
    on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dmolton@brownrudnick.com  hcohen@brownrudnick.com

Derek J. Baker
    on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com

Donald W Clarke
    on behalf of Creditor Ad Hoc Committee of Creditors dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

E. Richard Dressel
    on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com

James N. Lawlor
    on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com

James N. Lawlor
    on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jerome Howard Block

Case 23-12825-MBK    Doc 169    Filed 04/15/23    Entered 04/16/23 00:16:22    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Paul Crouch jblock@levylaw.com |
| Jerome Howard Block | |
| | on behalf of Interested Party Randy Derouen jblock@levylaw.com |
| John Maloney | |
| | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com |
| John M. August | |
| | on behalf of Creditor Anthony Hernandez Valadez jaugust@saiber.com rtucker@saiber.com |
| John M. August | |
| | on behalf of Creditor Various Talc Claimants jaugust@saiber.com rtucker@saiber.com |
| John W. Weiss | |
| | on behalf of Interested Party Various Talc Personal Injury Claimants jweiss@pashmanstein.com |
| John Zachary Balasko | |
| | on behalf of Interested Party United States of America john.z.balasko@usdoj.gov |
| Kenneth A. Rosen | |
| | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. krosen@lowenstein.com dclaussen@lowenstein.com |
| Lauren Bielskie | |
| | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Leah Cylia Kagan | |
| | on behalf of Interested Party Various Talc Claimants lkagan@sgptrial.com |
| Louis A. Modugno | |
| | on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party The Insurance Company of the State of Pennsylvania Philadelphia lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh Pa. lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com |
| Mitchell Malzberg | |
| | on behalf of Creditor Various Talc Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com |
| Moshe Maimon | |
| | on behalf of Interested Party Various Talc Claimants mmaimon@levylaw.com mmastrogiacomo@levylaw.com |
| Paul R. DeFilippo | |
| | on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | |

| | |
|---|---|
| | on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com |
| Richard G. Haddad | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants rhaddad@otterbourg.com akramer@otterbourg.com;awilliams@otterbourg.com;pmcternan@otterbourg.com |
| Robin Rabinowitz | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) rrabinowitz@lawgmm.com |
| Sommer Leigh Ross | on behalf of Interested Party The Insurance Company of the State of Pennsylvania Philadelphia slross@duanemorris.com, AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party New Hampshire Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party The North River Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party RheinLand Versicherungen slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Atlanta International Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Starr Indemnity & Liability Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party AIG Property Casualty Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party AIU Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Lexington Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party New Jersey Coverage Action Plaintiff-Insurers slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Granite State Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party AIG Europe S.A. slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party ASR Schadeverzekering N.V. slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh Pa. slross@duanemorris.com, AutoDocketWILM@duanemorris.com |
| Stephen M. Packman | on behalf of Attorney Roger Frankel as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com |
| Stephen V. Gimigliano | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) sgimigliano@lawgmm.com |
| Suzanne Ratcliffe | on behalf of Interested Party Various Talc Claimants sratcliffe@mrhfmlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Walter Benzija | on behalf of Creditor The Blue Cross Blue Shield Association wbenzija@halperinlaw.net mmurrayhbb@outlook.com |

TOTAL: 79