UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Otterbourg P.C.
230 Park Ave.
New York, New York 10169
212-661-9100
Proposed Co-Counsel to the Official Committee of Talc Claimants
Richard G. Haddad

In Re:

LTL MANAGEMENT, LLC,

                                               Debtor.

Case No.:    23-12825

Chapter:    11

Hearing Date: _____

Judge:    Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter: #104-Notice of Appearance on behalf of Ad Hoc Committee of Certain Talc Claimants.

Date: April 17, 2023

/s/ Richard G. Haddad
Signature

*rev.8/1/15*