UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Otterbourg P.C.
230 Park Ave.
New York, New York 10169
212-661-9100
Proposed Co-Counsel to the Official Committee of Talc Claimants
Adam C. Silverstein

In Re:

LTL MANAGEMENT, LLC[1],

Debtor.

Case No.:    23-12825

Chapter:    11

Judge:    Michael B. Kaplan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Co-Counsel to the Official Committee of Talc Claimants. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Adam C. Silverstein
Otterbourg P.C.
230 Park Ave.
New York, New York 10169
212-661-9100
asilverstein@otterbourg.com

DOCUMENTS:
☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: April 17, 2023                 /s/ Adam C. Silverstein
                                         Signature

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.