Stephen V. Gimigliano
John Maloney
Robin Rabinowitz
**GIMIGLIANO MAURIELLO & MALONEY**
A Professional Association
163 Madison Avenue, Suite 500
P.O. Box 1449
Morristown, New Jersey 07962-1449
(973) 946-8360

Andrew T. Frankel
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

Attorneys for Travelers Casualty and Surety Company
(f/k/a The Aetna Casualty and Surety Company)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>Hon. Michael B. Kaplan |

**<u>APPLICATION FOR AN ORDER FOR ADMISSION PRO HAC VICE</u>**

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District

Court for the District of New Jersey and Rule 9010-1 of the United States Bankruptcy Court,

District of New Jersey, the undersigned counsel hereby seeks entry of an ordering granting the

admission *pro hac vice* of Kathrine A. McLendon of the law firm of Simpson Thacher & Bartlett

LLP to represent Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety

Company) in the above-captioned chapter 11 case.  In support of the application, counsel submits

the attached Certification of Kathrine A. McLendon, and requests that the proposed form of

order submitted herewith be entered.  Counsel certifies that he is admitted, practicing, and a

member in good standing of the Bar of the State of New Jersey.

By: */s/John Maloney*

John Maloney
GIMIGLIANO MAURIELLO & MALONEY
A Professional Association
163 Madison Avenue, Suite 500
P.O. Box 1449
Morristown, New Jersey 07962-1449
(973) 946-8360
jmaloney@lawgmm.com

Attorneys for Travelers Casualty and
Surety Company (f/k/a The Aetna
Casualty and Surety Company)

Dated:  April 17, 2023