John M. August, Esq.
jaugust@saiber.com
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel: (973) 622-8401

-and-

Joseph D. Satterley, Esq.
jsatterley@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Tel: (510) 302-1000

*Counsel for Anthony Hernandez Valadez*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 23-12825 (MBK) |
| | : | |
| Debtor. | : | Judge: Michael B. Kaplan |
| | : | |

## CERTIFICATE OF SERVICE

1.  I, _____ E. A. Pawek _____ :

☐ represent _____ in this matter.

☒ am the secretary/paralegal for _____ Joseph D. Satterley _____, who represents

_____ Anthony Hernandez Valadez _____ in this matter.

☐ am the _____ in this case an am representing myself.

2.  On _____April 17, 2023_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.


**MOVANT'S REPLY TO DEBTOR'S ORAL OBJECTIONS TO HIS MOTION FOR AN ORDER (I) GRANTING RELIEF FROM THE AUTOMATIC STAY, THIRD AMENDED EX PARTE TEMPORARY RESTRAINING ORDER, AND ANTICIPATED PRELIMINARY INJUNCTION, AND (II) WAIVING THE FOURTEEN DAY STAY UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(a)(3)**

**DECLARATION OF JOSEPH D. SATTERLEY**


3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.




Date:   April 17, 2023              _____/s/ E. A. Pawek_____
                                    Signature

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Paul R. DeFilippo<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, NY 10110<br>pdefilippo@wmd-law.com | Attorneys for Debtor; | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| James N. Lawlor<br>jlawlor@wmd-law.com | Attorneys for Debtor | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Kenneth A. Rosen<br>krosen@lowenstein.com | Attorneys for Debtor | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Allison Meghan Brown<br>allison.brown@skadden.com | Plaintiff LTL Management LLC | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Derek J. Baker<br>dbaker@reedsmith.com | Attorneys for Cyprus Mines Corporation | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John Zachary Balasko<br>john.z.balasko@usdoj.gov | On behalf of Creditor UNITED STATES OF AMERICA | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Walter Benzija<br>wbenzija@halperinlaw.net | Attorneys for Blue Cross Blue Shield Association | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Lauren Bielskie<br>lauren.bielskie@usdoj.gov | Attorneys for U.S. Trustee | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jerome Block<br>jblock@levylaw.com | Attorneys for Levy Konigsberg, LLP | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Alan J. Brody<br>brodya@gtlaw.com | Attorneys for Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Donald W. Clarke<br>dclarke@genovaburns.com | Attorneys for Official Committee of Talc Claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| E. Richard Dressel<br>rdressel@lexnovalaw.com | On behalf of Creditor Evan Plotkin and Creditor Giovanni Sosa | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Andrew T. Frankel<br>afrankel@stblaw.com | Attorneys for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Stephen V. Gimigliano<br>sgimigliano@lawgmm.com | Attorneys for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Geoffrey B. Gompers<br>gompers@gomperslaw.com | | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Richard G. Haddad<br>rhaddad@otterbourg.com | | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Brian W. Hofmeister<br>bwh@hofmeisterfirm.com | Attorneys for Law Firm of Brian W. Hofmeister on behalf of various claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Leah Cylia Kagan<br>lkagan@sgptrial.com | | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Andrew J. Kelly<br>akelly@kbtlaw.com | Attorneys for Blue Cross Blue Shield of Massachusetts, Inc. | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Daniel Lapinski<br>dlapinski@motleyrice.com | Attorneys for Motley Rice LLC | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Moshe Maimon<br>mmaimon@levylaw.com | On behalf of Levy Konigsberg LLP | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| John Maloney<br>jmaloney@lawgmm.com | Attorneys for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Mitchell Malzberg<br>mmalzberg@mjmalzberglaw.com | On behalf of Various Creditor Claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Brian J. McCormick<br>bmccormick@rossfellercasey.com | Attorneys for Ross Feller Casey LLP | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Louis A. Modugno<br>lmodugno@tm-firm.com | | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David J. Molton<br>dmolton@brownrudnick.com | Attorneys for Committee of Talc Claimants | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Stephen M. Packman<br>spackman@archerlaw.com | Attorneys for Roger Frankel, as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Christopher M. Placitella<br>cplacitella@cprlaw.com | Attorneys for Cohen, Placitella & Roth, P.C. | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Robin Rabinowitz<br>rrabinowitz@lawgmm.com | Attorneys for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Suzanne Ratcliffe<br>sratcliffe@mrhfmlaw.com | On behalf of Creditor Jan Deborah Michelson-Boyle and Creditor Katherine Tollefson | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Colin R. Robinson<br>crobinson@pszjlaw.com | Attorneys for Arnold & Itkin LLP | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Sommer Leigh Ross<br>slross@duanemorris.com | Attorneys for Republic Indemnity Company of America | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Janet A. Shapiro<br>jshapiro@shapirolawfirm.com | Attorneys for Employers Ins. Co. of Wausau; Employers Mutual Casualty Company; Nationwide Indemnity; Scottsdale Insurance | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Adam C. Silverstein<br>asilverstein@otterbourg.com | Attorneys for Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi-District Litigation | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jeffrey M. Sponder<br>jeffrey.m.sponder@usdoj.gov | Attorneys for U.S. Trustee | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Daniel Stolz<br>dstolz@genovaburns.com | Attorneys for Official Committee of Talc Claimants | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Bethany Theriot<br>bethany.theriot@usdoj.gov | Creditor United States of America | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Clay Thompson<br>cthompson@mrhfmlaw.com | On behalf of Creditor Jan Deborah Michelson-Boyle, Creditor Katherine Tollefson and Interested Party Maune Raichle Hartley French & Mudd, LLC | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| US Trustee<br>USTPRegion03.NE.ECF@usdoj.gov | US Trustee | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Allen J. Underwood, II<br>aunderwood@litedepalma.com | On behalf of Attorney Lite DePalma Greenberg & Afandaor LLC, Creditor DeSanto Canadian Class Action Plaintiffs and Creditor DiSanto Canadian Class Action Creditors | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| John W. Weiss<br>jweiss@pashmanstein.com | | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Epiq Corporate Restructuring, LLC<br>777 Third Avenue<br>12th Floor<br>New York, NY 10017 | | ☐ Hand-Delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Fidelma Fitzpatrick<br>Motley Rice LLC<br>40 Westminster Street<br>5th Floor<br>Providence, RI 02903 | | ☐ Hand-Delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Autumn D Highsmith<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548 | | ☐ Hand-Delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |
| Jonathan Orent<br>Motley Rice LLC<br>40 Westminster Street<br>5th Floor<br>Providence, RI 02903 | | ☐ Hand-Delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |