| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**KLEHR HARRISON HARVEY BRANZBURG, LLP**<br>Carol Ann Slocum, Esquire<br>10000 Lincoln Drive East, Suite 201<br>Marlton, New Jersey 08053<br>(856) 486-6961<br>cslocum@klehr.com<br>Attorneys for Maune Raichle Hartley<br>   French & Mudd LLC | Case No.: 23-12825 (MBK)<br><br>Chapter: 11<br><br>The Honorable Michael B. Kaplan, Chief Judge |
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br>                                Debtor | **APPLICATION FOR AN ORDER FOR ADMISSION *PRO HAC VICE* OF THOMAS W. WALDREP, JR.** |

Pursuant to Rule 101.1 of the Local Civil Rules for the U.S. District Court for the District of New Jersey and Rule 9010-1 of the U.S. Bankruptcy Court for the District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission pro hac vice of Thomas W. Waldrep, Jr., of the law firm Waldrep Wall Babcock & Bailey PLLC, 370 Knollwood Street, Suite 600, Winston-Salem, North Carolina 27103 to represent the law firm of Maune Raichle Hartley French & Mudd, LLC in the above Chapter 11 case.

In support of the application, counsel submits the attached Certification of Thomas W. Waldrep, Jr. and requests that the proposed form of order submitted herewith be entered. Counsel certifies that she is admitted, practicing and a member in good standing with the Bar of the State of New Jersey and is admitted to practice before the U.S. District Court for the District of New Jersey.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Unless requested by other parties, no oral argument is requested. A proposed form of Order is submitted herewith.

                                                Respectfully submitted,

                                                KLEHR HARRISON HARVEY
                                                   BRANZBURG, LLP

Dated: April 17, 2023                    /s/ Carol Ann Slocum
                                               Carol Ann Slocum, Esquire
                                               10000 Lincoln Drive East, Suite 201
                                               Marlton, NJ  08053
                                               Telephone:  (856) 486-7900
                                               Fax:  (856) 486-4875
                                               cslocum@klehr.com

                                               Counsel for Maune Raichle Hartley
                                               French & Mudd LLC