| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**KLEHR HARRISON HARVEY**<br>**BRANZBURG, LLP**<br>Carol Ann Slocum, Esquire<br>10000 Lincoln Drive East, Suite 201<br>Marlton, New Jersey 08053<br>(856) 486-6961<br>cslocum@klehr.com<br>Attorneys for Maune Raichle Hartley<br>  French & Mudd LLC | Case No.: 23-12825 (MBK)<br><br>Chapter: 11<br><br>The Honorable Michael B. Kaplan, Chief Judge |
| In re:<br><br>LTL MANAGEMENT, LLC,<br><br><div align="right">Debtor</div> | **CERTIFICATION OF THOMAS W. WALDREP, JR. IN SUPPORT OF HIS APPLICATION FOR ADMISSION PRO HAC VICE PURSUANT TO RULE 9010-l(b)(2)** |

THOMAS W. WALDREP, JR. hereby certifies to this Court as follows:

1.    I am a partner at the law firm of Waldrep Wall Babcock & Bailey PLLC, which maintains principal law offices at 370 Knollwood Street, Suite 600, Winston-Salem, North Carolina 27103.

2.    I am licensed to practice law and a member of the bar of the state of North Carolina.

3.    I am not under suspension, disbarment, or pending discipline in any court of jurisdiction in which I practice.

4.    I understand any attorney admitted to practice pro hac vice within the Federal District Court for the District of New Jersey is subject to the disciplinary jurisdiction of the District Court and is bound by the Rules of Professional Conduct.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: April 17, 2023          /s/ Thomas W. Waldrep, Jr.
                               Thomas W. Waldrep, Jr.

10469112.v1