SIMON GREENSTONE PANATIER, PC
1201 Elm Street, Suite 3400
Dallas, TX 75270
Tel: (214) 276-7680
Leah C. Kagan (NJ ID No. 013602009)
lkagan@sgptrial.com

*Counsel for Various Mesothelioma Talc Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**MESOTHELIOMA CLAIMANTS' JOINDER TO OBJECTION OF THE OFFICIAL COMMITTEE OF TALC CLAIMANTS TO DEBTOR'S MOTION FOR AN ORDER (I) DECLARING THAT THE AUTOMATIC STAY APPLIES OR EXTENDS TO CERTAIN ACTIONS AGAINST NON-DEBTORS, (II) PRELIMINARILY ENJOINING SUCH ACTIONS, AND (III) GRANTING A TEMPORARY RESTRAINING ORDER EX PARTE PENDING A HEARING ON A PRELIMINARY INJUNCTION**

The below law firm signatories herein (jointly "Mesothelioma Claimants Counsel"),[1] on behalf of their various talc mesothelioma claimants ("Mesothelioma Claimants") through their undersigned counsel, hereby submit this Joinder Objection to the objection filed by the Official Committee of Talc Claimants ("TCC") in the above-captioned case, objecting to the motion of Debtor LTL Management, LLC ("Debtor") for an Order (I) Declaring That the Automatic Stay Applies or Extends to Certain Actions Against Non-Debtors, (II) Preliminarily Enjoining Such Actions, and (III) Granting a Temporary Restraining Order *Ex Parte* Pending a Hearing on a Preliminary Injunction [Dkt. 39.], which is incorporated herein by reference. For the reasons cited

---

[1] The Mesothelioma Claimants Counsel collectively represent over a thousand Mesothelioma Claimants, both filed and unfiled.

1

in the TCC Objection, the Mesothelioma Claimants respectfully request that this Court deny Debtor's motion in its entirety, and for such other relief as to which Mesothelioma Claimants may be entitled.

Further, the Mesothelioma Claimants continue to object to Debtor's assertion that "the proposed plan of reorganization agreed to by thousands of claimants" being "in the best interest of all parties." [Debtor's Statement Regarding Refiling of Chapter 11 Case. Dkt. 3 at 9.] There continues to be no support provided for the assertion that 60,000 "claimants" have supported the Debtor's proposed plan.[2] Moreover, the Mesothelioma Claimants were not involved in, do not support, and assert it is not in their best interest to extinguish their 7th Amendment rights to a trial by jury. The Mesothelioma Claimants reserve their rights to modify or supplement this Joinder as necessary and appropriate.

Dated: April 17, 2023

**SIMON GREENSTONE PANATIER, P.C.**

  */s/ Leah C. Kagan*
Leah C. Kagan (NJ ID No. 013602009)
1201 Elm Street, Suite 3400
Dallas, TX 75270
lkagan@sgptrial.com

-and-

**WATERS, KRAUS & PAUL**

  */s/ Charles Siegel*
Charles Siegel
3141 Hood Street, Suite 200
Dallas, TX 75219
siegel@waterskraus.com

---

[2] Debtor's Statement Regarding Refiling of Chapter 11 Case. [Dkt. 3 at 2.]

2

-and-

**FROST LAW FIRM, P.C.**

   */s/ Scott L. Frost*
Scott L. Frost
273 West 7th Street
San Pedro, CA 90731
scott@frostlawfirm.com

-and-

**COHEN, PLACITELLA & ROTH**

   */s/ Christopher M. Placitella*
Christopher M. Placitella
127 Maple Avenue
Red Bank, NJ 07701
cplacitella@cprlaw.com

-and-

**BELLUCK & FOX, LLP**

   */s/ Joseph Belluck*
Joseph Belluck
546 5th Avenue, 5th Floor
New York, NY 10036
jbelluck@belluckfox.com

-and-

**MAUNE RAICHLE HARTLEY
     FRENCH & MUDD, LLC**

   */s/ Clayton L. Thompson*
Clayton L. Thompson
150 W. 30th Street, Suite 201
New York, NY 10001
cthompson@mrhfmlaw.com

3

-and-

**NEMEROFF LAW FIRM**

   */s/ Rick Nemeroff*
Rick Nemeroff
5532 Lillehammer Lane, Suite 100
Park City, UT 84098
ricknemeroff@nemerofflaw.com

-and-

**DEAN OMAR BRANHAM & SHIRLEY, LLP**

   */s/ Jessica Dean*
Jessica Dean
302 N. Market Street, Suite 300
Dallas, TX 75202
jdean@dobslegal.com

-and-

**SERLING & ABRAMSON, P.C.**

   */s/ Eric Abramson*
Eric Abramson
280 N. Old Woodward Ave., Suite 406
Birmingham, Michigan 48009
eabramson@serlinglaw.com

-and-

**LIPSITZ, PONTERIO & COMERFORD, LLC**

   */s/ John P. Comerford*
John P. Comerford
424 Main Street, Suite 1500
Buffalo, NY 14202
jpc@lipsitzponterio.com

4

-and-

**THE LAW OFFICES OF WORTHINGTON & CARON, P.C.**

   */s/ John M. Caron*
John M. Caron
273 W. 7th Street
San Pedro, CA 90731
john@worthington-caron.com

-and-

**SATTERLEY & KELLEY, PLLC**

   */s/ Paul J. Kelley*
Paul J. Kelley
8700 Westport Road, Suite 202
Louisville, KY 40242
pkelley@satterleylaw.com

-and-

**REBECCA S. VINOCUR, P.A.**

   */s/ Rebecca S. Vinocur, P.A.*
Rebecca S. Vinocur
5915 Ponce De Leon Blovd., Suite 14
Coral Gables, FL 33146
rvinocur@rsv-law.com

-and-

**NASS CANCELLIERE**

   */s/ Casey Ryan Coburn*
Casey Ryan Coburn
1500 JFK Blvd., Suite 404
Philadelphia, PA 19102

ccoburn@nasscancelliere.com

-and-

**ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC**

*/s/ J. David Butler*
J. David Butler
Post Office Box 3088
Aiken, SC 29802
dbutler@rpwb.com

-and-

**THE HOFFMAN LAW FIRM**

*/s/ Shepard A. Hoffman*
Shepard A. Hoffman
8226 Douglas Avenue, Suite 740
Dallas, TX 75225
shoffman@shephoffman.com

-and-

**EARLY LUCARELLI SWEENEY AND MEISENKOTHEND, LLC**

*/s/ Ethan Early*
Ethan Early
360 Lexington Ave., 20th Floor
New York, NY 10017
eearly@elslaw.com

-and-

**THORNTON LAW FIRM, LLP**

   */s/ Leslie-Anne Taylor*
Leslie-Anne Taylor
One Lincoln Street, 13th Floor
State Street Financial Center
Boston, MA 02111
ltaylor@tenlaw.com


-and-


**GOLDBERG PERSKEY & WHITE, P.C.**

   */s/ Bruce Mattock*
Bruce Mattock
11 Stanwix St., Suite 1800
Pittsburgh, PA 15222
bmattock@gpwlaw.com


-and-


**SIMMONS HANLY CONROY, LLC**

   */s/ Christopher Guinn*
Christopher Guinn
One Court Street
Alton, IL 62002
cguinn@simmonsfirm.com


-and-


**BERGMAN DRAPER OSLUND UDO, PLLC**

   */s/ Brendan Little*
Brendan Little
821 2nd Avenue, Suite 2100
Seattle, WA 98104
brendan@bergmanlegal.com

-and-

**KARST & VON OISTE, LLP**

   */s/ Eric Karst*
Eric Karst
23923 Gosling Road, Suite A
Spring, TX 77389
epk@karstvonoiste.com

-and-

**MEIROWITZ & WASSERBERG, LLP**

   */s/ Daniel Wasserberg*
Daniel Wasserberg
1040 Sixth Avenue, Suite 12B
New York, NY 10018
dwasserberg@mwinjurylaw.com

-and-

**MICHIE HAMLETT, PLLC**

   */s/ Greg Webb*
Greg Webb
310 4th Street NE
PO Box 298
Charlottesville, VA 22902
gwebb@michiehamlett.com

-and-

**THE GORI LAW FIRM**

   */s/ Beth Gori*
Beth Gori
156 N Main Street
Edwardsville, IL 62025

beth@gorilaw.com

-and-

**COONEY & CONWAY**

   */s/ Kathy Byrne*
Kathy Byrne
120 N. Lasalle Street, Suite 3000
Chicago, IL 60602
kbyrne@cooneyconway.com

-and-

**PEARCE LEWIS**

   */s/ Stuart B. Lewis*
Stuart B. Lewis
423 Washington Street, Suite 510
San Francisco, CA 94111
stuart@pearcelewis.com

-and-

**FLINT COOPER, LLC**

   */s/ Ethan Flint*
Ethan Flint
222 E Park Street #500
Edwardsville, IL 62025
eflint@flintcooper.com

-and-

**LANDRY & SWARR, LLC**

   */s/ Frank Swarr*
Frank Swarr
1100 Poydras Street

New Orleans, LA 70163
fswarr@landryswarr.com

-and-

**MADEKSHO LAW FIRM**

   */s/ Christopher Madeksho*
Christopher Madeksho
5950 Canoga Ave., #600
Woodland Hills, CA 91367
cmadeksho@madeksholaw.com

-and-

**STEPHEN J. AUSTIN, LLC**

   */s/ Stephen J. Austin*
Stephen J. Austin
1 Galleria Blvd., Suite 1900
Metairie, LA 70001
stephen@stephenjaustin.com

-and-

**MANDELBROT LAW FIRM**

   */s/ Michael J. Mandelbrot*
Michael J. Mandelbrot
1223 Grant Ave., Suite C
Novato, CA 94945
mandelbrot@asbestoslegalcenter.org

-and-

**LAW OFFICE OF PHILIP C. HOFFMAN**

   */s/ Philip C. Hoffman*
Philip C. Hoffman
643 Magazine Street, Suite 300A

New Orleans, LA 70130
phil@pchlawfirm.com

-and-

**DUFFY LAW, LLC**

   */s/ Christopher P. Duffy*
Christopher P. Duffy
Masonic Temple Building
70 Washington Street, Suite 405
Salem, MA 01970
duffy@cpduffylaw.com

-and-

**THE LAW OFFICES OF JUSTINIAN C. LANE, ESQ., PLLC**

   */s/ Justinian C. Lane*
Justinian C. Lane
8201 164th Avenue NE, Suite 200
Redmond, WA 98052
justinian@justinian.us

-and-

**BEVAN & ASSOCIATES, LPA**

   */s/ Thomas W. Bevan*
Thomas W. Bevan
6555 Dean Memorial Parkway
Boston Heights, OH 44236
tbevan@bevanlaw.com

-and-

**BUCK LAW FIRM**

   */s/ Rob Buck*
Rob Buck
P.O. Box 921429
Peachtree Corners, GA 30010
rbuck@buckfirm.com

-and-

**SIEBEN POLK, P.A.**

   */s/ Chad Alexander*
Chad Alexander
2600 Eagan Woods Dr., Suite 50
Eagan, MN 55121
calexander@siebenpolklaw.com

-and-

**HARTY JEWELL, PLLC**

   */s/ William W.C. Harty*
William W.C. Harty
P.O. Box 275
Seaford, VA 23696
will@hartyjewell.com

-and-

**GALIHER DEROBERTIS & WAXMAN**

   */s/ Ilana Waxman*
Ilana Waxman
820 Mililani Street, Suite 505
Honolulu, HI 96813
ilana.waxman@galiherlaw.com

-and-

**MCDERMOTT & HICKEY, LLC**

  /s/ *Christopher J. Hickey*
Christopher J. Hickey
20525 Center Ridge Road, Suite 200
Rocky River, OH 44116
chip@mesohio.com


-and-


**WILENTZ, GOLDMAN & SPITZER, P.A.**

  /s/ *Kevin M. Berry*
Kevin M. Berry
14 Wall Street, Suite 6B
New York, NY 10005
kberry@wilentz.com


-and-


**CHANDLER MCNULTY, LLP**

  /s/ *Troy D. Chandler*
Troy D. Chandler
4545 Bissonnet, Suite 280
Houston, TX 77401
troy@chandlermcnulty.com


-and-


**VINSON LAW, P.A.**

  /s/ *Ben A. Vinson, Jr.*
Ben A. Vinson, Jr.
5505 W. Gray Street
Tampa, FL 33609
ben@vinsonlaw.com

    -and-

**BRAYTON PURCELL, LLP**

    */s/ Gilbert Purcell*
Gilbert Purcell
222 Rush Landing Road
Novato, CA 94945
gpurcell@braytonlaw.com

    -and-

**HENDLER FLORES LAW**

    */s/ Scott Hendler*
Scott Hendler
901 S. MoPac Expressway
Building 1, Suite 300
Austin, TX 78746
shendler@hendlerlaw.com