| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption In Compliance With D.N.J. LBR 9004-1<br><br>**CLYDE & CO US LLP**<br>Konrad R. Krebs, Esq.<br>340 Mt. Kemble Ave. \| Suite 300<br>Morristown, NJ 07960<br>Telephone: (973) 210-6705<br>Email: konrad.krebs@clydeco.us<br><br>*Attorneys for The Continental Insurance Company, as successor in interest to Harbor Insurance Company and London Guarantee and Accident Company of New York* | |
| In Re:<br><br>LTL MANAGEMENT, LLC,<br><br>            Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>Judge: Hon. Michael B. Kaplan |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below appear as counsel for The Continental Insurance Company, as successor in interest to Harbor Insurance Company and London Guarantee and Accident Company of New York ("Continental"), and, pursuant to Bankruptcy Rules 2002, 9007, and 9010, the undersigned request that the Clerk of Court enter the following names and addresses on the general matrix for this case, and on all special or limited matrices, and request that copies of all notices, whether given pursuant to Bankruptcy Rule 2002

or otherwise, and all orders and other pleadings and papers in this case be given and sent to the following:

>Konrad R. Krebs, Esq.
>CLYDE & CO US LLP
>340 Mt. Kemble Ave. | Suite 300
>Morristown, NJ 07960
>Telephone: (973) 210-6705
>E-mail:  konrad.krebs@clydeco.us
>
>Clinton E. Cameron, Esq. (*pro hac vice pending*)
>Meghan Dalton, Esq.  (*pro hac vice pending*)
>CLYDE AND CO US LLP
>55 West Monroe Street
>Suite 3000
>Chicago, IL 60603
>Telephone: (312) 635-6938
>E-mail: clinton.cameron@clydeco.us
>        meghan.dalton@clydeco.us
>
>David Christian, Esq. (*pro hac vice pending*)
>DAVID CHRISTIAN ATTORNEYS LLC
>105 W. Madison St., Suite 1400
>Chicago, IL 60602
>Telephone: (312) 282-5282
>Email: dchristian@dca.law

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Continental (i) right to have final orders in non-core matters entered only after de novo review by a higher

court, (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Continental is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Respectfully submitted,

Dated: April 18, 2023

**CLYDE & CO US LLP**

By: */s/ Konrad R. Krebs*
Konrad R. Krebs (NJ Bar No. 118882014)
340 Mt. Kemble Ave., Suite 300
Morristown, NJ 07960
Telephone: (973) 210-6705
Facsimile: (973) 210-6701
E-mail: konrad.krebs@clydeco.us

*Attorneys for The Continental Insurance Company, as successor in interest to Harbor Insurance Company and London Guarantee and Accident Company of New York*