| | |
|---|---|
| **United States Bankruptcy Court**<br>**District Of New Jersey**<br><br>Caption In Compliance With D.N.J. LBR 9004-1<br><br>**Duane Morris LLP**<br>**A Delaware Limited Liability Partnership**<br>Sommer L. Ross, Esquire<br>Duane Morris LLP<br>1940 Route 70 East, Suite 100<br>Cherry Hill, NJ 08003-2171<br>Telephone: (856) 874-4200<br>Facsimile: (856) 424-4446<br>Email: SLRoss@duanemorris.com<br><br>*Counsel for Republic Indemnity Company of America* | |
| In Re:<br><br>LTL Management LLC,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 23-12825<br><br>Judge: Michael B. Kaplan |

**CERTIFICATION OF PHILIP R. MATTHEWS, ESQ. IN SUPPORT OF
APPLICATION FOR ADMISSION *PRO HAC VICE***

      Pursuant to LBR 9010-1 and 7007-1, I, Philip R. Matthews, hereby certify as follows in support of the application for admission *pro hac vice* that has been filed on my behalf:

      1.    I am eligible for admission to this Court, am admitted to practice in and am a member in good standing of the following state and federal bars:

| State or Federal Jurisdiction | Admission Date |
|---|---|
| California | May 31, 1978 |
| USDC Northern District of California | July 13, 1978 |
| USDC Eastern District of California | November 26, 1980 |
| USDC Southern District of California | July 19, 1992 |
| USDC Central District of California | October 2007 |

DM3\9564144.1

| United States Supreme Court | December 2017 |
|---|---|
| US Court of Appeals 9th Circuit | August 16, 1978 |

2. There are no disciplinary proceedings pending against me and no discipline has ever been imposed against me.

3. I agree to be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey and that I will submit to the disciplinary jurisdiction of this Court for any alleged misconduct during the course of this case.

4. I will arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which I continue to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, as well as arranging for the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey within twenty (20) days of the date of the entry of an Order granting my Application.

I declare under penalty that the foregoing is true and correct.

*/s/ Philip R. Matthews*
Philip R. Matthews, Esq.

Dated: April 18, 2023