| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Tobey M. Daluz, Esquire<br>Leslie C. Heilman, Esquire<br>Laurel D. Roglen, Esquire<br>Margaret A. Vesper, Esquire<br>**BALLARD SPAHR LLP**<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>E-mail:daluzt@ballardspahr.com<br>         heilmanl@ballardspahr.com<br>         roglenl@ballardspahr.com<br>         vesperm@ballardspahr.com<br><br>*Counsel for Albertsons Companies, Inc.* | |
| In Re:<br><br>LTL MANAGEMENT, LLC[1]<br><br>           Debtor. | Case No.: 23-12825 (MBK)<br><br>Chapter 11<br><br>Judge Michael B. Kaplan |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that in accordance with Fed. R. Bankr. P. 9010(b) the below counsel enters an appearance in this case on behalf of Albertsons Companies, Inc. Request is made that the documents filed in this case and identified below be served on the below listed counsel at the addresses indicated:

>Tobey M. Daluz, Esquire
>Leslie C. Heilman, Esquire
>Laurel D. Roglen, Esquire
>Margaret A. Vesper, Esquire
>BALLARD SPAHR LLP
>919 N. Market Street, 11th Floor
>Wilmington, Delaware 19801-3034

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

        Telephone: (302) 252-4465
        Facsimile: (302) 252-4466
        E-mail:daluzt@ballardspahr.com
            heilmanl@ballardspahr.com
            roglenl@ballardspahr.com
            vesperm@ballardspahr.com

DOCUMENTS:

 x    All notices entered pursuant to Fed. R. Bankr. P. 2002.

 x    All documents and pleadings of any nature.

Date: April 18, 2023                    Respectfully Submitted,

                                        */s/ Leslie C. Heilman*
                                        Tobey M. Daluz, Esquire
                                        Leslie C. Heilman, Esquire
                                        Laurel D. Roglen, Esquire
                                        Margaret A. Vesper, Esquire
                                        **BALLARD SPAHR LLP**
                                        919 N. Market Street, 11th Floor
                                        Wilmington, DE 19801
                                        Telephone: (302) 252-4465
                                        E-mail:daluzt@ballardspahr.com
                                              heilmanl@ballardspahr.com
                                              roglenl@ballardspahr.com
                                              vesperm@ballardspahr.com

                                        *Counsel for Albertsons Companies, Inc.*