**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admissions *pro hac vice* pending)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Hon. Michael B. Kaplan |

**CERTIFICATION OF PAUL R. DeFILIPPO IN SUPPORT OF APPLICATION**
**FOR ADMISSION OF ATTORNEY *PRO HAC VICE* OF STEPHANIE A. WEAVER**

I, Paul R. DeFilippo, of full age, hereby certify as follows:

1. I am a partner with the law firm of Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110. I am admitted to practice law in the State of New Jersey and the United States District Court for the District of New Jersey.

2. I make this Certification in support of the application of Stephanie A. Weaver to practice before this court *pro hac vice* pursuant to D.N.J LBR 2090-1. The facts contained in the

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Case 23-12825-MBK    Doc 232-1    Filed 04/19/23    Entered 04/19/23 14:38:43    Desc
Certification of Paul R. DeFilippo    Page 2 of 2

2

Certification of Ms. Weaver's are true and correct to the best of my knowledge, information, and belief.

    3.     I am proposed co-counsel of record in this matter and will work closely with Ms. Weaver.  As proposed co-counsel of record, I will sign all pleadings, briefs, and other papers filed with the Court and understand that I will be held responsible for Ms. Weaver and the conduct of this case.

    4.     I certify that the foregoing statements are true to the best of my knowledge, information, and belief under penalty of perjury.

Dated:  April 19, 2023

                                                                               */s/ Paul R. DeFilippo*
                                                                                  Paul R. DeFilippo