**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admissions *pro hac vice* pending)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| | Judge: Hon. Michael B. Kaplan |
| Debtor. | |

## CERTIFICATION OF STEPHANIE A. WEAVER IN SUPPORT OF APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Stephanie A. Weaver, of full age, hereby certify as follows:

1.      I am an associate with the law firm of Wollmuth Maher & Deutsch LLP, 500

Fifth Avenue, New York, New York 10110.

2.      I make this certification in connection with my application to be admitted *pro hac*

*vice* in the above captioned bankruptcy case to represent Debtor, LTL Management LLC as

proposed co-counsel.

---

[1]      The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

3.      I am a member in good standing of the bars of the following courts, to which I

was admitted in the years indicated:  New York State Court (2023).

4.      I am not under suspension or disbarment by any court.

5.      I have no disciplinary proceeding pending against me in any jurisdiction, and no

discipline has previously been imposed on me in any jurisdiction.

6.      I have been advised of my obligation to make payments of an annual fee to the

New Jersey Lawyers Fund For Client Protection in accordance with New Jersey Court Rule

1:28-2, in connection with my admission *pro hac vice* before this Court.

7.      I have familiarized myself with the Local Rules of Bankruptcy Procedure

promulgated by this Court and will at all times conduct myself in accordance with such Rules

during the conduct of this case.

8.      I understand that if I am admitted *pro hac vice* to this Court, I am within its

disciplinary jurisdiction and I voluntarily consent to the same and certify that I will abide with all

rules, regulations and orders of this Court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  April 19, 2023
New York, New York

_____
*/s/ Stephanie A. Weaver*
Stephanie A. Weaver