GENOVA BURNS LLC
Daniel M. Stolz
Donald W. Clarke
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DStolz@genovaburns.com
          DClarke@genovaburns.com

*Proposed Local Counsel to the Official Committee of Talc Claimants*

-and-

OTTERBOURG PC
Melanie L. Cyganowski
Adam C. Silverstein
Jennifer S. Feeney
David A. Castleman
230 Park Avenue
New York, NY  10169-0075
Telephone: (212) 661-9100
Fax: (212) 682-6104
Email: mcyganowski@otterbourg.com
          asilverstein@otterbourg.com
          jfeeney@otterbourg.com
          dcastleman@otterbourg.com

*Co-Counsel to the Official Committee of Talc Claimants*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re: | : | Chapter 11 |
|---|---|---|
|  | : |  |
| LTL MANAGEMENT LLC, | : | Case No. 21-30589 |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

**<u>CERTIFICATION OF DAVID A. CASTLEMAN, ESQ.</u>**

I, David A. Castleman, Esq., hereby certify as follows:

3

1. I am an attorney with the law firm of Otterbourg, P.C., proposed co-counsel to the Official Committee of Talc Claimants. My office is located at 230 Park Avenue, New York, NY 10169. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the State of New York in 2007 and the State of California in 2019. I am admitted to Practice before the following courts:

   - *Supreme Court of the United States;*
   - *U.S. Court of Appeals for the Sixth Circuit;*
   - *U.S. Court of Appeals for the Second Circuit;*
   - *U.S. District Court for the Southern District of New York;*
   - *U.S. District Court for the Eastern District of New York;*
   - *U.S. District Court for the Northern District of California*
   - *U.S. District Court for the Central District of California; and the*
   - *U.S. District Court for the Eastern District of California.*

3. I am a member in good standing of the Bar in each of the jurisdiction in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6.       I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 17, 2023

        /s/    David A. Castleman
DAVID A. CASTLEMAN, ESQ.
OTTERBOURG, P.C.
Email: dcastleman@otterbourg.com

*Proposed Co-Counsel for the Official Committee of Talc Claimants*