UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
*Counsel to Ad Hoc Group of Supporting Counsel*
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten *(pro hac vice pending)*
Justin Alberto *(pro hac vice pending)*

In Re:

LTL Management, LLC[1],

                Debtor.

Case No. 23-12825

Chapter 11

Judge Michael B. Kaplan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Counsel to the Ad Hoc Group of Supporting Counsel. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    COLE SCHOTZ P.C.
                          Court Plaza North
                          25 Main Street
                          P.O. Box 800
                          Hackensack, New Jersey 07602-0800
                          (201) 489-3000
                          msirota@coleschotz.com
                          wusatine@coleschotz.com
                          svanaalten@coleschotz.com
                          jalberto@coleschotz.com

    DOCUMENTS:

        ☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☑ All documents and pleadings of any nature.

Dated: April 19, 2023                                                                                     /s/ Michael D. Sirota

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

62315/0001-45102162v1