UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Marc E. Wolin
John M. August
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ  07932
Tel:  (973) 622-8401

-and-

Steven Kazan, Esq.
Joseph D. Satterley, Esq.
Denyse F. Clancy, Esq.
KAZAN, McCLAIN, SATTERLEY &
GREENWOOD, a Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Tel: (510) 302-1000

*Counsel for Various Talc Claimants*

In re:

LTL MANAGEMENT LLC,

                    *Debtor.*



Order Filed on April 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 23-12825

## ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is **ORDERED**.

**DATED: April 17, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

01668307.DOCX

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Joseph Satterley be permitted to appear pro hac vice; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

01668307.DOCX

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 23-12825-MBK

LTL Management LLC                                                               Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 17, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Apr 17 2023 20:39:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam C. Silverstein | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants asilverstein@otterbourg.com  awilliams@otterbourg.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com |

District/off: 0312-3                          User: admin                                    Page 2 of 5
Date Rcvd: Apr 17, 2023                       Form ID: pdf903                          Total Noticed: 1

Allen Joseph Underwood, II
on behalf of Creditor DeSanto Canadian Class Action Creditors aunderwood@litedepalma.com
ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allison Meghan Brown
on behalf of Plaintiff LTL Management LLC allison.brown@skadden.com
wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com

Allison Meghan Brown
on behalf of Debtor LTL Management LLC allison.brown@skadden.com
wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com

Andrew J. Kelly
on behalf of Creditor BCBS of Massachusetts akelly@kbtlaw.com  wsheridan@kbtlaw.com

Andrew J. Kelly
on behalf of Interested Party BCBS of Massachusetts akelly@kbtlaw.com  wsheridan@kbtlaw.com

Andy Frankel
on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
afrankel@stblaw.com

Bethany Theriot
on behalf of Interested Party United States of America bethany.theriot@usdoj.gov

Brian J. McCormick, Jr.
on behalf of Creditor Various Talc Claimants bmccormick@rossfellercasey.com  earend@rossfellercasey.com

Brian J. McCormick, Jr.
on behalf of Creditor Ross Feller Casey  LLP bmccormick@rossfellercasey.com, earend@rossfellercasey.com

Brian W. Hofmeister
on behalf of Creditor Kellie Brewer bwh@hofmeisterfirm.com  j119@ecfcbis.com

Brian W. Hofmeister
on behalf of Creditor Various Talc Claimants bwh@hofmeisterfirm.com  j119@ecfcbis.com

Christopher M. Placitella
on behalf of Creditor Catherine Forbes cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Clay Thompson
on behalf of Interested Party Various Talc Claimants cthompson@mrhfmlaw.com

Colin R. Robinson
on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com

Daniel Stolz
on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Creditor Ad Hoc Committee of Creditors dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Robert Lapinski
on behalf of Interested Party Various Talc Claimants dlapinski@motleyrice.com
hfonseca@motleyrice.com,kdotson@motleyrice.com

David J. Molton
on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dmolton@brownrudnick.com  hcohen@brownrudnick.com

Derek J. Baker
on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com

Donald W Clarke
on behalf of Creditor Ad Hoc Committee of Creditors dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

E. Richard Dressel
on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com

Geoffrey B. Gompers
on behalf of Interested Party Various Talc Claimants gompers@gomperslaw.com  jharper@gomperslaw.com

James N. Lawlor
on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com

James N. Lawlor

on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com

Janet A. Shapiro

on behalf of Creditor National Casualty Co. jshapiro@shapirolawfirm.com

Janet A. Shapiro

on behalf of Creditor Employers Insurance Co of Wausau jshapiro@shapirolawfirm.com

Jeffrey M. Sponder

on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jerome Howard Block

on behalf of Interested Party Paul Crouch jblock@levylaw.com

Jerome Howard Block

on behalf of Interested Party Randy Derouen jblock@levylaw.com

John Maloney

on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
jmaloney@lawgmm.com

John M. August

on behalf of Creditor Anthony Hernandez Valadez jaugust@saiber.com  rtucker@saiber.com

John M. August

on behalf of Creditor Various Talc Claimants jaugust@saiber.com  rtucker@saiber.com

John W. Weiss

on behalf of Interested Party Various Talc Personal Injury Claimants jweiss@pashmanstein.com

John Zachary Balasko

on behalf of Interested Party United States of America john.z.balasko@usdoj.gov

Kenneth A. Rosen

on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. krosen@lowenstein.com
dclaussen@lowenstein.com

Lauren Bielskie

on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Leah Cylia Kagan

on behalf of Interested Party Various Talc Claimants lkagan@sgptrial.com

Louis A. Modugno

on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party The Insurance Company of the State of Pennsylvania  Philadelphia lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  Pa. lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

                        on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com

Mitchell Malzberg
                        on behalf of Creditor Various Talc Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Moshe Maimon
                        on behalf of Interested Party Various Talc Claimants mmaimon@levylaw.com  mmastrogiacomo@levylaw.com

Paul R. DeFilippo
                        on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com

Paul R. DeFilippo
                        on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com

Richard G. Haddad
                        on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants rhaddad@otterbourg.com
                        akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@ott
                        erbourg.com

Robin Rabinowitz
                        on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
                        rrabinowitz@lawgmm.com

Sommer Leigh Ross
                        on behalf of Interested Party The Insurance Company of the State of Pennsylvania  Philadelphia slross@duanemorris.com,
                        AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                        on behalf of Interested Party New Hampshire Insurance Company slross@duanemorris.com
                        AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                        on behalf of Interested Party The North River Insurance Company slross@duanemorris.com
                        AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                        on behalf of Interested Party RheinLand Versicherungen slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                        on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd slross@duanemorris.com
                        AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                        on behalf of Interested Party Atlanta International Insurance Company slross@duanemorris.com
                        AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                        on behalf of Interested Party Starr Indemnity & Liability Company slross@duanemorris.com
                        AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                        on behalf of Interested Party AIG Property Casualty Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                        on behalf of Interested Party AIU Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                        on behalf of Interested Party Lexington Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                        on behalf of Interested Party New Jersey Coverage Action Plaintiff-Insurers slross@duanemorris.com
                        AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                        on behalf of Interested Party Granite State Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                        on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  Pa. slross@duanemorris.com,
                        AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                        on behalf of Interested Party AIG Europe S.A. slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                        on behalf of Interested Party ASR Schadeverzekering N.V. slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Stephen M. Packman
                        on behalf of Attorney Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11
                        bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com

Stephen V. Gimigliano
                        on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
                        sgimigliano@lawgmm.com

District/off: 0312-3                          User: admin                                    Page 5 of 5
Date Rcvd: Apr 17, 2023                    Form ID: pdf903                          Total Noticed: 1

Suzanne Ratcliffe
    on behalf of Interested Party Various Talc Claimants sratcliffe@mrhfmlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Walter Benzija
    on behalf of Creditor The Blue Cross Blue Shield Association wbenzija@halperinlaw.net  mmurrayhbb@outlook.com


TOTAL: 83