**Exhibit A**

**Summary of Talc Claimants Represented by Ad Hoc Committee Members**

| Law Firm | Approximate Total Number of Claims |
|---|---|
| Andres Peirera Law Firm | 63 |
| Fears Nachawati Law Firm | 4,956 |
| Ferrer Poirot & Wansbrough | 107 |
| Johnson Law Group | 2,128 |
| Liakos Law | 113 |
| Linville Law Group | 87 |
| McDonald Worley | 814 |
| OnderLaw, LLC | 21,099 |
| Pulaski Kherkher | 6,275 |
| Rueb Stoller Daniel (f/k/a Dalimonte Rueb, LLP) | 1,260 |
| Slater, Slater, Schulman, LLP | 367 |
| Trammell PC | 1,506 |
| Watts Guerra | 16,924 |
| Wisner Baum (f/k/a Baum, Hedlund, Aristei & Goldman, P.C.) | 182 |