UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Kris Hansen (*pro hac vice pending*)

PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Matthew M. Murphy (*pro hac vice pending*)
Matthew Micheli (*pro hac vice pending*)

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten *(pro hac vice pending)*
Justin Alberto *(pro hac vice pending)*

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, Texas 77002
Lenard M. Parkins (*pro hac vice pending*)
Charles M. Rubio (*pro hac vice pending*)

*Counsel to Ad Hoc Group of Supporting Counsel*

In Re:

LTL Management, LLC[1],

               Debtor.

Case No. 23-12825

Chapter 11

Judge Michael B. Kaplan

**AMENDED NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Counsel to the Ad Hoc Group of Supporting

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

40000/0828-45106667v1

Counsel. Request is made that the documents filed in this case and identified below be served on the undersigned at these addresses:

ADDRESSES: COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
svanaalten@coleschotz.com
jalberto@coleschotz.com

PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000
krishansen@paulhastings.com

71 South Wacker Drive, Suite 4500
Chicago, IL 60606
(312) 499-6000
mattmurphy@paulhastings.com
mattmicheli@paulhastings.com

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, TX 77002
Telephone: (713) 715-1660
lparkins@parkinsrubio.com
crubio@parkinsrubio.com

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

Dated: April 20, 2023                                              */s/ Michael D. Sirota*