UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on April 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | | Case No.: | 23-12825 |
|---|---|---|---|
| LTL Management LLC | | Judge: | Michael B. Kaplan |
| | | Chapter: | 11 |

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

### ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 20, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

LEVY KONIGSBERG, LLP
Jerome H. Block, Esq. (272002018)
605 Third Avenue, 33rd FL
New York, NY 10158
Tel: (212) 605-6200
Fax: (212) 605-6290
Email: jblock@levylaw.com
*Attorneys for Talc Claimant Paul Crouch, Individually and as*
*Executor and as Executor Ad Prosequendum of the Estate of*
*Cynthia Lorraine Crouch*

_____

In Re:

      LTL Management LLC,

                Debtor.

Case No. 23-12825 (MBK)

Chapter 11

Honorable Michael B. Kaplan,
U.S.B.J., Chief

ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is **ORDERED.**

      This matter having been brought before the Court on application for an Order For

Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant,

out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J.  L.

Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

      ORDERED that _____ Jonathan Ruckdeshel _____ be permitted to appear pro hac vice;

provided that pursuant to D.N.J. L. Civ. R. 101.1 (c)(4), an appearance as counsel of record shall

be filed promptly by a member of the bar of this Court upon whom all notices, orders and

pleading may be served, and who shall promptly notify the out-of-state attorney of their receipt.

Only an attorney at law of this Court may file papers, enter appearances for parties, sign

stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for

Client Protection for payment of the annual fee, for this year and for any year in which the out-

of-state attorney continues to represent a client in a matter pending in this Court in accordance

with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within

twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150 fee required by D.N.J. L. Civ. R. 101 (c)(3) for pro hac vice

admission to the District Court for the District of New Jersey shall also be payable within twenty

(20) days of entry of this Order.  Payment in the form of a check must be payable to "Clerk,

USDC" and forwarded to the Clerk of the United States District Court for the District of new

Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
*Attention: Pro Hac vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rule of the

United States District Court for the District of New Jersey and the Local Rules of Bankruptcy

Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New

Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 23-12825-MBK

LTL Management LLC                                                                          Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Apr 21, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Apr 21 2023 20:25:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam C. Silverstein | on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants asilverstein@otterbourg.com awilliams@otterbourg.com |
| Adam C. Silverstein | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants asilverstein@otterbourg.com  awilliams@otterbourg.com |
| Alan J. Brody | on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com |

District/off: 0312-3               User: admin                    Page 2 of 6

Date Rcvd: Apr 21, 2023             Form ID: pdf903                    Total Noticed: 1

**Alan J. Brody**
on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International Inc. brodya@gtlaw.com,
NJLitDock@gtlaw.com

**Allen Joseph Underwood, II**
on behalf of Creditor DeSanto Canadian Class Action Creditors aunderwood@litedepalma.com
ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

**Allison Meghan Brown**
on behalf of Plaintiff LTL Management LLC allison.brown@skadden.com
wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com

**Allison Meghan Brown**
on behalf of Debtor LTL Management LLC allison.brown@skadden.com
wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com

**Andrew Mina**
on behalf of Interested Party Atlanta International Insurance Company amina@duanemorris.com

**Andrew J. Kelly**
on behalf of Interested Party BCBS of Massachusetts akelly@kbtlaw.com  wsheridan@kbtlaw.com

**Andrew J. Kelly**
on behalf of Creditor BCBS of Massachusetts akelly@kbtlaw.com  wsheridan@kbtlaw.com

**Andy Frankel**
on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
afrankel@stblaw.com

**Bethany Theriot**
on behalf of Interested Party United States of America bethany.theriot@usdoj.gov

**Brian J. McCormick, Jr.**
on behalf of Creditor Various Talc Claimants bmccormick@rossfellercasey.com  earend@rossfellercasey.com

**Brian J. McCormick, Jr.**
on behalf of Creditor Ross Feller Casey  LLP bmccormick@rossfellercasey.com, earend@rossfellercasey.com

**Brian W. Hofmeister**
on behalf of Creditor Kellie Brewer bwh@hofmeisterfirm.com  j119@ecfcbis.com

**Brian W. Hofmeister**
on behalf of Creditor Various Talc Claimants bwh@hofmeisterfirm.com  j119@ecfcbis.com

**Carol A. Slocum**
on behalf of Attorney Maune Raichle Hartley French & Mudd LLC cslocum@klehr.com  lclark@klehr.com

**Christopher M. Placitella**
on behalf of Creditor Catherine Forbes cplacitella@cprlaw.com  cmcnelis@cprlaw.com

**Christopher M. Placitella**
on behalf of Creditor Justin Bergeron cplacitella@cprlaw.com  cmcnelis@cprlaw.com

**Clay Thompson**
on behalf of Creditor Katherine Tollefson cthompson@mrhfmlaw.com

**Clay Thompson**
on behalf of Creditor Various Talc Claimants cthompson@mrhfmlaw.com

**Clay Thompson**
on behalf of Interested Party Various Talc Claimants cthompson@mrhfmlaw.com

**Colin R. Robinson**
on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com

**Daniel Stolz**
on behalf of Creditor Committee Proposed Local Counsel to the Official Committee of Talc Claimants dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

**Daniel Stolz**
on behalf of Creditor Official Committee of Talc Claimants dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

**Daniel Stolz**
on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

**Daniel Stolz**
on behalf of Creditor Ad Hoc Committee of Creditors dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

**Daniel Robert Lapinski**
on behalf of Interested Party Various Talc Claimants dlapinski@motleyrice.com

District/off: 0312-3                         User: admin                                    Page 3 of 6
Date Rcvd: Apr 21, 2023                      Form ID: pdf903                                 Total Noticed: 1

hfonseca@motleyrice.com,kdotson@motleyrice.com

David J. Molton
                    on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dmolton@brownrudnick.com  hcohen@brownrudnick.com

Derek J. Baker
                    on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com

Donald W Clarke
                    on behalf of Creditor Ad Hoc Committee of Creditors dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
                    on behalf of Creditor Official Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
                    on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
                    on behalf of Creditor Committee Proposed Local Counsel to the Official Committee of Talc Claimants dclarke@genovaburns.com
                    dclarke@ecf.inforuptcy.com

E. Richard Dressel
                    on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com

E. Richard Dressel
                    on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com

Geoffrey B. Gompers
                    on behalf of Interested Party Various Talc Claimants gompers@gomperslaw.com  jharper@gomperslaw.com

Gregory S. Kinoian
                    on behalf of Creditor Committee Official Committee of Talc Claimants gkinoian@genovaburns.com

James N. Lawlor
                    on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com

James N. Lawlor
                    on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com

Janet A. Shapiro
                    on behalf of Creditor National Casualty Co. jshapiro@shapirolawfirm.com

Janet A. Shapiro
                    on behalf of Creditor Employers Insurance Co of Wausau jshapiro@shapirolawfirm.com

Jeff Kahane
                    on behalf of Interested Party Atlanta International Insurance Company jkahane@duanemorris.com  dmartinez@duanemorris.com

Jeffrey M. Sponder
                    on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey M. Sponder
                    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jerome Howard Block
                    on behalf of Interested Party Paul Crouch jblock@levylaw.com

Jerome Howard Block
                    on behalf of Interested Party Randy Derouen jblock@levylaw.com

John Maloney
                    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
                    jmaloney@lawgmm.com

John M. August
                    on behalf of Creditor Various Talc Claimants jaugust@saiber.com  rtucker@saiber.com

John M. August
                    on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com  rtucker@saiber.com

John M. August
                    on behalf of Creditor Anthony Hernandez Valadez jaugust@saiber.com  rtucker@saiber.com

John M. August
                    on behalf of Creditor Trevor Barkley jaugust@saiber.com  rtucker@saiber.com

John M. August
                    on behalf of Creditor Marlin Lewis Eagles jaugust@saiber.com  rtucker@saiber.com

John M. August
                    on behalf of Creditor Susan Jean Bader jaugust@saiber.com  rtucker@saiber.com

John M. August

District/off: 0312-3                           User: admin                                    Page 4 of 6
Date Rcvd: Apr 21, 2023                     Form ID: pdf903                          Total Noticed: 1

on behalf of Creditor Dean McElroy jaugust@saiber.com  rtucker@saiber.com

John M. August

on behalf of Creditor Alison Daugherty jaugust@saiber.com  rtucker@saiber.com

John W. Weiss

on behalf of Interested Party Various Talc Personal Injury Claimants jweiss@pashmanstein.com

John Zachary Balasko

on behalf of Interested Party United States of America john.z.balasko@usdoj.gov

Kenneth A. Rosen

on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. krosen@lowenstein.com
dclaussen@lowenstein.com

Konrad Krebs

on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us

Lauren Bielskie

on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Leah Cylia Kagan

on behalf of Interested Party Various Talc Claimants lkagan@sgptrial.com

Leslie Carol Heilman

on behalf of Creditor Albertsons Companies  Inc. heilmanl@ballardspahr.com,
vesperm@ballardspahr.com;roglenl@ballardspahr.com

Louis A. Modugno

on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party The Insurance Company of the State of Pennsylvania  Philadelphia lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  Pa. lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com

Michael D. Sirota

on behalf of Interested Party Ad Hoc Group of Supporting Counsel msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Mitchell Malzberg

on behalf of Creditor Various Talc Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Moshe Maimon

on behalf of Interested Party Various Talc Claimants mmaimon@levylaw.com  mmastrogiacomo@levylaw.com

Paul R. DeFilippo

on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com

District/off: 0312-3                                    User: admin                                                      Page 5 of 6
Date Rcvd: Apr 21, 2023                            Form ID: pdf903                                                 Total Noticed: 1

Paul R. DeFilippo
                              on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com

Richard G. Haddad
                              on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants rhaddad@otterbourg.com
                              akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@ott
                              erbourg.com

Richard G. Haddad
                              on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants rhaddad@otterbourg.com
                              akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@ott
                              erbourg.com

Robert Malone
                              on behalf of Interested Party State of Mississippi rmalone@gibbonslaw.com  nmitchell@gibbonslaw.com

Robert Malone
                              on behalf of Interested Party State of New Mexico rmalone@gibbonslaw.com  nmitchell@gibbonslaw.com

Robin Rabinowitz
                              on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
                              rrabinowitz@lawgmm.com

Russell Webb Roten
                              on behalf of Interested Party Atlanta International Insurance Company rwroten@duanemorris.com

Sommer Leigh Ross
                              on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  Pa. slross@duanemorris.com,
                              AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                              on behalf of Interested Party ASR Schadeverzekering N.V. slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                              on behalf of Interested Party AIG Europe S.A. slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                              on behalf of Interested Party The Insurance Company of the State of Pennsylvania  Philadelphia slross@duanemorris.com,
                              AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                              on behalf of Interested Party The North River Insurance Company slross@duanemorris.com
                              AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                              on behalf of Interested Party Republic Indemnity Company of America slross@duanemorris.com
                              AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                              on behalf of Interested Party New Hampshire Insurance Company slross@duanemorris.com
                              AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                              on behalf of Interested Party RheinLand Versicherungen slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                              on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd slross@duanemorris.com
                              AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                              on behalf of Interested Party Atlanta International Insurance Company slross@duanemorris.com
                              AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                              on behalf of Interested Party Starr Indemnity & Liability Company slross@duanemorris.com
                              AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                              on behalf of Interested Party AIG Property Casualty Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                              on behalf of Interested Party AIU Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                              on behalf of Interested Party Lexington Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                              on behalf of Interested Party Granite State Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                              on behalf of Interested Party New Jersey Coverage Action Plaintiff-Insurers slross@duanemorris.com
                              AutoDocketWILM@duanemorris.com

District/off: 0312-3                    User: admin                                      Page 6 of 6
Date Rcvd: Apr 21, 2023                 Form ID: pdf903                                   Total Noticed: 1

Stephen M. Packman
                    on behalf of Attorney Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11
                    bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com

Stephen V. Gimigliano
                    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
                    sgimigliano@lawgmm.com

Suzanne Ratcliffe
                    on behalf of Creditor Various Talc Claimants sratcliffe@mrhfmlaw.com

Suzanne Ratcliffe
                    on behalf of Interested Party Various Talc Claimants sratcliffe@mrhfmlaw.com

Suzanne Ratcliffe
                    on behalf of Creditor Katherine Tollefson sratcliffe@mrhfmlaw.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

Walter Benzija
                    on behalf of Creditor The Blue Cross Blue Shield Association wbenzija@halperinlaw.net  mmurrayhbb@outlook.com


TOTAL: 112