**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
msirota@coleschotz.com
Warren A. Usatine, Esq.
wusatine@coleschotz.com
Seth Van Aalten, Esq.
svanaalten@coleschotz.com
Justin R. Alberto, Esq.
jalberto@coleschotz.com

*Counsel to Ad Hoc Group of Supporting Counsel*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT, LLC, | Case No. 23-12825 (MBK) |
| Debtor.[1] | |

**APPLICATION FOR *PRO HAC VICE* ADMISSION OF CHARLES M. RUBIO**

Ad Hoc Group of Supporting Counsel (the "Ad Hoc Group"), by and through their counsel, Cole Schotz P.C. respectfully submit this application (the "Application"), for the *pro hac vice* admission of Charles M. Rubio, and represents as follows:

1. On April 4, 2023, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above captioned chapter 11 cases in the United States Bankruptcy Court for the District of New Jersey.

2. Charles M. Rubio, a partner in the firm of Parkins & Rubio LLP represents the Ad Hoc Group in connection with this matter.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

3.      As set forth in the Certification of Mr. Rubio, annexed hereto as **Exhibit A**, Mr. Rubio is a member in good standing of the bar of the States of New York and Texas. Mr. Rubio is not under suspension or disbarment by any court.

4.      Mr. Parkins was previously admitted *pro hac vice* in this Court. See *Order Granting Application To Allow Attorney Charles M. Rubio to Appear Pro Hac Vice*, [Docket No. 198], LTL Management LLC (2021), Case No. 21-30589.

5.      If admitted *pro hac vice*, Mr. Rubio has represented that he will adhere to the disciplinary jurisdiction of this Court.

WHEREFORE, it is respectfully requested that the Court grant the Ad Hoc Group's Application, pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c), to admit counsel *pro hac vice* in the above captioned matter.

            Respectfully submitted,

            COLE SCHOTZ P.C.
            Attorneys for Ad Hoc Group of Supporting Counsel

            By:  */s/ Michael D. Sirota*
                   Michael D. Sirota

Date: April 24, 2023

KE 95685472
40000/0828-45116106v1