**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
msirota@coleschotz.com
Warren A. Usatine, Esq.
wusatine@coleschotz.com
Seth Van Aalten, Esq.
svanaalten@coleschotz.com
Justin R. Alberto, Esq.
jalberto@coleschotz.com

*Counsel to Ad Hoc Group of Supporting Counsel*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>LTL Management, LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-12825 (MBK) |

## CERTIFICATION OF CHARLES M. RUBIO IN SUPPORT OF
## APPLICATION FOR *PRO HAC VICE* ADMISSION OF CHARLES M. RUBIO

Charles M. Rubio, of full age, hereby certifies as follows:

1. I am an attorney with the law firm of Parkins & Rubio LLP, counsel for the Ad Hoc Group of Supporting Counsel (the "Ad Hoc Group"). My firm has offices located at 700 Milam Street, Suite 1300, Houston, Texas 77002 and 100 Park Avenue, Suite 1600, New York, New York 10017. I make this Certification in support of my application to appear in this case pro hac vice pursuant to Local Bankruptcy Rule 9010-1.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933

2. I am an attorney-at-law duly admitted to practice before the courts of the State of New York and the State of Texas. I was admitted to practice in the States of New York in 2008 and Texas in 2012. I am in good standing before each bar in which I am admitted, and I have not been disbarred, suspended, or disciplined by any court or administrative body.

3. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

4. I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Michael D. Sirota, Esq.

5. For the foregoing reasons, I respectfully request the Professional Corporation's application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Charles M. Rubio*
Charles M. Rubio
**PARKINS & RUBIO LLP**
700 Milam, Suite 1300
Houston, Texas 77002
Telephone: (713) 715-1660
Facsimile: (713) 715-1699
Email: crubio@parkinsrubio.com

DATED: April 24, 2023