UNITED STATES BANKRUPTCY COURT
District of New Jersey Trenton

| In re:<br>　LTL Management LLC,<br>　　　Debtor(s). | Case No.: 23-12825<br>Chapter: 11 |
|---|---|

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on April 25, 2023 as directed by Genova Burns LLC, Proposed Local Counsel to the Official Committee of Talc Claimants, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

| |
|---|
| Dkt #287 - Motion to Seal |
| Dkt #286 - Motion to Dismiss Case |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

April 26, 2023

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**LTL Management LLC 23-12825**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 8233 | ARCHER & GREINER, P.C., ATTN: STEPHEN M. PACKMAN, R FRANKEL AS FCR IN CYPRESS MINES, 1025 LAUREL OAK RD, VOORHEES, NJ, 08043, spackman@archerlaw.com | First Class;Electronic |
| 8233 | ARNOLD & ITKIN LLP, K ARNOLD, CAJ BOATRIGHT, ET AL., 1401 MCKINNEY ST., STE 2250, HOUSTON, TX, 77010, CBOATRIGHT@ARNOLDITKIN.COM | First Class;Electronic |
| 8233 | ARNOLD & ITKIN LLP, K ARNOLD, CAJ BOATRIGHT, ET AL., 1401 MCKINNEY ST., STE 2250, HOUSTON, TX, 77010, CHRISTENSEN@ARNOLDITKIN.COM | First Class;Electronic |
| 8233 | ARNOLD & ITKIN LLP, K ARNOLD, CAJ BOATRIGHT, ET AL., 1401 MCKINNEY ST., STE 2250, HOUSTON, TX, 77010, JITKIN@ARNOLDITKIN.COM | First Class;Electronic |
| 8233 | ASHCRAFT & GEREL, LLP, ATTN MICHELLE PARFITT, REBECCA LOVE - OCTC, 1825 K STREET, NW, STE 7000, WASHINGTON, DC, 20006, mparfitt@ashcraftlaw.com | First Class;Electronic |
| 8233 | AYLSTOCK, WITKIN, KREIS, MARY PUTNICK & DANIEL THORNBURGH, & OVERHOLTZ PLLC, 17 E MAIN ST STE 200 PO BOX 12630, PENSACOLA, FL, 32502, MARYBETH@PUTNICKLEGAL.COM | First Class;Electronic |
| 8233 | AYLSTOCK, WITKIN, KREIS, MARY PUTNICK & DANIEL THORNBURGH, & OVERHOLTZ PLLC, 17 E MAIN ST STE 200 PO BOX 12630, PENSACOLA, FL, 32502, DTHORNBURGH@AWKOLAW.COM | First Class;Electronic |
| 8233 | BALLARD SPAHR LLP, T M DALUZ;L C HEILMAN, ET AL., ALBERTSONS COMPANIES NC, 919 N MARKET STREET, 11TH FLOOR, WILMINGTON, DE, 19801-3034, daluzt@ballardspahr.com | First Class;Electronic |
| 8233 | BALLARD SPAHR LLP, T M DALUZ;L C HEILMAN, ET AL., ALBERTSONS COMPANIES NC, 919 N MARKET STREET, 11TH FLOOR, WILMINGTON, DE, 19801-3034, heilmanl@ballardspahr.com | First Class;Electronic |
| 8233 | BALLARD SPAHR LLP, T M DALUZ;L C HEILMAN, ET AL., ALBERTSONS COMPANIES NC, 919 N MARKET STREET, 11TH FLOOR, WILMINGTON, DE, 19801-3034, roglenl@ballardspahr.com | First Class;Electronic |
| 8233 | BALLARD SPAHR LLP, T M DALUZ;L C HEILMAN, ET AL., ALBERTSONS COMPANIES NC, 919 N MARKET STREET, 11TH FLOOR, WILMINGTON, DE, 19801-3034, vesperm@ballardspahr.com | First Class;Electronic |
| 8233 | BEASLEY ALLEN LAW FIRM, ATTN LEIGH O'DELL, ALISHIA LANDRUM - OCTC, PO BOX 4160, MONTGOMERY, AL, 36103, leigh.odell@beasleyallen.com | First Class;Electronic |
| 8233 | BEASLEY ALLEN LAW FIRM, CHARLIE STERN, 218 COMMERCE ST, MONTGOMERY, AL, 36104, CHARLIE.STERN@BEASLEYALLEN.COM | First Class;Electronic |
| 8233 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., Andy D. Birchfield, Jr., 218 Commerce Street, Montgomery, AL, 36104, andy.birchfield@beasleyallen.com | First Class;Electronic |
| 8233 | BMC Group, Inc., 600 1st Ave #117, Seattle, WA, 98104, callcenter@bmcgroup.com | First Class;Electronic |
| 8233 | BROWN RUDNICK LLP, ATTN DAVID J MOLTON, AD HOC CMMTE OF CERTAIN TALC CLMTS, SEVEN TIMES SQUARE, NEW YORK, NY, 10036, dmolton@brownrudnick.com | First Class;Electronic |
| 8233 | Brown Rudnick LLP, Eric R. Goodman, Seven Times Square, New York, NY, 10036, egoodman@brownrudnick.com | First Class;Electronic |
| 8233 | Brown Rudnick LLP, Jeffrey L. Jonas, One Financial Center, Boston, MA, 02111, jjonas@brownrudnick.com | First Class;Electronic |
| 8233 | Brown Rudnick LLP, Kenneth J. Aulet, Seven Times Square, New York, NY, 10036, kaulet@brownrudnick.com | First Class;Electronic |
| 8233 | Brown Rudnick LLP, Michael S. Winograd, Seven Times Square, New York, NY, 10036, mwinograd@brownrudnick.com | First Class;Electronic |
| 8233 | Brown Rudnick LLP, Sunni P. Beville, One Financial Center, Boston, MA, 02111, sbeville@brownrudnick.com | First Class;Electronic |
| 8233 | Brown Rudnick LLP, Susan Sieger-Grimm, Seven Times Square, New York, NY, 10036, ssieger-grimm@brownrudnick.com | First Class;Electronic |
| 8233 | CHILDERS, SCHLUETER & SMITH LLC, RICHARD SCHLUETER, 1932 N DRUID HILLS RD., STE. 100, ATLANTA, GA, 30319, RSCHLUETER@CSSFIRM.COM | First Class;Electronic |
| 8233 | CLYDE & CO US LLP, ATTN KONRAD R KREBS, THE CONTINENTAL INSURANCE COMPANY, 340 MT KEMBLE AVE, SUITE 300, MORRISTOWN, NJ, 07960, konrad.krebs@clydeco.us | First Class;Electronic |
| 8233 | CLYDE & CO US LLP, CLINTON E CAMERON;MEGHAN DALTON, THE CONTINENTAL INSURANCE COMPANY, 55 WEST MONROE STREET, SUITE 3000, CHICAGO, IL, 60603, meghan.dalton@clydeco.us | First Class;Electronic |
| 8233 | CLYDE & CO US LLP, CLINTON E CAMERON;MEGHAN DALTON, THE CONTINENTAL INSURANCE COMPANY, 55 WEST MONROE STREET, SUITE 3000, CHICAGO, IL, 60603, clinton.cameron@clydeco.us | First Class;Electronic |
| 8233 | COHEN, PLACITELLA & ROTH PC, ATTN CHRISTOPHER M PLACITELLA ESQ, CATHERINE FORBES, 127 MAPLE AVENUE, RED BANK, NJ, 07701, cplacitella@cprlaw.com | First Class;Electronic |
| 8233 | COLE SCHOTZ P.C, Justin Alberto, Court Plaza North 25 Main Street, P.O. Box 800, Hackensack, NJ, 07602, jalberto@coleschotz.com | First Class;Electronic |
| 8233 | COLE SCHOTZ P.C, Michael D. Sirota, Court Plaza North 25 Main Street, P.O. Box 800, Hackensack, NJ, 07602, msirota@coleschotz.com | First Class;Electronic |
| 8233 | COLE SCHOTZ P.C, Seth Van Aalten, Court Plaza North 25 Main Street, P.O. Box 800, Hackensack, NJ, 07602, svanaalten@coleschotz.com | First Class;Electronic |
| 8233 | COLE SCHOTZ P.C, Warren A. Usatine, Court Plaza North 25 Main Street, P.O. Box 800, Hackensack, NJ, 07602, wusatine@coleschotz.com | First Class;Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 8233 | Cooney Conway, Katharine C. Byrne, 120 N. La Salle Street, Suite 300, Chicago, IL, 60602, kbyrne@cooneyconway.com | First Class;Electronic |
| 8233 | DAVID CHRISTIAN ATTORNEYS LLC, ATTN DAVID CHRISTIAN, ESQ, THE CONTINENTAL INSURANCE COMPANY, 105 W MADISON ST., SUITE 1400, CHICAGO, IL, 60602, dchristian@dca.law | First Class;Electronic |
| 8233 | Dean Omar Branham Shirley, LLP, J. Bradley Smith, 302 North Market Street, Suite 300, Dallas, TX, 75202, bsmith@dobslegal.com | First Class;Electronic |
| 8233 | Duane Morris LLP, Andrew E. Mina, 865 South Figueroa Street, Suite 3100, Los Angeles, CA, 90017, AMina@duanemorris.com | First Class;Electronic |
| 8233 | DUANE MORRIS LLP, ATTN PHILIP R MATTHEWS, ESQ., REPUBLIC INDEMNITY CO OF AMERICA, SPEAR TOWER, ONE MARKET PLAZA, SUITE 2200, SAN FRANCISCO, CA, 94105-1127, prmatthews@duanemorris.com | First Class;Electronic |
| 8233 | DUANE MORRIS LLP, ATTN SOMMER L ROSS, ESQ, NJ CVGE ACTN PLNTIFF-INSURERS&REPUB, 1940 ROUTE 70 EAST, SUITE 100, CHERRY HILL, NJ, 08003-2171, slross@duanemorris.com | First Class;Electronic |
| 8233 | Duane Morris LLP, Jeff D. Kahane, 865 South Figueroa Street, Suite 3100, Los Angeles, CA, 90017, JKahane@duanemorris.com | First Class;Electronic |
| 8233 | Duane Morris LLP, Nathan Reinhardt, 865 South Figueroa Street, Suite 3100, Los Angeles, CA, 90017, NReinhardt@duanemorris.com | First Class;Electronic |
| 8233 | Duane Morris LLP, Russell W. Roten, 865 South Figueroa Street, Suite 3100, Los Angeles, CA, 90017, rwroten@duanemorris.com | First Class;Electronic |
| 8233 | Fears Nachawati Law Firm, Darren P. McDowell, 5489 Blair Road, Dallas, TX, 75231, dmcdowell@fnlawfirm.com | First Class;Electronic |
| 8233 | FERRER, POIROT & WANSBROUGH, JESSE FERRER & CHRISTINA FELLER, 2603 OAK LAWN AVE. #300, DALLAS, TX, 75219, JFERRER@LAWYERWORKS.COM | First Class;Electronic |
| 8233 | FERRER, POIROT & WANSBROUGH, JESSE FERRER & CHRISTINA FELLER, 2603 OAK LAWN AVE. #300, DALLAS, TX, 75219, CFELLER@LAWYERWORKS.COM | First Class;Electronic |
| 8233 | GENOVA BURNS LLC, ATTN: DANIEL M. STOLZ, AD HOC CMMTE OF CERTAIN TALC CLMTS, 110 ALLEN RD, STE 304, BASKING RIDGE, NJ, 07920, dstolz@genovaburns.com | Electronic |
| 8233 | GENOVA BURNS LLC, ATTN: DONALD W. CLARKE, AD HOC CMMTE OF CERTAIN TALC CLMTS, 494 BROAD STREET, NEWARK, NJ, 07102, dclarke@genovaburns.com | Electronic |
| 8233 | GEOFFREY B BOMPERS, PC, ATTN GEOFFREY B GOMPERS, R GENDELMAN,EXOR;ESTATE M FLEMING, 1515 MARKET STREET, SUITE 1650, PHILADELPHIA, PA, 19102 | First Class |
| 8233 | GIBBONS P.C., Kyle P. McEvilly, One Gateway Center, Newark, NJ, 07102, kmcevilly@gibbonslaw.com | First Class;Electronic |
| 8233 | GIBBONS P.C., Robert K. Malone, One Gateway Center, Newark, NJ, 07102, rmalone@gibbonslaw.com | First Class;Electronic |
| 8233 | GIMIGLIANO MAURIELLO & MALONEY, J MALONEY;SV GIMIGLIANO;RRABINOWITZ, TRAVELERS, PO BOX 1449, MORRISTOWN, NJ, 07962-1449, jmaloney@lawgmm.com | First Class;Electronic |
| 8233 | GIMIGLIANO MAURIELLO & MALONEY, J MALONEY;SV GIMIGLIANO;RRABINOWITZ, TRAVELERS, PO BOX 1449, MORRISTOWN, NJ, 07962-1449, sgimigliano@lawgmm.com | First Class;Electronic |
| 8233 | GIMIGLIANO MAURIELLO & MALONEY, J MALONEY;SV GIMIGLIANO;RRABINOWITZ, TRAVELERS, PO BOX 1449, MORRISTOWN, NJ, 07962-1449, rrabinowitz@lawgmm.com | First Class;Electronic |
| 8233 | GOLOMB SPIRT GRUNFELD, ATTN RICHARD GOLOMB, BRANDI CARL - OCTC, 1835 MARKET ST, STE 2900, PHILADELPHIA, PA, 19103, rgolomb@golomblegal.com | First Class;Electronic |
| 8233 | GREENBERG TRAURIG, LLP, ATTN ALAN J BRODY, ESQ, BAUSCH HEALTH US, LLC, 500 CAMPUS DRIVE, FLORHAM PARK, NJ, 07932, brodya@gtlaw.com | First Class;Electronic |
| 8233 | Hagens Berman Sobol Shapiro LLP, Lauren G. Barnes, 1 Faneuil Hall Square, 5th Floor, Boston, MA, 02109, lauren@hbsslaw.com | First Class;Electronic |
| 8233 | Hagens Berman Sobol Shapiro LLP, Thomas M. Sobol, 1 Faneuil Hall Square, 5th Floor, Boston, MA, 02109, tom@hbsslaw.com | First Class;Electronic |
| 8233 | HALPERIN BATTAGLIA BENZIJA, LLP, ALAN D HAPERIN; DONNA H LIEBERMAN, THE BLUE CROSS BLUE SHIELD ASSOC, 40 WALL STREET, 37TH FLOOR, NEW YORK, NY, 10005, ahalperin@halperinlaw.net | First Class;Electronic |
| 8233 | HALPERIN BATTAGLIA BENZIJA, LLP, ALAN D HAPERIN; DONNA H LIEBERMAN, THE BLUE CROSS BLUE SHIELD ASSOC, 40 WALL STREET, 37TH FLOOR, NEW YORK, NY, 10005, dlieberman@halperinlaw.net | First Class;Electronic |
| 8233 | HILL CARTER FRANCO COLE & BLACK PC, ATTN ELIZABETH CARTER, BCBS OF MASSACHUSETTS - OCTC, 425 PERRY STREET, MONTGOMERY, AL, 36104, ecarter@hillhillcarter.com | First Class;Electronic |
| 8233 | Hill, Hill, Carter, Franco, Cole & Black, P.C., Elizabeth Brannen Carter, 425 South Perry Street, Montgomery, AL, 36104, ecarter@hillhillcarter.com | First Class;Electronic |
| 8233 | Hill, Hill, Carter, Franco, Cole & Black, P.C., Pamela B. Slate, 425 South Perry Street, Montgomery, AL, 36104, pslate@hillhillcarter.com | First Class;Electronic |
| 8233 | JOHNSON & JOHNSON, ERIC HAAS;ANDREW WHITE, ESQ, 1 JOHNSON & JOHNSON PLAZA, NEW BRUNSWICK, NJ, 08933, ehaas8@its.jnj.com | First Class;Electronic |
| 8233 | JOHNSON & JOHNSON, ERIC HAAS;ANDREW WHITE, ESQ, 1 JOHNSON & JOHNSON PLAZA, NEW BRUNSWICK, NJ, | First Class;Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | 08933, awhite23@its.jnj.com | |
| 8233 | JOHNSON LAW GROUP, BLAKE TANASE, BASIL ADHAM, 2925 RICHMOND AVE., STE 1700, HOUSTON, TX, 77098, BADHAM@JOHNSONLAWGROUP.COM | First Class;Electronic |
| 8233 | JONES DAY, ATTN BRAD B ERENS, COUNSEL TO DEBTOR, 110 NORTH WACKER DRIVE, SUITE 4800, CHIACGO, IL, 60606, bberens@jonesday.com | First Class;Electronic |
| 8233 | Jones Day, Dan B. Prieto, 2727 North Harwood Street, 2727 North Harwood Street, Dallas, TX, 75201, dbprieto@jonesday.com | First Class;Electronic |
| 8233 | Jones Day, Daniel J. Merrett, 1221 Peachtree Street, N.E. Suite, 400, 1221 Peachtree Street, N.E. Suite, 400, Atlanta, GA, 30361, dmerrett@jonesday.com | First Class;Electronic |
| 8233 | Jones Day, David S. Torborg, 51 Louisiana Avenue, N.W., Washington, D.C., 20001, dstorborg@jonesday.com | First Class;Electronic |
| 8233 | JONES DAY, G M GORDON;D B PIETRO;A S RUSH, COUNSEL TO DEBTOR, 2727 N HARWOOD STREET, DALLAS, TX, 75201, gmgordon@jonesday.com | First Class;Electronic |
| 8233 | JONES DAY, G M GORDON;D B PIETRO;A S RUSH, COUNSEL TO DEBTOR, 2727 N HARWOOD STREET, DALLAS, TX, 75201, dpietro@jonesday.com | First Class;Electronic |
| 8233 | JONES DAY, G M GORDON;D B PIETRO;A S RUSH, COUNSEL TO DEBTOR, 2727 N HARWOOD STREET, DALLAS, TX, 75201, asrush@jonesday.com | First Class;Electronic |
| 8233 | Jones Day, James M. Jones, 250 Vesey Street, New York, NY, 10281, jmjones@jonesday.com | First Class;Electronic |
| 8233 | Jones Day, Mark W. Rasmussen, 2727 North Harwood Street, Dallas, TX, 75201, mrasmussen@jonesday.com | First Class;Electronic |
| 8233 | KARST VON OISTE LLP, ATTN ERIK KARST, T WHETSEL ESTATE REP B WHETSEL-OCTC, 23923 GOSLING RD, STE A, SPRING, TX, 77389, epk@karstvonoiste.com | First Class;Electronic |
| 8233 | Kazan, McClain, Satterley & Greenwood, Joseph D. Satterley, 55 Harrison Street, Suite 400, Oakland, CA, 94607, jsatterley@kazanlaw.com | First Class;Electronic |
| 8233 | KAZAN, MCCLAIN, SATTERLEY, ATTN STEVEN KAZAN, K DOYLE ESTATE REP DAN DOYLE-OCTC, & GREENWOOD, PLC, 55 HARRISON ST, STE 400, OAKLAND, CA, 94607, skazan@kazanlaw.com | First Class;Electronic |
| 8233 | LAW FIRM OF BRIAN W HOFMEISTER, ATTN BRIAN W HOFMEISTER, ESQ, KELLIE BREWER, 3131 PRINCETON PIKE,, BUILDING 5, SUITE 110, LAWRENCEVILLE, NJ, 08648, bwh@hofmeisterfirm.com | First Class;Electronic |
| 8233 | LAW OFFICES OF M J MALZBERG LLC, ATTN: MITCHELL MALZBERG, ESQ., VARIOUS CLAIMANTS, PO BOX 5122, CLINTON, NJ, 08809, mmalzberg@mjmalzberglaw.com | First Class;Electronic |
| 8233 | LEVIN PAPANTONIO RAFFERTY, ATTN CHRISTOPHER TISI, W HENRY ESTATE REP OF D HENRY-OCTC, 316 S BAYLEN ST, STE 600, PENSACOLA, FL, 32502, ctisi@levinlaw.com | First Class;Electronic |
| 8233 | LEVY KONIGSBERG, LLP, ATTN JEROME H BLOCK, ESQ, PAUL CROUCH & RANDY DEROUEN, 605 THIRD AVENUE, 33RD FLOOR, NEW YORK, NY, 10158, mmaimon@levylaw.com | First Class;Electronic |
| 8233 | LEVY KONIGSBERG, LLP, ATTN JEROME H BLOCK, ESQ, PAUL CROUCH & RANDY DEROUEN, 605 THIRD AVENUE, 33RD FLOOR, NEW YORK, NY, 10158, jblock@levylaw.com | First Class;Electronic |
| 8233 | LEVY KONIGSBERG, LLP, ATTN MOSHE MAIMON, SEVERAL TALC CLMTS; RANDY DEROUEN, 605 THIRD AVENUE, 33RD FLOOR, NEW YORK, NY, 10158 | First Class |
| 8233 | LEX NOVA LAW LLC, E RICHARD DRESSEL (ED1793), GIOVANNI SOSA & EVAN PLOTKIN, 10 E STOW ROAD, SUITE 250, MARLTON, NJ, 08053, rdressel@lexnovalaw.com | First Class;Electronic |
| 8233 | LITE DEPALMA GREENBERG, ATTN ALLEN J UNDERWOOD II, ESQ., DISANTO CANADIAN CA CREDITORS, & AFANADOR, LLC, 570 BROAD STREET, SUITE 1201, NEWARK, NJ, 07102, aunderwood@litedepalma.com | First Class;Electronic |
| 8233 | LOWENSTEIN SANDLER LLP, KENNETH A. ROSEN;MARY E. SEYMOUR, JOHNSON & JOHNSON, ONE LOWENSTEIN DR, ROSELAND, NJ, 07068, KROSEN@LOWENSTEIN.COM | First Class;Electronic |
| 8233 | LOWENSTEIN SANDLER LLP, KENNETH A. ROSEN;MARY E. SEYMOUR, JOHNSON & JOHNSON, ONE LOWENSTEIN DR, ROSELAND, NJ, 07068, MSEYMOUR@LOWENSTEIN.COM | First Class;Electronic |
| 8233 | Massey & Gail LLP, Jonathan Standish Massey, 1000 Maine Ave. SW, Suite 450, Washington, D.C., 20024, jmassey@masseygail.com | First Class;Electronic |
| 8233 | Massey & Gail LLP, Rachel Morse, 50 East Washington Street, Chicago, IL, 60602, rmorse@masseygail.com | First Class;Electronic |
| 8233 | MAUNE RAICHLE HARTLEY FRENCH, SUZANNE M RATCLIFFE & C L THOMPSON, KATHERINE TOLLEFSON, & MUDD LLC, 150 WEST 30TH STREET, SUITE 201, NEW YORK, NY, 10001, sratcliffe@mrhfmlaw.com | First Class;Electronic |
| 8233 | MAUNE RAICHLE HARTLEY FRENCH, SUZANNE M RATCLIFFE & C L THOMPSON, KATHERINE TOLLEFSON, & MUDD LLC, 150 WEST 30TH STREET, SUITE 201, NEW YORK, NY, 10001, cthompson@mrhfmlaw.com | First Class;Electronic |
| 8233 | MCDONALD WORLEY, DON WORLEY, 1770 ST. JAMES PLACE, STE 100, HOUSTON, TX, 77056, DON@MCDONALDWORLEY.COM | First Class;Electronic |
| 8233 | Mendes & Mount, LLP, Eileen T. McCabe, 750 Seventh Avenue, New York, NY, 10019, eileen.mccabe@mendes.com | First Class;Electronic |
| 8233 | Mendes & Mount, LLP, Stephen T. Roberts, 750 Seventh Avenue, New York, NY, 10019, stephen.roberts@mendes.com | First Class;Electronic |
| 8233 | MILLER FIRM, LLC, ATTN CURTIS G HOKE, 108 RAILROAD AVE, ORANGE, VA, 22960, CHOKE@MILLERMILLER.COM | First Class;Electronic |
| 8233 | MOTLEY RICE LLC, ATTN DANIEL R LAPINSKI, VRIOUS TALC CLMTS;S SOMMER-KRESSE, 210 LAKE DRIVE EAST, SUITE 101, CHERRY HILL, NJ, 08002, dlapinski@motleyrice.com | First Class;Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 8233 | Motley Rice LLC, John A. Baden IV, 28 Bridgeside Blvd., Mt. Pleasant, SC, 29464, jbaden@motleyrice.com | First Class;Electronic |
| 8233 | NACHAWATI LAW GROUP, MAJED NACHAWATI, 5489 BLAIR RD, DALLAS, TX, 75231, MN@NTRIAL.COM | First Class;Electronic |
| 8233 | NAPOLI SHKOLNIK PLLC, JAMES HEISMAN, CHRISTOPHER LOPALO, 919 NORTH MARKET ST, STE 1801, WILMINGTON, DE, 19801, CLOPALO@NAPOLIBERN.COM | First Class;Electronic |
| 8233 | NAPOLI SHKOLNIK PLLC, JAMES HEISMAN, CHRISTOPHER LOPALO, 919 NORTH MARKET ST, STE 1801, WILMINGTON, DE, 19801, JHEISMAN@NAPOLILAW.COM | First Class;Electronic |
| 8233 | OFFICE OF THE ATTY GENERAL OF TX, AUTUMN D HIGHSMITH;RACHEL R OBALDO, STATE OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION, PO BOX 12548, AUSTIN, TX, 78711-2548, autumn.highsmith@oag.texas.gov | First Class;Electronic |
| 8233 | OFFICE OF THE ATTY GENERAL OF TX, AUTUMN D HIGHSMITH;RACHEL R OBALDO, STATE OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION, PO BOX 12548, AUSTIN, TX, 78711-2548, rachel.obaldo@oag.texas.gov | First Class;Electronic |
| 8233 | OFFICE OF THE US TRUSTEE, LAUREN BIELSKIE;JEFFREY M. SPONDER, ONE NEWARK CENTER, STE 2100, NEWARK, NJ, 07102, LAUREN.BIELSKIE@USDOJ.GOV | First Class;Electronic |
| 8233 | OFFICE OF THE US TRUSTEE, LAUREN BIELSKIE;JEFFREY M. SPONDER, ONE NEWARK CENTER, STE 2100, NEWARK, NJ, 07102, JEFFREY.M.SPONDER@USDOJ.GOV | First Class;Electronic |
| 8233 | ONDERLAW, LLC, JAMES ONDER, 110 EAST LOCKWOOD, 2ND FL, ST. LOUIS, MO, 63119, ONDER@ONDERLAW.COM | First Class;Electronic |
| 8233 | Otterbourg P.C., David A. Castleman, 230 Park Avenue, New York, NY, 10169, dcastleman@otterbourg.com | First Class;Electronic |
| 8233 | Otterbourg P.C., James V. Drew, 230 Park Avenue, New York, NY, 10169, jdrew@otterbourg.com | First Class;Electronic |
| 8233 | Otterbourg P.C., Jennifer S. Feeney, 230 Park Avenue, New York, NY, 10169, jfeeney@otterbourg.com | First Class;Electronic |
| 8233 | Otterbourg P.C., Melanie L. Cyganowski, 230 Park Avenue, New York, NY, 10169, mcyganowski@otterbourg.com | First Class;Electronic |
| 8233 | Otterbourg P.C., Michael R. Maizel, 230 Park Avenue, New York, NY, 10169, mmaizel@otterbourg.com | First Class;Electronic |
| 8233 | OTTERBOURG P.C., RICHARD G HADDAD;ADAM C SILVERSTEIN, OFF COMMITTEE OF TALC CLAIMANTS, 230 PARK AVE, NEW YORK, NY, 10169, rhaddad@otterbourg.com | First Class;Electronic |
| 8233 | OTTERBOURG P.C., RICHARD G HADDAD;ADAM C SILVERSTEIN, OFF COMMITTEE OF TALC CLAIMANTS, 230 PARK AVE, NEW YORK, NY, 10169, asilverstein@otterbourg.com | First Class;Electronic |
| 8233 | PACHULSKI STANG ZIEHL & JONES LLP, L D JONES;C R ROBINSON;P J KEANE, ARNOLD & ITKIN PLAINTIFFS, 919 N MARKET STREET, 17TH FL, WILMINGTON, DE, 19801, ljones@pszjlaw.com | First Class;Electronic |
| 8233 | PACHULSKI STANG ZIEHL & JONES LLP, L D JONES;C R ROBINSON;P J KEANE, ARNOLD & ITKIN PLAINTIFFS, 919 N MARKET STREET, 17TH FL, WILMINGTON, DE, 19801, crobinson@pszjlaw.com | First Class;Electronic |
| 8233 | PACHULSKI STANG ZIEHL & JONES LLP, L D JONES;C R ROBINSON;P J KEANE, ARNOLD & ITKIN PLAINTIFFS, 919 N MARKET STREET, 17TH FL, WILMINGTON, DE, 19801, pkeane@pszjlaw.com | First Class;Electronic |
| 8233 | PARKINS & RUBIO LLP, LENARD M PARKINS & CHARLES M RUBIO, AD HOC GROUP OF SUPPORTING COUNSEL, 700 MILAM, SUITE 1300, HOUSTON, TX, 77002, lparkins@parkinsrubio.com | First Class;Electronic |
| 8233 | PARKINS & RUBIO LLP, LENARD M PARKINS & CHARLES M RUBIO, AD HOC GROUP OF SUPPORTING COUNSEL, 700 MILAM, SUITE 1300, HOUSTON, TX, 77002, crubio@parkinsrubio.com | First Class;Electronic |
| 8233 | PASHMAN STEIN WALDER HAYDEN, P.C., ATTN JOHN W WEISS, VARIOUS TALC CLAIMANTS, 101 CRAWFORDS CORNER ROAD, STE 4202, HOLMDEL, NJ, 07733, jweiss@pashmanstein.com | First Class;Electronic |
| 8233 | PAUL HASTINGS LLP, ATTN KRIS HANSEN, AD HOC GROUP OF SUPPORTING COUNSEL, 200 PARK AVENUE, NEW YORK, NY, 10166, krishansen@paulhastings.com | First Class;Electronic |
| 8233 | PAUL HASTINGS LLP, MATTHEW M MURPHY & MATTHEW MICHELI, AD HOC GROUP OF SUPPORTING COUNSEL, 71 SOUTH WACKER DRIVE, SUITE 4500, CHICAGO, IL, 60606, mattmurphy@paulhastings.com | First Class;Electronic |
| 8233 | PAUL HASTINGS LLP, MATTHEW M MURPHY & MATTHEW MICHELI, AD HOC GROUP OF SUPPORTING COUNSEL, 71 SOUTH WACKER DRIVE, SUITE 4500, CHICAGO, IL, 60606, mattmicheli@paulhastings.com | First Class;Electronic |
| 8233 | PULASKI KHERKHER PLLC, ADAM PULASKI, 2925 RICHMOND AVE, STE 1725, HOUSTON, TX, 77098, ADAM@PULASKILAWFIRM.COM | First Class;Electronic |
| 8233 | RANDI S ELLIS LLC, ATTN: RANDI S ELLIS, FUTURE TALC CLMTS REPRESENTATIVE, 5757 INDIAN CIRCLE, HOUSTON, TX, 77057, randi@randiellis.com | First Class;Electronic |
| 8233 | RAWLINGS & ASSOCIATES, MARK D FISCHER,;ROBERT C GRIFFITHS, THE BLUE CROSS BLUE SHIELD ASSOC, 1 EDEN PARKWAY, LA GRANGE, KY, 40031, mdf@rawlingsandassociates.com | First Class;Electronic |
| 8233 | RAWLINGS & ASSOCIATES, MARK D FISCHER,;ROBERT C GRIFFITHS, THE BLUE CROSS BLUE SHIELD ASSOC, 1 EDEN PARKWAY, LA GRANGE, KY, 40031, rcg@rawlingsandassociates.com | First Class;Electronic |
| 8233 | REED SMITH LLP, ATTN DEREK J BAKER, CYPRUS MINES CORPORATION, 506 CARNEGIE CENTER, SUITE 300, PRINCETON, NJ, 08543, dbaker@reedsmith.com | First Class;Electronic |
| 8233 | ROBINSON CALCAGNIE, INC., ATTN MARK ROBINSON, JR, APRIL FAIR - OCTC, 19 CORPORATE PLAZA DRIVE, NEWPORT BEACH, CA, 92660, MROBINSON@ROBINSONFIRM.COM | First Class;Electronic |
| 8233 | ROSS FELLER CASEY, LLP, ATTN BRIAN J MCCORMICK, JR, ONE LIBERTY PLACE, 1650 MARKET ST, 34TH FLOOR, PHILADELPHIA, PA, 19103, bmcccormick@rossfellercasey.com | First Class;Electronic |
| 8233 | RUEB STOLLER DANIEL, LLP, GREGORY D. RUEB, 1990 N. CALIFORNIA BLVD., 8TH FLOOR, WALNUT CREEK, CA, | First Class;Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | 94596, GREG@LAWRSD.COM | |
| 8233 | SAIBER LLC, ATTN: JOHN M. AUGUST, ESQ., VARIOUS TALC CLAIMANTS, 18 COLUMBIA TURNPIKE, SUITE 200, FLORHAM PARK, NJ, 07932 | First Class |
| 8233 | SANDERS, PHILLIPS, GROSSMAN, LLC, MARC GROSSMAN, 100 GARDEN CITY PLAZA, GARDEN CITY, NY, 11530, MGROSSMAN@THESANDERSFIRM.COM | First Class;Electronic |
| 8233 | SIMON GREENSTONE PANATIER PC, ATTN LEAH C KAGAN, ESQ., VARIOUS TALC CLAIMANTS, 1201 ELM STREET, SUITE 3400, DALLAS, TX, 75270, lkagan@sgptrial.com | First Class;Electronic |
| 8233 | SIMPSON THACHER & BARTLETT LLP, ATTN ANDREW T FRANKEL, TRVLR CAS&SURTY FKA AETNA CAS&SURTY, 425 LEXINGTON AVENUE, NEW YORK, NY, 10017, afrankel@stblaw.com | First Class;Electronic |
| 8233 | Simpson Thacher & Bartlett LLP, Jamie J. Fell, 425 Lexington Avenue, New York, NY, 10017, jamie.fell@stblaw.com | First Class;Electronic |
| 8233 | Simpson Thacher & Bartlett LLP, Jonathan Mitnick, 425 Lexington Avenue, New York, NY, 10017, jonathan.mitnick@stblaw.com | First Class;Electronic |
| 8233 | Simpson Thacher & Bartlett LLP, Kathrine A. McLendon, 425 Lexington Avenue, New York, NY, 10017, kmclendon@stblaw.com | First Class;Electronic |
| 8233 | Simpson Thacher & Bartlett LLP, Michael H. Torkin, 425 Lexington Avenue, New York, NY, 10017, michael.torkin@stblaw.com | First Class;Electronic |
| 8233 | Simpson Thacher & Bartlett LLP, Sandeep Qusba, 425 Lexington Avenue, New York, NY, 10017, squsba@stblaw.com | First Class;Electronic |
| 8233 | Simpson Thacher & Bartlett LLP, Zachary J. Weiner, 425 Lexington Avenue, New York, NY, 10017, zachary.weiner@stblaw.com | First Class;Electronic |
| 8233 | SKADDEN, ARPS, SLATE,, ATTN ALLISON M BROWN, ESQ., SPECIAL COUNSEL, MEAGHER & FLOM LLP, ONE MANHATTAN WEST, NEW YORK, NY, 10001, allison.brown@skadden.com | First Class;Electronic |
| 8233 | THE KELLY FIRM, P.C., ATTN: ANDREW J. KELLY, BCBS OF MASSACHUSETTS, 1011 HIGHWAY 71, SUITE 200, SPRING LAKE, NJ, 07762, AKELLY@KBTLAW.COM | First Class;Electronic |
| 8233 | The Ruckdeschel Law Firm, LLC, Jonathan Ruckdeschel, 8357 Main Street, Ellicott City, MD, 21043, ruck@rucklawfirm.com | First Class;Electronic |
| 8233 | THE SHAPIRO LAW FIRM, ATTN JANET A SHAPIRO, EMPLYRS INS CO WAUSAU&NATL CASUALTY, 325 N MAPLE DRIVE #15186, BEVERLY HILLS, CA, 90209, jshapiro@shapirolawfirm.com | First Class;Electronic |
| 8233 | TRAMMELL PC, FLETCHER V. TRAMMELL, 3262 WESTHEIMER RD., STE 423, HOUSTON, TX, 77098, FLETCH@TRAMMELLPC.COM | First Class;Electronic |
| 8233 | TRIF & MODUGNO, LLC, ATTN LOUIS A MODUGNO, NJ CVRG ACTION PLAINTIFF INSURERS, 89 HEADQUARTERS PLAZA, NORTH TOWER, SUITE 1201, MORRISTOWN, NJ, 07960, lmodugno@tm-firm.com | First Class;Electronic |
| 8233 | US DEPARTMENT OF JUSTICE, ATTN BETHANY R THERIOT, CIVIL DIVISION, PO BOX 875, BEN FRANKLIN STATION, WASHINGTON, DC, 20044-0875, john.z.balasko@usdoj.gov | First Class;Electronic |
| 8233 | US DEPARTMENT OF JUSTICE, ATTN BETHANY R THERIOT, CIVIL DIVISION, PO BOX 875, BEN FRANKLIN STATION, WASHINGTON, DC, 20044-0875, bethany.theriot@usdoj.gov | First Class;Electronic |
| 8233 | US DEPARTMENT OF JUSTICE, ATTN J ZACHARY BALASKO, CIVIL DIVISION, PO BOX 875, BEN FRANKLIN STATION, WASHINGTON, DC, 20044-0875 | First Class |
| 8233 | WAGSTAFF LAW FIRM, AIMEE WAGSTAFF, 940 N. LINCOLN ST, DENVER, CO, 80203, AWAGSTAFF@WAGSTAFFLAWFIRM.COM | First Class;Electronic |
| 8233 | Waldrep Wall Babcock & Bailey PLLC, Thomas W. Waldrep, Jr., 370 Knollwood Street, Suite 600, Winston-Salem, NC, 27103, twaldrep@waldrepwall.com | First Class;Electronic |
| 8233 | WALSH PIZZI O'REILLY FALANGA, ATTN MARK FALK, RANDI S ELLIS, FTCR, THREE GATEWAY CENTER, 100 MULBERRY ST, 15TH FL, NEWARK, NJ, 07102, mfalk@walsh.law | First Class;Electronic |
| 8233 | WATTS GUERRA LLP, MIKAL WATTS, 4 DOMINION DR., BLD 3, STE 100, SAN ANTONIO, TX, 78257, MCWATTS@WATTSGUERRA.COM | First Class;Electronic |
| 8233 | WEITZ & LUXENBERG, PC, ATTN PERRY WEITZ, PATRICIA COOK - OCTC, 700 BROADWAY, NEW YORK, NY, 10003, pw@weitzlux.com | First Class;Electronic |
| 8233 | WHITE & CASE LLP, J C LAURIA;G M KURTZ, ET AL., J & J, J & J CONSUMER INC, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1095, JESSICA.LAURIA@WHITECASE.COM | First Class;Electronic |
| 8233 | WHITE & CASE LLP, J C LAURIA;G M KURTZ, ET AL., J & J, J & J CONSUMER INC, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1095, GKURTZ@WHITECASE.COM | First Class;Electronic |
| 8233 | WHITE & CASE LLP, J C LAURIA;G M KURTZ, ET AL., J & J, J & J CONSUMER INC, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1095, RICARDO.PASIANOTTO@WHITECASE.COM | First Class;Electronic |
| 8233 | WHITE & CASE LLP, J C LAURIA;G M KURTZ, ET AL., J & J, J & J CONSUMER INC, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1095, GSTARNER@WHITECASE.COM | First Class;Electronic |
| 8233 | WHITE & CASE LLP, MATTHEW E LINDER & LAURA E BACCASH, J & J, J & J CONSUMER INC, 111 SOUTH WACKER DR, STE 5100, CHICAGO, IL, 60606-4302, MLINDER@WHITECASE.COM | First Class;Electronic |
| 8233 | WHITE & CASE LLP, MATTHEW E LINDER & LAURA E BACCASH, J & J, J & J CONSUMER INC, 111 SOUTH WACKER DR, STE 5100, CHICAGO, IL, 60606-4302, LAURA.BACCASH@WHITECASE.COM | First Class;Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
| --- | --- | --- |
| 8233 | WHITE & CASE LLP, MICHAEL C SHEPHERD;LAURA FEMINO, J & J, J & J CONSUMER INC, 200 SOUTH BISCAYNE BLVD, STE 4900, MIAMI, FL, 33131-2352, MSHEPHERD@WHITECASE.COM | First Class;Electronic |
| 8233 | WHITE & CASE LLP, MICHAEL C SHEPHERD;LAURA FEMINO, J & J, J & J CONSUMER INC, 200 SOUTH BISCAYNE BLVD, STE 4900, MIAMI, FL, 33131-2352, LAURA.FEMINO@WHITECASE.COM | First Class;Electronic |
| 8233 | WOLLMUTH MAHER & DEUTSCH LLP, ATTN JAMES N LAWLOR, PROPOSED LOCAL COUNSEL TO DEBTOR, 90 WASHINGTON VALLEY ROAD, BEDMINISTER, NJ, 07921, jlawlor@wmd-law.com | First Class;Electronic |
| 8233 | Wollmuth Maher & Deutsch LLP, Lyndon M. Tretter, 500 Fifth Avenue, 500 Fifth Avenue, New York, NY, 10110, ltretter@wmd-law.com | First Class;Electronic |
| 8233 | WOLLMUTH MAHER & DEUTSCH LLP, PR DEFILIPPO;J F PACELLI;J N LAWLOR, LOCAL COUNSEL TO DEBTOR, 500 FIFTH AVENUE, 12TH FLOOR, NEW YORK, NY, 10110, pdefilippo@wmd-law.com | First Class;Electronic |
| 8233 | WOLLMUTH MAHER & DEUTSCH LLP, PR DEFILIPPO;J F PACELLI;J N LAWLOR, LOCAL COUNSEL TO DEBTOR, 500 FIFTH AVENUE, 12TH FLOOR, NEW YORK, NY, 10110, jpacelli@wmd-law.com | First Class;Electronic |
| 8233 | WOLLMUTH MAHER & DEUTSCH LLP, PR DEFILIPPO;J F PACELLI;J N LAWLOR, LOCAL COUNSEL TO DEBTOR, 500 FIFTH AVENUE, 12TH FLOOR, NEW YORK, NY, 10110, jlawlor@wmd-law.com | First Class;Electronic |
| 8233 | Wollmuth Maher & Deutsch LLP, Stephanie A. Weaver, 500 Fifth Avenue, New York, NY, 10110, sweaver@wmd-law.com | First Class;Electronic |
| 8233 | WOMBLE BOND DICKINSON (US) LLP, ERICKA JOHNSON & LISA B TANCREDI, AD HOC COMMITTEE OF STATES HOLDING, 1313 NORTH MARKET STREET, STE 1200, WILMINGTON, DE, 19801, Ericka.Johnson@wbd-us.com | First Class;Electronic |
| 8233 | WOMBLE BOND DICKINSON (US) LLP, ERICKA JOHNSON & LISA B TANCREDI, AD HOC COMMITTEE OF STATES HOLDING, 1313 NORTH MARKET STREET, STE 1200, WILMINGTON, DE, 19801, Lisa.Tancredi@wbd-us.com | First Class;Electronic |
| 8233 | Womble Bond Dickinson (US) LLP, Lisa Bittle Tancredi, 100 Light Street, 26th Floor, Baltimore, MD, 21202, lisa.tancredi@wbd-us.com | First Class;Electronic |