| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br><br>*Proposed Local Counsel to the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br><br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>jmassey@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br><br>*Proposed Special Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br><br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |

| | |
|---|---|
| In Re: | Chapter 11 |
| **LTL MANAGEMENT, LLC,** | Case No.: 23-12825 (MBK) |
| Debtor. | Honorable Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Lorrie Denson:

☐ represent _____ in this matter.

X am the secretary/paralegal for Gregory S. Kinoian, who represents Official Committee of Talc Claimants in this matter.

☐ am the _____ in this case and am representing myself.

2. On April 26, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

1. Docket #316-Entered Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice
2. Docket #315-Application Shortening Time
3. Docket #312-Motion to Seal the Redacted Portions of Objection
4. Docket #311-Redacted Objection

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _April 26, 2023_____        _/s/ Lorrie Denson_____
                                         Signature

- 2 -

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Allison Meghan Brown, Esq.<br>Allison.brown@skadden.com | Counsel for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X  Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Paul R. DeFilippo, Esq.<br>pdefilippo@wmd-law.com<br>James N. Lawlor, Esq.<br>jlawlor@wmd-law.com | Counsel for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X  Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gregory M. Gordon, Esq.<br>gmgordon@jonesday.com<br>Brad B. Erens, Esq.<br>bberens@jonesday.com<br>Dan B. Prieto, Esq.<br>dbprieto@jonesday.com<br>Amanda Rush, Esq.<br>asrush@jonesday.com | Counsel for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X  Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey M. Sponder, Esq.<br>Jeffrey.m.sponder@usdoj.gov<br>Lauren Bielskie, Esq.<br>Lauren.bielskie@usoj.gov<br>Linda Richenderfer, Esq.<br>Linda.richenderfer@usdoj.gov | U.S. Trustee's Office | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X  Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X  Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |