UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail:       jeffrey.m.sponder@usdoj.gov
                   lauren.bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No. 23-12825 (MBK) |
| Debtor. | Hearing Date: PURSUANT TO ORDER SHORTENING TIME |
| | Honorable Michael B. Kaplan, Chief Judge |

**NOTICE OF MOTION BY THE UNITED STATES TRUSTEE FOR AN ORDER SEALING THE REDACTED PORTIONS AND EXHIBITS OF THE UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR AN ORDER APPOINTING RANDI S. ELLIS AS LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS**

**PLEASE TAKE NOTICE** that the United States Trustee, by and through his counsel, shall move before the Honorable Michael B. Kaplan, Chief Judge, on a date and time to be set forth by the Court, at the United States Bankruptcy Court, District of New Jersey, 402 East State Street, Trenton, New Jersey, for an Order Sealing the Redacted Portions and Exhibits of the United States Trustee's Objection to the Debtor's Motion for an Order Appointing Randi S. Ellis

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1

as Legal Representative for Future Claimants, and for such other and further relief as this Court deems just and appropriate.

    **PLEASE TAKE FURTHER NOTICE** that the United States Trustee shall rely upon the Memorandum of Law submitted herewith.

    **PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee as set forth in the Order Shortening Time.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to District of New Jersey Local Bankruptcy Rule 9013-3(d) oral argument is requested.

> Respectfully submitted,
>
> ANDREW R. VARA
> UNITED STATES TRUSTEE
> REGIONS 3 & 9
>
> By: */s/ Jeffrey M. Sponder*
> Jeffrey M. Sponder
> Trial Attorney
> Lauren Bielskie
> Trial Attorney
> United States Department of Justice
> Office of the United States Trustee
> One Newark Center, Suite 2100
> Newark, NJ 07102
>
> -and-

|  |  |
|---|---|
|  | Linda Richenderfer |
|  | Trial Attorney |
|  | United States Department of Justice |
|  | Office of the United States Trustee |
|  | J. Caleb Boggs Federal Building |
|  | 844 King Street, Suite 2207, Lockbox 35 |
|  | Wilmington, DE 19801 |
|  | (302) 573-6491 (Phone) |
|  | linda.richenderfer@usdoj.gov |
| Dated: April 26, 2023 |  |