UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
E-mail: jeffrey.m.sponder@usdoj.gov
E-mail: lauren.bielskie@usdoj.gov

In Re:

LTL Management LLC,

Debtor.

Case No.: 23-12825

Chapter: 11

Judge: MBK

# ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following page is **ORDERED**.

On request of _____ the United States Trustee _____ , to seal the following document(s),

the redacted portions of the Objection of the United States Trustee to Debtor's Motion for an Order Appointing Randi S. Ellis as Legal Representative for Future Claims

and the court having considered the request and any objection there to, it is

☐ ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

☐ ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.

*rev.8/1/15*