UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
E-mail: jeffrey.m.sponder@usdoj.gov
          lauren.bielskie@usdoj.gov

In Re:

LTL Management LLC,

Debtor.

Case No.: 23-12825

Chapter: 11

Hearing Date: OST

Judge: MBK

## APPLICATION FOR ORDER SHORTENING TIME

The applicant __Jeffrey M. Sponder__, on behalf of __U.S. Trustee, Andrew R. Vara__ requests that the time period to/for __notice, service and a hearing__ as required by __Fed. R. Bankr. P. 2002(a)__ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   U.S. Trustee is requesting the matter to be heard at the next omnibus hearing, which is May 3, 2023, and which is also the date of the FCR Motion.

2. State the hearing dates requested:
   May 3, 2023 at 10:00 a.m. to coincide with the scheduled omnibus hearing and the FCR hearing.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: 4/26/23

/s/ Jeffrey M. Sponder
Signature

*rev.8/1/15*