**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
msirota@coleschotz.com
Warren A. Usatine, Esq.
wusatine@coleschotz.com
Seth Van Aalten, Esq.
svanaalten@coleschotz.com
Justin R. Alberto, Esq.
jalberto@coleschotz.com

*Counsel to Ad Hoc Group of Supporting Counsel*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT, LLC, | Case No. 23-12825 (MBK) |
| Debtor.[1] | |

## APPLICATION FOR *PRO HAC VICE* ADMISSION OF SETH VAN AALTEN

The Ad Hoc Group of Supporting Counsel (the "Ad Hoc Group"), by and through their counsel, Cole Schotz P.C. respectfully submit this application (the "Application"), for the *pro hac vice* admission of Seth Van Aalten, and represents as follows:

1. On April 4, 2023, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above captioned chapter 11 cases in the United States Bankruptcy Court for the District of New Jersey.

2. Seth Van Aalten, a partner in the firm of Cole Schotz P.C. has represented the Ad Hoc Group in connection with this matter. Because of his familiarity with the facts and

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

66055/0001-45142828v1

circumstances relevant to the Ad Hoc Group in this matter, the Ad Hoc Group request that Mr. Van Aalten be allowed to appear *pro hac vice* in the within matters.

3. As set forth in the Certification of Mr. Van Aalten, annexed hereto as **Exhibit A**, Mr. Van Aalten is a member in good standing of the bar of the State of New York. Mr. Van Aalten is not under suspension or disbarment by any court.

4. If admitted *pro hac vice*, Mr. Van Aalten has represented that he will adhere to the disciplinary jurisdiction of this Court.

WHEREFORE, it is respectfully requested that the Court grant the Ad Hoc Group's Application, pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c), to admit counsel *pro hac vice* in the above captioned matter.

> Respectfully submitted,
>
> COLE SCHOTZ P.C.
> Attorneys for Ad Hoc Group of Supporting Counsel
>
> By: */s/ Michael D. Sirota*
>       Michael D. Sirota

Date: April 27, 2023