**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC<br>Clayton L. Thompson, Esq.<br>cthompson@mrhfmlaw.com<br>Suzanne M. Ratcliffe, Esq.<br>sratcliffe@mrhfmlaw.com<br>150 West 30th Street, Suite 201<br>New York, New York 10001<br>Tel: (800) 358-5922<br>*Attorneys for Mesothelioma Claimants Katherine Tollefson, Sandra Weathers, Mary Jackson, Elizabeth Meikle, Marzena Zachara, Robert Radin, and Christine Woodfin* | COONEY & CONWAY<br>Kathy Byrne, Esq.<br>kbyrne@cooneyconway.com<br>120 N. LaSalle Street, Suite 3000<br>Chicago, Illinois 60602<br>Tel: (312) 236-6166<br>*Attorneys for Mesothelioma Claimant Giovanni Sosa*<br>*Admitted Pro Hac Vice |
| LEX NOVA LAW, LLC<br>E. Richard Dressel, Esq.<br>rdressel@lexnovalaw.com<br>10 E. Stow Road, Suite 250<br>Marlton, New Jersey 08053<br>Tel: (856) 382-8211<br>*Attorneys for Mesothelioma Claimants Evan Plotkin and Giovanni Sosa* | DEAN OMAR BRANHAM SHIRLEY, LLP<br>J. Bradley Smith, Esq.<br>Bsmith@dobslegal.com<br>302 N. Market Road<br>Suite 300<br>Dallas, Texas 75202<br>Tel: (214) 722-5990<br>*Attorneys for Mesothelioma Claimant Evan Plotkin*<br>*Admitted Pro Hac Vice |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | ) |
| | ) Case No. 23-ap-1092-MBK |
| LTL MANAGEMENT LLC, | ) |
| | ) Lead BK Case: 23-12825-MBK |
| Debtor. | ) |

**AD HOC GROUP OF MESOTHELIOMA CLAIMANTS' MOTION FOR ORDER CERTIFYING DIRECT APPEAL OF PRELIMINARY INJUNCTION ORDER OF APRIL 20, 2023 TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

The Ad Hoc Group Mesothelioma Claimants[1] through undersigned counsel respectfully moves under 28 USC § 158(d)(2)(B) and Bankruptcy Rule 8006 for certification of direct appeal to the U.S. Court of Appeals for the Third Circuit the Order of April 20, 2023, granting in part the Debtor's motion for a preliminary injunction ("PI Order"), as amended, through and including June 15, 2023. In support of this Motion, the Ad Hoc Group adopts all the arguments advanced in the Request of the Official Committee of Talc Claimants (Adv. Pro. Dkt. 84 (Notice) 84-1 (Request), 84-2 (Proposed Order) 85 (Motion to Shorten Time)).

Respectfully submitted:

---

[1] The Ad Hoc Group is composed of claimants Katherine Tollefson, Evan Plotkin and Giovanni Sosa (all appellants to the Third Circuit in *LTL1*), joined in this Request by Sandra Weathers, Mary Jackson, Elizabeth Meikle, Marzena Zachara, Robert Radin, Christine Woodfin, and Paul Crouch (Individually and as Executor *Ad Prosequendum* of the Estate of Cynthia Lorraine Crouch) all mesothelioma claimants. *See* Adv. Pro. Case No. 23-01092-MBK Dkt. 60 (MRHFM Obj. Prelim. Inj.), Dkt. 57 (Paul Crouch Obj.), Dkt. 58 (Evan Plotkin Joinder to Obj.), and Mesothelioma Claimants' Joinder to Objection of TCC (Case No. 23-12825-MBK, Dkt. 214).

**MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**

/s/ *Clayton L. Thompson*
_____

Clayton L. Thompson, Esq.
cthompson@mrhfmlaw.com
MAUNE RAICHLE HARTLEY
FRENCH & MUDD, LLC
150 W. 30th Street, Suite 201
New York, NY 10001
(800) 358-5922
*Attorneys for Mesothelioma Claimants*
*Katherine Tollefson, Sandra Weathers,*
*Mary Jackson, Elizabeth Meikle, Marzena Zachara,*
*Robert Radin, and Christine Woodfin*

**COONEY & CONWAY**

/s/ *Kathy Byrne*
_____

Kathy Byrne, Esq.
kbyrne@cooneyconway.com
120 N. LaSalle Street, Suite 3000
Chicago, Illinois 60602
Tel: (312) 236-6166
*Attorneys for Mesothelioma Claimant Giovanni Sosa*
*Admitted Pro Hac Vice

**DEAN OMAR BRANHAM SHIRLEY, LLP**

/s/ *J. Bradley Smith*
_____

J. Bradley Smith, Esq.
Bsmith@dobslegal.com
302 N. Market Road
Suite 300
Dallas, Texas 75202
Tel: (214) 722-5990

*Attorneys for Mesothelioma Claimant Evan Plotkin*
*\*Admitted Pro Hac Vice*

**LEX NOVA LAW, LLC**

*/s/ E. Richard Dressel*
_____

E. Richard Dressel, Esq.
rdressel@lexnovalaw.com
10 E. Stow Road, Suite 250
Marlton, New Jersey 08053
Tel: (856) 382-8211
*Attorneys for M*esothelioma *Claimants Evan Plotkin and Giovanni Sosa*