**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC<br>Clayton L. Thompson, Esq.<br>cthompson@mrhfmlaw.com<br>Suzanne M. Ratcliffe, Esq.<br>sratcliffe@mrhfmlaw.com<br>150 West 30th Street, Suite 201<br>New York, New York 10001<br>Tel: (800) 358-5922<br>*Attorneys for Mesothelioma Claimants Katherine Tollefson, Sandra Weathers, Mary Jackson, Elizabeth Meikle, Marzena Zachara, Robert Radin, and Christine Woodfin* | COONEY & CONWAY<br>Kathy Byrne, Esq.<br>kbyrne@cooneyconway.com<br>120 N. LaSalle Street, Suite 3000<br>Chicago, Illinois 60602<br>Tel: (312) 236-6166<br>*Attorneys for Mesothelioma Claimant Giovanni Sosa*<br>*Admitted Pro Hac Vice* |
| LEX NOVA LAW, LLC<br>E. Richard Dressel, Esq.<br>rdressel@lexnovalaw.com<br>10 E. Stow Road, Suite 250<br>Marlton, New Jersey 08053<br>Tel: (856) 382-8211<br>*Attorneys for Mesothelioma Claimants Evan Plotkin and Giovanni Sosa* | DEAN OMAR BRANHAM SHIRLEY, LLP<br>J. Bradley Smith, Esq.<br>Bsmith@dobslegal.com<br>302 N. Market Road<br>Suite 300<br>Dallas, Texas 75202<br>Tel: (214) 722-5990<br>*Attorneys for Mesothelioma Claimant Evan Plotkin*<br>*Admitted Pro Hac Vice* |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LTL MANAGEMENT LLC, | ) | Lead BK Case: 23-12825-MBK |
| | ) | |
| Debtor. | ) | |

## AD HOC GROUP OF MESOTHELIOMA CLAIMANTS' MOTION TO DISMISS
## THE SECOND BANKRUPTCY PETITION OF LTL MANAGEMENT

The Ad Hoc Group Mesothelioma Claimants,[1] through undersigned counsel and pursuant to Section 1112(b) of the Bankruptcy Code and Rule 9011 of the Bankruptcy Rules, respectfully moves this Court to Dismiss LTL Management's Petition. In support of this Motion, the Ad Hoc Group adopts and incorporates by reference all the arguments advanced in the Motion to Dismiss filed by the Official Committee of Talc Claimants (Dkt. 286-1).

Respectfully submitted:

**MAUNE RAICHLE HARTLEY
FRENCH & MUDD, LLC**

*/s/ Clayton L. Thompson*
Clayton L. Thompson, Esq.
cthompson@mrhfmlaw.com
MAUNE RAICHLE HARTLEY
FRENCH & MUDD, LLC

---

[1] The Ad Hoc Group is composed of claimants Katherine Tollefson, Evan Plotkin and Giovanni Sosa (all appellants to the Third Circuit in *LTL1*), joined in this Request by Sandra Weathers, Mary Jackson, Elizabeth Meikle, Marzena Zachara, Robert Radin, and Christine Woodfin, all mesothelioma claimants.

150 W. 30th Street, Suite 201
New York, NY 10001
(800) 358-5922
*Attorneys for Mesothelioma Claimants*
*Katherine Tollefson, Sandra Weathers,*
*Mary Jackson, Elizabeth Meikle, Marzena Zachara,*
*Robert Radin, and Christine Woodfin*

**COONEY & CONWAY**

/s/ *Kathy Byrne*
Kathy Byrne, Esq.
kbyrne@cooneyconway.com
120 N. LaSalle Street, Suite 3000
Chicago, Illinois 60602
Tel: (312) 236-6166
*Attorneys for Mesothelioma Claimant Giovanni Sosa*
*\*Admitted Pro Hac Vice*

**DEAN OMAR BRANHAM SHIRLEY, LLP**

/s/ *J. Bradley Smith*
J. Bradley Smith, Esq.
Bsmith@dobslegal.com
302 N. Market Road
Suite 300
Dallas, Texas 75202
Tel: (214) 722-5990
*Attorneys for Mesothelioma Claimant Evan Plotkin*
*\*Admitted Pro Hac Vice*

**LEX NOVA LAW, LLC**

/s/ *E. Richard Dressel*
E. Richard Dressel, Esq.
rdressel@lexnovalaw.com
10 E. Stow Road, Suite 250
Marlton, New Jersey 08053

Tel: (856) 382-8211

*Attorneys for Mesothelioma Claimants Evan Plotkin and Giovanni Sosa*