UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEVY KONIGSBERG, LLP
Moshe Maimon, Esq.
605 Third Avenue, 33rd FL
New York, NY 10158
mmaimon@levylaw.com

*Attorneys for Talc Claimant
Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch,*

---

In Re:

    LTL Management LLC,

    Debtor.

Case No. 23-12825 (MBK)

Chapter 11

Honorable Michael B. Kaplan, U.S.B.J., Chief

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Talc Claimant Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Moshe Maimon, Esq.
    Levy Konigsberg, LLP
    605 Third Avenue, 33rd FL
    New York, NY 10158
    212-605-6200
    mmaimon@levylaw.com

DOCUMENTS:

X All notices entered pursuant to Fed. R. Bankr. P. 2002.

X All documents and pleadings of any nature.

Date: April 28, 2023

                                                      s/ *Moshe Maimon*
                                                         Signature