UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WEITZ & LUXENBERG, PC
Lisa Nathanson Busch, Esq.
700 Broadway
New York, NY 10003
lbusch@weitzlux.com

*Attorney for Official Committee of*
*Talc Claimant's Committee member*
*Patricia Cook*

In Re:

    LTL Management LLC,

        Debtor.

Case No. 23-12825 (MBK)

Chapter 11

Honorable Michael B. Kaplan, U.S.B.J., Chief

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Official Committee of Talc Claimants Committee Member Patricia Cook. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Lisa Nathanson Busch, Esq.
                        Weitz & Luxenberg, PC
                        700 Broadway
                        New York, NY 10003
                        212-558-5500
                        lbusch@weitzlux.com

    DOCUMENTS:
X All notices entered pursuant to Fed. R. Bankr. P. 2002
X All documents and pleadings of any nature.

Date: April 28, 2023

                                                          s/ Lisa Nathanson Busch
                                                               Signature