IN THE UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

WEITZ & LUXENBERG, P.C.
Lisa Nathanson Busch
700 Broadway
New York, NY 10003
LBusch@weitzlux.com
212-558-5500 - Telephone
212-344-5461 - Facsimile

*Local Counsel for Official Committee
of Talc Claimants Committee Member,
Patricia Cook*

| | |
|---|---|
| In re | Chapter 11 |
| LTL MANAGEMENT, LLC, | Case No. 23-12825 (MBK) |
| Debtor. | |

## APPLICATION FOR AN ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D.N.J. L.Civ. R. 101.1 and D.N.J. LBR 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, with the attached certification (Exhibit "A"), the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Justine Delaney, Esq. to practice in this Court for the purpose of representing in the above-captioned case as well as related and associated proceedings with Patricia Cook which Applicant's law firm Weitz & Luxenberg, P.C. represents. In support of this application, counsel submits the attached Certification of Justine Delaney, Esq., and request that the proposed form of Order submitted herewith be entered. Justine Delaney, Esq. certifies that she is admitted, practicing and a member in good standing with the Bar of the State of New York.

Dated: April 28, 2023                    Respectfully submitted,

                                          **WEITZ & LUXENBERG, P.C.**

                                          By:     */s/ Lisa Nathanson Busch*
                                                  Lisa Nathanson Busch, Esq.

### EXHIBIT A

The Admittee certifies that she is eligible for admission to this Court.  She is admitted to practice before the following:  State Bar of New York. Admittee is in good standing in those jurisdictions. There are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction, and she has acquired a copy of the local rules of this Court and is familiar with such rules.

Dated: April 28, 2023

**WEITZ & LUXENBERG, P.C.**

*/s/ Justine Delaney*
Justine Delaney, Esq.