IN THE UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

WEITZ & LUXENBERG, P.C.
Lisa Nathanson Busch
700 Broadway
New York, NY 10003
LBusch@weitzlux.com
212-558-5500 - Telephone
212-344-5461 - Facsimile

*Local Counsel for Official Committee
of Talc Claimants Committee Member
Patricia Cook*

In re

LTL MANAGEMENT, LLC,

    Debtor.

Chapter 11

Case No. 23-12825 (MBK)

## CERTIFICATION OF JUSTINE DELANEY, ESQ.

I, Justine Delaney, Esq., hereby certify as follows:

1. I am an attorney with the law firm of Weitz & Luxenberg, P.C. My office is located at 700 Broadway, New York, NY 10003, telephone: 212-558-5500; facsimile: 212-344-5461; email: jdelaney@weitzlux.com. I make this Certification in support of my application to appear in this case *pro hac vice.*

2. I am a member in good standing and admitted to practice before the following:

| Bar Admission | Year Admitted |
|---|---|
| State of New York | 2014 |

3. There is no pending disciplinary proceedings related to my admissions to practice law.

4. There has been no discipline imposed against me. I am not currently, nor have I ever been suspended or disbarred in any Court.

5. My local counsel in the within matter, Lisa Nathanson Busch, is an attorney admitted to the bar of the Courts of the State of New Jersey and in the United States District Court of New Jersey.

6. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court. I agree to: (i) abide by the Court rules for the United States District Court for the District of New Jersey.

7. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 28, 2023

                                                WEITZ & LUXENBERG, P.C.

                                                */s/ Justine Delaney*
                                                Justine Delaney, Esq.
                                                700 Broadway
                                                New York, NY 10003
                                                212-558-5500 - Telephone
                                                212-344-5461 - Fax
                                                Email: jdelaney@weitzlux.com