**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**WOMBLE BOND DICKINSON (US) LLP**
Ericka F. Johnson (NJ #032162007)
Lisa Bittle Tancredi (*pro hac vice* pending)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Email: ericka.johnson@wbd-us.com
Email: lisa.tancredi@wbd-us.com

*Counsel for Ad Hoc Committee of States*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor.[1] | Case No.: 23-12825 (MBK)<br><br>Chapter: 11<br><br>Hon. Michael B. Kaplan |

**NOTICE OF MOTION OF THE AD HOC COMMITTEE OF STATES HOLDING CONSUMER PROTECTION CLAIMS TO DISMISS CHAPTER 11 CASE**

**PLEASE TAKE NOTICE** that the Motion of the Ad Hoc Committee of States Holding Consumer Protection Claims to Dismiss Chapter 11 Case shall be heard before the Honorable Michael B. Kaplan, Chief United States Bankruptcy Judge for the District of New Jersey on May 22, 2023 at 10:00 a.m. (ET), or as otherwise directed by the Court, at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey 08608.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the Motion filed herewith in support of the relief sought.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**PLEASE TAKE FURTHER NOTICE** that no brief is being filed herewith since the legal basis upon which relief should be granted is set forth in the Motion.

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Motion must be in writing and filed no later than seven (7) days before the hearing with the Clerk of the United States Bankruptcy Court, for the District of New Jersey, Courthouse, 402 East State Street, Trenton, New Jersey.

Dated: April 28, 2023

                                                        **WOMBLE BOND DICKINSON (US) LLP**

                                                        */s/ Ericka F. Johnson*
                                                        Ericka F. Johnson (NJ #032162007)
                                                        Lisa Bittle Tancredi (*pro hac vice* pending)
                                                         1313 N. Market Street, Suite 1200
                                                         Wilmington, Delaware 19801
                                                         Telephone: (302) 252-4320
                                                         Email: ericka.johnson@wbd-us.com
                                                         Email: lisa.tancredi@wbd-us.com

                                                         *Counsel for Ad Hoc Committee of States*