**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*(Proposed Local Counsel for Claimants Represented by*
*Barnes Law Group, LLC)*

**THE BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
(770) 227-6375
Roy E. Barnes (roy@barneslawgroup.com)
John R. Bevis (bevis@barneslawgroup.com)
*(Proposed Co-Counsel for Talc Claimants)*

---

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No. 23-12825 (MBK) |
| Debtor. | |

**CERTIFICATION OF ANTHONY SODONO, III IN SUPPORT OF**
**APPLICATION FOR ADMISSION PRO HAC VICE OF JOHN R. BEVIS**

Anthony Sodono, III, Esq., a member of the bar of this Court, hereby moves for entry of

an Order granting the admission pro hac vice of John R. Bevis, Esq., of the law firm of The Barnes

Law Group, LLC, to practice before this Court in connection with the above-captioned case.

The undersigned hereby represents as follows:

1.      I am an attorney at law of the State of New Jersey, admitted to practice in the United

States District Court for the District of New Jersey.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George
Street, New Brunswick, New Jersey 08933.

2.      I submit this Application, pursuant to Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the New Jersey Local Rules of Bankruptcy Procedure, in support of the entry of an Order Approving Admission, pro hac vice, of John R. Bevis, Esq. to this Court.

3.      Mr. Bevis is an attorney at law of the District of Georgia and the District of Florida. and a partner at the law firm The Barnes Law Group, LLC.

4.      Attached is the Certification of Mr. Bevis in which he certifies that he is and has been, a member in good standing of the bar of the District of Georgia and the District of Florida. Additionally, Mr. Bevis certifies that he is, and has remained a member in good standing of said bar at all times, that no disciplinary proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

5.      Mr. Bevis is familiar with the circumstances surrounding the above-captioned proceedings and applicable law, and his presence will serve the best interests of Talc Claimants.

6.      Mr. Bevis is not licensed in the State of New Jersey.  He wishes to appear in the above-captioned case and respectfully requests this Court to admit him pro hac vice.

7.      If Mr. Bevis is permitted to participate in this action, he understands that he will be subject to the disciplinary jurisdiction of this Court.

**WHEREFORE,** Applicant respectfully requests entry of the Order submitted herewith approving the admission, pro hac vice, of John R. Bevis, Esq. to represent Talc Claimants in connection with the above-captioned case.

Dated: April 28, 2023

/s/ Anthony Sodono, III
Anthony Sodono, III

3

4873-4992-4627, v. 1