| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC <br> Clayton L. Thompson, Esq. <br> cthompson@mrhfmlaw.com <br> Suzanne M. Ratcliffe, Esq. <br> sratcliffe@mrhfmlaw.com <br> 150 West 30th Street, Suite 201 <br> New York, New York 10001 <br> Tel: (800) 358-5922 <br> *Attorneys for Mesothelioma Plaintiffs Katherine Tollefson, Sandra Weathers, Mary Jackson, Elizabeth Meikle, Marzena Zachara, Robert Radin, and Christine Woodfin, and Certain Other Mesothelioma Plaintiffs* | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LTL MANAGEMENT LLC, | ) | Lead BK Case: 23-12825-MBK |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MRHFM'S PLAINTIFFS' MOTION TO DISMISS THE SECOND
<u>BANKRUPTCY PETITION OF LTL MANAGEMENT, LLC</u>**

**PLEASE TAKE NOTICE** that MRHFM'S Plaintiffs' Motion to Dismiss the Second

Bankruptcy Petition of LTL Management shall be heard before the Honorable Michael B.

Kaplan, Chief United States Bankruptcy Judge for the District of New Jersey, on May 22,

2023, or as otherwise directed by the Court, at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey 08608.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion shall be filed with the Clerk of the Bankruptcy Court and served on all parties in interest seven (7) days before the hearing date of the Motion.

DATED this 28th day of April 2023.

Respectfully submitted:

**MAUNE RAICHLE HARTLEY**
**FRENCH & MUDD, LLC**

_____
Clayton L. Thompson, Esq.
cthompson@mrhfmlaw.com
MAUNE RAICHLE HARTLEY
FRENCH & MUDD, LLC
150 W. 30th Street, Suite 201
New York, NY 10001
(800) 358-5922
*Attorneys for Mesothelioma Plaintiffs*
*Katherine Tollefson, Sandra Weathers,*
*Mary Jackson, Elizabeth Meikle, Marzena Zachara,*
*Robert Radin, and Christine Woodfin, and Certain Other Plaintiffs*