UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SIMON GREENSTONE PANATIER, P.C.
Leah C. Kagan, Esq.
Jeffrey Simon, Esq.
1201 Elm Street, Ste 3400
Dallas, Texas 75270
Telephone: 214-276-7680
Email:    lkagan@sgptrial.com
          jsimon@sgptrial.com

Order Filed on April 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
LTL MANAGEMENT LLC

Case No.:    23-12825 (MBK)

Adv. No.:

Chapter:    Chapter 11

Judge:    Michael B. Kaplan

**ORDER FOR ADMISSION PRO HAC VICE**

The relief set forth on the following page is **ORDERED**.

**DATED: April 26, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that _____Jeffrey Simon_____ be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt.  Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J.  L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

> United States District Court
> District of New Jersey
> Martin Luther King, Jr. Federal Building
> 50 Walnut Street
> Newark, N.J. 07102
> *Attention: Pro Hac Vice Admissions*

and it is further  ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                 Case No. 23-12825-MBK
LTL Management LLC                                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Apr 26, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Apr 26 2023 20:41:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023               Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Silverstein | on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants asilverstein@otterbourg.com awilliams@otterbourg.com |
| Adam C. Silverstein | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants asilverstein@otterbourg.com  awilliams@otterbourg.com |
| Alan J. Brody | on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 6 |
| Date Rcvd: Apr 26, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Alan J. Brody
    on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com

Allen Joseph Underwood, II
    on behalf of Creditor DeSanto Canadian Class Action Creditors aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allison Meghan Brown
    on behalf of Plaintiff LTL Management LLC allison.brown@skadden.com wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com

Allison Meghan Brown
    on behalf of Debtor LTL Management LLC allison.brown@skadden.com wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com

Andrew Mina
    on behalf of Interested Party Atlanta International Insurance Company amina@duanemorris.com

Andrew J. Kelly
    on behalf of Interested Party BCBS of Massachusetts akelly@kbtlaw.com  wsheridan@kbtlaw.com

Andrew J. Kelly
    on behalf of Creditor BCBS of Massachusetts akelly@kbtlaw.com  wsheridan@kbtlaw.com

Andy Frankel
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com

Bethany Theriot
    on behalf of Interested Party United States of America bethany.theriot@usdoj.gov

Brian J. McCormick, Jr.
    on behalf of Creditor Various Talc Claimants bmccormick@rossfellercasey.com  earend@rossfellercasey.com

Brian J. McCormick, Jr.
    on behalf of Creditor Ross Feller Casey  LLP bmccormick@rossfellercasey.com, earend@rossfellercasey.com

Brian W. Hofmeister
    on behalf of Creditor Kellie Brewer bwh@hofmeisterfirm.com  j119@ecfcbis.com

Brian W. Hofmeister
    on behalf of Creditor Various Talc Claimants bwh@hofmeisterfirm.com  j119@ecfcbis.com

Carol A. Slocum
    on behalf of Attorney Andy D. Birchfield  Jr. cslocum@klehr.com, lclark@klehr.com

Carol A. Slocum
    on behalf of Attorney Maune Raichle Hartley French & Mudd LLC cslocum@klehr.com  lclark@klehr.com

Christopher M. Placitella
    on behalf of Creditor Catherine Forbes cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Christopher M. Placitella
    on behalf of Creditor Justin Bergeron cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Clay Thompson
    on behalf of Creditor Katherine Tollefson cthompson@mrhfmlaw.com

Clay Thompson
    on behalf of Creditor Various Talc Claimants cthompson@mrhfmlaw.com

Clay Thompson
    on behalf of Interested Party Various Talc Claimants cthompson@mrhfmlaw.com

Colin R. Robinson
    on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Proposed Local Counsel to the Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Case 23-12825-MBK    Doc 360    Filed 04/28/23    Entered 04/29/23 00:15:17    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0312-3 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Daniel Stolz
on behalf of Creditor Ad Hoc Committee of Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Robert Lapinski
on behalf of Interested Party Various Talc Claimants dlapinski@motleyrice.com hfonseca@motleyrice.com,kdotson@motleyrice.com

David J. Molton
on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dmolton@brownrudnick.com hcohen@brownrudnick.com

Derek J. Baker
on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com

Donald W Clarke
on behalf of Creditor Ad Hoc Committee of Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Creditor Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
on behalf of Creditor Committee Proposed Local Counsel to the Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

E. Richard Dressel
on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com

E. Richard Dressel
on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com

Eileen McCabe
on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com

Ericka Fredricks Johnson
on behalf of Creditor The Ad Hoc Committee of States Holding Consumer Protection Claims ericka.johnson@wbd-us.com Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;lisa.tancredi@wbd-us.com

Geoffrey B. Gompers
on behalf of Interested Party Various Talc Claimants gompers@gomperslaw.com jharper@gomperslaw.com

Gregory S. Kinoian
on behalf of Creditor Committee Official Committee of Talc Claimants gkinoian@genovaburns.com

James N. Lawlor
on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com

James N. Lawlor
on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com

Janet A. Shapiro
on behalf of Creditor National Casualty Co. jshapiro@shapirolawfirm.com

Janet A. Shapiro
on behalf of Creditor Employers Insurance Co of Wausau jshapiro@shapirolawfirm.com

Jeff Kahane
on behalf of Interested Party Atlanta International Insurance Company jkahane@duanemorris.com dmartinez@duanemorris.com

Jeffrey M. Sponder
on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jeffrey M. Sponder
on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jerome Howard Block
on behalf of Interested Party Paul Crouch jblock@levylaw.com

Jerome Howard Block
on behalf of Interested Party Randy Derouen jblock@levylaw.com

John Maloney
on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com

John M. August
on behalf of Creditor Various Talc Claimants jaugust@saiber.com rtucker@saiber.com

John M. August
on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com rtucker@saiber.com

Case 23-12825-MBK    Doc 360    Filed 04/28/23    Entered 04/29/23 00:15:17    Desc
Imaged Certificate of Notice    Page 6 of 8

| District/off: 0312-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| John M. August | on behalf of Creditor Anthony Hernandez Valadez jaugust@saiber.com  rtucker@saiber.com |
| John M. August | on behalf of Creditor Trevor Barkley jaugust@saiber.com  rtucker@saiber.com |
| John M. August | on behalf of Creditor Marlin Lewis Eagles jaugust@saiber.com  rtucker@saiber.com |
| John M. August | on behalf of Creditor Susan Jean Bader jaugust@saiber.com  rtucker@saiber.com |
| John M. August | on behalf of Creditor Dean McElroy jaugust@saiber.com  rtucker@saiber.com |
| John M. August | on behalf of Creditor Alison Daugherty jaugust@saiber.com  rtucker@saiber.com |
| John W. Weiss | on behalf of Interested Party Various Talc Personal Injury Claimants jweiss@pashmanstein.com |
| John Zachary Balasko | on behalf of Interested Party United States of America john.z.balasko@usdoj.gov |
| Kenneth A. Rosen | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. krosen@lowenstein.com dclaussen@lowenstein.com |
| Konrad Krebs | on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Leah Cylia Kagan | on behalf of Interested Party Various Talc Claimants lkagan@sgptrial.com |
| Leslie Carol Heilman | on behalf of Creditor Albertsons Companies  Inc. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Louis A. Modugno | on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The Insurance Company of the State of Pennsylvania  Philadelphia lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  Pa. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 6 |
| Date Rcvd: Apr 26, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Michael D. Sirota
    on behalf of Interested Party Ad Hoc Group of Supporting Counsel msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Mitchell Malzberg
    on behalf of Creditor Various Talc Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com

Moshe Maimon
    on behalf of Interested Party Various Talc Claimants mmaimon@levylaw.com mmastrogiacomo@levylaw.com

Nathan W. Reinhardt
    on behalf of Interested Party Atlanta International Insurance Company nreinhardt@duanemorris.com

Paul R. DeFilippo
    on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com

Paul R. DeFilippo
    on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com

Richard G. Haddad
    on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants rhaddad@otterbourg.com
    akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@otterbourg.com

Richard G. Haddad
    on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants rhaddad@otterbourg.com
    akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@otterbourg.com

Robert Malone
    on behalf of Interested Party State of Mississippi rmalone@gibbonslaw.com nmitchell@gibbonslaw.com

Robert Malone
    on behalf of Interested Party State of New Mexico rmalone@gibbonslaw.com nmitchell@gibbonslaw.com

Robin Rabinowitz
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
    rrabinowitz@lawgmm.com

Russell Webb Roten
    on behalf of Interested Party Atlanta International Insurance Company rwroten@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh Pa. slross@duanemorris.com,
    AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party ASR Schadeverzekering N.V. slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party AIG Europe S.A. slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party The Insurance Company of the State of Pennsylvania Philadelphia slross@duanemorris.com,
    AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party The North River Insurance Company slross@duanemorris.com
    AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party Republic Indemnity Company of America slross@duanemorris.com
    AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party New Hampshire Insurance Company slross@duanemorris.com
    AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party RheinLand Versicherungen slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd slross@duanemorris.com
    AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party Atlanta International Insurance Company slross@duanemorris.com
    AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party Starr Indemnity & Liability Company slross@duanemorris.com
    AutoDocketWILM@duanemorris.com

| | |
|---|---|
| Sommer Leigh Ross | on behalf of Interested Party AIG Property Casualty Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party AIU Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Lexington Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Granite State Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party New Jersey Coverage Action Plaintiff-Insurers slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Stephen M. Packman | on behalf of Attorney Roger Frankel as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com |
| Stephen T. Roberts | on behalf of Interested Party Atlanta International Insurance Company stephen.roberts@mendes.com |
| Stephen V. Gimigliano | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) sgimigliano@lawgmm.com |
| Suzanne Ratcliffe | on behalf of Creditor Various Talc Claimants sratcliffe@mrhfmlaw.com |
| Suzanne Ratcliffe | on behalf of Interested Party Various Talc Claimants sratcliffe@mrhfmlaw.com |
| Suzanne Ratcliffe | on behalf of Creditor Katherine Tollefson sratcliffe@mrhfmlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Walter Benzija | on behalf of Creditor The Blue Cross Blue Shield Association wbenzija@halperinlaw.net mmurrayhbb@outlook.com |

TOTAL: 118