UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail:    jeffrey.m.sponder@usdoj.gov
           lauren.bielskie@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re<br><br>LTL Management LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>Hearing Date: May 3, 2023 at 10:00 a.m.<br><br>Honorable Michael B. Kaplan, Chief Judge |

**CERTIFICATION OF SERVICE**

1. I, Neidy Fuentes:

    ☐ represent _____, in this matter.

    ☒ am the paralegal for <u>Jeffrey M. Sponder, Esquire,</u> who represents the United States Trustee in this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On April 27, 2023, I caused to be served a copy of the following pleadings and/or documents to the parties listed below, via the mode(s) of service indicated thereon:

    i. *United States Trustee's Objection to Debtor's Motion for an Order Appointing Randi S. Ellis as Legal Representative for Future Talc Claimants (the "US Trustee's Objection")* [ECF No. 321]
    ii. *United States Trustee's Motion to Seal the Redacted Portions and Exhibits of the U.S. Trustee's Objection.* [ECF No. 322]
    iii. *Application for an Order Shortening Time; and (ii) Proposed Order.* [ECF No. 323]

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

    *iv. Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice.* [ECF No. 327]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 1, 2023          By: */s/ Neidy Fuentes*
                                               Neidy Fuentes
                                               Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Allison Meghan Brown, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>Ste 42-216<br>New York, NY 10001<br>Email: allison.brown@skadden.com | Proposed Counsel for the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Pursuant to Order Shortening Time and Limiting Notice [ECF 327] (As authorized by the court or by rule. Cite the rule if applicable) |
| Gregory M. Gordon, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>Jones Day<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Email: gmgordon@jonesday.com<br>Email: dbprieto@jonesday.com<br>Email: asrush@jonesday.com | Proposed Counsel for the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Pursuant to Order Shortening Time and Limiting Notice [ECF 327] (As authorized by the court or by rule. Cite the rule if applicable) |
| James Lawlor, Esq.<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, New York 10110<br>Email: jlawlor@wmd-law.com | Proposed Counsel for the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Pursuant to Order Shortening Time and Limiting Notice [ECF 327] (As authorized by the court or by rule. Cite the rule if applicable) |
| David J. Molton, Esq.<br>Brown Rudnick LLP<br>7 Times Square<br>4th Floor<br>New York, NY 10036<br>Email: dmolton@brownrudnick.com | Proposed Co-Counsel to Official Committee of Talc Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Pursuant to Order Shortening Time and Limiting Notice [ECF 327] (As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Daniel Stolz, Esq.<br>Genova Burns LLC<br>110 Allen Road<br>Suite 304<br>Ste 304<br>Basking Ridge, NJ 07920<br>Email: dstolz@genovaburns.com | Proposed Local Counsel to Official Committee of Talc Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Pursuant to Order Shortening Time and Limiting Notice [ECF 327] (As authorized by the court or by rule. Cite the rule if applicable) |
| Melanie L. Cyganowski, Esq.<br>OTTERBOURG P.C.<br>230 Park Avenue<br>New York, NY 10169<br>Email:mcyganowski@otterbourg.com | Proposed Co-Counsel for Official Committee of Talc Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Pursuant to Order Shortening Time and Limiting Notice [ECF 327] (As authorized by the court or by rule. Cite the rule if applicable) |
| Sunni P. Beville, Esq.<br>One Financial Center<br>Boston, MA 02111<br>Email: sbeville@brownrudnick.com | Proposed Co-Counsel for Official Committee of Talc Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Pursuant to Order Shortening Time and Limiting Notice [ECF 327] (As authorized by the court or by rule. Cite the rule if applicable) |
| | | |

*Rev.8/1/16*