UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail:	jeffrey.m.sponder@usdoj.gov
	lauren.bielskie@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 23-12825 (MBK) |
| LTL Management LLC, | : | |
| | : | Hearing Date: May 22, 2023 at 10:00 a.m. |
| Debtor. | : | |
| | : | |
| | : | Honorable Michael B. Kaplan, Chief Judge |

**CERTIFICATION OF LAUREN BIELSKIE, ESQ., IN SUPPORT OF THE MOTION OF THE UNITED STATES TRUSTEE TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1112(B)**

I, Lauren Bielskie, of full age, hereby certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am employed as a trial attorney by the Office of the United States Trustee in Newark, New Jersey.

2. I submit this Certification to place in the record certain documents submitted in connection with the *Motion of the United States Trustee to Dismiss Case Pursuant to 11 U.S.C. § 1112(b)*.

3. Attached hereto as **Exhibit A** is a true and accurate copy of the *Declaration of John K. Kim in Support of First Day Pleadings*, filed by the Debtor on October 14, 2021, in the prior

1

chapter 11 bankruptcy case (Bankr. D.N.J. Case No. 21-30859, Dkt. 5).

4.  Attached hereto as **Exhibit B** is a true and accurate copy of the *Motion to Stay the Mandate*, filed by the Debtor with the Third Circuit Court of Appeals on March 22, 2023, in the prior chapter 11 bankruptcy case (3d Cir. Case No. 22-2003, Dkt. 173).

I certify under penalty of perjury that the forgoing is true and correct.

                                              ANDREW R. VARA
                                              UNITED STATES TRUSTEE
                                              REGIONS 3 & 9

                                              By:   */s/ Lauren Bielskie*
                                                    Lauren Bielskie

Dated: May 1, 2023                                  Trial Attorney