|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones<br>Colin R. Robinson<br>Peter J. Keane<br>919 N. Market Street, 17th Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: ljones@pszjlaw.com<br>         crobinson@pszjlaw.com<br>         pkeane@pszjlaw.com<br><br>*Counsel to Arnold & Itkin LLP* |  |
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>                              Debtor.[1] | Chapter 11<br><br>Case No. 23-12825 (MBK) |

## ORDER DISMISSING THE CHAPTER 11 CASE OF LTL MANAGEMENT LLC

The relief set forth on the following page is hereby **ORDERED**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

DOCS_DE:243029.1 05471/003

*Debtor:*   LTL Management LLC
*Case No.:*   22-128125-MBK
*Caption:*   *Order Dismissing the Chapter 11 Case of LTL Management LLC*

This matter having come before the Court upon the Motion of Arnold & Itkin LLP, on behalf of talc personal injury claimants represented by Arnold & Itkin LLP, seeking to dismiss the Chapter 11 case filed by LTL Management LLC, and the Court having reviewed the Motion and any opposition thereto, and finding good cause for the entry of the within Order;

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Chapter 11 case filed by LTL Management LLC, bearing case number 23-12825-MBK, is hereby **DISMISSED**.

2. The within Order shall be deemed served on all parties upon its ECF filing.