| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones<br>Colin R. Robinson<br>Peter J. Keane<br>919 N. Market Street, 17th Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: ljones@pszjlaw.com<br>         crobinson@pszjlaw.com<br>         pkeane@pszjlaw.com<br><br>*Counsel to Arnold & Itkin LLP* |

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>                    Debtor. [1] | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>**Hearing Date and Time:**<br>May 22, 2023 at 10:00 a.m. ET |

## ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2

On the request of Arnold & Itkin LLP ("Arnold & Itkin"), on behalf of certain talc personal injury claimants represented by Arnold & Itkin, to seal the following documents: redacted portions of the memorandum of law in support of Arnold & Itkin's motion to dismiss the Debtor's chapter 11 case (the "Motion to Dismiss") and certain exhibits attached to the declaration of Laura Davis Jones (the "Jones Declaration") filed with the Motion to Dismiss; and the court having considered the request and any objection thereto, it is

ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.