UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Helen H. Babin, Esq.
Gertler Law Firm
935 Gravier Street, Suite 1900
New Orleans, LA 70112
Tel: 504-581-6411
Fax: 504-581-6568
Email: hbabin@gertlerfirm.com
Mesothelioma and Cancer Plaintiffs
represented by Gertler Law Firm

In Re:

LTL Management LLC

Case No.: 3:23-bk-12825-MBK
Chapter: 11
Judge: Michael B. Kaplan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Various Talc Claimants. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Helen H. Babin, Esq.
Gertler Law Firm
935 Gravier Street, Suite 1900
New Orleans, LA 70112
Email: hbabin@gertlerfirm.com

DOCUMENTS:

[X]   All notices entered pursuant to Fed. R. Bankr. P. 2002.

[X]   All documents and pleadings of any nature.

Date: May 2, 2023

/s/ Helen H. Babin
Signature