Exhibit D - Filed Under Seal    Page 1 of 1

## **EXHIBIT D**

**(UNDER SEAL)**