# EXHIBIT A

| Professional | Document Description | Date Filed | Quote | Citation |
|---|---|---|---|---|
| Brown Rudnick LLP | Fee Application for the Period of January 1, 2023 through January 31, 2023 | 2/13/23 | 1/30/23: "COMMUNICATE WITH ESTIMATOR RE THIRD CIRCUIT DECISION" (.3) | ECF No. 3738-1, Ex A, Pg. 39 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of January 1, 2023 through January 31, 2023 | 2/13/23 | 1/31/23: "CONFERENCE CALL WITH MR. MOLTON AND MR. CICERO REGARDING POST-DECISION MEDIATION (.6); DRAFT AND EDIT OUTLINE FOR ALTERNATIVE SETTLEMENT PROPOSAL (.8);" | ECF No. 3738-1, Ex A, Pg. 39 of 45. |
| **Total time:  1.7** | | | | |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/17/23: "PREPARE FOR AND PARTICIPATE IN MEETING WITH COMMITTEE MEMBER REPRESENTATIVES RE: SETTLEMENT STRATEGIES AND OPPORTUNITIES" (1.90) | ECF No. 3842-1, Ex A, Pg. 10 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023, through February 28, 2023 | 3/3/23 | 2/6/23: "PREPARE FOR SESSIONS WITH KEN FEINBERG SCHEDULED FOR 9 FEBRUARY" (2) | ECF No. 3842-1, Ex A, Pg. 17 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/7/23: "PREPARE FOR AND ATTEND CALL WITH K. FEINBERG RE: MEETINGS AND SESSIONS WEEK OF 2/6 WITH COMMITTEE MEMBER REPRESENTATIVES AND DEBTORS" (1.1) | ECF No. 3842-1, Ex A, Pg. 17 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/7/23: "PREPARATION FOR SESSIONS ON FEBRUARY 9 WITH KEN FEINBERG AND HIS TEAM" (2.1) | ECF No. 3842-1, Ex A, Pg. 17 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/7/23: "ZOOM CONFERENCE WITH KEN FEINBERG AND HIS TEAM" (.8) | ECF No. 3842-1, Ex A, Pg. 17 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/7/23: "ATTEND ALL DAY SESSIONS WITH COMMITTEE MEMBER REPRESENTATIVES AND K. FEINBERG AND DEBRIEF THEREAFTER (8.3)" | ECF No. 3842-1, Ex A, Pg. 17 of 45. |

| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/9/23: "PARTICIPATE IN MEETING OF COMMITTEE GROUPS WITH K FEINBERG AND TEAM" (9.5) | ECF No. 3842-1, Ex A, Pg. 17 of 45. |
|---|---|---|---|---|
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/9/23: "PARTICIPATE IN COMMITTEE MEETINGS ARRANGED BY K. FEINBERG" (3.7) | ECF No. 3842-1, Ex A, Pg. 17 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/13/13: "CONFERENCE CALL WITH BROWN RUDNICK TEAM REGARDING ALTERNATIVE SETTLEMENT STRUCTURES (1.0); REVIEW CASE LAW IN FURTHERANCE OF POSSIBLE ALTERNATIVE SETTLEMENT STRUCTURE (2.1)" | ECF No. 3842-1, Ex A, Pg. 17 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/16/23: "DRAFT AND OUTLINE ALTERNATIVE SETTLEMENT PLAN STRUCTURE (2.6); CONFERENCE WITH MR. CICERO REGARDING ALTERNATIVE SETTLEMENT PLAN STRUCTURE (1.5); REVIEW OC SETTLEMENT OPTION PRESENTATION (.3)" | ECF No. 3842-1, Ex A, Pg. 18 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/17/23: "DRAFT AND EDIT ALTERNATIVE SETTLEMENT STRUCTURE (1.3); CONFERENCE WITH MR. MOLTON AND MR. CICERO REGARDING ALTERNATIVE SETTLEMENT STRUCTURE (.5); CONFERENCE CALL WITH OC GROUP REGARDING ALTERNATIVE SETTLEMENT STRUCTURES (1.1)" | ECF No. 3842-1, Ex A, Pg. 18 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/17/23: "NON-WORKING RETURN TRAVEL FROM NEW YORK FOR MEETINGS REGARDING SETTLEMENT ALTERNATIVES" (5.4) | ECF No. 3842-1, Ex A, Pg. 22 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/13/23: "ZOOM CONFERENCE WITH HL, FTI AND COUNSEL RE POTENTIAL STRUCTURES FOR RESOLUTION FOLLOWING THIRD CIRCUIT OPINION DISMISSING CASE" (1) | ECF No. 3842-1, Ex A, Pg. 30 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/13/23: "PREPARE FOR AND ATTEND STRATEGY CALL RE: EXIT AND SETTLEMENTS" (1) | ECF No. 3842-1, Ex A, Pg. 30 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/13/23: "RESEARCH 524(G) SETTLEMENTS AND PREPACK SETTLEMENTS AS WELL AS SETTLEMENTS ADJACENT TO BANKRUPTCY FOR GO FORWARD STRATEGIES (2.3); DRAFT INTERNAL STRATEGY MEMO RE: SAME (1.1); CALL WITH D. MOLTON RE: SAME (.1)" | ECF No. 3842-1, Ex A, Pg. 31 of 45. |

| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/13/23: "LEGAL AND FINANCIAL PROFS CALL RE SETTLEMENT ISSUES (.7)" | ECF No. 3842-1, Ex A, Pg. 31 of 45. |
|---|---|---|---|---|
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/15/23: "PREPARE, DRAFT AND REVISE POWER POINT PRESENTATION ON SETTLEMENT OPTIONS PRIOR TO AND AFTER DISMISSAL (2.8)" | ECF No. 3842-1, Ex A, Pg. 32 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/15/23:  "PARTICIPATE IN CONFERENCE CALL WITH KEN FEINBERG AND CAMILA BIROS" (.5) | ECF No. 3842-1, Ex A, Pg. 32 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/16/23: "DRAFT AND REVISE POTENTIAL SETTLEMENT STRATEGIES SLIDE DECK AND RESEARCH INTO SETTLEMENT STRUCTURES UNDER 524(G) RE: SAME (3.3); STRATEGY AND SETTLEMENT PLANNING SESSION WITH E. GOODMAN (1.1)" | ECF No. 3842-1, Ex A, Pg. 33 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/17/23: "CONFERENCE WITH A BIRCHFIELD RE COMMUNICATIONS WITH MEDIATORS RE CASE CONCLUSION ISSUES" (.8) | ECF No. 3842-1, Ex A, Pg. 33 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/16/23:  "ASSESS COMMUNICATIONS WITH MEDIATORS" (.4) | ECF No. 3842-1, Ex A, Pg. 42 of 45. |
| Brown Rudnick LLP | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/3/23 | 2/20/23: "REVIEW COMMUNICATIONS WITH MEDIATORS RE CASE CONCLUSION ISSUES" (1.1) | ECF No. 3842-1, Ex A, Pg. 42 of 45. |
| | | | **Total time: 61.4** | |
| | | | | |
| Genova Burns LLC | Fee Application for the Period of February 2023 | 3/6/23 | 2/1/23: "TCC call regarding Feinberg, appellate issues, etc." (1.4) | ECF No. 3835-2, Ex A, Pg. 2 of 20. |
| Genova Burns LLC | Fee Application for the Period of February 2023 | 3/6/23 | 2/9/23: "Call with Melanie and Prieto regarding alternate route." (.4) | ECF No. 3835-2, Ex |

| | | | | A, Pg. 7 of 20. |
|---|---|---|---|---|
| Genova Burns LLC | Fee Application for the Period of February 2023 | 3/6/23 | 2/15/23: "Call with D. Molton regarding Feinberg and meeting preparation" (.3) | ECF No. 3835-2, Ex A, Pg. 11 of 20. |
| Genova Burns LLC | Fee Application for the Period of February 2023 | 3/6/23 | 2/26/23: "Long call with Rosen regarding ongoing discussions" (1) | ECF No. 3835-2, Ex A, Pg. 18 of 20. |
| Genova Burns LLC | Fee Application for the Period of February 2023 | 3/6/23 | 2/27/23: "Calls with Rosen and Molton regarding status and negotiation." (1.2) | ECF No. 3835-2, Ex A, Pg. 18 of 20. |
| Genova Burns LLC | Fee Application for the Period of February 2023 | 3/6/23 | 2/8/23: Call with Rosen. (.4) | ECF No. 3835-2, Ex A, Pg. 6 of 20. |
| Genova Burns LLC | Fee Application for the Period of February 2023 | 3/6/23 | 2/21/23: Call with Molton regarding call with Rosen and next steps. (.3) | ECF No. 3835-2, Ex A, Pg. 13 of 20. |
| Genova Burns LLC | Fee Application for the Period of February 2023 | 3/6/23 | 2/26/23: Calls with Molton and Melanie regarding Rosen call. (.5) | ECF No. 3835-2, Ex A, Pg. 18 of 20. |
| Genova Burns LLC | Fee Application for the Period of February 2023 | 3/6/23 | 2/27/23: Call with Melanie regarding meeting with Feinberg and Rosen call. (.3) | ECF No. 3835-2, Ex A, Pg. 18 of 20. |
| | | | **Total time: 5.8** | |
| Anderson Kill PC | Fee Application for the Period of January 1, 2023 through January 31, 2023 | 2/9/23 | 1/31/23: "Review analysis of potential insurance company objections to potential LTL alternative plan." (1) | E CF No. 3722-2, Ex A, Pg. 14 of 17. |
| | | | **Total time: 1** | |
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 | 3/22/23 | 2/7/23: "Prepared for estimation conference at Brown Rudnick" (1.3) | ECF No. 3901-2, Ex |

| | | | | |
|---|---|---|---|---|
| | through February 28, 2023 | | | B, Pg. 11 of 40. |
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/22/23 | 2/1/23: "Telcon with Al Togut re potential mediation Sessions" (.5) | ECF No. 3901-2, Ex B, Pg. 37 of 40. |
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/22/23 | 2/1/23: "Telcon with D. Molton re: potential mediation sessions" (.3) | ECF No. 3901-2, Ex B, Pg. 37 of 40. |
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/22/23 | 2/4/23: "Correspondence with local counsel re mediation and next steps" (.2) | ECF No. 3901-2, Ex B, Pg. 37 of 40. |
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/22/23 | 2/5/23: "Correspondence with Molton and local counsel re potential mediation next steps" (.4) | ECF No. 3901-2, Ex B, Pg. 37 of 40. |
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/22/23 | 2/8/23: "Conference call with Jim Green and Michele Parfitt re: mediation" (.3) | ECF No. 3901-2, Ex B, Pg. 38 of 40. |
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/22/23 | 2/8/23: "Prepared for mediation session with Ken Feinberg" (1.7) | ECF No. 3901-2, Ex B, Pg. 38 of 40. |
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/22/23 | 2/9/23: "Attend Mediation Meeting" (7.5) | ECF No. 3901-2, Ex B, Pg. 38 of 40. |
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/22/23 | 2/14/23: "Telcon with Ken Rosen re: mediation" (.4) | ECF No. 3901-2, Ex B, Pg. 38 of 40. |
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/22/23 | 2/17/23: "Conference call with Birchfield and Molton re mediation" (.5) | ECF No. 3901-2, Ex B, Pg. 38 of 40. |

| | | | | |
|---|---|---|---|---|
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/22/23 | 2/17/23: "Correspondence with Ericka Johnson re next steps re States and Mediation" (.2) | ECF No. 3901-2, Ex B, Pg. 38 of 40. |
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/22/23 | 2/18/23: "Telcon with Any Birchfield re mediation Issues" (.2) | ECF No. 3901-2, Ex B, Pg. 38 of 40. |
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/22/23 | 2/18/23: "Follow-up telcon with Any Birchfield re mediation issues" (.1) | ECF No. 3901-2, Ex B, Pg. 39 of 40. |
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/22/23 | 2/18/23: "Correspondence with Birchfield and Molton re mediation issues" (.4) | ECF No. 3901-2, Ex B, Pg. 39 of 40. |
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/22/23 | 2/22/23: "Conference call with Ericka Johnson and JSF re mediation" (.3) | ECF No. 3901-2, Ex B, Pg. 39 of 40. |
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/22/23 | 2/26/23: "Telcon with David Molton re: mediation" (.3) | ECF No. 3901-2, Ex B, Pg. 39 of 40. |
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/22/23 | 2/26/23: "Telcon with Ken Rosen re: mediation" (.4) | ECF No. 3901-2, Ex B, Pg. 39 of 40. |
| Otterbourg P.C. | Fee Application for the Period of February 1, 2023 through February 28, 2023 | 3/22/23 | 2/27/23: "Telcon with Stolz re mediation" (.2) | ECF No. 3901-2, Ex B, Pg. 39 of 40. |
| | | **Total time: 15.3** | | |
| | | | | |
| Parkins Rubio LLP | February 2023 Fee Application | 3/14/20 23 | 2/8/23: "Travel to NY for meeting with committee and K. Feinberg on estimation." (2.0) | ECF No. 3867, Ex. A: |

|  |  |  |  | Project Category: Non-Working Travel, page 10 of 18 |
|---|---|---|---|---|
| Parkins Rubio LLP | February 2023 Fee Application | 3/14/20 23 | 2/10/23: "Return trip from NY to meet Committee on estimation" (2.0) | ECF No. 3867, Ex. A: Project Category: Non-Working Travel, page 10 of 18 |
| Parkins Rubio LLP | February 2023 Fee Application | 3/14/20 23 | 2/1/23: "Participate in full Committee meeting to discuss appeal, timing of mandate and related litigation issues; K. Feinberg meeting for February 9, 2023 in NYC on Estimation." (1.2) | ECF No. 3867, Ex. A: Project Category: Meetings and Communica tions with Creditors, page 14 of 18 |
| Parkins Rubio LLP | February 2023 Fee Application | 3/14/20 23 | 2/8/23: "Dinner meeting with Committee to discuss estimation issues." (1.1) | ECF No. 3867, Ex. A: Project Category: Meetings and Communica tions with Creditors, page 14 of 18 |
| Parkins Rubio LLP | February 2023 Fee Application | 3/14/20 23 | 2/8/23: "Dinner meeting with Committee to discuss estimation issues." (1.1) | ECF No. 3867, Ex. A: Project Category: Meetings and Communica tions with Creditors, |

| | | | | page 14 of 18 |
|---|---|---|---|---|
| Parkins Rubio LLP | February 2023 Fee Application | 3/14/20 23 | 2/15/23: "Participate in Committee counsel zoom meeting to discuss: in detail appeal issues and anticipated motions and briefing schedules and issuance of mandate from third Circuit; Judge Kaplans rulings on stay relief and change of perspective on the case and LTL's negative reorganization opportunity; issues regarding K. Feinberg and direction of further discussion among parties to seek resolution and current position of J&J." (0.8) | ECF No. 3867, Ex. A: Project Category: Meetings and Communications with Creditors, page 15 of 18 |
| Parkins Rubio LLP | February 2023 Fee Application | 3/14/20 23 | 2/15/23: "...discussion of recent meetings with K. Feinberg and discussion of strategy for further negotiations." (0.4) | ECF No. 3867, Ex. A: Project Category: Meetings and Communications with Creditors, page 15 of 18 |
| | | **Total time: 8.6** | | |
| | | | | |
| The Brattle Group, Inc. | Monthly Fee Statement for January 2023 | 02/24/2 023 | - 01/31/23: "Meeting with J. Zhu and M. Bernatzky to review claims analysis" (0.5) | ECF No. 3799-2, Exhibit B, p. 3 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for January 2023 | 02/24/2 023 | - 01/31/23: "Meeting with A. Metz, M. Bernatzky, R. Liu, M. Lee, K. Begna re case status. (partial attendance)" (0.2) | ECF No. 3799-2, Exhibit B, p. 4 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for January 2023 | 02/24/2 023 | - 01/30/23: "Meeting with R. Liu and J. Zhu to discuss private law firm claims analysis" (0.9) | ECF No. 3799-2, Exhibit B, p. 6 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for January 2023 | 02/24/2 023 | - 01/31/23: "Meeting with A. Metz, J. Zhu, R. Liu, M. Lee and K. Begna to discuss case developments (partial attendance)" (0.2) | ECF No. 3799-2, Exhibit B, p. 6 of 12 |

| The Brattle Group, Inc. | Monthly Fee Statement for January 2023 | 02/24/2023 | - 01/31/23: "Updated private law firm data analysis and memo" (1.8) | ECF No. 3799-2, Exhibit B, p. 11 of 12 |
|---|---|---|---|---|
| The Brattle Group, Inc. | Monthly Fee Statement for January 2023 | 02/24/2023 | - 03/31/23: "Meeting with A. Metz, J. Zhu, M. Bernatzky, M. Lee and K. Begna to discuss case developments (partial attendance)" (0.2) | ECF No. 3799-2, Exhibit B, p. 11 of 12 |
| | | **Total time: 3.8** | | |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | 02/02/23: "Meeting with counsel and Y. Smith to discuss work plan." (0.5) | ECF No. 3868-2, Exhibit B, p. 3 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/07/23: "Meeting with epidemiology expert, TCC representatives, J. Zhu, M. Bernatzky, Y. Austin Smith re claims modeling." (1.0) | ECF No. 3868-2, Exhibit B, p. 3 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/07/23: "Meeting with J. Zhu, R. Liu, K. Begna, M. Lee, M. Martinez and M. Bernatzky to review claims analysis." (0.5) | ECF No. 3868-2, Exhibit B, p. 3 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/14/23: "Meeting with J. Zhu and M. Bernatzky to discuss claims analysis." (0.5) | ECF No. 3868-2, Exhibit B, p. 3 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/21/23: "Meeting with J. Zhu and M. Bernatzky to discuss claims analysis." (0.5) | ECF No. 3868-2, Exhibit B, p. 3 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/01/23: "Meeting with M. Bernatzky to discuss next steps for claim value buildup analysis." (0.2) | ECF No. 3868-2, Exhibit B, p. 4 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/01/23: "Meeting with TCC representatives, A. Metz, Y. Austin Smith, M. Bernatzky re Brattle work plan." (0.8) | ECF No. 3868-2, Exhibit B, p. 4 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/03/23: "Meeting with M. Bernatzky re refinements to claims estimation." (0.7) | ECF No. 3868-2, Exhibit B, p. 4 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/06/23: "Meeting with M. Bernatzky, R. Liu, M. Martinez re lost wages modeling and claims data analysis." (0.9) | ECF No. 3868-2, |

| | | | | Exhibit B, p. 4 of 12 |
|---|---|---|---|---|
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/07/23: "Meeting with epidemiology expert, TCC representatives, A. Metz, M. Bernatzky, Y. Austin Smith re claims modeling." (1.4) | ECF No. 3868-2, Exhibit B, p. 4 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/07/23: "Revised memo on claim estimation for takeaway from meeting with epidemiology expert." (2.1) | ECF No. 3868-2, Exhibit B, p. 4 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/07/23: "Meeting with A. Metz, M. Bernatzky, R. Liu, K. Begna, M. Lee, M. Martinez re claim estimation analyses updates." (0.5) | ECF No. 3868-2, Exhibit B, p. 4 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/13/23: "Developed slide deck on pain and suffering research for claim estimation." (0.5) | ECF No. 3868-2, Exhibit B, p. 4 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/13/23: "Meeting with M. Bernatzky re pain and suffering slide deck." (0.2) | ECF No. 3868-2, Exhibit B, p. 4 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/14/23: "Meeting with A. Metz, M. Bernatzky, R. Liu, K. Begna, M. Lee re claim estimation." (0.8) | ECF No. 3868-2, Exhibit B, p. 4 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/14/23: "Meeting with M. Bernatzky re work planning and sensitivity analysis for claim value estimation." (0.4) | ECF No. 3868-2, Exhibit B, p. 4 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/15/23: "Analyzed claims data for estimation and prepared memo documenting findings from data analyses." (2.2) | ECF No. 3868-2, Exhibit B, p. 4 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/23/23: "Met w. M. Bernatzky and J. Zhu re: modeled claim value scenarios." (0.3) | ECF No. 3868-2, Exhibit B, p. 4 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/24/23: "Modeled claim value scenarios and prepared deliverable for TCC." (0.4) | ECF No. 3868-2, Exhibit B, p. 4 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/01/23: "Meeting with committee members, A. Metz, Y. Austin Smith, and J. Zhu to discuss Brattle workplan for claim value estimation." (0.8) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |

| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/21/23: "Meeting with J. Zhu to discuss next steps for claim value buildup analysis." (0.2) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
|---|---|---|---|---|
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/03/23: "Meeting with J. Zhu to discuss refinements to claim estimation." (0.7) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/03/23: "Prepared slides documenting pain and suffering benchmarking analysis." (1.0) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/06/23: "Meeting with R. Liu and M. Martinez to discuss CPS data for claims analysis. (partial attendance)" (0.2) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/06/23: "Meeting with M. Martinez, J. Zhu and R. Liu to discuss CPS data analysis and private firm claims data." (0.9) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/06/23: "Prepared materials for meeting with epidemiologist expert." (1.6) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/06/23: "Continued to prepare for meeting with epidemiologist expert." (0.8) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/07/23: "Meeting with committee members, Y. Austin Smith, A. Metz, and Julia Zhu and expert epidemiologist to discuss claim estimation." (1.4) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/07/23: "Prepared list of follow-up items with expert epidemiologist." (0.3) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/09/23: "Edited memo on estimation of claim value." (0.1) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/13/23: "Continued to prepare slides on pain and suffering benchmarking analysis." (0.9) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/13/23: "Reviewed data analysis from private law firm related to claim estimation." (0.3) | ECF No. 3868-2, |

| | | | | Exhibit B, p. 5 of 12 |
|---|---|---|---|---|
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/13/23: "Meeting with J. Zhu to discuss slides for pain and suffering benchmarking analysis." (0.2) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/13/23: "Coordinated analysis for pain and suffering benchmarking analysis." (0.4) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/13/23: "Performed pain and suffering benchmarking analysis." (0.4) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/13/23: "Planned sensitivity analysis for claim estimation." (0.6) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/14/23: "Meeting with R. Liu to discuss private law firm analysis for claim estimation." (0.5) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/14/23: "Meeting with A. Metz, J. Zhu, R. Liu, K. Begna and M. Lee to discuss case updates and claim estimation analysis." (0.8) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/14/23: "Planned sensitivity analysis for claim estimation." (0.3) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/14/23: "Meeting with J. Zhu to discuss case updates and sensitivity analysis for claim value estimation." (0.4) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/15/23: "Edited memo on private law firm data analysis" (0.3) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/15/23: "Meeting with R. Liu to discuss private firm data analysis for claim estimation." (0.2) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/15/23: "Meeting with K. Begna to discuss pain and suffering benchmarking analysis." (0.2) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |

| | | | | |
|---|---|---|---|---|
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/16/23: "Continued to edit memo on private law firm data analysis and planned robustness exercises." (0.6) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/17/23: "Reviewed pain and suffering benchmarking analysis." (0.2) | ECF No. 3868-2, Exhibit B, p. 5 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/21/23: "Planned analysis related to claim estimation." (0.2) | ECF No. 3868-2, Exhibit B, p. 6 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/21/23: "Meeting with J. Zhu and A. Metz to discuss updates on claim analysis." (0.5) | ECF No. 3868-2, Exhibit B, p. 6 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/23/23: "Meeting with J. Zhu and R. Liu to discuss claim estimation." (0.3) | ECF No. 3868-2, Exhibit B, p. 6 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/07/23: "Met with A. Metz, J. Zhu, M. Bernatzky, M. Martinez, M. Lee, and R. Li to discuss future claims analysis." (0.5) | ECF No. 3868-2, Exhibit B, p. 7 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/14/23: "Met with A. Metz, J. Zhu, M. Bernatzky, M. Martinez, M. Lee, and R. Liu to discuss claims analysis." (0.5) | ECF No. 3868-2, Exhibit B, p. 7 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/15/23: "Updated treatment duration methodology per instruction from team." (1.5) | ECF No. 3868-2, Exhibit B, p. 7 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/16/23: "Reviewed pain and suffering damages of past benchmark tort cases." (2.5) | ECF No. 3868-2, Exhibit B, p. 7 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/16/23: "Updated treatment duration methodology per instructions from team." (0.9) | ECF No. 3868-2, Exhibit B, p. 7 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/17/23: "Updated slide deck on benchmark analysis per review of pain and suffering damages payouts." (0.2) | ECF No. 3868-2, Exhibit B, p. 7 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/21/23: "Updated current claims methodology memo for new treatment duration assumptions." (0.5) | ECF No. 3868-2, |

| | | | | Exhibit B, p. 7 of 12 |
|---|---|---|---|---|
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/22/23: "Updated current claims analysis per new instructions from counsel; audited team's results." (1.1) | ECF No. 3868-2, Exhibit B, p. 7 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/24/23: "Updated current claims analysis per new instructions from counsel; audited team's results." (0.9) | ECF No. 3868-2, Exhibit B, p. 7 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/14/23: "Attend internal meeting to discuss claims analysis. (partial attendance)." (0.5) | ECF No. 3868-2, Exhibit B, p. 8 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/06/23: "Met with R. Liu, M. Bernatzky, and J. Zhu to discuss data issues." (0.9) | ECF No. 3868-2, Exhibit B, p. 8 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/07/23: "Met with R. Liu, M. Bernatzky, J. Zhu, K. Begna, A. Metz, and M. Lee to discuss updates to analysis." (0.5) | ECF No. 3868-2, Exhibit B, p. 9 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/16/23: "Analyzed dataset from counsel." (1.9) | ECF No. 3868-2, Exhibit B, p. 9 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/17/23: "Analyzed dataset from counsel." (2.8) | ECF No. 3868-2, Exhibit B, p. 9 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/21/23: "Updated claims estimation model." (0.8) | ECF No. 3868-2, Exhibit B, p. 9 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/24/23: "Updated claims analysis based on counsel recommendations." (0.7) | ECF No. 3868-2, Exhibit B, p. 9 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/02/23: "Updated private law firm dataset analysis." (2.0) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/03/23: "Updated private law firm dataset analysis." (1.8) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |

| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/06/23: "Updated memo for private law firm data analysis." (1.8) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |
|---|---|---|---|---|
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/06/23: "Updated private law firm data analysis to calculate claim distribution." (1.9) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/06/23: "Meeting with M. Bernatzky, J. Zhu, M. Martinez re CPS and private law firm data analysis." (0.9) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/07/23: "Updated lost wage analysis with alternative discounting methods to compare the numbers." (1.1) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/13/23: "Analyzed private law firm dataset and calculated borderline rate." (0.9) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/14/23: "Meeting with M. Bernatzky re private law firm dataset analysis." (0.5) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/14/23: "Meeting with M. Bernatzky, K. Begna, M. Lee, J. Zhu, A. Metz for current claim analysis." (0.5) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/15/23: "Meeting with M. Bernatzky re. Private Law Firm dataset analysis." (0.2) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/15/23: "Updated private law firm dataset analysis and memo" (0.3) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/16/23: "Analyzed dataset from counsel." (0.2) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/16/23: "Updated claim rate analysis script and re-ran analysis based on new rates." (2.1) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/21/23: "Updated claim analysis scripts with new rates." (1.2) | ECF No. 3868-2, |

| | | | | Exhibit B, p. 10 of 12 |
|---|---|---|---|---|
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/22/23: "Updated claim value grids based on new average claim values and claim analysis given the new grids." (2.8) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/22/23: "Prepare slidedeck for new grid scenarios." (1.1) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/23/23: "Meeting with M. Bernatzky and J. Zhu to discuss claim estimations." (0.3) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/23/23: "Updated claim estimation analysis." (0.6) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |
| The Brattle Group, Inc. | Monthly Fee Statement for February 2023 | 03/14/2023 | - 02/24/23: "Updated and audited claim value and claim estimations and new discounts." (1.6) | ECF No. 3868-2, Exhibit B, p. 10 of 12 |
| **Total time: 56.8** | | | | |
| FTI Consulting, Inc. | Monthly Fee Statement for January 2023 | 03/21/2023 | - 01/31/23: "Review legal filings as requested by TCC Counsel." (0.7) | ECF No. 3892-3, Exhibit D, p. 6 of 31 |
| FTI Consulting, Inc. | Monthly Fee Statement for January 2023 | 03/21/2023 | 01/31/23: "Review updated claims presentation re: estimation of meso liability." (1.3) | ECF No. 3892-3, Exhibit D, p. 24 of 31 |
| FTI Consulting, Inc. | Monthly Fee Statement for January 2023 | 03/21/2023 | 1/31/23: "Prepare final edits to presentation for court-appointed expert re: estimation of meso liability." (1.4) | ECF No. 3892-3, Exhibit D, p. 24 of 31 |
| FTI Consulting, Inc. | Monthly Fee Statement for January 2023 | 03/21/2023 | - 1/31/23: "Continue to prepare final edits to presentation for court-appointed expert re: estimation of meso liability." (2.8) | ECF No. 3892-3, Exhibit D, p. 24 of 31 |
| FTI Consulting, Inc. | Monthly Fee Statement for January 2023 | 03/21/2023 | - 1/31/23: "Further prepare final edits to presentation for court-appointed expert re: estimation of meso liability." (2.1) | ECF No. 3892-3, Exhibit D, p. 24 of 31 |
| **Total time: 8.0** | | | | |

| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/13/23: "Review historical TDPs re: TCC Counsel request." (1.1) | ECF No. 3913-3, Exhibit D, p. 6 of 15 |
|---|---|---|---|---|
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/13/23: "Continue to review historical TDPs re: TCC Counsel request." (0.9) | ECF No. 3913-3, Exhibit D, p. 6 of 15 |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/28/23: "Analyze historical TDPs re: TCC Counsel request." (2.3) | ECF No. 3913-3, Exhibit D, p. 7 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/13/23: "Participate in call with TCC Counsel re: strategic alternatives." (1.0) | ECF No. 3913-3, Exhibit D, p. 7 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/13/23: "Participate in call with TCC Counsel re: strategic alternatives." (1.0) | ECF No. 3913-3, Exhibit D, p. 7 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/13/23: "Prepare for call with TCC Counsel re: strategic alternatives." (0.8) | ECF No. 3913-3, Exhibit D, p. 7 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/13/23: "Participate in call with TCC Counsel re: strategic alternatives."  (1.0) | ECF No. 3913-3, Exhibit D, p. 7 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/15/23: "Participate in call with TCC Counsel re: status of estimation workstreams." (1.2) | ECF No. 3913-3, Exhibit D, p. 7 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/15/23: "Participate in call with TCC Counsel re: status of estimation workstreams." (1.2) | ECF No. 3913-3, Exhibit D, p. 7 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/15/23: "Participate in call with TCC Counsel re: status of estimation workstreams." (0.8) | ECF No. 3913-3, Exhibit D, p. 8 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/15/23: "Participate in call with TCC and TCC Counsel re: status of estimation workstreams." (1.2) | ECF No. 3913-3, Exhibit D, p. 8 of 15. |

| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/15/23: "Participate in call with TCC Counsel re: status of estimation workstreams." (0.8) | ECF No. 3913-3, Exhibit D, p. 8 of 15. |
|---|---|---|---|---|
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/15/23: "Participate in call with TCC Counsel re: status of estimation workstreams." (1.2) | ECF No. 3913-3, Exhibit D, p. 8 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/15/23: "Participate in call with TCC and TCC Counsel re: status of estimation workstreams." (1.2) | ECF No. 3913-3, Exhibit D, p. 8 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/15/23: "Participate in call with TCC and TCC Counsel re: strategic alternatives." (1.2) | ECF No. 3913-3, Exhibit D, p. 8 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/17/23: "Participate in call with TCC and TCC Counsel re: strategic alternatives." (1.2) | ECF No. 3913-3, Exhibit D, p. 8 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/17/23: "Participate in call with TCC and TCC Counsel re: strategic alternatives." (1.2) | ECF No. 3913-3, Exhibit D, p. 8 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/01/23: "Review updated claims emergence analysis re: estimation of meso liability." (3.4) | ECF No. 3913-3, Exhibit D, p. 10 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/01/23: "Continue to review updated claims emergence analysis re: estimation of meso liability." (3.1) | ECF No. 3913-3, Exhibit D, p. 10 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/01/23: "Prepare presentation for court-appointed expert re: estimation of meso liability." (3.8) | ECF No. 3913-3, Exhibit D, p. 10 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/01/23: "Prepare updates to modeling inputs re: estimation of meso liability." (2.8) | ECF No. 3913-3, Exhibit D, p. 10 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/01/23: "Continue to prepare updates to modeling inputs re: estimation of meso liability." (2.8) | ECF No. 3913-3, Exhibit D, p. 10 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/01/23: "Review updates to model re: estimation of meso liability" (2.4) | ECF No. 3913-3, |

| | | | | Exhibit D, p. 10 of 15. |
|---|---|---|---|---|
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/01/23: "Analyze updated model inputs re: estimation of meso liability." (3.8) | ECF No. 3913-3, Exhibit D, p. 10 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/01/23: "Continue to analyze updated model inputs re: estimation of meso liability." (2.4) | ECF No. 3913-3, Exhibit D, p. 10 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/02/23: "Address inquiry from TCC Counsel re: estimation of meso liability." (1.4) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/02/23: "Summarize sensitivity analysis re: estimation of meso liability." (2.2) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/02/23: "Continue to summarize sensitivity analysis re: estimation of meso liability." (2.2) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/02/23: "Finalize updates to modeling strategy re: estimation of meso liability." (3.4) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/03/23: "Review summary of modeling strategy re: estimation of meso liability." (0.4) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/03/23: "Review modeling strategy re: estimation of meso liability." (0.7) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/06/23: "Review claims modeling presentation re: estimation of meso liability." (0.9) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/06/23: "Continue to review claims modeling presentation re: estimation of meso liability." (0.6) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/06/23: "Review key takeaways from updated analysis re: estimation of meso liability." (0.6) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |

| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/06/23: "Review claims modeling outputs re: estimation of meso liability." (1.1) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
|---|---|---|---|---|
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/06/23: "Finalize outstanding workstreams re: estimation of meso liability." (0.4) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/06/23: "Prepare updates to modeling presentation re: estimation of meso liability." (2.1) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/06/23: "Finalize modeling strategy re: estimation of meso liability." (0.4) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/07/23: "Finalize modeling presentation re: estimation of meso liability." (2.1) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/08/23: "Review estimation materials in preparation for meeting with TCC Counsel re: estimation of meso liability." (1.4) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/08/23: "Continue to review estimation materials in preparation for meeting with TCC Counsel re: estimation of meso liability." (1.6) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/09/23: "Prepare for meeting with court-appointed expert re: estimation of meso liability." (0.4) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/09/23: "Participate in call with TCC Counsel re: estimation of meso liability." (1.0) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/09/23: "Participate in mediation meeting with TCC Counsel and court-appointed expert re: estimation of meso liability." (2.7) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/09/23: "Participate in mediation meeting with TCC Counsel and court-appointed expert re: estimation of meso liability." (2.7) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/10/23: "Continue to finalize modeling presentation re: estimation of meso liability." (3.9) | ECF No. 3913-3, |

| | | | | Exhibit D, p. 11 of 15. |
|---|---|---|---|---|
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/21/23: "Finalize outstanding workstreams re: estimation of meso liability." (1.3) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| FTI Consulting, Inc. | Monthly Fee Statement for February 2023 | 03/27/2023 | - 02/28/23: "Review strategic modeling alternatives re: estimation of meso liability." (0.6) | ECF No. 3913-3, Exhibit D, p. 11 of 15. |
| **Total time: 77.9** | | | | |