## <u>EXHIBIT B</u>

**Certification of Kathleen A. Frazier**
**In Support of Application for Retention**
**of Shook, Hardy & Bacon, L.L.P., Effective as of April 4, 2023**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

**SHOOK, HARDY & BACON L.L.P.**
Kathleen A. Frazier
600 Travis St., Suite 3400
Houston, Texas 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
kfrazier@shb.com
(Admission *pro hac vice* pending)

*PROPOSED SPECIAL COUNSEL FOR
DEBTOR*

In re:

LTL MANAGEMENT LLC,[1]

          Debtor.

Chapter 11

Case No.:  23-12825 (MBK)

Judge:  Michael B. Kaplan

## CERTIFICATION OF KATHLEEN A. FRAZIER
## IN SUPPORT OF APPLICATION FOR RETENTION
## OF SHOOK, HARDY & BACON, L.L.P., EFFECTIVE AS OF APRIL 4, 2023

I, Kathleen A. Frazier, being of full age, certify as follows:

    1.      Shook, Hardy & Bacon, L.L.P. ("Shook") is seeking authorization to be retained as special counsel to LTL Management LLC (the "Debtor" or "LTL Management") in the Chapter 11 Case and I make this certification in support of the *Application for Retention*

---

[1]      The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

*of Shook, Hardy & Bacon, L.L.P., Effective as of April 4, 2023* filed by the Debtor
(the "<u>Application</u>").[2]

2.      My professional credentials include being admitted and in good standing to
practice law in the State of Texas, before the United States District Courts for the
Southern, Eastern, Western and Northern Districts of Texas, and before the United States
Court of Appeals for the Fifth Circuit.

3.      I am a member of or associated with the firm of Shook and am duly authorized to
make this certification on behalf of Shook.

4.      The proposed arrangement for compensation, including hourly rates, if applicable,
is as follows:

Pursuant to the terms of the Engagement Letter and subject to the Court's approval of the
Application, Shook intends to:  (a) charge for its legal services on an hourly basis in
accordance with the ordinary and customary hourly rates in effect on the date services are
rendered; and (b) seek reimbursement of actual and necessary out-of-pocket expenses.

In addition, to the extent that Shook represents both the Debtor and J&J in a matter,
Shook will allocate 50% of its fees and expenses incurred in such joint representation to
the Debtor and 50% to J&J.  In matters in which Shook represents solely the Debtor or
J&J, Shook will allocate 100% of the fees and expenses to the entity represented.

Shook will be compensated at the discounted hourly rates previously negotiated with the
Debtor prior to the Petition Date, which are based on the professionals' level of
experience.  At present, those hourly rates charged by Shook fall within the following
ranges:

| Billing Category | Range |
|---|---|
| Partners | $288 - $863 |
| Counsel/Of Counsel | $270 - $582 |
| Associates | $259 - $475 |
| Paralegals | $155 - $285 |
| Other (e.g., temps, Staff Attorneys) | $50 - $290 |

Shook's hourly rates may change from time to time in accordance with Shook's
established billing practices and procedures, as contemplated by the Engagement Letter.

---

[2]     Capitalized terms used herein but not otherwise defined have the meanings given to them in the
Application.

Shook will maintain detailed, contemporaneous time records in six minute intervals and apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the Fee Guidelines, the terms of any Interim Compensation Order and any additional procedures that may be established by the Court in the Chapter 11 Case.  Shook will use the billing and expense categories set forth in the Fee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category").

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5.      To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, is as follows:

       ☐      None
       ☒      Describe connection:  <u>See</u> no. 6 below.

6.      To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, is as follows:

       ☐      None
       ☒      Describe Connection:

To check and clear potential conflicts of interest in the Chapter 11 Case, as well as to determine all "connections" (as such term is used in Bankruptcy Rule 2014) to the Debtor, its affiliates, its creditors, other parties in interest, their respective attorneys, the U.S. Trustee or any person employed in the office of the U.S. Trustee, Shook researched its client database to determine whether it had any relationships with the list of the names of individuals or institutions that are potential significant parties in interest (collectively, the "<u>Interested Parties</u>") that was provided to Shook by the Debtor.  <u>See</u> <u>Schedule 1</u> attached hereto.  To the extent that Shook's research of its relationships with the Interested Parties indicates that Shook has represented in the past two years, or currently represents, any of these entities in matters unrelated to the Chapter 11 Case, the identities of these entities and such entities' relationship to the Debtor and connection to Shook, are set forth in <u>Schedule 2</u> hereto.

To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Shook, nor any partner, associate or other professional thereof has any connection with the Debtor, its affiliates, its creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee or any other party with an actual or

NAI-1536325529

potential interest in the Chapter 11 Case or their respective attorneys or accountants, except as set forth below and in Schedule 2, attached hereto:

(a)   Shook has not represented, and does not and will not represent, any entity in matters adverse to the Debtor or its estate with respect to matters on which Shook is to be employed.

(b)   Shook previously represented Old JJCI, as national coordinating counsel in certain talc-related litigation.

(c)   Shook currently represents the Debtor's ultimate parent company and non-debtor affiliate, J&J as national coordinating counsel in certain talc-related litigation.

(d)   In matters <u>unrelated</u> to the Debtor or the Chapter 11 Case, Shook currently represents or formerly represented certain of the Debtor's non-debtor affiliates.  Shook, however, has not represented, and does not and will not represent, any of these entities in matters adverse to the Debtor or to the estate with respect to matters on which Shook is to be employed.

(e)   In matters <u>unrelated</u> to the Debtor or the Chapter 11 Case, Shook currently represents Bank of America, N.A., which is the Debtor's Depository and Disbursement Bank. This relationship is set forth on the attached Schedule 2.  Shook, however, has not represented, and does not and will not represent, this entity in matters adverse to the Debtor or to the estate with respect to matters on which Shook is to be employed.

(f)   In matters <u>unrelated</u> to the Debtor or the Chapter 11 Case, Shook currently represents certain parties who are significant co-defendants in talc cases with the Debtor and affiliates thereof. These relationships are set forth on the attached Schedule 2. Shook, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtor or the Chapter 11 Case.

(g)   In matters <u>unrelated</u> to the Debtor or the Chapter 11 Case, Shook currently represents a number of the Interested Parties categorized above.  These relationships are set forth on the attached Schedule 2.  Shook, however, has not represented, and does not and will not represent, any of these entities in matters adverse to the Debtor or to the estate with respect to matters on which Shook is to be employed.

With regards to compensation prior to the Petition Date, the Debtor paid Shook for its services in connection with the 2021 Chapter 11 Case pursuant to the interim

-4-

compensation order entered in that case throughout the pendency of the 2021 Chapter 11 Case.  See also Disclosure of Compensation attached to the Application as Exhibit C.

On April 4, 2023, following the entry of the Dismissal Order and prior to the commencement of this Chapter 11 Case, Shook received payment from the Debtor of all unpaid actual and estimated fees and expenses incurred through the commencement of this Chapter 11 Case.

In particular, following entry of the Dismissal Order, on April 4, 2023, the Debtor paid Shook $375,140.40 via wire transfer (the "Payment").  This amount comprises (a) $252,140.40 on account of actual and estimated fees and expenses for which the Debtor was responsible and that were incurred but not yet paid in the 2021 Chapter 11 Case through the entry of the Dismissal Order (the "Pre-Dismissal Amounts"),[3] and (b) $123,000.00 for Shook's estimated fees and expenses incurred following dismissal of the 2021 Chapter 11 Case and prior to the commencement of this Chapter 11 Case (the "Post-Dismissal Amounts").  The Payment was applied to the Pre-Dismissal Amounts and the Post-Dismissal Amounts prior to the commencement of this Chapter 11 Case.[4]  Accordingly, as of the Petition Date, Shook was not owed any amounts by the Debtor.

This payment to Shook was made in accordance with the terms of the Dismissal Order, which provides that a Retained Professional (as defined therein) may "seek final allowance and payment of compensation and reimbursement of expenses" in accordance with the procedures set forth in the Dismissal Order, which procedures included serving "a statement of all of its unpaid fees and expenses incurred in [the 2021] Chapter 11 Case

---

[3]    Consistent with the Debtor's indemnity obligations, this amount also included outstanding actual and estimated fees and expenses owed to Shook by J&J for services provided in the talc-litigation during the pendency of the 2021 Chapter 11 Case prior to the entry of the Dismissal Order.  See Declaration of John K. Kim in Support of First Day Pleadings [Dkt. 4] ¶¶ 13-25 (providing that the Debtor is solely responsible for the talc-related liabilities of Old JJCI).

[4]    Shook did not hold a retainer (a "Retainer") as of the Petition Date.  Shook expects to:  (a) complete its reconciliation of the fees and expenses actually incurred prior to the Petition Date no later than the filing of its first interim fee application in the Chapter 11 Case, and will separately reconcile the Payment made with respect to Pre-Dismissal Amounts and the Post-Dismissal Amounts; (b) make a corresponding adjustment to the amount of the Retainer on or about that date as described below; and (c) disclose such adjustment in its first interim fee application.  If, following reconciliation, any estimated amounts included in either the Pre-Dismissal Amounts or the Post-Dismissal Amounts, respectively, exceeded Shook's unbilled actual fees and expenses incurred in the respective periods, the balance will be added to Retainer and applied by Shook consistent with the terms of the Interim Compensation Order.  Shook will not apply any portion of the Retainer to fees and expenses incurred from and after the Petition Date unless and until authorized to do so by a further order of this Court, including an Interim Compensation Order.  Shook agrees to waive all actual fees and expenses, if any, owed by the Debtor that were unpaid by the Payment.

NAI-1536325529

through the Dismissal Date" on the Debtor "no later than 45 days following the Dismissal
Date." Dismissal Order, ¶ 5. Shook served such a statement on the Debtor. [5]

In addition, Shook understands that the Debtor was solvent at the time it made this
payment to Shook. See In re LTL Mgmt., LLC, 64 F.4th 84, 108 (3d Cir. 2023) ("LTL,
at the time of its filing, was highly solvent with access to cash to meet comfortably its
liabilities as they came due for the foreseeable future."); see also Apr. 18, 2023 Hr'g Tr.
62:21-25 (the Debtor's chief legal officer testifying that Holdco, the party to the funding
agreement with the Debtor, is valued at $30 billion); id. at 207:3-4 (counsel for the
Debtor reiterating that the value of Holdco is $30 billion).

7.      To the best of my knowledge, my firm, its members, shareholders, partners,
associates, officers and/or employees and I (check all that apply):

    ☐      do not hold an adverse interest to the estate.
    ☐      do not represent an adverse interest to the estate.
    ☐      are disinterested under 11 U.S.C. § 101(14).
    ☒      do not represent or hold any interest adverse to the debtor or the estate
        with respect to the matter for which I will be retained under 11 U.S.C.
        § 327(e).
    ☒      Other. Explain: See No. 6 above.

8.      If the professional is an auctioneer,
    a.      The following are my qualifications and experience with the liquidation or
        sale of similar property: N/A
    b.      The proposed method of calculation of my compensation, including rates
        and formulas, is: N/A
    Pursuant to D.N.J. 2014-2, I ☐ do   or   ☐ do not request a waiver of the
    requirements of   D. N. J. LBR 2016-1.
    c.      The following is an estimate of all costs and expenses, including labor,
        security, advertising, delivery, mailing, and insurance, for which I will
        seek reimbursement from the sale proceeds: N/A
    d.      Have you, or a principal of your firm, been convicted of a criminal
        offense?
        ☐ No          ☐ Yes (explain below)
    e.      I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in
        effect and will remain so through the date of turnover of the auction
        proceeds.

---

[5]      On April 27, 2023, the Debtor filed a motion for authorization to satisfy the fees and expenses of the other
estate professionals involved in the 2021 Chapter 11 Case per the terms of the Dismissal Order. See
Dkt. 319.

9.      If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A

I certify under penalty of perjury that the above information is true.

Date: May 4, 2023                          */s/ Kathleen A. Frazier*
                                           Kathleen A. Frazier
                                           Shook, Hardy & Bacon L.L.P.

-7-

# SCHEDULE 1

**Schedule of Potentially Interested Parties**

**LTL Management LLC**
**Potentially Interested Parties**

**Debtor**
LTL Management LLC

**Direct Equity Owner of Debtor**
Johnson & Johnson Holdco (NA) Inc.

**Debtor's Direct Non-Debtor Subsidiary**
Royalty A&M LLC

**Other Non-Debtor Affiliates**
3Dintegrated ApS
ABD Holding Company, Inc.
ABIOMED R&D, Inc.
ABIOMED, Inc.
Acclarent, Inc.
Actelion Ltd
Actelion Pharmaceuticals Ltd
Actelion Pharmaceuticals Trading
    (Shanghai) Co., Ltd.
Actelion Pharmaceuticals US, Inc.
Actelion Treasury Unlimited Company
Albany Street LLC
ALZA Corporation
Alza Land Management, Inc.
AMO (Hangzhou) Co., Ltd.
AMO (Shanghai) Medical Devices
    Trading Co., Ltd.
AMO ASIA LIMITED
AMO Australia Pty Limited
AMO Canada Company
AMO Denmark ApS
AMO Development, LLC
AMO France
AMO Germany GmbH
AMO Groningen B.V.
AMO International Holdings
    Unlimited Company
AMO Ireland
AMO Italy SRL
AMO Japan K.K.
AMO Manufacturing USA, LLC
AMO Netherlands BV
AMO Nominee Holdings, LLC

AMO Norway AS
AMO Puerto Rico Manufacturing, Inc.
AMO Sales and Service, Inc.
AMO Singapore Pte. Ltd.
AMO Spain Holdings, LLC
AMO Switzerland GmbH
AMO United Kingdom, Ltd.
AMO Uppsala AB
Anakuria Therapeutics, Inc.
AorTx, Inc.
Apsis SAS
Aragon Pharmaceuticals, Inc.
Asia Pacific Holdings, LLC
Atrionix, Inc.
AUB Holdings LLC
Auris Health, Inc.
Backsvalan 6 Handelsbolag
Beijing Dabao Cosmetics Co., Ltd.
BeneVir BioPharm, Inc.
Berna Rhein B.V.
BioMedical Enterprises, Inc.
Biosense Webster (Israel) Ltd.
Biosense Webster, Inc.
Breethe, Inc.
C Consumer Products Denmark ApS, n/k/a
    Coloplast Konsumerntvarer A/S
Carlo Erba OTC S.r.l.
Centocor Biologics, LLC
Centocor Research & Development, Inc.
Cerenovus, Inc.
ChromaGenics B.V.
Ci:z. Labo Co., Ltd.
Cilag AG
Cilag GmbH International
Cilag Holding AG
Cilag Holding Treasury Unlimited Company
Cilag-Biotech, S.L.
Coherex Medical, Inc.
ColBar LifeScience Ltd.
Consumer Test Entity
Cordis de Mexico, S.A. de C.V.
Corimmun GmbH
CoTherix Inc.

CRES Holdings, Inc.
CrossRoads Extremity Systems, LLC
CSATS, Inc.
Debs-Vogue Corporation
    (Proprietary) Limited
DePuy Hellas SA
DePuy International Limited
DePuy Ireland Unlimited Company
DePuy Mexico, S.A. de C.V.
DePuy Mitek, LLC
DePuy Orthopaedics, Inc.
DePuy Products, Inc.
DePuy Spine, LLC
DePuy Synthes Institute, LLC
DePuy Synthes Products, Inc.
DePuy Synthes Sales, Inc.
DePuy Synthes, Inc.
Dutch Holding LLC
ECL7, LLC
EES Holdings de Mexico,
    S. de R.L. de C.V.
EES, S.A. de C.V.
EIT Emerging Implant Technologies GmbH
Ethicon Endo-Surgery (Europe) GmbH
Ethicon Endo-Surgery, Inc.
Ethicon Endo-Surgery, LLC
Ethicon LLC
Ethicon Sarl
Ethicon US, LLC
Ethicon Women's Health & Urology Sarl
Ethicon, Inc.
Ethnor (Proprietary) Limited
Ethnor del Istmo S.A.
Ethnor Farmaceutica, S.A.
Finsbury (Development) Limited
Finsbury (Instruments) Limited
Finsbury Medical Limited
Finsbury Orthopaedics International Limited
Finsbury Orthopaedics Limited
FMS Future Medical System SA
GATT Technologies B.V.
GH Biotech Holdings Limited
Global Investment Participation B.V.
GMED Healthcare BV
Guangzhou Bioseal Biotech Co., Ltd.
Hansen Medical Deutschland GmbH

Hansen Medical International, Inc.
Hansen Medical UK Limited
Hansen Medical, Inc.
Healthcare Services (Shanghai) Ltd.
I.D. Acquisition Corp.
Innomedic Gesellschaft für innovative
    Medizintechnik und Informatik mbH
J & J Company West Africa Limited
J&J Argentina S.A.
J&J Pension Trustees Limited
J&J Productos Medicos & Farmaceuticos
    del Peru S.A.
J.C. General Services BV
Janssen Biologics (Ireland) Limited
Janssen Biologics B.V.
Janssen BioPharma, LLC
Janssen Biotech, Inc.
Janssen Cilag Farmaceutica S.A.
Janssen Cilag S.p.A.
Janssen Cilag SPA
Janssen Cilag, C.A.
Janssen Development Finance Unlimited
    Company
Janssen Egypt LLC
Janssen Farmaceutica Portugal Lda
Janssen France Treasury Unlimited
    Company
Janssen Global Services, LLC
Janssen Holding GmbH
Janssen Inc.
Janssen Irish Finance Unlimited Company
Janssen Japan Treasury Unlimited Company
Janssen Korea Ltd.
Janssen Mexico Treasury
    Unlimited Company
Janssen Oncology, Inc.
Janssen Ortho LLC
Janssen Pharmaceutica
    (Proprietary) Limited
Janssen Pharmaceutica NV
Janssen Pharmaceutica S.A.
Janssen Pharmaceutical K.K.
Janssen Pharmaceutical Sciences
    Unlimited Company
Janssen Pharmaceutical Unlimited Company
Janssen Pharmaceuticals, Inc.

Janssen Products, LP
Janssen R&D Ireland Unlimited Company
Janssen Research & Development, LLC
Janssen Sciences Ireland
   Unlimited Company
Janssen Scientific Affairs, LLC
Janssen Supply Group, LLC
Janssen Vaccines & Prevention B.V.
Janssen Vaccines Corp.
Janssen-Cilag
Janssen-Cilag (New Zealand) Limited
Janssen-Cilag A/S
Janssen-Cilag AG
Janssen-Cilag Aktiebolag
Janssen-Cilag AS
Janssen-Cilag B.V.
Janssen-Cilag d.o.o. Beograd
Janssen-Cilag de Mexico S. de R.L. de C.V.
Janssen-Cilag Farmaceutica Lda.
Janssen-Cilag Farmaceutica Ltda.
Janssen-Cilag GmbH
Janssen-Cilag International NV
Janssen-Cilag Kft.
Janssen-Cilag Limited
Janssen-Cilag Manufacturing, LLC
Janssen-Cilag NV
Janssen-Cilag OY
Janssen-Cilag Pharma GmbH
Janssen-Cilag Pharmaceutical S.A.C.I.
Janssen-Cilag Polska, Sp. z o.o.
Janssen-Cilag Pty Ltd
Janssen-Cilag S.A.
Janssen-Cilag s.r.o.
Janssen-Cilag, S.A.
Janssen-Cilag, S.A. de C.V.
Janssen-Pharma, S.L.
J-C Health Care Ltd.
Jevco Holding, Inc.
JJ Surgical Vision Spain, S.L.
JJC Acquisition Company B.V.
JJHC, LLC
JJSV Belgium BV
JJSV Manufacturing Malaysia SDN. BHD.
JJSV Norden AB
JJSV Produtos Oticos Ltda.
JNJ Global Business Services s.r.o.

JNJ Holding EMEA B.V.
JNJ International Investment LLC
JNTL (APAC) HoldCo 2 LLC
JNTL (APAC) HoldCo 3 Pte. Ltd.
JNTL (APAC) HoldCo LLC
JNTL (APAC) HoldCo Pte. Ltd.
JNTL (Japan) HoldCo Inc.
JNTL (Malaysia) Sdn. Bhd.
JNTL (Middle East) HoldCo LLC
JNTL (Puerto Rico) HoldCo GmbH
JNTL (Shanghai) Investment Co., Ltd.
JNTL (Switzerland) HoldCo GmbH
JNTL (Thailand) HoldCo LLC
JNTL (UK) HoldCo Limited
JNTL Consumer Health (Belgium) BV
JNTL Consumer Health (Brazil) Ltda.
JNTL Consumer Health
   (Czech Republic) s.r.o.
JNTL Consumer Health
   (Dominican Republic), S.A.S.
JNTL Consumer Health (Finland) Oy
JNTL Consumer Health (France) SAS
JNTL Consumer Health (Hungary) Kft
JNTL Consumer Health (India)
   Private Limited
JNTL Consumer Health
   (New Zealand) Limited
JNTL Consumer Health (Norway) AS
JNTL Consumer Health (Philippines) Inc.
JNTL Consumer Health (Poland) sp. z o.o.
JNTL Consumer Health (Portugal) Limitada
JNTL Consumer Health (Services) LLC
JNTL Consumer Health (Slovakia), s.r.o.
JNTL Consumer Health (Spain), S.L.
JNTL Consumer Health (Taiwan) Limited
JNTL Consumer Health (Vietnam) Co. Ltd.
JNTL Consumer Health General
   Services BV
JNTL Consumer Health I (Ireland) Limited
JNTL Consumer Health I
   (Switzerland) GmbH
JNTL Consumer Health II
   (Switzerland) GmbH
JNTL Consumer Health LLC
JNTL Consumer Health Mexico,
   S. de R.L. de C.V.

JNTL Consumer Health Middle
  East FZ-LLC
JNTL HoldCo 2 LLC
JNTL HoldCo 3 LLC
JNTL HoldCo 4 LLC
JNTL HoldCo 5 LLC
JNTL HoldCo 6 LLC
JNTL HoldCo 7 LLC
JNTL HoldCo 8 LLC
JNTL HoldCo LLC
JNTL Holdings 2, Inc.
JNTL Holdings 3, Inc.
JNTL Holdings B.V.
JNTL Holdings, Inc.
JNTL Ireland HoldCo 2 B.V.
JNTL Netherlands HoldCo B.V.
JNTL Turkey Tüketici Sağlığı
  Limited Şirketi
Johnson & Johnson
Johnson & Johnson - Societa' Per Azioni
Johnson & Johnson (Angola), Limitada
Johnson & Johnson (Australia) Pty Ltd
Johnson & Johnson (Canada) Inc.
Johnson & Johnson (China) Investment Ltd.
Johnson & Johnson (Ecuador) S.A.
Johnson & Johnson (Egypt) S.A.E.
Johnson & Johnson (Hong Kong) Limited
Johnson & Johnson (Ireland) Limited
Johnson & Johnson (Jamaica) Limited
Johnson & Johnson (Kenya) Limited
Johnson & Johnson (Middle East) Inc.
Johnson & Johnson (Mozambique),
  Limitada
Johnson & Johnson (Namibia)
  (Proprietary) Limited
Johnson & Johnson (New Zealand) Limited
Johnson & Johnson (Philippines), Inc.
Johnson & Johnson (Private) Limited
Johnson & Johnson (Singapore)
  Holdco LLC
Johnson & Johnson (Thailand) Ltd.
Johnson & Johnson (Trinidad) Limited
Johnson & Johnson (Vietnam) Co., Ltd
Johnson & Johnson AB
Johnson & Johnson AG
Johnson & Johnson Bulgaria EOOD

Johnson & Johnson China Ltd.
Johnson & Johnson Consumer
  (Hong Kong) Limited
Johnson & Johnson Consumer
  (Thailand) Limited
Johnson & Johnson Consumer B.V.
Johnson & Johnson Consumer
  Holdings France
Johnson & Johnson Consumer Inc.
Johnson & Johnson Consumer NV
Johnson & Johnson Consumer
  Saudi Arabia Limited
Johnson & Johnson Consumer Services
  EAME Ltd.
Johnson & Johnson d.o.o.
Johnson & Johnson de Argentina S.A.C. e. I.
Johnson & Johnson de Chile S.A.
Johnson & Johnson de Colombia S.A.
Johnson & Johnson de Mexico, S.A. de C.V.
Johnson & Johnson de Uruguay S.A.
Johnson & Johnson de Venezuela, S.A.
Johnson & Johnson del Ecuador, S.A.
Johnson & Johnson Del Paraguay, S.A.
Johnson & Johnson del Peru S.A.
Johnson & Johnson do Brasil Industria E
  Comercio de Produtos Para Saude Ltda.
Johnson & Johnson Dominicana, S.A.S.
Johnson & Johnson Enterprise
  Innovation Inc.
Johnson & Johnson European Treasury
  Unlimited Company
Johnson & Johnson Finance Corporation
Johnson & Johnson Finance Limited
Johnson & Johnson Financial
  Services GmbH
Johnson & Johnson for Export and
  Import LLC
Johnson & Johnson Gateway, LLC
Johnson & Johnson Gesellschaft m.b.H.
Johnson & Johnson GmbH
Johnson & Johnson GT, Sociedad Anónima
Johnson & Johnson Guatemala, S.A.
Johnson & Johnson Health and Wellness
  Solutions, Inc.
Johnson & Johnson Health Care
  Systems Inc.

Johnson & Johnson Hellas Commercial and
Industrial S.A.
Johnson & Johnson Hellas
Consumer Products
Commercial Societe Anonyme
Johnson & Johnson Hemisferica S.A.
Johnson & Johnson Holdco (NA) Inc.
Johnson & Johnson Holding GmbH
Johnson & Johnson Holdings
(Austria) GmbH
Johnson & Johnson Inc.
Johnson & Johnson Industrial Ltda.
Johnson & Johnson Innovation - JJDC, Inc.
Johnson & Johnson Innovation Limited
Johnson & Johnson Innovation LLC
Johnson & Johnson International
Johnson & Johnson International
(Singapore) Pte. Ltd.
Johnson & Johnson International Financial
Services Unlimited Company
Johnson & Johnson Irish Finance
Company Limited
Johnson & Johnson K.K.
Johnson & Johnson Kft.
Johnson & Johnson Korea Selling &
Distribution LLC
Johnson & Johnson Korea, Ltd.
Johnson & Johnson Limited
Johnson & Johnson LLC
Johnson & Johnson Luxembourg Finance
Company Sarl
Johnson & Johnson Management Limited
Johnson & Johnson Medical (China) Ltd.
Johnson & Johnson Medical
(Proprietary) Ltd
Johnson & Johnson Medical (Shanghai) Ltd.
Johnson & Johnson Medical (Suzhou) Ltd.
Johnson & Johnson Medical B.V.
Johnson & Johnson Medical Devices &
Diagnostics Group - Latin America,
L.L.C.
Johnson & Johnson Medical GmbH
Johnson & Johnson Medical Greece
Single Member S.A.
Johnson & Johnson Medical Korea Ltd.
Johnson & Johnson Medical Limited

Johnson & Johnson Medical Mexico,
S.A. de C.V.
Johnson & Johnson Medical NV
Johnson & Johnson Medical
Products GmbH
Johnson & Johnson Medical Pty Ltd
Johnson & Johnson Medical S.A.
Johnson & Johnson Medical S.p.A.
Johnson & Johnson Medical SAS
Johnson & Johnson Medical
Saudi Arabia Limited
Johnson & Johnson Medical Taiwan Ltd.
Johnson & Johnson Medical, S.C.S.
Johnson & Johnson Medikal Sanayi ve
Ticaret Limited Sirketi
Johnson & Johnson MedTech
(Thailand) Ltd.
Johnson & Johnson Medtech
Colombia S.A.S.
Johnson & Johnson Middle East FZ-LLC
Johnson & Johnson Morocco
Societe Anonyme
Johnson & Johnson Nordic AB
Johnson & Johnson Pacific Pty Limited
Johnson & Johnson Pakistan
(Private) Limited
Johnson & Johnson Panama, S.A.
Johnson & Johnson Personal Care
(Chile) S.A.
Johnson & Johnson Pharmaceutical Ltd.
Johnson & Johnson Poland Sp. z o.o.
Johnson & Johnson Private Limited
Johnson & Johnson Pte. Ltd.
Johnson & Johnson Pty. Limited
Johnson & Johnson Romania S.R.L.
Johnson & Johnson S.E. d.o.o.
Johnson & Johnson S.E., Inc.
Johnson & Johnson Sante Beaute France
Johnson & Johnson SDN. BHD.
Johnson & Johnson Services, Inc.
Johnson & Johnson Surgical Vision India
Private Limited
Johnson & Johnson Surgical Vision, Inc.
Johnson & Johnson Taiwan Ltd.
Johnson & Johnson UK Treasury
Company Limited

Johnson & Johnson Ukraine LLC
Johnson & Johnson Urban
  Renewal Associates
Johnson & Johnson Vision Care
  (Australia) Pty Ltd
Johnson & Johnson Vision Care
  (Shanghai) Ltd.
Johnson & Johnson Vision Care Ireland
  Unlimited Company
Johnson & Johnson Vision Care, Inc.
Johnson & Johnson Vision Korea, Ltd.
Johnson & Johnson, Lda
Johnson & Johnson, S.A.
Johnson & Johnson, S.A. de C.V.
Johnson & Johnson, s.r.o.
Johnson & Johnson, s.r.o.
Johnson and Johnson (Proprietary) Limited
Johnson and Johnson Sihhi Malzeme Sanayi
  Ve Ticaret Limited Sirketi
Johnson Y Johnson de Costa Rica, S.A.
JOM Pharmaceutical Services, Inc.
Kenvue Inc.
La Concha Land Investment Corporation
McNeil AB
McNeil Consumer Pharmaceuticals Co.
McNeil Denmark ApS
McNeil Healthcare (Ireland) Limited
McNeil Healthcare (UK) Limited
McNeil Healthcare LLC
McNeil Iberica S.L.U.
McNeil LA LLC
McNEIL MMP, LLC
McNeil Nutritionals, LLC
McNeil Panama, LLC
McNeil Products Limited
McNeil Sweden AB
Medical Device Business Services, Inc.
Medical Devices & Diagnostics
  Global Services, LLC
Medical Devices International LLC
Medos International Sarl
Medos Sarl
MegaDyne Medical Products, Inc.
Menlo Care De Mexico, S.A. de C.V.
Mentor B.V.
Mentor Deutschland GmbH

Mentor Medical Systems B.V.
Mentor Partnership Holding
  Company I, LLC
Mentor Texas GP LLC
Mentor Texas L.P.
Mentor Worldwide LLC
Middlesex Assurance Company Limited
Momenta Ireland Limited
Momenta Pharmaceuticals, Inc.
NeoStrata Company, Inc.
NeoStrata UG (haftungsbeschränkt)
Netherlands Holding Company
Neuravi Limited
NeuWave Medical, Inc.
Novira Therapeutics, LLC
NuVera Medical, Inc.
Obtech Medical Mexico, S.A. de C.V.
OBTECH Medical Sarl
OGX Beauty Limited
OMJ Holding GmbH
OMJ Pharmaceuticals, Inc.
Omrix Biopharmaceuticals Ltd.
Omrix Biopharmaceuticals NV
Omrix Biopharmaceuticals, Inc.
Ortho Biologics LLC
Ortho Biotech Holding LLC
Orthospin Ltd.
Orthotaxy SAS
Patriot Pharmaceuticals, LLC
Peninsula Pharmaceuticals, LLC
Percivia LLC
Pharmadirect Ltd.
Pharmedica Laboratories
  (Proprietary) Limited
preCARDIA, Inc.
Princeton Laboratories, Inc.
Productos de Cuidado Personal y
  de La Salud de Bolivia S.R.L.
Proleader S.A.
Prosidyan, Inc.
PT Integrated Healthcare Indonesia
PT Johnson & Johnson Indonesia
PT Johnson and Johnson Indonesia Two
Pulsar Vascular, Inc.
Regency Urban Renewal Associates
RespiVert Ltd.

Review Manager Test Entity 2
Royalty A&M LLC
Rutan Realty LLC
Scios LLC
Serhum S.A. de C.V.
Shanghai Elsker Mother & Baby Co., Ltd
Shanghai Johnson & Johnson Ltd.
Shanghai Johnson & Johnson
    Pharmaceuticals Ltd.
Sodiac ESV
Spectrum Vision Limited Liability Company
Spectrum Vision Limited Liability
    Partnership
SterilMed, Inc.
Surgical Process Institute
    Deutschland GmbH
Synthes Costa Rica S.C.R., Limitada
SYNTHES GmbH
Synthes GmbH
Synthes Holding AG
Synthes Holding Limited
SYNTHES Medical Immobilien GmbH
Synthes Medical Surgical Equipment &
    Instruments Trading LLC
Synthes Produktions GmbH
Synthes Proprietary Limited
Synthes S.M.P., S. de R.L. de C.V.
Synthes Tuttlingen GmbH
Synthes USA Products, LLC
Synthes USA, LLC
Synthes, Inc.
TARIS Biomedical LLC
TearScience, Inc.
The Anspach Effort, LLC
The Vision Care Institute, LLC
Tibotec, LLC
Torax Medical, Inc.
UAB "Johnson & Johnson"
Vania Expansion
Verb Surgical Inc.
Vision Care Finance Unlimited Company
Vogue International LLC
WH4110 Development Company, L.L.C.
Xian Janssen Pharmaceutical Ltd.
XO1 Limited
Zarbee's, Inc.

## Managers and Officers of the Debtor
John Kim
Richard Dickinson
Robert Wuesthoff
Russell Deyo

## Major Current Business Affiliations of Debtor's Managers
American Foundation for Opioid
    Alternatives
Migration Policy Institute
Miller Center for Community Protection &
    Reliance, Eagleton Institute of Politics,
    Rutgers University
National Center for State Courts
National Council, McLean Hospital
One Mind

## Depository and Disbursement Banks
Bank of America, N.A.

## Major Sureties
Chubb
Federal Insurance Company
Liberty Mutual Insurance Company
Travelers Casualty and Surety Company
    of America

## Parties to Material Contracts With the Debtor
Johnson & Johnson
Johnson & Johnson Holdco (NA) Inc.
Johnson & Johnson Services, Inc.

## Significant Co-Defendants in Talc-Related Litigation
3M Company
A.O. Smith Corporation
Albertsons Companies, Inc.
Avon Products, Inc.
Barretts Minerals, Inc.
BASF Catalysts LLC
Block Drug Company, Inc.
Borg Warner Morse Tec, Inc.
Brenntag North America
Brenntag Specialties, Inc.

Bristol-Myers Squibb Company
Carrier Corporation
Chanel, Inc.
Charles B. Chrystal Co., Inc.
Chattem, Inc.
Colgate-Palmolive Company
Conopco Inc.
Costco Wholesale Corporation
Coty, Inc.
Crane Co.
CVS Health Corporation
CVS Pharmacy, Inc.
Cyprus Amax Minerals Company
Cyprus Mines Corporation
Dana Companies, LLC
DAP Products, Inc.
Dollar General Corporation
Duane Reade Inc.
Eaton Corporation
Eli Lilly and Company
Elizabeth Arden, Inc.
Estee Lauder Inc.
Family Dollar Stores Inc.
Flowserve US, Inc.
FMC Corporation
Food 4 Less of California, Inc.
Ford Motor Company
Foster Wheeler, LLC
Gardner Denver, Inc.
General Electric Company
Genuine Parts Company
Goodyear Tire & Rubber Co.
Goulds Pumps, LLC
Grinnell LLC
Honeywell International, Inc.
Imerys Talc America, Inc.
Imerys USA, Inc.
IMO Industries Inc.
John Crane, Inc.
K&B Louisiana Corporation
Kaiser Gypsum Company, Inc.
Kmart Corporation
Kolmar Laboratories
Longs Drug Stores California
L'Oreal USA, Inc.
Lucky Stores, Inc.

Macy's, Inc.
Mary Kay Inc.
Maybelline LLC
Metropolitan Life Insurance Company
Noxell Corporation
Personal Care Products Council
Pfizer, Inc.
Pharma Tech Industries, Inc.
Pneumo Abex, LLC
PTI Royston, LLC
Publix Super Markets, Inc.
R.T. Vanderbilt Holding Company, Inc.
Ralphs Grocery Company
Revlon Consumer Products Corporation
Revlon, Inc.
Rite Aid Corporation
Safeway, Inc.
Sanofi-Aventis U.S. LLC
Shulton, Inc.
Specialty Minerals Inc.
Target Corporation
The Dow Chemical Company
The Estee Lauder Companies, Inc.
The Kroger Co.
The Procter & Gamble Company
Thrifty Payless, Inc.
Unilever Home & Personal Care USA
Union Carbide Corporation
Vanderbilt Minerals, LLC
ViacomCBS, Inc.
Walgreen Co.
Walmart, Inc.
Warren Pumps, LLC
Whittaker Clark & Daniels, Inc.
Wyeth Holdings LLC
Yves Saint Laurent America, Inc.

**<u>Debtor's Proposed Professionals and
Claims Agent</u>**
AlixPartners LLP
Bates White LLC
Blake, Cassels & Graydon LLP
Epiq Corporate Restructuring LLC
Hogan Lovells
Jones Day
King & Spalding LLP

McCarter & English, LLP
Orrick, Herrington, & Sutcliffe, LLP
Shook, Hardy & Bacon L.L.P.
Skadden, Arps, Slate, Meager & Flom LLP
Weil Gotshal & Manges LLP
Wollmuth Maher & Deutsch LLP

**Debtor's Proposed Significant Ordinary Course Professionals, Consultants and Service Providers**
Adler Pollock & Sheehan PC
Barrasso Usdin Kupperman
Freeman & Sarver, L.L.C.
Blank Rome LLP
Butler Snow LLP
Carlton Fields, P.A.
Chehardy, Sherman, Williams,
    Recile, & Hayes
Damon Key Leong Kupchak Hastert
Davis Hatley Haffeman & Tighe
Dechert LLP
Elliott Law Offices, PA
Faegre Drinker Biddle & Reath LLP
Foliart, Huff, Ottaway & Bottom
Gibson, Dunn & Crutcher LLP
Goldman Ismail Tomaselli Brennan &
    Baum
Hartline Barger
HeplerBroom LLC
Irwin Fritchie Urquhart & Moore LLC
Johnson & Bell Ltd.
Jones, Skelton & Hochuli, P.L.C.
Kaplan, Johnson, Abate & Bird LLP
Kelley Jasons McGowan Spinelli
Hanna & Reber, LLP
Kirkland & Ellis LLP
Kitch Drutchas Wagner
Valitutti & Sherbrook
Lewis Brisbois Bisgaard & Smith, LLP
Manion Gaynor & Manning LLP
Manning Gross + Massenburg
Miles & Stockbridge
Milligan & Herns
Morgan Lewis
Nelson Mullins Riley & Scarborough, LLP
Nutter McClennen & Fish LLP

Patterson Belknap Webb & Tyler LLP
Proskauer Rose LLP
Quattlebaum, Grooms & Tull PLLC
Schnader Harrison Segal & Lewis
Schwabe Williamson & Wyatt
Sills Cummis & Gross P.C.
Stoel Rives LLP
Sullivan Whitehead & Deluca LLP
Swartz Campbell LLC
The Weinhardt Law Firm
Tucker Ellis LLP
Willcox & Savage, P.C.

**Known Professionals for Certain Non-Debtor Parties in Interest**
Barnes & Thornburg, LLP
Cravath, Swaine & Moore
White & Case LLP

**Proposed Future Claimants' Representative and Her Proposed Professional**
Randi S. Ellis
Walsh Pizzi O'Reilly Falanga LLP

**Material Potentially Indemnified Parties**
Bausch Health Companies Inc.
Cyprus Mines Corporation
Cyprus Talc Corp.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
Luzenac America, Inc.
Pharma Tech Industries, Inc.
PTI Royston, LLC
Rio Tinto America, Inc.
RTZ America, Inc.
Valeant Pharmaceuticals International, Inc.
Windsor Minerals Inc.
Costco Wholesale Corporation
Publix Super Markets, Inc.
Rite Aid Corporation
Safeway Inc.
Walmart Inc.

**Parties Who Have Entered Into Plan
Support Agreements**

Andres Pereira Firm
Ferrer, Poirot & Wansbrough
Johnson Law Group
Liakos Law, APC
Linville Law Group
McDonald Worley
Nachawati Law Group
OnderLaw, LLC
Pulaski Kherkher PLLC
Rueb Stoller Daniel, LLP
Seeger Weiss LLP
Slater Slater Schulman LLP
Trammell PC
Watts Guerra LLP
Wisner Baum, LLP

**Law Firms with Significant
Representations of Talc Claimants**

Andres Pereira Firm
Arnold & Itkin LLP
Aylstock, Witkin, Kreis &
    Overholtz, PLLC
Beasley Allen Law Firm
Childers, Schlueter & Smith LLC
Ferrer, Poirot & Wansbrough
Johnson Law Group
Linville Law Group
McDonald Worley
Miller Firm, LLC
Nachawati Law Group
Napoli Shkolnik PLLC
OnderLaw, LLC
Pulaski Kherkher PLLC
Robinson Calcagnie
Rueb Stoller Daniel, LLP
Sanders, Phillips, Grossman, LLC
Seeger Weiss LLP
Slater Slater Schulman LLP
Trammell PC
Wagstaff Law Firm
Watts Guerra LLP
Wisner Baum, LLP

**Key Parties in *Imerys Talc America, Inc.*
and *Cyprus Mines Corp.* Chapter 11 Cases**

Cyprus Amax Minerals Company
Cyprus Mines Corporation
Cyprus Talc Corporation
Imerys S.A.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
    (fka Windsor Minerals Inc.)
James L. Patton
Luzenac America, Inc.
Official Committee of Tort Claimants
    (*In re Imerys Talc America, Inc.*)
Official Committee of Tort Claimants
    (*In re Cyprus Mines Corp.*)
Roger Frankel

**Debtor's Insurers**

A.G. Securitas
ACE Property & Casualty Insurance
    Company
Aetna Casualty and Surety Company
Affiliated FM Ins. Company
AIG Europe S.A.
AIG Property and Casualty Company
AIU Ins. Company
Allianz Global Risks US
    Insurance Company
Allianz Ins. Company
Allstate Insurance Company
American Centennial Ins. Company
American Motorists Ins. Company
American Re-Insurance Company
Arrowood Indemnity Company
ASR Schadeverzekering N.V.
Assurances Generales De France
Assurantiekantoor VanWijk & Co.
Atlanta International Insurance Company,
    n/k/a Wellfleet New York Insurance
    Company
Birmingham Fire Ins. Company of
    Pennsylvania
Central National Ins. Company of Omaha
Century Indemnity Company
Champion Dyeing Allocation Year
Chubb

City Ins. Company
Colonia Versicherungs AG, Koln
Company of N.Y.
Continental Insurance Company
Darag Deutsche Versicherungs-Und
Drake Ins. Company of New York
Employers Ins. Company of Wausau
Employers Ins. of Wausau
Employers Mutual Casualty Company
Eurinco Allgemeine
Everest Reinsurance Company
Fireman's Fund Ins. Company
First State Ins. Company
GAP
Gibraltar Casualty Company
Granite State Ins. Company
Great American
Great Northern Ins. Company
Great Southwest Fire Ins. Company
Groupe Drouot
Harbor Ins. Company
Hartford Accident and Indemnity Company
Home Ins. Company
Ideal Mutual Ins. Company
Industrial Indemnity Company
Ins. Company of North America
Ins. Company of the State of Pennsylvania
Ins. Corporation of Singapore Limited
Integrity Ins. Company
International Ins. Company
International Surplus Lines Ins. Company
Lexington Ins. Company
London Guarantee and Accident
L'Union Atlantique S.A. d'Assurances
Maas Lloyd
Mead Reinsurance Corporation
Middlesex Assurance Company
Midland Ins. Company
Midstates Reinsurance Corp.
Mission Ins. Company
Mission National Ins. Company
Munich Reinsurance America, Inc.
Mutual Fire, Marine, & Inland Ins.
    Company
N.V. De Ark
N.V. Rotterdamse Assurantiekas

N.V. Schadeverzekeringsmaatschappij
National Casualty Company
National Union Fire Ins. Company of
    Pittsburgh, PA
Nationwide
New Hampshire Ins. Company
North River Ins. Company
Northbrook Excess and Surplus
    Ins. Company
Northeastern Fire Ins. Company
    of Pennsylvania
Pacific Employers Ins. Company
ProSight
Prudential Reinsurance Company
Puritan Insurance Company
Republic Indemnity Company of America
Republic Ins. Company
Republic Western Ins. Company
Repwest Insurance Company
Resolute Management Inc.
Rheinland Versicherungen
Rheinland Verzekeringen
Riverstone Insurers
Royal Belge I.R., S.A. d'Assurances
Royal Indemnity Company
Royal Ins. Company
Rückversicherungs-AG
Safety Mutual Casualty Corporation
Safety National Casualty Corporation
Seguros La Republica SA
Sentry Insurance A Mutual Company
Southern American Ins. Company
Starr Indemnity & Liability Company
TIG Insurance Company
Transamerica Premier Insurance Company
Transit Casualty Company
Travelers Casualty and Surety Company
UAP
Union Atlantique d'Assurances S.A.
Union Indemnity Ins. Company
    of New York
Versicherungs AG, Dusseldorf
Westchester Fire Insurance Company
Westport Insurance Corporation
XL Ins. Company

**Potential Parties in Canadian Proceeding**
Cassels Brock & Blackwell LLP
Ernst & Young Inc.

**States/Federal District With Consumer
Protection Investigations/Actions**
Alabama
Alaska
Arkansas
Arizona
Colorado
Connecticut
Delaware
Florida
Georgia
Hawaii
Idaho
Illinois
Iowa
Kansas
Kentucky
Maine
Maryland
Massachusetts
Michigan
Minnesota
Mississippi
Montana
Nebraska
Nevada
New Hampshire
New Jersey
New Mexico
New York
North Carolina
North Dakota
Ohio
Oklahoma
Oregon
Rhode Island
South Dakota
Texas
Utah
Vermont
Virginia
Washington

Washington, D.C.
West Virginia
Wisconsin

**The Office of the United States Trustee –
Region 3 – District of New Jersey**
Adam Shaarawy
Adela Alfaro
Alexandria Nikolinos
Angeliza Ortiz-Ng
Daniel C. Kropiewnicki
David Gerardi
Fran B. Steele
Francyne D. Arendas
James Stives
Jeffrey Sponder
Joseph C. Kern
Kirsten K. Ardelean
Lauren Bielskie
Maggie McGee
Martha Hildebrandt
Michael Artis
Neidy Fuentes
Peter J. D'Auria
Robert J. Schneider, Jr.
Tia Green
Tina L. Oppelt
William J. Ziemer

**Bankruptcy Judges for the District
of New Jersey**
Judge Andrew B. Altenburg, Jr.
Judge Christine M. Gravelle
Judge Jerrold N. Poslusny, Jr.
Judge John K. Sherwood
Judge Kathryn C. Ferguson
Judge Michael B. Kaplan
Judge Rosemary Gambardella
Judge Stacey L. Meisel
Judge Vincent F. Papalia

## SCHEDULE 2

**Disclosure Schedule**

| **Other Non-Debtor Affiliates** | |
|---|---|
| Acclarent, Inc. | Shook represents this entity in unrelated matters. |
| ABIOMED, Inc. | Shook represents this entity in unrelated matters. |
| DePuy International Limited | Shook represents this entity in unrelated matters. |
| DePuy Orthopaedics, Inc. | Shook represents this entity in unrelated matters. |
| DePuy Products, Inc. | Shook represents this entity in unrelated matters. |
| DePuy Synthes Products, Inc. | Shook represents this entity in unrelated matters. |
| DePuy Synthes Sales, Inc. | Shook represents this entity in unrelated matters. |
| DePuy Synthes, Inc. | Shook represents this entity in unrelated matters. |
| Ethicon Endo-Surgery, Inc. | Shook represents this entity in unrelated matters. |
| Ethicon LLC | Shook represents this entity in unrelated matters. |
| Ethicon Women's Health & Urology Sarl | Shook represents this entity in unrelated matters. |
| Ethicon, Inc. | Shook represents this entity in unrelated matters. |
| Janssen Biotech, Inc. | Shook represents this entity in unrelated matters. |
| Janssen Ortho LLC | Shook represents this entity in unrelated matters. |
| Janssen Pharmaceuticals, Inc. | Shook represents this entity in unrelated matters. |
| Janssen Products, LP | Shook represents this entity in unrelated matters. |
| Janssen Research & Development, LLC | Shook represents this entity in unrelated matters. |
| Johnson & Johnson | Shook represents this entity in unrelated matters. |
| Johnson & Johnson Consumer Inc. | Shook represents this entity in unrelated matters. |
| Johnson & Johnson Health and Wellness Solutions, Inc. | Shook represents this entity in unrelated matters. |
| Johnson & Johnson Inc. | Shook represents this entity in unrelated matters. |
| Johnson & Johnson International | Shook represents this entity in unrelated matters. |
| Johnson & Johnson S.E., Inc. | Shook represents this entity in unrelated matters. |
| Johnson & Johnson Services, Inc. | Shook represents this entity in unrelated matters. |
| Medical Device Business Services, Inc. | Shook represents this entity in unrelated matters. |
| OMJ Pharmaceuticals, Inc. | Shook represents this entity in unrelated matters. |
| Synthes Holding AG | Shook represents this entity in unrelated matters. |
| Synthes USA Products, LLC | Shook represents this entity in unrelated matters. |
| Synthes USA, LLC | Shook represents this entity in unrelated matters. |
| Synthes, Inc. | Shook represents this entity in unrelated matters. |
| | |
| **Major Sureties** | |
| Chubb | Shook represents this entity in unrelated matters. |
| Liberty Mutual Insurance Company | Shook represents this entity in unrelated matters. |
| | |
| **Parties to Material Contracts With the Debtor** | |
| Johnson & Johnson | Shook represents this entity in unrelated matters. |
| Johnson & Johnson Services, Inc. | Shook represents this entity in unrelated matters. |
| | |
| **Significant Co-Defendants in Talc-Related Litigation** | |
| Albertsons Companies, Inc. | Shook represents this entity in unrelated matters. |
| Avon Products, Inc. | Shook represents this entity in unrelated matters. |
| BASF Catalysts LLC | Shook represents this entity in unrelated matters. |
| Bristol-Myers Squibb Company | Shook represents this entity in unrelated matters. |
| Colgate-Palmolive Company | Shook represents this entity in unrelated matters. |
| Conopco Inc. | Shook represents this entity in unrelated matters. |
| Costco Wholesale Corporation | Shook represents this entity in unrelated matters. |
| Crane Co. | Shook represents this entity in unrelated matters. |
| CVS Pharmacy, Inc. | Shook represents this entity in unrelated matters. |

| | |
|---|---|
| Eli Lilly and Company | Shook represents this entity in unrelated matters. |
| Elizabeth Arden, Inc. | Shook represents this entity in unrelated matters. |
| Family Dollar Stores Inc. | Shook represents this entity in unrelated matters. |
| Ford Motor Company | Shook represents this entity in unrelated matters. |
| General Electric Company | Shook represents this entity in unrelated matters. |
| Honeywell International, Inc. | Shook represents this entity in unrelated matters. |
| John Crane, Inc. | Shook represents this entity in unrelated matters. |
| Kmart Corporation | Shook represents this entity in unrelated matters. |
| Macy's, Inc. | Shook represents this entity in unrelated matters. |
| Metropolitan Life Insurance Company | Shook represents this entity in unrelated matters. |
| Personal Care Products Council | Shook represents this entity in unrelated matters. |
| Pfizer, Inc. | Shook represents this entity in unrelated matters. |
| Publix Super Markets, Inc. | Shook represents this entity in unrelated matters. |
| Rite Aid Corporation | Shook represents this entity in unrelated matters. |
| Target Corporation | Shook represents this entity in unrelated matters. |
| The Dow Chemical Company | Shook represents this entity in unrelated matters. |
| The Kroger Co. | Shook represents this entity in unrelated matters. |
| The Procter & Gamble Company | Shook represents this entity in unrelated matters. |
| Union Carbide Corporation | Shook represents this entity in unrelated matters. |
| ViacomCBS, Inc. | Shook represents this entity in unrelated matters. |
| Walgreen Co. | Shook represents this entity in unrelated matters. |
| Walmart, Inc. | Shook represents this entity in unrelated matters. |
| | |
| **Material Potentially Indemnified Parties** | |
| Valeant Pharmaceuticals International, Inc. | Shook represents this entity in unrelated matters. |
| Costco Wholesale Corporation | Shook represents this entity in unrelated matters. |
| Publix Super Markets, Inc. | Shook represents this entity in unrelated matters. |
| Rite Aid Corporation | Shook represents this entity in unrelated matters. |
| Walmart Inc. | Shook represents this entity in unrelated matters. |
| | |
| **Debtor's Insurers** | |
| AIG Property and Casualty Company | Shook represents this entity in unrelated matters. |
| Allstate Insurance Company | Shook represents this entity in unrelated matters. |
| American Motorists Ins. Company | Shook represents this entity in unrelated matters. |
| Arrowood Indemnity Company | Shook represents this entity in unrelated matters. |
| Chubb | Shook represents this entity in unrelated matters. |
| Fireman's Fund Ins. Company | Shook represents this entity in unrelated matters. |
| Granite State Ins. Company | Shook represents this entity in unrelated matters. |
| Great American | Shook represents this entity in unrelated matters. |
| Lexington Ins. Company | Shook represents this entity in unrelated matters. |
| National Casualty Company | Shook represents this entity in unrelated matters. |
| National Union Fire Ins. Company of Pittsburgh, PA | Shook represents this entity in unrelated matters. |
| Nationwide | Shook represents this entity in unrelated matters. |
| ProSight | Shook represents this entity in unrelated matters. |
| Repwest Insurance Company | Shook represents this entity in unrelated matters. |
| Resolute Management Inc. | Shook represents this entity in unrelated matters. |
| Sentry Insurance A Mutual Company | Shook represents this entity in unrelated matters. |
| TIG Insurance Company | Shook represents this entity in unrelated matters. |
| Westport Insurance Corporation | Shook represents this entity in unrelated matters. |