# **EXHIBIT A**

## **Engagement Letter**

NAI-1536344224

# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Kristen Renee Fournier
Partner
Direct Dial: +1 212 790 5342
Direct Fax: +1 212 556 2222
kfournier@kslaw.com

November 9, 2021

John K. Kim, Esq.
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Dear John:

Thank you for retaining King & Spalding LLP for this special counsel engagement. We are pleased that you have sought our counsel, and we look forward to assisting you on the matters described below. This letter sets forth the scope and terms of our engagement, effective as of October 12, 2021, by LTL Management LLC, a North Carolina limited liability company (the "Company" or "you"), in connection with providing litigation related advice in respect of the Company's administration and completion of a case under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532, including but not limited to, assistance with the preparation and presentation of an estimation case (collectively, the "Matters").

I will be the lead lawyer on the Matters. If circumstances should necessitate a change, I will give you prompt notification and an opportunity to participate in the selection of the person who will take over responsibility for this engagement for the firm.

The Company is engaging the firm on an hourly basis; disbursements billed to the Company at cost. Our services will be billed on a monthly basis. To that end, we will submit billing statements to you on a monthly (or, if circumstances require, a more frequent) basis. If you have any question or concern about a billing statement, we ask that you raise it with us promptly upon your receipt of the statement.

The firm will assign to the Matters one or more partners, associates, and paralegals as may be necessary to accomplish the tasks relating to the engagement. We have discussed with

John K. Kim, Esq.
November 9, 2021
Page 2

you, and agreed upon, the current hourly rates of the firm's attorneys and other personnel expected to be involved in the firm's representation of the Company. A general breakdown of those rates are as follows:

| Billing Category | Range |
|---|---|
| Partners | $635 - $2,095 |
| Counsel/Of Counsel | $890 - $1,805 |
| Associates | $235 - $1,410 |
| Paralegals | $265 - $615 |

These hourly rates may change from time to time in accordance with K&S's established billing practices and procedures, and after consultation with you. In addition, the names, positions, resident offices and current hourly rates of those K&S professionals currently expected to spend time on the Chapter 11 Case are as follows:

| NAME | LOCATION | POSITION | BILLING RATE IN EFFECT AS OF THE PETITION DATE |
|---|---|---|---|
| Kristen Fournier | New York | Partner | $832 |
| Morton Dubin | New York | Partner | $1,035 |
| John Ewald | New York | Partner | $855 |
| Matthew Bush | New York | Senior Associate | $725 |
| Kevin Hynes | New York | Senior Associate | $731 |
| Evan Gascoine | Washington DC | Senior Counsel | $510 |
| Luis Fermin | New York | Paralegal | $345 |

John K. Kim, Esq.
November 9, 2021
Page 3

    We look forward to representing the Company in the Matters and appreciate very much the confidence you have expressed in us by engaging our firm. If this engagement is acceptable according to the terms outlined above, kindly countersign this letter and return a scanned copy by email.

Regards,

Kristen Renee Fournier
Partner

LTL Management LLC
By: _____
Title: Chief Legal Officer
Date: 11/9/21

# Kristen Fournier

| | |
|---|---|
| **From:** | Kim, John K.[LAW] [JJCUS] <JKim8@its.jnj.com> |
| **Sent:** | Sunday, April 23, 2023 6:01 PM |
| **To:** | Kristen Fournier |
| **Subject:** | Re:  King & Spalding Retention for LTL 2 |

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Kristen,
Agreed. Thanks!

John

> On Apr 23, 2023, at 4:00 PM, Kristen Fournier <kfournier@kslaw.com> wrote:
>
> John:
>
> I write to confirm that K&S will be engaged for special counsel work in LTL 2 consistent with the firm's engagement for LTL 1; we do not intend to execute a new letter for this matter. In addition, for ease of reference, I have included below the firm's 2023 agreed billing rates.
>
> Please confirm that this conforms with our agreement and/or if you have any questions.
>
> Thank you as always and we look forward to continuing to work with you on this matter-
>
> KRF

| Level | J&J Rate |
|---|---|
| Morty Dubin | 1,185 |
| Partner 26+ Years | 1,120 |
| Partner 20+ Years | 1,060 |
| Partner 15-19 Years | 1,000 |
| Partner <15 Years | 890 |
| Of Counsel 15+ Years | 865 |
| Of Counsel <15 Years | 865 |
| Associate 7+ Years | 740 |
| Associate 6 | 705 |
| Associate 5 | 670 |
| Associate 4 | 650 |
| Associate 3 | 595 |
| Associate 2 | 560 |
| Associate 1 | 540 |
| Paralegal | 385 |
| Staff Attorney | 290 |

**Kristen Renee Fournier**
*Partner*

T: +1 212 790 5342  |  E: kfournier@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036



kslaw.com

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.

2