**<u>EXHIBIT B</u>**

**Certification of Linc Rogers**
**in Support of Application for Retention of**
**Blakes, Effective as of April 4, 2023**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

**BLAKE, CASSELS & GRAYDON LLP**
Linc Rogers
199 Bay Street, Suite 4000
Toronto, Ontario M5L 1A9
Telephone: 416-863-2400
Fax: 416-863-2653
Email: linc.rogers@blakes.com

*PROPOSED SPECIAL COUNSEL FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.:  23-12825 (MBK)<br><br>Judge:  Michael B. Kaplan |

## CERTIFICATION OF LINC ROGERS
## IN SUPPORT OF APPLICATION FOR RETENTION OF BLAKE,
## CASSELS & GRAYDON LLP, EFFECTIVE AS OF APRIL 4, 2023

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

I, Linc Rogers, being of full age, certify as follows:

1.      Blake, Cassels & Graydon LLP ("Blakes") is seeking authorization to be retained as Canadian counsel to LTL Management LLC (the "Debtor") in the Chapter 11 Case, and I make this certification in support of the *Application for Retention of Blake, Cassels & Graydon LLP, Effective as of April 4, 2023* filed by the Debtor (the "Application").[2]

2.      My professional credentials include being admitted and in good standing to practice in the Province of Ontario.

3.      I am a partner with the law firm of Blakes and am duly authorized to make this certification on behalf of Blakes.

4.      The proposed arrangement for compensation, including hourly rates, if applicable, is as follows:

Pursuant to the terms of the Engagement Letter and subject to the Court's approval of this Application, Blakes intends to:  (a) charge for its legal services on an hourly basis in accordance with the ordinary and customary hourly rates in effect on the date services are rendered; and (b) seek reimbursement of actual and necessary out of pocket expenses.

In addition, to the extent that Blakes represents the Debtor, J&J and J&J Canada in a matter, Blakes will allocate 1/3 of its fees and expenses incurred in such joint representation to the Debtor, 1/3 to J&J, and 1/3 to J&J Canada.  In matters in which Blakes represents less than all of the Debtor, J&J, and J&J Canada, Blakes will allocate a proportional percentage of its fees and expenses to the entity or entities represented.

Blakes will be compensated at its hourly rates, which are based on the professionals' level of experience.  At present, the hourly rates charged by Blakes in Canada fall within the following ranges:

| *Billing Category* | *Canada Rates (CDN$)* | *Canada Rates (USD$)* |
| --- | --- | --- |
| Partners and Of Counsel | $1,070 - $580.00 | $876.00 - $475.00 |
| Associates | $678.00 - $335.00 | $555.00 - $275.00 |
| Law Clerks | $378.00 - $360.00 | $310.00 - $295.00 |

Blakes' hourly rates may change annually in accordance with the terms of the Engagement Letter and Blakes' established billing practices and procedures.  The hourly rates have in fact changed since the execution of the Engagement Letter in December 2021, as agreed between Blakes and the Debtor.

---

[2]      Capitalized terms used herein but not defined shall have the meaning given to such terms in the Application.

Blakes will maintain detailed, contemporaneous time records in six minute intervals and apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court District of New Jersey, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases*, any Interim Compensation Order, and any additional procedures that may be established by the Court in the Chapter 11 Case.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5.    To the best of my knowledge, after reasonable and diligent investigation, Blakes' connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐    None
☒    Describe connection:  <u>See</u> No. 6 below.

6.    To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐    None
☒    Describe Connection:

To check and clear potential conflicts of interest in the Chapter 11 Case, as well as to determine all "connections" (as such term is used in Bankruptcy Rule 2014) to the Debtor, its affiliates, its creditors, other parties in interest, their respective attorneys, the U.S. Trustee or any person employed in the office of the U.S. Trustee, Blakes researched its client database to determine whether it had any relationships with the list of the names of individuals or institutions that are potential significant parties in interest (collectively, the "<u>Interested Parties</u>") that was provided to Blakes by the Debtor.  <u>See</u> <u>Schedule 1</u> attached hereto.  To the extent that Blakes' research of its relationships with the Interested Parties indicates that Blakes has represented in the past three years, or currently represents, any of these entities in matters unrelated to the Chapter 11 Case, the identities of these entities and such entities' relationship to the Debtor and connection to Blakes, are set forth in <u>Schedule 2</u> hereto.

To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Blakes, nor any partner, associate or other professional thereof has any connection with the Debtor, its creditors, the U.S. Trustee or any other

party with an actual or potential interest in the Chapter 11 Case or their respective attorneys or accountants, except as set forth below and in Schedule 2 hereto:

(a)     Blakes has not represented, and does not and will not represent, any entity in matters adverse to the Debtor or to the estate with respect to matters on which Blakes is to be employed.

(b)     Blakes previously represented the predecessor entity of the Debtor as counsel, including as trial counsel in certain talc-related litigation filed in Canada.

(c)     Blakes currently represents the Debtor's parent company, J&J, and non-debtor affiliate, J&J Canada, as counsel, including as trial counsel, in certain talc-related litigation.

(d)     Blakes currently represents or formerly represented certain of the Debtor's non-debtor affiliates, including in the representation described in item (c) above. Blakes, however, has not represented, and does not and will not represent, any of these entities in matters adverse to the Debtor or to the estate with respect to matters on which Blakes is to be employed.

(e)     Blakes currently represents certain of the Debtor's insurance or potential indemnity parties.  In all instances, Blakes has not represented, and does not and will not represent, any of these entities in matters adverse to the Debtor or to the estate with respect to matters on which Blakes is to be employed.

As noted above, Schedule 2 hereto identifies any Interested Parties who are current clients or were former clients of Blakes within the past three years.  For the purposes of preparing Schedule 2, I have included any Interested Parties: (i) named as a client in the client database; (ii) with names in the client database sufficiently similar such that it can be presumed to be an affiliate, or (iii) where such client was otherwise noted as an affiliate. Blakes may have represented other affiliates of Interested Parties that do not appear on Schedule 2, but in all instances, such representation was unrelated to the Chapter 11 proceedings.

With regards to compensation prior to the Petition Date, the Debtor paid Blakes for its services in connection with the 2021 Chapter 11 Case pursuant to the interim compensation order entered in that case throughout the pendency of the 2021 Chapter 11 Case.  See also Disclosure of Compensation attached to the Application as Exhibit C.

On April 4, 2023, following the entry of the Dismissal Order and prior to the commencement of this Chapter 11 Case, Blakes received payment from the Debtor of all unpaid actual and estimated fees and expenses incurred through the commencement of this Chapter 11 Case.

In particular, following entry of the Dismissal Order, on April 4, 2023, the Debtor paid Blakes $383,770.78 CAD ($292,954.80 USD) via wire transfer (the "Payment").  This amount comprises (a) $158,770.78 CAD ($121,199.07 USD) on account of actual and

estimated fees and expenses for which the Debtor was responsible and that were incurred
but not yet paid in the 2021 Chapter 11 Case through the entry of the Dismissal Order
(the "Pre-Dismissal Amounts")[3] and (b) $225,000.00 CAD ($171,755.73 USD) for
Blakes' estimated fees and expenses incurred following dismissal of the 2021 Chapter 11
Case and prior to the commencement of this Chapter 11 Case (the "Post-Dismissal
Amounts"). The Payment was applied to the Pre-Dismissal Amounts and the Post-
Dismissal Amounts prior to the commencement of this Chapter 11 Case.[4] Accordingly, as
of the Petition Date, Blakes was not owed any amounts by the Debtor.

This payment to Blakes was made in accordance with the terms of the Dismissal Order,
which provides that a Retained Professional (as defined therein) may "seek final
allowance and payment of compensation and reimbursement of expenses" in accordance
with the procedures set forth in the Dismissal Order, which procedures included serving
"a statement of all of its unpaid fees and expenses incurred in [the 2021] Chapter 11 Case
through the Dismissal Date" on the Debtor "no later than 45 days following the Dismissal
Date." Dismissal Order, ¶ 5. Blakes served such a statement on the Debtor.[5]

In addition, I understand that the Debtor was solvent at the time it made this payment to
Blakes. See LTL, 64 F.4th at 108 (". . . LTL, at the time of its filing, was highly solvent
with access to cash to meet comfortably its liabilities as they came due for the foreseeable
future."); see also Apr. 18, 2023 Hr'g Tr. 62:21-25 (the Debtor's chief legal officer
testifying that Johnson & Johnson Holdco (NA) Inc. ("Holdco"), the party to the Funding
Agreement with the Debtor, is valued at around $30 billion); id. at 207:3-4 (counsel for
the Debtor reiterating that the value of Holdco is $30 billion).

---

[3]     Consistent with the Debtor's indemnity obligations, this amount also included outstanding actual and
estimated fees and expenses owed to Blakes by J&J for services provided during the pendency of the 2021
Chapter 11 Case prior to the entry of the Dismissal Order. See *Declaration of John K. Kim in Support of
First Day Pleadings* [Dkt. 4] ¶¶ 13-25 (providing that the Debtor is solely responsible for the talc-related
liabilities of Old JJCI).

[4]     Blakes did not hold a retainer (a "Retainer") as of the Petition Date. Blakes expects to: (a) complete its
reconciliation of the fees and expenses actually incurred prior to the Petition Date no later than the filing of
its first interim fee application in the Chapter 11 Case, and will separately reconcile the Payment made with
respect to Pre-Dismissal Amounts and the Post-Dismissal Amounts; (b) make a corresponding adjustment
to the amount of the Retainer on or about that date as described below; and (c) disclose such adjustment in
its first interim fee application. If, following reconciliation, any estimated amounts included in either the
Pre-Dismissal Amounts or the Post-Dismissal Amounts, respectively, exceeded Blakes' unbilled actual fees
and expenses incurred in the respective periods, the balance will be added to Retainer and applied by
Blakes consistent with the terms of the Interim Compensation Order. Blakes will not apply any portion of
the Retainer to fees and expenses incurred from and after the Petition Date unless and until authorized to do
so by a further order of this Court, including an Interim Compensation Order. Blakes agrees to waive all
actual fees and expenses, if any, owed by the Debtor that were unpaid by the Payment.

[5]     On April 26, 2023, the Debtor filed a motion for authorization to satisfy the fees and expenses of the other
estate professionals involved in the 2021 Chapter 11 Case per the terms of the Dismissal Order. See
Dkt. 319.

7.      To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☐      do not hold an adverse interest to the estate.

☐      do not represent an adverse interest to the estate.

☐      are disinterested under 11 U.S.C. § 101(14).

☒      do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☒      Other.  Explain:  <u>See</u> No. 6 above.

8.      If the professional is an auctioneer,

    a.  The following are my qualifications and experience with the liquidation or sale of similar property: **N/A**

    b.  The proposed method of calculation of my compensation, including rates and formulas, is: **N/A**

        Pursuant to D.N.J. 2014-2, I ☐ do  or  ☐ do not request a waiver of the requirements of   D. N. J. LBR 2016-1.

    c.  The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: **N/A**

    d.  Have you, or a principal of your firm, been convicted of a criminal offense?
        ☐ No      ☐ Yes (explain below)

    e.  I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9.      If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A

I certify under penalty of perjury that the above information is true.


Date:   May 4, 2023                     /s/ Linc Rogers
                                        _____
                                        Linc Rogers
                                        Blake, Cassels & Graydon LLP
                                        199 Bay Street, Suite 4000
                                        Toronto, Ontario M5L 1A9
                                        Telephone: 416-863-2400
                                        Fax: 416-863-2653
                                        Email: linc.rogers@blakes.com

## SCHEDULE 1

**Schedule of Potentially Interested Parties**

**LTL Management LLC**
**Potentially Interested Parties**

**Debtor**
LTL Management LLC

**Direct Equity Owner of Debtor**
Johnson & Johnson Holdco (NA) Inc.

**Debtor's Direct Non-Debtor Subsidiary**
Royalty A&M LLC

**Other Non-Debtor Affiliates**
3Dintegrated ApS
ABD Holding Company, Inc.
ABIOMED R&D, Inc.
ABIOMED, Inc.
Acclarent, Inc.
Actelion Ltd
Actelion Pharmaceuticals Ltd
Actelion Pharmaceuticals Trading
    (Shanghai) Co., Ltd.
Actelion Pharmaceuticals US, Inc.
Actelion Treasury Unlimited Company
Albany Street LLC
ALZA Corporation
Alza Land Management, Inc.
AMO (Hangzhou) Co., Ltd.
AMO (Shanghai) Medical Devices
    Trading Co., Ltd.
AMO ASIA LIMITED
AMO Australia Pty Limited
AMO Canada Company
AMO Denmark ApS
AMO Development, LLC
AMO France
AMO Germany GmbH
AMO Groningen B.V.
AMO International Holdings
    Unlimited Company
AMO Ireland
AMO Italy SRL
AMO Japan K.K.
AMO Manufacturing USA, LLC
AMO Netherlands BV
AMO Nominee Holdings, LLC

AMO Norway AS
AMO Puerto Rico Manufacturing, Inc.
AMO Sales and Service, Inc.
AMO Singapore Pte. Ltd.
AMO Spain Holdings, LLC
AMO Switzerland GmbH
AMO United Kingdom, Ltd.
AMO Uppsala AB
Anakuria Therapeutics, Inc.
AorTx, Inc.
Apsis SAS
Aragon Pharmaceuticals, Inc.
Asia Pacific Holdings, LLC
Atrionix, Inc.
AUB Holdings LLC
Auris Health, Inc.
Backsvalan 6 Handelsbolag
Beijing Dabao Cosmetics Co., Ltd.
BeneVir BioPharm, Inc.
Berna Rhein B.V.
BioMedical Enterprises, Inc.
Biosense Webster (Israel) Ltd.
Biosense Webster, Inc.
Breethe, Inc.
C Consumer Products Denmark ApS, n/k/a
        Coloplast Konsumerntvarer A/S
Carlo Erba OTC S.r.l.
Centocor Biologics, LLC
Centocor Research & Development, Inc.
Cerenovus, Inc.
ChromaGenics B.V.
Ci:z. Labo Co., Ltd.
Cilag AG
Cilag GmbH International
Cilag Holding AG
Cilag Holding Treasury Unlimited Company
Cilag-Biotech, S.L.
Coherex Medical, Inc.
ColBar LifeScience Ltd.
Consumer Test Entity
Cordis de Mexico, S.A. de C.V.
Corimmun GmbH
CoTherix Inc.

CRES Holdings, Inc.
CrossRoads Extremity Systems, LLC
CSATS, Inc.
Debs-Vogue Corporation
   (Proprietary) Limited
DePuy Hellas SA
DePuy International Limited
DePuy Ireland Unlimited Company
DePuy Mexico, S.A. de C.V.
DePuy Mitek, LLC
DePuy Orthopaedics, Inc.
DePuy Products, Inc.
DePuy Spine, LLC
DePuy Synthes Institute, LLC
DePuy Synthes Products, Inc.
DePuy Synthes Sales, Inc.
DePuy Synthes, Inc.
Dutch Holding LLC
ECL7, LLC
EES Holdings de Mexico,
   S. de R.L. de C.V.
EES, S.A. de C.V.
EIT Emerging Implant Technologies GmbH
Ethicon Endo-Surgery (Europe) GmbH
Ethicon Endo-Surgery, Inc.
Ethicon Endo-Surgery, LLC
Ethicon LLC
Ethicon Sarl
Ethicon US, LLC
Ethicon Women's Health & Urology Sarl
Ethicon, Inc.
Ethnor (Proprietary) Limited
Ethnor del Istmo S.A.
Ethnor Farmaceutica, S.A.
Finsbury (Development) Limited
Finsbury (Instruments) Limited
Finsbury Medical Limited
Finsbury Orthopaedics International Limited
Finsbury Orthopaedics Limited
FMS Future Medical System SA
GATT Technologies B.V.
GH Biotech Holdings Limited
Global Investment Participation B.V.
GMED Healthcare BV
Guangzhou Bioseal Biotech Co., Ltd.
Hansen Medical Deutschland GmbH

Hansen Medical International, Inc.
Hansen Medical UK Limited
Hansen Medical, Inc.
Healthcare Services (Shanghai) Ltd.
I.D. Acquisition Corp.
Innomedic Gesellschaft für innovative
   Medizintechnik und Informatik mbH
J & J Company West Africa Limited
J&J Argentina S.A.
J&J Pension Trustees Limited
J&J Productos Medicos & Farmaceuticos
   del Peru S.A.
J.C. General Services BV
Janssen Biologics (Ireland) Limited
Janssen Biologics B.V.
Janssen BioPharma, LLC
Janssen Biotech, Inc.
Janssen Cilag Farmaceutica S.A.
Janssen Cilag S.p.A.
Janssen Cilag SPA
Janssen Cilag, C.A.
Janssen Development Finance Unlimited
   Company
Janssen Egypt LLC
Janssen Farmaceutica Portugal Lda
Janssen France Treasury Unlimited
   Company
Janssen Global Services, LLC
Janssen Holding GmbH
Janssen Inc.
Janssen Irish Finance Unlimited Company
Janssen Japan Treasury Unlimited Company
Janssen Korea Ltd.
Janssen Mexico Treasury
   Unlimited Company
Janssen Oncology, Inc.
Janssen Ortho LLC
Janssen Pharmaceutica
   (Proprietary) Limited
Janssen Pharmaceutica NV
Janssen Pharmaceutica S.A.
Janssen Pharmaceutical K.K.
Janssen Pharmaceutical Sciences
   Unlimited Company
Janssen Pharmaceutical Unlimited Company
Janssen Pharmaceuticals, Inc.

Janssen Products, LP
Janssen R&D Ireland Unlimited Company
Janssen Research & Development, LLC
Janssen Sciences Ireland
    Unlimited Company
Janssen Scientific Affairs, LLC
Janssen Supply Group, LLC
Janssen Vaccines & Prevention B.V.
Janssen Vaccines Corp.
Janssen-Cilag
Janssen-Cilag (New Zealand) Limited
Janssen-Cilag A/S
Janssen-Cilag AG
Janssen-Cilag Aktiebolag
Janssen-Cilag AS
Janssen-Cilag B.V.
Janssen-Cilag d.o.o. Beograd
Janssen-Cilag de Mexico S. de R.L. de C.V.
Janssen-Cilag Farmaceutica Lda.
Janssen-Cilag Farmaceutica Ltda.
Janssen-Cilag GmbH
Janssen-Cilag International NV
Janssen-Cilag Kft.
Janssen-Cilag Limited
Janssen-Cilag Manufacturing, LLC
Janssen-Cilag NV
Janssen-Cilag OY
Janssen-Cilag Pharma GmbH
Janssen-Cilag Pharmaceutical S.A.C.I.
Janssen-Cilag Polska, Sp. z o.o.
Janssen-Cilag Pty Ltd
Janssen-Cilag S.A.
Janssen-Cilag s.r.o.
Janssen-Cilag, S.A.
Janssen-Cilag, S.A. de C.V.
Janssen-Pharma, S.L.
J-C Health Care Ltd.
Jevco Holding, Inc.
JJ Surgical Vision Spain, S.L.
JJC Acquisition Company B.V.
JJHC, LLC
JJSV Belgium BV
JJSV Manufacturing Malaysia SDN. BHD.
JJSV Norden AB
JJSV Produtos Oticos Ltda.
JNJ Global Business Services s.r.o.

JNJ Holding EMEA B.V.
JNJ International Investment LLC
JNTL (APAC) HoldCo 2 LLC
JNTL (APAC) HoldCo 3 Pte. Ltd.
JNTL (APAC) HoldCo LLC
JNTL (APAC) HoldCo Pte. Ltd.
JNTL (Japan) HoldCo Inc.
JNTL (Malaysia) Sdn. Bhd.
JNTL (Middle East) HoldCo LLC
JNTL (Puerto Rico) HoldCo GmbH
JNTL (Shanghai) Investment Co., Ltd.
JNTL (Switzerland) HoldCo GmbH
JNTL (Thailand) HoldCo LLC
JNTL (UK) HoldCo Limited
JNTL Consumer Health (Belgium) BV
JNTL Consumer Health (Brazil) Ltda.
JNTL Consumer Health
    (Czech Republic) s.r.o.
JNTL Consumer Health
    (Dominican Republic), S.A.S.
JNTL Consumer Health (Finland) Oy
JNTL Consumer Health (France) SAS
JNTL Consumer Health (Hungary) Kft
JNTL Consumer Health (India)
    Private Limited
JNTL Consumer Health
    (New Zealand) Limited
JNTL Consumer Health (Norway) AS
JNTL Consumer Health (Philippines) Inc.
JNTL Consumer Health (Poland) sp. z o.o.
JNTL Consumer Health (Portugal) Limitada
JNTL Consumer Health (Services) LLC
JNTL Consumer Health (Slovakia), s.r.o.
JNTL Consumer Health (Spain), S.L.
JNTL Consumer Health (Taiwan) Limited
JNTL Consumer Health (Vietnam) Co. Ltd.
JNTL Consumer Health General
    Services BV
JNTL Consumer Health I (Ireland) Limited
JNTL Consumer Health I
    (Switzerland) GmbH
JNTL Consumer Health II
    (Switzerland) GmbH
JNTL Consumer Health LLC
JNTL Consumer Health Mexico,
    S. de R.L. de C.V.

JNTL Consumer Health Middle East FZ-LLC
JNTL HoldCo 2 LLC
JNTL HoldCo 3 LLC
JNTL HoldCo 4 LLC
JNTL HoldCo 5 LLC
JNTL HoldCo 6 LLC
JNTL HoldCo 7 LLC
JNTL HoldCo 8 LLC
JNTL HoldCo LLC
JNTL Holdings 2, Inc.
JNTL Holdings 3, Inc.
JNTL Holdings B.V.
JNTL Holdings, Inc.
JNTL Ireland HoldCo 2 B.V.
JNTL Netherlands HoldCo B.V.
JNTL Turkey Tüketici Sağlığı Limited Şirketi
Johnson & Johnson
Johnson & Johnson - Societa' Per Azioni
Johnson & Johnson (Angola), Limitada
Johnson & Johnson (Australia) Pty Ltd
Johnson & Johnson (Canada) Inc.
Johnson & Johnson (China) Investment Ltd.
Johnson & Johnson (Ecuador) S.A.
Johnson & Johnson (Egypt) S.A.E.
Johnson & Johnson (Hong Kong) Limited
Johnson & Johnson (Ireland) Limited
Johnson & Johnson (Jamaica) Limited
Johnson & Johnson (Kenya) Limited
Johnson & Johnson (Middle East) Inc.
Johnson & Johnson (Mozambique), Limitada
Johnson & Johnson (Namibia) (Proprietary) Limited
Johnson & Johnson (New Zealand) Limited
Johnson & Johnson (Philippines), Inc.
Johnson & Johnson (Private) Limited
Johnson & Johnson (Singapore) Holdco LLC
Johnson & Johnson (Thailand) Ltd.
Johnson & Johnson (Trinidad) Limited
Johnson & Johnson (Vietnam) Co., Ltd
Johnson & Johnson AB
Johnson & Johnson AG
Johnson & Johnson Bulgaria EOOD

Johnson & Johnson China Ltd.
Johnson & Johnson Consumer (Hong Kong) Limited
Johnson & Johnson Consumer (Thailand) Limited
Johnson & Johnson Consumer B.V.
Johnson & Johnson Consumer Holdings France
Johnson & Johnson Consumer Inc.
Johnson & Johnson Consumer NV
Johnson & Johnson Consumer Saudi Arabia Limited
Johnson & Johnson Consumer Services EAME Ltd.
Johnson & Johnson d.o.o.
Johnson & Johnson de Argentina S.A.C. e. I.
Johnson & Johnson de Chile S.A.
Johnson & Johnson de Colombia S.A.
Johnson & Johnson de Mexico, S.A. de C.V.
Johnson & Johnson de Uruguay S.A.
Johnson & Johnson de Venezuela, S.A.
Johnson & Johnson del Ecuador, S.A.
Johnson & Johnson Del Paraguay, S.A.
Johnson & Johnson del Peru S.A.
Johnson & Johnson do Brasil Industria E Comercio de Produtos Para Saude Ltda.
Johnson & Johnson Dominicana, S.A.S.
Johnson & Johnson Enterprise Innovation Inc.
Johnson & Johnson European Treasury Unlimited Company
Johnson & Johnson Finance Corporation
Johnson & Johnson Finance Limited
Johnson & Johnson Financial Services GmbH
Johnson & Johnson for Export and Import LLC
Johnson & Johnson Gateway, LLC
Johnson & Johnson Gesellschaft m.b.H.
Johnson & Johnson GmbH
Johnson & Johnson GT, Sociedad Anónima
Johnson & Johnson Guatemala, S.A.
Johnson & Johnson Health and Wellness Solutions, Inc.
Johnson & Johnson Health Care Systems Inc.

Johnson & Johnson Hellas Commercial and Industrial S.A.

Johnson & Johnson Hellas Consumer Products Commercial Societe Anonyme

Johnson & Johnson Hemisferica S.A.

Johnson & Johnson Holdco (NA) Inc.

Johnson & Johnson Holding GmbH

Johnson & Johnson Holdings (Austria) GmbH

Johnson & Johnson Inc.

Johnson & Johnson Industrial Ltda.

Johnson & Johnson Innovation - JJDC, Inc.

Johnson & Johnson Innovation Limited

Johnson & Johnson Innovation LLC

Johnson & Johnson International

Johnson & Johnson International (Singapore) Pte. Ltd.

Johnson & Johnson International Financial Services Unlimited Company

Johnson & Johnson Irish Finance Company Limited

Johnson & Johnson K.K.

Johnson & Johnson Kft.

Johnson & Johnson Korea Selling & Distribution LLC

Johnson & Johnson Korea, Ltd.

Johnson & Johnson Limited

Johnson & Johnson LLC

Johnson & Johnson Luxembourg Finance Company Sarl

Johnson & Johnson Management Limited

Johnson & Johnson Medical (China) Ltd.

Johnson & Johnson Medical (Proprietary) Ltd

Johnson & Johnson Medical (Shanghai) Ltd.

Johnson & Johnson Medical (Suzhou) Ltd.

Johnson & Johnson Medical B.V.

Johnson & Johnson Medical Devices & Diagnostics Group - Latin America, L.L.C.

Johnson & Johnson Medical GmbH

Johnson & Johnson Medical Greece Single Member S.A.

Johnson & Johnson Medical Korea Ltd.

Johnson & Johnson Medical Limited

Johnson & Johnson Medical Mexico, S.A. de C.V.

Johnson & Johnson Medical NV

Johnson & Johnson Medical Products GmbH

Johnson & Johnson Medical Pty Ltd

Johnson & Johnson Medical S.A.

Johnson & Johnson Medical S.p.A.

Johnson & Johnson Medical SAS

Johnson & Johnson Medical Saudi Arabia Limited

Johnson & Johnson Medical Taiwan Ltd.

Johnson & Johnson Medical, S.C.S.

Johnson & Johnson Medikal Sanayi ve Ticaret Limited Sirketi

Johnson & Johnson MedTech (Thailand) Ltd.

Johnson & Johnson Medtech Colombia S.A.S.

Johnson & Johnson Middle East FZ-LLC

Johnson & Johnson Morocco Societe Anonyme

Johnson & Johnson Nordic AB

Johnson & Johnson Pacific Pty Limited

Johnson & Johnson Pakistan (Private) Limited

Johnson & Johnson Panama, S.A.

Johnson & Johnson Personal Care (Chile) S.A.

Johnson & Johnson Pharmaceutical Ltd.

Johnson & Johnson Poland Sp. z o.o.

Johnson & Johnson Private Limited

Johnson & Johnson Pte. Ltd.

Johnson & Johnson Pty. Limited

Johnson & Johnson Romania S.R.L.

Johnson & Johnson S.E. d.o.o.

Johnson & Johnson S.E., Inc.

Johnson & Johnson Sante Beaute France

Johnson & Johnson SDN. BHD.

Johnson & Johnson Services, Inc.

Johnson & Johnson Surgical Vision India Private Limited

Johnson & Johnson Surgical Vision, Inc.

Johnson & Johnson Taiwan Ltd.

Johnson & Johnson UK Treasury Company Limited

Johnson & Johnson Ukraine LLC
Johnson & Johnson Urban
    Renewal Associates
Johnson & Johnson Vision Care
    (Australia) Pty Ltd
Johnson & Johnson Vision Care
    (Shanghai) Ltd.
Johnson & Johnson Vision Care Ireland
    Unlimited Company
Johnson & Johnson Vision Care, Inc.
Johnson & Johnson Vision Korea, Ltd.
Johnson & Johnson, Lda
Johnson & Johnson, S.A.
Johnson & Johnson, S.A. de C.V.
Johnson & Johnson, s.r.o.
Johnson & Johnson, s.r.o.
Johnson and Johnson (Proprietary) Limited
Johnson and Johnson Sihhi Malzeme Sanayi
    Ve Ticaret Limited Sirketi
Johnson Y Johnson de Costa Rica, S.A.
JOM Pharmaceutical Services, Inc.
Kenvue Inc.
La Concha Land Investment Corporation
McNeil AB
McNeil Consumer Pharmaceuticals Co.
McNeil Denmark ApS
McNeil Healthcare (Ireland) Limited
McNeil Healthcare (UK) Limited
McNeil Healthcare LLC
McNeil Iberica S.L.U.
McNeil LA LLC
McNEIL MMP, LLC
McNeil Nutritionals, LLC
McNeil Panama, LLC
McNeil Products Limited
McNeil Sweden AB
Medical Device Business Services, Inc.
Medical Devices & Diagnostics
    Global Services, LLC
Medical Devices International LLC
Medos International Sarl
Medos Sarl
MegaDyne Medical Products, Inc.
Menlo Care De Mexico, S.A. de C.V.
Mentor B.V.
Mentor Deutschland GmbH

Mentor Medical Systems B.V.
Mentor Partnership Holding
    Company I, LLC
Mentor Texas GP LLC
Mentor Texas L.P.
Mentor Worldwide LLC
Middlesex Assurance Company Limited
Momenta Ireland Limited
Momenta Pharmaceuticals, Inc.
NeoStrata Company, Inc.
NeoStrata UG (haftungsbeschränkt)
Netherlands Holding Company
Neuravi Limited
NeuWave Medical, Inc.
Novira Therapeutics, LLC
NuVera Medical, Inc.
Obtech Medical Mexico, S.A. de C.V.
OBTECH Medical Sarl
OGX Beauty Limited
OMJ Holding GmbH
OMJ Pharmaceuticals, Inc.
Omrix Biopharmaceuticals Ltd.
Omrix Biopharmaceuticals NV
Omrix Biopharmaceuticals, Inc.
Ortho Biologics LLC
Ortho Biotech Holding LLC
Orthospin Ltd.
Orthotaxy SAS
Patriot Pharmaceuticals, LLC
Peninsula Pharmaceuticals, LLC
Percivia LLC
Pharmadirect Ltd.
Pharmedica Laboratories
    (Proprietary) Limited
preCARDIA, Inc.
Princeton Laboratories, Inc.
Productos de Cuidado Personal y
    de La Salud de Bolivia S.R.L.
Proleader S.A.
Prosidyan, Inc.
PT Integrated Healthcare Indonesia
PT Johnson & Johnson Indonesia
PT Johnson and Johnson Indonesia Two
Pulsar Vascular, Inc.
Regency Urban Renewal Associates
RespiVert Ltd.

Review Manager Test Entity 2
Royalty A&M LLC
Rutan Realty LLC
Scios LLC
Serhum S.A. de C.V.
Shanghai Elsker Mother & Baby Co., Ltd
Shanghai Johnson & Johnson Ltd.
Shanghai Johnson & Johnson
    Pharmaceuticals Ltd.
Sodiac ESV
Spectrum Vision Limited Liability Company
Spectrum Vision Limited Liability
    Partnership
SterilMed, Inc.
Surgical Process Institute
    Deutschland GmbH
Synthes Costa Rica S.C.R., Limitada
SYNTHES GmbH
Synthes GmbH
Synthes Holding AG
Synthes Holding Limited
SYNTHES Medical Immobilien GmbH
Synthes Medical Surgical Equipment &
    Instruments Trading LLC
Synthes Produktions GmbH
Synthes Proprietary Limited
Synthes S.M.P., S. de R.L. de C.V.
Synthes Tuttlingen GmbH
Synthes USA Products, LLC
Synthes USA, LLC
Synthes, Inc.
TARIS Biomedical LLC
TearScience, Inc.
The Anspach Effort, LLC
The Vision Care Institute, LLC
Tibotec, LLC
Torax Medical, Inc.
UAB "Johnson & Johnson"
Vania Expansion
Verb Surgical Inc.
Vision Care Finance Unlimited Company
Vogue International LLC
WH4110 Development Company, L.L.C.
Xian Janssen Pharmaceutical Ltd.
XO1 Limited
Zarbee's, Inc.

**Managers and Officers of the Debtor**
John Kim
Richard Dickinson
Robert Wuesthoff
Russell Deyo

**Major Current Business Affiliations of
Debtor's Managers**
American Foundation for Opioid
    Alternatives
Migration Policy Institute
Miller Center for Community Protection &
    Reliance, Eagleton Institute of Politics,
    Rutgers University
National Center for State Courts
National Council, McLean Hospital
One Mind

**Depository and Disbursement Banks**
Bank of America, N.A.

**Major Sureties**
Chubb
Federal Insurance Company
Liberty Mutual Insurance Company
Travelers Casualty and Surety Company
    of America

**Parties to Material Contracts With the
Debtor**
Johnson & Johnson
Johnson & Johnson Holdco (NA) Inc.
Johnson & Johnson Services, Inc.

**Significant Co-Defendants in
Talc-Related Litigation**
3M Company
A.O. Smith Corporation
Albertsons Companies, Inc.
Avon Products, Inc.
Barretts Minerals, Inc.
BASF Catalysts LLC
Block Drug Company, Inc.
Borg Warner Morse Tec, Inc.
Brenntag North America
Brenntag Specialties, Inc.

Bristol-Myers Squibb Company
Carrier Corporation
Chanel, Inc.
Charles B. Chrystal Co., Inc.
Chattem, Inc.
Colgate-Palmolive Company
Conopco Inc.
Costco Wholesale Corporation
Coty, Inc.
Crane Co.
CVS Health Corporation
CVS Pharmacy, Inc.
Cyprus Amax Minerals Company
Cyprus Mines Corporation
Dana Companies, LLC
DAP Products, Inc.
Dollar General Corporation
Duane Reade Inc.
Eaton Corporation
Eli Lilly and Company
Elizabeth Arden, Inc.
Estee Lauder Inc.
Family Dollar Stores Inc.
Flowserve US, Inc.
FMC Corporation
Food 4 Less of California, Inc.
Ford Motor Company
Foster Wheeler, LLC
Gardner Denver, Inc.
General Electric Company
Genuine Parts Company
Goodyear Tire & Rubber Co.
Goulds Pumps, LLC
Grinnell LLC
Honeywell International, Inc.
Imerys Talc America, Inc.
Imerys USA, Inc.
IMO Industries Inc.
John Crane, Inc.
K&B Louisiana Corporation
Kaiser Gypsum Company, Inc.
Kmart Corporation
Kolmar Laboratories
Longs Drug Stores California
L'Oreal USA, Inc.
Lucky Stores, Inc.

Macy's, Inc.
Mary Kay Inc.
Maybelline LLC
Metropolitan Life Insurance Company
Noxell Corporation
Personal Care Products Council
Pfizer, Inc.
Pharma Tech Industries, Inc.
Pneumo Abex, LLC
PTI Royston, LLC
Publix Super Markets, Inc.
R.T. Vanderbilt Holding Company, Inc.
Ralphs Grocery Company
Revlon Consumer Products Corporation
Revlon, Inc.
Rite Aid Corporation
Safeway, Inc.
Sanofi-Aventis U.S. LLC
Shulton, Inc.
Specialty Minerals Inc.
Target Corporation
The Dow Chemical Company
The Estee Lauder Companies, Inc.
The Kroger Co.
The Procter & Gamble Company
Thrifty Payless, Inc.
Unilever Home & Personal Care USA
Union Carbide Corporation
Vanderbilt Minerals, LLC
ViacomCBS, Inc.
Walgreen Co.
Walmart, Inc.
Warren Pumps, LLC
Whittaker Clark & Daniels, Inc.
Wyeth Holdings LLC
Yves Saint Laurent America, Inc.

**Debtor's Proposed Professionals and Claims Agent**
AlixPartners LLP
Bates White LLC
Blake, Cassels & Graydon LLP
Epiq Corporate Restructuring LLC
Hogan Lovells
Jones Day
King & Spalding LLP

McCarter & English, LLP
Orrick, Herrington, & Sutcliffe, LLP
Shook, Hardy & Bacon L.L.P.
Skadden, Arps, Slate, Meager & Flom LLP
Weil Gotshal & Manges LLP
Wollmuth Maher & Deutsch LLP

**Debtor's Proposed Significant Ordinary**
**Course Professionals, Consultants and**
**Service Providers**
Adler Pollock & Sheehan PC
Barrasso Usdin Kupperman
Freeman & Sarver, L.L.C.
Blank Rome LLP
Butler Snow LLP
Carlton Fields, P.A.
Chehardy, Sherman, Williams,
    Recile, & Hayes
Damon Key Leong Kupchak Hastert
Davis Hatley Haffeman & Tighe
Dechert LLP
Elliott Law Offices, PA
Faegre Drinker Biddle & Reath LLP
Foliart, Huff, Ottaway & Bottom
Gibson, Dunn & Crutcher LLP
Goldman Ismail Tomaselli Brennan &
    Baum
Hartline Barger
HeplerBroom LLC
Irwin Fritchie Urquhart & Moore LLC
Johnson & Bell Ltd.
Jones, Skelton & Hochuli, P.L.C.
Kaplan, Johnson, Abate & Bird LLP
Kelley Jasons McGowan Spinelli
Hanna & Reber, LLP
Kirkland & Ellis LLP
Kitch Drutchas Wagner
Valitutti & Sherbrook
Lewis Brisbois Bisgaard & Smith, LLP
Manion Gaynor & Manning LLP
Manning Gross + Massenburg
Miles & Stockbridge
Milligan & Herns
Morgan Lewis
Nelson Mullins Riley & Scarborough, LLP
Nutter McClennen & Fish LLP

Patterson Belknap Webb & Tyler LLP
Proskauer Rose LLP
Quattlebaum, Grooms & Tull PLLC
Schnader Harrison Segal & Lewis
Schwabe Williamson & Wyatt
Sills Cummis & Gross P.C.
Stoel Rives LLP
Sullivan Whitehead & Deluca LLP
Swartz Campbell LLC
The Weinhardt Law Firm
Tucker Ellis LLP
Willcox & Savage, P.C.

**Known Professionals for Certain**
**Non-Debtor Parties in Interest**
Barnes & Thornburg, LLP
Cravath, Swaine & Moore
White & Case LLP

**Proposed Future Claimants'**
**Representative and Her Proposed**
**Professional**
Randi S. Ellis
Walsh Pizzi O'Reilly Falanga LLP

**Material Potentially Indemnified Parties**
Bausch Health Companies Inc.
Cyprus Mines Corporation
Cyprus Talc Corp.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
Luzenac America, Inc.
Pharma Tech Industries, Inc.
PTI Royston, LLC
Rio Tinto America, Inc.
RTZ America, Inc.
Valeant Pharmaceuticals International, Inc.
Windsor Minerals Inc.
Costco Wholesale Corporation
Publix Super Markets, Inc.
Rite Aid Corporation
Safeway Inc.
Walmart Inc.

**Parties Who Have Entered Into Plan**
**Support Agreements**
Andres Pereira Firm
Ferrer, Poirot & Wansbrough
Johnson Law Group
Liakos Law, APC
Linville Law Group
McDonald Worley
Nachawati Law Group
OnderLaw, LLC
Pulaski Kherkher PLLC
Rueb Stoller Daniel, LLP
Seeger Weiss LLP
Slater Slater Schulman LLP
Trammell PC
Watts Guerra LLP
Wisner Baum, LLP

**Law Firms with Significant**
**Representations of Talc Claimants**
Andres Pereira Firm
Arnold & Itkin LLP
Aylstock, Witkin, Kreis &
    Overholtz, PLLC
Beasley Allen Law Firm
Childers, Schlueter & Smith LLC
Ferrer, Poirot & Wansbrough
Johnson Law Group
Linville Law Group
McDonald Worley
Miller Firm, LLC
Nachawati Law Group
Napoli Shkolnik PLLC
OnderLaw, LLC
Pulaski Kherkher PLLC
Robinson Calcagnie
Rueb Stoller Daniel, LLP
Sanders, Phillips, Grossman, LLC
Seeger Weiss LLP
Slater Slater Schulman LLP
Trammell PC
Wagstaff Law Firm
Watts Guerra LLP
Wisner Baum, LLP

**Key Parties in *Imerys Talc America, Inc.***
**and *Cyprus Mines Corp.* Chapter 11 Cases**
Cyprus Amax Minerals Company
Cyprus Mines Corporation
Cyprus Talc Corporation
Imerys S.A.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
    (fka Windsor Minerals Inc.)
James L. Patton
Luzenac America, Inc.
Official Committee of Tort Claimants
    (*In re Imerys Talc America, Inc.*)
Official Committee of Tort Claimants
    (*In re Cyprus Mines Corp.*)
Roger Frankel

**Debtor's Insurers**
A.G. Securitas
ACE Property & Casualty Insurance
    Company
Aetna Casualty and Surety Company
Affiliated FM Ins. Company
AIG Europe S.A.
AIG Property and Casualty Company
AIU Ins. Company
Allianz Global Risks US
    Insurance Company
Allianz Ins. Company
Allstate Insurance Company
American Centennial Ins. Company
American Motorists Ins. Company
American Re-Insurance Company
Arrowood Indemnity Company
ASR Schadeverzekering N.V.
Assurances Generales De France
Assurantiekantoor VanWijk & Co.
Atlanta International Insurance Company,
    n/k/a Wellfleet New York Insurance
    Company
Birmingham Fire Ins. Company of
    Pennsylvania
Central National Ins. Company of Omaha
Century Indemnity Company
Champion Dyeing Allocation Year
Chubb

City Ins. Company
Colonia Versicherungs AG, Koln
Company of N.Y.
Continental Insurance Company
Darag Deutsche Versicherungs-Und
Drake Ins. Company of New York
Employers Ins. Company of Wausau
Employers Ins. of Wausau
Employers Mutual Casualty Company
Eurinco Allgemeine
Everest Reinsurance Company
Fireman's Fund Ins. Company
First State Ins. Company
GAP
Gibraltar Casualty Company
Granite State Ins. Company
Great American
Great Northern Ins. Company
Great Southwest Fire Ins. Company
Groupe Drouot
Harbor Ins. Company
Hartford Accident and Indemnity Company
Home Ins. Company
Ideal Mutual Ins. Company
Industrial Indemnity Company
Ins. Company of North America
Ins. Company of the State of Pennsylvania
Ins. Corporation of Singapore Limited
Integrity Ins. Company
International Ins. Company
International Surplus Lines Ins. Company
Lexington Ins. Company
London Guarantee and Accident
L'Union Atlantique S.A. d'Assurances
Maas Lloyd
Mead Reinsurance Corporation
Middlesex Assurance Company
Midland Ins. Company
Midstates Reinsurance Corp.
Mission Ins. Company
Mission National Ins. Company
Munich Reinsurance America, Inc.
Mutual Fire, Marine, & Inland Ins.
    Company
N.V. De Ark
N.V. Rotterdamse Assurantiekas

N.V. Schadeverzekeringsmaatschappij
National Casualty Company
National Union Fire Ins. Company of
    Pittsburgh, PA
Nationwide
New Hampshire Ins. Company
North River Ins. Company
Northbrook Excess and Surplus
    Ins. Company
Northeastern Fire Ins. Company
    of Pennsylvania
Pacific Employers Ins. Company
ProSight
Prudential Reinsurance Company
Puritan Insurance Company
Republic Indemnity Company of America
Republic Ins. Company
Republic Western Ins. Company
Repwest Insurance Company
Resolute Management Inc.
Rheinland Versicherungen
Rheinland Verzekeringen
Riverstone Insurers
Royal Belge I.R., S.A. d'Assurances
Royal Indemnity Company
Royal Ins. Company
Rückversicherungs-AG
Safety Mutual Casualty Corporation
Safety National Casualty Corporation
Seguros La Republica SA
Sentry Insurance A Mutual Company
Southern American Ins. Company
Starr Indemnity & Liability Company
TIG Insurance Company
Transamerica Premier Insurance Company
Transit Casualty Company
Travelers Casualty and Surety Company
UAP
Union Atlantique d'Assurances S.A.
Union Indemnity Ins. Company
    of New York
Versicherungs AG, Dusseldorf
Westchester Fire Insurance Company
Westport Insurance Corporation
XL Ins. Company

**Potential Parties in Canadian Proceeding**
Cassels Brock & Blackwell LLP
Ernst & Young Inc.

**States/Federal District With Consumer**
**Protection Investigations/Actions**
Alabama
Alaska
Arkansas
Arizona
Colorado
Connecticut
Delaware
Florida
Georgia
Hawaii
Idaho
Illinois
Iowa
Kansas
Kentucky
Maine
Maryland
Massachusetts
Michigan
Minnesota
Mississippi
Montana
Nebraska
Nevada
New Hampshire
New Jersey
New Mexico
New York
North Carolina
North Dakota
Ohio
Oklahoma
Oregon
Rhode Island
South Dakota
Texas
Utah
Vermont
Virginia
Washington

Washington, D.C.
West Virginia
Wisconsin

**The Office of the United States Trustee –**
**Region 3 – District of New Jersey**
Adam Shaarawy
Adela Alfaro
Alexandria Nikolinos
Angeliza Ortiz-Ng
Daniel C. Kropiewnicki
David Gerardi
Fran B. Steele
Francyne D. Arendas
James Stives
Jeffrey Sponder
Joseph C. Kern
Kirsten K. Ardelean
Lauren Bielskie
Maggie McGee
Martha Hildebrandt
Michael Artis
Neidy Fuentes
Peter J. D'Auria
Robert J. Schneider, Jr.
Tia Green
Tina L. Oppelt
William J. Ziemer

**Bankruptcy Judges for the District**
**of New Jersey**
Judge Andrew B. Altenburg, Jr.
Judge Christine M. Gravelle
Judge Jerrold N. Poslusny, Jr.
Judge John K. Sherwood
Judge Kathryn C. Ferguson
Judge Michael B. Kaplan
Judge Rosemary Gambardella
Judge Stacey L. Meisel
Judge Vincent F. Papalia

# **SCHEDULE 2**

**Disclosure Schedule**

**SCHEDULE 2**
**Client Disclosure**

| Category | Name in Interest | Client Relationship |
|---|---|---|
| Debtor | LTL Management LLC | Client |
| Direct Equity Owner of Debtor | Johnson & Johnson Holdco (NA) Inc. | Client |
| Other Non-Debtor Affiliates | Actelion Ltd. | Affiliate of client |
| Other Non-Debtor Affiliates | Actelion Pharmaceuticals Ltd | Client |
| Other Non-Debtor Affiliates | AMO Canada Company | Client |
| Other Non-Debtor Affiliates | C Consumer Products Denmark ApS, n/k/a Coloplast Konsumerntvarer A/S | |
| Other Non-Debtor Affiliates | Cilag AG | Client |
| Other Non-Debtor Affiliates | Cilag GmbH International | Client |
| Other Non-Debtor Affiliates | ColBar LifeScience Ltd. | Client |
| Other Non-Debtor Affiliates | CRES Holdings, Inc. | Former client |
| Other Non-Debtor Affiliates | DePuy International Limited | Client |
| Other Non-Debtor Affiliates | DePuy Ireland Unlimited Company | Affiliate of client |
| Other Non-Debtor Affiliates | DePuy Orthopaedics, Inc. | Client |
| Other Non-Debtor Affiliates | DePuy Spine, LLC | Client |
| Other Non-Debtor Affiliates | DePuy Synthes, Inc. | Client |
| Other Non-Debtor Affiliates | Ethicon Endo-Surgery, Inc. | Client |
| Other Non-Debtor Affiliates | Ethicon Endo-Surgery, LLC | Client |
| Other Non-Debtor Affiliates | Ethicon LLC | Affiliate of client |
| Other Non-Debtor Affiliates | Ethicon Sarl | Client |
| Other Non-Debtor Affiliates | Ethicon Women's Health & Urology Sarl | Client |
| Other Non-Debtor Affiliates | Ethicon, Inc. | Client |
| Other Non-Debtor Affiliates | J.C. General Services BV | Affiliate of client |
| Other Non-Debtor Affiliates | Janssen Biotech, Inc. | Client |
| Other Non-Debtor Affiliates | Janssen Inc. | Client |
| Other Non-Debtor Affiliates | Janssen Ortho LLC | Client |
| Other Non-Debtor Affiliates | Janssen Pharmaceutica NV | Client |
| Other Non-Debtor Affiliates | Janssen Pharmaceuticals, Inc. | Client |
| Other Non-Debtor Affiliates | Janssen Research & Development, LLC | Client |
| Other Non-Debtor Affiliates | Janssen Sciences Ireland Unlimited Company | Client |

| Category | Name in Interest | Client Relationship |
|---|---|---|
| Other Non-Debtor Affiliates | Johnson & Johnson | Client |
| Other Non-Debtor Affiliates | Johnson & Johnson Consumer Inc. | Client |
| Other Non-Debtor Affiliates | Johnson & Johnson Inc. | Client |
| Other Non-Debtor Affiliates | Johnson & Johnson International | Client |
| Other Non-Debtor Affiliates | Johnson & Johnson Surgical Vision, Inc. | Client |
| Other Non-Debtor Affiliates | McNeil Consumer Pharmaceuticals Co. | Affiliate of client |
| Other Non-Debtor Affiliates | Mentor Medical Systems B.V. | Affiliate of former client |
| Other Non-Debtor Affiliates | Mentor Worldwide LLC | Client |
| Other Non-Debtor Affiliates | Ortho Biotech Holding LLC | Affiliate of former client |
| Other Non-Debtor Affiliates | Synthes, Inc. | Affiliate of client |
| Depository and Disbursement Banks | Bank of America, N.A. | Client |
| Major Sureties | Chubb | Affiliate of client |
| Major Sureties | Federal Insurance Company | Affiliate of client |
| Major Sureties | Liberty Mutual Insurance Company | Affiliate of client |
| Parties to Material Contracts with the Debtor | Johnson & Johnson | Client |
| Parties to Material Contracts with the Debtor | Johnson & Johnson Services, Inc. | Affiliate of client |
| Significant Co-Defendants in Talc-Related Litigation | Albertsons Companies, Inc. | Affiliate of Client |
| Significant Co-Defendants in Talc-Related Litigation | BASF Catalysts LLC | Affiliate of Client |
| Significant Co-Defendants in Talc-Related Litigation | Borg Warner Morse Tec, Inc. | Affiliate of client |
| Significant Co-Defendants in Talc-Related Litigation | Brenntag North America | Client |
| Significant Co-Defendants in Talc-Related Litigation | Bristol-Myers Squibb Company | Client |
| Significant Co-Defendants in Talc-Related Litigation | Carrier Corporation | Client |
| Significant Co-Defendants in Talc-Related Litigation | Colgate-Palmolive Company | Former client |
| Significant Co-Defendants in Talc-Related Litigation | Costco Wholesale Corporation | Affiliate of Client and former client |

| Category | Name in Interest | Client Relationship |
|---|---|---|
| Significant Co-Defendants in Talc-Related Litigation | Coty, Inc. | Client |
| Significant Co-Defendants in Talc-Related Litigation | CVS Pharmacy, Inc. | Client |
| Significant Co-Defendants in Talc-Related Litigation | Dana Companies, LLC | Affiliate of client |
| Significant Co-Defendants in Talc-Related Litigation | Eaton Corporation | Former client |
| Significant Co-Defendants in Talc-Related Litigation | Eli Lilly and Company | Client |
| Significant Co-Defendants in Talc-Related Litigation | Flowserve US, Inc. | Client |
| Significant Co-Defendants in Talc-Related Litigation | FMC Corporation | Client |
| Significant Co-Defendants in Talc-Related Litigation | Ford Motor Company | Client |
| Significant Co-Defendants in Talc-Related Litigation | Gardner Denver, Inc. | Client |
| Significant Co-Defendants in Talc-Related Litigation | General Electric Company | Client |
| Significant Co-Defendants in Talc-Related Litigation | Genuine Parts Company | Client |
| Significant Co-Defendants in Talc-Related Litigation | Goodyear Tire & Rubber Co. | Affiliate of client and client |
| Significant Co-Defendants in Talc-Related Litigation | Honeywell International, Inc. | Affiliate of client |
| Significant Co-Defendants in Talc-Related Litigation | L'Oreal USA, Inc. | Affiliate of client |
| Significant Co-Defendants in Talc-Related Litigation | Metropolitan Life Insurance Company | Affiliate of client |
| Significant Co-Defendants in Talc-Related Litigation | Pfizer, Inc. | Affiliate of client |
| Significant Co-Defendants in Talc-Related Litigation | Revlon, Inc. | Affiliate of client |
| Significant Co-Defendants in Talc-Related Litigation | Sanofi-Aventis U.S. LLC | Affiliate of client |
| Significant Co-Defendants in Talc-Related Litigation | The Dow Chemical Company | Client |

| Category | Name in Interest | Client Relationship |
|---|---|---|
| Significant Co-Defendants in Talc-Related Litigation | The Procter & Gamble Company | Client |
| Significant Co-Defendants in Talc-Related Litigation | Unilever Home & Personal Care USA | Affiliate of client |
| Significant Co-Defendants in Talc-Related Litigation | ViacomCBS, Inc. | Client |
| Significant Co-Defendants in Talc-Related Litigation | Walmart, Inc. | Client |
| Significant Co-Defendants in Talc-Related Litigation | Yves Saint Laurent America, Inc. | Affiliate of former client |
| Debtor's Proposed Professionals and Claims Agent[1] | Hogan Lovells | Client |
| Debtor's Proposed Professionals and Claims Agent | Jones Day | Client |
| Debtor's Proposed Professionals and Claims Agent | King & Spalding LLP | Client |
| Debtor's Proposed Professionals and Claims Agent | Orrick, Herrington, & Sutcliffe, LLP | Client |
| Debtor's Proposed Professionals and Claims Agent | Skadden, Arps, Slate, Meager & Flom LLP | Client |
| Debtor's Proposed Professionals and Claims Agent | Weil Gotshal & Manges LLP | Client |
| Debtor's Proposed Significant Ordinary Course Professionals, Consultants, and Service Providers | Blank Rome LLP | Affiliate of client and former client |
| Debtor's Proposed Significant Ordinary Course Professionals, Consultants, and Service Providers | Butler Snow LLP | Affiliate of client |

---

[1]   Blakes is often directly retained by non-Canadian law firms, including the law firms listed herein as part of (a) the Debtor's Proposed Professionals and Claims Agent, (b) the Debtor's Proposed Significant Ordinary Course Professionals, Consultants, and Service Providers, and (c) Known Professionals for Certain Non-Debtor Parties in Interest categories, to act as local counsel in Canada on behalf of various clients.  Accordingly, these law firms are identified in Blakes' conflicts management system and are listed herein in an abundance of caution.

| Category | Name in Interest | Client Relationship |
|---|---|---|
| Debtor's Proposed Significant Ordinary Course Professionals, Consultants, and Service Providers | Faegre Drinker Biddle & Reath LLP | Client |
| Debtor's Proposed Significant Ordinary Course Professionals, Consultants, and Service Providers | Gibson, Dunn & Crutcher LLP | Client |
| Debtor's Proposed Significant Ordinary Course Professionals, Consultants, and Service Providers | Kirkland & Ellis LLP | Client |
| Debtor's Proposed Significant Ordinary Course Professionals, Consultants, and Service Providers | Patterson Belknap Webb & Tyler LLP | Former client |
| Debtor's Proposed Significant Ordinary Course Professionals, Consultants, and Service Providers | Proskauer Rose LLP | Client |
| Debtor's Proposed Significant Ordinary Course Professionals, Consultants, and Service Providers | Schnader Harrison Segal & Lewis | Client |
| Debtor's Proposed Significant Ordinary Course Professionals, Consultants, and Service Providers | Schwabe Williamson & Wyatt | Client |
| Debtor's Proposed Significant Ordinary Course Professionals, Consultants, and Service Providers | Stoel Rives LLP | Client |
| Known Professionals for Certain Non-Debtor Parties in Interest | Cravath, Swaine & Moore | Client |
| Known Professionals for Certain Non-Debtor Parties in Interest | White & Case LLP | Client |
| Material Potentially Indemnified Parties | Bausch Health Companies Inc. | Client |
| Material Potentially Indemnified Parties | Rio Tinto America, Inc. | Affiliate of client |

| Category | Name in Interest | Client Relationship |
|---|---|---|
| Material Potentially Indemnified Parties | Costco Wholesale Corporation | Affiliate of client and former client |
| Material Potentially Indemnified Parties | Walmart Inc. | Client |
| Debtor's Insurers | Aetna Casualty and Surety Company | Affiliate of client |
| Debtor's Insurers | AIG Europe S.A. | Affiliate of client |
| Debtor's Insurers | Allianz Ins. Company | Affiliate of client |
| Debtor's Insurers | Allianz Global Risks US Insurance Company | Affiliate of client |
| Debtor's Insurers | Allstate Insurance Company | Client |
| Debtor's Insurers | Chubb | Affiliate of client |
| Debtor's Insurers | Continental Insurance Company | Affiliate of former client |
| Debtor's Insurers | Lexington Ins. Company | Affiliate of client |
| Debtor's Insurers | Midland Ins. Company | Affiliate of former client |
| Debtor's Insurers | Munich Reinsurance America, Inc. | Client |
| Debtor's Insurers | National Union Fire Ins. Company of Pittsburgh, PA | Affiliate of client |
| Debtor's Insurers | Nationwide | Affiliate of client |
| Debtor's Insurers | Prudential Reinsurance Company | Affiliate of client |
| Debtor's Insurers | Royal Ins. Company | Affiliate of client |
| Debtor's Insurers | UAP | Client |
| Debtor's Insurers | Westport Insurance Corporation | Affiliate of client |
| Debtor's Insurers | XL Ins. Company | Affiliate of client |
| Potential Parties in Canadian Proceeding | Cassels Brock & Blackwell LLP | Client |
| Potential Parties in Canadian Proceeding | Ernst & Young Inc. | Client |
| States/Federal District With Consumer Protection Investigations/Actions | Washington | Former client |