# **EXHIBIT B**

## **Billing and Expense Categories**

NAI-1536311013

During the Chapter 11 Case, Jones Day intends to use the following billing categories:[1]

| CATEGORY | DESCRIPTION |
|---|---|
| Automatic Stay | Includes all actions to extend or enforce the automatic stay, motions to modify the automatic stay and issues related to the effect of the automatic stay on pending matters. |
| Case Administration | Includes general case administration services; communications with the U.S. Trustee not within the scope of other matter numbers; maintenance of case docket and calendar; and preparation and review of other reports, notices and service lists. |
| Claims Administration | Includes any bar date matters, claims objections and related contested matters and other claims administration activities, in connection with non-talc claims and unrelated to talc estimation matters. |
| Court Hearings | Includes preparation for and attendance at court hearings. |
| Creditor Inquiries | Includes all actions taken to respond to creditor inquiries about the Chapter 11 Case that are general in nature and not chargeable to another matter number. |
| Employee Matters | Includes matters relating to any seconded employees. |
| Executory Contracts and Unexpired Leases | Includes contract and lease analysis and matters relating to assumption, assumption and assignment, rejection or recharacterization of executory contracts and unexpired leases. |

---

[1] Jones Day, in its discretion and in consultation with the Debtor, may determine to create separate sub-billing categories for certain discrete projects undertaken during the Chapter 11 Case.

Capitalized terms used herein but not otherwise defined have the meanings given to them in the Application.

| CATEGORY | DESCRIPTION |
| --- | --- |
| Fee Application Preparation | Includes preparation of Jones Day fee applications and related activities and the preparation of monthly invoices. |
| Financing Matters | Includes any matters relating to funding the Debtors or the plan of reorganization (the "Plan"), including the Funding Agreement and J&J Support Agreement (both as defined in the *Declaration of John K. Kim in Support of First Day Pleadings* [Dkt. 4]). |
| General Corporate | Includes all transactional, corporate governance and related matters involving the Debtor that do not relate to the Plan or disclosure statement process. |
| Litigation and Adversary Proceedings | Includes all non-bankruptcy litigation and adversary proceedings (i.e., actions initiated by a complaint in this Court); also includes all other contested matters that do not fit within another, more specific matter description. |
| Nonworking Travel | Includes all nonworking travel time. |
| Plan of Reorganization and Disclosure Statement | Includes formulation, negotiation, preparation and promulgation of a Plan, disclosure statements and related corporate and other documentation to implement the Plan, research relating thereto and matters related to exclusivity. |
| Post-Dismissal Order Matters | Includes addressing any matters remaining in connection with the 2021 Chapter 11 Case pursuant to the Dismissal Order. |
| Professional Retention/Fee Issues | Includes preparation of applications to retain professionals, other matters relating to retention of professionals and objections to fees of other professionals. |

| CATEGORY | DESCRIPTION |
|---|---|
| Reporting | Includes preparation of schedules of assets and liabilities and amendments thereto, a statement of financial affairs and amendments thereto, status reports and other reports required by the U.S. Trustee, the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules or the Court. |
| Talc Matters | Includes issues relating to talc claims, including analysis, valuation, strategy, negotiations, communications and meetings related to talc claims and any work on talc claims estimation matters. |
| Tax Advice | Includes all federal and state income, property, excise and other tax matters, including tax planning matters. |
| Use, Sale, Lease of Assets | Includes all matters relating to postpetition uses of property of the estate (including any acquisitions or dispositions). |

In addition, Jones Day contemplates using the following expense categories:

(a) copies; (b) outside printing; (c) telephone; (d) facsimile; (e) delivery services/couriers; (f) postage; (g) local travel; (h) out-of-town travel (including subcategories for transportation, hotel, meals, ground transportation and other); (i) local meals; (j) court fees; (k) subpoena fees; (l) witness fees; (m) deposition transcripts; (n) trial transcripts; (o) trial exhibits; (p) litigation support vendors; (q) experts; (r) investigators; (s) arbitrators/mediators; and (t) other.