# EXHIBIT C

**Certification of Gregory M. Gordon in Support
of Application for Retention of Jones Day, Effective as of April 4, 2023**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.:  23-12825 (MBK) |
| Debtor. | Judge:  Michael B. Kaplan |

## CERTIFICATION OF GREGORY M. GORDON
## IN SUPPORT OF APPLICATION FOR RETENTION
## OF JONES DAY, EFFECTIVE AS OF APRIL 4, 2023

I, Gregory M. Gordon, being of full age, certify as follows:

1.      Jones Day is seeking authorization to be retained as counsel to LTL Management LLC (the "Debtor" or "LTL Management") in the Chapter 11 Case and I make this

---

[1]      The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

certification in support of the *Application for Retention of Jones Day, Effective as of April 4, 2023* filed by the Debtor (the "Application").[2]

2.     My professional credentials include being admitted and in good standing to practice law in the State of Texas, before the United States District Court for the Northern District of Texas and before the United States Court of Appeals for the Third, Fourth, and Eighth Circuits.

3.     I am a partner with the law firm of Jones Day and am duly authorized to make this certification on behalf of Jones Day.

4.     The proposed arrangement for compensation, including hourly rates, if applicable, is as follows:

Jones Day's proposed arrangement for compensation is substantially the same as the arrangement approved in the 2021 Chapter 11 Case.  See 2021 Retention Application ¶ 6; 2022 Retention Order ¶ 1.  Pursuant to the terms of the Engagement Letter and subject to the Court's approval of the Application, Jones Day intends to:  (a) charge for its legal services on an hourly basis in accordance with the ordinary and customary hourly rates in effect on the date services are rendered; and (b) seek reimbursement of actual and necessary out of pocket expenses.

The current standard hourly rates charged by Jones Day in the United States fall within the following ranges:

| Billing Category | U.S. Range |
| --- | --- |
| Partners/Of Counsel | $750–$2,000 |
| Associates | $500–$1,200 |
| Paralegals | $250–$575 |

Jones Day's hourly rates may change annually in accordance with the terms of the Engagement Letter and Jones Day's established billing practices and procedures.

Jones Day will maintain detailed, contemporaneous time records in six minute intervals and apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the Fee Guidelines, the Interim Compensation Order and any additional procedures that may be established by the Court in the Chapter 11 Case. See also Exhibit B to Application.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

---

[2]     Capitalized terms used herein but not otherwise defined have the meanings given to them in the Application.

NAI-1536311013

5.      To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the U. S. Trustee, or any person employed in the office of the U.S. Trustee, is as follows:

☐      None
☒      Describe connection:  <u>See</u> no. 6 below.

6.      To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, is as follows:

☐      None
☒      Describe Connection:

To check and clear potential conflicts of interest in the Chapter 11 Case, as well as to determine all "connections" (as such term is used in Bankruptcy Rule 2014) to the Debtor, its affiliates, its creditors, other parties in interest, their respective attorneys, the U.S. Trustee or any person employed in the office of the U.S. Trustee, Jones Day researched its client database to determine whether it had any relationships with the list of the names of individuals or institutions that are potential significant parties in interest (collectively, the "<u>Interested Parties</u>") that was provided to Jones Day by the Debtor. <u>See</u> <u>Schedule 1</u> attached hereto.  To the extent that Jones Day's research of its relationships with the Interested Parties indicates that Jones Day has represented in the past two years, or currently represents, any of these entities in matters unrelated to the Chapter 11 Case, the identities of these entities and such entities' relationship to the Debtor and connection to Jones Day, are set forth in <u>Schedule 2</u> hereto.

To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Jones Day, nor any partner, associate or other professional thereof has any connection with the Debtor, its creditors, the U.S. Trustee or any other party with an actual or potential interest in the Chapter 11 Case or their respective attorneys or accountants, except as set forth below and in <u>Schedule 2</u> hereto:

(a)      Jones Day has not represented, and does not and will not represent, any entity in matters adverse to the Debtor or its estate.

(b)      Prior to the Petition Date, Jones Day performed certain legal services for the Debtor, as described herein, but the Debtor does not owe Jones Day any amount for services performed prior to the Petition Date as discussed further below and in the Disclosure of Compensation attached to the Application as Exhibit D.

(c)      Prior to the 2021 Chapter 11 Case, Jones Day represented J&J and Old JJCI in connection with the restructuring that led to the formation of the Debtor. As discussed in the 2021 Retention Application, Jones Day's representation of J&J in respect of restructuring matters was terminated as of October 12, 2021 and the Debtor's and Jones Day's engagement letter in the 2021 Chapter 11 Case superseded the terms of Jones Day's engagement by Old JJCI in respect of restructuring advice. <u>See</u> 2021 Retention Application ¶ 6.

(d)      In matters <u>unrelated</u> to the Debtor or the Chapter 11 Case, Jones Day currently represents J&J. Jones Day, however, has not represented, and does not and will not represent, J&J in the Chapter 11 Case or in matters adverse to the Debtor or its estate.

(e)      In matters <u>unrelated</u> to the Debtor or the Chapter 11 Case, Jones Day currently represents or formerly represented certain of the Debtor's other non-debtor affiliates, as described on <u>Schedule 2</u>. Jones Day, however, has not represented, and does not and will not represent, any of these entities in the Chapter 11 Case or in matters adverse to the Debtor or its estate.

(f)      In matters <u>unrelated</u> to the Debtor or the Chapter 11 Case, Jones Day currently represents Bank of America, N.A., the Debtor's depository and disbursement bank, and affiliates thereof. These relationships are set forth on <u>Schedule 2</u>. Jones Day, however, has not represented, and does not and will not represent, Bank of America, N.A. in the Chapter 11 Case or in matters adverse to the Debtor or its estate.

(g)      In matters <u>unrelated</u> to the Debtor or the Chapter 11 Case, Jones Day currently represents Imerys S.A., which is the ultimate parent of Imerys Talc America, Inc., Imerys Talc Vermont, Inc. and Imerys Talc Canada, Inc., debtors in pending chapter 11 cases in Delaware. This relationship is set forth on <u>Schedule 2</u>. Jones Day, however, has not represented, and does not and will not represent, Imerys S.A. in the Chapter 11 Case or in matters adverse to the Debtor or its estate.

(h)      In matters <u>unrelated</u> to the Debtor or the Chapter 11 Case, Jones Day currently represents certain material potentially indemnified parties and certain additional parties who are significant co-defendants in talc cases with the Debtor and certain of the Debtor's affiliates. These relationships are set forth on <u>Schedule 2</u>. Jones Day, however, has not represented, and does not and will not represent, any of these entities in the Chapter 11 Case or in matters adverse to the Debtor or its estate.

(i)     In matters <u>unrelated</u> to the Debtor or the Chapter 11 Case, Jones Day currently represents certain of the Debtor's insurers. These relationships are set forth on <u>Schedule 2</u>.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in the Chapter 11 Case or in matters adverse to the Debtor or its estate.

(j)     In matters <u>unrelated</u> to the Debtor or the Chapter 11 Case, Jones Day currently represents or has represented various state-governed and/or state-owned entities, including entities governed and/or owned by certain states that have alleged claims against the Debtor.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in the Chapter 11 Case or in matters adverse to the Debtor or its estate.

(k)     In addition to the specific parties identified above, in matters <u>unrelated</u> to the Debtor or the Chapter 11 Case, Jones Day currently represents, formerly represented or may in the future represent certain other entities that are or may be (i) creditors in this case, (ii) parties to executory contracts with the Debtor or (iii) otherwise directly or indirectly affiliated with creditors or other parties in interest in the Chapter 11 Case.  Jones Day has undertaken a detailed search to determine whether it represents or has represented any significant creditors, equity holders, insiders or other parties in interest in such unrelated matters, and all such known representations within the last two years are set forth on <u>Schedule 2</u>.

(l)     In matters <u>unrelated</u> to the Debtor or the Chapter 11 Case, Jones Day has been involved in out-of-court restructurings and chapter 11 cases involving certain of the other professionals who will be representing the Debtor and other parties in the Chapter 11 Case, or who have represented the Debtor in the year prior to the Petition Date.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in the Chapter 11 Case or in matters adverse to the Debtor or its estate.

With regards to compensation prior to April 4, 2023, the Debtor paid Jones Day for its services in connection with the 2021 Chapter 11 Case pursuant to the interim compensation order entered in that case throughout the pendency of the 2021 Chapter 11 Case.  <u>See</u> also Disclosure of Compensation attached to the Application as Exhibit D.

On April 4, 2023, following the entry of the Dismissal Order and prior to the commencement of this Chapter 11 Case, Jones Day received payment from the Debtor of all unpaid actual and estimated fees and expenses incurred through the commencement of this Chapter 11 Case.  <u>See</u> Disclosure of Compensation attached to the Application as Exhibit D. In particular, following the entry of the Dismissal Order, on April 4, 2023, the

Debtor paid Jones Day $5,850,787.70 by wire transfer (the "Payment"). This amount comprises (a) $5,345,787.70 on account of actual and estimated fees and expenses incurred but not yet paid in the 2021 Chapter 11 Case through the entry of the Dismissal Order (the "Pre-Dismissal Amounts"), and (b) $505,000.00 for Jones Day's estimated fees and expenses incurred following dismissal of the 2021 Chapter 11 Case and prior to the commencement of this Chapter 11 Case (the "Post-Dismissal Amounts"). The Payment was applied to the Pre-Dismissal Amounts and Post-Dismissal Amounts prior to the commencement of this Chapter 11 Case.[3]   Accordingly, as of the Petition Date, Jones Day was not owed any amounts by the Debtor.

This payment to Jones Day was made in accordance with the terms of the Dismissal Order, which provides that a Retained Professional (as defined therein) may "seek final allowance and payment of compensation and reimbursement of expenses" in accordance with the procedures set forth in the Dismissal Order, which procedures included serving "a statement of all of its unpaid fees and expenses incurred in [the 2021] Chapter 11 Case through the Dismissal Date" on the Debtor "no later than 45 days following the Dismissal Date." Dismissal Order, ¶ 5. Jones Day served such a statement on the Debtor.[4]

In addition, Jones Day understands that the Debtor was solvent at the time it made this payment to Jones Day.  See LTL, 64 F.4th at 108 ("LTL, at the time of its filing, was highly solvent with access to cash to meet comfortably its liabilities as they came due for the foreseeable future."); see also Apr. 18, 2023 Hr'g Tr. 62:21-25 (the Debtor's chief legal officer testifying that Holdco, the party to the Funding Agreement with the Debtor, is valued at around $30 billion); id. at 207:3-4 (counsel for the Debtor reiterating that the value of Holdco is $30 billion).

---

[3]   Jones Day did not hold a retainer (a "Retainer") as of the Petition Date. Jones Day expects to:
(a) complete its reconciliation of the fees and expenses actually incurred prior to the Petition Date no later than the filing of its first interim fee application in the Chapter 11 Case, and will separately reconcile the Payment made with respect to Pre-Dismissal Amounts and the Post-Dismissal Amounts; (b) make a corresponding adjustment to the amount of the Retainer on or about that date as described below; and (c) disclose such adjustment in its first interim fee application. If, following reconciliation, any estimated amounts included in either the Pre-Dismissal Amounts or the Post-Dismissal Amounts, respectively, exceeded Jones Day's actual unbilled actual fees and expenses incurred in the respective periods, the balance will be added to Retainer and applied by Jones Day consistent with the terms of the Interim Compensation Order. Jones Day will not apply any portion of the Retainer to fees and expenses incurred from and after the Petition Date unless and until authorized to do so by a further order of this Court, including an Interim Compensation Order. Jones Day agrees to waive all fees and expenses, if any, owed by the Debtor that were unpaid by the Payment.

[4]   On April 26, 2023, the Debtor filed a motion for authorization to satisfy the fees and expenses of the other estate professionals involved in the 2021 Chapter 11 Case per the terms of the Dismissal Order. See Dkt. 319.

7.      To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

    ☒      do not hold an adverse interest to the estate.

    ☒      do not represent an adverse interest to the estate.

    ☒      are disinterested under 11 U.S.C. § 101(14).

    ☐      do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

    ☐      Other.  Explain:


8.      If the professional is an auctioneer,
    a.      The following are my qualifications and experience with the liquidation or sale of similar property: N/A
    b.      The proposed method of calculation of my compensation, including rates and formulas, is: N/A
Pursuant to D.N.J. 2014-2, I ☐ do   or   ☐ do not request a waiver of the requirements of   D. N. J. LBR 2016-1.
    c.      The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: N/A
    d.      Have you, or a principal of your firm, been convicted of a criminal offense?
        ☐ No        ☐ Yes (explain below)
    e.      I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9.      If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A


I certify under penalty of perjury that the above information is true.

Date: May 4, 2023                    */s/ Gregory M. Gordon*
                                   Gregory M. Gordon (TX Bar No. 08435300)
                                   JONES DAY
                                   2727 North Harwood Street
                                   Dallas, Texas  75201
                                   Telephone:  (214) 220-3939
                                   Facsimile:  (214) 969-5100

NAI-1536311013

# **SCHEDULE 1**

## **Schedule of Potentially Interested Parties**

**LTL Management LLC**
**Potentially Interested Parties**

**Debtor**
LTL Management LLC

**Direct Equity Owner of Debtor**
Johnson & Johnson Holdco (NA) Inc.

**Debtor's Direct Non-Debtor Subsidiary**
Royalty A&M LLC

**Other Non-Debtor Affiliates**
3Dintegrated ApS
ABD Holding Company, Inc.
ABIOMED R&D, Inc.
ABIOMED, Inc.
Acclarent, Inc.
Actelion Ltd
Actelion Pharmaceuticals Ltd
Actelion Pharmaceuticals Trading
    (Shanghai) Co., Ltd.
Actelion Pharmaceuticals US, Inc.
Actelion Treasury Unlimited Company
Albany Street LLC
ALZA Corporation
Alza Land Management, Inc.
AMO (Hangzhou) Co., Ltd.
AMO (Shanghai) Medical Devices
    Trading Co., Ltd.
AMO ASIA LIMITED
AMO Australia Pty Limited
AMO Canada Company
AMO Denmark ApS
AMO Development, LLC
AMO France
AMO Germany GmbH
AMO Groningen B.V.
AMO International Holdings
    Unlimited Company
AMO Ireland
AMO Italy SRL
AMO Japan K.K.
AMO Manufacturing USA, LLC
AMO Netherlands BV
AMO Nominee Holdings, LLC

AMO Norway AS
AMO Puerto Rico Manufacturing, Inc.
AMO Sales and Service, Inc.
AMO Singapore Pte. Ltd.
AMO Spain Holdings, LLC
AMO Switzerland GmbH
AMO United Kingdom, Ltd.
AMO Uppsala AB
Anakuria Therapeutics, Inc.
AorTx, Inc.
Apsis SAS
Aragon Pharmaceuticals, Inc.
Asia Pacific Holdings, LLC
Atrionix, Inc.
AUB Holdings LLC
Auris Health, Inc.
Backsvalan 6 Handelsbolag
Beijing Dabao Cosmetics Co., Ltd.
BeneVir BioPharm, Inc.
Berna Rhein B.V.
BioMedical Enterprises, Inc.
Biosense Webster (Israel) Ltd.
Biosense Webster, Inc.
Breethe, Inc.
C Consumer Products Denmark ApS, n/k/a
    Coloplast Konsumerntvarer A/S
Carlo Erba OTC S.r.l.
Centocor Biologics, LLC
Centocor Research & Development, Inc.
Cerenovus, Inc.
ChromaGenics B.V.
Ci:z. Labo Co., Ltd.
Cilag AG
Cilag GmbH International
Cilag Holding AG
Cilag Holding Treasury Unlimited Company
Cilag-Biotech, S.L.
Coherex Medical, Inc.
ColBar LifeScience Ltd.
Consumer Test Entity
Cordis de Mexico, S.A. de C.V.
Corimmun GmbH
CoTherix Inc.

CRES Holdings, Inc.
CrossRoads Extremity Systems, LLC
CSATS, Inc.
Debs-Vogue Corporation
    (Proprietary) Limited
DePuy Hellas SA
DePuy International Limited
DePuy Ireland Unlimited Company
DePuy Mexico, S.A. de C.V.
DePuy Mitek, LLC
DePuy Orthopaedics, Inc.
DePuy Products, Inc.
DePuy Spine, LLC
DePuy Synthes Institute, LLC
DePuy Synthes Products, Inc.
DePuy Synthes Sales, Inc.
DePuy Synthes, Inc.
Dutch Holding LLC
ECL7, LLC
EES Holdings de Mexico,
    S. de R.L. de C.V.
EES, S.A. de C.V.
EIT Emerging Implant Technologies GmbH
Ethicon Endo-Surgery (Europe) GmbH
Ethicon Endo-Surgery, Inc.
Ethicon Endo-Surgery, LLC
Ethicon LLC
Ethicon Sarl
Ethicon US, LLC
Ethicon Women's Health & Urology Sarl
Ethicon, Inc.
Ethnor (Proprietary) Limited
Ethnor del Istmo S.A.
Ethnor Farmaceutica, S.A.
Finsbury (Development) Limited
Finsbury (Instruments) Limited
Finsbury Medical Limited
Finsbury Orthopaedics International Limited
Finsbury Orthopaedics Limited
FMS Future Medical System SA
GATT Technologies B.V.
GH Biotech Holdings Limited
Global Investment Participation B.V.
GMED Healthcare BV
Guangzhou Bioseal Biotech Co., Ltd.
Hansen Medical Deutschland GmbH

Hansen Medical International, Inc.
Hansen Medical UK Limited
Hansen Medical, Inc.
Healthcare Services (Shanghai) Ltd.
I.D. Acquisition Corp.
Innomedic Gesellschaft für innovative
    Medizintechnik und Informatik mbH
J & J Company West Africa Limited
J&J Argentina S.A.
J&J Pension Trustees Limited
J&J Productos Medicos & Farmaceuticos
    del Peru S.A.
J.C. General Services BV
Janssen Biologics (Ireland) Limited
Janssen Biologics B.V.
Janssen BioPharma, LLC
Janssen Biotech, Inc.
Janssen Cilag Farmaceutica S.A.
Janssen Cilag S.p.A.
Janssen Cilag SPA
Janssen Cilag, C.A.
Janssen Development Finance Unlimited
    Company
Janssen Egypt LLC
Janssen Farmaceutica Portugal Lda
Janssen France Treasury Unlimited
    Company
Janssen Global Services, LLC
Janssen Holding GmbH
Janssen Inc.
Janssen Irish Finance Unlimited Company
Janssen Japan Treasury Unlimited Company
Janssen Korea Ltd.
Janssen Mexico Treasury
    Unlimited Company
Janssen Oncology, Inc.
Janssen Ortho LLC
Janssen Pharmaceutica
    (Proprietary) Limited
Janssen Pharmaceutica NV
Janssen Pharmaceutica S.A.
Janssen Pharmaceutical K.K.
Janssen Pharmaceutical Sciences
    Unlimited Company
Janssen Pharmaceutical Unlimited Company
Janssen Pharmaceuticals, Inc.

Janssen Products, LP
Janssen R&D Ireland Unlimited Company
Janssen Research & Development, LLC
Janssen Sciences Ireland
 Unlimited Company
Janssen Scientific Affairs, LLC
Janssen Supply Group, LLC
Janssen Vaccines & Prevention B.V.
Janssen Vaccines Corp.
Janssen-Cilag
Janssen-Cilag (New Zealand) Limited
Janssen-Cilag A/S
Janssen-Cilag AG
Janssen-Cilag Aktiebolag
Janssen-Cilag AS
Janssen-Cilag B.V.
Janssen-Cilag d.o.o. Beograd
Janssen-Cilag de Mexico S. de R.L. de C.V.
Janssen-Cilag Farmaceutica Lda.
Janssen-Cilag Farmaceutica Ltda.
Janssen-Cilag GmbH
Janssen-Cilag International NV
Janssen-Cilag Kft.
Janssen-Cilag Limited
Janssen-Cilag Manufacturing, LLC
Janssen-Cilag NV
Janssen-Cilag OY
Janssen-Cilag Pharma GmbH
Janssen-Cilag Pharmaceutical S.A.C.I.
Janssen-Cilag Polska, Sp. z o.o.
Janssen-Cilag Pty Ltd
Janssen-Cilag S.A.
Janssen-Cilag s.r.o.
Janssen-Cilag, S.A.
Janssen-Cilag, S.A. de C.V.
Janssen-Pharma, S.L.
J-C Health Care Ltd.
Jevco Holding, Inc.
JJ Surgical Vision Spain, S.L.
JJC Acquisition Company B.V.
JJHC, LLC
JJSV Belgium BV
JJSV Manufacturing Malaysia SDN. BHD.
JJSV Norden AB
JJSV Produtos Oticos Ltda.
JNJ Global Business Services s.r.o.

JNJ Holding EMEA B.V.
JNJ International Investment LLC
JNTL (APAC) HoldCo 2 LLC
JNTL (APAC) HoldCo 3 Pte. Ltd.
JNTL (APAC) HoldCo LLC
JNTL (APAC) HoldCo Pte. Ltd.
JNTL (Japan) HoldCo Inc.
JNTL (Malaysia) Sdn. Bhd.
JNTL (Middle East) HoldCo LLC
JNTL (Puerto Rico) HoldCo GmbH
JNTL (Shanghai) Investment Co., Ltd.
JNTL (Switzerland) HoldCo GmbH
JNTL (Thailand) HoldCo LLC
JNTL (UK) HoldCo Limited
JNTL Consumer Health (Belgium) BV
JNTL Consumer Health (Brazil) Ltda.
JNTL Consumer Health
 (Czech Republic) s.r.o.
JNTL Consumer Health
 (Dominican Republic), S.A.S.
JNTL Consumer Health (Finland) Oy
JNTL Consumer Health (France) SAS
JNTL Consumer Health (Hungary) Kft
JNTL Consumer Health (India)
 Private Limited
JNTL Consumer Health
 (New Zealand) Limited
JNTL Consumer Health (Norway) AS
JNTL Consumer Health (Philippines) Inc.
JNTL Consumer Health (Poland) sp. z o.o.
JNTL Consumer Health (Portugal) Limitada
JNTL Consumer Health (Services) LLC
JNTL Consumer Health (Slovakia), s.r.o.
JNTL Consumer Health (Spain), S.L.
JNTL Consumer Health (Taiwan) Limited
JNTL Consumer Health (Vietnam) Co. Ltd.
JNTL Consumer Health General
 Services BV
JNTL Consumer Health I (Ireland) Limited
JNTL Consumer Health I
 (Switzerland) GmbH
JNTL Consumer Health II
 (Switzerland) GmbH
JNTL Consumer Health LLC
JNTL Consumer Health Mexico,
 S. de R.L. de C.V.

JNTL Consumer Health Middle East FZ-LLC
JNTL HoldCo 2 LLC
JNTL HoldCo 3 LLC
JNTL HoldCo 4 LLC
JNTL HoldCo 5 LLC
JNTL HoldCo 6 LLC
JNTL HoldCo 7 LLC
JNTL HoldCo 8 LLC
JNTL HoldCo LLC
JNTL Holdings 2, Inc.
JNTL Holdings 3, Inc.
JNTL Holdings B.V.
JNTL Holdings, Inc.
JNTL Ireland HoldCo 2 B.V.
JNTL Netherlands HoldCo B.V.
JNTL Turkey Tüketici Sağlığı Limited Şirketi
Johnson & Johnson
Johnson & Johnson - Societa' Per Azioni
Johnson & Johnson (Angola), Limitada
Johnson & Johnson (Australia) Pty Ltd
Johnson & Johnson (Canada) Inc.
Johnson & Johnson (China) Investment Ltd.
Johnson & Johnson (Ecuador) S.A.
Johnson & Johnson (Egypt) S.A.E.
Johnson & Johnson (Hong Kong) Limited
Johnson & Johnson (Ireland) Limited
Johnson & Johnson (Jamaica) Limited
Johnson & Johnson (Kenya) Limited
Johnson & Johnson (Middle East) Inc.
Johnson & Johnson (Mozambique), Limitada
Johnson & Johnson (Namibia) (Proprietary) Limited
Johnson & Johnson (New Zealand) Limited
Johnson & Johnson (Philippines), Inc.
Johnson & Johnson (Private) Limited
Johnson & Johnson (Singapore) Holdco LLC
Johnson & Johnson (Thailand) Ltd.
Johnson & Johnson (Trinidad) Limited
Johnson & Johnson (Vietnam) Co., Ltd
Johnson & Johnson AB
Johnson & Johnson AG
Johnson & Johnson Bulgaria EOOD

Johnson & Johnson China Ltd.
Johnson & Johnson Consumer (Hong Kong) Limited
Johnson & Johnson Consumer (Thailand) Limited
Johnson & Johnson Consumer B.V.
Johnson & Johnson Consumer Holdings France
Johnson & Johnson Consumer Inc.
Johnson & Johnson Consumer NV
Johnson & Johnson Consumer Saudi Arabia Limited
Johnson & Johnson Consumer Services EAME Ltd.
Johnson & Johnson d.o.o.
Johnson & Johnson de Argentina S.A.C. e. I.
Johnson & Johnson de Chile S.A.
Johnson & Johnson de Colombia S.A.
Johnson & Johnson de Mexico, S.A. de C.V.
Johnson & Johnson de Uruguay S.A.
Johnson & Johnson de Venezuela, S.A.
Johnson & Johnson del Ecuador, S.A.
Johnson & Johnson Del Paraguay, S.A.
Johnson & Johnson del Peru S.A.
Johnson & Johnson do Brasil Industria E Comercio de Produtos Para Saude Ltda.
Johnson & Johnson Dominicana, S.A.S.
Johnson & Johnson Enterprise Innovation Inc.
Johnson & Johnson European Treasury Unlimited Company
Johnson & Johnson Finance Corporation
Johnson & Johnson Finance Limited
Johnson & Johnson Financial Services GmbH
Johnson & Johnson for Export and Import LLC
Johnson & Johnson Gateway, LLC
Johnson & Johnson Gesellschaft m.b.H.
Johnson & Johnson GmbH
Johnson & Johnson GT, Sociedad Anónima
Johnson & Johnson Guatemala, S.A.
Johnson & Johnson Health and Wellness Solutions, Inc.
Johnson & Johnson Health Care Systems Inc.

Johnson & Johnson Hellas Commercial and
Industrial S.A.
Johnson & Johnson Hellas
Consumer Products
Commercial Societe Anonyme
Johnson & Johnson Hemisferica S.A.
Johnson & Johnson Holdco (NA) Inc.
Johnson & Johnson Holding GmbH
Johnson & Johnson Holdings
(Austria) GmbH
Johnson & Johnson Inc.
Johnson & Johnson Industrial Ltda.
Johnson & Johnson Innovation - JJDC, Inc.
Johnson & Johnson Innovation Limited
Johnson & Johnson Innovation LLC
Johnson & Johnson International
Johnson & Johnson International
(Singapore) Pte. Ltd.
Johnson & Johnson International Financial
Services Unlimited Company
Johnson & Johnson Irish Finance
Company Limited
Johnson & Johnson K.K.
Johnson & Johnson Kft.
Johnson & Johnson Korea Selling &
Distribution LLC
Johnson & Johnson Korea, Ltd.
Johnson & Johnson Limited
Johnson & Johnson LLC
Johnson & Johnson Luxembourg Finance
Company Sarl
Johnson & Johnson Management Limited
Johnson & Johnson Medical (China) Ltd.
Johnson & Johnson Medical
(Proprietary) Ltd
Johnson & Johnson Medical (Shanghai) Ltd.
Johnson & Johnson Medical (Suzhou) Ltd.
Johnson & Johnson Medical B.V.
Johnson & Johnson Medical Devices &
Diagnostics Group - Latin America,
L.L.C.
Johnson & Johnson Medical GmbH
Johnson & Johnson Medical Greece
Single Member S.A.
Johnson & Johnson Medical Korea Ltd.
Johnson & Johnson Medical Limited

Johnson & Johnson Medical Mexico,
S.A. de C.V.
Johnson & Johnson Medical NV
Johnson & Johnson Medical
Products GmbH
Johnson & Johnson Medical Pty Ltd
Johnson & Johnson Medical S.A.
Johnson & Johnson Medical S.p.A.
Johnson & Johnson Medical SAS
Johnson & Johnson Medical
Saudi Arabia Limited
Johnson & Johnson Medical Taiwan Ltd.
Johnson & Johnson Medical, S.C.S.
Johnson & Johnson Medikal Sanayi ve
Ticaret Limited Sirketi
Johnson & Johnson MedTech
(Thailand) Ltd.
Johnson & Johnson Medtech
Colombia S.A.S.
Johnson & Johnson Middle East FZ-LLC
Johnson & Johnson Morocco
Societe Anonyme
Johnson & Johnson Nordic AB
Johnson & Johnson Pacific Pty Limited
Johnson & Johnson Pakistan
(Private) Limited
Johnson & Johnson Panama, S.A.
Johnson & Johnson Personal Care
(Chile) S.A.
Johnson & Johnson Pharmaceutical Ltd.
Johnson & Johnson Poland Sp. z o.o.
Johnson & Johnson Private Limited
Johnson & Johnson Pte. Ltd.
Johnson & Johnson Pty. Limited
Johnson & Johnson Romania S.R.L.
Johnson & Johnson S.E. d.o.o.
Johnson & Johnson S.E., Inc.
Johnson & Johnson Sante Beaute France
Johnson & Johnson SDN. BHD.
Johnson & Johnson Services, Inc.
Johnson & Johnson Surgical Vision India
Private Limited
Johnson & Johnson Surgical Vision, Inc.
Johnson & Johnson Taiwan Ltd.
Johnson & Johnson UK Treasury
Company Limited

Johnson & Johnson Ukraine LLC
Johnson & Johnson Urban
    Renewal Associates
Johnson & Johnson Vision Care
    (Australia) Pty Ltd
Johnson & Johnson Vision Care
    (Shanghai) Ltd.
Johnson & Johnson Vision Care Ireland
    Unlimited Company
Johnson & Johnson Vision Care, Inc.
Johnson & Johnson Vision Korea, Ltd.
Johnson & Johnson, Lda
Johnson & Johnson, S.A.
Johnson & Johnson, S.A. de C.V.
Johnson & Johnson, s.r.o.
Johnson & Johnson, s.r.o.
Johnson and Johnson (Proprietary) Limited
Johnson and Johnson Sihhi Malzeme Sanayi
    Ve Ticaret Limited Sirketi
Johnson Y Johnson de Costa Rica, S.A.
JOM Pharmaceutical Services, Inc.
Kenvue Inc.
La Concha Land Investment Corporation
McNeil AB
McNeil Consumer Pharmaceuticals Co.
McNeil Denmark ApS
McNeil Healthcare (Ireland) Limited
McNeil Healthcare (UK) Limited
McNeil Healthcare LLC
McNeil Iberica S.L.U.
McNeil LA LLC
McNEIL MMP, LLC
McNeil Nutritionals, LLC
McNeil Panama, LLC
McNeil Products Limited
McNeil Sweden AB
Medical Device Business Services, Inc.
Medical Devices & Diagnostics
    Global Services, LLC
Medical Devices International LLC
Medos International Sarl
Medos Sarl
MegaDyne Medical Products, Inc.
Menlo Care De Mexico, S.A. de C.V.
Mentor B.V.
Mentor Deutschland GmbH

Mentor Medical Systems B.V.
Mentor Partnership Holding
    Company I, LLC
Mentor Texas GP LLC
Mentor Texas L.P.
Mentor Worldwide LLC
Middlesex Assurance Company Limited
Momenta Ireland Limited
Momenta Pharmaceuticals, Inc.
NeoStrata Company, Inc.
NeoStrata UG (haftungsbeschränkt)
Netherlands Holding Company
Neuravi Limited
NeuWave Medical, Inc.
Novira Therapeutics, LLC
NuVera Medical, Inc.
Obtech Medical Mexico, S.A. de C.V.
OBTECH Medical Sarl
OGX Beauty Limited
OMJ Holding GmbH
OMJ Pharmaceuticals, Inc.
Omrix Biopharmaceuticals Ltd.
Omrix Biopharmaceuticals NV
Omrix Biopharmaceuticals, Inc.
Ortho Biologics LLC
Ortho Biotech Holding LLC
Orthospin Ltd.
Orthotaxy SAS
Patriot Pharmaceuticals, LLC
Peninsula Pharmaceuticals, LLC
Percivia LLC
Pharmadirect Ltd.
Pharmedica Laboratories
    (Proprietary) Limited
preCARDIA, Inc.
Princeton Laboratories, Inc.
Productos de Cuidado Personal y
    de La Salud de Bolivia S.R.L.
Proleader S.A.
Prosidyan, Inc.
PT Integrated Healthcare Indonesia
PT Johnson & Johnson Indonesia
PT Johnson and Johnson Indonesia Two
Pulsar Vascular, Inc.
Regency Urban Renewal Associates
RespiVert Ltd.

Review Manager Test Entity 2
Royalty A&M LLC
Rutan Realty LLC
Scios LLC
Serhum S.A. de C.V.
Shanghai Elsker Mother & Baby Co., Ltd
Shanghai Johnson & Johnson Ltd.
Shanghai Johnson & Johnson
    Pharmaceuticals Ltd.
Sodiac ESV
Spectrum Vision Limited Liability Company
Spectrum Vision Limited Liability
    Partnership
SterilMed, Inc.
Surgical Process Institute
    Deutschland GmbH
Synthes Costa Rica S.C.R., Limitada
SYNTHES GmbH
Synthes GmbH
Synthes Holding AG
Synthes Holding Limited
SYNTHES Medical Immobilien GmbH
Synthes Medical Surgical Equipment &
    Instruments Trading LLC
Synthes Produktions GmbH
Synthes Proprietary Limited
Synthes S.M.P., S. de R.L. de C.V.
Synthes Tuttlingen GmbH
Synthes USA Products, LLC
Synthes USA, LLC
Synthes, Inc.
TARIS Biomedical LLC
TearScience, Inc.
The Anspach Effort, LLC
The Vision Care Institute, LLC
Tibotec, LLC
Torax Medical, Inc.
UAB "Johnson & Johnson"
Vania Expansion
Verb Surgical Inc.
Vision Care Finance Unlimited Company
Vogue International LLC
WH4110 Development Company, L.L.C.
Xian Janssen Pharmaceutical Ltd.
XO1 Limited
Zarbee's, Inc.

## Managers and Officers of the Debtor
John Kim
Richard Dickinson
Robert Wuesthoff
Russell Deyo

## Major Current Business Affiliations of Debtor's Managers
American Foundation for Opioid
    Alternatives
Migration Policy Institute
Miller Center for Community Protection &
    Reliance, Eagleton Institute of Politics,
    Rutgers University
National Center for State Courts
National Council, McLean Hospital
One Mind

## Depository and Disbursement Banks
Bank of America, N.A.

## Major Sureties
Chubb
Federal Insurance Company
Liberty Mutual Insurance Company
Travelers Casualty and Surety Company
    of America

## Parties to Material Contracts With the Debtor
Johnson & Johnson
Johnson & Johnson Holdco (NA) Inc.
Johnson & Johnson Services, Inc.

## Significant Co-Defendants in Talc-Related Litigation
3M Company
A.O. Smith Corporation
Albertsons Companies, Inc.
Avon Products, Inc.
Barretts Minerals, Inc.
BASF Catalysts LLC
Block Drug Company, Inc.
Borg Warner Morse Tec, Inc.
Brenntag North America
Brenntag Specialties, Inc.

Bristol-Myers Squibb Company
Carrier Corporation
Chanel, Inc.
Charles B. Chrystal Co., Inc.
Chattem, Inc.
Colgate-Palmolive Company
Conopco Inc.
Costco Wholesale Corporation
Coty, Inc.
Crane Co.
CVS Health Corporation
CVS Pharmacy, Inc.
Cyprus Amax Minerals Company
Cyprus Mines Corporation
Dana Companies, LLC
DAP Products, Inc.
Dollar General Corporation
Duane Reade Inc.
Eaton Corporation
Eli Lilly and Company
Elizabeth Arden, Inc.
Estee Lauder Inc.
Family Dollar Stores Inc.
Flowserve US, Inc.
FMC Corporation
Food 4 Less of California, Inc.
Ford Motor Company
Foster Wheeler, LLC
Gardner Denver, Inc.
General Electric Company
Genuine Parts Company
Goodyear Tire & Rubber Co.
Goulds Pumps, LLC
Grinnell LLC
Honeywell International, Inc.
Imerys Talc America, Inc.
Imerys USA, Inc.
IMO Industries Inc.
John Crane, Inc.
K&B Louisiana Corporation
Kaiser Gypsum Company, Inc.
Kmart Corporation
Kolmar Laboratories
Longs Drug Stores California
L'Oreal USA, Inc.
Lucky Stores, Inc.

Macy's, Inc.
Mary Kay Inc.
Maybelline LLC
Metropolitan Life Insurance Company
Noxell Corporation
Personal Care Products Council
Pfizer, Inc.
Pharma Tech Industries, Inc.
Pneumo Abex, LLC
PTI Royston, LLC
Publix Super Markets, Inc.
R.T. Vanderbilt Holding Company, Inc.
Ralphs Grocery Company
Revlon Consumer Products Corporation
Revlon, Inc.
Rite Aid Corporation
Safeway, Inc.
Sanofi-Aventis U.S. LLC
Shulton, Inc.
Specialty Minerals Inc.
Target Corporation
The Dow Chemical Company
The Estee Lauder Companies, Inc.
The Kroger Co.
The Procter & Gamble Company
Thrifty Payless, Inc.
Unilever Home & Personal Care USA
Union Carbide Corporation
Vanderbilt Minerals, LLC
ViacomCBS, Inc.
Walgreen Co.
Walmart, Inc.
Warren Pumps, LLC
Whittaker Clark & Daniels, Inc.
Wyeth Holdings LLC
Yves Saint Laurent America, Inc.

**Debtor's Proposed Professionals and
Claims Agent**
AlixPartners LLP
Bates White LLC
Blake, Cassels & Graydon LLP
Epiq Corporate Restructuring LLC
Hogan Lovells
Jones Day
King & Spalding LLP

McCarter & English, LLP
Orrick, Herrington, & Sutcliffe, LLP
Shook, Hardy & Bacon L.L.P.
Skadden, Arps, Slate, Meager & Flom LLP
Weil Gotshal & Manges LLP
Wollmuth Maher & Deutsch LLP

**Debtor's Proposed Significant Ordinary Course Professionals, Consultants and Service Providers**
Adler Pollock & Sheehan PC
Barrasso Usdin Kupperman
Freeman & Sarver, L.L.C.
Blank Rome LLP
Butler Snow LLP
Carlton Fields, P.A.
Chehardy, Sherman, Williams, Recile, & Hayes
Damon Key Leong Kupchak Hastert
Davis Hatley Haffeman & Tighe
Dechert LLP
Elliott Law Offices, PA
Faegre Drinker Biddle & Reath LLP
Foliart, Huff, Ottaway & Bottom
Gibson, Dunn & Crutcher LLP
Goldman Ismail Tomaselli Brennan & Baum
Hartline Barger
HeplerBroom LLC
Irwin Fritchie Urquhart & Moore LLC
Johnson & Bell Ltd.
Jones, Skelton & Hochuli, P.L.C.
Kaplan, Johnson, Abate & Bird LLP
Kelley Jasons McGowan Spinelli Hanna & Reber, LLP
Kirkland & Ellis LLP
Kitch Drutchas Wagner Valitutti & Sherbrook
Lewis Brisbois Bisgaard & Smith, LLP
Manion Gaynor & Manning LLP
Manning Gross + Massenburg
Miles & Stockbridge
Milligan & Herns
Morgan Lewis
Nelson Mullins Riley & Scarborough, LLP
Nutter McClennen & Fish LLP

Patterson Belknap Webb & Tyler LLP
Proskauer Rose LLP
Quattlebaum, Grooms & Tull PLLC
Schnader Harrison Segal & Lewis
Schwabe Williamson & Wyatt
Sills Cummis & Gross P.C.
Stoel Rives LLP
Sullivan Whitehead & Deluca LLP
Swartz Campbell LLC
The Weinhardt Law Firm
Tucker Ellis LLP
Willcox & Savage, P.C.

**Known Professionals for Certain Non-Debtor Parties in Interest**
Barnes & Thornburg, LLP
Cravath, Swaine & Moore
White & Case LLP

**Proposed Future Claimants' Representative and Her Proposed Professional**
Randi S. Ellis
Walsh Pizzi O'Reilly Falanga LLP

**Material Potentially Indemnified Parties**
Bausch Health Companies Inc.
Cyprus Mines Corporation
Cyprus Talc Corp.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
Luzenac America, Inc.
Pharma Tech Industries, Inc.
PTI Royston, LLC
Rio Tinto America, Inc.
RTZ America, Inc.
Valeant Pharmaceuticals International, Inc.
Windsor Minerals Inc.
Costco Wholesale Corporation
Publix Super Markets, Inc.
Rite Aid Corporation
Safeway Inc.
Walmart Inc.

**Parties Who Have Entered Into Plan
Support Agreements**

Andres Pereira Firm
Ferrer, Poirot & Wansbrough
Johnson Law Group
Liakos Law, APC
Linville Law Group
McDonald Worley
Nachawati Law Group
OnderLaw, LLC
Pulaski Kherkher PLLC
Rueb Stoller Daniel, LLP
Seeger Weiss LLP
Slater Slater Schulman LLP
Trammell PC
Watts Guerra LLP
Wisner Baum, LLP

**Law Firms with Significant
Representations of Talc Claimants**

Andres Pereira Firm
Arnold & Itkin LLP
Aylstock, Witkin, Kreis &
    Overholtz, PLLC
Beasley Allen Law Firm
Childers, Schlueter & Smith LLC
Ferrer, Poirot & Wansbrough
Johnson Law Group
Linville Law Group
McDonald Worley
Miller Firm, LLC
Nachawati Law Group
Napoli Shkolnik PLLC
OnderLaw, LLC
Pulaski Kherkher PLLC
Robinson Calcagnie
Rueb Stoller Daniel, LLP
Sanders, Phillips, Grossman, LLC
Seeger Weiss LLP
Slater Slater Schulman LLP
Trammell PC
Wagstaff Law Firm
Watts Guerra LLP
Wisner Baum, LLP

**Key Parties in *Imerys Talc America, Inc.*
and *Cyprus Mines Corp.* Chapter 11 Cases**

Cyprus Amax Minerals Company
Cyprus Mines Corporation
Cyprus Talc Corporation
Imerys S.A.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
    (fka Windsor Minerals Inc.)
James L. Patton
Luzenac America, Inc.
Official Committee of Tort Claimants
    (*In re Imerys Talc America, Inc.*)
Official Committee of Tort Claimants
    (*In re Cyprus Mines Corp.*)
Roger Frankel

**Debtor's Insurers**

A.G. Securitas
ACE Property & Casualty Insurance
    Company
Aetna Casualty and Surety Company
Affiliated FM Ins. Company
AIG Europe S.A.
AIG Property and Casualty Company
AIU Ins. Company
Allianz Global Risks US
    Insurance Company
Allianz Ins. Company
Allstate Insurance Company
American Centennial Ins. Company
American Motorists Ins. Company
American Re-Insurance Company
Arrowood Indemnity Company
ASR Schadeverzekering N.V.
Assurances Generales De France
Assurantiekantoor VanWijk & Co.
Atlanta International Insurance Company,
    n/k/a Wellfleet New York Insurance
    Company
Birmingham Fire Ins. Company of
    Pennsylvania
Central National Ins. Company of Omaha
Century Indemnity Company
Champion Dyeing Allocation Year
Chubb

City Ins. Company
Colonia Versicherungs AG, Koln
Company of N.Y.
Continental Insurance Company
Darag Deutsche Versicherungs-Und
Drake Ins. Company of New York
Employers Ins. Company of Wausau
Employers Ins. of Wausau
Employers Mutual Casualty Company
Eurinco Allgemeine
Everest Reinsurance Company
Fireman's Fund Ins. Company
First State Ins. Company
GAP
Gibraltar Casualty Company
Granite State Ins. Company
Great American
Great Northern Ins. Company
Great Southwest Fire Ins. Company
Groupe Drouot
Harbor Ins. Company
Hartford Accident and Indemnity Company
Home Ins. Company
Ideal Mutual Ins. Company
Industrial Indemnity Company
Ins. Company of North America
Ins. Company of the State of Pennsylvania
Ins. Corporation of Singapore Limited
Integrity Ins. Company
International Ins. Company
International Surplus Lines Ins. Company
Lexington Ins. Company
London Guarantee and Accident
L'Union Atlantique S.A. d'Assurances
Maas Lloyd
Mead Reinsurance Corporation
Middlesex Assurance Company
Midland Ins. Company
Midstates Reinsurance Corp.
Mission Ins. Company
Mission National Ins. Company
Munich Reinsurance America, Inc.
Mutual Fire, Marine, & Inland Ins.
    Company
N.V. De Ark
N.V. Rotterdamse Assurantiekas

N.V. Schadeverzekeringsmaatschappij
National Casualty Company
National Union Fire Ins. Company of
    Pittsburgh, PA
Nationwide
New Hampshire Ins. Company
North River Ins. Company
Northbrook Excess and Surplus
    Ins. Company
Northeastern Fire Ins. Company
    of Pennsylvania
Pacific Employers Ins. Company
ProSight
Prudential Reinsurance Company
Puritan Insurance Company
Republic Indemnity Company of America
Republic Ins. Company
Republic Western Ins. Company
Repwest Insurance Company
Resolute Management Inc.
Rheinland Versicherungen
Rheinland Verzekeringen
Riverstone Insurers
Royal Belge I.R., S.A. d'Assurances
Royal Indemnity Company
Royal Ins. Company
Rückversicherungs-AG
Safety Mutual Casualty Corporation
Safety National Casualty Corporation
Seguros La Republica SA
Sentry Insurance A Mutual Company
Southern American Ins. Company
Starr Indemnity & Liability Company
TIG Insurance Company
Transamerica Premier Insurance Company
Transit Casualty Company
Travelers Casualty and Surety Company
UAP
Union Atlantique d'Assurances S.A.
Union Indemnity Ins. Company
    of New York
Versicherungs AG, Dusseldorf
Westchester Fire Insurance Company
Westport Insurance Corporation
XL Ins. Company

**Potential Parties in Canadian Proceeding**
Cassels Brock & Blackwell LLP
Ernst & Young Inc.

**States/Federal District With Consumer
Protection Investigations/Actions**
Alabama
Alaska
Arkansas
Arizona
Colorado
Connecticut
Delaware
Florida
Georgia
Hawaii
Idaho
Illinois
Iowa
Kansas
Kentucky
Maine
Maryland
Massachusetts
Michigan
Minnesota
Mississippi
Montana
Nebraska
Nevada
New Hampshire
New Jersey
New Mexico
New York
North Carolina
North Dakota
Ohio
Oklahoma
Oregon
Rhode Island
South Dakota
Texas
Utah
Vermont
Virginia
Washington

Washington, D.C.
West Virginia
Wisconsin

**The Office of the United States Trustee –
Region 3 – District of New Jersey**
Adam Shaarawy
Adela Alfaro
Alexandria Nikolinos
Angeliza Ortiz-Ng
Daniel C. Kropiewnicki
David Gerardi
Fran B. Steele
Francyne D. Arendas
James Stives
Jeffrey Sponder
Joseph C. Kern
Kirsten K. Ardelean
Lauren Bielskie
Maggie McGee
Martha Hildebrandt
Michael Artis
Neidy Fuentes
Peter J. D'Auria
Robert J. Schneider, Jr.
Tia Green
Tina L. Oppelt
William J. Ziemer

**Bankruptcy Judges for the District
of New Jersey**
Judge Andrew B. Altenburg, Jr.
Judge Christine M. Gravelle
Judge Jerrold N. Poslusny, Jr.
Judge John K. Sherwood
Judge Kathryn C. Ferguson
Judge Michael B. Kaplan
Judge Rosemary Gambardella
Judge Stacey L. Meisel
Judge Vincent F. Papalia

# SCHEDULE 2

**Disclosure Schedule**

**SCHEDULE 2**

**LTL MANAGEMENT LLC**

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED JONES DAY IN MATTERS
UNRELATED TO THE DEBTOR OR ITS CHAPTER 11 CASE**

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO ARE CURRENT CLIENTS OR WERE CLIENTS WITHIN THE LAST TWO YEARS[1]** | | |
| 3M Company | Significant Co-Defendants in Talc-Related Litigation | • 3M Company is a 50% joint venture owner of Combi Packaging Systems LLC, an entity affiliated with current client **Board of Directors of Combi Packaging Systems LLC**; and<br><br>• Affiliate company 3M Media Company, LLC is now known as current client **Range Media Partners LLC**. |
| ***Abiomed, Inc.***<br>Abiomed R&D, Inc. | Other Non-Debtor Affiliates | • ***Abiomed, Inc.*** and affiliate company ***Abiomed Europe GmbH*** are current clients. |
| Adler Pollock & Sheehan, P.C. | Debtors' Proposed Significant Ordinary Course Professionals, Consultants, and Service Providers | • Adler Pollack & Sheehan, P.C is the general partner of two individuals, one a current shareholder and one a former shareholder of the firm, who are former clients (both closed 2022). |
| Alabama | States/Federal District with Consumer Protection Investigations/Actions | • Alabama state-governed entity, The Board of Trustees of the University of Alabama, for and on behalf of The University of Alabama Hospital, is a former client (closed 2023). |

---

[1]    The parties listed herein are parties in interest (or affiliated entities) who are current clients of Jones Day or were clients of Jones Day within the last two years.  The names of current clients of Jones Day appear in bold and italics.  The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Jones Day through its conflict reporting system.  Jones Day has not performed independent research to identify all stockholder interests or other affiliate relationships with respect to interested parties.  Moreover, Jones Day has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.

| Alaska | States/Federal District with Consumer Protection Investigations/Actions | • Alaska state-owned entity **Alaska Gasline Development Corporation** is a current client; and<br><br>• Alaska state-governed entity **University of Alaska Fairbanks** is a current client. |
|---|---|---|
| Albertsons Companies LLC | Potentially Indemnified Party<br><br>Significant Co-Defendants in Talc-Related Litigation | • Parent company **Albertsons Companies, Inc.** is: (a) a current client; and (b) the parent company of former client Shaw's Supermarkets, Inc. (closed 2021). |
| Allianz Global Risks US Insurance Company<br><br>Allianz Insurance Company<br><br>Assurances Generales De France | Debtor's Insurers | • Parent company Allianz S.E. is a minority owner of former client Chapter Master Trust (closed 2022);<br><br>• Affiliated entities **Allianz Private Credit Fund S.A. SICAV-RAIF**, **Allianz Global Investors GmbH** and **France Titrisation Allianz FCT Mid Cap Loans** are current clients;<br><br>• Affiliate company **Pacific Investment Management Company LLC (PIMCO)** is: (a) a current client; (b) a member of a current *ad hoc* group representation of unsecured noteholders; and (c) a former member of an *ad hoc* group representation of term loan lenders that closed in 2022;<br><br>• Allianz Real Estate Investment S.A. is a shareholder of current client **Chapter Master, L.P.**;<br><br>• Affiliate company AGF Private Equity is a stockholder of current client **Integragen**; and<br><br>• Affiliated entities Allianz Innovation 7 and Allianz Eco Innovation 2 are stockholders of current client **Eurazeo Investment Manager – EIM S.A.** |
| Allstate Insurance Company | Debtor's Insurers | • Affiliate company Allstate Investments is a former member of an *ad hoc* group representation of term loan lenders that closed in 2022. |

| American Centennial Ins. Company, n/k/a Berkshire Hathaway Direct Insurance Company | Debtor's Insurers | • Affiliate companies **BNSF Railway Company**, **Clayton Homes Incorporated**, **The Lubrizol Corporation**, **NetJets, Inc.**, **Mouser Electronics, Inc.** and **Johns Manville Corporation** are current clients; and<br><br>• Affiliate companies Scott & Fetzer Company (closed 2021); and Energy West Mining Company (closed 2023) are former clients. |
|---|---|---|
| ***A.O. Smith Corporation*** | Significant Co-Defendants in Talc-Related Litigation | • ***A.O. Corporation*** is a current client. |
| Arizona | States/Federal District with Consumer Protection Investigations/Actions | • Arizona state-governed entity, Arizona State Retirement System, is a stockholder of current client **Mill Creek Residential Trust**; and<br><br>• Arizona state-governed entity, State of Arizona Public Safety Personnel Retirement System, is the parent of current client **Sepulchre Co-Invest, L.P.** |
| Arkansas | States/Federal District with Consumer Protection Investigations/Actions | • Arkansas state-governed entity Arkansas State Chamber of Commerce is a former client (closed 2022). |
| Atlanta International Insurance Company, n/k/a Wellfleet New York Insurance Company | Debtor's Insurers | • Affiliate company **Townsend Holdings LLC** is a current client. |

| | | |
|---|---|---|
| ***Bank of America, N.A.*** | Depository and Disbursement Banks | • ***Bank of America, N.A.*** is a current client; <br><br> • Affiliate companies ***Bank of America Business Credit***, ***Bank of America, N.A. London***, ***Bank of America Merrill Lynch International DAC***, ***Merrill Lynch Kingdom of Saudi Arabia Ltd.***, ***Bank of America Securities, Inc.***, ***Bank of America Securities Europe S.A.***, ***Bank of America Europe DAC***, ***Merrill Lynch Commodities, Inc.*** and ***Merrill Lynch International*** are current clients; <br><br> • Affiliate company Banc of America Strategic Investments Corporation is a joint venture partner in current client ***Visible Alpha LLC***; and <br><br> • Affiliate companies Merrill Lynch Kingdom of Saudi Arabia Company and Bank of America Merrill Lynch International DAC – Milan Branch are former clients (both closed 2022). |
| Block Drug Company, Inc. | Significant Co-Defendants in Talc-Related Litigation | • Affiliate company GlycoVaxyn AG is a former client (closed 2023). |
| ***Bristol-Myers Squibb Company*** | Significant Co-Defendants in Talc-Related Litigation | • ***Bristol-Myers Squibb Company*** is: (a) a current client; and (b the former employer of an individual who is a current client (opened 2023); <br><br> • Affiliate company ***Celgene Corporation*** is: (a) a current client; and (b) the former employer of an individual who is a current client; and <br><br> • Affiliate companies ***Signal Pharmaceuticals, LLC***, ***Bristol-Myers Squibb Investco***, ***Bristol-Myers Squibb Australia Pty Ltd.*** and ***Bristol-Myers Squibb K.K.*** are current clients. |
| C Consumer Products Denmark ApS, n/k/a Coloplast Konsumerntvarer A/S | Other Non-Debtor Affiliates | • Parent ***Coloplast A/S*** and affiliate companies ***Coloplast Hungary Kft*** and ***Laboratoires Coloplast SASU*** are current clients. |
| Chattem, Inc. | Significant Co-Defendants in Talc-Related Litigation | • Parent company ***Sanofi*** is a current client. <br><br> • *See also* entry below for ***Sanofi Aventis U.S. LLC*** regarding related disclosure. |

4

| Connecticut | States/Federal District with Consumer Protection Investigations/Actions | • The State of Connecticut, acting through its Treasurer as Trustee, is a former member of an *ad hoc* group representation of bondholders that closed in 2022. |
|---|---|---|
| Coty, Inc. | Significant Co-Defendants in Talc-Related Litigation | • Affiliate companies ***Pret A Manger (USA) Limited*** and ***Einstein Noah Restaurant Group, Inc.*** are current clients. |
| DAP Products, Inc. | Significant Co-Defendants in Talc-Related Litigation | • Parent company ***RPM International, Inc.*** is a current client. |
| Delaware | States/Federal District with Consumer Protection Investigations/Actions | • Delaware state-governed entity, the ***University of Delaware***, is a current client; and<br><br>• Delaware state-governed entity, the State of Delaware Public Employees' Retirement System, is a former member of an *ad hoc* group representation of bondholders that closed in 2022. |
| ***Family Dollar Stores Inc.*** | Potentially Indemnified Party | • ***Family Dollar Stores, Inc.*** is a current client. |
| ***The Dow Chemical Corporation***<br>Union Carbide Corporation | Significant Co-Defendants in Talc-Related Litigation | • ***The Dow Chemical Corporation*** is: (a) a current client; (b) the parent company of Union Carbide Corporation; and (c) a co-owner of former client Sadara Chemical Company (closed 2022); and<br><br>• Affiliate companies Dow AgroSciences LLC (closed 2021); and Dow Química Méxicana, S.A. de C.V. (closed 2023) are former clients. |
| ***Eaton Corporation*** | Significant Co-Defendants in Talc-Related Litigation | • ***Eaton Corporation*** is a current client. |
| ***Elizabeth Arden, Inc.***<br>***Revlon Consumer Products Corporation***<br>***Revlon, Inc.*** | Significant Co-Defendants in Talc-Related Litigation | • ***Elizabeth Arden, Inc.***, parent company ***Revlon, Inc.***; and affiliate companies ***Scientific Games Corporation***, ***Revlon K.K.*** are current clients; and<br><br>• Revlon Consumer Products Corporation and affiliate companies NCH Marketing Services, Inc. and Revlon (Puerto Rico), Inc. are former clients (all closed 2022). |
| ***Ernst & Young LLP*** | Potential Parties in Canadian Proceeding | • ***Ernst & Young LLP*** is: (a) a current client; and (b) the employer of an individual who is a current client. |

| Estee Lauder, Inc.<br>**The Estee Lauder Companies, Inc.** | Significant Co-Defendants in Talc-Related Litigation | • **The Estee Lauder Companies, Inc.** is a current client. |
|---|---|---|
| Florida | States/Federal District with Consumer Protection Investigations/Actions | • Florida state-governed entities, The Florida International University Board of Trustees (closed 2021); and The District Board of Trustees of Miami Dade College, Florida (closed 2022) are former clients. |
| Flowserve US, Inc. | Significant Co-Defendants in Talc-Related Litigation | • Parent company **Flowserve Corporation** and affiliate companies **Flowserve SIHI France SAS**, **Flowserve FSD SAS**, **Flowserve Pompes SAS** and **Flowserve Sales International SAS (SIHI)**, are current clients; and<br><br>• Affiliate companies Flowserve Spain S.L. and Flowserve GB Limited are former clients (both closed 2021). |
| FMC Corporation | Significant Co-Defendants in Talc-Related Litigation | • FMC Corporation and affiliate company FMC Agro Singapore Pte. Ltd. are former clients (both closed 2021); and<br><br>• Related entity FMC Corporation Defined Benefit Retirement Trust is a former member of an *ad hoc* group representation of term loan lenders that closed in 2022. |
| **Ford Motor Company** | Significant Co-Defendants in Talc-Related Litigation | • **Ford Motor Company** is: (a) a current client; and (b) a shareholder of former client Argo AI LLC (closed 2021);<br><br>• Affiliate company **Ford Global Technologies LLC** is a current client;<br><br>• Affiliated entities Ford UK – Wheels Common Investment Fund Trustees Limited and Ford Motor Company Defined Benefit Master Trust are former members of an *ad hoc* group representation of term loan lenders that closed in 2022; and<br><br>• Affiliate company Ford Next LLC is a former client (closed 2022). |

| Gardner Denver, Inc. | Significant Co-Defendants in Talc-Related Litigation | <ul><li>Parent Company Trane Technologies Plc, f/k/a Ingersoll-Rand Plc, is: (a) a former client (closed 2022); and (b) the ultimate parent company of current client **Aldrich Pump LLC and Murray Boiler LLC**, the debtors in a chapter 11 bankruptcy proceeding in which Jones Day is debtors' counsel; and</li><li>Affiliated entity Ingersoll-Rand Company Collective Trust is a former member of an *ad hoc* group representation of term lenders that closed in 2022.</li></ul> |
|---|---|---|
| ***General Electric Company*** | Significant Co-Defendants in Talc-Related Litigation | <ul><li>***General Electric Company*** is: a current client; and affiliate companies **GE Precision Healthcare LLC**, **GE Medical Systems Trade and Development (Shanghai) Co., Ltd.**, **General Electric Global Services GmbH**, **GE Renewable Energy Australia Pty Ltd.**, **GE Digital Holdings LLC**, **GE Wind Energy, S.L.**, **General Electric Renovables España, S.L.**, **GE Transportation Parts, LLC**, **GE Power**, **GE Global Operations France SAS**, **GE Power Conversion Naval Systems, Inc.**, **General Electric Ticaret Ve Servis AS**, **General Electric International, Inc.**, **GE SCF S.C.A.**, **GE Renewable Management SAS**, **GE Lighting, a Savant Company**, (a/k/a **Consumer Lighting (U.S.), LLC**) GE Power Controls France (n/k/a **ABB Industrial Solutions (France) SAS**), **GE Water & Process Technologies**, GE Power Controls Iberica (n/k/a **ABB Electrification Solutions SLU**), GE Power Controls Polska SP ZOO (n/k/a **ABB Industrial Solutions (Klodzko) SP ZOO**, **GE Energy Power Conversion France SAS**; and **Hyperion Materials & Technologies, Inc.** (f/k/a GE Supreabrasives) are current clients;</li><li>Affiliate company **GE Aviation** is: (a) a current client; and (b) a 50% joint venture partner in current client **CFM International**;</li><li>Affiliate company **GE HealthCare** is: (a) a current client; and (b) a joint venture partner in and shareholder of former client Nihon Medi-Physics Co. Ltd. (closed 2021);</li><li>Affiliate company Employers Reassurance Corporation is a former member of an *ad hoc* group representation of bondholders that closed in 2022;</li></ul> |

| | | |
|---|---|---|
| | | • Affiliate company GE Ventures Ltd. is an investor in former client Aver, Inc. (closed 2021); and<br><br>• Affiliate companies GE Oil and Gas Australia Pty Ltd., GE Japan Corporation, GE Wind France S.A.S., GE Grid Australia Pty Ltd., GE IS&T S.A.S., GE Grid Solutions and GE Medical Systems Information Technologies, Inc. (all closed 2021); GE Energy Parts, Inc., GE Energy Products France SNC, GE Renewable Holding France, GE Energy Power Conversion UK Limited, GE Hydro France (a/k/a Alstom Hydro France) and GE Lighting LLC (all closed 2022); and GE Energy Power Conversion Technology, Ltd., (closed 2023) are former clients. |
| Georgia | States/Federal District with Consumer Protection Investigations/Actions | • Georgia state-governed entities, **Georgia Tech Facilities, Inc.** and **Municipal Electric Authority of the State of Georgia** are current clients. |
| **Goodyear Tire & Rubber Company** | Significant Co-Defendants in Talc-Related Litigation | • **Goodyear Tire & Rubber Company** is: (a) a current client; and (b) a 50% joint venture partner in former client TireHub, LLC (closed 2021); and<br><br>• Affiliate companies **Goodyear Middle East FZE**, **Goodyear Services Comerciales, S. de R.L. de C.V.**, **Goodyear SLP, S. de R.L. de C.V.** and **Cooper Tire & Rubber Company**; and affiliated entity **Board of Directors of Goodyear Tire & Rubber Company** are current clients. |
| Goulds Pumps LLC | Significant Co-Defendants in Talc-Related Litigation | • Parent company **ITT, Inc.** is a current client. |
| Groupe Drouot | Debtor's Insurers | • Parent company Axa S.A. is: (a) the parent company of Vendome Immobilier Commercial, the co-owner of current client **Hauteville 2011**; (b) the parent company of ESI ONE, a joint venture partner of former client Siresa House St. (closed 2021); and (c) the ultimate parent company of current client **AB Private Credit Investors LLC**; and<br><br>• Affiliate companies **AXA Banque** and **AXA Home Loan SFH** are current clients. |

| Hawaii | States/Federal District with Consumer Protection Investigations/Actions | • Hawaii state-governed entity, **State of Hawaii, Department of Commerce and Consumer Affairs Cable Television Division** is a current client. |
|---|---|---|
| Idaho | States/Federal District with Consumer Protection Investigations/Actions | • Idaho state-governed entity **The University of Idaho** is a current client. |
| Illinois | States/Federal District with Consumer Protection Investigations/Actions | • Illinois state-governed entity, the Illinois Board of Investment, is a former member of an *ad hoc* group representation of bondholders that closed in 2022; and<br><br>• Illinois state-governed entity, State of Universities Retirement System of Illinois, is a former member of an *ad hoc* group representation of term loan lenders that closed in 2022. |
| ***Imerys S.A.*** | Key Parties in *Imerys Talc America, Inc.* and *Cyprus Mines Corp.* Chapter 11 Cases | • ***Imerys S.A.*** is a current client; and<br><br>• Affiliate companies Imerys USA, Inc. and Imerys Wollastonite USA (IWUSA) LLC (both closed 2021) are former clients. |
| Imerys Talc America, Inc. | Significant Co-Defendants in Talc-Related Litigation<br><br>Material Potentially Indemnified Parties<br>and<br>Key Parties in *Imerys Talc America, Inc.* and *Cyprus Mines Corp.* Chapter 11 Cases | |
| Imerys Talc Vermont, Inc. | Material Potentially Indemnified Parties<br>and<br>Key Parties in *Imerys Talc America, Inc.* and *Cyprus Mines Corp.* Chapter 11 Cases | |
| Imerys USA, Inc. | Significant Co-Defendants in Talc-Related Litigation | |
| Official Committee of Tort Claimants (*In Re Imerys Talc America, Inc.*) | Key Parties in *Imerys Talc America, Inc.* and *Cyprus Mines Corp.* Chapter 11 Cases | |

| Iowa | States/Federal District with Consumer Protection Investigations/Actions | • Iowa state-governed entities, **Iowa State University**, **University of Iowa** and **University of Iowa Health Care**, are current clients; and <br><br> • Iowa state-governed entity, State University of Iowa, is a former client (closed 2023). |
|---|---|---|
| **Johnson & Johnson** and each of the affiliate companies included in <u>Schedule 1</u> as attached hereto and incorporated herein | Other Non-Debtor Affiliates | • **Johnson & Johnson** and affiliate companies J**anssen Biotech, Inc. Janssen Research & Development**, **Janssen R&D Ireland**, **Janssen Sciences Ireland Unlimited Company**, **Janssen, Inc.**, **Janssen Pharmaceutica NV**, **DePuy Spine, Inc.**, **DePuy Synthes Products, Inc.**, **DePuy Synthes Sales, Inc.** and **DePuy Synthes, Inc.** are current clients; <br><br> • Affiliate company Johnson & Johnson Vision Care, Inc. is an investor in current client **VisionWeb, Inc.**; <br><br> • Affiliate company Elthicon, Inc. is: (a) a former client (closed 2021); and (b) the parent company of non-debtor affiliate NeuWave Medical, Inc.; and <br><br> • Affiliate company Janssen-Cilag GmbH (closed 2021); and Janssen Pharmaceuticals, Inc. and DePuy Orthopaedics (both closed 2022) are former clients. <br><br> • *See also* entry below for NeuWave Medical, Inc. regarding related disclosure. |
| **Kaiser Gypsum Company** | Significant Co-Defendants in Talc-Related Litigation | • **Kaiser Gypsum Company**, parent company **HeidelbergCement AG**; and affiliate companies **Hanson Permanente Cement, Inc.**, **HeidelbergCement Asia Pte Limited** and **Hanson Limited** are current clients; and <br><br> • Affiliate company Hanson Australia Investments Pty Limited is a 50% joint venture partner in former client Metromix Pty Limited (closed 2021). |
| **Macy's, Inc.** | Significant Co-Defendants in Talc-Related Litigation | • **Macy's, Inc.** is a current client. |
| Maryland | States/Federal District with Consumer Protection Investigations/Actions | • The State of Maryland is the owner of current client **University of Maryland Medical System**. |

| Massachusetts | States/Federal District with Consumer Protection Investigations/Actions | • Massachusetts state-governed entity, Pension Reserves Investment Trust Fund, State of Massachusetts; is a former member of an *ad hoc* group representation of bondholders that closed in 2022. |
|---|---|---|
| Metropolitan Life Insurance Company | Significant Co-Defendants in Talc-Related Litigation | • Affiliated entity Metropolitan Life Insurance Company Separate Account No. 558 is a former member of an *ad hoc* group representation of bondholders that closed in 2022; and <br><br>• Affiliated entity Metropolitan Life Insurance Company on behalf of its Separate Account No. 479 is a former member of an *ad hoc* group representation of term loan lenders that closed in 2022. |
| Michigan | States/Federal District with Consumer Protection Investigations/Actions | • Michigan state-governed entity, **Michigan State University**, is: (a) a current client; and (b) the employer of an individual who is a current client (opened 2022); <br><br>• Michigan state-governed entities **University of Michigan** and **University of Michigan Law School** are current clients; <br><br>• Michigan state-governed entity **The Board of Regents of the University of Michigan** is: (a) a current client; and (b) the employer of an individual who is a former client (closed 2021); <br><br>• Michigan state-governed entity, the State of Michigan Retirement Systems, is an investor in current client **FMH Eighth Avenue Hotel Ventures, LLC**; <br><br>• Michigan state-governed entity State Employees Retirement System of Michigan is an investor in Domain Capital Group, the parent company of former client Domain Capital Advisors LLC (closed 2021); and <br><br>• Michigan state-governed entity Municipal Employees' Retirement System of Michigan is a former client (closed 2021). |

| | | |
|---|---|---|
| Munich Reinsurance America, Inc., f/k/a American Reinsurance Company | Debtor's Insurer | <ul><li>Parent company **Munchener Ruckversicherungs-Gesellschaft AG** (a/k/a Munich Reinsurance or Munich Re) is: (a) a current client; and (b) a stockholder in current client **DAS Holding N.V.**;</li><li>Affiliate company **MEAG Munich Ergo AssetManagement GmbH** is a current client; and</li><li>Affiliate company The MR Jordan, L.P. is a former client (closed 2023).</li></ul> |
| National Casualty Company Nationwide | Debtor's Insurers | <ul><li>Parent company **Nationwide Mutual Insurance Company**; and affiliate companies **Nationwide Bank**, **Nationwide Financial General Agency, Inc.**, **Nationwide General Insurance Company**, **Nationwide Life Insurance Company**, **Nationwide Mutual Fire Insurance Company**, **Nationwide Property and Casualty Insurance Company**, **Nationwide Corporation**, **Nationwide Insurance Company of America**, **Nationwide Insurance Company of Florida**, **Nationwide Lloyds**, **Nationwide Agribusiness Insurance Company**, **Nationwide Assurance Company** and **Nationwide Realty Investors Ltd.** are current clients;</li><li>Affiliated entities **Special Committee of the Board of Directors of Nationwide Mutual Fire Insurance Company**, **Administrative Committee of the Nationwide Savings Plan**, **Human Resources Committee of the Board of Directors of Nationwide Mutual Insurance Company** and **Investment Committee of the Nationwide Savings Plan** are current clients;</li><li>Affiliate company Nationwide Insurance is a joint venture partner in current client **Helios Infrastructure LLC**;</li><li>An individual, acting on behalf of Nationwide Mutual Insurance Company Board of Directors, is a current client; and</li><li>Affiliated entity Benefit Investment Committee of the Nationwide Savings Plan; and affiliate company Nationwide Variable Life Insurance Company are former clients (both closed 2021).</li></ul> |

| | | |
|---|---|---|
| NeuWave Medical, Inc. | Other Non-Debtor Affiliates | • Parent company Ethicon, Inc. is a former client (closed 2021).<br><br>• *See also* entry above for **Johnson & Johnson,** *et al.* regarding related disclosure. |
| New York | States/Federal District with Consumer Protection Investigations/Actions | • New York state governed entity, the New York State Common Retirement Fund, is the parent of current client **Shurgard Self Storage S.A.** |
| North Carolina | States/Federal District with Consumer Protection Investigations/Actions | • North Carolina state-governed entity, **North Carolina Central University School of Law** is a current client;<br><br>• North Carolina state-governed entity University of North Carolina is: (a) a former client (closed 2022); and (b) the parent of current client **UNC Health Care System**; and<br><br>• North Carolina state-governed entity, the Board of Governors of The University of North Carolina, is a former client (closed 2022). |
| Ohio | States/Federal District with Consumer Protection Investigations/Actions | • Two Jones Day attorneys have current employment relationships with Ohio state-governed entity and current client **The Ohio State University Moritz College of Law**. |
| Oklahoma | States/Federal District with Consumer Protection Investigations/Actions | • Oklahoma state-governed entity, the State of Oklahoma Tobacco Settlement Endowment Trust, is a former member of an *ad hoc* group representation of bondholders that closed in 2022. |

| Prudential Reinsurance Company | Debtor's Insurers | <ul><li>Affiliate company Prudential Investment Company of Australia Pty Ltd. is a former client (closed 2021);</li><li>Affiliate entities Prudential (PGIM); Prudential Bank Loan Fund of the Prudential Trust Company Collective Trust; Prudential Investment Portfolios, Inc 14 – PGIM Floating Rate Income Fund; and PPM America, Inc. are former members of an *ad hoc* group representation of term loan lenders that closed in 2022;</li><li>Affiliate company PGIM, Inc. is a member of a current *ad hoc* group representation of unsecured noteholders; and</li><li>Affiliate company Prudential Property Investments Limited is a 50% co-owner of current client **Fort Kinnaird GP, Ltd.**</li></ul> |
| ***Ralphs Grocery Company*** | Potentially Indemnified Party<br><br>Significant Co-Defendants in Talc-Related Litigation | <ul><li>***Ralphs Grocery Company*** is a current client.</li></ul> |
| Rio Tinto America, Inc. | Material Potentially Indemnified Parties | <ul><li>Parent company Rio Tinto Plc is the former employer and indemnitor of an individual who is a current client; and</li><li>Affiliate company Alcan Holdings Nederland B.V. is a former client (closed 2022).</li></ul> |
| Rite Aid Corporation | Material Potentially Indemnified Parties<br>and<br>Significant Co-Defendants in Talc-Related Litigation | <ul><li>Rite Aid Corporation is a former client (closed 2021).</li></ul> |

14

| *Sanofi Aventis U.S. LLC* | Significant Co-Defendants in Talc-Related Litigation | • *Sanofi Aventis U.S. LLC* and affiliate companies *Sanofi HangZhou Pharmaceuticals Co., Ltd.*, *Sanofi-Aventis Participations SAS*, *Sanofi Aventis LLC*, *Sanofi U.S. Services, Inc.*, *Sanofi-Aventis Puerto Rico, Inc.*, *Sanofi-Aventis Groupe S.A.*, *Sanofi-Aventis Healthcare Pty Ltd.*, *Sanofi Pasteur*, *Sanofi U.S. LLC*, *Sanofi S.r.l.*, *Euroapi UK Limited* and *Genzyme Corporation* are current clients; <br><br> • Parent company *Sanofi* is: (a) a current client; and (b) a stockholder of current client *Euroapi*; and <br><br> • Affiliate companies Sanofi-Aventis Deutschland GmbH, Sanofi-Aventis Australia Pty Ltd., Sanofi Ventures, et al. and Sanofi Genzyme are former clients (all closed 2021). <br><br> • *See also* entry above for Chattem, Inc. |
|---|---|---|
| Shulton, Inc. <br> *The Procter & Gamble Company* | Significant Co-Defendants in Talc-Related Litigation | • *The Procter & Gamble Company* is: (a) a current client; (b) the parent company of Shulton, Inc.; and (c) a joint venture partner in current client *SPD Swiss Precision Diagnostics GmbH*; <br><br> • Affiliate companies *Procter & Gamble France SAS*, *Procter & Gamble Germany GmbH & Co. Operations oHG*, *Procter & Gamble Manufacturing Berlin GmbH*, *Procter & Gamble Manufacturing Mexico S. de R.L. de C.V.*, *Procter & Gamble Manufacturing GmbH*, *Procter & Gamble Distribution Company Europe BVBA*, (a/k/a *Procter & Gamble DCE BVBA*); and *Procter & Gamble Manufactura, S. de R.L. de C.V.* are current clients; and <br><br> • Affiliate companies Procter & Gamble Amiens (closed 2021), Procter & Gamble Australia Pty Ltd. (closed 2022); and Procter & Gamble International Operations S.A. (closed 2023) are former clients. |
| *The Kroger Company* | Potentially Indemnified Party <br><br> Significant Co-Defendants in Talc-Related Litigation | • *The Kroger Company* is a current client. |
| Texas | States/Federal District with Consumer Protection Investigations/Actions | • A Jones Day attorney has an employment relationship with Texas state-governed entity University of Houston Law Center. |

| *R. T. Vanderbilt HoldingCompany, Inc.*<br><br>*Vanderbilt Minerals LLC* | Significant Co-Defendants in Talc-Related Litigation | • *R.T. Vanderbilt Company, Inc.* and affiliate company *Vanderbilt Minerals LLC* are current clients. |
|---|---|---|
| ViacomCBS, Inc., n/k/a Paramount Global | Significant Co-Defendants in Talc-Related Litigation | • The former CBS Corporation is a former client (closed 2021);<br><br>• Affiliate company *Network Ten Pty Limited* is a current client; and<br><br>• Affiliate companies CBS UK and CBS International (Netherlands) BV are former clients (both closed 2021). |
| Virginia | States/Federal District with Consumer Protection Investigations/Actions | • Virginia state-governed entity *University of Virginia* is: (a) a current client; and (b) the parent of current client *UVA Community Health, Inc.* |
| *Walgreen Company* | Potentially Indemnified Party<br><br>Significant Co-Defendants in Talc-Related Litigation | • *Walgreen Company* is a current client. |
| *Walmart, Inc.* | Material Potentially Indemnified Parties<br>and<br>Significant Co-Defendants in Talc-Related Litigation | • *Walmart, Inc.* and affiliate companies *Walmart Stores East, L.P.* and *Walmart Apollo LLC* are current clients. |
| West Virginia | States/Federal District with Consumer Protection Investigations/Actions | • West Virginia state-governed entities, the *West Virginia University* and *West Virginia University College of Law* are current clients. |
| Washington D.C. | States/Federal District with Consumer Protection Investigations/Actions | • Washington D.C. is the governing entity of current client *District of Columbia Retirement Board*. |
| Wisconsin | States/Federal District with Consumer Protection Investigations/Actions | • Wisconsin state-governed entity University of Wisconsin is the parent of current client *University of Wisconsin Hospitals and Clinics Authority*. |
| Yves Saint Laurent America, Inc. | Significant Co-Defendants in Talc-Related Litigation | • Parent company Kering S.A. is a former client (closed 2021); and<br><br>• Affiliate company *Kering Holland N.V.* is a current client. |

NAI-1536607458