**<u>EXHIBIT B</u>**
**Certification of Robert Loeb**
**In Support of Application for Retention of**
**Orrick, Herrington & Sutcliffe LLP as Special**
**Appellate Counsel, Effective as of April 4, 2023**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.:  23-12825 (MBK) |
| Debtor. | Judge:  Michael B. Kaplan |

**CERTIFICATION OF ROBERT LOEB IN SUPPORT**
**OF APPLICATION FOR RETENTION OF ORRICK,**
**HERRINGTON & SUTCLIFFE LLP AS SPECIAL**
**APPELLATE COUNSEL, EFFECTIVE AS OF APRIL 4, 2023**

I, Robert Loeb, being of full age, certify as follows:

1.     Orrick, Herrington & Sutcliffe LLP ("Orrick") is seeking authorization to be retained as special appellate counsel to LTL Management LLC (the "Debtor") in the Chapter 11 Case and I make this certification in support of the *Application for Retention of*

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

*Orrick, Herrington & Sutcliffe LLP as Special Appellate Counsel, Effective as of April 4, 2023* filed by the Debtor (the "<u>Application</u>").[2]

2.      My professional credentials include being admitted and in good standing to practice in the District of Columbia and before the United States Supreme Court, the United States District Court for the District of Columbia, and every United States Courts of Appeals.

3.      I am a partner at Orrick and am duly authorized to make this certification on behalf of Orrick.

4.      The proposed arrangement for compensation, including hourly rates, if applicable, is as follows:

Pursuant to the terms of the Engagement Letter between Orrick and the Debtor, and subject to the Court's approval of this Application, Orrick intends to: (a) charge for its legal services on an hourly basis in accordance with the ordinary and customary hourly rates in effect on the date services are rendered; and (b) seek reimbursement of actual and necessary out of pocket expenses.

In addition, to the extent that Orrick represents both the Debtor and J&J in a matter, Orrick will allocate 50% of its fees and expenses incurred in such joint representation to the Debtor and 50% to J&J.  In matters in which Orrick represents solely the Debtor or J&J, Orrick will allocate 100% of the fees and expenses to the entity represented.

Orrick will be compensated at its hourly rates, which are based on the professionals' level of experience.  The hourly rates charged by Orrick for this work fall within the following ranges:

| *Billing Category* | *Range* |
|---|---|
| Partners/Of Counsel | $876-$1,200 |
| Associates | $536-$844 |
| Paralegals | $375 |

Orrick's hourly rates may change annually in accordance with the terms of the Engagement Letter and Orrick's established billing practices and procedures.

Orrick will maintain detailed, contemporaneous time records in six-minute intervals and apply to the Court for payment of compensation and reimbursement of expenses in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rule 2016, the Local Bankruptcy Rules, the Fee Guidelines, any Interim Compensation Order

---

[2]      Capitalized terms used herein but not defined have the meanings given to them in the Application.

and any additional procedures that may be established by the Court in the Chapter 11 Case.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5.      To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐       None
☒       Describe connection:  See No. 6 below.

6.      To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐       None
☒       Describe Connection:

To check and clear potential conflicts of interest in the Chapter 11 Case, as well as to determine all "connections" (as such term is used in Bankruptcy Rule 2014) to the Debtor, its affiliates, its creditors, other parties in interest, their respective attorneys, the U.S. Trustee or any person employed in the office of the U.S. Trustee, Orrick researched its client database to determine whether it had any relationships with the list of names of individuals or institutions that are potential significant parties in interest (each, an "Interested Party," collectively, the "Interested Parties") that was provided to Orrick by the Debtor. See Schedule 1 attached hereto.  Once the database identified a potential connection between Orrick and an Interested Party, if necessary, I or someone working with me contacted the responsible attorney(s) to the extent he or she is still employed by Orrick, or otherwise elicited information to discern the nature and scope of the representation or connection for appropriate disclosure in this certification.

To the extent that Orrick's research of its relationships with the Interested Parties indicates that Orrick has represented in the past three years, or currently represents, any of these entities in matters unrelated to the Chapter 11 Case, the identities of these entities and such entities' relationship to the Debtor and connection to Orrick, are set forth in Schedule 2 hereto.

This review is ongoing and, if any relevant fact or relationship not disclosed herein is discovered or arises, I will file a supplemental certification with the Court as soon as practicable.

To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Orrick, nor any partner, associate or other professional thereof has any connection with the Debtor, its creditors, the U.S. Trustee or any other party with an actual or potential interest in the Chapter 11 Case or their respective attorneys or accountants, except as set forth below and in <u>Schedule 2</u> hereto:

(a)     Orrick has not represented, during the pendency of this Chapter 11 Case and the Debtor's 2021 Chapter 11 Case, and does not and will not represent, without the Debtor's express written consent, any entity in matters adverse to the Debtor or to the estate with respect to matters on which Orrick is to be employed.

(b)     Prior to the 2021 Chapter 11 Case, Orrick represented Old JJCI as counsel, including in <u>In re Imerys Talc America, Inc.</u>, Case No. 19-10289 (LSS) (Bankr. D. Del.) (the "<u>Imerys Case</u>") and as trial[3] and appellate counsel in certain talc-related litigation.

(c)     Prior to the Petition Date, Orrick represented the Debtor's ultimate parent company and non-debtor affiliate, J&J, as counsel, including in the Imerys Case and as trial and appellate counsel in certain talc-related litigation. Orrick continues to represent J&J in certain talc-related litigation, including on the appeals at issue in this litigation.

(d)     Orrick currently represents or formerly represented certain of the Debtor's non-debtor affiliates. Orrick, however, has not represented, during the pendency of this Chapter 11 Case and the Debtor's 2021 Chapter 11 Case, and does not and will not represent, without the Debtor's express written consent, any of these entities in matters adverse to the Debtor or to the estate with respect to matters on which Orrick is to be employed.

(e)     Orrick currently represents the Debtor's depository and disbursement bank, certain of the parties to material contracts with the Debtor, certain of the significant co-defendants in talc-related litigation, certain of the Debtor's significant ordinary course professionals, consultants, and service providers, certain of the Debtor's material potentially indemnified parties and certain of the Debtor's insurers. In all instances, Orrick has not represented, during the pendency of this Chapter 11 Case and the Debtor's 2021 Chapter 11 Case, and does not and will not represent, without Debtor's express written consent, any of these entities in matters adverse to the Debtor or to the estate with respect to matters on which Orrick is to be employed.

In addition to the foregoing, Orrick's partners and employees may have business associations with, professional, social or familial relationships with, or interests aligned with or adverse to, creditors or parties in interest, or their attorneys, accountants or

---

[3]     As set forth in the Application, Orrick currently serves as trial counsel in one stayed case and provides appellate guidance as needed in the stayed talc-related litigation and will continue to provide services in those matters on the same terms that services for such matters were provided to Old JJCI.

advisors.  As part of its practice, Orrick appears in cases, proceedings and transactions throughout the world involving many different parties, and works together with many different parties, which may include creditors or parties in interest, or attorneys, accountants or other professional firms or advisors who may represent creditors or parties in interest in the Chapter 11 Case.  To the best of my knowledge, none of these associations, relationships, or interests have any connection with the Debtor or the Chapter 11 Case.

Neither I nor, to the best of my knowledge, any partner or attorney employed by Orrick who is expected to render services to the Debtor in the Chapter 11 Case is related to any United States District Judge or United States Bankruptcy Judge for the District of New Jersey or to the U.S. Trustee for this district or to any known employees of her office.

Neither I nor, to the best of my knowledge, any partner or attorney employed by Orrick who is expected to render services to the Debtor in the Chapter 11 Case is a creditor, equity security holder or an insider of the Debtor or its estate.  Neither I nor, to the best of my knowledge, any partner or attorney employed by Orrick who is expected to render services to the Debtor in the Chapter 11 Case serves or served as an officer, director, or employee of the Debtor (or its predecessor entity) within 2 years before the date of the filing of the Chapter 11 Case.

Orrick has made reasonable efforts to discover and disclose the existence of any conflict of interest or connections based upon the information available to Orrick.  Orrick is unable to state, however, whether one or more of its clients or their affiliates that has not been identified as an Interested Party holds a claim or interest, or otherwise is a party in interest in the Chapter 11 Case.  Orrick intends to review periodically its database during the pendency of the Chapter 11 Case to insure, to the extent reasonably possible, that no conflict or other disqualifying circumstance exists or arises.

The total combined gross income received from all J&J-related current clients in each of the last two years is less than 3% of Orrick's gross income.  The total gross income received from any individual client identified in Schedule 2 attached hereto, in each of the last two years, that is not a J&J-related entity, does not exceed 1% of Orrick's total income.

With regards to compensation prior to the Petition Date, the Debtor paid Orrick for its services in connection with the 2021 Chapter 11 Case pursuant to the interim compensation order entered in that case throughout the pendency of the 2021 Chapter 11 Case.  See also Disclosure of Compensation attached to the Application as Exhibit C.

As set forth in the Disclosure of Compensation, submitted herewith, on April 4, 2023, following the entry of the Dismissal Order and prior to the commencement of this Chapter 11 Case, Orrick received payment from the Debtor of all unpaid actual and estimated fees incurred through the commencement of this Chapter 11 Case.  See Disclosure of Compensation attached to Application as Exhibit C.

In particular, following the entry of the Dismissal Order, on April 4, 2023, the Debtor paid Orrick $586,215.87 via wire transfer (the "Payment").  This amount comprises (a) $518,215.87 on account of actual and estimated fees and expenses for which the Debtor was responsible and that were incurred but not yet paid in the 2021 Chapter 11 Case through the entry of the Dismissal Order (the "Pre-Dismissal Amounts"),[4] and (b) $68,000.00 for Orrick's estimated fees and expenses incurred following dismissal of the 2021 Chapter 11 Case and prior to the commencement of this Chapter 11 Case (the "Post-Dismissal Amounts").  The Payment was applied to the Pre-Dismissal Amounts and the Post-Dismissal Amounts prior to the commencement of this Chapter 11 Case.[5]  Accordingly, as of the Petition Date, Orrick was not owed any amounts by the Debtor.

This payment to Orrick was made in accordance with the terms of the Dismissal Order, which provides that a Retained Professional (as defined therein) may "seek final allowance and payment of compensation and reimbursement of expenses" in accordance with the procedures set forth in the Dismissal Order, which procedures included serving "a statement of all of its unpaid fees and expenses incurred in [the 2021] Chapter 11 Case through the Dismissal Date" on the Debtor "no later than 45 days following the Dismissal Date."  Dismissal Order, ¶ 5.  Orrick served such a statement on the Debtor.[6]

In addition, the Debtor was solvent at the time it made this payment to Orrick.  See LTL, 64 F.4th at 108 ("LTL, at the time of its filing, was highly solvent with access to cash to meet comfortably its liabilities as they came due for the foreseeable future."); see also Apr. 18, 2023 Hr'g Tr. 62:21-25 (the Debtor's chief legal officer testifying that Johnson & Johnson Holdco (NA) Inc. ("Holdco"), the party to the funding agreement with the Debtor, is valued at around $30 billion); id. at 207:3-4 (counsel for the Debtor reiterating that the value of Holdco is $30 billion).

---

[4]     Consistent with the Debtor's indemnity obligations, this amount also included outstanding actual and estimated fees and expenses owed to Orrick by J&J for services provided in the talc litigation during the pendency of the 2021 Chapter 11 Case prior to the entry of the Dismissal Order.  See Declaration of John K. Kim in Support of First Day Pleadings [Dkt. 4] ¶¶ 13-25 (providing that the Debtor is solely responsible for the talc-related liabilities of Old JJCI).

[5]     Orrick did not hold a retainer (a "Retainer") as of the Petition Date.  Orrick expects to:  (a) complete its reconciliation of the fees and expenses actually incurred prior to the Petition Date no later than the filing of its first interim fee application in the Chapter 11 Case, and will separately reconcile the Payment made with respect to Pre-Dismissal Amounts and the Post-Dismissal Amounts; (b) make a corresponding adjustment to the amount of the Retainer on or about that date as described below; and (c) disclose such adjustment in its first interim fee application.  If, following reconciliation, any estimated amounts included in either the Pre-Dismissal Amounts or the Post-Dismissal Amounts, respectively, exceeded Orrick's actual unbilled actual fees and expenses incurred in the respective periods, the balance will be added to Retainer and applied by Orrick consistent with the terms of the Interim Compensation Order.  Orrick will not apply any portion of the Retainer to fees and expenses incurred from and after the Petition Date unless and until authorized to do so by a further order of this Court, including an Interim Compensation Order.  Orrick agrees to waive all fees and expenses, if any, owed by the Debtor that were unpaid by the Payment.

[6]     On April 26, 2023, the Debtor filed a motion for authorization to satisfy the fees and expenses of the other estate professionals involved in the 2021 Chapter 11 Case per the terms of the Dismissal Order.  See Dkt. 319.

7.      To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☐      do not hold an adverse interest to the estate.
☐      do not represent an adverse interest to the estate.
☐      are disinterested under 11 U.S.C. § 101(14).
☒      do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).
☒      Other.  Explain:  See No. 6 above and Schedule 2 attached hereto.

8.      If the professional is an auctioneer,

    a.  The following are my qualifications and experience with the liquidation or sale of similar property: **N/A**

    b.  The proposed method of calculation of my compensation, including rates and formulas, is: **N/A**

        Pursuant to D.N.J. 2014-2, I ☐ do  or  ☐ do not request a waiver of the requirements of    D. N. J. LBR 2016-1.

    c.  The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: **N/A**

    d.  Have you, or a principal of your firm, been convicted of a criminal offense?
      ☐ No          ☐ Yes (explain below)

    e.  I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9.      If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: **N/A**

I certify under penalty of perjury that the above information is true.


Date:   May 4, 2023                    /s/ Robert Loeb
                                       _____
                                       Robert Loeb
                                       Orrick, Herrington & Sutcliffe LLP
                                       Columbia Center
                                       1152 15th Street, N.W.
                                       Washington, D.C. 20005
                                       Telephone: (202) 339-8475
                                       Facsimile: (202) 339-8500
                                       Email: rloeb@orrick.com

# SCHEDULE 1

**Schedule of Potentially Interested Parties**

**LTL Management LLC**
**Potentially Interested Parties**

**Debtor**
LTL Management LLC

**Direct Equity Owner of Debtor**
Johnson & Johnson Holdco (NA) Inc.

**Debtor's Direct Non-Debtor Subsidiary**
Royalty A&M LLC

**Other Non-Debtor Affiliates**
3Dintegrated ApS
ABD Holding Company, Inc.
ABIOMED R&D, Inc.
ABIOMED, Inc.
Acclarent, Inc.
Actelion Ltd
Actelion Pharmaceuticals Ltd
Actelion Pharmaceuticals Trading
    (Shanghai) Co., Ltd.
Actelion Pharmaceuticals US, Inc.
Actelion Treasury Unlimited Company
Albany Street LLC
ALZA Corporation
Alza Land Management, Inc.
AMO (Hangzhou) Co., Ltd.
AMO (Shanghai) Medical Devices
    Trading Co., Ltd.
AMO ASIA LIMITED
AMO Australia Pty Limited
AMO Canada Company
AMO Denmark ApS
AMO Development, LLC
AMO France
AMO Germany GmbH
AMO Groningen B.V.
AMO International Holdings
    Unlimited Company
AMO Ireland
AMO Italy SRL
AMO Japan K.K.
AMO Manufacturing USA, LLC
AMO Netherlands BV
AMO Nominee Holdings, LLC

AMO Norway AS
AMO Puerto Rico Manufacturing, Inc.
AMO Sales and Service, Inc.
AMO Singapore Pte. Ltd.
AMO Spain Holdings, LLC
AMO Switzerland GmbH
AMO United Kingdom, Ltd.
AMO Uppsala AB
Anakuria Therapeutics, Inc.
AorTx, Inc.
Apsis SAS
Aragon Pharmaceuticals, Inc.
Asia Pacific Holdings, LLC
Atrionix, Inc.
AUB Holdings LLC
Auris Health, Inc.
Backsvalan 6 Handelsbolag
Beijing Dabao Cosmetics Co., Ltd.
BeneVir BioPharm, Inc.
Berna Rhein B.V.
BioMedical Enterprises, Inc.
Biosense Webster (Israel) Ltd.
Biosense Webster, Inc.
Breethe, Inc.
C Consumer Products Denmark ApS, n/k/a
    Coloplast Konsumerntvarer A/S
Carlo Erba OTC S.r.l.
Centocor Biologics, LLC
Centocor Research & Development, Inc.
Cerenovus, Inc.
ChromaGenics B.V.
Ci:z. Labo Co., Ltd.
Cilag AG
Cilag GmbH International
Cilag Holding AG
Cilag Holding Treasury Unlimited Company
Cilag-Biotech, S.L.
Coherex Medical, Inc.
ColBar LifeScience Ltd.
Consumer Test Entity
Cordis de Mexico, S.A. de C.V.
Corimmun GmbH
CoTherix Inc.

CRES Holdings, Inc.
CrossRoads Extremity Systems, LLC
CSATS, Inc.
Debs-Vogue Corporation
    (Proprietary) Limited
DePuy Hellas SA
DePuy International Limited
DePuy Ireland Unlimited Company
DePuy Mexico, S.A. de C.V.
DePuy Mitek, LLC
DePuy Orthopaedics, Inc.
DePuy Products, Inc.
DePuy Spine, LLC
DePuy Synthes Institute, LLC
DePuy Synthes Products, Inc.
DePuy Synthes Sales, Inc.
DePuy Synthes, Inc.
Dutch Holding LLC
ECL7, LLC
EES Holdings de Mexico,
    S. de R.L. de C.V.
EES, S.A. de C.V.
EIT Emerging Implant Technologies GmbH
Ethicon Endo-Surgery (Europe) GmbH
Ethicon Endo-Surgery, Inc.
Ethicon Endo-Surgery, LLC
Ethicon LLC
Ethicon Sarl
Ethicon US, LLC
Ethicon Women's Health & Urology Sarl
Ethicon, Inc.
Ethnor (Proprietary) Limited
Ethnor del Istmo S.A.
Ethnor Farmaceutica, S.A.
Finsbury (Development) Limited
Finsbury (Instruments) Limited
Finsbury Medical Limited
Finsbury Orthopaedics International Limited
Finsbury Orthopaedics Limited
FMS Future Medical System SA
GATT Technologies B.V.
GH Biotech Holdings Limited
Global Investment Participation B.V.
GMED Healthcare BV
Guangzhou Bioseal Biotech Co., Ltd.
Hansen Medical Deutschland GmbH

Hansen Medical International, Inc.
Hansen Medical UK Limited
Hansen Medical, Inc.
Healthcare Services (Shanghai) Ltd.
I.D. Acquisition Corp.
Innomedic Gesellschaft für innovative
    Medizintechnik und Informatik mbH
J & J Company West Africa Limited
J&J Argentina S.A.
J&J Pension Trustees Limited
J&J Productos Medicos & Farmaceuticos
    del Peru S.A.
J.C. General Services BV
Janssen Biologics (Ireland) Limited
Janssen Biologics B.V.
Janssen BioPharma, LLC
Janssen Biotech, Inc.
Janssen Cilag Farmaceutica S.A.
Janssen Cilag S.p.A.
Janssen Cilag SPA
Janssen Cilag, C.A.
Janssen Development Finance Unlimited
    Company
Janssen Egypt LLC
Janssen Farmaceutica Portugal Lda
Janssen France Treasury Unlimited
    Company
Janssen Global Services, LLC
Janssen Holding GmbH
Janssen Inc.
Janssen Irish Finance Unlimited Company
Janssen Japan Treasury Unlimited Company
Janssen Korea Ltd.
Janssen Mexico Treasury
    Unlimited Company
Janssen Oncology, Inc.
Janssen Ortho LLC
Janssen Pharmaceutica
    (Proprietary) Limited
Janssen Pharmaceutica NV
Janssen Pharmaceutica S.A.
Janssen Pharmaceutical K.K.
Janssen Pharmaceutical Sciences
    Unlimited Company
Janssen Pharmaceutical Unlimited Company
Janssen Pharmaceuticals, Inc.

Janssen Products, LP
Janssen R&D Ireland Unlimited Company
Janssen Research & Development, LLC
Janssen Sciences Ireland
   Unlimited Company
Janssen Scientific Affairs, LLC
Janssen Supply Group, LLC
Janssen Vaccines & Prevention B.V.
Janssen Vaccines Corp.
Janssen-Cilag
Janssen-Cilag (New Zealand) Limited
Janssen-Cilag A/S
Janssen-Cilag AG
Janssen-Cilag Aktiebolag
Janssen-Cilag AS
Janssen-Cilag B.V.
Janssen-Cilag d.o.o. Beograd
Janssen-Cilag de Mexico S. de R.L. de C.V.
Janssen-Cilag Farmaceutica Lda.
Janssen-Cilag Farmaceutica Ltda.
Janssen-Cilag GmbH
Janssen-Cilag International NV
Janssen-Cilag Kft.
Janssen-Cilag Limited
Janssen-Cilag Manufacturing, LLC
Janssen-Cilag NV
Janssen-Cilag OY
Janssen-Cilag Pharma GmbH
Janssen-Cilag Pharmaceutical S.A.C.I.
Janssen-Cilag Polska, Sp. z o.o.
Janssen-Cilag Pty Ltd
Janssen-Cilag S.A.
Janssen-Cilag s.r.o.
Janssen-Cilag, S.A.
Janssen-Cilag, S.A. de C.V.
Janssen-Pharma, S.L.
J-C Health Care Ltd.
Jevco Holding, Inc.
JJ Surgical Vision Spain, S.L.
JJC Acquisition Company B.V.
JJHC, LLC
JJSV Belgium BV
JJSV Manufacturing Malaysia SDN. BHD.
JJSV Norden AB
JJSV Produtos Oticos Ltda.
JNJ Global Business Services s.r.o.

JNJ Holding EMEA B.V.
JNJ International Investment LLC
JNTL (APAC) HoldCo 2 LLC
JNTL (APAC) HoldCo 3 Pte. Ltd.
JNTL (APAC) HoldCo LLC
JNTL (APAC) HoldCo Pte. Ltd.
JNTL (Japan) HoldCo Inc.
JNTL (Malaysia) Sdn. Bhd.
JNTL (Middle East) HoldCo LLC
JNTL (Puerto Rico) HoldCo GmbH
JNTL (Shanghai) Investment Co., Ltd.
JNTL (Switzerland) HoldCo GmbH
JNTL (Thailand) HoldCo LLC
JNTL (UK) HoldCo Limited
JNTL Consumer Health (Belgium) BV
JNTL Consumer Health (Brazil) Ltda.
JNTL Consumer Health
   (Czech Republic) s.r.o.
JNTL Consumer Health
   (Dominican Republic), S.A.S.
JNTL Consumer Health (Finland) Oy
JNTL Consumer Health (France) SAS
JNTL Consumer Health (Hungary) Kft
JNTL Consumer Health (India)
   Private Limited
JNTL Consumer Health
   (New Zealand) Limited
JNTL Consumer Health (Norway) AS
JNTL Consumer Health (Philippines) Inc.
JNTL Consumer Health (Poland) sp. z o.o.
JNTL Consumer Health (Portugal) Limitada
JNTL Consumer Health (Services) LLC
JNTL Consumer Health (Slovakia), s.r.o.
JNTL Consumer Health (Spain), S.L.
JNTL Consumer Health (Taiwan) Limited
JNTL Consumer Health (Vietnam) Co. Ltd.
JNTL Consumer Health General
   Services BV
JNTL Consumer Health I (Ireland) Limited
JNTL Consumer Health I
   (Switzerland) GmbH
JNTL Consumer Health II
   (Switzerland) GmbH
JNTL Consumer Health LLC
JNTL Consumer Health Mexico,
   S. de R.L. de C.V.

JNTL Consumer Health Middle
    East FZ-LLC
JNTL HoldCo 2 LLC
JNTL HoldCo 3 LLC
JNTL HoldCo 4 LLC
JNTL HoldCo 5 LLC
JNTL HoldCo 6 LLC
JNTL HoldCo 7 LLC
JNTL HoldCo 8 LLC
JNTL HoldCo LLC
JNTL Holdings 2, Inc.
JNTL Holdings 3, Inc.
JNTL Holdings B.V.
JNTL Holdings, Inc.
JNTL Ireland HoldCo 2 B.V.
JNTL Netherlands HoldCo B.V.
JNTL Turkey Tüketici Sağlığı
    Limited Şirketi
Johnson & Johnson
Johnson & Johnson - Societa' Per Azioni
Johnson & Johnson (Angola), Limitada
Johnson & Johnson (Australia) Pty Ltd
Johnson & Johnson (Canada) Inc.
Johnson & Johnson (China) Investment Ltd.
Johnson & Johnson (Ecuador) S.A.
Johnson & Johnson (Egypt) S.A.E.
Johnson & Johnson (Hong Kong) Limited
Johnson & Johnson (Ireland) Limited
Johnson & Johnson (Jamaica) Limited
Johnson & Johnson (Kenya) Limited
Johnson & Johnson (Middle East) Inc.
Johnson & Johnson (Mozambique),
    Limitada
Johnson & Johnson (Namibia)
    (Proprietary) Limited
Johnson & Johnson (New Zealand) Limited
Johnson & Johnson (Philippines), Inc.
Johnson & Johnson (Private) Limited
Johnson & Johnson (Singapore)
    Holdco LLC
Johnson & Johnson (Thailand) Ltd.
Johnson & Johnson (Trinidad) Limited
Johnson & Johnson (Vietnam) Co., Ltd
Johnson & Johnson AB
Johnson & Johnson AG
Johnson & Johnson Bulgaria EOOD

Johnson & Johnson China Ltd.
Johnson & Johnson Consumer
    (Hong Kong) Limited
Johnson & Johnson Consumer
    (Thailand) Limited
Johnson & Johnson Consumer B.V.
Johnson & Johnson Consumer
    Holdings France
Johnson & Johnson Consumer Inc.
Johnson & Johnson Consumer NV
Johnson & Johnson Consumer
    Saudi Arabia Limited
Johnson & Johnson Consumer Services
    EAME Ltd.
Johnson & Johnson d.o.o.
Johnson & Johnson de Argentina S.A.C. e. I.
Johnson & Johnson de Chile S.A.
Johnson & Johnson de Colombia S.A.
Johnson & Johnson de Mexico, S.A. de C.V.
Johnson & Johnson de Uruguay S.A.
Johnson & Johnson de Venezuela, S.A.
Johnson & Johnson del Ecuador, S.A.
Johnson & Johnson Del Paraguay, S.A.
Johnson & Johnson del Peru S.A.
Johnson & Johnson do Brasil Industria E
    Comercio de Produtos Para Saude Ltda.
Johnson & Johnson Dominicana, S.A.S.
Johnson & Johnson Enterprise
    Innovation Inc.
Johnson & Johnson European Treasury
    Unlimited Company
Johnson & Johnson Finance Corporation
Johnson & Johnson Finance Limited
Johnson & Johnson Financial
    Services GmbH
Johnson & Johnson for Export and
    Import LLC
Johnson & Johnson Gateway, LLC
Johnson & Johnson Gesellschaft m.b.H.
Johnson & Johnson GmbH
Johnson & Johnson GT, Sociedad Anónima
Johnson & Johnson Guatemala, S.A.
Johnson & Johnson Health and Wellness
    Solutions, Inc.
Johnson & Johnson Health Care
    Systems Inc.

Johnson & Johnson Hellas Commercial and
Industrial S.A.

Johnson & Johnson Hellas
Consumer Products
Commercial Societe Anonyme

Johnson & Johnson Hemisferica S.A.

Johnson & Johnson Holdco (NA) Inc.

Johnson & Johnson Holding GmbH

Johnson & Johnson Holdings
(Austria) GmbH

Johnson & Johnson Inc.

Johnson & Johnson Industrial Ltda.

Johnson & Johnson Innovation - JJDC, Inc.

Johnson & Johnson Innovation Limited

Johnson & Johnson Innovation LLC

Johnson & Johnson International

Johnson & Johnson International
(Singapore) Pte. Ltd.

Johnson & Johnson International Financial
Services Unlimited Company

Johnson & Johnson Irish Finance
Company Limited

Johnson & Johnson K.K.

Johnson & Johnson Kft.

Johnson & Johnson Korea Selling &
Distribution LLC

Johnson & Johnson Korea, Ltd.

Johnson & Johnson Limited

Johnson & Johnson LLC

Johnson & Johnson Luxembourg Finance
Company Sarl

Johnson & Johnson Management Limited

Johnson & Johnson Medical (China) Ltd.

Johnson & Johnson Medical
(Proprietary) Ltd

Johnson & Johnson Medical (Shanghai) Ltd.

Johnson & Johnson Medical (Suzhou) Ltd.

Johnson & Johnson Medical B.V.

Johnson & Johnson Medical Devices &
Diagnostics Group - Latin America,
L.L.C.

Johnson & Johnson Medical GmbH

Johnson & Johnson Medical Greece
Single Member S.A.

Johnson & Johnson Medical Korea Ltd.

Johnson & Johnson Medical Limited

Johnson & Johnson Medical Mexico,
S.A. de C.V.

Johnson & Johnson Medical NV

Johnson & Johnson Medical
Products GmbH

Johnson & Johnson Medical Pty Ltd

Johnson & Johnson Medical S.A.

Johnson & Johnson Medical S.p.A.

Johnson & Johnson Medical SAS

Johnson & Johnson Medical
Saudi Arabia Limited

Johnson & Johnson Medical Taiwan Ltd.

Johnson & Johnson Medical, S.C.S.

Johnson & Johnson Medikal Sanayi ve
Ticaret Limited Sirketi

Johnson & Johnson MedTech
(Thailand) Ltd.

Johnson & Johnson Medtech
Colombia S.A.S.

Johnson & Johnson Middle East FZ-LLC

Johnson & Johnson Morocco
Societe Anonyme

Johnson & Johnson Nordic AB

Johnson & Johnson Pacific Pty Limited

Johnson & Johnson Pakistan
(Private) Limited

Johnson & Johnson Panama, S.A.

Johnson & Johnson Personal Care
(Chile) S.A.

Johnson & Johnson Pharmaceutical Ltd.

Johnson & Johnson Poland Sp. z o.o.

Johnson & Johnson Private Limited

Johnson & Johnson Pte. Ltd.

Johnson & Johnson Pty. Limited

Johnson & Johnson Romania S.R.L.

Johnson & Johnson S.E. d.o.o.

Johnson & Johnson S.E., Inc.

Johnson & Johnson Sante Beaute France

Johnson & Johnson SDN. BHD.

Johnson & Johnson Services, Inc.

Johnson & Johnson Surgical Vision India
Private Limited

Johnson & Johnson Surgical Vision, Inc.

Johnson & Johnson Taiwan Ltd.

Johnson & Johnson UK Treasury
Company Limited

Johnson & Johnson Ukraine LLC
Johnson & Johnson Urban
    Renewal Associates
Johnson & Johnson Vision Care
    (Australia) Pty Ltd
Johnson & Johnson Vision Care
    (Shanghai) Ltd.
Johnson & Johnson Vision Care Ireland
    Unlimited Company
Johnson & Johnson Vision Care, Inc.
Johnson & Johnson Vision Korea, Ltd.
Johnson & Johnson, Lda
Johnson & Johnson, S.A.
Johnson & Johnson, S.A. de C.V.
Johnson & Johnson, s.r.o.
Johnson & Johnson, s.r.o.
Johnson and Johnson (Proprietary) Limited
Johnson and Johnson Sihhi Malzeme Sanayi
    Ve Ticaret Limited Sirketi
Johnson Y Johnson de Costa Rica, S.A.
JOM Pharmaceutical Services, Inc.
Kenvue Inc.
La Concha Land Investment Corporation
McNeil AB
McNeil Consumer Pharmaceuticals Co.
McNeil Denmark ApS
McNeil Healthcare (Ireland) Limited
McNeil Healthcare (UK) Limited
McNeil Healthcare LLC
McNeil Iberica S.L.U.
McNeil LA LLC
McNEIL MMP, LLC
McNeil Nutritionals, LLC
McNeil Panama, LLC
McNeil Products Limited
McNeil Sweden AB
Medical Device Business Services, Inc.
Medical Devices & Diagnostics
    Global Services, LLC
Medical Devices International LLC
Medos International Sarl
Medos Sarl
MegaDyne Medical Products, Inc.
Menlo Care De Mexico, S.A. de C.V.
Mentor B.V.
Mentor Deutschland GmbH

Mentor Medical Systems B.V.
Mentor Partnership Holding
    Company I, LLC
Mentor Texas GP LLC
Mentor Texas L.P.
Mentor Worldwide LLC
Middlesex Assurance Company Limited
Momenta Ireland Limited
Momenta Pharmaceuticals, Inc.
NeoStrata Company, Inc.
NeoStrata UG (haftungsbeschränkt)
Netherlands Holding Company
Neuravi Limited
NeuWave Medical, Inc.
Novira Therapeutics, LLC
NuVera Medical, Inc.
Obtech Medical Mexico, S.A. de C.V.
OBTECH Medical Sarl
OGX Beauty Limited
OMJ Holding GmbH
OMJ Pharmaceuticals, Inc.
Omrix Biopharmaceuticals Ltd.
Omrix Biopharmaceuticals NV
Omrix Biopharmaceuticals, Inc.
Ortho Biologics LLC
Ortho Biotech Holding LLC
Orthospin Ltd.
Orthotaxy SAS
Patriot Pharmaceuticals, LLC
Peninsula Pharmaceuticals, LLC
Percivia LLC
Pharmadirect Ltd.
Pharmedica Laboratories
    (Proprietary) Limited
preCARDIA, Inc.
Princeton Laboratories, Inc.
Productos de Cuidado Personal y
    de La Salud de Bolivia S.R.L.
Proleader S.A.
Prosidyan, Inc.
PT Integrated Healthcare Indonesia
PT Johnson & Johnson Indonesia
PT Johnson and Johnson Indonesia Two
Pulsar Vascular, Inc.
Regency Urban Renewal Associates
RespiVert Ltd.

Review Manager Test Entity 2
Royalty A&M LLC
Rutan Realty LLC
Scios LLC
Serhum S.A. de C.V.
Shanghai Elsker Mother & Baby Co., Ltd
Shanghai Johnson & Johnson Ltd.
Shanghai Johnson & Johnson
   Pharmaceuticals Ltd.
Sodiac ESV
Spectrum Vision Limited Liability Company
Spectrum Vision Limited Liability
   Partnership
SterilMed, Inc.
Surgical Process Institute
   Deutschland GmbH
Synthes Costa Rica S.C.R., Limitada
SYNTHES GmbH
Synthes GmbH
Synthes Holding AG
Synthes Holding Limited
SYNTHES Medical Immobilien GmbH
Synthes Medical Surgical Equipment &
   Instruments Trading LLC
Synthes Produktions GmbH
Synthes Proprietary Limited
Synthes S.M.P., S. de R.L. de C.V.
Synthes Tuttlingen GmbH
Synthes USA Products, LLC
Synthes USA, LLC
Synthes, Inc.
TARIS Biomedical LLC
TearScience, Inc.
The Anspach Effort, LLC
The Vision Care Institute, LLC
Tibotec, LLC
Torax Medical, Inc.
UAB "Johnson & Johnson"
Vania Expansion
Verb Surgical Inc.
Vision Care Finance Unlimited Company
Vogue International LLC
WH4110 Development Company, L.L.C.
Xian Janssen Pharmaceutical Ltd.
XO1 Limited
Zarbee's, Inc.

## Managers and Officers of the Debtor
John Kim
Richard Dickinson
Robert Wuesthoff
Russell Deyo

## Major Current Business Affiliations of Debtor's Managers
American Foundation for Opioid
   Alternatives
Migration Policy Institute
Miller Center for Community Protection &
   Reliance, Eagleton Institute of Politics,
   Rutgers University
National Center for State Courts
National Council, McLean Hospital
One Mind

## Depository and Disbursement Banks
Bank of America, N.A.

## Major Sureties
Chubb
Federal Insurance Company
Liberty Mutual Insurance Company
Travelers Casualty and Surety Company
   of America

## Parties to Material Contracts With the Debtor
Johnson & Johnson
Johnson & Johnson Holdco (NA) Inc.
Johnson & Johnson Services, Inc.

## Significant Co-Defendants in Talc-Related Litigation
3M Company
A.O. Smith Corporation
Albertsons Companies, Inc.
Avon Products, Inc.
Barretts Minerals, Inc.
BASF Catalysts LLC
Block Drug Company, Inc.
Borg Warner Morse Tec, Inc.
Brenntag North America
Brenntag Specialties, Inc.

Bristol-Myers Squibb Company
Carrier Corporation
Chanel, Inc.
Charles B. Chrystal Co., Inc.
Chattem, Inc.
Colgate-Palmolive Company
Conopco Inc.
Costco Wholesale Corporation
Coty, Inc.
Crane Co.
CVS Health Corporation
CVS Pharmacy, Inc.
Cyprus Amax Minerals Company
Cyprus Mines Corporation
Dana Companies, LLC
DAP Products, Inc.
Dollar General Corporation
Duane Reade Inc.
Eaton Corporation
Eli Lilly and Company
Elizabeth Arden, Inc.
Estee Lauder Inc.
Family Dollar Stores Inc.
Flowserve US, Inc.
FMC Corporation
Food 4 Less of California, Inc.
Ford Motor Company
Foster Wheeler, LLC
Gardner Denver, Inc.
General Electric Company
Genuine Parts Company
Goodyear Tire & Rubber Co.
Goulds Pumps, LLC
Grinnell LLC
Honeywell International, Inc.
Imerys Talc America, Inc.
Imerys USA, Inc.
IMO Industries Inc.
John Crane, Inc.
K&B Louisiana Corporation
Kaiser Gypsum Company, Inc.
Kmart Corporation
Kolmar Laboratories
Longs Drug Stores California
L'Oreal USA, Inc.
Lucky Stores, Inc.

Macy's, Inc.
Mary Kay Inc.
Maybelline LLC
Metropolitan Life Insurance Company
Noxell Corporation
Personal Care Products Council
Pfizer, Inc.
Pharma Tech Industries, Inc.
Pneumo Abex, LLC
PTI Royston, LLC
Publix Super Markets, Inc.
R.T. Vanderbilt Holding Company, Inc.
Ralphs Grocery Company
Revlon Consumer Products Corporation
Revlon, Inc.
Rite Aid Corporation
Safeway, Inc.
Sanofi-Aventis U.S. LLC
Shulton, Inc.
Specialty Minerals Inc.
Target Corporation
The Dow Chemical Company
The Estee Lauder Companies, Inc.
The Kroger Co.
The Procter & Gamble Company
Thrifty Payless, Inc.
Unilever Home & Personal Care USA
Union Carbide Corporation
Vanderbilt Minerals, LLC
ViacomCBS, Inc.
Walgreen Co.
Walmart, Inc.
Warren Pumps, LLC
Whittaker Clark & Daniels, Inc.
Wyeth Holdings LLC
Yves Saint Laurent America, Inc.

**Debtor's Proposed Professionals and
Claims Agent**
AlixPartners LLP
Bates White LLC
Blake, Cassels & Graydon LLP
Epiq Corporate Restructuring LLC
Hogan Lovells
Jones Day
King & Spalding LLP

McCarter & English, LLP
Orrick, Herrington, & Sutcliffe, LLP
Shook, Hardy & Bacon L.L.P.
Skadden, Arps, Slate, Meager & Flom LLP
Weil Gotshal & Manges LLP
Wollmuth Maher & Deutsch LLP

**Debtor's Proposed Significant Ordinary
Course Professionals, Consultants and
Service Providers**
Adler Pollock & Sheehan PC
Barrasso Usdin Kupperman
Freeman & Sarver, L.L.C.
Blank Rome LLP
Butler Snow LLP
Carlton Fields, P.A.
Chehardy, Sherman, Williams,
    Recile, & Hayes
Damon Key Leong Kupchak Hastert
Davis Hatley Haffeman & Tighe
Dechert LLP
Elliott Law Offices, PA
Faegre Drinker Biddle & Reath LLP
Foliart, Huff, Ottaway & Bottom
Gibson, Dunn & Crutcher LLP
Goldman Ismail Tomaselli Brennan &
    Baum
Hartline Barger
HeplerBroom LLC
Irwin Fritchie Urquhart & Moore LLC
Johnson & Bell Ltd.
Jones, Skelton & Hochuli, P.L.C.
Kaplan, Johnson, Abate & Bird LLP
Kelley Jasons McGowan Spinelli
Hanna & Reber, LLP
Kirkland & Ellis LLP
Kitch Drutchas Wagner
Valitutti & Sherbrook
Lewis Brisbois Bisgaard & Smith, LLP
Manion Gaynor & Manning LLP
Manning Gross + Massenburg
Miles & Stockbridge
Milligan & Herns
Morgan Lewis
Nelson Mullins Riley & Scarborough, LLP
Nutter McClennen & Fish LLP

Patterson Belknap Webb & Tyler LLP
Proskauer Rose LLP
Quattlebaum, Grooms & Tull PLLC
Schnader Harrison Segal & Lewis
Schwabe Williamson & Wyatt
Sills Cummis & Gross P.C.
Stoel Rives LLP
Sullivan Whitehead & Deluca LLP
Swartz Campbell LLC
The Weinhardt Law Firm
Tucker Ellis LLP
Willcox & Savage, P.C.

**Known Professionals for Certain
Non-Debtor Parties in Interest**
Barnes & Thornburg, LLP
Cravath, Swaine & Moore
White & Case LLP

**Proposed Future Claimants'
Representative and Her Proposed
Professional**
Randi S. Ellis
Walsh Pizzi O'Reilly Falanga LLP

**Material Potentially Indemnified Parties**
Bausch Health Companies Inc.
Cyprus Mines Corporation
Cyprus Talc Corp.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
Luzenac America, Inc.
Pharma Tech Industries, Inc.
PTI Royston, LLC
Rio Tinto America, Inc.
RTZ America, Inc.
Valeant Pharmaceuticals International, Inc.
Windsor Minerals Inc.
Costco Wholesale Corporation
Publix Super Markets, Inc.
Rite Aid Corporation
Safeway Inc.
Walmart Inc.

**Parties Who Have Entered Into Plan
Support Agreements**

Andres Pereira Firm
Ferrer, Poirot & Wansbrough
Johnson Law Group
Liakos Law, APC
Linville Law Group
McDonald Worley
Nachawati Law Group
OnderLaw, LLC
Pulaski Kherkher PLLC
Rueb Stoller Daniel, LLP
Seeger Weiss LLP
Slater Slater Schulman LLP
Trammell PC
Watts Guerra LLP
Wisner Baum, LLP

**Law Firms with Significant
Representations of Talc Claimants**

Andres Pereira Firm
Arnold & Itkin LLP
Aylstock, Witkin, Kreis &
    Overholtz, PLLC
Beasley Allen Law Firm
Childers, Schlueter & Smith LLC
Ferrer, Poirot & Wansbrough
Johnson Law Group
Linville Law Group
McDonald Worley
Miller Firm, LLC
Nachawati Law Group
Napoli Shkolnik PLLC
OnderLaw, LLC
Pulaski Kherkher PLLC
Robinson Calcagnie
Rueb Stoller Daniel, LLP
Sanders, Phillips, Grossman, LLC
Seeger Weiss LLP
Slater Slater Schulman LLP
Trammell PC
Wagstaff Law Firm
Watts Guerra LLP
Wisner Baum, LLP

**Key Parties in *Imerys Talc America, Inc.*
and *Cyprus Mines Corp.* Chapter 11 Cases**

Cyprus Amax Minerals Company
Cyprus Mines Corporation
Cyprus Talc Corporation
Imerys S.A.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
    (fka Windsor Minerals Inc.)
James L. Patton
Luzenac America, Inc.
Official Committee of Tort Claimants
    (*In re Imerys Talc America, Inc.*)
Official Committee of Tort Claimants
    (*In re Cyprus Mines Corp.*)
Roger Frankel

**Debtor's Insurers**

A.G. Securitas
ACE Property & Casualty Insurance
    Company
Aetna Casualty and Surety Company
Affiliated FM Ins. Company
AIG Europe S.A.
AIG Property and Casualty Company
AIU Ins. Company
Allianz Global Risks US
    Insurance Company
Allianz Ins. Company
Allstate Insurance Company
American Centennial Ins. Company
American Motorists Ins. Company
American Re-Insurance Company
Arrowood Indemnity Company
ASR Schadeverzekering N.V.
Assurances Generales De France
Assurantiekantoor VanWijk & Co.
Atlanta International Insurance Company,
    n/k/a Wellfleet New York Insurance
    Company
Birmingham Fire Ins. Company of
    Pennsylvania
Central National Ins. Company of Omaha
Century Indemnity Company
Champion Dyeing Allocation Year
Chubb

City Ins. Company
Colonia Versicherungs AG, Koln
Company of N.Y.
Continental Insurance Company
Darag Deutsche Versicherungs-Und
Drake Ins. Company of New York
Employers Ins. Company of Wausau
Employers Ins. of Wausau
Employers Mutual Casualty Company
Eurinco Allgemeine
Everest Reinsurance Company
Fireman's Fund Ins. Company
First State Ins. Company
GAP
Gibraltar Casualty Company
Granite State Ins. Company
Great American
Great Northern Ins. Company
Great Southwest Fire Ins. Company
Groupe Drouot
Harbor Ins. Company
Hartford Accident and Indemnity Company
Home Ins. Company
Ideal Mutual Ins. Company
Industrial Indemnity Company
Ins. Company of North America
Ins. Company of the State of Pennsylvania
Ins. Corporation of Singapore Limited
Integrity Ins. Company
International Ins. Company
International Surplus Lines Ins. Company
Lexington Ins. Company
London Guarantee and Accident
L'Union Atlantique S.A. d'Assurances
Maas Lloyd
Mead Reinsurance Corporation
Middlesex Assurance Company
Midland Ins. Company
Midstates Reinsurance Corp.
Mission Ins. Company
Mission National Ins. Company
Munich Reinsurance America, Inc.
Mutual Fire, Marine, & Inland Ins.
    Company
N.V. De Ark
N.V. Rotterdamse Assurantiekas

N.V. Schadeverzekeringsmaatschappij
National Casualty Company
National Union Fire Ins. Company of
    Pittsburgh, PA
Nationwide
New Hampshire Ins. Company
North River Ins. Company
Northbrook Excess and Surplus
    Ins. Company
Northeastern Fire Ins. Company
    of Pennsylvania
Pacific Employers Ins. Company
ProSight
Prudential Reinsurance Company
Puritan Insurance Company
Republic Indemnity Company of America
Republic Ins. Company
Republic Western Ins. Company
Repwest Insurance Company
Resolute Management Inc.
Rheinland Versicherungen
Rheinland Verzekeringen
Riverstone Insurers
Royal Belge I.R., S.A. d'Assurances
Royal Indemnity Company
Royal Ins. Company
Rückversicherungs-AG
Safety Mutual Casualty Corporation
Safety National Casualty Corporation
Seguros La Republica SA
Sentry Insurance A Mutual Company
Southern American Ins. Company
Starr Indemnity & Liability Company
TIG Insurance Company
Transamerica Premier Insurance Company
Transit Casualty Company
Travelers Casualty and Surety Company
UAP
Union Atlantique d'Assurances S.A.
Union Indemnity Ins. Company
    of New York
Versicherungs AG, Dusseldorf
Westchester Fire Insurance Company
Westport Insurance Corporation
XL Ins. Company

**Potential Parties in Canadian Proceeding**
Cassels Brock & Blackwell LLP
Ernst & Young Inc.

**States/Federal District With Consumer
Protection Investigations/Actions**
Alabama
Alaska
Arkansas
Arizona
Colorado
Connecticut
Delaware
Florida
Georgia
Hawaii
Idaho
Illinois
Iowa
Kansas
Kentucky
Maine
Maryland
Massachusetts
Michigan
Minnesota
Mississippi
Montana
Nebraska
Nevada
New Hampshire
New Jersey
New Mexico
New York
North Carolina
North Dakota
Ohio
Oklahoma
Oregon
Rhode Island
South Dakota
Texas
Utah
Vermont
Virginia
Washington

Washington, D.C.
West Virginia
Wisconsin

**The Office of the United States Trustee –
Region 3 – District of New Jersey**
Adam Shaarawy
Adela Alfaro
Alexandria Nikolinos
Angeliza Ortiz-Ng
Daniel C. Kropiewnicki
David Gerardi
Fran B. Steele
Francyne D. Arendas
James Stives
Jeffrey Sponder
Joseph C. Kern
Kirsten K. Ardelean
Lauren Bielskie
Maggie McGee
Martha Hildebrandt
Michael Artis
Neidy Fuentes
Peter J. D'Auria
Robert J. Schneider, Jr.
Tia Green
Tina L. Oppelt
William J. Ziemer

**Bankruptcy Judges for the District
of New Jersey**
Judge Andrew B. Altenburg, Jr.
Judge Christine M. Gravelle
Judge Jerrold N. Poslusny, Jr.
Judge John K. Sherwood
Judge Kathryn C. Ferguson
Judge Michael B. Kaplan
Judge Rosemary Gambardella
Judge Stacey L. Meisel
Judge Vincent F. Papalia

## SCHEDULE 2

**Disclosure Schedule**[1]

---

[1] The disclosure of affiliate relationships among potentially related entities reflects only information known to Orrick through its conflicts reporting system. Orrick has not performed independent research to identify other affiliate relationships with respect to the Interested Parties.

**Schedule of Interested Parties With Connection to**

**Orrick, Herrington & Sutcliffe LLP in Matters**

**Unrelated to the Debtors or Their Chapter 11 Cases**[1]

| Party | Connection to Debtors | Connection to Orrick |
|---|---|---|
| Bank of America | Depository and Disbursement Banks | *Bank of America, N.A.* is a current client, as are affiliates *Banc of America Public Capital Corp., Banc of America Merrill Lynch, Merrill Lynch, Merrill Lynch, Pierce, Fenner & Smith, Inc., Merrill Lynch Capital Markets, Merrill Lynch (Singapore) Pte Ltd., Banc of America Securities LLC* |
| AIG Europe S.A.  AIG Property and Casualty Company | Debtor's Insurers | *AIG Europe, S.A.* is a current client.  *AIG Europe Limited* is a former client in matters that closed in 2021. |
| 3M Company | Significant Co-Defendants in Talc Related Litigation | *3m Italia s.p.a.*  is a former client in matters that closed in 2021. |

---

[1] The parties listed herein are parties in interest (or affiliated entities) who are current clients of Orrick or were clients of Orrick within the last five (5) years. The names of the current and former clients of Orrick appear in bold and italics. The disclosure of affiliate relationships among potentially related entities reflects only information known to Orrick through its conflict reporting system. Orrick has not performed independent research to identify other affiliate relationships with respect to the parties on the interested parties.

| Party | Connection to Debtors | Connection to Orrick |
|---|---|---|
| Alabama | States/Federal District With Consumer Protection Investigations/ Actions | ***Alabama Municipal Electric Authority (AMEA)*** is a current client. |
| Alaska | States/Federal District With Consumer Protection Investigations/ Actions | ***State of Alaska, Alaska Municipal Bond Authority, Alaska Industrial Development and Export Authority (AIDEA) and Alaska Energy Authority*** are current clients. |
| Arizona | States/Federal District With Consumer Protection Investigations/ Actions | ***Arizona Industrial Development Authority*** is a current client. <br><br> ***Arizona Public Service Company and Arizona Health Facilities Auth, Arizona Department of Insurance*** are former clients in matters that closed in 2022. |
| Florida | States/Federal District With Consumer Protection Investigations/ Actions | ***University of Florida*** is a current client. <br><br> ***Florida Public Service Commission*** is a former client in matters that closed in 2018. |
| Hawaii | States/Federal District With Consumer Protection Investigations/ Actions | ***State of Hawaii, Hawaii Budget & Policy Center, Hawaii Housing Fin Dev. Corp.*** are current clients. <br><br> ***University of Hawaii*** is a former client in matters that closed in 2020. |

| Party | Connection to Debtors | Connection to Orrick |
|---|---|---|
| Idaho | States/Federal District With Consumer Protection Investigations/ Actions | ***Idaho Housing Agency*** is a current client. |
| Illinois | States/Federal District With Consumer Protection Investigations/ Actions | ***State of Illinois Torture Inquiry and Relief Commission (ILTIRC) Representations*** is a current client.<br><br>***Illinois Finance Authority*** and ***Illinois Governor's Office of Management*** are former clients in matters that closed in 2020. |
| Iowa | States/Federal District With Consumer Protection Investigations/ Actions | ***Iowa Tobacco Settlement Authority*** and ***Public Energy Facilities Authority, Iowa*** are former clients in matters that closed in 2022. |
| Kentucky | States/Federal District With Consumer Protection Investigations/ Actions | ***The Commonwealth of Kentucky*** and ***Public Energy Authority of Kentucky*** are current clients. |
| Maryland | States/Federal District With Consumer Protection Investigations/ Actions | ***Office of the Public Defender, State of Maryland*** and ***University of Maryland Medical Systems Corporation*** are former clients in matters that closed in 2023. |

| Party | Connection to Debtors | Connection to Orrick |
|---|---|---|
| Massachusetts | States/Federal District With Consumer Protection Investigations/ Actions | ***Massachusetts Housing Finance Agency*** and ***Massachusetts Educational Financing Authority*** are current clients. |
| Michigan | States/Federal District With Consumer Protection Investigations/ Actions | ***Michigan Tobacco Finance Authority*** is a former client with matters that closed in 2022. |
| Minnesota | States/Federal District With Consumer Protection Investigations/ Actions | ***Minnesota Municipal Power Agency*** and ***Greater Minnesota Housing Fund*** are current clients. |
| Montana | States/Federal District With Consumer Protection Investigations/ Actions | ***Montana Facility Finance Authority*** is a current client. <br><br> ***State of Montana*** is a former client in matters that closed in 2021. |

| Party | Connection to Debtors | Connection to Orrick |
|---|---|---|
| Nevada | States/Federal District With Consumer Protection Investigations/ Actions | ***Nevada Housing Division*** is a current client.<br><br>***Department of Business and Industry, State of Nevada*** is a former client in matters that closed in 2021. |
| New Mexico | States/Federal District With Consumer Protection Investigations/ Actions | ***New Mexico Finance Authority*** is a current client.<br><br>***New Mexico, Office of the Attorney General*** is a former client in matters that closed in 2020. |
| New York | States/Federal District With Consumer Protection Investigations/ Actions | ***The Port Authority of New York and New Jersey, The Assembly of the State of New York, NY State Housing Finance Agency, New York Power Authority, Dormitory Auth./State of NY, Comptroller of the State of NY,*** and ***New York State Urban Development Corporation*** are current clients.<br><br>***New York State Senate*** is a former client in matters that closed in 2020. |
| Ohio | States/Federal District With Consumer Protection Investigations/ Actions | ***Ohio Housing Finance Agency*** is a former client in matters that closed in 2021. |

| Party | Connection to Debtors | Connection to Orrick |
|---|---|---|
| Oklahoma | States/Federal District With Consumer Protection Investigations/ Actions | ***Oklahoma Development Finance Authority*** and ***Oklahoma State Department of Health*** are former clients in matters that closed in 2022. |
| Oregon | States/Federal District With Consumer Protection Investigations/ Actions | ***Oregon Housing and Community Services Department, Oregon Department of Administrative Services, Oregon Department of Transportation, Oregon Health and Science University, Oregon Department of Justice, Oregon Facilities Authority, Oregon Business Development Department,*** and ***State of Oregon Retirement Fund*** are current clients.<br><br>***Oregon Affordable Housing Assistance Corporation, Oregon Department of Education, State of Oregon*** and ***Oregon University System*** are former clients in matters that closed in 2021. |
| Rhode Island | States/Federal District With Consumer Protection Investigations/ Actions | ***Rhode Island Student Loan Authority*** is a former client in matters that closed in 2020. |

| Party | Connection to Debtors | Connection to Orrick |
|---|---|---|
| Texas | States/Federal District With Consumer Protection Investigations/ Actions | ***Texas Education Agency, Texas Association of School Boards, The University of Texas System, Texas Public Finance Authority, The University of Texas Investment Management Company, Texas Comptroller of Public Accounts, Texas Department of Transportation, The University of Texas/Texas A&M Investment Management Company, Texas National MUD, The Texas A&M University System, Texas Water Development Board*** and the ***Texas Treasury Safekeeping Trust Company*** are current clients.<br><br>***Employees Retirement System of Texas*** is a former client. |
| Utah | States/Federal District With Consumer Protection Investigations/ Actions | ***Utah Charter School Finance Authority*** is a current client.<br><br>***Utah State Retirement Investment Fund*** is a former client in matters that closed in 2019. |
| Vermont | States/Federal District With Consumer Protection Investigations/ Actions | ***University of Vermont*** is a current client. |

7

| Party | Connection to Debtors | Connection to Orrick |
|---|---|---|
| Washington | States/Federal District With Consumer Protection Investigations/ Actions | *Washington State Investment Board, Washington Health Care Facilities Authority, Washington Economic Development Finance Authority, University of Washington/ Washington State Attorney General's Office,* and *Washington State Investment Bureau* are current clients. |
| Washington, D.C. | States/Federal District With Consumer Protection Investigations/ Actions | *States/Federal District With Consumer Protection Investigations/Actions, District of Columbia* and *District of Columbia Housing Finance Agency* are current clients. |
| West Virginia | States/Federal District With Consumer Protection Investigations/ Actions | *State of West Virginia* is a former client in matters that closed in 2023. |
| Wisconsin | States/Federal District With Consumer Protection Investigations/ Actions | *Wisconsin Public Power Incorporated System* is an affiliate of WPPI a current client.<br><br>*Wisconsin Health and Educational Facilities Authority* is a former client in matters that closed in 2023. |

| Party | Connection to Debtors | Connection to Orrick |
|---|---|---|
| Allianz Global Risks US Insurance Company Allianz Ins. Company | Debtor's Insurers | *Affiliates Allianz Technology, PIMCO, Allianz S.p.A., Allianz Bank Financial Advisors S.p.A.* and *Allianz Global Investors France* are current clients. *Affiliates Allianz Subalpina Holding S.p.A., AllianzGo S.r.l., Allianz, Allianz Real Estate France SAS, Allianz Technology S.c.p.A., Allianz Technology S.p.A., Fondazione Allianz Umana Mente* and *Allianz Bank Financial Advisors S.p.A.* are former clients in matters that closed in 2020. |
| AMO Sales and Service, Inc. | Other Non-Debtor Affiliates | *Amo SAS* is a current client; *AMO US Holdings, Inc., AMO USA Sales Holdings, In*c. and *AMO USA, LLC* are affiliates of current client, *Johnson & Johnson* |
| Auris Health, Inc. | Other Non-Debtor Affiliates | *Auris Health* is a former client in matters that closed in 2021. |
| Avon Products, Inc. | Significant Co-Defendants in Talc Related Litigation | *Avon Products, Inc.* is a current client. |
| Barnes & Thornburg, LLP | Known Professionals for Certain Non Debtor Parties in Interest | *Barnes & Thornburg LLP* is a former client in matters that close in 2021. |

| Party | Connection to Debtors | Connection to Orrick |
|---|---|---|
| Blake, Cassels & Graydon LLP | Debtor's Proposed Professionals and Claims Agent | ***Blake, Cassels & Graydon LLP*** is a former client in matters that closed in 2019. |
| BioMedical Enterprises, Inc. | Other Non-Debtor Affiliates | ***Biomedical srl*** is a current client. |
| Flowserve US, Inc. | Significant Co-Defendants in Talc Related Litigation | Affiliates ***Flowserve S.r.l.*** and ***Worthington S.r.L. (member of the Flowserve Group)*** are current clients. |
| FMC Corporation | Significant Co-Defendants in Talc Related Litigation | ***FMC Corporation*** and affiliate, ***FMC Technologies, Inc.*** are current clients. |
| Ford Motor Company | Significant Co-Defendants in Talc Related Litigation | ***Ford Motor Company*** and ***Ford Foundation*** are current clients.<br><br>***Ford Smart Mobility, LLC*** is a former client in matters that closed in 2022. |
| Foster Wheeler, LLC | Significant Co-Defendants in Talc Related Litigation | ***Amec Foster Wheeler plc*** and ***Amec Foster Wheeler Asia Pacific Pte. Ltd.*** are current clients.<br><br>***Amec Foster Wheeler Italiana Srl,*** and ***AMEC Foster Wheeler Energía SLU (Spain)*** are former clients in matters that closed in 2021. |

| Party | Connection to Debtors | Connection to Orrick |
|---|---|---|
| General Electric Company | Significant Co-Defendants in Talc Related Litigation | ***GE Renewable Energy and GE Energy Financial Services*** are  current clients.  ***General Electric Company*** is a former client with matters that closed in 2019.  ***GE Energy, LLC*** is a former client with matters that closed in 2022.  ***GE United Technologies LLC dba Grassdoor*** is a former client with matters that closed in 2022.    ***GE Medical*** Systems is a former client with matters that closed in 2019.  ***GE Capital*** Corporation is a former client with matters that closed in 2018. |
| Gibson, Dunn & Crutcher LLP | Debtor's Proposed Significant Ordinary Course Professionals, Consultants and Service Providers | ***Gibson Dunn & Crutcher LLP*** is a former client in matters that closed in 2018. |
| Goodyear Tire & Rubber Co. | Significant Co-Defendants in Talc Related Litigation | ***The Goodyear Tire & Rubber Company*** is a current client. |

| Party | Connection to Debtors | Connection to Orrick |
|---|---|---|
| Hansen Medical, Inc. | Other Non-Debtor Affiliates | **Hansen Medical Directors** is a former client in matters that closed in 2020. |
| Hartford Accident and Indemnity Company | Debtor's Insurers | **The Hartford Steam Boiler Inspection and Insurance Company** is a current client. |
| Hogan Lovells | Debtor's Proposed Professionals and Claims Agent | **Hogan Lovells US LLP** is a current client. |
| JNJ International Investment LLC | Other Non-Debtor Affiliates | **JNJ Enterprises** is a former client in matter that closed in 2018. |
| Johnson & Johnson | Other Non-Debtor Affiliates | **Johnson & Johnson** is a current client. |
| Johnson & Johnson Surgical Vision, Inc. | Other Non-Debtor Affiliates | **Johnson & Johnson Surgical Vision, Inc.** is a former client in matters that closed in 2021. |

| Party | Connection to Debtors | Connection to Orrick |
|---|---|---|
| JOM Pharmaceutical Services, Inc. | Other Non-Debtor Affiliates | **JOM Group LLC** is a former client in matters that closed in 2021. |
| King & Spalding LLP | Debtor's Proposed Professionals and Claims Agent | **King & Spalding LLP** is a former client in matters that closed in 2019. |
| Kirkland & Ellis LLP | Debtor's Proposed Significant Ordinary Course Professionals, Consultants and Service Providers | **Kirkland & Ellis LLP** is a current client. |
| Lexington Ins. Company | Debtor's Insurers | **Lexington National Insurance Corporation** is a current client. |
| L'Oreal USA, Inc. | Significant Co-Defendants in Talc Related Litigation | **L'Oréal** and **L'Oréal Travel Retail Americas, Inc.** are current clients. |
| Macy's, Inc. | Significant Co-Defendants in Talc Related Litigation | **Macy's, Inc.** is a current client. |

| Party | Connection to Debtors | Connection to Orrick |
|---|---|---|
| Liberty Mutual Insurance Company | Major Sureties | *Liberty Mutual Insurance Europe SE (t/a Liberty Global Transaction Solutions)* is a current client. |
| Pfizer, Inc. | Significant Co-Defendants in Talc Related Litigation | *Pfizer, Inc.* is a former client in matters that closed in 2018. |
| National Council, McLean Hospital | Major Current Business Affiliations of Debtor's Managers | *The McLean Hospital Corporation* is an affiliate of current client, *Mass General Brigham Incorporated*. |
| Mission Ins. Company | Debtor's Insurers | *Mission Insurance Company* is a current client. |
| Prudential Reinsurance Company | Debtor's Insurers | *PGIM Real Estate Finance, LLC, Tokyo Branch and Prudential Greenfield LP* are former clients in matters that closed in 2022. |
| Revlon, Inc. | Significant Co-Defendants in Talc Related Litigation | *Revlon, Inc.* is a former client in matters that closed in 2022. |

| Party | Connection to Debtors | Connection to Orrick |
|---|---|---|
| Sanofi-Aventis U.S. LLC | Significant Co-Defendants in Talc Related Litigation | *Sanofi Aventis Ireland* is a former client in matters that closed in 2021. |
| Safeway Inc. | Significant Co-Defendants in Talc Related Litigation; Material Potentially Indemnified Parties | *Safeway Inc*. is a current client. |
| Albertsons Companies, Inc. | Significant Co-Defendants in Talc Related Litigation | *Albertsons* is the parent of current client, *Safeway Inc.*<br><br>*Albertsons Companies, Inc.* is a former client in matters that closed in 2020. |
| Target Corporation | Significant Co-Defendants in Talc Related Litigation | *Target Corporation* is a current client. |
| TIG Insurance Company | Debtor's Insurers | *TIG Advisors, LLC* is a current client. |
| Weil Gotshal & Manges LLP | Debtor's Proposed Professionals and Claims Agent | *Weil, Gotshal & Manges LLP* is a current client. |

| Party | Connection to Debtors | Connection to Orrick |
|---|---|---|
| Walmart, Inc. | Significant Co-Defendants in Talc Related Litigation; Material Potentially Indemnified Parties | ***Walmart Inc.*** is a current client.<br><br>***Walmart eCommerce*** is a former client in matters that closed in |
| Walgreen Co. | Significant Co-Defendants in Talc Related Litigation | ***Walgreen Co.*** is a current client. |
| Unilever Home & Personal Care USA | Significant Co-Defendants in Talc Related Litigation | ***Unilever United States, Inc.*** is a current client. |
| The Dow Chemical Company; Union Carbide Corporation | Significant Co-Defendants in Talc Related Litigation | ***The Dow Chemical Company*** and affiliate, ***Union Carbide Corporation***, and former affiliate, ***Corteva Agriscience*** are current clients.<br><br>***Dow AgroSciences LLC and Mycogen Plant Science, Inc.*** are former clients in matters that closed in 2020. |