UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on May 5, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LTL MANAGEMENT, LLC

Case No.: 23-12825

Chapter: 11

Judge: Michael B. Kaplan

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: May 5, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> Gregory S. Kinoian, Esq. <br> dstolz@genovaburns.com <br> dclarke@genovaburns.com <br> gkinoian@genovaburns.com <br> 110 Allen Road, Suite 304 <br> Basking Ridge, NJ 07920 <br> Tel: (973) 467-2700 <br> Fax: (973) 467-8126 <br> *Proposed Local Counsel for the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP** <br> David J. Molton, Esq. <br> Michael S. Winograd, Esq. <br> Susan Sieger-Grimm, Esq. <br> Kenneth J. Aulet, Esq. <br> dmolton@brownrudnick.com <br> mwinograd@brownrudnick.com <br> ssieger-grimm@brownrudnick.com <br> kaulet@brownrudnick.com <br> Seven Times Square <br> New York, NY 10036 <br> Tel: (212) 209-4800 <br> Fax: (212) 209-4801 <br> And- <br> Jeffrey L. Jonas, Esq. <br> Sunni P. Beville, Esq. <br> Eric R. Goodman, Esq. <br> jjonas@brownrudnick.com <br> sbeville@brownrudnick.com <br> egoodman@brownrudnick.com <br> One Financial Center <br> Boston, MA 02111 <br> Tel: (617) 856-8200 <br> Fax: (617) 856-8201 <br> *Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **OTTERBOURG PC** <br> Melanie L. Cyganowski, Esq. <br> Jennifer S. Feeney, Esq. <br> Michael R. Maizel, Esq. <br> mcyganowski@otterbourg.com <br> jfeeney@otterbourg.com <br> mmaizel@otterbourg.com <br> 230 Park Avenue <br> New York, NY 10169 <br> Tel: (212) 905-3628 <br> Fax: (212) 682-6104 <br> *Proposed Co-Counsel for the Official Committee of Talc Claimants* | **MASSEY & GAIL LLP** <br> Jonathan S. Massey, Esq. <br> Rachel S. Morse, Esq. <br> jmassey@masseygail.com <br> rmorse@masseygail.com <br> 1000 Maine Ave. SW, Suite 450 <br> Washington, DC  20024 <br> Tel: (202) 652-4511 <br> Fax: (312) 379-0467 <br> *Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| In re: <br> LTL MANAGEMENT, LLC,[1] <br><br>              Debtor. | Chapter 11 <br><br> Case No.: 23-12825 (MBK) <br><br> Honorable Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages is **ORDERED**.

After review of the application of the Official Committee of Talc Claimants (the "**TCC**" or the "**Committee**") appointed in the above-captioned Chapter 11 case of LTL Management, LLC (the "**Debtor**" or "**LTL**"), by and through its proposed counsel, for a reduction of time for a hearing on: (i) the motion for an order de-designating to non-confidential Exhibit A to the Term Sheet (Ex. 4 in the Apr. 18, 2023 Preliminary Injunction hearing) (the "Motion to De-designate"); (ii) the motion for the entry of a Protective Order in the same form as the Protective Order this Court entered in In re LTL Management LLC, 21-30589-MBK (Bankr. D.N.J.) ("LTL 1.0") (Dkt. 948) (the "Motion for a Protective Order"); and (iii) the

motion for the entry of an order compelling LTL to produce documents concerning the termination, or putative voidness or voidability, of the 2021 Funding Agreement (the "Motion to Compel"; together with the Motion to De-designate and Motion for a Protective Order, the "Matters"), under Fed. R. Bankr. P. 9006(c)(1), it is ORDERED as follows:

1. The Court may, time permitting, conference the issues raised by these motions on May 9, 2023.

2. A hearing will be conducted on the Matters and shall be held **on May 16, 2023 at 11:30 a.m.** in the United States Bankruptcy Court for the District of New Jersey, Trenton Vicinage, at Clarkson S. Fisher U.S. Courthouse, located at 402 East State Street, Trenton, N.J. 08608, before the Honorable Michael B. Kaplan, Chief Bankruptcy Judge, in Courtroom No. 8.

3. The Applicant must serve a copy of this Order, and all related documents, on the following parties: the Debtor and the U.S. Trustee

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

4. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _____

_____by ☐

each, ☒ any of the following methods selected by the Court:

Page 3 of 4

☐ fax, ☐ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

5. Service must be made:

☐ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

6. Notice by telephone:

☒ is not required

☐ must be provided to

_____

_____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

7. A Certification of Service must be filed prior to the hearing date.

8. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute said motion/application and any objections.
   ☒ Parties may request to appear by phone by contacting Chambers prior to the return

date.

65025692 v1-WorkSiteUS-000002/4347

Page 4 of 4