**UNITED STATES BANKRUPTCY COURT**

**District of New Jersey**

| | | |
|---|---|---|
| <u>In re</u> | ) | **Chapter 11** |
| | ) | |
| | ) | |
| **LTL Management LLC, et al.,** | ) | **Case No 23-12825 (MBK)** |
| Debtor. | ) | |
| | ) | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**

**LTL Management LLC**

**Case No: 23-12825 (MBK)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 |
| Debtor. | Judge: Michael B. Kaplan |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES
AND SPECIFIC DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

    The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statement of Financial Affairs (the "SOFA"), both filed by LTL Management LLC (the "Debtor"), the debtor in the above-captioned chapter 11 case, in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"): (a) were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the Debtor's management, and, subject to management's direction, with the assistance of the Debtor's professionals and personnel of the Debtor's non-debtor

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

affiliates, particularly Johnson & Johnson Services, Inc. ("J&J Services") pursuant to services agreements between the Debtor, on the one hand, and J&J Services, on the other; and (b) are unaudited.

These *Global Notes and Statement of Limitations, Methodologies and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") were prepared in conjunction with, are incorporated by reference in, and constitute an integral part of, the Debtor's Schedules and SOFA. Any party reviewing the Schedules and SOFA should refer to, consider and consult the Global Notes in connection with such review. Further, the Debtor reserves the right to amend or supplement these Global Notes as it determines is necessary or appropriate.

The Schedules and SOFA reflect the Debtor's reasonable best efforts to disclose its assets, liabilities and other required information. The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtor. Additionally, the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment.

In preparing the Schedules and SOFA, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although those members of the Debtor's management responsible for the preparation of the Schedules and SOFA have made a reasonable effort to ensure that these materials are accurate and complete based on information known to them at the time of preparation and after reasonable inquiries, inadvertent errors or omissions may exist and/or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and SOFA that may warrant amendment thereof in the future. Moreover, because the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment, there is no assurance that the Schedules and SOFA are complete or accurate in all respects. Accordingly, the Debtor reserves all of its rights to amend, supplement or otherwise modify the Schedules and SOFA from time to time as the Debtor deems necessary and appropriate. Notwithstanding the foregoing, the Debtor makes no affirmative representation that it will revise, amend or otherwise update the Schedules or SOFA.

The Debtor and its agents, attorneys, professionals and affiliates do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtor and its agents, attorneys, professionals and affiliates expressly do not undertake any obligation to update, modify, revise or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised or recategorized. In no event shall the Debtor or its agents, attorneys, professionals or affiliates be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused,

even if the Debtor or its agents, attorneys, professionals or affiliates are advised of the possibility of such damages.

Richard Dickinson, Chief Financial Officer of the Debtor, has signed the Schedules and SOFA.  Mr. Dickinson is an authorized signatory for the Debtor.  In reviewing and signing the Schedules and SOFA, Mr. Dickinson has relied upon the efforts, statements and representations of various personnel of the Debtor and its advisors and personnel of its affiliate providing services to the Debtor.  Mr. Dickinson has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and SOFA, including statements and representations concerning amounts owed to creditors, classification of such amounts and creditor addresses.

### Global Notes and Overview of Methodology

1.    **Global Notes Control**.  In the event that information provided in the Schedules and SOFA differs from the Global Notes, the Global Notes shall control.

2.    **Reservation of Rights**.  The Debtor reserves all rights to amend, supplement or otherwise modify the Schedules and SOFA from time to time, in all respects, at any time as may be necessary or appropriate as determined by the Debtor, including, without limitation, the rights to:  (a) amend the Schedules and SOFA with respect to claim descriptions or designations; (b) dispute or assert a right of setoff or other defenses to any claim reflected in the Schedules or SOFA as to amount, liability, priority, status or classification; (c) subsequently designate any claim as "disputed," "contingent" or "unliquidated;" and/or (d) object to the extent, validity, enforceability, priority or avoidability of any claim.  Any failure to designate a claim in the Schedules or SOFA as "contingent," "unliquidated" or "disputed" does not constitute an admission by the Debtor that such claim is not "contingent," "unliquidated" or "disputed." Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and SOFA except as may be required by applicable law or an order of the Bankruptcy Court.

Listing a claim does not constitute an admission of liability by the Debtor.  Further, nothing contained in the Schedules or SOFA shall constitute a waiver of rights with respect to the Debtor's chapter 11 case, including, without limitation, any right involving claims (including allowance, disallowance, liquidation or estimation thereof), defenses, equitable subordination, setoff, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers or the treatment of agreements as executory, nonexecutory, valid or invalid contracts.

Any specific reservation of rights contained in the Global Notes does not limit in any respect the general reservation of rights contained in this section.

3.    **Description of the Bankruptcy Case and the "As Of" Information Date**. On April 4, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The Debtor's bankruptcy case is captioned In re LTL Management LLC, No. 23-12825.  The Debtor currently is operating its business and is in possession of its property as debtor-in-possession under sections 1107 and 1108 of the Bankruptcy Code.

NAI-1536686638

Except as otherwise noted, all asset and liability information is as of the time of filing on the Petition Date.  This information includes expenses and other obligations incurred during the pendency of the Debtor's prior chapter 11 bankruptcy case, which was dismissed on April 4, 2023 (the "2021 Chapter 11 Case").  See In re LTL Mgmt. LLC, 58 F.4th 738 (3d Cir. 2023) amended by 64 F.4th 84 (3d Cir. 2023); see also In re LTL Mgmt. LLC, No. 21-30589 (Bankr. D.N.J. Apr. 4, 2023) [Dkt. 3938] (the "Dismissal Order").  The Schedules and SOFA include information from the schedules and statement of financial affairs submitted by the Debtor in the 2021 Chapter 11 Case to the extent that information remains accurate as of the Petition Date. In re LTL Mgmt. LLC, No. 21-30589 (Bankr. D.N.J. Dec. 6, 2021) [Dkt. 728] (the "2021 Schedules and SOFA").  Additional information about the Debtor, its 2021 Chapter 11 Case and this chapter 11 case can be found in the Declaration of John K. Kim in Support of First Day Pleadings [Dkt. 4] (the "First Day Declaration") filed on the Petition Date.

**4.**      **Amendments and Recharacterization**.      Notwithstanding the Debtor's commercially reasonable efforts to properly characterize, classify, categorize, designate or include certain claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFA, the Debtor nevertheless may have improperly characterized, classified, categorized, designated, included or omitted certain items.  Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and SOFA at a later time as is necessary or appropriate in its discretion as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.  Disclosure of information in one or more Schedules, in SOFA or in one or more exhibits or attachments to the Schedules or SOFA, even if incorrectly placed, shall be deemed to be disclosed in the correct portion of the Schedules, SOFA or any exhibit or attachment thereto.

**5.**      **Estimates and Assumptions**.   The preparation of the Schedules and SOFA requires the Debtor to make certain estimates and assumptions that affect the reported values of assets and liabilities, the disclosures of contingent assets and liabilities and other matters.  Actual results could differ (perhaps materially) from those estimates included in, or underlying the information in, the Schedules and SOFA.  In addition, and without limiting any other qualification or limitation herein, certain estimates of value used herein that were provided by third parties are not to be relied upon by other parties for any purpose.

**6.**      **Unknown Amounts**.  The value of certain of the scheduled assets and liabilities is unknown and unliquidated at this time.  In such cases, the amounts are listed as "Undetermined," "Unknown" or "Unliquidated."  Amounts that are Undetermined, Unknown or Unliquidated may be material.  For purposes of calculating totals for the value of categories of assets and liabilities, amounts listed as Undetermined, Unknown or Unliquidated are treated as $0.00 even though the value of such amounts, once liquidated, could be material.  Accordingly, the Schedules and SOFA may not accurately reflect the aggregate amount of the Debtor's assets and liabilities.

**7.**      **Excluded Assets and Liabilities**.  The Debtor has excluded certain assets and liabilities that appear in its books and records from the Schedules and SOFA, including, without limitation, any potential future rights of the Debtor under the Divisional Merger Support

Agreement with Johnson & Johnson Holdco (NA) Inc. (formerly Johnson & Johnson Consumer Inc.) ("Holdco").  The Debtor also has not attempted to anticipate rejection damage claims of counterparties to executory contracts that may arise out of future contract rejections, and such potential claims are not reflected in the Schedules and SOFA.  In addition, certain immaterial assets and liabilities may have been excluded.

The Debtor has or is alleged to have (a) contractual or other obligations to indemnify certain of its non-debtor affiliates, including Johnson & Johnson ("J&J") and Holdco, in the event that one of those affiliates is held liable for any of the Debtor's talc-related liabilities, and (b) contractual or other obligations to indemnify certain retailers and transaction counterparties (such parties collectively, the "Indemnified Parties") for the Debtor's talc-related liabilities.  On April 25, 2023, the Bankruptcy Court entered the *Order Dissolving Temporary Restraining Order, Extending the Automatic Stay, and Granting Limited Preliminary Restraints* (Adv. Pro. No. 23-01092, Adv. Pro. Dkt. 91) (the "PI Order"), which order provides that the automatic stay under section 362 of the Bankruptcy Code applies to prohibit and enjoins, through and including June 15, 2023 (subject to further consideration of the Court), the commencement or conducting of any trial or appeal[2] of any Debtor Talc Claim (as defined in the PI Order) against J&J, Holdco, the Indemnified Parties and other entities identified therein (collectively, the "Protected Parties").  Since the commencement of the talc litigation, the Debtor's predecessor had agreed to indemnify and assume the defense of nearly 790 talc-related claims against retailers.  The indemnification obligations were allocated to the Debtor.  The Debtor has listed potential indemnity claims of the Indemnified Parties as "undetermined" in Schedule E/F.  Additional detail regarding excluded liabilities is included in the notes to Schedule A/B and Schedule E/F.

8.    **Liabilities**.  The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information available and the research conducted in conjunction with the preparation of the Schedules and SOFA.  As additional information becomes available and further research is conducted, the amounts and allocation of certain liabilities between prepetition and postpetition periods may change.  Further, the liabilities listed on the Schedules do not reflect any claims under section 503(b)(9) of the Bankruptcy Code (if applicable).  The Debtor reserves all of its rights to dispute or challenge the validity, amount or priority of any claims (including any claims under section 503(b)(9) of the Bankruptcy Code, if any are asserted) or the characterization of the structure of any transaction or any document or instrument related to any creditor's claim.

9.    **Intellectual Property Rights**.  Any exclusion of intellectual property rights from the Schedules or SOFA shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

10.    **Asset Values**.  It would be prohibitively expensive, unduly burdensome and time-consuming to obtain current market valuations of the Debtor's assets and interests.  Accordingly, to the extent any asset value is listed herein, and unless otherwise noted therein, the Schedules and SOFA reflect approximate historic costs and net book values, rather than

---

[2]    Certain bonded appeals are expressly excluded from these limited preliminary restraints and are moving forward as to the Debtor and the Protected Parties.  See PI Order ¶ 12.

current market values.  Except as otherwise noted, all asset values and claim values provided herein reflect the Debtor's data as of the time on filing on April 4, 2023.

11. **Currency**.  All amounts are reflected in U.S. dollars.

12. **Causes of Action**.  The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim or recoupment and any claim, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on or after the Petition Date, in contract or in tort, in law or in equity or pursuant to any other theory of law (collectively, the "Causes of Action") the Debtor may have, and neither these Global Notes nor the Schedules nor SOFA shall be deemed a waiver of any claims or Causes of Action or in any way to prejudice or impair the assertion of such claims or Causes of Action.

13. **Insiders**.  Where the Schedules and SOFA require information regarding insiders and/or officers and directors, included therein are (a) each of the Debtor's (i) managers (or persons in similar positions) and (ii) seconded employees or other individuals that are, or were during the relevant period, officers (or persons in control) of the Debtor; and (b) certain affiliates of the Debtor.  The listing of a party as an insider is not intended to be, nor should it be construed as, a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense, and all such facts, claims, rights and defenses are hereby expressly reserved.  Persons and entities listed as "insiders" (including any affiliates of the Debtor) have been included for informational purposes only, and such individuals and entities should not be deemed to be "insiders" for other purposes.

14. **Summary of Significant Reporting Policies and Practices**.  The following conventions were utilized by the Debtor in preparation of the Schedules and SOFA:

(a) <u>Undetermined Amounts</u>.  The description of an amount as "unknown," "unliquidated" or "undetermined" is not intended to reflect upon the materiality of such amount.

(b) <u>Totals</u>.  All totals that are included in the Schedules and SOFA represent totals of all known amounts only.  To the extent there are unknown or undetermined amounts (which have been treated as $0.00 for the purpose of calculating totals in the Schedules and SOFA), the actual total may be different from the listed total, and such difference could be material.

(c) <u>Book Value of Liabilities</u>.  Unless otherwise noted therein, the Schedules and SOFA reflect the carrying value of the liabilities as listed in the Debtor's books and records.

(d) <u>Disputed, Contingent and/or Unliquidated Claims</u>.  Failure to designate a claim on any of the Schedules or SOFA as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not

NAI-1536686638

subject to objection.  The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on the Schedules or SOFA on any and all available grounds, including the right to dispute the amount, liability, priority, validity, classification or status of any claim.

### Specific Disclosures with Respect to the Debtor's Schedules

**Schedules Summary**.  Given, among other things, the uncertainty surrounding the collectability and valuation of certain assets and the valuation and nature of certain liabilities, the Schedules should not be relied upon nor do they constitute an admission regarding the financial status of the Debtor.  See also Notes 6 and 14, above, regarding the treatment of unknown or undetermined amounts.

**Schedule A/B, Part 2/Question 8**.  *Prepayments, including prepayments on executory contracts, leases, insurance, taxes and rent*.  As of the Petition Date, the Debtor's claims and noticing agent, Epiq Corporate Restructuring, LLC ("Epiq"), Ernst & Young and Cassels Brock & Blackwell LLP[3] held retainers that are reflected in Schedule A/B.  As explained in the retention applications for the Debtor's proposed professionals and the application to retain Epiq as claims and noticing agent, with the exception of Epiq (collectively, the "Debtor Retention Applications"), these professionals did not hold retainers (the "Retainers") as of the Petition Date.  On April 4, 2023, following the entry of the Dismissal Order and prior to the commencement of this chapter 11 case, in accordance with the terms of the Dismissal Order, the Debtor paid its retained professionals in the 2021 Chapter 11 Case and Epiq for all unpaid actual and estimated fees and expenses incurred through the commencement of this chapter 11 case, subject to a reconciliation of estimated amounts (collectively, the "Payments").[4]  Many of the professionals are continuing to reconcile the fees and expenses actually incurred prior to the Petition Date against estimated amounts included in the Payments.  If, following reconciliation, any estimated amounts exceed the proposed professionals' actual unbilled fees and expenses incurred, the balance will be added to Retainer and applied consistent with the terms of any order establishing interim compensation procedures entered in this chapter 11 case.  The Debtor's proposed professionals have agreed to waive all fees and expenses, if any, owed by the Debtor that were unpaid by the Payments.  Because the Payments were not retainers or prepayments for future amounts to be incurred, but rather payments with respect to amounts already incurred, the Payments are not listed in Schedule A/B, Part 2/Question 8.  However, the payment of these amounts is disclosed in response to SOFA Part 2/Question 3 and SOFA Part 6/Question 11.

---

[3]     Ernst & Young and Cassels Brock & Blackwell LLP represented the information officer appointed by the Ontario Superior Court of Justice (Commercial List) (the "Information Officer") in the proceedings commenced in Canada, pursuant to Part IV of the *Companies' Creditors Arrangement Act* (Canada) R.S.C. 1985, c. C-36 in connection with the 2021 Chapter 11 Case, and continue to represent the Information Officer in connection with this chapter 11 case.  Pursuant to the orders appointing the Debtor as foreign representative in the 2021 Chapter 11 Case [No. 21-30589, Dkt. 854] and in this chapter 11 case [Dkt. 125], the Debtor was authorized, consistent with any orders of the Canadian Court, to pay the costs of the Information Officer and its counsel, without further order of the Court.  See Dkt. 125 ¶ 2; In re LTL Mgmt. LLC, No. 21-30589 (Bankr. D.N.J.) Dkt. 854 ¶ 2.

[4]     Detail regarding these payments, including the amounts thereof and the status of any reconciliation, is included in the respective Debtor Retention Applications.

NAI-1536686638

**Schedule A/B, Part 3/Question 10.**    *Accounts Receivable.*    The reported account receivable less than 90 days old comprises amounts owed to the Debtor by its direct subsidiary, Royalty A&M LLC ("RAM"), pursuant to a services agreement between the Debtor and RAM. The account receivable greater than 90 days old is a *de minimis* receivable on account of reimbursement due from Patterson Belknap Webb & Tyler LLP as a result of certain amounts paid by the Debtor that were subsequently determined not to have been owed.

**Schedule A/B, Part 4/Question 15.**    *Non-publicly traded stock and interests in incorporated and unincorporated businesses, including a limited liability company, partnership or joint venture.*    The Debtor owns 100% of the membership interests in its direct subsidiary, RAM.  Schedule A/B, Part 4/Question 15 lists the estimated value of RAM, as of October 14, 2021, as determined by the Debtor's management, which remains the most recent valuation of RAM available as of the Petition Date.  That valuation was based on projections that RAM would generate more than $50 million in revenue per year over the following five years and additional amounts thereafter.  Based on these future projections, the Debtor estimated the fair market value of its interest in RAM to be approximately $367.1 million as of October 14, 2021. There is no assurance that the future revenue projections that underlie the estimate of value will be achieved, and any differences in future revenues could be material.  As such, the estimated fair market value of RAM may materially differ from its actual fair market values.  In addition, as stated in the First Day Declaration, in June 2022, RAM entered into a royalty purchase agreement whereby it acquired rights to certain royalty streams from a third-party.  At the time of that agreement, RAM recognized the cost of the third-party's royalty streams it was acquiring as $29.5 million, which streams included royalty revenue streams based on third-party sales of CLOROX®, ECOLAB®, ESSITY® and SPARTAN® products.  RAM reported its total current assets in the 2021 Chapter 11 Case to be $406.86 million as of April 2, 2023.  See In re LTL Mgmt. LLC, No. 21-30589 (Bankr. D.N.J.) Dkt. 3948.

**Schedule A/B, Part 7/Question 38.**    *Office furniture, fixtures, and equipment; and collectibles*.    The Debtor does not own or lease any office furniture, fixtures, equipment, or collectibles, but, pursuant to a services agreement with J&J Services, the Debtor pays certain amounts for the use of J&J office space, including office furniture, fixtures and equipment, by employees seconded to it by J&J Services pursuant to a secondment agreement.

**Schedule A/B, Part 9/Question 54.**    *Interests in real property*.    The Debtor does not own or lease any real property, but, pursuant to a services agreement with J&J Services, the Debtor pays certain amounts for the use of J&J office space by employees seconded to it by J&J Services pursuant to a secondment agreement.

**Schedule A/B, Part 10/Question 59**.    *Interests in intangibles or intellectual property.* The Debtor does not directly own any interests in intangibles or intellectual property but, as set forth in the First Day Declaration, the Debtor's subsidiary, RAM, owns a portfolio of royalty revenue streams, including royalty revenue streams based on third-party sales of CLOROX®, ECOLAB®, ESSITY®, LACTAID®, MYLANTA® / MYLICON®, ROGAINE®, SPARTAN® and TENA® products.  RAM plans to review royalty monetization opportunities in the healthcare industry and grow its business by financing and/or reinvesting the income from these existing royalty revenue streams into both the acquisition of additional external royalty revenue streams as well as financings to third parties secured by similar royalty streams.

**Schedule A/B, Part 10/Question 67**.  *Personally identifying information of customers.*  The Debtor does not operate a business that provides goods or services to customers and therefore does not collect or retain personally identifying information of customers, as defined in 11 U.S.C. § 101(41A).

**Schedule A/B, Part 11/Question 71**.  *Notes receivable.*  The Debtor is party to a funding agreement (the "Funding Agreement") with Holdco.[5]  A copy of the Funding Agreement is attached as Annex E to the First Day Declaration.  Among other things, the Funding Agreement obligates Holdco to provide funding to pay for costs and expenses of the Debtor incurred in the normal course of its business (a) at any time when there is no bankruptcy case and (b) during the pendency of any chapter 11 case, including the costs of administering the chapter 11 case, in both situations to the extent that any cash distributions received by the Debtor from RAM are insufficient to pay those costs and expenses.  The terms of the Funding Agreement are described in detail in the First Day Declaration.  The Funding Agreement imposes no repayment obligation on the Debtor.  Although the Debtor has access to funding under the Funding Agreement, it is neither a note payable nor a note receivable.  The Funding Agreement is listed as "other property of any kind not already listed" in Schedule A/B, Part 11/Question 77.

In addition, the Debtor is party to a separate support agreement with J&J and Holdco (the "J&J Support Agreement").  A copy of the J&J Support Agreement is attached as Annex F to the First Day Declaration.  The J&J Support Agreement is subject to the approval of the Court and is operative only in the chapter 11 case.  It obligates J&J to provide the trust funding Holdco is required to provide under the Funding Agreement but only if Holdco fails to provide the funding.  In return, Holdco is obligated to reimburse J&J for any amounts it pays to the trust on Holdco's behalf, and any amounts that are not reimbursed by Holdco will be deemed to be financed with a loan from J&J to Holdco.  The Debtor is obligated to use commercially reasonable efforts to obtain final Court approval of the J&J Support Agreement and to cause a plan of reorganization containing the terms reflected in plan support agreements that have been entered into by the Debtor, J&J, Holdco and certain plaintiff law firms to become effective, in both cases as soon as reasonably practicable.   The Debtor has the right to enforce J&J's obligation under the J&J Support Agreement.  Although the Debtor potentially has access to funding under the J&J Support Agreement, it is neither a note payable nor a note receivable.  The J&J Support Agreement is listed as "other property of any kind not already listed" in Schedule A/B, Part 11/Question 77.

**Schedule  A/B,  Part 11/Question 72**.   *Tax refunds and unused net operating losses (NOLs).*  The Debtor is treated as a disregarded entity for federal income tax purposes.  As such, the Debtor does not owe or pay federal income taxes and its federal income tax filings are part of a consolidated tax return filed by its ultimate parent company, J&J.  For the same reason, any federal tax refunds or net operating losses are not assets of the Debtor and are not listed in the answer to Schedule A/B, Part 11/Question 72.  No other refunds for the 2022 tax year or otherwise have been identified, nor are any anticipated.  As such, the Debtor has included no amounts with respect to refunds or net operating losses in the Schedules.

---

[5]        The Debtor terminated its prior funding agreement prior to the commencement of this chapter 11 case.  See First Day Declaration ¶¶ 79-85.

**Schedule A/B, Part 11/Question 73**. *Interests in insurance policies or annuities.*  The Debtor is an insured and/or additional insured under various insurance policies issued to its ultimate parent company, J&J (collectively, the "J&J Insurance Policies").  Insurance coverage includes coverage for, among other things, director & officer insurance and commercial general liability insurance which is provided through group coverage from various insurance companies.  Information regarding this insurance coverage has been provided to the United States Trustee for the District of New Jersey, and the J&J Insurance Policies are not separately listed on the Schedules.

In addition to insurance coverage under the J&J Insurance Policies, the Debtor has a right to coverage under numerous other insurance policies in respect of talc-related claims.  The Debtor has made a diligent attempt to ensure that all such policies in which it has an interest are listed in the Schedules.  Any failure to list an insurance policy in the Schedules, however, is not an admission by the Debtor with respect to coverage under such policy.  The Debtor reserves the right to amend these Schedules to add any such omitted insurance policies in the future.

**Schedule A/B, Part 11/Question 74**. *Causes of action against third parties (whether or not a lawsuit has been filed).*  In certain jurisdictions, cross claims between parties to legal actions are deemed to automatically arise under applicable non-bankruptcy law even if not specifically initiated by a party.  It would be unduly burdensome for the Debtor to identify all such deemed cross claims individually.  Moreover, unless pursued, such information could be misleading.  The Debtor, therefore, has not listed such claims that automatically arise are deemed to arise under applicable non-bankruptcy law in Schedule A/B, Part 11/Question 74, but has listed available information relating to (a) cross claims actually pursued by the Debtor in court filings as of the Petition Date and (b) additional claims of the Debtor.

**Schedule A/B, Part 11/Question 75**.  *Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to setoff.*  The Debtor believes that it has rights to indemnity under certain agreements with third parties, including under supply agreements and agreements governing transactions involving the Debtor's predecessor, Johnson & Johnson Consumer Inc. ("Old JJCI"). The Debtor has attempted to list each of these agreements on Schedule A/B, Part 11/Question 75.  Omission of an agreement from Schedule A/B, Part 11/Question 75, however, does not constitute an admission that no indemnification obligation is owed to the Debtor, and the Debtor reserves all rights with respect to such obligations.

**Schedule A/B, Part 11/Question 77**. *Other property of any kind not already listed.*  As described above and in the First Day Declaration, the Funding Agreement provides the Debtor with access to funding to (a) pay for the costs and expenses of the Debtor incurred in the normal course of its business, (i) at any time when there is no bankruptcy case and (ii) during the pendency of any chapter 11 case filed by the Debtor, including the costs of administering the chapter 11 case and (b) fund a trust under a confirmed plan of reorganization, in both cases subject to the terms of the Funding Agreement.  These amounts are undetermined at this time.  Therefore, the value of the Funding Agreement has been listed in Schedule A/B, Part 11/Question 77 as "undetermined."

As also described above and in the First Day Declaration, the J&J Support Agreement obligates J&J to provide the trust funding Holdco is required to provide under the Funding Agreement but only if Holdco fails to provide the funding. The Debtor has the right to enforce J&J's obligation under the J&J Support Agreement, but the J&J Support Agreement is subject to the approval of the Court and is operative only in the chapter 11 case. Amounts under the J&J Support Agreement are undetermined at this time. Therefore, the value of the J&J Support Agreement has been listed in Schedule A/B, Part 11/Question 77 as "undetermined."

**Schedule D.** *Creditors who have claims secured by property.* The Debtor has not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor or inchoate statutory lien rights.

**Schedule E/F.** *Creditors who have unsecured claims.* The Debtor has listed potential claims for various taxing authorities in the amount of $0.00 in Schedule E/F. Additionally, certain of the claims of state and local taxing authorities set forth in Part 1 of Schedule E/F ultimately may be deemed, in whole or in part, to be secured claims pursuant to state or local laws or priority claims under the Bankruptcy Code. The Debtor reserves its right to dispute or challenge whether claims owing to various taxing authorities are secured or entitled to priority. The listing of any claim on Schedule E/F does not constitute an admission that such claim is entitled to priority pursuant to section 507 of the Bankruptcy Code.

Parties who have asserted filed talc-related claims involving the Debtor (collectively, the "Talc Claimants") and who are known to the Debtor are listed on Part 2 of Schedule E/F as holders of nonpriority unsecured claims. The Talc Claimants have been listed on Schedule E/F with respect to any unsecured claim they may have or assert against the Debtor. Due to their volume, the Talc Claimants' talc related claims identified on Part 2 of Schedule E/F have been listed in a separate attachment thereto. By an order entered on April 19, 2023 [Dkt. 231], the Bankruptcy Court authorized service on the Talc Claimants in care of their counsel. Therefore, the addresses listed for the Talc Claimants in Schedule E/F are the addresses of their identified counsel. In addition to the Talc Claimants listed on Part 2 of Schedule E/F, there are other Talc Claimants, that have not been listed, with claims against the Debtor that have not been filed as a result of the automatic stay that became effective upon the filing of the 2021 Chapter 11 Case and this chapter 11 case, including claims of certain Talc Claimants listed in exhibits to the Plan Support Agreements. Old JJCI was named in a certified class action, certain proposed class actions and certain individual actions commenced in Canada. The Debtor has listed the named plaintiffs in care of their counsel. Additional information regarding the Canadian actions is set forth in the Debtor's motion for authority to serve as foreign representative [Dkt. 12]. Also included in this attachment to Part 2 of Schedule E/F are certain governmental entities who had asserted talc-related claims or formally initiated investigations in that regard against Old JJCI prior to the Petition Date. The Debtor has not listed certain governmental entities who have been or may be involved in other informal investigative processes related to talc-related claims. In addition, included in this attachment is an action alleging that Old JJCI failed to provide certain warnings required by California's Safe Drinking Water and Toxic Enforcement Act of 1986, commonly referred to as Proposition 65, in connection with talc-containing products sold in California. The Debtor has not listed claims, with the exception of claims against J&J, that may be pending against a party to whom the Debtor has or potentially has indemnification obligations

- 11 -

but did not list Old JJCI or the Debtor, including any such claims that have been or may be commenced postpetition.

In addition, certain surety companies have issued surety bonds for certain actions by Talc Claimants. These actions are as follows:  (a) Christina G. Prudencio - Case Number RG20061303; (b) Dangela M. McNeill-George - Case Number MID-L-07049-16AS; (c) David Charles Etheridge and Darlene Pastore Etheridge - Case Number MID-L-00932-17AS; (d) Ronning William and Elizabeth William - Case Number MID-L-06040-17AS; (e) Donna A. Olson and Robert M. Olson - Case Number 190328/2017; (f) Ashley Leigh Schmitz, Robert Evan Schmitz, Susan Jean Bader, Estate of Patricia Schmitz - Case Number RG20048957; and (g) Barden Douglas and Roslyn - Case Number MID-L-01809-17AS. These surety bonds have not been collateralized and are unsecured. Because J&J, not the Debtor, is obligated to the sureties in respect of these surety bonds, the sureties are not listed in Schedule E/F.

Prior to the 2021 Chapter 11 Case, Old JJCI and J&J entered into certain settlement agreements in respect of talc-related claims with certain plaintiff law firms. As of the Petition Date, certain of these settlements remain unpaid, in whole or in part. A portion of certain of these unpaid settlement amounts is owed to a common benefit fund (the "Common Benefit Fund") as a result of common benefit assessments established by a case management order entered in the multidistrict litigation pending in the United States District Court for the District of New Jersey.  Unpaid settlement claims have been listed on Schedule E/F and the amounts listed with respect to these claims are identified by the phrase "confidential settlement amount" because the amounts are subject to confidentiality restrictions.[6]  In addition, the Debtor has listed the portion attributable to the Common Benefit Fund separately on Schedule E/F, with the amount identified by the phrase "confidential settlement amount" because the settlement amounts are subject to confidentiality restrictions. Certain settlements that were unpaid as of the filing of the 2021 Chapter 11 Case and the filing of this chapter 11 case have not been listed because all requirements for the settlement had not been satisfied as of the respective petition dates.

Co-defendants in talc-related litigation (collectively, the "Talc Co-Defendants") have been identified in Schedule H as potential co-debtors. See note to Schedule H for additional information regarding the Talc Co-Defendants. Given the volume of information on Schedule H, the Talc Co-Defendants have not been listed again in Schedule E/F, but each Talc Co-Defendant identified in Schedule H is hereby deemed to be listed in Schedule E/F, Part 2/Question 3 as having a nonpriority claim (a) in an undetermined amount, (b) that is contingent, unliquidated and disputed and not subject to offset and (c) that was incurred on an undetermined date.

An intercompany payable to J&J is listed in Schedule E/F on account of potential amounts owed to J&J on account of talc-related costs, including legal fees and expenses, as the result of the Debtor's indemnity obligations. See First Day Declaration ¶¶ 15, 20, 24; see also id. Annex A. The amount of this payable currently is unknown. As reflected in Schedule E/F, the Debtor does not dispute that it has certain indemnity obligations to J&J in respect of talc-related claims. See First Day Declaration ¶ 20. Additionally, the Debtor has listed certain intercompany payables to its affiliate J&J Services on account of accrued prepetition amounts

---

[6]     A motion to seal will be filed.

under the Debtor's secondment agreement with J&J Services and the Debtor's services agreement with J&J Services. The Debtor also has listed certain intercompany payables to Holdco as a result of Holdco paying amounts owed by the Debtor to vendors operating under master services agreements for certain talc-litigation services provided to the Debtor but billed to and paid for by Holdco pursuant to the master services agreements.

The listing by the Debtor of any account between the Debtor and a non-debtor affiliate is a statement of what appears in the Debtor's books and records and does not reflect any admission or conclusion of the Debtor regarding the allowance, classification, character, validity or priority of such account. Any intercompany accounts remain subject to further review by the Debtor.

In addition, the Debtor has listed the following parties on Schedule E/F: (a) parties, other than non-debtor affiliates (excluding J&J), that may hold or assert indemnification claims against the Debtor; (b) the creditors listed on the Debtor's list of top 20 unsecured creditors; (c) all ordinary course professionals of the Debtor with amounts not satisfied as of the Petition Date; (d) all other professionals and entities who had an unpaid claim for services rendered, to the Debtor or in the 2021 Chapter 11 Case, prior to the Petition Date; (e) the United States Trustee for the District of New Jersey (the "U.S. Trustee") with respect to quarterly fees accrued during the 2021 Chapter 11 Case but unpaid as of the Petition Date; (f) a declaratory judgment action commenced by certain of the Debtor's insurers prior to the 2021 Chapter 11 Petition Date to determine coverage obligations; and (g) certain professionals who have asserted claims for substantial contribution in connection with the 2021 Chapter 11 Case, see In re LTL Mgmt. LLC, No. 21-30589, Dkts. 3949, 3951. Identification of any of the foregoing parties on Schedule E/F (including the deemed inclusion of the Talc Co-Defendants) is not intended, and shall not be deemed, to constitute an admission of any claim of, or obligation of the Debtor to, such parties.

As noted above, the Debtor has included certain parties, other than non-debtor affiliates (excluding J&J), that may hold or assert indemnification claims against the Debtor. Such parties include various retailers and other transaction counterparties. As to these retailers and certain transaction counterparties, the Debtor has indemnification obligations to them pursuant to indemnity agreements with such parties or applicable law. The Debtor reserves all rights to dispute or challenge any indemnification obligations to such parties on any basis.

As noted in the 2021 Schedules and SOFA, ordinary course professionals retained by the Debtor and who performed services for both the Debtor and J&J may seek compensation from J&J with respect to such unpaid fees and expenses consistent with the terms of such professionals' engagements.

With respect to claims for services rendered in the 2021 Chapter 11 Case, certain professionals and entities incurred fees and expenses for work performed during the 2021 Chapter 11 Case, including the mediators appointed by the Bankruptcy Court, the fee examiner appointed by the Bankruptcy Court and his counsel, the Rule 706 of the Federal Rules of Evidence expert appointed by the Bankruptcy Court and his professionals, the legal representative for future talc claimants and her professionals, and professionals for the official committee of talc claimants, that were not paid prior to the dismissal of the 2021 Chapter 11 Case or prior to the filing of the instant case. In addition, quarterly fees owed to the U.S. Trustee accrued during the 2021 Chapter 11 Case (the quarterly fees, together with the fees and expenses

of the above professionals collectively, the "2021 Obligations"). Accordingly, these amounts are included in Schedule E/F as unsecured, nonpriority claims. The inclusion of such fees and expenses on Schedule E/F does not constitute an admission as to the amount or validity of such claims, and the Debtor reserves the right to object to or otherwise challenge these claims pursuant to the Dismissal Order. In addition, the Debtor has filed a motion seeking authorization from the Bankruptcy Court to satisfy its obligations under the Dismissal Order, which include the 2021 Obligations. See Dkt. 319. If approved, the Debtor would be authorized to satisfy the 2021 Obligations.

Prior to the commencement of the 2021 Chapter 11 Case, the Debtor did not maintain records in the ordinary course identifying the addresses many of its creditors (or their law firms, as applicable). To the extent the Debtor did not have addresses for such claimants in the 2021 Chapter 11 Case, it made a good faith effort, with the assistance of Epiq, to identify and confirm addresses. Many of the addresses were utilized by the Debtor in the 2021 Chapter 11 Case, and appropriate updates were made throughout that case. In the preparation of these Schedules and SOFA, the Debtor again has made a good faith effort to identify any missing addresses of the foregoing parties. The Debtor reserves the right to supplement the name and address information of the foregoing listed in Schedule E/F as additional names and/or addresses are identified.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals or general reserves. Such amounts may be reflected on the Debtor's books and records as required in accordance with GAAP. Accruals are general estimates of liability and may not represent specific claims as of the Petition Date.

**Schedule G.** *Executory contracts and unexpired leases.* Although the Debtor's existing books and records have been relied upon to identify and schedule executory contracts and unexpired leases, and diligent efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over-inclusions may have occurred. Certain contracts identified on Schedule G were entered into before the formation of the Debtor on October 12, 2021 and show Old JJCI as the original counterparty. Each of these contracts was allocated to the Debtor upon its formation.

Schedule G lists certain amended and restated agreements with affiliates of the Debtor. These were amended and restated on October 12, 2021 to reflect certain corporate changes, notably the names of the parties to those agreements and conversion of the Debtor from a Texas limited liability company to a North Carolina limited liability company after the Debtor's formation on the same date.

The Debtor is a party to various plan support agreements with J&J, Holdco and certain law firms representing talc claimants (each, a "PSA"). As stated in the First Day Declaration, the PSAs provide, among other things, that the Debtor, J&J, Holdco and the supporting law firms representing talc claimants will work together to finalize, file and seek confirmation of a plan of reorganization that provides for the establishment of a trust funded in the amount of $8.9 billion on a net present value basis. See First Day Declaration ¶¶ 71-74. The PSAs further provide that a plan containing the terms to which the parties have agreed must be filed by May 14, 2023, or as soon thereafter as is feasible. See id. Each of the listed PSAs was entered into prepetition. Additional PSAs have been entered into following the Petition Date and negotiations with other

NAI-1536686638

firms continue and may result in execution of additional PSAs.  The Debtor reserves all rights with respect to the PSAs.

In the 2021 Chapter 11 Case, the Bankruptcy Court authorized the Debtor to enter into an expense reimbursement agreement (the "Reimbursement Agreement") with the ad hoc committee of state attorney generals in that case [No. 21-30589, Dkt. 2585].  The Bankruptcy Court authorized, but did not direct, the Debtor to pay its share of the fees and expenses of counsel to the ad hoc committee of state attorney generals pursuant to the terms and conditions of the Reimbursement Agreement and provided that the Debtor would have no obligation to pay any fees and expenses incurred after termination of the Reimbursement Agreement.  The Reimbursement Agreement is not listed in Schedule G.  The Debtor reserves all rights with respect to the Reimbursement Agreement.

The identification of a contract, agreement or lease, including the PSAs, in Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract, agreement or lease was effective as of the Petition Date or is valid or enforceable.  The Debtor reserves all of its rights with respect to the contracts, agreements and leases identified in Schedule G, including, without limitation, the Debtor's rights to dispute the validity, status or enforceability of any contracts, agreements or leases and to amend or supplement Schedule G as necessary.

Certain of the items reflected on Schedule G may contain renewal options, purchase options, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not separately set forth on Schedule G.  The Debtor hereby expressly reserves the right to assert that, or challenge whether, any item listed on Schedule G is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code.  In addition, the Debtor reserves all of its rights, claims and causes of action with respect to claims associated with any contracts and agreements listed in the Schedules, including Schedule G, including its right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any intercompany agreement).

The Debtor has settlement agreements with certain law firms that represent or will represent talc claimants.  These settlement agreements have not been listed in Schedule G.  The existence of these settlement agreements is confidential pursuant to their terms.  There are certain settlement agreements under which claims were resolved but were unpaid, in full or in part, as of the Petition Date.  The claims with respect to those settlement agreements are listed in Schedule E/F.  See note to Schedule E/F above.  The Debtor reserves all rights with respect to any settlement agreement.

Certain agreements, including corporate constituent documents and confidentiality agreements, have not been listed on Schedule G.  The Debtor reserves all rights with respect to such agreements.  Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

- 15 -

The Funding Agreement and the J&J Support Agreement have been listed on Schedule G. The Debtor reserves all rights with respect to the Funding Agreement and the J&J Support Agreement, including with respect to whether such agreements are or are not executory contracts.

Pursuant to various agreements with certain retailers and transaction counterparties, the Debtor has agreed to accept the tender and defense of talc-related claims based on the Debtor's talc-containing products. Because it is not clear in all instances if such agreements are executory contracts, these agreements have not been listed in Schedule G. The Debtor reserves all rights with respect to such agreements.

The Debtor has listed engagement agreements with the Debtor's professionals in this case in Schedule G. Consistent with the retention application filed by Weil, Gotshal, Manges LLP ("Weil") [Dkt. 428], Weil's engagement is performed pursuant to the Outside Counsel Management and Billing Guidelines for North America & Global IP and Litigation Guidelines (the "Outside Counsel Billing Guidelines") utilized by J&J and its affiliates. In addition, the Debtor's ordinary course professionals also operate under the Outside Counsel Billing Guidelines, which is not separately listed for every ordinary course professional.

Certain of the contracts and agreements listed on Schedule G may consist of several parts that may not be listed on Schedule G or that may be listed as a single entry. Unless otherwise specified in Schedule G, each executory contract or unexpired lease identified therein shall include all exhibits, schedules, riders, statements of work, modifications, declarations, amendments, supplements, attachments, restatements or other agreements made directly or indirectly by any agreement, instrument or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed therein.

**Schedule H.** *Co-debtors.* Listing a possible co-obligor on Schedule H does not, is not intended to and shall not be deemed to constitute an admission that such party is liable on any obligation of the Debtor. The Debtor and all parties listed in Schedule H each reserve all rights to challenge whether any party listed therein has any liability as a co-obligor. The rights, claims and causes of action of the Debtor, any co-obligor and all listed parties with respect to the matters referenced on Schedule H are hereby reserved and fully preserved.

Due to their volume, the parties identified on Schedule H have been listed in a separate attachment thereto.

The Debtor has listed Talc Co-Defendants on Schedule H. Whether a Talc Co-Defendant may be liable for talc-related liabilities of the Debtor as a co-debtor depends on, among other things, the specific facts of a particular potential claim and applicable non-bankruptcy law. It would be unduly burdensome to seek to identify which Talc Co-Defendants may be co-obligors on any particular liability. In any event, any such exercise would necessarily be incomplete and potentially misleading because information needed to make a complete assessment would require access to information that is not available, including information about future litigation outcomes that cannot be predicted. In addition, it would be unduly burdensome to identify the applicable

- 16 -

case number, plaintiff or plaintiffs, court and court address for each Talc Co-Defendant's potential claim.

Although Talc Claimants and other parties commonly name J&J as a co-defendant in talc-related actions against Old JJCI and the Debtor, the Debtor has listed J&J only once in the separate attachment hereto due to the volume of cases.

Prior to the commencement of the 2021 Chapter 11 Case, the Debtor did not maintain records in the ordinary course identifying the addresses of the thousands of Talc Co-Defendants. To the extent the Debtor did not have addresses for such Talc Co-Defendants in the 2021 Chapter 11 Case, it made a good faith effort, with the assistance of Epiq, to identify and confirm addresses. Many of the addresses were utilized by the Debtor in the 2021 Chapter 11 Case, and appropriate updates were made throughout that case. In the preparation of these Schedules and SOFA, the Debtor again has made a good faith effort to identify any missing addresses of the Talc Co-Defendants. The Debtor reserves the right to supplement the name and address information of the Talc Co-Defendants listed in Schedule H as additional names and/or addresses of potential Talc Co-Defendants are identified.

## Specific Disclosures with Respect to the Debtor's SOFA

**Part 1/Questions 1 and 2**. *Gross revenue from business. Non-business revenue.* The Debtor does not have any revenues relating to the operation of the Debtor's business. During the applicable period, the Debtor did not receive any interest income or revenue on account of its ownership of RAM.

**Part 2/Question 3.** *Certain payments or transfers to creditors within 90 days before filing this case.* The Debtor made certain payments during the pendency of the 2021 Chapter 11 Case and, as discussed above, prior to the commencement of this chapter 11 case, which were made within the 90 days prior to the filing of this chapter 11 case. See note to Schedule A/B, Part 2/Question 8 above. In addition to those payments, which were made on April 4, 2023 and are identified in the response to this question, other payments were made by the Debtor in the ordinary course of the 2021 Chapter 11 Case, and were previously disclosed in Monthly Operating Reports filed in the 2021 Chapter 11 Case. See note to Schedule A/B, Part 2/Question 8 above and note to SOFA Part 6/Question 11 below; see also In re LTL Mgmt. LLC, No. 21-30589 (Bankr. D.N.J.) Dkts. 2144, 2325, 2543, 2763, 2904, 3056, 3172, 3341, 3526, 3658, 3781, 3886, 3948. They are again disclosed here for convenience. On March 28, 2023, the Debtor issued a payment of $178,484 to its local bankruptcy counsel, Wollmuth Maher Deutsch LLP ("WMD"), as approved by the Bankruptcy Court in the 2021 Chapter 11 Case. That payment was returned to the Debtor on April 3, 2023 as the result of an inadvertent wire error. On April 4, 2023, prior to entry of the Dismissal Order, the Debtor re-issued the payment of $178,484 to WMD.

**Part 2/Question 4**. *Payments or other transfers of property made within 1 year before filing this case that benefited any insider.* The Debtor made certain payments prior to the Petition Date. As listed in SOFA Part 2/Question 4, the Debtor made certain payments to its non-debtor affiliate J&J Services on account of amounts owed under the secondment agreement and the services agreement between the Debtor and J&J Services. In addition, the Debtor

- 17 -

reimbursed Holdco as a result of Holdco paying amounts owed by the Debtor to vendors operating under master services agreements for certain talc-litigation services provided to the Debtor but billed to and paid for by Holdco pursuant to the master services agreements. The Debtor also made quarterly payments to the Debtor's manager, Mr. Deyo, as compensation for his services as a member of the Debtor's Board of Managers.

Part 3/Question 7. *Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits.* Many of the matters listed in SOFA Part 3/Question 7 were asserted against Old JJCI. Those matters are listed because the Debtor is responsible for them. As a result of a corporate restructuring that concluded on October 12, 2021, the Debtor became responsible for Old JJCI's liabilities arising from talc-related claims against it (other than claims for which the exclusive remedy is provided under a workers' compensation statute or similar laws), and the defense of those claims. In addition, the Debtor's records regarding actions and other proceedings initiated against it are organized by reference to the individual claimants involved. Actions initiated by multiple plaintiffs or claimants therefore may appear multiple times within the Debtor's records. The Debtor has made reasonable efforts to remove duplicate entries for each matter listed in SOFA Part 3/Question 7. Nonetheless, certain matters may have been inadvertently listed more than once. The matters listed in SOFA Part 3/Question 7 may not include all actions or proceedings commenced against the Debtor after the Petition Date in violation of the automatic stay, but new claims that were filed and served on the Debtor through April 25, 2023 have been included for completeness. Due to their volume, the talc-related matters identified in SOFA Part 3/Question 7 have been listed on a separate attachment.

Part 6/Question 11. *Payments related to bankruptcy made within 1 year before the filing of this case.* The Debtor made certain payments throughout the 2021 Chapter 11 Case to its professionals, the professionals of both the official committee of talc claimants and the legal representative for future talc claimants in the 2021 Chapter 11 Case, as well as other professionals involved in the 2021 Chapter 11 Case, including the fee examiner appointed by the Bankruptcy Court and his counsel and the Rule 706 of the Federal Rules of Evidence expert appointed by the Bankruptcy Court and his professionals. These payments were disclosed during the 2021 Chapter 11 Case in the Monthly Operating Reports filed by the Debtor. See In re LTL Mgmt. LLC, No. 21-30589 (Bankr. D.N.J.) Dkts. 2144, 2325, 2543, 2763, 2904, 3056, 3172, 3341, 3526, 3658, 3781, 3886, 3948. Payments to the Debtor's professionals in the 2021 Chapter 11 Case have been disclosed in the SOFA to the extent such payments occurred within one year of the Petition Date. See also note to SOFA Part 2/Question 3.

Part 6/Question 13. *Transfers not already listed on this statement made by the Debtor within 2 years before the filing of this case.* See note to SOFA Part 6/Question 11.

Part 9/Question 16. *Personally identifiable information of customers.* See note to Schedule A/B, Part 10/Question 67.

Part 10/Question 20. *Off-premises storage of property.* The Debtor stores various records in off-premises storage through a third-party vendor, Iron Mountain, Inc. ("Iron Mountain"), as listed in SOFA Part 10/Question 20. The Debtor understands that Iron Mountain

maintains this material at various locations.  As such, the Debtor has listed Iron Mountain at its primary corporate address.

In addition, over the course of the talc-related litigation, Old JJCI and the Debtor have retained more than 40 law firms in the ordinary course of business as defense counsel in talc-related matters and several consultants on talc-related matters (collectively, the "Talc-Related Counsel and Consultants").  The Talc-Related Counsel and Consultants have been identified on Schedule E/F and Schedule G.  Some of the Talc-Related Counsel and Consultants store physical and electronic documents and other information relating to talc-related claims on behalf of the Debtor in the ordinary course of their business.  Such storage by Talc-Related Counsel and Consultants has not been separately identified in SOFA Part 10/Question 20.

The Debtor also stores certain electronic documents and other information relating to talc-related claims with third parties (such as Amazon Web Services, Inc., Microsoft 365 and IQVIA RDS Inc.), including through the use of various third party cloud-storage platforms, in the ordinary course of its business.  Such storage of electronic data has not been separately identified in SOFA Part 10/Question 20.

**Part 13/Question 25**.  *Other businesses in which the Debtor has or has had an interest.* The Debtor owns a 100% membership interest in RAM, which manages a portfolio of royalty revenue streams, including some based on third party sales of certain products, and will seek opportunities to acquire or finance additional royalty revenue streams.

**Part 13/Question 26**.  *Books, records, and financial statements*.  In connection with the 2021 Chapter 11 Case, the Debtor filed Monthly Operating Reports as well as Periodic Reports Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest reporting on its financial condition and the financial condition of RAM.  See In re LTL Mgmt. LLC, No. 21-30589 (Bankr. D.N.J.) Dkts. 548, 759, 935, 1237, 1556, 1806, 2144, 2325, 2444, 2543, 2763, 2904, 3056, 3172, 3341, 3453, 3526, 3658, 3781, 3886, 3948.  In addition, the Debtor, through both formal and informal discovery, provided information regarding the Debtor and RAM's financial conditions to various parties-in-interest in the 2021 Chapter 11 Case.  Such reports in the 2021 Chapter 11 Case or parties-in-interest have not been identified in SOFA Part 13/Question 26d.

**Part 13/Question 30**.  *Payments, distributions, or withdrawals credited or given to insiders*.  See the response to SOFA Part 2/Question 4 for this information.

**Case Number:  23-12825 (MBK)**

# Schedule A/B: Assets — Real and Personal Property

**Part 1:**     **Cash and cash equivalents**

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| General description | Type of account (if applicable) | Last 4 digits of account # (if applicable) | Current value of debtor's interest |
|---|---|---|---|
| **2.  Cash on hand** | | | |
| 2.1 | | | |
| **3.  Checking, savings, money market, or financial brokerage accounts (Identify all)** | | | |
| 3.1  BANK OF AMERICA, N.A. | CHECKING ACCOUNT | 3987 | $14,514,516 |
| **4.  Other cash equivalents (Identify all)** | | | |
| 4.1 | | | |

5.   **Total of Part 1.**                                                                              $14,514,516

Add lines 2 through 4. Copy the total to line 80.

**LTL Management LLC**                                    **Case Number:  23-12825 (MBK)**

## Schedule A/B: Assets — Real and Personal Property

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

6.   **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| General description | Current value of debtor's interest |
|---------------------|------------------------------------|

7.   **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1 | | |
|-----|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| 8.1 | CASSELS BROCK & BLACKWELL LLP | $58,105 |
|-----|-------------------------------|---------|
| 8.2 | EPIQ CORPORATE RESTRUCTURING, LLC | $25,000 |
| 8.3 | ERNST & YOUNG LLP | $58,105 |

9.   **Total of Part 2**                                    $141,210

   Add lines 7 through 8. Copy the total to line 81.

**LTL Management LLC**                                          **Case Number:  23-12825 (MBK)**

## Schedule A/B: Assets — Real and Personal Property

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| General description | Face or requested amount | Doubtful or uncollectable | Current value of debtor's interest |
|---|---|---|---|
| 11.  Accounts receivable | | | |
| 11a. 90 days old or less: | $22,806  - | $0  = | $22,806 |
| 11b. Over 90 days old: | $4,001  - | $0  = | $4,001 |
| 11c. All accounts receivable: | $26,807  - | $0  = | $26,807 |

12.  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

|  |
|---|
| **$26,807** |

**LTL Management LLC**                                              **Case Number:  23-12825 (MBK)**

## Schedule A/B: Assets — Real and Personal Property

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| General description | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

14.1 _____     _____     _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:

| 15.1 | ROYALTY A&M LLC (OWNERSHIP: 100.0%) | N.A. | $367,128,945 |
|---|---|---|---|

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

16.1 _____     _____     _____

17.  **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

| $367,128,945 |
|---|

LTL Management LLC                                    Case Number:  23-12825 (MBK)

## Schedule A/B: Assets — Real and Personal Property

**Part 5:**          **Inventory, excluding agriculture assets**

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 19.1 | | | | |
| 20.  **Work in progress** | | | | |
| 20.1 | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | |
| 22.  **Other Inventory or supplies** | | | | |
| 22.1 | | | | |

23.  **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.     Book Value _____     Valuation method _____     Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

LTL Management LLC                                                Case Number:  23-12825 (MBK)

## Schedule A/B: Assets — Real and Personal Property

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 28.1 | | | |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.    Book Value _____    Valuation method _____    Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

LTL Management LLC                                                                     Case Number:  23-12825 (MBK)

## Schedule A/B: Assets — Real and Personal Property

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|-----------------------------------|

39. **Office furniture**
    39.1 _____  _____  _____  _____

40. **Office fixtures**
    40.1 _____  _____  _____  _____

41. **Office equipment, including all computer equipment and communication systems equipment and software**
    41.1 _____  _____  _____  _____

42. **Collectibles**
    42.1 _____  _____  _____  _____

43. **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.                                              _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

LTL Management LLC                                                    Case Number:  23-12825 (MBK)

## Schedule A/B: Assets — Real and Personal Property

**Part 8:**       **Machinery, equipment, and vehicles**

46.   **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____  _____  _____  _____

48.   **Watercraft, trailers, motors, and related accessories**
Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____  _____  _____  _____

49.   **Aircraft and accessories**

49.1 _____  _____  _____  _____

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1 _____  _____  _____  _____

51.   **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                          _____

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

**LTL Management LLC**                                    **Case Number:  23-12825 (MBK)**

## Schedule A/B: Assets — Real and Personal Property

| Part 9: | Real property |
|---------|---------------|

54.  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.1 _____  _____  _____  _____  _____

56.  **Total of Part 9**

Add the current value on all Question 55 lines and entries from any additional sheets. Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

LTL Management LLC                                                    Case Number:  23-12825 (MBK)

## Schedule A/B: Assets — Real and Personal Property

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.  **Patents, copyrights, trademarks, and trade secrets**

60.1

61.  **Internet domain names and websites**

61.1

62.  **Licenses, franchises, and royalties**

62.1

63.  **Customer lists, mailing lists, or other compilations**

63.1

64.  **Other intangibles, or intellectual property**

64.1

65.  **Goodwill**

65.1

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

LTL Management LLC                                           Case Number:  23-12825 (MBK)

## Schedule A/B: Assets — Real and Personal Property

**Part 11:**     **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form? Include all interests in executory contracts and unexpired leases not previously reported on this form.**

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

| General description | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

    71. 1

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    72. 1

73. **Interests in insurance policies or annuities**

    73. 1   See Schedule A/B, Part 11, Question 73 Attachment     Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    74. 1   Atlanta International Insurance Company, et al. v. Johnson & Johnson, et al., Docket No: MID-L-3563-19,     Undetermined
          Law Division, Middlesex County (Superior Court of New Jersey)

          *Nature of claim: Declaratory judgment action commenced by insurers in which the Debtor and certain non-debtor affiliates are seeking coverage for talc-related claims*
          *Amount requested: Undetermined*

    74. 2   Dr. Jacqueline Moline     Undetermined

          *Nature of claim: Injurious Falsehood / Product Disparagement, Fraud, Violation of Lanham Act § 43(a), 15 U.S.C. § 1125(a)*
          *Amount requested: Undetermined*

    74. 3   Drs. Theresa Emory, Richard Kradin, and John Maddox     Undetermined

          *Nature of claim: Injurious Falsehood / Product Disparagement, Fraud, Violation of Lanham Act § 43(a), 15 U.S.C. § 1125(a)*
          *Amount requested: Undetermined*

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    75. 1   Indemnity under certain contracts and transactional documents with various third parties:     Undetermined

          *Nature of claim: Not Available*
          *Amount requested: Undetermined*

    75. 2   Amended and Restated Manufacturing and Supply Agreement by and between Johnson & Johnson     Undetermined
          Consumer Inc., and PTI Royston, LLC, dated as of December 15, 2017

          *Nature of claim: Indemnity Agreement*
          *Amount requested: Undetermined*

**LTL Management LLC**                                                                 **Case Number:  23-12825 (MBK)**

## Schedule A/B: Assets — Real and Personal Property

| Part 11: | All other assets |
|---|---|

| General description | Current value of debtor's interest |
|---|---|

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| 75. 3 | Asset Purchase Agreement by and between Johnson & Johnson Consumer Companies, Inc., and Pharma Tech Industries, Inc., dated as of April 4, 2005 | Undetermined |
|---|---|---|
|  | *Nature of claim: Indemnity Agreement*<br>*Amount requested: Undetermined* | |
| 75. 4 | Manufacturing and Supply Agreement by and between Johnson & Johnson Consumer Companies, Inc., and Pharma Tech Industries, Inc., dated as of August 29, 2005 | Undetermined |
|  | *Nature of claim: Indemnity Agreement*<br>*Amount requested: Undetermined* | |
| 75. 5 | North American Asset Purchase Agreement among Johnson & Johnson Consumer Companies, Inc. and Valeant Pharmaceuticals International, Inc., dated as of September 9, 2012 | Undetermined |
|  | *Nature of claim: Indemnity Agreement*<br>*Amount requested: Undetermined* | |
| 75. 6 | Supply Agreement by and between Johnson & Johnson Consumer Companies, Inc. and Luzenac America, Inc., dated April 15, 2001 | Undetermined |
|  | *Nature of claim: Indemnity Agreement*<br>*Amount requested: Undetermined* | |
| 75. 7 | Talc Supply Agreement between Windsor Minerals Inc. and Johnson & Johnson Baby Products, Company, a division of Johnson & Johnson Consumer Products, Inc., dated January 6, 1989 | Undetermined |
|  | *Nature of claim: Indemnity Agreement*<br>*Amount requested: Undetermined* | |

**76.  Trusts, equitable or future interests in property**

| 76. 1 | | |
|---|---|---|

**77.  Other property of any kind not already listed Examples: Season tickets, country club membership**
Examples: Season tickets, country club membership

| 77. 1 | Funding Agreement with JOHNSON & JOHNSON HOLDCO (NA) INC. ("Holdco") | Undetermined |
|---|---|---|
| 77. 2 | Support Agreement with Johnson & Johnson ("J&J") and Holdco | Undetermined |

**LTL Management LLC**                                    **Case Number:  23-12825 (MBK)**

## Schedule A/B: Assets — Real and Personal Property

| Part 11: | All other assets |
|---|---|

78. **Total of Part 11**

   Add lines 71 through 77. Copy the total to line
   90.

| Undetermined |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

LTL Management LLC                                                    Case Number:  23-12825 (MBK)

## Schedule A/B: Assets — Real and Personal Property

**Part 12:**     **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property | Total of all property |
|---|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $14,514,516 | | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $141,210 | | |
| 82. Accounts receivable. Copy line 12, Part 3. | $26,807 | | |
| 83. Investments. Copy line 17, Part 4. | $367,128,945 | | |
| 84. Inventory. Copy line 23, Part 5. | $0 | | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0 | | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $0 | | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $0 | | |
| 88. Real property. Copy line 56, Part 9. | | $0 | |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $0 | | |
| 90. All other assets. Copy line 78, Part 11. | UNDETERMINED | | |
| 91. Total. Add lines 80 through 90 for each column. | a. UNDETERMINED | b.. $0 | |

92. **Total of all property on Schedule A/B. Lines 91a + 91b = 92.**                              UNDETERMINED

**LTL Management LLC**                                                                     **Case Number:  23-12825 (MBK)**

## Schedule D: Creditors Who Have Claims Secured by Property

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C  U  D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **2.** | ☐ | ☐ | ☐ | | ☐ ☐ ☐ | $0 | |
| | | | | | **Total:** | $0 | |

**LTL Management LLC**                                                                    **Case Number:  23-12825 (MBK)**

## Schedule D: Creditors Who Have Claims Secured by Property

                                                                                          **Amount of Claim**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    **$0**

**LTL Management LLC**                                     **Case Number:  23-12825 (MBK)**

## Schedule D: Creditors Who Have Claims Secured by Property

**Part 2:**      **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Name and Mailing Address | Part 1 Line on which the Related Creditor was Listed | Last 4 Digits of Account Number for this Entity |
|---|---|---|
| NONE | | |

**LTL Management LLC**                                            Case Number:  23-12825 (MBK)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|
| **Taxing Authorities** | | | | | | | |
| 2.1 INTERNAL REVENUE SERVICE PO BOX 7317 PHILADELPHIA, PA 19101-7317 | UNKNOWN ACCOUNT NO.: N/A | ☐ | ☐ | ☐ | ☐ | $0 | $0 |
| 2.2 INTERNAL REVENUE SERVICE 4905 KROGER BOULEVARD GREENSBORO, NC 27407 | UNKNOWN ACCOUNT NO.: N/A | ☐ | ☐ | ☐ | ☐ | $0 | $0 |
| 2.3 INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST, MAIL STOP 5Q30133 PHILADELPHIA, PA 19104-5016 | UNKNOWN ACCOUNT NO.: N/A | ☐ | ☐ | ☐ | ☐ | $0 | $0 |
| 2.4 NORTH CAROLINA DEPARTMENT OF REVENUE, BANKRUPTCY UNIT PO BOX 1168 RALEIGH, NC 27602 | UNKNOWN ACCOUNT NO.: N/A | ☐ | ☐ | ☐ | ☐ | $0 | $0 |
| | **Taxing Authorities Total:** | | | | | **$0** | **$0** |

**LTL Management LLC**                                           **Case Number:  23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

| | | |
|---|---:|---:|
| **Total: All Creditors with PRIORITY Unsecured Claims** | $0 | $0 |

**LTL Management LLC**                                              **Case Number:  23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**     **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| **Professional Services Claims** | | | | | | | | |
| 3.1 | ADLER POLLOCK & SHEEHAN PC C/O JAMES OSWALD ONE CITIZENS PLAZA, 8TH FLOOR PROVIDENCE, RI 02903 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| 3.2 | ANDERSON KILL PC 1251 AVE OF THE AMERICAS NEW YORK, NY 10020 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $142,864 |
| 3.3 | BAILEY GLASSER LLP 950 W BANNOCK ST  940 BOISE, ID 83702-5999 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $71,516 |
| 3.4 | BARNES & THORNBURG, LLP C/O JOSEPH EATON 11 SOUTH MERIDIAN STREET INDIANAPOLIS, IN 46204 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| 3.5 | BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. RICHARD E. SARVER 909 POYDRAS STREET, SUITE 2350 NEW ORLEANS, LA 70112 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| 3.6 | BEDERSON LLP 100 PASSAIC AVE, STE 310 FAIRFIELD, NJ 07004 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $1,440 |
| 3.7 | BERKELEY RESEARCH GROUP LLC 2200 POWELL ST, STE 1200 EMERYVILLE , CA 94608-1833 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $209,760 |
| 3.8 | BERNSTEIN SHUR SAWYER & NELSON P.A. 100 MIDDLE ST PO BOX 9729 PORTLAND, ME 04104-5029 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Professional Services | ☐ | $135,952 |
| 3.9 | BLANK ROME LLP JAMES T. SMITH ONE LOGAN SQUARE 130 NORTH 18TH STREET PHILADELPHIA, PA 19103 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |

**LTL Management LLC**                                    Case Number:  23-12825 (MBK)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Professional Services Claims** | | | | | | | |
| **3.10** BROWN RUDNICK LLP ATTN DJ MOLTON, RJ STARK SEVEN TIMES SQUARE NEW YORK, NY 10036 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $1,397,349 |
| **3.11** BROWNGREER PLC JAKE WOODY 250 ROCKETTS WAY RICHMOND, VA 23231 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Professional Services | ☐ | $6,550 |
| **3.12** BUTLER SNOW LLP MEADE W. MITCHELL 1020 HIGHLAND COLONY PARKWAY, SUITE 1400 RIDGELAND, MS 39157 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Professional Services | ☐ | $23,053 |
| **3.13** CARLTON FIELDS, P.A. C/O ROBERT SIMPSON ONE STATE STREET, SUITE 1800 HARTFORD, CT 06103 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| **3.14** CASSELS BROCK AND BLACKWELL LLP SUITE 2100, SCOTIA PLAZA 40 KING STREET WEST TORONTO, ON M5H 3C2 CANADA | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Professional Services | ☐ | $89,558 |
| **3.15** COVINGTON & BURLING LLP C. DENIG, E. POSNER & A.SIEGEL COVINGTON & BURLING LLP ONE CITYCENTER, 850 TENTH STREET, NW WASHINGTON, DC 20001-4956 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| **3.16** CRA INTERNATIONAL, INC. 200 CLARENDON ST BOSTON, MA 02116-5092 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Professional Services | ☐ | $150,000 |
| **3.17** DAMON KEY LEONG KUPCHAK HASTERT GREGORY W. KUGLE 1003 BISHOP STREET, SUITE 1600 PAUAHI TOWER HONOLULU, HI 96813 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |

**LTL Management LLC**　　　　　　　　　　　　　　　　　　　　**Case Number:  23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**　　**List All Creditors with NONPRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Professional Services Claims** | | | | | | | |
| 3.18 DAVIS HATLEY HAFFEMAN & TIGHE<br>MAXON DAVIS<br>101 RIVER DRIVE NORTH<br>MILWAUKEE STATION, 3RD FLOOR<br>GREAT FALLS, MT 59401 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | | ☑ | | Professional Services | ☐ | $0 |
| 3.19 DECHERT LLP<br>KIMBERLY BRANSCOME<br>US BANK TOWER<br>633 WEST 5TH STREET, SUITE 4900<br>LOS ANGELES, CA 90071-2032 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | | ☑ | | Professional Services | ☐ | $0 |
| 3.20 DONALD H. STECKROTH<br>COLE SCHOTZ P.C.<br>25 MAIN STREET<br>HACKENSACK, NJ 07602 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | | ☑ | | Professional Services | ☐ | $0 |
| 3.21 ELLIOTT LAW OFFICES, PA<br>C/O LISA ELLIOTT<br>2409 WEST 66TH STREET<br>MINNEAPOLIS, MN 55423 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | | ☑ | | Professional Services | ☐ | $0 |
| 3.22 ERNST AND YOUNG INC.<br>EY TOWER<br>100 ADELAIDE STREET WEST<br>TORONTO, ON M5H 0B3<br>CANADA | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | | | | Professional Services | ☐ | $36,419 |
| 3.23 FAEGRE DRINKER BIDDLE & REATH LLP<br>CHANDA A. MILLER<br>ONE LOGAN SQUARE, SUITE 2000<br>PHILADELPHIA, PA 19103-6996 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | | | | Professional Services | ☐ | $421 |
| 3.24 FOLIART, HUFF, OTTAWAY & BOTTOM<br>C/O MICHAEL MALOAN<br>201 ROBERT S. KERR AVE., 12TH FLOOR<br>OKLAHOMA CITY, OK 73102 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | | ☑ | | Professional Services | ☐ | $0 |
| 3.25 FTI CONSULTING, INC.<br>555 12TH ST NW, STE 700<br>WASHINGTON, DC 20004 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | | | ☑ | Professional Services | ☐ | $1,472,924 |

**LTL Management LLC**                                    Case Number:  23-12825 (MBK)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Professional Services Claims** | | | | | | | |
| 3.26 GARY RUSSO<br>JONES WALKER LLP<br>SUITE 1600, 600 JEFFERSON STREET<br>LAFAYETTE, LA 70501 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| 3.27 GENOVA BURNS LLP<br>ATTN: DONALD W. CLARKE, DANIEL M. STOLZ<br>110 ALLEN ROAD, STE 304<br>BASKING RIDGE, NJ 07920 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $184,429 |
| 3.28 GIBSON, DUNN & CRUTCHER LLP<br>DEBRA WONG YANG<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CA 90071-3197 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| 3.29 GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM<br>TAREK ISMAIL<br>200 SOUTH WACKER DRIVE, 22ND FLOOR<br>CHICAGO, IL 60606 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| 3.30 HARTLINE BARGER<br>DONALD A. DECANDIA<br>141 E. PALACE AVENUE<br>GARDEN LEVEL SUITE 2<br>SANTA FE, NM 87501 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| 3.31 HEPLERBROOM LLC<br>ALEXANDRA S. HAAR<br>211 NORTH BROADWAY, SUITE 2700<br>ST. LOUIS, MO 63102 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Professional Services | ☐ | $6,500 |
| 3.32 HOULIHAN LOKEY CAPITAL, INC.<br>10250 CONSTELLATION BLVD, 5TH FL<br>LOS ANGELES, CA 90067 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $140,000 |
| 3.33 IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC<br>JOHN W. SINNOTT<br>CLAIRE A. NOONAN<br>400 POYDRAS STREET, SUITE 2700<br>NEW ORLEANS, LA 70130 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Professional Services | ☐ | $27,700 |

**LTL Management LLC**                                    Case Number:  23-12825 (MBK)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|

### Professional Services Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **3.34** JOEL SCHNEIDER MONTGOMERY MCCRACKEN WALKER & RHOADS LLP LIBERTYVIEW, 457 HADDONFIELD ROAD, SUITE 600 CHERRY HILL, NJ 08002 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| **3.35** JOHNSON & BELL LTD. C/O H. PATRICK MORRIS 33 WEST MONROE STREET, SUITE 2700 CHICAGO, IL 60603 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| **3.36** JONES, SKELTON & HOCHULI, P.L.C. DONN C. ALEXANDER 40 NORTH CENTRAL AVE, STE 2700 PHOENIX, AZ 85004 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| **3.37** KAPLAN, JOHNSON, ABATE & BIRD LLP C/O MICHAEL ABATE 710 W. MAIN ST., 4TH FLOOR LOUISVILLE, KY 40202 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| **3.38** KELLEY JASONS MCGOWAN SPINELLI HANNA & REBER, LLP C/O THOMAS HANNA 1818 MARKET STREET, SUITE 3205 PHILADELPHIA, PA 19103 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| **3.39** KIRKLAND & ELLIS LLP MIKE BROCK 1301 PENNSYLVANIA AVENUE, N.W. WASHINGTON, DC 20004 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| **3.40** KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK C/O PATRICK FISHMAN ONE WOODWARD AVE, STE 2400 DETROIT, MI 48226 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| **3.41** LEWIS BRISBOIS BISGAARD & SMITH, LLP C/O BRANTLEY ROWLEN 1180 PEACHTREE STREET NE, SUITE 2900 ATLANTA, GA 30309 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |

**LTL Management LLC**                                         Case Number:   23-12825 (MBK)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**     **List All Creditors with NONPRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Professional Services Claims** | | | | | | | |
| **3.42** LIGHTHOUSE TECHNOLOGIES, INC. 1430 OAK CT, STE 101 DAYTON, OH 45430 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Professional Services | ☐ | $110,950 |
| **3.43** MANION GAYNOR & MANNING LLP DANIEL P. MCCARTHY 125 HIGH STREET BOSTON, MA 02110 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| **3.44** MASSEY GAIL LLP ATTN: J.S. MASSEY 1000 MAIN AVE SW, STE 450 WASHINGTON, DC 20024 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $182,503 |
| **3.45** MILES & STOCKBRIDGE ROBIN SILVER 100 LIGHT STREET BALTIMORE, MD 21202 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| **3.46** MILLER THOMSON LLP IN TRUST 700 W GEORGIA ST, STE 2200 VANCOUVER, BC V7Y 1K8 CANADA | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $39,570 |
| **3.47** MILLIGAN & HERNS C/O LOUIS HERNS 721 LONG POINT ROAD, SUITE 401 MT. PLEASANT, SC 29464 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| **3.48** MOLOLAMKEN LLP 600 NEW HAMPSHIRE AVE NW WASHINGTON, DC 20037 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $433,207 |
| **3.49** MONZACK MERSKY AND BROWDER PA 1201 N ORANGE ST, STE 400 WILMINGTON, DE 19801-1167 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $1,139 |
| **3.50** MORGAN LEWIS ETHEL J. JOHNSON 1000 LOUISIANA ST., SUITE 4000 HOUSTON, TX 77002-5006 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |

**LTL Management LLC**                                                    **Case Number:  23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|

### Professional Services Claims

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3.51 | NELSON MULLINS RILEY & SCARBOROUGH, LLP<br>MICHAEL A. BROW<br>100 S. CHARLES STREET, SUITE 1600<br>BALTIMORE, MD 21201 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| 3.52 | NUTTER MCCLENNEN & FISH LLP<br>DAWN CURRY<br>155 SEAPORT BLVD.<br>BOSTON, MA 02210 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| 3.53 | OTTERBOURG PC<br>ATTN: J.S. FEENEY<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $752,735 |
| 3.54 | PARKINS LEE RUBIO LLP<br>700 MILAM<br>SUITE 1300<br>HOUSTON, TX 77002 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $80,773 |
| 3.55 | PATTERSON BELKNAP WEBB & TYLER LLP<br>JOHN D. WINTER<br>THOMAS P. KURLAND<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Professional Services | ☐ | $41,555 |
| 3.56 | PROFESSIONALS TO COURT-APPOINTED EXPERT IN 2021 CHAPTER 11 CASE C/O THE LAW OFFICES OF KENNETH FEINBERG<br>THE WILLARD OFFICE BLDG<br>1455 PENNSYLVANIA AVE NW, STE 390<br>WASHINGTON, DC 20004-1008 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Professional Services | ☐ | $2,087,913 |
| 3.57 | PROSKAUER ROSE LLP<br>BART H. WILLIAMS<br>2029 CENTURY PARK EAST, SUITE 2400<br>LOS ANGELES, CA 90067-3010 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| 3.58 | QUATTLEBAUM, GROOMS & TULL PLLC<br>C/O STEVEN QUATTLEBAUM<br>111 CENTER STREET, SUITE 1900<br>LITTLE ROCK, AR 72201 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |

**LTL Management LLC**                                    **Case Number:  23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**      **List All Creditors with NONPRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|

### Professional Services Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **3.59** RANDI S. ELLIS LLC<br>7515 JEFFERSON HWY, #94<br>BATON ROUGE, LA 70806-8308 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $72,767 |
| **3.60** SCHNADER HARRISON SEGAL & LEWIS<br>ALICE S. JOHNSTON, ESQ.<br>120 FIFTH AVENUE SUITE 2700<br>PITTSBURGH, PA 15222-3001 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| **3.61** SCHWABE WILLIAMSON & WYATT<br>C/O JEFFREY EDEN<br>PACWEST CENTER<br>1211 SW FIFTH AVENUE SUITE 1900<br>PORTLAND, OR 97204 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| **3.62** SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY, P.A.<br>ATTN: ARTHUR J ABRAMOWITZ, ROSS J. SWITKES<br>308 HARPER DR, STE 200<br>MOORESTOWN, NJ 08057 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $220 |
| **3.63** SILLS CUMMIS GROSS P.C.<br>THE LEGAL CENTER<br>ONE RIVERFRONT PLAZA<br>NEWARK, NJ 07102 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Professional Services | ☐ | $15,000 |
| **3.64** SULLIVAN WHITEHEAD & DELUCA LLP<br>PAUL V. SULLIVAN, ESQ.<br>86 WEYBOSSET STREET, SUITE 400<br>PROVIDENCE, RI 02903 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| **3.65** SWARTZ CAMPBELL LLC<br>C/O BETH VALOCCHI<br>300 DELAWARE AVE, SUITE 1410<br>WILMINGTON, DE 19801 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Professional Services | ☐ | $913 |
| **3.66** THE BRATTLE GROUP INC.<br>7 TIMES SQ, STE 1700<br>NEW YORK, NY 10036 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $76,669 |
| **3.67** THE WEINHARDT LAW FIRM<br>MARK WEINHARDT<br>2600 GRAND AVENUE, STE. 450<br>DES MOINES, IA 50312 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |

**LTL Management LLC**                                            **Case Number:  23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Professional Services Claims** | | | | | | | |
| **3.68** TRAURIG LAW LLC<br>43 W 43RD ST, STE 73<br>NEW YORK, NY 10036 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Professional Services | ☐ | $5,083 |
| **3.69** TRIALITY LLC<br>117 ABNER AVE<br>PITTSBURGH , PA 15210 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Professional Services | ☐ | $5,500 |
| **3.70** TUCKER ELLIS & WEST LLP<br>C/O CHRISTOPHER CARYL<br>950 MAIN AVENUE, SUITE 1100<br>CLEVELAND, OH 44113 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Professional Services | ☐ | $22,000 |
| **3.71** US TRUSTEE PROGRAM<br>C/O U.S DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Professional Services | ☐ | $170,000 |
| **3.72** WALSH PIZZI O'REILLY FALANGA LLP<br>ATTN: MARK FALK<br>THREE GATEWAY CTR, 100 MULBERRY ST,FL 15<br>NEWARK, NJ 07102 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $260,325 |
| **3.73** WILLCOX & SAVAGE, P.C.<br>BRUCE T. BISHOP<br>ERIC D. COOK<br>440 MONTICELLO AVENUE, SUITE 2200<br>NORFOLK, VA 23510 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☑ | ☐ | Professional Services | ☐ | $0 |
| **3.74** WOMBLE BOND DICKINSON (US) LLP<br>ATTN ERICKA F JOHNSON<br>1313 N MARKET ST, STE 1200<br>WILMINGTON, DE 19801 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☑ | Professional Services | ☐ | $29,931 |

**Professional Services Claims Total:**                **$8,485,187**

**LTL Management LLC**                                    **Case Number:  23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Indemnification Claims** | | | | | | | |
| **3.75** 7-ELEVEN<br>3200 HACKBERRY ROAD<br>IRVING, TX 75063 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.76** 7-ELEVEN, INC.<br>3200 HACKBERRY ROAD<br>IRVING, TX 75063 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.77** ACME MARKETS, INC.<br>75 VALLEY STREAM PKWY<br>STE 100<br>MALVERN, PA 19355-1480 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.78** AHOLD DELHAIZE USA, INC.<br>1385 HANCOCK ST<br>QUINCY, MA 02169 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.79** ALBERTSONS COMPANIES, INC.<br>250 E PARKCENTER BLVD<br>BOISE, ID 83706 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.80** ALPHA BETA COMPANY<br>777 SOUTH HARBOR BLVD<br>LA HABRA, CA 90631 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.81** ASSOCIATED WHOLESALER GROCERS, INC.<br>5000 KANSAS AVE<br>KANSAS CITY, KS 66106-1135 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.82** BARTELL DRUG COMPANY<br>C/O CT CORPORATION SYSTEM<br>711 CAPITOL WAY S, STE 204<br>OLYMPIA, WA 98501-1267 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.83** BASHAS', INC.<br>22402 S BASHA RD<br>CHANDLER, AZ 85248 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.84** BAUSCH HEALTH AMERICAS, INC.<br>400 SOMERSET  CORPORATE BLVD<br>BRIDGEWATER TOWNSHIP, NJ 08807 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |

**LTL Management LLC**                                                    **Case Number:  23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Indemnification Claims** | | | | | | | |
| 3.85  BAUSCH HEALTH COMPANIES INC. 400 SOMERSET  CORPORATE BLVD BRIDGEWATER TOWNSHIP, NJ 08807 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.86  BAUSCH HEALTH US, LLC 400 SOMERSET  CORPORATE BLVD BRIDGEWATER TOWNSHIP, NJ 08807 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.87  BCW LLC 200 5TH AVE NEW YORK, NY 10010 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.88  BEST MARKET OF ASTORIA, INC. NOT AVAILABLE | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.89  BI-LO, LLC 8928 PROMINENCE PKWY, 200 #200 JACKSONVILLE, FL 32256-8264 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.90  BI-MART CORPORATION 220 SOUTH SENENCA PO BOX 2310 EUGENE, OR 97402 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.91  C&S WHOLESALE GROCERS 7 CORPORATE DR KEENE, NH 03431 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.92  C&S WHOLESALE GROCERS, INC. 7 CORPORATE DR KEENE, NH 03431 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.93  CLASSIC PHARMACY, INC. 1284 CLOVE RD STATEN ISLAND, NY 10301-4301 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.94  COSENTINO ENTERPRISES, INC. 554 MEADOW WOOD CURV W MOBILE, AL 36609-2330 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |

**LTL Management LLC**                                                  Case Number:  23-12825 (MBK)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Indemnification Claims** | | | | | | | |
| **3.95** COSENTINO GROUP, INC. 8700 E63RD ST KANSAS CITY, MO 64133-4726 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.96** COSENTINO PRICE CHOPPER 2600 ENSIGN HILL DR PLATTE CITY, MO 64079-7836 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.97** COSENTINO'S FOOD STORES 8700 E63RD ST KANSAS CITY, MO 64133-4726 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.98** COSTCO WHOLESALE CORPORATION 999 LAKE DRIVE ISSAQUAH, WA 98027 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.99** CVS HEALTH CORPORATION ONE CVS DRIVE WOONSOCKET, RI 02895 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.100** CVS PHARMACY, INC. C/O CT CORPORATION SYSTEM 450 VETERANS MEMORIAL PKWY, STE 7A EAST PROVIDENCE, RI 02914 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.101** CYPRUS MINES CORPORATION C/O SOLUTIONS INC 300 W CLARENDON AVE, STE 240 PHOENIX, AZ 85013 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ✔ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.102** DEMOULAS SUPER MARKETS, INC. 875 EAST ST TEWKSBURY, MA 01876-1495 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.103** DIERBERGS MARKETS, INC. 16690 SWINGLEY RIDGE RD CHESTERFIELD, MO 63017 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.104** DISCOUNT DRUG MART, INC. 211 COMMERCE DR MEDINA, OH 44256-1331 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.105** DOLLAR TREE STORES, INC. 500 VOLVO PKWY CHESAPEAKE, VA 23320 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |

LTL Management LLC                                    Case Number:  23-12825 (MBK)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**      List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Indemnification Claims** | | | | | | | |
| **3.106** DRI I, INC. 1115 BROADWAY, 12TH FLOOR NEW YORK, NY 10010 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.107** DUANE READE, INC. 40 WALL ST, 22FL NEW YORK, NY 10005-1340 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.108** ECKERD CORPORATION OF FLORIDA, INC. 100 STARCREST DR CLEARWATER, FL 33765 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.109** FAMILY DOLLAR STORES 10401 MONROE RD MATTHEWS, NC 28105 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.110** FLEMING COMPANIES, INC. 212 MCCLANAHAN DRIVE BRYANT, AR 72022 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.111** FOOD 4 LESS OF CALIFORNIA 1100 W ARTESIA BLVD COMPTON, CA 90220-5108 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.112** FOOD 4 LESS OF SOUTHERN CALIFORNIA, INC. 1100 W ARTESIA BLVD COMPTON, CA 90220-5108 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.113** FOODLAND 3536 HARDING AVE HONOLULU, HI 96816 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.114** FOODLAND SUPER MARKET, LTD 3536 HARDING AVE HONOLULU, HI 96816 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.115** FOOT LOCKER SPECIALTIES, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO F.W. WOOLWORTH CO. 112 WEST 34TH STREET NEW YORK, NY 10120 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.116** FOOT LOCKER SPECIALTY, INC. 112 WEST 34TH STREET NEW YORK, NY 10120 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |

**LTL Management LLC**                                                    Case Number: 23-12825 (MBK)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|

### Indemnification Claims

| | | C | U | D | | | |
|---|---|---|---|---|---|---|---|
| 3.117 | FOOT LOCKER, INC./WOOLWORTH CORPORATION 112 WEST 34TH STREET NEW YORK, NY 10120 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.118 | FOUR B CORPORATION D/B/A BALLS FOOD STORES 5300 SPEAKER RD KANSAS CITY, KS 66106 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.119 | FRED MEYER STORES, INC. 3800 SE 22ND AVE PORTLAND, OR 97202-2999 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.120 | FRUTH PHARMACY, INC. 4016 OHIO RIVER ROAD POINT PLEASANT, WV 25550 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.121 | GERLANDS FOOD FAIR, LLC 20851 FM 1485 RD NEW CANEY, TX 77357-7329 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.122 | GERLANDS, LLC PO BOX 41365 HOUSTON, TX 77241 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.123 | GERLANDS, LLC/LEWIS FOOD TOWN, INC. 3316 SHAVER ST SOUTH HOUSTON, TX 77587 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.124 | GIANT EAGLE, INC. 101 KAPPA DR PITTSBURG, PA 15238-2833 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.125 | GIANT FOOD OF MARYLAND, LLC 8301 PROFESSIONAL PL STE 115 LANDOVER, MD 20785-2351 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.126 | GIANT FOOD STORES, LLC 1149 HARRISBURG PIKE CARLISLE, PA 17013-1667 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.127 | GROCERY OUTLET HOLDING CORPORATION 5650 HOLLIS ST EMERYVILLE, CA 94608-2597 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |

**LTL Management LLC**                                          **Case Number: 23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**     **List All Creditors with NONPRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Indemnification Claims** | | | | | | | |
| **3.128** GROCERY OUTLET INC. 5650 HOLLIS ST EMERYVILLE, CA 94608 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.129** GROCERY OUTLET, INC. 5650 HOLLIS ST EMERYVILLE, CA 94608 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.130** HAC, INC. 390 NE 36TH ST OKLAHOMA CITY, OK 73105 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.131** H-E-B, LP ATTN CUSTOMER RELATIONS DEPT, PO BOX 839999 SAN ANTONIO, TX 78283-3999 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.132** HUGHES MARKETS, INC. 14005 LIVE OAK AVENUE IRWINDALE, CA 91706 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.133** HY-VEE, INC. 5820 WESTOWN PARKWAY W WEST DES MOINES, IA 50266 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.134** IMERYS TALC AMERICA, INC. C/O CT CORPORATION SYSTEM 330 N BRAND BLVD, STE 700 GLENDALE, CA 91203 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☑ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.135** IMERYS TALC VERMONT, INC. N/K/A MAGRIS TALC USA INC 8051 E MAPLEWOOD AVE, STE 120 GREENWOOD VILLAGE, CO 80111 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☑ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.136** JEWEL FOOD STORES 150 PIERCE RD ITASCA, IL 60143 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.137** JEWEL OSCO 150 PIERCE RD ITASCA, IL 60143 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.138** JEWEL OSCO SOUTHWEST 150 PIERCE RD ITASCA, IL 60143 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |

**LTL Management LLC**                                                    Case Number:  23-12825 (MBK)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C U D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|
| **Indemnification Claims** | | | | | |
| 3.139  K&B CORPORATION<br>NOT AVAILABLE | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.140  K&B LOUISIANA CORPORATION<br>30 HUNTER LANE<br>CAMP HILL, PA 17011 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.141  KINGS PARK SLOPE, INC.<br>357 FLATBUSH AVE<br>BROOKLYN, NY 11238 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.142  KINGS PHARMACY<br>4700 SCHAEFER RD<br>STE 162<br>DEARBORN, MI 48126-3655 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.143  KINGS PHARMACY HOLDINGS, LLC<br>357 FLATBUSH AVE<br>BROOKLYN, NY 11238 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.144  KINGS THIRD AVE. PHARMACY, INC.<br>1619 3RD AVE FRNT A<br>NEW YORK, NY 10128-3459 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.145  KNORR STREET SHOPRITE, INC.<br>1230 BLACKWOOD CLEMENTOR RD<br>CLEMENTON, NJ 08021-5632 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.146  LA LUZ MARKET, LTD. CO.<br>27 ALAMO ST<br>LA LUZ, NM 88337-9401 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.147  LEWIS FOOD TOWN, INC.<br>3316 SHAVER ST<br>SOUTH HOUSTON, TX 77587 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.148  LONGS DRUG STORES CALIFORNIA, L.L.C<br>C/O CVS HEALTH, ONE CVS DR<br>WOONSOCKET, RI 02895 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ ☑ ☐ | Indemnity Obligations | ☐ | UNDETERMINED |

**LTL Management LLC**                                    **Case Number:  23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**     **List All Creditors with NONPRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Indemnification Claims** | | | | | | | |
| 3.149  LONGS DRUG STORES OF SOUTHERN CALIFORNIA, L.L.C. C/O CVS HEALTH ONE CVS DR WOONSOCKET, RI 02895 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.150  LONGS DRUG STORES, L.L.C. 1 CVS DR WOONSOCKET, RI 02895-6146 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.151  LUCKY STORES, INC. 6300 CLARK AVE DUBLIN, CA 94568 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.152  MARC GLASSMAN INC. C/O JAMES M HENSHAW 121 S MAIN ST, STE 520 AKRON, OH 44308 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.153  MARC GLASSMAN, INC. D/B/A MARC'S STORE & PHARMACY 5841 W 130TH ST CLEVELAND, OH 44130-9308 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.154  MBF HEALTHCARE HOLDINGS, INC. 121 ALHAMBRA PLZ, STE 1100 CORAL GABLES, FL 33134-4522 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.155  MBF HEALTHCARE MANAGEMENT, LLC 121 ALHAMBRA PLZ, STE 1100 CORAL GABLES, FL 33134-4522 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.156  MEIJER, INC. 2929 WALKER AVE NW GRAND RAPIDS, MI 49544-9428 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.157  MMG EQUITY PARTNERS 9171 S DIXIE HWY MIAMI, FL 33156 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.158  NAVARRO DISCOUNT PHARMACIES NO. 5, LLC 9675 NW 117TH AVE 202 MEDLEY, FL 33178-1228 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |

**LTL Management LLC**                                                    Case Number:  23-12825 (MBK)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
| --- | --- | --- | --- | --- | --- | --- | --- |

### Indemnification Claims

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **3.159** NAVARRO DISCOUNT PHARMACIES, LLC<br>9675 NW 117TH AVE 202<br>MEDLEY, FL 33178-1228 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.160** OWENS & MINOR DISTRIBUTION, INC.<br>9120 LOCKWOOD BLVD<br>MECHANICSVILLE, VA 23116 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.161** OWENS & MINOR, INC.<br>9120 LOCKWOOD BLVD<br>MECHANICSVILLE, VA 23116 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.162** PERSONAL CARE PRODUCTS COUNCIL C/O SEYFARTH SHAW LLP<br>975 F STREET, N.W.<br>WASHINGTON, DC 20004-1454 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☑ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.163** PIGGLY WIGGLY CAROLINA CO.<br>176 CROGHAN SPUR ROAD SUITE 301<br>CHARLESTON, SC 29407 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.164** PIGGLY WIGGLY CAROLINA CO., INC.<br>176 CROGHAN SPUR ROAD SUITE 301<br>CHARLESTON, SC 29407 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.165** PIGGLY WIGGLY COMPANIES, INC.<br>7 CORPORATE DR<br>KEENE, NH 03431 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.166** PIGGLY WIGGLY, LLC<br>118 S US 64-264<br>MANTEO, NC 27954 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.167** PIGGLY WIGGLY, LLC (SUBSIDIARY OF C&S WHOLESALE GROCERS)<br>118 S US 64-264<br>MANTEO, NC 27954 | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |

**LTL Management LLC**                                              **Case Number:  23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Indemnification Claims** | | | | | | | |
| 3.168 PORT JERVIS LABORATORIES, INC., F/K/A KOLMAR LABORATORIES, INC. GOODWIN PROCTER LLP C/O: RICHARD A. OETHEIMER 100 NORTHERN AVENUE BOSTON, MA 02210 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ✔ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.169 PTI 545 OLD ELBERT RD ROYSTON, GA 30662-4321 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.170 PTI ROYSTON LLC, A GEORGIA LIMITED LIABILITY CO., D/B/A PHARMA TECH INDUSTRIES 545 OLD ELBERT RD ROYSTON, GA 30662-4321 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.171 PTI UNION, LLC D/B/A PHARMA TECH INDUSTRIES 1310 STYLEMASTER DR UNION, MO 63084-1155 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.172 PUBLIX SUPER MARKETS, INC. C/O CORPORATE CREATIONS NETWORK INC, 801 US HWY 1 NORTH PALM BEACH, FL 33408 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.173 RALEY'S 500 W CAPITOL AVE WEST SACRAMENTO, CA 95605 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.174 RALPHS GROCERY COMPANY 1100 W ARTESIA BLVD COMPTON, CA 90220 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.175 RANDALL'S FOOD & DRUG LP 20427 N 27TH AVE 4501 PHOENIX, AZ 85027-3241 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.176 RANDALL'S FOOD MARKETS, INC. 3663 BRIARPARK DRIVE HOUSTON, TX 77042 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.177 RITE AID 30 HUNTER LN CAMP HILL, PA 17011 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |

**LTL Management LLC**                                    Case Number:  23-12825 (MBK)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|

### Indemnification Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **3.178** RITE AID CORPORATION 30 HUNTER LN CAMP HILL, PA 17011-2499 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✓ | ✓ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.179** RITE AID HDQTRS. CORP. 30 HUNTER LN CAMP HILL, PA 17011 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✓ | ✓ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.180** RITE AID OF NEW YORK CITY, INC. 30 HUNTER LN CAMP HILL, PA 17011 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✓ | ✓ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.181** RITE AID OF NEW YORK, INC. 30 HUNTER LN CAMP HILL, PA 17011-2499 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✓ | ✓ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.182** RITE AID OF PENNSYLVANIA, INC. 30 HUNTER LN CAMP HILL, PA 17011 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✓ | ✓ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.183** RITE AID OF SOUTH CAROLINA, INC. 30 HUNTER LN CAMP HILL, PA 17011 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✓ | ✓ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.184** ROUSE'S ENTERPRISES, L.L.C. 1301 SAINT MARY ST THIBODAUX, LA 70301-6527 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✓ | ✓ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.185** ROUSE'S ENTERPRISES, L.L.C. D/B/A ROUSES MARKET C/O ROUSES ENTERPRISES LLC, PO BOX 5358 THIBODAUX, LA 70301-6527 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✓ | ✓ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.186** SAFEWAY INC. C/O CT CORPORATION SYSTEM 921 S ORCHARD ST, STE G BOISE, ID 83705 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✓ | ✓ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.187** SAVE MART SUPERMARKETS, INC. C/O COGENCY GLOBAL INC 1325 J STREET, STE 1550 SACRAMENTO, CA 95814 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✓ | ✓ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |

**LTL Management LLC**                                                        **Case Number:  23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|

### Indemnification Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **3.188** SAVE MART SUPERMARKETS, INC./LUCKY STORES PO BOX 4278 MODESTO, CA 95352-4278 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.189** SCHNUCK MARKETS 11420 LACKLAND RD PO BOX 46928 SAINT LOUIS, MO 63146-3559 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.190** SCHNUCK MARKETS, INC. C/O MARY H MOORKAMP 11420 LACKLAND RD BOX 46928 ST LOUIS, MO 63146-6928 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.191** SEDANO'S MARKET, INC. 3140 W 76TH ST HIALEAH, FL 33018-3803 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.192** SHANTI PHARMACY CORP. 5105 CHURCH AVENUE BROOKLYN, NY 11203-3511 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.193** SHAW'S SUPERMARKETS, INC. 750 W CENTER STREET WEST BRIDGEWATER, MA 02379-1545 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.194** SHOP-RITE SUPERMARKETS, INC. A/K/A SHOP RITE OF KNORR STREET 775 US-1 EDISON, NJ 08817 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.195** SMITH FOOD AND DRUG CENTER, INC. 1550 S REDWOOD RD SALT LAKE CITY, UT 84104-5105 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.196** SOUTHEASTERN GROCERS, INC. 8928 PROMINENCE PKWY, 200 JACKSONVILLE, FL 32256 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.197** STAR MARKETS COMPANY, INC. 750 W CENTER STREET WEST BRIDGEWATER, MA 02379-1545 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |

**LTL Management LLC**                                                                              **Case Number:  23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**     **List All Creditors with NONPRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Indemnification Claims** | | | | | | | |
| 3.198 | STATER BROS. MARKETS<br>301 S TIPPECANOE AVE<br>SAN BERNARDINO, CA 92408 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.199 | SUPER CENTER CONCEPTS, INC. D/B/A SUPERIOR GROCERS<br>15510 CARMENITA RD<br>SANTA FE SPRINGS, CA 90670 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.200 | SUPERIOR GROCERS<br>15510 CARMENITA RD<br>SANTA FE SPRINGS, CA 90670 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.201 | SUPERVALU, INC.<br>11840 VALLEY VIEW RD<br>EDEN PRAIRIE, MN 55344-3691 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.202 | T. LEVY ASSOCIATES, D/B/A BEAUTY LAND ENTERPRISES<br>1124 GRAGG ST<br>PHILADELPHIA, PA 19115 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.203 | T. LEVY ASSOCIATES, INC. D/B/A BEAUTY LAND ENTERPRISES/BEAUTYLAND<br>1124 GRAGG ST<br>PHILADELPHIA, PA 19115 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.204 | TARGET CORPORATION<br>1000 NICOLLET MALL<br>TPS-3165<br>MINNEAPOLIS, MN 55403 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.205 | THE BARTELL DRUG COMPANY<br>4025 DELRIDGE WAY SW, STE 400<br>SEATTLE, WA 98106-1273 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.206 | THE KROGER COMPANY<br>C/O COPORATION SERVICE COMPANY<br>50 W BROAD ST, STE 1330<br>COLUMBUS, OH 43215 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.207 | THE STOP & SHOP SUPERMARKET COMPANY LLC<br>1385 HANCOCK ST<br>QUINCY, MA 02169-5103 | UNDETERMINED<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |

**LTL Management LLC**                                                    Case Number:  23-12825 (MBK)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|

### Indemnification Claims

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **3.208** THE VONS COMPANIES, INC. 745 E. NAOMI AVE. ARCADIA, CA 91007 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.209** THRIFTY PAYLESS, INC. 30 HUNTER LN CAMP HILL, PA 17011-2400 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.210** THRIFTY WHITE DRUG 6055 NATHAN LANE NORTH SUITE 200 PLYMOUTH, MN 55442 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.211** TOPS HOLDING, LLC 6363 MAIN ST WILLIAMSVILLE, NY 14221-5855 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.212** VALEANT PHARMACEUTICALS INTERNATIONAL 2150 ST. ELZEAR BLVD. WEST LAVAL, QC H7L4A8 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.213** VALEANT PHARMACEUTICALS INTERNATIONAL, INC. 2150 ST. ELZEAR BLVD. WEST LAVAL, QC H7L4A8 CANADA | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.214** VALEANT PHARMACEUTICALS NORTH AMERICA LLC 400 SOMERSET CORPORATE BLVD. BRIDGEWATER, NJ 08807-2867 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.215** WAKEFERN FOOD CORP. 5000 RIVERSIDE DR KEASBEY, NJ 08832-1209 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.216** WALGREEN CO. 200 WILMOT RD DEERFIELD, IL 60015 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.217** WALGREEN EASTERN CO., INC. 200 WILMOT RD DEERFIELD, IL 60015 | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| **3.218** WALGREEN PHARMACY STRATEGIES, LLC NOT AVAILABLE | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |

**LTL Management LLC**                                    Case Number:  23-12825 (MBK)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**     **List All Creditors with NONPRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|

### Indemnification Claims

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3.219 WALGREENS BOOTS ALLIANCE, INC. 108 WILMOT RD DEERFIELD, IL 60015 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.220 WALMART INC. 702 SW EIGHTH ST BENTONVILLE, AR 72712 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.221 WEGMANS FOOD MARKETS, INC. 1500 BROOKS AVENUE PO BOX 30844 ROCHESTER, NY 14603-0844 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.222 WINN-DIXIE STORES, INC. 5050 EDGEWOOD COURT JACKSONVILLE, FL 32254-3699 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |
| 3.223 WOOLWORTH CORPORATION NOT AVAILABLE | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Indemnity Obligations | ☐ | UNDETERMINED |

**Indemnification Claims Total:**     **UNDETERMINED**

**LTL Management LLC**                                    Case Number:  23-12825 (MBK)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Intercompany Claims** | | | | | | | |
| **3.224** JOHNSON & JOHNSON ONE JOHNSON & JOHNSON PLAZA NEW BRUNSWICK, NJ 08933 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Assumption of liability/indemnity obligations to J&J for talc | ☐ | UNDETERMINED |
| **3.225** JOHNSON & JOHNSON HOLDCO (NA) INC. ("HOLDCO") ONE JOHNSON & JOHNSON PLAZA NEW BRUNSWICK, NJ 08933 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | Reimbursement request as a result of vendor payment | ☐ | $185,470 |
| **3.226** JOHNSON & JOHNSON SERVICES, INC. ONE JOHNSON & JOHNSON PLAZA NEW BRUNSWICK, NJ 08933 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☑ | ☐ | On account of the services/Secondment agreements | ☐ | $135,528 |

Intercompany Claims Total:        **UNDETERMINED**

**LTL Management LLC**                                         Case Number:  23-12825 (MBK)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Insurance Coverage Actions** | | | | | | | |
| **3.227**  ATLANTA INTERNATIONAL INSURANCE COMPANY NOT AVAILABLE | UNDETERMINED  ACCOUNT NO.: NOT AVAILABLE | ✔ | ✔ | ✔ | Declaratory judgment action commenced by insurers in which the Debtor and certain non-debtor affiliates are seeking coverage for talc-related claims (Docket No: MID-L-3563-19) | ☐ | UNDETERMINED |
| | | | | | **Insurance Coverage Actions Total:** | | **UNDETERMINED** |

**LTL Management LLC**                                                    **Case Number:  23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
| --- | --- | --- | --- | --- | --- | --- | --- |

### Substantial Contribution Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3.228 AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC MARY PUTNICK & DANIEL THORNBURGH 17 EAST MAIN ST., STE 200 PO BOX 12630 PENSACOLA, FL 32502 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☑ | Substantial contribution | ☐ | UNDETERMINED |
| 3.229 BURNS CHAREST, LLP ATTN: DANIEL H CHAREST 900 JACKSON STREET, SUITE 500 DALLAS, TX 75202 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☑ | Substantial contribution | ☐ | UNDETERMINED |
| 3.230 COLE HAYES, ESQ. 840 SEDGEFIELD RD CHARLOTTE, NC 28209 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☑ | Substantial contribution | ☐ | UNDETERMINED |
| 3.231 LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR, MOUGEY, P.A. ATTN: CHRISTOPHER TISI 316 S BAYLEN STREET, SUITE 600 PENSACOLA, FL 32502 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☑ | Substantial contribution | ☐ | UNDETERMINED |
| 3.232 LEVY KONIGSBERG, LLP ATTN: MOSHE MAIMON 605 THIRD AVENUE, 33RD FLOOR NEW YORK, NY 10158 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☑ | Substantial contribution | ☐ | UNDETERMINED |
| 3.233 MASSEY GAIL LLP ATTN: J.S. MASSEY 1000 MAIN AVE SW, STE 450 WASHINGTON, DC 20024 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☑ | Substantial contribution | ☐ | UNDETERMINED |
| 3.234 OTTERBOURG PC ATTN: J.S. FEENEY 230 PARK AVENUE NEW YORK, NY 10169 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☑ | Substantial contribution | ☐ | UNDETERMINED |
| 3.235 WALDREP WALL BABCOCK & BAILEY PLLC ATTN: THOMAS W. WALDREP, JR., ESQ. 370 KNOLLWOOD STREET, SUITE 600 WINSTON-SALEM, NC 27103 | UNDETERMINED ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☑ | Substantial contribution | ☐ | UNDETERMINED |

**LTL Management LLC**                                      **Case Number:  23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C U D | Basis For Claim | Offset | Amount of Claim |
| --- | --- | --- | --- | --- | --- |

**Substantial Contribution Claims**

|  |  |  |  | Substantial Contribution Claims Total: | UNDETERMINED |
| --- | --- | --- | --- | --- | --- |

**LTL Management LLC**                                                    Case Number:  23-12825 (MBK)

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Litigation Claims** | | | | | | | |
| **3.236**    SEE SCHEDULE E/F PART 2 LITIGATION CLAIMS ATTACHMENT | UNDETERMINED<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | | ☐ | UNDETERMINED |
| | | | | | **Litigation Claims Total:** | | **UNDETERMINED** |

**LTL Management LLC**                                    **Case Number:  23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**      **List All Creditors with NONPRIORITY Unsecured Claims**

**Total: All Creditors with NONPRIORITY Unsecured Claims**                **UNDETERMINED**

**LTL Management LLC**                                          **Case Number:   23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Creditor's Name, Mailing Address Including Zip Code | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **4. 1**      NONE | | |

**LTL Management LLC**                                                    **Case Number:  23-12825 (MBK)**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | | $0 |
|---|---|---|---|---|
| 5b. | **Total claims from Part 2** | 5b. | + | UNDETERMINED |
| 5c. | **Total of Parts 1 and 2** | 5c. | | UNDETERMINED |
| | Lines 5a + 5b = 5c. | | | |

LTL Management LLC                                                                              Case Number:  23-12825 (MBK)

## Schedule G: Executory Contracts and Unexpired Leases

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

| Nature of the Debtor's Interest | Expiration Date | Co-Debtor | Name | Address |
|---|---|---|---|---|
| **Service Agreements** | | | | |
| 2. 1   ENGAGEMENT AGREEMENTS | | ☐ | ALIXPARTNERS, LLP | ATTENTION: GENERAL COUNSEL 2000 TOWN CENTER, SUITE 2400 SOUTHFIELD, MI 48075 |
| 2. 2   ENGAGEMENT AGREEMENTS | | ☐ | BATES WHITE, LLC | 2001  K STREET, NW, NORTH BUILDING, SUITE 500 WASHINGTON, DC 20006 |
| 2. 3   ENGAGEMENT AGREEMENT | | ☐ | BLAKE, CASSELS & GRAYDON LLP | 199 BAY STREET, SUITE 4000, COMMERCE COURT WEST TORONTO, ONTARIO M5L 1A9 CANADA |
| 2. 4   ENGAGEMENT AGREEMENTS | | ☐ | EPIQ CORPORATE RESTRUCTURING, LLC | ATTENTION: BRAD TUTTLE 777 THIRD AVENUE, 12TH FLOOR NEW YORK, NY 10017 |
| 2. 5   ENGAGEMENT AGREEMENT | | ☐ | HOGAN LOVELLS US LLP | 555 THIRTEENTH STREET, N.W. WASHINGTON, DC 20004 |
| 2. 6   ENGAGEMENT AGREEMENT | | ☐ | JONES DAY | 2727 NORTH HARWOOD STREET DALLAS, TX 75201 |
| 2. 7   ENGAGEMENT AGREEMENT | | ☐ | KING & SPALDING LLP | 1185 AVENUE OF THE AMERICAS, 34TH FLOOR NEW YORK, NY 10036-4003 |
| 2. 8   ENGAGEMENT AGREEMENTS | | ☐ | MCCARTER & ENGLISH, LLP | FOUR GATEWAY CENTER, 100 MULBERRY STREET NEWARK, NJ 07102-4056 |

**LTL Management LLC**                                                                                    **Case Number:  23-12825 (MBK)**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Co-Debtor | Name | Address |
|---|---|---|---|---|

### Service Agreements

| | | | | | |
|---|---|---|---|---|---|
| 2. 9 | ENGAGEMENT AGREEMENTS | | ☐ | ORRICK, HERRINGTON & SUTCLIFFE LLP | THE ORRICK BUILDING<br>405 HOWARD STREET<br>SAN FRANCISCO, CA 94105-2669 |
| 2. 10 | ENGAGEMENT AGREEMENTS | | ☐ | SHOOK, HARDY & BACON L.L.P. | JPMORGAN CHASE TOWER, 600 TRAVIS ST., SUITE 3400<br>HOUSTON, TX 77002 |
| 2. 11 | ENGAGEMENT AGREEMENT | | ☐ | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ONE MANHATTAN WEST<br>NEW YORK, NY 10001-8602 |
| 2. 12 | BILLING GUIDELINES | | ☐ | WEIL, GOTSHAL & MANGES LLP | 767 FIFTH AVENUE<br>NEW YORK, NY 10153 |
| 2. 13 | ENGAGEMENT AGREEMENT | | ☐ | WOLLMUTH MAHER & DEUTSCH LLP | 500 FIFTH AVENUE<br>NEW YORK, NY 10110 |

LTL Management LLC    Case Number:  23-12825 (MBK)

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Co-Debtor | Name | Address |
|---|---|---|---|---|

### Intercompany Agreements

| Nature of the Debtor's Interest | Expiration Date | Co-Debtor | Name | Address |
|---|---|---|---|---|
| 2. 14 SUPPORT AGREEMENT | | ☐ | JOHNSON & JOHNSON | ATTENTION: DUANE VAN ARSDALE, TREASURER<br>ONE JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK, NJ 08933 |
| 2. 15 AMENDED AND RESTATED DIVISIONAL MERGER SUPPORT AGREEMENT | | ☐ | JOHNSON & JOHNSON HOLDCO (NA) INC. (FORMERLY JOHNSON & JOHNSON CONSUMER INC.) | ATTENTION: MICHELLE GOODRIDGE<br>199 GRANDVIEW ROAD<br>SKILLMAN, NJ 08558 |
| 2. 16 FUNDING AGREEMENT | | ☐ | JOHNSON & JOHNSON HOLDCO (NA) INC. (FORMERLY JOHNSON & JOHNSON CONSUMER INC.) | ATTENTION: LAURA MCFALLS, PRESIDENT<br>ONE JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK, NJ 08933 |
| 2. 17 SUPPORT AGREEMENT | | ☐ | JOHNSON & JOHNSON HOLDCO (NA) INC. (FORMERLY JOHNSON & JOHNSON CONSUMER INC.) | ATTENTION: LAURA MCFALLS, PRESIDENT<br>ONE JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK, NJ 08933 |
| 2. 18 AMENDED AND RESTATED SECONDMENT AGREEMENT | | ☐ | JOHNSON & JOHNSON SERVICES, INC. | ATTENTION: LEONARDO DECANDIA - PRESIDENT<br>ATTENTION: CHRIS ANDREW – ASSISTANT GENERAL COUNSEL, JOHNSON & JOHNSON LAW DEPARTMENT, OFFICE OF GENERAL COUNSEL<br>ONE JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK, NJ 08933 |
| 2. 19 AMENDED AND RESTATED SERVICES AGREEMENT | | ☐ | JOHNSON & JOHNSON SERVICES, INC. | ATTENTION: LEONARDO DECANDIA - PRESIDENT<br>ATTENTION: CHRIS ANDREW – ASSISTANT GENERAL COUNSEL, JOHNSON & JOHNSON LAW DEPARTMENT, OFFICE OF GENERAL COUNSEL<br>ONE JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK, NJ 08933 |

**LTL Management LLC**                                                                **Case Number:  23-12825 (MBK)**

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Co-Debtor | Name | Address |
|---|---|---|---|---|

### Intercompany Agreements

| | | | | |
|---|---|---|---|---|
| 2.  20   AMENDED AND RESTATED SERVICES AGREEMENT | | ☐ | ROYALTY A&M LLC | ATTENTION: ROBERT WUESTHOFF – PRESIDENT<br>ATTENTION: RICHARD DICKINSON – TREASURER<br>501 GEORGE STREET<br>NEW BRUNSWICK, NJ 08933 |

LTL Management LLC                                                    Case Number:  23-12825 (MBK)

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Co-Debtor | Name | Address |
|---|---|---|---|---|
| **Plan Support Agreements** | | | | |
| 2.  21   PLAN SUPPORT AGREEMENT | | ☐ | ANDRES PEREIRA LAW FIRM | 14709 CUSTER COURT<br>AUSTIN, TX 78734 |
| 2.  22   PLAN SUPPORT AGREEMENT | | ☐ | FERRER, POIROT & WANSBROUGH | 2603 OAK LAWN AVE. #300<br>DALLAS, TX 75219 |
| 2.  23   PLAN SUPPORT AGREEMENT | | ☐ | JENN LIAKOS LAW | 955 DEEP VALLEY DR<br>SUITE 3900<br>PALOS VERDES PENINSULA, CA 90274 |
| 2.  24   PLAN SUPPORT AGREEMENT | | ☐ | JOHNSON LAW GROUP | 2925 RICHMOND AVE., STE. 1700<br>HOUSTON, TX 77098 |
| 2.  25   PLAN SUPPORT AGREEMENT | | ☐ | KIESEL LAW LLP | 8648 WILSHIRE BLVD<br>BEVERLY HILLS, CA 90211 |
| 2.  26   PLAN SUPPORT AGREEMENT | | ☐ | LINVILLE LAW GROUP | P.O. BOX 76360<br>ATLANTA, GA 30358-1360 |
| 2.  27   PLAN SUPPORT AGREEMENT | | ☐ | MCDONALD WORLEY | 1770 ST. JAMES PLACE, STE. 100<br>HOUSTON, TX 77056 |
| 2.  28   PLAN SUPPORT AGREEMENT | | ☐ | NACHAWATI LAW GROUP | 5489 BLAIR ROAD<br>DALLAS, TX 75231 |
| 2.  29   PLAN SUPPORT AGREEMENT | | ☐ | ONDERLAW LLC | 110 EAST LOCKWOOD, 2ND FLOOR<br>ST. LOUIS, MO 63119 |
| 2.  30   PLAN SUPPORT AGREEMENT | | ☐ | PULASKI KHERKHER PLLC | 2925 RICHMOND AVENUE  SUITE 1725<br>HOUSTON, TX 77098 |
| 2.  31   PLAN SUPPORT AGREEMENT | | ☐ | ROBINSON CALCAGNIE | 19 CORPORATE PLAZA DR.<br>NEWPORT BEACH, CA 92660 |
| 2.  32   PLAN SUPPORT AGREEMENT | | ☐ | RUEB STOLLER DANIEL, LLP | 1990 N. CALIFORNIA BLVD.  8TH FLOOR<br>WALNUT CREEK, CA 94596 |

**LTL Management LLC**                                                                                  Case Number:  23-12825 (MBK)

## Schedule G: Executory Contracts and Unexpired Leases

| Nature of the Debtor's Interest | Expiration Date | Co-Debtor | Name | Address |
|---|---|---|---|---|

### Plan Support Agreements

| | | | | |
|---|---|---|---|---|
| 2. 33   PLAN SUPPORT AGREEMENT | | ☐ | SEEGER WEISS LLP | 55 CHALLENGER ROAD<br>RIDGEFIELD PARK, NJ 07660 |
| 2. 34   PLAN SUPPORT AGREEMENT | | ☐ | SLATER SLATER SCHULMAN | 488 MADISON AVENUE, 20TH FLOOR<br>NEW YORK, NY 10022 |
| 2. 35   PLAN SUPPORT AGREEMENT | | ☐ | TRAMMEL PC | 3262 WESTHEIMER RD., STE. 423<br>HOUSTON, TX 77098 |
| 2. 36   PLAN SUPPORT AGREEMENT | | ☐ | WATTS GUERRA LLP | 4 DOMINION DR. BLD 3, SUITE 100<br>SAN ANTONIO, TX 78257 |
| 2. 37   PLAN SUPPORT AGREEMENT | | ☐ | WISNER BAUM LLP | 11111 SANTA MONICA BLVD, SUITE 1750<br>LOS ANGELES, CA 90025 |

**LTL Management LLC**                                                                                          **Case Number:  23-12825 (MBK)**

## Schedule G: Executory Contracts and Unexpired Leases

**TOTAL NUMBER OF CONTRACTS:  37**

**LTL Management LLC**                                                    **Case Number:  23-12825 (MBK)**

## Schedule H: Codebtors

1.  **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**

    Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1 | Column 2 | Applicable Schedules | | |
|---|---|---|---|---|
| **Codebtor Name and Mailing Address** | **Creditor Name** | **D** | **E/F** | **G** |
| 2.1    SEE SCHEDULE H ATTACHMENT | NAME NOT AVAILABLE | ☐ | ☐ | ☐ |

**Total Number of Co-Debtor / Creditor rows: 1**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor Name: | LTL Management LLC |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case Number (if known): | 23-12825 (MBK) |

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property**  (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from Schedule A/B .................................................................

$0

    1b. **Total personal property:**

        Copy line 91A from Schedule A/B ..............................................................

UNDETERMINED

+

    1c. **Total of all property:**

        Copy line 92 from Schedule A/B .................................................................

UNDETERMINED

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property**  (Official Form 206D)

    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D  ..............................

$0

3. **Schedule E/F: Creditors Who Have Unsecured Claims**  (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 6a of Schedule E/F  .................................................

$0

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F  ......................................

UNDETERMINED

+

4. **Total liabilities**

    Lines 2 + 3a + 3b  .................................................................................................

UNDETERMINED

Fill in this information to identify the case and this filing:

Debtor Name: __LTL Management LLC_____

United States Bankruptcy Court for the: __District of New Jersey_____

Case Number (if known): __23-12825 (MBK)_____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**Warning -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [X] Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

- [X] Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

- [X] Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

- [X] Schedule G:  Executory Contracts and Unexpired Leases (Official Form 206G)

- [X] Schedule H: Codebtors (Official Form (206H)

- [X] Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

- [ ] Amended Schedule _____

- [ ] Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** __May 5, 2023_____        **Signature:** _/s/  Richard Dickinson_____

Richard Dickinson, Manager and Chief Financial Officer and Treasurer
**Name and Title**