In re: LTL Management LLC

Case No. 23-12825

Schedule A/B, Part 11, Question 73

*Interests in Insurance Policies or Annuities*

| Line | General Description | Current Value of Debtor's Interest |
|---|---|---|
| 73.1 | LTL Management LLC is an insured under insurance policies issued to Johnson & Johnson | Undetermined |
| 73.2 | A.G. Securitas - Insurance Policy No. 7339178 | Undetermined |
| 73.3 | A.G. Securitas - Insurance Policy No. 7339186 | Undetermined |
| 73.4 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 1209 WCA | Undetermined |
| 73.5 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 1211 WCA | Undetermined |
| 73.6 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 1213 WCA | Undetermined |
| 73.7 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 1577 WCA | Undetermined |
| 73.8 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 1598 WCA | Undetermined |
| 73.9 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 2001 WCA | Undetermined |
| 73.10 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 2002 WCA | Undetermined |
| 73.11 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 2003 WCA | Undetermined |
| 73.12 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 2336 WCA | Undetermined |
| 73.13 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 2476 WCA | Undetermined |
| 73.14 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 2478 WCA | Undetermined |
| 73.15 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 2480 WCA | Undetermined |
| 73.16 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 2482 WCA | Undetermined |
| 73.17 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 2838 WCA | Undetermined |
| 73.18 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 2840 WCA | Undetermined |
| 73.19 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 2842 WCA | Undetermined |
| 73.20 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 2844 WCA | Undetermined |
| 73.21 | Aetna Casualty-and-Surety (Travelers) - Insurance Policy No. 01 XN 3219 WCA | Undetermined |
| 73.22 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 3220 WCA | Undetermined |
| 73.23 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 3221 WCA | Undetermined |
| 73.24 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 3222 WCA | Undetermined |
| 73.25 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 3538 WCA | Undetermined |
| 73.26 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 3539 WCA | Undetermined |
| 73.27 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 3540 WCA | Undetermined |
| 73.28 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 3541 WCA | Undetermined |
| 73.29 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 3985 WCA | Undetermined |
| 73.30 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 4052 WCA | Undetermined |
| 73.31 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 4536 WCA | Undetermined |
| 73.32 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 4537 WCA | Undetermined |
| 73.33 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 4538 WCA | Undetermined |
| 73.34 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 4539 WCA | Undetermined |
| 73.35 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 509 WCA | Undetermined |
| 73.36 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 509 WCA | Undetermined |
| 73.37 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 509 WCA | Undetermined |
| 73.38 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 01 XN 945 WCA | Undetermined |
| 73.39 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 012470 SC(Y) | Undetermined |
| 73.40 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 012470 SC(Y) | Undetermined |

In re: LTL Management LLC
Case No. 23-12825
Schedule A/B, Part 11, Question 73

*Interests in Insurance Policies or Annuities*

| Line | General Description | Current Value of Debtor's Interest |
|---|---|---|
| 73.41 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 128800 SR(Y) | Undetermined |
| 73.42 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 128800 SR(Y) | Undetermined |
| 73.43 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 128800 SR(Y) | Undetermined |
| 73.44 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 144156 SR(Y) | Undetermined |
| 73.45 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 234570 SRA | Undetermined |
| 73.46 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 234935 SRA | Undetermined |
| 73.47 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 237601 SRA | Undetermined |
| 73.48 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 237618 | Undetermined |
| 73.49 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 237624 SCA | Undetermined |
| 73.50 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 252868 SRA(Y) | Undetermined |
| 73.51 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 5000SRY | Undetermined |
| 73.52 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 5000SRY | Undetermined |
| 73.53 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 5000SRY | Undetermined |
| 73.54 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 5000SRY | Undetermined |
| 73.55 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 5000SRY | Undetermined |
| 73.56 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 9608-SR(Y) | Undetermined |
| 73.57 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 9608-SR(Y) | Undetermined |
| 73.58 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 AL 9608-SR(Y) | Undetermined |
| 73.59 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 GL 18 SCA | Undetermined |
| 73.60 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 LC 3025RRY | Undetermined |
| 73.61 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 LC 4798Y | Undetermined |
| 73.62 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 LC 4800RRY | Undetermined |
| 73.63 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 LC 4800RRY | Undetermined |
| 73.64 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 LC 4800RRY | Undetermined |
| 73.65 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 PK 01 SC(Y) | Undetermined |
| 73.66 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 PK 02 SC(Y) | Undetermined |
| 73.67 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 PK 03 SC(Y) | Undetermined |
| 73.68 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 PK 04 SCA(Y) | Undetermined |
| 73.69 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 PK 07 SCA | Undetermined |
| 73.70 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 PK 09SCA | Undetermined |
| 73.71 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 PK 10 SCA | Undetermined |
| 73.72 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 PK 15 SCA | Undetermined |
| 73.73 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 PK 18 SCA | Undetermined |
| 73.74 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 PK11SCA | Undetermined |
| 73.75 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 PK13SCA | Undetermined |
| 73.76 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 PK17SCA | Undetermined |
| 73.77 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XN 07 SCA | Undetermined |
| 73.78 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XN 1 SC | Undetermined |
| 73.79 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XN 1 SC | Undetermined |
| 73.80 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XN 1 SC | Undetermined |

In re: LTL Management LLC
Case No. 23-12825
Schedule A/B, Part 11, Question 73

*Interests in Insurance Policies or Annuities*

| Line | General Description | Current Value of Debtor's Interest |
|---|---|---|
| 73.81 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XN 1 SC | Undetermined |
| 73.82 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XN 1 SC | Undetermined |
| 73.83 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XN 1 SC | Undetermined |
| 73.84 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XN 1 SC | Undetermined |
| 73.85 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XN 1 SC | Undetermined |
| 73.86 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XN 1 SC | Undetermined |
| 73.87 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XN 9 WCA | Undetermined |
| 73.88 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XN 9 WCA | Undetermined |
| 73.89 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XN 9 WCA | Undetermined |
| 73.90 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XS 3 SC | Undetermined |
| 73.91 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XS 3 SC | Undetermined |
| 73.92 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XS 3 SC | Undetermined |
| 73.93 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XS 36 SC | Undetermined |
| 73.94 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XS 36 SC | Undetermined |
| 73.95 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38 XS 36 SC | Undetermined |
| 73.96 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38AL138750 SR(Y) | Undetermined |
| 73.97 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38AL138750 SR(Y) | Undetermined |
| 73.98 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38AL138750 SR(Y) | Undetermined |
| 73.99 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38PK 05 SCA (Y) | Undetermined |
| 73.100 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38XS 550SCA | Undetermined |
| 73.101 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38XS 550SCA | Undetermined |
| 73.102 | Aetna Casualty and Surety (Travelers) - Insurance Policy No. 38XS 550SCA | Undetermined |
| 73.103 | Affiliated FM Ins. Company - Insurance Policy No. XL 96447 | Undetermined |
| 73.104 | Affiliated FM Ins. Company - Insurance Policy No. XL 97780 | Undetermined |
| 73.105 | Affiliated FM Ins. Company - Insurance Policy No. XL 98363 | Undetermined |
| 73.106 | AIU Ins. Company - Insurance Policy No. 75-100006 | Undetermined |
| 73.107 | AIU Ins. Company - Insurance Policy No. 75-101004 | Undetermined |
| 73.108 | AIU Ins. Company - Insurance Policy No. 75-101768 | Undetermined |
| 73.109 | AIU Ins. Company - Insurance Policy No. 75-102009 | Undetermined |
| 73.110 | AIU Ins. Company - Insurance Policy No. 75-102228 | Undetermined |
| 73.111 | AIU Ins. Company - Insurance Policy No. 75-102237 | Undetermined |
| 73.112 | AIU Ins. Company - Insurance Policy No. 75-104350 | Undetermined |
| 73.113 | Allianz Ins. Company - Insurance Policy No. XL 55 95 63 | Undetermined |
| 73.114 | American Centennial Ins. Company - Insurance Policy No. CC-00-03-79 | Undetermined |
| 73.115 | American Centennial Ins. Company - Insurance Policy No. CC-00-03-79 | Undetermined |
| 73.116 | American Centennial Ins. Company - Insurance Policy No. CC-00-11-98 | Undetermined |
| 73.117 | American Centennial Ins. Company - Insurance Policy No. CC-00-11-99 | Undetermined |
| 73.118 | American Centennial Ins. Company - Insurance Policy No. CC-00-12-00 | Undetermined |
| 73.119 | American Centennial Ins. Company - Insurance Policy No. CC-00-13-74 | Undetermined |
| 73.120 | American Centennial Ins. Company - Insurance Policy No. CC-00-13-75 | Undetermined |

In re: LTL Management LLC
Case No. 23-12825
Schedule A/B, Part 11, Question 73
*Interests in Insurance Policies or Annuities*

| Line | General Description | Current Value of Debtor's Interest |
|---|---|---|
| 73.121 | American Centennial Ins. Company - Insurance Policy No. CC-00-13-76 | Undetermined |
| 73.122 | American Centennial Ins. Company - Insurance Policy No. CC-00-26-18 | Undetermined |
| 73.123 | American Centennial Ins. Company - Insurance Policy No. CC-00-26-18 | Undetermined |
| 73.124 | American Centennial Ins. Company - Insurance Policy No. CC-00-26-54 | Undetermined |
| 73.125 | American Centennial Ins. Company - Insurance Policy No. CC-00-26-54 | Undetermined |
| 73.126 | American Centennial Ins. Company - Insurance Policy No. CC-01-58-73 | Undetermined |
| 73.127 | American Motorists Ins. Company - Insurance Policy No. 1YM 578 951-01 | Undetermined |
| 73.128 | American Motorists Ins. Company - Insurance Policy No. 1YM 578 951-01 | Undetermined |
| 73.129 | American Motorists Ins. Company - Insurance Policy No. 1YM 578 951A | Undetermined |
| 73.130 | American Motorists Ins. Company - Insurance Policy No. 1YM 578 951A | Undetermined |
| 73.131 | American Re-Insurance Company - Insurance Policy No. M1049624 | Undetermined |
| 73.132 | Assurances Generales De France - Insurance Policy No. 59243/85 | Undetermined |
| 73.133 | Assurantiekantoor VanWijk & Co. - Insurance Policy No. 7335660 | Undetermined |
| 73.134 | Birmingham Fire Ins. Company - Insurance Policy No. SE 6073435 | Undetermined |
| 73.135 | Birmingham Fire Ins. Company - Insurance Policy No. SE 6073443 | Undetermined |
| 73.136 | Birmingham Fire Ins. Company - Insurance Policy No. SE 6073583 | Undetermined |
| 73.137 | Birmingham Fire Ins. Company - Insurance Policy No. SE 6073584 | Undetermined |
| 73.138 | Birmingham Fire Ins. Company - Insurance Policy No. SE 6073751 | Undetermined |
| 73.139 | Birmingham Fire Ins. Company - Insurance Policy No. SE 6073752 | Undetermined |
| 73.140 | Birmingham Fire Ins. Company - Insurance Policy No. SE 6073908 | Undetermined |
| 73.141 | Birmingham Fire Ins. Company - Insurance Policy No. SE 6074011 | Undetermined |
| 73.142 | Birmingham Fire Ins. Company - Insurance Policy No. SE 6074012 | Undetermined |
| 73.143 | Birmingham Fire Ins. Company - Insurance Policy No. SE 6074203 | Undetermined |
| 73.144 | Birmingham Fire Ins. Company - Insurance Policy No. SE 6074226 | Undetermined |
| 73.145 | Central National Ins. Company of Omaha - Insurance Policy No. CNZ 14-06-28 | Undetermined |
| 73.146 | Central National Ins. Company of Omaha - Insurance Policy No. CNZ 14-07-46 | Undetermined |
| 73.147 | Central National Ins. Company of Omaha - Insurance Policy No. CNZ 14-07-48 | Undetermined |
| 73.148 | City Ins. Company - Insurance Policy No. HEC 9 69 37 45 | Undetermined |
| 73.149 | City Ins. Company - Insurance Policy No. HEC 9 69 37 45 | Undetermined |
| 73.150 | City Ins. Company - Insurance Policy No. HEC 9 69 37 53 | Undetermined |
| 73.151 | City Ins. Company - Insurance Policy No. HEC 9 69 37 53 | Undetermined |
| 73.152 | City Ins. Company - Insurance Policy No. HEC 9 82 57 73 | Undetermined |
| 73.153 | City Ins. Company - Insurance Policy No. HEC 9 82 63 69 | Undetermined |
| 73.154 | City Ins. Company - Insurance Policy No. HEC 9 82 63 70 | Undetermined |
| 73.155 | City Ins. Company - Insurance Policy No. HEC 9 82 63 71 | Undetermined |
| 73.156 | Colonia Versicherungs AG, Koln - Insurance Policy No. Unknown | Undetermined |
| 73.157 | Colonia Versicherungs AG, Koln - Insurance Policy No. Unknown | Undetermined |
| 73.158 | Drake Ins. Company of New York - Insurance Policy No. XL 01437 | Undetermined |
| 73.159 | Employers Ins. of Wausau - Insurance Policy No. 5734-00-300600 | Undetermined |
| 73.160 | Employers Ins. of Wausau - Insurance Policy No. 5734-00-300601 | Undetermined |

In re: LTL Management LLC

Case No. 23-12825

Schedule A/B, Part 11, Question 73

*Interests in Insurance Policies or Annuities*

| Line | General Description | Current Value of Debtor's Interest |
|---|---|---|
| 73.161 | Employers Ins. of Wausau - Insurance Policy No. 5735-00-100273 | Undetermined |
| 73.162 | Employers Ins. of Wausau - Insurance Policy No. 5735-00-100273 | Undetermined |
| 73.163 | Employers Ins. of Wausau - Insurance Policy No. 5735-00-100273 | Undetermined |
| 73.164 | Employers Ins. of Wausau - Insurance Policy No. 5735-00-100561 | Undetermined |
| 73.165 | Employers Ins. of Wausau - Insurance Policy No. 5735-02-100561 | Undetermined |
| 73.166 | Employers Ins. of Wausau - Insurance Policy No. 5735-03-100561 | Undetermined |
| 73.167 | Employers Ins. of Wausau - Insurance Policy No. 5735-04-100561 | Undetermined |
| 73.168 | Employers Ins. of Wausau - Insurance Policy No. 5736 00 102585 | Undetermined |
| 73.169 | Employers Mutual Casualty Company - Insurance Policy No. MMO-70634 | Undetermined |
| 73.170 | Employers Mutual Casualty Company - Insurance Policy No. MMO-71147 | Undetermined |
| 73.171 | Eurinco Allgemeine Versicherungs AG, Dusseldorf - Insurance Policy No.  Unknown | Undetermined |
| 73.172 | Eurinco Allgemeine Versicherungs AG, Dusseldorf - Insurance Policy No. Unknown | Undetermined |
| 73.173 | Fireman's Fund Ins. Company - Insurance Policy No. XLX 120 28 48 | Undetermined |
| 73.174 | Fireman's Fund Ins. Company - Insurance Policy No. XLX 126 71 73 | Undetermined |
| 73.175 | First State Ins. Company - Insurance Policy No. 924197 | Undetermined |
| 73.176 | First State Ins. Company - Insurance Policy No. 924214 | Undetermined |
| 73.177 | First State Ins. Company - Insurance Policy No. 925944 | Undetermined |
| 73.178 | First State Ins. Company - Insurance Policy No. 925945 | Undetermined |
| 73.179 | First State Ins. Company - Insurance Policy No. 927459 | Undetermined |
| 73.180 | First State Ins. Company - Insurance Policy No. 927460 | Undetermined |
| 73.181 | First State Ins. Company - Insurance Policy No. 929233 | Undetermined |
| 73.182 | First State Ins. Company - Insurance Policy No. 929234 | Undetermined |
| 73.183 | First State Ins. Company - Insurance Policy No. 930826 | Undetermined |
| 73.184 | First State Ins. Company - Insurance Policy No. 930827 | Undetermined |
| 73.185 | First State Ins. Company - Insurance Policy No. 932300 | Undetermined |
| 73.186 | First State Ins. Company - Insurance Policy No. 934289 | Undetermined |
| 73.187 | First State Ins. Company - Insurance Policy No. 934290 | Undetermined |
| 73.188 | Gibraltar Casualty Company - Insurance Policy No. GMX 00825 | Undetermined |
| 73.189 | Gibraltar Casualty Company - Insurance Policy No. GMX 01456 | Undetermined |
| 73.190 | Gibraltar Casualty Company - Insurance Policy No. GMX 02007 | Undetermined |
| 73.191 | Gibraltar Casualty Company - Insurance Policy No. GMX 02521 | Undetermined |
| 73.192 | Granite State Ins. Company - Insurance Policy No. 6179-0868 | Undetermined |
| 73.193 | Granite State Ins. Company - Insurance Policy No. 6179-1003 | Undetermined |
| 73.194 | Granite State Ins. Company - Insurance Policy No. 6180-1791 | Undetermined |
| 73.195 | Granite State Ins. Company - Insurance Policy No. 6481-5094 | Undetermined |
| 73.196 | Granite State Ins. Company - Insurance Policy No. 6481-5095 | Undetermined |
| 73.197 | Granite State Ins. Company - Insurance Policy No. 6481-5096 | Undetermined |
| 73.198 | Granite State Ins. Company - Insurance Policy No. 6482-5317 | Undetermined |
| 73.199 | Granite State Ins. Company - Insurance Policy No. 6482-5318 | Undetermined |
| 73.200 | Granite State Ins. Company - Insurance Policy No. 6482-5562 | Undetermined |

**In re: LTL Management LLC**
**Case No. 23-12825**
**Schedule A/B, Part 11, Question 73**
*Interests in Insurance Policies or Annuities*

| Line | General Description | Current Value of Debtor's Interest |
|---|---|---|
| 73.201 | Granite State Ins. Company - Insurance Policy No. 6483-5520 | Undetermined |
| 73.202 | Granite State Ins. Company - Insurance Policy No. 6483-5521 | Undetermined |
| 73.203 | Granite State Ins. Company - Insurance Policy No. 6483-5522 | Undetermined |
| 73.204 | Granite State Ins. Company - Insurance Policy No. 6483-5523 | Undetermined |
| 73.205 | Granite State Ins. Company - Insurance Policy No. 6484-0068 | Undetermined |
| 73.206 | Granite State Ins. Company - Insurance Policy No. 6484-0068 | Undetermined |
| 73.207 | Granite State Ins. Company - Insurance Policy No. 6484-5726 | Undetermined |
| 73.208 | Granite State Ins. Company - Insurance Policy No. 6484-5726 | Undetermined |
| 73.209 | Granite State Ins. Company - Insurance Policy No. 6485-7000 | Undetermined |
| 73.210 | Granite State Ins. Company - Insurance Policy No. 6485-7001 | Undetermined |
| 73.211 | Granite State Ins. Company - Insurance Policy No. SCLD 80-94068 | Undetermined |
| 73.212 | Great Northern Ins. Company - Insurance Policy No. (82) 7129-89-81 | Undetermined |
| 73.213 | Great Northern Ins. Company - Insurance Policy No. (83) 7129-89-81 | Undetermined |
| 73.214 | Great Northern Ins. Company - Insurance Policy No. (84) 7129-89-81 | Undetermined |
| 73.215 | Great Northern Ins. Company - Insurance Policy No. (85) 7129-89-81 | Undetermined |
| 73.216 | Great Northern Ins. Company - Insurance Policy No. (86) 7129-89-81 | Undetermined |
| 73.217 | Great Southwest Fire Ins. Company - Insurance Policy No. XL 13811 | Undetermined |
| 73.218 | Groupe Drouot - Insurance Policy No. 59243/85 | Undetermined |
| 73.219 | Groupe Drouot - Insurance Policy No. XF 750027D (59244/85) | Undetermined |
| 73.220 | Harbor Ins. Company - Insurance Policy No. HI 178415 | Undetermined |
| 73.221 | Harbor Ins. Company - Insurance Policy No. HI 178575 | Undetermined |
| 73.222 | Hartford Accident and Indemnity Company - Insurance Policy No. 10 XS 103213 | Undetermined |
| 73.223 | Hartford Accident and Indemnity Company - Insurance Policy No. 10 XS CB 6983 | Undetermined |
| 73.224 | Hartford Accident and Indemnity Company - Insurance Policy No. 10 XS CB6983 | Undetermined |
| 73.225 | Hartford Accident and Indemnity Company - Insurance Policy No. 10 XS GN 4596 | Undetermined |
| 73.226 | Home Ins. Company - Insurance Policy No. HEC 1 20 34 76 | Undetermined |
| 73.227 | Home Ins. Company - Insurance Policy No. HEC 1 20 34 77 | Undetermined |
| 73.228 | Home Ins. Company - Insurance Policy No. HEC 1 20 34 78 | Undetermined |
| 73.229 | Home Ins. Company - Insurance Policy No. HEC 1 70 34 79 | Undetermined |
| 73.230 | Home Ins. Company - Insurance Policy No. HEC 4 35 67 55 | Undetermined |
| 73.231 | Home Ins. Company - Insurance Policy No. HEC 4 35 67 55 | Undetermined |
| 73.232 | Home Ins. Company - Insurance Policy No. HEC 4 35 67 55 | Undetermined |
| 73.233 | Home Ins. Company - Insurance Policy No. HEC 4 35 67 56 | Undetermined |
| 73.234 | Home Ins. Company - Insurance Policy No. HEC 4 35 67 56 | Undetermined |
| 73.235 | Home Ins. Company - Insurance Policy No. HEC 4 76 40 31 | Undetermined |
| 73.236 | Home Ins. Company - Insurance Policy No. HEC 4 97 35 01 | Undetermined |
| 73.237 | Home Ins. Company - Insurance Policy No. HEC 9 00 69 74 | Undetermined |
| 73.238 | Home Ins. Company - Insurance Policy No. HEC 9 00 69 75 | Undetermined |
| 73.239 | Home Ins. Company - Insurance Policy No. HEC 9 20 85 31 | Undetermined |
| 73.240 | Home Ins. Company - Insurance Policy No. HEC 9 32 88 13 | Undetermined |

In re: LTL Management LLC
Case No. 23-12825
Schedule A/B, Part 11, Question 73
*Interests in Insurance Policies or Annuities*

| Line | General Description | Current Value of Debtor's Interest |
|---|---|---|
| 73.241 | Home Ins. Company - Insurance Policy No. HEC 9 32 88 48 | Undetermined |
| 73.242 | Ideal Mutual Ins. Company - Insurance Policy No. 0130 | Undetermined |
| 73.243 | Industrial Indemnity Company - Insurance Policy No. JE 884-2682 | Undetermined |
| 73.244 | Ins. Company of North America - Insurance Policy No. 45 HF 20351 | Undetermined |
| 73.245 | Ins. Company of North America - Insurance Policy No. 45HF 20337 | Undetermined |
| 73.246 | Ins. Company of North America - Insurance Policy No. 47HF20003 | Undetermined |
| 73.247 | Ins. Company of North America - Insurance Policy No. XCP 144474 | Undetermined |
| 73.248 | Ins. Company of North America - Insurance Policy No. XCP 144999 | Undetermined |
| 73.249 | Ins. Company of North America - Insurance Policy No. XCP 144999 | Undetermined |
| 73.250 | Ins. Company of North America - Insurance Policy No. XCP 156496 | Undetermined |
| 73.251 | Ins. Company of North America - Insurance Policy No. XCP 156496 | Undetermined |
| 73.252 | Ins. Company of North America - Insurance Policy No. XCP 156496 | Undetermined |
| 73.253 | Ins. Company of North America - Insurance Policy No. XCP 156496 | Undetermined |
| 73.254 | Ins. Company of North America - Insurance Policy No. XCP155946 | Undetermined |
| 73.255 | Ins. Company of North America - Insurance Policy No. XCP155946 | Undetermined |
| 73.256 | Ins. Company of the State of Pennsylvania - Insurance Policy No. UXL 82-1002 | Undetermined |
| 73.257 | Ins. Corporation of Singapore Limited - Insurance Policy No. Unknown | Undetermined |
| 73.258 | Ins. Corporation of Singapore Limited - Insurance Policy No. Unknown | Undetermined |
| 73.259 | Integrity Ins. Company - Insurance Policy No. XL 200216 | Undetermined |
| 73.260 | Integrity Ins. Company - Insurance Policy No. XL 200603 | Undetermined |
| 73.261 | Integrity Ins. Company - Insurance Policy No. XL 200662 | Undetermined |
| 73.262 | Integrity Ins. Company - Insurance Policy No. XL 201442 | Undetermined |
| 73.263 | Integrity Ins. Company - Insurance Policy No. XL 202013 | Undetermined |
| 73.264 | Integrity Ins. Company - Insurance Policy No. XL 208000 | Undetermined |
| 73.265 | International Ins. Company - Insurance Policy No. 522 029479 5 | Undetermined |
| 73.266 | International Ins. Company - Insurance Policy No. 522 029480 4 | Undetermined |
| 73.267 | International Ins. Company - Insurance Policy No. 522 034427 7 | Undetermined |
| 73.268 | International Ins. Company - Insurance Policy No. 522 034428 6 | Undetermined |
| 73.269 | International Ins. Company - Insurance Policy No. 522 034431 3 | Undetermined |
| 73.270 | International Surplus Lines Ins. Company - Insurance Policy No. XSI 10049 | Undetermined |
| 73.271 | International Surplus Lines Ins. Company - Insurance Policy No. XSI 10050 | Undetermined |
| 73.272 | International Surplus Lines Ins. Company - Insurance Policy No. XSI 10051 | Undetermined |
| 73.273 | International Surplus Lines Ins. Company - Insurance Policy No. XSI 9092 | Undetermined |
| 73.274 | International Surplus Lines Ins. Company - Insurance Policy No. XSI 9093 | Undetermined |
| 73.275 | International Surplus Lines Ins. Company - Insurance Policy No. XSI 9094 | Undetermined |
| 73.276 | International Surplus Lines Ins. Company - Insurance Policy No. XSI 9095 | Undetermined |
| 73.277 | Lexington Ins. Company - Insurance Policy No. 522 2127 | Undetermined |
| 73.278 | Lexington Ins. Company - Insurance Policy No. 522 2127 | Undetermined |
| 73.279 | Lexington Ins. Company - Insurance Policy No. 552 2648 | Undetermined |
| 73.280 | Lexington Ins. Company - Insurance Policy No. 552 2648 | Undetermined |

In re: LTL Management LLC
Case No. 23-12825
Schedule A/B, Part 11, Question 73

*Interests in Insurance Policies or Annuities*

| Line | General Description | Current Value of Debtor's Interest |
|---|---|---|
| 73.281 | Lexington Ins. Company - Insurance Policy No. 552 3855 | Undetermined |
| 73.282 | Lexington Ins. Company - Insurance Policy No. 552 3855 | Undetermined |
| 73.283 | Lexington Ins. Company - Insurance Policy No. 552 3855 | Undetermined |
| 73.284 | Lexington Ins. Company - Insurance Policy No. 552 5292 | Undetermined |
| 73.285 | Lexington Ins. Company - Insurance Policy No. 552 5292 | Undetermined |
| 73.286 | Lexington Ins. Company - Insurance Policy No. 552 5292 | Undetermined |
| 73.287 | Lexington Ins. Company - Insurance Policy No. 552 6398 | Undetermined |
| 73.288 | Lexington Ins. Company - Insurance Policy No. 552 6398 | Undetermined |
| 73.289 | Lexington Ins. Company - Insurance Policy No. 5520275 | Undetermined |
| 73.290 | London Guarantee and Accident Company of N.Y. - Insurance Policy No. LX 1 89 82 01 | Undetermined |
| 73.291 | London Guarantee and Accident Company of N.Y. - Insurance Policy No. LX 2 11 07 24 | Undetermined |
| 73.292 | L'Union Atlantique S.A. d'Assurances - Insurance Policy No. 7345658 | Undetermined |
| 73.293 | Mead Reinsurance Corporation - Insurance Policy No. XL 1574 | Undetermined |
| 73.294 | Mead Reinsurance Corporation - Insurance Policy No. XL 1695 | Undetermined |
| 73.295 | Mead Reinsurance Corporation - Insurance Policy No. XL 1829 | Undetermined |
| 73.296 | Mead Reinsurance Corporation - Insurance Policy No. XL 1973 | Undetermined |
| 73.297 | Middlesex Assurance Company - Insurance Policy No. 1-34001-00 | Undetermined |
| 73.298 | Middlesex Assurance Company - Insurance Policy No. 1-34001-00 | Undetermined |
| 73.299 | Middlesex Assurance Company - Insurance Policy No. 1-34001-00 | Undetermined |
| 73.300 | Middlesex Assurance Company - Insurance Policy No. 1-34001-00 | Undetermined |
| 73.301 | Middlesex Assurance Company - Insurance Policy No. 1-34001-00 | Undetermined |
| 73.302 | Middlesex Assurance Company - Insurance Policy No. 1-34001-00 | Undetermined |
| 73.303 | Middlesex Assurance Company - Insurance Policy No. 1-34001-00 | Undetermined |
| 73.304 | Middlesex Assurance Company - Insurance Policy No. 1-34001-00 | Undetermined |
| 73.305 | Middlesex Assurance Company - Insurance Policy No. 1-34001-00 | Undetermined |
| 73.306 | Middlesex Assurance Company - Insurance Policy No. 1-34001-00 | Undetermined |
| 73.307 | Middlesex Assurance Company - Insurance Policy No. 1-34001-00 | Undetermined |
| 73.308 | Middlesex Assurance Company - Insurance Policy No. 1-34003-00 | Undetermined |
| 73.309 | Middlesex Assurance Company - Insurance Policy No. 1-34003-00 | Undetermined |
| 73.310 | Middlesex Assurance Company - Insurance Policy No. 1-34003-00 | Undetermined |
| 73.311 | Middlesex Assurance Company - Insurance Policy No. 1-34003-00 | Undetermined |
| 73.312 | Middlesex Assurance Company - Insurance Policy No. 1-34003-00 | Undetermined |
| 73.313 | Middlesex Assurance Company - Insurance Policy No. 1-34003-00 | Undetermined |
| 73.314 | Middlesex Assurance Company - Insurance Policy No. 1-34003-00 | Undetermined |
| 73.315 | Middlesex Assurance Company - Insurance Policy No. 1-34004-00 | Undetermined |
| 73.316 | Middlesex Assurance Company - Insurance Policy No. 1-34005-00 | Undetermined |
| 73.317 | Middlesex Assurance Company - Insurance Policy No. 1-34005-00 | Undetermined |
| 73.318 | Middlesex Assurance Company - Insurance Policy No. 1-34005-00 | Undetermined |
| 73.319 | Middlesex Assurance Company - Insurance Policy No. 1-34005-00 | Undetermined |
| 73.320 | Middlesex Assurance Company - Insurance Policy No. 1-34005-00 | Undetermined |

In re: LTL Management LLC
Case No. 23-12825
Schedule A/B, Part 11, Question 73

*Interests in Insurance Policies or Annuities*

| Line | General Description | Current Value of Debtor's Interest |
|---|---|---|
| 73.321 | Middlesex Assurance Company - Insurance Policy No. 1-34005-00 | Undetermined |
| 73.322 | Middlesex Assurance Company - Insurance Policy No. 1-34006-01 | Undetermined |
| 73.323 | Middlesex Assurance Company - Insurance Policy No. 1-34006-01 | Undetermined |
| 73.324 | Middlesex Assurance Company - Insurance Policy No. 1-34006-01 | Undetermined |
| 73.325 | Middlesex Assurance Company - Insurance Policy No. 1-34006-01 | Undetermined |
| 73.326 | Middlesex Assurance Company - Insurance Policy No. 1-34007-00 | Undetermined |
| 73.327 | Middlesex Assurance Company - Insurance Policy No. 1-34007-00 | Undetermined |
| 73.328 | Middlesex Assurance Company - Insurance Policy No. 1-34010-00 | Undetermined |
| 73.329 | Middlesex Assurance Company - Insurance Policy No. 1-34010-00 | Undetermined |
| 73.330 | Middlesex Assurance Company - Insurance Policy No. 1-34014-00 | Undetermined |
| 73.331 | Middlesex Assurance Company - Insurance Policy No. 1-34015-00 | Undetermined |
| 73.332 | Middlesex Assurance Company - Insurance Policy No. 1-34016-00 | Undetermined |
| 73.333 | Middlesex Assurance Company - Insurance Policy No. 1-34017-00 | Undetermined |
| 73.334 | Middlesex Assurance Company - Insurance Policy No. 1-34018-00 | Undetermined |
| 73.335 | Middlesex Assurance Company - Insurance Policy No. MX 119 | Undetermined |
| 73.336 | Midland Ins. Company - Insurance Policy No. XL 1386 | Undetermined |
| 73.337 | Midland Ins. Company - Insurance Policy No. XL 145822 | Undetermined |
| 73.338 | Midland Ins. Company - Insurance Policy No. XL 148397 | Undetermined |
| 73.339 | Midland Ins. Company - Insurance Policy No. XL 148398 | Undetermined |
| 73.340 | Midland Ins. Company - Insurance Policy No. XL 160202 | Undetermined |
| 73.341 | Midland Ins. Company - Insurance Policy No. XL 160203 | Undetermined |
| 73.342 | Midland Ins. Company - Insurance Policy No. XL 706594 | Undetermined |
| 73.343 | Midland Ins. Company - Insurance Policy No. XL 723765 | Undetermined |
| 73.344 | Midland Ins. Company - Insurance Policy No. XL 724752 | Undetermined |
| 73.345 | Midland Ins. Company - Insurance Policy No. XL 724753 | Undetermined |
| 73.346 | Midland Ins. Company - Insurance Policy No. XL 739784 | Undetermined |
| 73.347 | Midland Ins. Company - Insurance Policy No. XL 739785 | Undetermined |
| 73.348 | Midland Ins. Company - Insurance Policy No. XL 739970 | Undetermined |
| 73.349 | Midland Ins. Company - Insurance Policy No. XL 739971 | Undetermined |
| 73.350 | Midland Ins. Company - Insurance Policy No. XL 770800 | Undetermined |
| 73.351 | Midland Ins. Company - Insurance Policy No. XL 770801 | Undetermined |
| 73.352 | Midland Ins. Company - Insurance Policy No. XL 770802 | Undetermined |
| 73.353 | Midland Ins. Company - Insurance Policy No. XL 770803 | Undetermined |
| 73.354 | Midland Ins. Company - Insurance Policy No. XL 770818 | Undetermined |
| 73.355 | Mission Ins. Company - Insurance Policy No. M 831914 | Undetermined |
| 73.356 | Mission Ins. Company - Insurance Policy No. M 887719 | Undetermined |
| 73.357 | Mission National Ins. Company - Insurance Policy No. MN027390 | Undetermined |
| 73.358 | Mission National Ins. Company - Insurance Policy No. MN027480 | Undetermined |
| 73.359 | Mutual Fire, Marine, & Inland Ins. Company - Insurance Policy No. EL 100011 | Undetermined |
| 73.360 | Mutual Fire, Marine, & Inland Ins. Company - Insurance Policy No. EL 100193 | Undetermined |

**In re: LTL Management LLC**
**Case No. 23-12825**
**Schedule A/B, Part 11, Question 73**
*Interests in Insurance Policies or Annuities*

| Line | General Description | Current Value of Debtor's Interest |
|---|---|---|
| 73.361 | N.V. Rotterdamse Assurantiekas - Insurance Policy No. 7339178 | Undetermined |
| 73.362 | N.V. Rotterdamse Assurantiekas - Insurance Policy No. 7339186 | Undetermined |
| 73.363 | N.V. Rotterdamse Assurantiekas - Insurance Policy No. 7344546 | Undetermined |
| 73.364 | N.V. Rotterdamse Assurantiekas - Insurance Policy No. 7344554 | Undetermined |
| 73.365 | N.V. Rotterdamse Assurantiekas - Insurance Policy No. 7352670 | Undetermined |
| 73.366 | N.V. Rotterdamse Assurantiekas - Insurance Policy No. 7352689 | Undetermined |
| 73.367 | N.V. Schadeverzekeringsmaatschappij Maas Lloyd - Insurance Policy No. C. 5950619 | Undetermined |
| 73.368 | National Casualty Company - Insurance Policy No. XU 000074 | Undetermined |
| 73.369 | National Casualty Company - Insurance Policy No. XU 000184 | Undetermined |
| 73.370 | National Casualty Company - Insurance Policy No. XU 000185 | Undetermined |
| 73.371 | National Union Fire Ins. Company - Insurance Policy No. 122 47 99 | Undetermined |
| 73.372 | National Union Fire Ins. Company - Insurance Policy No. 122 95 32 | Undetermined |
| 73.373 | National Union Fire Ins. Company - Insurance Policy No. 123 29 73 | Undetermined |
| 73.374 | National Union Fire Ins. Company - Insurance Policy No. 960 30 54 | Undetermined |
| 73.375 | National Union Fire Ins. Company - Insurance Policy No. 960 30 54 | Undetermined |
| 73.376 | National Union Fire Ins. Company - Insurance Policy No. 960 33 73 | Undetermined |
| 73.377 | National Union Fire Ins. Company - Insurance Policy No. 960 84 73 | Undetermined |
| 73.378 | National Union Fire Ins. Company - Insurance Policy No. 960 85 19 | Undetermined |
| 73.379 | National Union Fire Ins. Company - Insurance Policy No. 960 90 12 | Undetermined |
| 73.380 | National Union Fire Ins. Company - Insurance Policy No. 960 90 12 | Undetermined |
| 73.381 | National Union Fire Ins. Company - Insurance Policy No. 991 05 19 | Undetermined |
| 73.382 | National Union Fire Ins. Company - Insurance Policy No. 991 05 39 | Undetermined |
| 73.383 | New Hampshire Ins. Company - Insurance Policy No. 5178-0671 | Undetermined |
| 73.384 | North River Ins. Company - Insurance Policy No. 520 021480 5 | Undetermined |
| 73.385 | North River Ins. Company - Insurance Policy No. 522 027180 9 | Undetermined |
| 73.386 | North River Ins. Company - Insurance Policy No. 522 031453 2 | Undetermined |
| 73.387 | North River Ins. Company - Insurance Policy No. JU 0030 | Undetermined |
| 73.388 | North River Ins. Company - Insurance Policy No. JU 0030 | Undetermined |
| 73.389 | North River Ins. Company - Insurance Policy No. JU 0030 | Undetermined |
| 73.390 | North River Ins. Company - Insurance Policy No. JU 0031 | Undetermined |
| 73.391 | North River Ins. Company - Insurance Policy No. JU 0031 | Undetermined |
| 73.392 | North River Ins. Company - Insurance Policy No. JU 0031 | Undetermined |
| 73.393 | North River Ins. Company - Insurance Policy No. JU 0162 | Undetermined |
| 73.394 | North River Ins. Company - Insurance Policy No. JU 0163 | Undetermined |
| 73.395 | North River Ins. Company - Insurance Policy No. JU 0176 | Undetermined |
| 73.396 | North River Ins. Company - Insurance Policy No. JU 0275 | Undetermined |
| 73.397 | North River Ins. Company - Insurance Policy No. JU 0276 | Undetermined |
| 73.398 | North River Ins. Company - Insurance Policy No. JU 0276 | Undetermined |
| 73.399 | North River Ins. Company - Insurance Policy No. JU 0276 | Undetermined |
| 73.400 | North River Ins. Company - Insurance Policy No. JU 0277 | Undetermined |

**In re: LTL Management LLC**
**Case No. 23-12825**
**Schedule A/B, Part 11, Question 73**
*Interests in Insurance Policies or Annuities*

| Line | General Description | Current Value of Debtor's Interest |
|---|---|---|
| 73.401 | North River Ins. Company - Insurance Policy No. JU 0278 | Undetermined |
| 73.402 | North River Ins. Company - Insurance Policy No. JU 0453 | Undetermined |
| 73.403 | North River Ins. Company - Insurance Policy No. JU 0454 | Undetermined |
| 73.404 | North River Ins. Company - Insurance Policy No. JU 0455 | Undetermined |
| 73.405 | North River Ins. Company - Insurance Policy No. JU 0465 | Undetermined |
| 73.406 | North River Ins. Company - Insurance Policy No. JU 0625 | Undetermined |
| 73.407 | North River Ins. Company - Insurance Policy No. JU 0626 | Undetermined |
| 73.408 | North River Ins. Company - Insurance Policy No. JU 0627 | Undetermined |
| 73.409 | North River Ins. Company - Insurance Policy No. JU 0628 | Undetermined |
| 73.410 | North River Ins. Company - Insurance Policy No. JU 0629 | Undetermined |
| 73.411 | North River Ins. Company - Insurance Policy No. JU 0629 | Undetermined |
| 73.412 | North River Ins. Company - Insurance Policy No. JU 0630 | Undetermined |
| 73.413 | North River Ins. Company - Insurance Policy No. JU 0630 | Undetermined |
| 73.414 | North River Ins. Company - Insurance Policy No. JU 0630 | Undetermined |
| 73.415 | North River Ins. Company - Insurance Policy No. JU 0630 | Undetermined |
| 73.416 | North River Ins. Company - Insurance Policy No. JU 0631 | Undetermined |
| 73.417 | North River Ins. Company - Insurance Policy No. JU 0631 | Undetermined |
| 73.418 | North River Ins. Company - Insurance Policy No. JU 0631 | Undetermined |
| 73.419 | North River Ins. Company - Insurance Policy No. JU 0631 | Undetermined |
| 73.420 | North River Ins. Company - Insurance Policy No. JU 0802 | Undetermined |
| 73.421 | North River Ins. Company - Insurance Policy No. JU 0802 | Undetermined |
| 73.422 | North River Ins. Company - Insurance Policy No. JU 0803 | Undetermined |
| 73.423 | North River Ins. Company - Insurance Policy No. JU 0803 | Undetermined |
| 73.424 | North River Ins. Company - Insurance Policy No. JU 0804 | Undetermined |
| 73.425 | North River Ins. Company - Insurance Policy No. JU 0805 | Undetermined |
| 73.426 | North River Ins. Company - Insurance Policy No. JU 0806 | Undetermined |
| 73.427 | North River Ins. Company - Insurance Policy No. JU 0807 | Undetermined |
| 73.428 | North River Ins. Company - Insurance Policy No. JU 0967 | Undetermined |
| 73.429 | North River Ins. Company - Insurance Policy No. JU 0968 | Undetermined |
| 73.430 | North River Ins. Company - Insurance Policy No. JU 0969 | Undetermined |
| 73.431 | North River Ins. Company - Insurance Policy No. JU 0970 | Undetermined |
| 73.432 | North River Ins. Company - Insurance Policy No. JU 1081 | Undetermined |
| 73.433 | North River Ins. Company - Insurance Policy No. JU 1081 | Undetermined |
| 73.434 | North River Ins. Company - Insurance Policy No. JU 1082 | Undetermined |
| 73.435 | North River Ins. Company - Insurance Policy No. JU 1082 | Undetermined |
| 73.436 | North River Ins. Company - Insurance Policy No. JU 1083 | Undetermined |
| 73.437 | North River Ins. Company - Insurance Policy No. JU 1210 | Undetermined |
| 73.438 | Northbrook Excess and Surplus Ins. Company - Insurance Policy No. 63 001 407 | Undetermined |
| 73.439 | Northbrook Excess and Surplus Ins. Company - Insurance Policy No. 63 003 476 | Undetermined |
| 73.440 | Northbrook Excess and Surplus Ins. Company - Insurance Policy No. 63 004 938 | Undetermined |

In re: LTL Management LLC
Case No. 23-12825
Schedule A/B, Part 11, Question 73

*Interests in Insurance Policies or Annuities*

| Line | General Description | Current Value of Debtor's Interest |
|---|---|---|
| 73.441 | Northbrook Excess and Surplus Ins. Company - Insurance Policy No. 63 005 182 | Undetermined |
| 73.442 | Northbrook Excess and Surplus Ins. Company - Insurance Policy No. 63 006 348 | Undetermined |
| 73.443 | Northbrook Excess and Surplus Ins. Company - Insurance Policy No. 63 006 349 | Undetermined |
| 73.444 | Northbrook Excess and Surplus Ins. Company - Insurance Policy No. 63 007 515 | Undetermined |
| 73.445 | Northbrook Excess and Surplus Ins. Company - Insurance Policy No. 63 007 516 | Undetermined |
| 73.446 | Northbrook Excess and Surplus Ins. Company - Insurance Policy No. 63 008 347 | Undetermined |
| 73.447 | Northbrook Excess and Surplus Ins. Company - Insurance Policy No. 63 008 348 | Undetermined |
| 73.448 | Northbrook Excess and Surplus Ins. Company - Insurance Policy No. 63 009 325 | Undetermined |
| 73.449 | Northbrook Excess and Surplus Ins. Company - Insurance Policy No. 63 009 326 | Undetermined |
| 73.450 | Northeastern Fire Ins. Company of Pennsylvania - Insurance Policy No. 0691 | Undetermined |
| 73.451 | Northeastern Fire Ins. Company of Pennsylvania - Insurance Policy No. 1535 | Undetermined |
| 73.452 | Pacific Employers Ins. Company - Insurance Policy No. XCC 01 22 95 | Undetermined |
| 73.453 | Pacific Employers Ins. Company - Insurance Policy No. XMO 01 72 06 | Undetermined |
| 73.454 | Prudential Reinsurance Company - Insurance Policy No. DXC 901038 | Undetermined |
| 73.455 | Prudential Reinsurance Company - Insurance Policy No. DXC DX 0708 | Undetermined |
| 73.456 | Prudential Reinsurance Company - Insurance Policy No. DXC DX 1226 | Undetermined |
| 73.457 | Prudential Reinsurance Company - Insurance Policy No. DXC DX 1227 | Undetermined |
| 73.458 | Prudential Reinsurance Company - Insurance Policy No. DXC DX0025 | Undetermined |
| 73.459 | Prudential Reinsurance Company - Insurance Policy No. DXC DX0026 | Undetermined |
| 73.460 | Republic Indemnity Company of America - Insurance Policy No. 4CX 10062 | Undetermined |
| 73.461 | Republic Ins. Company - Insurance Policy No. CDE 0674 | Undetermined |
| 73.462 | Republic Ins. Company - Insurance Policy No. CDE 0855 | Undetermined |
| 73.463 | Republic Ins. Company - Insurance Policy No. CDE 1103 | Undetermined |
| 73.464 | Republic Western Ins. Company - Insurance Policy No. R10-002 | Undetermined |
| 73.465 | Republic Western Ins. Company - Insurance Policy No. R10-005 | Undetermined |
| 73.466 | Royal Belge I.R., S.A. d'Assurances - Insurance Policy No. 7335660 | Undetermined |
| 73.467 | Royal Belge I.R., S.A. d'Assurances - Insurance Policy No. 7339178 | Undetermined |
| 73.468 | Royal Belge I.R., S.A. d'Assurances - Insurance Policy No. 7344546 | Undetermined |
| 73.469 | Royal Belge I.R., S.A. d'Assurances - Insurance Policy No. 7345658 | Undetermined |
| 73.470 | Royal Belge I.R., S.A. d'Assurances - Insurance Policy No. 7352670 | Undetermined |
| 73.471 | Royal Belge I.R., S.A. d'Assurances - Insurance Policy No. 7357656 | Undetermined |
| 73.472 | Royal Belge I.R., S.A. d'Assurances - Insurance Policy No. 7357656 | Undetermined |
| 73.473 | Royal Belge I.R., S.A. d'Assurances - Insurance Policy No. 7357664 | Undetermined |
| 73.474 | Royal Indemnity Company - Insurance Policy No. ED 101527 | Undetermined |
| 73.475 | Royal Ins. Company - Insurance Policy No. ED102360 | Undetermined |
| 73.476 | Royal Ins. Company - Insurance Policy No. ED102360 | Undetermined |
| 73.477 | Royal Ins. Company - Insurance Policy No. ED102360 | Undetermined |
| 73.478 | Royal Ins. Company - Insurance Policy No. ED102360 | Undetermined |
| 73.479 | Safety Mutual Casualty Corporation - Insurance Policy No. UF 1192 NJ | Undetermined |
| 73.480 | Seguros La Republica SA - Insurance Policy No. XL 01-0056 | Undetermined |

**In re: LTL Management LLC**
**Case No. 23-12825**
**Schedule A/B, Part 11, Question 73**
*Interests in Insurance Policies or Annuities*

| Line | General Description | Current Value of Debtor's Interest |
|---|---|---|
| 73.481 | Southern American Ins. Company - Insurance Policy No. 04-066 XX800020 | Undetermined |
| 73.482 | Southern American Ins. Company - Insurance Policy No. 800120 | Undetermined |
| 73.483 | Transamerica Premier - Insurance Policy No. 13397727 | Undetermined |
| 73.484 | Transit Casualty Company - Insurance Policy No. SCU 955-064 | Undetermined |
| 73.485 | Transit Casualty Company - Insurance Policy No. SCU 955-424 | Undetermined |
| 73.486 | Transit Casualty Company - Insurance Policy No. SCU 955-425 | Undetermined |
| 73.487 | Transit Casualty Company - Insurance Policy No. SCU 955-426 | Undetermined |
| 73.488 | Transit Casualty Company - Insurance Policy No. SCU 955-774 | Undetermined |
| 73.489 | Transit Casualty Company - Insurance Policy No. SCU 955-775 | Undetermined |
| 73.490 | Transit Casualty Company - Insurance Policy No. SCU 955-776 | Undetermined |
| 73.491 | Transit Casualty Company - Insurance Policy No. SCU 955-777 | Undetermined |
| 73.492 | Transit Casualty Company - Insurance Policy No. SCU 956-086 | Undetermined |
| 73.493 | Transit Casualty Company - Insurance Policy No. SCU 956-086 | Undetermined |
| 73.494 | Transit Casualty Company - Insurance Policy No. SCU 956-087 | Undetermined |
| 73.495 | Transit Casualty Company - Insurance Policy No. SCU 956-088 | Undetermined |
| 73.496 | Transit Casualty Company - Insurance Policy No. SCU 956-351 | Undetermined |
| 73.497 | Transit Casualty Company - Insurance Policy No. SCU 956-352 | Undetermined |
| 73.498 | UAP - Insurance Policy No. Unknown | Undetermined |
| 73.499 | Union Atlantique d'Assurances S.A. - Insurance Policy No. 7352689 | Undetermined |
| 73.500 | Union Indemnity Ins. Company of New York - Insurance Policy No. UF 11 00 049 | Undetermined |
| 73.501 | Union Indemnity Ins. Company of New York - Insurance Policy No. UF 11 00 088 | Undetermined |
| 73.502 | Union Indemnity Ins. Company of New York - Insurance Policy No. UF 11 00 178 | Undetermined |
| 73.503 | Union Indemnity Ins. Company of New York - Insurance Policy No. UF 11 00 310 | Undetermined |
| 73.504 | Westport/Puritan Ins. Company - Insurance Policy No. ML 65 04 17 | Undetermined |