UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail:     jeffrey.m.sponder@usdoj.gov
            lauren.bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No. 23-12825 (MBK) |
| Debtor. | Hearing Date: May 30, 2023 at 10 a.m. |
| | Honorable Michael B. Kaplan, Chief Judge |

**NOTICE OF MOTION BY THE UNITED STATES TRUSTEE FOR AN
ORDER COMPELLING COMPLIANCE WITH FED. R. BANKR. P. 2019**

**PLEASE TAKE NOTICE** that the United States Trustee, by and through his counsel, shall move before the Honorable Michael B. Kaplan, Chief Judge, on May 30, 2023, at 10:00 a.m., at the United States Bankruptcy Court, District of New Jersey, 402 East State Street, Trenton, New Jersey, for an order compelling compliance with Fed. R. Bankr. P. 2019, and for such other and further relief as this Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee shall rely upon the Memorandum of Law submitted herewith.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee no later than seven days in advance of the hearing date pursuant to District of New Jersey Local Bankruptcy Rule 9013-2(a)(2). If opposing papers are not filed and served within the required time, the Motion shall be deemed uncontested pursuant to District of New Jersey Local Bankruptcy Rule 9013-3(d) and the Order to compel compliance with Fed. R. Bankr. P. 2019 may be signed and entered in the Court's discretion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to District of New Jersey Local Bankruptcy Rule 9013-3(d) the motion will be decided on the papers unless opposition is filed**.**

        Respectfully Submitted,

        **ANDREW R. VARA,**
        **UNITED STATES TRUSTEE**
        **REGIONS 3 & 9**

By:   */s/ Jeffrey M. Sponder*
        Jeffrey M. Sponder
        Trial Attorney
        Lauren Bielskie
        Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        One Newark Center, Suite 2100
        Newark, NJ 07102

        -and-

        Linda Richenderfer
        Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        J. Caleb Boggs Federal Building
        844 King Street, Suite 2207, Lockbox 35
        Wilmington, DE 19801
        (302) 573-6491 (Phone)
        linda.richenderfer@usdoj.gov

Dated: May 8, 2023