**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>Defendants. | Adv. No.: 23-01092 (MBK) |

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 9, 2023 AT 1:00 P.M.**

*Parties are directed to https://www.njb.uscourts.gov/LTL*
*for appearing via Zoom or in-person, or observing via Zoom*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] **Amended agenda items appear in bold.**

## STATUS CONFERENCE GOING FORWARD IN BASE CASE

1. Motions to Dismiss the Chapter 11 Case [Dkts. 286, 335, 346, 350, 352, 358, 379, 384].

   **Status: The Court will conduct a conference to hear any updates from the parties on the scheduling of the pending motions to dismiss.**

## CONTESTED MATTERS GOING FORWARD IN ADVERSARY PROCEEDING

2. Request of the Official Committee of Talc Claimants for Order Certifying Direct Appeal of Preliminary Injunction Order of April 20, 2023 to the United States Court of Appeals for the Third Circuit [Adv. Dkt. 84] (the "TCC Request").

   **Status: This matter is going forward.**

   Objection Deadline: At hearing, pursuant to the Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice.

   Related Documents:

   A. The Official Committee of Talc Claimants' Notice of Appeal and Statement of Election [Adv. Dkt. 83] (the "TCC Notice of Appeal").

   B. Application for Order Shortening Time [Adv. Dkt. 85].

   C. Debtor's Objection to the Application for Order Shortening Time [Adv. Dkt. 86].

   D. Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Adv. Dkt. 87].

   E. Order Dissolving Temporary Restraining Order, Extending the Automatic Stay, and Granting Limited Preliminary Restraints [Adv. Dkt. 91] (the "Preliminary Injunction Order").

   F. Memorandum and Opinion [Adv. Dkt. 94] (the "Preliminary Injunction Opinion").

   G. The Official Committee of Talc Claimants' Amended Notice of Appeal and Statement of Election [Adv. Dkt. 103] (the "TCC Amended Notice of Appeal").

   Objections:

   H. Debtor's Omnibus Objection to Motions for an Order Certifying Direct Appeal of Preliminary Injunction Order to the Third Circuit [Adv. Dkt. 121] (the "Debtor's Objection").

   I. **Omnibus Objection of the Ad Hoc Committee of Supporting Counsel to Motions for Certification of Direct Appeal [Adv. Dkt. 124] (the "Supporting Counsel Objection").**

3. Ad Hoc Group of Mesothelioma Claimants' Motion for Order Certifying Direct Appeal of Preliminary Injunction Order of April 20, 2023 to the United States Court of Appeals for the Third Circuit [Adv. Dkt. 88].

   **Status:  This matter is going forward.**

   Objection Deadline:  At hearing, pursuant to the Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice.

   Related Documents:

   A. The TCC Notice of Appeal.

   B. The Preliminary Injunction Order.

   C. The Preliminary Injunction Opinion.

   D. The TCC Amended Notice of Appeal.

   Objections:

   E. The Debtor's Objection.

   F. **The Supporting Counsel Objection.**

4. Paul Crouch Motion and Joinder for Order Certifying Direct Appeal of Preliminary Injunction Order of April 20, 2023 to the United States Court of Appeals for the Third Circuit [Adv. Dkt. 89].

   **Status:  This matter is going forward.**

   Objection Deadline:  At hearing, pursuant to the Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice.

   Related Documents:

   A. The TCC Notice of Appeal.

   B. The Preliminary Injunction Order.

   C. The Preliminary Injunction Opinion.

   D. The TCC Amended Notice of Appeal.

   Objections:

   E. The Debtor's Objection.

   F. **The Supporting Counsel Objection.**

5. Motion of Ad Hoc Committee of Supporting Counsel to Intervene [Adv. Dkt. 104] (the "Motion to Intervene").

    **Status: This matter is going forward.**

    Objection Deadline: At hearing, pursuant to the Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice.

    Related Documents:

    A. Application for Order Shortening Time [Adv. Dkt. 105].

    B. Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Adv. Dkt. 106].

    **Objections:**

    C. **The Official Committee of Talc Claimants' Objection to the Motion to Intervene [Adv. Dkt. 123].**

| | |
|---|---|
| Dated: May 8, 2023 | **WOLLMUTH MAHER & DEUTSCH LLP**<br><br>*/s/ Paul R. DeFilippo*<br>Paul R. DeFilippo, Esq.<br>James N. Lawlor, Esq.<br>Joseph F. Pacelli, Esq. (admitted *pro hac vice*)<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br>jlawlor@wmd-law.com<br>jpacelli@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*PROPOSED ATTORNEYS FOR DEBTOR* |