**Exhibit A**

Proposed Order

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PAUL HASTINGS LLP
Kris Hansen (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
(212) 318-6400

-and-

Matthew M. Murphy (admitted *pro hac vice*)
Matthew Micheli (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
(312) 499-6018

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota (NJ Bar No. 014321986)
Warren A. Usatine (NJ Bar No. 025881985)
Seth Van Aalten *(admitted pro hac vice)*
Justin Alberto (admitted *pro hac vice)*
(201) 489-3000

PARKINS & RUBIO LLP
Lenard M. Parkins (admitted *pro hac vice*)
Charles M. Rubio (admitted *pro hac vice*)
700 Milam, Suite 1300
Houston, Texas 77002
(713) 715-1666

*Counsel to Ad Hoc Committee of Supporting
Counsel*

In re:

LTL MANAGEMENT, LLC[1],

                              Debtor.

Case No. 23-12825

Chapter 11

**Hearing Date and Time:
June 1, 2023 at 10:00 AM**

Judge: Michael B. Kaplan

(Page 2)
Debtor:              LTL MANAGEMENT LLC
Case No.:            23-12825 (MBK)
Caption of Order:    ORDER AUTHORIZING AD HOC COMMITTEE OF SUPPORTING
                     COUNSEL TO FILE UNDER SEAL AND REDACT CERTAIN
                     INFORMATION IN VERIFIED STATEMENT OF PAUL HASTINGS
                     LLP, COLE SCHOTZ P.C., AND PARKINS & RUBIO LLP
                     PURSUANT TO BANKRUPTCY RULE 2019

**ORDER AUTHORIZING AD HOC COMMITTEE OF SUPPORTING COUNSEL
TO FILE UNDER SEAL AND REDACT CERTAIN INFORMATION IN VERIFIED
STATEMENT OF PAUL HASTINGS LLP, COLE SCHOTZ P.C., AND PARKINS &
RUBIO LLP PURSUANT TO BANKRUPTCY RULE 2019**

The relief set forth on the following pages, numbered three (3) through five (5) is hereby ORDERED.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 3)
Debtor:          LTL MANAGEMENT LLC
Case No.:        23-12825 (MBK)
Caption of Order:  ORDER AUTHORIZING AD HOC COMMITTEE OF SUPPORTING
COUNSEL TO FILE UNDER SEAL AND REDACT CERTAIN
INFORMATION IN VERIFIED STATEMENT OF PAUL HASTINGS
LLP, COLE SCHOTZ P.C., AND PARKINS & RUBIO LLP
PURSUANT TO BANKRUPTCY RULE 2019

Upon the motion (the "**Motion**") of the Ad Hoc Committee of Supporting Counsel (the "**AHC of Supporting Counsel**"), by and through counsel, for an Order authorizing the AHC of Supporting Counsel to file under seal and redact its Fed. R. Bankr. P. 2019 disclosure (the "**2019 Statement**"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the AHC of Supporting Counsel's notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted; and the Court having further found that entry of the within Order is in the best interest of creditors and the bankruptcy estate:

Now, therefore, it is hereby **ORDERED** that:

1.      The Motion is GRANTED as set forth herein.

(Page 4)

| | |
|---|---|
| Debtor: | LTL MANAGEMENT LLC |
| Case No.: | 23-12825 (MBK) |
| Caption of Order: | ORDER AUTHORIZING AD HOC COMMITTEE OF SUPPORTING COUNSEL TO FILE UNDER SEAL AND REDACT CERTAIN INFORMATION IN VERIFIED STATEMENT OF PAUL HASTINGS LLP, COLE SCHOTZ P.C., AND PARKINS & RUBIO LLP PURSUANT TO BANKRUPTCY RULE 2019 |

2.      The 2019 Statement for the AHC of Supporting Counsel may be filed under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1.

3.      If the 2019 Statement is filed under seal pursuant to paragraph 2 above, a redacted version of the 2019 Statement and any exhibits thereto shall also be filed on the case docket.  This version shall differ from the version of the 2019 Statement filed under seal in the following respects:

      a.  For individual claimants or members, the first initial of the last name may be substituted for the full last name;

      b.  Any social security numbers, dates of birth, and/or dates of death, if applicable, may be redacted;

      c.  For claimants or members who assert or expect to assert a claim, the disease information may be redacted; and

      d.  Any confidential information related to the fee arrangements contained in any form of an engagement letter may be redacted.

4.      The filing of a 2019 Statement and, if appropriate, any supplement to the 2019 Statement, that complies with this Order, as it may be amended from time to time, shall be deemed to be in complete compliance with Fed. R. Bankr. P. 2019 for all purposes.

5.      The requirements of Local Rule 9018-1 are satisfied by the contents of the Motion or otherwise deemed waived.

66055/0001-45294583v6

(Page 5)

| | |
|---|---|
| Debtor: | LTL MANAGEMENT LLC |
| Case No.: | 23-12825 (MBK) |
| Caption of Order: | ORDER AUTHORIZING AD HOC COMMITTEE OF SUPPORTING COUNSEL TO FILE UNDER SEAL AND REDACT CERTAIN INFORMATION IN VERIFIED STATEMENT OF PAUL HASTINGS LLP, COLE SCHOTZ P.C., AND PARKINS & RUBIO LLP PURSUANT TO BANKRUPTCY RULE 2019 |

6.      The AHC of Supporting Counsel is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

8.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

66055/0001-45294583v6