MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
Clayton L. Thompson, Esq.
cthompson@mrhfmlaw.com
Suzanne M. Ratcliffe, Esq.
sratcliffe@mrhfmlaw.com
150 West 30th Street, Suite 201
New York, NY 10001
Tel: (800) 358-5922

*Counsel for Mesothelioma Plaintiff Katherine Tollefson*
*and Certain Mesothelioma Plaintiffs*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| LTL MANAGEMENT LLC, | : | Lead Case No. 23-12825-MBK |
| | : | |
| Debtor. | : | Adv. Pro. Case No. 23-01092-MBK |
| | : | |
| | : | |

APPLICATION FOR AN ORDER FOR ADDMISSION
*PRO HAC VICE* OF DEEPAK GUPTA, ESQ.

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 90101-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an Order granting the admission *pro hac vice* Deepak Gupta, Esq. of the law firm of Gupta Wessler PLLC, to represent the Ad Hoc Group of Mesothelioma Claimants: Katherine Tollefson, Evan Plotkin, Giovanni Sosa, Sandra Weathers, Mary Jackson, Elizabeth Meikle, Marzena Zachara, Robert Radin, and Christine Woodfin. In support of this

application, counsel submits the attached Certification of Deepak Guptak, Esq., and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted, practicing and a member in good standing with the Bar of the State of New Jersey.

Dated: May 9, 2023

/s/ Clayton L. Thompson
MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
150 W. 30th Street, Suite 201
New York, New York 10001
Tel: (800) 358-5922
cthompson@mrhfmlaw.com
*Attorneys for Talc Claimants Katherine Tollefson and Certain Mesothelioma Claimants*