IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Lead Case No. 23-12825-MBK |
| | : | |
| Debtor. | : | Adv. Pro. Case. No. 23-01092-MBK |
| | : | |
| | : | |

## CERTIFICATION OF DEEPAK GUPTA, ESQ.

I, Deepak Gupta, Esq., hereby certify as follows:

1. I am an attorney at Gupta Wessler, PLLC, counsel for the Ad Hoc Group of Mesothelioma Claimants (*see* Adv. Pro. Dkt. 88). My office is located at 2001 K Street, NW, Suite 850 North, Washington, DC, 20006. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I am admitted to practice law in the District of Columbia, the District of Columbia Court of Appeals, the United States District Court for the District of Columbia, the Supreme Court of the United States, the United States Court of Federal Claims, and the United States Court of Appeals for the First, Second, Third, Fourth, Sixth, Seventh, Eighth, Ninth, and Eleventh Circuits.

3. I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

4.     No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5.     I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6.     I further agree to pay all fees to the Clerk of the United States District Court for the District of new Jersey and the Lawyer's fund for Client Protection as provided for in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 9, 2023

/s/ Deepak Gupta
GUPTA WESSLER, PLLC
2001 K Street, NW, Suite 850 North
Washington, DC, 20006
Tel: (202) 888-1741
deepak@guptawessler.com
*Attorneys for the Ad Hoc Group of Mesothelioma Claimants*