| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC<br>150 W. 30th Street, Suite 201<br>New York, New York 10001<br>Tel:  (800) 358-5922<br>cthompson@mrhfmlaw.com<br>*Attorneys for Talc Claimant Katherine Tollefson and Various Talc Claimants* | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Lead Case No. 23-12825-MBK |
| | : | |
| Debtor. | : | Adv. Pro. Case. No. 23-01092-MBK |
| | : | |
| | : | |

## ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is **ORDERED.**

This matter having been brought before the Court on application for an

Order For Admission Pro Hac Vice; and the Court having reviewed the moving

papers of the applicant, out-of-state attorney, and considered this matter pursuant

to Fed.R.Civ.Proc. 78, D.N.J. L. Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause

having been shown; it is

ORDERED that _____Deepak Gupta_____ be permitted to appear pro

hac vice; provided that pursuant to D.N.J. L. Civ. R. 101.1 (c)(4), an appearance as

counsel of record shall be filed promptly by a member of the bar of this Court upon

whom all notices, orders and pleading may be served, and who shall promptly

notify the out-of-state attorney of their receipt. Only an attorney at law of this

Court may file papers, enter appearances for parties, sign stipulations, or sign and

receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers'

Fund for Client Protection for payment of the annual fee, for this year and for any

year in which the out-of-state attorney continues to represent a client in a matter

pending in the Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J.

L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the

entry of this Order, and it is further

ORDERED that the $150 fee required by D.N.J. L. Civ. R. 101 (c)(3) for pro

hac vice admission to the District Court for the District of New Jersey shall also be

payable within twenty (20) days of entry of this Order. Payment in the form of a

check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United

States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
*Attention:  Pro Hac Vice Admission*

And it is further ORDERED that the applicant shall be bound by the Local

Rule of the United States District Court for the District of New Jersey and the Local

Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer

of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of

entry.