UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WEITZ & LUXENBERG, PC
Lisa Nathanson Busch, Esq.
700 Broadway
New York, NY 10003
lbusch@weitzlux.com

*Attorney for Talc Claimant*

*Shawn V. Johnson*

In Re:

    LTL Management LLC,

        Debtor.

Case No. 23-12825 (MBK)

Chapter 11

Honorable Michael B. Kaplan, U.S.B.J., Chief

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Talc Claimant Shawn V. Johnson. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Lisa Nathanson Busch, Esq.
                          Weitz & Luxenberg, PC
                          700 Broadway
                          New York, NY 10003
                          212-558-5500
                          lbusch@weitzlux.com

    DOCUMENTS:
    X All notices entered pursuant to Fed. R. Bankr. P. 2002
    X All documents and pleadings of any nature.

Date: May 9, 2023

                                                        s/ Lisa Nathanson Busch
                                                              Signature