**GIBBONS P.C.**
Robert K. Malone, Esq.
David N. Crapo, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey  07102
(973) 596-4500
rmalone@gibbonslaw.com
dcrapo@gibbonslaw.com
kmcevilly@gibbonslaw.com

*Attorneys for the States of*
*New Mexico and Mississippi*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge:  Michael B. Kaplan |

## ORDER DISMISSING THE SECOND BANKRUPTCY
## PETITION OF LTL MANAGEMENT LLC

The relief set forth on the following page is hereby **ORDERED**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**Debtor:** LTL Management LLC
**Case No.:** 23-12825 (MBK)
**Caption:** Order Dismissing Second Bankruptcy Petition of LTL Management LLC

This matter having come before the Court upon the motion of the States of New Mexico and Mississippi, seeking to dismiss the Chapter 11 case filed by LTL Management LLC (the "**Motion**"), and the Court having reviewed the Motion and any opposition thereto, and finding good cause for the entry of the within Order;

**IT IS HEREBY ORDERED THAT:**

1. The Chapter 11 case filed by LTL Management LLC, bearing case number 23-12825 (MBK), is hereby **DISMISSED**.

2. The within Order shall be deemed served on all parties upon its CM/ECF filing.