## **EXHIBIT A**

**EXHIBIT A**

**Disposable Economic & Other Interests[3]**

| Ad Hoc Committee Member & Address | Claim and/or Interest |
|---|---|
| Alabama<br>Office of the Alabama Attorney General<br>501 Washington Avenue<br>Montgomery, AL 36104 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Alaska<br>Alaska Department of Law<br>1031 West 4th Ave, Suite 200<br>Anchorage, AK 99501 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Arkansas<br>Arkansas Attorney General's Office<br>323 Center Street, Suite 200<br>Little Rock, AR 72201 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Arizona<br>Office of the Arizona Attorney General<br>2005 N. Central Ave.<br>Phoenix, AZ 85004 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Colorado<br>Colorado Attorney General's Office<br>3904 S. Oneida Street<br>Denver, CO 80202 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Connecticut<br>Connecticut Attorney General's Office<br>165 Capitol Ave., 4th Floor<br>Hartford, CT 06106 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Delaware<br>Delaware Department of Justice<br>820 N. French Street, 5th Floor<br>Wilmington, DE 19801 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Florida<br>Office of the Florida Attorney General<br>110 SE 6th Street, 10th Floor<br>Fort Lauderdale, FL 33301 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Georgia<br>Georgia Attorney General's Office-<br>Consumer Protection Division<br>2 Martin Luther King, Jr. Drive, Suite 356<br>Atlanta, GA 30334 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |

---

[3] To the best of Ad Hoc Committee Counsel's knowledge, the information herein is accurate as of the date hereof.

| | |
|---|---|
| Hawaii<br>State of Hawaii, Office of Consumer Protection<br>235 S. Beretania St., #801<br>Honolulu, HI 96813 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Idaho<br>Idaho Office of the Attorney General<br>954 W. Jefferson St., 2nd Fl, P.O. Box 83720<br>Boise, ID 83720-0010 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Illinois<br>Office of the Attorney General of the State of Illinois<br>100 W. Randolph Street<br>Chicago, IL 60601 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Iowa<br>Iowa Attorney General's Office<br>1305 East Walnut Street, 2nd Floor<br>Des Moines, IA 50319 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Kansas<br>Kansas Attorney General Consumer Protection Division<br>120 SW 10th Ave<br>Topeka, KS 66612 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Kentucky<br>Kentucky Office of the Attorney General<br>1024 Capitol Center Drive<br>Frankfort, KY 40601 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Maine<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Maryland<br>Office of the Attorney General of Maryland<br>200 St. Paul Place, 16th Floor<br>Baltimore, MD 21202 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Massachusetts<br>Commonwealth of Massachusetts, Office of the Attorney General<br>One Ashburton Pl.<br>Boston, MA 02108 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Michigan<br>Michigan Attorney General<br>525 W. Ottawa Street<br>Lansing, MI 48933 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |

| | |
|---|---|
| Minnesota<br>Minnesota Attorney General's Office<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN 55101 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Montana<br>Montana Office of Consumer Protection<br>P.O. Box 200151<br>Helena, MT 59620-0151 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Nebraska<br>Nebraska Department of Justice- Office of the Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Nevada<br>Office of the Attorney General of Nevada<br>100 N. Carson St.<br>Carson City, NV 89701 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| New Hampshire<br>New Hampshire Attorney General's Office<br>33 Capitol Street<br>Concord, NH 03301 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| New Jersey<br>New Jersey Office of the Attorney General, Division of Law<br>124 Halsey St.<br>Newark, NJ 07101 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| New York<br>New York State Attorney General<br>28 Liberty Street<br>New York, NY 10005 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| North Carolina<br>North Carolina Department of Justice, Consumer Protection Division<br>114 West Edenton Street<br>Raleigh, NC 27603 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| North Dakota<br>Office of Attorney General, State of North Dakota<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504-7736 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Ohio<br>Ohio Attorney General's Office<br>Consumer Protection Section<br>30 East Broad Street, 14th Floor<br>Columbus, OH 43215 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |

| | |
|---|---|
| Oklahoma<br>Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Oregon<br>Oregon Department of Justice<br>100 SW Market St.<br>Portland, OR 97034 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Rhode Island<br>Office of the Attorney General- State of Rhode Island<br>150 South Main Street<br>Providence, RI 02903 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| South Dakota<br>South Dakota Attorney General's Office<br>1302 E. Hwy. 14, Ste. 1<br>Pierre, SD 57501 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Texas<br>Office of the Attorney General of Texas<br>808 Travis, Suite 1520<br>Houston, TX 77002 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Utah<br>Utah Attorney General's Office, counsel for the Utah Division of Consumer Protection<br>PO Box 140872<br>Salt Lake City, UT 84114-0872 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Vermont<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609-1001 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Virginia<br>Office of the Attorney General of Virginia<br>202 N. 9th St.<br>Richmond, VA 23219 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Washington<br>Washington Attorney General<br>800 Fifth Ave #2000<br>Seattle, WA 98104 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Washington, D.C.<br>Office of the Attorney General for the District of Columbia<br>400 6th Street, N.W., 10th Floor<br>Washington, DC 20001 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |

| | |
|---|---|
| West Virginia<br>West Virginia Attorney General's Office<br>1900 Kanawha Boulevard, East<br>Building 6, Suite 401<br>State Capitol Complex<br>Charleston, WV 25305 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |
| Wisconsin<br>Wisconsin Department of Justice<br>17 West Main Street<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857 | Unliquidated Claims Under State Consumer Protection Laws and Potentially Other Applicable State Law |