**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**WOMBLE BOND DICKINSON (US) LLP**
Ericka F. Johnson (NJ #032162007)
Lisa Bittle Tancredi (admitted *pro hac vice*)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Email: ericka.johnson@wbd-us.com
Email: lisa.tancredi@wbd-us.com

*Counsel for Ad Hoc Committee of States*

| | |
|---|---|
| In re: | Case No.: 23-12825 (MBK) |
| LTL MANAGEMENT LLC, | Chapter: 11 |
| Debtor.[1] | Hon. Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1.  I, Ericka F. Johnson:

    ✓ represent the Ad Hoc Committee of States in this matter.

    ☐ am the secretary/paralegal for _____, who represents
    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.      On May 11, 2023, I sent a copy of the following pleadings and/or documents to the
        parties on the attached service list in the method indicated thereon.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501
George Street, New Brunswick, New Jersey 08933.

- VERIFIED STATEMENT OF THE AD HOC COMMITTEE OF STATES HOLDING CONSUMER PROTECTION CLAIMS PURSUANT TO BANKRUPTCY RULE 2019

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 11, 2023                              **WOMBLE BOND DICKINSON (US) LLP**

By: */s/Ericka F. Johnson*
Ericka F. Johnson (NJ #032162007)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4337
Email: ericka.johnson@wbd-us.com

*Counsel for Ad Hoc Committee of States*

LTL MANAGEMENT (2023) 2002 SERVICE LIST

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
ANDRES PEREIRA LAW FIRM
ANDRES PEREIRA
14709 CUSTER COURT
AUSTIN, TX 78734
APEREIRA@ANDRESPEREIRAPC.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO ROGER FRANKEL AS FCR IN CYPRESS MINES)
ARCHER & GREINER, P.C.
ATTN: STEPHEN M. PACKMAN
1025 LAUREL OAK RD
VOORHEES, NJ 08043
SPACKMAN@ARCHERLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
ARNOLD & ITKIN LLP
KURT ARNOLD, CAJ BOATRIGHT, ROLAND CHRISTENSEN & JASON ITKIN
1401 MCKINNEY ST., STE 2250
HOUSTON, TX 77010
CBOATRIGHT@ARNOLDITKIN.COM;
CHRISTENSEN@ARNOLDITKIN.COM;
JITKIN@ARNOLDITKIN.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO REBECCA LOVE - OCTC)
ASHCRAFT & GEREL, LLP
ATTN MICHELLE PARFITT
1825 K STREET, NW, STE 7000
WASHINGTON, DC 20006
MPARFITT@ASHCRAFTLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC
MARY PUTNICK & DANIEL THORNBURGH
17 EAST MAIN ST., STE 200
PO BOX 12630
PENSACOLA, FL 32502
MARYBETH@PUTNICKLEGAL.COM;
DTHORNBURGH@AWKOLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO ALBERTSONS COMPANIES, INC)
BALLARD SPAHR LLP

ATTN TOBEY M DALUZ, LESLIE C HEILMAN, LAUREL D ROGLEN & MARGARET A VESPER
919 N MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801-3034
DALUZT@BALLARDSPAHR.COM;
HEILMANL@BALLARDSPAHR.COM;
ROGLENL@BALLARDSPAHR.COM;
VESPERM@BALLARDSPAHR.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
CHARLIE STERN
BEASLEY ALLEN LAW FIRM
218 COMMERCE ST
MONTGOMERY, AL 36104
CHARLIE.STERN@BEASLEYALLEN.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO ALISHIA LANDRUM - OCTC)
BEASLEY ALLEN LAW FIRM
ATTN LEIGH O'DELL
PO BOX 4160
MONTGOMERY, AL 36103
LEIGH.ODELL@BEASLEYALLEN.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO THE AD HOC COMMITTEE OF CERTAIN TALC CLAIMANTS)
BROWN RUDNICK LLP
ATTN DAVID J MOLTON
SEVEN TIMES SQUARE
NEW YORK, NY 10036
DMOLTON@BROWNRUDNICK.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
RICHARD SCHLUETER
CHILDERS, SCHLUETER & SMITH LLC
1932 N DRUID HILLS RD., STE. 100
ATLANTA, GA 30319
RSCHLUETER@CSSFIRM.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO THE CONTINENTAL INSURANCE COMPANY)
CLYDE & CO US LLP
ATTN KONRAD R KREBS
340 MT KEMBLE AVE, SUITE 300
MORRISTOWN, NJ 07960
KONRAD.KREBS@CLYDECO.US
**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**

(COUNSEL TO THE CONTINENTAL
INSURANCE COMPANY)
CLYDE & CO US LLP
ATTN CLINTON E CAMERON & MEGHAN
DALTON
55 WEST MONROE STREET, SUITE 3000
CHICAGO, IL    60603
CLINTON.CAMERON@CLYDECO.US;
MEGHAN.DALTON@CLYDECO.US

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO CATHERINE FORBES)
COHEN, PLACITELLA & ROTH PC
ATTN CHRISTOPHER M PLACITELLA ESQ
127 MAPLE AVENUE
RED BANK, NJ 07701
CPLACITELLA@CPRLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO AD HOC GROUP OF
SUPPORTING COUNSEL)
COLE SCHOTZ PC
ATTN: MICHAEL D SIROTA; WARREN A
USATINE;
SETH VAN AALTEN; JUSTIN ALBERTO
COURT PLAZA NORTH
25 MAIN STREET
PO BOX 800
HACKENSACK, NJ 07602-0800
MSIROTA@COLESCHOTZ.COM;
WUSATINE@COLESCHOTZ.COM;
SVANAALTEN@COLESCHOTZ.COM;
JALBERTO@COLESCHOTZ.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO THE CONTINENTAL
INSURANCE COMPANY)
DAVID CHRISTIAN ATTORNEYS LLC
ATTN DAVID CHRISTIAN, ESQ
105 W MADISON ST., SUITE 1400
CHICAGO, IL 60602
DCHRISTIAN@DCA.LAW

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO NEW JERSEY COVERAGE
ACTION PLAINTIFF-
INSURERS & REPUBLIC)
DUANE MORRIS LLP
ATTN SOMMER L ROSS, ESQ
1940 ROUTE 70 EAST, SUITE 100
CHERRY HILL, NJ 08003-2171
SLROSS@DUANEMORRIS.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO REPUBLIC INDEMNITY
COMPANY OF AMERICA)
DUANE MORRIS LLP
ATTN PHILIP R MATTHEWS, ESQ.
SPEAR TOWER
ONE MARKET PLAZA, SUITE 2200
SAN FRANCISCO, CA 94105-1127
PRMATTHEWS@DUANEMORRIS.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL FOR ATLANTA INTL INSURANCE
CO, ET AL)
DUANE MORRIS LLP
ATTN JEFF D KAHANE, ESQ; RUSSELL W
ROTTEN, ESQ;
ANDREW E MINA, ESQ, NATHAN REINHARDT,
ESQ
865 S FIGUEROA ST, STE 3100
LOS ANGELES, CA 90017-5450
JKAHANE@DUANEMORRIS.COM;
RWROTEN@DUANEMORRIS.COM;
AMINA@DUANEMORRIS.COM;
NREINHARDT@DUANEMORRIS.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
JESSE FERRER & CHRISTINA FELLER
FERRER, POIROT & WANSBROUGH
2603 OAK LAWN AVE. #300
DALLAS, TX 75219
JFERRER@LAWYERWORKS.COM;
CFELLER@LAWYERWORKS.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(LOCAL COUNSEL TO THE OFFICIAL
COMMITTEE OF CERTAIN TALC CLAIMANTS)
GENOVA BURNS LLC
ATTN DANIEL M STOLZ
110 ALLEN RD, STE 304
BASKING RIDGE, NJ 07920
DSTOLZ@GENOVABURNS.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(LOCAL COUNSEL TO OFFICIAL COMMITTEE
OF CERTAIN TALC CLAIMANTS)
GENOVA BURNS LLC
ATTN: DONALD W. CLARKE
494 BROAD STREET
NEWARK, NJ    07102
DCLARKE@GENOVABURNS.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO ROBERT GENDELMAN, EXECUTOR; AND ESTATE OF MELISSA FLEMING)
GEOFFREY B BOMPERS, PC
ATTN GEOFFREY B GOMPERS
1515 MARKET STREET, SUITE 1650
PHILADELPHIA, PA 19102

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO MISSISSIPPI & NEW MEXICO ATTORNEY GENERAL)
GIBBONS P.C.
ATTN ROBERT K MALONE & KYLE P MCEVILLY
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
RMALONE@GIBBONSLAW.COM;
KMCEVILLY@GIBBONSLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO TRAVELERS)
GIMIGLIANO MAURIELLO & MALONEY
ATTN JOHN MALONEY, STEPHEN V GIMIGLIANO & ROBIN RABINOWITZ
PO BOX 1449
MORRISTOWN, NJ 07962-1449
JMALONEY@LAWGMM.COM;
SGIMIGLIANO@LAWGMM.COM;
RRABINOWITZ@LAWGMM.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO BRANDI CARL - OCTC)
GOLOMB SPIRT GRUNFELD
ATTN RICHARD GOLOMB
1835 MARKET ST, STE 2900
PHILADELPHIA, PA 19103
RGOLOMB@GOLOMBLEGAL.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO BAUSCH HEALTH US, LLC)
GREENBERG TRAURIG, LLP
ATTN ALAN J BRODY, ESQ
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932
BRODYA@GTLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**

(COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC)
HALPERIN BATTAGLIA BENZIJA, LLP
ATTN ALAN D HAPERIN, ESQ, DONNA H LIEBERMAN, ESQ
40 WALL STREET, 37TH FLOOR
NEW YORK, NY 10005
AHALPERIN@HALPERINLAW.NET;
DLIEBERMAN@HALPERINLAW.NET

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO BCBS OF MASSACHUSETTS - OCTC)
HILL CARTER FRANCO COLE & BLACK PC
ATTN ELIZABETH CARTER
425 PERRY STREET
MONTGOMERY, AL 36104
ECARTER@HILLHILLCARTER.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
ATTN ERIC HAAS, ESQ & ANDREW WHITE, ESQ
JOHNSON & JOHNSON
1 JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933
EHAAS8@ITS.JNJ.COM;
AWHITE23@ITS.JNJ.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
BLAKE TANASE, BASIL ADHAM
JOHNSON LAW GROUP
2925 RICHMOND AVE., STE 1700
HOUSTON, TX 77098
BADHAM@JOHNSONLAWGROUP.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(PROPOSED COUNSEL TO DEBTOR'S)
JONES DAY
ATTN: GREGORY M GORDON, DAN B PIETRO & AMANDA S RUSH
2727 N HARWOOD STREET
DALLAS, TX 75201
GMGORDON@JONESDAY.COM;
DPIETRO@JONESDAY.COM;
ASRUSH@JONESDAY.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(PROPOSED COUNSEL TO DEBTOR'S)
JONES DAY
ATTN BRAD B ERENS
110 NORTH WACKER DRIVE, SUITE 4800

CHIACGO, IL 60606
BBERENS@JONEDAY.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO TONYA WHETSEL AS ESTATE
REP OF
BRANDON WHETSEL - OCTC)
KARST VON OISTE LLP
ATTN ERIK KARST
23923 GOSLING RD, STE A
SPRING, TX 77389
EPK@KARSTVONOISTE.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO KRISTIE DOYLE ESTATE REP
OF DAN DOYLE - OCTC)
KAZAN, MCCLAIN, SATTERLEY &
GREENWOOD, PLC
ATTN STEVEN KAZAN
55 HARRISON ST, STE 400
OAKLAND, CA 94607
SKAZAN@KAZANLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO KELLIE BREWER)
LAW FIRM OF BRIAN W HOFMEISTER
ATTN BRIAN W HOFMEISTER, ESQ
3131 PRINCETON PIKE, BUILDING 5, SUITE 110
LAWRENCEVILLE, NJ 08648
BWH@HOFMEISTERFIRM.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO VARIOUS CLAIMANTS)
LAW OFFICES OF MITCHELL J. MALZBERG,
LLC
ATTN: MITCHELL MALZBERG, ESQ.
PO BOX 5122
CLINTON, NJ     08809
MMALZBERG@MJMALZBERGLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO WILLIAM HENRY ESTATE REP
OF DEBRA HENRY - OCTC)
LEVIN PAPANTONIO RAFFERTY
ATTN CHRISTOPHER TISI
316 S BAYLEN ST, STE 600
PENSACOLA, FL 32502
CTISI@LEVINLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO SEVERAL TALC CLAIMANTS;
RANDY DEROUEN)
LEVY KONIGSBERG, LLP
ATTN MOSHE MAIMON
605 THIRD AVENUE, 33RD FLOOR
NEW YORK, NY 10158
MMAIMON@LEVYLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO PAUL CROUCH & RANDY
DEROUEN)
LEVY KONIGSBERG, LLP
ATTN JEROME H BLOCK, ESQ
605 THIRD AVENUE, 33RD FLOOR
NEW YORK, NY 10158
JBLOCK@LEVYLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO GIOVANNI SOSA & EVAN
PLOTKIN)
LEX NOVA LAW LLC
ATTN E RICHARD DRESSEL, ESQUIRE
10 E STOW ROAD, SUITE 250
MARLTON, NJ 08053
RDRESSEL@LEXNOVALAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
LIAKOS LAW
JENN LIAKOS
955 DEEP VALLEY DR
SUITE 3900
PALOS VERDES
PENINSULA, CA 90274
JENN@JENNLIAKOSLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
LINVILLE LAW GROUP
GANDHI, VINITA
1932 N DRUID HILLS RD NE, STE 200
ATLANTA, GA 30319
INFO@LINVILLELAWGROUP.COM;
 INFO@LINVILLEFIRM.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO DISANTO CANADIAN CLASS
ACTION CREDITORS)
LITE DEPALMA GREENBERG & AFANADOR,
LLC
ATTN ALLEN J UNDERWOOD II, ESQ.

WBD (US) 61380148v1

570 BROAD STREET, SUITE 1201
NEWARK, NJ     07102
AUNDERWOOD@LITEDEPALMA.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO JOHNSON & JOHNSON)
LOWENSTEIN SANDLER LLP
ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR
ONE LOWENSTEIN DR
ROSELAND, NJ 07068
KROSEN@LOWENSTEIN.COM;
MSEYMOUR@LOWENSTEIN.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO KATHERINE TOLLEFSON)
MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC
ATTN SUZANNE M RATCLIFFE & CLAYTON L THOMPSON
150 WEST 30TH STREET, SUITE 201
NEW YORK, NY 10001
SRATCLIFFE@MRHFMLAW.COM;
CTHOMPSON@MRHFMLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
DON WORLEY
MCDONALD WORLEY
1770 ST. JAMES PLACE, STE 100
HOUSTON, TX 77056
DON@MCDONALDWORLEY.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO THE NEW JERSEY COVERAGE ACTION PLAINTIFF INSURERS)
MENDES & MOUNT LLP
ATTN EILEEN T MCCABE, STEPHEN TO ROBERTS
750 SEVENTH AVENUE
NEW YORK, NY 10019
EILEEN.MCCABE@MENDES.COM;
STEPHEN.ROBERTS@MENDES.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
ATTN CURTIS G HOKE
MILLER FIRM, LLC
108 RAILROAD AVE
ORANGE, VA 22960
CHOKE@MILLERMILLER.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO VARIOUS TALC CLAIMANTS; SUE SOMMER-KRESSE - OCTC)
MOTLEY RICE LLC
ATTN DANIEL R LAPINSKI
210 LAKE DRIVE EAST, SUITE 101
CHERRY HILL, NJ 08002
DLAPINSKI@MOTLEYRICE.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
MAJED NACHAWATI
NACHAWATI LAW GROUP
5489 BLAIR RD
DALLAS, TX 75231
MN@NTRIAL.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
JAMES HEISMAN, CHRISTOPHER LOPALO
NAPOLI SHKOLNIK PLLC
919 NORTH MARKET ST, STE 1801
WILMINGTON, DE 19801
CLOPALO@NAPOLIBERN.COM;
JHEISMAN@NAPOLILAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ATTN AUTUMN D HIGHSMITH, RACHEL R OBALDO
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548
AUTUMN.HIGHSMITH@OAG.TEXAS.GOV;
RACHEL.OBALDO@OAG.TEXAS.GOV

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
ATTN LAUREN BIELSKIE & JEFFREY M. SPONDER
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER, STE 2100
NEWARK, NJ 07102
LAUREN.BIELSKIE@USDOJ.GOV;
JEFFREY.M.SPONDER@USDOJ.GOV

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
JAMES ONDER
ONDERLAW, LLC
110 EAST LOCKWOOD, 2ND FL
ST. LOUIS, MO 63119
ONDER@ONDERLAW.COM

WBD (US) 61380148v1

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(CO-COUNSEL TO OFF COMMITTEE OF TALC CLAIMANTS)
OTTERBOURG P.C.
ATTN RICHARD G HADDAD & ADAM C SILVERSTEIN
230 PARK AVE
NEW YORK, NY 10169
RHADDAD@OTTERBOURG.COM;
ASILVERSTEIN@OTTERBOURG.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO ARNOLD & ITKIN PLAINTIFFS)
PACHULSKI STANG ZIEHL & JONES LLP
ATTN LAURA DAVIS JONES, COLIN R ROBINSON
PETER J KEANE
919 N MARKET STREET, 17TH FL
WILMINGTON, DE 19801
LJONES@PSZJLAW.COM;
CROBINSON@PSZJLAW.COM;
PKEANE@PSZJLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO THE AD HOC GROUP OF SUPPORTING
COUNSEL)
PARKINS & RUBIO LLP
ATTN LENARD M PARKINS & CHARLES M RUBIO
700 MILAM, SUITE 1300
HOUSTON, TX 77002
LPARKINS@PARKINSRUBIO.COM;
CRUBIO@PARKINSRUBIO.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO VARIOUS TALC CLAIMANTS)
PASHMAN STEIN WALDER HAYDEN, P.C.
ATTN JOHN W WEISS
101 CRAWFORDS CORNER ROAD, STE 4202
HOLMDEL, NJ 07733
JWEISS@PASHMANSTEIN.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO THE AD HOC GROUP OF SUPPORTING COUNSEL)
PAUL HASTINGS LLP
ATTN KRIS HANSEN
200 PARK AVENUE
NEW YORK, NY 10166

KRISHANSEN@PAULHASTINGS.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO THE AD HOC GROUP OF SUPPORTING COUNSEL)
PAUL HASTINGS LLP
ATTN MATTHEW M MURPHY & MATTHEW MICHELI
71 SOUTH WACKER DRIVE, SUITE 4500
CHICAGO, IL 60606
MATTMURPHY@PAULHASTINGS.COM;
MATTMICHELI@PAULHASTINGS.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
ADAM PULASKI
PULASKI KHERKHER PLLC
2925 RICHMOND AVE, STE 1725
HOUSTON, TX 77098
ADAM@PULASKILAWFIRM.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(PROPOSED FUTURE TALC CLAIMANTS REPRESENTATIVE)
RANDI S ELLIS LLC
ATTN: RANDI S ELLIS
5757 INDIAN CIRCLE
HOUSTON, TX 77057
RANDI@RANDIELLIS.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC)
RAWLINGS & ASSOCIATES
ATTN MARK D FISCHER, ESQ & ROBERT C GRIFFITHS
1 EDEN PARKWAY
LA GRANGE, KY 40031
MDF@RAWLINGSANDASSOCIATES.COM;
RCG@RAWLINGSANDASSOCIATES.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
(COUNSEL TO CYPRUS MINES CORPORATION)
REED SMITH LLP
ATTN DEREK J BAKER
506 CARNEGIE CENTER, SUITE 300
PRINCETON, NJ 08543
DBAKER@REEDSMITH.COM

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**

(COUNSEL TO APRIL FAIR - OCTC)
ROBINSON CALCAGNIE, INC.
ATTN MARK ROBINSON, JR
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH, CA 92660
MROBINSON@ROBINSONFIRM.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
ATTN BRIAN J MCCORMICK, JR
ROSS FELLER CASEY, LLP
ONE LIBERTY PLACE
1650 MARKET ST, 34TH FLOOR
PHILADELPHIA, PA 19103
BMCCCORMICK@ROSSFELLERCASEY.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
GREGORY D. RUEB
RUEB STOLLER DANIEL, LLP
1990 N. CALIFORNIA BLVD.
8TH FLOOR
WALNUT CREEK, CA 94596
GREG@LAWRSD.COM

**VIA FIRST CLASS MAIL**
(COUNSEL TO VARIOUS TALC CLAIMANTS)
SAIBER LLC
ATTN: JOHN M. AUGUST, ESQ.
18 COLUMBIA TURNPIKE, SUITE 200
FLORHAM PARK, NJ 07932

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
MARC GROSSMAN
SANDERS, PHILLIPS, GROSSMAN, LLC
100 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
MGROSSMAN@THESANDERSFIRM.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO VARIOUS TALC CLAIMANTS)
SIMON GREENSTONE PANATIER PC
ATTN LEAH C KAGAN, ESQ.
1201 ELM STREET, SUITE 3400
DALLAS, TX 75270
LKAGAN@SGPTRIAL.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO TRAVELERS CASUALTY AND
SURETY
COMPANY F/K/A THE AETNA CASUALTY
AND SURETY CO)
SIMPSON THATCHER & BARTLETT LLP

ATTN ANDREW T FRANKEL
425 LEXINGTON AVENUE
NEW YORK, NY 10017
AFRANKEL@STBLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(PROPOSED SPECIAL COUNSEL)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
LLP
ATTN ALLISON M BROWN, ESQ.
ONE MANHATTAN WEST
NEW YORK, NY 10001
ALLISON.BROWN@SKADDEN.COM

**VIA FIRST CLASS MAIL**
SLATER SLATER SCHULMAN
SLATER, ADAM
445 BROADHOLLOW RD, STE 419
MELVILLE, NY 11747

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO BCBS OF MASSACHUSETTS)
THE KELLY FIRM, P.C.
ATTN: ANDREW J. KELLY
1011 HIGHWAY 71, SUITE 200
SPRING LAKE, NJ 07762
AKELLY@KBTLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO EMPLOYERS INSURANCE
COMPANY OF
WAUSAU AND NATIONAL CASUALTY
COMPANY)
THE SHAPIRO LAW FIRM
ATTN JANET A SHAPIRO
325 N MAPLE DRIVE #15186
BEVERLY HILLS, CA 90209
JSHAPIRO@SHAPIROLAWFIRM.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
FLETCHER V. TRAMMELL
TRAMMELL PC
3262 WESTHEIMER RD., STE 423
HOUSTON, TX 77098
FLETCH@TRAMMELLPC.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO NEW JERSEY COVERAGE
ACTION PLAINTIFF
INSURERS)
TRIF & MODUGNO, LLC

ATTN LOUIS A MODUGNO
89 HEADQUARTERS PLAZA
NORTH TOWER, SUITE 1201
MORRISTOWN, NJ 07960
LMODUGNO@TM-FIRM.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
US DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN J ZACHARY BALASKO
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875
JOHN.Z.BALASKO@USDOJ.GOV

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
US DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN BETHANY R THERIOT
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875
BETHANY.THERIOT@USDOJ.GOV

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
AIMEE WAGSTAFF
WAGSTAFF LAW FIRM
940 N. LINCOLN ST
DENVER, CO 80203
AWAGSTAFF@WAGSTAFFLAWFIRM.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(PROPOSED COUNSEL TO RANDI S ELLIS,
FTCR)
WALSH PIZZI O'REILLY FALANGA
ATTN MARK FALK
THREE GATEWAY CENTER
100 MULBERRY ST, 15TH FL
NEWARK, NJ 07102
MFALK@WALSH.LAW

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
MIKAL WATTS
WATTS GUERRA LLP
4 DOMINION DR., BLD 3, STE 100
SAN ANTONIO, TX 78257
MCWATTS@WATTSGUERRA.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO PATRICIA COOK - OCTC)

WEITZ & LUXENBERG, PC
ATTN PERRY WEITZ
700 BROADWAY
NEW YORK NY 10003
PW@WEITZLUX.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO J & J, J & J CONSUMER INC)
WHITE & CASE LLP
ATTN JESSICA C LAURIA, GLENN M KURTZ,
R PASIANOTTO & GREGORY STARNER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1095
JESSICA.LAURIA@WHITECASE.COM;
GKURTZ@WHITECASE.COM;
RICARDO.PASIANOTTO@WHITECASE.COM;
GSTARNER@WHITECASE.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO J & J, J & J CONSUMER INC)
WHITE & CASE LLP
ATTN MICHAEL C SHEPHERD & LAURA
FEMINO
200 SOUTH BISCAYNE BLVD, STE 4900
MIAMI, FL 33131-2352
MSHEPHERD@WHITECASE.COM;
LAURA.FEMINO@WHITECASE.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO J & J, J & J CONSUMER INC)
WHITE & CASE LLP
ATTN  MATTHEW E LINDER & LAURA E
BACCASH
111 SOUTH WACKER DR, STE 5100
CHICAGO, IL 60606-4302
MLINDER@WHITECASE.COM;
LAURA.BACCASH@WHITECASE.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
WISNER BAUM
WISNER, ROBERT BRENT
10940 WILSHIRE BLVD, STE 1600
LOS ANGELES, CA 90024
RBWISNER@WISNERBAUM.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(PROPOSED LOCAL COUNSEL TO DEBTOR)
WOLLMUTH MAHER & DEUTSCH LLP
ATTN JAMES N LAWLOR
90 WASHINGTON VALLEY ROAD
BEDMINISTER, NJ 07921

WBD (US) 61380148v1

JLAWLOR@WMD-LAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(PROPOSED LOCAL COUNSEL TO DEBTOR)
WOLLMUTH MAHER & DEUTSCH LLP
ATTN PAUL R DEFILIPPO, JOSEPH F PACELLI
& JAMES
N LAWLOR
500 FIFTH AVENUE, 12TH FLOOR
NEW YORK, NY 10110
PDEFILIPPO@WMD-LAW.COM;
JPACELLI@WMD-LAW.COM;
JLAWLOR@WMD-LAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO RANDY DEROUEN, PAUL
CROUCH)
MOSHE MAIMON, ESQ.
LEVY KONIGSBERG, LLP
605 THIRD AVENUE, 33RD FL
NEW YORK, NY 10158
MMAIMON@LEVYLAW.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO CLAIMANTS REP BY BARNES
LAW GROUP, LLC)
SARI B. PLACONA ESQ.
MCMANIMON SCOTLAND & BAUMANN, LLC
75 LIVINGSTON AVENUE, STE. 201
ROSELAND, NJ 07068
EMAIL: SPLACONA@MSBNJ.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO PATRICIA COOK)
LISA NATHANSON BUSCH, ESQ.
WEITZ & LUXENBERG, PC
700 BROADWAY
NEW YORK, NY 10003
LBUSCH@WEITZLUX.COM

**VIA FIRST CLASS MAIL & ELECTRONIC
MAIL**
(COUNSEL TO VARIOUS TALC CLAIMANTS)
HELEN H. BABIN, ESQ.
GERTLER LAW FIRM
935 GRAVIER STREET, SUITE 1900
NEW ORLEANS LA 90112
HBABIN@GERTLERFIRM.COM

WBD (US) 61380148v1