MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
Clayton L. Thompson, Esq.
cthompson@mrhfmlaw.com
Suzanne M. Ratcliffe, Esq.
sratcliffe@mrhfmlaw.com
150 West 30th Street, Suite 201
New York, NY 10001
Tel: (800) 358-5922

*Counsel for Mesothelioma Plaintiff Katherine Tollefson*
*and Certain Mesothelioma Plaintiffs*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 23-ap-1092-MBK |
| LTL MANAGEMENT LLC, | ) |
| | ) Lead BK Case: 23-12825-MBK |
| Debtor. | ) |

**MRHFM'S JOINDER TO RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF TALC CLAIMANTS TO THE DEBTOR'S APPLICATIONS FOR <u>RETENTION OF ITS PROPOSED PROFESSIONALS</u>**

Plaintiff Katherine Tollefson and all MRHFM plaintiffs join the TCC's Reservation of Rights (Dkt. 486) and adopt all arguments and evidence referenced therein. Sunshine is the best disinfectant, and as the TCC correctly states, ongoing discovery will "certainly shed light on the events" leading to LTL Management's second bad faith bankruptcy. MRHFM reserves its rights to challenge the retention of all the Debtor's professionals.

Respectfully submitted:

**MAUNE RAICHLE HARTLEY**

**FRENCH & MUDD, LLC**

_____
Clayton L. Thompson, Esq.
**MAUNE RAICHLE HARTLEY**
**FRENCH & MUDD, LLC**
150 W. 30th Street, Suite 201
New York, NY 10001
(800) 358-5922
cthompson@mrhmflaw.com