**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.:  23-12825 (MBK) |
| Debtor. | Judge:  Michael B. Kaplan |
| | **Hearing Date and Time:**<br>May 16, 2023 at 11:30 a.m. |

**NOTICE OF DEBTOR'S CROSS-MOTION FOR ENTRY OF PROTECTIVE ORDER**

**PLEASE TAKE NOTICE** that, pursuant to the *Order Shortening Time Period for*

*Notice, Setting Hearing and Limiting Notice* [Dkt. 444] (the "OST"), on May 16, 2023 at

11:30 a.m., LTL Management LLC, the above-captioned debtor (the "Debtor"), by and through

its proposed counsel, shall cross-move before the Honorable Michael B. Kaplan, United States

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is
501 George Street, New Brunswick, New Jersey 08933.

Bankruptcy Court, at the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse,

402 East State Street, Trenton, New Jersey 08608, in response to the Official Committee of Talc

Claimants' Motion for Entry of Protective Order [Dkt. 439], for the entry of a protective order

(the "Cross-Motion").

PLEASE TAKE FURTHER NOTICE that, pursuant to D.N.J. LBR 9013-2, responsive

papers, if any, must be filed with the Clerk of the Bankruptcy Court, Clarkson S. Fisher

Courthouse, 402 East State Street, Trenton, New Jersey 08608, and served upon (a) the Debtor's

undersigned counsel, (b) the proposed counsel to the Official Committee of Talc Claimants,

(c) legal representative for future talc claimants and her proposed counsel, (d) the proposed

counsel for the Ad Hoc Group of Supporting counsel, (e) the Office of the United States Trustee

for the District of New Jersey and (f) any other party entitled to notice in accordance with the

OST.

PLEASE TAKE FURTHER NOTICE that, unless an objection is timely filed and

served, the Cross-Motion will be deemed uncontested in accordance with D.N.J. LBR 9013-3(d)

and the relief may be granted without a hearing

-2-

NAI-1536771994v6

Dated: May 11, 2023

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*

Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**

Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

-3-