|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*PROPOSED ATTORNEYS FOR DEBTOR* |  |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

### DEBTOR'S OMNIBUS RESERVATION OF RIGHTS WITH RESPECT TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS' APPLICATIONS TO RETAIN AND EMPLOY PROFESSIONALS

LTL Management LLC (the "Debtor") files this omnibus reservation of rights with respect to the applications to retain professionals[2] filed by the Official Committee of Talc Claimants ("TCC").

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] See *Application for Retention of Professional* [Dkt. 399]; *Application of the Official Committee of Talc Claimants to Retain and Employ Brown Rudnick LLP as Co-Counsel Effective as of April 14, 2023* [Dkt. 400]; *Application for Retention of Professional, Otterbourg P.C., Effective as of April 14, 2023*

NAI-1536797664

To date, it appears that the TCC and its professionals have been acting on behalf of a minority interest rather than the interests of the entirety of the TCC's constituency. Discovery in this chapter 11 case is ongoing. As new information is uncovered, the Debtor expressly reserves all rights, claims, defenses and remedies with respect to any retention of a professional of the TCC, and including without limitation, to seek to modify or vacate orders of retention for any such professionals once the discovery process is complete.

Dated: May 12, 2023

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

---

[Dkt. 401]; *Application of the Official Committee of Talc Claimants to Retain and Employ Massey & Gail LLP as Special Counsel, Effective as of April 14, 2023* [Dkt. 402].