MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
Clayton L. Thompson, Esq.
cthompson@mrhfmlaw.com
Suzanne M. Ratcliffe, Esq.
sratcliffe@mrhfmlaw.com
150 West 30th Street, Suite 201
New York, NY 10001
Tel: (800) 358-5922

*Counsel for Mesothelioma Plaintiff Katherine Tollefson
and Certain Mesothelioma Plaintiffs*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LTL MANAGEMENT LLC, | ) | Case: 23-12825-MBK |
| | ) | |
| Debtor. | ) | **Hearing Date: June 12, 2023** |

**NOTICE OF MRHFM'S PLAINTIFFS' MOTION TO PRECLUDE
CONSIDERATION OF NON-OVARIAN "GYNECOLOGICAL CANCERS"
IN ANY PLAN OF REORGANIZATION AND PROPOSED TRUST**

**PLEASE TAKE NOTICE** that MRHFM's Plaintiffs' Motion to Preclude Consideration of Non-Ovarian "Gynecological Cancers" in Any Plan of Reorganization and Proposed Trust (the "Motion") shall be heard before the Honorable Michael B. Kaplan, Chief United States Bankruptcy Judge for the District of New Jersey, on June 12, 2023, or as otherwise directed by the Court, at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey 08608.

1

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion shall be filed with the Clerk of the Bankruptcy Court and served on all parties in interest by seven (7) days before the hearing date of the Motion.

DATED this 14th day of May 2023.

Respectfully submitted:

**MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**

/s/ *Clayton L. Thompson*
_____
Clayton L. Thompson, Esq.
cthompson@mrhfmlaw.com
MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
150 W. 30th Street, Suite 201
New York, NY 10001
(800) 358-5922
*Attorneys for Mesothelioma Plaintiff Katherine Tollefson and Certain Mesothelioma Plaintiffs*