Arlen Pyenson
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, New York 10022-2524
Phone: (212) 803-4057
E-mail: apyenson@crowell.com
(additional counsel listed below)

*Attorneys for Century Indemnity Company,*
*Federal Insurance Company, Central National*
*Insurance Company of Omaha and ACE Property*
*and Casualty Insurance Company (f/k/a CIGNA*
*Property & Casualty Insurance Company),*
*Great Northern Insurance Company, Pacific Employers*
*Insurance Company, and Westchester Fire Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23-12825 |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the attorneys set forth below appear as counsel for Century Indemnity Company, Federal Insurance Company, Central National Insurance Company of Omaha, ACE Property and Casualty Insurance Company (f/k/a CIGNA Property & Casualty Insurance Company), Great Northern Insurance Company, Pacific Employers Insurance Company, and Westchester Fire Insurance Company (including all policies issued by or novated to Westchester Fire Insurance Company including on behalf of Industrial Indemnity Company, or under which Westchester Fire Insurance Company has assumed liability) (collectively, the "Century Insurers"), and, pursuant to Bankruptcy Rules 2002, 9007, and 9010, the undersigned

- 1 -

request that the Clerk of Court enter the following names and addresses on the general matrix for this case, and on all special or limited matrices, and request that copies of all notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers in this case be given and sent to the following:

> Arlen Pyenson
> CROWELL & MORING LLP
> 590 Madison Avenue, 20th Floor
> New York, New York  10022-2524
> Phone: (212) 803-4057
> E-mail:  apyenson@crowell.com
>
> Mark D. Plevin
> CROWELL & MORING LLP
> Three Embarcadero Center, 26th Floor
> San Francisco, California  94111
> Phone: (415) 986-2800
> Email:  mplevin@crowell.com
>
> Tacie H. Yoon
> CROWELL & MORING LLP
> 1001 Pennsylvania Ave., N.W.
> Washington, D.C.  20004
> Phone: (202) 624-2500
> Email:  tyoon@crowell.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any or all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, or other papers, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, e-mail, or otherwise, which relate in any way to the above-referenced case or proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that the Century Insurers do not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading,

claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Service of Papers constitute a waiver of any of their rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the Century Insurers are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Century Insurers expressly reserve.

DATED:  May 12, 2023

/s/ Arlen Pyenson
Arlen Pyenson
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, New York  10022-2524
Phone: (212) 803-4057
E-mail:  apyenson@crowell.com

Mark D. Plevin  (*pro hac vice* forthcoming)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California  94111
Phone: (415) 986-2800
Email:  mplevin@crowell.com,

Tacie H. Yoon  (*pro hac vice* forthcoming)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Phone: (202) 624-2500
Email:  tyoon@crowell.com

*Attorneys for Century Indemnity Company, Federal Insurance Company, Central National Insurance Company of Omaha and ACE Property and Casualty Insurance Company (f/k/a CIGNA Property & Casualty Insurance Company), Great Northern Insurance Company, Pacific Employers Insurance Company, and Westchester Fire Insurance Company*

907100366.01