Arlen Pyenson
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, New York  10022-2524
Phone:  (212) 803-4057
E-mail:  apyenson@crowell.com

*Attorneys for Allianz Global Risk US Insurance*
*Company, f/k/a Allianz Insurance Company,*
*Fireman's Fund Insurance Company, Century Indemnity Company,*
*Federal Insurance Company, Central National*
*Insurance Company of Omaha and ACE Property*
*and Casualty Insurance Company (f/k/a CIGNA*
*Property & Casualty Insurance Company),*
*Great Northern Insurance Company, Pacific Employers*
*Insurance Company, and Westchester Fire Insurance Company*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23-12825 |
| Debtors. | Jointly Administered |

### CERTIFIED STATEMENT OF MARK D. PLEVIN, ESQ. IN SUPPORT
### OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, in support of his application for admission *pro hac vice*, Mark D. Plevin certifies as follows:

1. I am admitted to practice and am a member in good standing of the following state and federal bars:

| State or Federal Jurisdiction | Admission Date |
|---|---|
| District of Columbia | December 18, 1981 |

| State or Federal Jurisdiction | Admission Date |
|---|---|
| California | June 12, 1990 |
| U.S. District Court, District of Columbia | February 1, 1982 |
| U.S. District Court, Northern District of California | August 25, 1989 |
| U.S. District Court, Eastern District of Michigan | July 12, 2007 |
| U.S. District Court, Central District of California | August 17, 2007 |
| U.S. District Court, Northern District of Illinois | June 11, 2014 |
| U.S. District Court, Eastern District of California | July 21, 2016 |
| U.S. Court of International Trade | July 14, 2009 |
| U.S. Court of Appeals, DC Circuit | May 28, 1991 |
| U.S. Court of Appeals, 3d Circuit | August 22, 2003 |
| U.S. Court of Appeals, 4th Circuit | April 30, 2014 |
| U.S. Court of Appeals, 5th Circuit | July 8, 2001 |
| U.S. Court of Appeals, 6th Circuit | December 19, 1984 |
| U.S. Court of Appeals, 7th Circuit | August 23, 1996 |
| U.S. Court of Appeals, 9th Circuit | July 5, 1990 |
| U.S. Court of Appeals, Federal Circuit | November 12, 2010 |

2. There are no disciplinary proceedings pending against me.

3. Discipline has not been imposed on me during the five-year period preceding this application.

4. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such rules. I will comply with all court and ethical rules governing the practice of law before this court.

5. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 12, 2023

*/s/ Mark D. Plevin*
Mark D. Plevin
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California  94111
Phone: (415) 986-2800

- 3 -

Email: mplevin@crowell.com

*Attorney for Allianz Global Risk US Insurance Company, f/k/a Allianz Insurance Company, Fireman's Fund Insurance Company, Century Indemnity Company, Federal Insurance Company, Central National Insurance Company of Omaha, ACE Property and Casualty Insurance Company, Great Northern Insurance Company, Pacific Employers Insurance Company, and Westchester Fire Insurance Company*

907100404.1

- 3 -