| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Arlen Pyenson<br>CROWELL & MORING LLP<br>590 Madison Avenue, 20th Floor<br>New York, New York  10022-2524<br>Phone:  (212) 803-4057<br>E-mail:  apyenson@crowell.com |

| In re: | Chapter 11 |
|---|---|
| LTL MANAGEMENT LLC, | Case No. 23-12825 (MBK) |
| *Debtor.* | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused a true and correct copy of the foregoing

APPLICATION FOR ADMISSION PRO HAC VICE PURSUANT TO RULE 9010-1(B) to be

filed electronically and that the same is available for viewing through the Court's ECF system.


DATED:     May 12, 2023                    */s/ Arlen Pyenson*
                                            Arlen Pyenson


907101852.1