Arlen Pyenson
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, New York 10022-2524
Phone: (212) 803-4057
E-mail: apyenson@crowell.com

*Attorneys for Allianz Global Risk US Insurance
Company, f/k/a Allianz Insurance Company,
Fireman's Fund Insurance Company, Century Indemnity Company,
Federal Insurance Company, Central National
Insurance Company of Omaha and ACE Property
and Casualty Insurance Company (f/k/a CIGNA
Property & Casualty Insurance Company),
Great Northern Insurance Company, Pacific Employers
Insurance Company, and Westchester Fire Insurance Company,*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23-12825 |
| Debtors. | Jointly Administered |

### APPLICATION FOR AN ORDER FOR ADMISSION
### *PRO HAC VICE* OF TACIE H. YOON, ESQ.

Pursuant to Rule 101.1 of the Local Civil Rules for the U.S. District Court for the District of New Jersey and Rule 9010-1 of the U.S. Bankruptcy Court for the District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Tacie H. Yoon of the law firm Crowell & Moring LLP, 1001 Pennsylvania Ave, NW, Washington, DC 20004, to represent Allianz Global Risk US Insurance Company, f/k/a Allianz Insurance Company, Fireman's Fund Insurance Company, Century Indemnity Company, Federal Insurance Company, Central National Insurance Company of Omaha, ACE Property and Casualty

- 1 -

Insurance Company (f/k/a CIGNA Property & Casualty Insurance Company), Great Northern Insurance Company, Pacific Employers Insurance Company, and Westchester Fire Insurance Company in the above-captioned chapter 11 case.

In support of the application, counsel submits the attached Certification of Tacie H. Yoon, and requests that the proposed form of order submitted herewith be entered. Undersigned counsel certifies that she is admitted and a member in good standing of the U.S. District Court for the District of New Jersey.

Unless requested by other parties, no oral argument is requested. A proposed form of order is submitted herewith.

DATED: May 12, 2023

/s/ Arlen Pyenson
Arlen Pyenson
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, New York  10022-2524
Phone:  (212) 803-4057
E-mail:  apyenson@crowell.com

*Attorney for Allianz Global Risk US Insurance Company, f/k/a Allianz Insurance Company, Fireman's Fund Insurance Company, Century Indemnity Company, Federal Insurance Company, Central National Insurance Company of Omaha, ACE Property and Casualty Insurance Company, Great Northern Insurance Company, Pacific Employers Insurance Company, and Westchester Fire Insurance Company*

907100411.01