| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| Arlen Pyenson<br>CROWELL & MORING LLP<br>590 Madison Avenue, 20th Floor<br>New York, New York  10022-2524<br>Phone:  (212) 803-4057<br>E-mail:  apyenson@crowell.com | |
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>     *Debtor.* | Chapter 11<br><br>Case No. 23-12825 (MBK) |

### CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused a true and correct copy of the foregoing APPLICATION FOR ADMISSION PRO HAC VICE PURSUANT TO RULE 9010-1(B) to be filed electronically and that the same is available for viewing through the Court's ECF system.

DATED:   May 12, 2023        */s/ Arlen Pyenson*
                   Arlen Pyenson

907101852.1

1

2