**<u>EXHIBIT B</u>**

```
 1              UNITED STATES BANKRUPTCY COURT

 2                  DISTRICT OF NEW JERSEY

 3

 4   In Re:   Chapter 11          )
                                  )   Case No. 21-30589
 5   LTL MANAGEMENT, LLC,         )   (MBK)
                                  )
 6            Debtor.             )

 7

 8

 9

10

11

12

13            VIDEO RECORDED EXAMINATION OF

14                     JAMES MURDICA

15        _____

16                        TAKEN ON

17
                   SUNDAY, APRIL 16, 2023
18

19

20

21

22
     CERTIFIED STENOGRAPHER:
23     JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
       CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
24     CCR-WA (No. 21007264), CSR-CA (No. 14420),
       REALTIME SYSTEMS ADMINISTRATOR
25     JOB NO.: 893549
```

| | | |
|---|---|---|
| 1 | **A.** So when did -- | 02:18:25 |
| 2 | **Q.** When -- sorry? | 02:18:26 |
| 3 | **A.** I don't know what you're asking | 02:18:27 |
| 4 | me. Go ahead. | 02:18:28 |
| 5 | **Q.** So what I'm trying to figure out | 02:18:29 |
| 6 | is, I think you said -- and we'll get to | 02:18:32 |
| 7 | the data a little bit later, but I think | 02:18:33 |
| 8 | you said that the -- this -- this term | 02:18:35 |
| 9 | sheet was first provided to law firms | 02:18:36 |
| 10 | around late March or early April, I think | 02:18:39 |
| 11 | you said? | 02:18:41 |
| 12 | **A.** Yes. But, again, in the form | 02:18:41 |
| 13 | that it's in now, this chart, I believe, | 02:18:44 |
| 14 | was actually created by your clients. So I | 02:18:47 |
| 15 | want to be clear that in the form that it's | 02:18:51 |
| 16 | in now, that is correct. | 02:18:53 |
| 17 | But your clients have had or | 02:18:55 |
| 18 | created this, in part, years ago. | 02:18:57 |
| 19 | **Q.** Okay. And when -- when is the | 02:19:00 |
| 20 | first time you recall having shared the | 02:19:03 |
| 21 | substance of this chart with Mr. Watts? | 02:19:05 |
| 22 | **A.** I'm trying to remember when. | 02:19:07 |
| 23 | Probably sometime in 2022, maybe late 2021. | 02:19:19 |
| 24 | I really can't remember. | 02:19:24 |
| 25 | **Q.** And I'm just, for the record, | 02:19:39 |

| | | |
|---|---|---|
| 1 | just gonna -- to note that I'm going to | 02:19:40 |
| 2 | move to strike the references to my clients | 02:19:43 |
| 3 | and what they negotiated and provided you | 02:19:45 |
| 4 | under Rule 408. | 02:19:48 |
| 5 |       MS. BROWN:  I'm sorry.  Under a | 02:19:49 |
| 6 |   settlement privilege? | 02:19:51 |
| 7 |       MR. WINOGRAD:  Yes.  I said under | 02:19:52 |
| 8 |   Rule 408.  It's confidential. | 02:19:54 |
| 9 |       MS. BROWN:  Okay.  Can you just | 02:19:55 |
| 10 |   explain the legal basis for that on the | 02:19:57 |
| 11 |   record? | 02:19:58 |
| 12 |       MR. WINOGRAD:  Yeah.  Those | 02:19:58 |
| 13 |   are -- those are confidential | 02:19:59 |
| 14 |   settlement communications. | 02:20:00 |
| 15 |       MS. BROWN:  Under the Federal | 02:20:02 |
| 16 |   Rules? | 02:20:03 |
| 17 |       MR. WINOGRAD:  I've stated my | 02:20:05 |
| 18 |   objection, and we can address it later, | 02:20:06 |
| 19 |   if you would like. | 02:20:09 |
| 20 | BY MR. WINOGRAD: | 02:20:11 |
| 21 |     Q.    Does the term sheet contemplate a | 02:20:20 |
| 22 | new funding agreement, to the best of your | 02:20:22 |
| 23 | understanding? | 02:20:26 |
| 24 |       MS. BROWN:  Hold on. | 02:20:26 |
| 25 |       I think you can ask him if it's | 02:20:34 |