**<u>EXHIBIT D</u>**

## **EXHIBIT D**

**<u>EXHIBIT D</u>**

                                                              1

 1

 2            UNITED STATES BANKRUPTCY COURT

 3              DISTRICT OF NEW JERSEY

 4              CASE NO. 23-12825 (MBK)

 5                   CHAPTER 11

 6    ------------------------------------------

 7    IN RE:

 8    LTL MANAGEMENT LLC BANKRUPTCY,

 9                        Debtor.

10    ------------------------------------------

11

12

13

14        REMOTE VIDEOTAPED DEPOSITION OF

15               MIKAL WATTS

16

17

18

19            Monday, April 17, 2023

20              10:05 a.m. (EST)

21

22

23    Reported By:

24    Joan Ferrara, RMR, FCRR

25    Job No. 2023-892931

43

```
 1                     M. Watts

 2              So the way we preserve that

 3    confidentiality and stay out of SEC trouble

 4    is you don't talk to anybody while you're

 5    doing this because once it becomes

 6    material, there are 8-K disclosure

 7    obligations.

 8                   And so you negotiate only with

 9    those whom you have received a

10    non-disclosure agreement.  It's just

11    critical.  If you don't do it that way,

12    you're going to cause yourself a lot of

13    shareholder lawsuits.

14                   So that's what we did.

15                   So I want to be clear, I

16    negotiated 95 percent of both of these

17    documents with Mr. Murdica, but there was a

18    point in time where I felt like it would

19    add to our knowledge base if we started

20    getting others involved.

21                   And so there was a time when we

22    were negotiating the money and then a

23    separate time when we were negotiating what

24    I would call the "support documents," the

25    PSA and the term sheet.
```