**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |
| | **Hearing Date and Time:**<br>May 16, 2023 at 10:00 a.m. |

## DECLARATION OF MARK W. RASMUSSEN

I, Mark W. Rasmussen, hereby declare under penalty of perjury:

1.  I am a partner of the law firm of Jones Day, and my office is located at 2727 N. Harwood, Dallas, Texas 75201. I am a member in good standing of the Bars of the State of Texas and New York. My application to appear *pro hac vice* in this case has been granted by the Court. There are no disciplinary proceedings pending against me.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1536840093v1

2. I submit this declaration (the "Declaration") in connection with the *Debtor's Objection to the Official Committee of Talc Claimants' Motion to Compel* filed contemporaneously herewith. I have personal knowledge of the matters set forth herein.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the April 18, 2023 court hearing.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the April 14, 2023 deposition of John Kim.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 15, 2023

Respectfully submitted,

*/s/ Mark W. Rasmussen*
Mark W. Rasmussen

NAI-1536840093v1