# EXHIBIT C

## Cash Contributions

On each date specified in the table below (column (a)), the Reorganized Debtor shall deliver, or cause to be delivered, to the Talc Personal Injury Governmental Action Claims Sub-Trust and the Talc Personal Injury Tort Claims Sub-Trust contributions of Cash in the total amount set forth opposite such date (column (d)), with such total amount of Cash contributions to be allocated between the Talc Personal Injury Governmental Action Claims Sub-Trust and the Talc Personal Injury Tort Claims Sub-Trust as set forth opposite such date (column (b) and column (c), respectively).

| Delivery Date for Cash Contribution (a) | Cash Contribution to Talc Personal Injury Governmental Action Claims Sub-Trust (b) | Cash Contribution to Talc Personal Injury Tort Claims Sub-Trust (c) | Total Amount of Cash Contributions to be Delivered by the Reorganized Debtor (d) |
|---|---|---|---|
| Effective Date | $400,000,000.00 | $2,600,000,000.00, as adjusted* | $3,000,000,000.00, as adjusted* |
| 1st Anniversary of Effective Date | — | $2,500,000,000.00 | $2,500,000,000.00 |
| 2nd Anniversary of Effective Date | — | $1,000,000,000.00 | $1,000,000,000.00 |
| 7th Anniversary of Effective Date | — | $1,000,000,000.00 | $1,000,000,000.00 |
| 12th Anniversary of Effective Date | — | $1,000,000,000.00 | $1,000,000,000.00 |
| 17th Anniversary of Effective Date | — | $1,000,000,000.00 | $1,000,000,000.00 |
| 22nd Anniversary of Effective Date | — | $1,000,000,000.00 | $1,000,000,000.00 |
| 25th Anniversary of Effective Date | — | $1,180,000,000.00 | $1,180,000,000.00 |
| | | **TOTAL** | $11,680,000,000.00, as adjusted above |

\* The $2,600,000,000.00 to be delivered to the Talc Personal Injury Tort Sub-Trust on the Effective Date is subject to adjustment as follows:

(a) commencing on the first Business Day after the Confirmation Date, interest shall accrue on such amount at the rate of 4% per annum, with interest to be calculated on the basis of a 365/366-day year and paid for the actual number of days elapsed; and

(b) the such amount shall be reduced by the amount of Talc Personal Injury Trust Expenses paid by the Reorganized Debtor pursuant to Section 4.6.

NAI-1530333158