**EXHIBIT F**

**Governmental Claims**

[TO BE FILED WITH PLAN SUPPLEMENT]