**EXHIBIT G**

**Retained Rights of Action**

[TO BE FILED WITH PLAN SUPPLEMENT]