**EXHIBIT K**

**Talc PI Note**

[TO BE FILED WITH PLAN SUPPLEMENT]