# **EXHIBIT B**

## **Engagement Letter**

NAI-1536622259

April 16, 2023

Dear Mr. Kim,

We appreciate the opportunity to provide professional services to you in the matter. This letter confirms the scope of our work and our up-front payment policy.

The scope of Signal Interactive Media's ("Signal) work includes:
- **Design and implement a Notice Program:** You will have approval authority over all aspects of the Notice Program: components, budget, and schedule.
- **Write Notice Materials:** Signal will draft all of the notices and ad materials
- **Provide an expert opinion:** As a court-approved expert I will offer preliminary and implementation declarations stating that the Notice Program provides fair and adequate notice. My expert opinon will cover the adequacy of the media and the content/form of the notice materials.
- **Coordinate with Claims Agent:** Signal will work with the Claims Agent to implement the Notice Program.

**Media costs:** Anticipated media program costs will be listed in a separate estimate provided by Signal.

**Up-front payment is required:** Signal typically reserves advertising space within days of court approval of the notice plan. Signal is financially liable for the space once it is reserved. Accordingly, Signal requires media invoice payment prior to booking media.

**Professional Service Fees:** Signal will charge the following hourly rates for our professional services:
- Notice Expert: $650/hour
- Project Manager: $350/hour
- Media Planner: $350/hour
- Designer: $150/hour

Signal will issue an invoice on a monthly basis for hourly services.

**Please sign and review this letter:** Please let me know if you have any changes to this letter. If all the information is correct, please sign and return it to acknowledge our agreement.

Sincerely,

*Shannon Wheatman*

Shannon Wheatman
Executive Director

I agree to the scope of Signal services and other terms described above.

_____    4/17/23
John K. Kim                        Date
Chief Legal Officer, LTL Management LLC