**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br>　　　　　Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br>　　　　　Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1 1000,<br>　　　　　Defendants. | Adv. No.: 23-01092 (MBK) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MAY 16, 2023 AT 10:00 A.M.**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] **Amended agenda items appear in bold.**

*At the direction of the Court, the hearing will be held via Zoom only. All parties who intend to present argument should contact Chambers at chambers_of_mbk@njb.uscourts.gov and provide the name and email address of the speaker, as well as provide information regarding the party the speaker represents and/or the purpose of the appearance.*

*Parties are directed to https://www.njb.uscourts.gov/LTL for observing via Zoom.*

*Please take notice that in light of the additional filings, tomorrow's hearing (May 16, 2023) will now begin at 10:00 a.m.*

## STATUS CONFERENCES GOING FORWARD IN BASE CASE

1. At the direction of the Court, a status conference will go forward to discuss the scheduling of additional omnibus hearing dates.

2. Motions to Dismiss the Chapter 11 Case [Dkts. 286, 335, 346, 350, 352, 358, 379, 384, 473, 480].

    **Status: The Court will conduct a conference to hear any updates from the parties on the scheduling of the pending motions to dismiss.**

3. Debtor's Motion for an Order (I) Scheduling Hearing on Approval of Disclosure Statement; (II) Establishing Disclosure Statement Objection Deadline; and (III) Granting Related Relief [Dkt. 240] (the "Disclosure Statement Hearing Motion").

    **Status: A status conference on this matter is going forward pursuant to the Court's May 4, 2023 order.**

    Objection Deadline: May 5, 2023.

    Related Documents:

    A. Application for Order Shortening Time and Certain Other Relief [Dkt. 241].

    B. The Official Committee of Talc Claimants' Objection to Debtor's Application for Order Shortening Time with Respect to Debtor's Motion for an Order (I) Scheduling Hearing on Approval of Disclosure Statement; (II) Establishing Disclosure Statement Objection Deadline; and (III) Granting Related Relief [Dkt. 254].

    C. Order Denying Application to Shorten Time [Dkt. 272].

    D. The Official Committee of Talc Claimants' Cross-Motion for Entry of an Order (I) Temporarily Suspending the Debtor's Chapter 11 Case Pursuant to 11 U.S.C. §§ 105 and 305, and (II) Granting Related Relief [Dkt. 414] (the "Motion to Suspend").

- E. The Ad Hoc Committee of Supporting Counsel's Reply in Support of the Disclosure Statement Hearing Motion [Dkt. 498].

- F. The Debtor's Reply in Support of Disclosure Statement Hearing Motion [Dkt. 500].

Objections:

- G. The Official Committee of Talc Claimants' Objection to Disclosure Statement Hearing Motion [Dkt. 413].

- H. Arnold & Itkin LLP's Objection to Disclosure Statement Hearing Motion [Dkt. 443].

- I. The United States Trustee's Objection to Disclosure Statement Hearing Motion [Dkt. 448].

- J. MRHFM's Objection to Disclosure Statement Hearing Motion [Dkt. 453].

## CONTESTED MATTERS GOING FORWARD IN THE BASE CASE AND THE ADVERSARY PROCEEDING

4. Motion to Suspend.

   **Status: This matter is going forward.**

   Objection Deadline: May 12, 2023.

   Related Documents:

   - A. The Disclosure Statement Hearing Motion.

   - B. **MRHFM's Joinder to Motion to Suspend [Dkt. 503].**

   - C. **The Official Committee of Talc Claimants' Reply in Support of Motion to Suspend [Dkt. 517].**

   Objections:

   - D. The Ad Hoc Committee of Supporting Counsel's Objection to the Motion to Suspend [Dkt. 497].

   - E. The Debtor's Objection to the Motion to Suspend [Dkt. 501].

5. The Official Committee of Talc Claimants' Motion for Entry of a Protective Order [Dkt. 439] (the "Committee Motion for Protective Order").

   **Status: This matter is going forward.**

Objection Deadline:  At hearing, pursuant to the Order Granting the Application to Shorten Time [Dkt. 444] (the "Order Shortening Time").

Related Documents:

A. Application for Order Shortening Time and Certain Other Relief [Dkt. 442] (the "Application to Shorten Time").

B. Order Shortening Time.

C. The Debtor's Cross-Motion for Protective Order [Dkt. 491] (the "Debtor's Motion for Protective Order").

Objections:

D. The Debtor's Objection to the Committee Motion for Protective Order [Dkt. 492].

6. The Official Committee of Talc Claimants' Motion to De-Designate Exhibit A of Term Sheet [Dkt. 440] (the "Motion to De-Designate").

**Status:  This matter is going forward.**

Objection Deadline:  At hearing, pursuant to the Order Shortening Time.

Related Documents:

A. The Application to Shorten Time.

B. The Order Shortening Time.

C. The Committee Motion for Protective Order.

D. Certain Creditor Mesothelioma Claimants' Objection to the Debtor's Confidentiality Designations [Adv. Dkt. 95].

E. The Official Committee of Talc Claimants' Correspondence to the Court [Adv. Dkt. 98].

F. MRHFM's Objection to Debtor's Confidentiality Designations [Adv. Dkt. 99].

G. **MRHFM's Joinder to the Motion to De-Designate [Dkt. 507].**

**Objections:**

H. **The Debtor's Objection to the Motion to De-Designate [Dkt. 523; Adv. Dkt. 136].**

7.     The Official Committee of Talc Claimants' Motion to Compel [Dkt. 441] (the "Motion to Compel").

    **Status: This matter is going forward.**

    Objection Deadline: At hearing, pursuant to the Order Shortening Time.

    Related Documents:

    A.     The Application to Shorten Time.

    B.     The Order Shortening Time.

    C.     **MRHFM's Joinder to the Motion to Compel [Dkt. 528].**

    **Objections:**

    D.     **Johnson & Johnson's Objection to the Motion to Compel [Dkt. 519].**

    E.     **The Debtor's Objection to the Motion to Compel [Dkt. 524].**

8.     The Debtor's Cross-Motion for a Protective Order.

    **Status: This matter is going forward.**

    Objection Deadline: At hearing, pursuant to the Order Shortening Time.

    Related Documents:

    A.     The Application to Shorten Time.

    B.     The Order Shortening Time.

    C.     The Committee Motion for Protective Order.

    D.     The Motion to De-Designate.

    E.     The Motion to Compel.

    **Objections:**

    F.     **The Official Committee of Talc Claimants' Objection to the Debtor's Cross-Motion for a Protective Order [Dkt. 510].**

9.     **The Official Committee of Talc Claimants' Motion to Compel Unredacted Documents [Dkt. 504] (the "Second Motion to Compel").**

    **Status: This matter is going forward.**

**Objection Deadline:** At hearing, pursuant to the Order Granting Application for Order Shortening Time and Certain Other Relief [Dkt. 509] (the "**Order Shortening Time and Other Relief**").

**Related Documents:**

A. **Application for Order Shortening Time and Certain Other Relief [Dkt. 505].**

B. **Order Shortening Time and Other Relief.**

**Objections:**

C. **The Debtor's Objection to the Second Motion to Compel [Dkt. 529].**

Dated: May 15, 2023

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

NAI-1536792023