## Exhibit A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PAUL HASTINGS LLP
Kris Hansen (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
(212) 318-6400

-and-

Matthew M. Murphy (admitted *pro hac vice*)
Matthew Micheli (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
(312) 499-6018

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota (NJ Bar No. 014321986)
Warren A. Usatine (NJ Bar No. 025881985)
Seth Van Aalten *(*admitted *pro hac vice)*
Justin Alberto (admitted *pro hac vice*)
(201) 489-3000

PARKINS & RUBIO LLP
Lenard M. Parkins (admitted *pro hac vice*)
Charles M. Rubio (admitted *pro hac vice*)
700 Milam, Suite 1300
Houston, Texas 77002
(713) 715-1666

*Counsel to Ad Hoc Committee of Supporting
Counsel*

In re:

LTL MANAGEMENT, LLC[1],

                                  Debtor.

Case No. 23-12825

Chapter 11

Judge: Michael B. Kaplan

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

## CERTIFICATION OF MICHAEL WHALEN IN SUPPORT OF
## APPLICATION FOR *PRO HAC VICE* ADMISSION

I, Michael Whalen, of full age, hereby certify as follows:

1.      I am an attorney-at-law duly admitted to practice before the court of the State of Illinois, and an attorney in the firm of Paul Hastings LLP located at 71 South Wacker Drive, Suite 4500, Chicago, Illinois 60606, counsel for the Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel").  I submit this Certification in support of the accompanying Application for my admission *pro hac vice* (the "Application").

2.      I am admitted to practice in the following courts:

| Court | Date of Admission |
|---|---|
| Illinois State Court | 1/30/2015 |
| U.S. Court of Appeals for the 6th Circuit | 4/29/2015 |
| U.S. Court of Appeals for the 7th Circuit | 11/17/2016 |
| U.S. District Court for the Northern District of Illinois | 11/17/2016 |
| U.S. District Court for the Eastern District of Michigan | 8/3/2016 |

3.      I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended, or disciplined by any court or administrative body.

4.      The AHC of Supporting Counsel filed the Application due to my familiarity with the facts and circumstances relevant to its interests.  If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

5.      I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Michael D. Sirota, Esq.

6.      For the foregoing reasons, I respectfully request the Application be granted.

2

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Michael Whalen*
Michael Whalen
**PAUL HASTINGS LLP**
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Phone: (312) 499-6033
Email:  michaelcwhalen@paulhastings.com

DATED: May 16, 2023