# EXHIBIT B

## Listing of Parties-in-Interest Reviewed for Current and Recent Former Relationships

**Debtor**

LTL Management LLC

**Direct Equity Owner of Debtor**

Johnson & Johnson Holdco (NA) Inc.

Johnson and Johnson Consumer Inc.

**Debtor's Direct Non-Debtor Subsidiary**

Royalty A&M LLC

**Other Non-Debtor Affiliates**

3Dintegrated ApSAcclarent, Inc.

Actelion Ltd

Actelion Manufacturing GmbH

Actelion Pharmaceuticals Australia Pty. Limited

Actelion Pharmaceuticals Korea Ltd.

Actelion Pharmaceuticals Ltd

Actelion Pharmaceuticals Mexico S.A. De C.V.

Actelion Pharmaceuticals Trading (Shanghai) Co.,

Actelion Pharmaceuticals UK Limited

Actelion Pharmaceuticals US, Inc.

Actelion Registration Limited

Actelion Treasury Unlimited Company

Akros Medical, Inc.

Albany Street LLC

ALZA Corporation

Alza Land Management, Inc.

AMO (Hangzhou) Co., Ltd.

AMO (Shanghai) Medical Devices Trading Co., Lt

AMO ASIA LIMITED

AMO Australia Pty Limited

AMO Canada Company

AMO Denmark ApS

AMO Development, LLC

AMO France

AMO Germany GmbH

AMO Groningen B.V.

AMO International Holdings

AMO Ireland

AMO Ireland Finance Unlimited Company

AMO Italy SRL

AMO Japan K.K.

AMO Manufacturing Spain S.L.

AMO Manufacturing USA, LLC

AMO Netherlands BV

AMO Nominee Holdings, LLC

AMO Norway AS

AMO Puerto Rico Manufacturing, Inc.

AMO Sales and Service, Inc.

AMO Singapore Pte. Ltd.

AMO Spain Holdings, LLC

AMO Switzerland GmbH

AMO U.K. Holdings, LLC

AMO United Kingdom, Ltd.

AMO Uppsala AB

AMO US Holdings, Inc.

AMO USA Sales Holdings, Inc.

AMO USA, LLC

Animas Diabetes Care, LLC

Animas LLC

Animas Technologies LLC

AorTx, Inc.

Apsis

Aragon Pharmaceuticals, Inc.

Asia Pacific Holdings, LLC

Atrionix, Inc.

AUB Holdings LLC

Auris Health, Inc.

Backsvalan 2 Aktiebolag

Backsvalan 6 Handelsbolag

Beijing Dabao Cosmetics Co., Ltd.

BeneVir BioPharm, Inc.

Berna Rhein B.V.

BioMedical Enterprises, Inc.

Biosense Webster (Israel) Ltd.

Biosense Webster, Inc.

C Consumer Products Denmark ApS

Calibra Medical LLC

Campus-Foyer Apotheke GmbH

Carlo Erba OTC S.r.l.

Centocor Biologics, LLC

Centocor Research & Development, Inc.

ChromaGenics B.V.

Ci:Labo Customer Marketing Co., Ltd.

Ci:z. Labo Co., Ltd.

Cilag AG

Cilag GmbH International

Cilag Holding AG

Cilag Holding Treasury Unlimited Company

Cilag-Biotech, S.L.

CNA Development GmbH

Codman & Shurtleff, Inc.

Coherex Medical, Inc.

ColBar LifeScience Ltd.

Company Store.com, Inc.

Cordis de Mexico, S.A. de C.V.

Cordis International Corporation

Corimmun GmbH

CoTherix Inc.

CSATS, Inc.

Darlain Trading S.A.

Debs-Vogue Corporation (Proprietary) Limited

DePuy France

DePuy Hellas SA

DePuy International Limited

DePuy Ireland Unlimited Company

DePuy Mexico, S.A. de C.V.

DePuy Mitek, LLC

DePuy Orthopaedics, Inc.

DePuy Products, Inc.

DePuy Spine, LLC

DePuy Synthes Gorgan Limited

DePuy Synthes Institute, LLC

DePuy Synthes Leto SARL

DePuy Synthes Products, Inc.

DePuy Synthes Sales, Inc.

DePuy Synthes, Inc.

Dr. Ci:Labo Co., Ltd.

DR. CI:LABO Company Limited

Dutch Holding LLC

ECL7, LLC

EES Holdings de Mexico, S. de R.L. de C.V.

EES, S.A. de C.V.

EIT Emerging Implant Technologies GmbH

Ethicon Biosurgery Ireland

Ethicon Endo-Surgery (Europe) GmbH

Ethicon Endo-Surgery, Inc.

Ethicon Endo-Surgery, LLC

Ethicon Holding Sarl

Ethicon Ireland Unlimited Company

Ethicon LLC

Ethicon PR Holdings Unlimited Company

Ethicon Sarl

Ethicon US, LLC

Ethicon Women's Health & Urology Sarl

Ethicon, Inc.

Ethnor (Proprietary) Limited

Ethnor del Istmo S.A.

Ethnor Farmaceutica, S.A.

Ethnor Guatemala, Sociedad Anomina

Finsbury (Development) Limited

Finsbury (Instruments) Limited

Finsbury Medical Limited

Finsbury Orthopaedics International Limited

Finsbury Orthopaedics Limited

FMS Future Medical System SA

GH Biotech Holdings Limited

Global Investment Participation B.V.

GMED Healthcare BV

Guangzhou Bioseal Biotech Co., Ltd.

Hansen Medical Deutschland GmbH

Hansen Medical International, Inc.

Hansen Medical UK Limited

Hansen Medical, Inc.

Healthcare Services (Shanghai) Ltd.

I.D. Acquisition Corp.

Innomedic Gesellschaft für innovative

Innovalens B.V.

Innovative Surgical Solutions, LLC

J & J Company West Africa Limited

| | |
|---|---|
| J&J Pension Fs Limited | Janssen Pharmaceutica S.A. |
| J.C. General Services BV | Janssen Pharmaceutical |
| Janssen Alzheimer Immunotherapy (Holding) Limi | Janssen Pharmaceutical K.K. |
| Janssen Biologics (Ireland) Limited | Janssen Pharmaceutical Sciences Unlimited Compa |
| Janssen Biologics B.V. | Janssen Pharmaceuticals, Inc. |
| Janssen BioPharma, Inc. | Janssen Products, LP |
| Janssen Biotech, Inc. | Janssen R&D Ireland |
| Janssen Cilag Farmaceutica S.A. | Janssen Research & Development, LLC |
| Janssen Cilag S.p.A. | Janssen Sciences Ireland Unlimited Company |
| Janssen Cilag SPA | Janssen Scientific Affairs, LLC |
| Janssen Cilag, C.A. | Janssen Supply Group, LLC |
| Janssen de Mexico, S. de R.L. de C.V. | Janssen Vaccines & Prevention B.V. |
| Janssen Development Finance Unlimited Company | Janssen Vaccines Corp. |
| Janssen Diagnostics, LLC | Janssen-Cilag |
| Janssen Egypt LLC | Janssen-Cilag (New Zealand) Limited |
| Janssen Farmaceutica Portugal Lda | Janssen-Cilag A/S |
| Janssen Global Services, LLC | Janssen-Cilag AG |
| Janssen Group Holdings Limited | Janssen-Cilag Aktiebolag |
| Janssen Holding GmbH | Janssen-Cilag AS |
| Janssen Inc. | Janssen-Cilag B.V. |
| Janssen Irish Finance Company UC | Janssen-Cilag de Mexico S. de R.L. de C.V. |
| Janssen Korea Ltd. | Janssen-Cilag Farmaceutica Lda. |
| Janssen Oncology, Inc. | Janssen-Cilag Farmaceutica Ltda. |
| Janssen Ortho LLC | Janssen-Cilag GmbH |
| Janssen Pharmaceutica (Proprietary) Limited | Janssen-Cilag International NV |
| | Janssen-Cilag Kft. |
| Janssen Pharmaceutica NV | Janssen-Cilag Limited |

Janssen-Cilag Manufacturing, LLC

Janssen-Cilag NV

Janssen-Cilag OY

Janssen-Cilag Pharma GmbH

Janssen-Cilag Pharmaceutical S.A.C.I.

Janssen-Cilag Polska, Sp. z o.o.

Janssen-Cilag Pty Ltd

Janssen-Cilag S.A.

Janssen-Cilag s.r.o.

Janssen-Cilag, S.A.

Janssen-Cilag, S.A. de C.V.

Janssen-Pharma, S.L.

J-C Health Care Ltd.

Jevco Holding, Inc.

JJ Surgical Vision Spain, S.L.

JJC Acquisition Company B.V.

JJHC, LLC

JJSV Belgium BV

JJSV Manufacturing Malaysia SDN. BHD.

JJSV Norden AB

JJSV Produtos Oticos Ltda.

JNJ Global Business Services s.r.o.

JNJ Holding EMEA B.V.

JNJ International Investment LLC

JNJ Irish Investments ULC

Johnson & Johnson

Johnson & Johnson - Societa' Per Azioni

Johnson & Johnson (Angola), Limitada

Johnson & Johnson (China) Investment Ltd.

Johnson & Johnson (Egypt) S.A.E.

Johnson & Johnson (Hong Kong) Limited

Johnson & Johnson (Ireland) Limited

Johnson & Johnson (Jamaica) Limited

Johnson & Johnson (Kenya) Limited

Johnson & Johnson (Middle East) Inc.

Johnson & Johnson (Mozambique), Limitada

Johnson & Johnson (Namibia) (Proprietary) Limite

Johnson & Johnson (New Zealand) Limited

Johnson & Johnson (Philippines), Inc.

Johnson & Johnson (Private) Limited

Johnson & Johnson (Thailand) Ltd.

Johnson & Johnson (Trinidad) Limited

Johnson & Johnson (Vietnam) Co., Ltd

Johnson & Johnson AB

Johnson & Johnson AG

Johnson & Johnson Belgium Finance Company BV

Johnson & Johnson Bulgaria EOOD

Johnson & Johnson China Ltd.

Johnson & Johnson Consumer (Hong Kong) Limite

Johnson & Johnson Consumer (Thailand) Limited

Johnson & Johnson Consumer B.V.

Johnson & Johnson Consumer Holdings France

Johnson & Johnson Consumer Inc.

Johnson & Johnson Consumer NV

Johnson & Johnson Consumer Saudi Arabia Limited

Johnson & Johnson Consumer Services EAME Ltd

Johnson & Johnson d.o.o.

Johnson & Johnson de Argentina S.A.C. e. I.

Johnson & Johnson de Chile Limitada

Johnson & Johnson de Chile S.A.

Johnson & Johnson de Colombia S.A.

Johnson & Johnson de Costa Rica, S.A.

Johnson & Johnson de Mexico, S.A. de C.V.

Johnson & Johnson de Uruguay S.A.

Johnson & Johnson de Venezuela, S.A.

Johnson & Johnson del Ecuador, S.A.

Johnson & Johnson Del Paraguay, S.A.

Johnson & Johnson del Peru S.A.

Johnson & Johnson do Brasil Industria E Comercio

Johnson & Johnson Dominicana, S.A.S.

Johnson & Johnson Enterprise Innovation Inc.

Johnson & Johnson European Treasury Company

Johnson & Johnson Finance Corporation

Johnson & Johnson Finance Limited

Johnson & Johnson Financial Services GmbH

Johnson & Johnson for Export and Import LLC

Johnson & Johnson Foundation Scotland (NON-PR

Johnson & Johnson Gateway, LLC

Johnson & Johnson Gesellschaft m.b.H.

Johnson & Johnson GmbH

Johnson & Johnson Guatemala, S.A.

Johnson & Johnson Health and Wellness Solutions,

Johnson & Johnson Health Care Systems Inc.

Johnson & Johnson Hellas Commercial and Industry

Johnson & Johnson Hellas Consumer Products Com

Johnson & Johnson Hemisferica S.A.

Johnson & Johnson Holding GmbH

Johnson & Johnson Holdings K.K.

Johnson & Johnson Inc.

Johnson & Johnson Industrial Ltda.

Johnson & Johnson Innovation - JJDC, Inc.

Johnson & Johnson Innovation Limited

Johnson & Johnson Innovation LLC

Johnson & Johnson International

Johnson & Johnson International (Singapore) Pte. L

Johnson & Johnson International Financial Services

Johnson & Johnson Japan Inc.

Johnson & Johnson K.K.

Johnson & Johnson Kft.

Johnson & Johnson Korea Ltd.

Johnson & Johnson Korea Selling & Distribution L

Johnson & Johnson Limitada

Johnson & Johnson Limited

Johnson & Johnson LLC

Johnson & Johnson Luxembourg Finance Compan

Johnson & Johnson Management Limited

Johnson & Johnson Medical (China) Ltd.

Johnson & Johnson Medical (Proprietary) Ltd

Johnson & Johnson Medical (Shanghai) Ltd.

Johnson & Johnson Medical (Suzhou) Ltd.

Johnson & Johnson Medical B.V.

Johnson & Johnson Medical Devices & Diagnostic

Johnson & Johnson Medical GmbH

Johnson & Johnson Medical Korea Ltd.

Johnson & Johnson Medical Limited

Johnson & Johnson Medical Mexico, S.A. de C.V.

Johnson & Johnson Medical NV

Johnson & Johnson Medical Products GmbH

Johnson & Johnson Medical Pty Ltd

Johnson & Johnson Medical S.A.

Johnson & Johnson Medical S.p.A.

Johnson & Johnson Medical SAS

Johnson & Johnson Medical Saudi Arabia Limited

Johnson & Johnson Medical Servicios Profesionale

Johnson & Johnson Medical Taiwan Ltd.

Johnson & Johnson Medical, S.C.S.

Johnson & Johnson Medikal Sanayi ve Ticaret Lim

Johnson & Johnson Middle East FZ-LLC

Johnson & Johnson Morocco Societe Anonyme

Johnson & Johnson Nordic AB

Johnson & Johnson Pacific Pty Limited

Johnson & Johnson Pakistan (Private) Limited

Johnson & Johnson Panama, S.A.

Johnson & Johnson Personal Care (Chile) S.A.

Johnson & Johnson Poland Sp. z o.o.

Johnson & Johnson Private Limited

Johnson & Johnson Pte. Ltd.

Johnson & Johnson Pty. Limited

Johnson & Johnson Research Pty Ltd

Johnson & Johnson Romania S.R.L.

Johnson & Johnson S.E. d.o.o.

Johnson & Johnson S.E., Inc.

Johnson & Johnson Sante Beaute France

Johnson & Johnson SDN. BHD.

Johnson & Johnson Services, Inc.

Johnson & Johnson Servicios Corporativos, S. de R

Johnson & Johnson Surgical Vision India Private L

Johnson & Johnson Surgical Vision, Inc.

Johnson & Johnson Taiwan Ltd.

Johnson & Johnson UK Treasury Company Limited

Johnson & Johnson Ukraine LLC

Johnson & Johnson Urban Renewal Associates

Johnson & Johnson Vision Care (Shanghai) Ltd.

Johnson & Johnson Vision Care Ireland Unlimited

Johnson & Johnson Vision Care, Inc.

Johnson & Johnson, S.A.

Johnson & Johnson, S.A. de C.V.

Johnson & Johnson, s.r.o.

Johnson and Johnson (Proprietary) Limited

Johnson and Johnson Sihhi Malzeme Sanayi Ve Tic

JOM Pharmaceutical Services, Inc.

La Concha Land Investment Corporation

Latam International Investment Company Unlimite

Lifescan

McNeil AB

McNeil Consumer Pharmaceuticals Co.

McNeil Denmark ApS

McNeil Healthcare (Ireland) Limited

McNeil Healthcare (UK) Limited

McNeil Healthcare LLC

McNeil Iberica S.L.U.

McNeil LA LLC

McNEIL MMP, LLC

McNeil Nutritionals, LLC

McNeil Panama, LLC

McNeil Products Limited

McNeil Sweden AB

MDS Co. Ltd.

Medical Device Business Services, Inc.

Medical Devices & Diagnostics Global Services, L

Medical Devices International LLC

Medical Industrial do Brasil Ltda.

Medizintechnik und Informatik mbH

Medos International Sarl

Medos Sarl

MegaDyne Medical Products, Inc.

Menlo Care De Mexico, S.A. de C.V.

Mentor B.V.

Mentor Deutschland GmbH

Mentor Medical Systems B.V.

Mentor Partnership Holding Company I, LLC

Mentor Texas GP LLC

Mentor Texas L.P.

Mentor Worldwide LLC

Micrus Endovascular LLC

Middlesex Assurance Company Limited

Momenta Ireland Limited

Momenta Pharmaceuticals, Inc.

NeoStrata Company, Inc.

NeoStrata UG (haftungsbeschränkt)

Netherlands Holding Company

Neuravi Inc.

Neuravi Limited

NeuWave Medical, Inc.

Novira Therapeutics, LLC

NuVera Medical, Inc.

Obtech Medical Mexico, S.A. de C.V.

OBTECH Medical Sarl

OGX Beauty AU Pty Ltd

OGX Beauty Limited

OMJ Holding GmbH

OMJ Ireland Unlimited Company

OMJ Pharmaceuticals, Inc.

Omrix Biopharmaceuticals Ltd.

Omrix Biopharmaceuticals NV

Omrix Biopharmaceuticals, Inc.

Ortho Biologics LLC

Ortho Biotech Holding LLC

Ortho-McNeil Pharmaceutical, LLC

Orthotaxy

Patriot Pharmaceuticals, LLC

Peninsula Pharmaceuticals, LLC

Penta Pty. Limited

Percivia LLC

Perouse Plastie

Pharmaceuticals Ltd.

Pharmadirect Ltd.

Pharmedica Laboratories (Proprietary) Limited

PMC Holdings G.K.

Princeton Laboratories, Inc.

Productos de Cuidado Personal y de La Salud de B

Proleader S.A.

PT Integrated Healthcare Indonesia

PT. Johnson & Johnson Indonesia

Pulsar Vascular, Inc.

Regency Urban Renewal Associates

RespiVert Ltd.

RoC International

Rutan Realty LLC

Scios LLC

Sedona Enterprise Co., Ltd.

Sedona Singapore International Pte. Ltd.

Sedona Thai International Co., Ltd.

Serhum S.A. de C.V.

Shanghai Elsker For Mother & Baby Co., Ltd

Shanghai Johnson & Johnson

Shanghai Johnson & Johnson Ltd.

Sightbox, LLC

Sodiac ESV

Spectrum Vision Limited Liability Company

Spectrum Vision Limited Liability Partnership

Spine Solutions GmbH

SterilMed, Inc.

Surgical Process Institute Deutschland GmbH

Synthes Costa Rica S.C.R., Limitada

SYNTHES GmbH

Synthes Holding AG

Synthes Holding Limited

SYNTHES Medical Immobilien GmbH

Synthes Medical Surgical Equipment & Instrument

Synthes Produktions GmbH

Synthes Proprietary Limited

Synthes S.M.P., S. de R.L. de C.V.

Synthes USA Products, LLC

Synthes USA, LLC

Synthes, Inc.

TARIS Biomedical LLC

TearScience, Inc.

The Anspach Effort, LLC

The Vision Care Institute, LLC

Tibotec, LLC

Torax Medical, Inc.

TriStrata, Incorporated

UAB "Johnson & Johnson"

Vania Expansion

Verb Surgical Inc.

Vision Care Finance Unlimited Company

Vogue International LLC

Vogue International Trading, Inc.

WH4110 Development Company, L.L.C.

Xian Janssen Pharmaceutical Ltd.

XO1 Limited

Zarbee's, Inc.

**Managers and Officers of the Debtor**

John Kim

Richard Dickinson

Robert Wuesthoff

Russell Deyo

**Debtor's Insurers**

A.G. Securitas

ACE Property & Casualty Insurance

Aetna Casualty and Surety Company

Affiliated FM Ins. Company

AIG Europe S.A.

AIG Property and Casualty Company

AIG Property Casualty Company

AIU Ins. Company

AIU Insurance Company

Allianz Global Risks US Insurance Company

Allianz Ins. Company

"Allstate Insurance"

Allstate Insurance Company, as successor in

American Centennial Ins. Company

American Motorists Ins. Company

American Re-Insurance Company

Arrowood Indemnity Company

ASR Schadeverzekering N.V.

Assurances Generales De France

Assurantiekantoor VanWijk & Co.

Atlanta International Insurance Company

Birmingham Fire Ins. Company of Pennsylvania

Central National Ins. Company of Omaha

Century Indemnity Company

Champion Dyeing Allocation Year

Chubb

City Ins. Company

Colonia Versicherungs AG, Koln

Continental Insurance Company

Darag Deutsche Versicherungs-Und Rückversicher

Drake Ins. Company of New York

Employers Ins. Company of Wausau

Employers Ins. of Wausau

Employers Mutual Casualty Company

Eurinco Allgemeine Versicherungs AG, Dusseldorf

Everest Reinsurance Company

Fireman's Fund Ins. Company

First State Ins. Company

GAP

Gibraltar Casualty Company

Granite State Ins. Company

Great American

Great Northern Ins. Company

Great Southwest Fire Ins. Company

Groupe Drouot

Harbor Ins. Company

Hartford Accident and Indemnity Company

Home Ins. Company

Ideal Mutual Ins. Company

Industrial Indemnity Company

Ins. Company of North America

Ins. Company of the State of Pennsylvania

Ins. Corporation of Singapore Limited

Integrity Ins. Company

International Ins. Company

International Surplus Lines Ins. Company

Lexington Ins. Company

London Guarantee and Accident Company of N.Y.

L'Union Atlantique S.A. d'Assurances

Mead Reinsurance Corporation

Middlesex Assurance Company

Midland Ins. Company

Midstates Reinsurance Corp.

Mission Ins. Company

Mission National Ins. Company

Munich Reinsurance America, Inc.

Mutual Fire, Marine, & Inland Ins. Company

N.V. De Ark

N.V. Rotterdamse Assurantiekas

N.V. Schadeverzekeringsmaatschappij Maas Lloyd

National Casualty Company

National Union Fire Ins. Company of Pittsburgh, PA

Nationwide

New Hampshire Ins. Company

North River Ins. Company

Northbrook Excess and Surplus Ins. Company

Northeastern Fire Ins. Company of Pennsylvania

Pacific Employers Ins. Company

ProSight

Prudential Reinsurance Company

Puritan Insurance Company

Republic Indemnity Company of America

Republic Ins. Company

Republic Western Ins. Company

Repwest Insurance Company

Resolute Management Inc.

Rheinland Versicherungen

Rheinland Verzekeringen

Riverstone Insurers

Royal Belge I.R., S.A. d'Assurances

Royal Indemnity Company

Royal Ins. Company

Safety Mutual Casualty Corporation

Safety National Casualty Corporation

Seguros La Republica SA

Sentry Insurance A Mutual Company

Southern American Ins. Company

Starr Indemnity & Liability Company

TIG Insurance Company

Transamerica Premier Insurance Company

Transit Casualty Company

Travelers Casualty and Surety Company

UAP

Union Atlantique d'Assurances S.A.

Union Indemnity Ins. Company of New York

Westchester Fire Insurance Company

Westport Insurance Corporation

XL Ins. Company

**Debtor's Retained Professionals and Claims Agent**

AlixPartners LLP

Bates White LLC

Epiq Corporate Restructuring LLC

Jones Day

King & Spalding LLP

McCarter & English, LLP

Skadden, Arps, Slate, Meagher & Flom LLP

Shook, Hardy & Bacon L.L.P.

Weil Gotshal & Manges LLP

Wollmuth Maher & Deutsch LLP

**Debtor's Significant Ordinary Course Professionals, Consultants, and Service Providers**

Adler Pollock & Sheehan PC

Bailey Glasser LLP

Barnes & Thornburg, LLP

Barrasso Usdin Kupperman

Blake, Cassels & Graydon LLP

Blank Rome LLP

Brown Greer PLC

Butler Snow LLP

Carlton Fields, P.A.

Chehardy, Sherman, Williams,

Covington & Burling LLP

Damon Key Leong Kupchak Hastert

Davis Hatley Haffeman & Tighe

Dechert LLP

Elliott Law Offices, PA

Faegre Drinker Biddle & Reath LLP

Foliart, Huff, Ottaway & Bottom

Freeman & Sarver, L.L.C.

Gibson, Dunn & Crutcher LLP

Goldman Ismail Tomaselli Brennan & Baum

Hartline Barger

HeplerBroom LLC

Irwin Fritchie Urquhart & Moore LLC

Johnson & Bell Ltd.

Jones, Skelton & Hochuli, P.L.C.

Kaplan, Johnson, Abate & Bird LLP

Kelley Jasons McGowan Spinelli Hanna & Reber, L

Kirkland & Ellis LLP

Kitch Drutchas Wagner Valitutti & Sherbrook

Lewis Brisbois Bisgaard & Smith, LLP

Manion Gaynor & Manning LLP

Miles & Stockbridge

Milligan & Herns

Morgan Lewis

Nelson Mullins Riley & Scarborough, LLP

Nutter McClennen & Fish LLP

Orrick, Herrington, & Sutcliffe, LLP

Patterson Belknap Webb & Tyler LLP

Proskauer Rose LLP

Quattlebaum, Grooms & Tull PLLC

Recile, & Hayes

Schnader Harrison Segal & Lewis

Schwabe Williamson & Wyatt

Sidley Austin LLP

Skadden, Arps, Slate, Meager & Flom LLP

Stoel Rives LLP

Sullivan Whitehead & Deluca LLP

Swartz Campbell LLC

The Weinhardt Law Firm

Tucker Ellis LLP

Willcox & Savage, P.C.

**Depository and Disbursement Banks**

Bank of America, N.A.

**Key Parties in Imerys Talc America, Inc. and Cyprus Mines Corp. Chapter 11 Cases**

Cyprus Amax Minerals Company

Cyprus Mines Corporation

Cyprus Talc Corporation

Imerys S.A.

Imerys Talc America, Inc.

Imerys Talc Vermont, Inc.

James L. Patton

Luzenac America, Inc.

Official Committee of Tort Claimants (In re Cyprus

Official Committee of Tort Claimants (In re Imerys

Roger Frankel

Windsor Minerals Inc.

**Known Professionals for Certain Non-Debtor Parties in Interest**

Cravath, Swaine & Moore

White & Case LLP

**Law Firms with Significant Representations of Talc Claimants**

Andres Pereira Law Firm

Arnold & Itkin LLP

Ashcraft & Gerel, LLP

Aylstock, Witkin, Kreis & Overholtz, PLLC

Barnes Firm

Baum, Hedlund, Aristei & Goldman, P.C.

Beasley Allen Law Firm

Cellino Law LLP

Dalimonte Rueb Stoller, LLP

Driscoll Firm, LLC

Fears Nachawati Law Firm

Ferraro Law Firm

Ferrer Poirot & Wansbrough

Flint Law Firm LLC

Golomb Spirit Grunfeld, P.C.

Honik LLC

Johnson Law Group

Karst & von Oiste LLP

Kazan, McClain, Satterly & Greenwood PLC

Lanier Law Firm

Levy Konigsberg LLP

Liakos Law

Linville Law Group

Maune Raichle Hartley French & Mudd, LLC

McDonald Worley PC

Miller Firm, LLC

Motley Rice LLC

Napoli Shkolnik PLLC

OnderLaw, LLC

Pulaski Kherkher, PLLC

Simmons Hanly Conroy LLC

Simon Greenstone Panatiere Bartlett, PC

Slater Slater Schulman LLP

The Gori Law Firm

Trammell PC

Watts Guerra LLP

Weitz & Luxenberg, P.C.

Williams Hart Law Firm

**Official Committee of Talc Claimants**

Rebecca Love

Tonya Whetsel

William A. Henry

Patricia Cook

Alishia Landrum

Blue Cross Blue Shield of Massachusetts

Kristie Doyle

Randy Derouen

April Fair

Brandi Carl

Sue Sommer-Kresse

**Official Talc Claimants' Committee Professionals**

Brown Rudnick

Genova Burns LLC

Otterbourg PC

Massey & Gail LLP

Miller Thomson LLP

MoloLamken LLP

Houlihan Lokey Capital, Inc.

**Supporting Talc Claimants' Committee Attorneys**

Paul Hastings LLP

Cole Schotz P.C.

Parkins & Rubio LLP

**Ad Hoc Group of Mesothelioma Claimants**

Katherine Tollefson

Evan Plotkin

Giovanni Sosa

Sandra Weathers

Mary Jackson

Elizabeth Meikle

Marzena Zachara

Robert Radin

Christine Woodfin

Paul Crouch

**Ad Hoc Group of Mesothelioma Claimants' Attorneys**

Maune Raichle Hartley French & Mudd, LLC

Cooney & Conway

Lex Nova Law, LLC

Dean Omar Branham Shirley, LLP

**Court Appointed 706 Expert (LTL I)**

Albert Togut

Camille Biros

Ken Feinberg

StoneTurn

Togut, Segal & Segal LLP

**Future Claims Representative (LTL I)**

Berkeley Research Group

Randi Ellis

Walsh Pizzi O'Reilly Falanga LLP

**Major Current Business Affiliations of Debtor's**

American Foundation for Opioid Alternatives

Lawyers for Civil Justice

Migration Policy Institute

Miller Center for Community Protection & Reliance

National Center for State Courts

National Council, McLean Hospital

New Jersey Civil Justice Institute

One Mind

**Major Sureties**

Chubb

Federal Insurance Company

Liberty Mutual Insurance Company

Travelers Casualty and Surety Company of America

**Material Potentially Indemnified Parties**

Bausch Health Companies Inc.

Costco Wholesale Corporation

Cyprus Mines Corporation

Cyprus Talc Corp.

Imerys Talc America, Inc.

Imerys Talc Vermont, Inc.

Luzenac America, Inc.

Pharma Tech Industries, Inc.

PTI Royston, LLC

Publix Super Markets, Inc.

Rio Tinto America, Inc.

Rite Aid Corporation

RTZ America, Inc.

Safeway Inc.

Valeant Pharmaceuticals International, Inc.

Walmart Inc.

Windsor Minerals Inc.

**Parties to Material Contracts with the Debtor**

U.S. Bank N.A.

**Significant Co-Defendants in Talc-Related Litigation**

3M Company

A.O. Smith Corporation

Albertsons Companies, Inc.

Avon Products, Inc.

Barretts Minerals, Inc.

BASF Catalysts LLC

Block Drug Company, Inc.

Borg Warner Morse Tec, Inc.

Brenntag North America

Brenntag Specialties, Inc.

Bristol-Myers Squibb Company

Carrier Corporation

Chanel, Inc.

Charles B. Chrystal Co., Inc.

Chattem, Inc.

Colgate-Palmolive Company

Conopco Inc.

Costco Wholesale Corporation

Coty, Inc.

Crane Co.

CVS Health Corporation

CVS Pharmacy, Inc.

Cyprus Amax Minerals Company

Cyprus Mines Corporation

Dana Companies, LLC

DAP Products, Inc.

Dollar General Corporation

Duane Reade Inc.

Eaton Corporation

Eli Lilly and Company

Elizabeth Arden, Inc.

Estee Lauder Inc.

Family Dollar Stores Inc.

Flowserve US, Inc.

FMC Corporation

Food 4 Less of California, Inc.

Ford Motor Company

Foster Wheeler, LLC

Gardner Denver, Inc.

General Electric Company

Genuine Parts Company

Goodyear Tire & Rubber Co.

Goulds Pumps, LLC

Grinnell LLC

Honeywell International, Inc.

Imerys Talc America, Inc.

Imerys USA, Inc.

IMO Industries Inc.

John Crane, Inc.

K&B Louisiana Corporation

Kaiser Gypsum Company, Inc.

Kmart Corporation

Kolmar Laboratories

Longs Drug Stores California

L'Oreal USA, Inc.

Lucky Stores, Inc.

Macy's, Inc.

Mary Kay Inc.

Maybelline LLC

Metropolitan Life Insurance Company

Noxell Corporation

Personal Care Products Council

Pfizer, Inc.

Pharma Tech Industries, Inc.

Pneumo Abex, LLC

PTI Royston, LLC

Publix Super Markets, Inc.

R.T. Vanderbilt Holding Company, Inc.

Ralphs Grocery Company

Revlon Consumer Products Corporation

Revlon, Inc.

Rite Aid Corporation

Safeway, Inc.

Sanofi-Aventis U.S. LLC

Shulton, Inc.

Specialty Minerals Inc.

Target Corporation

The Dow Chemical Company

The Estee Lauder Companies, Inc.

The Kroger Co.

The Procter & Gamble Company

Thrifty Payless, Inc.

Unilever Home & Personal Care USA

Union Carbide Corporation

Vanderbilt Minerals, LLC

ViacomCBS, Inc.

Walgreen Co.

Walmart, Inc.

Warren Pumps, LLC

Whittaker Clark & Daniels, Inc.

Wyeth Holdings LLC

Yves Saint Laurent America, Inc.

**United States Trustee for Region 3 and Employees**

Andrew R. Vara

Martha Hildebrandt

Adela Alfaro

Kirsten K. Ardelean

Francyne D. Arendas

Michael Artis

Lauren Bielskie

Peter J. D'Auria

Neidy Fuentes

David Gerardi

Rosemarie Giles

Tia Green

Mitchell B. Hausman

Joseph C. Kern

Daniel C. Kropiewnicki

Maggie McGee

Alexandria Nikolinos

Tina L. Oppelt

Angeliza Ortiz-Ng

Robert J. Schneider, Jr.

Jeffrey Sponder

Fran B. Steele

James Stives

William J. Ziemer

**Judges for the United States Bankruptcy Court**

Hon. Michael B. Kaplan

Hon. Rosemary Gambardella

Hon. Kathryn C. Ferguson

Hon. Christine M. Gravelle

Hon. Andrew B. Altenburg, Jr.

Hon. Vincent F. Papalia

Hon. John K. Sherwood

Hon. Jerrold N. Poslusny, Jr.

Hon. Stacey L. Meisel

**Bankruptcy Rule 2002 Appearances**

Amanda Joyce

Andrea Harris

Ann Frye-Moragne

ASR Schadeverzekering N.V. (as successor in inter

Atlanta International Insurance Company (as succe

Barbara Busch

Barnes Law Group

Bausch Health Americas, Inc.

Bausch Health US, LLC

Beatriz Cabeza

Bernadette McGinnis

Bestwall LLC

Birmingham Fire Insurance Company of Pennsylvania

Blue Cross Blue Shield Association

Blue Cross Blue Shield of Massachusetts, Inc.

Bridget Coates

Charlette Hein

Christine Hodge

Christine Torres

Cohen, Placitella & Roth P.C.

Cora Robinson

Darlene Holland

Dawn Dispensa

Debra Fugiel

Edna Brown

Elaine Cook

Fears Nachawati PLLC

George Hodges

Gloria Davis

Granite State Insurance Company

Imerys Talc Canada Inc.

interest to Northbrook Excess & Surplus

Isabel Spano

J. Craig Whitley

Jo Ellen Luster

Julie Lamore

Kathleen O'Halloran

Kazan, McClain, Satterley & Greenwood, PLLC

Laura T. Beyer

Lexington Insurance Company

Lillian Cohn-Sharon

Lisa O'Neal

Lisa Sabatine

Maraldine Schmidt

Mary Leinen

Massey & Gail LLP

May Virata

Mildred Kirk-Brown

Monica Cambron

Nancy Lyman

National Union Fire Insurance Company of Pittsbur

New Hampshire Insurance Company

Northbrook Insurance Company

Oshunna Williams

Pamela Morrill

Patricia Dunbar

RheinL and Versicherungen

RheinL and Versicherungen (as successor in interest only to the subscriptions of the former Dutch company Rheinland Verzekeringen)

Rio Tinto America Inc.

Robinson Calcagnie, Inc.

Sharon Wildman

Shelly King

State of Texas, Attorney General of Texas

Susan Leach

Tabitha Henry

Tarshwa Carter

The Aetna Casualty and Surety Company

The Continental Insurance Company

The Insurance Company of the State of Pennsylvania

The North River Insurance Company

The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Precuts Liability Multi-District Litigation

Three Crowns Insurance Company

Valeant Pharmaceuticals International

Valeant Pharmaceuticals North America LLC

Valerie Schultz

Victoria Gomes

Voncile Jones

Waldrep Wall Babcock & Bailey PLLC

Wanda Allen