# EXHIBIT C

## Listing of Parties-in-Interest Noted for Court Disclosure

**Relationships in Matters Related to These Proceedings**

**None**

**Relationships in Unrelated Matters**

**Other Non-Debtor Affiliates**

Acclarent, Inc.

AMO Singapore Pte. Ltd

Actelion Ltd

Actelion Pharmaceuticals Ltd

Auris Health, Inc.

Biosense Webster, Inc.

Cilag GmbH International

DePuy Spine, LLC

DePuy Synthes Products, Inc.

DePuy Synthes Sales, Inc.

DePuy Synthes, Inc.

Ethicon Endo-Surgery, Inc.

Ethicon Endo-Surgery, LLC

Ethicon LLC

Ethicon US, LLC

Ethicon Women's Health & Urology Sarl

Ethicon, Inc.

Janssen Biotech, Inc.

Janssen Inc.

Janssen Pharmaceutica NV

Janssen Pharmaceutical

Janssen Pharmaceuticals, Inc.

Janssen Research & Development, LLC

Johnson & Johnson

Johnson & Johnson Enterprise Innovation Inc.

Johnson & Johnson Inc.

Johnson & Johnson Services, Inc.

Lifescan

Medical Device Business Services, Inc.

**Debtor's Insurers**

AIU Ins. Company

AIU Insurance Company

Allianz Global Risks US Insurance Company

Allianz Ins. Company

Allstate Insurance Company

Birmingham Fire Insurance Company of Pennsylvania

Century Indemnity Company

Chubb

Granite State Insurance Company

Great American

Harbor Ins. Company

Lexington Ins. Company

Midland Ins. Company

National Union Fire Ins. Company of Pittsburgh, PA

Nationwide

New Hampshire Insurance Company

Resolute Management Inc.

Safety National Causality Corporation

Transamerica Premier Insurance Company

Travelers Casualty and Surety Company

Westchester Fire Insurance Company

Westport Insurance Corporation

XL Ins. Company

**Debtor's Retained Professionals and Claims Agent**

Bates White LLC

Jones Day

King & Spalding LLP

McCarter & English, LLP

Shook, Hardy & Bacon L.L.P.

Weil Gotshal & Manges LLP

Wollmuth Maher & Deutsch LLP

**Debtor's Significant Ordinary Course Professionals, Consultants, and Service Providers**

Bailey Glasser LLP

Barnes & Thornburg, LLP

Blake, Cassels & Graydon LLP

Blank Rome LLP

Butler Snow LLP

Carlton Fields, P.A.

Covington & Burling LLP

Damon Key Leong Kupchak Hastert

Dechert LLP

Faegre Drinker Biddle & Reath LLP

Gibson, Dunn & Crutcher LLP

Hartline Barger

Jones, Skelton & Hochuli, P.L.C.

Kirkland & Ellis LLP

Kitch Drutchas Wagner Valitutti & Sherbrook

Lewis Brisbois Bisgaard & Smith, LLP

Miles & Stockbridge

Morgan Lewis

Nelson Mullins Riley & Scarborough, LLP

Nutter McClennen & Fish LLP

Orrick, Herrington, & Sutcliffe, LLP

Patterson Belknap Webb & Tyler LLP

Proskauer Rose LLP

Quattlebaum, Grooms & Tull PLLC

Sidley Austin LLP

Skadden, Arps, Slate, Meager & Flom LLP

Stoel Rives LLP

Tucker Ellis LLP

**Depository and Disbursement Banks**

Bank of America, N.A.

**Key Parties in Imerys Talc America, Inc. and Cyprus Mines Corp. Chapter 11 Cases**

Cyprus Amax Minerals Company

Imerys S.A.

**Known Professionals for Certain Non-Debtor Parties in Interest**

Cravath, Swaine & Moore

White & Case LLP

**Law Firms with Significant Representations of Talc Claimants**

Miller Firm, LLC

Motley Rice LLC

**Official Talc Claimants' Committee Professionals**

Brown Rudnick

Miller Thomson LLP

MoloLamken LLP

Houlihan Lokey Capital, Inc.

**Major Sureties**

Chubb

Federal Insurance Company

Liberty Mutual Insurance Company

Travelers Casualty and Surety Company of America

**Material Potentially Indemnified Parties**

Bausch Health Companies Inc.

Costco Wholesale Corporation

Rite Aid Corporation

Valeant Pharmaceuticals International, Inc.

Walmart Inc.

U.S. Bank N.A.

**Significant Co-Defendants in Talc-Related Litigation**

3M Company

A.O. Smith Corporation

Avon Products, Inc.

Block Drug Company, Inc.

Borg Warner Morse Tec, Inc.

Bristol-Myers Squibb Company

Chanel, Inc.

Colgate-Palmolive Company

Conopco Inc.

Costco Wholesale Corporation

CVS Health Corporation

CVS Pharmacy, Inc.

Cyprus Amax Minerals Company

Dollar General Corporation

Eaton Corporation

Eli Lilly and Company

Estee Lauder Inc.

FMC Corporation

Ford Motor Company

<div style="column-count:2">

Foster Wheeler, LLC

Gardner Denver, Inc.

General Electric Company

Genuine Parts Company

Honeywell International, Inc.

Imerys Talc America, Inc.

L'Oreal USA, Inc.

Macy's, Inc.

Metropolitan Life Insurance Company

Noxell Corporation

Pfizer, Inc.

Pneumo Abex, LLC

Revlon Consumer Products Corporation

Rite Aid Corporation

Sanofi-Aventis U.S. LLC

Shulton, Inc.

Target Corporation

The Dow Chemical Company

The Estee Lauder Companies, Inc.

The Kroger Co.

The Procter & Gamble Company

Union Carbide Corporation

ViacomCBS, Inc.

Walgreen Co.

Walmart, Inc.

Wyeth Holdings LLC

**Bankruptcy Rule 2002 Appearances**

Bausch Health Americas, Inc.

Birmingham Fire Insurance Company of Pennsylvania

Blue Cross Blue Shield Association

Granite State Insurance Company

Lexington Insurance Company

National Union Fire Insurance Company of Pittsburgh, PA.

New Hampshire Insurance Company

Robinson Calcagnie, Inc.

Valeant Pharmaceuticals International

Waldrep Wall Babcock & Bailey PLLC

</div>