Exhibit 2A

**LTL
Management
LLC
Known Parties
in Interest List**

**Debtor**

LTL Management LLC

**Direct Equity Owner of Debtor**

Johnson and Johnson Consumer Inc.

**Debtor's Direct Non-Debtor**

**Subsidiary**Royalty A&M LLC

**Other Non-Debtor Affiliates**

3Dintegrated
ApS
Acclarent,
Inc.
Actelion Ltd
Actelion Manufacturing
GmbH Actelion
Pharmaceuticals Australia
   Pty. Limited
Actelion Pharmaceuticals Korea
Ltd.Actelion Pharmaceuticals
Ltd Actelion Pharmaceuticals
Mexico
   S.A. De C.V.
Actelion Pharmaceuticals
   Trading(Shanghai) Co.,
   Ltd.
Actelion Pharmaceuticals UK
LimitedActelion Pharmaceuticals
US, Inc.
Actelion  Registration  Limited
Actelion Treasury Unlimited
CompanyAkros Medical, Inc.
Albany Street

LLCALZA
Corporation
Alza Land Management, Inc.
AMO (Hangzhou) Co., Ltd.
AMO (Shanghai) Medical Devices
   Trading Co., Ltd.
AMO ASIA LIMITED
AMO Australia Pty Limited
AMO Canada Company
AMO Denmark ApS
AMO Development, LLC
AMO France
AMO Germany GmbH

AMO Groningen B.V.
AMO International
Holdings        AMO
Ireland
AMO Ireland Finance Unlimited
CompanyAMO Italy SRL
AMO Japan K.K.
AMO      Manufacturing
Spain     S.L.     AMO
Manufacturing      USA,
LLC AMO   Netherlands
BV
AMO          Nominee
Holdings,  LLC  AMO
Norway AS
AMO Puerto Rico Manufacturing,
Inc.AMO Sales and Service, Inc.
AMO Singapore Pte.
Ltd. AMO Spain
Holdings, LLC
AMO Switzerland
GmbH AMO U.K.
Holdings, LLC
AMO United
Kingdom, Ltd.AMO
Uppsala AB
AMO US Holdings, Inc.
AMO USA Sales
Holdings, Inc.AMO
USA, LLC
Animas Diabetes
Care, LLCAnimas
LLC
Animas
Technologies LLC
AorTx, Inc.
Apsis
Aragon
Pharmaceuticals, Inc.
Asia Pacific
Holdings, LLC
Atrionix, Inc.
AUB
Holdings
LLCAuris
Health, Inc.

Backsvalan 2 Aktiebolag
Backsvalan 6 Handelsbolag
Beijing Dabao Cosmetics Co.,
Ltd.BeneVir BioPharm, Inc.
Berna Rhein B.V.
BioMedical Enterprises,
Inc.
Biosense Webster (Israel)
Ltd.Biosense Webster, Inc.
C Consumer Products Denmark
ApSCalibra Medical LLC
Campus-Foyer Apotheke GmbH

Carlo Erba OTC
S.r.l. Centocor
Biologics, LLC
Centocor Research & Development,
Inc.ChromaGenics B.V.
Ci:Labo Customer Marketing Co.,
Ltd.Ci:z. Labo Co., Ltd.
Cilag AG
Cilag GmbH
InternationalCilag
Holding AG
Cilag Holding Treasury Unlimited
CompanyCilag-Biotech, S.L.
CNA Development
GmbHCodman &
Shurtleff, Inc.
Coherex Medical, Inc.
ColBar LifeScience Ltd.
Company Store.com,  Inc.
Cordis de Mexico, S.A. de
C.V. Cordis International
CorporationCorimmun
GmbH
CoTherix
Inc.
CSATS,
Inc.
Darlain Trading S.A.
Debs-Vogue
  Corporation
  (Proprietary)
  Limited
DePuy
France
DePuy Hellas
SA
DePuy International Limited
DePuy Ireland Unlimited
CompanyDePuy Mexico, S.A.
de C.V. DePuy Mitek, LLC
DePuy Orthopaedics,
Inc.DePuy Products,
Inc.
DePuy Spine, LLC
DePuy Synthes Gorgan

LimitedDePuy Synthes
Institute, LLC DePuy Synthes
Leto SARL DePuy Synthes
Products, Inc.
DePuy Synthes Sales,
Inc.DePuy Synthes, Inc.
Dr. Ci:Labo Co., Ltd.
DR. CI:LABO COMPANY LIMITED
Dutch Holding
LLCECL7, LLC
EES Holdings de Mexico,
  S. de R.L. de
C.V.EES, S.A. de
C.V.

EIT Emerging Implant Technologies
GmbHEthicon Biosurgery Ireland
Ethicon Endo-Surgery (Europe)
GmbHEthicon Endo-Surgery, Inc.
Ethicon Endo-Surgery,
LLCEthicon Holding
Sarl
Ethicon Ireland Unlimited
CompanyEthicon LLC
Ethicon PR Holdings Unlimited
CompanyEthicon Sarl
Ethicon US, LLC
Ethicon Women's Health &
Urology SarlEthicon, Inc.
Ethnor (Proprietary)
LimitedEthnor del
Istmo S.A. Ethnor
Farmaceutica, S.A.
Ethnor Guatemala, Sociedad
AnominaFinsbury
(Development) Limited Finsbury
(Instruments) Limited Finsbury
Medical Limited
Finsbury Orthopaedics International
LimitedFinsbury Orthopaedics Limited
FMS Future Medical
System SAGH Biotech
Holdings Limited

Global Investment Participation
B.V.GMED Healthcare BV
Guangzhou Bioseal Biotech Co.,
Ltd.Hansen Medical Deutschland
GmbH Hansen Medical
International, Inc.
Hansen Medical UK
LimitedHansen Medical,
Inc.
Healthcare Services (Shanghai) Ltd.
I.D. Acquisition Corp.
Innomedic Gesellschaft für innovative
Medizintechnik und Informatik
mbH
Innovalens B.V.
Innovative Surgical Solutions,
LLC J & J Company West Africa
LimitedJ&J Pension Trustees
Limited
J.C. General Services BV
Janssen Alzheimer
Immunotherapy(Holding)
Limited
Janssen Biologics (Ireland)
LimitedJanssen Biologics B.V.
Janssen BioPharma,
Inc.Janssen Biotech,
Inc.

Janssen Cilag Farmaceutica
S.A.Janssen Cilag S.p.A.
Janssen Cilag
SPA Janssen
Cilag, C.A.
Janssen de Mexico, S. de R.L. de C.V.
Janssen Development Finance
    Unlimited
Company Janssen
Diagnostics, LLC
Janssen Egypt LLC
Janssen Farmaceutica Portugal
LdaJanssen Global Services,
LLC Janssen Group Holdings
Limited Janssen Holding
GmbH
Janssen Inc.
Janssen Irish Finance Company
UCJanssen Korea Ltd.
Janssen Oncology,
Inc.Janssen Ortho
LLC Janssen
Pharmaceutica
    (Proprietary) Limited
Janssen Pharmaceutica
NV Janssen
Pharmaceutica S.A.
Janssen Pharmaceutical
Janssen Pharmaceutical
K.K.
Janssen Pharmaceutical
    SciencesUnlimited
    Company
Janssen Pharmaceuticals,
Inc.Janssen Products, LP
Janssen R&D Ireland
Janssen Research & Development,
LLCJanssen Sciences Ireland
    Unlimited  Company
Janssen Scientific Affairs,
LLCJanssen Supply Group,
LLC
Janssen Vaccines & Prevention
B.V.Janssen Vaccines Corp.
Janssen-Cilag

Janssen-Cilag (New Zealand) Limited
Janssen-Cilag A/S
Janssen-Cilag AG
Janssen-Cilag Aktiebolag
Janssen-Cilag AS
Janssen-Cilag B.V.
Janssen-Cilag de Mexico S. de R.L. de C.V.
Janssen-Cilag Farmaceutica Lda.
Janssen-Cilag Farmaceutica Ltda.

Janssen-Cilag GmbH
Janssen-Cilag
International NVJanssen-
Cilag Kft.
Janssen-Cilag
LimitedJanssen-
Cilag Limited
Janssen-Cilag
Manufacturing, LLCJanssen-
Cilag NV
Janssen-Cilag OY
Janssen-Cilag Pharma GmbH
Janssen-Cilag Pharmaceutical
S.A.C.I.Janssen-Cilag Polska,
Sp. z o.o.
Janssen-Cilag
Pty LtdJanssen-
Cilag S.A.
Janssen-Cilag
s.r.o.
Janssen-Cilag, S.A.
Janssen-Cilag, S.A.
de C.V.Janssen-
Pharma, S.L.
J-C Health
Care Ltd.Jevco
Holding, Inc.
JJ Surgical Vision Spain,

S.L. JJC Acquisition
Company B.V.JJHC, LLC
JJSV Belgium BV
JJSV Manufacturing Malaysia SDN. BHD.
JJSV Norden AB
JJSV Produtos Oticos Ltda.
JNJ Global Business Services
s.r.o.JNJ Holding EMEA B.V.
JNJ International Investment
LLCJNJ Irish Investments ULC
Johnson & Johnson
Johnson & Johnson - Societa' Per Azioni
Johnson & Johnson (Angola), Limitada
Johnson & Johnson (China) Investment
Ltd.Johnson & Johnson (Egypt) S.A.E.
Johnson & Johnson (Hong Kong) Limited
Johnson & Johnson (Ireland) Limited
Johnson & Johnson (Jamaica) Limited
Johnson & Johnson (Kenya) Limited
Johnson & Johnson (Middle East) Inc.
Johnson & Johnson
   (Mozambique),Limitada
Johnson & Johnson
   (Namibia)(Proprietary)
   Limited
Johnson & Johnson (New Zealand)
LimitedJohnson & Johnson (Philippines),
Inc.

Johnson & Johnson (Private)
Limited Johnson & Johnson
(Thailand) Ltd. Johnson & Johnson
(Trinidad) LimitedJohnson &
Johnson (Vietnam) Co., Ltd
Johnson & Johnson AB
Johnson & Johnson AG
Johnson & Johnson
Belgium
    Finance Company BV
Johnson & Johnson Bulgaria
EOODJohnson & Johnson
China Ltd.
Johnson & Johnson
    Consumer(Hong
    Kong) Limited
Johnson & Johnson
    Consumer(Thailand)
    Limited
Johnson & Johnson Consumer
B.V.Johnson & Johnson
Consumer
    Holdings France
Johnson & Johnson Consumer
Inc. Johnson   &   Johnson
Consumer  NV  Johnson  &
Johnson Consumer
    Saudi Arabia Limited
Johnson  &  Johnson  Consumer
    ServicesEAME Ltd.
Johnson & Johnson d.o.o.
Johnson & Johnson de
Argentina
    S.A.C. e. I.
Johnson & Johnson de Chile
Limitada Johnson & Johnson de
Chile S.A. Johnson & Johnson de
Colombia S.A. Johnson & Johnson
de Costa Rica, S.A.
Johnson & Johnson de Mexico, S.A. de
C.V.Johnson & Johnson de Uruguay
S.A. Johnson & Johnson de Venezuela,
S.A. Johnson & Johnson del Ecuador,
S.A. Johnson & Johnson Del Paraguay,
S.A. Johnson & Johnson del Peru S.A.

Johnson & Johnson do Brasil Industria E
    Comercio de Produtos Para Saude
    Ltda.
Johnson & Johnson Dominicana, S.A.S.
Johnson & Johnson Enterprise
    Innovation Inc.
Johnson & Johnson
    EuropeanTreasury
    Company
Johnson & Johnson Finance Corporation
Johnson & Johnson Finance Limited

Johnson & Johnson
     FinancialServices
     GmbH
Johnson & Johnson for
     Export andImport LLC
Johnson & Johnson Foundation
     Scotland(NON-PROFIT)
Johnson & Johnson Gateway, LLC
Johnson & Johnson Gesellschaft
m.b.H.Johnson & Johnson GmbH
Johnson & Johnson Guatemala,
S.A.Johnson & Johnson Health
and
     Wellness Solutions, Inc.
Johnson & Johnson Health
     CareSystems Inc.
Johnson & Johnson Hellas Commercial
     andIndustrial S.A.
Johnson & Johnson Hellas Consumer
     Products Commercial Societe
     Anonyme
Johnson & Johnson Hemisferica
S.A.Johnson & Johnson
Holding GmbH Johnson &
Johnson Holdings K.K. Johnson
& Johnson Inc.
Johnson & Johnson Industrial Ltda.

Johnson & Johnson Innovation - JJDC,
Inc.Johnson & Johnson Innovation
Limited Johnson & Johnson Innovation
LLC Johnson & Johnson International
Johnson & Johnson International
     (Singapore) Pte. Ltd.
Johnson & Johnson International Financial
     Services Company
Johnson & Johnson Japan
Inc.Johnson & Johnson K.K.
Johnson & Johnson Kft.
Johnson & Johnson Korea Ltd.
Johnson & Johnson Korea Selling
&
     Distribution  LLC
Johnson & Johnson
LimitadaJohnson &
Johnson Limited Johnson &
Johnson LLC
Johnson & Johnson Luxembourg Finance
     Company Sarl
Johnson & Johnson Management
LimitedJohnson & Johnson Medical
(China) Ltd.
Johnson & Johnson
     Medical(Proprietary)
     Ltd

Johnson & Johnson Medical (Shanghai)
Ltd.Johnson & Johnson Medical
(Suzhou) Ltd. Johnson & Johnson
Medical B.V.
Johnson & Johnson Medical
    Devices &Diagnostics Group -
    Latin America,L.L.C.
Johnson & Johnson Medical GmbH
Johnson & Johnson Medical Korea Ltd.
Johnson & Johnson Medical Limited
Johnson & Johnson Medical Mexico,
S.A.
    de C.V.
Johnson & Johnson Medical NV
Johnson & Johnson Medical
    Products GmbH
Johnson & Johnson Medical Pty
LtdJohnson & Johnson Medical
S.A. Johnson & Johnson Medical
S.p.A. Johnson & Johnson
Medical SAS Johnson &
Johnson Medical
    Saudi Arabia Limited
Johnson & Johnson Medical Servicios
    Profesionales S. de R.L. de C.V.
Johnson & Johnson Medical Taiwan
Ltd.Johnson & Johnson Medical,
S.C.S. Johnson & Johnson Medikal
Sanayi ve
    Ticaret Limited Sirketi
Johnson & Johnson Middle East FZ-
LLCJohnson & Johnson Morocco
    Societe Anonyme
Johnson & Johnson Nordic AB
Johnson & Johnson Pacific Pty
LimitedJohnson & Johnson
Pakistan
    (Private) Limited
Johnson & Johnson Panama, S.A.
Johnson & Johnson Personal
    Care(Chile) S.A.
Johnson & Johnson Poland Sp. z o.o.
Johnson & Johnson Private Limited
Johnson & Johnson Pte. Ltd.
Johnson & Johnson Pty. Limited

Johnson & Johnson Research Pty Ltd
Johnson & Johnson Romania S.R.L.
Johnson & Johnson S.E. d.o.o.
Johnson & Johnson S.E., Inc.
Johnson & Johnson Sante Beaute France
Johnson & Johnson SDN. BHD.

Johnson & Johnson Services, Inc.
Johnson & Johnson Servicios
Corporativos,
    S. de R.L. de C.V.
Johnson & Johnson Surgical Vision
    IndiaPrivate Limited
Johnson & Johnson Surgical Vision, Inc.
Johnson & Johnson Taiwan Ltd.
Johnson & Johnson UK
    TreasuryCompany
    Limited
Johnson & Johnson Ukraine
LLC Johnson & Johnson Urban
Renewal
    Associates
Johnson & Johnson Vision Care
    (Shanghai) Ltd.
Johnson & Johnson Vision Care Ireland
    Unlimited Company
Johnson & Johnson Vision Care, Inc.
Johnson & Johnson, S.A.
Johnson & Johnson, S.A. de
C.V.Johnson & Johnson,
s.r.o.
Johnson & Johnson, s.r.o.
Johnson and Johnson (Proprietary)
Limited Johnson and Johnson Sihhi

Malzeme Sanayi
    Ve Ticaret Limited Sirketi
JOM Pharmaceutical Services, Inc.
La Concha Land Investment
Corporation Latam International
Investment Company
    Unlimited
CompanyLifescan
McNeil AB
McNeil Consumer Pharmaceuticals
Co.McNeil Denmark ApS
McNeil Healthcare (Ireland)
LimitedMcNeil Healthcare (UK)
Limited McNeil Healthcare LLC
McNeil Iberica
S.L.U.McNeil LA
LLC McNEIL
MMP, LLC
McNeil Nutritionals,
LLCMcNeil Panama,
LLC McNeil Products
Limited McNeil Sweden
AB MDS Co. Ltd.
Medical Device Business Services,
Inc.Medical Devices & Diagnostics
Global
    Services, LLC

Medical Devices International
LLCMedical Industrial do
Brasil Ltda. Medos
International Sarl
Medos Sarl
MegaDyne Medical Products, Inc.
Menlo Care De Mexico, S.A. de
C.V.Mentor B.V.
Mentor Deutschland
GmbH Mentor Medical
Systems B.V.Mentor
Partnership Holding
    Company I, LLC
Mentor Texas GP
LLC Mentor Texas
L.P. Mentor
Worldwide LLC
Micrus Endovascular
LLC
Middlesex Assurance Company
LimitedMomenta Ireland Limited
Momenta Pharmaceuticals,
Inc.NeoStrata Company,
Inc.
NeoStrata UG
(haftungsbeschränkt)
Netherlands Holding Company
Neuravi Inc.
Neuravi Limited
NeuWave Medical,
Inc. Novira
Therapeutics, LLC
NuVera Medical, Inc.
Obtech Medical Mexico, S.A. de
C.V.OBTECH Medical Sarl
OGX Beauty AU Pty
LtdOGX Beauty
Limited OMJ
Holding GmbH
OMJ    Ireland    Unlimited
Company        OMJ
Pharmaceuticals, Inc.
Omrix  Biopharmaceuticals
Ltd.            Omrix
Biopharmaceuticals    NV

Omrix    Biopharmaceuticals,    Inc.
Ortho Biologics LLC
Ortho Biotech Holding LLC
Ortho-McNeil Pharmaceutical, LLC
Orthotaxy
Patriot Pharmaceuticals, LLC
Peninsula Pharmaceuticals, LLC
Penta Pty. Limited
Percivia LLC Perouse
Plastie Pharmadirect
Ltd.

Pharmedica Laboratories
(Proprietary)Limited
PMC Holdings
G.K. Princeton
Laboratories, Inc.
Productos de Cuidado
Personal y de LaSalud de
Bolivia S.R.L.
Proleader S.A.
PT Integrated Healthcare
IndonesiaPT. Johnson &
Johnson Indonesia Pulsar
Vascular, Inc.
Regency Urban Renewal
AssociatesRespiVert Ltd.
RoC
Internati
onal
Rutan
Realty
LLC
Scios
LLC
Sedona Enterprise Co., Ltd.
Sedona Singapore International
Pte. Ltd.Sedona Thai
International Co., Ltd.
Serhum S.A. de C.V.
Shanghai Elsker For
Mother & BabyCo., Ltd

Shanghai Johnson & Johnson
Ltd.Shanghai Johnson &
Johnson Pharmaceuticals Ltd.
Sightbox,
LLCSodiac
ESV
Spectrum   Vision   Limited   Liability
Company   Spectrum   Vision   Limited
Liability   Company   Spectrum   Vision
Limited Liability
Partnership
Spine Solutions
GmbHSterilMed, Inc.
Sterilmed, Inc.
Surgical Process Institute Deutschland
GmbH
Synthes Costa Rica S.C.R.,
LimitadaSYNTHES GmbH
Synthes GmbH
Synthes Holding
AG
Synthes Holding Limited
SYNTHES Medical Immobilien
GmbHSynthes Medical Surgical
Equipment &
Instruments Trading LLC
Synthes Produktions GmbH
Synthes Proprietary Limited
Synthes S.M.P., S. de R.L. de
C.V.

Synthes Tuttlingen
GmbH Synthes USA
Products, LLCSynthes
USA, LLC
Synthes, Inc.
TARIS Biomedical
LLCTearScience,
Inc.
The Anspach Effort, LLC
The Vision Care Institute,
LLCTibotec, LLC
Torax Medical, Inc.
TriStrata, Incorporated
UAB "Johnson &
Johnson"Vania
Expansion
Verb Surgical Inc.
Vision Care Finance Unlimited
CompanyVogue International LLC
Vogue International Trading, Inc.
WH4110 Development Company,
L.L.C.Xian Janssen Pharmaceutical
Ltd.
XO1
Limited
Zarbee's,
Inc.

Miller Center for Community Protection &
   Reliance, Eagleton Institute of Politics,
   Rutgers University
National Center for State Courts
National Council, McLean Hospital
New Jersey Civil Justice Institute One
Mind

**<u>Depository and Disbursement Banks</u>**

Bank of America, N.A.

**<u>Managers and Officers of the Debtor</u>**

John Kim
Richard
Dickinson
Robert
Wuesthoff
Russell Deyo

**<u>Major Current Business
Affiliations ofDebtor's Managers</u>**

American Foundation for
   OpioidAlternatives
Lawyers for Civil
Justice Migration
Policy Institute

**Major Sureties**

Chubb
Federal Insurance Company
Liberty Mutual Insurance
Company
Travelers Casualty and Surety
   Company ofAmerica

**Parties to Material Contracts
with theDebtor**

Johnson & Johnson
Johnson & Johnson
Consumer Inc.Johnson &
Johnson Services, Inc.
U.S. Bank N.A.

**Significant Co-Defendants
in Talc-Related Litigation**

3M Company
A.O. Smith
Corporation
Albertsons
Companies, Inc.
Avon Products, Inc.
Barretts Minerals,
Inc. BASF Catalysts

LLC Block Drug
Company, Inc.
Borg Warner Morse Tec,
Inc.Brenntag North
America Brenntag
Specialties, Inc.
Bristol-Myers Squibb
CompanyCarrier Corporation
Chanel, Inc.
Charles B. Chrystal Co., Inc.
Chattem, Inc.
Colgate-Palmolive
CompanyConopco Inc.
Costco Wholesale
CorporationCoty, Inc.
Crane Co.
CVS Health
CorporationCVS
Pharmacy, Inc.
Cyprus Amax Minerals
CompanyCyprus Mines
Corporation
Dana Companies,
LLCDAP Products,
Inc.
Dollar General
CorporationDuane Reade
Inc.

Eaton Corporation
Eli Lilly and
CompanyElizabeth
Arden, Inc. Estee
Lauder Inc.
Family Dollar Stores
Inc.Flowserve US,
Inc.
FMC Corporation
Food 4 Less of California,
Inc.Ford Motor Company
Foster Wheeler, LLC
Gardner Denver, Inc.
General Electric
Company Genuine Parts
Company Goodyear Tire
& Rubber Co.Goulds
Pumps,  LLC Grinnell
LLC
Honeywell International,
Inc.Imerys Talc America,
Inc.
Imerys USA,
Inc. IMO
Industries Inc.
John Crane,
Inc.
K&B Louisiana
Corporation Kaiser
Gypsum Company, Inc.
Kmart Corporation
Kolmar Laboratories
Longs Drug Stores
CaliforniaL'Oreal USA,
Inc.
Lucky Stores,
Inc.Macy's,
Inc.
Mary Kay
Inc.
Maybelline
LLC
Metropolitan Life Insurance
CompanyNoxell Corporation
Personal Care Products Council

Pfizer, Inc.
Pharma Tech Industries, Inc.
Pneumo Abex, LLC
PTI Royston, LLC
Publix Super Markets, Inc.
R.T. Vanderbilt Holding Company, Inc.
Ralphs Grocery Company
Revlon Consumer Products Corporation
Revlon, Inc.
Rite Aid Corporation
Safeway, Inc.
Sanofi-Aventis U.S. LLC

Shulton, Inc.
Specialty
Minerals Inc.
Target
Corporation
The Dow Chemical Company
The Estee Lauder
Companies, Inc.The
Kroger Co.
The Procter & Gamble
CompanyThrifty
Payless, Inc.
Unilever Home & Personal
Care USAUnion Carbide
Corporation Vanderbilt
Minerals, LLC
ViacomCBS, Inc.
Walgreen
Co.
Walmart,
Inc.
Warren
Pumps,
LLC
Whittaker Clark &
Daniels, Inc.Wyeth
Holdings LLC
Yves Saint Laurent America, Inc.

**<u>Debtors' Retained</u>**

**<u>Professionals andClaims Agent</u>**

AlixPartners
LLPBates
White LLC
Epiq Corporate Restructuring
LLCJones Day
King & Spalding LLP
McCarter & English,
LLP
Rayburn Cooper & Durham,
P.A.Shook, Hardy & Bacon
L.L.P. Weil Gotshal & Manges
LLP

**<u>Debtors' Significant Ordinary Course
Professionals, Consultants, and
ServiceProviders</u>**

Adler Pollock & Sheehan
PCBailey Glasser LLP
Barnes & Thornburg, LLP
Barrasso Usdin
Kupperman
    Freeman & Sarver, L.L.C.
Blake, Cassels & Graydon
LLPBlank Rome LLP
Brown Greer PLC
Butler Snow LLP
Carlton Fields,
P.A.

Chehardy, Sherman,
    Williams,Recile, &
    Hayes
Covington & Burling LLP
Damon Key Leong Kupchak
HastertDavis Hatley Haffeman
& Tighe Dechert LLP
Elliott Law Offices, PA
Faegre Drinker Biddle & Reath
LLP Foliart, Huff, Ottaway &
Bottom Gibson, Dunn & Crutcher
LLP Goldman Ismail Tomaselli
Brennan &
    Baum
Hartline
Barger
HeplerBroom LLC
Irwin Fritchie Urquhart & Moore
LLCJohnson & Bell Ltd.
Jones, Skelton & Hochuli,
P.L.C. Kaplan, Johnson, Abate
& Bird LLPKelley Jasons
McGowan Spinelli
    Hanna & Reber,
LLPKirkland &
Ellis LLP Kitch
Drutchas Wagner
    Valitutti & Sherbrook
Lewis Brisbois Bisgaard & Smith,
LLPManion Gaynor & Manning
LLP Miles & Stockbridge
Milligan &
HernsMorgan
Lewis
Nelson Mullins Riley & Scarborough,
LLPNutter McClennen & Fish LLP
Orrick, Herrington, & Sutcliffe,
LLP Patterson Belknap Webb &
Tyler LLPProskauer Rose LLP
Quattlebaum, Grooms & Tull
PLLCSchnader Harrison Segal
& Lewis Schwabe Williamson
& Wyatt Sidley Austin LLP
Skadden, Arps, Slate, Meager & Flom
LLPStoel Rives LLP

Sullivan Whitehead & Deluca LLP
Swartz Campbell LLC
The Weinhardt Law Firm
Tucker Ellis LLP Willcox
& Savage, P.C.

**Known Professionals for CertainNon-Debtor Parties in Interest**

Cravath, Swaine & MooreWhite & Case LLP

**Material Potentially Indemnified Parties**

Bausch Health Companies Inc.Cyprus Mines Corporation
Cyprus Talc Corp.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
Luzenac America, Inc.
Pharma Tech Industries, Inc. PTI Royston, LLC
Rio Tinto America, Inc.
RTZ America, Inc.
Valeant Pharmaceuticals International, Inc.Windsor Minerals Inc.
Costco Wholesale CorporationPublix Super Markets, Inc.
Rite Aid Corporation
Safeway Inc.
Walmart Inc.

**Parties Who Have Entered Into Plan Support Agreements**

Andres Pereira Firm
Ferrer, Poirot & Wansbrough
Johnson Law Group
Liakos Law, APC
Linville Law Group
McDonald Worley
Nachawati Law Group
OnderLaw, LLC
Pulaski Kherkher PLLC
Rueb Stoller Daniel, LLP
Seeger Weiss LLP
Slater Slater Schulman LLP
Trammell PC
Watts Guerra LLP
Wisner Baum, LLP

**Law Firms with Significant Representations of Talc Claimants**

Arnold & Itkin LLP
Ashcraft & Gerel, LLP
Aylstock, Witkin, Kreis & Overholtz, PLLCBarnes Firm
Beasley Allen Law FirmCellino Law LLP
Dalimonte Rueb Stoller, LLP
Dean Omar Branham Shirley, LLPDriscoll Firm, LLC
Fears Nachawati Law FirmFerraro Law Firm
Flint Law Firm LLC
Golomb Spirit Grunfeld, P.C.Honik LLC
Johnson Law Group
Karst & von Oiste LLP
Kazan, McClain, Satterly
    & Greenwood PLC

Lanier Law Firm
Levy Konigsberg
LLP
Maune Raichle Hartley
    French &Mudd, LLC
Miller Firm, LLC
Motley Rice LLC
Napoli Shkolnik
PLLCOnderLaw,
LLC
Simmons Hanly Conroy
LLCSimon Greenstone
Panatiere
    Bartlett, PC
The Gori Law
FirmTrammell
PC
Weitz & Luxenberg,
P.C.Williams Hart
Law Firm

**Key Parties in _Imerys Talc America, Inc._
and _Cyprus Mines Corp. Chapter 11 Cases_**

Cyprus Amax Minerals
CompanyCyprus Mines
Corporation Cyprus Talc
Corporation
Imerys S.A.
Imerys Talc America,
Inc.Imerys Talc
Vermont, Inc.
    (fka Windsor Minerals
Inc.)James L. Patton
Luzenac America, Inc.
Official Committee of Tort
    Claimants(_In re Imerys Talc
    America, Inc._)
Official Committee of Tort
    Claimants(_In re Cyprus Mines
    Corp._)
Roger Frankel

**Debtor's Insurers**

A.G. Securitas
ACE Property & Casualty Insurance
    Company
Aetna Casualty and Surety Company
Affiliated FM Ins. Company
AIG Europe S.A.
AIG Property and Casualty Company
AIU Ins. Company
Allianz Ins. Company

Allianz Global Risks US
    InsuranceCompany
Allstate Insurance Company
American Centennial Ins.
CompanyAmerican Motorists
Ins. Company American Re-
Insurance Company
Arrowood Indemnity
Company ASR
Schadeverzekering N.V.
Assurances Generales De
France Assurantiekantoor
VanWijk & Co.
Atlanta International Insurance
CompanyBirmingham Fire Ins.
Company of
    Pennsylvania
Central National Ins. Company of
OmahaCentury Indemnity
Company
Champion Dyeing Allocation
YearChubb
City Ins. Company
Colonia Versicherungs AG,
Koln Continental Insurance
Company Darag Deutsche
Versicherungs-Und

Rückversicherungs-AG
Drake Ins. Company of New York
Employers Ins. Company of
WausauEmployers Ins. of Wausau
Employers Mutual Casualty
CompanyEurinco Allgemeine
    Versicherungs AG,
DusseldorfEverest Reinsurance
Company Fireman's Fund Ins.
Company First State Ins.
Company
GAP
Gibraltar Casualty
CompanyGranite State Ins.
Company Great American
Great Northern Ins. Company
Great Southwest Fire Ins.
CompanyGroupe Drouot
Harbor Ins. Company
Hartford Accident and Indemnity
CompanyHome Ins. Company
Ideal Mutual Ins. Company
Industrial Indemnity Company
Ins. Company of North
America
Ins. Company of the State of
PennsylvaniaIns. Corporation of
Singapore Limited

Integrity Ins. Company International Ins. Company
International Surplus Lines Ins. CompanyLexington Ins. Company
London Guarantee and AccidentCompany of N.Y.
L'Union Atlantique S.A. d'AssurancesMead Reinsurance Corporation Middlesex
Assurance Company Midland Ins. Company
Midstates Reinsurance Corp.Mission Ins. Company
Mission National Ins. Company Munich Reinsurance America, Inc.Mutual Fire,
Marine, & Inland Ins.
    Company
N.V. De Ark
N.V. Rotterdamse Assurantiekas
N.V. SchadeverzekeringsmaatschappijMaas Lloyd
National Casualty  Company National Union Fire Ins. Company of
    Pittsburgh, PANationwide
New Hampshire Ins. Company North River Ins. Company Northbrook Excess and
Surplus
    Ins. Company
Northeastern Fire Ins. Companyof Pennsylvania
Pacific Employers Ins. CompanyProSight
Prudential Reinsurance CompanyPuritan Insurance Company
Republic Indemnity Company of AmericaRepublic Ins. Company
Republic Western Ins. CompanyRepwest Insurance Company Resolute
Management Inc.
Rheinland VersicherungenRheinland Verzekeringen Riverstone Insurers
Royal Belge I.R., S.A. d'AssurancesRoyal Indemnity Company
Royal Ins. Company
Safety Mutual Casualty Corporation

Safety National Casualty CorporationSeguros La Republica SA
Sentry Insurance A Mutual CompanySouthern American Ins. Company Starr
Indemnity & Liability CompanyTIG Insurance Company
Transamerica Premier Insurance CompanyTransit Casualty Company
Travelers Casualty and Surety CompanyUAP
Union Atlantique d'Assurances S.A.
Union Indemnity Ins. Companyof New York
Westchester Fire Insurance CompanyWestport Insurance Corporation
XL Ins. Company

### Employees of the Bankruptcy Administrator's Office for the WesternDistrict of North Carolina

Alexandria KennyAnne Whitley David Shepherd Katrina Adams
Sarah Scholz Shelley K. Abel

### Bankruptcy Judges for the WesternDistrict of North Carolina

Judge George Hodges Judge J. Craig WhitleyJudge Laura T. Beyer

### Judges for the United States Bankruptcy Court for the District of New Jersey

Hon. Michael B. Kaplan
Hon. Rosemary Gambardella
Hon. Kathryn C. Ferguson
Hon. Christine M. Gravelle
Hon. Andrew B. Altenburg, Jr
Hon. Vincent F. Papalia
Hon. John K. Sherwood
Hon. Jerrold N. Poslusny, Jr.
Hon. Stacey L. Meisel

### United States Trustee for Region 3 and Employees (New Jersey Office)

Andrew R. Vara
Martha Hildebrandt
Adela Alfaro
Kirsten K. Ardelean
Francyne D. Arendas
Michael  Artis
Lauren  Bielskie
Peter J. D'Auria
Neidy Fuentes
David Gerardi
Rosemarie Giles

Tia Green
Mitchell B. Hausman
Joseph C. Kern
Daniel C. Kropiewnicki
Maggie McGee
Alexandria Nikolinos
Tina L. Oppelt
Angeliza Ortiz-Ng
Robert J. Schneider, Jr.
Jeffrey Sponder
Fran B. Steele
James Stives
William J. Ziemer