Exhibit 2B

Results of Disclosure Procedures

| Party | Type | Connection |
|---|---|---|
| Janssen Inc. | Other Non-Debtor Affiliate | MT represented potentially adverse parties to this entity in unrelated matters. |
| Janssen Biotech, Inc. | Other Non-Debtor Affiliate | MT represented an adverse party to this entity in an unrelated matter. |
| Johnson & Johnson | Other Non-Debtor Affiliate | MT represents an adverse party to this entity in an unrelated matter. |
| Johnson & Johnson Inc. | Other Non-Debtor Affiliate | MT represents an adverse party to this entity in an unrelated matter. |
| Neostrata Company Inc. | Other Non-Debtor Affiliate | MT represented an adverse party to this entity in an unrelated matter. |
| SterilMed, Inc. | Other Non-Debtor Affiliate | MT represents a party contracting with this entity in an unrelated matter. |
| Rutgers University | Major Current Business Affiliations of Debtor's Managers | MT represents parties contracting with this entity in an unrelated matter. |
| National Center for State Courts | Major Current Business Affiliations of Debtor's Managers | MT represented an adverse party to this entity in an unrelated matter. |
| Bank of America | Depository and Disbursement Banks | MT represents this entity in unrelated matters. MT also represents parties adverse to this entity in an unrelated matter. |
| Chubb | Major Surety/Debtor's Insurers | MT represents various parties in unrelated matters where this entity is an adverse party.. |
| Liberty Mutual Insurance Company | Debtor's Insurers | MT represented this entity in unrelated matters. |
| Travelers Casualty and Surety Company of America | Major Surety | MT represented an affiliate to this entity in unrelated matters. |
| A.O. Smith Corporation | Significant Co-Defendant in Talc-Related Litigation | MT represented this entity in an unrelated matter. |
| Bristol-Myers Squibb Company | Significant Co-Defendant in Talc-Related Litigation | MT represented an adverse party to this entity in an unrelated matter. |
| Chanel, Inc. | Significant Co-Defendant in Talc-Related Litigation | MT represented an adverse party to this entity in an unrelated matter. |
| Chattem, Inc. | Significant Co-Defendant in Talc-Related Litigation | MT represented an adverse party to this entity in an unrelated matter. |
| Colgate-Palmolive Company | Significant Co-Defendant in Talc-Related Litigation | MT represents this entity in an unrelated matter. |
| Conopco Inc. | Significant Co-Defendant in Talc-Related Litigation | MT represented an adverse party to this entity in an unrelated matter. |
| Costco Wholesale | Significant Co- | MT represents adverse parties to this entity in |

| | | |
|---|---|---|
| Corporation | Defendant in Talc-Related Litigation | unrelated matters. MT also represents a party related to this entity in an unrelated matter. |
| Coty Inc. | Significant Co-Defendant in Talc-Related Litigation | MT represents this entity in an unrelated matter. |
| Crane Co. | Significant Co-Defendant in Talc-Related Litigation | MT represents an affiliate to this entity in an unrelated matter. |
| Eaton Corporation | Significant Co-Defendant in Talc-Related Litigation | MT represents an adverse party in an unrelated matter. |
| Elizabeth Arden, Inc. | Significant Co-Defendant in Talc-Related Litigation | MT represents a party contracting with this entity in an unrelated matter. |
| Estee Lauder Inc. | Significant Co-Defendant in Talc-Related Litigation | MT represents an affiliate to this entity in an unrelated matter. MT also represents an adverse party to an affiliate of this entity in an unrelated matter. |
| Ford Motor Company | Significant Co-Defendant in Talc-Related Litigation | MT represented adverse parties to this entity in unrelated matters. MT also represents an affiliate to this entity in unrelated matters. |
| General Electric Company | Significant Co-Defendant in Talc-Related Litigation | MT represents an adverse party in an unrelated matter. |
| Goodyear Tire & Rubber Co. | Significant Co-Defendant in Talc-Related Litigation | MT represents this entity in an unrelated matter. |
| Honeywell International Inc. | Significant Co-Defendant in Talc-Related Litigation | MT represents this entity in an unrelated matter. MT also represents parties adverse to this entity in unrelated matters. |
| Imerys Talc Canada Inc. | Bankruptcy Rule 2002 Appearances | MT represents this entity in unrelated matters. |
| Jones Day | Debtors' Retained Professionals and Claims Agent | MT represents this entity in an unrelated matter. |
| Kolmar Laboratories | Significant Co-Defendant in Talc-Related Litigation | MT represented this entity in an unrelated matter. |
| L'Oreal Inc. | Significant Co-Defendant in Talc-Related Litigation | MT represented an affiliate in an unrelated matter. |
| Mary Kay Inc. | Significant Co-Defendant in Talc-Related Litigation | MT represented an affiliate in an unrelated matter. |
| Pfizer Inc. | Significant Co-Defendant in Talc-Related Litigation | MT represented this entity in unrelated matters. |
| Shook, Hardy & Bacon L.L.P. | Debtors' Retained Professionals and Claims Agent | MT represented this entity in an unrelated matter. |
| The Dow Chemical Company | Significant Co-Defendant in Talc- | MT represents adverse parties to this entity in unrelated matters. MT also represents a party |

| | Related Litigation | related to this entity in an unrelated matter. |
|---|---|---|
| The Procter & Gamble Company | Significant Co-Defendant in Talc-Related Litigation | MT represents an affiliate to this entity in an unrelated matter. |
| Unilever Home & Personal Care USA | Significant Co-Defendant in Talc-Related Litigation | MT represented an adverse party to this entity in an unrelated matter. |
| Union Carbide Corporation | Significant Co-Defendant in Talc-Related Litigation | MT represented this entity in unrelated matters. |
| Valeant Pharmaceuticals International, Inc. | Material Potentially Indemnified Parties | MT represents adverse parties to this entity in unrelated matters. |
| ViacomCBS, Inc. | Significant Co-Defendant in Talc-Related Litigation | MT represents an affiliate to this entity in an unrelated matter. |
| Walgreen Co. | Significant Co-Defendant in Talc-Related Litigation | MT represented an adverse party to this entity in an unrelated matter. |
| Walmart, Inc. | Significant Co-Defendant in Talc-Related Litigation | MT represents an affiliate to this entity in an unrelated matter. |
| Westport Insurance Corporation | Debtor's Insurers | MT represents adverse parties to this entity in unrelated matters. |
| XL Specialty Insurance Company | Debtor's Insurers | MT represents adverse parties to this entity in unrelated matters. |