**Exhibit 2**

MoloLamken has completed a preliminary connections analysis and will supplement this Certification as may be necessary from time to time. In preparing this Certification, MoloLamken used its customary procedures to comply with the disclosure requirements regarding the retention of professionals by the Committee. The Committee and its existing counsel provided MoloLamken a list relevant parties-in-interest (the "Known Parties In Interest"), which is attached hereto as Exhibit 3 (the "Known Parties In Interest List").

At my direction, my staff ran the Known Parties In Interest List against MoloLamken's conflicts database. The conflicts database identifies potential conflicts and/or relationships when we conduct our term search using the names of the Known Parties in Interest.

In addition to the foregoing, I sent an email to all attorneys and employees at MoloLamken expressly requesting that they disclose any relevant connection with any of the Known Parties in Interest.

As part of its customary practice, MoloLamken or I have represented, currently represents, and may in the future represent certain of the parties on the Known Parties In Interest List in this Case in matters unrelated to the Debtor, the Case, or such entities' claims against the Debtor. Certain of the parties on the Known Parties In Interest List or their attorneys may have provided, may currently provide, and may in the future provide goods or services to MoloLamken in matters unrelated to the Bankruptcy Case. If and to the extent that MoloLamken has a conflict with respect to a particular client or matter, the Committee will utilize, subject to the Court's approval, other counsel to represent its interest with respect to such client or matter.

To the best of my knowledge, MoloLamken does not have any conflicts or relationships that would impair or preclude its or my ability to serve the Committee.

To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor MoloLamken, nor any partner, associate or other professional thereof has any connection with the Debtor, its creditors, the U.S. Trustee or any other party with an actual or potential interest in the Chapter 11 Case, except as set forth below:

(1) MoloLamken acted as Special Appellate Litigation Counsel to the Official Committee of Talc Claim Creditors in the appeal from LTL's first bankruptcy ("*LTL I*") to the U.S. Court of Appeals for the Third Circuit, No. 22-2003 (3d Cir.). As of the entry of the Dismissal Order in *LTL I* on April 4, 2023, MoloLamken was owed $568,270.30 for services rendered in representing the Committee. On April 26, 2023, the Debtor filed a motion seeking the entry of an order authorizing it to satisfy its obligations under the Dismissal Order, including the final allowance of professional fees and expenses and the payment of such allowed fees and expenses (the "Obligations Motion"). Dkt. 319. Pending entry of an order approving the Obligations Motion, MoloLamken anticipates that the Pre-Petition Balance will be paid in connection with *LTL I*.

(2) MoloLamken represents the Cherokee Nation in litigation against Johnson & Johnson related to the production and sale of opioids. Various Johnson & Johnson subsidiaries

        are actual or potentially adverse parties in the litigation, including, but not limited to, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc.

(3)     MoloLamken has represented Veterinary Orthopedic Implants, LLC ("VOI") in patent litigation adverse to DePuy Synthes Products, Inc., and DePuy Synthes Sales, Inc. (the "DePuy Entities") in *DePuy Synthes Products, Inc. v. Veterinary Orthopedic Implants, Inc.*, Nos. 2023-1614, 2023-1615 (Fed. Cir.). The DePuy Entities are subsidiaries of Johnson & Johnson. Upon reaching a settlement, the parties voluntarily dismissed the appeal on May 10, 2023.

(4)     From June 2022 to April 2023, MoloLamken represented Revlon Inc, Revlon Consumer Products Corporation, and certain of their affiliates (together, "Revlon") as conflicts counsel for litigation adverse to Citibank, N.A. in Revlon's bankruptcy case in the Southern District of New York (Case No. 22-10760-DSJ). MoloLamken did not work on any matters involving Revlon's talc liabilities.

(5)     MoloLamken was considered in May 2020 to represent plaintiffs in a lawsuit against Johnson & Johnson, Imerys Talc America, Inc., and Imerys S.A., related to allegations that Johnson & Johnson's baby powder caused cancer. MoloLamken was not ultimately engaged for the representation.

(6)     MoloLamken attorney Ryan Yeh, while working for Cleary Gottlieb Steen & Hamilton LLP ("Cleary") in 2019, advised the Dow Chemical Company ("Dow") on a matter regarding the management of asbestos-related liability. Ryan Yeh and other Cleary attorneys provided legal advice to Dow unrelated to any specific litigation case or action.[1]

(7)     MoloLamken represents certain defendants in *In re Terrorist Attacks on September 11, 2011*, No. 1:03-MD-01570, in the Southern District of New York. MoloLamken's clients are adverse to various insurers in that action that are Known Parties In Interest, including, but not limited to: ACE Property & Casualty Insurance Company, AIG Property and Casualty Company, AIU Ins. Company, Allstate Insurance Company, Chubb Indemnity Insurance Company, Continental Insurance Company, Federal Insurance Company, Great Northern Ins. Company, Motley Rice LLC[2] (law firm representing certain of the adverse parties), Pacific Employers Ins. Company, TIG Insurance Company, and Westchester Fire Insurance Company.

---

[1] This certification discloses former clients of Jeffrey A. Lamken and Rayiner I. Hashem while they were employed by other law firms or companies. Except as otherwise provided, this certification does not cover former clients of other MoloLamken professionals while they were employed by other law firms or companies.

[2] This certification does not specifically identify matters on which MoloLamken may be adverse to or aligned with law firms that are Known Parties In Interest (e.g., Jones Day).

2

(8)  MoloLamken represents certain parties in connection with attorneys' fees litigation in *In re Roundup Products Liability Litigation*, No. 16-md-02741-VC, in the Northern District of California.  MoloLamken represents or is aligned with several parties that are Known Parties In Interest, including:  the Lanier Law Firm, Dalimonte Rueb Stoller, LLP, Fears Nachawati Law Firm, Johnson Law Group, OnderLaw, LLC, The Gori Law Firm, Trammell PC, Napoli Shkolnik PLLC, and Richard H. Meadow.  In that case, MoloLamken's clients are adverse to other law firms that are Known Parties In Interest, including Miller Firm, LLC and Weitz & Luxenberg, P.C.

(9)  In 2020, MoloLamken advised a litigation finance firm in evaluating a lawsuit against pharmaceutical companies that allegedly funded a terrorist group in Iraq.  MoloLamken never represented any parties in the litigation.  A number of non-debtor affiliates and other Known Parties In Interest were potentially adverse parties in the litigation, including, but not limited to: Cilag GmbH International, Ethicon Endo-Surgery, LLC, Ethicon, Inc., Janssen Ortho LLC, Janssen Pharmaceutica NV, Ortho Biologics LLC, and Pfizer, Inc.

(10)  In 2021, MoloLamken was considered for a representation in an executive employment matter adverse to Johnson & Johnson but was not ultimately engaged.

(11)  In 2019, MoloLamken was considered for a representation of opt-out class members in an antitrust lawsuit.  MoloLamken was not ultimately engaged.  Known Parties In Interest Bausch Health Companies, Inc., Bausch Health Americas, Inc., and Bausch Health US, LLC were potentially adverse parties in the litigation.

(12)  MoloLamken has acted as special litigation counsel for U.S. Bank, N.A. solely in its capacity as Trustee of the Home Equity Asset Trust 2007-3 (the "Trust"), in certain litigation against DLJ Mortgage Capital, Inc.  See *U.S. Bank, N.A. as Trustee v. DLJ Mortg. Cap. Inc.*, No. 651563/2013 (Sup. Ct. N.Y. Cty.).  MoloLamken was retained to act for the Trust on a contingency basis whereby, in the event the Trust received proceeds arising out of the litigation, MoloLamken would receive a contingency share of such proceeds, and will also be reimbursed for its out-of-pocket expenses incurred in the litigation.  In March 2022, the parties to the action announced that they entered into a settlement agreement pending final approval of that settlement in a trust-instruction proceeding in Minnesota state court.  MoloLamken does not represent U.S. Bank, N.A. in its individual capacity and has received no payment from U.S. Bank in any capacity in the last two years.

(13)  Christian Ronald, an associate at MoloLamken, previously worked as an associate at WilmerHale LLP, where he represented Imerys Talc America, Inc. in the bankruptcy court in the District of Delaware (No. 19-10289 (Bankr. D. Del.)).  Rio Tinto America Inc. was an affiliated entity of Imerys Talc America, Inc., in that litigation.  Christian Ronald is screened from this matter, has not and will not participate in any work relating to the matter, and may not access or receive files or other information about the matter.

(14) Julia Feldman, spouse of MoloLamken associate Christian Ronald, is an associate at Jones Day. Christian Ronald is screened from this matter, as noted above. As a junior associate at Jones Day, Julia Feldman worked on the divisive merger under which LTL split from Johnson & Johnson. Julia Feldman no longer works on LTL-related matters at Jones Day. As an associate at Jones Day today, Julia Feldman is a member of Jones Day's mergers and acquisitions practice, where she represents private and public companies in a range of transactions.

(15) Marie Notter, spouse of MoloLamken associate Kenneth Notter, is an associate at Goldman Ismail Tomaselli Brennan & Baum ("Goldman"). Kenneth Notter is not expected to work on this matter. Marie Notter represents that, to the best of her knowledge, she has neither worked on any matter pertaining to Johnson & Johnson or its affiliates, nor accessed any files pertaining to those entities while at Goldman. As an associate at Goldman, Marie Notter represents clients in state and federal court in a range of commercial disputes, including product liability matters.

(16) Phoebe Yu, spouse of MoloLamken associate Rocky Li, is an associate at Covington & Burling LLP ("Covington"). Phoebe Yu represents clients in white collar investigations. Phoebe Yu represents that, to the best of her knowledge, she has never worked on any matter pertaining to Johnson & Johnson or its affiliates.

(17) Sylwia Babecka, a legal assistant at MoloLamken, previously worked as a paralegal at Lewis Brisbois Bisgaard & Smith, LLP ("Lewis") from September 2018 until March 2022. Sylwia Babecka represents that, to the best of her knowledge, she did not work on any matters pertaining to Johnson & Johnson or its affiliates while at Lewis.

(18) Arnold Blair, a discovery counsel at MoloLamken, previously worked in a discovery counsel role at Brown Rudnick LLP. Arnold Blair worked on LTL while at Brown Rudnick. Brown Rudnick was co-counsel to MoloLamken in representing the Official Committee of Talc Claimants. Both firms were adverse to LTL.

(19) Additional connections are disclosed in the table below.

| Known Party In Interest | Relationship to Debtor | Relationship to MoloLamken | Notes and Explanations |
| --- | --- | --- | --- |
| DePuy Synthes, Inc. | Other Non-Debtor Affiliate | Potentially Adverse | In June 2019, MoloLamken was considered for an additional representation adverse to Depuy Synthes, Inc. and was not ultimately engaged. |
| Momenta Pharmaceuticals, Inc. | Other Non-Debtor Affiliate | Prior Adverse | The engagement ended more than five years ago. |

4

| Xian Janssen Pharmaceutical Ltd. | Other Non-Debtor Affiliate | Prior Adverse | The engagement ended more than five years ago. |
|---|---|---|---|
| Bank of America, N.A. | Depository and Disbursement Bank | Prior Adverse<br><br>Lateral Client<br><br>Vendor | A MoloLamken associate represented Bank of America while employed at WilmerHale LLP. |
| Chubb | Major Surety, Debtor's Insurers | Potential Client | In 2022, MoloLamken was considered for a representation of Chubb but was not ultimately engaged.<br><br>In 2019, MoloLamken was considered for a representation of Chubb Group of Insurance Companies and was not ultimately engaged. |
| U.S. Bank | Party to Material Contracts with the Debtor | Current Client<br><br>Prior Adverse | U.S. Bank is a current client. MoloLamken was also adverse to U.S. Bank on several matters that have ended. |
| 3M Company | Significant Co-Defendant in Talc-Related Litigation | Potential Client<br><br>Potentially Adverse | In 2017, MoloLamken prepared an amicus brief in the U.S. Supreme Court that 3M considered joining but did not join.<br><br>In 2021, MoloLamken was considered for a representation adverse to 3M Company and was not ultimately engaged. |
| Avon Products, Inc. | Significant Co-Defendant in Talc-Related Litigation | Prior Adverse | MoloLamken represented a party in a matter adverse to Avon Products, Inc. The engagement ended more than five years ago. |
| Carrier Corporation | Significant Co-Defendant in Talc-Related Litigation | Prior Adverse | MoloLamken represented a party in a matter adverse to Carrier Corporation. The engagement ended more than four years ago. |
| CVS Health Corporation | Significant Co-Defendant in Talc-Related | Prior Adverse | MoloLamken advised a litigation finance firm on potential opioid-related claims against CVS. The |

| | Litigation | | engagement ended more than three years ago. |
|---|---|---|---|
| Eli Lilly and Company | Significant Co-Defendant in Talc-Related Litigation | Potentially Adverse | In June 2017, MoloLamken was considered for a representation adverse to Eli Lilly and Company and was not ultimately engaged. A MoloLamken associate previously represented Eli Lilly and Company in an antitrust matter while employed at Covington & Burling LLP. |
| Ford Motor Company | Significant Co-Defendant in Talc-Related Litigation | Current Adverse | |
| General Electric Company | Significant Co-Defendant in Talc-Related Litigation | Potentially Adverse | In 2018, MoloLamken was considered for a representation adverse to General Electric and was not ultimately engaged. MoloLamken currently represents parties adverse to General Electric Capital Corp., an affiliate of General Electric Company. |
| Honeywell International, Inc. | Significant Co-Defendant in Talc-Related Litigation | Potential Client (subsidiary) Potentially Adverse | In 2019, MoloLamken was considered for a representation of a spin-off of Honeywell, International, Inc. and was not ultimately engaged. In 2020, MoloLamken was considered for a representation adverse to Honeywell International, Inc. and was not ultimately engaged. |
| L'Oreal USA, Inc. | Significant Co-Defendant in Talc-Related Litigation | Current Adverse | |
| Metropolitan Life Insurance | Significant Co-Defendant in | Prior Adverse | |

6

| Company | Talc-Related Litigation | | |
|---|---|---|---|
| Pfizer, Inc. | Significant Co-Defendant in Talc-Related Litigation | Prior Client<br><br>Potentially Adverse | MoloLamken represented Pfizer in a matter that ended more than five years ago.<br><br>In 2020, MoloLamken briefly advised a client in connection with a foreign lawsuit where Pfizer was an adverse party. |
| Sanofi-Aventis U.S. LLC | Significant Co-Defendant in Talc-Related Litigation | Current Adverse | |
| Target Corporation | Significant Co-Defendant in Talc-Related Litigation | Current Adverse<br><br>Potential Client | MoloLamken is currently adverse to Target Corporation in *In re Broiler Chicken Antitrust Litigation*, No. 16-cv-8637 (N.D. Ill.). MoloLamken represents defendant O.K. Foods.<br><br>In February 2015, MoloLamken was considered for a representation of Target Corp. and was not ultimately engaged. |
| The Dow Chemical Company | Significant Co-Defendant in Talc-Related Litigation | Prior Adverse Party<br><br>Lateral Client | The engagement ended more than five years ago.<br><br>A MoloLamken legal assistant performed work for The Dow Chemical Company while a legal assistant at Kirkland & Ellis LLP. |
| John Crane, Inc. | Significant Co-Defendant in Talc-Related Litigation | Later Client | A MoloLamken legal assistant performed work for John Crane, Inc. while a legal assistant at Kirkland & Ellis LLP. |
| The Kroger Co. | Significant Co-Defendant in Talc-Related Litigation | Current Adverse | MoloLamken is currently adverse to The Kroger Co. in *In re Broiler Chicken Antitrust Litigation*, No. 16-cv-8637 (N.D. Ill.). MoloLamken represents defendant O.K. Foods. |

| The Procter & Gamble Company | Significant Co-Defendant in Talc-Related Litigation | Prior Adverse | The engagement ended more than five years ago. |
|---|---|---|---|
| ViacomCBS, Inc. | Significant Co-Defendant in Talc-Related Litigation | Current Adverse | |
| Walmart, Inc. | Significant Co-Defendant in Talc-Related Litigation | Current Adverse<br><br>Prior Adverse<br><br>Potential Client | MoloLamken is currently adverse to Walmart in *In re Broiler Chicken Antitrust Litigation*, No. 16-cv-8637 (N.D. Ill.). MoloLamken represents defendant O.K. Foods.<br><br>MoloLamken advised a litigation finance firm on potential opioid-related claims against Walmart, Inc.  The engagement ended more than three years ago.<br><br>In 2020, MoloLamken was considered to represent Wal-Mart in two separate matters and was not ultimately engaged. |
| Bates White LLC | Debtors' Retained Professional and Claims Agent | Vendor | MoloLamken has worked with expert witnesses from Bates White LLC in several matters.  A MoloLamken associate was previously employed as a consultant at Bates White LLC over five years ago. |
| Epiq Corporate Restructuring LLC | Debtors' Retained Professional and Claims Agent | Other Connection | A MoloLamken employee was previously employed by Epiq Systems (Epiq Bankruptcy Solutions, LLC). |
| McCarter & English, LLP | Debtors' Retained Professional and Claims Agent | Vendor | |

| Kirkland & Ellis LLP | Debtors' Significant Ordinary Course Professionals | Potential Client | MoloLamken was previously considered for a representation of a former partner of Kirkland & Ellis LLP and was not ultimately engaged. |
|---|---|---|---|
| Gibson, Dunn & Crutcher LLP | Debtors' Significant Ordinary Course Professionals | Vendor | A MoloLamken partner worked as a summer associate at this firm over five years ago. |
| Goldman Ismail Tomaselli Brennan & Baum | Debtors' Significant Ordinary Course Professionals | Other Connections | The spouse of a MoloLamken associate is an attorney at this firm. |
| Lewis Brisbois Bisgaard & Smith, LLP | Debtors' Significant Ordinary Course Professionals | Other Connections | A legal assistant at MoloLamken previously worked as a paralegal at this firm. |
| Proskauer Rose LLP | Debtors' Significant Ordinary Course Professionals | Vendor | Proskauer Rose represents MoloLamken in two matters related to asset forfeiture. |
| Sidley Austin LLP | Debtors' Significant Ordinary Course Professionals | Potential Interested Party | In 2016, MoloLamken was considered for a representation of an attorney who previously worked at Sidley Austin and was not ultimately engaged.<br><br>A MoloLamken partner worked as a summer associate at Sidley Austin more than five years ago.<br><br>A MoloLamken associate worked as a summer associate at Sidley Austin more than five years ago. |
| Cravath, Swaine & Moore | Known Professionals for Certain Non- Debtor | Other Connections | A MoloLamken partner was formerly employed by Cravath, Swaine & Moore ("Cravath") more than five years ago. |

9

|  | Parties in Interest |  | A MoloLamken associate worked as an associate at Cravath from 2019-2021. |
|---|---|---|---|
| AIG Property and Casualty Company | Debtor's Insurer | Potentially Adverse | MoloLamken represents a client in a New York state court proceeding where an AIG affiliate is an adverse party. |
| Arrowood Indemnity Company | Debtor's Insurer | Potentially Adverse | In 2017, MoloLamken was considered for a representation adverse to Arrowood Indemnity Company and was not ultimately engaged. |
| Lexington Ins. Company | Debtor's Insurer | Current Adverse |  |
| National Union Fire Ins. Company of Pittsburgh, PA | Debtor's Insurer | Current Adverse |  |
| State of Texas | Bankruptcy Rule 2002 Appearance | Prior Adverse | MoloLamken represented clients in two separate matters where the state of Texas was an adverse party. Both engagements have ended. |
| Eaton Corporation | Significant Co-Defendant in Talc-Related Litigation | Other connection | A MoloLamken associate represented Eaton Corporation in antitrust matters unrelated to talc litigation while employed at Covington & Burling LLP. |
| Covington & Burling LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | Other connection | A MoloLamken associate was previously employed as an associate at Covington & Burling LLP from 2020 to 2021. |
| Publix Supermarkets, Inc. | Material Potentially Indemnified Party | Current Adverse | MoloLamken is currently adverse to Publix Supermarkets, Inc. in *In re Broiler Chicken Antitrust Litigation*, No. 16-cv-8637 (N.D. |

| | | | |
|---|---|---|---|
| | | | Ill.).  MoloLamken represents defendant O.K. Foods. |
| Albertsons Companies, Inc. | Significant Co-Defendant in Talc-Related Litigation | Current Adverse | MoloLamken is currently adverse to Albertsons Companies, Inc. in *In re Broiler Chicken Antitrust Litigation*, No. 16-cv-8637 (N.D. Ill.).  MoloLamken represents defendant O.K. Foods. |
| Skadden, Arps, Slate, Meager, & Flom LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | Other connection | A MoloLamken associate was previously employed as an associate at Skadden, Arps, Slate, Meager & Flom LLP over five years ago. |
| Rite Aid Corporation | Significant Co-Defendant in Talc-Related Litigation | Other Connection | A MoloLamken associate represented Rite Aid Corporation while employed at Cravath, Swaine & Moore LLP. |