# EXHIBIT B

| Party | Relationship | Case | Role | Atty | Status |
|---|---|---|---|---|---|
| 3M Company | Party in the litigation | 3M Special Master | Special Master | Mark Falk | Inactive |
| Aylstock, Witkin, Kreis & Overholtz, PLLC | Represent party in litigation | 3M Special Master | Special Master | Mark Falk | Inactive |
| Barnes & Thornburg, LLP | Represent party in litigation | Elmiron Special Master | Special Master | Mark Falk | Active |
| Dechert | Represent party in litigation | 3M Special Master | Special Master | Mark Falk | Inactive |
| Kirkland & Ellis LLP | Represent party in litigation | 3M Special Master | Special Master | Mark Falk | Inactive |
| Skadden Arps | Represent party in litigation | 3M Special Master | Special Master | Mark Falk | Inactive |

\*During my role as magistrate judge, some of the interested parties may have appeared before me. I do not recall who and when.
  I have not worked on any matter listed on the firm's conflict list above.

| Party | Relationship | Case | Role | Atty |
|---|---|---|---|---|
| 3M Company | Past Client | 001545.0000 | Local Counsel for 3M Company | Hector D. Ruiz |
| ACE Property and Casualty Insurance Company | Client | Chubb | Represent Chubb | Liza M. Walsh |
| AIG Property and Casualty Company | Client | Merck v. AIG | Local Counsel for American International Group | Liza M. Walsh |
| Allstate Insurance Company | Adverse | Chubb/Jingoli | Represent Chubb | Liza M. Walsh |
| Bristol-Myers Squibb Company | Client | 1006-* | Local Counsel for Bristol-Myers Squibb Company | Liza M. Walsh |
| Chattem, Inc. | Co-defendant | Pfizer/Craven | Local Counsel for Pfizer | Liza M. Walsh |
| Chubb | Client | 1000, 1471 | Represent Chubb | Liza M. Walsh |
| Cilag GmbH International | Adverse | Teva/Cilag | Local Counsel for Teva | Liza M. Walsh |
| Covington & Burling LLP | Represents co-defendant | Sanofi/Insulin | Local Counsel for Sanofi | Liza M. Walsh |
| CVS Health Corporation | Adverse | Pfizer/Lipitor | Local Counsel for Pfizer | Liza M. Walsh |
| | Co-defendant | Teva/Valsartan | Local Counsel for Teva | Liza M. Walsh |
| Eli Lilly and Company | Co-defendant | Sanofi/Insulin | Local Counsel for Sanofi | Liza M. Walsh |
| Everest Reinsurance Company | Party to the mediation | JAP Mediation | Mediator | Joel A. Pisano |
| Faegre Drinker Biddle & Reath LLP | Party in the litigation | JAP Special Master | Special Master | Joel A. Pisano |
| Federal Insurance Company | Adverse | Trevcon/Zurich | Represent Trevcon Construction Co., Inc. | Thomas J. O'Leary |
| | Client | Chubb Parent Company | Represent Chubb Parent Company | Liza M. Walsh |
| FMC Corporation | Past Client | 001579.0000 | Represent FMC Corporation | Liza M. Walsh |
| Gibson, Dunn & Crutcher LLP | Co-counsel | Cognizant/Cox | Local Counsel for Cognizant | Liza M. Walsh |
| | Co-counsel | Heritage | Local Counsel for Heritage Pharmaceuticals Inc. | Liza M. Walsh |
| | Co-counsel | Pepsico | Local Counsel for Pepsico | Liza M. Walsh |
| | Co-counsel | Remedy Drinks/Soulful | Local Counsel for Remedy International | Liza M. Walsh |
| | Opposing Counsel on a Subpoena | Sanofi/Lantus | Local Counsel for Sanofi | Liza M. Walsh |
| | Represent party in litigation | Owens/Sudan | Expert Witness | Joel A. Pisano |
| Grinnell LLC | Adverse | SVF Ch 11 Trustee/Roseville | Trustee | Stephen V. Falanga |
| Honeywell International, Inc. | Firm represents Special Master | Special Master | Special Master overseeing environmental clean-up | Liza M. Walsh |
| Janssen Biotech, Inc. | Co-defendant | BTG/Louisian | Local Counsel for BTG PLC | Liza M. Walsh |
| Janssen Inc. | Adverse | Teva/Janssen | Local Counsel for Teva | Liza M. Walsh |
| | Co-defendant | BTG/Louisian | Local Counsel for BTG PLC | Liza M. Walsh |
| Janssen Oncology, Inc. | Co-defendant | BTG/Louisian | Local Counsel for BTG PLC | Liza M. Walsh |
| Janssen Research & Development, LLC | Co-defendant | BTG/Louisian | Local Counsel for BTG PLC | Liza M. Walsh |
| Johnson & Johnson | Adverse | Zions/LifeScan | Represent Zions Bancorporation | Liza M. Walsh |
| | Party in the litigation | JAP Special Master | Special Master | Joel A. Pisano |
| Johnson & Johnson Health Care Systems Inc. | Adverse | Zions/LifeScan | Represent Zions Bancorporation | Liza M. Walsh |
| Jones Day | Co-counsel | Sanofi/Insulin | Local Counsel for Sanofi | Liza M. Walsh |
| | Co-counsel | Sanofi/Lantus | Local Counsel for Sanofi | Liza M. Walsh |
| Kirkland & Ellis LLP | Co-counsel | AllRounds/Eshares | Local Counsel for AllRounds, Inc. | Liza M. Walsh |
| | Co-counsel | BMS/Alembic | Local Counsel for Bristol-Myers Squibb Company | Liza M. Walsh |
| | Co-counsel | BMS/DRL | Local Counsel for Bristol-Myers Squibb Company | Liza M. Walsh |
| | Co-counsel | BMS/Eugia | Local Counsel for Bristol-Myers Squibb Company | Liza M. Walsh |
| | Co-counsel | BMS/Lupin | Local Counsel for Bristol-Myers Squibb Company | Liza M. Walsh |
| | Co-counsel | EagleView/GAF | Local Counsel for EagleView | Liza M. Walsh |
| | Co-counsel | EagleView/Xactware | Local Counsel for EagleView | Liza M. Walsh |
| | Co-counsel | Microport/Stryker | Local Counsel for Microport Orthopedics | Liza M. Walsh |
| | Co-counsel | Teva/Janssen | Local Counsel (patent litigation) | Liza M. Walsh |
| | Co-counsel | Teva/Lamictal | Local Counsel for Teva | Liza M. Walsh |
| | Opposing Counsel | Bruce Rey/SSSD | Local Counsel for Bruce Rey | Peter J. Pizzi |
| | Represent co-defendant | Sanofi/Insulin | Local Counsel for Sanofi | Liza M. Walsh |
| Kmart Corporation | Adverse | Schindler/Sears | Represent Schindler Elevator Co. | Stephen V. Falanga |
| Law Firm of Brian W. Hofmeister, LLC | Opposing Counsel | SVF Ch 11 Trustee/Roseville | Trustee | Stephen V. Falanga |
| Levy Konigsberg LLP | Opposing Counsel | Newark Public Schools/RT | Represent Newark Public Schools | M. Trevor Lyons |
| Liberty Mutual Insurance Company | Adverse | Trevcon/Zurich | Represent Trevcon Construction Co., Inc. | Thomas J. O'Leary |
| Lifescan | Adverse | Zions/LifeScan | Represent Zions Bancorporation | Liza M. Walsh |
| McCarter & English, LLP | Opposing Counsel | Stats Perform | Represent Zions Bancorporation | Liza M. Walsh |
| | Opposing Counsel | SVF Ch 11 Trustee/NHSC | Trustee | Stephen V. Falanga |
| Miles & Stockbridge | Party to the mediation | JAP Mediation | Mediator | Joel A. Pisano |
| Morgan Lewis | Opposing Counsel | Chubb/Mitnick | Represent Chubb | Liza M. Walsh |
| | Represents co-defendant | Teva/Valsartan | Local Counsel for Teva | Liza M. Walsh |
| National Union Fire Insurance Company of Pittsburgh, Pa. | Past Client | National Union/Becton | Local Counsel for National Union Fire Insurance Co. | Liza M. Walsh |

| Party | Relationship | Case | Role | Atty |
|---|---|---|---|---|
| **Nationwide** | **Adverse** | Columbia Bank/Skeparoska | **Represent Columbia Bank** | Stephen V. Falanga |
| **Office of the United States Trustee** | **Trustee** | Ch 11 NCHS | **Trustee** | Stephen V. Falanga |
| | **Trustee** | Ch 11 Roseville Senior Living | **Trustee** | Stephen V. Falanga |
| | **Trustee** | Ch 11 Vascular Access Centers | **Trustee** | Stephen V. Falanga |
| **Orrick, Herrington, & Sutcliffe, LLP** | **Co-counsel** | Kars 4 Kids v. American Can! | **Local Counsel for Kars 4 Kids** | Liza M. Walsh |
| **Patterson Belknap Webb & Tyler LLP** | **Opposing Counsel** | Teva/Janssen | **Local Counsel (patent litigation)** | Liza M. Walsh |
| | **Opposing Counsel** | Zions/LifeScan | **Represent Zions Bancorporation** | Liza M. Walsh |
| **Pfizer, Inc.** | **Client** | 001026.0000 | **Local Counsel for Pfizer** | Liza M. Walsh |
| **Proskauer Rose LLP** | **Co-counsel** | Absorption | **Local Counsel for Absorption Pharmaceuticals** | Liza M. Walsh |
| | **Opposing Counsel** | Chubb/Chang | **Represent Chubb** | Liza M. Walsh |
| **Sanofi-Aventis U.S. LLC** | **Client** | 001030.0000 | **Local Counsel for Sanofi** | Liza M. Walsh |
| **Sidley Austin LLP** | **Co-counsel** | Amgen/Enbrel | **Local Counsel for Amgen** | Liza M. Walsh |
| **The Kroger Co.** | **Co-defendant** | Teva/Valsartan | **Local Counsel for Teva** | Liza M. Walsh |
| **The North River Insurance Company** | **Co-defendant** | Philadelphia Ins Co./YMCA | **Represent Philadelphia Insurance Co.** | Liza M. Walsh |
| **Travelers Casualty and Surety Company of America** | **Client** | Various | **Local Counsel for Travelers** | William T. Walsh |
| **Walgreen Co.** | **Co-defendant** | Teva/Valsartan | **Local Counsel for Teva** | Liza M. Walsh |
| **Walmart, Inc.** | **Co-defendant** | Teva/Valsartan | **Local Counsel for Teva** | Liza M. Walsh |
| **Weil Gotshal & Manges LLP** | **Co-counsel** | Allergan/Sandoz | **Local Counsel for Allergan** | Liza M. Walsh |
| | **Co-counsel** | Sanofi/Mylan | **Local Counsel for Sanofi** | Liza M. Walsh |
| **White & Case LLP** | **Co-counsel** | Pfixer/Effexor | **Local Counsel for Pfizer** | Liza M. Walsh |
| | **Co-counsel** | Pfizer/Lipitor | **Local Counsel for Pfizer** | Liza M. Walsh |
| | **Represented a party in the litigation** | Owens/Sudan | **Expert Witness** | Joel A. Pisano |
| **Wyeth Holdings LLC** | **Client** | Pfizer/Effexor | **Local Counsel for Pfizer** | Liza M. Walsh |