# EXHIBIT C

| Client | FY 2020 Percentage of Gross Income | FY 2021 Percentage of Gross Income |
|---|---|---|
| ACE Property and Casualty Insurance Company (automobile policy claims) | 0.70% | 1.25% |
| AIG Property and Casualty Company | 0.11% | 0.25% |
| Bristol-Myers Squibb Company | 1.52% | 0.56% |
| Chubb (employment disputes) | 2.84% | 7.20% |
| Pfizer, Inc. /Wyeth Holdings LLC | 1.50% | 0.38% |
| Sanofi-Aventis U.S. LLC | 5.72% | 4.32% |
| Travelers Casualty and Surety Company of America | 0.38% | 0.24% |