**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**OFFIT KURMAN, P.A.**
Paul J. Winterhalter, Esq. (006961986)
99 Wood Avenue South, Suite 302
Iselin, NJ 08830
Telephone: (267) 338-1370
Facsimile: (267) 338-1335
E-mail: pwinterhalter@offitkurman.com

**KTBS LAW LLP**
Michael L. Tuchin, Esq.
Robert J. Pfister, Esq.
Samuel M. Kidder, Esq.
Nir Maoz, Esq.
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
mtuchin@ktbslaw.com
rpfister@ktbslaw.com
skidder@ktbslaw.com
nmaoz@ktbslaw.com
(*Pro Hac Vice* Pending)

*Counsel for Aylstock, Witkin, Kreis & Overholtz, PLLC*

| | |
|---|---|
| In re: | Case No.: 23-12825 (MBK) |
| LTL MANAGEMENT LLC,[1] | Chapter: 11 |
| Debtor. | Judge: Hon. Michael B. Kaplan |

**CERTIFICATION OF ROBERT J. PFISTER IN SUPPORT OF**
**APPLICATION FOR ADMISSION *PRO HAC VICE***

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

186261.1

I, Robert J. Pfister, hereby certify as follows:

1. I am an attorney with the law firm of KTBS Law LLP, 1801 Century Park East, 26th Floor, Los Angeles, CA 90067.

2. I make this certification in connection with my application to be admitted *pro hac vice* in the above-captioned case representing Aylstock, Witkin, Kreis & Overholtz, PLLC, pursuant to pursuant to D.N.J. LBR 2090-1.

3. I am a member in good standing of the bar of the State of Connecticut and have been since 2001. The roll of attorneys for the State of Connecticut is maintained at 30 Bank Street, New Britain, CT 06051.

4. I am a member in good standing of the bar of the State of Indiana and have been since 2002. The roll of attorneys for the State of Indiana is maintained at One Indiana Square, Suite 530, Indianapolis, IN 46204.

5. I am a member in good standing of the bar of the State of New York and have been since 2003. The roll of attorneys for the State of New York is maintained at 25 Beaver Street, New York, NY 10004.

6. I am a member in good standing of the bar of the State of California and have been since 2006. The roll of attorneys for the State of California is maintained at 180 Howard Street, San Francisco, CA 94105.

7. I am not under suspension or disbarment by any court.

8. I certify that I have no disciplinary proceeding pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

9. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers' Fund For Client Protection in accordance with New Jersey Court

186261.1

Rule 1:28-2(a), and will promptly make the payment for 2023 in connection with my admission *pro hac vice* before the U.S. Bankruptcy Court for the District of New Jersey in the related bankruptcy case, *In re: LTL Management LLC*, Case No. 23-12825.

10. I have familiarized myself with the Local Rules promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of this case.

11. I understand that if I am admitted *pro hac vice* to this Court, I am within its disciplinary jurisdiction and I voluntarily consent to the same and certify that I will abide with all rules, regulations and orders of this Court.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: May 15, 2023                   /s/ Robert J. Pfister
                                      Robert J. Pfister

186261.1