| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**OFFIT KURMAN, P.A.**<br>Paul J. Winterhalter, Esq. (006961986)<br>99 Wood Avenue South, Suite 302<br>Iselin, NJ 08830<br>Telephone: (267) 338-1370<br>Facsimile: (267) 338-1335<br>E-mail: pwinterhalter@offitkurman.com<br><br>**KTBS LAW LLP**<br>Michael L. Tuchin, Esq.<br>Robert J. Pfister, Esq.<br>Samuel M. Kidder, Esq.<br>Nir Maoz, Esq.<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 407-4000<br>Facsimile: (310) 407-9090<br>mtuchin@ktbslaw.com<br>rpfister@ktbslaw.com<br>skidder@ktbslaw.com<br>nmaoz@ktbslaw.com<br>(*Pro Hac Vice* Pending)<br><br>*Counsel for Aylstock, Witkin, Kreis & Overholtz, PLLC* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                    Debtor. | Case No.: 23-12825 (MBK)<br><br>Chapter: 11<br><br>Judge: Hon. Michael B. Kaplan |

### APPLICATION TO ADMIT SAMUEL M. KIDDER *PRO HAC VICE*

TO:    **PARTIES ON THE COURT'S ELECTRONIC MAIL NOTICE LIST**

        **PLEASE TAKE NOTICE** that pursuant to Rule 2090-1 of the District of New Jersey

Local Bankruptcy Rules, Samuel M. Kidder, counsel for Aylstock, Witkin, Kreis & Overholtz,

---

[1]  The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1

PLLC ("AWKO"), hereby makes the application before the United States Bankruptcy Court for the District of New Jersey, for the entry of an order admitting Samuel M. Kidder *pro hac vice* in the above-captioned case.

The undersigned relies upon the certification of Paul J. Winterhalter in support of this application.

The undersigned hereby requests that, in accordance with D.N.J. LBR 2090-1, if no objection to the application is filed within seven (7) days, the application be granted and the proposed form of order be entered.

DATED: May 15, 2023

                                        Respectfully submitted,

                                        **OFFIT KURMAN, P.A.**

                                        /s/ Paul J. Winterhalter
                                        Paul J. Winterhalter, Esq. (006961986)
                                        99 Wood Avenue South, Suite 302
                                        Iselin, NJ 08830
                                        Telephone: (267) 338-1370
                                        Facsimile: (267) 338-1335
                                        E-mail: pwinterhalter@offitkurman.com