| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**OFFIT KURMAN, P.A.**<br>Paul J. Winterhalter, Esq. (006961986)<br>99 Wood Avenue South, Suite 302<br>Iselin, NJ 08830<br>Telephone: (267) 338-1370<br>Facsimile: (267) 338-1335<br>E-mail: pwinterhalter@offitkurman.com<br><br>**KTBS LAW LLP**<br>Michael L. Tuchin, Esq.<br>Robert J. Pfister, Esq.<br>Samuel M. Kidder, Esq.<br>Nir Maoz, Esq.<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 407-4000<br>Facsimile: (310) 407-9090<br>mtuchin@ktbslaw.com<br>rpfister@ktbslaw.com<br>skidder@ktbslaw.com<br>nmaoz@ktbslaw.com<br>(*Pro Hac Vice* Pending)<br><br>*Counsel for Aylstock, Witkin, Kreis & Overholtz, PLLC* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>      Debtor. | Case No.: 23-12825 (MBK)<br><br>Chapter: 11<br><br>Judge: Hon. Michael B. Kaplan |

**CERTIFICATION OF PAUL J. WINTERHALTER IN SUPPORT OF**
**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* OF NIR MAOZ**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

I, Paul J. Winterhalter, hereby certify as follows:

1. I am a principal with the law firm of Offit Kurman, P.A., 99 Wood Avenue South, Suite 302, Iselin, NJ 08830.

2. I have been a member in good standing of the bar of the State of New Jersey since 1986 and a member in good standing of the bar of the United States District Court for the District of New Jersey since 1986.

3. I make this certification in support of the application of Nir Maoz to practice before this court *pro hac vice* pursuant to D.N.J. LBR 2090-1. The facts contained in the certification of Mr. Maoz are true and correct to the best of my knowledge, information, and belief.

4. I am co-counsel of record in this matter and will work closely with Mr. Maoz. As co-counsel of record, I understand that in the event that the Court grants this application, all notices, orders and pleadings shall be served upon me as local counsel, and I shall notify counsel of their receipt, and that only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees, or orders. I further understand that I will be held responsible for Mr. Maoz and the conduct of this case.

5. I certify that the foregoing statements are true to the best of my knowledge, information, and belief under penalty of perjury.

DATED: May 15, 2023                    /s/ Paul J. Winterhalter
                                        Paul J. Winterhalter