| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> **OFFIT KURMAN, P.A.** <br> Paul J. Winterhalter, Esq. (006961986) <br> 99 Wood Avenue South, Suite 302 <br> Iselin, NJ 08830 <br> Telephone: (267) 338-1370 <br> Facsimile: (267) 338-1335 <br> E-mail: pwinterhalter@offitkurman.com <br><br> **KTBS LAW LLP** <br> Michael L. Tuchin, Esq. <br> Robert J. Pfister, Esq. <br> Samuel M. Kidder, Esq. <br> Nir Maoz, Esq. <br> 1801 Century Park East, 26th Floor <br> Los Angeles, CA 90067 <br> Telephone: (310) 407-4000 <br> Facsimile: (310) 407-9090 <br> mtuchin@ktbslaw.com <br> rpfister@ktbslaw.com <br> skidder@ktbslaw.com <br> nmaoz@ktbslaw.com <br> (*Pro Hac Vice* Pending) <br><br> *Counsel for Aylstock, Witkin, Kreis & Overholtz, PLLC* | |
| In re: <br><br> LTL MANAGEMENT LLC,[1] <br><br>                  Debtor. | Case No.: 23-12825 (MBK) <br><br> Chapter: 11 <br><br> Judge: Hon. Michael B. Kaplan |

## CERTIFICATION OF NIR MAOZ IN SUPPORT OF
## APPLICATION FOR ADMISSION *PRO HAC VICE*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

186052.1

I, Nir Maoz, hereby certify as follows:

1. I am an attorney with the law firm of KTBS Law LLP, 1801 Century Park East, 26th Floor, Los Angeles, CA 90067.

2. I make this certification in connection with my application to be admitted *pro hac vice* in the above-captioned case representing Aylstock, Witkin, Kreis & Overholtz, PLLC, pursuant to pursuant to D.N.J. LBR 2090-1.

3. I am a member in good standing of the bar of the State of California and have been since 2019.  The roll of attorneys for the State of California is maintained at 180 Howard Street, San Francisco, CA 94105.

4. I am not under suspension or disbarment by any court.

5. I certify that I have no disciplinary proceeding pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

6. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers' Fund For Client Protection in accordance with New Jersey Court Rule 1:28-2(a), and will promptly make the payment for 2023 in connection with my admission *pro hac vice* before the U.S. Bankruptcy Court for the District of New Jersey in the related bankruptcy case, *In re: LTL Management LLC*, Case No. 23-12825.

7. I have familiarized myself with the Local Rules promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of this case.

8. I understand that if I am admitted *pro hac vice* to this Court, I am within its disciplinary jurisdiction and I voluntarily consent to the same and certify that I will abide with all rules, regulations and orders of this Court.

186052.1

I certify under penalty of perjury that the foregoing is true and correct.

DATED: May 15, 2023                             /s/ Nir Maoz
                                                Nir Maoz

186052.1