**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No. 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |
| | **Ref. Docket No. 562** |

## CERTIFICATE OF SERVICE

I, DIANE STREANY, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 22, 2023, I caused to be served the "Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals," dated May 22, 2023 [Docket No. 562], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BROWN RUDICK LLP | ATTN: JEFFREY L JONAS, SUNNI P BEVILLE ERIC R GOODMAN ONE FINANCIAL CENTER BOSTON MA 02111 |
| BROWN RUDNICK | ATTN DAVID J MOLTON, MICHAEL S WEINGRAD SUSAN SEIGER-GRIMM & KENNETH J AULET SEVEN TIME SQUARE NEW YORK NY 10036 |
| GENOVA BURNS LLC | ATTN: DANIEL M STOLC, DONALD W CLARK & GREGORY S KINOIAN 110 ALLEN ROAD, SUITE 304 BASKING RIDGE NJ 07920 |
| GEOFFREY B. GOMPERS, P.C. | ATTN GEOFFREY B GOMPERS 1515 MARKET STREET, STE 1650 PHILADELPHIA PA 19102 |
| MASSEY & GAIL LLP | ATTN: JONATHAN S MASSEY & RACHEL S MORSE 1000 MAINE AVE. SW, STUIE 450 WASHINGTON DC 20024 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LAUREN BIELSKIE & JEFFREY M SPONDER ONE NEWARK CENTER, STE 2100 NEWARK NJ 07102 |
| OTTERBOURG PC | ATTN: MELANIE L CYGANOWSKI & ADAM C SILVERSTEIN 230 PARK AVENUE NEW YORK NY 10169 |

**Total Creditor count  7**

**EXHIBIT B**

LTL MANAGEMENT LLC - Case No.: 23-12825 (MBK)
Email Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| LTL MANAGEMENT LLC | ATTN: JOHN K. KIM | jkim8@its.jnj.com |
| JONES DAY | ATTN: DAN B. PRIETO, AMANDA RUSH & MELINA N. BALES | dbpietro@jonesday.com; arush@jonesday.com; mbales@jonesday.com |
| WOLLMUTH MAHER & DEUTSCH LLP | ATTN: JAMES N. LAWLOR | jlawlor@wmd-law.com |
| U.S. TRUSTEE | ATTN: JEFFREY M. SPONDER & LAUREN BIELSKIE | jeffrey.m.sponder@usdoj.gov; lauren.bielskie@usdoj.gov |
| WHITE & CASE LLP | ATTN: JESSICA C. LAURIA | jessica.boelter@whitecase.com |
| BROWN RUDNICK LLP | ATTN DAVID J MOLTON | dmolton@brownrudnick.com |
| COLE SCHOTZ PC | ATTN: MICHAEL D SIROTA; WARREN A USATINE; SETH VAN AALTEN; JUSTIN ALBERTO | msirota@coleschotz.com; wusatine@coleschotz.com; svanaalten@coleschotz.com; jalberto@coleschotz.com |
| GENOVA BURNS LLC | ATTN DANIEL M STOLZ | dstolz@genovaburns.com |
| GENOVA BURNS LLC | ATTN: DONALD W. CLARKE | dclarke@genovaburns.com |
| OTTERBOURG P.C. | ATTN RICHARD G HADDAD & ADAM C SILVERSTEIN | rhaddad@otterbourg.com; asilverstein@otterbourg.com |
| PAUL HASTINGS LLP | ATTN KRIS HANSEN | krishansen@paulhastings.com |
| PAUL HASTINGS LLP | ATTN MATTHEW M MURPHY & MATTHEW MICHELI | mattmurphy@paulhastings.com; mattmicheli@paulhastings.com |
| WALSH PIZZI O'REILLY FALANGA | ATTN MARK FALK | randi@randiellis.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN ERICKA F. JOHNSON & LISA BITTLE TANCREDI | ericka.johnson@wbd-us.com; lisa.tancredi@wbd-us.com |
| ARCHER & GREINER, P.C. | ATTN: STEPHEN M. PACKMAN | spackman@archerlaw.com |
| BALLARD SPAHR LLP | ATTN TOBEY M DALUZ, LESLIE C HEILMAN & LAUREL D ROGLEN & MARGARET A VESPER | daluzt@ballardspahr.com; heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| CLYDE & CO US LLP | ATTN CLINTON E CAMERON & MEGHAN DALTON | clinton.cameron@clydeco.us; meghan.dalton@clydeco.us |
| CLYDE & CO US LLP | ATTN KONRAD R KREBS | konrad.krebs@clydeco.us |
| COHEN, PLACITELLA & ROTH PC | ATTN CHRISTOPHER M PLACITELLA ESQ | cplacitella@cprlaw.com |
| CROWELL & MORING LLP | ATTN ARLEN PYENSON | apyenson@crowell.com |
| CROWELL & MORING LLP | ATTN MARK D PLEVIN | mplevin@crowell.com |
| CROWELL & MORING LLP | ATTN TACIE H YOON | tyoon@crowell.com |
| DAVID CHRISTIAN ATTORNEYS LLC | ATTN DAVID CHRISTIAN, ESQ | dchristian@dca.law |
| DUANE MORRIS LLP | ATTN SOMMER L ROSS, ESQ | slross@duanemorris.com |
| DUANE MORRIS LLP | ATTN PHILIP R MATTHEWS, ESQ. | prmatthews@duanemorris.com |
| DUANE MORRIS LLP | ATTN JEFF D KAHANE, ESQ; RUSSELL W ROTTEN, ESQ; ANDREW E MINA, ESQ, NATHAN REINHARDT, ESQ | jkahane@duanemorris.com; rwroten@duanemorris.com; amina@duanemorris.com; nreinhardt@duanemorris.com |
| GERTLER LAW FIRM | ATTN HELEN H BABIN | hbabin@gertlerfirm.com |
| GIBBONS P.C. | ATTN ROBERT K MALONE & KYLE P MCEVILLY | rmalone@gibbonslaw.com; kmcevilly@gibbonslaw.com |
| GIMIGLIANO MAURIELLO & MALONEY | ATTN JOHN MALONEY, STEPHEN V GIMIGLIANO & ROBIN RABINOWITZ | jmaloney@lawgmm.com; sgimigliano@lawgmm.com; rrabinowitz@lawgmm.com |
| GREENBERG TRAURIG, LLP | ATTN ALAN J BRODY, ESQ | brodya@gtlaw.com |
| HALPERIN BATTAGLIA BENZIJA, LLP | ATTN ALAN D HAPERIN, ESQ, DONNA H LIEBERMAN, ESQ | ahalperin@halperinlaw.net; dlieberman@halperinlaw.net |
| JOHNSON & JOHNSON | ATTN ERIC HAAS, ESQ & ANDREW WHITE, ESQ | ehaas8@its.jnj.com; awhite23@its.jnj.com |
| LAW FIRM OF BRIAN W HOFMEISTER | ATTN BRIAN W HOFMEISTER, ESQ | bwh@hofmeisterfirm.com |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC | ATTN: MITCHELL MALZBERG, ESQ. | mmalzberg@mjmalzberglaw.com |
| LEVY KONIGSBERG, LLP | ATTN JEROME H BLOCK, ESQ | jblock@levylaw.com |
| LEVY KONIGSBERG, LLP | ATTN MOSHE MAIMON | mmaimon@levylaw.com |
| LEX NOVA LAW LLC | ATTN E RICHARD DRESSEL, ESQ | rdressel@lexnovalaw.com |
| LITE DEPALMA GREENBERG & AFANADOR, LLC | ATTN ALLEN J UNDERWOOD II, ESQ. | aunderwood@litedepalma.com |

| NAME | ATTN | EMAIL |
|---|---|---|
| LOWENSTEIN SANDLER LLP | ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR | krosen@lowenstein.com; mseymour@lowenstein.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | ATTN SUZANNE M RATCLIFFE & CLAYTON L THOMPSON | sratcliffe@mrhfmlaw.com; cthompson@mrhfmlaw.com |
| MCMANIMON SCOTLAND & BAUMANN, LLC | ATTN ANTHONY SODONO, III & SARI B PLACONA | splacona@msbnj.com; asodono@msbnj.com |
| MENDES & MOUNT LLP | ATTN EILEEN T MCCABE, STEPHEN TO ROBERTS | eileen.mccabe@mendes.com; stephen.roberts@mendes.com |
| MOTLEY RICE LLC | ATTN DANIEL R LAPINSKI | dlapinski@motleyrice.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN AUTUMN D HIGHSMITH, RACHEL R OBALDO | autumn.highsmith@oag.texas.gov; rachel.obaldo@oag.texas.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN LAURA DAVIS JONES, COLIN R ROBINSON, PETER J KEANE | ljones@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com |
| PARKINS & RUBIO LLP | ATTN LENARD M PARKINS & CHARLES M RUBIO | lparkins@parkinsrubio.com; crubio@parkinsrubio.com |
| PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN JOHN W WEISS | jweiss@pashmanstein.com |
| RAWLINGS & ASSOCIATES | ATTN MARK D FISCHER, ESQ & ROBERT C GRIFFITHS | mdf@rawlingsandassociates.com; rcg@rawlingsandassociates.com |
| REED SMITH LLP | ATTN DEREK J BAKER | dbaker@reedsmith.com |
| ROSS FELLER CASEY, LLP | ATTN BRIAN J MCCORMICK, JR | bmccormick@rossfellercasey.com |
| SAIBER LLC | ATTN: JOHN M. AUGUST, ESQ. | jaugust@saiber.com |
| SIMON GREENSTONE PANATIER PC | ATTN LEAH C KAGAN, ESQ. | lkagan@sgptrial.com |
| SIMPSON THACHER & BARTLETT LLP | ATTN ANDREW T FRANKEL | afrankel@stblaw.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN ALLISON M BROWN, ESQ. | allison.brown@skadden.com |
| THE KELLY FIRM, P.C. | ATTN: ANDREW J. KELLY | akelly@kbtlaw.com |
| THE SHAPIRO LAW FIRM | ATTN JANET A SHAPIRO | jshapiro@shapirolawfirm.com |
| TRIF & MODUGNO, LLC | ATTN LOUIS A MODUGNO | lmodugno@tm-firm.com |
| US DEPARTMENT OF JUSTICE | ATTN J ZACHARY BALASKO | john.z.balasko@usdoj.gov |
| US DEPARTMENT OF JUSTICE | ATTN BETHANY R THERIOT | bethany.theriot@usdoj.gov |
| WEITZ & LUXENBERG, PC | ATTN LISA NATHANSON BUSCH | lbusch@weitzlux.com |
| WEITZ & LUXENBERG, PC | ATTN PERRY WEITZ & LISA NATHANSON BUSCH | pw@weitzlux.com; lbusch@weitzlux.com |
| WHITE & CASE LLP | ATTN JESSICA C LAURIA, GLENN M KURTZ, R PASIANOTTO & GREGORY STARNER | jessica.lauria@whitecase.com; gkurtz@whitecase.com; ricardo.pasianotto@whitecase.com; gstarner@whitecase.com |
| WHITE & CASE LLP | ATTN MATTHEW E LINDER & LAURA E BACCASH | mlinder@whitecase.com; laura.baccash@whitecase.com |