## **EXHIBIT A**

Certified Statement of Paul E. Heath in Support of Application for Admission *Pro Hac Vice*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC,[1] | : | Case No. 23-12825 |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFIED STATEMENT OF PAUL E. HEATH
IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Paul E. Heath, in support of the *Application for Admission* Pro Hac Vice *of Paul E. Heath*

(the "Application"),[2] certifies as follows:

1.      My name is Paul E. Heath, and I am a partner of the law firm of Vinson & Elkins

LLP, with my office located at 845 Texas Avenue, Suite 4700, Houston, Texas 77002. My telephone

number is (713) 758-3313, and my facsimile number is (713) 615-5056. My e-mail address is

pheath@velaw.com.

2.      I have read the Application and understand the contents thereof. The matters and

statements alleged therein are true and correct to the best of my knowledge, information, and belief.

3.      I have been a member in good standing of the State Bar of Texas since 1987 and am

admitted to practice in the United States Courts of Appeals for the Fifth and Eleventh Circuits, as well

as the United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas.

4.      I have never been disbarred or suspended in any court in which I am admitted to

practice.

5.      I have not been the subject of disciplinary action by the bar or courts of any state.

---

[1]    The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George
Street, New Brunswick, New Jersey 08933.

[2]    Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

6.      I am experienced in bankruptcy matters and am familiar with the provisions of the

Bankruptcy Code and the Federal Rules of Bankruptcy Procedure. I have obtained a copy of the

Local Bankruptcy Rules and am generally familiar with such rules.

7.      I submit to the disciplinary jurisdiction of this Court for any alleged misconduct

which occurs in the course of this chapter 11 case.

8.      I further agree to pay all fees to the Clerk of the United States District Court for the

District of New Jersey and the Lawyers' Fund for Client Protection as provided in Rule 101.1 of

the Local Rules of the United States District Court for the District of New Jersey.

9.      I declare under the penalty of perjury that the foregoing is true and correct to the

best of my knowledge, information and belief.


Date: May 24, 2023                          */s/ Paul E. Heath*
                                            Paul E. Heath