# **EXHIBIT A**

Certified Statement of Matthew W. Moran in Support of Application for Admission *Pro Hac Vice*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC,[1] | : | Case No. 23-12825 |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFIED STATEMENT OF MATTHEW W. MORAN
IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Matthew W. Moran, in support of the *Application for Admission* Pro Hac Vice *of Matthew W. Moran* (the "Application"),[2] certifies as follows:

1. My name is Matthew W. Moran, and I am a partner of the law firm of Vinson & Elkins LLP, with my office located at 2001 Ross Avenue, Suite 3900, Dallas, Texas 75201. My telephone number is (214) 220-7723, and my facsimile number is (214) 999-7723. My e-mail address is mmoran@velaw.com.

2. I have read the Application and understand the contents thereof. The matters and statements alleged therein are true and correct to the best of my knowledge, information, and belief.

3. I have been a member in good standing of the State Bar of Texas since 1997 and am admitted to practice in the United States Supreme Court, the United States Courts of Appeals for the Federal, Fifth, and Eleventh Circuits, as well as the United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas.

4. I have never been disbarred or suspended in any court in which I am admitted to practice.

5. I have not been the subject of disciplinary action by the bar or courts of any state.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

4875-6966-3076v.2

6. I am experienced in bankruptcy matters and am familiar with the provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such rules.

7. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of this chapter 11 case.

8. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyers' Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

9. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: May 24, 2023        */s/ Matthew W. Moran*
                                                      Matthew W. Moran