# TAUTFEST BOND

FILED
JEANNE A. NAUGHTON, CLERK

MAY 22 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

RECEIVED
MAY 22 2023

RECEIVED
MAY 22 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

May 18, 2023

**Via First Class Mail**
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

*Re: Attorney Change of Address for case no. 23-12825 (MBK)*

Dear Sir/Madam,

This letter is to notify you of a change in our mailing address.

Our old address was:

5151 Belt Line Rd., Suite 1000 Dallas, TX 75206

Our new address is:

5473 Blair Rd., Suite 2000 Dallas, TX 75231

Please change your records accordingly and direct all future correspondence to the new address above. I am able to be reached at 214-617-9980 should you have any questions or need any additional information.

Thanks in advance!

Sincerely,

Monte Bond Esq.

$0.600
US POSTAGE
FIRST-CLASS
062S0009950047
FROM 75231

NORTH TEXAS TX 750

18 MAY 2023 PM 7 L

RECEIVED

MAY 22 2023

AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ
M

TAUTFES**T**B**OND**
PLLC

5473 BLAIR ROAD, STE 2000, DALLAS, TEXAS 75231

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

08608-150798