| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel for the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Special Counsel for the Official Committee of Talc Claimants* |
| In re:<br><br>**LTL MANAGEMENT LLC**,[1]<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the Appellant(s)**

1. **Names(s) of appellant(s):** The Official Committee of Talc Claimants.

2. **Position of appellant(s) in the bankruptcy case that is the subject of this appeal:** Appellant is an official committee of tort claimants in the underlying bankruptcy case. Appellant is also an interested party and an objector with respect to the Debtor's *Motion for an Order Appointing Randi S. Ellis as Legal Representative for Future Talc Claimants* (Dkt. No. 87).

**Part 2: Identify the subject of this appeal**

1. **Describe the judgment, order, or decree appealed from:** Appellant, pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001(a), hereby gives notice of appeal to the United States District Court for the District of New Jersey from each and every part of the *Order Appointing Randi S. Ellis as Legal Representative for Future Talc Claimants* (Dkt. 551) (the "Order", annexed hereto as **Exhibit A**), entered by the United States Bankruptcy Court for the District of New Jersey.

2. **State the date on which the judgment, order, or decree was entered:** The Order was entered on May 18, 2023.

**Part 3: Identify the other parties to the appeal:**

**List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:**

| Party | Attorneys |
|---|---|
| Appellant: the Official Committee of Talc Claimants | **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com |

|  | 110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br><br>**BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>Eric G. Goodman, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel : (212) 209-4800<br>Fax : (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Shari I. Dwoskin, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>sdwoskin@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br><br>**OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Richard G. Haddad, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>rhaddad@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104 |

| | |
|---|---|
| | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467 |
| Appellee: LTL Management, LLC | **WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>pdefilippo@wmd-law.com<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel: (212) 382-3300<br>Fax: (212) 382-0050<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>2727 N. Harwood Street<br>Dallas, TX 75201<br>Tel: (214) 220-3939<br>Fax: (214) 969-5100 |
| Interested Party: Randi S. Ellis, Esq. | **WALSH PIZZI O'REILLY FALANGA LLP**<br>Mark Falk, Esq.<br>Stephen Falanga, Esq.<br>Liza M. Walsh, Esq.<br>mfalk@walsh.law<br>sfalanga@walsh.law<br>lwalsh@walsh.law<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>Tel: (973) 757-1100<br>Fax: (973) 757-1090 |

| | |
|---|---|
| Interested party/objector: Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch | **LEVY KONIGSBERG, LLP**<br>Jerome H. Block<br>jblock@levylaw.com<br>605 Third Avenue, 33rd FL<br>New York, NY 10158<br>Tel: (212) 605-6200<br>Fax: (212) 605-6290<br><br>**THE RUCKDESCHEL LAW FIRM, LLC**<br>Jonathan Ruckdeschel<br>ruck@rucklawfirm.com<br>8357 Main Street<br>Ellicott City, Maryland 21043<br>Tel: (410) 750-7825<br>Fax: (443) 583-0430 |
| Interested party/objector: Mesothelioma Plaintiff Katherine Tollefson and Certain Mesothelioma Plaintiffs | **MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**<br>Clayton L. Thompson, Esq.<br>Suzanne M. Ratcliffe, Esq.<br>cthompson@mrhfmlaw.com<br>sratcliffe@mrhfmlaw.com<br>150 West 30th Street, Suite 201<br>New York, NY 10001<br>Tel: (800) 358-5922 |
| Interested party/objector: United States Trustee | **THE OFFICE OF THE UNITED STATES TRUSTEE, ANDREW R. VARA, UNITED STATES TRUSTEE, REGIONS 3 & 9**<br>Jeffrey M. Sponder, Esq.<br>Lauren Bielskie, Esq.<br>Linda Richenderfer, Esq.<br>jeffrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.gov<br>linda.richenderfer@usdoj.gov<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Tel: (973) 645-3014<br>Fax: (973) 645-5993 |

**Part 4: Not Applicable (No BAP in this District)**

**Part 5: Signature**

Dated:  May 25, 2023                                    */s/  Daniel M. Stolz*
                                                         Daniel M. Stolz, Esq.
                                                         GENOVA BURNS LLC
                                                         110 Allen Rd., Suite 304
                                                         Basking Ridge, NJ 07920
                                                         Telephone: (973) 230-2095
                                                         Email: DStolz@genovaburns.com

                                                         *Proposed Local Counsel to the Official*
                                                         *Committee of Talc Claimants*