**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
msirota@coleschotz.com
Warren A. Usatine, Esq.
wusatine@coleschotz.com
Seth Van Aalten, Esq.
svanaalten@coleschotz.com
Justin R. Alberto, Esq.
jalberto@coleschotz.com

*Counsel to Ad Hoc Group of Supporting Counsel*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LTL Management, LLC, | Case No. 23-12825 (MBK) |
| Debtor.[2] | |

### CERTIFICATION OF WILLIAM K. WHITNER IN SUPPORT OF
### APPLICATION FOR *PRO HAC VICE* ADMISSION OF WILLIAM K. WHITNER

William K. Whitner, of full age, hereby certifies as follows:

1.      I am an attorney-at-law duly admitted to practice before the courts of the State of

Georgia, and a partner in the firm of Paul Hastings LLP, counsel for the Ad Hoc Group of

Supporting Counsel (the "Ad Hoc Group").  I submit this Certification in support of the

accompanying Application for my admission *pro hac vice*.

---

[2]    The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501
George Street, New Brunswick, New Jersey 08933

2.      I am admitted to practice in the following courts:

| Court | Date of Admission |
|---|---|
| Georgia State Court | 11/25/1996 |
| Eleventh Circuit Court of Appeals | 6/24/2010 |
| First Circuit Court of Appeals | 8/15/2017 |
| Georgia Court of Appeals | 5/7/1997 |
| Georgia Supreme Court | 1/8/2009 |
| Superior Court of the State of Georgia | 11/25/1996 |
| U.S. District Court ND, Georgia | 11/24/1997 |
| U.S. District Court ND, Florida | 6/22/2012 |

3.      I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended, or disciplined by any court or administrative body.

4.      The Ad Hoc Group filed the within Application for the Professional Corporation's *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to its interests.  If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

5.      I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Michael D. Sirota, Esq.

6.      For the foregoing reasons, I respectfully request the Professional Corporation's application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.


/s/ William K. Whitner
William K. Whitner
**PAUL HASTINGS LLP**
1170 Peachtree Street N.E., Suite 100
Atlanta, Georgia 30309
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
Email: kwhitner@paulhastings.com

DATED: May 26, 2023