**EXHIBIT 12**

**SUPERIOR COURT OF NEW JERSEY**

CHAMBERS OF
**ANA C. VISCOMI, J.S.C.**
JUDGE



MIDDLESEX COUNTY COURT HOUSE
P.O. BOX 964
New Brunswick, New Jersey 08903-0964

April 26, 2023

<u>*Via E-Mail*</u>
**TO:** All plaintiffs' counsel who have J & J Talc matters venued in Middlesex County

**RE:** Scheduling of cases for case management and trial

Dear Counsel:

The court is in receipt of U.S. Bankruptcy Judge Michael Kaplan's ruling in connection with the matter pending before him. As the court understands the ruling, no cases may be scheduled to proceed to trial any earlier than June 20, 2023, absent any further ruling.

The court is now in receipt of a motion to consolidate approximately 22 cases for trial. As counsel who attended the recent NJ asbestos seminar are aware, I authorized the Special Master to advise that the court would schedule a meeting for all talc meso plaintiffs' counsel and J & J counsel, when and if, the injunction was lifted, and the bankruptcy case was dismissed. As counsel are also aware, the court has historically *sua sponte*, consolidated cases. Therefore, motions to consolidate cases being filed by every plaintiff's law firm only delay the court's consideration of the issue. The court at this juncture would request the law firm that has filed the motion to withdraw it without prejudice and request that no motions to consolidate J & J cases be filed at this time.

However, the court would request all plaintiffs' counsel send the following information to the court with a copy to J & J counsel within 2 weeks; May 10, 2023. Please organize this information in a chart format. With regard to any and all cases for which J & J (and related/affiliated entities) is the **ONLY** defendant, please identify:

1. Name of case and docket number
2. Specific disease; i.e., pleural mesothelioma or peritoneal mesothelioma
3. Living or deceased
4. Alleged years of exposure in connection with a specific powder product
5. State or states of residences
6. Other alternate alleged exposure(s)
7. Brief statement as to status of discovery to include whether a case management conference or conferences have been held; identification of any depositions that have been completed; identification of all experts and date by which reports have been served.

Counsel for J & J should likewise respond as to status of discovery within two weeks (May 24, 2023) of receipt of this information.

Once I review this information, I will proceed forward with appropriate consolidations, **if** the bankruptcy case is dismissed. I will also schedule a meeting within two weeks if the bankruptcy case is dismissed. My trial calendar is presently set through the early Fall and even assuming resolutions of those cases, I would not be scheduling a J & J trial before July 31, 2023.

Special Master Dzikiewicz will consider any applications for recommendations for *de bene esse* depositions and conduct individual case management conferences as requested.

Thank you for your attention to this matter. Your anticipated cooperation is greatly appreciated.

                    Very truly yours,

                    */s/ Ana C. Viscomi*
                    ANA C. VISCOMI, J.S.C.

ACV/lj
cc:    John C. Garde, Esq.
       Agatha Dzikiewicz, Esq., Special Master