UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: krosen@lowenstein.com
E-mail: mseymour@lowenstein.com
-and-

**WHITE & CASE LLP**
Jessica C. Lauria, Esq.
Gregory Starner, Esq.
Joshua D. Weedman, Esq.
Samuel P. Hershey, Esq.
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
E-mail: jessica.lauria@whitecase.com
E-mail: gstarner@whitecase.com
E-mail: jweedman@whitecase.com
E-mail: sam.hershey@whitecase.com

**WHITE & CASE LLP**
Matthew E. Linder, Esq.
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
E-mail: mlinder@whitecase.com

*Co-Counsel to Johnson & Johnson and Johnson & Johnson
Holdco (NA) Inc*



Order Filed on May 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | Case No.: | 23-12825 (MBK) |
| | Chapter: | 11 |
| LTL MANAGEMENT LLC,[1] | Judge: | Michael B. Kaplan |
| Debtor. | | |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) through four (4) is hereby

**ORDERED**.

**DATED: May 25, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of Johnson & Johnson ("J&J"), and Johnson & Johnson

Holdco (NA) Inc. ("Holdco") (together, the "J&J Parties") for a reduction of time for a hearing

on the *J&J Parties' (I) Motion For Entry of A Protective Order; and (II) Motion to File*

*Confidential Exhibit Under Seal* under Fed. R. Bankr. P. 9006(c)(1), it is

**ORDERED** as follows:

1.      A hearing will be conducted on the matter on **May 30, 2023 at 11:30 a.m.** in the

United States Bankruptcy Court, for the District of New Jersey, U.S. Courthouse, 402 East State

Street, Trenton, New Jersey 08608, Courtroom No. 8.

2.      The Applicants must serve a copy of this Order, and all related documents, on the

following parties: TCC, the Debtor, by ☐ each, ☑ any of the following methods selected by the

Court:

☐ fax,  ☐ overnight mail, ☐ regular mail, ☑ e-mail, ☐ hand delivery.

3.      The Applicants must also serve a copy of this Order, and all related documents,

on the following parties: Debtor, the TCC, and any party who filed a Motion to Dismiss by ☐ each,

☑ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail, ☐ regular mail, ☑ e-mail, ☐ hand delivery.

4.      Service must be made:

☐ on the same day as the date of this Order, or

☑ within __1__ day(s) of the date of this Order.

5.      Notice by telephone:

☑ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6.    A *Certification of Service* must be filed prior to the hearing date.

7.    Any objection to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☑ may be presented orally at the hearing.

8.    The hearing will be conducted remotely via Zoom.  Virtual Appearances are required to prosecute said motion/application and any objections.

Parties may register with the Court to participate remotely by submitting an email to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and who they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction. The Zoom link for observational purposes is available on the Courts website.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 23-12825-MBK

LTL Management LLC                                                                         Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | May 25 2023 21:25:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023                    Signature:      /s/Gustava Winters