UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              :    Case no.:          _____
                                                    :
                                                    :    Chapter:           _____
                                                    :
            Debtor(s)                               :    Adv. Pro. No.: _____
_____:

**CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL**

　　　　I _____, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

　　　　On _____ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated _____ was filed.

　　　　A copy of the appeal was served on the following parties on _____.

| **Name of Party (relationship to appeal)** | **Address of Party** | **Method of Service** |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| | | ❑ Notice of Electronic Filing (NEF)<br>❑ U. S. Mail |
| | | ❑ Notice of Electronic Filing (NEF)<br>❑ U. S. Mail |
| | | ❑ Notice of Electronic Filing (NEF)<br>❑ U. S. Mail |
| | | ❑ Notice of Electronic Filing (NEF)<br>❑ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: _____        By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

*rev. 1/13/17*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 23-12825
LTL Management LLC :
: Chapter: 11
:
Debtor(s) : Adv. Pro. No.:
:

## CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I _Wendy Quiles_, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On _May 26, 2023_ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated _May 18, 2023_ was filed.

A copy of the appeal was served on the following parties on _May 30, 2023_.

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| Clayton L. Thompson, Esq., Interested party/objector: Mesothelioma Plaintiff Katherine Tollefson and Certain Mesothelioma | 150 West 30th Street, Suite 201 New York, NY 10001 | ☒ Notice of Electronic Filing (NEF) ☐ U. S. Mail |
| | | ☐ Notice of Electronic Filing (NEF) ☐ U. S. Mail |
| | | ☐ Notice of Electronic Filing (NEF) ☐ U. S. Mail |
| | | ☒ Notice of Electronic Filing (NEF) ☐ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: May 30, 2023    By: Wendy Quiles
                          Deputy Clerk

*rev. 1/13/17*