**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Email: krosen@lowenstein.com

**WHITE & CASE LLP**
Jessica C. Lauria, Esq.
Gregory Starner, Esq.
Joshua D. Weedman, Esq.
Samuel P. Hershey, Esq.
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email:  jessica.lauria@whitecase.com
  gstarner@whitecase.com
  jweedman@whitecase.com
  sam.hershey@whitecase.com

**WHITE & CASE LLP**
Matthew E. Linder, Esq.
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mlinder@whitecase.com

*Co-Counsel to Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc.*

| | |
|---|---|
| In re | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No. 23-12825 (MBK) |
| Debtor. | Honorable Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1. I, Mary E. Seymour, pursuant to 28 U.S.C. § 1746, certify as follows:

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

14602/31
05/30/2023 **213815755.1**

☒ Lowenstein Sandler LLP represents Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. in this matter.

☐ I am a paralegal employed by the law firm of Lowenstein Sandler LLP, counsel to _____ in the above-captioned case.

☐ I am the _____ in this case and am representing myself.

2. On May 29, 2023, the following document was electronically filed with the Court, using the Court's Electronic Filing System and served via the court's CM/ECF system on the parties that have consented to electronic service of all court filings:

(i) *J&J Parties' Reply In Support Of Motion For Entry Of A Protective Order* [Docket No. 629].

3. Also on May 29, 2023, I caused the foregoing document to be served on the parties listed on **Exhibit A** in the manner set forth therein.

I certify under penalty of perjury that the above-referenced document was sent using the mode of service indicated.

Date:  May 30, 2023                     */s/ Mary E. Seymour*
                                        Mary E. Seymour

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lauren Bielskie<br>Jeffrey M. Sponder<br>OFFICE OF THE UNITED STATES TRUSTEE<br>District of New Jersey<br>One Newark Center - Suite 2100<br>Newark, NJ 07102<br>E-mail: Lauren.Bielskie@usdoj.gov<br>E-mail: jeffrey.sponder@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel Stolz<br>Donald W Clarke<br>Greg Kinonian<br>GENOVA BURNS LLC<br>110 Allen Road<br>Ste 304<br>Basking Ridge, NJ 07920<br>973-467-2700<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com | Counsel to Ad Hoc Committee of Certain Talc Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| David J. Molton<br>Michael S. Winograd<br>Susan Sieger-Grimm<br>Kenneth Aulet<br>Jeffrey Jonas<br>Sunni Beville<br>Eric Goodman<br>BROWN RUDNICK LLP<br>7 Times Square<br>4th Floor<br>New York, NY 10036<br>(212) 209-4800<br>(212) 209-4801 (fax)<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>kaulet@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com | Counsel to Ad Hoc Committee of Certain Talc Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert K. Malone<br>David N. Crapo<br>Kyle P. McEvilly<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102<br>(973) 596-4500<br>rmalone@gibbonslaw.com<br>dcrapo@gibbonslaw.com<br>kmcevilly@gibbonslaw.com | Counsel to the States of New Mexico and Mississippi | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Laura Davis Jones<br>Colin R. Robinson<br>Peter J. Keane<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>crobinson@pszjlaw.com<br>pkeane@pszjlaw.com | Counsel to Arnold & Itkin LLP | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Clayton L. Thompson<br>Suzanne Ratcliffe<br>MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC<br>150 W. 30th Street, Suite 201<br>New York, NY 10001<br>cthompson@mrhmflaw.com<br>sratcliffe@mrhfmlaw.com | Counsel to MRHFM'S PLAINTIFFS' | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Leah C. Kagan<br>SIMON GREENSTONE PANATIER, PC<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270<br>lkagan@sgptrial.com | Counsel to Various Mesothelioma Talc Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ericka F. Johnson<br>Lisa Bittle Tancredi<br>WOMBLE BOND DICKINSON (US) LLP<br>1313 N. Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Email: ericka.johnson@wbd-us.com<br>Email: lisa.tancredi@wbd-us.com | Counsel to Ad Hoc Committee of States | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Melanie L Cyganowski<br>Jennifer Feeney<br>Michael Maizel<br>OTTERBOURG P.C.<br>230 Park Avenue<br>New York, NY 10169<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com | Counsel to Ad Hoc Committee of Certain Talc Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Moshe Maimon<br>LEVY KONIGSBERG, LLP<br>605 Third Avenue, 33rd FL<br>New York, NY 10158<br>Email: mmaimon@levylaw.com | Counsel to Talc Claimant Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jonathan Ruckdeschel<br>THE RUCKDESCHEL LAW FIRM, LLC<br>8357 Main Street<br>Ellicott City, Maryland 21043<br>Email: ruck@rucklawfirm.com | Counsel to Talc Claimant Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony Sodono, III<br>Sari B. Placona<br>McMANIMON, SCOTLAND & BAUMANN, LLC<br>75 Livingston Avenue, Ste. 201<br>Roseland, NJ 07068<br>asodono@msbnj.com<br>splacona@msbnj.com | Counsel to Claimants Represented by Barnes Law Group, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>MASSEY & GAIL LLP<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>jmassey@masseygail.com<br>rmorse@masseygail.com | Special Counsel to the Official Committee of Talc Claimants | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| E. Richard Dressel, Esquire<br>LEX NOVA LAW LLC<br>10 E. Stow Road, Suite 250<br>Marlton, NJ 08053<br>rdressel@lexnovalaw.com | Counsel to Claimant Evan Plotkin | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kathryn Byrne<br>COONEY& CONWAY<br>120 N Lasalle Street, Suite 3000<br>Chicago, IL 60602<br>kbyrne@cooneyconway.com | Counsel to Giovanni Sosa | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| J. Bradley Smith, Esq.<br>DEAN OMAR BRANHAM SHIRLEY, LLP<br>302 N. Market Road<br>Suite 300<br>Dallas, Texas 75202<br>Bsmith@dobslegal.com | Counsel to Evan Plotkin | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |