**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

In re:

LTL MANAGEMENT LLC,[1]

           Debtor.

Chapter 11

Case No.:  23-12825 (MBK)

Judge:  Michael B. Kaplan

**Hearing Date and Time**:
Pursuant to OST

## DECLARATION OF DAVID S. TORBORG

I, David S. Torborg, hereby declare under penalty of perjury:

1.      I am a partner of the law firm of Jones Day, and my office is located at 51 Louisiana Avenue, N.W., Washington, D.C. 20001.  I am a member in good standing of the

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Bar of the District of Columbia.  My application to appear pro hac vice in this case has been granted by this Court.  There are no disciplinary proceedings pending against me.

2. I submit this declaration in connection with the *Debtor's Omnibus Motion to Compel Identified Plaintiff Firms to Supplement Certain Responses to Debtor's Interrogatories and Requests for Production* filed contemporaneously herewith.  I have personal knowledge of the matters set forth herein.

3. Pursuant to Local Bankruptcy Rule 7037-1, on the 25th day of May 2023, counsel for the Debtor sent emails to each of the Plaintiff Firms offering a compromise and inviting the firms to engage in a meet and confer.  To date, none of the Plaintiff Firms have responded to an invitation to engage in a meet and confer.

4. Attached hereto as **Exhibit A** is a true and correct copy of the *Debtor's First Set of Interrogatories to Arnold & Itkin LLP and Arnold & Itkin LLP Acting for Arnold & Itkin Talc Claimants*.

5. Attached hereto as **Exhibit B** is a true and correct copy of *Debtor's First Set of Requests for Production of Documents to Arnold & Itkin LLP*.

6. Attached hereto as **Exhibit C** is a true and correct copy of the *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* directed to Levy Konigsberg LLP.

7. Attached hereto as **Exhibit D** is a true and correct copy of *Response of Levy Konigsberg LLP to Subpoena*.

8. Attached hereto as **Exhibit E** is a true and correct copy of Beasley Allen's (1) *Responses and Objections to the Debtor's First Set of Interrogatories to the Beasley Allen Law Firm and Beasley Allen Law Firm Acting for Beasley Allen Talc Claimants* and (2)

*Responses and Objections to the First Set of Requests for Production of Documents and to the May 10, 2023, Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case to the Beasley Allen Law Firm.*

9. Attached hereto as **Exhibit F** is a true and correct copy of Arnold & Itkin's (1) *Arnold & Itkin LLP's Responses and Objections to First Set of Requests for Production of Documents* and (2) *Responses and Objections to First Set of Interrogatories to Arnold & Itkin LLP and Arnold & Itkin LLP Acting for Arnold & Itkin Talc Claimants*.

10. Attached hereto as **Exhibit G** is a true and correct copy of Ashcraft & Gerel's *Responses and Objections to the Debtor's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (Or Adversary Proceeding)*.

11. Attached hereto as **Exhibit H** is a true and correct copy of Barnes Law Group's (1) *Responses and Objections to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (Or Adversary Proceeding)* and (2) *Supplemental Response and Objections to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)*.

12. Attached hereto as **Exhibit I** is a true and correct copy of Dean Omar's (1) *Response of Dean Omar Branham Shirley, LLP to Subpoena*, (2) *Response of Dean Omar Branham Shirley, LLP to Debtor's First Set of Requests for Production of Documents*, and (3) *Response of Dean Omar Branham Shirley, LLP to Debtor's First Set of Interrogatories to Dean Omar Branham Shirley, LLP and Dean Omar Branham Shirley, LLP Acting for Dean Omar Talc Claimants*.

13. Attached hereto as **Exhibit J** is a true and correct copy of *Kazan, McClain, Satterley & Greenwood's Responses to Debtor's First Set of Interrogatories and Request for Production*.

14. Attached hereto as **Exhibit K** is a true and correct copy of Ruckdeschel's (1) *Objections and Responses of the Ruckdeschel Law Firm, LLC to the Discovery Requests Improperly Served Upon it by the Debtor* and (2) letter in response to the Debtor's deficiency letter.

15. Attached hereto as **Exhibit L** is a true and correct copy of the Debtor's May 22, 2023 letter to Levy Konigsberg with the subject line: "In re LTL Management, LLC, Case No. 23-12825 (MBK) – Discovery Deficiency".

16. Attached hereto as **Exhibit M** is a true and correct copy of the May 25, 2023 email from Debtor's counsel to Kazan, McClain, Satterley & Greenwood proposing a compromise that requests the three categories of information identified in the *Motion to Compel*.

17. Attached hereto as **Exhibit N** is a true and correct copy of the May 25, 2023 email from Clay Thompson (Maune Raichle Hartley French & Mudd, LLC) to Debtor's counsel in response to Debtor's counsel's May 25, 2023 compromise email.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 30, 2023
      Washington, D.C.

Respectfully submitted,

*/s/ David S. Torborg*
David S. Torborg