**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

In re:

LTL MANAGEMENT LLC,[1]

        Debtor.

Chapter 11

Case No.: 23-12825 (MBK)

Judge: Michael B. Kaplan

**Hearing Date and Time**:
Pursuant to OST

**ORDER GRANTING DEBTOR'S OMNIBUS MOTION TO COMPEL
IDENTIFIED PLAINTIFF FIRMS TO SUPPLEMENT CERTAIN RESPONSES
TO DEBTOR'S INTERROGATORIES AND REQUESTS FOR PRODUCTION**

The relief set forth on the following pages is hereby **ORDERED**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor:  LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order Granting Debtor's Omnibus Motion to Compel Identified Plaintiff Firms to Supplement Certain Responses to Debtor's Interrogatories and Requests for Production

This matter coming before the Court on the *Debtor's Omnibus Motion to Compel Identified Plaintiff Firms to Supplement Certain Responses to Debtor's Interrogatories and Requests for Production* (the "Motion"),[2] filed by the debtor in the above-captioned case (the "Debtor"), pursuant to Civil Rule 37(a)(3)(B), made applicable to this contested matter by Bankruptcy Rule 9014, and Local Bankruptcy Rule 7037-1; the Court having reviewed the Motion and having heard the statements of counsel with respect to the Motion at a hearing before the Court (the "Hearing"); the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iv) notice of the Motion and the Hearing was sufficient under the circumstances and no further notice is necessary, and (v) the relief requested in the Motion is in the best interests of the Debtor, its estate and its creditors; and after due deliberation, the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT**:

1.  The Motion is **GRANTED**.

2.  Plaintiff Firms (1) Arnold & Itkin, (2) Dean Omar Branham Shirley, LLP, (3) Kazan McClain, Satterley & Greenwood PLC, and (4) Levy

---

[2]  Capitalized terms not otherwise defined herein have the meanings given to them in the Motion. Requests for Production shall mean the requests as directed to the Plaintiff Firms via either the Debtor's Requests for Production, if applicable, or the Subpoenas.

(Page 3)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption: Order Granting Debtor's Omnibus Motion to Compel Identified Plaintiff Firms to Supplement Certain Responses to Debtor's Interrogatories and Requests for Production

Konigsberg LLP must supplement their responses to provide complete responses to Interrogatory No. 1.

3. Plaintiff Firms (1) Arnold & Itkin, (2) Ashcraft & Gerel, LLP, (3) Barnes Law Group, LLC , (4) Dean Omar Branham Shirley, LLP, (5) Kazan McClain, Satterley & Greenwood PLC, (6) Levy Konigsberg LLP, and (7) Weitz & Luxenberg, P.C. must supplement their responses to provide complete responses to Requests for Production No. 1.

4. Plaintiff Firms (1) Arnold & Itkin LLP, (2) Ashcraft & Gerel, LLP, (3) Dean Omar Branham Shirley, LLP, (4) Kazan McClain, Satterley & Greenwood PLC, (5) Levy Konigsberg LLP (6) The Ruckdeschel Law Firm, and (7) Weitz & Luxenberg, P.C. must supplement their responses to provide complete responses to Request for Production No. 13.

5. Plaintiff Firms (1) Arnold & Itkin, (2) Ashcraft & Gerel, LLP, (3) Barnes Law Group, LLC, (4) Beasley Allen Law Firm, (5) Dean Omar Branham Shirley, LLP, (6) Kazan McClain, Satterley & Greenwood PLC, (7) Levy Konigsberg LLP, (8) The Ruckdeschel Law Firm, and (9) Weitz & Luxenberg, P.C. must supplement their responses to provide complete responses to Requests for Production No. 15.

6. The requirement set forth in D.N.J. LBR 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

(Page 4)
Debtor:  LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order Granting Debtor's Omnibus Motion to Compel Identified Plaintiff Firms to Supplement Certain Responses to Debtor's Interrogatories and Requests for Production

7. The Court shall retain jurisdiction over all matters arising out of or related to the implementation, interpretation or enforcement of this Order.