The Ruckdeschel Law Firm, LLC
8357 Main Street
Ellicott City, Maryland 21043
Telephone: (410) 750.7825
Facsimile: (443) 583.0430

June 2, 2023

**Via CM/ECF**
U.S. Bankruptcy Court for the
    District of New Jersey
402 East State Street
Trenton, NJ 08608

    Re*:*    In re: LTL Management, LLC; Case No. 23-12825 (MBK)

Dear Judge Kaplan:

    As you are familiar, I have been admitted *pro hac vice* in the above-referenced matter before Your Honor as counsel for Paul Crouch, individually and as executor *as prosequendum* of the Estate of Cynthia Lorraine Crouch.

    Despite the fact that The Ruckdeschel Law Firm, LLC, is not a party or claimant in this proceeding, the Debtor served my law firm with a Subpoena, propounded discovery and subsequently filed an Omnibus Motion to Compel (Doc. 638). Because the ECF e-filing system only allows the filing of materials under the log in for counsel for Mr. Crouch, I provide this letter as clarification.

    The Ruckdeschel Law Firm, LLC attaches hereto its Opposition to the Debtor's Omnibus Motion to Compel (Doc. 638). As my firm is not a party to the pending matter, this Opposition is being e-filed as counsel for Paul Crouch, individually and as executor *as prosequendum* of the Estate of Cynthia Lorraine Crouch as a matter of administrative convenience. The attached Opposition is that of The Ruckdeschel Law Firm, LLC and *not* in its capacity as counsel for Mr. Crouch or on behalf of Mr. Crouch.

    If Your Honor should have any additional questions or require any additional clarification on these procedural matters, please let us know.

                Respectfully yours,

                */s/ Jonathan Ruckdeschel*

                Jonathan Ruckdeschel

Enclosure
cc:    All Counsel of Record (via CM/ECF)
       Judge Kaplan's Chambers (via email: chambers_of_mbk@njb.uscourts.gov)