UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
           crobinson@pszjlaw.com
           pkeane@pszjlaw.com

*Counsel to Arnold & Itkin LLP*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23-13359 (MBK) |
| Debtor. | |

## APPLICATION FOR *PRO HAC VICE* ADMISSION OF JOHN A. MORRIS, ESQ.

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules for the United States Bankruptcy Court for the District of New Jersey, the undersigned hereby seeks entry of an Order granting the admission of *pro hac vice* of John A. Morris, Esq. of the law firm of Pachulski Stang Ziehl & Jones LLP, to represent Arnold & Itkin LLP ("Arnold & Itkin"), on behalf of certain personal injury claimants represented by Arnold & Itkin (the "Arnold & Itkin Plaintiffs") before this Court in connection with the above-captioned chapter 11 case.

In support of this Application, the undersigned submits the attached Certification of John A. Morris, Esq. and requests that the proposed form of order submitted herewith be entered.  The

undersigned certifies that he is admitted, practicing and a member in good standing with the Bar of the State of New Jersey and is admitted to practice before the United States District Court for the District of New Jersey.

Dated: June 1, 2023

                                          **PACHULSKI STANG ZIEHL & JONES LLP**

                                          */s/ Colin R. Robinson*
                                          Colin R. Robinson (NJ Bar No. 025352001)
                                          919 N. Market Street, 17th Floor
                                          Wilmington, DE  19801
                                          Telephone:  (302) 652-4100
                                          Facsimile:  (302) 652-4400
                                          Email:  crobinson@pszjlaw.com

                                          *Counsel to Arnold & Itkin LLP*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
         crobinson@pszjlaw.com
         pkeane@pszjlaw.com

*Counsel to Arnold & Itkin LLP*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23-13359 (MBK) |
| Debtor. | |

## CERTIFICATION OF JOHN A. MORRIS, ESQ. IN SUPPORT OF APPLICATION FOR ORDER FOR ADMISSION PRO HAC VICE

I, John A. Morris, Esq. hereby certify and states as follows:

1.     I am an attorney with the law firm of Pachulski Stang Ziehl & Jones LLP.  I maintain my regular office for practice of law at 780 Third Avenue, 34th Floor, New York, NY 10017.

2.     I am a member in good standing of the bar of the state of New York (admitted in 1991) and am duly licensed and admitted to practice in the United States District Court for the Southern District of New York.

3.     No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

4. I submit this Certification in support of the application to permit me to appear and participate, *pro hac vice*, as counsel to Arnold & Itkin LLP ("Arnold & Itkin"), on behalf of certain personal injury claimants represented by Arnold & Itkin (the "Arnold & Itkin Plaintiffs") in this proceeding as I have particularized knowledge of the facts and circumstances relating to this case.

5. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2, and have already satisfied that payment for 2023 in connection with my admission pro hac vice before this Court in the related bankruptcy case captioned in re LTL Management LLC, Case No. 21-30589 (MBK).

6. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund for Client Protection in accordance with the New Jersey Court Rule 1:28 and shall immediately comply with the requirement upon my admission *pro hac vice*.

7. I will abide by D.N.J. L.R. 101.1(c).

8. I have familiarized myself with the Local Rules of Bankruptcy Procedure promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of this case.

9. I understand that, upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court and agree to notify the Court immediately of any matter affecting my standing at the bars of any other court.

I certify under penalty of perjury that the foregoing is true and correct

*/s/ John A. Morris*
John A. Morris
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7700
Email:  jmorris@pszjlaw.com

3

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones<br>Colin R. Robinson<br>Peter J. Keane<br>919 N. Market Street, 17th Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: ljones@pszjlaw.com<br>           crobinson@pszjlaw.com<br>           pkeane@pszjlaw.com<br><br>*Counsel to Arnold & Itkin LLP* |

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>                                    Debtor. | Chapter 11<br><br>Case No. 23-13359 (MBK) |

**ORDER FOR ADMISSION PRO HAC VICE**

The relief set forth on the following page is hereby **ORDERED**.

DOCS_DE:243286.1

This matter having been brought before the Court on application for an Order for Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED** that John A. Morris, Esq. be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L. Civ. R. 101.1(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt.  Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders; and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order; and it is further

**ORDERED** that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order.  Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address, for forwarding by the Clerk to the District Court:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ  07102
*Attention: Pro Hac Vice Admissions*;

DOCS_DE:243286.1

3

and it is further **ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.