**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
E. Richard Dressel, Esquire (ED1793)
Lex Nova Law LLC
10 E. Stow Road, Suite 250
Marlton, NJ  08053
(856) 382-8211
 rdressel@lexnovalaw.com

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC, [1]<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>Related Dkt. Nos. 638, 659<br><br>**Hearing Date:  June 2, 2023 at 11:30 a.m.** |

**JOINDER OF NON-PARTY
DEAN OMAR BRANHAM SHIRLEY, LLP
TO TCC'S OPPOSITION TO THE DEBTOR'S
OMNIBUS MOTION TO COMPEL AND APPLICATION TO SHORTEN TIME**

Non-Party Dean Omar Branham Shirley, LLP (hereinafter, "DOBS"), hereby submits this joinder to *TCC'S Opposition to the Debtor's Omnibus Objection to Compel and Application to Shorten Time.* (Dkt. 659)(the "TCC Opposition").[2]  DOBS adopts the facts and arguments set forth in the TCC Opposition in their entirety.  DOBS further objects to the Debtor's Motion to Compel as follows:

1. DOBS is not a party to this action, as DOBS's objections to Debtor's Subpoena, Debtor's First Set of Requests for Production of Documents, and Debtor's First Set of

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] Capitalized terms used herein without definition have the meanings assigned them in the TCC Opposition.

1

Interrogatories to DOBS make clear (see Motion to Compel at Exhibit I). DOBS has appeared in this case on behalf of Mr. Evan Plotkin and other DOBS Claimants. The DOBS Claimants are known to the Debtor as the Debtor has been served and notified in each case where the Debtor's predecessors, successors or related parties have been named. To date, Debtor has served no discovery upon Mr. Plotkin or any other DOBS Claimant. The Debtor has submitted no evidence or authority to support discovery being served upon DOBS. Consequently, DOBS has no obligations to respond to Debtors.

2. Despite DOBS objections to the Debtor's discovery, DOBS reached out to Debtor to seek their bases for the propounded discovery to determine if a response may somehow be warranted. Debtor either did not respond (see email correspondence of May 22, 2023, attached at Exhibit A), or referred to the Motion to Compel for bases although the Motion to Compel contains no authority to propound such discovery upon DOBS (see e-mail correspondence of May 31, 2023 attached at Exhibit B).

3. DOBS further relies on its objections set forth in its reponses to Debtor's propounded discovery as found at Exhibit I of Debtor's Motion to Compel.

[THIS SPACE INTENTIONALLY LEFT BLANK]

For the reasons cited in the TCC Opposition, DOBS respectfully requests that this Court grant the relief requested in the TCC Opposition in its entirety, DENY the Debtor's Motion to Compel, and grant such other relief to which DOBS may be entitled.

Dated: June 1, 2023

Respectfully submitted,

**LEX NOVA LAW LLC**

By: */s/ E. Richard Dressel*
E. Richard Dressel, Esquire (ED 1793)
Lex Nova Law LLC
10 E. Stow Road, Suite 250
Marlton, NJ  08053
Telephone: (856)382-8211
Email: rdressel@lexnovalaw.com

-and-

*/s/Charles W. Branham, III*
Charles W. Branham, III
Dean Omar Branham Shirley, LLP
302 N. Market St., Ste. 300
Dallas, TX 75202
Telephone: (214) 722-5990
Email: cbranham@dobslegal.com

3