## EXHIBIT A

identified people on my team. I have been in five trials in the last year discussing the talc your client to this day claims have no asbestos in it. As a result of this and other scheduling issues I am often in the weeds with other matters for days and it is critical that you take this relatively simple step.

I hope you understand the frustration.

Thanks,

### Jessica Dean

O: (214) 722-5994 | C: (214) 476-5210

302 N Market St, Suite 300
Dallas, TX 75202

www.dobslegal.com

Dean Omar Branham Shirley, LLP

---

**From:** Villari, Timothy M. <tvillari@jonesday.com>
**Date:** Monday, May 22, 2023 at 11:47 AM
**To:** Jessica Dean <jdean@dobslegal.com>
**Cc:** Gordon, Gregory M. <gmgordon@JonesDay.com>, Prieto, Dan B. <dbprieto@JonesDay.com>, Rasmussen, Mark W. <mrasmussen@jonesday.com>, Jones, James M. <jmjones@JonesDay.com>, Gottbrecht, Geoffrey N. <ggottbrecht@jonesday.com>, Erens, Brad B. <bberens@JonesDay.com>, Wall, Katie L. <klwall@jonesday.com>
**Subject:** In re LTL Management LLC, Case No. 23-12825 (MBK), Discovery Correspondence

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

Please find the attached correspondence and let the Debtor know when you are available for a meet and confer.

Timothy M. Villari
Associate
JONES DAY® - One Firm Worldwide®
2727 N. Harwood St.
Dallas, Texas 75201
Office +1.214.969.5104

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***