| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*PROPOSED ATTORNEYS FOR DEBTOR* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br>                Plaintiff,<br>v.<br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br>                Defendants. | Adv. No. 23-1092 (MBK) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JUNE 2, 2023 AT 11:30 A.M.**

*At the direction of the Court, the hearing will be held via Zoom only. All parties who intend to present argument should contact Chambers at chambers_of_mbk@njb.uscourts.gov and provide the name and email address of the speaker, as well as provide information regarding the party the speaker represents and/or the purpose of the appearance.*

*Parties are directed to https://www.njb.uscourts.gov/LTL for observing via Zoom.*

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2]     **Amended agenda items appear in bold.**

**CONTESTED MATTERS GOING FORWARD IN THE BASE CASE**

1. Debtor's Motion to Compel the Official Committee of Talc Claimants to Supplement Certain of Its Responses to Interrogatories and Requests for Production [Dkt. 604].

    **Status:  This matter is going forward.**

    Objection Deadline:  At hearing pursuant to the Order Granting the Application to Shorten Time [Dkt. 607].

    Related Documents:

    A. Application for Order Shortening Time [Dkt. 605].

    B. Order Granting the Application to Shorten Time [Dkt. 607].

    Objections:

    C. TCC's Opposition to the Debtor's Motion to Compel Certain Disclosures and Produce Documents [Dkt. 625].

2. Debtor's Omnibus Motion to Compel Identified Plaintiff Firms to Supplement Certain Responses to Debtor's Interrogatories and Requests for Production [Dkt. 638] (the "Motion to Compel Plaintiff Firms").

    **Status:  This matter is going forward.**

    Objection Deadline:  At hearing, pursuant to the Order Granting the Application to Shorten Time [Dkt. 640].

    Related Documents:

    A. Application for Order Shortening Time [Dkt. 639].

    B. Order Granting the Application to Shorten Time [Dkt. 640].

    **Objections:**

    C. **The Ruckdeschel Law Firm, LLC's Opposition to the Motion to Compel Plaintiff Firms [Dkt. 651].**

    D. **Levy Konigsbereg LLP's Opposition to the Motion to Compel Plaintiff Firms and Application to Shorten Time [Dkt. 657].**

    E. **The Official Committee of Talc Claimants' Opposition to the Motion to Compel Plaintiff Firms and Application to Shorten Time [Dkt. 659].**

    F. **Ashcraft & Gerel, LLP's Opposition to the Motion to Compel Plaintiff Firms [Dkt. 661].**

    G.    **Weitz & Luxenberg PC's Opposition to the Motion to Compel Plaintiff Firms and Application to Shorten Time [Dkt. 662].**

    H.    **Dean Omar Branham Shirley, LLP's Opposition to the Motion to Compel Plaintiff Firms [Dkt. 663].**

**CONTESTED MATTERS GOING FORWARD IN THE ADVERSARY PROCEEDING**

3.    Debtor's Motion for a Bridge Order Confirming the Automatic Stay Applies to Certain Actions Asserted Against Affiliates or Temporarily Extending the Stay and Preliminary Injunction to Such Actions Pending a Final Hearing on the Requested Relief [Adv. Dkt. 147].

    **Status: This matter is going forward.**

    <u>Objection Deadline</u>: At hearing, pursuant to the Order Granting the Application to Shorten Time [Adv. Dkt. 149].

    <u>Related Documents</u>:

    A.    Application for Order Shortening Time [Adv. Dkt. 148].

    B.    Order Granting the Application to Shorten Time [Adv. Dkt. 149].

    C.    **Cohen, Placitella & Roth, P.C.'s Objection to Order Granting Application to Shorten Time [Adv. Dkt. 151].**

    D.    **The Official Committee of Talc Claimants' Objection to Order Granting Application to Shorten Time [Adv. Dkt. 152].**

    E.    **Debtor's Letter to the Court in Response to Objections to Order Granting the Application to Shorten Time [Adv. Dkt. 153].**

Dated: June 1, 2023

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*