| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **KLEHR HARRISON HARVEY BRANZBURG, LLP** <br> (A Pennsylvania Limited Liability Partnership) <br> Morton R. Branzburg, Esquire <br> Carol Ann Slocum, Esquire <br> mbranzburg@klehr.com <br> cslocum@klehr.com <br> 10000 Lincoln Drive East, Suite 210 <br> Marlton, NJ  08053 <br><br> *Counsel for Beasley, Allen, Crow, Methvin, Portis, & Miles, P.C.* | |
| **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.** <br> Andy D. Birchfield, Jr., Esq. <br> Ted Meadows, Esq. <br> P. Leigh O'Dell, Esq. <br> andy.birchfield@beasleyallen.com <br> ted.meadows@beasleyallen.com <br> leigh.odell@beasleyallen.com <br> 234 Commerce St. <br> Montgomery, AL  36104 <br> Tel: (334) 269-2343 | |
| In re: <br><br> **LTL MANAGEMENT LLC**,[1] <br><br>                  Debtor. | Chapter 11 <br><br> Case No.: 23-12825 (MBK) <br><br> Honorable Michael B. Kaplan <br><br> Hearing Date: June 2, 2023 at 11:30 a.m. |

### BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.'S JOINDER TO TCC'S OPPOSITION TO THE DEBTOR'S OMNIBUS MOTION TO COMPEL AND APPLICATION TO SHORTEN TIME

Beasley, Allen, Crow, Methvin, Portis, & Miles, P.C. ("Beasley Allen"), by and through its counsel, respectfully submits this opposition to Debtor's Omnibus Motion to Compel Identified

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

10529117.v1

Plaintiff Firms to Supplement Certain Responses to Debtor's Interrogatories and Requests for Production (Dkt. 638) and Application to Shorten Time (Dkt. 639).

Beasley Allen is not a party to or "claimant" in this proceeding. Beasley Allen is counsel for ovarian cancer and mesothelioma plaintiffs with claims against Johnson & Johnson and Debtor LTL Management LLC. The discovery served on Beasley Allen, to which it objected, is not reasonably calculated to lead to the discovery of admissible evidence. The discovery seeks information that is protected by the attorney client and work product privilege and thus, is improper.

Further, Beasley Allen adopts and incorporates the arguments set forth in the Official Committee of Talc Claimants' Opposition to Debtor's Motion to Compel and Application to Shorten Time (Dkt. 659).

**WHEREFORE,** Beasley Allen respectfully requests that the Court deny the Debtor's Motion in its entirety. Beasley Allen reserves the right to modify or supplement this joinder as necessary and appropriate.

| | |
|---|---|
| Dated: June 2, 2023 | **KLEHR HARRISON HARVEY BRANZBURG, LLP** |
| | /s/ Carol Ann Slocum<br>Morton R. Branzburg, Esquire<br>Carol Ann Slocum, Esquire<br>mbranzburg@klehr.com<br>cslocum@klehr.com<br>10000 Lincoln Drive East, Suite 210<br>Marlton, NJ  08053 |
| | *Counsel to Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.* |