UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
Proposed Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants,

| In Re: | Case No.: 23-12825 |
|---|---|
| LTL Management LLC, | Judge: Michael B. Kaplan |
| Debtor. | Chapter: 11 |

**SUPPLEMENTAL CERTIFICATION REGARDING UNITED STATES TRUSTEE LARGE CASE GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED UNDER THE UNITED STATES CODE BY ATTORNEYS IN LARGER CHAPTER 11 CASES**

I, Mark Falk, being of full age, certify as follows:

    1.    Pursuant to paragraph D.1 of the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases  Trustee Large Case Fee Guidelines, on behalf of the applicant, proposed counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants (the "FCR"), Walsh responds as follows:

    a.  Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

        Answer: No.

b. Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

    Answer: No.

c. If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference.

    Answer: Walsh served as Counsel for the FCR in the Debtor's previous bankruptcy case number 21-30589 ("LTL I"). Walsh's billing rates and financial terms were disclosed at the time of its initial approval and its fees and expenses were subject to Court approval. Walsh's billing rates and material financial terms have not changed since the LTL I was dismissed.

d. Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

    Answer: Yes. Walsh has prepared a budget and staffing plan for the first 120 days of this case.

I certify under penalty of perjury that the above information is true.

Date: 6/2/2023             *s/Mark Falk*
                                                 Signature of Professional