**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>Leonard S. Spinelli, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>lspinelli@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel for the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Special Counsel for the Official Committee of Talc Claimants* |

|  |  |
|---|---|
| In re: | Chapter 11 |
| **LTL MANAGEMENT LLC**,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Honorable Michael B. Kaplan |

**SECOND SUPPLEMENTAL CERTIFICATION OF SUNNI P. BEVILLE IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF TALC CLAIMANTS TO RETAIN AND EMPLOY BROWN RUDNICK LLP AS CO-COUNSEL EFFECTIVE AS OF APRIL 14, 2023**

Pursuant to 11 U.S.C. § 1746, I, hereby declare:

1. Pursuant to the *Application of the Official Committee of Talc Claimants to Retain and Employ Brown Rudnick LLP as Co-Counsel Effective as of April 14, 2023* [Dkt. No. 400] (the "Application")[2] filed on May 3, 2023, the Official Committee of Talc Claimants for LTL Management, LLC (the "Committee") seeks entry of an order authorizing and approving the retention and employment of Brown Rudnick LLP ("Brown Rudnick") as co-counsel to the Committee in this case.

2. This certification shall supplement my *Certification of Professional in Support of Application for Retention of Professional* [Dkt. No. 400-2] (the "Original Certification") and my *Supplemental Certification of Professional in Support of Application for Retention of Professional* [Dkt. No. 549].

3. The following information is provided pursuant to paragraph D.1. of the U.S. Trustee Guidelines:

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] Capitalized terms used in this Supplemental Certification but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2

a) Brown Rudnick will comply with the Unites States Trustee's Fee Guidelines in connection with this engagement and has not agreed to variations from standard customary billing arrangements.

b) None of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case.

c) The Committee has approved Brown Rudnick's general staffing plan, which is described in the Application and the Original Certification.

d) The Committee has approved Brown Rudnick's proposed budget for the period from April 14, 2023 – July 31, 2023, which was described in a separate letter from Brown Rudnick to the Committee.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 2, 2023

_____
Sunni P. Beville