| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> Gregory S. Kinoian, Esq. <br> dstolz@genovaburns.com <br> dclarke@genovaburns.com <br> gkinoian@genovaburns.com <br> 110 Allen Road, Suite 304 <br> Basking Ridge, NJ 07920 <br> Tel: (973) 467-2700 <br> Fax: (973) 467-8126 <br> *Proposed Local Counsel for the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP** <br> David J. Molton, Esq. <br> Michael S. Winograd, Esq. <br> Susan Sieger-Grimm, Esq. <br> Kenneth J. Aulet, Esq. <br> dmolton@brownrudnick.com <br> mwinograd@brownrudnick.com <br> ssieger-grimm@brownrudnick.com <br> kaulet@brownrudnick.com <br> Seven Times Square <br> New York, NY 10036 <br> Tel: (212) 209-4800 <br> Fax: (212) 209-4801 <br> And- <br> Jeffrey L. Jonas, Esq. <br> Sunni P. Beville, Esq. <br> Eric R. Goodman, Esq. <br> jjonas@brownrudnick.com <br> sbeville@brownrudnick.com <br> egoodman@brownrudnick.com <br> One Financial Center <br> Boston, MA 02111 <br> Tel: (617) 856-8200 <br> Fax: (617) 856-8201 <br> *Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **OTTERBOURG PC** <br> Melanie L. Cyganowski, Esq. <br> Adam C. Silverstein, Esq. <br> mcyganowski@otterbourg.com <br> asilverstein@otterbourg.com <br> 230 Park Avenue <br> New York, NY 10169 <br> Tel: (212) 905-3628 <br> Fax: (212) 682-6104 <br> *Proposed Co-Counsel for the Official Committee of Talc Claimants* | **MASSEY & GAIL LLP** <br> Jonathan S. Massey, Esq. <br> Rachel S. Morse, Esq. <br> jmassey@masseygail.com <br> rmorse@masseygail.com <br> 1000 Maine Ave. SW, Suite 450 <br> Washington, DC 20024 <br> Tel: (202) 652-4511 <br> Fax: (312) 379-0467 <br> *Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| In re: <br> LTL MANAGEMENT, LLC,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No.: 23-12825 (MBK) <br><br> Honorable Michael B. Kaplan |

# DECLARATION OF THE OFFICIAL COMMITTEE OF TALC CLAIMANTS FOR THE RETENTION OF BROWN RUDNICK, LLP

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

The signatories below, being of full age, on behalf of the Official Committee of Talc Claimants for LTL Management, LLC (the "Committee") certify as follows:

1. This Declaration is submitted pursuant to Section D.2. of the U.S. Trustee Guidelines, promulgated by the U.S. Trustee. We are informed by Brown Rudnick, LLP ("Brown Rudnick"), proposed bankruptcy co-counsel, that the U.S. Trustee Guidelines require that any application for employment of an attorney under section 327 or 1103 of the Bankruptcy Code be accompanied by a verified statement from the client.

2. Shortly after formation of the Committee in the first Chapter 11 bankruptcy for LTL Management, LLC ("LTL I"), the Committee interviewed several law firms as potential co-counsel in the LTL I case. Brown Rudnick represented that it has significant experience in restructuring, mass tort and bankruptcy litigation matters. The Committee retained Brown Rudnick in LTL I.

3. Based on the foregoing, the Committee is of the opinion that it is necessary for the Committee to employ Brown Rudnick as their co-counsel in this case and that, based on the identity of issues and parties between LTL I and this case, such employment is in the best interest of the Committee and these bankruptcy estates.

4. Brown Rudnick has represented to the Committee, as reflected in its Application and accompanying certifications, that the billing rates and material terms for the engagement are comparable to the firm's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.

5. As was done in LTL I, Committee counsel will collect all monthly fee statements and interim fee applications prepared by the Committee professionals and circulate for review and comment to the Committee. This process permits the Committee an opportunity to review and approve the fees and expenses. Similarly, the updated budget and staffing plans will be provided to the Committee on a quarterly basis for review and approval by the Committee. We

believe this process is similar to the process employed in non-bankruptcy cases to supervise outside counsel.

6. In addition, as described in the Application and accompanying certification, the Committee professionals have developed a protocol to avoid duplication of effort among the Committee professionals and to ensure the most efficient case management and delegation of task responsibilities.

Dated: June 2, 2023                                         Respectfully Submitted,

**THE OFFICIAL COMMITTEE OF TALC CLAIMANTS**

*/s/ Michelle Parfitt*
Michelle Parfitt, Esq., as specifically authorized by committee co-chair Rebecca Love
c/o Ashcraft & Gerel, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006

*/s/ Leigh O'Dell*
Leigh O'Dell, Esq., as specifically authorized by committee co-chair Alishia Landrum
c/o Beasley Allen Law Firm
PO Box 4160
Montgomery, AL 36103

*/s/ Lisa Nathanson Busch*
Lisa Nathanson Busch Esq., as specifically authorized by committee co-chair Patricia Cook
c/o Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10083