# EXHIBIT 4

# David A. Castleman

| | |
|---|---|
| **From:** | John Black <JBlack@dalyblack.com> |
| **Sent:** | Tuesday, May 30, 2023 11:59 AM |
| **To:** | David A. Castleman |
| **Cc:** | Cameron Moxley; Reining, Michael W.; Michael Winograd; Adam C. Silverstein; Michael R. Maizel; Daniel M. Stolz |
| **Subject:** | Re: In re LTL Management LLC - Subpoena to Adam Pulaski |

I am not authorized to accept service at this time.



**John Scott Black**
Founding Shareholder
**Daly & Black, P.C.**
2211 Norfolk St. | Suite 800
Houston, TX 77098
Phone: 713-655-1405
Fax: 713-655-1587
Mobile: 713-502-8039
jblack@dalyblack.com
www.dalyblack.com

---

**From:** David A. Castleman <DCastleman@otterbourg.com>
**Date:** Sunday, May 28, 2023 at 4:08 PM
**To:** John Black <JBlack@dalyblack.com>
**Cc:** Cameron Moxley <dmoxley@brownrudnick.com>, Reining, Michael W. <MReining@brownrudnick.com>, Michael Winograd <mwinograd@brownrudnick.com>, Adam C. Silverstein <asilverstein@otterbourg.com>, Michael R. Maizel <MMaizel@otterbourg.com>, Daniel M. Stolz <DStolz@GENOVABURNS.COM>
**Subject:** RE: In re LTL Management LLC - Subpoena to Adam Pulaski

John,

We have not yet heard back on this request or to our May 23 email (attached).  Apologies for having to deal with this on a weekend, but we do need to move forward.  Will you be willing to accept service of the attached subpoena by email, or do we need to serve your client by traditional means?  Please let us know by tomorrow (May 29) so we may take appropriate action.  Either way, we can coordinate on logistics for the deposition.

Thanks,
Dave



**David A. Castleman** • Otterbourg P.C. • 230 Park Avenue • New York, NY 10169 • Direct: (212) 905-3638 • Cell: (646) 853-3783 • Fax: (212) 682-6104 • dcastleman@otterbourg.com • otterbourg.com

The information contained in this communication may be privileged and/or confidential and is intended only for the individual to whom it is addressed or agent responsible to deliver it to the intended recipient. If you have received this communication in error, please immediately notify us by telephone.

**From:** Cameron Moxley <dmoxley@brownrudnick.com>
**Sent:** Saturday, May 27, 2023 11:24 AM
**To:** John Black <JBlack@dalyblack.com>
**Cc:** adam@pulaskilawfirm.com; Alex Ford <aford@pulaskilawfirm.com>; Reining, Michael W. <MReining@brownrudnick.com>; Michael Winograd <mwinograd@brownrudnick.com>; Adam C. Silverstein <asilverstein@otterbourg.com>; David A. Castleman <DCastleman@otterbourg.com>
**Subject:** RE: In re LTL Management LLC - Subpoena to Adam Pulaski

John –

I am forwarding you the below email that was sent to Mr. Pulaski by my colleague seeking a meet and confer as I know we discussed coordinating with you on TCC discovery directed to Mr. Pulaski. I have copied Mr. Pulaski and his colleague who received the below email on this communication simply so that they are aware we have now reached out to you on this request. We look forward to hearing from you.

Thank you.

Best,
Cameron

brownrudnick

**Cameron Moxley**

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212-209-4909
F: 212-938-2919
M: 646-265-4252
cmoxley@brownrudnick.com
www.brownrudnick.com
He/him/his

Please consider the environment before printing this e-mail

**From:** Reining, Michael W. <MReining@brownrudnick.com>
**Sent:** Friday, May 26, 2023 5:23 PM
**To:** adam@pulaskilawfirm.com; Alex Ford <aford@pulaskilawfirm.com>

**Cc:** Moxley, D. Cameron <DMoxley@brownrudnick.com>
**Subject:** RE: In re LTL Management LLC - Subpoena to Adam Pulaski

Dear Mr. Pulaski,

Thank you for your response and your offer to meet and confer. Are there any times between now and early next week that would work well for you?

Best Regards,
Michael

**brown**rudnick

**Michael W. Reining**
Associate

Brown Rudnick LLP
One Financial Center
Boston, MA 02111
T: 617.856.8515
F: 617.289.0515
mreining@brownrudnick.com
www.brownrudnick.com

---

**From:** Alex Ford <aford@pulaskilawfirm.com>
**Sent:** Friday, May 12, 2023 4:42 PM
**To:** Reining, Michael W. <MReining@brownrudnick.com>
**Cc:** ryanmontefusco@paulhastings.com; Adam Pulaski <adam@pulaskilawfirm.com>; Winograd, Michael S <MWinograd@brownrudnick.com>; Daniel Stolz <dstolz@genovaburns.com>
**Subject:** RE: In re LTL Management LLC - Subpoena to Adam Pulaski

**CAUTION: External E-mail. Use caution accessing links or attachments.**

Mr. Reining,

On behalf of Adam Pulaski, please find attached his response to the Official Committee of Talc Claimants request for production. Thank you.

**From:** Adam Pulaski <adam@pulaskilawfirm.com>
**Sent:** Friday, May 12, 2023 3:35 PM
**To:** Alex Ford <aford@pulaskilawfirm.com>
**Subject:** Fwd: In re LTL Management LLC - Subpoena to Adam Pulaski

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Reining, Michael W. <MReining@brownrudnick.com>
**Sent:** Monday, May 8, 2023 7:39:10 PM
**To:** Adam Pulaski <adam@pulaskilawfirm.com>
**Cc:** Winograd, Michael S <MWinograd@brownrudnick.com>; Daniel Stolz <dstolz@genovaburns.com>
**Subject:** In re LTL Management LLC - Subpoena to Adam Pulaski

Dear Mr. Pulaski,

Attached please find a subpoena from the Official Committee of Talc Claimants requesting the production of documents.  Please confirm that you will accept service by email.  Thank you.

Best Regards,
Michael

**brown**rudnick

**Michael W. Reining**
Associate

Brown Rudnick LLP
One Financial Center
Boston, MA 02111
T: 617.856.8515
F: 617.289.0515
mreining@brownrudnick.com
www.brownrudnick.com

*****************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*****************************************************************************

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*