# EXHIBIT 6

**David A. Castleman**

| | |
|---|---|
| **From:** | John Black <JBlack@dalyblack.com> |
| **Sent:** | Wednesday, May 31, 2023 10:18 AM |
| **To:** | Cameron Moxley; David Molton; Jeff Jonas; Michael Winograd |
| **Subject:** | Re: In re LTL Management LLC / Deposition Scheduling |

**CAUTION: External E-mail. Use caution accessing links or attachments.**

I spoke to Adam.  He does not intend to testify at the Motion to Dismiss proceeding. Thus it is my understanding he will not be needed, nor does he plan on sitting for, a second deposition.  Thanks.

**From:** John Black <JBlack@dalyblack.com>
**Date:** Tuesday, May 23, 2023 at 3:07 PM
**To:** Moxley, D. Cameron <DMoxley@brownrudnick.com>, Molton, David J. <DMolton@brownrudnick.com>, Jonas, Jeffrey L. <JJonas@brownrudnick.com>, Winograd, Michael S <MWinograd@brownrudnick.com>
**Subject:** Re: In re LTL Management LLC / Deposition Scheduling

I assume this is all part of the same litigation – if so I don't see why he would sit twice. But I will discuss the matter with my client and revert back. Thanks.



**John Scott Black**
Founding Shareholder
**Daly & Black, P.C.**
2211 Norfolk St. | Suite 800
Houston, TX 77098
Phone: 713-655-1405
Fax: 713-655-1587
Mobile: 713-502-8039
jblack@dalyblack.com
www.dalyblack.com

**From:** Moxley, D. Cameron <DMoxley@brownrudnick.com>
**Date:** Tuesday, May 23, 2023 at 2:54 PM
**To:** John Black <JBlack@dalyblack.com>, Molton, David J. <DMolton@brownrudnick.com>, Jonas, Jeffrey L. <JJonas@brownrudnick.com>, Winograd, Michael S <MWinograd@brownrudnick.com>
**Subject:** RE: In re LTL Management LLC / Deposition Scheduling

Counsel:

We deposed Mr. Pulaski previously in connection with the PI.  If he intends to be a witness at the trial on the motions to dismiss, we intend to proceed with a deposition.  Please let us know if Mr. Pulaski intends to testify at the trial on the motions to dismiss.

We will direct communications to you going forward.

Thank you.

**brownrudnick**

**Cameron Moxley**

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212-209-4909
F: 212-938-2919
M: 646-265-4252
cmoxley@brownrudnick.com
www.brownrudnick.com
He/him/his

Please consider the environment before printing this e-mail

**From:** John Black <JBlack@dalyblack.com>
**Sent:** Tuesday, May 23, 2023 3:44 PM
**To:** Moxley, D. Cameron <DMoxley@brownrudnick.com>; Molton, David J. <DMolton@brownrudnick.com>; Jonas, Jeffrey L. <JJonas@brownrudnick.com>; Winograd, Michael S <MWinograd@brownrudnick.com>
**Subject:** In re LTL Management LLC / Deposition Scheduling

**CAUTION:** External E-mail. Use caution accessing links or attachments.

Gentlemen:

I understand that you reached out to my client directly this past Sunday to request a second deposition.

As I stated on the record during Mr. Pulaski's deposition, please direct all such communications or requests to me. I believe I went so far as to provide my cell phone on the record during our last proceeding.

Mr. Pulaski is not going to appear a second time for deposition absent a court order. He sat for deposition once, and answered questions for the agreed upon period of time.

Thank you.



**John Scott Black**
Founding Shareholder
**Daly & Black, P.C.**
2211 Norfolk St. | Suite 800
Houston, TX 77098
Phone: 713-655-1405
Fax: 713-655-1587
Mobile: 713-502-8039
jblack@dalyblack.com
www.dalyblack.com

*********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*********************************************************************************