| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** **DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC** Daniel M. Stolz, Esq. Donald W. Clarke, Esq. Gregory S. Kinoian, Esq. dstolz@genovaburns.com dclarke@genovaburns.com gkinoian@genovaburns.com 110 Allen Road, Suite 304 Basking Ridge, NJ 07920 Tel: (973) 467-2700 Fax: (973) 467-8126 *Proposed Local Counsel for the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP** David J. Molton, Esq. Michael S. Winograd, Esq. dmolton@brownrudnick.com mwinograd@brownrudnick.com Seven Times Square New York, NY 10036 Tel: (212) 209-4800 Fax: (212) 209-4801  Jeffrey L. Jonas, Esq. Sunni P. Beville, Esq. Eric R. Goodman, Esq. jjonas@brownrudnick.com sbeville@brownrudnick.com egoodman@brownrudnick.com One Financial Center Boston, MA 02111 Tel: (617) 856-8200 Fax: (617) 856-8201 *Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP** Jonathan S. Massey, Esq. Rachel S. Morse, Esq. jmassey@masseygail.com rmorse@masseygail.com 1000 Maine Ave. SW, Suite 450 Washington, DC 20024 Tel: (202) 652-4511 Fax: (312) 379-0467 *Proposed Special Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG PC** Melanie L. Cyganowski, Esq. Richard G. Haddad, Esq. Adam C. Silverstein, Esq. Jennifer S. Feeney, Esq. David A. Castleman, Esq. mcyganowski@otterbourg.com rhaddad@otterbourg.com asilverstein@otterbourg.com jfeeney@otterbourg.com dcastleman@otterbourg.com 230 Park Avenue New York, NY 10169 Tel: (212) 905-3628 Fax: (212) 682-6104 *Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| In re:  **LTL MANAGEMENT LLC,**[1]  Debtor. | Chapter 11  Case No.: 23-12825 (MBK)  Honorable Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2

## ORDER COMPELLING DEPOSITION TESTIMONY AND AUTHORIZING SUBSTITUTED SERVICE OF A SUBPOENA

The relief set forth on the following pages is **ORDERED**.

_____
THE HONORABLE MICHAEL B. KAPLAN
UNITED STATES BANKRUPTCY JUDGE

Dated:  June __, 2023

(Page 3)
Debtor:  LTL Management LLC
Case No.:  **23-12825 (MBK)**
Caption:  Order Compelling Deposition Testimony of Adam Pulaski

The Official Committee of Talc Claimants (the "<u>TCC</u>") having filed a motion for the entry

of an order (a) compelling Adam Pulaski ("Pulaski") to provide deposition testimony concerning

LTL's Plan and the Plan Support Agreement and other related matters, and (b) authorizing

substituted service of a subpoena on Pulaski (the "<u>Motion</u>"); and the Court having considered the

Motion and any opposition thereto, and finding good cause for the entry of this Order, it is hereby,

**ORDERED THAT:**

1.      Pulaski shall and is hereby directed to sit and be deposed on or before June

14, 2023 and provide testimony under oath regarding the matters raised in the application in

support of the Motion concerning LTL's Plan and the Plan Support Agreement and other related

matters.

2.      TCC may employ substituted service with respect to the subpoena directed

to Pulaski and serve Pulaski at his last known office and home address via United States Postal

Service overnight delivery, Federal Express or UPS, and via an email to him and his attorney,

and such service shall be deemed good and sufficient.