# AMENDED EXHIBIT C

## Listing of Parties-in-Interest Noted for Court Disclosure

**Relationships in Matters Related to These Proceedings**

None

**Relationships in Unrelated Matters – Former Clients (Last Two Years)**

**Other Non-Debtor Affiliates**

Actelion Ltd

Auris Health, Inc.

**Official Talc Claimants' Committee Professionals**

Houlihan Lokey Capital, Inc.

**Relationships in Unrelated Matters – Current**

**Other Non-Debtor Affiliates**

| Client | >1% of Total FTI Revenue (Yes / No) |
|---|---|
| Acclarent, Inc. | No |
| AMO Singapore Pte. Ltd | No |

| | |
|---|---|
| Actelion Pharmaceuticals Ltd | No |
| Biosense Webster, Inc. | No |
| Cilag GmbH International | No |
| DePuy Spine, LLC | No |
| DePuy Synthes Products, Inc. | No |
| DePuy Synthese Sales, Inc. | No |
| DePuy Synthes, Inc. | No |
| Ethicon Endo-Surgery, Inc. | No |
| Ethicon Endo-Surgery, LLC | No |
| Ethicon LLC | No |
| Ethicon US, LLC | No |
| Ethicon Women's Health & Urology Sarl | No |
| Ethicon, Inc. | No |
| Janssen Biotech, Inc. | No |
| Janssen Inc. | No |
| Janssen Pharmaceutica NV | No |
| Janssen Pharmaceutical | No |
| Janssen Pharmaceuticals, Inc. | No |

| | |
|---|---|
| Janssen Research & Development, LLC | No |
| Johnson & Johnson | No |
| Johnson & Johnson Enterprise Innovation Inc. | No |
| Johnson & Johnson Inc. | No |
| Johnson & Johnson Services, Inc. | No |
| Lifescan Medical Device Business Services, Inc. | No |

**Debtor's Insurers**

| Client | >1% of Total FTI Revenue (Yes / No) |
|---|---|
| AIU Ins. Company | No |
| AIU Insurance Company | No |
| Allianz Global Risks US Insurance Company | No |
| Allianz Ins. Company | No |
| Allstate Insurance Company | No |
| Birmingham Fire Insurance Company of Pennsylvania | No |
| Century Indemnity Company | No |
| Chubb | No |
| Granite State Insurance Company | No |

| | |
|---|---|
| Great American | No |
| Harbor Ins. Company | No |
| Lexington Ins. Company | No |
| Midland Ins. Company | No |
| National Union Fire Ins. Company of Pittsburgh, PA | No |
| Nationwide | No |
| New Hampshire Insurance Company | No |
| Resolute Management Inc. | No |
| Safety National Causality Corporation | No |
| Transamerica Premier Insurance Company | No |
| Travelers Casualty and Surety Company | No |
| Westchester Fire Insurance Company | No |
| Westport Insurance Corporation | No |
| XL Ins. Company | No |

**Debtor's Retained Professionals and Claims Agent**

| Client | >1% of Total FTI Revenue (Yes / No) |
|---|---|
| Bates White LLC | No |
| Jones Day | No |

| | | | | |
|---|---|---|---|---|
| King & Spalding LLP | No | | Hartline Barger | No |
| McCarter & English, LLP | No | | Jones, Skelton & Hochuli, P.L.C. | No |
| Shook, Hardy & Bacon L.L.P. | No | | Kirkland & Ellis LLP | No |
| Weil Gotshal & Manges LLP | No | | Kitch Drutchas Wagner Valitutti & Sherbrook | No |
| Wollmuth Maher Deutsch LLP | No | | Lewis Brisbois Bisgaard & Smith, LLP | No |

**Debtor's Significant Ordinary Course Professionals, Consultants, and Service Providers**

| Client | >1% of Total FTI Revenue (Yes / No) | | | |
|---|---|---|---|---|
| | | | Miles & Stockbridge | No |
| | | | Morgan Lewis | No |
| Bailey Glasser LLP | No | | Nelson Mullins Riley & Scarborough, LLP | No |
| Barnes & Thornburg, LLP | No | | Nutter McClennan & Fish LLP | No |
| Blake, Cassels & Graydon LLP | No | | Orrick, Herrington, & Sutcliffe, LLP | No |
| Blank Rome LLP | No | | Patterson Belknap Webb & Tyler LLP | No |
| Butler Snow LLP | No | | Proskauer Rose LLP | No |
| Carlton Fields, P.A. | No | | Quattlebaum, Grooms & Tull PLLC | No |
| Covington & Burling LLP | Yes | | Sidley Austin LLP | No |
| Damon Key Leong Kupchak Hastert | No | | Skadden, Arps, Slate, Meager & Flom LLP | No |
| Dechert LLP | No | | Stoel Rives LLP | No |
| Faegre Drinker Biddle & Reath LLP | No | | Tucker Ellis LLP | No |
| Gibson, Dunn & Crutcher LLP | No | | | |

**Depository and Disbursement Banks**

| Client | >1% of Total FTI Revenue (Yes / No) |
|---|---|
| Bank of America, N.A. | No |

**Parties in Imerys Talc America, Inc. and Cyprus Mines Corp. Chapter 11 Cases**

| Client | >1% of Total FTI Revenue (Yes / No) |
|---|---|
| Cyprus Amax Minerals Company | No |
| Imerys S.A. | No |

**Known Professionals for Certain Non-Debtor Parties in Interest**

| Client | >1% of Total FTI Revenue (Yes / No) |
|---|---|
| Cravath, Swaine & Moore | No |
| White & Case LLP | No |

**Law Firms with Significant Representations of Talc Claimants**

| Client | >1% of Total FTI Revenue (Yes / No) |
|---|---|
| Miller Firm, LLC | No |
| Motley Rice LLC | No |

**Official Talc Claimants' Committee Professionals**

| Client | >1% of Total FTI Revenue (Yes / No) |
|---|---|
| Brown Rudnick | No |
| Miller Thomson LLP | No |
| MoloLamken LLP | No |

**Major Sureties**

| Client | >1% of Total FTI Revenue (Yes / No) |
|---|---|
| Chubb | No |
| Federal Insurance Company | No |
| Liberty Mutual Insurance Company | No |
| Travelers Casualty and Surety Company of America | No |

**Material Potentially Indemnified Parties**

| Client | >1% of Total FTI Revenue (Yes / No) |
|---|---|
| Bausch Health Companies Inc. | No |

| Client | >1% of Total FTI Revenue (Yes / No) |
|---|---|
| Costco Wholesale Corporation | No |
| Rite Aid Corporation | No |
| Valeant Pharmaceuticals International, Inc. | No |
| Walmart, Inc. | No |
| U.S. Bank N.A. | No |

**Significant Co-Defendants in Talc-Related Litigation**

| Client | >1% of Total FTI Revenue (Yes / No) |
|---|---|
| 3M Company | No |
| A.O. Smith Corporation | No |
| Avon Products | No |
| Block Drug Company, Inc. | No |
| Borg Warner Morse Tec, Inc. | No |
| Bristol-Myers Squibb Company | No |
| Chanel, Inc. | No |
| Colgate-Palmolive Company | No |
| Conopco Inc. | No |
| Costco Wholesale Corporation | No |
| CVS Health Corporation | No |
| CVS Pharmacy, Inc. | No |
| Cyprus Amax Minerals Company | No |
| Dollar General Corporation | No |
| Eaton Corporation | No |
| Eli Lilly and Company | No |
| Estee Lauder Inc. | No |
| FMC Corporation | No |
| Ford Motor Company | No |
| Foster Wheeler, LLC | No |
| Gardner Denver, Inc. | No |
| General Electric Company | No |
| Genuine Parts Company | No |
| Honeywell International, Inc. | No |
| Imerys Talc America, Inc. | No |
| L'Oreal USA, Inc. | No |
| Macy's Inc. | No |
| Metropolitan Life Insurance Company | No |
| Noxell Corporation | No |
| Pfizer, Inc. | No |
| Pneumo Abex, LLC | No |

| Client | >1% of Total FTI Revenue (Yes / No) |
|---|---|
| Revlon Consumer Products Corporation | No |
| Sanofi-Aventis U.S. LLC | No |
| Shulton, Inc. | No |
| Target Corporation | No |
| The Dow Chemical Company | No |
| The Estee Lauder Companies, Inc. | No |
| The Kroger Co. | No |
| The Procter & Gamble Company | No |
| Union Carbide Corporation | No |
| ViacomCBS, Inc. | No |
| Walgreen Co. | No |
| Walmart, Inc. | No |
| Wyeth Holdings LLC | No |
| Granite State Insurance Company | No |
| Lexington Insurance Company | No |
| National Union Fire Insurance Company of Pittsburgh, P.A. | No |
| New Hampshire Insurance Company | No |
| Robinson Calcagnie, Inc. | No |
| Valeant Pharmaceuticals International | No |
| Waldrep Wall Babcock & Bailey PLLC | No |

**Bankruptcy Rule 2002 Appearances**

| Client | >1% of Total FTI Revenue (Yes / No) |
|---|---|
| Bausch Health Americas, Inc. | No |
| Birmingham Fire Insurance Company of Pennsylvania | No |
| Blue Cross Blue Shield Association | No |