| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel for the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>Kenneth J. Aulet, Esq.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>kaulet@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br>And-<br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**SUPPLEMENTAL**
**CERTIFICATION OF DANIEL M. STOLZ, ESQ IN SUPPORT OF THE**
**APPLICATION FOR RETENTION OF PROFESSIONAL**

I, Daniel M. Stolz, being of full age, certify as follows:

1. I am seeking authorization to be retained as Local Counsel to the Official Committee of Talc Claimants for LTL Management, LLC (the "Committee").

2. This certification (the "Supplemental Stolz Certification") shall supplement my certification in support of the retention of Genova Burns, LLC ("Genova Burns") as local counsel to the Committee filed on May 3, 2023 (the "Stolz Certification"). [Doc 399]

3. The following individuals are working on this matter, or are expected to work on this matter. To the extent additional individuals are later assigned, their rates will be consistent with the proposed arrangement for compensation detailed in the Stolz Certification.

| Professional/Paraprofessional | Hourly Rate |
|---|---|
| Daniel M. Stolz, Partner | $850.00 |
| Donald W. Clarke, Partner | $600.00 |
| Scott S. Rever, Counsel | $600.00 |
| Gregory S. Kinoian, Counsel | $600.00 |
| Sydney S. Schubert, Associate | $275.00 |
| Lorrie Denson, Paralegal | $250.00 |

4. The following information is provided pursuant to paragraph D.1 of the U.S. Trustee Guidelines.

   a) Genova Burns will comply with the United States Trustee's Fee Guidelines in connection with this engagement and has not agreed to variations from standard customary billing arrangements.

   b) None of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case.

   c) The Committee has approved Genova Burns' general staffing plan, which is described in the Original Certification, and

as detailed in this supplemental certification.

d) The Committee has approved Genova Burns' proposed budget for the period from April 14, 2023 – July 31, 2023, which was described in a separate letter from Genova Burns to the Committee.

I certify under penalty of perjury that the above information is true.

Date: June 2, 2023

         */s/ Daniel M. Stolz*
DANIEL M. STOLZ, ESQ.

17058455v1 (24987.003)