**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**OFFIT KURMAN, P.A.**
Paul J. Winterhalter, Esq. (006961986)
99 Wood Avenue South, Suite 302
Iselin, NJ 08830
Telephone: (267) 338-1370
Facsimile: (267) 338-1335
E-mail: pwinterhalter@offitkurman.com

**KTBS LAW LLP**
Michael L. Tuchin, Esq.
Robert J. Pfister, Esq.
Samuel M. Kidder, Esq.
Nir Maoz, Esq.
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
mtuchin@ktbslaw.com
rpfister@ktbslaw.com
skidder@ktbslaw.com
nmaoz@ktbslaw.com
(*Pro Hac Vice* Pending)

*Counsel for Aylstock, Witkin, Kreis & Overholtz, PLLC*



**Order Filed on May 31, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

---

In re:

LTL MANAGEMENT LLC,[1]

               Debtor.

Case No.: 23-12825 (MBK)

Chapter: 11

Judge: Hon. Michael B. Kaplan

---

## ORDER FOR ADMISSION PRO HAC VICE

      The relief set forth on the following page is **ORDERED**.

**DATED: May 31, 2023**

_Honorable Michael B. Kaplan_
_United States Bankruptcy Judge_

,

This matter having been brought before the Court on application for an Order For Admission

*Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, out-of-state attorney,

and considered this matter pursuant to <u>Fed.R.Civ.Proc.78</u>, D.N.J. L.Ci<u>v.R.101.1</u> and D.N.J. LBR 9010-

1, and good cause having been shown; it is

ORDERED that _____<u>Robert J. Pfister</u>_____ be permitted to

appear *pro hac vice*; provided that pursuant to D.N.J. L.Ci<u>v. R. 101.1(c)(4)</u>, an appearance as counsel

of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders

and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt.

Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations,

or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client

Protection for payment of the annual fee, for this year and for any year in which the out-of-state

attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey

Court Rule 1:28-2 and D.N.J.  L. Ci<u>v. R. 101.1</u>, said fee to be deposited within twenty (20) days of the

date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Ci<u>v. R. 101(c)(3)</u> for *pro hac vice*

admission to the District Court for the District of New Jersey shall also be payable within twenty (20)

days of entry of this Order.  Payment in the form of a check must be payable to "Clerk, USDC" and

forwarded to the Clerk of the United States District Court for the District of New Jersey at the following

address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

186261.1

and it is further  ORDERED that the applicant shall be bound by the Local Rules of the United

States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for

the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey

Lawyers' Fund for Client Protection within 5 days of its date of entry.

186261.1

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 23-12825-MBK

LTL Management LLC                                                  Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                        Page 1 of 1

Date Rcvd: May 31, 2023                     Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | May 31 2023 21:14:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2023                     Signature:          /s/Gustava Winters