**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

**SUPPLEMENTAL CERTIFICATION OF CHARLES H. MULLIN, PH.D.**
**IN SUPPORT OF APPLICATION FOR RETENTION**
**OF BATES WHITE, LLC, EFFECTIVE AS OF APRIL 4, 2023**

I, Charles H. Mullin, Ph.D., of full age, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Managing Partner of Bates White, which maintains offices at 2001 K Street NW, North Building, Suite 500, Washington, DC 20006. Unless otherwise noted, I have personal knowledge of the facts set forth herein.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2. I make this declaration in support of the *Application for Retention of Bates White, LLC, Effective as of April 4, 2023* [Dkt. 421] (the "Application").[2]

3. The following Bates White timekeepers are currently working on this matter. Bates White will assign additional staff to this matter at their standard hourly rates as necessary to meet demands and efficiently and effectively provide services to the Debtor.

| Title | Name of Professional | Hourly rate |
|---|---|---|
| Partner | Mullin, Charles | $1,375 |
| Partner | Gallardo-Garcia, Jorge | $1,000 |
| Partner | Evans, Andrew | $1,000 |
| Partner | Lobel, Scott | $875 |
| Principal | Aharoni, Assaph | $700 |
| Managing Consultant | Peters, Sarah | $675 |
| Senior Data Engineer | Wieman, Christopher | $625 |
| Economist | Odio-Zuniga, Mariana | $525 |
| Economist | Malkov, Egor | $525 |
| Senior Consultant | Stewart, Samantha | $520 |
| Consultant II | Coleman, Nathan | $465 |
| Consultant II | Swope, Madison | $435 |
| Consultant II | Morey, Austin | $435 |
| Consultant | Villani, Joseph | $410 |
| Consultant | McBride, Hannah | $410 |

4. None of the entities listed on Exhibit 3[3] to the Certification of Charles H. Mullin, Ph.D., which certification is attached to the Application, represents more than 1% of Bates White's revenue over the last two calendar years with the exception of Johnson & Johnson, which represents less than 2% of Bates White's revenue over those years.

5. My understanding is that the interests of the Debtor and Johnson & Johnson are aligned in the Imerys Case in that the Debtor and Johnson & Johnson both dispute the Imerys debtors' exposure analysis relating to talc claims that would form the basis for the indemnity

---

[2] Capitalized terms used herein but not otherwise defined have the meanings given to them in the Application.

[3] Excluding the Debtor, which was inadvertently included on Exhibit 3.

2

claims to be asserted by the Imerys debtors against the Debtor and Johnson & Johnson in that case. In addition, my understanding is that the interests of the Debtor and Johnson & Johnson are aligned in this case regarding Bates White's role.  Our role in this case is to provide expert and consulting services relating to the evaluation of the Debtor's talc liability, including in connection with a plan of reorganization.  To the extent that any facts or circumstances are discovered that indicate that Bates White has a conflict of interest, any party-in-interest including the UST's right to seek at that time any appropriate relief is fully preserved. Bates White acknowledges that it has a continuing duty to apprise of any connections not previously disclosed.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  June 5, 2023
        Washington, DC

                                  */s/ Charles H. Mullin*
                                  Charles H. Mullin, Ph.D.

NAI-1537051001