**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**SECOND SUPPLEMENTAL CERTIFICATION OF JOHN R. CASTELLANO IN SUPPORT OF APPLICATION FOR RETENTION OF ALIXPARTNERS, LLP AS FINANCIAL ADVISOR FOR THE DEBTOR EFFECTIVE AS OF THE PETITION DATE**

I, JOHN R. CASTELLANO, being of full age, certify as follows:

1. I am a Partner and Managing Director of AlixPartners.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

3. I submit this supplemental certification in the case of the above-captioned debtor (the "Debtor")[2] to supplement the disclosures set forth in my original certification dated May 4, 2023 [ECF No. 429] (the "Original Certification") and my first supplemental certification dated May 24, 2023 [ECF No. 576] and in support of the Debtor's *Application for Retention of AlixPartners, LLP as Financial Advisor Effective as of the Petition Date* dated May 4, 2023 [ECF No. 429] (the "Application").

4. On or about May 23, 2023, AlixPartners received informal comments from the U.S. Trustee concerning the Application, and the disclosures herein are made pursuant to the U.S. Trustee's requests.

5. Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings, and each of their respective subsidiaries. AlixPartners would like to disclose the following:

- For the last twenty-four months, the percentage of AlixPartners' revenue from the entities listed on Schedule 1, annexed hereto, is less than one percent of AlixPartners' revenue.

- Below is a list of AlixPartners Personnel who are currently working on this Chapter 11 Case and their billing rates.

| Professional | Title | Billing Rate |
|---|---|---|
| John Castellano | Partner & Managing Director | $1,400 |
| Joff Mitchell | Partner & Managing Director | $1,400 |
| Gary Gutzler | Partner | $1,115 |
| Jarod Clarrey | Director | $950 |
| Loring Hill | Director | $880 |
| Mark Barnett | Senior Vice President | $805 |
| Elizabeth Kardos | Partner | $800 |
| Milena Sandeen | Senior Vice President | $735 |
| Heather Saydah | Senior Vice President | $550 |
| Laura Verry | Senior Vice President | $540 |
| Brooke Stavitski | Vice President | $510 |
| Jennifer Bowes | Vice President | $485 |

I certify under penalty of perjury that the above information is true.

Date: June 5, 2023            */s/ John R. Castellano*
                              John R. Castellano

---

[2] Capitalized terms used herein but not defined shall have the meaning given to such terms in the Original Certification.

**SCHEDULE 1**

ACE Property & Casualty Insurance Company
Allstate Insurance Company
Bank of America, N.A.
Barnes & Thornburg, LLP
BASF
Carrier Corporation
Chubb
Costco Wholesale Corporation
Coty, Inc.
Crane Co.
Cravath, Swaine & Moore
CVS
Department of Justice
Eaton Corporation
Eli Lilly and Company
Ernst & Young Inc.
Flowserve US, Inc.
Ford Motor Company
General Electric Company
Gibson, Dunn & Crutcher LLP
Hartford Accident and Indemnity Company
Honeywell International, Inc.
Indemnity Insurance Company of North America
Internal Revenue Service
Johnson & Johnson
Kirkland & Ellis
L'Oreal USA, Inc.
Liberty Mutual Insurance Company
Lowenstein Sandler
Morgan Lewis
Orrick
Rio Tinto plc and Rio Tinto Limited
Sanofi-Aventis U.S. LLC
Starr Indemnity & Liability Company
State of Alaska
Target Corp
The Dow Chemical Company
Travelers Casualty and Surety Company
Viacom, Inc.
Walmart Inc.
Watts Guerra LLP
Weil, Gotshal & Manges LLP