| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel:   (973) 467-2700<br>Fax:   (973) 467-8126<br>*Proposed Local Counsel for the*<br>*Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>Kenneth J. Aulet, Esq.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>kaulet@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel:   (212) 209-4800<br>Fax:   (212) 209-4801<br><br>And-<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel:   (212) 661-9100<br>Fax:   (212) 682-6104<br>*Proposed Co-Counsel for the*<br>*Official Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel:   (202) 652-4511<br>Fax:   (312) 379-0467<br>*Proposed Co-Counsel for the*<br>*Official Committee of Talc Claimants* |

| | |
|---|---|
| In re:<br>LTL MANAGEMENT LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

# VERIFIED STATEMENT OF THE OFFICIAL COMMITTEE OF TALC CLAIMANTS IN SUPPORT ITS APPLICATION FOR RETENTION OF PROFESSIONAL, MILLER THOMSON LLP, EFFECTIVE AS OF APRIL 14, 2023

The signatories below, being of full age, on behalf of the Official Committee of Talc Claimants for LTL Management LLC (the "Committee"), certify as follows:

1. This Verified Statement is submitted provided pursuant to Section D.2 of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 (the "U.S. Trustee Guidelines"), promulgated by the U.S. Trustee. We are informed by Miller Thomson LLP ("Miller Thomson"), proposed co-counsel, that the U.S. Trustee Guidelines require that any application for employment of an attorney under section 327 or 1103 of the Bankruptcy Code be accompanied by a verified statement from the client.

2. After its formation, the Committee determined it was in the talc claimants' best interest to retain Canadian counsel in connection with this case. On April 14, 2023, the Committee selected Miller Thomson as its Special (Canadian) counsel. As further set forth in the Committee's application to retain Miller Thomson ("Application") [Dkt. No. 541], Miller Thomson was selected because, among other reasons, it has vast experience and knowledge in complex cross-border bankruptcies, including, in particular, the official committee of talc claimants in LTL Management LLC's ("LTL") first bankruptcy case ("LTL I"). Miller Thomson was actively involved in and had first-hand experience as Special (Canadian) counsel to the official committee of talc claimants appointed in LTL I.

3. Miller Thomson has represented to the Committee, as reflected in its Application and accompanying certifications, that the billing rates and material terms for the engagement are comparable to the firm's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2

4. As was done in LTL I, Committee counsel will collect all monthly fee statements and interim fee applications prepared by the Committee professionals and circulate for review and comment to the Committee. This process permits the Committee an opportunity to review and approve the fees and expenses. Similarly, the updated budget and staffing plans will be provided to the Committee on a quarterly basis for review and approval by the Committee. We believe this process is similar to the process employed in non-bankruptcy cases to supervise outside counsel.

5. In addition, as described in the Application and accompanying certifications, the Committee professionals have developed a protocol to avoid duplication of effort among the Committee professionals and to ensure the most efficient case management and delegation of task responsibilities.

6. Based on the foregoing, the Committee is of the opinion that it is necessary for the Committee to employ Miller Thomson as Special (Canadian) counsel in this case (LTL's second bankruptcy) and that, based on the identity of issues and parties between LTL I and this case, such employment is in the best interest of the Committee and this bankruptcy estate.

Dated: June 5, 2023                             Respectfully Submitted,

**THE OFFICIAL COMMITTEE OF TALC CLAIMANTS**

*/s/ Michelle Parfitt*
Michelle Parfitt, Esq., as specifically authorized
by Committee co-chair Rebecca Love
c/o Ashcraft & Gerel, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006

*/s/ Leigh O'Dell*
Leigh O'Dell, Esq., as specifically authorized
by Committee co-chair Alishia Landrum
c/o Beasley Allen Law Firm
PO Box 4160
Montgomery, AL 36103

*/s/ Lisa Nathanson Busch*
Lisa Nathanson Busch Esq., as specifically
authorized by Committee co-chair Patricia Cook
c/o Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10083

17067512v1 (24987.003)

3

70166514.1