**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**OFFIT KURMAN, P.A.**
Paul J. Winterhalter, Esq. (006961986)
99 Wood Avenue South, Suite 302
Iselin, NJ 08830
Telephone: (267) 338-1370
Facsimile: (267) 338-1335
E-mail: pwinterhalter@offitkurman.com

**KTBS LAW LLP**
Michael L. Tuchin, Esq.
Robert J. Pfister, Esq.
Samuel M. Kidder, Esq.
Nir Maoz, Esq.
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090
mtuchin@ktbslaw.com
rpfister@ktbslaw.com
skidder@ktbslaw.com
nmaoz@ktbslaw.com
(*Pro Hac Vice* Pending)

*Counsel for Aylstock, Witkin, Kreis & Overholtz, PLLC*

In re:

LTL MANAGEMENT LLC,[1]

               Debtor.

Case No.: 23-12825 (MBK)

Chapter: 11

Judge: Hon. Michael B. Kaplan

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorney listed below hereby appears as counsel for Aylstock, Witkin, Kreis & Overholtz, PLLC ("AWKO") in the above-captioned chapter 11 case pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

186267.1

Case 23-12825-MBK    Doc 699    Filed 06/05/23    Entered 06/05/23 14:11:29    Desc Main
Document    Page 2 of 3

Procedure (the "<u>Bankruptcy Rules</u>"), the Bankruptcy Local Rules of the United States Bankruptcy Court for District of New Jersey (the "<u>Local Rules</u>"), and sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "<u>Bankruptcy Code</u>"), and hereby request that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

<div style="text-align:center">

Robert J. Pfister, Esq.
**KTBS LAW LLP**
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:    (310) 407-4065
Facsimile:    (310) 407-9090
Email:    rpfister@ktbslaw.com

</div>

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules and the Bankruptcy Code, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand delivery, telephone, facsimile transmission or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices and Papers (the "<u>Notice</u>"), nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, this case or any case, controversy or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights,

186267.1

claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: June 1, 2023

<div style="margin-left: 40%;">

Respectfully submitted,

**OFFIT KURMAN, P.A.**

/s/ Paul J. Winterhalter
Paul J. Winterhalter, Esq. (006961986)
99 Wood Avenue South, Suite 302
Iselin, NJ 08830
Telephone: (267) 338-1370
Facsimile: (267) 338-1335
E-mail: pwinterhalter@offitkurman.com

- and -

**KTBS LAW LLP**

Michael L. Tuchin (*pro hac vice* forthcoming)
Robert J. Pfister  (*pro hac vice* forthcoming)
Samuel M. Kidder (*pro hac vice* forthcoming)
Nir Maoz (*pro hac vice* forthcoming)
KTBS Law LLP
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email:       mtuchin@ktbslaw.com
             rpfister@ktbslaw.com
             skidder@ktbslaw.com
             nmaoz@ktbslaw.com

*Counsel for Aylstock, Witkin, Kreis & Overholtz, PLLC*

</div>

186267.1