| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | **BROWN RUDNICK LLP** |
| | David J. Molton, Esq. |
| **GENOVA BURNS LLC** | Robert J. Stark, Esq. |
| Daniel M. Stolz, Esq. | Michael S. Winograd, Esq. |
| Donald W. Clarke, Esq. | Eric R. Goodman, Esq. |
| Matthew I.W. Baker, Esq. | dmolton@brownrudnick.com |
| dstolz@genovaburns.com | rstark@brownrudnick.com |
| dclarke@genovaburns.com | mwinograd@brownrudnick.com |
| mbaker@genovaburns.com | egoodman@brownrudnick.com |
| 110 Allen Road, Suite 304 | Seven Times Square |
| Basking Ridge, NJ  07920 | New York, NY  10036 |
| Tel: (973) 467-2700 | Tel: (212) 209-4800 |
| Fax: (973) 467-8126 | Fax: (212) 209-4801 |
| *Proposed Local Counsel for the Official Committee of Talc Claimants* | and |
| | Jeffrey L. Jonas, Esq. |
| | Sunni P. Beville, Esq. |
| | jjonas@brownrudnick.com |
| | sbeville@brownrudnick.com |
| | One Financial Center |
| | Boston, MA  02111 |
| | Tel: (617) 856-8200 |
| | Fax: (617) 856-8201 |
| | *Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP** | **OTTERBOURG P.C.** |
| Jonathan S. Massey, Esq. | Melanie L. Cyganowski, Esq. |
| Rachel S. Morse, Esq. | Richard G. Haddad, Esq. |
| jmassey@masseygail.com | Adam C. Silverstein, Esq. |
| rmorse@masseygail.com | Jennifer S. Feeney, Esq. |
| 1000 Maine Ave. SW, Suite 450 | David A. Castleman, Esq. |
| Washington, DC  20024 | mcyganowski@otterbourg.com |
| Tel: (202) 652-4511 | rhaddad@otterbourg.com |
| Fax: (312) 379-0467 | asilverstein@otterbourg.com |
| | jfeeney@otterbourg.com |
| *Proposed Special Counsel for the Official Committee of Talc Claimants* | dcastleman@otterbourg.com |
| | 230 Park Avenue |
| | New York, NY  10169 |
| | Tel: (212) 661-9100 |
| | Fax: (212) 682-6104 |
| | *Proposed Co-Counsel for the Official Committee of Talc Claimants* |

In re:

**LTL MANAGEMENT LLC,** [1]

              Debtor.

Chapter 11
Case No.: 23-12825 (MBK)

Honorable Michael B. Kaplan

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

      The relief set forth on the following pages is **ORDERED**.

---

[1]      The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

After review of the application of the Official Committee of Talc Claimants (the "**TCC**"

or the "**Committee**") appointed in the above-captioned Chapter 11 case of LTL Management, LLC

(the "**Debtor**" or "**LTL**"), by and through the Committee's proposed counsel, for a reduction of

time for a hearing on the *Motion of the Official Committee of Talc Claimants to*

*Terminate the Debtor's Exclusive Period Pursuant to 11 U.S.C. § 1121(d)(1)* (the

"**Motion**"), under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1.      A hearing will be conducted on the Motions and shall be held **on June 13, 2023 at**

**10:00 a.m.** in the United States Bankruptcy Court for the District of New Jersey, Trenton Vicinage,

at Clarkson S. Fisher U.S. Courthouse, located at 402 East State Street, Trenton, N.J. 08608, before

the Honorable Michael B. Kaplan, Chief Bankruptcy Judge, in Courtroom No. 8.

2.      The Applicant must serve a copy of this Order, and all related documents, on the

following parties:  Master Service List for the Chapter 11 case

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3.      The Applicant must also serve a copy of this Order, and all related documents, on

the following parties: _____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4.      Service must be made:

☐ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5.　　Notice by telephone:

☐ is not required

☐ must be provided to

_____

_____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6.　　A Certification of Service must be filed prior to the hearing date.

7.　　Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or

　　overnight mail _____ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8.　　☐ Court appearances are required to prosecute said motion/application and any

objections.

　　　　☐ Parties may request to appear by phone by contacting Chambers prior to the

return date.