**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*



**Order Filed on June 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

LTL MANAGEMENT LLC,[1]

                Debtor.

Chapter 11

Case No.: 23-12825 (MBK)

Judge: Michael B. Kaplan

**Hearing Date and Time:**
May 16, 2023 at 10:00 a.m.

## ORDER GRANTING IN PART AND DENYING
## IN PART TCC'S MOTION TO COMPEL UNREDACTED DOCUMENTS

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 6, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption: Order Granting in Part and Denying in Party the TCC's Motion to Compel Unredacted Documents

This matter coming before the Court on *The Official Committee of Talc Claimants' Motion to Compel Unredacted Documents* [Dkt. 504] (the "Motion"),[2] pursuant to Rules 26, 34, 37 of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rules 7034 and 9014 of the Federal Rules of Bankruptcy Procedure; the Court having reviewed the Motion, the objection filed by the Debtor [Dkt. 529] and having heard the statements of counsel with respect to the Motion at hearings before the Court on May 16, 2023 and May 30, 2023; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and after due deliberation and for reasons set forth by the Court on the record during the hearing on May 30, 2023, and for just cause shown for the relief granted herein;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **DENIED** as to all presentations to the LTL board, except that the Debtor is directed to remove the redactions from the slide that bears Bates number LTLMGMT-00002652. Although the redacted text is protected from disclosure by the attorney-client privilege and work-product doctrine, for the reasons set forth by the Court on the record during the May 30, 2023 hearing, the Debtor is directed to remove the redactions.

---

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

NAI-1537068830

(Page 3)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption: Order Granting in Part and Denying in Party the TCC's Motion to Compel Unredacted Documents

      2.      The Debtor's removal of redactions from and its production of LTLMGMT-00002652 pursuant to this Order shall not constitute a waiver of privilege protection and, therefore, shall not operate to effect any subject-matter waiver of privilege or impose the waiver of any applicable privilege or protection from disclosure for any other information or document of any kind, whether in this case or any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

**IT IS FURTHER ORDERED THAT:**

      3.      The Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel") shall provide copies of the claimant lists annexed to the *Verified Statement of Paul Hastings LLP, Cole Schotz P.C. and Parkins & Rubio LLP Pursuant to Bankruptcy Rule 2019* [Docket No. 470] (the "2019 Statement") without redactions of claimant last names, the first initial of claimant first names, dates of birth, and the last four digits of each claimant's social security number, to the extent such information is included therein (the "AHC Claimant Information"), to Brown Rudnick, LLP, FTI Consulting, Inc., and Compass Lexecon, LLC solely on a professionals'-eyes only basis for the sole purpose of claimant de-duplication and not for any other purpose.

      4.      The Debtor shall provide copies of LTLMGMT-00002684-LTLMGMT-00004978 without redactions of claimant last names, the first initial of claimant first names, dates of birth and the last four digits of each claimant's social security number, to the extent such

NAI-1537068830

(Page 4)
Debtor:  LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order Granting in Part and Denying in Party the TCC's Motion to Compel Unredacted Documents

information is included therein (the "PSA Claimant Information"), to Brown Rudnick, LLP, FTI Consulting, Inc. and Compass Lexecon, LLC solely on a professionals' –eyes only basis for the sole purpose of claimant de-duplication and not for any other purpose.

        5.      No other professionals employed by the TCC, members of the TCC or their representatives, or any other party or individual, shall have access to either the AHC Claimant Information and/or the PSA Claimant Information without further order of this Court;

        6.      The claimant de-duplication report generated by FTI Consulting, Inc. and/or Compass Lexecon, LLC shall be shared with litigation counsel for the AHC of Supporting Counsel and the Debtor on or before June 20, 2023.

NAI-1537068830