**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JUNE 8, 2023 AT 10:30 A.M.**

*At the direction of the Court, the hearing will be held via Zoom only. All parties who intend to present argument should contact Chambers at chambers_of_mbk@njb.uscourts.gov and provide the name and email address of the speaker, as well as provide information regarding the party the speaker represents and/or the purpose of the appearance. Parties are directed to https://www.njb.uscourts.gov/LTL for observing via Zoom.*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**CONTESTED MATTERS GOING FORWARD IN THE BASE CASE**

1. The Official Committee of Talc Claimants' Motion to (A) Compel Deposition Testimony of Adam Pulaski, (B) Authorize Substituted Service of a Subpoena on Mr. Pulaski, and (C) Grant Other Related Relief [Dkt. 672] ("Motion to Compel").

   **Status: This matter is going forward.**

   Objection Deadline: At hearing, pursuant to the Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Dkt. 675] ("Order Shortening Time").

   Related Documents:

   A. The Official Committee of Talc Claimants' Motion (A) for Authority to File Under Seal the Redacted Portions of an Exhibit of the TCC's Motion to Compel Deposition Testimony of Adam Pulaski, and (B) Other Related Relief [Dkt. 673] ("Committee's Motion to Seal").

   B. Application for Order Shortening Time and Certain Other Relief [Dkt. 674] ("Application to Shorten Time").

   C. Order Shortening Time.

2. Committee's Motion to Seal.

   **Status: This matter is going forward.**

   Objection Deadline: At hearing, pursuant to the Order Shortening Time [Dkt. 675].

   Related Documents:

   A. Motion to Compel.

   B. Application to Shorten Time.

   C. Order Shortening Time.

| | |
|---|---|
| Dated: June 6, 2023 | **WOLLMUTH MAHER & DEUTSCH LLP** |

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*