**EXHIBIT "B"**

D. Theodore Rave - Connections with Potentially Interested Parties

1. <u>Jones Day</u>:  I was employed as an Associate in the Issues & Appeals practice from November 2008 to August 2011. In that capacity, I worked on various matters for numerous clients, but (to the best of my recollection) none related to the Debtor, talc litigation, or any Potentially Interested Party listed on Schedule 1, except as disclosed here.

2. <u>General Electric Company</u>:  While in private practice at Jones Day, I worked on matters for General Electric involving employment litigation. To the best of my knowledge those matters had no connection to this case.

3. <u>Walmart, Inc.</u>:  While in private practice at Jones Day, I worked on matters for Walmart involving antitrust. To the best of my knowledge those matters had no connection to this case.

4. <u>AIG Europe S.A.</u>:  I worked at American International Group, Inc., which may be a parent or affiliated company of AIG Europe S.A., from March 2002 to July 2003, as a Research Analyst in the Corporate Research and Development Department. To the best of my knowledge, none of my work at AIG had any connection to this case.

5. <u>AIG Property and Casualty Company</u>:  I worked at American International Group, Inc., which may be a parent or affiliated company of AIG Property and Casualty Company, from March 2002 to July 2003, as a Research Analyst in the Corporate Research and Development Department. To the best of my knowledge, none of my work at AIG had any connection to this case.

6. <u>AIU Ins. Company</u>:  I worked at American International Group, Inc., which may be a parent or affiliated company of AIU Ins. Company, from March 2002 to July 2003, as a Research Analyst in the Corporate Research and Development Department. To the best of my knowledge, none of my work at AIG had any connection to this case.

7. <u>Bristol-Myers Squibb Company</u>:  In 2017, I coauthored, with other civil procedure scholars, an amicus brief about personal jurisdiction in the U.S. Supreme Court case *Bristol-Myers Squibb Co. v. Superior Court of California*.

8. <u>Ford Motor Company</u>:  In 2020, I coauthored, with other civil procedure scholars, an amicus brief about personal jurisdiction in the U.S. Supreme Court case *Ford Motor Co. v. Montana Eighth Judicial District Court*.

9. <u>Texas</u>:  I am currently employed by the University of Texas School of Law, part of a public state university in Texas.  From 2013 to 2021, I was employed by the University of Houston Law Center, also part of a public state university in Texas.