**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br>              Debtor. | Chapter 11<br><br>Case No.:  23-12825 (MBK)<br><br>Judge:  Michael B. Kaplan |

**ORDER WAIVING THE REQUIREMENT OF**
**RULE 3003-1(a)(1) OF THE LOCAL RULES OF THE**
**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

The relief set forth on the following pages is hereby **ORDERED**.

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption: Order Waiving the Requirement of Rule 3003-1(a)(1) of the Local Rules of the United
States Bankruptcy Court District of New Jersey

This matter coming before the Court on the *Motion of the Debtor for Entry of an Order Waiving the Requirement of Rule 3003-1(a)(1) of the Local Rules of the United States Bankruptcy Court District of New Jersey* (the "Motion"),[2] filed by the above-captioned debtor (the "Debtor"), pursuant to section 105 of the Bankruptcy Code and Local Bankruptcy Rule 1001-1(b); the Court having reviewed the Motion and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (d) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED.

2.    The requirement of Local Bankruptcy Rule 3003-1(a)(1) that proofs of claims by creditors and equity security holders be filed no later than seventy (70) days after the Petition Date is waived, without prejudice to the Debtor's right to seek an order from the Court fixing the time for the filing of proofs of claim.

---

[2]    Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

NAI-1535665313

(Page 3)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption: Order Waiving the Requirement of Rule 3003-1(a)(1) of the Local Rules of the United
States Bankruptcy Court District of New Jersey

3.      This Order shall not apply to the deadlines for filing proofs of claim

applicable to governmental units set forth in section 502(b)(9) of the Bankruptcy Code and Local

Bankruptcy Rule 3003-1(b)(2).

4.      The requirement set forth in D.N.J. LBR 9013-1(a)(3) that any motion be

accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion

or otherwise waived.

5.      This Order shall be immediately effective and enforceable upon its entry.

6.      This Court shall retain exclusive jurisdiction over any and all matters

arising from or related to the implementation, interpretation or enforcement of this Order.

NAI-1535665313