## Exhibit B – Principal Professionals

**Saul Burian**
Mr. Burian is a Managing Director in Houlihan Lokey's Financial Restructuring Group and also Head of Houlihan Lokey's Real Estate Strategic Advisory Group. He specializes in advising public and private companies and creditor groups in complex restructurings, financings, and other transactions. Mr. Burian also specializes in raising capital for troubled businesses and often represents debtor and creditor constituencies in pre-packaged, pre-negotiated, and other bankruptcy proceedings. Mr. Burian is based in the firm's New York office. Mr. Burian has been involved as an advisor in a wide range of restructuring and real estate transactions, including Answers.com; Barneys New York; CEVA Logistics; Constellis Holdings, LLC; Extended Stay America; HealthSouth; Infrastructure & Energy Alternatives; JCPenney; J.Crew; Kaisa Group Holdings; Le Cirque; Lehman Brothers; Mallinckrodt Pharmaceuticals; Mark IV Automotive; MSR Hotels & Resorts Inc.; Nine West Holdings; NPC International; Party City; Payless Shoes; Pinnacle Agriculture; Plymouth Industrial REIT; Production Resource Group; Purdue Pharma; RCS Capital; Sears Holdings; Transeastern Properties, Inc.; TriMark; Toys "R" Us; and Winn-Dixie stores. Before joining Houlihan Lokey, Mr. Burian was a partner in the New York law firm Kramer Levin Naftalis & Frankel, where he specialized in creditors' rights and bankruptcy. During his 12 years at Kramer Levin, he represented a broad spectrum of clients who were often the primary at-risk constituency in the relevant in- and out-of-court restructurings and bankruptcies, including bank lenders, debtors, creditor committees, and secondary purchasers of distressed indebtedness. Mr. Burian received a B.A. with honors in Economics from Yeshiva University and a J.D. from Columbia Law School, where he was a Harlan Fiske Stone Scholar.

**Tom Hedus**
Mr. Hedus is a Director in Houlihan Lokey's Financial Restructuring Group. He has completed a wide variety of restructuring assignments in the firm's New York and London offices and is currently based in the firm's New York office. Mr. Hedus has been involved in engagements such as JCPenney, Neiman Marcus, Cirque du Soleil, Sears, Claire's, Atlas Iron, Emeco Holdings, Mirabela Nickel, Ltd., Midwest Vanadium Pty, Ltd., Arcapita Bank, eircom, en+, and KCA Deutag, among others. Before joining Houlihan Lokey, Mr. Hedus was an Analyst at CIT Group in the Problem Loan Management group. Mr. Hedus holds a B.A. in Economics from the University of Connecticut.

**Timothy Petersen**
Mr. Petersen is an Associate in Houlihan Lokey's Financial Restructuring Group in the firm's New York office. Mr. Petersen has been involved in engagements such as Revlon, Altera Infrastructure, Swissport International and Infrastructure & Energy Alternatives. Prior to joining Houlihan Lokey, Mr. Petersen spent two years at Bank of America primarily focusing on M&A and leveraged finance transactions in the consumer, food, and retail industry. He began his investment banking career at J.P. Morgan in the Asset-Backed Securities Originations team. Mr. Petersen holds a dual B.S. in Economics and Finance from Arizona State University's W.P. Carey School of Business and an MBA from New York University's Stern School of Business. He is a CFA charterholder.

**Temitope Odusanya**
Mr Odusanya is a member of Houlihan Lokey's Financial Restructuring Group. Prior to joining Houlihan Lokey, Mr. Odusanya worked in real estate at the Sunbird Group where he focused on East and Southern Africa. He previously held positions at Scipion Capital and Spinnaker Capital, working as an emerging market Analyst. Mr. Odusanya received his undergraduate degree from the University of Oxford where he read Physics, and has an MBA from The Wharton School of the University of Pennsylvania.

**Danny Gendler**

Mr. Gendler is a Financial Analyst in Houlihan Lokey's Financial Restructuring Group. He is based in the firm's New York office. Mr. Gendler holds a B.S. in Economics, with a Concentration in Finance, and a B.A. in Mathematics from Duke University.

**Charlie Vrattos**

Mr. Vrattos is a Financial Analyst in Houlihan Lokey's Financial Restructuring Group. He is based in the firm's New York office. Mr. Vrattos holds a B.A. in Chemistry, with a certificate in Computer Science, from Princeton University.