## Exhibit C – Interested Parties List

### List of Schedules

| **Schedule** | **Category** |
|---|---|
| C(i) | Debtor |
| C(ii) | Direct Equity Owner of Debtor |
| C(iii) | Debtor's Direct Non-Debtor Subsidiary |
| C(iv) | Other Non-Debtor Affiliates |
| C(v) | Managers and Officers of the Debtor |
| C(vi) | Major Current Business Affiliations of Debtor's Managers |
| C(vii) | Depository and Disbursement Banks |
| C(viii) | Major Sureties |
| C(ix) | Parties to Material Contracts with the Debtor |
| C(x) | Significant Co-Defendants in Talc- Related Litigation |
| C(xi) | Debtors' Retained Professionals and Claims Agent |
| C(xii) | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers |
| C(xiii) | Known Professionals for Certain Non- Debtor Parties in Interest |
| C(xiv) | Material Potentially Indemnified Parties |
| C(xv) | Key Parties in Imerys Talc America Inc. and Cyprus Mines Corp. Chapter 11 Cases |
| C(xvi) | Debtor's Insurers |
| C(xvii) | Employees of the Bankruptcy Administrator's Office for the Western District of North Carolina |
| C(xviii) | Bankruptcy Judges for the Western District of North Carolina |
| C(xix) | Bankruptcy Rule 2002 Appearances |
| C(xx) | Judge for the U.S. Bankruptcy Court for the District of New Jersey |
| C(xxi) | United States Trustee for Region 3 or Employee (New Jersey Office) |

### SCHEDULE C(i)
### Debtor

LTL Management LLC

### SCHEDULE C(ii)
### Direct Equity Owner of Debtor

Johnson & Johnson Holdco (NA) Inc.

### SCHEDULE C(iii)
### Debtor's Direct Non-Debtor Subsidiary

Royalty A&M LLC

### SCHEDULE C(iv)
### Other Non-Debtor Affiliates

3Dintegrated ApS
ABD Holding Company, Inc.
ABIOMED R&D, Inc.
ABIOMED, Inc.
Acclarent, Inc.
Actelion Ltd
Actelion Manufacturing GmbH
Actelion Pharmaceuticals Australia Pty.
Limited
Actelion Pharmaceuticals Korea Ltd.
Actelion Pharmaceuticals Ltd
Actelion Pharmaceuticals Mexico S.A. De
C.V.
Actelion Pharmaceuticals Trading
(Shanghai) Co., Ltd.
Actelion Pharmaceuticals UK Limited
Actelion Pharmaceuticals US, Inc.
Actelion Registration Limited
Actelion Treasury Unlimited Company
Advanced Sterilization Products
Akros Medical, Inc.
Albany Street LLC
ALZA Corporation
Alza Land Management, Inc.
AMO (Hangzhou) Co., Ltd.
AMO (Shanghai) Medical Devices Trading
Co., Ltd.
AMO ASIA LIMITED
AMO Australia Pty Limited
AMO Canada Company
AMO Denmark ApS
AMO Development, LLC

AMO France
AMO Germany GmbH
AMO Groningen B.V.
AMO International Holdings
AMO International Holdings Unlimited
Company
AMO Ireland
AMO Ireland Finance Unlimited Company
AMO Italy SRL
AMO Japan K.K.
AMO Manufacturing Spain S.L.
AMO Manufacturing USA, LLC
AMO Netherlands BV
AMO Nominee Holdings, LLC
AMO Norway AS
AMO Puerto Rico Manufacturing, Inc.
AMO Sales and Service, Inc.
AMO Singapore Pte. Ltd.
AMO Spain Holdings, LLC
AMO Switzerland GmbH
AMO U.K. Holdings, LLC
AMO United Kingdom, Ltd.
AMO Uppsala AB
AMO US Holdings, Inc.
AMO USA Sales Holdings, Inc.
AMO USA, LLC
Anakuria Therapeutics, Inc.
Animas Diabetes Care, LLC
Animas LLC
Animas Technologies LLC
AorTx, Inc.
Apsis

Apsis SAS
Aragon Pharmaceuticals, Inc.
Asia Pacific Holdings, LLC
Atrionix, Inc.
AUB Holdings LLC
Auris Health, Inc.
Aveeno
Backsvalan 2 Aktiebolag
Backsvalan 6 Handelsbolag
Beijing Dabao Cosmetics Co., Ltd.
BeneVir BioPharm, Inc.
Berna Rhein B.V.
BioMedical Enterprises, Inc.
Biosense Webster (Israel) Ltd.
Biosense Webster, Inc.
Breethe, Inc.
C Consumer Products Denmark ApS
Calibra Medical LLC
Campus-Foyer Apotheke GmbH
Carlo Erba OTC S.r.l.
Centocor Biologics, LLC
Centocor Research & Development, Inc.
Cerenovus, Inc.
ChromaGenics B.V.
Ci:Labo Customer Marketing Co., Ltd.
Ci:z. Labo Co., Ltd.
Cilag AG
Cilag GmbH International
Cilag Holding AG
Cilag Holding Treasury Unlimited Company
Cilag-Biotech, S.L.
CNA Development GmbH
Codman & Shurtleff, Inc.
Coherex Medical, Inc.
ColBar LifeScience Ltd.
Company Store.com, Inc.
Consumer Test Entity
Cordis de Mexico, S.A. de C.V.
Cordis International Corporation
Corimmun GmbH
CoTherix Inc.
CRES Holdings, Inc.
CrossRoads Extremity Systems, LLC
CSATS, Inc.
Darlain Trading S.A.
Debs-Vogue Corporation (Proprietary)
Limited
DePuy France
DePuy Hellas SA
DePuy International Limited
DePuy Ireland Unlimited Company

DePuy Ireland Unlimited Company
DePuy Mexico, S.A. de C.V.
DePuy Mexico, S.A. de C.V.
DePuy Mitek, LLC
DePuy Mitek, LLC
DePuy Orthopaedics, Inc.
DePuy Orthopaedics, Inc.
DePuy Products, Inc.
DePuy Products, Inc.
DePuy Spine, LLC
DePuy Spine, LLC
DePuy Synthes Gorgan Limited
DePuy Synthes Institute, LLC
DePuy Synthes Institute, LLC
DePuy Synthes Leto SARL
DePuy Synthes Products, Inc.
DePuy Synthes Products, Inc.
DePuy Synthes Sales, Inc.
DePuy Synthes Sales, Inc.
DePuy Synthes, Inc.
DePuy Synthes, Inc.
Diagnostics Group - Latin America, L.L.C.
Dr. Ci:Labo Co., Ltd.
DR. CI:LABO COMPANY LIMITED
Dutch Holding LLC
Dutch Holding LLC
ECL7, LLC
ECL7, LLC
EES Holdings de Mexico, S. de R.L. de C.V.
EES Holdings de Mexico, S. de R.L. de C.V.
EES, S.A. de C.V.
EES, S.A. de C.V.
EIT Emerging Implant Technologies GmbH
EIT Emerging Implant Technologies GmbH
Ethicon Biosurgery Ireland
Ethicon Endo-Surgery (Europe) GmbH
Ethicon Endo-Surgery (Europe) GmbH
Ethicon Endo-Surgery, Inc.
Ethicon Endo-Surgery, Inc.
Ethicon Endo-Surgery, LLC
Ethicon Endo-Surgery, LLC
Ethicon Holding Sarl
Ethicon Ireland Unlimited Company
Ethicon LLC
Ethicon LLC
Ethicon PR Holdings Unlimited Company
Ethicon Sarl
Ethicon Sarl
Ethicon US, LLC
Ethicon US, LLC
Ethicon Women's Health & Urology Sarl

Ethicon Women's Health & Urology Sarl
Ethicon, Inc.
Ethicon, Inc.
Ethnor (Proprietary) Limited
Ethnor (Proprietary) Limited
Ethnor del Istmo S.A.
Ethnor del Istmo S.A.
Ethnor Farmaceutica, S.A.
Ethnor Farmaceutica, S.A.
Ethnor Guatemala, Sociedad Anonima
Finsbury (Development) Limited
Finsbury (Development) Limited
Finsbury (Instruments) Limited
Finsbury (Instruments) Limited
Finsbury Medical Limited
Finsbury Medical Limited
Finsbury Orthopaedics International Limited
Finsbury Orthopaedics International Limited
Finsbury Orthopaedics Limited
Finsbury Orthopaedics Limited
FMS Future Medical System SA
FMS Future Medical System SA
GATT Technologies B.V.
GH Biotech Holdings Limited
GH Biotech Holdings Limited
Global Investment Participation B.V.
Global Investment Participation B.V.
GMED Healthcare BV
GMED Healthcare BV
Guangzhou Bioseal Biotech Co., Ltd.
Guangzhou Bioseal Biotech Co., Ltd.
Hansen Medical Deutschland GmbH
Hansen Medical International, Inc.
Hansen Medical UK Limited
Hansen Medical, Inc.
Healthcare Services (Shanghai) Ltd.
I.D. Acquisition Corp.
Innomedic Gesellschaft fur innovative
Medizintechnik und Informatik mbH
Innomedic Gesellschaft für innovative
Medizintechnik und Informatik mbH
Innovalens B.V.
Innovative Surgical Solutions, LLC
J & J Company West Africa Limited
J&J Argentina S.A.
J&J Pension Trustees Limited
J&J Productos Medicos & Farmaceuticos del
Peru S.A.
J.C. General Services BV
J.C. Services CVBA

Janssen Alzheimer Immunotherapy
(Holding) Limited
Janssen Biologics (Ireland) Limited
Janssen Biologics B.V.
Janssen BioPharma, Inc.
Janssen BioPharma, LLC
Janssen Biotech, Inc.
Janssen Cilag Farmaceutica S.A.
Janssen Cilag S.p.A.
Janssen Cilag SPA
Janssen Cilag, C.A.
Janssen de Mexico, S. de R.L. de C.V.
Janssen Development Finance Unlimited
Company
Janssen Diagnostics, LLC
Janssen Egypt LLC
Janssen Farmaceutica Portugal Lda
Janssen France Treasury Unlimited
Company
Janssen Global Services, LLC
Janssen Group Holdings Limited
Janssen Holding GmbH
Janssen Inc.
Janssen Irish Finance Company UC
Janssen Irish Finance Unlimited Company
Janssen Japan Treasury Unlimited Company
Janssen Korea Ltd.
Janssen Mexico Treasury Unlimited
Company
Janssen Oncology, Inc.
Janssen Ortho LLC
Janssen Pharmaceutica (Proprietary) Limited
Janssen Pharmaceutica NV
Janssen Pharmaceutica S.A.
Janssen Pharmaceutical
Janssen Pharmaceutical K.K.
Janssen Pharmaceutical Sciences Unlimited
Company
Janssen Pharmaceutical Unlimited Company
Janssen Pharmaceuticals, Inc.
Janssen Products, LP
Janssen R&D Ireland
Janssen R&D Ireland Unlimited Company
Janssen Research & Development, LLC
Janssen Sciences Ireland Unlimited
Company
Janssen Scientific Affairs, LLC
Janssen Supply Group, LLC
Janssen Vaccines & Prevention B.V.
Janssen Vaccines Corp.
Janssen-Cilag

Janssen-Cilag (New Zealand) Limited
Janssen-Cilag A/S
Janssen-Cilag AG
Janssen-Cilag Aktiebolag
Janssen-Cilag AS
Janssen-Cilag B.V.
Janssen-Cilag d.o.o. Beograd
Janssen-Cilag de Mexico S. de R.L. de C.V.
Janssen-Cilag Farmaceutica Lda.
Janssen-Cilag Farmaceutica Ltda.
Janssen-Cilag GmbH
Janssen-Cilag International NV
Janssen-Cilag Kft.
Janssen-Cilag Limited
Janssen-Cilag Limited
Janssen-Cilag Manufacturing, LLC
Janssen-Cilag NV
Janssen-Cilag OY
Janssen-Cilag Pharma GmbH
Janssen-Cilag Pharmaceutical S.A.C.I.
Janssen-Cilag Polska, Sp. z o.o.
Janssen-Cilag Pty Ltd
Janssen-Cilag S.A.
Janssen-Cilag s.r.o.
Janssen-Cilag, S.A.
Janssen-Cilag, S.A. de C.V.
Janssen-Pharma, S.L.
J-C Health Care Ltd.
Jevco Holding, Inc.
JJ Surgical Vision Spain, S.L.
JJC Acquisition Company B.V.
JJHC, LLC
JJSV Belgium BV
JJSV Manufacturing Malaysia SDN. BHD.
JJSV Norden AB
JJSV Produtos Oticos Ltda.
JNJ Global Business Services s.r.o.
JNJ Holding EMEA B.V.
JNJ International Investment LLC
JNJ Irish Investments ULC
JNTL (APAC) HoldCo 2 LLC
JNTL (APAC) HoldCo 3 Pte. Ltd.
JNTL (APAC) HoldCo LLC
JNTL (APAC) HoldCo Pte. Ltd.
JNTL (Japan) HoldCo Inc.
JNTL (Malaysia) Sdn. Bhd.
JNTL (Middle East) HoldCo LLC
JNTL (Puerto Rico) HoldCo GmbH
JNTL (Shanghai) Investment Co., Ltd.
JNTL (Switzerland) HoldCo GmbH
JNTL (Thailand) HoldCo LLC

JNTL (UK) HoldCo Limited
JNTL Consumer Health (Belgium) BV
JNTL Consumer Health (Brazil) Ltda.
JNTL Consumer Health (Czech Republic)
s.r.o.
JNTL Consumer Health (Dominican
Republic), S.A.S.
JNTL Consumer Health (Finland) Oy
JNTL Consumer Health (France) SAS
JNTL Consumer Health (Hungary) Kft
JNTL Consumer Health (India) Private
Limited
JNTL Consumer Health (New Zealand)
Limited
JNTL Consumer Health (Norway) AS
JNTL Consumer Health (Philippines) Inc.
JNTL Consumer Health (Poland) sp. z o.o.
JNTL Consumer Health (Portugal) Limitada
JNTL Consumer Health (Services) LLC
JNTL Consumer Health (Slovakia), s.r.o.
JNTL Consumer Health (Spain), S.L.
JNTL Consumer Health (Taiwan) Limited
JNTL Consumer Health (Vietnam) Co. Ltd.
JNTL Consumer Health General Services
BV
JNTL Consumer Health I (Ireland) Limited
JNTL Consumer Health I (Switzerland)
GmbH
JNTL Consumer Health II (Switzerland)
GmbH
JNTL Consumer Health LLC
JNTL Consumer Health Mexico, S. de R.L.
de C.V.
JNTL Consumer Health Middle East FZ-
LLC
JNTL HoldCo 2 LLC
JNTL HoldCo 3 LLC
JNTL HoldCo 4 LLC
JNTL HoldCo 5 LLC
JNTL HoldCo 6 LLC
JNTL HoldCo 7 LLC
JNTL HoldCo 8 LLC
JNTL HoldCo LLC
JNTL Holdings 2, Inc.
JNTL Holdings 3, Inc.
JNTL Holdings B.V.
JNTL Holdings, Inc.
JNTL Ireland HoldCo 2 B.V.
JNTL Netherlands HoldCo B.V.
JNTL Turkey Tuketici Sagligi Limited
Sirketi

Johnson & Johnson

Johnson & Johnson - Societa' Per Azioni

Johnson & Johnson (Angola), Limitada

Johnson & Johnson (Australia) Pty Ltd

Johnson & Johnson (Canada) Inc.

Johnson & Johnson (China) Investment Ltd.

Johnson & Johnson (Ecuador) S.A.

Johnson & Johnson (Egypt) S.A.E.

Johnson & Johnson (Hong Kong) Limited

Johnson & Johnson (Ireland) Limited

Johnson & Johnson (Jamaica) Limited

Johnson & Johnson (Kenya) Limited

Johnson & Johnson (Middle East) Inc.

Johnson & Johnson (Mozambique), Limitada

Johnson & Johnson (Namibia) (Proprietary) Limited

Johnson & Johnson (New Zealand) Limited

Johnson & Johnson (Philippines), Inc.

Johnson & Johnson (Private) Limited

Johnson & Johnson (Singapore) Holdco LLC

Johnson & Johnson (Thailand) Ltd.

Johnson & Johnson (Trinidad) Limited

Johnson & Johnson (Vietnam) Co., Ltd

Johnson & Johnson AB

Johnson & Johnson AG

Johnson & Johnson Belgium Finance Company BV

Johnson & Johnson Bulgaria EOOD

Johnson & Johnson China Ltd.

Johnson & Johnson Consumer (Hong Kong) Limited

Johnson & Johnson Consumer (Thailand) Limited

Johnson & Johnson Consumer B.V.

Johnson & Johnson Consumer Holdings France

Johnson & Johnson Consumer Inc.

Johnson & Johnson Consumer NV

Johnson & Johnson Consumer Saudi Arabia Limited

Johnson & Johnson Consumer Services EAME Ltd.

Johnson & Johnson d.o.o.

Johnson & Johnson de Argentina S.A.C. e. I.

Johnson & Johnson de Chile Limitada

Johnson & Johnson de Chile S.A.

Johnson & Johnson de Colombia S.A.

Johnson & Johnson de Costa Rica, S.A.

Johnson & Johnson de Mexico, S.A. de C.V.

Johnson & Johnson de Uruguay S.A.

Johnson & Johnson de Venezuela, S.A.

Johnson & Johnson del Ecuador, S.A.

Johnson & Johnson Del Paraguay, S.A.

Johnson & Johnson del Peru S.A.

Johnson & Johnson do Brasil Industria E Comercio de Produtos Para Saude Ltda.

Johnson & Johnson Dominicana, S.A.S.

Johnson & Johnson Enterprise Innovation Inc.

Johnson & Johnson European Treasury Company

Johnson & Johnson European Treasury Unlimited Company

Johnson & Johnson Finance Corporation

Johnson & Johnson Finance Limited

Johnson & Johnson Financial Services GmbH

Johnson & Johnson for Export and Import LLC

Johnson & Johnson for Export and Import LLC

Johnson & Johnson Foundation Scotland (NON-PROFIT)

Johnson & Johnson Gateway, LLC

Johnson & Johnson Gesellschaft m.b.H.

Johnson & Johnson GmbH

Johnson & Johnson GT, Sociedad Anonima

Johnson & Johnson Guatemala, S.A.

Johnson & Johnson Health and Wellness Solutions, Inc.

Johnson & Johnson Health Care Systems Inc.

Johnson & Johnson Hellas Commercial and Industrial S.A.

Johnson & Johnson Hellas Consumer Products Commercial Societe Anonyme

Johnson & Johnson Hellas Consumer Products Commercial Societe Anonyme

Johnson & Johnson Hemisferica S.A.

Johnson & Johnson Holdco (NA) Inc.

Johnson & Johnson Holding GmbH

Johnson & Johnson Holdings (Austria) GmbH

Johnson & Johnson Holdings K.K.

Johnson & Johnson Inc.

Johnson & Johnson Industrial Ltda.

Johnson & Johnson Innovation - JJDC, Inc.

Johnson & Johnson Innovation Limited

Johnson & Johnson Innovation LLC

Johnson & Johnson International

Johnson & Johnson International (Singapore) Pte. Ltd.

Johnson & Johnson International Financial Services Company
Johnson & Johnson International Financial Services Unlimited Company
Johnson & Johnson Irish Finance Company Limited
Johnson & Johnson Japan Inc.
Johnson & Johnson K.K.
Johnson & Johnson Kft.
Johnson & Johnson Korea Ltd.
Johnson & Johnson Korea Selling & Distribution LLC
Johnson & Johnson Korea, Ltd.
Johnson & Johnson Limitada
Johnson & Johnson Limited
Johnson & Johnson LLC
Johnson & Johnson Luxembourg Finance Company Sarl
Johnson & Johnson Management Limited
Johnson & Johnson Medical (China) Ltd.
Johnson & Johnson Medical (Proprietary) Ltd
Johnson & Johnson Medical (Shanghai) Ltd.
Johnson & Johnson Medical (Suzhou) Ltd.
Johnson & Johnson Medical B.V.
Johnson & Johnson Medical Devices &
Johnson & Johnson Medical Devices & Diagnostics Group - Latin America, L.L.C.
Johnson & Johnson Medical GmbH
Johnson & Johnson Medical Greece Single Member S.A.
Johnson & Johnson Medical Korea Ltd.
Johnson & Johnson Medical Limited
Johnson & Johnson Medical Mexico, S.A. de C.V.
Johnson & Johnson Medical NV
Johnson & Johnson Medical Products GmbH
Johnson & Johnson Medical Pty Ltd
Johnson & Johnson Medical S.A.
Johnson & Johnson Medical S.p.A.
Johnson & Johnson Medical SAS
Johnson & Johnson Medical Saudi Arabia Limited
Johnson & Johnson Medical Servicios Profesionales S. de R.L. de C.V.
Johnson & Johnson Medical Taiwan Ltd.
Johnson & Johnson Medical, S.C.S.
Johnson & Johnson Medikal Sanayi ve Ticaret Limited Sirketi
Johnson & Johnson MedTech (Thailand) Ltd.

Johnson & Johnson Medtech Colombia S.A.S.
Johnson & Johnson Middle East FZ-LLC
Johnson & Johnson Morocco Societe Anonyme
Johnson & Johnson Nordic AB
Johnson & Johnson Pacific Pty Limited
Johnson & Johnson Pakistan (Private) Limited
Johnson & Johnson Pakistan (Private) Limited
Johnson & Johnson Panama, S.A.
Johnson & Johnson Personal Care (Chile) S.A.
Johnson & Johnson Pharmaceutical Ltd.
Johnson & Johnson Poland Sp. z o.o.
Johnson & Johnson Private Limited
Johnson & Johnson Pte. Ltd.
Johnson & Johnson Pty. Limited
Johnson & Johnson Research Pty Ltd
Johnson & Johnson Romania S.R.L.
Johnson & Johnson S.E. d.o.o.
Johnson & Johnson S.E., Inc.
Johnson & Johnson Sante Beaute France
Johnson & Johnson SDN. BHD.
Johnson & Johnson Services, Inc.
Johnson & Johnson Servicios Corporativos, S. de R.L. de C.V.
Johnson & Johnson Surgical Vision India Private Limited
Johnson & Johnson Surgical Vision India Private Limited
Johnson & Johnson Surgical Vision, Inc.
Johnson & Johnson Taiwan Ltd.
Johnson & Johnson UK Treasury Company Limited
Johnson & Johnson Ukraine LLC
Johnson & Johnson Urban Renewal Associates
Johnson & Johnson Vision Care (Australia) Pty Ltd
Johnson & Johnson Vision Care (Shanghai) Ltd.
Johnson & Johnson Vision Care Ireland Unlimited Company
Johnson & Johnson Vision Care, Inc.
Johnson & Johnson Vision Korea, Ltd.
Johnson & Johnson, Lda
Johnson & Johnson, S.A.
Johnson & Johnson, S.A. de C.V.
Johnson & Johnson, s.r.o.

Johnson & Johnson, s.r.o.
Johnson and Johnson (Proprietary) Limited
Johnson and Johnson Sihhi Malzeme Sanayi
Ve Ticaret Limited Sirketi
Johnson Y Johnson de Costa Rica, S.A.
JOM Pharmaceutical Services, Inc.
Kenvue Inc.
La Concha Land Investment Corporation
Latam International Investment Company
Unlimited Company
Lifescan
McNeil AB
McNeil Consumer Pharmaceuticals Co.
McNeil Denmark ApS
McNeil Healthcare (Ireland) Limited
McNeil Healthcare (UK) Limited
McNeil Healthcare LLC
McNeil Iberica S.L.U.
McNeil LA LLC
McNEIL MMP, LLC
McNeil Nutritionals, LLC
McNeil Panama, LLC
McNeil Products Limited
McNeil Sweden AB
MDS Co. Ltd.
Medical Device Business Services, Inc.
Medical Devices & Diagnostics Global
Services, LLC
Medical Devices International LLC
Medical Industrial do Brasil Ltda.
Medos International Sarl
Medos Sarl
MegaDyne Medical Products, Inc.
Menlo Care De Mexico, S.A. de C.V.
Mentor B.V.
Mentor Deutschland GmbH
Mentor Medical Systems B.V.
Mentor Partnership Holding Company I,
LLC
Mentor Texas GP LLC
Mentor Texas L.P.
Mentor Worldwide LLC
Micrus Endovascular LLC
Middlesex Assurance Company Limited
Momenta Ireland Limited
Momenta Pharmaceuticals, Inc.
NeoStrata Company, Inc.
NeoStrata UG (haftungsbeschrankt)
NeoStrata UG (haftungsbeschränkt)
Netherlands Holding Company
Neuravi Inc.

Neuravi Limited
Neutrogena
NeuWave Medical, Inc.
Novira Therapeutics, LLC
NuVera Medical, Inc.
Obtech Medical Mexico, S.A. de C.V.
OBTECH Medical Sarl
OGX Beauty AU Pty Ltd
OGX Beauty Limited
OMJ Holding GmbH
OMJ Ireland Unlimited Company
OMJ Pharmaceuticals, Inc.
Omrix Biopharmaceuticals Ltd.
Omrix Biopharmaceuticals NV
Omrix Biopharmaceuticals, Inc.
Ortho Biologics LLC
Ortho Biotech Holding LLC
Ortho-McNeil Pharmaceutical, LLC
Orthotaxy
Patriot Pharmaceuticals, LLC
Peninsula Pharmaceuticals, LLC
Penta Pty. Limited
Percivia LLC
Perouse Plastie
Pharmadirect Ltd.
Pharmedica Laboratories (Proprietary)
Limited
PMC Holdings G.K.
Princeton Laboratories, Inc.
Productos de Cuidado Personal y de La
Salud de Bolivia S.R.L.
Proleader S.A.
PT Integrated Healthcare Indonesia
PT. Johnson & Johnson Indonesia
Pulsar Vascular, Inc.
Regency Urban Renewal Associates
RespiVert Ltd.
RoC International
Rutan Realty LLC
Scios LLC
Sedona Enterprise Co., Ltd.
Sedona Singapore International Pte. Ltd.
Sedona Thai International Co., Ltd.
Serhum S.A. de C.V.
Shanghai Elsker For Mother & Baby Co.,
Ltd
Shanghai Johnson & Johnson Ltd.
Shanghai Johnson & Johnson
Pharmaceuticals Ltd.
Sightbox, LLC
Sodiac ESV

| | |
|---|---|
| Spectrum Vision Limited Liability Company | Synthes USA Products, LLC |
| Spectrum Vision Limited Liability Company | Synthes USA, LLC |
| Spectrum Vision Limited Liability Partnership | Synthes, Inc. |
| Spine Solutions GmbH | TARIS Biomedical LLC |
| SterilMed, Inc. | TearScience, Inc. |
| Sterilmed, Inc. | The Anspach Effort, LLC |
| Surg Rx | The Vision Care Institute, LLC |
| Surgical Process Institute Deutschland GmbH | Tibotec, LLC |
| Synthes Costa Rica S.C.R., Limitada | Torax Medical, Inc. |
| SYNTHES GmbH | TriStrata, Incorporated |
| Synthes GmbH | UAB "Johnson & Johnson" |
| Synthes Holding AG | Vania Expansion |
| Synthes Holding Limited | Verb Surgical Inc. |
| SYNTHES Medical Immobilien GmbH | Veridex |
| Synthes Medical Surgical Equipment & Instruments Trading LLC | Vision Care Finance Unlimited Company |
| Synthes Produktions GmbH | Vogue International LLC |
| Synthes Proprietary Limited | Vogue International Trading, Inc. |
| Synthes S.M.P., S. de R.L. de C.V. | WH4110 Development Company, L.L.C. |
| Synthes Tuttlingen GmbH | Xian Janssen Pharmaceutical Ltd. |
| | XO1 Limited |
| | Zarbee's, Inc. |

## SCHEDULE C(v)
## Managers and Officers of the Debtor

John Kim

Richard Dickinson

Robert Wuesthoff

Russell Deyo


## SCHEDULE C(vi)
## Major Current Business Affiliations of Debtor's Managers

American Foundation for Opioid Alternatives

Lawyers for Civil Justice

Migration Policy Institute

Miller Center for Community Protection & Reliance, Eagleton Institute of Politics, Rutgers University

National Center for State Courts

National Council, McLean Hospital

New Jersey Civil Justice Institute

One Mind


## SCHEDULE C(vii)
## Depository and Disbursement Banks

Bank of America, N.A.

## SCHEDULE C(viii)
## Major Sureties

Chubb
Federal Insurance Company
Liberty Mutual Insurance Company
Travelers Casualty and Surety Company of America


## SCHEDULE C(ix)
## Parties to Material Contracts with the Debtor

Johnson & Johnson
Johnson & Johnson Consumer Inc.
Johnson & Johnson Holdco
Johnson & Johnson Services, Inc.
U.S. Bank N.A.


## SCHEDULE C(x)
## Significant Co-Defendants in Talc- Related Litigation

| | |
|---|---|
| 3M Company | Dana Companies, LLC |
| A.O. Smith Corporation | DAP Products, Inc. |
| Albertsons Companies, Inc. | Dollar General Corporation |
| Avon Products, Inc. | Duane Reade Inc. |
| Barretts Minerals, Inc. | Eaton Corporation |
| BASF Catalysts LLC | Eli Lilly and Company |
| Block Drug Company, Inc. | Elizabeth Arden, Inc. |
| Borg Warner Morse Tec, Inc. | Estee Lauder Inc. |
| Brenntag North America | Family Dollar Stores Inc. |
| Brenntag Specialties, Inc. | Flowserve US, Inc. |
| Bristol-Myers Squibb Company | FMC Corporation |
| Carrier Corporation | Food 4 Less of California, Inc. |
| Chanel, Inc. | Ford Motor Company |
| Charles B. Chrystal Co., Inc. | Foster Wheeler, LLC |
| Chattem, Inc. | Gardner Denver, Inc. |
| Colgate-Palmolive Company | General Electric Company |
| Conopco Inc. | Genuine Parts Company |
| Costco Wholesale Corporation | Goodyear Tire & Rubber Co. |
| Coty, Inc. | Goulds Pumps, LLC |
| Crane Co. | Grinnell LLC |
| CVS Health Corporation | Honeywell International, Inc. |
| CVS Pharmacy, Inc. | Imerys Talc America, Inc. |
| Cyprus Amax Minerals Company | Imerys USA, Inc. |
| Cyprus Mines Corporation | IMO Industries Inc. |

| | |
|---|---|
| John Crane, Inc. | Revlon, Inc. |
| K&B Louisiana Corporation | Rite Aid Corporation |
| Kaiser Gypsum Company, Inc. | Safeway, Inc. |
| Kmart Corporation | Sanofi-Aventis U.S. LLC |
| Kolmar Laboratories | Shulton, Inc. |
| Longs Drug Stores California | Specialty Minerals Inc. |
| L'Oreal USA, Inc. | Target Corporation |
| Lucky Stores, Inc. | The Dow Chemical Company |
| Macy's, Inc. | The Estee Lauder Companies, Inc. |
| Mary Kay Inc. | The Kroger Co. |
| Maybelline LLC | The Procter & Gamble Company |
| Metropolitan Life Insurance Company | Thrifty Payless, Inc. |
| Noxell Corporation | Unilever Home & Personal Care USA |
| Personal Care Products Council | Union Carbide Corporation |
| Pfizer, Inc. | Vanderbilt Minerals, LLC |
| Pharma Tech Industries, Inc. | ViacomCBS, Inc. |
| Pneumo Abex, LLC | Walgreen Co. |
| PTI Royston, LLC | Walmart, Inc. |
| Publix Super Markets, Inc. | Warren Pumps, LLC |
| R.T. Vanderbilt Holding Company, Inc. | Whittaker Clark & Daniels, Inc. |
| Ralphs Grocery Company | Wyeth Holdings LLC |
| Revlon Consumer Products Corporation | Yves Saint Laurent America, Inc. |

## SCHEDULE C(xi)
### Debtors' Retained Professionals and Claims Agent

AlixPartners LLP
Bates White LLC
Blake, Cassels & Graydon LLP
Epiq Corporate Restructuring LLC
Hogan Lovells
Jones Day
King & Spalding LLP
McCarter & English, LLP
Orrick, Herrington, & Sutcliffe, LLP
Rayburn Cooper & Durham, P.A.
Shook, Hardy & Bacon L.L.P.
Skadden, Arps, Slate, Meager & Flom LLP
Weil Gotshal & Manges LLP
Wollmuth Maher & Deutsch LLP

## SCHEDULE C(xii)
### Proposed Future Claimants' Representative and Her Proposed Professional

Randi S. Ellis
Walsh Pizzi O'Reilly Falanga LLP

## SCHEDULE C(xiii)
### Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers

Adler Pollock & Sheehan PC

Bailey Glasser LLP

Barnes & Thornburg, LLP

Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.

Blake, Cassels & Graydon LLP

Blank Rome LLP

Brown Greer PLC

Butler Snow LLP

Carlton Fields, P.A.

Chehardy, Sherman, Williams, Recile, & Hayes

Covington & Burling LLP

Cravath, Swaine & Moore

Damon Key Leong Kupchak Hastert

Davis Hatley Haffeman & Tighe

Dechert LLP

Elliott Law Offices, PA

Faegre Drinker Biddle & Reath LLP

Foliart, Huff, Ottaway & Bottom

Freeman & Sarver, L.L.C.

Gibson, Dunn & Crutcher LLP

Goldman Ismail Tomaselli Brennan & Baum

Hartline Barger

HeplerBroom LLC

Irwin Fritchie Urquhart & Moore LLC

Johnson & Bell Ltd.

Jones, Skelton & Hochuli, P.L.C.

Kaplan, Johnson, Abate & Bird LLP

Kelley Jasons McGowan Spinelli Hanna & Reber, LLP

Kirkland & Ellis LLP

Kitch Drutchas Wagner Valitutti & Sherbrook

Lewis Brisbois Bisgaard & Smith, LLP

Manion Gaynor & Manning LLP

Manning Gross & Massenburg

Miles & Stockbridge

Milligan & Herns

Morgan Lewis

Nelson Mullins Riley & Scarborough, LLP

Nutter McClennen & Fish LLP

Orrick, Herrington, & Sutcliffe, LLP

Patterson Belknap Webb & Tyler LLP

Proskauer Rose LLP

Quattlebaum, Grooms & Tull PLLC

Schnader Harrison Segal & Lewis

Schwabe Williamson & Wyatt

Sidley Austin LLP

Skadden, Arps, Slate, Meager & Flom LLP

Sills Cummis & Gross P.C.

Stoel Rives LLP

Sullivan Whitehead & Deluca LLP

Swartz Campbell LLC

The Weinhardt Law Firm

Tucker Ellis LLP

Willcox & Savage, P.C.

## SCHEDULE C(xiv)
### Known Professionals for Certain Non- Debtor Parties in Interest

Aylstock, Witkin, Kreis & Overholtz, PLLC

Barnes & Thornburg, LLP

Cravath, Swaine & Moore

Laminack, Pirtle & Martines

Lieff Cabraser Heimann & Bernstein LLP

Parafinczuk Wolf, P.A.

Paul LLP

Rawlings & Associates PLLC

Seeger Weiss LLP

The Gori Law Firm

Weitz and Luxenberg, PC

White & Case LLP

## SCHEDULE C(xv)
### Material Potentially Indemnified Parties

Bausch Health Companies Inc.

Cyprus Mines Corporation

Cyprus Talc Corp.

Imerys Talc America, Inc.

Imerys Talc Vermont, Inc.

Luzenac America, Inc.

Pharma Tech Industries, Inc.

PTI Royston, LLC

Rio Tinto America, Inc.

RTZ America, Inc.

Valeant Pharmaceuticals International, Inc.

Windsor Minerals Inc.

Costco Wholesale Corporation

Publix Super Markets, Inc.

Rite Aid Corporation

Safeway Inc.

## SCHEDULE C(xvi)
### Law Firms with Significant Representations of Talc Claimants

Andres Pereira Firm

Arnold & Itkin LLP

Aylstock, Witkin, Kreis & Overholtz, PLLC

Barnes Firm

Beasley Allen Law Firm

Cellino Law LLP

Childers, Schlueter & Smith LLC

Dalimonte Rueb Stoller, LLP

Dean Omar Branham Shirley, LLP

Driscoll Firm, LLC

Fears Nachawati Law Firm

Ferraro Law Firm

Ferrer, Poirot & Wansbrough

Flint Law Firm LLC

Golomb Spirit Grunfeld, P.C.

Honik LLC

Johnson Law Group

Karst & von Oiste LLP

Kazan, McClain, Satterly & Greenwood PLC

Lanier Law Firm

Levy Konigsberg LLP

Linville Law Group

Maune Raichle Hartley French & Mudd, LLC

McDonald Worley

Miller Firm, LLC

Motley Rice LLC

Nachawati Law Group

Napoli Shkolnik PLLC

OnderLaw, LLC

Pulaski Kherkher PLLC

Robinson Calcagnie

Rueb Stoller Daniel, LLP

Sanders, Phillips, Grossman, LLC

Seeger Weiss LLP

Simmons Hanly Conroy LLC

Slater Slater Schulman LLP

The Gori Law Firm

Trammell PC

Wagstaff Law Firm

Watts Guerra LLP

Weitz & Luxenberg, P.C.

Williams Hart Law Firm

Wisner Baum, LLP

## SCHEDULE C(xvii)
### Supporting Talc Claimants' Committee Attorneys

Cole Schotz P.C.

Paul Hastings LLP

Parkins & Rubio LLP

## SCHEDULE C(xviii)
### Key Parties in Imerys Talc America Inc. and Cyprus Mines Corp. Chapter 11 Cases

Cyprus Amax Minerals Company
Cyprus Mines Corporation
Cyprus Talc Corporation
Imerys S.A.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc. (fka Windsor Minerals Inc.)
James L. Patton
Luzenac America, Inc.
Official Committee of Tort Claimants (*In re Imerys Talc America, Inc.*)
Official Committee of Tort Claimants (*In re Cyprus Mines Corp.*)
Roger Frankel

## SCHEDULE C(xix)
### Parties Who Have Entered Into Plan Support Agreements

Andres Pereira Firm
Ferrer, Poirot & Wansbrough
Johnson Law Group
Liakos Law, APC
Linville Law Group
McDonald Worley
Nachawati Law Group
OnderLaw, LLC

Pulaski Kherkher PLLC
Rueb Stoller Daniel, LLP
Seeger Weiss LLP
Slater Slater Schulman LLP
Trammell PC
Watts Guerra LLP
Wisner Baum, LLP

## SCHEDULE C(xx)
### Debtor's Insurers

A.G. Securitas
ACE Property & Casualty Insurance Company
Aetna Casualty and Surety Company
Affiliated FM Ins. Company
AIG Europe S.A.
AIG Property and Casualty Company
AIU Ins. Company
Allianz Global Risks US Insurance Company
Allianz Ins. Company
Allstate Insurance Company
American Centennial Ins. Company
American Motorists Ins. Company
American Re-Insurance Company
Arrowood Indemnity Company
ASR Schadeverzekering N.V.
Assurances Generales De France
Assurantiekantoor VanWijk & Co.

Atlanta International Insurance Company
Birmingham Fire Ins. Company of Pennsylvania
Central National Ins. Company of Omaha
Century Indemnity Company
Champion Dyeing Allocation Year
Chubb
City Ins. Company
Colonia Versicherungs AG, Koln
Colonia Versicherungs AG, Koln Company of N.Y.
Continental Insurance Company
Darag Deutsche Versicherungs-Und
Darag Deutsche Versicherungs-Und Rückversicherungs-AG
Drake Ins. Company of New York
Employers Ins. Company of Wausau
Employers Ins. of Wausau

Employers Mutual Casualty Company
Eurinco Allgemeine
Eurinco Allgemeine Versicherungs AG, Dusseldorf
Everest Reinsurance Company
Fireman's Fund Ins. Company
First State Ins. Company
GAP
Gibraltar Casualty Company
Granite State Ins. Company
Great American
Great Northern Ins. Company
Great Southwest Fire Ins. Company
Groupe Drouot
Harbor Ins. Company
Hartford Accident and Indemnity Company
Home Ins. Company
Ideal Mutual Ins. Company
Industrial Indemnity Company
Industrial Indemnity Company Ins. Company of North America
Ins. Company of North America
Ins. Company of the State of Pennsylvania
Ins. Corporation of Singapore Limited
Integrity Ins. Company
International Ins. Company
International Surplus Lines Ins. Company
Lexington Ins. Company
London Guarantee and Accident
London Guarantee and Accident Company of N.Y.
L'Union Atlantique S.A. d'Assurances
Maas Lloyd
Mead Reinsurance Corporation
Middlesex Assurance Company
Midland Ins. Company
Midstates Reinsurance Corp.
Mission Ins. Company
Mission National Ins. Company
Munich Reinsurance America, Inc.
Mutual Fire, Marine, & Inland Ins. Company
N.V. De Ark
N.V. Rotterdamse Assurantiekas
N.V. Schadeverzekeringsmaatschappij

N.V. Schadeverzekeringsmaatschappij Maas Lloyd
National Casualty Company
National Union Fire Ins. Company of Pittsburgh, PA
Nationwide
New Hampshire Ins. Company
North River Ins. Company
Northbrook Excess and Surplus Ins. Company
Northeastern Fire Ins. Company of Pennsylvania
Pacific Employers Ins. Company
ProSight
Prudential Reinsurance Company
Puritan Insurance Company
Republic Indemnity Company of America
Republic Ins. Company
Republic Western Ins. Company
Repwest Insurance Company
Resolute Management Inc.
Rheinland Versicherungen
Rheinland Verzekeringen
Riverstone Insurers
Royal Belge I.R., S.A. d'Assurances
Royal Indemnity Company
Royal Ins. Company
Ruckversicherungs-AG
Safety Mutual Casualty Corporation
Safety National Casualty Corporation
Seguros La Republica SA
Sentry Insurance A Mutual Company
Southern American Ins. Company
Starr Indemnity & Liability Company
TIG Insurance Company
Transamerica Premier Insurance Company
Transit Casualty Company
Travelers Casualty and Surety Company
UAP
Union Atlantique d'Assurances S.A.
Union Indemnity Ins. Company of New York
Versicherungs AG, Dusseldorf
Westchester Fire Insurance Company
Westport Insurance Corporation
Westport Insurance Corporation
XL Ins. Company

## SCHEDULE C(xxi)
**Employees of the Bankruptcy Administrator's Office for the Western District of North Carolina**

Alexandria Kenny

Anne Whitley

David Shepherd

Katrina Adams

Sarah Scholz

Shelley K. Abel


## SCHEDULE C(xxii)
**Bankruptcy Judges for the Western District of North Carolina**

Judge George Hodges

Judge J. Craig Whitley

Judge Laura T. Beyer


## SCHEDULE C(xxiii)
**Bankruptcy Rule 2002 Appearances**

AIG Europe S.A. (as successor in interest to Union Atlantique d'Assurances S.A)

AIG Property Casualty Company (f/k/a Birmingham Fire Insurance Company of Pennsylvania)

AIU Insurance Company

Albert Schwenk

Wanda Allen

Allstate Insurance Company, as successor in interest to Northbrook Excess & Surplus Insurance       Company, formerly Northbrook Insurance Company

Anderson Kill

Andrews & Thornton

Atlanta International Insurance Company (as successor in interest to Drake Insurance Company)

Arnold & Itkin LLP

ASR Schadeverzekering N.V. (as successor in interest to Assurantiekoor Van Wijk & Co.)

Aylstock, Witkin, Kreis & Overholtz, PLLC

Barnes Law Group

Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International

Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc.

Bausch Health US, LLC f/k/a Valeant Pharmaceuticals North America LLC

Berkley Research Group

Bernstein Shur Sawyer & Nelson

Bestwall LLC

Blue Cross Blue Shield Association

Blue Cross Blue Shield of Massachusetts, Inc

Edna Brown

Barbara Busch

Beatriz Cabeza

Monica Cambron

Tarshwa Carter

Cassels Brock and Blackwell

Childers, Schlueter & Smith

Bridget Coates

Cohen, Placitella & Roth P.C.

Lillian Cohn-Sharon

The Continental Insurance Company

Elaine Cook

Cyprus Amax Minerals Company

Cyprus Mines Corporation

Gloria Davis

Dawn Dispensa

Patricia Dunbar

Fears Nachawati PLLC

Ann Frye-Moragne

FTI Consulting

Debra Fugiel

Genova Burns
Victoria Gomes
Granite State Insurance Company
Andrea Harris
Charlette Hein
Tabitha Henry
Christine Hodge
Darlene Holland
Imerys Talc America, Inc.
Imerys Talc Canada Inc.
Imerys Talc Vermont, Inc.
The Insurance Company of the State of
Pennsylvania
Johnson Becker
Johnson & Johnson
Johnson & Johnson Consumer Inc.
Voncile Jones
Amanda Joyce
Kazan, McClain, Satterley & Greenwood, PLLC
Shelly King
Mildred Kirk-Brown
Julie Lamore
Susan Leach
Mary Leinen
Lenze Lawyers
Levy Konigsberg LLP
Lexington Insurance Company
Lighthouse Technologies
Jo Ellen Luster
Nancy Lyman
Massey & Gail LLP
McDonald Worley
Bernadette McGinnis
MoloLamken
Morelli Law
Pamela Morrill
Nachawati Law
National Union Fire Insurance Company of
Pittsburgh, Pa.
New Hampshire Insurance Company
The North River Insurance Company
N.V. Schadeverzekeringsmaatschappij Maas
Lloyd (individually and as successor in interest to
Policies subscribed in favor of Johnson & Johnson
by N.V. Rotterdamse Assurantiekas, n/k/a   De
Ark)
Kathleen O'Halloran

Lisa O'Neal
OnderLaw, LLC
Otterbourg PC
The Plaintiffs Steering Committee in the In re:
Johnson & Johnson Talcum Powder Products
Marketing, Sales Practices and Precuts Liability
Multi- District Litigation
RheinLand Versicherungen (as successor in
interest only to the subscriptions of the former
Dutch company Rheinland Verzekeringen)
Pulaski Kherkher
Rio Tinto America Inc.
Cora Robinson
Robinson Calcagnie, Inc.
Rueb Stoller Daniel
Lisa Sabatine
Maraldine Schmidt
Valerie Schultz
Slater Slater Schulman
Isabel Spano
Starr Indemnity & Liability Company (as
successor in interest to Republic Insurance
Company)
State of Texas, Attorney General of Texas
Three Crowns Insurance Company
Christine Torres
Travelers Casualty and Surety Company (f/k/a
The Aetna Casualty and Surety Company)
May Virata
Wagstaff Law
Waldrep Wall Babcock & Bailey PLLC
Walsh Pizzi O'Reilly Falanga
Watts Guerra
Westchester Fire Insurance Company
Sharon Wildman
Oshunna Williams

## SCHEDULE C(xxiv)
### Judge for the U.S. Bankruptcy Court for the District of New Jersey

Hon. Michael B. Kaplan

Hon. Rosemary Gambardella

Hon. Kathryn C. Ferguson

Hon. Christine M. Gravelle

Hon. Andrew B. Altenburg, Jr.

Hon. Vincent F. Papalia

Hon. John K. Sherwood

Hon. Jerrold N. Poslusny, Jr.

Hon. Stacey L. Meisel

## SCHEDULE C(xxv)
### United States Trustee for Region 3 or Employee (New Jersey Office)

Andrew R. Vara

Martha Hildebrandt

Adela Alfaro

Kirsten K. Ardelean

Francyne D. Arendas

Michael Artis

Lauren Bielskie

Peter J. D'Auria

Neidy Fuentes

David Gerardi

Rosemarie Giles

Tia Green

Mitchell B. Hausman

Joseph C. Kern

Daniel C. Kropiewnicki

Maggie McGee

Alexandria Nikolinos

Tina L. Oppelt

Angeliza Ortiz-Ng

Robert J. Schneider, Jr.

Jeffrey Sponder

Fran B. Steele

James Stives

William J. Ziemer

**SCHEDULE C(xxvi)**
**Potential Parties in Canadian Proceeding**

Cassels Brock & Blackwell LLP
Ernst & Young Inc

**SCHEDULE C(xxvii)**
**States/Federal District With Consumer Protection Investigations/Actions**

Alabama
Alaska
Arkansas
Arizona
Colorado
Connecticut
Delaware
Florida
Georgia
Hawaii
Idaho
Illinois
Iowa
Kansas
Kentucky
Maine
Maryland
Massachusetts
Michigan
Minnesota
Mississippi
Montana
Nebraska
Nevada
New Hampshire
New Jersey
New Mexico
New York
North Carolina
North Dakota
Ohio
Oklahoma
Oregon
Rhode Island
South Dakota
Texas
Utah
Vermont
Virginia
Washington
Washington, D.C.
West Virginia
Wisconsin

### SCHEDULE C(xxviii)
### Bankruptcy Judges for the District of New Jersey

Judge Andrew B. Altenburg, Jr.
Judge Christine M. Gravelle
Judge Jerrold N. Poslusny, Jr.
Judge John K. Sherwood
Judge Kathryn C. Ferguson
Judge Michael B. Kaplan
Judge Rosemary Gambardella
Judge Stacey L. Meisel
Judge Vincent F. Papalia

### SCHEDULE C(xxix)
### Retailers and Indemnified Parties

7-Eleven
7-Eleven, Inc.
Acme Markets, Inc.
Ahold Delhaize USA, Inc.
Albertsons Companies, Inc.
Alpha Beta Company
Associated Wholesaler Grocers, Inc.
Bartell Drug Company
Bashas', Inc.
Bausch Health US, LLC
Bausch Health Americas, Inc.
Bausch Health Companies Inc.
BCW LLC
Best Market of Astoria, Inc.
BI-LO, LLC
Bi-Mart Corporation
C&S Wholesale Grocers
C&S Wholesale Grocers, Inc.
Classic Pharmacy, Inc.
Cosentino Enterprises, Inc.
Cosentino Group, Inc.
Cosentino Price Chopper
Cosentino's Food Stores
Costco Wholesale Corporation
CVS Health Corporation
CVS Pharmacy, Inc.
Demoulas Super Markets, Inc.
Dierbergs Markets, Inc.
Discount Drug Mart, Inc.
Dollar Tree Stores, Inc.
DRI I, Inc.
Duane Reade, Inc.
Eckerd Corporation of Florida, Inc.
Family Dollar Stores
Fleming Companies, Inc.

Food 4 Less of California
Food 4 Less of Southern California, Inc.
Foodland
Foodland Super Market, LTD
Foot Locker Specialties, Inc., individually and as
successor-in-interest to F.W. Woolworth Co.
Foot Locker Specialty, Inc.
Foot Locker, Inc./Woolworth Corporation
Four B Corporation d/b/a Balls Food Stores
Fred Meyer Stores, Inc.
Fruth Pharmacy, Inc.
Gerlands Food Fair, LLC
Gerlands, LLC
Gerlands, LLC/Lewis Food Town, Inc.
Giant Eagle, Inc.
Giant Food of Maryland, LLC
Giant Food Stores, LLC
Grocery Outlet Holding Corporation
Grocery Outlet Inc.
Grocery Outlet, Inc.
HAC, Inc.
H-E-B, LP
Hughes Markets, Inc.
Hy-Vee, Inc.
Jewel Food Stores
Jewel Osco
Jewel Osco Southwest
K&B Corporation
K&B Louisiana Corporation
Kings Park Slope, Inc.
Kings Pharmacy
Kings Pharmacy Holdings, LLC
Kings Third Ave. Pharmacy, Inc.
Knorr Street ShopRite, Inc.
La Luz Market, LTD. Co.

Lewis Food Town, Inc.
Longs Drug Stores California, L.L.C
Longs Drug Stores of Southern California,
L.L.C.
Longs Drug Stores, L.L.C.
Lucky Stores, Inc.
Marc Glassman Inc.
Marc Glassman, Inc. d/b/a Marc's Store &
Pharmacy
MBF Healthcare Holdings, Inc.
MBF Healthcare Management, LLC
Meijer, Inc.
MMG Equity Partners
Navarro Discount Pharmacies No. 5, LLC
Navarro Discount Pharmacies, LLC
Owens & Minor Distribution, Inc.
Owens & Minor, Inc.
Piggly Wiggly Carolina Co.
Piggly Wiggly Carolina Co., Inc.
Piggly Wiggly Companies, Inc.
Piggly Wiggly, LLC
Piggly Wiggly, LLC (subsidiary of C&S
Wholesale Grocers)
PTI
PTI Royston LLC, a Georgia Limited Liability
Co., d/b/a Pharma Tech Industries
PTI Union, LLC d/b/a Pharma Tech Industries
Publix Super Markets, Inc.
Raley's
Ralphs Grocery Company
Randall's Food & Drug LP
Randall's Food Markets, Inc.
Rite Aid
Rite Aid Corporation
Rite Aid Hdqtrs. Corp.
Rite Aid of New York City, Inc.
Rite Aid of New York, Inc.
Rite Aid of Pennsylvania, Inc.
Rite Aid of South Carolina, Inc.
Rouse's Enterprises, L.L.C.
Rouse's Enterprises, L.L.C. d/b/a Rouses Market
Safeway Inc.

Save Mart Supermarkets, Inc.
Save Mart Supermarkets, Inc./Lucky Stores
Schnuck Markets
Schnuck Markets, Inc.
Sedano's Market, Inc.
Shanti Pharmacy Corp.
Shaw's Supermarkets, Inc.
Shop-Rite Supermarkets, Inc. a/k/a Shop Rite of
Knorr Street
Smith Food and Drug Center, Inc.
Southeastern Grocers, Inc.
Star Markets Company, Inc.
Stater Bros. Markets
Super Center Concepts, Inc. d/b/a Superior
Grocers
Superior Grocers
SuperValu, Inc.
T. Levy Associates, d/b/a Beauty Land
Enterprises
T. Levy Associates, Inc. d/b/a Beauty Land
Enterprises/Beautyland
Target Corporation
The Bartell Drug Company
The Kroger Company
The Stop & Shop Supermarket Company LLC
The Vons Companies, Inc.
Thrifty Payless, Inc.
Thrifty white Drug
Tops Holding, LLC
Valeant Pharmaceuticals International
Valeant Pharmaceuticals International, Inc.
Valeant Pharmaceuticals North America LLC
Wakefern Food Corp.
Walgreen Co.
Walgreen Eastern Co., Inc.
Walgreen Pharmacy Strategies, LLC
Walgreens Boots Alliance, Inc.
Walmart Inc.
Wegmans Food Markets, Inc.
Winn-Dixie Stores, Inc.
Woolworth Corporation