**Exhibit D – Relationships with Interested Parties**

**HOULIHAN LOKEY CORPORATE FINANCE – ACTIVE ENGAGEMENTS**
BAUSCH HEALTH US, LLC
EPIQ CORPORATE RESTRUCTURING
GOODYEAR TIRE & RUBBER CO.
WHITE & CASE LLP

**HOULIHAN LOKEY CORPORATE FINANCE – CLOSED ENGAGEMENTS**
ALBERTSONS COMPANIES, INC.
GREAT AMERICAN
NATIONWIDE

**HOULIHAN LOKEY FINANCIAL ADVISORY SERVICES – ACTIVE ENGAGEMENTS**
COLE SCHOTZ P.C.
CRAVATH, SWAINE & MOORE
ERNST & YOUNG INC
FARELLA, BRAUN & MARTEL
GENERAL ELECTRIC COMPANY
GIBSON, DUNN & CRUTCHER LLP
HOGAN LOVELLS
KIRKLAND & ELLIS LLP
LEWIS BRISBOIS BISGAARD & SMITH, LLP
MCCARTER & ENGLISH, LLP
MORGAN, LEWIS & BOCKIUS, LLP
ORRICK, HERRINGTON, & SUTCLIFFE, LLP
R.T. VANDERBILT HOLDING COMPANY, INC.
RITE AID CORPORATION
SIDLEY AUSTIN LLP
TRANSAMERICA PREMIER INSURANCE COMPANY
WALMART, INC.

**HOULIHAN LOKEY FINANCIAL ADVISORY SERVICES – CLOSED ENGAGEMENTS**
ALIXPARTNERS, LLP
BARNES & THORNBURG, LLP
CRANE CO.
CRAVATH, SWAINE & MOORE
C&S WHOLESALE GROCERS, INC.
EATON CORPORATION
FORD MOTOR COMPANY
GENERAL ELECTRIC COMPANY
GENUINE PARTS COMPANY
GIANT EAGLE, INC.
GIBSON, DUNN & CRUTCHER LLP
KIRKLAND & ELLIS LLP
MORGAN, LEWIS & BOCKIUS, LLP
ORRICK, HERRINGTON, & SUTCLIFFE, LLP
PFIZER, INC.
PROSKAUER ROSE LLP
R.T. VANDERBILT HOLDING COMPANY, INC.
RITE AID CORPORATION

SIDLEY AUSTIN LLP
SKADDEN, ARPS, SLATE, MEAGER & FLOM LLP
U.S. BANK N.A.
WALGREEN CO.
ZARBEE'S, INC.

**HOULIHAN LOKEY FINANCIAL RESTRUCTURING GROUP – ACTIVE ENGAGEMENTS**
3M COMPANY
ALLIANZ GLOBAL RISKS US INSURANCE COMPANY
AVON PRODUCTS, INC.
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
BANK OF AMERICA, N.A.
BAUSCH HEALTH US, LLC
BROWN RUDNICK LLP
FTI CONSULTING
GIBSON, DUNN & CRUTCHER LLP
KING & SPALDING LLP
LAMINACK, PIRTLE & MARTINES
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
PARAFINCZUK WOLF, P.A.
PAUL LLP
PROSKAUER ROSE LLP
RAWLINGS & ASSOCIATES PLLC
REVLON, INC.
SEEGER WEISS LLP
THE GORI LAW FIRM
U.S. BANK N.A.
WEIL GOTSHAL & MANGES LLP
WEITZ AND LUXENBERG, PC
WHITE & CASE LLP

**HOULIHAN LOKEY FINANCIAL RESTRUCTURING GROUP – CLOSED ENGAGEMENTS**
ALLIANZ GLOBAL RISKS US INSURANCE COMPANY
BANK OF AMERICA, N.A.
BAUSCH HEALTH US, LLC
CASSELS BROCK & BLACKWELL LLP
FTI CONSULTING
GENERAL ELECTRIC COMPANY
GIBSON, DUNN & CRUTCHER LLP
HONEYWELL INTERNATIONAL, INC.
JONES DAY
KING & SPALDING LLP
KIRKLAND & ELLIS LLP
METROPOLITAN LIFE INSURANCE COMPANY
MOTLEY RICE LLP
NATIONWIDE
PAUL HASTINGS LLP
PROSKAUER ROSE LLP
U.S. BANK N.A.
WALGREEN CO.
WEIL GOTSHAL & MANGES LLP
WHITE & CASE LLP