| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 533-1112<br>*Proposed Local Counsel for the Official*<br>*Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Jeffrey L. Jonas, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official*<br>*Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Co-Counsel for the Official Committee*<br>*of Talc Claimants* |
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

# RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF TALC CLAIMANTS TO THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER WAIVING THE REQUIREMENT OF RULE 3003-1(a)(1) OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

The Official Committee of Talc Claimants (the "Committee"), duly appointed by the Office of the United States Trustee, hereby submits the following reservation of rights to the *Debtor's Motion for Entry of an Order Waiving the Requirement of Rule 3003-1(a)(1) of the Local Rules of the United States Bankruptcy Court District of New Jersey* [Dkt. No. 734] (the "Motion") and respectfully states as follows:[2]

1. The Committee does not object to the waiver of the requirement of Local Bankruptcy Rule 3003-1(a)(1) that proofs of claim by creditors (other than governmental units) and equity security holders be filed seventy (70) days after the Petition Date. This limited relief appears appropriate.

2. The proposed order included with the Motion preserves the Debtor's right to seek an order from the Court fixing the time for the filing of proofs of claim. The Committee reserves all rights, arguments and objections, including the right of the Committee itself to seek an order from the Court fixing the time for filing of proofs of claim and the right of the Committee to contest any motion filed by the Debtor seeking an order from the Court fixing the time for filing of proofs of claim.

Dated: June 12, 2023

                                        Respectfully submitted,

                                      **GENOVA BURNS, LLC**

                                      By:   /s/ *Daniel M. Stolz*
                                               Daniel M. Stolz, Esq.
                                               Donald W. Clarke, Esq.
                                               dstolz@genovaburns.com
                                             dclarke@genovaburns.com
                                             110 Allen Road, Suite 304
                                             Basking Ridge, NJ 07920

                                      *Proposed Local Counsel to the Official Committee of Talc Claimants*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed thereto in the Motion.

65055268 v1-WorkSiteUS-039535/0001