**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

## MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD
## APRIL 14, 2023 THROUGH MAY 31, 2023

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Genova Burns LLC |
| Case No.: | 21-30589(MBK) | Client: | Official Comm of Talc Claimant |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

### SECTION 1
### FEE SUMMARY

X   Monthly Fee Statement No. 1        or   ☐ Final Fee Application

Summary of Amounts Requested for the Period from April 14, 2023 through May 31, 2023 (the "First Statement Period")

| | |
|---|---|
| Total Fees: | $ 508,280.00 |
| Total Disbursements: | $     3,723.53 |
| Minus 20% holdback of Fees: | $ 101,656.00 |
| Amount Sought at this Time: | $ 410,347.53 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Daniel M. Stolz, Partner | 1980 | 307.10 | 800.00 | $245,680.00 |
| 2.  Daniel M. Stolz, Partner | 1980 | 5.20 | 400.00 | $2,080.00 |
| 3.  Donald W. Clarke, Partner | 2008 | 200.60 | 600.00 | $120,360.00 |
| 4.  Scott S. Rever, Counsel | 1994 | 28.80 | 600.00 | $17,280.00 |
| 5.  Gregory S. Kinoian, Counsel | 1992 | 153.40 | 600.00 | 92,040.00 |
| 6.  Gregory S. Kinoian, Counsel | 1992 | 3.00 | 300.00 | $900.00 |
| 7.  Sydney Schubert, Junior Associate | 2022 | 27.30 | 275.00 | $7,507.50 |
| 8.  Sydney Schubert, Junior Associates | 2022 | 2.60 | 137.50 | $357.50 |
| 9.  Lorrie Denson | Paralegal | 48.90 | 250.00 | $12,225.00 |
| 10. Silas H. Lam | Paralegal | 1.70 | 250.00 | $425.00 |
| 11. Denise Sichenze | Paralegal | 9.80 | 250.00 | $2,450.00 |
| 12. Patti McCurrie | Paralegal | 17.00 | 250.00 | $4,250.00 |
| 13. Maria A. Sousa | Paraprofessional | 10.90 | 250.00 | $2,725.00 |

|  |  |
|---|---|
| Fee Totals: | $ 508,280.00 |
| Disbursements Totals: | $     3,723.53 |
| Total Fee Application | $ 512,003.53 |

**SECTION II SUMMARY
OF SERVICES**

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 742.40 | 473,537.50 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 1.60 | 400.00 |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 19.60 | 5,285.00 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 28.60 | 17,160.00 |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 5.40 | 3,240.00 |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 7.30 | 4,960.00 |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | .60 | 360.00 |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | 10.80 | 3,337.50 |
| **SERVICE TOTALS:** | | 816.30 | $508,280.00 |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | 596.00 |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | 519.42 |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |

| | | |
|---|---|---|
| e) | **Case Specific Telephone/Conference Call Charges** <br> Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services** <br> Exclusive of overhead charges. | 507.60 |
| g) | **Outside Reproduction Services** <br> Including scanning services. | |
| h) | **Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting** <br> Transcripts. | 680.40 |
| j) | **Travel** <br> Mileage, tolls, airfare, parking. | 148.94 |
| k) | **Courier & Express Carriers** <br> Overnight and personal delivery. | 195.87 |
| l) | **Postage** | 108.49 |
| m) | **Other (specify) Meals; subpoenas** | 966.81 |
| **DISBURSEMENTS TOTAL:** | | **$3,723.53** |

I certify under penalty of perjury that the above is true.

Date: June 13, 2023

/s/ *Daniel M. Stolz*

DANIEL M. STOLZ