**EXHIBIT "B"**

GENOVA BURNS LLC

June 13, 2023
Invoice No.: 495962

**DISBURSEMENTS**

| | Description | Amount |
|---|---|---|
| 4/11/23 | Parking - 110 N. Warren, Trenton, NJ - Amex Period Ending 4-30-DMS | 12.00 |
| 4/12/23 | Meals - Uber Eats, - Amex Period Ending 4-30-CR | 13.30 |
| 4/12/23 | Meals - Uber Eats - Amex Period Ending 4-30-CR | 111.76 |
| 4/18/23 | Parking - 110 N Warren, Trenton, NJ - Amex Period Ending 4-30- | 12.00 |
| 4/18/23 | Meals - Uber Eats - Amex Period Ending 4-30-CR | 13.30 |
| 4/18/23 | Meals - Uber Eats - Amex Period Ending 4-30-CR | 112.91 |
| 4/18/23 | Meals - Classic Sub Shop, Hamilton Square, NJ - Amex Period Ending 4-30-CR | 262.34 |
| 4/20/23 | Parking at US Bankruptcy Court in Trenton NJ | 21.00 |
| 4/21/23 | Filing Fee - US Bankruptcy Court of NJ, Newark, NJ - Amex Period Ending 4-30-DMS | 298.00 |
| 4/25/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020610771 (Galaxy Digital Holdings Ltd., Records Custodian / Ap) | 23.25 |
| 4/27/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848294703 | 464.46 |
| 4/28/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848294703 | 54.96 |
| 5/03/23 | Mileage (H) Travel from Office to Hearing. | 41.46 |
| 5/03/23 | Mileage (H) Travel from Hearing to Office. | 40.48 |
| 5/03/23 | Parking Parking at USBC in Trenton, NJ | 12.00 |
| 5/03/23 | Parking Machine is broken, so cash only and no receipt. DWC can confirm. | 10.00 |
| 5/04/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-00930 - Dkt. 23-12825, U.S. Bankruptcy Court, Trenton, NJ, fee for 1 copy of 172 pages, Federal Court Daily on 5/3/23. | 206.40 |
| 5/10/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-00978 - In re v LTL Management, fee for 1 copy of 152 pages Federal Court Daily on 5/9/23, Court: U.S. Bankruptcy Court , Trenton NJ. (23-12825) (ADV 23-01092). | 182.40 |
| 5/10/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230413132202 - Dkt. 23 12825 MBK, fee for subpoena service, Entity Served: Adam Pulaski. | 135.00 |
| 5/12/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020680638 (Moody's Investors Service, Inc.) | 11.56 |
| 5/12/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020680638 (c/o Corporation Service Company, S&P Global Inc.) | 11.56 |
| 5/12/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020680638 (c/o Douglas L.P., S&P Global Inc.) | 16.60 |
| 5/15/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-01010 - Fee for 1 copy of 58 pages Federal Court Daily on 5/11/23, Court: U.S. Bankruptcy Court , Trenton NJ (23-12825). | 69.60 |
| 5/16/23 | Photocopies .30 cents x 1692  copies = $ 507.60 3 Copies of four separate Subpoenas with attachments (141 x 12 = 1692). | 507.60 |

GENOVA BURNS LLC

June 13, 2023
Invoice No.: 495962

| Date | Description | Amount |
|---|---|---:|
| 5/16/23 | Postage Expense 4 packages at $9.80 each (Subpoenas, first class mail) = $39.29 | 39.29 |
| 5/16/23 | Postage Expense 4 packages at $17.30 each (Subpoenas, Certified Mail, RRR) = $ 69.20 | 69.20 |
| 5/16/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020680638 (The Goldman Sachs Group, President / Managing) | 28.35 |
| 5/16/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020680638 (Joele Frank Wilkinson Brimmer, Records Custodian) | 28.35 |
| 5/16/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020680638 (Alliance Bernstein L.P., President / Managing ) | 47.85 |
| 5/16/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020680638 (JP Morgan International Inc., President / Managing) | 28.35 |
| 5/17/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-01050 - Fee for 1 Orig. and 1 Copy of 123 pages Federal Ciourt Daily on 5/16/23, Court: U.S. Bankruptcy Court, Trenton NJ (23-12825). | 147.60 |
| 5/22/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230512144916 - Dkt. 23 12825 MBK, fee for subpoena service, Entity Served: S&P Gloval Inc., c/o Corporation Service Company. | 159.10 |
| 5/26/23 | Filing Fee, U.S. Bankruptcy Court District of NJ, A45364672 - Filing fee for Notice of Appeal (23-12825-MBK) - Amex Period Ending 5-31-DMS | 298.00 |
| 5/30/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230512145432 - Dkt. 23 12825 MBK, fee foe subpoena services, Entity Served: Moody's Investers Service, Inc., c/o The Corporation Trust Company. | 159.10 |
| 5/31/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-01143 - Fee for 1 copy of 62 pages Federal Court Daily on 5/30/23. Court: U.S. Bankruptcy Court , Trenton NJ (23-12825). | 74.40 |
| | **TOTAL DISBURSEMENTS** | **$ 3,723.53** |