IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re: | : | Chapter 11 |
|---|---|---|
| LTL MANAGEMENT LLC, | : | Lead Case No. 23-12825-MBK |
| Debtor. | : | Adv. Pro. Case No. 23-01092-MBK |

APPLICATION FOR AN ORDER FOR ADDMISSION
PRO HAC VICE OF JOHN LOUIS STEFFA IV, ESQ.

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 90101-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an Order granting the admission *pro hac vice* John Louis Steffan IV, Esq. of the law firm of Maune Raichle Hartley French & Mudd, LLC, to represent All mesothelioma plaintiffs represented by Maune Raichle Hartley French & Mudd, including Katherine Tollefson, Sandra Weathers, Mary Jackson, Elizabeth Meikle, Marzena Zachara, Robert Radin, and Christine Woodfin. In support of this application, counsel submits the attached Certificate of John Louis Steffan IV, Esq., and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted, practicing, and a member of good standing with the Bar of the State of Missouri, the State of Illinois, the Southern

District of Illinois, the Central District of Illinois, the Eastern District of Missouri, the Seventh Circuit Court of Appeals, and the Washington State Bar Association.

Dated:  June 13, 2023

/s/ *Clayton L. Thompson*
MAUNE RAICHLE HARTLEY
FRENCH & MUDD, LLC
150 W. 30th Street, Suite 201
New York, New York 10001
Tel:  (800) 358-5922
cthompson@mrhfmlaw.com
*Attorneys for Talc Claimants Katherine Tollefson and Certain Mesothelioma Claimants*