MAUNE RAICHLE HARTLEY
FRENCH & MUDD, LLC
Clayton L. Thompson, Esq.
150 W. 30th Street, Suite 201
New York, New York 10001
(800) 35854922

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re: | : | Chapter 11 |
| --- | --- | --- |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 23-12825 (MBK) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

### CERTIFICATION OF JOHN LOUIS STEFFAN IV, ESQ.

I, John Louis Steffan IV, Esq., hereby certify as follows:

1. I am an attorney at Maune Raichle Hartley French & Mudd, LLC. My office is located at 1015 Locust Street, Suite 1200, St. Louis, MO, 63101. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the State of Missouri in 2011, in the State of Illinois in 2017, in the Southern District of Illinois in 2017, in the Central District of Illinois in 2018, in the Eastern District of Missouri in 2021, the Seventh Circuit Court of Appeals in 2019, and the State of Washington in 2023.

3. I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of new Jersey and the Lawyer's fund for Client Protection as provided for in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 13, 2023

                                                  */s/ John L. Steffan IV*
MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
John Louis Steffan IV, Esq.
1015 Locust Street, Suite 1200
St. Louis, MO, 63101
Tel: (800) 358-5922
*Attorneys for Talc Claimant Katherine Tollefson and Various Talc Claimants*