**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
_____

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

Order Filed on June 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**SHOOK, HARDY & BACON L.L.P.**
Kathleen A. Frazier
600 Travis St., Suite 3400
Houston, Texas 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
kfrazier@shb.com
(Admitted *pro hac vice*)

*PROPOSED SPECIAL COUNSEL FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>          Debtor. | Chapter 11<br><br>Case No.:  23-12825 (MBK)<br><br>Judge:  Michael B. Kaplan |

**ORDER AUTHORIZING RETENTION OF SHOOK, HARDY & BACON, L.L.P.**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 14, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order Authorizing Retention of Shook, Hardy & Bacon, L.L.P.

Upon the applicant's, LTL Management LLC (the "Debtor" or "LTL Management"),[2] request for authorization to retain Shook, Hardy & Bacon L.L.P. ("Shook") as special counsel to the Debtor, effective as of April 4, 2023, it is hereby **ORDERED**:

1.      The Application is GRANTED to the extent set forth below.

2.      Pursuant to section 327(e) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, the Debtor is authorized to employ and retain Shook as its special counsel in the Chapter 11 Case, effective as of the Petition Date, April 4, 2023.

3.      Notwithstanding the Shook, Hardy & Bacon L.L.P Terms of Representation attached to Exhibit A of the Application, Shook shall file monthly, interim and final fee requests for allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules and the Local Bankruptcy Rules, the U.S. Trustee Guidelines (as defined below), and any other applicable procedures and orders of this Court, including any order approving interim compensation procedures.  The rights of all parties in interest with respect to any such fee requests are fully preserved.

4.      If the professional requested a waiver as noted below, it is  ☐ Granted   ☐ Denied.

        ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

        ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

5.      Shook shall bill only 50% for its services for non-working travel.

---

[2]      Capitalized terms used herein but not defined shall have the meaning given to such terms in the Application.

(Page 3)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order Authorizing Retention of Shook, Hardy & Bacon, L.L.P.

6.    Shook shall not seek reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of Shook's fee applications in this case.

7.    Shook shall use its best efforts to avoid duplication of services provided by any of the Debtor's other retained professionals in this case.

8.    Shook shall not charge a markup with respect to fees billed by contract attorneys or independent contractors or subcontractors who are hired by Shook to provide services in this matter and shall ensure that any such contract attorneys or independent contractors or subcontractors are subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules.

9.    Shook agrees to undertake reasonable efforts to comply with the Office of the United States Trustee for the District of New Jersey's (the "U.S. Trustee") requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "U.S. Trustee Guidelines").

10.   Shook will use the billing and expense categories set forth in the U.S. Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category").

11.   Shook shall provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the U.S. Trustee.

12.   At least ten (10) days before implementing any increases in Shook's rates for professionals in this case, Shook shall file a supplemental affidavit with the Court explaining the basis for the rate increases in accordance with section 330 of the Bankruptcy Code. All parties in interest, including the U.S. Trustee, retain all rights to object to any rate increase on all grounds, including the reasonableness standard provided for in section 330 of the Bankruptcy Code.

(Page 4)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order Authorizing Retention of Shook, Hardy & Bacon, L.L.P.

13.     All parties-in-interest shall have the right to object to any allocation of fees and expenses

as between the Debtor and any non-Debtor affiliates.