

Order Filed on June 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

LTL Management LLC

Case No.: _____23-12825_____

Chapter: _____11_____

Hearing Date: _____

Judge: __Michael B. Kaplan__

## ORDER VACATING

#773 Order Granting Pursuant to Bankruptcy Code Sections 1103(c) and 1109(b), Granting Exclusive Leave, Standing and Authority to Commence, Prosecute and, if Appropriate, Settle Certain Causes of Action on Behalf of Debtor's Estate

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 14, 2023**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

#773 Order Granting Order Pursuant to Bankruptcy Code Section 1103(c) and 1109(b), Granting Exclusive Leave, Standing and Authority to Commence, Prosecute and, if Appropriate, Settle Certain Causes of Action on Behalf of Debtor's Estate

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated _____6/14/2023_____, be and the same is hereby vacated.

*revised 2/25/14*