# AlixPartners, LLP

## Exhibit B

## Detailed Description of AlixPartners' Hours and Professional Fees by Matter Category

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:       Chapter 11 Process / Case Management
Code:     20005188PA0002.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 04/05/2023 | JEC | Coordinate with AlixPartners team on case updates and planning | 0.3 |
| 04/05/2023 | JEC | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss project planning | 0.6 |
| 04/05/2023 | JEC | Review engagement letter and related information to provide feedback to team | 0.9 |
| 04/05/2023 | MB | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss project planning | 0.6 |
| 04/06/2023 | JRC | Review various 1st day pleadings | 1.2 |
| 04/07/2023 | JEC | Coordinate with Jones Day and AlixPartners teams on case administration matters | 1.2 |
| 04/07/2023 | JEC | Research professional fee billing inquiry received from Jones Day team | 0.3 |
| 04/10/2023 | JEC | Coordinate with AlixPartners team on billing reconciliation matters | 0.3 |
| 04/13/2023 | JEC | Coordinate with Jones Day and AlixPartners teams on case administration matters | 0.7 |
| 04/21/2023 | JEC | Coordinate with Jones Day and company teams on case administration matters | 0.3 |
| 04/21/2023 | MB | Generate a reconciliation of outstanding professional fees based on request from D. Segal | 0.6 |
| 04/25/2023 | JEC | Update analysis of professional fees to support company request | 0.6 |
| 04/25/2023 | JEC | Compile analysis of professional fees to support company request | 1.3 |
| 04/25/2023 | MB | Review of the outstanding professional fees based on request from D. Segal | 0.4 |
| **Total Professional Hours** | | | **9.3** |

# AlixPartners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| | |
|---|---|
| Re: | Chapter 11 Process / Case Management |
| Code: | 20005188PA0002.1.1 |

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---:|---:|---:|
| John R Castellano | $1,400 | 1.2 | $ 1,680.00 |
| Jarod E Clarrey | $950 | 6.5 | 6,175.00 |
| Mark Barnett | $805 | 1.6 | 1,288.00 |
| **Total Professional Hours and Fees** | | **9.3** | **$ 9,143.00** |

# AlixPartners

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:      U.S. Trustee / Court Reporting Requirements
Code:    20005188PA0002.1.5

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 04/07/2023 | JEC | Coordinate with Jones Day team on reporting matters | 0.3 |
| 04/13/2023 | JEC | Coordinate with Jones Day and company teams regarding reporting requirements | 0.4 |
| 04/18/2023 | JEC | Prepare analysis of professional fees to support MOR filing | 1.0 |
| 04/18/2023 | JEC | Coordinate with Jones Day and company teams on MOR-related matters | 0.4 |
| 04/18/2023 | MB | Generate the disbursements report for the March MOR | 0.9 |
| 04/18/2023 | MB | Generate the receipts and disbursements schedule for the March MOR | 0.3 |
| 04/18/2023 | MB | Review the financial statements for the March MOR | 1.4 |
| 04/18/2023 | MB | Review RAM financials for the March MOR | 0.6 |
| 04/19/2023 | JEC | Update analysis of professional fees to support MOR filing | 2.4 |
| 04/19/2023 | JEC | Compile supporting information for MOR per company request | 0.3 |
| 04/19/2023 | MB | Review the March MOR prior to sending to the Jones Day team for comment | 0.4 |
| 04/25/2023 | JEC | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss reporting updates | 0.9 |
| 04/25/2023 | MB | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss reporting updates | 0.9 |
| 04/26/2023 | JEC | Coordinate with company and Jones Day teams on IDI requirements | 0.3 |
| 04/26/2023 | MB | Review questions from the Jones Day team regarding the Initial Debtor Interview materials | 0.3 |
| 04/27/2023 | JEC | Review Initial Debtor Interview documents to support preparation for meeting | 0.2 |
| 04/27/2023 | MB | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss Initial Debtor Interview documents | 0.2 |
| 04/27/2023 | JEC | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss Initial Debtor Interview documents | 0.2 |
| 04/27/2023 | MB | Update IDI materials | 0.7 |
| 04/27/2023 | MB | Generate materials based on the requirement for the Initial Debtor Interview | 0.8 |
| 04/27/2023 | MB | Update materials based on the requirement as part of the Initial Debtor Interview | 0.2 |
| **Total Professional Hours** | | | **13.1** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:  U.S. Trustee / Court Reporting Requirements
Code: 20005188PA0002.1.5

| **PROFESSIONAL** | **RATE** | **HOURS** | **FEES** |
|---|---|---|---|
| Jarod E Clarrey | $950 | 6.4 | 6,080.00 |
| Mark Barnett | $805 | 6.7 | 5,393.50 |
| **Total Professional Hours and Fees** | | **13.1** | **$ 11,473.50** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:      Preparation for / Attend Court Hearings
Code:    20005188PA0002.1.17

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 04/11/2023 | JEC | Attend portion of first day hearing telephonically | 1.5 |
| **Total Professional Hours** | | | **1.5** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| | |
|---|---|
| Re: | Preparation for / Attend Court Hearings |
| Code: | 20005188PA0002.1.17 |

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---:|---:|---:|
| Jarod E Clarrey | $950 | 1.5 | 1,425.00 |
| **Total Professional Hours and Fees** | | **1.5** | **$ 1,425.00** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:       Retention Applications & Relationship Disclosures
Code:     20005188PA0002.1.19

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 04/05/2023 | ESK | Review engagement letter for new bankruptcy filing | 0.2 |
| 04/05/2023 | BF | Draft engagement letter for new bankruptcy proceeding | 1.1 |
| 04/06/2023 | JEC | Coordinate with Jones Day and AlixPartners teams on retention matters | 0.4 |
| 04/06/2023 | BF | Draft retention documents for new bankruptcy proceeding | 1.8 |
| 04/10/2023 | BF | Draft retention documents for new bankruptcy proceeding | 0.6 |
| 04/12/2023 | BF | Meeting with E. Kardos and B. Filler (both AlixPartners) re: retention documents | 0.1 |
| 04/12/2023 | ESK | Meeting with E. Kardos and B. Filler (both AlixPartners) re: retention documents | 0.1 |
| 04/12/2023 | BF | Draft AlixPartners retention documents for new bankruptcy | 2.8 |
| 04/14/2023 | BF | Draft disclosures for parties-in-interest beginning with letters A through D | 3.0 |
| 04/14/2023 | BF | Draft disclosures for parties-in-interest beginning with letters D through Ga | 3.0 |
| 04/17/2023 | HS | Revise retention documents | 0.6 |
| 04/17/2023 | BF | Draft disclosures for parties-in-interest beginning with letters L through M | 2.8 |
| 04/17/2023 | BF | Draft disclosures for parties-in-interest beginning with letters G through I | 3.0 |
| 04/17/2023 | BF | Draft disclosures for parties-in-interest beginning with letters J through K | 3.0 |
| 04/18/2023 | HS | Revise retention documents | 0.4 |
| 04/18/2023 | BF | Draft disclosures for parties-in-interest beginning with letters P through R | 3.0 |
| 04/18/2023 | BF | Draft disclosures for parties-in-interest beginning with letters R through X | 3.0 |
| 04/18/2023 | BF | Draft disclosures for parties-in-interest beginning with letters N through P | 3.0 |
| 04/19/2023 | HS | Revise relationship disclosures for retention application | 2.1 |
| 04/20/2023 | HS | Continue to revise relationship disclosures for retention application | 0.6 |
| 04/20/2023 | HS | Revise relationship disclosures for retention application | 2.6 |
| 04/20/2023 | BF | Review edits to draft retention documents per H. Saydah (AlixPartners) | 1.2 |
| 04/22/2023 | JEC | Review draft retention documents | 0.2 |
| 04/25/2023 | HS | Review correspondence from I. Perez (Jones Day) re: parties in interest list | 0.2 |
| 04/25/2023 | BF | Review additional edits to draft retention documents per H. Saydah (AlixPartners) | 0.8 |
| 04/26/2023 | HS | Review email correspondence from I. Perez (Jones Day) re: new parties in interest | 0.1 |
| 04/27/2023 | ESK | Analyze retention matters | 0.5 |
| 04/27/2023 | HS | Review fee matters for inclusion in retention application | 0.4 |
| 04/28/2023 | ESK | Review fee matters | 0.2 |
| **Total Professional Hours** | | | **40.8** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| Re: | Retention Applications & Relationship Disclosures |
| --- | --- |
| Code: | 20005188PA0002.1.19 |

| PROFESSIONAL | RATE | HOURS | FEES |
| --- | ---: | ---: | ---: |
| Elizabeth S Kardos | $800 | 1.0 | 800.00 |
| Jarod E Clarrey | $950 | 0.6 | 570.00 |
| Heather E Saydah | $550 | 7.0 | 3,850.00 |
| Brooke Filler | $510 | 32.2 | 16,422.00 |
| **Total Professional Hours and Fees** | | **40.8** | **$ 21,642.00** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:         Fee Statements & Fee Applications
Code:     20005188PA0002.1.20

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 04/07/2023 | JAB | Review court docket for professional fee filings | 0.2 |
| 04/10/2023 | JAB | Prepare LEDES file for March Monthly Fee Statement | 0.5 |
| **Total Professional Hours** | | | **0.7** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| | |
|---|---|
| Re: | Fee Statements & Fee Applications |
| Code: | 20005188PA0002.1.20 |

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Jennifer A Bowes | $485 | 0.7 | 339.50 |
| **Total Professional Hours and Fees** | | **0.7** | **$ 339.50** |

# AlixPartners

Mr. John K. Kim  
Chief Legal Officer  
LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933  

| | |
|---|---|
| Re: | SOFAs and Schedules |
| Code: | 20005188PA0002.1.21 |

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 04/22/2023 | JEC | Coordinate with Jones Day and AlixPartners teams on SOFAs/Schedules logistics | 0.3 |
| 04/23/2023 | JEC | Compile/review information to support preparation of SOFAs/Schedules reports | 1.2 |
| 04/24/2023 | JEC | Compile information to prepare for outreach to company re: SOFAs/Schedules reporting | 0.7 |
| 04/24/2023 | JEC | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss SOFAs/Schedules reporting requirements | 0.9 |
| 04/24/2023 | MB | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss SOFAs/Schedules reporting requirements | 0.9 |
| 04/24/2023 | MB | Generate disbursement reports for the Debtor's Schedules and Statements | 1.4 |
| 04/25/2023 | JEC | Review information supporting SOFAs/Schedules preparation | 1.1 |
| 04/27/2023 | JEC | Review financial information supporting SOFAs/Schedules preparation | 0.3 |
| 04/28/2023 | JEC | Review financial information supporting SOFAs/Schedules preparation | 1.2 |
| 04/28/2023 | JEC | Load information into SOFAs/Schedules database to prepare for draft reporting | 0.9 |
| 04/28/2023 | JEC | Review/update financial information to support SOFAs/Schedules preparation | 0.8 |
| 04/28/2023 | JEC | Coordinate with Jones Day and AlixPartners teams on SOFAs/Schedules preparation items | 0.3 |
| 04/28/2023 | JEC | Coordinate with Jones Day and company on SOFAs/Schedules information | 0.3 |
| 04/28/2023 | JEC | Review litigation information to support SOFAs/Schedules preparation | 0.2 |
| 04/28/2023 | JEC | Review draft SOFAs/Schedules reports | 0.8 |
| 04/28/2023 | JEC | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss SOFAs/Schedules financial information | 0.2 |
| 04/28/2023 | MB | Review the financial information for the SOFAs and Schedules | 0.4 |
| 04/28/2023 | MB | Update the SOFAs and Schedules database with revised information | 0.8 |
| 04/28/2023 | MB | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss SOFAs/Schedules financial information | 0.2 |
| 04/29/2023 | MB | Update the SOFAs and Schedules drafts | 1.1 |
| 04/30/2023 | JEC | Review/compile litigation information to support SOFAs/Schedules preparation | 1.3 |
| 04/30/2023 | JEC | Update SOFAs/Schedules reporting database to prepare formatting for printing | 0.6 |
| **Total Professional Hours** | | | **15.9** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| Re: | SOFAs and Schedules |
| Code: | 20005188PA0002.1.21 |

| **PROFESSIONAL** | **RATE** | **HOURS** | **FEES** |
|---|---|---|---|
| Jarod E Clarrey | $950 | 11.1 | 10,545.00 |
| Mark Barnett | $805 | 4.8 | 3,864.00 |
| **Total Professional Hours and Fees** | | **15.9** | **$ 14,409.00** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:      Meetings with Management and Advisors
Code:    20005188PA0002.1.22

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 04/12/2023 | MB | Conference call with I. Perez, A. Rush (both Jones Day), M. Barnett, J. Clarrey (both AlixPartners), and D. Segal to discuss reporting requirements | 0.5 |
| 04/12/2023 | JEC | Conference call with I. Perez, A. Rush (both Jones Day), M. Barnett, J. Clarrey (both AlixPartners), and D. Segal to discuss reporting requirements | 0.5 |
| 04/21/2023 | MB | Meeting with D. Segal regarding reporting requirements | 0.2 |
| 04/24/2023 | JEC | Call with D. Segal to discuss reporting matters | 0.2 |
| 04/27/2023 | JEC | Call with D. Segal to discuss reporting matters | 0.3 |
| 04/27/2023 | JEC | Conference call with A. Rush, I. Perez (both Jones Day), J. Kim and D. Segal to discuss preparation for Initial Debtor Interview call | 0.3 |
| 04/27/2023 | MB | Meeting with A. Rush and I. Perez (Jones Day) regarding the Initial Debtor Interview | 0.3 |
| 04/28/2023 | JEC | Conference call with US Trustee's office, J. Lawlor (Wollmuth), A. Rush, I. Perez (both Jones Day), M. Barnett, J. Clarrey (both AlixPartners) and J. Kim to conduct Initial Debtor Interview | 0.3 |
| 04/28/2023 | MB | Meeting with I. Perez (Jones Day) regarding the Debtor's SOFAs and Schedules | 0.2 |
| 04/28/2023 | MB | Conference call with US Trustee's office, J. Lawlor (Wollmuth), A. Rush, I. Perez (both Jones Day), M. Barnett, J. Clarrey (both AlixPartners) and J. Kim to conduct Initial Debtor Interview | 0.3 |
| **Total Professional Hours** | | | **3.1** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:                              Meetings with Management and Advisors
Code:                      20005188PA0002.1.22

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---:|---:|---:|
| Jarod E Clarrey | $950 | 1.6 | 1,520.00 |
| Mark Barnett | $805 | 1.5 | 1,207.50 |
| **Total Professional Hours and Fees** | | **3.1** | $ **2,727.50** |