**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 23- 12825<br><br>Honorable Michael B. Kaplan |

**MONTHLY FEE STATEMENT OF RANDI S. ELLIS,**
**LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS,**
**FOR THE PERIOD APRIL 5, 2023 THROUGH MAY 31, 2023**

Randi S. Ellis, Legal Representative for Future Talc Claimants ("FCR") submits this Monthly Fee Statement for Services Rendered and Expenses Incurred as Legal Representative for Future Talc Claimants (the "Statement") for the period commencing April 5, 2023 and ending May 31, 2023 (the "Statement Period"), pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals [Dkt. No. 562] (the "Interim Compensation Order"). The date of the Order Appointing Randi S. Ellis as FCR is May 18, 2023 [Dkt. No. 551], effective as of April 10, 2023 (the "Appointment Order"). Paragraphs 2 and 5 of the Appointment Order, which is annexed as **Exhibit A**, permit payment of compensation to the FCR incurred on or after April 10, 2023. *See* Exhibit A.

The billing invoice for the Statement Period is annexed hereto as **Exhibit B**. This invoice details the services performed. A detailed breakdown of all out-of-pocket disbursements necessarily incurred by the FCR is included in the invoice annexed as **Exhibit B**. The fees and expense reimbursement sought in the within Statement Period is as follows:

| Total Fees | 20% Holdback | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|
| $99,317.75 | $19,863.55 | $79,454.20 | $1,288.72 |

WHEREFORE, the FCR respectfully requests the interim payment of fees for this Statement Period in the sum $79,454.20 (representing the amount of fees after a 20% holdback), together with expenses of $1,288.72 for a total requested interim payment of $80,742.92, in accordance with the terms of the Interim Compensation Order.

I certify under penalty of perjury that the foregoing is true correct.

Executed: June 16, 2023

Respectfully submitted,

*s/Randi S. Ellis*
Randi S. Ellis

*Legal Representative for Future Talc Claimants*