# **EXHIBIT B**

Time and Expense Invoice

**RANDI S. ELLIS, LLC**
**ATTORNEY AT LAW***
(A LIMITED LIABILITY COMPANY)

EMAIL: RANDI@RANDIELLIS.COM                                                                                  *LICENSED IN LOUISIANA AND TEXAS

| | |
|---|---|
| United States Bankruptcy Court | June 06, 2023 |
| District of New Jersey | Client: 001000 |
| 402 East State Street | Matter: 000001 |
| Trenton, NJ 08608 | Invoice #: 160 |
| | Resp. Atty: LMW |
| | Page: 1 |

RE: In Re: LTL Management, LLC
    Case No.: 23-12825-MBK
    Judge: Michael B. Kaplan
    Chapter: 11

For Professional Services Rendered Through May 31, 2023

---

**SERVICES**

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/5/2023 | RE | B200 | Review of Court order entering TRO and stay of Valdez trial (.1); review of Order Setting First Day Hearing (.1); review opposition by MR to FCR Motion to Appointment (.3); communications with counsel regarding same (.3). | 0.8 | $1,015.00 | $812.00 |
| 4/6/2023 | RE | B200 | Communications with counsel regarding objection filed by MR (.6); review draft letter in response to the MR objection (.1); approve letter filed in response to MR objection (.1); prepare and revise declaration for Appointment as FCR (.4); communications with counsel regarding Motion and declaration (.3). | 1.5 | $1,015.00 | $1,522.50 |
| 4/7/2023 | RE | B200 | Review and revise FCR declaration. | 0.3 | $1,015.00 | $304.50 |
| 4/8/2023 | RE | B200 | Review and edits to Motion to Appoint FCR and declaration. | 0.2 | $1,015.00 | $203.00 |
| 4/10/2023 | RE | B200 | Review of final Motion to Appoint FCR (.1); review of Valdez Motion for Relief from Stay (.1); review of Meso Claimants' Opposition to Debtor's Motion to File List of Top Law Firms (.1); review of Ad Hoc Committee's Informational Brief (.2); review of Maune Raichle's Statement Against Second Bankruptcy and Joinder of Ad Hoc Committee's Informational Brief (.1). | 0.6 | $1,015.00 | $609.00 |

June 06, 2023
Client:            001000
Matter:            000001
Invoice #:            160
Resp. Atty:         LMW
Page:                 2

## SERVICES

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/11/2023 | RE | B200 | Review of Ad Hoc Committee's Objection to Debtor's First Day Relief (.1); review of Meso's Joinder Opposing Debtor's Motion to File Law Firms (.1); review of Maune Raichle Joinder to AHC's Objection to Debtor's First Day Relief (.1). | 0.3 | $1,015.00 | $304.50 |
| 4/11/2023 | RE | B140 | Attend hearing via zoom. | 6.0 | $1,015.00 | $6,090.00 |
| 4/13/2023 | RE | B200 | Review of Orders Suspending Standard Notice of Commencement, Granting Complex Chapter 11 Case Designation, and Setting hearings. | 0.3 | $1,015.00 | $304.50 |
| 4/14/2023 | RE | B200 | Review of Notice of Agenda for April 18, 2023 hearing. | 0.1 | $1,015.00 | $101.50 |
| 4/16/2023 | RE | B200 | Review of US Trustee's Notice of Appointment of TCC. | 0.1 | $1,015.00 | $101.50 |
| 4/17/2023 | RE | B200 | Review of Reply to Debtor's "Oral Objections" to Valadez Motion for Stay Relief (.1); review of Debtor's Notice of Filing of List of Creditors (.1); review of Debtor's Objection to Motion Seeking Relief from Auto Stay, TRO, Injunction (.2); review of Revised Agenda for Hearing set for tomorrow (.1). | 0.5 | $1,015.00 | $507.50 |
| 4/18/2023 | RE | B140 | Attend hearing by zoom. | 9.0 | $1,015.00 | $9,135.00 |
| 4/19/2023 | RE | B200 | Review of Notice of Commencement of Chapter 11 Case (.1); review of Order Authorizing Debtor to File List of Law Firms (.1). | 0.2 | $1,015.00 | $203.00 |
| 4/24/2023 | RE | B200 | Review of OCTC's Motion to Dismiss Bankruptcy (.2); review of OCTC's Motion to Seal (.1). | 0.3 | $1,015.00 | $304.50 |
| 4/26/2023 | RE | B200 | Review of TCC's opposition to FCR appointment (.2); communications with counsel regarding objection by TCC (.3); review of Paul Crouch Objection to Debtor's Motion Appointing Randi Ellis as FCR (.2); review of Debtor's Motion Authorizing Debtor to Satisfy Obligations Under Prior Dismissal Order (.1); review of MR Objection to FCR (.2); review of US Trustee Objection to FCR (.1). | 1.1 | $1,015.00 | $1,116.50 |
| 4/27/2023 | RE | B200 | Drafting and revising Supplemental Certification in Support of FCR Appointment (.8); communications with counsel regarding same and pending matters (.6); analyze Unredacted Objection to FCR by US Trustee (.2); analyze Unredacted Objection to FCR by TCC (.3); review of materials in support of FCR appointment (1.2); review of AHC of Meso's Motion to Certify Direct Appeal as to Kaplan's Preliminary Injunction Order (.1). | 3.2 | $1,015.00 | $3,248.00 |

June 06, 2023  
Client:       001000  
Matter:       000001  
Invoice #:       160  
Resp. Atty:      LMW  
Page:              3

## SERVICES

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/28/2023 | RE | B200 | Communications with counsel regarding next steps (.6); revising Supplemental Declaration in Support of Application for FCR (1.4). | 2.0 | $1,015.00 | $2,030.00 |
| 4/30/2023 | RE | B200 | Review of Debtor's Omnibus Reply to Application to Appoint Randi Ellis (.3); review of MR Firm's Motion to Dismiss New LTL Bankruptcy (.1); review of Letter to counsel regarding subpoena and document production (.1); communications with counsel regarding document production (.4)search for documents(3.1). | 4.0 | $1,015.00 | $4,060.00 |
| 5/1/2023 | RE | B200 | Review of Debtor's Letter to Kaplan as to Common Interest Privilege and Motions to Dismiss (.1); review of Notice of Agenda for May 3, 2023 Hearing (.1); drafting answers to discovery (.8); communications with counsel regarding same (.3). | 1.3 | $1,015.00 | $1,319.50 |
| 5/2/2023 | RE | B200 | Review of US Trustee's Motion to Dismiss (.3); review of Arnold & Itkin Motion to Dismiss (.2); review of TCC's Notice of Filing of Writ of Mandamus (.1); review of Brown Rudnick Letter to Judge Kaplan in response to Debtor's letter of May 1, 2023 (.1); review of Valadez' Supplemental Request for Stay Relief (.1); review of Supplemental Declaration of John Kim (.1); search for documents responsive to the subpoenas(2.8) communications with counsel regarding Debtor's document production and review of same (.5). | 4.2 | $1,015.00 | $4,263.00 |
| 5/2/2023 | RE | B195 | Travel from Houston to New Jersey to attend May 3, 2023 hearing. | 6.2 | $507.50 | $3,146.50 |
| 5/3/2023 | RE | B200 | Meetings with counsel before and after May 3, 2023 hearing. | 3.0 | $1,015.00 | $3,045.00 |
| 5/3/2023 | RE | B140 | Attend May 3, 2023 Hearing. | 4.5 | $1,015.00 | $4,567.50 |
| 5/3/2023 | RE | B195 | Return Travel to Houston after May 3 hearing in Trenton. | 7.7 | $507.50 | $3,907.75 |
| 5/4/2023 | RE | B200 | Draft, revise, and finalize Amended Certification FCR (.5); communications with counsel regarding next steps (.8). | 1.3 | $1,015.00 | $1,319.50 |
| 5/5/2023 | RE | B200 | Review of MRHFM's Response to Ms. Ellis' Amended Supplemental Declaration (.1); communications with counsel regarding same (.2). | 0.3 | $1,015.00 | $304.50 |
| 5/6/2023 | RE | B200 | Review of Paul Crouch Objection to Gary Russo as Mediator (.1); communications with mediator regarding same (.3). | 0.4 | $1,015.00 | $406.00 |

June 06, 2023
Client:      001000
Matter:      000001
Invoice #:      160
Resp. Atty:      LMW
Page:      4

## SERVICES

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/7/2023 | RE | B200 | Review of Maune Raichle's Objection to Debtor's Motion for Hearing on Disclosure Statement (.1); review of Statement of Assets and Liabilities of LTL Management LLC (.1). | 0.2 | $1,015.00 | $203.00 |
| 5/8/2023 | RE | B200 | Review of Debtor's Response to Petition for Writ of Mandamus (.1); review of AHC of Supporting Firms' Response to Petition for Writ of Mandamus (.1); review of Maune Raichle's Objection to Gary Russo as Mediator (.1); review of Order Appointing Co-Mediators (.1); review of US Trustee's Motion to Compel (.1); review of Notice of Agenda and revised Notice of Agenda (.1); communications with mediators regarding next steps (.6). | 1.2 | $1,015.00 | $1,218.00 |
| 5/9/2023 | RE | B140 | Attend hearing by zoom Ruling on FCR Motion. | 4.5 | $1,015.00 | $4,567.50 |
| 5/9/2023 | RE | B200 | Communications with counsel regarding next steps (.4); review of Third Circuit Order Denying Petition for Writ of Mandamus (.1); review of Third Circuit Order Partially Denying Motion to Seal Petition Appendices (.1); review of Georgia State Court Claimants' Joinder to Motions to Dismiss (.1); review of AHC of Supporting Law Firms Rule 2019 Statement and Exhibits (.3). | 1.0 | $1,015.00 | $1,015.00 |
| 5/10/2023 | RE | B200 | Communications with counsel regarding next steps (1.0); review of revised proposed order confirming FCR Appointment (.1); review of Text Order on May 16 Hearing (.1). | 1.2 | $1,015.00 | $1,218.00 |
| 5/11/2023 | RE | B200 | Review of New Mexico and Mississippi Motion to Dismiss and Joinder (.2); review of TCC's Reservation of Rights as to Debtor's Retention of Professionals (.1); communications with counsel regarding status of Proposed Order Appointing FCR and next steps (.9). | 1.2 | $1,015.00 | $1,218.00 |
| 5/12/2023 | RE | B200 | Review of AHC of States with Consumer Claims Verified 2019 Statement (.1); review of TCC's Motion to Commence and Prosecute Certain Claims (.1); review of MR Firm's Joinder to TCC's Reservation of Rights as to Debtor's Retention of Professionals (.1). | 0.3 | $1,015.00 | $304.50 |
| 5/13/2023 | RE | B200 | Debtor's Cross-Motion for Protective Order (.1); review of TCC (Brown Rudnick) Letter as to Motions to Dismiss Scheduling (.1); review of Debtor's Omnibus ROR as to TCC Applications to Retain Professionals (.1); review of Debtor's Response Letter to TCC and Discovery Matters (.1); review of AHC of Supporting Firms' Objection to TCC's Cross-Motion Suspending Bankruptcy (.2); review of AHC of Supporting Firms' Reply as to Scheduling Motion (.1). | 0.7 | $1,015.00 | $710.50 |

June 06, 2023
Client:       001000
Matter:       000001
Invoice #:       160
Resp. Atty:       LMW
Page:       5

## SERVICES

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/14/2023 | RE | B200 | Review of Debtor's Reply to Motion for Hearing on Disclosure Statement (.1); review of Debtor's Reply to TCC's Cross-Motion to Suspend Bankruptcy (.1); review of Notice of Agenda for Hearing May 16, 2023 (.1); review of TCC's Motion to Compel (.2). | 0.5 | $1,015.00 | $507.50 |
| 5/15/2023 | RE | B200 | Review of Transcript of 341 Meeting of Creditors (1.7); review of pleadings filed and set for May 16 hearing (.6); communications with counsel regarding next steps (.4). | 2.7 | $1,015.00 | $2,740.50 |
| 5/16/2023 | RE | B200 | Review of Debtor's Response to Objections to Confidentiality Designations (.1); review of Debtor's Objection to TCC's Motion to Compel (.1); communications with counsel after zoom hearing to discuss next steps (.3). | 0.5 | $1,015.00 | $507.50 |
| 5/16/2023 | RE | B140 | Attend Zoom Hearing. | 3.5 | $1,015.00 | $3,552.50 |
| 5/17/2023 | RE | B200 | Initial Review of filed plan and disclosures filed with the Court on May 16, 2023 (3.8); communications with counsel regarding next steps (.4); call with counsel regarding next steps (.5); review of draft Application, proposed order, and certification for Retention of Walsh (.3); review of Order Denying TCC's Cross-Motion to Suspend (.1); review of Order Denying Motion to De-Designate Term Sheet Exhibit (.1); review of Order Governing Confidential Information as to TCC and Debtor (.2); review of Order Denying Debtor's Cross-Motion for Protective Order (.1); review of TCC's Several Professional Retention Applications (.2). | 5.7 | $1,015.00 | $5,785.50 |
| 5/18/2023 | RE | B200 | Continued Review of filed plan and disclosures filed with the Court on May 16, 2023 (4.5); review of TCC's Corporate Disclosure Statement (.1); review of proposed case management order (.1); communications with counsel regarding proposed case management and next steps (.3); review of Order appointing FCR (.1); review of Final Application to Retain WPOF for FCR (.1); review of Text Orders on Scheduling and Appearances (.1). | 5.3 | $1,015.00 | $5,379.50 |
| 5/19/2023 | RE | B200 | Communications with counsel regarding next steps (.2); analyze Debtor's filed Disclosures (1.8). | 2.0 | $1,015.00 | $2,030.00 |

June 06, 2023
Client:        001000
Matter:        000001
Invoice #:        160
Resp. Atty:        LMW
Page:        6

## SERVICES

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/22/2023 | RE | B200 | Review of the following Court's Order Establishing Compensation Procedures filings expert Docket entries on Motion Rescheduling (.1); review of Arnold & Itkin's Motion to Seal (.1); review of Debtor's option to Satisfy Obligations under Dismissal Order (.1); TCC's Motion to Seal (.1); MR Firm's Motion for Direct Appeal WITHDRAWN (.1); review of Monthly Operating Report (.1). | 0.6 | $1,015.00 | $609.00 |
| 5/23/2023 | RE | B200 | Review of Order Authorizing Debtor to Satisfy Obligations (.1); communications with counsel regarding next steps (.2). | 0.3 | $1,015.00 | $304.50 |
| 5/24/2023 | RE | B200 | Review of Debtor's Motion to Enter Expense Agreement with AHC of Supporting Firms (.1); review of Docket Entries Extending US Trustee's Objection Deadline to Applications to Retain Professionals (.1); review of Order Granting Debtor's Motion to Seal (.1). | 0.3 | $1,015.00 | $304.50 |
| 5/25/2023 | RE | B200 | Review of Debtor's response and revised response to the Official Committee of Talc Claimants' letter to the Court, dated May 25, 2023. | 0.2 | $1,015.00 | $203.00 |
| 5/26/2023 | RE | B200 | Zoom with counsel and mediators (.8); review of Appeal Notice of FCR appointment (.1); call with counsel regarding next steps and filings regarding review of counsel billing and expenses (.3); review of MR filing regarding objecting to Walsh retention (.1). | 1.3 | $1,015.00 | $1,319.50 |
| 5/27/2023 | RE | B200 | Review, edit, and approve filings for Walsh retention (.2); communications with counsel regarding Walsh retention filing (.2); analyze Debtor's filed plan and filings regarding same (4.4). | 4.8 | $1,015.00 | $4,872.00 |
| 5/29/2023 | RE | B200 | Review of letter and exhibits filed by TCC to the Court regarding MTC, Debtor's time records and funding agreement. | 0.5 | $1,015.00 | $507.50 |
| 5/30/2023 | RE | B140 | Attending Omnibus zoom hearing before J. Kaplan. | 1.3 | $1,015.00 | $1,319.50 |
| 5/30/2023 | RE | B200 | Communications with counsel regarding experts (.3); analyze 2nd Circuit decision and concurrence in Re: Purdue Pharma (1.3); review J&J Parties' Reply ISO Motion for Entry of Protective Order (.1); review of WPOF Letter Response to Objection to Application for Retention (.1). | 1.8 | $1,015.00 | $1,827.00 |

June 06, 2023
Client: 001000
Matter: 000001
Invoice #: 160
Resp. Atty: LMW
Page: 7

## SERVICES

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/31/2023 | RE | B200 | Communications from and to M. Shakra regarding Canadian counsel (.1); communications with counsel regarding next steps (.6); communications from and to mediators regarding update and next meeting (.2); analyze plan and debtor's filing regarding same (2.8); review of Motion to Shorten Time Regarding Debtor's Motion for Bridge Order Confirming Automatic Stay Applies to Certain Actions (.1). | 3.8 | $1,015.00 | $3,857.00 |
| | | | Total Professional Services | 104.8 | | $99,317.75 |

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| RE | Randi Ellis | 13.9 | $507.50 | $7,054.25 |
| RE | Randi Ellis | 90.9 | $1,015.00 | $92,263.50 |

## EXPENSES

| Date | Task | Description of Expenses | Amount |
|---|---|---|---|
| 5/1/2023 | E100 - E110 | Airfare - Houston to Newark for 05-03-2023 hearing | $507.80 |
| 5/2/2023 | E100 - E109 | Alto Receipt - Transportation to airport for hearing | $131.36 |
| 5/3/2023 | E100 - E109 | Alto Receipt - Transportation from airport to home | $98.12 |
| 5/3/2023 | E100 - E110 | Hotel - For 05-03-2023 hearing | $551.44 |
| | | Total Expenses | $1,288.72 |

| | |
|---|---|
| Total Services | $99,317.75 |
| Total Disbursements | $1,288.72 |
| Total Current Charges | $100,606.47 |
| **PAY THIS AMOUNT** | **$100,606.47** |

*Due Upon Receipt.  Please include the invoice number on all remittance.  Thank you.*

| | |
|---|---|
| June 06, 2023 | |
| Client: | 001000 |
| Matter: | 000001 |
| Invoice #: | 160 |
| Resp. Atty: | LMW |
| Page: | 8 |

## TASK RECAP

**Services**

| Category | Hours | Amount |
|---|---:|---:|
| B140 | 28.80 | $29,232.00 |
| B195 | 13.90 | $7,054.25 |
| B200 | 62.10 | $63,031.50 |
| | 104.80 | $99,317.75 |

**Disbursements**

| Category | Amount |
|---|---:|
| E100 - E109 | $229.48 |
| E100 - E110 | $1,059.24 |
| | $0.00 |
| | $1,288.72 |