## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET
## FOR THE PERIOD FROM APRIL 5, 2023 THROUGH MAY 31, 2023

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Walsh Pizzi O'Reilly Falanga LLP |
| Case No.: | 23-12825-MBK | Client: | Randi S. Ellis, FCR |
| Chapter: | 11 | Case Filed: | April 4, 2023 (the "Petition Date") |

## SECTION I
## FEE SUMMARY

☑ Monthly Fee Application No.  1                                   ☐ Final Fee Application

Summary of Amounts Requested for the Period from April 5, 2023 through May 31, 2023[1].

| | |
|---|---|
| Total Fees: | $271,352.75 |
| Total Disbursements: | $1,977.10 |
| Total Fees Plus Disbursements: | $273,329.85 |
| Minus 20% Holdback of Fees: | $54,270.55 |
| **Amount Sought at this Time:** | **$219,059.30** |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $0 | $0 |
| Total Fees Allowed To Date: | $0 | $0 |
| Total Retainer (If Applicable): | N/A | N/A |
| Total Holdback (If Applicable): | $0 | $0 |
| Total Received To Date: | $0 | $0 |

---

[1] The Applicant respectfully requests reimbursement of expenses incurred and fees for work performed on behalf of the FCR for the period from the Petition Date through and including May 31, 2023.

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Hon. Mark Falk (Ret.), Counsel | 1977 | 68.4 | $960.00 | $65,664.00 |
| Liza M. Walsh, Partner | 1985 | 84.3 | $905.00 | $76,291.50 |
| Stephen V. Falanga, Partner | 1992 | 85.4 | $695.00 | $58,484.25 |
| Christine I. Gannon, Partner | 2004 | 50.1 | $520.00 | $26,052.00 |
| Christopher M. Hemrick, Partner | 2007 | 0.8 | $520.00 | $416.00 |
| Francis W. Yook, Associate | 2015 | 86.6 | $405.00 | $35,073.00 |
| Jessica K. Formichella, Associate | 2017 | 13.4 | $375.00 | $5,025.00 |
| Barbara E. Troyan, Paralegal | N/A | 20.7 | $210.00 | $4,347.00 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | 1.10 | $1,056.00 |
| b) **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 184.30 | $108,956.50 |
| f) **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 30.00 | $14,308.50 |
| i) **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | 8.70 | $6,093.00 |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| j) **Financing** <br> Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) **Litigation** <br> Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 176.00 | $134,480.50 |
| l) **Meetings of Creditors** <br> Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) **Plan and Disclosure Statement** <br> Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 3.30 | $2,293.50 |
| n) **Relief from Stay Proceedings** <br> Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting/Auditing** <br> Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis** <br> Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) **Corporate Finance** <br> Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| r) **Data Analysis** <br> Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) **Litigation Consulting** <br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) **Reconstruction Accounting** <br> Reconstructing books and records from past transactions and brining accounting current. | | |
| u) **Tax Issues** <br> Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) **Valuation** <br> Appraise or review appraisals of assets. | 0.80 | $416.00 |
| w) **Travel Time** <br> Please note that non-working travel time must be billed at 50% of cost. | 5.50 | $3,748.75 |
| **SERVICE TOTALS:** | **409.70** | **$271,352.75** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| DISBURSEMENTS | AMOUNT |
|---|---|
| a)  **Filing Fees** <br> Payable to Clerk of Court. | |
| b)  **Computer Assisted Legal Research** <br> Westlaw, Lexis and a description of manner calculated. | |
| c)  **Pacer Fees** <br> Payable to the Pacer Service Center for search and/or print. | $479.10 |
| d)  **Fax** <br> Include per page fee charged. | |
| e)  **Case Specific Telephone/Conference Call Charges** <br> Exclusive of overhead charges. | |
| f)  **In-house Reproduction Services** <br> Exclusive of overhead charges. | $4.00 |
| g)  **Outside Reproduction Services** <br> Including scanning services. | |
| h)  **Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | |
| i)  **Court Reporting** <br> Transcripts. | $1,356.00 |
| j)  **Travel** <br> Mileage, tolls, airfare, parking. | |
| k)  **Courier & Express Carriers** <br> Overnight and personal delivery. | |
| l)  **Postage** | |
| m)  **Other (specify)** <br> Discovery data services | $138.00 |
| **DISBURSEMENTS TOTALS:** | **$1,977.10** |

I certify under penalty of perjury that the foregoing is true correct.

Executed on June 16, 2023                          *s/Mark Falk*
                                                   Mark Falk