Mark Falk
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, N.J. 07102
(973) 757-1100

*Counsel for Randi S. Ellis, Legal*
*Representative for Future Talc Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23- 12825 |
| Debtor. | Honorable Michael B. Kaplan |

**MONTHLY FEE STATEMENT OF WALSH PIZZI O'REILLY FALANGA LLP**
**COUNSEL FOR RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR**
**FUTURE TALC CLAIMANTS, FOR THE PERIOD**
**APRIL 5, 2023 THROUGH MAY 31, 2023**

Walsh Pizzi O'Reilly Falanga LLP ("Walsh") submits this Monthly Fee Statement for Services Rendered and Expenses Incurred as Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants (the "Statement") for the period commencing April 5, 2023 and ending May 31, 2023 (the "Statement Period"), pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals [Dkt. No. 562] (the "Interim Compensation Order"). The date of the Order approving Walsh's retention is June 5, 2023 [Dkt. No. 690], effective as of the date of the application (the "Retention Order").[2] The date of the Order Appointing Randi S. Ellis as Legal Representative for Future Talc Claimants is May 18,

---

[2] The Retention Order is attached hereto as **Exhibit A**.

2023 [Dkt. No. 551], effective as of April 10, 2023 (the "Appointment Order").[3] Paragraphs 2, 4 and 5 of the Appointment Order permit payment of compensation to the Future Talc Claimants Representative ("FCR") incurred on or after April 10, 2022, and her retained professionals.

The billing invoice for the Statement Period is annexed hereto as **Exhibit C**. This invoice details the services performed. A detailed breakdown of all out-of-pocket disbursements necessarily incurred by Walsh is included in the invoice annexed as **Exhibit C**. The fees and expense reimbursement sought in the within Statement Period are as follows:

| Total Fees | 20% Holdback | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|
| $271,352.75 | $54,270.55 | $217,082.20 | $1,977.10 |

WHEREFORE, Walsh respectfully requests the interim payment of fees for this Statement Period in the sum $217,082.20 (representing the amount of fees after a 20% holdback), together with expenses of $1,977.10 for a total requested interim payment of $219,059.30, in accordance with the terms of the Interim Compensation Order.

I certify under penalty of perjury that the foregoing is true and correct.

Executed: June 16, 2023

Respectfully submitted,

*s/Mark Falk*
Mark Falk
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, N.J. 07102
(973) 757-1100

*Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants*

---

[3] The Appointment Order is attached hereto as **Exhibit B**.

2