

**Order Filed on June 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
|---|---|
| In re:<br>LTL MANAGEMENT LLC,[1]<br><br>                           Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

## AMENDED ORDER AUTHORIZING RETENTION OF PROFESSOR D. THEODORE RAVE AS EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS <u>EFFECTIVE MAY 19, 2023</u>

The relief set forth on the following pages is **ORDERED**.

**DATED: June 15, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel for the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>Kenneth J. Aulet, Esq.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>kaulet@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>And-<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |

Upon the application (the "Application") of the Official Committee of Talc Claimants (the "TCC") for authorization to retain Professor D. Theodore Rave as expert witness and consultant on multi-district process, it is hereby ORDERED:

1. The application is granted as set forth herein.

2. Professor D. Theodore Rave is authorized to render professional services to the TCC as described in the Application effective as of May 19, 2023. Any additional services proposed to be provided by Professor D. Theodore Rave shall require further Court approval.

3. Professor D. Theodore Rave shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with this case in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines, and any other applicable procedures and orders of this Court; provided however, that if Professor D. Theodore Rave seeks to redact his time records to protect any privileges asserted it shall first apply to this Court for permission to do so under Section 107 of the Bankruptcy Code.

4. The Debtor's estate shall be directly liable for all fees and expenses of Professor D. Theodore Rave .

5. If Professor D. Theodore Rave seeks to utilize any third-party service providers to perform services for the TCC, Professor D. Theodore Rave or the TCC shall seek the separate retention of any such third-party service providers.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12825-MBK |
| LTL Management LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 8 |
| Date Rcvd: Jun 15, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Jun 15 2023 21:12:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Silverstein | on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants asilverstein@otterbourg.com awilliams@otterbourg.com |
| Adam C. Silverstein | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants asilverstein@otterbourg.com awilliams@otterbourg.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com |

Alan J. Brody
    on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com

Allen Joseph Underwood, II
    on behalf of Creditor DeSanto Canadian Class Action Creditors aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allison Meghan Brown
    on behalf of Plaintiff LTL Management LLC allison.brown@skadden.com wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com

Allison Meghan Brown
    on behalf of Debtor LTL Management LLC allison.brown@skadden.com wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com

Andrew Mina
    on behalf of Interested Party Atlanta International Insurance Company amina@duanemorris.com

Andrew J. Kelly
    on behalf of Creditor BCBS of Massachusetts akelly@kbtlaw.com wsheridan@kbtlaw.com;aleight@kbtlaw.com

Andrew J. Kelly
    on behalf of Interested Party BCBS of Massachusetts akelly@kbtlaw.com wsheridan@kbtlaw.com;aleight@kbtlaw.com

Andy Frankel
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com

Anthony Sodono, III
    on behalf of Interested Party Talc Claimants asodono@msbnj.com

Anthony Sodono, III
    on behalf of Attorney Barnes Law Group LLC asodono@msbnj.com

Arlen Pyenson
    on behalf of Interested Party Federal Insurance Company apyenson@crowell.com

Arlen Pyenson
    on behalf of Interested Party Firemans Fund Insurance Company apyenson@crowell.com

Arlen Pyenson
    on behalf of Interested Party Century Indemnity Company apyenson@crowell.com

Arlen Pyenson
    on behalf of Interested Party Westchester Fire Insurance Company apyenson@crowell.com

Arlen Pyenson
    on behalf of Interested Party ACE Property and Casualty Insurance Company (f/k/a CIGNA Property & Casualty Insurance Company) apyenson@crowell.com

Arlen Pyenson
    on behalf of Interested Party Allianz Global Risk US Insurance Company f/k/a Allianz Insurance Company apyenson@crowell.com

Arlen Pyenson
    on behalf of Interested Party Pacific Employers Insurance Company apyenson@crowell.com

Arlen Pyenson
    on behalf of Interested Party Central National Insurance Company of Omaha apyenson@crowell.com

Arlen Pyenson
    on behalf of Interested Party Great Northern Insurance Company apyenson@crowell.com

Arthur Abramowitz
    on behalf of Other Prof. Certain Substantial Contribution Claimants aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com

Bethany Theriot
    on behalf of Interested Party United States of America bethany.theriot@usdoj.gov

Brian J. McCormick, Jr.
    on behalf of Creditor Various Talc Claimants bmccormick@rossfellercasey.com earend@rossfellercasey.com

Brian J. McCormick, Jr.
    on behalf of Creditor Ross Feller Casey LLP bmccormick@rossfellercasey.com, earend@rossfellercasey.com

Brian W. Hofmeister
    on behalf of Creditor Various Talc Claimants bwh@hofmeisterfirm.com j119@ecfcbis.com

Brian W. Hofmeister
    on behalf of Creditor Kellie Brewer bwh@hofmeisterfirm.com j119@ecfcbis.com

Case 23-12825-MBK    Doc 829    Filed 06/17/23    Entered 06/18/23 00:16:48    Desc
Imaged Certificate of Notice    Page 6 of 11

| District/off: 0312-3 | User: admin | Page 3 of 8 |
|---|---|---|
| Date Rcvd: Jun 15, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Carol A. Slocum | on behalf of Attorney Andy D. Birchfield Jr. cslocum@klehr.com, lclark@klehr.com |
| Carol A. Slocum | on behalf of Attorney Maune Raichle Hartley French & Mudd LLC cslocum@klehr.com  lclark@klehr.com |
| Christopher M. Placitella | on behalf of Creditor Justin Bergeron cplacitella@cprlaw.com  bdriscoll@cprlaw.com |
| Christopher M. Placitella | on behalf of Creditor Catherine Forbes cplacitella@cprlaw.com  bdriscoll@cprlaw.com |
| Clay Thompson | on behalf of Attorney Maune Raichle Hartley French & Mudd LLC cthompson@mrhfmlaw.com |
| Clay Thompson | on behalf of Creditor Various Talc Claimants cthompson@mrhfmlaw.com |
| Clay Thompson | on behalf of Interested Party Various Talc Claimants cthompson@mrhfmlaw.com |
| Clay Thompson | on behalf of Creditor Katherine Tollefson cthompson@mrhfmlaw.com |
| Colin R. Robinson | on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com |
| Daniel Stolz | on behalf of Creditor Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Attorney Brown Rudnick LLP dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Ad Hoc Committee of Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Proposed Local Counsel to the Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Robert Lapinski | on behalf of Interested Party Various Talc Claimants dlapinski@motleyrice.com hfonseca@motleyrice.com,kdotson@motleyrice.com |
| David J. Molton | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dmolton@brownrudnick.com  hcohen@brownrudnick.com |
| Derek J. Baker | on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com |
| Donald W Clarke | on behalf of Creditor Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor Committee Proposed Local Counsel to the Official Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor Ad Hoc Committee of Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 8 |
| Date Rcvd: Jun 15, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Donald W Clarke
    on behalf of Creditor Committee Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

E. Richard Dressel
    on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Attorney Dean Omar Branham Shirley  LLP rdressel@lexnovalaw.com

Eileen McCabe
    on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com

Ericka Fredricks Johnson
    on behalf of Creditor The Ad Hoc Committee of States Holding Consumer Protection Claims ericka.johnson@wbd-us.com Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;lisa.tancredi@wbd-us.com;cindy.giobbe@wbd-us.com

Geoffrey B. Gompers
    on behalf of Interested Party Various Talc Claimants gompers@gomperslaw.com  jharper@gomperslaw.com

Gregory S. Kinoian
    on behalf of Creditor Committee Official Committee of Talc Claimants gkinoian@genovaburns.com

Helen H Babin
    on behalf of Creditor Various Talc Claimants hbabin@gertlerfirm.com

James N. Lawlor
    on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com

James N. Lawlor
    on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com

Janet A. Shapiro
    on behalf of Creditor Employers Insurance Co of Wausau jshapiro@shapirolawfirm.com

Janet A. Shapiro
    on behalf of Creditor National Casualty Co. jshapiro@shapirolawfirm.com

Jeff Kahane
    on behalf of Interested Party Atlanta International Insurance Company jkahane@duanemorris.com  dmartinez@duanemorris.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey M. Sponder
    on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jerome Howard Block
    on behalf of Interested Party Paul Crouch jblock@levylaw.com

Jerome Howard Block
    on behalf of Interested Party Randy Derouen jblock@levylaw.com

John Maloney
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com

John M. August
    on behalf of Creditor Susan Jean Bader jaugust@saiber.com  rtucker@saiber.com

John M. August
    on behalf of Creditor Dean McElroy jaugust@saiber.com  rtucker@saiber.com

John M. August
    on behalf of Creditor Various Talc Claimants jaugust@saiber.com  rtucker@saiber.com

John M. August
    on behalf of Creditor Christina Prudencio jaugust@saiber.com  rtucker@saiber.com

John M. August
    on behalf of Creditor Anthony Hernandez Valadez jaugust@saiber.com  rtucker@saiber.com

John M. August
    on behalf of Creditor Trevor Barkley jaugust@saiber.com  rtucker@saiber.com

John M. August
    on behalf of Creditor Marlin Lewis Eagles jaugust@saiber.com  rtucker@saiber.com

John M. August
    on behalf of Creditor Alison Daugherty jaugust@saiber.com  rtucker@saiber.com

John M. August
                      on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com rtucker@saiber.com

John W. Weiss
                      on behalf of Interested Party Various Talc Personal Injury Claimants jweiss@pashmanstein.com

John Zachary Balasko
                      on behalf of Interested Party United States of America john.z.balasko@usdoj.gov

Kenneth A. Rosen
                      on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. krosen@lowenstein.com
                      dclaussen@lowenstein.com

Konrad Krebs
                      on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us

Lauren Bielskie
                      on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Leah Cylia Kagan
                      on behalf of Interested Party Various Talc Claimants lkagan@sgptrial.com

Leslie Carol Heilman
                      on behalf of Creditor Albertsons Companies  Inc. heilmanl@ballardspahr.com,
                      vesperm@ballardspahr.com;roglenl@ballardspahr.com

Lisa Nathanson Busch
                      on behalf of Attorney Weitz & Luxenberg PC lbusch@weitzlux.com

Lisa Nathanson Busch
                      on behalf of Creditor Shawn V. Johnson lbusch@weitzlux.com

Lisa Nathanson Busch
                      on behalf of Creditor Patricia Cook lbusch@weitzlux.com

Louis A. Modugno
                      on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
                      on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com

Louis A. Modugno
                      on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
                      on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com

Louis A. Modugno
                      on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com

Louis A. Modugno
                      on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
                      on behalf of Interested Party The Insurance Company of the State of Pennsylvania  Philadelphia lmodugno@tm-firm.com

Louis A. Modugno
                      on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com

Louis A. Modugno
                      on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
                      on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  Pa. lmodugno@tm-firm.com

Louis A. Modugno
                      on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
                      on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com

Louis A. Modugno
                      on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
                      on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com

Mark Falk
                      on behalf of Other Prof. Randi S. Ellis mfalk@walsh.law

Mary E. Seymour
                      on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. mseymour@lowenstein.com
                      jkimble@lowenstein.com

Case 23-12825-MBK    Doc 829    Filed 06/17/23    Entered 06/18/23 00:16:48    Desc
Imaged Certificate of Notice    Page 9 of 11

| District/off: 0312-3 | User: admin | Page 6 of 8 |
|---|---|---|
| Date Rcvd: Jun 15, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Michael D. Sirota
on behalf of Interested Party Ad Hoc Committee of Supporting Counsel msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael D. Sirota
on behalf of Interested Party Ad Hoc Group of Supporting Counsel msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Michael L. Tuchin
on behalf of Creditor Aylstock  Witkin, Kreis & Overholtz, PLLC mtuchin@ktbslaw.com

Mitchell Malzberg
on behalf of Creditor Various Talc Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Moshe Maimon
on behalf of Interested Party Paul Crouch mmaimon@levylaw.com  mmastrogiacomo@levylaw.com

Moshe Maimon
on behalf of Interested Party Various Talc Claimants mmaimon@levylaw.com  mmastrogiacomo@levylaw.com

Moshe Maimon
on behalf of Interested Party Randy Derouen mmaimon@levylaw.com  mmastrogiacomo@levylaw.com

Nathan W. Reinhardt
on behalf of Interested Party Atlanta International Insurance Company nreinhardt@duanemorris.com

Nir Maoz
on behalf of Creditor Aylstock  Witkin, Kreis & Overholtz, PLLC nmaoz@ktbslaw.com

Paul J. Winterhalter
on behalf of Creditor Aylstock  Witkin, Kreis & Overholtz, PLLC pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul R. DeFilippo
on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com

Paul R. DeFilippo
on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com

Richard G. Haddad
on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants rhaddad@otterbourg.com akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@otterbourg.com

Richard G. Haddad
on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants rhaddad@otterbourg.com akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@otterbourg.com

Robert Malone
on behalf of Interested Party State of Mississippi rmalone@gibbonslaw.com  nmitchell@gibbonslaw.com

Robert Malone
on behalf of Interested Party State of New Mexico rmalone@gibbonslaw.com  nmitchell@gibbonslaw.com

Robert J. Pfister
on behalf of Creditor Aylstock  Witkin, Kreis & Overholtz, PLLC rpfister@ktbslaw.com

Robin Rabinowitz
on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) rrabinowitz@lawgmm.com

Russell Webb Roten
on behalf of Interested Party Atlanta International Insurance Company rwroten@duanemorris.com

Samuel M. Kidder
on behalf of Creditor Aylstock  Witkin, Kreis & Overholtz, PLLC skidder@ktbslaw.com

Sari Blair Placona
on behalf of Attorney Barnes Law Group  LLC splacona@msbnj.com

Sari Blair Placona
on behalf of Attorney Ashcraft & Gerel  LLP splacona@msbnj.com

Sari Blair Placona
on behalf of Creditor Claimants Represented by Barnes Law Group  LLC splacona@msbnj.com

Sommer Leigh Ross
on behalf of Interested Party New Hampshire Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
on behalf of Interested Party AIG Property Casualty Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Case 23-12825-MBK    Doc 829    Filed 06/17/23    Entered 06/18/23 00:16:48    Desc
Imaged Certificate of Notice    Page 10 of 11

| District/off: 0312-3 | User: admin | Page 7 of 8 |
|---|---|---|
| Date Rcvd: Jun 15, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Sommer Leigh Ross | on behalf of Interested Party Lexington Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party New Jersey Coverage Action Plaintiff-Insurers slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party AIG Europe S.A. slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh Pa. slross@duanemorris.com, AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party The North River Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Republic Indemnity Company of America slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party RheinLand Versicherungen slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Atlanta International Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Starr Indemnity & Liability Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party AIU Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party ASR Schadeverzekering N.V. slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Granite State Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party The Insurance Company of the State of Pennsylvania Philadelphia slross@duanemorris.com, AutoDocketWILM@duanemorris.com |
| Stephen M. Packman | on behalf of Attorney Roger Frankel as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com |
| Stephen T. Roberts | on behalf of Interested Party Atlanta International Insurance Company stephen.roberts@mendes.com |
| Stephen V. Gimigliano | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) sgimigliano@lawgmm.com |
| Steven Abramowitz | on behalf of Interested Party Cyprus Amax Minerals Company sabramowitz@velaw.com mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com |
| Suzanne Ratcliffe | on behalf of Interested Party Various Talc Claimants sratcliffe@mrhfmlaw.com |
| Suzanne Ratcliffe | on behalf of Creditor Katherine Tollefson sratcliffe@mrhfmlaw.com |
| Suzanne Ratcliffe | on behalf of Attorney Maune Raichle Hartley French & Mudd LLC sratcliffe@mrhfmlaw.com |
| Suzanne Ratcliffe | on behalf of Creditor Various Talc Claimants sratcliffe@mrhfmlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Walter Benzija | on behalf of Creditor The Blue Cross Blue Shield Association wbenzija@halperinlaw.net mmurrayhbb@outlook.com |

District/off: 0312-3 User: admin Page 8 of 8
Date Rcvd: Jun 15, 2023 Form ID: pdf903 Total Noticed: 1
TOTAL: 156