**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| IN RE: | LTL Management LLC. | APPLICANT: | Otterbourg P.C. |
| CASE NO.: | 23-12825 (MBK) | CLIENT: | Co-Counsel for Official Committee of Talc Claimants |
| CHAPTER: | 11 | CASE FILED: | April 4, 2023 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER ATTACHED

### SECTION I
### FEE SUMMARY

**MONTHLY FEE STATEMENT COVERING THE PERIOD**
**APRIL 14, 2023 THROUGH APRIL 30, 2023**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL FEES/EXP PREVIOUSLY REQUESTED: | $0.00 | $0.00 |
| TOTAL FEES/EXP ALLOWED TO DATE: | $0.00 | $0.00 |
| TOTAL RETAINER (IF APPLICABLE): | N/A | N/A |
| TOTAL HOLDBACK TO DATE (IF APPLICABLE): | $0.00 | $0.00 |
| TOTAL RECEIVED BY APPLICANT TO DATE: | $0.00 | $0.00 |

7504769.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Member | 1982 | $1,620.00 | 78.3 | $126,846.00 |
| Richard G. Haddad ("RGH") Member | 1998 | $1,240.00 | 84.7 | $105,028.00 |
| Adam C. Silverstein ("ACS") Member | 1992 | $1,150.00 | 4.7 | $5,405.00 |
| Jennifer S. Feeney ("JSF") Member | 1998 | $1,015.00 | 24.4 | $24,766.00 |
| James V. Drew ("JVD") Member | 1998 | $1,015.00 | 67.0 | $68,005.00 |
| David A. Castleman ("DAC") Member | 2007 | $925.00 | 97.4 | $90,095.00 |
| John Bougiamas ("JB") Associate | 1993 | $905.00 | 10.1 | $9,140.50 |
| Robert C. Yan ("RCY") Associate | 2002 | $770.00 | 35.3 | $27,181.00 |
| Michael A Pantzer ("MAP") Associate | 2017 | $525.00 | 71.5 | $37,537.50 |
| Roselyn Wu ("RW") Awaiting Admission | N/A | $325.00 | 5.9 | $1,917.50 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $380.00 | 17.4 | $6,612.00 |
| **TOTAL FEES** | | | **496.7** | **$502,533.50** |
| **BLENDED RATE** | | **$1,011.75** | | |

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 562] (the "Interim Compensation Order"), currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $502,533.50 |
| Less: Holdback (20%) | - $100,506.70 |
| Total Fees Currently Payable | $402,026.80 |
| Add: Disbursements | $6,639.93 |
| **Total Payable This Invoice** | **$408,666.73** |

7504769.1

# SECTION II
# SUMMARY OF SERVICES

| PROJECT CATEGORY DESCRIPTION | PROJECT CODE | HOURS | FEE |
|---|---|---:|---:|
| Case Administration/General Services | L0001 | 3.5 | $1,676.50 |
| Meetings of and Communications with Committee | L0005 | 44.9 | $51,054.00 |
| Meetings of and Communications with Co-Counsel | L0006 | 24.6 | $27,175.50 |
| Committee Governance and Organizational Matters | L0007 | 2.4 | $3,159.00 |
| Fee/Employment Applications | L0008 | 23.9 | $21,034.00 |
| Fee/Employment Objections | L0009 | 0.5 | $385.00 |
| Contested Matters/Litigation (General) | L0010 | 28.8 | $25,925.00 |
| Non-Working Travel (billed @ 50%) | L0011 | 5.0 | $6,297.50 |
| Business Operations | L0012 | 0.6 | $462.00 |
| Claims Administration and Objections | L0013 | 2.1 | $3,402.00 |
| Plan and Disclosure Statement | L0014 | 34.2 | $28,506.50 |
| Mediation/Settlement | L0015 | 0.2 | $181.00 |
| Injunction Litigation in Adversary Proceeding 23-01092 | L0017 | 242.0 | $247,554.00 |
| Dismissal/Trustee/Examiner Matters | L0018 | 84.0 | $85,721.50 |
| **TOTAL FEES:** | | **496.7** | **$502,533.50** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| CATEGORY | AMOUNT |
|---|---:|
| Court Reporting Services | $6,098.08 |
| Transportation | $541.85 |
| **TOTAL DISBURSEMENTS:** | **$6,639.93** |

7504769.1

Otterbourg P.C. ("Otterbourg"), as co-counsel for the Official Committee of Talc Claimants, hereby submits its monthly fee statement for the period from April 14, 2023 through April 30, 2023 for the allowance of compensation for services rendered and reimbursement of expenses incurred (the "Monthly Fee Statement"), pursuant to the Interim Compensation Order.

WHEREFORE, Otterbourg respectfully requests the payment of the Monthly Fee Statement in the amount of $402,026.80 in fees (representing the amount of fees after a 20% holdback) and the reimbursement of $6,639.93 in expenses, for a total of $408,666.73, in accordance with the Interim Compensation Order.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2023                              /s/ *Melanie L. Cyganowski*
                                                  Melanie L. Cyganowski, Esq.