# EXHIBIT B

# Time and Expense Detail

### OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

June 14, 2023
BILL NO. 231786

Client/Matter No.:    93174/0902
Matter Name:          LTL MANAGEMENT II
Billing Partner:      RG HADDAD

For Services Rendered Through April 30, 2023:

---

Phase: L0001                               CASE ADMINISTRATION/DISBURSEMENTS

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/16/23 JKH | LTL II - prepare withdrawls and appearances and new pro hacs as counsel to official committee | 2.20 | 836.00 |
| 04/26/23 JSF | Review of Motion Seeking to Honor Pre-Petition Obligations from LTL I | .30 | 304.50 |
| 04/26/23 RCY | Review debtor motion to honor obligations set forth in dismissal order of first bankruptcy case. | .40 | 308.00 |
| 04/28/23 JKH | Review orders and instructions re: pro hac fees and make arrangements to pay | .60 | 228.00 |
| TOTAL PHASE L0001 | | 3.50 | $1,676.50 |

---

Phase: L0005                       MEETINGS OF AND COMMUNICATIONS WITH COMM

---

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                          June 14, 2023
Page 2                                                            BILL NO. 231786

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/14/23<br>MLC | Participate in first organizational meeting of TCC | .40 | 648.00 |
| 04/14/23<br>MLC | Correspondence with committee re: confidentiality agreement | .90 | 1,458.00 |
| 04/14/23<br>MLC | Correspondence re: summary of meeting with Ad Hoc members | .40 | 648.00 |
| 04/14/23<br>DAC | Conference with Committee re preliminary injunction strategy | .70 | 647.50 |
| 04/15/23<br>DAC | Call with Counsel for TCC re preliminary injunction strategy | .80 | 740.00 |
| 04/16/23<br>JSF | Review of Draft Correspondence with Committee re: Status of PI Hearing | .40 | 406.00 |
| 04/17/23<br>JSF | Participate in call with TCC | .50 | 507.50 |
| 04/17/23<br>MLC | Telephone call with Andy Birchfield after deposition | .40 | 648.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                    June 14, 2023
Page 3                                                        BILL NO. 231786

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/17/23<br>MLC | Meeting with TCC members re: status and next steps | 1.00 | 1,620.00 |
| 04/17/23<br>DAC | Call with committee members re formation and general strategy | .60 | 555.00 |
| 04/18/23<br>MAP | Correspondence with TCC regarding transcripts of 4/17 depositions. | .40 | 210.00 |
| 04/19/23<br>RGH | Committee meeting re: hearing, committee governance, and next steps | 1.50 | 1,860.00 |
| 04/19/23<br>MLC | Weekly conference with TCC and co-counsel | 1.50 | 2,430.00 |
| 04/19/23<br>MLC | Telephone call with Molton re: preparation for court decision and related issues | .30 | 486.00 |
| 04/19/23<br>JVD | Participate in Committee call | 1.50 | 1,522.50 |
| 04/19/23<br>DAC | Calls and emails with professionals and committee re preliminary injunction hearing, various discovery issues, and next steps | 2.40 | 2,220.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:   93174/0902                                June 14, 2023
Page 4                                                     BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/20/23 DAC | Emails with TCC representatives and professionals re case strategy | .50 | 462.50 |
| 04/21/23 RGH | Zoom meeting with Committee re: decision on PI and next steps | 1.40 | 1,736.00 |
| 04/21/23 RCY | Review emails from counsel and members re open issues. | .40 | 308.00 |
| 04/21/23 JVD | Participate in committee call | 1.40 | 1,421.00 |
| 04/23/23 RGH | Prepare memo to clients re: effect of injunction | .70 | 868.00 |
| 04/23/23 JVD | Review, edit and circulate draft client memo re: PI ruling and effect on statute of limitations | 2.60 | 2,639.00 |
| 04/23/23 JVD | Review various comments and emails re: draft memo on statute of limitations and follow up re: incorporating same | 1.80 | 1,827.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                        June 14, 2023
Page 5                                                            BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/24/23 RGH | Multiple emails with members' representatives re: case strategy | .40 | 496.00 |
| 04/24/23 JVD | Participate in Committee member rep call re: PI order | 1.00 | 1,015.00 |
| 04/24/23 DAC | Emails and calls with Committee and Representatives re preliminary injunction order and motion to dismiss | 2.20 | 2,035.00 |
| 04/25/23 DAC | Calls and emails with TCC and co-counsel | 1.60 | 1,480.00 |
| 04/26/23 RGH | Zoom meeting with professionals and committee representatives on litigation and case matters | 2.70 | 3,348.00 |
| 04/26/23 JSF | Participate in Call with Member Reps-Status of Action Items, Upcoming Matters and Organizational Items | 1.70 | 1,725.50 |
| 04/26/23 MLC | Weekly TCC conference call | 2.80 | 4,536.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                           June 14, 2023
Page 6                                                BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/26/23 MLC | Correspondence with TCC re: objection papers to FCR motion | .40 | 648.00 |
| 04/26/23 JVD | Participate in Committee call | 2.70 | 2,740.50 |
| 04/26/23 DAC | Working session with Committee and Representatives and related calls and emails | 4.20 | 3,885.00 |
| 04/28/23 MLC | Conference call with FTI re: TCC communications (partial meeting) | .50 | 810.00 |
| 04/28/23 DAC | Call with TCC re litigation strategy | .60 | 555.00 |
| 04/29/23 RGH | Zoom meeting with committee counsel and member representatives re: FCR application and objections | .30 | 372.00 |
| 04/29/23 ACS | Zoom meet with TCC Co-Counsel and Committee Reps re FCR reply | .50 | 575.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   93174/0902                                      June 14, 2023
Page 7                                                           BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/29/23 ACS | E-mails from/to D. Molton, M Winograd and plaintiffs' counsel re FCR reply and strategy | .30 | 345.00 |
| 04/30/23 RGH | Zoom meeting with co-counsel and committee representatives re: FCR motion | .50 | 620.00 |
| TOTAL PHASE L0005 | | 44.90 | $51,054.00 |

Phase: L0006                          MEETINGS OF AND COMMUNICATIONS WITH CO-C

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/14/23 DAC | Emails with co-counsel re LTL record | .20 | 185.00 |
| 04/15/23 RGH | Zoom meeting with Brown Rudnick, Massey to plan for discovery and hearing | .90 | 1,116.00 |
| 04/15/23 JSF | Participate in Meeting of Co-Counsel re: Preparation for PI Hearing | 1.00 | 1,015.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                          June 14, 2023
Page 8                                                              BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/15/23 MAP | Call with Counsel for TCC regarding opposition to Debtor's Motion for PI and hearing on PI. | .90 | 472.50 |
| 04/16/23 RGH | Committee Counsel Zoom meeting re: discovery and case strategy | 1.80 | 2,232.00 |
| 04/16/23 DAC | Call with TCC professionals re preliminary injunction strategy and other matters | 1.70 | 1,572.50 |
| 04/19/23 RGH | Committee professionals Zoom meeting re: strategy, work allocation, and pleadings | .50 | 620.00 |
| 04/19/23 MLC | Conference with co-counsel in preparation for TCC meeting | .50 | 810.00 |
| 04/19/23 JVD | Participate in Committee counsel pre-call | .50 | 507.50 |
| 04/20/23 MLC | Correspondence with TCC members and reps | .60 | 972.00 |
| 04/20/23 RCY | Review emails between counsel re preliminary strategy, next steps and task list issues. | .50 | 385.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    June 14, 2023
Page 9                                                         BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/20/23 JVD | Review emails with Committee re: various matters throughout day including potential objections and tasks to be completed | 1.20 | 1,218.00 |
| 04/21/23 RGH | Call with committee counsel re: work flow and next steps | 1.00 | 1,240.00 |
| 04/21/23 JSF | Participate in Call with Co-Counsel re: Task List (partial) | .70 | 710.50 |
| 04/21/23 JVD | Participate in Committee counsel call re: next steps | 1.00 | 1,015.00 |
| 04/21/23 DAC | Call with co-counsel re case strategy | 1.00 | 925.00 |
| 04/21/23 DAC | Call with TCC co-counsel re motion to dismiss and additional case strategy and tasks | 1.00 | 925.00 |
| 04/23/23 MLC | Correspondence with Molton and Stolz re: timing of conference with Court | .40 | 648.00 |
| 04/24/23 RGH | Call with TCC Professionals re: PI Order | .70 | 868.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                         June 14, 2023
Page 10                                                             BILL NO. 231786

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/24/23<br>RGH | Zoom meeting with Brown Rudnick and Massey Gail re: task list for upcoming matters | .90 | 1,116.00 |
| 04/24/23<br>MLC | Correspondence with co-counsel (Stolz, Molton, RGH, Winograd) re: scheduling and next steps | .40 | 648.00 |
| 04/24/23<br>MAP | Meeting with co-counsel to discuss various matters in bankruptcy including Motion to Dismiss. | .90 | 472.50 |
| 04/24/23<br>JVD | Emails with counsel re: timeline | .20 | 203.00 |
| 04/26/23<br>RGH | Litigation strategy Zoom meeting with committee professionals | 1.30 | 1,612.00 |
| 04/26/23<br>JSF | Participate in Call with Co-Counsel re: Preparation for Call with Member Reps-Status of Action Items | .70 | 710.50 |
| 04/26/23<br>MLC | Conference call with TCC professionals to prepare for TCC meeting | .70 | 1,134.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                      June 14, 2023
Page 11                                                         BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/26/23 JVD | Participate in Committee precall | .70 | 710.50 |
| 04/28/23 RGH | Zoom with BR and MG re: strategy | .60 | 744.00 |
| 04/28/23 JSF | Participate in Call with Co-Counsel re: Litigation Status and Tasks for Each Firm | .80 | 812.00 |
| 04/29/23 RGH | Zoom strategy meeting with Brown Rudnick and Genova Burns | .50 | 620.00 |
| 04/29/23 MLC | Correspondence with Sunni Beville, JSF and RCY re draft interim retention papers | .40 | 648.00 |
| 04/29/23 RCY | Emails with MLC, JSF, S. Beville, D. Stolz re retention process and open issues. | .40 | 308.00 |
| TOTAL PHASE L0006 | | 24.60 | $27,175.50 |

Phase: L0007                          COMMITTEE GOVERNANCE AND ORGANIZATIONAL

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                         June 14, 2023
Page 12                                                             BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/19/23 MLC | Correspondence with committee co counsel re: revisions to by-laws | .30 | 486.00 |
| 04/19/23 MLC | Revisions to by-laws | .70 | 1,134.00 |
| 04/26/23 JSF | Review of Committee Draft Bylaws | .30 | 304.50 |
| 04/26/23 MLC | Correspondence with TCC re By-laws | .60 | 972.00 |
| 04/27/23 MAP | Correspondence with M. Cyganowski regarding Committee organization and administration issues. | .50 | 262.50 |
| TOTAL PHASE L0007 | | 2.40 | $3,159.00 |

| Phase: L0008 | | | FEE/EMPLOYMENT APPLICATIONS |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/17/23 RCY | Work on draft retention documents | 4.20 | 3,234.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                           June 14, 2023
Page 13                                                               BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/18/23 RCY | Continue draft of retention application and certification in support, including supplementing conflict search query. | 3.60 | 2,772.00 |
| 04/19/23 RCY | Revise retention application and certification in support re additional disclosures and conforming format. | 3.30 | 2,541.00 |
| 04/26/23 RCY | Revise retention application and certification in support per comments received. | 2.60 | 2,002.00 |
| 04/27/23 JSF | Review of Draft Retention Application and Certification | 2.20 | 2,233.00 |
| 04/27/23 RCY | Revise draft retention documents for circulation. | 2.20 | 1,694.00 |
| 04/28/23 JSF | Review of Draft Retention Application | .90 | 913.50 |
| 04/28/23 MLC | Conference call with UST office with Stolz and Beville re: retention applications | .30 | 486.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                June 14, 2023
Page 14                                                     BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/28/23 MLC | Drafting and revising of Otterbourg's proposed retention application | .60 | 972.00 |
| 04/28/23 RCY | Further revise retention documents and supporting materials and incorporate comments to same. | 1.40 | 1,078.00 |
| 04/29/23 MLC | Review and revision to draft interim retention application papers | 1.10 | 1,782.00 |
| 04/30/23 JSF | Revise Draft Retention Application, Certification and Order | .70 | 710.50 |
| 04/30/23 RCY | Additional revisions to draft retention documents and incorporate comments and other edits. | .80 | 616.00 |
| TOTAL PHASE L0008 | | 23.90 | $21,034.00 |

Phase: L0009                              FEE/EMPLOYMENT OBJECTIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 93174/0902                                          June 14, 2023
Page 15                                                            BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/27/23 RCY | Review memo re disinterestedness and retention issues. | .50 | 385.00 |
| TOTAL PHASE L0009 | | .50 | $385.00 |

Phase: L0010                          CONTESTED MATTERS/LITIGATION (GENERAL)

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/20/23 JVD | Emails re: Parkins Rubio as ad hoc committee counsel and conflicts and confidentiality issues and review draft letter re: same | .60 | 609.00 |
| 04/24/23 RCY | Review objection to FCR appointment. | .30 | 231.00 |
| 04/24/23 RCY | Review motion to suspend case pending motion to dismiss. | .80 | 616.00 |
| 04/24/23 RCY | Research re potential ad hoc committee conflict issues. | 3.30 | 2,541.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    June 14, 2023
Page 16                                                        BILL NO. 231786

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/24/23<br>JVD | Review draft motion for suspension of<br>proceedings and prepare markup | .70 | 710.50 |
| 04/25/23<br>MLC | Review of draft opposition to FCR motion | .60 | 972.00 |
| 04/25/23<br>RCY | Research re conflict and disqualification<br>issues re ad hoc counsel. | 2.60 | 2,002.00 |
| 04/25/23<br>RCY | Review emails from counsel and members re<br>FCR objection issues. | .40 | 308.00 |
| 04/25/23<br>JVD | Review draft FCR objection and emails re:<br>same | .50 | 507.50 |
| 04/25/23<br>DAC | Review and comment on bar date motion and<br>FCR motion | 2.30 | 2,127.50 |
| 04/26/23<br>JSF | Review of Objections to Appointment of<br>Randi Ellis as FCR | .40 | 406.00 |
| 04/26/23<br>JSF | Examine Draft Motion to Suspend Certain<br>Aspects of the Case | .20 | 203.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                         June 14, 2023
Page 17                                                             BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/26/23 MAP | Research on issues related to ad hoc committee's potential retention of professionals. | 2.30 | 1,207.50 |
| 04/26/23 MAP | Draft memo on issues related to ad hoc committee retention of professionals. | 2.40 | 1,260.00 |
| 04/26/23 JVD | Emails re: comments to FCR motion | .40 | 406.00 |
| 04/26/23 JVD | Review FCR objections | .50 | 507.50 |
| 04/27/23 MAP | Research in connection with ad hoc committee professional retention issues. | 1.20 | 630.00 |
| 04/27/23 MAP | Draft and revise memo on issues related to ad hoc committee retention of professionals | 2.60 | 1,365.00 |
| 04/27/23 JVD | Review research memo re: disinterestedness and adverse interest and emails with M. Pantzer re: same | .40 | 406.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    June 14, 2023
Page 18                                                        BILL NO. 231786

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/27/23<br>JVD | Review emails re: Kenvue and indemnity by J&J | .40 | 406.00 |
| 04/28/23<br>MLC | Review and analysis of Randi Ellis declaration in support of motion for her FCR retention | 1.40 | 2,268.00 |
| 04/28/23<br>MLC | Correspondence with litigation team (Jonas, Winograd, ACS, RGH, Stolz, Molton, Seeger-Grimm) re FCR motion and Ellis deposition | .80 | 1,296.00 |
| 04/29/23<br>MLC | Video conference with litigation team (Jonas, Winograd, Stolz, Molton, RGH, ACS, Seeger-Grimm, Cicero) re: FCR discovery | .50 | 810.00 |
| 04/29/23<br>ACS | Review Debtor's FCR motion reply | .40 | 460.00 |
| 04/29/23<br>ACS | Review Ellis reply declaration re FCR motion | .20 | 230.00 |
| 04/29/23<br>ACS | Review Debtor's Board minutes re FCR | .20 | 230.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                     June 14, 2023
Page 19                                                         BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/30/23 JSF | Review of Declaration of Randi Ellis re: Disinterestedness | .20 | 203.00 |
| 04/30/23 JSF | Review of Debtor's Reply in Support of FCR Appointment | .30 | 304.50 |
| 04/30/23 MLC | Reviewed and revised draft document subpoena re: FCR motion | 1.10 | 1,782.00 |
| 04/30/23 ACS | E-mails from/to D Molton, M Winograd and plaintiffs' counsel re FCR motion strategy | .30 | 345.00 |
| 04/30/23 ACS | Review TCC, UST and other objections to FCR motion to inform strategy | .50 | 575.00 |
| TOTAL PHASE L0010 | | 28.80 | $25,925.00 |

Phase: L0011                                          NON-WORKING TRAVEL @ 50%

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/18/23 RGH | Travel to and from Trenton for PI hearing (billed at 1/2 time) | 2.00 | 2,480.00 |

## OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                  June 14, 2023
Page 20                                                      BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/18/23 MLC | Travel to Trenton for PI hearing (billed at half time) | 1.50 | 2,430.00 |
| 04/18/23 DAC | Travel to and from preliminary injunction hearing in Trenton, NJ (3 hours, billed at half) | 1.50 | 1,387.50 |
| TOTAL PHASE L0011 | | 5.00 | $6,297.50 |

| Phase: L0012 | | | BUSINESS OPERATIONS |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/26/23 RCY | Review FTI case-related summary memo. | .60 | 462.00 |
| TOTAL PHASE L0012 | | .60 | $462.00 |

| Phase: L0013 | | CLAIMS ADMINISTRATION AND OBJECTIONS | |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/26/23 MLC | Review and revision to final draft of objection papers to FCR motion | 2.10 | 3,402.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                          June 14, 2023
Page 21                                                              BILL NO. 231786

TOTAL PHASE L0013                                    2.10            $3,402.00

Phase: L0014                              PLAN AND DISCLOSURE STATEMENT

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/20/23<br>JB | Review Ad Hoc Group statement in support of PSA/motions re: Disclosure Statement hearing/TCC letter in response | .50 | 452.50 |
| 04/20/23<br>RCY | Review motion re DS hearing scheduling and motion to shorten notice. | .70 | 539.00 |
| 04/20/23<br>RCY | Preliminary research of issues re shortened notice for disclosure statement hearing. | 1.70 | 1,309.00 |
| 04/20/23<br>RCY | Review draft objection re DS/Plan scheduling motion. | .70 | 539.00 |
| 04/20/23<br>MAP | Review documents in connection with TCC Opposition to Debtor's Motion to Schedule Hearing on Disclosure Statement. | .90 | 472.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY   10169-0075

Client/Matter:   93174/0902                                    June 14, 2023
Page 22                                                        BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/20/23 MAP | Draft / Revise TCC Opposition to Debtor's Motion to Schedule Hearing on Disclosure Statement. | 2.90 | 1,522.50 |
| 04/20/23 MAP | Calls with J. Drew regarding TCC Opposition to Debtor's Motion to Schedule Disclosure Statement. | .30 | 157.50 |
| 04/20/23 JVD | Emails re: draft objection to Plan and Disclosure Statement and application to set hearing | .60 | 609.00 |
| 04/20/23 JVD | Review Plan and Disclosure Statement scheduling motion and prepare draft outline of objection | 5.20 | 5,278.00 |
| 04/20/23 JVD | Prepare draft objection to Plan and Disclosure Statement scheduling motion and circulate same and various follow up emails and discussions re: edits | 3.10 | 3,146.50 |
| 04/20/23 JVD | Various emails and discussions with M. Pantzer re: edits to draft objection to Disclosure Statement scheduling motion | .50 | 507.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    June 14, 2023
Page 23                                                        BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/21/23 JKH | Review disclosure statement scheduling order and calendar deadlines and hearing dates | .30 | 114.00 |
| 04/21/23 JVD | Review and edit draft objection to Disclosure Statement scheduling motion | 5.60 | 5,684.00 |
| 04/22/23 RCY | Review revised draft objection to motion scheduling DS hearing. | .60 | 462.00 |
| 04/22/23 MAP | Research and correspondence in connection with Motion for hearing on Disclosure Statement. | .50 | 262.50 |
| 04/22/23 RW | Draft memo that sets forth the procedural rules re a Disclosure Statement and Plan or Reorganization Filing | 3.80 | 1,235.00 |
| 04/22/23 JVD | Review, edit circulate revised draft objection to Disclosure Statement scheduling motion | 1.60 | 1,624.00 |
| 04/24/23 JVD | Review initial research summary re: Disclosure Statement rules and deadlines and follow up re: same | .30 | 304.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                          June 14, 2023
Page 24                                                             BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/26/23 RW | Revise memo re: procedural rules re a Disclosure Statement and Plan. | 2.10 | 682.50 |
| 04/26/23 JVD | Review and circulate objection to Disclosure Statement Scheduling Motion | .20 | 203.00 |
| 04/30/23 MLC | Reviewed and revised draft objection to DS scheduling motion | 2.10 | 3,402.00 |
| TOTAL PHASE L0014 | | 34.20 | $28,506.50 |

Phase: L0015                                              MEDIATION/SETTLEMENT

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/26/23 JB | Review LTL notice withdrawing mediation motion | .20 | 181.00 |
| TOTAL PHASE L0015 | | .20 | $181.00 |

Phase: L0017                          INJUNCTION LITIGATION IN ADVERSARY 23-01

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    June 14, 2023
Page 25                                                        BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/14/23 RGH | Call with AHC re: depositions and hearing issues | .70 | 868.00 |
| 04/14/23 RGH | Attend depositions at Skadden of Haas and Kim; meetings with co-counsel at Skadden before, during and after | 10.60 | 13,144.00 |
| 04/14/23 RGH | Prepare for Pulaski deposition | 1.30 | 1,612.00 |
| 04/14/23 JSF | Participate in Call with Committee re: PI and Depositions | .70 | 710.50 |
| 04/14/23 JSF | Review of Updates on Depositions of Kim and Hass | .40 | 406.00 |
| 04/14/23 JB | Review exhibit issues for opposition to PI request (LTL 2.0) including multiple calls/emails with co-counsel and review filings/LTL 1.0 appellate record | 1.10 | 995.50 |
| 04/14/23 MLC | Review and revision to PI opposition response | 1.60 | 2,592.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                    June 14, 2023
Page 26                                                       BILL NO. 231786

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/14/23<br>MLC | Review of summary of Kim deposition | 1.20 | 1,944.00 |
| 04/14/23<br>MLC | Correspondence re: deposition schedules | .40 | 648.00 |
| 04/14/23<br>JKH | LTL II - review opposition and gather<br>exhibits; circulate same | 6.40 | 2,432.00 |
| 04/14/23<br>MAP | Calls with D. Castleman regarding TCC<br>opposition to Debtor's PI Motion. | .90 | 472.50 |
| 04/14/23<br>MAP | Review and compile documents in connection<br>with TCC Opposition to Debtor's PI Motion. | 3.70 | 1,942.50 |
| 04/14/23<br>MAP | Review/revise TCC Opposition to Debtor's<br>PI Motion. | 1.30 | 682.50 |
| 04/14/23<br>DAC | Meet and confer with Debtor re discovery<br>issues | .50 | 462.50 |
| 04/14/23<br>DAC | Drafting of brief in opposition to<br>Preliminary Injunction | 8.70 | 8,047.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:   93174/0902                                      June 14, 2023
Page 27                                                          BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/15/23 RGH | Prepare for Pulaski deposition | 1.70 | 2,108.00 |
| 04/15/23 RGH | Take Pulaski deposition | 2.30 | 2,852.00 |
| 04/15/23 RGH | Counsel call to prepare for Murdica deposition | .80 | 992.00 |
| 04/15/23 RGH | Review key sections of Kim and Haas transcripts | .70 | 868.00 |
| 04/15/23 RGH | Opposition to preliminary injunction | 1.50 | 1,860.00 |
| 04/15/23 JSF | Review of Updates on Depositions re: PI Hearing | 1.10 | 1,116.50 |
| 04/15/23 JKH | LTL II - Review transcript citations in opposition | 1.20 | 456.00 |
| 04/15/23 MAP | Draft Declaration is Support of TCC Opposition to Debtor's PI Motion. | 3.70 | 1,942.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                          June 14, 2023
Page 28                                                             BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/15/23 MAP | Review and compile documents in connection with TCC Opposition to Debtor's Motion for PI. | 3.20 | 1,680.00 |
| 04/15/23 MAP | Revise TCC Opposition to Debtor's Motion for PI. | 2.10 | 1,102.50 |
| 04/15/23 DAC | Revise preliminary injunction opposition brief and related emails | 1.50 | 1,387.50 |
| 04/15/23 DAC | Attend deposition of A. Pulaski | 2.20 | 2,035.00 |
| 04/15/23 DAC | Review and summarize depositions of E. Haas and J. Kim | 3.70 | 3,422.50 |
| 04/16/23 RGH | Attend Murdica deposition | 5.30 | 6,572.00 |
| 04/16/23 RGH | Opposition to preliminary injunction | 1.20 | 1,488.00 |
| 04/16/23 RGH | Prepare for hearing on preliminary injunction | 1.60 | 1,984.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                         June 14, 2023
Page 29                                                            BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/16/23 JSF | Review of Summaries of Depositions re: PI | .60 | 609.00 |
| 04/16/23 MLC | Molton deposition preparation | 1.00 | 1,620.00 |
| 04/16/23 MLC | Murdica deposition | 4.50 | 7,290.00 |
| 04/16/23 MLC | Telephone call with Winograd, Haddad, Molton, Stolz re: PI proposal by debtor | .60 | 972.00 |
| 04/16/23 MAP | Review citations and research in TCC Opposition to Debtor's PI Brief. | 3.30 | 1,732.50 |
| 04/16/23 MAP | Revise TCC Opposition to Debtor's Motion for PI. | 4.30 | 2,257.50 |
| 04/16/23 MAP | Calls with D. Castleman regarding TCC Opposition to Debtor's Motion for PI. | .40 | 210.00 |
| 04/16/23 DAC | Draft and revise opposition brief to preliminary injunction | 10.20 | 9,435.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  93174/0902                                          June 14, 2023
Page 30                                                             BILL NO. 231786

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/17/23<br>RGH | Prepare for and attend (Watts) and defend (Birchfield) depositions | 9.70 | 12,028.00 |
| 04/17/23<br>RGH | Final revisions to opposition to PI | .60 | 744.00 |
| 04/17/23<br>JSF | Review of UST Objection to PI | .40 | 406.00 |
| 04/17/23<br>JSF | Review Correspondence re: PI Hearing Preparation | .60 | 609.00 |
| 04/17/23<br>JB | Review status of filing of TCC PI opposition/finalizing exhibit issues | .40 | 362.00 |
| 04/17/23<br>JB | Review US Trustee objection to LTL request for Preliminary Injunction | .40 | 362.00 |
| 04/17/23<br>MLC | Attend Andy Birchfield deposition | 2.50 | 4,050.00 |
| 04/17/23<br>MLC | Attend David Molton deposition | .70 | 1,134.00 |
| 04/17/23<br>MLC | Attend Mikal Watts deposition | 2.70 | 4,374.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    June 14, 2023
Page 31                                                        BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/17/23 MLC | Prepared for PI hearing | 1.30 | 2,106.00 |
| 04/17/23 JKH | Review documents and assist in preparation for PI hearing | 2.40 | 912.00 |
| 04/17/23 JKH | Review and prepare documents for PI hearing | 3.10 | 1,178.00 |
| 04/17/23 MAP | Review and Revise TCC Opposition to Debtor's Motion for PI. | 1.60 | 840.00 |
| 04/17/23 MAP | Research regarding legal issues related to TCC opposition to Debtor's Motion for PI. | 1.50 | 787.50 |
| 04/17/23 MAP | Correspondence with D. Castleman regarding research in connection with TCC Opposition to Debtor's Motion for PI. | .30 | 157.50 |
| 04/17/23 JVD | Review PI objection brief | 1.10 | 1,116.50 |
| 04/17/23 DAC | Revise and finalize opposition to preliminary injunction and exhibits | 3.30 | 3,052.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                              June 14, 2023
Page 32                                                  BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/17/23 DAC | Attend deposition of M. Watts | 2.70 | 2,497.50 |
| 04/17/23 DAC | Prepare for preliminary injunction hearing | 1.50 | 1,387.50 |
| 04/18/23 RGH | Attend hearing on preliminary injunction motion | 10.80 | 13,392.00 |
| 04/18/23 JSF | Attend Via Zoom PI Hearing (portions) | 2.50 | 2,537.50 |
| 04/18/23 JB | Review additional briefs opposing PI filed by various parties | .80 | 724.00 |
| 04/18/23 JB | Review TCC motion to intervene in PI adversary proceeding | .30 | 271.50 |
| 04/18/23 JB | Attend portion of PI trial | 2.90 | 2,624.50 |
| 04/18/23 MLC | Attendance at PI court hearing | 9.00 | 14,580.00 |
| 04/18/23 MLC | Prepared for court hearing | 1.30 | 2,106.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                      June 14, 2023
Page 33                                                          BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/18/23 MAP | Attend hearing remotely on Debtor's motion for a preliminary injunction. | 6.30 | 3,307.50 |
| 04/18/23 JVD | Listen to PI hearing and arguments (partial) | 6.60 | 6,699.00 |
| 04/18/23 DAC | Attend Court hearing on preliminary injunction (Trenton, NJ) | 11.00 | 10,175.00 |
| 04/19/23 RGH | Review Pulaski transcript and prepare designations | 1.20 | 1,488.00 |
| 04/19/23 RGH | Review Birchfield transcript, prepare confidentiality designations, prepare evidence submission designations, review for objections | 1.50 | 1,860.00 |
| 04/19/23 JB | Review deposition designations, exhibits for PI trial and confidentiality issues | .30 | 271.50 |
| 04/19/23 MAP | Review documents in connection with transcript designations. | .30 | 157.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                          June 14, 2023
Page 34                                                              BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/20/23 RGH | Appear for decision on PI motion | .60 | 744.00 |
| 04/20/23 RGH | Prepare evidentiary objection to debtor designations and exhibits | 1.20 | 1,488.00 |
| 04/20/23 RGH | Correspondence with committee members and counsel re: appellate issues and appeal/dismissal strategy | .80 | 992.00 |
| 04/20/23 JSF | Participate in Zoom for Decision on PI Motion | .60 | 609.00 |
| 04/20/23 MAP | Draft/Revise TCC opposition to Debtor's Motion to Introduce Exhibits in connection with Motion for Preliminary Injunction. | 1.40 | 735.00 |
| 04/20/23 JVD | Listen to ruling on preliminary injunction | .70 | 710.50 |
| 04/20/23 JVD | Review deposition transcripts | 1.20 | 1,218.00 |
| 04/20/23 DAC | Review and comment on objection to Birchfield testimony | .20 | 185.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                      June 14, 2023
Page 35                                                          BILL NO. 231786

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/20/23<br>DAC | Attend court hearing re preliminary<br>injunction ruling (Zoom) | .60 | 555.00 |
| 04/21/23<br>JB | Review notice of appeal/motion for direct<br>certification to circuit court | .40 | 362.00 |
| 04/21/23<br>RCY | Review proposed order resolving TRO. | .30 | 231.00 |
| 04/21/23<br>JVD | Review draft order re: PI injunction and<br>related emails and prepare and circulate<br>revised draft | 1.70 | 1,725.50 |
| 04/21/23<br>JVD | Review Watts deposition transcript | 1.60 | 1,624.00 |
| 04/21/23<br>JVD | Prepare draft memo re: PI ruling and<br>section 108 and tolling | 1.10 | 1,116.50 |
| 04/22/23<br>RGH | Work on issues re: PI Order | .30 | 372.00 |
| 04/22/23<br>JB | Review Valadez proposed order/draft PI<br>order/comments | .30 | 271.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                              June 14, 2023
Page 36                                                                  BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/22/23 JB | Review application to shorten time to consider certification petition to third circuit | .20 | 181.00 |
| 04/22/23 MAP | Correspondence with D. Castleman regarding PI Adversary Proceeding. | .90 | 472.50 |
| 04/22/23 JVD | Review draft PI Order from Debtor and prepare and circulate revised version with comments | 1.60 | 1,624.00 |
| 04/22/23 JVD | Review and edit draft memo re: PI injunction and extension of statutes of limitations and review materials re: same | 2.50 | 2,537.50 |
| 04/23/23 JVD | Review draft Debtor's version of PI order and circulate comments | 1.60 | 1,624.00 |
| 04/23/23 JVD | Review draft Committee version of proposed PI order and circulate comments | 1.50 | 1,522.50 |
| 04/23/23 JVD | Review draft letter to Court re: proposed PI orders and circulate revised draft and various emails re: same | 1.70 | 1,725.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                          June 14, 2023
Page 37                                                             BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/24/23 MLC | Review of draft mandamus petition | .80 | 1,296.00 |
| 04/24/23 JVD | Emails with D. Stolz re: PI order and prepare and circulate redline and draft email to Court | .80 | 812.00 |
| 04/24/23 JVD | Emails re: treatment of appeals under PI order | .40 | 406.00 |
| 04/24/23 JVD | Emails and discussions re: PI order and preparation for meet and confer call | .60 | 609.00 |
| 04/24/23 JVD | Participate in meet and confer re: PI order | .30 | 304.50 |
| 04/24/23 JVD | Review and edit PI order and various emails and discussions re: comments and issues | 1.30 | 1,319.50 |
| 04/24/23 JVD | Further emails and discussions including with D. Stolz re: PI order issues | .70 | 710.50 |
| 04/24/23 JVD | Prepare and circulate updated versions of PI order and letter to Court re: forms of PI order | 1.20 | 1,218.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                June 14, 2023
Page 38                                                    BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/25/23 RGH | Call and emails with appellate printer | .20 | 248.00 |
| 04/25/23 MAP | Research in connection with stay litigation. | .40 | 210.00 |
| 04/25/23 JVD | Review PI order and emails with D. Stolz re: same | .30 | 304.50 |
| 04/25/23 DAC | Review and comment on preliminary injunction complaint | 1.20 | 1,110.00 |
| 04/26/23 RGH | Call with appellate counsel re: Third Circuit issues | .10 | 124.00 |
| 04/26/23 RGH | Review and comment on mandamus petition | .90 | 1,116.00 |
| 04/26/23 JSF | Review of Draft Writ of Mandamus | .40 | 406.00 |
| 04/26/23 JVD | Emails and discussions re: PI order and potential revisions to address tolling | .60 | 609.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                      June 14, 2023
Page 39                                                         BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/26/23 DAC | Review and comment on draft writ of mandamus | .60 | 555.00 |
| 04/27/23 RGH | Review PI opinion | .80 | 992.00 |
| 04/27/23 RGH | Review mandamus petition and Castleman comments | .60 | 744.00 |
| 04/27/23 JSF | Review of PI Opinion | 1.30 | 1,319.50 |
| 04/27/23 JSF | Review of Writ of Mandamus re: PI | .60 | 609.00 |
| 04/27/23 MLC | Analysis of draft of Writ of mandamus | 1.30 | 2,106.00 |
| 04/27/23 MLC | Review of paragraph in proposed PI Order concerning defendants | 1.40 | 2,268.00 |
| 04/27/23 MLC | Review and analysis of Kaplan Memorandum Opinion | 1.60 | 2,592.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    June 14, 2023
Page 40                                                        BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/27/23 MLC | Correspondence with litigation team (Molton, Jonas, Winograd, RGH, ACS, Massey, Lampken) re: appellate research | .80 | 1,296.00 |
| 04/27/23 ACS | Review written PI decision | .40 | 460.00 |
| 04/27/23 MAP | Draft Email Memo for R. Haddad / M. Cyganowski on issues in Court's Preliminary Injunction Order. | 1.30 | 682.50 |
| 04/27/23 JVD | Discussions and emails with D. Clarke re: PI order and tolling | .40 | 406.00 |
| 04/27/23 JVD | Review PI opinion and related emails | .60 | 609.00 |
| 04/27/23 DAC | Analysis of opinion and draft comments re writ of mandamus | 1.40 | 1,295.00 |
| 04/28/23 JB | Review Kaplan PI written opinion | .60 | 543.00 |
| 04/28/23 JB | Review mandamus petition | .40 | 362.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                          June 14, 2023
Page 41                                                            BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/29/23 RGH | Review and revise mandamus petition | 1.30 | 1,612.00 |
| 04/29/23 RCY | Review emails from counsel and members re mandamus strategy. | .70 | 539.00 |
| 04/30/23 JSF | Review of Draft Writ of Mandamus | .80 | 812.00 |
| 04/30/23 MLC | Reviewed and revised draft Writ of Mandamus | 1.40 | 2,268.00 |
| 04/30/23 ACS | Review and comment on draft mandamus petition | .70 | 805.00 |
| TOTAL PHASE L0017 | | 242.00 | $247,554.00 |

Phase: L0018                          DISMISSAL/TRUSTEE/EXAMINER MATTERS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/14/23 MLC | Review and comment upon draft MTD | 1.40 | 2,268.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                June 14, 2023
Page 42                                                   BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/17/23 RCY | Investigate status of LTL 1.0 post-dismissal deadlines. | .50 | 385.00 |
| 04/19/23 MAP | Correspondence with R. Haddad and D. Castleman regarding transcript designations in connection with Motion to Dismiss. | .30 | 157.50 |
| 04/20/23 MLC | Review of bankruptcy rules re: MTD timing | .80 | 1,296.00 |
| 04/20/23 JKH | Review appellate docket to prepare timeline | 1.20 | 456.00 |
| 04/20/23 MAP | Review and revise TCC Motion to Dismiss. | .70 | 367.50 |
| 04/20/23 MAP | Telephone calls with D. Castleman and Massey regarding TCC Motion to Dismiss. | .30 | 157.50 |
| 04/20/23 DAC | Draft timeline of void or voidability references in record | 1.50 | 1,387.50 |
| 04/20/23 DAC | Drafting of brief in support of motion to dismiss | 9.60 | 8,880.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    June 14, 2023
Page 43                                                        BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/20/23 DAC | Confer with R. Haddad re motion to dismiss strategy | .30 | 277.50 |
| 04/21/23 RGH | Prepare motion to dismiss brief | 3.80 | 4,712.00 |
| 04/21/23 JB | Review and assist with exhibits for motion to dismiss | .30 | 271.50 |
| 04/21/23 MLC | Review and revision to draft of MTD | 2.20 | 3,564.00 |
| 04/21/23 MLC | Correspondence with RGH and JVD re draft proposed order of dismissal | .40 | 648.00 |
| 04/21/23 MLC | Review and revision to draft proposed order of dismissal | 1.10 | 1,782.00 |
| 04/21/23 RCY | Review and comments re draft motion to dismiss | 1.60 | 1,232.00 |
| 04/21/23 MAP | Review and revise TCC Motion to Dismiss Brief. | .90 | 472.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                      June 14, 2023
Page 44                                                          BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/21/23 DAC | Revise motion to dismiss and email same to co-counsel | 2.50 | 2,312.50 |
| 04/22/23 RGH | Prepare motion to dismiss | 2.20 | 2,728.00 |
| 04/22/23 MAP | Review and compile documents in connection with Motion to Dismiss. | 3.60 | 1,890.00 |
| 04/22/23 MAP | Revise brief in support of Motion to Dismiss. | 4.30 | 2,257.50 |
| 04/22/23 DAC | Drafting of motion to dismiss | 3.00 | 2,775.00 |
| 04/23/23 RGH | Review client and co-counsel comments to motion to dismiss, and work on revisions | 1.20 | 1,488.00 |
| 04/23/23 MLC | Review and revision to draft MTD | 3.10 | 5,022.00 |
| 04/23/23 MAP | Revise Brief in Support of Motion to Dismiss. | 3.10 | 1,627.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 93174/0902                                    June 14, 2023
Page 45                                                      BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/23/23 MAP | Research / Citation Check in connection with Motion to Dismiss. | 3.10 | 1,627.50 |
| 04/23/23 MAP | Draft Stolz Decl. in support of Motion to Dismiss. | 2.10 | 1,102.50 |
| 04/23/23 JVD | Review draft timeline and provide comments | .30 | 304.50 |
| 04/23/23 JVD | Review draft motion to dismiss | .50 | 507.50 |
| 04/23/23 JVD | Review draft letter re: designation of Term Sheet as confidential and circulate comments | .30 | 304.50 |
| 04/23/23 DAC | Revisions to motion to dismiss | 7.50 | 6,937.50 |
| 04/24/23 MLC | Review and revise MTD | 2.20 | 3,564.00 |
| 04/24/23 MLC | Review of draft motion to shorten time | .70 | 1,134.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                      June 14, 2023
Page 46                                                         BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/24/23 MAP | Correspondence regarding Motion to Dismiss. | .40 | 210.00 |
| 04/24/23 DAC | Finalize motion to dismiss for filing | 1.40 | 1,295.00 |
| 04/24/23 DAC | Review and comment on discovery requests | .30 | 277.50 |
| 04/25/23 JB | Review TCC motion to dismiss | .60 | 543.00 |
| 04/25/23 MLC | Review of court filing re: confidentiality designations | .30 | 486.00 |
| 04/26/23 JSF | Review of Correspondence re: Debtors' Position re: Timing of Motion to Dismiss Hearing and Related Matters | .20 | 203.00 |
| 04/26/23 MLC | Conference call with litigation team (Winograd, Stolz, Jonas, RGH, DAC, Molton, Cicero, Seeger-Grimm) to prepare for discovery conference | .80 | 1,296.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                      June 14, 2023
Page 47                                                          BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/26/23 MLC | Correspondence with Litigation Team (Molton, Jonas, Beville, Winograd, RGH and DAC) re: call with Prieto | .50 | 810.00 |
| 04/27/23 RGH | Prepare for discovery meet and confer with debtors | .40 | 496.00 |
| 04/27/23 RGH | Discovery meet and confer Zoom with debtor | .70 | 868.00 |
| 04/27/23 JSF | Review and Analysis of TCC Motion to Dismiss | 1.60 | 1,624.00 |
| 04/27/23 MLC | Conference call re: meet and confer with Prieto, Linda Richenderfer, Laura Davis Jones, Sponder, Satterly and other claimants | .90 | 1,458.00 |
| 04/27/23 DAC | Meet and confer with Debtor's counsel re motion to dismiss discovery | .70 | 647.50 |
| 04/28/23 RGH | Review debtor and Ellis pleadings on FCR motion/analyze impact on MTD issues and discovery | .40 | 496.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  93174/0902                                    June 14, 2023
Page 48                                                       BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/28/23 JSF | Review of Letter to Court re: Confidentiality Designation of Term Sheets | .20 | 203.00 |
| 04/28/23 JSF | Review of Ad Hoc Committee of States' Motion to Dismiss | .40 | 406.00 |
| 04/28/23 JSF | Review of Status of Discovery re: Motion to Dismiss | .70 | 710.50 |
| 04/28/23 JB | Review additional motions to dismiss and letter to Kaplan re: conference | .40 | 362.00 |
| 04/28/23 MLC | Conference call with litigation team (Jonas, Winograd, ACS, RGH, Stolz, Molton, Seeger-Grimm) re: discovery and MTD strategy | .50 | 810.00 |
| 04/28/23 MLC | Correspondence with Debtors' counsel re: meet and confer session for MTD | .30 | 486.00 |
| 04/28/23 ACS | Zoom meet of DMolton, J Jonas, M Winograd, G Cicero, E Goodman, S Sieger-Grimm, MLC, R Haddad, D Stolz re MTD litigation division of labor and strategy | .70 | 805.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  93174/0902                                    June 14, 2023
Page 49                                                       BILL NO. 231786

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/28/23 JVD | Participate in litigation planning call re: motion to dismiss and discovery | .60 | 609.00 |
| 04/29/23 MLC | Correspondence with litigation team (Jonas, Winograd, Stolz, Molton, RGH, ACS, Seeger-Grimm, Cicero) re: MTD litigation strategy | 2.20 | 3,564.00 |
| 04/29/23 MLC | Correspondence with Clay Thompson, Winograd and Jonas re: discovery | .30 | 486.00 |
| 04/29/23 ACS | Review Crouch's motion to dismiss | .50 | 575.00 |
| 04/29/23 RCY | Review MRHFM motion to dismiss. | .20 | 154.00 |
| 04/30/23 MLC | Conference call with litigation subgroup (M Maimon, ACS, RGH, Winograd, Molton, Satterly, Ruck, Thompson) | .50 | 810.00 |
| 04/30/23 MLC | LTL 2. 0.7. Conference call with Molton, Maimon, ACS, RGH and Winograd and Satterly re: discovery | .70 | 1,134.00 |

TOTAL PHASE L0018                                    84.00          $85,721.50

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                          June 14, 2023
Page 50                                                              BILL NO. 231786


TOTAL FOR SERVICES        $502,533.50

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                June 14, 2023
Page 51                                                   BILL NO. 231786

DISBURSEMENTS FOR YOUR ACCOUNT

        Court Reporting Services                              6,098.08

        Transportation                                         541.85
                                                          _____
                             TOTAL DISBURSEMENTS              6,639.93

                             TOTAL THIS STATEMENT          $509,173.43