UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**COVER SHEET FOR FIRST MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS FOR THE PERIOD FROM APRIL 15, 2023 THROUGH AND INCLUDING APRIL 30, 2023**

| Debtor: LTL Management LLC | Applicant: FTI Consulting, Inc. ("FTI") |
|---|---|
| Case No: Case No. 23-12825 (MBK) | Client: The Official Committee of Talc Claimants |
| Chapter: 11 | Case Filed: April 4, 2023 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

<u>FINAL RETENTION ORDER ATTACHED (EXHIBIT A)</u>

>          */s/ Conor P. Tully*         *6/14/2023*
>                Conor P. Tully         Date

**SECTION I**
**FEE SUMMARY**

Summary of the Amounts Requested for the Period from
April 15, 2023 through April 30, 2023 (the "Fee Period")

| | |
|---|---:|
| Fee Total: | $271,674.75 |
| Disbursement Total[1] | 0.00 |
| Total Fees Plus Disbursements | $271,674.75 |
| Less: 20% Holdback | ($54,334.95) |
| Total Sought at this Time | $217,339.80 |

Summary of Amounts Requested for Previous Periods

| | FEES | EXPENSES |
|---|---:|---:|
| Total Previous Fee Requested: | $0.00 | $0.00 |
| Total Fees Allowed To Date: | $0.00 | $0.00 |
| Total Received By Applicant: | $0.00 | $0.00 |
| Total Approved Amounts – Unpaid: | $0.00 | $0.00 |
| Total Holdback: | $0.00 | $0.00 |

---

[1] FTI reserves the right to request, in subsequent fee statements, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured in FTI's billing system as of the date of filing this Fee Statement.

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| **Restructuring** | | | | |
| Diaz, Matthew | Senior Managing Director | $1,325 | 35.9 | $47,567.50 |
| Tully, Conor | Senior Managing Director | 1,325 | 42.8 | 56,710.00 |
| Berkin, Michael | Managing Director | 1,055 | 40.7 | 42,938.50 |
| Khan, Baber | Senior Director | 925 | 8.0 | 7,400.00 |
| Eisenberg, Jacob | Senior Consultant | 695 | 37.5 | 26,062.50 |
| Kim, Andrew | Consultant | 475 | 11.5 | 5,462.50 |
| Scheff, William | Consultant | 475 | 43.7 | 20,757.50 |
| Hellmund-Mora, Marili | Manager | 325 | 0.7 | 227.50 |
| **Strategic Communications**[2] | | | | |
| Mehan, Zachary | Managing Director | $875 | 1.6 | $1,400.00 |
| Staples Miller, Citseko | Managing Director | 875 | 16.4 | 14,350.00 |
| Izen, Alex | Senior Director | 650 | 4.4 | 2,860.00 |
| Labkoff, Nicole | Director | 650 | 13.2 | 8,580.00 |
| Negron, Sabrina | Director | 650 | 3.5 | 2,275.00 |
| Rivera, Jacqueline | Director | 650 | 2.4 | 1,560.00 |
| Ash, Alexa | Senior Consultant | 525 | 5.7 | 2,992.50 |
| Weltman, Allison | Senior Consultant | 525 | 18.2 | 9,555.00 |
| Gregoire, Merzulie | Consultant | 400 | 11.6 | 4,640.00 |
| Hardey, Samantha | Consultant | 400 | 18.6 | 7,440.00 |
| Boublik, Sofia | Consultant | 375 | 4.4 | 1,650.00 |
| **Compass Lexecon** | | | | |
| Rinaudo, Alexander | Senior Vice President | $965 | 9.5 | $9,167.50 |
| **SUBTOTAL** | | | 330.3 | $273,596.00 |
| Less: 50% discount for non-working travel time | | | | (1,921.25) |
| **GRAND TOTAL** | | | 330.3 | $271,674.75 |

---

[2] Certain timekeepers had relatively low hours (under 10 hours), however they played discrete roles that focused on their subject matter expertise. As such, these timekeepers are not considered "transitory".

### SECTION II
### SUMMARY OF SERVICES

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 10.1 | $7,115.50 |
| 3 | Financing Matters (DIP, Exit, Other) | 8.0 | 8,198.00 |
| 11 | Prepare for and Attendance at Court Hearings | 25.2 | 28,299.00 |
| 13 | Analysis of Other Miscellaneous Motions | 12.3 | 9,220.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 31.6 | 21,253.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 3.4 | 3,517.00 |
| 18 | Potential Avoidance Actions & Litigation Matters | 77.0 | 78,303.00 |
| 19 | Case Management | 9.5 | 8,764.50 |
| 21 | General Meetings with Committee & Committee Counsel | 22.0 | 27,224.00 |
| 23 | Firm Retention | 26.4 | 17,733.00 |
| 25 | Travel Time | 2.9 | 3,842.50 |
| 26 | Communicatons | 101.9 | 60,126.00 |
| | **SUBTOTAL** | **330.3** | **$273,596.00** |
| | Less: 50% discount for non-working travel time | | (1,921.25) |
| | **GRAND TOTAL** | **330.3** | **$271,674.75** |

# SECTION III
# CASE HISTORY

(1)     Date case filed:                             April 4, 2023

(2)     Chapter under which case commenced:    Chapter 11

(3)     Date of Retention:                          April 15, 2023[3]

(4)     Summarize in brief the benefits to the estate and attach supplements as needed:

       (a)     FTI assisted in the case by assisting Counsel with financial review and analyses, attending court hearings, monitoring and analyzing strategic considerations in relation to the preliminary injunction motion, estimation process, motion to dismiss, and reviewed the Debtor's restructuring transaction.

       (b)     FTI assisted the Committee in understanding and estimating the Debtor's talc liability in connection to the case.

       (c)     FTI evaluated the Debtor's current operating results to assist the Committee in understanding the financial position of the Debtor.

       (d)     FTI participated in regular calls with Counsel and Committee member representatives to discuss status of the case and other topics.

       (e)     FTI provided communications updates to the Committee consisting of media monitoring, a communications website, coordinating the production of Town Hall meetings designed to comply with the Committee's duties to commutate with its constituency pursuant to section 1103 of the Bankruptcy Code, and constituent inquiry management.

       (f)     To the extent not addressed by the foregoing descriptions, FTI performed other services on behalf of the Committee that were necessary and appropriate in this chapter 11 case.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 14, 2023                        */s/ Conor P. Tully*
                                                      Conor P. Tully

---

[3] See the Order Authorizing Final Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Talc Claimants Effective April 15, 2023 (Dkt. No. 774) entered on June 14, 2023.