**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>**Objection Deadline**: July 3, 2023<br><br>**Hearing Date and Time**:<br>July 11, 2023 at 10:00 a.m. |

**NOTICE OF DEBTOR'S MOTION FOR AN ORDER AUTHORIZING
THE RETENTION AND COMPENSATION OF PROFESSIONALS
UTILIZED BY THE DEBTOR IN THE ORDINARY COURSE OF BUSINESS**

**PLEASE TAKE NOTICE** that, on July 11, 2023 at 10:00 a.m., or as soon

thereafter as counsel may be heard, LTL Management LLC, the above-captioned debtor

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1535870282

(the "Debtor"), by and through its counsel, shall move before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for the entry of an order authorizing the retention and compensation of professionals utilized by the Debtor in the ordinary course of business (the "Motion").

PLEASE TAKE FURTHER NOTICE that, pursuant to D.N.J. LBR 9013-2 and the *Order Establishing Case Management and Administrative Procedures* [Dkt. 554] (the "Case Management Order"), responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court, Clarkson S. Fisher Courthouse, 402 East State Street, Trenton, New Jersey 08608, and served upon (a) the Debtor's undersigned counsel, (b) counsel to the Official Committee of Talc Claimants, (c) counsel to the Ad Hoc Group of Supporting Counsel, (d) the legal representative for future talc claimants and her counsel, (e) the Office of the United States Trustee for the District of New Jersey and (f) the other parties on the Master Service List established by the Case Management Order no later than seven (7) days prior to the hearing.

PLEASE TAKE FURTHER NOTICE that, unless an objection is timely filed and served, the Motion will be deemed uncontested in accordance with D.N.J. LBR 9013-3(d) and the relief may be granted without a hearing.

| | |
|---|---|
| Dated: June 20, 2023 | **WOLLMUTH MAHER & DEUTSCH LLP**<br><br>*/s/ Paul R. DeFilippo*<br>Paul R. DeFilippo, Esq.<br>James N. Lawlor, Esq.<br>Joseph F. Pacelli, Esq. (Admitted *pro hac vice*)<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br>jlawlor@wmd-law.com<br>jpacelli@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR* |

NAI-1535870282