# EXHIBIT A

Nonexclusive List of Ordinary Course Professionals

| **Nonexclusive List of Ordinary Course Professionals** |
|---|
| Bardacke Allison LLP |
| Butler Snow LLP |
| Covington & Burling LLP |
| Nelson Mullins Riley & Scarborough LLP |
| Patterson Belknap Webb & Tyler LLP |
| Sills Cummins & Gross |

NAI-1535870282