# **EXHIBIT C**

**Retention Questionnaire**

NAI-1535870282

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

# RETENTION QUESTIONNAIRE

### RETENTION QUESTIONNAIRE TO BE COMPLETED BY EACH ORDINARY COURSE PROFESSIONAL EMPLOYED BY THE DEBTOR

Do not file this Questionnaire with the Court. Please return it to:

> Jones Day
> Attn: Dan B. Prieto, Esq.
> Amanda Rush, Esq.
> Melina N. Bales, Esq.
> 2727 North Harwood Street, Dallas, Texas 75201
> dbprieto@jonesday.com
> asrush@jonesday.com
> mbales@jonesday.com

---

[1]  The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1535870282

If more space is needed, please complete on a separate page and attach.

1. Name and Address of Firm:
_____
_____
_____
_____

2. Date of retention:
_____

3. Type of services to be provided:
_____
_____
_____
_____
_____

4. Brief description of services to be provided:
_____
_____
_____
_____
_____
_____

5. Arrangements for compensation (hourly, contingent, etc.)
_____

(a) Average hourly rate (if applicable):
_____

(b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):
_____

6. Prepetition claims against the Debtor held by the firm:

Amount of claim: $
_____

Date claim arose:
_____

Nature of claim
_____
_____
_____

7. Prepetition claims against the Debtor held individually by any member, associate, or professional employee of the company:

Name: _____

Status: _____

Amount of claim:
$_____

Date claim arose:
_____

Nature of claim:
_____
_____
_____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtor or to its estates for the matters on which the firm is to be employed:
_____
_____
_____

9. Name and title of individual completing this form:
_____

Dated:_____, 202[_]

NAI-1535870282