# Exhibit 10

# Dividend History

## Historical Dividends

| Declared | Ex-Date | Record | Payable | Amount | Type |
|---|---|---|---|---|---|
| Apr 18, 2023 | May 22, 2023 | May 23, 2023 | Jun 06, 2023 | 1.19 | U.S. Currency |
| Jan 03, 2023 | Feb 17, 2023 | Feb 21, 2023 | Mar 07, 2023 | 1.13 | U.S. Currency |
| **Total dividends in 2023:** | | | | **2.32** | |
| Oct 19, 2022 | Nov 21, 2022 | Nov 22, 2022 | Dec 06, 2022 | 1.13 | U.S. Currency |
| Jul 18, 2022 | Aug 22, 2022 | Aug 23, 2022 | Sep 06, 2022 | 1.13 | U.S. Currency |
| Apr 19, 2022 | May 23, 2022 | May 24, 2022 | Jun 07, 2022 | 1.13 | U.S. Currency |
| Jan 04, 2022 | Feb 18, 2022 | Feb 22, 2022 | Mar 08, 2022 | 1.06 | U.S. Currency |
| **Total dividends in 2022:** | | | | **4.45** | |
| Oct 21, 2021 | Nov 22, 2021 | Nov 23, 2021 | Dec 07, 2021 | 1.06 | U.S. Currency |
| Jul 19, 2021 | Aug 23, 2021 | Aug 24, 2021 | Sep 07, 2021 | 1.06 | U.S. Currency |
| Apr 20, 2021 | May 24, 2021 | May 25, 2021 | Jun 08, 2021 | 1.06 | U.S. Currency |
| Jan 04, 2021 | Feb 22, 2021 | Feb 23, 2021 | Mar 09, 2021 | 1.01 | U.S. Currency |
| **Total dividends in 2021:** | | | | **4.19** | |
| Oct 22, 2020 | Nov 23, 2020 | Nov 24, 2020 | Dec 08, 2020 | 1.01 | U.S. Currency |
| Jul 20, 2020 | Aug 24, 2020 | Aug 25, 2020 | Sep 08, 2020 | 1.01 | U.S. Currency |

| | | | | | |
|---|---|---|---|---|---|
| Apr 14, 2020 | May 22, 2020 | May 26, 2020 | Jun 09, 2020 | 1.01 | U.S. Currency |
| Jan 02, 2020 | Feb 24, 2020 | Feb 25, 2020 | Mar 10, 2020 | 0.95 | U.S. Currency |
| **Total dividends in 2020:** | | | | **3.98** | |
| Oct 17, 2019 | Nov 25, 2019 | Nov 26, 2019 | Dec 10, 2019 | 0.95 | U.S. Currency |
| Jul 15, 2019 | Aug 26, 2019 | Aug 27, 2019 | Sep 10, 2019 | 0.95 | U.S. Currency |
| Apr 25, 2019 | May 24, 2019 | May 28, 2019 | Jun 11, 2019 | 0.95 | U.S. Currency |
| Jan 02, 2019 | Feb 25, 2019 | Feb 26, 2019 | Mar 12, 2019 | 0.90 | U.S. Currency |
| **Total dividends in 2019:** | | | | **3.75** | |
| Oct 18, 2018 | Nov 26, 2018 | Nov 27, 2018 | Dec 11, 2018 | 0.90 | U.S. Currency |
| Jul 16, 2018 | Aug 27, 2018 | Aug 28, 2018 | Sep 11, 2018 | 0.90 | U.S. Currency |
| Apr 26, 2018 | May 25, 2018 | May 29, 2018 | Jun 12, 2018 | 0.90 | U.S. Currency |
| Jan 02, 2018 | Feb 26, 2018 | Feb 27, 2018 | Mar 13, 2018 | 0.84 | U.S. Currency |
| **Total dividends in 2018:** | | | | **3.54** | |
| Oct 19, 2017 | Nov 27, 2017 | Nov 28, 2017 | Dec 12, 2017 | 0.84 | U.S. Currency |
| Jul 17, 2017 | Aug 25, 2017 | Aug 29, 2017 | Sep 12, 2017 | 0.84 | U.S. Currency |
| Apr 27, 2017 | May 25, 2017 | May 30, 2017 | Jun 13, 2017 | 0.84 | U.S. Currency |
| Jan 03, 2017 | Feb 24, 2017 | Feb 28, 2017 | Mar 14, 2017 | 0.80 | U.S. Currency |
| **Total dividends in 2017:** | | | | **3.32** | |
| Oct 20, 2016 | Nov 18, 2016 | Nov 22, 2016 | Dec 06, 2016 | 0.80 | U.S. Currency |
| Jul 18, 2016 | Aug 19, 2016 | Aug 23, 2016 | Sep 06, 2016 | 0.80 | U.S. Currency |
| Apr 28, 2016 | May 20, 2016 | May 24, 2016 | Jun 07, 2016 | 0.80 | U.S. Currency |

| | | | | | |
|---|---|---|---|---|---|
| Jan 04, 2016 | Feb 19, 2016 | Feb 23, 2016 | Mar 08, 2016 | 0.75 | U.S. Currency |
| **Total dividends in 2016:** | | | | **3.15** | |
| Oct 22, 2015 | Nov 20, 2015 | Nov 24, 2015 | Dec 08, 2015 | 0.75 | U.S. Currency |
| Jul 20, 2015 | Aug 21, 2015 | Aug 25, 2015 | Sep 08, 2015 | 0.75 | U.S. Currency |
| Apr 23, 2015 | May 21, 2015 | May 26, 2015 | Jun 09, 2015 | 0.75 | U.S. Currency |
| Jan 05, 2015 | Feb 20, 2015 | Feb 24, 2015 | Mar 10, 2015 | 0.70 | U.S. Currency |
| **Total dividends in 2015:** | | | | **2.95** | |
| Oct 16, 2014 | Nov 21, 2014 | Nov 25, 2014 | Dec 09, 2014 | 0.70 | U.S. Currency |
| Jul 21, 2014 | Aug 22, 2014 | Aug 26, 2014 | Sep 09, 2014 | 0.70 | U.S. Currency |
| Apr 24, 2014 | May 22, 2014 | May 27, 2014 | Jun 10, 2014 | 0.70 | U.S. Currency |
| Jan 02, 2014 | Feb 21, 2014 | Feb 25, 2014 | Mar 11, 2014 | 0.66 | U.S. Currency |
| **Total dividends in 2014:** | | | | **2.76** | |
| Oct 17, 2013 | Nov 22, 2013 | Nov 26, 2013 | Dec 10, 2013 | 0.66 | U.S. Currency |
| Jul 15, 2013 | Aug 23, 2013 | Aug 27, 2013 | Sep 10, 2013 | 0.66 | U.S. Currency |
| Apr 25, 2013 | May 23, 2013 | May 28, 2013 | Jun 11, 2013 | 0.66 | U.S. Currency |
| Jan 02, 2013 | Feb 22, 2013 | Feb 26, 2013 | Mar 12, 2013 | 0.61 | U.S. Currency |
| **Total dividends in 2013:** | | | | **2.59** | |
| Oct 17, 2012 | Nov 23, 2012 | Nov 27, 2012 | Dec 11, 2012 | 0.61 | U.S. Currency |
| Jul 16, 2012 | Aug 24, 2012 | Aug 28, 2012 | Sep 11, 2012 | 0.61 | U.S. Currency |
| Apr 26, 2012 | May 24, 2012 | May 29, 2012 | Jun 12, 2012 | 0.61 | U.S. Currency |
| Jan 03, 2012 | Feb 24, 2012 | Feb 28, 2012 | Mar 13, 2012 | 0.57 | U.S. Currency |

| | | | | | |
|---|---|---|---|---|---|
| **Total dividends in 2012:** | | | | **2.40** | |
| Oct 21, 2011 | Nov 25, 2011 | Nov 29, 2011 | Dec 13, 2011 | 0.57 | U.S. Currency |
| Jul 18, 2011 | Aug 26, 2011 | Aug 30, 2011 | Sep 13, 2011 | 0.57 | U.S. Currency |
| Apr 28, 2011 | May 26, 2011 | May 31, 2011 | Jun 14, 2011 | 0.57 | U.S. Currency |
| Jan 03, 2011 | Feb 25, 2011 | Mar 01, 2011 | Mar 15, 2011 | 0.54 | U.S. Currency |
| **Total dividends in 2011:** | | | | **2.25** | |
| Oct 21, 2010 | Nov 26, 2010 | Nov 30, 2010 | Dec 14, 2010 | 0.54 | U.S. Currency |
| Jul 19, 2010 | Aug 27, 2010 | Aug 31, 2010 | Sep 14, 2010 | 0.54 | U.S. Currency |
| Apr 22, 2010 | May 27, 2010 | Jun 01, 2010 | Jun 15, 2010 | 0.54 | U.S. Currency |
| Jan 04, 2010 | Feb 19, 2010 | Feb 23, 2010 | Mar 09, 2010 | 0.49 | U.S. Currency |
| **Total dividends in 2010:** | | | | **2.11** | |
| Oct 22, 2009 | Nov 20, 2009 | Nov 24, 2009 | Dec 08, 2009 | 0.49 | U.S. Currency |
| Jul 20, 2009 | Aug 21, 2009 | Aug 25, 2009 | Sep 08, 2009 | 0.49 | U.S. Currency |
| Apr 23, 2009 | May 21, 2009 | May 26, 2009 | Jun 09, 2009 | 0.49 | U.S. Currency |
| Jan 05, 2009 | Feb 20, 2009 | Feb 24, 2009 | Mar 10, 2009 | 0.46 | U.S. Currency |
| **Total dividends in 2009:** | | | | **1.93** | |
| Oct 16, 2008 | Nov 21, 2008 | Nov 25, 2008 | Dec 09, 2008 | 0.46 | U.S. Currency |
| Jul 21, 2008 | Aug 22, 2008 | Aug 26, 2008 | Sep 09, 2008 | 0.46 | U.S. Currency |
| Apr 24, 2008 | May 22, 2008 | May 27, 2008 | Jun 10, 2008 | 0.46 | U.S. Currency |
| Jan 02, 2008 | Feb 22, 2008 | Feb 26, 2008 | Mar 11, 2008 | 0.415 | U.S. Currency |
| **Total dividends in 2008:** | | | | **1.795** | |

| | | | | | |
|---|---|---|---|---|---|
| Oct 18, 2007 | Nov 23, 2007 | Nov 27, 2007 | Dec 11, 2007 | 0.415 | U.S. Currency |
| Jul 16, 2007 | Aug 24, 2007 | Aug 28, 2007 | Sep 11, 2007 | 0.415 | U.S. Currency |
| Apr 26, 2007 | May 24, 2007 | May 29, 2007 | Jun 12, 2007 | 0.415 | U.S. Currency |
| Jan 03, 2007 | Feb 23, 2007 | Feb 27, 2007 | Mar 13, 2007 | 0.375 | U.S. Currency |
| **Total dividends in 2007:** | | | | **1.62** | |
| Oct 18, 2006 | Nov 24, 2006 | Nov 28, 2006 | Dec 12, 2006 | 0.375 | U.S. Currency |
| Jul 18, 2006 | Aug 25, 2006 | Aug 29, 2006 | Sep 12, 2006 | 0.375 | U.S. Currency |
| Apr 27, 2006 | May 25, 2006 | May 30, 2006 | Jun 13, 2006 | 0.375 | U.S. Currency |
| Jan 04, 2006 | Feb 24, 2006 | Feb 28, 2006 | Mar 14, 2006 | 0.33 | U.S. Currency |
| **Total dividends in 2006:** | | | | **1.455** | |
| Oct 20, 2005 | Nov 18, 2005 | Nov 22, 2005 | Dec 13, 2005 | 0.33 | U.S. Currency |
| Jul 18, 2005 | Aug 19, 2005 | Aug 23, 2005 | Sep 13, 2005 | 0.33 | U.S. Currency |
| Apr 28, 2005 | May 13, 2005 | May 17, 2005 | Jun 07, 2005 | 0.33 | U.S. Currency |
| Jan 04, 2005 | Feb 11, 2005 | Feb 15, 2005 | Mar 08, 2005 | 0.285 | U.S. Currency |
| **Total dividends in 2005:** | | | | **1.275** | |
| Oct 22, 2004 | Nov 12, 2004 | Nov 16, 2004 | Dec 07, 2004 | 0.285 | U.S. Currency |
| Jul 20, 2004 | Aug 13, 2004 | Aug 17, 2004 | Sep 07, 2004 | 0.285 | U.S. Currency |
| Apr 22, 2004 | May 14, 2004 | May 18, 2004 | Jun 08, 2004 | 0.285 | U.S. Currency |
| Jan 05, 2004 | Feb 12, 2004 | Feb 17, 2004 | Mar 09, 2004 | 0.24 | U.S. Currency |
| **Total dividends in 2004:** | | | | **1.095** | |
| Oct 16, 2003 | Nov 14, 2003 | Nov 18, 2003 | Dec 09, 2003 | 0.24 | U.S. Currency |

| | | | | | |
|---|---|---|---|---|---|
| Jul 22, 2003 | Aug 15, 2003 | Aug 19, 2003 | Sep 09, 2003 | 0.24 | U.S. Currency |
| Apr 24, 2003 | May 16, 2003 | May 20, 2003 | Jun 10, 2003 | 0.24 | U.S. Currency |
| Jan 06, 2003 | Feb 13, 2003 | Feb 18, 2003 | Mar 11, 2003 | 0.205 | U.S. Currency |
| **Total dividends in 2003:** | | | | **0.925** | |
| Oct 15, 2002 | Nov 15, 2002 | Nov 19, 2002 | Dec 10, 2002 | 0.205 | U.S. Currency |
| Jul 15, 2002 | Aug 16, 2002 | Aug 20, 2002 | Sep 10, 2002 | 0.205 | U.S. Currency |
| Apr 25, 2002 | May 17, 2002 | May 21, 2002 | Jun 11, 2002 | 0.205 | U.S. Currency |
| Jan 02, 2002 | Feb 14, 2002 | Feb 19, 2002 | Mar 12, 2002 | 0.18 | U.S. Currency |
| **Total dividends in 2002:** | | | | **0.795** | |
| Oct 18, 2001 | Nov 16, 2001 | Nov 20, 2001 | Dec 11, 2001 | 0.18 | U.S. Currency |
| Jul 16, 2001 | Aug 17, 2001 | Aug 21, 2001 | Sep 11, 2001 | 0.18 | U.S. Currency |
| | Jun 13, 2001 | | | | Stock split |
| Apr 26, 2001 | Jun 13, 2001 | May 22, 2001 | Jun 12, 2001 | 1.00 | Stock split |
| Apr 26, 2001 | May 18, 2001 | May 22, 2001 | Jun 12, 2001 | 0.18 | U.S. Currency |
| Jan 02, 2001 | Feb 15, 2001 | Feb 20, 2001 | Mar 13, 2001 | 0.16 | U.S. Currency |
| **Total dividends in 2001:** | | | | **1.70** | |
| Oct 16, 2000 | Nov 17, 2000 | Nov 21, 2000 | Dec 12, 2000 | 0.16 | U.S. Currency |
| Jul 17, 2000 | Aug 18, 2000 | Aug 22, 2000 | Sep 12, 2000 | 0.16 | U.S. Currency |
| Apr 19, 2000 | May 19, 2000 | May 23, 2000 | Jun 13, 2000 | 0.16 | U.S. Currency |
| Jan 03, 2000 | Feb 11, 2000 | Feb 15, 2000 | Mar 07, 2000 | 0.14 | U.S. Currency |
| **Total dividends in 2000:** | | | | **0.62** | |

| | | | | | |
|---|---|---|---|---|---|
| Oct 18, 1999 | Nov 12, 1999 | Nov 16, 1999 | Dec 07, 1999 | 0.14 | U.S. Currency |
| Jul 19, 1999 | Aug 13, 1999 | Aug 17, 1999 | Sep 07, 1999 | 0.14 | U.S. Currency |
| Apr 22, 1999 | May 14, 1999 | May 18, 1999 | Jun 08, 1999 | 0.14 | U.S. Currency |
| Jan 04, 1999 | Feb 11, 1999 | Feb 16, 1999 | Mar 09, 1999 | 0.125 | U.S. Currency |
| **Total dividends in 1999:** | | | | **0.545** | |
| Oct 19, 1998 | Nov 13, 1998 | Nov 17, 1998 | Dec 08, 1998 | 0.125 | U.S. Currency |
| Jul 20, 1998 | Aug 14, 1998 | Aug 18, 1998 | Sep 08, 1998 | 0.125 | U.S. Currency |
| Apr 23, 1998 | May 15, 1998 | May 19, 1998 | Jun 09, 1998 | 0.125 | U.S. Currency |
| Jan 02, 1998 | Feb 12, 1998 | Feb 17, 1998 | Mar 10, 1998 | 0.11 | U.S. Currency |
| **Total dividends in 1998:** | | | | **0.485** | |
| Oct 20, 1997 | Nov 14, 1997 | Nov 18, 1997 | Dec 09, 1997 | 0.11 | U.S. Currency |
| Jul 21, 1997 | Aug 15, 1997 | Aug 19, 1997 | Sep 09, 1997 | 0.11 | U.S. Currency |
| Apr 24, 1997 | May 16, 1997 | May 20, 1997 | Jun 10, 1997 | 0.11 | U.S. Currency |
| Jan 02, 1997 | Feb 13, 1997 | Feb 18, 1997 | Mar 11, 1997 | 0.095 | U.S. Currency |
| **Total dividends in 1997:** | | | | **0.425** | |
| Oct 22, 1996 | Nov 15, 1996 | Nov 19, 1996 | Dec 10, 1996 | 0.095 | U.S. Currency |
| Jul 15, 1996 | Aug 16, 1996 | Aug 20, 1996 | Sep 10, 1996 | 0.095 | Cash dividend on increased shares |
| Apr 25, 1996 | May 17, 1996 | May 21, 1996 | Jun 11, 1996 | 0.095 | U.S. Currency |
| Jan 02, 1996 | Feb 15, 1996 | Feb 20, 1996 | Mar 12, 1996 | 0.0825 | U.S. Currency |
| **Total dividends in 1996:** | | | | **0.3675** | |

| | | | | | |
|---|---|---|---|---|---|
| Oct 17, 1995 | Nov 10, 1995 | Nov 14, 1995 | Dec 05, 1995 | 0.0825 | U.S. Currency |
| Jul 18, 1995 | Aug 11, 1995 | Aug 15, 1995 | Sep 05, 1995 | 0.0825 | U.S. Currency |
| Apr 27, 1995 | May 10, 1995 | May 16, 1995 | Jun 06, 1995 | 0.0825 | U.S. Currency |
| Jan 04, 1995 | Feb 08, 1995 | Feb 14, 1995 | Mar 07, 1995 | 0.0725 | U.S. Currency |
| **Total dividends in 1995:** | | | | **0.32** | |
| Oct 18, 1994 | Nov 08, 1994 | Nov 15, 1994 | Dec 06, 1994 | 0.0725 | U.S. Currency |
| Jul 19, 1994 | Aug 10, 1994 | Aug 16, 1994 | Sep 06, 1994 | 0.0725 | U.S. Currency |
| Apr 28, 1994 | May 11, 1994 | May 17, 1994 | Jun 07, 1994 | 0.0725 | U.S. Currency |
| Jan 05, 1994 | Feb 09, 1994 | Feb 15, 1994 | Mar 08, 1994 | 0.065 | U.S. Currency |
| **Total dividends in 1994:** | | | | **0.2825** | |
| Oct 26, 1993 | Nov 09, 1993 | Nov 16, 1993 | Dec 07, 1993 | 0.065 | U.S. Currency |
| Jul 27, 1993 | Aug 11, 1993 | Aug 17, 1993 | Sep 07, 1993 | 0.065 | U.S. Currency |
| Apr 30, 1993 | May 12, 1993 | May 18, 1993 | Jun 08, 1993 | 0.065 | U.S. Currency |
| Jan 06, 1993 | Feb 09, 1993 | Feb 16, 1993 | Mar 09, 1993 | 0.0575 | U.S. Currency |
| **Total dividends in 1993:** | | | | **0.2525** | |
| Oct 21, 1992 | Nov 10, 1992 | Nov 17, 1992 | Dec 08, 1992 | 0.0575 | U.S. Currency |
| Jul 22, 1992 | Aug 12, 1992 | Aug 18, 1992 | Sep 08, 1992 | 0.0575 | Cash dividend on increased shares |
| Apr 24, 1992 | May 13, 1992 | May 19, 1992 | Jun 09, 1992 | 0.0575 | U.S. Currency |
| Jan 08, 1992 | Feb 11, 1992 | Feb 18, 1992 | Mar 10, 1992 | 0.05 | U.S. Currency |
| **Total dividends in 1992:** | | | | **0.2225** | |

| | | | | | |
|---|---|---|---|---|---|
| Oct 23, 1991 | Nov 13, 1991 | Nov 19, 1991 | Dec 10, 1991 | 0.05 | U.S. Currency |
| Jul 24, 1991 | Aug 14, 1991 | Aug 20, 1991 | Sep 10, 1991 | 0.05 | U.S. Currency |
| Apr 29, 1991 | May 15, 1991 | May 21, 1991 | Jun 11, 1991 | 0.05 | U.S. Currency |
| Jan 09, 1991 | Feb 12, 1991 | Feb 19, 1991 | Mar 12, 1991 | 0.0425 | U.S. Currency |
| **Total dividends in 1991:** | | | | **0.1925** | |
| Oct 24, 1990 | Nov 14, 1990 | Nov 20, 1990 | Dec 04, 1990 | 0.0425 | U.S. Currency |
| Jul 25, 1990 | Aug 15, 1990 | Aug 21, 1990 | Sep 04, 1990 | 0.0425 | U.S. Currency |
| Apr 27, 1990 | May 16, 1990 | May 22, 1990 | Jun 05, 1990 | 0.0425 | U.S. Currency |
| Jan 10, 1990 | Feb 13, 1990 | Feb 20, 1990 | Mar 06, 1990 | 0.03625 | U.S. Currency |
| **Total dividends in 1990:** | | | | **0.16375** | |
| Oct 24, 1989 | Nov 15, 1989 | Nov 21, 1989 | Dec 05, 1989 | 0.03625 | U.S. Currency |
| Jul 25, 1989 | Aug 16, 1989 | Aug 22, 1989 | Sep 05, 1989 | 0.03625 | U.S. Currency |
| Feb 14, 1989 | May 22, 1989 | May 26, 1989 | Jun 06, 1989 | 0.03625 | Cash dividend on increased shares |
| Jan 10, 1989 | Feb 14, 1989 | Feb 21, 1989 | Mar 07, 1989 | 0.03125 | U.S. Currency |
| **Total dividends in 1989:** | | | | **0.14** | |
| Oct 26, 1988 | Nov 16, 1988 | Nov 22, 1988 | Dec 06, 1988 | 0.03125 | U.S. Currency |
| Jul 27, 1988 | Aug 17, 1988 | Aug 23, 1988 | Sep 06, 1988 | 0.03125 | U.S. Currency |
| Apr 29, 1988 | May 18, 1988 | May 24, 1988 | Jun 07, 1988 | 0.03125 | U.S. Currency |
| Jan 13, 1988 | Feb 17, 1988 | Feb 23, 1988 | Mar 08, 1988 | 0.02625 | U.S. Currency |

| | | | | | |
|---|---|---|---|---|---|
| **Total dividends in 1988:** | | | | **0.12** | |
| Oct 21, 1987 | Nov 16, 1987 | Nov 20, 1987 | Dec 10, 1987 | 0.02625 | U.S. Currency |
| Jul 22, 1987 | Aug 17, 1987 | Aug 21, 1987 | Sep 10, 1987 | 0.02625 | U.S. Currency |
| Apr 27, 1987 | May 22, 1987 | May 29, 1987 | Jun 11, 1987 | 0.02625 | U.S. Currency |
| Jan 13, 1987 | Feb 23, 1987 | Feb 27, 1987 | Mar 12, 1987 | 0.021875 | U.S. Currency |
| **Total dividends in 1987:** | | | | **0.100625** | |
| Oct 22, 1986 | Nov 17, 1986 | Nov 21, 1986 | Dec 11, 1986 | 0.021875 | U.S. Currency |
| Jul 22, 1986 | Aug 18, 1986 | Aug 22, 1986 | Sep 11, 1986 | 0.021875 | U.S. Currency |
| Apr 25, 1986 | May 23, 1986 | May 30, 1986 | Jun 12, 1986 | 0.021875 | U.S. Currency |
| Jan 13, 1986 | Feb 24, 1986 | Feb 28, 1986 | Mar 13, 1986 | 0.020312 | U.S. Currency |
| **Total dividends in 1986:** | | | | **0.085937** | |
| Oct 16, 1985 | Nov 18, 1985 | Nov 22, 1985 | Dec 12, 1985 | 0.020312 | U.S. Currency |
| Jul 16, 1985 | Aug 19, 1985 | Aug 23, 1985 | Sep 12, 1985 | 0.020312 | U.S. Currency |
| Apr 24, 1985 | May 24, 1985 | May 31, 1985 | Jun 13, 1985 | 0.020312 | U.S. Currency |
| Jan 15, 1985 | Feb 15, 1985 | Feb 22, 1985 | Mar 14, 1985 | 0.01875 | U.S. Currency |
| **Total dividends in 1985:** | | | | **0.079686** | |
| Oct 16, 1984 | Nov 16, 1984 | Nov 23, 1984 | Dec 13, 1984 | 0.01875 | U.S. Currency |
| Jul 17, 1984 | Aug 20, 1984 | Aug 24, 1984 | Sep 13, 1984 | 0.01875 | U.S. Currency |
| Apr 23, 1984 | May 21, 1984 | May 25, 1984 | Jun 14, 1984 | 0.01875 | U.S. Currency |
| Jan 17, 1984 | Feb 17, 1984 | Feb 24, 1984 | Mar 08, 1984 | 0.017187 | U.S. Currency |
| **Total dividends in 1984:** | | | | **0.073437** | |

| | | | | | |
|---|---|---|---|---|---|
| Oct 05, 1983 | Nov 14, 1983 | Nov 18, 1983 | Dec 08, 1983 | 0.017187 | U.S. Currency |
| Jul 29, 1983 | Aug 15, 1983 | Aug 19, 1983 | Sep 08, 1983 | 0.017187 | U.S. Currency |
| Apr 22, 1983 | May 16, 1983 | May 20, 1983 | Jun 09, 1983 | 0.017187 | U.S. Currency |
| Jan 31, 1983 | Feb 18, 1983 | Feb 25, 1983 | Mar 10, 1983 | 0.015625 | U.S. Currency |
| **Total dividends in 1983:** | | | | **0.067186** | |
| Oct 29, 1982 | Nov 15, 1982 | Nov 19, 1982 | Dec 09, 1982 | 0.015625 | U.S. Currency |
| Jul 30, 1982 | Aug 16, 1982 | Aug 20, 1982 | Sep 09, 1982 | 0.015625 | U.S. Currency |
| Apr 23, 1982 | May 17, 1982 | May 21, 1982 | Jun 10, 1982 | 0.015625 | U.S. Currency |
| Jan 15, 1982 | Feb 22, 1982 | Feb 26, 1982 | Mar 11, 1982 | 0.01375 | U.S. Currency |
| **Total dividends in 1982:** | | | | **0.060625** | |
| Nov 02, 1981 | Nov 16, 1981 | Nov 20, 1981 | Dec 10, 1981 | 0.01375 | U.S. Currency |
| Aug 03, 1981 | Aug 17, 1981 | Aug 21, 1981 | Sep 10, 1981 | 0.01375 | U.S. Currency |
| Apr 20, 1981 | May 22, 1981 | May 29, 1981 | Jun 11, 1981 | 0.01375 | Cash dividend on increased shares |
| Jan 16, 1981 | Feb 13, 1981 | Feb 20, 1981 | Mar 11, 1981 | 0.011979 | U.S. Currency |
| **Total dividends in 1981:** | | | | **0.053229** | |
| Oct 30, 1980 | Nov 17, 1980 | Nov 21, 1980 | Dec 11, 1980 | 0.011979 | U.S. Currency |
| Jul 31, 1980 | Aug 18, 1980 | Aug 22, 1980 | Sep 11, 1980 | 0.011979 | U.S. Currency |
| Apr 17, 1980 | May 19, 1980 | May 23, 1980 | Jun 11, 1980 | 0.011979 | U.S. Currency |
| Jan 17, 1980 | Feb 15, 1980 | Feb 22, 1980 | Mar 11, 1980 | 0.010417 | U.S. Currency |
| **Total dividends in 1980:** | | | | **0.046354** | |

| | | | | | |
|---|---|---|---|---|---|
| Oct 25, 1979 | Nov 16, 1979 | Nov 23, 1979 | Dec 12, 1979 | 0.010417 | U.S. Currency |
| Jul 26, 1979 | Aug 20, 1979 | Aug 24, 1979 | Sep 12, 1979 | 0.010417 | U.S. Currency |
| Apr 17, 1979 | May 21, 1979 | May 25, 1979 | Jun 12, 1979 | 0.010417 | U.S. Currency |
| Jan 15, 1979 | Feb 20, 1979 | Feb 26, 1979 | Mar 12, 1979 | 0.010417 | U.S. Currency |
| **Total dividends in 1979:** | | | | **0.041668** | |
| Oct 30, 1978 | Nov 13, 1978 | Nov 17, 1978 | Dec 08, 1978 | 0.008854 | U.S. Currency |
| Jul 27, 1978 | Aug 14, 1978 | Aug 18, 1978 | Sep 08, 1978 | 0.008854 | U.S. Currency |
| Apr 11, 1978 | May 15, 1978 | May 19, 1978 | Jun 08, 1978 | 0.008854 | U.S. Currency |
| Jan 09, 1978 | Feb 10, 1978 | Feb 17, 1978 | Mar 08, 1978 | 0.008854 | U.S. Currency |
| **Total dividends in 1978:** | | | | **0.035416** | |
| Oct 10, 1977 | Nov 14, 1977 | Nov 18, 1977 | Dec 09, 1977 | 0.007292 | U.S. Currency |
| Jul 11, 1977 | Aug 15, 1977 | Aug 19, 1977 | Sep 09, 1977 | 0.007292 | U.S. Currency |
| Apr 11, 1977 | May 16, 1977 | May 20, 1977 | Jun 09, 1977 | 0.007292 | U.S. Currency |
| Jan 10, 1977 | Feb 18, 1977 | Feb 25, 1977 | Mar 09, 1977 | 0.005208 | U.S. Currency |
| Jan 10, 1977 | Feb 18, 1977 | Feb 25, 1977 | Mar 09, 1977 | 0.002083 | Extra, special, participating or arrears |
| **Total dividends in 1977:** | | | | **0.029167** | |
| Sep 24, 1976 | Nov 15, 1976 | Nov 19, 1976 | Dec 09, 1976 | 0.005208 | U.S. Currency |
| Jul 12, 1976 | Aug 16, 1976 | Aug 20, 1976 | Sep 09, 1976 | 0.005208 | U.S. Currency |
| Apr 13, 1976 | May 17, 1976 | May 21, 1976 | Jun 09, 1976 | 0.005208 | U.S. Currency |
| Jan 12, 1976 | Feb 13, 1976 | Feb 20, 1976 | Mar 09, 1976 | 0.004167 | U.S. Currency |

| | | | | | |
|---|---|---|---|---|---|
| Jan 12, 1976 | Feb 13, 1976 | Feb 20, 1976 | Mar 09, 1976 | 0.002083 | Extra, special, participating or arrears |
| **Total dividends in 1976:** | | | | **0.021874** | |
| Oct 13, 1975 | Nov 17, 1975 | Nov 21, 1975 | Dec 10, 1975 | 0.004167 | U.S. Currency |
| Jul 14, 1975 | Aug 18, 1975 | Aug 22, 1975 | Sep 10, 1975 | 0.004167 | U.S. Currency |
| Apr 08, 1975 | May 19, 1975 | May 23, 1975 | Jun 10, 1975 | 0.004167 | U.S. Currency |
| Jan 13, 1975 | Feb 14, 1975 | Feb 21, 1975 | Mar 10, 1975 | 0.004167 | U.S. Currency |
| Jan 13, 1975 | Feb 14, 1975 | Feb 21, 1975 | Mar 10, 1975 | 0.001042 | Extra, special, participating or arrears |
| **Total dividends in 1975:** | | | | **0.01771** | |
| Oct 14, 1974 | Nov 18, 1974 | Nov 22, 1974 | Dec 11, 1974 | 0.004167 | U.S. Currency |
| Jul 15, 1974 | Aug 19, 1974 | Aug 23, 1974 | Sep 11, 1974 | 0.004167 | U.S. Currency |
| Apr 09, 1974 | May 20, 1974 | May 24, 1974 | Jun 11, 1974 | 0.003125 | U.S. Currency |
| Jan 14, 1974 | Feb 15, 1974 | Feb 22, 1974 | Mar 11, 1974 | 0.002604 | U.S. Currency |
| Jan 14, 1974 | Feb 15, 1974 | Feb 22, 1974 | Mar 11, 1974 | 0.001042 | Extra, special, participating or arrears |
| **Total dividends in 1974:** | | | | **0.015105** | |
| Oct 15, 1973 | Nov 16, 1973 | Nov 23, 1973 | Dec 12, 1973 | 0.002604 | U.S. Currency |
| Jul 16, 1973 | Aug 20, 1973 | Aug 24, 1973 | Sep 12, 1973 | 0.002604 | U.S. Currency |
| Apr 10, 1973 | May 21, 1973 | May 25, 1973 | Jun 12, 1973 | 0.002604 | U.S. Currency |
| Jan 15, 1973 | Feb 16, 1973 | Feb 23, 1973 | Mar 12, 1973 | 0.002083 | U.S. Currency |

| | | | | | |
|---|---|---|---|---|---|
| Jan 15, 1973 | Feb 16, 1973 | Feb 23, 1973 | Mar 12, 1973 | 0.001042 | Extra, special, participating or arrears |
| **Total dividends in 1973:** | | | | **0.010937** | |
| Oct 16, 1972 | Nov 17, 1972 | Nov 25, 1972 | Dec 11, 1972 | 0.002083 | U.S. Currency |
| Jul 17, 1972 | Aug 21, 1972 | Aug 25, 1972 | Sep 11, 1972 | 0.002083 | U.S. Currency |
| Apr 11, 1972 | May 22, 1972 | May 26, 1972 | Jun 12, 1972 | 0.002083 | U.S. Currency |
| Jan 17, 1972 | Feb 18, 1972 | Feb 25, 1972 | Mar 13, 1972 | 0.002083 | U.S. Currency |
| Jan 17, 1972 | Feb 18, 1972 | Feb 25, 1972 | Mar 13, 1972 | 0.000983 | Extra, special, participating or arrears |
| **Total dividends in 1972:** | | | | **0.009315** | |

The historical dividend information provided is for informational purposes only, and is not intended for trading purposes. The historical dividend information is provided by Mergent, a third party service, and Notified does not maintain or provide information directly to this service. Total dividends per year is based on the dividend ex-date.