# Exhibit 17

# Appendix of Johnson & Johnson Statements

| No. | Date | Statement |
|---|---|---|
| 17 | May 31, 2023 | Johnson & Johnson Statement on Valadez Trial: The Company deeply sympathizes with anyone suffering from cancer and understands they are looking for answers. However, the science doesn't support that the exceedingly rare form of mesothelioma at issue in this case is connected to talc exposure. During trial, we will present evidence that scientific research, clinical evidence and over 40 years of studies by independent medical experts around the world continue to support that our cosmetic talc is safe, does not contain asbestos and does not cause cancer. The Company has won the majority of talc cases brought against it since these lawsuits began despite the misinformation campaigns driven by plaintiff lawyers. [i] |
| 16 | May 31, 2023 | Statement from Erik Haas, Worldwide Vice President of Litigation, Johnson & Johnson: We filed the new action to address the grave harm inflected by the disparaging publications of Dr. Jacqueline Moline, and to shine a light on and put an end to the cycle of widespread deception she engendered. The thousands of talc claims asserted against our Company are premised on "junk science" fabricated by so-called "experts" who contrive baseless opinions that plaintiff lawyers use to confuse juries and secure extreme verdicts, which in turn, funds the expert's compensation. Dr. Moline is one such expert, whose willful disparagement of talc products in the guise of an "expert" publication recently was revealed by a U.S. federal court, to allow other parties to seek recourse. We do so now, as Dr. Moline's narrative is false, and the safety of our cosmetic talc products is supported by decades of evidence by independent experts, governments and regulatory bodies.[ii] |
| 15 | May 27, 2023 | Statement from Erik Haas, Worldwide Vice President of Litigation, Johnson & Johnson: The objection resoundingly recites the sound legal bases for the bankruptcy case and the reorganization plan we filed, which has the support of counsel for a growing majority of claimants. In doing so, the filing also squarely refutes the challenges raised by a small number of plaintiffs' law firms with interests that conflict with those of their clients. Our plan allows claimants to be fairly compensated in a timely manner, and we look forward to all claimants having the opportunity to vote and decide for themselves.[iii] |
| 14 | May 16, 2023 | Statement from Erik Haas, Worldwide Vice President of Litigation, Johnson & Johnson: |

1

# Appendix of Johnson & Johnson Statements

|    |              |   |
|----|--------------|---|
|    |              | The filing of our reorganization plan with the Bankruptcy Court represents significant progress towards efficiently and equitably resolving all current and future talc-related claims against the Company. <br><br> We maintain our position that the scientific evidence does not support these claims; however, litigating these claims in the tort system would take decades, impose significant costs on the Company and the system and, based on the track record to date, most claimants would receive nothing. <br><br> The plan allows claimants to be fairly compensated in a timely manner, and for that reason, it has the support of the counsel representing the vast majority of claimants. We look forward to allowing all claimants the opportunity to vote on the plan. |
| 13 | May 12, 2023 | Statement from Erik Haas, Worldwide Vice President of Litigation, Johnson & Johnson: <br><br> This motion is yet another desperate attempt by a small group of plaintiff's law firms—whose financial interests conflict with, diverge from and contravene those of their clients—to deprive all claimants of the right to vote and decide for themselves whether to accept the proposed plan, which a growing and significant majority of claimants already support. The court rulings this week cleared the way for the filing of the plan in the near term, and we will vigorously oppose the effort to derail that filing with this baseless and premature motion.[iv] |
| 12 | May 9, 2023  | Statement from Erik Haas, Worldwide Vice President of Litigation, Johnson & Johnson: <br><br> The Third Circuit properly denied a request by a small number of law firms, which represent the minority of claimants, attempting to prevent all claimants from having the opportunity to vote on the proposed resolution plan. As the Third Circuit stated, the Bankruptcy Court has established an "expedited" process to resolve this matter. We look forward to filing our plan shortly and to allowing claimants the opportunity to vote.[v] |
| 11 | May 7, 2023  | We empathize with anyone suffering from cancer and understand that people are searching for answers. We believe science provides those answers, with evidence from clinical research and over 40 years of studies by independent medical experts around the world supporting our position that our cosmetic talc is safe, does not contain asbestos and does not cause cancer. Plaintiff lawyers are promulgating their unfounded theories for |

**Appendix of Johnson & Johnson Statements**

|   |   |   |
|---|---|---|
|   |   | their own financial interest and are doing a disservice to their clients by leading them to believe that their cancer was caused by our cosmetic talc.<br><br>While the talc-related claims against the Company have no merit, we recognize that resolving these cases in the tort system would take decades, with most claimants never receiving any compensation. Resolving this matter through the proposed reorganization plan in Bankruptcy Court is both more equitable and more efficient and allows claimants to be compensated in a timely manner. It is also a legitimate and appropriate use of the bankruptcy process. Our resolution proposal has the support of the vast majority of claimants, and we look forward to letting all the claimants vote on the proposed plan.[vi] |
| 10 | May 3, 2023 | Statement from Erik Haas, Worldwide Vice President of Litigation, Johnson & Johnson:<br><br>The Company deeply sympathizes with anyone suffering from cancer and understands that they are looking for answers, however, the science doesn't support that the exceedingly rare form of mesothelioma at issue in Mr. Valadez's case is connected to talc exposure. We stand ready to try this matter, where we will present evidence that scientific research, clinical evidence and over 40 years of studies by independent medical experts around the world continue to support that our cosmetic talc is safe, does not contain asbestos and does not cause cancer. The Company has won the majority of talc cases brought against it since these lawsuits began despite the misinformation campaigns driven by plaintiff lawyers.<br><br>The Bankruptcy Court correctly recognized that no other claimant has moved to have the stay lifted to pursue claims in the tort system, but rather have elected to avail themselves of the bankruptcy process. We look forward to finalization and vote by all claimants on the reorganization plan.[vii] |
| 9 | May 2, 2023 | Statement from Erik Haas, Worldwide Vice President of Litigation, Johnson & Johnson:<br><br>The Trustee's motion repeats the positions of the small minority of law firms that oppose the plan, whose counsel testified that they entered into a common interest fee agreement with the agency. We consider more compelling the views of the vast majority of the claimants' law firms who support the proposed reorganization plan. |

# Appendix of Johnson & Johnson Statements

| | | |
|---|---|---|
| | | We are engaging in a legitimate and appropriate use of the bankruptcy process, and look forward to letting all the claimants vote on the proposed plan, which presents an equitable, efficient and complete resolution.[viii] |
| 8 | May 2, 2023 | Statement from Erik Haas, Worldwide Vice President of Litigation, Johnson & Johnson: <br><br> The filing is a desperate and legally deficient attempt by a small number of law firms to try to prevent claimants from voting on the resolution plan - a plan the vast and growing majority of claimants support. The law firms behind this filing have financial interests that conflict with, diverge from and contravene those of their clients. We will be submitting a response to the appellate court.[ix] |
| 7 | April 27, 2023 | Statement from Erik Haas, Worldwide Vice President of Litigation, Johnson & Johnson: <br><br> As unequivocally and unambiguously stated, Johnson & Johnson has agreed to retain all the talc-related liabilities—and indemnify Kenvue for any and all costs—arising from litigation in the United States and Canada. Any suggestion to the contrary is false and misleading.[x] |
| 6 | April 24, 2023 | Statement from Erik Haas, Worldwide Vice President of Litigation, Johnson & Johnson: <br><br> The motion is nothing more than a desperate attempt to prevent the tens of thousands of claimants from deciding for themselves and vote on a resolution plan. <br><br> As demonstrated in the recent hearings, there is significant support for the plan, including from major plaintiffs' law firms representing the vast majority of the claimants in this litigation, as well as lawyers who previously led the opposition to the first bankruptcy. <br><br> Opposition to the plan is driven by firms who have a profit motive to remain in the tort system that is at odds with the interests of their clients. When presented with a clear and complete explanation and the opportunity to make an informed choice, we firmly believe the claimants will approve the plan.[xi] |
| 5 | April 20, 2023 | Statement from Erik Haas, Worldwide Vice President of Litigation, Johnson & Johnson: |

# Appendix of Johnson & Johnson Statements

|   |   |   |
|---|---|---|
|   |   | The decision is a win for claimants, who are now one step closer to being able to vote for themselves on whether to accept the proposed resolution. We are confident the vote will overwhelmingly support the proposal, as it presents the only equitable path forward. The proposal commits $8.9 billion to claimants, whose claims otherwise would languish in the tort system for decades and, based upon the trial record to date, likely would not receive a single dollar. Major plaintiffs' law firms representing the vast majority of the claimants in this litigation support the plan, including lawyers who previously led the opposition to the first bankruptcy filing.<br><br>Despite this support, we expect a few plaintiffs' law firms will continue to oppose and seek to delay this plan. The evidence presented to the court this week shows that these firms have a profit motive to remain in the tort system that is at odds with the interests of their clients. When presented with a clear and complete explanation and the opportunity to make an informed choice, we firmly believe the claimants will approve the plan.[xii] |
| 4 | April 18, 2023 | Statement from Erik Haas, Worldwide Vice President of Litigation, Johnson & Johnson:<br><br>The evidence presented today re-confirmed that plaintiffs' lawyers representing over 60,000 claimants already support the $8.9 billion resolution plan, including lawyers who had previously opposed the first bankruptcy filing. We remain confident that thousands more will join once this plan is allowed to be put out for a vote. Additionally, counsel in support of the resolution plan representing over 15,000 of the claimants echoed the desire to present the court with a resolution plan by May 15, 2023.<br><br>Opposition to our plan was presented today from a few plaintiffs' lawyers who have repeatedly stated they have no interest in a settlement under any circumstance and whose business model would be threatened by a complete resolution. That model is premised on large, aberrant verdicts where most claimants get nothing.<br><br>The only equitable path forward is for claimants to be allowed to decide for themselves and to let them vote yes or no on the reorganization plan.[xiii] |
| 3 | April 11, 2023 | Statement from Erik Haas, Worldwide Vice President of Litigation, Johnson & Johnson: |

5

# Appendix of Johnson & Johnson Statements

|   |   |   |
|---|---|---|
|   |   | Progress toward our reorganization plan continues with Bankruptcy Court Judge Michael Kaplan's denial today of plaintiff law firms' request to dismiss the case. We look forward to proceeding with the bankruptcy and moving toward a vote on a final reorganization plan.[xiv] |
| 2 | April 4, 2023 | Johnson & Johnson (NYSE:JNJ) (the Company) today announced that its subsidiary LTL Management LLC (LTL) has re-filed for voluntary Chapter 11 bankruptcy protection to obtain approval of a reorganization plan that will equitably and efficiently resolve all claims arising from cosmetic talc litigation against the Company and its affiliates in North America. To that end, the Company has agreed to contribute up to a present value of $8.9 billion, payable over 25 years, to resolve all the current and future talc claims, which is an increase of $6.9 billion over the $2 billion previously committed in connection with LTL's initial bankruptcy filing in October 2021. LTL also has secured commitments from over 60,000 current claimants to support a global resolution on these terms.[xv] |
| 1 | March 22, 2023 | Our review petition raised significant concerns with the Third Circuit's decision, both in how it applied the law to the facts of Judge Kaplan's ruling, as well as the impracticality of the Third Circuit's new legal standard. We will immediately move for a stay of this opinion so we can seek review directly from the U.S. Supreme Court.<br><br>Today's ruling ignores the facts established during the Bankruptcy Court's trial regarding the appropriateness of LTL Management's (LTL) formation and filing, as well as the Company's intention to efficiently resolve the cosmetic talc litigation for the benefit of all parties, including current and future claimants.<br><br>We continue to stand behind the safety of Johnson's Baby Powder, which is safe, does not contain asbestos and does not cause cancer. [xvi] |

---

[i] https://www.factsabouttalc.com/_document/johnson-johnson-statement-on-valadez-trial?id=00000188-721d-d7f4-abbf-f25d1e950000

[ii] https://www.factsabouttalc.com/_document/statement-on-moline-complaint?id=00000188-74b6-d7f4-abbf-f4f6bb470000

[iii] https://www.factsabouttalc.com/_document/statement-on-objection-to-tcc-motion-to-dismiss?id=00000188-5d18-d7f4-abbf-fd5c0a4a0000

[iv] https://www.factsabouttalc.com/_document/statement-on-tcc-standing-motion-to-dismiss?id=00000188-1125-d1d3-adde-5925f0290000

[v] https://www.factsabouttalc.com/_document/statement-on-tcc-mandamus-denial?id=00000188-0209-d1d3-adde-4a0900490000

# Appendix of Johnson & Johnson Statements

[vi] https://www.factsabouttalc.com/_document/johnson-johnson-statement-on-cnn-segment?id=00000187-f925-d1d3-add7-f925a0b10000

[vii] https://www.factsabouttalc.com/_document/statement-on-the-valadez-case-stay-lifted?id=00000187-e2f3-d2f1-adcf-e7f339780000

[viii] https://www.factsabouttalc.com/_document/statement-on-united-states-trustee-motion-to-dismiss?id=00000187-dd25-d1d3-add7-dd2596bf0000

[ix] https://www.factsabouttalc.com/_document/statement-on-tcc-mandamus-petition?id=00000187-dc60-d1d3-add7-dc6058eb0000

[x] https://www.factsabouttalc.com/_document/statement-on-talc-related-liability-and-kenvue?id=00000187-c2d9-d2f1-adcf-e7f9c8170000

[xi] https://www.factsabouttalc.com/_document/statement-on-tcc-motion-to-dismiss?id=00000187-b47f-d1d3-add7-fc7f65a00000

[xii] https://www.factsabouttalc.com/_document/statement-on-bankruptcy-court-ruling?id=00000187-9f60-d1d3-add7-df602e5d0000

[xiii] https://www.factsabouttalc.com/_document/april-18-statement-on-bankruptcy-court-hearing-on-ltl?id=00000187-96d0-d1d3-add7-ded0a8830000

[xiv] https://www.factsabouttalc.com/_document/statement-on-bankruptcy-court-ruling-allowing-ltls-voluntary-chapter-11-re-filing-to-proceed?id=00000187-71e0-d1d3-add7-79e0266c0000

[xv] https://www.factsabouttalc.com/_document/johnson-johnson-subsidiary-ltl-management-llc-ltl-re-files-for-voluntary-chapter-11-to-equitably-resolve-all-current-and-future-talc-claims?id=00000187-4dec-d1d3-add7-4decec340000

[xvi] https://www.factsabouttalc.com/_document/johnson-johnson-statement-on-third-circuit-review-petition?id=00000187-09c4-deef-a1df-adf4a9de0000