# **<u>EXHIBIT 8</u>**

**In the Matter Of:**

*LTL Management LLC Bankruptcy*

*ADAM LISMAN*

*May 31, 2023*



Case 23-12825-MBK    Doc 856-8    Filed 06/22/23    Entered 06/22/23 15:24:33    Desc
LTL Management LLC Bankruptcy Exhibit 8    Page 3 of 8

Adam Lisman
May 31, 2023

118

1                     A. LISMAN
2    the entirety of the chart, correct?
3        A.    Correct.  Correct.
4        Q.    Okay.  Okay.
5              MR. MOXLEY:  Okay.  Let's take
6        that down now, please.  And let's go
7        back, if we could, to tab 3.
8              Can we bring tab 3 up again.
9        Q.    Okay.  Mr. Lisman, again, just to
10   orient you, this is, again, the March 28th
11   presentation we've been looking at.
12             MR. MOXLEY:  Let's go to slide
13       26, if we could.
14       Q.    Okay.  We have seen this slide
15   previously, Mr. Lisman.  I want to draw your
16   attention now to the bullet in the middle of
17   the page that says, "LRFP projects same GH
18   Biotech dividend amount in near term."
19             Do you see that?
20       A.    I see it, yes.
21       Q.    Okay.  Has that dividend been paid
22   or made?
23             MR. STARNER:  Objection.
24       A.    I'm not aware of anything.
25       Q.    Okay.  Are you aware of anything

Case 23-12825-MBK   Doc 856-8   Filed 06/22/23   Entered 06/22/23 15:24:33   Desc
LTL Management LLC Bankruptcy Exhibit 8   Page 4 of 8

Adam Lisman
May 31, 2023

119

```
 1                  A. LISMAN
 2   at all with respect to the dividend that is
 3   projected that's referenced there?
 4        A.   I'm aware that there is a
 5   potential dividend being contemplated in
 6   2023, yes.
 7        Q.   Okay.  And what are you aware of
 8   in that regard?
 9        A.   Sorry, can you say it again?
10        Q.   Yes, sir.
11             What are you aware of in that
12   regard?
13        A.   Yeah, I'm aware of that there is a
14   dividend being contemplated, you know, to
15   potentially be paid through the chain that we
16   just talked about.
17        Q.   And who would that dividend
18   originate from?
19        A.   I believe it was coming from
20   either JSI or JIFC, which were the Irish
21   companies.
22        Q.   We'll come to this.  We will look
23   at this in a little bit.  But I'll try to
24   streamline here just a bit.
25             J&J has a worldwide dividend
```

Case 23-12825-MBK    Doc 856-8    Filed 06/22/23    Entered 06/22/23 15:24:33    Desc
LTL Management LLC Bankruptcy Exhibit 8    Page 5 of 8

Adam Lisman
May 31, 2023

120

1                A. LISMAN

2    policy, correct?

3        A.   We do, yes.

4        Q.   Okay.  The understanding that you

5    have about this planning for this potential

6    2023 dividend that's going -- that may

7    emanate from JSI or JIFC, is that dividend in

8    the process of going through the approvals

9    that that dividend policy provides for?

10       A.   I can't speak to the exact process

11   of where it may be in the chain.  I know it's

12   being contemplated and evaluated.  Prior, I

13   name the multitude of factors that we have to

14   evaluate before those ever get declared --

15            THE COURT REPORTER:  Hold on.

16            MR. MOXLEY:  Stop for a second.

17       Stop for a second.

18            We lost you, Mr. Lisman.

19            THE WITNESS:  Sorry.

20   BY MR. MOXLEY:

21       A.   I can start over.

22       Q.   If you could, please.  I

23   appreciate it.  Thank you, Mr. Lisman.

24       A.   Yeah, of course.

25            Yeah, I'm aware that there is a

Case 23-12825-MBK    Doc 856-8    Filed 06/22/23    Entered 06/22/23 15:24:33    Desc
LTL Management LLC Bankruptcy Exhibit 8    Page 6 of 8

Adam Lisman
May 31, 2023

121

1    A. LISMAN

2    dividend being contemplated that would be --

3    being evaluated for all of the factors that I

4    previously described.

5             So looking at tax cost, you know,

6    local statutory rules, foreign exchange, as

7    well as other cash needs of J&J inside the

8    U.S. or outside the U.S.  I'm aware that all

9    of those factors are being evaluated

10   currently as part of this dividend being

11   contemplated.

12        Q.    And who is doing the

13   contemplating?

14        A.    Again, the overall process for

15   dividends across J&J is a multitude of teams

16   across corporate tax, corporate treasury,

17   controllership at the global level, as well

18   as local teams and local board members in the

19   various foreign entities that would be

20   impacted.

21        Q.    Has HoldCo asked for people on

22   those appropriate teams to contemplate a

23   dividend?

24        A.    I'm not aware of what HoldCo has

25   done.

Case 23-12825-MBK    Doc 856-8    Filed 06/22/23    Entered 06/22/23 15:24:33    Desc
LTL Management LLC Bankruptcy Exhibit 8    Page 7 of 8

Adam Lisman
May 31, 2023

122

1            A. LISMAN

2      Q.    You don't know one way or the
3  other?
4      A.    Correct.
5      Q.    Okay.  And the evaluating that's
6  going on, that's being done by the various
7  teams you referenced?
8      A.    Yes.  In normal course, just like
9  we are evaluating everything across all of
10 J&J.
11     Q.    Well, is the contemplation, as far
12 as you are aware, that the dividend
13 ultimately would be paid to HoldCo?
14           MR. STARNER:  Objection.
15     A.    Again, I'm just aware it's being
16 contemplated and evaluated.  The ultimate
17 payment, I can't comment on.
18     Q.    Why are you aware of it?
19     A.    Because it's part of our broader
20 U.S. needs of cash and evaluating the global
21 dividends across all of J&J.  This one has
22 come up.
23     Q.    Are you aware of this potential
24 contemplated dividend based, then, on your
25 personal knowledge gleaned from your

Case 23-12825-MBK   Doc 856-8   Filed 06/22/23   Entered 06/22/23 15:24:33   Desc
LTL Management LLC Bankruptcy Exhibit 8   Page 8 of 8

Adam Lisman
May 31, 2023

193

1             A. LISMAN

2       MR. MOXLEY:  We can take this

3   down now, please.

4     Q.   Mr. Lisman, we saw earlier in a

5 couple of the presentations that we've looked

6 at an estimate of HoldCo assets approximately

7 29 billion or $30 billion.

8       Do you recall that?

9     A.   Yes.

10    Q.   Okay.  Has anyone done, that you

11 are aware of, a liquidation value analysis of

12 HoldCo?

13    A.   Not that I'm aware of, no.

14    Q.   Do you have any idea, as you sit

15 here today, how much value would come from a

16 HoldCo liquidation?

17    A.   I would have no idea.

18    Q.   Would you agree with me,

19 Mr. Lisman, that the second LTL bankruptcy

20 filing has led to savings with respect to

21 legal expenses?

22       MR. STARNER:  Objection.

23    A.   I can't comment on the current

24 expense rate of legal savings or legal costs.

25       MR. MOXLEY:  Mr. Lisman, let's