# TCC TRIAL EXHIBIT 9 - FILED UNDER SEAL