# TCC TRIAL EXHIBIT 110 - FILED UNDER SEAL