```
                  UNITED STATES COURT OF APPEALS
                       FOR THE THIRD CIRCUIT

IN RE:                            .  Case No. 22-2003/22-2004
                                  .
LTL MANAGEMENT LLC,               .  21400 U.S. Courthouse
          Debtor,                 .  601 Market Street
                                  .  Philadelphia, PA 19106
OFFICIAL COMMITTEE OF TALC        .
CLAIMANTS,                        .  Monday, September 19, 2022
          Appellant.              .
. . . . . . . . . . . . . . . . . .
IN RE                             .  Case No. 22-2005
                                  .
LTL MANAGEMENT LLC,               .
          Debtor.                 .
                                  .
LTL MANAGEMENT, LLC.              .
                                  .
          v.                      .
                                  .
THOSE PARTIES LISTED ON           .
APPENDIX A TO COMPLAINT AND       .
JOHN AND JANE DOES 1-1000         .
OFFICIAL COMMITTEE OF TALC        .
CLAIMANTS,                        .
          Appellant.              .
. . . . . . . . . . . . . . . . . .
IN RE:                            .  Case No. 22-2006/22-2007
                                  .
LTL MANAGEMENT LLC,               .
          Debtor.                 .
                                  .
OFFICIAL COMMITTEE OF TALC        .
CLAIMANTS, ET AL.                 .
          Appellants.             .
. . . . . . . . . . . . . . . . . .
IN RE:                            .  Case No. 22-2008
                                  .
LTL MANAGEMENT LLC,               .
          Debtor.                 .
                                  .
LTL MANAGEMENT LLC                .
                                  .
          v.                      .
                                  .
THIRD PARTIES LISTED ON           .
APPENDIX A TO COMPLAINT AND       .
JOHN AND JANE DOES 1-1000,        .
OFFICIAL COMMITTEE OF TALC        .
CLAIMANTS, ET AL.                 .
```

```
OFFICIAL COMMITTEE OF TALC     .
CLAIMANTS, ET AL.              .
            Appellants.        .
. . . . . . . . . . . . . . . ..
IN RE:                         .   Case No. 22-2009
                               .
LTL MANAGEMENT LLC,            .
            Debtor.            .
                               .
ARNOLD & ITKIN LLP, ON BEHALF  .
OF CERTAIN PERSONAL INJURY     .
CLAIMANTS REPRESENTED BY       .
ARNOLD & ITKIN,                .
            Appellant.         .
. . . . . . . . . . . . . . . ..
IN RE:                         .   Case No. 22-2010
                               .
LTL MANAGEMENT LLC,            .
            Debtor.            .
                               .
AYLSTOCK WITKIN KRIES &        .
OVERHOLTZ PLLC, ON BEHALF OF   .
MORE THAN THREE THOUSAND       .
HOLDERS OF TALC CLAIMS,        .
            Appellant.         .
. . . . . . . . . . . . . . . ..
IN RE:                         .   Case No. 22-2011
                               .
LTL MANAGEMENT LLC,            .
            Debtor.            .
                               .
LTL MANAGEMENT LLC             .
                               .
         v.                    .
                               .
THOSE PARTIES LISTED ON        .
APPENDIX A TO COMPLAINT AND    .
JOHN AND JANE DOES 1-1000      .
                               .
AYLSTOCK WITKIN KRIES &        .
OVERHOLTZ, PLLC., ON BEHALF OF .
MORE THAN THREE THOUSAND       .
HOLDERS OF TALC CLAIMS,        .
            Appellant          .
. . . . . . . . . . . . . . . ..
```

                                                                    3

                     TRANSCRIPT OF ORAL ARGUMENT
                              BEFORE
                 THE HONORABLE JUDGE THOMAS L. AMBRO
                   UNITED STATES THIRD CIRCUIT JUDGE
                    THE HONORABLE L. FELIPE RESTREPO
                   UNITED STATES THIRD CIRCUIT JUDGE
                     THE HONORABLE JULIO M. FUENTES
                   UNITED STATES THIRD CIRCUIT JUDGE

APPEARANCES:

For the Appellants:     MoloLamken
                        By:  JEFFREY A. LAMKEN, ESQ.
                        600 New Hampshire Avenue, N.W.
                        Washington, D.C.  20037

                        Kellogg Hansen Todd Figel & Frederick
                        BY:  DAVID C. FREDERICK, ESQ.
                        1615 M Street, N.W., Suite 400
                        Washington, D.C.  20036

For U.S. Trustee:       U.S. Department of Justice
                        By:  SEAN JANDA, ESQ.
                        Appellate Section
                        Room 7260
                        950 Pennsylvania Avenue, N.W.
                        Washington, D.C.  20530

For Appellees:          Hogan Lovells US
                        By:  NEAL K. KATYAL, ESQ.
                        555 Thirteenth Street, N.W.
                        Washington, D.C.  20004

Proceedings recorded by electronic sound recording, transcript
                 produced by transcription service.
_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@jjcourt.com**

**(609)586-2311     Fax No. (609) 587-3599**

**WWW.JJCOURT.COM**

1          THE COURT:  They're pointing out the gateway
2  provision that you have to file a bankruptcy in good faith.
3  And they're claiming that this was not done.  So that's what
4  we're talking about.  That's the primary issue today.
5          MR. KATYAL:  And if that's what they're isolating, we
6  think Judge Kaplan found four different reasons why that -- why
7  the valid purpose of bankruptcy has been served.
8          THE COURT:  One just fact question, in terms of the
9  proposal made here to deal with the liabilities of LTL and the
10 funding, were those types of proposals, any variation of that
11 made in connection with the MDL litigation?
12         MR. KATYAL:  I don't believe the funding agreement
13 had anything to do with the MDL litigation.  Rather, as the
14 Court found in --
15         THE COURT:  Yeah, I'm just saying the concept.
16         MR. KATYAL:  Yeah, I don't know about the concept.  I
17 mean I think the only thing I'm aware of is the Court's finding
18 in A15 relying on their own expert that this was a single
19 integrated transaction and so -- with the restructuring and
20 funding agreement.
21         Now you had asked before, Your Honor, I just have to
22 slightly correct something.  I understand that the funding
23 agreement does have provisions for funding outside of
24 bankruptcy.
25         THE COURT:  Yeah, that's what I thought.