Exhibit
Dickinson EX 3

# UNITED STATES BANKRUPTCY COURT

THE   DISTRICT OF   NEW JERSEY

In Re.  LTL Management LLC                             §          Case No.   21-30589

                                                      §
                                                      §
                                                      §
                   Debtor(s)                          §          ☐ Jointly Administered

## Monthly Operating Report                                            Chapter 11

Reporting Period Ended: 03/31/2023          Petition Date: 10/14/2021

Months Pending: 18                          Industry Classification:  6  7  1  9

Reporting Method:              Accrual Basis ◉        Cash Basis ◯

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒       Statement of cash receipts and disbursements
☒       Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒       Statement of operations (profit or loss statement)
☐       Accounts receivable aging
☐       Postpetition liabilities aging
☐       Statement of capital assets
☒       Schedule of payments to professionals
☐       Schedule of payments to insiders
☒       All bank statements and bank reconciliations for the reporting period
☐       Description of the assets sold or transferred and the terms of the sale or transfer

/s/ James Lawlor                                    James Lawlor
Signature of Responsible Party                      Printed Name of Responsible Party

05/01/2023
Date

                                                    90 Washington Valley Road, Bedminister, NJ 07921
                                                    Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

| Debtor's Name | LTL Management LLC | | Case No. 21-30589 |
|---|---|---|---|

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $15,784,311 | |
| b. | Total receipts (net of transfers between accounts) | $9,337,530 | $137,758,297 |
| c. | Total disbursements (net of transfers between accounts) | $15,119,123 | $133,707,012 |
| d. | Cash balance end of month (a+b-c) | $10,002,717 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $15,119,123 | $133,707,012 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $2,011,681,072 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ◯  Market ◯  Other ⦿   (attach explanation)) | $0 |
| d | Total current assets | $2,021,825,651 |
| e. | Total assets | $2,388,954,596 |
| f. | Postpetition payables (excluding taxes) | $17,163,656 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $17,163,656 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $8,061,995 |
| n. | Total liabilities (debt) (j+k+l+m) | $25,225,651 |
| o. | Ending equity/net worth (e-n) | $2,363,728,945 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $134,392 | |
| f. | Other expenses | $-9,290,036 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $10,591,116 | |
| k. | Profit (loss) | $-1,435,472 | $-11,681,072 |

UST Form 11-MOR (12/01/2021)

Debtor's Name  LTL Management LLC                                      Case No.  21-30589

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $6,015,724 | $50,967,117 | $6,022,159 | $50,967,117 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Jones Day | Lead Counsel | $3,759,455 | $27,206,503 | $3,759,455 | $27,206,503 |
| ii | Wollmuth Maher & Deutsch LL | Local Counsel | $279,856 | $2,892,037 | $279,856 | $2,892,037 |
| iii | Rayburn Cooper & Durham, P.A. | Local Counsel | $0 | $191,400 | $0 | $191,400 |
| iv | Epiq Corporate Restructuring | Other | $54,427 | $1,886,194 | $54,427 | $1,886,194 |
| v | McCarter & English, LLP | Special Counsel | $106,148 | $984,985 | $106,148 | $984,985 |
| vi | Weil, Gotshal & Manges LLP | Special Counsel | $51,102 | $1,309,665 | $51,102 | $1,309,665 |
| vii | AlixPartners, LLP | Financial Professional | $60,373 | $1,896,119 | $60,373 | $1,896,119 |
| viii | Bates White, LLC | Other | $790,945 | $4,513,032 | $790,945 | $4,513,032 |
| ix | Blake, Cassels & Graydon LLP | Special Counsel | $13,583 | $461,843 | $20,018 | $461,843 |
| x | King & Spalding LLP | Special Counsel | $41,997 | $1,421,908 | $41,997 | $1,421,908 |
| xi | Skadden, Arps, Slate, Meagher | Special Counsel | $382,079 | $3,717,801 | $382,079 | $3,717,801 |
| xii | Orrick, Herrington & Sutcliffe L | Special Counsel | $47,541 | $1,571,998 | $47,541 | $1,571,998 |
| xiii | Shook, Hardy & Bacon L.L.P. | Special Counsel | $151,683 | $1,086,382 | $151,683 | $1,086,382 |
| xiv | Hogan Lovells US LLP | Special Counsel | $276,534 | $1,827,250 | $276,534 | $1,827,250 |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                    3

Debtor's Name LTL Management LLC                                    Case No.  21-30589

| | | | | |
|---|---|---|---|---|
| xxxvii | | | | |
| xxxvii | | | | |
| xxxix | | | | |
| xl | | | | |
| xli | | | | |
| xlii | | | | |
| xliii | | | | |
| xliv | | | | |
| xlv | | | | |
| xlvi | | | | |
| xlvii | | | | |
| xlviii | | | | |
| xlix | | | | |
| l | | | | |
| li | | | | |
| lii | | | | |
| liii | | | | |
| liv | | | | |
| lv | | | | |
| lvi | | | | |
| lvii | | | | |
| lviii | | | | |
| lix | | | | |
| lx | | | | |
| lxi | | | | |
| lxii | | | | |
| lxiii | | | | |
| lxiv | | | | |
| lxv | | | | |
| lxvi | | | | |
| lxvii | | | | |
| lxviii | | | | |
| lxix | | | | |
| lxx | | | | |
| lxxi | | | | |
| lxxii | | | | |
| lxxiii | | | | |
| lxxiv | | | | |
| lxxv | | | | |
| lxxvi | | | | |
| lxxvii | | | | |
| lxxvii | | | | |

| Debtor's Name | LTL Management LLC | | | | | Case No.  21-30589 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $15,183 | $502,676 | $15,183 | $501,091 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Milligan & Herns PC | Other | $0 | $2,999 | $0 | $2,999 |
| ii | Butler Snow LLP | Other | $0 | $234,678 | $0 | $234,678 |
| iii | Faegre Drinker Biddle & Reath | Other | $1,524 | $52,420 | $1,524 | $52,420 |
| iv | Manning Gross + Massenburg L | Other | $2,505 | $5,449 | $2,505 | $5,449 |
| v | Patterson Belknap Webb & Tyl | Other | $10,261 | $114,971 | $10,261 | $114,971 |
| vi | Sills Cummis & Gross P.C. | Other | $0 | $47,428 | $0 | $45,843 |
| vii | Swartz Campbell LLC | Other | $0 | $3,373 | $0 | $3,373 |
| viii | HeplerBroom LLC | Other | $0 | $11,433 | $0 | $11,433 |
| ix | Tucker Ellis & West LLP | Other | $893 | $13,099 | $893 | $13,099 |
| x | Nelson Mullins Riley & Scarbo | Other | $0 | $465 | $0 | $465 |
| xi | Irwin Fritchie Urquhart Moore & | Other | $0 | $16,362 | $0 | $16,362 |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  LTL Management LLC                                          Case No.  21-30589

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  LTL Management LLC                                    Case No.  21-30589

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                    7

| Debtor's Name | LTL Management LLC | | | Case No. | 21-30589 |

| | | xcix | | | | | |
|---|---|---|---|---|---|---|---|
| | | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $11,167,057 | $120,127,338 | $11,706,567 | $120,105,493 |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ○  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ◉

c. Were any payments made to or on behalf of insiders?  Yes ○  No ◉

d. Are you current on postpetition tax return filings?  Yes ◉  No ○

e. Are you current on postpetition estimated tax payments?  Yes ◉  No ○

f. Were all trust fund taxes remitted on a current basis?  Yes ◉  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ◉  No ○  N/A ○

i. Do you have:  Worker's compensation insurance?  Yes ◉  No ○

    If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

    Casualty/property insurance?  Yes ◉  No ○

    If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

    General liability insurance?  Yes ◉  No ○

    If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ○  No ◉

k. Has a disclosure statement been filed with the court?  Yes ○  No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ◉  No ○

| Debtor's Name | LTL Management LLC | Case No. | 21-30589 |
|---|---|---|---|

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Richard Dickinson | Richard Dickinson |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Financial Officer | 05/01/2023 |
| Title | Date |

| Debtor's Name  LTL Management LLC | | Case No.  21-30589 |
|---|---|---|



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  LTL Management LLC

Case No.  21-30589

Bankruptcy1to50



Bankruptcy51to100

NonBankruptcy1to50



NonBankruptcy51to100

Debtor's Name   LTL Management LLC                                   Case No.   21-30589



PageThree



PageFour

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**MONTHLY OPERATING REPORT**

# GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND DISCLAIMERS REGARDING THE DEBTOR'S MONTHLY OPERATING REPORT

On April 4, 2023, the United States Bankruptcy Court for the District of New Jersey (the "**Bankruptcy Court**") entered an order dismissing the above-referenced chapter 11 case (the "**Chapter 11 Case**") of LTL Management LLC, the debtor (the "**Debtor**"). See Dkt. 3938 (the "**Dismissal Order**"). Pursuant to the Dismissal Order, the Debtor is required to pay the U.S. Trustee any quarterly fees owed through the Date of Dismissal (i.e., April 4, 2023) pursuant to 28 U.S.C. § 1930(a)(6).[1] Dismissal Order ¶ 16. Accordingly, the Debtor, with the assistance of its advisors, is filing this Monthly Operating Report ("**MOR**"), which reflects reporting and events only as of February 27, 2023 through April 2, 2023, with the Bankruptcy Court, consistent with the Dismissal Order, section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). For the avoidance of doubt, this report does not reflect any circumstances or events following the entry of the Dismissal Order.

These *Global Notes and Statements of Limitations and Disclaimers Regarding the Debtor's Monthly Operating Report* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of the MOR. The Global Notes should be referred to, considered, and reviewed in connection with any review of the MOR.

The MOR does not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor is it intended to be fully reconciled with the financial statements of the Debtor.

1.    **General Methodology**: The Debtor is filing this MOR to comply with the applicable reporting requirements in the Chapter 11 Case. The financial information contained herein is unaudited, limited in scope, and as such, has not been subjected to procedures that would typically be applied to financial statements in accordance with GAAP. The MOR should not be relied on by any person for information relating to current or future financial condition, events, or performance of the Debtor or its affiliates, as the results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future. There can be no assurance that such information is complete, and the MOR may be subject to revision. The Global Notes should be referred to, and referenced in connection with, any review of the MOR.

2.    **Basis of Presentation**: The Debtor is maintaining its books and records in accordance with GAAP and the information furnished in this MOR uses the Debtor's accrual method of accounting. In preparing the MOR, the Debtor relied on financial data derived from its books and records that was available at the time of preparation. Nevertheless, in preparing this MOR, the Debtor made reasonable efforts to supplement the information set forth in its books and records with additional information concerning transactions that may not have been identified therein. Subsequent information may result in material changes to the MOR and errors or omissions may exist.

3.    **Reporting Period**: Unless otherwise noted herein, the MOR generally reflects the Debtor's books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period. The Debtor maintains its books and records

---

[1]    On April 4, 2023, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. *See* No. 23-12825, Dkt. 1 (the "**2023 Chapter 11 Case**"). On April 26, 2023, the Debtor filed a motion in the 2023 Chapter 11 Case seeking an order from the Bankruptcy Court authorizing the Debtor to satisfy its obligations under the Dismissal Order [Dkt. 319]. That motion is scheduled to be heard by the Bankruptcy Court on May 22, 2023.

on a 52-week schedule, which accounts for month-end utilizing a 4-4-5 week method, rather than on a calendar month basis. As a result, the reporting period for this MOR is from February 27, 2023 to April 2, 2023.

4.      **Accuracy**: The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against the Debtor should evaluate this financial information in light of the purposes for which it was prepared. The Debtor is not liable for and undertakes no responsibility for any evaluations of the Debtor based on this financial information or any other information.

5.      **Receipts, Accounts Receivable, Postpetition Payables and Funding Agreement**: The Debtor is party to a funding agreement (the "**Funding Agreement**") with Johnson & Johnson Consumer Inc. ("**New JJCI**") and Johnson & Johnson (together with New JJCI, the "**Payors**"). A copy of the Funding Agreement is attached as Annex 2 to the Declaration of John K. Kim in Support of First Day Pleadings [Dkt. 5] (the "**First Day Declaration**"). The amount reported in part 1.b represents fulfillment of the Debtor's funding request by the Payors pursuant to the Funding Agreement. The amount reported in part 2.a. represents: (a) the amount of proposed funding of a qualified settlement fund for payment of talc claims, which, if approved, will be considered pre-funding for Permitted Funding Uses (as such term is defined in the Funding Agreement) and treated as a Payment (as such term is defined in the Funding Agreement) for all purposes; (b) the estimated funding under the Funding Agreement in respect of the accrued amount of postpetition Debtor's and certain of the Official Committee of Talc Claimants' retained professionals' fees during the reporting period, as well as the fees with respect to the Court-appointed expert and his professionals; (c) the estimated funding under the Funding Agreement in respect of amounts payable by the Debtor under the Debtor's secondment agreement (the "**Secondment Agreement**") with Johnson & Johnson Services, Inc. ("**J&J Services**") and the Debtor's services agreement (the "**Services Agreement**") with J&J Services; and (d) the estimated funding under the Funding Agreement, if any, in respect of amounts payable by the Debtor to the Debtor's independent manager. The postpetition payable amount reported in part 2.f. includes the amounts described in (b) and (c) of the immediately preceding sentence. The amount of postpetition professional fees and expenses for retained professionals includes the total amount of fees and expenses set forth in a filed monthly fee statement. Postpetition professional fees remain subject to further reconciliation and, as to retained professionals, the requirements of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. 761], and the Debtor reserves all rights to object to any fees and expenses requested by any professional. The amount in part 2.a. does not reflect any other amounts that the Debtor may be entitled to under the Funding Agreement. The Services Agreement and the Secondment Agreement are described in the First Day Declaration.

6.      **Total Current Assets and Total Assets**: The amount reported in part 2.d. represents the amount of the Debtor's accounts receivable reported in part 2.a. plus the amount of the Debtor's cash as of April 2, 2023.  The amount reported as a Prepaid Expense in the Debtor's balance sheet represents retainers paid to Ernst & Young and Cassels Brock & Blackwell LLP for their roles in the proceedings commenced on December 17, 2021, pursuant to Part IV of the Companies' Creditors Arrangement Act (Canada) R.S.C. 1985, c. C-36s (the "**Canadian Proceedings**"). See Dkt. 546. There is a *de minimis* receivable on account of reimbursement due from Patterson Belknap Webb & Tyler LLP as a result of certain amounts paid by the Debtor that were subsequently determined not to have been owed. No amounts are reported in part 2.e. with respect to certain pre-petition amounts paid by Johnson & Johnson on behalf of the Debtor on which Johnson & Johnson is also obligated, because the Debtor believes it will owe Johnson & Johnson in respect of those amounts pursuant to an indemnity or otherwise. Such amounts are included in the Debtor's balance sheet as a liability in the Liabilities Subject to Compromise line item. This line item is discussed further below in the note regarding Prepetition Unsecured Debt, Liabilities Subject to Compromise, and Due to Affiliate. Any additional amounts available to the Debtor under the Funding Agreement are not reflected in the reported assets. The amount reported on the balance sheet as Due from Subsidiary represents the amount due from Royalty A&M LLC ("**RAM**") to the Debtor in connection with the Secondment Agreement.

7.      **Prepetition Unsecured Debt, Liabilities Subject to Compromise ("LSTC") and Due to Affiliate**: The Due to Affiliate line item in the attached balance sheet represents amounts due to J&J Services from the Debtor in connection with the Secondment and/or Services Agreements and are reported in parts 2.f., 2.j. and 2.n. The amount

reported in part 2.m. and as LSTC in the attached balance sheet represents the total amount of prepetition professionals fees on the Debtor's books and records. This amount differs from the total amount reported by professionals in their retention applications. The total amount reported by professionals exceeds the amount reflected in the Debtor's books and records, and may include amounts not invoiced to the Debtor as of the commencement of the Chapter 11 Case or other amounts potentially not payable by the Debtor. Amounts reported as Prepetition Unsecured Debt or LSTC do not include any amount for the Debtor's talc-related liability. Prepetition liabilities that are subject to compromise under ASC 852 are preliminary and may be subject to, among other things, future adjustments depending on Court actions, further developments with respect to disputed claims, rejection of executory contracts, continued reconciliation or other events.

8.      **Insurance**: The Debtor is an additional insured on various types of insurance maintained by its ultimate parent company, Johnson & Johnson (collectively, the "**J&J Insurance Policies**"). Insurance coverage includes workers' compensation coverage, casualty/property insurance and general liability insurance as reported in part 7.i.

9.      **Amounts Reported in Part 4:** The Debtor did not have income during the reporting period. However, the Debtor received funding of $9,300,000 under the Funding Agreement, which has been reflected as a contra expense in part 4.f, pursuant to the Funding Agreement. Further funding, if necessary, will be available under the Funding Agreement to satisfy the Debtor's expenses, including those reported in part 4. See notes regarding Receipts, Accounts Receivable, Postpetition Payables and Funding Agreement above. The amount reported in part 4.f. reflects amounts incurred under the Services Agreement. These expenses are also reported in the attached Statement of Operations (Profit or Loss Statement). The amount reported in part 4.e. as general and administrative expenses represents amounts incurred under the Secondment Agreement. The amount reported in part 4.j. represents the estimated accrued amount of postpetition professionals' fees during the reporting period and includes postpetition professionals' fees for the Debtor's and the Official Committee of Talc Claimants' retained professionals. ASC 852 requires expenses and income directly associated with the Chapter 11 Case to be reported separately in the income statement as reorganization items. Reorganization items primarily include expenses related to legal advisory and representation services, other professional consulting and advisory services, and changes in liabilities subject to compromise recognized as there are changes in amounts expected to be allowed as claims. Nothing contained in this MOR shall constitute a waiver of the Debtor's rights or an admission with respect to the Chapter 11 Case, including, but not limited to, matters involving objections to claims, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of Title 11 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

10.      **Professional Fees and Expenses:** On November 4, 2021, the United States Bankruptcy Court for the Western District of North Carolina entered an order authorizing the Debtor to employ Epiq Corporate Restructuring, LLC ("Epiq") as Claims, Noticing and Ballot Agent [Dkt. 320]. Although Epiq is not a professional of the Debtor and is not subject to the compensation procedures for retained professionals, the Debtor has included amounts paid to Epiq in part 5.a. In addition, the amount reported for Sills Cummis & Gross P.C. in part 5.b. as paid cumulative reflects a refund of $1,585.00 received by the Debtor for amounts inadvertently charged to the Debtor. The amount in part 5.c includes amounts that the Debtor paid to Ernst & Young in connection with its role in the Canadian Proceedings, as well as amounts that the Debtor paid to the court-appointed Fee Examiner [Dkt. 1922] and his counsel [Dkts. 1966, 1967] in connection with the Chapter 11 Case. The amount in part 5.c does not include amounts paid to the court-appointed Federal Rule of Evidence 706 expert [Dkt. 2881].

11.      **Intercompany Transactions and Balances:** Prior to the Petition Date (and subsequent to the Petition Date), the Debtor engaged (and continues to engage) in certain intercompany transactions. Intercompany transactions between the Debtor and its non-Debtor affiliate entities are reported in the statement of cash receipts and disbursements, the balance sheet and statement of income (loss) contained herein.

12.      **Reservation of Rights:** The Debtor reserves all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate, but shall be under no obligation to do so. Nothing contained in this MOR shall constitute a waiver of the Debtor's rights or an admission with respect to the Chapter 11 Case.

| In re | **LTL Management LLC** | **Case No.** | | **21-30589 (MBK)** |
|---|---|---|---|---|
| | Debtor | **Reporting Period:** | | **February 27 - April 2, 2023** |

### DEBTOR'S SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| *Dollars in Millions* | **LTL Management LLC**<br>**Acct. 3987** |
|---|---|
| Receipts | |
| Intercompany Receipts | $                          9.30 |
| Receipts from Subsidiary | 0.04 |
| Other Receipts | 0.00 |
| **Total Receipts** | **9.34** |
| Operating Expenses | |
| G&A | (3.41) |
| Income Tax | - |
| **Total Operating Expense** | **(3.41)** |
| Non-Operating Expenses | |
| Professional Fees | (11.71) |
| Intercompany Transfers | - |
| UST Fees | - |
| **Total Non-Operating Expenses** | **(11.71)** |
| **Total Disbursements** | **(15.12)** |
| **Change in Cash** | |
| Beginning Cash (Book) | 15.78 |
| Net Cash Flow | (5.78) |
| **Ending Cash (Book)** | $                        10.00 |

| In re | **LTL Management LLC** | **Case No.** | **21-30589 (MBK)** |
|---|---|---|---|
| | Debtor | **Reporting Period:** | **February 27 - April 2, 2023** |

<table>
<tr><td colspan="3" align="center">**LTL Management LLC**<br><br>**Balance Sheet**<br>*(Dollars in Millions)*</td></tr>
</table>

| **Assets** | October 14, 2021 | April 2, 2023 |
|---|---|---|
| Current Assets | | |
| Cash | $       6.00 | $       10.00 |
| Prepaid Expense | - | 0.12 |
| All Other Miscellaneous Receivables | - | 0.00 |
| Due From Subsidiary | - | 0.02 |
| Due From Parent | 2,000.00 | 2,011.68 |
| Total Current Assets | 2,006.00 | 2,021.83 |
| Investment in Subsidiary | 367.13 | 367.13 |
| **Total Assets** | $    2,373.13 | $    2,388.95 |
| **Liabilities & Shareholders Equity** | | |
| Accounts Payable & Accrued Liabilities | - | 16.85 |
| Due to Affiliate | - | 0.31 |
| Liabilities Subject to Compromise | 8.28 | 8.06 |
| **Total Liabilities** | $       8.28 | $       25.23 |
| Shareholders Equity | | |
| Paid in Capital | 2,373.13 | 2,373.13 |
| Accumulated Deficit | (8.28) | (9.40) |
| **Total Shareholders Equity** | $    2,364.85 | $    2,363.73 |
| **Total Liabilities & Shareholders Equity** | $    2,373.13 | $    2,388.95 |

In re  **LTL Management LLC**                          **Case No.**                          **21-30589 (MBK)**
      Debtor                                   **Reporting Period:**          **February 27 - April 2, 2023**

| | | |
|---|---|---|
| | **LTL Management LLC** | |
| | **Statement of Operations (Profit or Loss Statement)** | |
| | ***(Dollars in Millions)*** | |
| | October 14, 2021 - April 2, 2023 | February 27, 2023 - April 2, 2023 |
| **Income** | | |
| Total Income | $                    - | $                    - |
| | | |
| **Expenses** | | |
| Financial Services | 0.17 | 0.01 |
| General & Administrative | 1.72 | 0.13 |
| Other Postpetition Legal Expenses | 1.47 | - |
| Contra Expense | (137.10) | (9.30) |
| | | |
| **Earnings Before Reorganization Items** | **133.74** | **9.16** |
| | | |
| **Reorganization Items** | | |
| Legal Expenses | 145.42 | 10.59 |
| | | |
| **Income/(Loss) Before Provision for Taxes** | (11.68) | (1.44) |
| Provision for Taxes on Income/(Loss) | - | - |
| **Net Income/(Loss)** | $              (11.68) | $              (1.44) |

| In re | LTL Management LLC | Case No. | 21-30589 (MBK) |
|---|---|---|---|
| | Debtor | Reporting Period: | February 27 - April 2, 2023 |

| Cash Disbursement Schedule | | |
|---|---|---|
| **Date** | **Counterparty** | **Amount** |
| **i. Professional Fee Disbursements** | | |
| 3/1/2023 | Anderson Kill PC | $ 195,370.55 |
| 3/1/2023 | Ernst Young LLP | $ 53,113.75 |
| 3/1/2023 | Genova Burns LLP | $ 90,688.21 |
| 3/1/2023 | Massey Gail LLP | $ 35,412.34 |
| 3/1/2023 | Otterbourg PC | $ 231,943.94 |
| 3/1/2023 | Patterson Belknap Webb & Tyler LLP | $ 10,261.00 |
| 3/1/2023 | Tucker Ellis & West LLP | $ 893.15 |
| 3/3/2023 | Brown Rudnick LLP | $ 686,349.21 |
| 3/6/2023 | AlixPartners, LLP | $ 32,472.60 |
| 3/6/2023 | Anderson Kill PC | $ 151,159.45 |
| 3/6/2023 | Bailey Glasser LLP | $ 75,517.75 |
| 3/6/2023 | Bates White, LLC | $ 344,189.90 |
| 3/6/2023 | Bernstein Shur Sawyer & Nelson P.A. | $ 77,236.40 |
| 3/6/2023 | Brown Rudnick LLP | $ 488,832.37 |
| 3/6/2023 | Genova Burns LLP | $ 85,320.50 |
| 3/6/2023 | Jones Day | $ 1,099,703.15 |
| 3/6/2023 | King Spalding LLP | $ 41,997.08 |
| 3/6/2023 | Massey Gail LLP | $ 87,569.55 |
| 3/6/2023 | McCarter English, LLP | $ 47,484.61 |
| 3/6/2023 | McCarter English, LLP | $ 13,280.34 |
| 3/6/2023 | Otterbourg PC | $ 210,093.70 |
| 3/6/2023 | Randi S. Ellis LLC | $ 3,446.63 |
| 3/6/2023 | Skadden Arps Slate Meagher Flom, LLC | $ 138,355.92 |
| 3/6/2023 | Traurig Law LLC | $ 2,133.50 |
| 3/6/2023 | Walsh Pizzi O'Reilly Falanga LLP | $ 171,578.90 |
| 3/6/2023 | Wollmuth Maher Deutsch LLP | $ 101,371.90 |
| 3/7/2023 | Miller Thomson LLP in Trust | $ 60,825.82 |
| 3/7/2023 | Shook Hardy Bacon LLP | $ 125,533.14 |
| 3/10/2023 | Blake Cassels Graydon LLP | $ 6,434.76 |
| 3/10/2023 | Parkins Lee Rubio LLP | $ 58,456.97 |
| 3/13/2023 | AlixPartners, LLP | $ 27,900.80 |
| 3/13/2023 | Bates White, LLC | $ 446,755.20 |
| 3/13/2023 | Gilbert LLP | $ 19,355.57 |
| 3/13/2023 | Houlihan Lokey Capital, Inc. | $ 140,000.00 |
| 3/13/2023 | Houlihan Lokey Capital, Inc. | $ 139,693.93 |
| 3/13/2023 | Monzack Mersky and Browder PA | $ 12,000.65 |
| 3/13/2023 | Orrick, Herrington & Sutcliffe, LLP | $ 47,541.35 |
| 3/13/2023 | Randi S. Ellis LLC | $ 63,699.37 |
| 3/13/2023 | Randi S. Ellis LLC | $ 34,051.60 |
| 3/13/2023 | Sherman Silverstein Kohl Rose & Podolsky, P.A. | $ 1,731.00 |
| 3/13/2023 | Shook Hardy Bacon LLP | $ 26,149.83 |
| 3/13/2023 | Walsh Pizzi O'Reilly Falanga LLP | $ 144,871.35 |
| 3/13/2023 | Weil, Gotshal Manges, LLP | $ 25,817.82 |
| 3/13/2023 | Weil, Gotshal Manges, LLP | $ 21,666.79 |
| 3/14/2023 | Miller Thomson LLP in Trust | $ 40,631.89 |
| 3/15/2023 | Weil, Gotshal Manges, LLP | $ 3,617.60 |

| In re | **LTL Management LLC** | Case No. | 21-30589 (MBK) |
|---|---|---|---|
| | Debtor | Reporting Period: | February 27 - April 2, 2023 |

| **Cash Disbursement Schedule** | | |
|---|---|---|
| **Date** | **Counterparty** | **Amount** |
| 3/17/2023 | Berkeley Research Group LLC | $ 96,185.20 |
| 3/17/2023 | Bernstein Shur Sawyer & Nelson P.A. | $ 60,483.20 |
| 3/17/2023 | FTI Consulting, Inc. | $ 768,856.16 |
| 3/17/2023 | Jones Day | $ 872,912.07 |
| 3/17/2023 | The Brattle Group Inc. | $ 78,450.55 |
| 3/17/2023 | The Brattle Group Inc. | $ 66,958.00 |
| 3/17/2023 | Traurig Law LLC | $ 884.00 |
| 3/20/2023 | Epiq Corporate Restructuring LLC | $ 54,426.62 |
| 3/20/2023 | Hogan Lovells US LLP | $ 276,533.86 |
| 3/20/2023 | McCarter English, LLP | $ 45,382.82 |
| 3/27/2023 | Blake Cassels Graydon LLP | $ 13,583.12 |
| 3/28/2023 | Anderson Kill PC | $ 94,424.41 |
| 3/28/2023 | Bailey Glasser LLP | $ 34,021.78 |
| 3/28/2023 | Bederson LLP | $ 5,761.40 |
| 3/28/2023 | Bernstein Shur Sawyer & Nelson P.A. | $ 360.00 |
| 3/28/2023 | Brown Rudnick LLP | $ 701,678.22 |
| 3/28/2023 | Faegre Drinker Biddle & Reath LLP | $ 1,524.00 |
| 3/28/2023 | Genova Burns LLP | $ 77,723.20 |
| 3/28/2023 | Jones Day | $ 928,655.13 |
| 3/28/2023 | Jones Day | $ 858,184.47 |
| 3/28/2023 | Manning Gross + Massenburg LLP | $ 1,919.00 |
| 3/28/2023 | Manning Gross + Massenburg LLP | $ 586.00 |
| 3/28/2023 | MoloLamken LLP | $ 27,238.40 |
| 3/28/2023 | Parkins Lee Rubio LLP | $ 38,996.00 |
| 3/28/2023 | Skadden Arps Slate Meagher Flom, LLC | $ 243,723.50 |
| 3/28/2023 | Wollmuth Maher Deutsch LLP | $ 178,484.21 |
| 3/30/2023 | Ernst Young LLP | $ 53,067.18 |
| 3/30/2023 | Houlihan Lokey Capital, Inc. | $ 140,000.00 |
| 3/30/2023 | Miller Thomson LLP in Trust | $ 22,696.52 |
| 3/30/2023 | The Brattle Group Inc. | $ 40,356.00 |
| **Total Professional Fee Disbursements** | | **$ 11,706,566.86** |
| | | |
| **ii. Miscellaneous Other Disbursements** | | |
| 3/1/2023 | The Law Offices of Kenneth Feinberg | $ 500,000.00 |
| 3/20/2023 | The Law Offices of Kenneth Feinberg | $ 2,139,381.50 |
| 3/28/2023 | Johnson Johnson Services Inc. | $ 242,058.86 |
| 3/28/2023 | Lighthouse Technologies, Inc. | $ 25,750.60 |
| 3/28/2023 | The Law Offices of Kenneth Feinberg | $ 500,000.00 |
| 3/28/2023 | Triality LLC | $ 5,365.50 |
| **Total Miscellaneous Other Disbursements** | | **$ 3,412,556.46** |
| | | |
| **Total Cash Disbursements** | | **$ 15,119,123.32** |

## Account Activity Report

**Company:** LTL Management LLC
**Requestor :**
**Run Date :** 20-Apr-2023 09:51:39 EDT
**Query Range:** 27-Feb-2023 - 31-Mar-2023

**BANK OF AMERICA**

**Bank of America, North Carolina** |
Account | LTL Management LLC (USD)

| Date | Description | Transaction | Amount | Ledger Balance |
|---|---|---|---|---|
| 30-Mar-2023 | WIRE TYPE:BOOK OUT DATE:033023 T | Outgoing Internl Money Trnsfr (491) | (140,000.00) | 10,002,717.23 |
| 30-Mar-2023 | WIRE TYPE:WIRE OUT DATE:033023 | Outgoing Money Transfer Debit (495) | (40,356.00) | 10,142,717.23 |
| 30-Mar-2023 | WIRE TYPE:FX OUT DATE:033023 TIM | International Money Trnsfr DR (508) | (53,067.18) | 10,183,073.23 |
| 30-Mar-2023 | WIRE TYPE:FX OUT DATE:033023 TIM | International Money Trnsfr DR (508) | (22,696.52) | 10,236,140.41 |
| 28-Mar-2023 | WIRE TYPE:BOOK IN DATE:032823 TI | Incoming Internl Money Trnsfr (191) | 36,296.74 | 10,258,836.93 |
| 28-Mar-2023 | WIRE TYPE:BOOK OUT DATE:032823 T | Outgoing Internl Money Trnsfr (491) | (500,000.00) | 10,222,540.19 |
| 28-Mar-2023 | WIRE TYPE:BOOK OUT DATE:032823 T | Outgoing Internl Money Trnsfr (491) | (242,058.86) | 10,722,540.19 |
| 28-Mar-2023 | WIRE TYPE:BOOK OUT DATE:032823 T | Outgoing Internl Money Trnsfr (491) | (25,750.60) | 10,964,599.05 |
| 28-Mar-2023 | WIRE TYPE:BOOK OUT DATE:032823 T | Outgoing Internl Money Trnsfr (491) | (5,365.50) | 10,990,349.65 |
| 28-Mar-2023 | WIRE TYPE:BOOK OUT DATE:032823 T | Outgoing Internl Money Trnsfr (491) | (1,919.00) | 10,995,715.15 |
| 28-Mar-2023 | WIRE TYPE:BOOK OUT DATE:032823 T | Outgoing Internl Money Trnsfr (491) | (586.00) | 10,997,634.15 |
| 28-Mar-2023 | WIRE TYPE:WIRE OUT DATE:032823 | Outgoing Money Transfer Debit (495) | (928,655.13) | 10,998,220.15 |
| 28-Mar-2023 | WIRE TYPE:WIRE OUT DATE:032823 | Outgoing Money Transfer Debit (495) | (858,184.47) | 11,926,875.28 |
| 28-Mar-2023 | WIRE TYPE:WIRE OUT DATE:032823 | Outgoing Money Transfer Debit (495) | (701,678.22) | 12,785,059.75 |
| 28-Mar-2023 | WIRE TYPE:WIRE OUT DATE:032823 | Outgoing Money Transfer Debit (495) | (243,723.50) | 13,486,737.97 |
| 28-Mar-2023 | WIRE TYPE:WIRE OUT DATE:032823 | Outgoing Money Transfer Debit (495) | (178,484.21) | 13,730,461.47 |
| 28-Mar-2023 | WIRE TYPE:WIRE OUT DATE:032823 | Outgoing Money Transfer Debit (495) | (94,424.41) | 13,908,945.68 |
| 28-Mar-2023 | WIRE TYPE:WIRE OUT DATE:032823 | Outgoing Money Transfer Debit (495) | (77,723.20) | 14,003,370.09 |
| 28-Mar-2023 | WIRE TYPE:WIRE OUT DATE:032823 | Outgoing Money Transfer Debit (495) | (38,996.00) | 14,081,093.29 |
| 28-Mar-2023 | WIRE TYPE:WIRE OUT DATE:032823 | Outgoing Money Transfer Debit (495) | (34,021.78) | 14,120,089.29 |
| 28-Mar-2023 | WIRE TYPE:WIRE OUT DATE:032823 | Outgoing Money Transfer Debit (495) | (27,238.40) | 14,154,111.07 |
| 28-Mar-2023 | WIRE TYPE:WIRE OUT DATE:032823 | Outgoing Money Transfer Debit (495) | (5,761.40) | 14,181,349.47 |
| 28-Mar-2023 | WIRE TYPE:WIRE OUT DATE:032823 | Outgoing Money Transfer Debit (495) | (1,524.00) | 14,187,110.87 |
| 28-Mar-2023 | WIRE TYPE:WIRE OUT DATE:032823 | Outgoing Money Transfer Debit (495) | (360.00) | 14,188,634.87 |
| 27-Mar-2023 | WIRE TYPE:FX OUT DATE:032723 TIM | International Money Trnsfr DR (508) | (13,583.12) | 14,188,994.87 |
| 24-Mar-2023 | WIRE TYPE:BOOK IN DATE:032423 TI | Incoming Internl Money Trnsfr (191) | 9,300,000.00 | 14,202,577.99 |
| 20-Mar-2023 | WIRE TYPE:BOOK OUT DATE:032023 T | Outgoing Internl Money Trnsfr (491) | (2,139,381.50) | 4,902,577.99 |

| 20-Mar-2023 | WIRE TYPE:WIRE OUT DATE:032023 T | Outgoing Money Transfer Debit (495) | (276,533.86) | 7,041,959.49 |
|---|---|---|---|---|
| 20-Mar-2023 | WIRE TYPE:WIRE OUT DATE:032023 T | Outgoing Money Transfer Debit (495) | (54,426.62) | 7,318,493.35 |
| 20-Mar-2023 | WIRE TYPE:WIRE OUT DATE:032023 T | Outgoing Money Transfer Debit (495) | (45,382.82) | 7,372,919.97 |
| 17-Mar-2023 | WIRE TYPE:BOOK OUT DATE:031723 T | Outgoing Internl Money Trnsfr (491) | (768,856.16) | 7,418,302.79 |
| 17-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031723 T | Outgoing Money Transfer Debit (495) | (872,912.07) | 8,187,158.95 |
| 17-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031723 T | Outgoing Money Transfer Debit (495) | (96,185.20) | 9,060,071.02 |
| 17-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031723 T | Outgoing Money Transfer Debit (495) | (78,450.55) | 9,156,256.22 |
| 17-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031723 T | Outgoing Money Transfer Debit (495) | (66,958.00) | 9,234,706.77 |
| 17-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031723 T | Outgoing Money Transfer Debit (495) | (60,483.20) | 9,301,664.77 |
| 17-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031723 T | Outgoing Money Transfer Debit (495) | (884.00) | 9,362,147.97 |
| 15-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031523 T | Outgoing Money Transfer Debit (495) | (3,617.60) | 9,363,031.97 |
| 14-Mar-2023 | WIRE TYPE:FX OUT DATE:031423 TIM | International Money Trnsfr DR (508) | (40,631.89) | 9,366,649.57 |
| 13-Mar-2023 | WIRE TYPE:BOOK OUT DATE:031323 T | Outgoing Internl Money Trnsfr (491) | (140,000.00) | 9,407,281.46 |
| 13-Mar-2023 | WIRE TYPE:BOOK OUT DATE:031323 T | Outgoing Internl Money Trnsfr (491) | (139,693.93) | 9,547,281.46 |
| 13-Mar-2023 | WIRE TYPE:BOOK OUT DATE:031323 T | Outgoing Internl Money Trnsfr (491) | (27,900.80) | 9,686,975.39 |
| 13-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031323 T | Outgoing Money Transfer Debit (495) | (446,755.20) | 9,714,876.19 |
| 13-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031323 T | Outgoing Money Transfer Debit (495) | (144,871.35) | 10,161,631.39 |
| 13-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031323 T | Outgoing Money Transfer Debit (495) | (63,699.37) | 10,306,502.74 |
| 13-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031323 T | Outgoing Money Transfer Debit (495) | (47,541.35) | 10,370,202.11 |
| 13-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031323 T | Outgoing Money Transfer Debit (495) | (34,051.60) | 10,417,743.46 |
| 13-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031323 T | Outgoing Money Transfer Debit (495) | (26,149.83) | 10,451,795.06 |
| 13-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031323 T | Outgoing Money Transfer Debit (495) | (25,817.82) | 10,477,944.89 |
| 13-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031323 T | Outgoing Money Transfer Debit (495) | (21,666.79) | 10,503,762.71 |
| 13-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031323 T | Outgoing Money Transfer Debit (495) | (19,355.57) | 10,525,429.50 |
| 13-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031323 T | Outgoing Money Transfer Debit (495) | (12,000.65) | 10,544,785.07 |
| 13-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031323 T | Outgoing Money Transfer Debit (495) | (1,731.00) | 10,556,785.72 |
| 10-Mar-2023 | WIRE TYPE:WIRE OUT DATE:031023 T | Outgoing Money Transfer Debit (495) | (58,456.97) | 10,558,516.72 |
| 10-Mar-2023 | WIRE TYPE:FX OUT DATE:031023 TIM | International Money Trnsfr DR (508) | (6,434.76) | 10,616,973.69 |
| 07-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030723 T | Outgoing Money Transfer Debit (495) | (125,533.14) | 10,623,408.45 |
| 07-Mar-2023 | WIRE TYPE:FX OUT DATE:030723 TIM | International Money Trnsfr DR (508) | (60,825.82) | 10,748,941.59 |
| 06-Mar-2023 | WIRE TYPE:BOOK OUT DATE:030623 | Outgoing Internl Money Trnsfr (491) | (32,472.60) | 10,809,767.41 |

| | T | | | |
|---|---|---|---|---|
| 06-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030623 T | Outgoing Money Transfer Debit (495) | (1,099,703.15) | 10,842,240.01 |
| 06-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030623 T | Outgoing Money Transfer Debit (495) | (488,832.37) | 11,941,943.16 |
| 06-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030623 T | Outgoing Money Transfer Debit (495) | (344,189.90) | 12,430,775.53 |
| 06-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030623 T | Outgoing Money Transfer Debit (495) | (210,093.70) | 12,774,965.43 |
| 06-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030623 T | Outgoing Money Transfer Debit (495) | (171,578.90) | 12,985,059.13 |
| 06-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030623 T | Outgoing Money Transfer Debit (495) | (151,159.45) | 13,156,638.03 |
| 06-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030623 T | Outgoing Money Transfer Debit (495) | (138,355.92) | 13,307,797.48 |
| 06-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030623 T | Outgoing Money Transfer Debit (495) | (101,371.90) | 13,446,153.40 |
| 06-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030623 T | Outgoing Money Transfer Debit (495) | (87,569.55) | 13,547,525.30 |
| 06-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030623 T | Outgoing Money Transfer Debit (495) | (85,320.50) | 13,635,094.85 |
| 06-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030623 T | Outgoing Money Transfer Debit (495) | (77,236.40) | 13,720,415.35 |
| 06-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030623 T | Outgoing Money Transfer Debit (495) | (75,517.75) | 13,797,651.75 |
| 06-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030623 T | Outgoing Money Transfer Debit (495) | (47,484.61) | 13,873,169.50 |
| 06-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030623 T | Outgoing Money Transfer Debit (495) | (41,997.08) | 13,920,654.11 |
| 06-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030623 T | Outgoing Money Transfer Debit (495) | (13,280.34) | 13,962,651.19 |
| 06-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030623 T | Outgoing Money Transfer Debit (495) | (3,446.63) | 13,975,931.53 |
| 06-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030623 T | Outgoing Money Transfer Debit (495) | (2,133.50) | 13,979,378.16 |
| 03-Mar-2023 | LIGHTHOUSE DOCUM DES:PAYABLES | Preauthorized ACH Credit (165) | 1,233.16 | 13,981,511.66 |
| 03-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030323 T | Outgoing Money Transfer Debit (495) | (686,349.21) | 13,980,278.50 |
| 01-Mar-2023 | WIRE TYPE:BOOK OUT DATE:030123 T | Outgoing Internl Money Trnsfr (491) | (500,000.00) | 14,666,627.71 |
| 01-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030123 T | Outgoing Money Transfer Debit (495) | (231,943.94) | 15,166,627.71 |
| 01-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030123 T | Outgoing Money Transfer Debit (495) | (195,370.55) | 15,398,571.65 |
| 01-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030123 T | Outgoing Money Transfer Debit (495) | (90,688.21) | 15,593,942.20 |
| 01-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030123 T | Outgoing Money Transfer Debit (495) | (35,412.34) | 15,684,630.41 |
| 01-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030123 T | Outgoing Money Transfer Debit (495) | (10,261.00) | 15,720,042.75 |
| 01-Mar-2023 | WIRE TYPE:WIRE OUT DATE:030123 T | Outgoing Money Transfer Debit (495) | (893.15) | 15,730,303.75 |
| 01-Mar-2023 | WIRE TYPE:FX OUT DATE:030123 TIM | International Money Trnsfr DR (508) | (53,113.75) | 15,731,196.90 |

| In re | **LTL Management LLC** | Case No. | **21-30589 (MBK)** |
|---|---|---|---|
| | Debtor | Reporting Period: | **February 27 - April 2, 2023** |

**Royalty A&M LLC**

**Balance Sheet**
*(Dollars in Millions)*

| | October 14, 2021 | April 2, 2023 |
|---|---|---|
| **Assets** | | |
| Current Assets | | |
| Cash | $ - | $ 40.08 |
| Other Receivable – Royalties[1] | - | 35.28 |
| Total Current Assets | - | 75.36 |
| Intangible Assets, Net of Amortization | 367.13 | 331.51 |
| **Total Assets** | $ 367.13 | $ 406.86 |
| **Liabilities & Shareholders Equity** | | |
| Accrued Liabilities | - | - |
| Due to LTL Mgmt. | - | 0.02 |
| Due to Affiliate | - | 0.00 |
| Accrued Taxes | - | - |
| **Total Liabilities** | $ - | $ 0.03 |
| Shareholders Equity | | |
| Paid in Capital | 367.13 | 367.13 |
| Retained Earnings | - | 39.71 |
| **Total Shareholders Equity** | $ 367.13 | $ 406.84 |
| **Total Liabilities & Shareholders Equity** | $ 367.13 | $ 406.86 |

[1] Amounts reported are estimates, and subject to reconciliation to future sales results.

| In re | **LTL Management LLC** | Case No. | **21-30589 (MBK)** |
|---|---|---|---|
| | Debtor | Reporting Period: | **February 27 - April 2, 2023** |

<table>
<tr><td colspan="3" align="center">**Royalty A&M LLC**</td></tr>
<tr><td colspan="3" align="center">**Statement of Earnings**<br>*(Dollars in Millions)*</td></tr>
<tr><td></td><td align="center">October 14, 2021 - April 2, 2023</td><td align="center">February 27, 2023 - April 2, 2023</td></tr>
<tr><td>Royalty Income</td><td>$ 106.16</td><td>$ 6.45</td></tr>
<tr><td>Financial Services</td><td>0.13</td><td>0.00</td></tr>
<tr><td>General & Administrative</td><td>1.19</td><td>0.02</td></tr>
<tr><td>Intangibles Amortization</td><td>65.13</td><td>1.70</td></tr>
<tr><td></td><td>-</td><td></td></tr>
<tr><td>**Income Before Provision for Taxes**</td><td>39.71</td><td>4.73</td></tr>
<tr><td>Provision for Taxes on Income</td><td>-</td><td>-</td></tr>
<tr><td>**Net Income**</td><td>$ 39.71</td><td>$ 4.73</td></tr>
</table>