# TCC TRIAL EXHIBIT 909 - FILED UNDER SEAL