**In the Matter Of:**

*IN RE LTL Management LLC*

*ADAM PULASKI*

*April 15, 2023*



### Page 1

```
 1              UNITED STATES BANKRUPTCY COURT
 2                 DISTRICT OF NEW JERSEY
 3
 4   In Re:  Chapter 11
 5   LTL MANAGEMENT, LLC,    Case No. 23-12825 (MBK)
 6               Debtor.
 7   _____/
 8             ORAL VIDEOTAPED DEPOSITION
 9                   ADAM PULASKI
10                  APRIL 15, 2023
11                  "CONFIDENTIAL"
12                      - - -
13
14             Oral sworn videotaped deposition of
15   ADAM PULASKI, taken remotely, before Patricia R.
16   Frank, Registered Merit Reporter, Certified
17   Realtime Reporter, and Notary Public, commencing
18   at 9:40 a.m. EDT, on the above date.
19
20
21
22
23
24
25   Lexitas Job No. 892935
```

### Page 2

```
 1   A P P E A R A N C E S:
 2   (All parties appearing remotely)
 3
     PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE
 4   OF TALC CLAIMANTS:
 5       OTTERBOURG P.C.
         BY: RICHARD G. HADDAD, ESQUIRE
 6           MELANIE L. CYGANOWSKI, ESQUIRE
             DAVID A. CASTLEMAN, ESQUIRE
 7       230 Park Avenue
         New York, NY 10169-0075
 8       212.661.9100
         rhaddad@otterbourg.com
 9       mcyganowski@otterbourg.com
         dcastleman@otterbourg.com
10
         BROWN RUDNICK LLP
11       BY: MICHAEL S. WINOGRAD, ESQUIRE
             GERARD T. CICERO, ESQUIRE
12       7 Times Square
         New York, NY 10036
13       212.209.4800
         mwinograd@brownrudnick.com
14       gcicero@brownrudnick.com
15
     ATTORNEYS FOR THE WITNESS:
16
         DALY & BLACK, P.C.
17       BY: JOHN BLACK, ESQUIRE
         2211 Norfolk Street, Suite 800
18       Houston, TX 77098
         713.655.1405
19       jblack@dalyblack.com
20
     ATTORNEYS FOR THE DEBTOR:
21
         JONES DAY
22       BY: DAVID S. TORBORG, ESQUIRE
         51 Louisiana Avenue, N.W.
23       Washington, D.C. 20001-2113
         202.879.3939
24       dtorborg@jonesday.com
25   (Appearances cont'd. on next page)
```

### Page 3

```
 1   (Appearances cont'd.)
 2   ATTORNEYS FOR THE DEBTOR:
 3       JONES DAY
         BY: JAMES M. JONES, ESQUIRE
 4       250 Vesey Street
         New York, NY 10281
 5       212.326.7838
         jmjones@jonesday.com
 6
 7   ATTORNEYS FOR JOHNSON & JOHNSON:
 8       WHITE & CASE LLP
         BY: MATTHEW E. LINDER, ESQUIRE
 9       111 South Wacker Drive
         Suite 5100
10       Chicago IL 60606-4302
         312.881.5421
11       mlinder@whitecase.com
12   ATTORNEYS FOR ARNOLD & ITKIN:
13
         PACHULSKI, STANG, ZIEHL & JONES LLP
14       BY: PETER J. KEANE, ESQUIRE
             LAURA DAVIS JONES, ESQUIRE
15       919 North Market Street, 17th Floor
         Wilmington, DE 19801
16       302.652.4100
         pkeane@pszjlaw.com
17       ljones@pszjlaw.com
18
     ATTORNEYS FOR THE TCC:
19
         GOLOMB SPIRT GRUNFELD PC
20       BY: RICHARD GOLOMB, ESQUIRE
         1835 Market Street, Suite 2900
21       Philadelphia, PA 19103
         215.985.9177
22       rgolomb@golomblegal.com
23
24
25   (Appearances cont'd. on next page)
```

### Page 4

```
 1   (Appearances cont'd.)
 2
     ATTORNEYS FOR TCC 1:
 3
         MOTLEY RICE LLC
 4       BY: DANIEL LAPINSKI, ESQUIRE
         210 Lake Drive East
 5       Suite 101
         Cherry Hill, NJ 08002
 6       856.382.4670
         dlapinski@motleyrice.com
 7
         MOTLEY RICE LLC
 8       JAMES A. BADEN, IV, ESQUIRE
         23 Bridgeside Boulevard
 9       Mount Pleasant, SC 29464
         843.216.9000
10       jbaden@motleyrice.com
11
     ATTORNEYS FOR VARIOUS TALC CLAIMANTS:
12
         LEVY KONIGSBERG LLP
13       BY: JEROME H. BLOCK, ESQUIRE
         605 Third Avenue, 33rd Floor
14       New York, NY 10158
         800.315.3806
15       jblock@levylaw.com
16       LAW OFFICES OF MITCHELL J. MALZBERG, LLC
         BY: MITCHELL J. MALZBERG, ESQUIRE
17       6 E. Main Street, Suite 7
         Clinton, NJ 08809
18       908.323.2958
         mmalzberg@mjmalzberglaw.com
19
         WATTS GUERRA LLC
20       BY: MIKAL WATTS, ESQUIRE
         15 Calle 2, Suite 410
21       Guaynabo, PR 00966
         mcwatts@wattsguerra.com
22
23
24
25   (Appearances cont'd. on next page)
```

In RE LTL Management LLC   Case 23-12825-MBK   Doc 857-31   Filed 06/22/23   Entered 06/22/23 15:25:55   Desc
Exhibit 952   Confidential   Page 3 of 3

Adam Pulaski
April 15, 2023

Page 57

1  Privileged.
2  BY MR. HADDAD:
3     Q.   Do any?
4           MR. BLACK:  Objection.
5  Privileged.
6  BY MR. HADDAD:
7     Q.   Is the Plan Support Agreement
8  binding or illusory?
9           MR. BLACK:  Objection.
10 Privileged.
11 BY MR. HADDAD:
12    Q.   Do you consider the Plan
13 Support Agreement to be binding?
14          MR. BLACK:  Objection.
15 Privileged.
16 BY MR. HADDAD:
17    Q.   When you signed your name to
18 the Plan Support Agreement, sir, what were
19 you intending to convey?
20    A.   I was intending --
21          MR. BLACK:  I think that's
22 privileged, too.  I mean he signed it, so
23 what he intended as a lawyer is privileged
24 so --
25 BY MR. HADDAD:

Page 58

1     Q.   Are you aware that the debtor's
2  chief legal officer, Mr. Kim, testified
3  yesterday that anyone who wishes to withdraw
4  from the Plan Support Agreement may do so?
5     A.   I was not on Mr. Kim's
6  deposition, nor do I really know what he
7  said.
8           MR. TORBORG:  This is
9  Mr. Torborg for the debtors.  I'm going to
10 object to that last question as
11 mischaracterizing Mr. Kim's testimony.  Thank
12 you.
13          MR. HADDAD:  The transcript
14 says what it says.
15          MR. TORBORG:  It does.
16 BY MR. HADDAD:
17    Q.   Sir, is there -- do you have
18 any agreement with anyone to pay you legal
19 fees in connection with the bankruptcy case?
20    A.   No.
21    Q.   Sir, did you see the debtor's
22 8-K filed on April 4, 2023?
23    A.   Can you repeat the question,
24 please?
25    Q.   Have you seen the debtor's Form

Page 59

1  8-K filed with the Securities and Exchange
2  Commission on April 4, 2023?
3     A.   I briefly looked at that.
4     Q.   Did you read the sentence that
5  said, quote, LTL also has secured commitments
6  from over 60,000 current claimants to support
7  a global resolution on these terms, unquote?
8     A.   Yes.
9     Q.   Do your 6,000 current claimants
10 support the global resolution on these terms?
11          MR. BLACK:  Objection.
12 Privileged.
13 BY MR. HADDAD:
14    Q.   Does LTL have secured
15 commitments from over 60,000 current
16 claimants to support a global resolution?
17    A.   My understanding is they have
18 commitments from attorneys representing those
19 clients, if not more, and I believe there are
20 probably more with attorneys that are going
21 to recommend that their clients support the
22 agreement.
23    Q.   You would agree with me that
24 there's a difference between a recommendation
25 to support and a commitment to support by the

Page 60

1  claimant itself, correct, sir?
2     A.   Semantics, but, yes.
3     Q.   Semantics?  I misheard -- I'm
4  not sure I heard you.
5     A.   There is a difference.
6           MR. HADDAD:  All right.  Thank
7  you.  That's all I've got for now.
8  BY MR. SATTERLEY:
9     Q.   Good morning, sir.  This is Joe
10 Satterley.  Do you need to take a break
11 before we begin?  I think I'm going to be the
12 second attorney to go.
13    A.   No.  I'm good, Mr. Satterley.
14 I appreciate it.
15    Q.   Okay.  Can you hear me okay?
16    A.   I can.
17    Q.   Okay.  I represent Mr. Valadez
18 and many other mesothelioma victims.
19          Have you had a chance to log in
20 and watch any of the hearings with Judge
21 Kaplan?
22    A.   I was on the hearing on
23 Wednesday -- Tuesday, Tuesday.
24    Q.   The long hearing, ten o'clock
25 in the morning till about 4:30, were you on