# TCC TRIAL EXHIBIT 1001 - FILED UNDER SEAL