# TCC TRIAL EXHIBIT 1003 - FILED UNDER SEAL