SHARE:

[Join Our Email List](#)



Dear Client:

You have likely heard stories in the media relating to a second J&J/LTL bankruptcy plan. Some reports are accurate, but many are not. Regardless of any numbers you may have read or heard, please know that the dollar amounts *have not been finalized* and extensive additional negotiations still need to take place for a plan to pass.

Fortunately, we are at the front and center in these negotiations. OnderLaw is leading the Ad Hoc Committee of Supporting Counsel, which was formed by a sizeable group of plaintiffs' attorneys who believe this bankruptcy plan can be a means to resolve this decade-long litigation. In that capacity, our group is speaking directly with J&J to hammer out key pieces of the plan.

Most recently, J&J/LTL filed a plan in court that was significantly different than the terms our firm agreed to support. While we are disappointed, we remain in active discussions with both J&J and the two court appointed mediators. In a hearing held on Tuesday, May 16th, Judge Kaplan, the judge in charge of talc bankruptcy, urged the parties to continue settlement discussions. In his comments, he placed significant pressure on J&J.

Please know that we continue to push for significant modifications to key points of the plan to maximize the recovery for you and all our clients. We remain cautiously optimistic that once these additional details are in place, we can eventually recommend the plan's passage and begin the compensation process. Our goal and responsibility has been, and remains, to provide our clients with as much compensation in as timely a manner as possible, and to force J&J to be accountable for the harm they have done.

As always, we will keep you posted as matters progress. Thank you for your continued patience and support.

Respectfully and sincerely,
Jim Onder

Case 23-12825-MBK    Doc 857-38    Filed 06/22/23    Entered 06/22/23 15:25:55    Desc
Exhibit 1012    Page 2 of 2

OnderLaw, LLC

Disclaimer: This message is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.