# TCC TRIAL EXHIBIT 1016 - FILED UNDER SEAL