| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones<br>Colin R. Robinson<br>Peter J. Keane<br>919 N. Market Street, 17th Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: ljones@pszjlaw.com<br>　　　　crobinson@pszjlaw.com<br>　　　　pkeane@pszjlaw.com<br><br>*Counsel to Arnold & Itkin LLP* |

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>　　　　　　　Debtor. [1] | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>**Hearing Date and Time:**<br>June 27, 2023 at 10:00 a.m. ET |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following page is hereby **ORDERED**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

On the request of Arnold & Itkin LLP ("Arnold & Itkin"), on behalf of certain talc personal injury claimants represented by Arnold & Itkin, for a reduction of time for a hearing on Arnold & Itkin LLP's *Motion to Seal the Redacted Portions of Reply in Support of Motion of Arnold & Itkin, on Behalf of Certain Talc Claimants, to Dismiss Chapter 11 Case* (the "Motion to Seal") under Fed. R. Bankr. P. 9006(c)(1), it is

**ORDERED** as follows:

1. A hearing will be conducted on the Motion to Seal on **June 27, 2023 at 10:00 a.m.** in the United States Bankruptcy Court for the District of New Jersey, Trenton Vicinage, at Clarkson S. Fisher U.S. Courthouse, located at 402 East State Street, Trenton, NJ 08608 before the Honorable Michael B. Kaplan, Chief Bankruptcy Judge, in Courtroom No. 8.

2. Arnold & Itkin must serve a copy of this Order, and all related documents, on the following parties: Debtor's counsel, counsel to the Official Committee of Talc Claimants and counsel to the United States Trustee

    by ☐ each, ☐ any of the following methods selected by the Court:

    ☐ fax, ☐ overnight mail, ☐ regular mail, X email, ☐ hand delivery.

3. Arnold & Itkin must also serve a copy of this Order, and all related documents, on the following parties: _____.

    by ☐ each, X any of the following methods selected by the Court:

    ☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

    ☐ on the same day as the date of this order, or

    ☐ within _____ day(s) of the date of this Order.

5.  Notice by telephone:
  ☐ is not required
  ☐ must be provided to

_____
_____

    ☐ on the same day as the date of this Order, or
    ☐ within _____ day(s) of the date of this Order.

6.  A Certification of Service must be filed prior to the hearing date.

7.  Any objections to said motion/application identified above:

  ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or
  ☐ may be presented orally at the hearing.

8.  ☐ Court appearances are required to prosecute said motion/application and any objections.

  ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.