# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LTL MANAGEMENT LLC, | ) | Lead BK Case: 23-12825-MBK |
| | ) | |
| Debtor. | ) | |

## AD HOC GROUP OF MESOTHELIOMA CLAIMANTS' JOINDER TO MOTION TO DISMISS THE SECOND BANKRUPTCY PETITION OF LTL MANAGEMENT AND REPLY IN SUPPORT OF MOTION FILED BY THE OFFICIAL COMMITTEE OF TALC CLAIMANTS

The Ad Hoc Group of Mesothelioma Claimants,[1] through undersigned counsel and pursuant to Section 1112(b) of the Bankruptcy Code and Rule 9011 of the Bankruptcy Rules, respectfully moves this Court to Dismiss LTL Management's Petition. In the interests of judicial economy, the Ad Hoc Group adopts and hereby incorporates by reference all arguments and evidence contained in the Motion to Dismiss filed by the Official Committee of Talc Claimants (Dkt. 286) and its Reply (to be filed).

Respectfully submitted:

**MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**

*/s/ Clayton L. Thompson*
_____
Clayton L. Thompson, Esq.
_____

---

[1] The Ad Hoc Group is composed of claimants Katherine Tollefson, Evan Plotkin and Giovanni Sosa (all appellants to the Third Circuit in *LTL1*), joined in this Request by Sandra Weathers, Mary Jackson, Elizabeth Meikle, Marzena Zachara, Robert Radin, and Christine Woodfin, all mesothelioma claimants.

cthompson@mrhfmlaw.com
MAUNE RAICHLE HARTLEY
FRENCH & MUDD, LLC
150 W. 30th Street, Suite 201
New York, NY 10001
(800) 358-5922
*Attorneys for Mesothelioma Claimants*
*Katherine Tollefson, Sandra Weathers,*
*Mary Jackson, Elizabeth Meikle, Marzena Zachara,*
*Robert Radin, and Christine Woodfin*

**COONEY & CONWAY**

/s/ *Kathy Byrne*
_____
Kathy Byrne, Esq.
kbyrne@cooneyconway.com
120 N. LaSalle Street, Suite 3000
Chicago, Illinois 60602
Tel: (312) 236-6166
*Attorneys for Mesothelioma Claimant Giovanni Sosa*
*\*Admitted Pro Hac Vice*

**DEAN OMAR BRANHAM SHIRLEY, LLP**

/s/ *J. Bradley Smith*
_____
J. Bradley Smith, Esq.
Bsmith@dobslegal.com
302 N. Market Road
Suite 300
Dallas, Texas 75202
Tel: (214) 722-5990
*Attorneys for Mesothelioma Claimant Evan Plotkin*
*\*Admitted Pro Hac Vice*

**LEX NOVA LAW, LLC**

2

/s/ *E. Richard Dressel*
_____
E. Richard Dressel, Esq.
rdressel@lexnovalaw.com
10 E. Stow Road, Suite 250
Marlton, New Jersey 08053
Tel: (856) 382-8211
*Attorneys for Mesothelioma Claimants Evan Plotkin and Giovanni Sosa*