UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
crobinson@pszjlaw.com
pkeane@pszjlaw.com

*Counsel to Arnold & Itkin LLP*

|  |  |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>**Re: Docket No. 861** |

# CERTIFICATION OF SERVICE

1. I, Colin R. Robinson, represent Arnold & Itkin LLP in this matter.

2. On June 22, 2023, I sent a copy of the following pleadings and/or documents

   to the parties on the attached service list in the method as indicated therein.

   **APPLICATION FOR ORDER SHORTENING TIME AND CERTAIN RELATED RELIEF; AND**

   **[PROPOSED] ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE.**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 22, 2023

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Colin R. Robinson*
Colin R. Robinson
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: crobinson@pszjlaw.com

*Counsel for Arnold & Itkin LLP*

LTL 2002 Service List
Case No. 23-12825
02 – Overnight Mail
128 – Electronic Mail (Email)

*(Counsel to Arnold & Itkin, Plaintiffs)*
Laura Davis Jones, Esq.
Colin R Robinson, Esq.
Peter J Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N Market Street, 17Th Floor
Wilmington, DE  19801
**Email:  ljones@pszjlaw.com;
crobinson@pszjlaw.com;
pkeane@pszjlaw.com**

*OVERNIGHT DELIVERY*
*(Counsel to Robert Gendelman, Executor;
And Estate Of Melissa Fleming)*
Geoffrey B Gompers, Esq.
Geoffrey B Bompers, PC
1515 Market Street, Suite 1650
Philadelphia, PA  19102

*OVERNIGHT DELIVERY AND
ELECTRONIC MAIL*
Office of the US Trustee
Lauren Bielskie, Esq.
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
**Email:  lauren.bielskie@usdoj.gov;
jeffrey.m.sponder@usdoj.gov**

*ELECTRONIC MAIL*
*(Counsel to Roger Frankel As Fcr In
Cypress Mines Chapter 11 Case)*
Stephen M. Packman, Esq.
Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ  08043
**Email:  spackman@archerlaw.com**

*ELECTRONIC MAIL*
Kurt Arnold, Esq.
Caj Boatright, Esq.
Roland Christensen, Esq.
Jason Itkin, Esq.
Arnold & Itkin LLP
1401 McKinney Street, Suite 2250
Houston, TX  77010
**Email:  cboatright@arnolditkin.com;
rchristensen@arnolditkin.com;
jitkin@arnolditkin.com**

*ELECTRONIC MAIL*
*(Counsel to Rebecca Love - OCTC)*
Michelle Parfitt, Esq.
Ashcraft & Gerel, LLP
1825 K Street, NW, Suite 7000
Washington, DC  20006
**Email:  mparfitt@ashcraftlaw.com**

*ELECTRONIC MAIL*
Mary Putnick, Esq.
Daniel Thornburgh, Esq.
Aylstock, Witkin, Kreis & Overholtz PLLC
17 East Main St., Suite 200
PO Box 12630
Pensacola, FL  32502
**Email:  marybeth@putnicklegal.com;
dthornburgh@awkolaw.com**

*ELECTRONIC MAIL*
*(Counsel to Alishia Landrum - OCTC)*
Leigh O'Dell, Esq.
Beasley Allen Law Firm
Po Box 4160
Montgomery, AL  36103
**Email:  leigh.odell@beasleyallen.com**

*ELECTRONIC MAIL*
Charlie Stern, Esq.
Beasley Allen Law Firm
218 Commerce Street
Montgomery, AL  36104
**Email:  charlie.stern@beasleyallen.com**

**ELECTRONIC MAIL**
*(Counsel to the Ad Hoc Committee of Certain Talc Claimants)*
David J Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036
**Email:  dmolton@brownrudnick.com**

**ELECTRONIC MAIL**
Childers, Schlueter & Smith Llc
Richard Schlueter
1932 N Druid Hills Rd., Ste. 100
Atlanta, GA  30319
**Email:  rschlueter@cssfirm.com**

**ELECTRONIC MAIL**
*(Counsel to Catherine Forbes)*
Christopher M Placitella, Esq.
Cohen, Placitella & Roth PC
127 Maple Avenue
Red Bank, NJ  07701
**Email: cplacitella@cprlaw.com**

**ELECTRONIC MAIL**
*(Counsel to New Jersey Coverage Action Plaintiff-Insurers and Indemnity Company of America)*
Sommer L Ross, Esq
Duane Morris LLP
1940 Route 70 East, Suite 100
Cherry Hill, NJ  08003-2171
**Email:  slross@duanemorris.com**

**ELECTRONIC MAIL**
Jesse Ferrer, Esq.
Christina Feller, Esq.
Ferrer, Poirot & Wansbrough
2603 Oak Lawn Avenue, #300
Dallas, TX  75219
**Email:  jferrer@lawyerworks.com;
cfeller@lawyerworks.com**

**ELECTRONIC MAIL**
*(Local Counsel to Ad Hoc Committee Of Certain Talc Claimants)*
Daniel M. Stolz, Esq.
Genova Burns LLC
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
**Email:  dstolz@genovaburns.com**

**ELECTRONIC MAIL**
*(Local Counsel to Ad Hoc Committee Of Certain Talc Claimants)*
Donald W. Clarke, Esq.
Genova Burns LLC
494 Broad Street
Newark, NJ  07102
**Email:  dclarke@genovaburns.com**

**ELECTRONIC MAIL**
*(Counsel to Travelers)*
John Maloney, Esq.
Stephen V Gimigliano, Esq.
Robin Rabinowitz, Esq.
Gimigliano Mauriello & Maloney
PO Box 1449
Morristown, NJ  07962-1449
**Email:  jmaloney@lawgmm.com;
sgimigliano@lawgmm.com;
rrabinowitz@lawgmm.com**

**ELECTRONIC MAIL**
*(Counsel to Brandi Carl - OCTC)*
Richard Golomb, Esq.
Golomb Spirt Grunfeld
1835 Market St, Suite 2900
Philadelphia, PA  19103
**Email:  rgolomb@golomblegal.com**

**ELECTRONIC MAIL**
*(Counsel to Bausch Health US, LLC)*
Alan J Brody, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ  07932
**Email:  brodya@gtlaw.com**

***ELECTRONIC MAIL***
*(Counsel to the Blue Cross Blue Shield Assoc)*
Alan D Haperin, Esq, Donna H Lieberman, Esq
Halperin Battaglia Benzija, LLP
40 Wall Street, 37Th Floor
New York, NY  10005
**Email:  ahalperin@halperinlaw.net; dlieberman@halperinlaw.net**

***ELECTRONIC MAIL***
*(Counsel to BCBS of Massachusetts - OCTC)*
Elizabeth Carter, Esq.
Hill Carter Franco Cole & Black PC
425 Perry Street
Montgomery, AL  36104
**Email:  ecarter@hillhillcarter.com**

***ELECTRONIC MAIL***
Eric Haas, Esq
Andrew White, Esq
Johnson & Johnson
1 Johnson & Johnson Plaza
New Brunswick, NJ  08933
**Email: ehaas8@its.jnj.com; awhite23@its.jnj.com**

***ELECTRONIC MAIL***
Blake Tanase, Basil Adham
Johnson Law Group
2925 Richmond Avenue, Suite 1700
Houston, TX  77098
**Email:  badham@johnsonlawgroup.com**

***ELECTRONIC MAIL***
*(Counsel to Tonya Whetsel As Estate Rep Of Brandon Whetsel - Octc)*
Erik Karst, Esq.
Karst Von Oiste LLP
23923 Gosling Rd, Suite A
Spring, TX  77389
**Email:  epk@karstvonoiste.com**

***ELECTRONIC MAIL***
*(Counsel to Kristie Doyle Estate Rep Of Dan Doyle - Octc)*
Steven Kazan, Esq.
Kazan, McClain, Satterley & Greenwood, PLC
55 Harrison St, Suite 400
Oakland, CA  94607
**Email:  skazan@kazanlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Kellie Brewer)*
Brian W Hofmeister, Esq.
Law Firm of Brian W Hofmeister
3131 Princeton Pike, Building 5, Suite 110
Lawrenceville, NJ  08648
**Email:  bwh@hofmeisterfirm.com**

***ELECTRONIC MAIL***
*(Counsel to Various Claimants)*
Mitchell Malzberg, Esq.
Law Offices Of Mitchell J. Malzberg, LLC
Po Box 5122
Clinton, NJ  08809
**Email:  mmalzberg@mjmalzberglaw.com**

***ELECTRONIC MAIL***
*(Counsel to William Henry Estate Rep Of Debra Henry - Octc)*
Christopher Tisi, Esq.
Levin Papantonio Rafferty
316 S Baylen Street, Suite 600
Pensacola, FL  32502
**Email:  ctisi@levinlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Paul Crouch & Randy Derouen)*
Jerome H Block, Esquire
Moshe Maimon, Esquire
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, NY  10158
**Email:  [jblock@levylaw.com](jblock@levylaw.com);**

***ELECTRONIC MAIL***
*(Counsel to Several Talc Claimants; Randy Derouen)*
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, NY  10158
**Email:  mmaimon@levylaw.com**

***ELECTRONIC MAIL***
*(Counsel to Giovanni Sosa & Evan Plotkin)*
E Richard Dressel, Esq.
Lex Nova Law LLC
10 E Stow Road, Suite 250
Marlton, NJ  08053
**Email:  rdressel@lexnovalaw.com**

***ELECTRONIC MAIL***
*(Counsel to Disanto Canadian Class Action Creditors)*
Allen J Underwood II, Esq.
Lite Depalma Greenberg & Afanador, LLC
570 Broad Street, Suite 1201
Newark, NJ  07102
**Email:  aunderwood@litedepalma.com**

***ELECTRONIC MAIL***
*(Counsel to Johnson & Johnson)*
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ  07068
**Email:  krosen@lowenstein.com; mseymour@lowenstein.com**

***ELECTRONIC MAIL***
*(Counsel to Katherine Tollefson)*
Suzanne M Ratcliffe, Esq.
Clayton L Thompson, Esq.
Maune Raichle Hartley French & Mudd LLC
150 West 30th Street, Suite 201
New York, NY  10001
**Email:  sratcliffe@mrhfmlaw.com; cthompson@mrhfmlaw.com**

***ELECTRONIC MAIL***
Don Worley, Esq.
McDonald Worley
1770 St. James Place, Suite 100
Houston, TX  77056
**Email:  don@mcdonaldworley.com**

***ELECTRONIC MAIL***
Curtis G. Hoke, Esq.
Miller Firm, LLC
108 Railroad Ave
Orange, VA  22960
**Email:  choke@millerfirmllc.com**

***ELECTRONIC MAIL***
*(Counsel to Various Talc Claimants; Sue Sommer-Kresse - Octc)*
Daniel R Lapinski, Esq.
Motley Rice LLC
210 Lake Drive East, Suite 101
Cherry Hill, NJ  08002
**Email:  dlapinski@motleyrice.com**

***ELECTRONIC MAIL***
Majed Nachawati
Nachawati Law Group
5489 Blair Road
Dallas, TX  75231
**Email:  mn@ntrial.com**

***ELECTRONIC MAIL***
*(Counsel to The State Of Texas)*
Office Of The Attorney General Of Texas
Autumn D Highsmith, Esq.
Rachel R Obaldo, Esq.
Bankruptcy & Collections Division
PO Box 12548
Austin, TX  78711-2548
**Email:  autumn.highsmith@oag.texas.gov; rachel.obaldo@oag.texas.gov**

*ELECTRONIC MAIL*
James Onder, Esq.
Onderlaw, LLC
110 East Lockwood, 2nd Floor
St. Louis, MO  63119
**Email:  onder@onderlaw.com**

*ELECTRONIC MAIL*
*(Co-Counsel to Ad Hoc Committee Of Talc Claimants)*
Richard G Haddad, Esq.
Adam C Silverstein, Esq.
Otterbourg P.C.
230 Park Avenue
New York, NY  10169
**Email:  rhaddad@otterbourg.com;
asilverstein@otterbourg.com**

*ELECTRONIC MAIL*
*(Counsel to Various Talc Claimants)*
John W Weiss, Esq.
Pashman Stein Walder Hayden, P.C.
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ  07733
**Email:  jweiss@pashmanstein.com**

*ELECTRONIC MAIL*
Adam Pulaski, Esq.
Pulaski Kherkher PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX  77098
**Email:  adam@pulaskilawfirm.com**

*ELECTRONIC MAIL*
*(Proposed Future Talc Claimants Representative)*
Randi S Ellis, Esq.
Randi S Ellis LLC
5757 Indian Circle
Houston, TX  77057
**Email:  randi@randiellis.com**

*ELECTRONIC MAIL*
*(Counsel to The Blue Cross Blue Shield Assoc)*
Mark D Fischer, Esq
Robert C Griffiths, Esq.
Rawlings & Associates
1 Eden Parkway
La Grange, KY  40031
**Email:  mdf@rawlingsandassociates.com**

*ELECTRONIC MAIL*
*(Counsel to Cyprus Mines Corporation)*
Derek J Baker, Esq.
Reed Smith LLP
506 Carnegie Center, Suite 300
Princeton, NJ  08543
**Email:  dbaker@reedsmith.com**

*ELECTRONIC MAIL*
*(Counsel to April Fair - OCTC)*
Mark Robinson, Jr, Esq.
Robinson Calcagnie, Inc.
19 Corporate Plaza Drive
Newport Beach, CA  92660
**Email:  mrobinson@robinsonfirm.com**

*ELECTRONIC MAIL*
Brian J Mccormick, Jr, Esq.
Ross Feller Casey, LLP
One Liberty Place
1650 Market Street, 34th Floor
Philadelphia, PA  19103
**Email:  bmccormick@rossfellercasey.com**

*ELECTRONIC MAIL*
Gregory D. Rueb, Esq.
Rueb Stoller Daniel, LLP
1990 N. California Boulevard
8th Floor
Walnut Creek, CA  94596
**Email:  greg@lawrsd.com**

**ELECTRONIC MAIL**
*(Counsel to Various Talc Claimants)*
John M. August, Esq.
Saiber LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ  07932
**email:  jaugust@saiber.com**

**ELECTRONIC MAIL**
Marc Grossman, Esq.
Sanders, Phillips, Grossman, LLC
100 Garden City Plaza
Garden City, NY  11530
**Email:  mgrossman@thesandersfirm.com**

**ELECTRONIC MAIL**
*(Counsel to Various Talc Claimants)*
Leah C Kagan, Esq.
Simon Greenstone Panatier PC
1201 Elm Street, Suite 3400
Dallas, TX  75270
**Email:  lkagan@sgptrial.com**

**ELECTRONIC MAIL**
*(Counsel to Travelers Casualty And Surety Company*
*f/k/a The Aetna Casualty And Surety Co)*
Andrew T Frankel, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
**Email:  afrankel@stblaw.com**

**ELECTRONIC MAIL**
*(Proposed Special Counsel)*
Allison M Brown, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY  10001
**Email:  allison.brown@skadden.com**

**ELECTRONIC MAIL**
*(Counsel to Bcbs Of Massachusetts)*
Andrew J. Kelly, Esq.
The Kelly Firm, P.C.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
**Email:  akelly@kbtlaw.com**

**ELECTRONIC MAIL**
*(Counsel to Employers Insurance Company Of Wausau And National Casualty Company)*
Janet A Shapiro, Esq.
The Shapiro Law Firm
325 N Maple Drive #15186
Beverly Hills, CA  90209
**Email:  jshapiro@shapirolawfirm.com**

**ELECTRONIC MAIL**
Fletcher V. Trammell, Esq.
Trammell PC
3262 Westheimer Rd., Suite 423
Houston, TX  77098
**Email:  fletch@trammellpc.com**

**ELECTRONIC MAIL**
*(Counsel to New Jersey Coverage Action Plaintiff Insurers)*
Louis A Modugno, Esq.
Trif & Modugno, LLC
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, NJ  07960
**Email:  lmodugno@tm-firm.com**

**ELECTRONIC MAIL**
Bethany R Theriot, Esq.
US Department Of Justice
Civil Division
PO Box 875
Ben Franklin Station
Washington, DC  20044-0875
**Email:  bethany.theriot@usdoj.gov**

**ELECTRONIC MAIL**
J Zachary Balasko
US Department Of Justice
Civil Division
PO Box 875
Ben Franklin Station
Washington, DC  20044-0875
**Email:  john.z.balasko@usdoj.gov**

**ELECTRONIC MAIL**
Aimee Wagstaff, Esq.
Wagstaff Law Firm
940 N. Lincoln St
Denver, CO  80203
**Email:  awagstaff@wagstafflawfirm.com**

**ELECTRONIC MAIL**
*(Proposed Counsel to Randi S Ellis, FTCR)*
Mark Falk, Esq.
Walsh Pizzi O'reilly Falanga
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ  07102
**Email:  mfalk@walsh.law**

**ELECTRONIC MAIL**
Mikal Watts, Esq.
Watts Guerra LLP
4 Dominion Dr., Bld 3, Suite 100
San Antonio, TX  78257
**Email:  mcwatts@wattsguerra.com**

**ELECTRONIC MAIL**
*(Counsel to Patricia Cook - Octc)*
Perry Weitz, Esq.
Weitz & Luxenberg, PC
700 Broadway
New York, NY  10003
**Email:  pw@weitzlux.com**

**ELECTRONIC MAIL**
*(Counsel to J & J, J & J Consumer Inc)*
Blair Warner, Esq.
Matthew E Linder, Esq.
Laura E Baccash, Esq.
White & Case LLP
111 S Wacker Drive, Suite 5100
Chicago, IL  60606-4302
**Email:  blair.warner@whitecase.com;
mlinder@whitecase.com;
laura.baccash@whitecase.com**

**ELECTRONIC MAIL**
*(Counsel to J & J, J & J Consumer Inc)*
Jessica C Lauria, Esq.
Glenn M Kurtz, Esq.
R Pasianotto, Esq.
Gregory Starner, Esq.
White & Case LLP
1221 Avenue Of The Americas
New York, NY  10020-1095
**Email:  jessica.lauria@whitecase.com;
gkurtz@whitecase.com;
ricardo.pasianotto@whitecase.com;
gstarner@whitecase.com**

**ELECTRONIC MAIL**
*(Counsel to J & J, J & J Consumer Inc)*
Michael C Shepherd, Esq.
Laura Femino, Esq.
White & Case LLP
200 South Biscayne Blvd, Suite 4900
Miami, FL  33131-2352
**Email:  mshepherd@whitecase.com;
laura.femino@whitecase.com**

**ELECTRONIC MAIL**
*(Proposed Counsel to Debtor's)*
Brad B Erens, Esq.
Jones Day
110 North Wacker Drive, Suite 4800
Chiacgo, IL  60606
**Email:  bberens@jonesday.com**

**ELECTRONIC MAIL**
*(Proposed Counsel to Debtor's)*
Gregory M Gordon, Esq.
Amanda S Rush, Esq.
Jones Day
2727 N Harwood Street
Dallas, TX  75201
**Email:  gmgordon@jonesday.com;
asrush@jonesday.com**

**ELECTRONIC MAIL**
*(Proposed Local Counsel to Debtor's)*
James N Lawlor, Esq.
Wollmuth Maher & Deutsch LLP
90 Washington Valley Road
Bedminister, NJ  07921
**Email:  jlawlor@wmd-law.com**

**ELECTRONIC MAIL**
*(Proposed Local Counsel to Debtor's)*
Paul R Defilippo, Esq.
Jospeh F Pacelli, Esq.
James N Lawlor, Esq.
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue, 12th Floor
New York, NY  10110
**Email:  pdefilippo@wmd-law.com;
jpacelli@wmd-law.com; jlawlor@wmd-law.com**

**ELECTRONIC MAIL**
*(Counsel for Indemnity Company of America)*
Philip R. Matthews, Esquire
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
**E-mail: PRMatthews@duanemorris.com**

**ELECTRONIC MAIL**
*(Counsel for Indemnity Company of America)*
Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
Margaret A. Vesper, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware  19801
**Email: daluzt@ballardspahr.com;
 heilmanl@ballardspahr.com;
roglenl@ballardspahr.com;
vesperm@ballardspahr.com**

**ELECTRONIC MAIL**
*(Counsel for Atlanta International Insurance Company (as successor in interest to Drake Insurance Company); AIG Property Casualty Company (f/k/a Birmingham Fire Insurance)*
Russell W. Roten, Esquire
Jeff D. Kahane, Esquire
Andrew E. Mina, Esquire
Nathan Reinhardt, Esquire
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
**E-mail: RWRoten@duanemorris.com;
JDKahane@duanemorris.com;
AMina@duanemorris.com;
NReinhardt@duanemorris.com**

**ELECTRONIC MAIL**
*(Counsel to Ad Hoc Group of Supporting Counsel)*
Michael D. Sirota, Esquire
Warren A. Usatine, Esquire
Seth Van Aalten, Esquire
Justin Alberto, Esquire
COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
**Email: msirota@coleschotz.com;
 wusatine@coleschotz.com;
svanaalten@coleschotz.com;
 jalberto@coleschotz.com**

**ELECTRONIC MAIL**
*(Counsel to the Ad Hoc Group of Supporting Counsel)*
Kris Hansen, Esquire
PAUL HASTINGS LLP
200 Park Avenue

New York, NY 10166
Email: krishansen@paulhastings.com

*ELECTRONIC MAIL*
*(Counsel to the Ad Hoc Group of Supporting Counsel)*
Matthew M. Murphy, Esquire
Matthew Micheli, Esquire
PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Email: mattmurphy@paulhastings.com;
mattmicheli@paulhastings.com

*ELECTRONIC MAIL*
*(Counsel to the Ad Hoc Group of Supporting Counsel)*
Lenard M. Parkins, Esquire
Charles M. Rubio, Esquire
PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, TX 77002
Email: lparkins@parkinsrubio.com;
crubio@parkinsrubio.com

*ELECTRONIC MAIL*
*(Counsel to the States of Mississippi and New Mexico)*
Robert K. Malone, Esq.
Kyle P. McEvilly, Esq.
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
Email: rmalone@gibbonslaw.com;
kmcevilly@gibbonslaw.com

*ELECTRONIC MAIL*
*(Counsel for Atlanta International Insurance Company (as successor in interest to Drake Insurance Company); AIG Property Casualty)Company (f/k/a Birmingham Fire Insurance)*
Eileen T. McCabe, Esquire
Stephen T. Roberts, Esquire
MENDES & MOUNT LLP
750 Seventh Avenue
New York, NY 10019
E-mail: eileen.mccabe@mendes.com;
stephen.roberts@mendes.com

*ELECTRONIC MAIL*
*(Counsel for the Ad Hoc Committee)*
Ericka F. Johnson, Esquire
Lisa Bittle Tancredi, Esquire
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Email: Ericka.Johnson@wbd-us.com;
Lisa.Tancredi@wbd-us.com

*ELECTRONIC MAIL*
*(Counsel for the Ad Hoc Committee)*
Anthony Sodono, III, Esquire
Sari B. Placona Esquire
MCMANIMON SCOTLAND & BAUMANN, LLC
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
Email: asodono@msbnj.com;
splacona@msbnj.com

*ELECTRONIC MAIL*
*(Counsel for Various Talc Claimants)*
Helen H. Babin, Esquire
GERTLER LAW FIRM
935 Gravier Street, suite 1900
New Orleans, LA 70112
Email: hbabin@gertlerfirm.com

*ELECTRONIC MAIL*
*(Counsel to Talc Claimant Shawn V. Johnson)*
Lisa Nathanson Busch, Esq.
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
Email: lbusch@weitzlux.com

***ELECTRONIC MAIL***

*(Counsel to Ruth M. Hlad, Executrix for the Estate of Michelle M. Russell)*
Paul J. Kray
111 Pearl road
Brunswick, OH  44212
**Email:  paul@krayattorneys.com**

***ELECTRONIC MAIL***

*(Counsel to Century Insurers and the Allianz Insurers)*
Arlen Pyenson
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, New York 10022-2524
**Email: apyenson@crowell.com**

***ELECTRONIC MAIL***

*(Counsel to Century Insurers and the Allianz Insurers)*
Mark D. Plevin
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
**Email: mplevin@crowell.com**

***ELECTRONIC MAIL***

*(Counsel to Century Insurers and the Allianz Insurers)*
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
**Email: tyoon@crowell.com**

***ELECTRONIC MAIL***

*(Counsel to Cyprus Amax Minerals Company)*
Steven M. Abramowitz, Esq.
VINSON & ELKINS LLP
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Telephone: (212) 237-0137
Facsimile: (917) 849-5381
**Email: sabramowitz@velaw.com**