| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel to the Official Talc Claimants Committee* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY  10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA  02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>100 Main Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br><br>*Proposed Special Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Richard G. Haddad, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>David A. Castleman, Esq.<br>mcyganowski@otterbourg.com<br>rhaddad@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>dcastleman@otterbourg.com<br>230 Park Avenue<br>New York, NY  10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |

| | |
|---|---|
| In re:<br><br>**LTL MANAGEMENT, LLC,**<br><br>         Debtor. | Chapter 11<br><br>Case No.: 21-30589(MBK)<br><br>Honorable Michael B. Kaplan |

**SUPPLEMENTAL CERTIFICATION OF JEFFREY A. LAMKEN IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF TALC CLAIMANTS FOR RETENTION OF MOLOLAMKEN LLP AS SPECIAL APPELLATE LITIGATION COUNSEL EFFECTIVE AS OF APRIL 20, 2023**

I, Jeffrey A. Lamken, being of full age, certify as follows:

  1.  I am seeking authorization to be retained as Special Appellate Litigation Counsel to the Official Committee of Talc Claimants (the "Committee") for LTL Management LLC (the "Debtor") in the above-captioned case (the "Case").

  2.  This certification (the "Supplemental Lamken Certification"), is intended to supplement the Certification of Jefferey A. Lamken filed in support of the retention of MoloLamken LLP ("MoloLamken") filed on May 17, 2023 [Doc 542] (the "Lamken Certification").

  3.  Notwithstanding anything to the contrary in the May 2022 MoloLamken engagement letter attached as Exhibit 1 to MoloLamken's retention application in LTL's first bankruptcy (Case no.: 21-30589-MBK) ("LTL I") [Doc 2394-2] (attached hereto as **Exhibit "A"**) MoloLamken agrees that the bankruptcy court shall have exclusive jurisdiction over MoloLamken's engagement during the pendency of this Chapter 11 case. More specifically, the Conflicts and Prospective Waiver and Resolution of Disputes paragraphs in Exhibit A shall have no force or effect during the pendency of the Chapter 11 Case.

  4.  **The following information is provided pursuant to paragraph D.1 of the U.S. Trustee Guidelines**.

    a)  MoloLamken will comply with the United States Trustee's Fee Guidelines in connection with this engagement and has not agreed to variations from standard customary billing arrangements.

b) None of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case.

c) The Committee has approved MoloLamken's general staffing plan, which is described in the Lamken Certification, and as detailed in this Supplemental Lamken Certification.

d) The Committee has approved MoloLamken's proposed budget for the period from April 14, 2023 – July 31, 2023, which was described in a separate letter from MoloLamken to the Committee.

5. Phoebe Yu represents clients in white collar investigations. Phoebe Yu represents that, to the best of her knowledge, she has never worked on any matter pertaining to Johnson & Johnson or its affiliates. Neither Rocky Li nor Phoebe Yu will work on this case.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: June 23, 2023
Washington, D.C.

/s/ *Jeffrey A. Lamken*
Jeffrey A. Lamken