**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**DEBTOR'S DESIGNATION OF ADDITIONAL**
**ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

LTL Management LLC, the debtor in the above-captioned case and the appellee, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedures, hereby submits its designation of additional items to be included in the record on appeal, in connection with the

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

appeal by the Official Committee of Talc Claimants (the "TCC") to the United States District Court for the District of New Jersey from the *Order Appointing Randi S. Ellis as Legal Representative for Future Talc Claimants* [Dkt. No. 551] (the "FCR Order"), entered on May 18, 2023.

## Additional Items

1. On June 9, 2023, the TCC filed *Appellant TCC's Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal as to FCR Appointment Order* [Dkt. 741], designating items to be included in the record on appeal.

2. LTL Management LLC hereby designates the following additional items to be included in the record on appeal, together with all exhibits, attachments, and documents incorporated by reference therein:

**Documents Filed in Case No. 23-12825-MBK (*In re LTL Management LLC*)**

| | Bankruptcy Docket No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| 1. | 262 | 04/21/2023 | Transcript regarding hearing held April 18, 2023 |

Dated: June 23, 2023               **WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*