**GIBBONS P.C.**
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
kmcevilly@gibbonslaw.com

*Attorneys for the States of*
*New Mexico and Mississippi*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**CERTIFICATION OF SERVICE PURSUANT TO 11 U.S.C. § 1746**

Kyle P. McEvilly, of full age, under penalty of perjury, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and an Associate with Gibbons P.C., counsel for the States of New Mexico and Mississippi in the above-captioned bankruptcy case.

2. On May 10, 2023, a true and correct copy of the *Motion of the State of New Mexico and the State of Mississippi to Dismiss the Second Bankruptcy Petition of LTL Management LLC for Cause, Pursuant to Section 1112(B) of the United States Bankruptcy Code (11 U.S.C. §§ 101, et seq.), and Joinder in Motion to Dismiss Filed by Certain Other Parties* (the "Motion") [ECF No. 480] was served upon all parties having formally requested notice in these proceedings via the Court's CM/ECF System.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1

3. On May 11, 2023, I caused a true and correct copy of the Motion to be served upon those listed on **Schedule A** by first class mail, postage pre-paid.

4. On June 22, 2023, a true and correct copy of *The State of New Mexico and the State of Mississippi's: (I) Memorandum of Law in Reply to Debtor's Omnibus Opposition to Motions to Dismiss Debtor's Second Bankruptcy Petition; (II) Joinder in Replies to Debtor's Opposition by Certain Other Parties; and (III) Statement in Lieu of Opening Argument* (the "Reply") [ECF No. 872] was served upon all parties having formally requested notice in these proceedings via the Court's CM/ECF System.

5. On June 23, 2023, I caused a true and correct copy of the Reply to be served upon those listed on **Schedule A** by first class mail, postage pre-paid.

I hereby certify that the foregoing is true and correct.

Dated:  June 23, 2023               */s/ Kyle P. McEvilly*
                                    Kyle P. McEvilly

## **SCHEDULE A**

Andres Pereira Law Firm
Andres Pereira
14709 Custer Court
Austin, TX  78734

Archer & Greiner, P.C.
Attn: Stephen M. Packman
1025 Laurel Oak Road
Voorhees, NJ  08043

Arnold & Itkin LLP
Kurt Arnold, CAJ Boatright, Roland
Christensen & Jason Itkin
1401 McKinney St., Suite 2250
Houston, TX  77010

Ashcraft & Gerel, LLP
Attn:  Michelle Parfitt
1825 K Street, NW, Suite 7000
Washington, DC  20006

Aylstock, Witkin, Kreis & Overholtz PLLC
Mary Putnick & Daniel Thornburgh
17 East Main St., Suite 200
P.O. Box 12630
Pensacola, FL  32502

Ballard Spahr LLP
Attn:  Tobey M. Daluz, Leslie C. Heilman,
Laurel D. Roglen & Margaret A. Vesper
919 N. Market Street, 11th Floor
Wilmington, DE  19801-3034

Charlie Stern
Beasley Allen Law Firm
218 Commerce Street
Montgomery, AL  36104

Beasley Allen Law Firm
Attn:  Leigh O'Dell
P.O. Box 4160
Montgomery, AL  36103

Brown Rudnick LLP
Attn:  David J. Molton
Seven Times Square
New York, NY  10036

Richard Schlueter
Childers, Schlueter & Smith LLC
1932 N. Druid Hills Road., Suite 100
Atlanta, GA  30319

Clyde & Co. US LLP
Attn:  Konrad R Krebs
340 Mt. Kemble Avenue, Suite 300
Morristown, NJ  07960

Clyde & Co US. LLP
Attn:  Clinton E. Cameron & Meghan Dalton
55 West Monroe Street, Suite 3000
Chicago, IL  60603

Cohen, Placitella & Roth PC
Attn:  Christopher M. Placitella, Esq.
127 Maple Avenue
Red Bank, NJ  07701

Cole Schotz PC
Attn.:  Michael D. Sirota; Warren A. Usatine; Seth Van Aalten; Justin Alberto
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ  07602-0800

David Christian Attorneys LLC
Attn.:  David Christian, Esq.
105 W. Madison Street, Suite 1400
Chicago, IL  60602

Duane Morris LLP
Attn:  Sommer L Ross, Esq.
1940 Route 70 East, Suite 100
Cherry Hill, NJ  08003-2171

Duane Morris LLP
Attn:  Philip R Matthews, Esq.
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127

2

Duane Morris LLP
Attn: Jeff D Kahane, Esq; Russell W Rotten, Esq; Andrew E Mina, Esq., Nathan Reinhardt, Esq.
865 S. Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450

Jesse Ferrer & Christina Feller
Ferrer Poirot & Wansbrough
2603 Oak Lawn Avenue, #300
Dallas, TX  75219

Genova Burns LLC
Attn: Daniel M. Stolz
110 Allen Road, Suite 304
Basking Ridge, NJ  07920

Genova Burns LLC
Attn: Donald W. Clarke
494 Broad Street
Newark, NJ  07102

Geoffrey B. Gompers, PC
Attn: Geoffrey B Gompers
1515 Market Street, Suite 1650
Philadelphia, PA  19102

Gimigliano Mauriello & Maloney
Attn: John Maloney, Stephen V. Gimigliano & Robin Rabinowitz
P.O. Box 1449
Morristown, NJ  07962-1449

Golomb Spirt Grunfeld
Attn: Richard Golomb
1835 Market Street, Suite 2900
Philadelphia, PA  19103

Greenberg Traurig, LLP
Attn: Alan J Brody, Esq.
500 Campus Drive
Florham Park, NJ  07932

Halperin Battaglia Benzija, LLP
Attn: Alan D Haperin, Esq, Donna H Lieberman, Esq
40 Wall Street, 37th Floor
New York, NY  10005

Hill Carter Franco Cole & Black PC
Attn: Elizabeth Carter
425 Perry Street
Montgomery, AL  36104

Johnson & Johnson
Attn: Eric Haas, Esq & Andrew White, Esq
1 Johnson & Johnson Plaza
New Brunswick, NJ  08933

Johnson Law Group
Attn: Blake Tanase, Basil Adham
2925 Richmond Avenue, Suite 1700
Houston, TX  77098

Jones Day
Attn: Gregory M. Gordon, Dan B. Pietro & Amanda S. Rush
2727 N. Harwood Street
Dallas, TX  75201

Jones Day
Attn: Brad B. Erens
110 North Wacker Drive, Suite 4800
Chicago, IL  60606

Karst Von Oiste LLP
Attn: Erik Karst
23923 Gosling Road, Suite A
Spring, TX  77389

Kazan, McClain, Satterley & Greenwood, PLC
Attn: Steven Kazan
55 Harrison Street, Suite 400
Oakland, CA  94607

Law Firm Of Brian W. Hofmeister
Attn: Brian W. Hofmeister, Esq
3131 Princeton Pike, Building 5, Suite 110
Lawrenceville, NJ  08648

3

Law Offices of Mitchell J. Malzberg, LLC
Attn: Mitchell Malzberg, Esq.
P.O. Box 5122
Clinton, NJ 08809

Levin Papantonio Rafferty
Attn: Christopher Tisi
316 S. Baylen Street, Suite 600
Pensacola, FL 32502

Levy Konigsberg, LLP
Attn: Moshe Maimon
605 Third Avenue, 33rd Floor
New York, NY 10158

Levy Konigsberg, LLP
Attn: Jerome H. Block, Esq.
605 Third Avenue, 33rd Floor
New York, NY 10158

Lex Nova Law LLC
Attn: E. Richard Dressel, Esq.
10 E Stow Road, Suite 250
Marlton, NJ 08053

Liakos Law
Jenn Liakos
955 Deep Valley Drive
Suite 3900
Palos Verdes Peninsula, CA 90274

Linville Law Group
Gandhi, Vinita
1932 N Druid Hills Road NE, Suite 200
Atlanta, GA 30319

Lite Depalma Greenberg & Afanador, LLC
Attn: Allen J. Underwood II, Esq.
570 Broad Street, Suite 1201
Newark, NJ 07102

Lowenstein Sandler LLP
Attn: Kenneth A. Rosen, Mary E. Seymour
One Lowenstein Drive
Roseland, NJ 07068

Maune Raichle Hartley French & Mudd LLC
Attn: Suzanne M. Ratcliffe & Clayton L. Thompson
150 West 30th Street, Suite 201
New York, NY 10001

Don Worley
McDonald Worley
1770 St. James Place, Suite 100
Houston, TX 77056

Mendes & Mount LLP
Attn: Eileen T McCabe, Stephen T. Roberts
750 Seventh Avenue
New York, NY 10019

Miller Firm, LLC
Attn: Curtis G. Hoke
108 Railroad Avenue
Orange, VA 22960

Motley Rice LLC
Attn: Daniel R. Lapinski
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002

Majed Nachawati
Nachawati Law Group
5489 Blair Road
Dallas, TX 75231

James Heisman, Christopher Lopalo Napoli Shkolnik PLLC
919 North Market Street, Suite 1801
Wilmington, DE 19801

Office Of The Attorney General Of Texas
Attn: Autumn D Highsmith, Rachel R Obaldo
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

4

Office of the US Trustee
Attn: Lauren Bielskie & Jeffrey M. Sponder
One Newark Center, Suite 2100
Newark, NJ  07102

James Onder
Onderlaw, LLC
110 East Lockwood, 2nd Floor
St. Louis, MO  63119

Otterbourg P.C.
Attn: Richard G. Haddad & Adam C. Silverstein
230 Park Avenue
New York, NY  10169

Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones, Colin R. Robinson, Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE  19801

Parkins & Rubio LLP
Attn: Lenard M. Parkins & Charles M. Rubio
700 Milam, Suite 1300
Houston, TX  77002

Pashman Stein Walder Hayden, P.C.
Attn: John W. Weiss
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ  07733

Paul Hastings LLP
Attn: Kris Hansen
200 Park Avenue
New York, NY  10166

Paul Hastings LLP
Attn: Matthew M Murphy & Matthew Micheli
71 South Wacker Drive, Suite 4500
Chicago, IL  60606

Adam Pulaski
Pulaski Kherkher PLLC
2925 Richmond Ave, Suite 1725
Houston, TX  77098

Randi S. Ellis LLC
Attn: Randi S. Ellis
5757 Indian Circle
Houston, TX  77057

Rawlings & Associates
Attn: Mark D. Fischer, Esq. & Robert C. Griffiths
1 Eden Parkway
La Grange, KY  40031

Reed Smith LLP
Attn: Derek J Baker
506 Carnegie Center, Suite 300
Princeton, NJ  08543

Robinson Calcagnie, Inc.
Attn: Mark Robinson, Jr.
19 Corporate Plaza Drive
Newport Beach, CA  92660

Ross Feller Casey, LLP
Attn: Brian J. McCormick, Jr
One Liberty Place
1650 Market St, 34th Floor
Philadelphia, PA  19103

Rueb Stoller Daniel, LLP
Attn: Gregory D. Rueb
1990 N. California Blvd.
8th Floor
Walnut Creek, CA  94596

Saiber
Attn: John M. August, Esq.
18 Columbia Turnpike, Suite 200
Florham Park, NJ  07932

Sanders, Phillips, Grossman, LLC
Attn: Marc Grossman
100 Garden City Plaza
Garden City, NY  11530

5

Simon Greenstone Panatier
Attn: Leah C Kagan, Esq.
1201 Elm Street, Suite 3400
Dallas, TX 75270

Simpson Thatcher & Bartlett LLP
Attn: Andrew T. Frankel
425 Lexington Avenue
New York, NY 10017

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Allison M Brown, Esq.
One Manhattan West
New York, NY 10001

Slater Slater Schulman Slater, Adam
445 Broadhollow Rd, Suite 419
Melville, NY 11747

The Kelly Firm
Attn: Andrew J. Kelly
1011 Highway 71, Suite 200
Spring Lake, NJ 07762

The Shapiro Law Firm
Attn: Janet A Shapiro
325 N. Maple Drive #15186
Beverly Hills, CA 90209

Trammell PC
Attn: Fletcher V. Trammell
3262 Westheimer Road, Suite 423
Houston, TX 77098

Trif & Modugno, LLC
Attn: Louis A Modugno
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, NJ 07960

US Department Of Justice
Civil Division
Attn: J. Zachary Balasko
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

US Department Of Justice
Civil Division
Attn: Bethany R. Theriot
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Wagstaff Law Firm
Attn: Aimee Wagstaff
940 N. Lincoln Street
Denver, CO 80203

Walsh Pizzi O'Reilly Falanga
Attn: Mark Falk
Three Gateway Center
100 Mulberry St, 15th Floor
Newark, NJ 07102

Watts Guerra LLP
Attn: Mikal Watts
4 Dominion Dr., Bld 3, Suite 100
San Antonio, TX 78257

Weitz & Luxenberg, PC
Attn: Perry Weitz
700 Broadway
New York NY 10003

White & Case LLP
Attn: Jessica C Lauria, Glenn M Kurtz, R Pasianotto & Gregory Starner
1221 Avenue of the Americas
New York, NY 10020-1095

White & Case LLP
Attn: Michael C Shepherd & Laura Femino
200 South Biscayne Blvd, Suite 4900
Miami, FL 33131-2352

White & Case LLP
Attn: Matthew E Linder & Laura E Baccash
111 South Wacker Drive Suite 5100
Chicago, IL 60606-4302

6

Wisner Baum
Wisner, Robert Brent
10940 Wilshire Blvd, Suite 1600
Los Angeles, CA  90024

Wollmuth Maher & Deutsch LLP
Attn:  James N. Lawlor
90 Washington Valley Road
Bedminister, NJ  07921

Wollmuth Maher & Deutsch LLP
Attn:  Paul R Defilippo, Joseph F Pacelli &
James N. Lawlor
500 Fifth Avenue, 12th Floor
New York, NY  10110

Moshe Maimon, Esq.
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, NY  10158

Sari B. Placona, Esq.
McManimon Scotland & Baumann, LLC
75 Livingston Avenue, Suite 201
Roseland, NJ  07068

Lisa Nathanson Busch, Esq.
Weitz & Luxenberg, PC
700 Broadway
New York, NY  10003

7