LEVY KONIGSBERG, LLP
605 Third Avenue, 33rd Floor
New York, New York 10158
(212) 605-6200
*Counsel for Paul Crouch, Individually and as*
*Executor and as Executor Ad Prosequendum of*
*the Estate of Cynthia Lorraine Crouch*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LTL MANAGEMENT LLC, | ) | Case No.: 23-12825-MBK |
| | ) | |
| Debtor. | ) | Judge: Michael B. Kaplan |

## APPLICATION FOR ORDER SHORTENING TIME

Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch, requests that the time period to notice a hearing on the **Paul Crouch's Motion *In Limine* To Exclude Evidence Of Alleged Settlement With Third-Party Payors** as required by D.N.J. LBR 9013-2(a) be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1) and the *Order Establishing Case Management and Administrative Procedures* [Dkt. 554], for the reasons set forth below:

1. <u>A shortened hearing time is requested because</u>: The Debtor has proffered testimony on this subject for the hearing on the numerous Motions to Dismiss pending before the Court and set to be heard beginning on Tuesday, June 27, 2023.

2. Mr. Crouch's Motion seeks to exclude evidence of alleged settlement with third-party payors.

3. <u>State the hearing dates requested</u>: Mr. Crouch respectfully requests that this matter be scheduled for a hearing on Tuesday, June 27, 2023, at 9:00 a.m.

4. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Respectfully submitted:

Dated: June 26, 2023

*/s/ Moshe Maimon*
Moshe Maimon (I.D. 042691986)
LEVY KONIGSBERG, LLP
605 Third Avenue, 33rd FL
New York, NY 10158
Tel: (212) 605-6200
Fax: (212) 605-6290
Email:
mmaimon@levylaw.com
Attorneys for Talc Claimant
Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch

and

JONATHAN RUCKDESCHEL
The Ruckdeschel Law Firm, LLC
å8357 Main Street
Ellicott City, Maryland 21043
Email:
ruck@rucklawfirm.com
Attorneys for Talc Claimant
Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch
*Admitted Pro Hac Vice