| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel to the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Jeffrey L. Jonas, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY  10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Sunni P. Beville, Esq.<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA  02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Special Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG P.C**.<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>David A. Castleman, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>dcastleman@otterbourg.com<br>230 Park Avenue<br>New York, NY  10169<br>Tel: (212) 661-9100<br>Fax: (212) 682-6104<br>*Co-Counsel for Official Committee of Talc Claimants* |

| | |
|---|---|
| In re:<br><br>**LTL MANAGEMENT LLC,** [1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

**OFFICIAL COMMITTEE OF TALC CLAIMANTS' EXHIBIT LIST FOR**
**HEARING ON THE MOTIONS TO DISMISS DEBTOR'S BANKRUPTCY CASE**

The Official Committee of Talc Claimants (the "**TCC**") hereby files its Exhibit List for the hearing beginning on Tuesday, June 27, 2023 at 9:00 a.m. (Eastern Time) ("**Hearing**").

**EXHIBIT LIST**

A list of exhibits on which the TCC may rely at the Hearing is set forth on **Exhibit A**. The TCC reserves the right to supplement or amend this exhibit list and to identify or introduce additional exhibits at trial including, but not limited to, reserving the right to introduce (i) any exhibit listed on the exhibit list of any other party, regardless of whether the exhibit is withdrawn by such party; (ii) any document that has not yet been produced in discovery prior to this filing; or (iii) any document or evidence used for impeachment, rebuttal, and/or refreshing recollection, or to address any matters necessary to establish facts that the TCC is requesting be admitted as stipulated facts.

The TCC further reserves the right to supplement or amend this Exhibit List, including (but not limited to) to add and/or remove documents or other evidence prior to the conclusion of the

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

7507950.1

Hearing (i) in response to pre-hearing filings, requests for judicial notice, and/or exhibit lists, as well as the evidence and arguments presented by other parties at the Hearing; (ii) in connection with the outcome of any motions in limine, evidentiary objections, and filings by the parties on those issues; (iii) as a consequence of the unexpected unavailability of a witness, or a witness unexpectedly testifying; and/or (iv) by agreement with other parties.

By including a document on this Exhibit List, the TCC does not thereby agree or admit that a document or category of documents is admissible for any or all purposes. The TCC reserves the right to object if another party seeks to introduce into evidence exhibits that the Debtors have identified.

Dated: June 26, 2023

Respectfully submitted,

**GENOVA BURNS, LLC**

By: ___/s/ Daniel M. Stolz___
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 533-0777
Facsimile: (973) 467-8126
Email: dstolz@genovaburns.com
Email: dclarke@genovaburns.com

*Local Counsel to the Official Committee
of Tort Claimants of LTL Management, LLC*