**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.:  23-12825 (MBK) |
| Debtor. | Judge:  Michael B. Kaplan<br>**Hearing Date and Time:**<br>Pursuant to OST |

### NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO (I) FILE AN UNREDACTED VERSION OF ITS SUR-REPLY UNDER SEAL AND (II) SUBMIT CERTAIN CONFIDENTIAL EXHIBITS TO THE SAME UNDER SEAL AND GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on the date set by the Court pursuant to a proposed

Order Shortening Time (the "OST") and Application, as defined below, to be submitted,

LTL Management LLC, the above-captioned debtor (the "Debtor"), by and through its counsel,

shall move before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is
501 George Street, New Brunswick, New Jersey 08933.

United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street,

Trenton, New Jersey 08608, for the entry of an order pursuant to D.N.J. LBR 9018-1 to submit

an unredacted version of its *Debtor's Sur-Reply in Further Support of Omnibus Objection to*

*Motions to Dismiss Chapter 11 Case* under seal.

   **PLEASE TAKE FURTHER NOTICE** that, contemporaneously with the filing

of the Debtor's Motion to Seal (the "Motion"), the Debtor filed an *Application for Order*

*Shortening Time and Certain Other Relief* (the "Application") requesting that the Court hear its

Motion on June 27, 2023, at 9:00 a.m.

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to D.N.J. LBR 9013-2, responsive

papers, if any, must be filed with the Clerk of the Bankruptcy Court, Clarkson S. Fisher

Courthouse, 402 East State Street, Trenton, New Jersey 08608, and served upon (a) the Debtor's

undersigned counsel, (b) counsel to the Official Committee of Talc Claimants, (c) counsel to the

Ad Hoc Committee of Supporting Counsel, (d) the legal representative for future talc claimants

and her counsel, (e) the Office of the United States Trustee for the District of New Jersey and

(f) any other party entitled to notice, by the time set forth in the Court's order entered with

respect to the Application.

   **PLEASE TAKE FURTHER NOTICE** that, unless an objection is timely filed and

served, the Motion will be deemed uncontested in accordance with D.N.J. LBR 9013-3(d) and

the relief may be granted without a hearing.

NAI-1537243362

Dated: June 26, 2023

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

NAI-1537243362