<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

</td></tr>
</table>

| In re:<br>LTL MANAGEMENT LLC,[1]<br>       Debtor. | Chapter 11<br>Case No.: 23-12825 (MBK)<br>Judge: Michael B. Kaplan |
|---|---|

# ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO (I) FILE AN UNREDACTED VERSION OF ITS SUR-REPLY UNDER SEAL AND (II) SUBMIT CERTAIN CONFIDENTIAL EXHIBITS TO THE SAME UNDER SEAL AND GRANTING RELATED RELIEF

The relief set forth on the following page is hereby **ORDERED**.

---

[1]  The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1537243362

(Page 2)
Debtor: LTL Management LLC
Case No.: 23-12825-MBK
Caption: Order to Seal Unredacted Version Debtor's Sur-Reply and Certain Confidential Exhibits

Upon the motion (the "Motion") of LTL Management LLC (the "Debtor"), to file an unredacted version of its Sur-Reply and the Confidential Exhibits under seal; and the Court having considered the request and any objection there to, it is

☐ ORDERED that the request is denied, and the underlying document(s) shall be filed on the court's electronic filing system.

☐ ORDERED that the request is granted, and the document(s) shall be filed under seal until the expiration of the judiciary records retention period at which time the document will be permanently deleted.

NAI-1537243362