**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.:  23-12825 (MBK) |
| Debtor. | Judge:  Michael B. Kaplan |

## APPLICATION FOR ORDER SHORTENING TIME

TO:    THE HONORABLE MICHAEL B. KAPLAN
       CHIEF UNITED STATES BANKRUPTCY JUDGE

The above-captioned debtor (the "Debtor"), by and through its undersigned counsel,

requests that the time period to notice a hearing on the *Debtor's Motion for Entry of an Order*

*Authorizing the Debtor to (I) File an Unredacted Version of Its Sur-Reply Under Seal; Submit*

---

[1]    The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is
501 George Street, New Brunswick, New Jersey 08933.

*Certain Confidential Exhibits to the Same Under Seal; and Granting Related Relief* (the "Motion

to Seal")[2] as required by D.N.J. LBR 9013-2(a) be shortened pursuant to Fed. R. Bankr.

P. 9006(c)(1), for the reasons set forth below:

1.     A shortened hearing time is requested because:  The trial on the various motions

to dismiss the Debtor's chapter 11 case and related joinders [Dkts. 286, 335, 346, 350, 352, 358,

379, 384, 473 and 480] (collectively, the "Motions to Dismiss") is scheduled to begin on

June 27, 2023.  Contemporaneously herewith, the Debtor has filed a redacted version of the

*Debtor's Sur-Reply in Further Support of Omnibus Objection to Motions to Dismiss Chapter 11*

*Case* (the "Sur-Reply") in opposition to the Motions to Dismiss, and its Motion to Seal certain

redacted portions of the Sur-Reply and the accompanying exhibits that have been designated as

"Confidential Information" as defined in the *Order Governing Confidential Information By and*

*Between the Official Committee of Talc Claimants and the Debtor Pursuant to D.N.J.*

*LBR 9021-1(b)* [Dkt. 545].  As a practical matter, the Motion to Seal should be heard with the

Motions to Dismiss and related filings.

2.     State the hearing dates requested:  The Debtor respectfully requests that the Court

hear the Motion to Seal on June 27, 2023, or on a date and time which is most convenient for the

Court.

4.     Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

---

[2]      Capitalized terms not otherwise defined herein have the meanings given to them in the Motion to Seal.

NAI-1537263487

Dated: June 26, 2023

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (Admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon
Brad B. Erens
Dan B. Prieto
Amanda Rush
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

NAI-1537263487