Mark Falk
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, N.J. 07102
(973) 757-1100

*Counsel for Randi S. Ellis,*
*Legal Representative for Future Talc Claimants*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23-12825 |
| Debtor. | Honorable Michael B. Kaplan |

### CERTIFICATE OF SERVICE

I, Mark Falk, hereby certify under penalty of perjury the following:

I am counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants, in the above-captioned case ("Chapter 11 Case").

On June 26, 2023, I caused a true and correct copy of APPLICATION FOR RETENTION OF BEDERSON LLP to be filed in the Chapter 11 Case and served via the Court's CM/ECF system upon all parties registered to receive notice in the Chapter 11 Case.

On June 26, 2023, the aforementioned document was also served via electronic mail on the parties listed on the attached exhibit.

I hereby certify the foregoing statements made by me are true.

Dated: June 26, 2023          *s/Mark Falk*
                               Mark Falk