**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Kristopher M. Hansen (admitted *pro hac vice*)
Ryan P. Montefusco (admitted *pro hac vice*)

PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Matthew M. Murphy (admitted *pro hac vice*)
Matthew Micheli (admitted *pro hac vice*)

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800

Michael D. Sirota
Warren A. Usatine
Seth Van Aalten *(admitted pro hac vice)*
Justin R. Alberto (admitted *pro hac vice*)

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, Texas 77002
Lenard M. Parkins (admitted *pro hac vice*)
Charles M. Rubio (admitted *pro hac vice*)

*Counsel to*
*Ad Hoc Committee of Supporting Counsel*

In re:

LTL MANAGEMENT, LLC,[1]

                  Debtor.

Chapter 11

Case No. 23-12825 (MBK)

Judge: Michael B. Kaplan

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

66055/0001-45647783v1

# CERTIFICATE OF SERVICE

On June 26, 2023, the following pleadings were electronically filed with the Court, using the Court's electronic filing system, and served via (i) the Court's CM/ECF system on the parties that have consented to electronic service of all filings, (ii) overnight mail on the parties listed on the attached **Exhibit A**, and (iii) electronic mail on the parties listed on the attached **Exhibit B**:

1. Redacted Omnibus Response of Ad Hoc Committee of Supporting Counsel to Replies in Support of Motions to Dismiss [DI 900];

2. Motion of the Ad Hoc Committee of Supporting Counsel to File Under Seal and Redact Certain Information in Response of Ad Hoc Committee of Supporting Counsel to Replies in Support of Motions to Dismiss [DI 902];

3. Application for Order Shortening Time and Certain Other Relief [DI 904]; and

4. Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [DI 905].

Dated: June 26, 2023

**COLE SCHOTZ P.C.**

/s/ *Michael D. Sirota*
Michael D. Sirota (NJ Bar No. 014321986)
Warren A. Usatine (NJ Bar No. 025881995)
Seth Van Aalten (admitted *pro hac vice*)
Justin R. Alberto (admitted *pro hac vice*)
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
Email:  msirota@coleschotz.com
           wusatine@coleschotz.com
           svanaalten@coleschotz.com
           jalberto@coleschotz.com

– and –

**PAUL HASTINGS LLP**
Kristopher M. Hansen (admitted *pro hac vice*)
Ryan P. Montefusco (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email:  krishansen@paulhastings.com
           ryanmontefusco@paulhastings.com

`

        Matthew M. Murphy (admitted *pro hac vice*)
        Matthew Micheli (admitted *pro hac vice*)
        71 South Wacker Drive, Suite 4500
        Chicago, IL 60606
        Telephone: (312) 499-6000
        Facsimile: (312) 499-6100
        Email:  mattmurphy@paulhastings.com
                  mattmicheli@paulhastings.com

        – and –

        **PARKINS & RUBIO LLP**
        Lenard M. Parkins (admitted *pro hac vice*)
        Charles M. Rubio (admitted *pro hac vice*)
        700 Milam, Suite 1300
        Houston, TX 77002
        Telephone: (713) 715-1660
        Facsimile: (713) 715-1699
        Email:  lparkins@parkinsrubio.com
                  crubio@parkinsrubio.com
        *Counsel to Ad Hoc Committee of*
        *Supporting Counsel*

66055/0001-45647783v1

**EXHIBIT A**

Gary Russo
Jones Walker LLP
Suite 1600, 600 Jefferson Street
Lafayette, LA 70501

Eric D Green
Resolutions, LLC
30 Monument Square, Suite 245
Concord, MA 01742

Adam Slater
Slater Slater Schulman
445 Broadhollow Rd, Ste 419
Melville, NY 11747

Lauren Bielskie and Jeffrey M. Sponder
Office of the US Trustee
One Newark Center, Ste 2100
Newark, NJ 07102

James Heisman and Christopher Lopalo
Napoli Shkolnik PLLC
360 Lexington Ave
New York, NY 10017

# EXHIBIT B

| NAME | EMAIL |
| --- | --- |
| ANDRES PEREIRA LAW FIRM | apereira@andrespereirapc.com |
| ARCHER & GREINER, P.C. | spackman@archerlaw.com |
| ARNOLD & ITKIN LLP | CBOATRIGHT@ARNOLDITKIN.COM; CHRISTENSEN@ARNOLDITKIN.COM; JITKIN@ARNOLDITKIN.COM |
| ASHCRAFT & GEREL, LLP | mparfitt@ashcraftlaw.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | MARYBETH@PUTNICKLEGAL.COM; DTHORNBURGH@AWKOLAW.COM |
| BALLARD SPAHR LLP | daluzt@ballardspahr.com; heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| BEASLEY ALLEN LAW FIRM | CHARLIE.STERN@BEASLEYALLEN.COM |
| BEASLEY ALLEN LAW FIRM | leigh.odell@beasleyallen.com |
| BLAKE, CASSELS & GRAYDON LLP | linc.rogers@blakes.com |
| BROWN RUDNICK LLP | dmolton@brownrudnick.com; mwinograd@brownrudnick.com; ssieger-grimm@brownrudnick.com; kaulet@brownrudnick.com |
| BROWN RUDNICK LLP | jjonas@brownrudnick.com; sbeville@brownrudnick.com; egoodman@brownrudnick.com |
| CHILDERS, SCHLUETER & SMITH LLC | RSCHLUETER@CSSFIRM.COM |
| CLYDE & CO US LLP | konrad.krebs@clydeco.us |
| CLYDE & CO US LLP | clinton.cameron@clydeco.us; meghan.dalton@clydeco.us |
| COHEN, PLACITELLA & ROTH PC | cplacitella@cprlaw.com |
| COLE SCHOTZ PC | msirota@coleschotz.com; wusatine@coleschotz.com; svanaalten@coleschotz.com; jalberto@coleschotz.com |
| CROWELL & MORING LLP | apyenson@crowell.com |
| CROWELL & MORING LLP | mplevin@crowell.com |
| CROWELL & MORING LLP | tyoon@crowell.com |
| DAVID CHRISTIAN ATTORNEYS LLC | dchristian@dca.law |
| DUANE MORRIS LLP | slross@duanemorris.com |
| DUANE MORRIS LLP | prmatthews@duanemorris.com |
| DUANE MORRIS LLP | JKAHANE@DUANEMORRIS.COM; RWROTEN@DUANEMORRIS.COM; AMINA@DUANEMORRIS.COM; NREINHARDT@DUANEMORRIS.COM |
| FERRER, POIROT & WANSBROUGH | JFERRER@LAWYERWORKS.COM; CFELLER@LAWYERWORKS.COM |

EXHIBIT B

| NAME | EMAIL |
|---|---|
| GENOVA BURNS LLC | dstolz@genovaburns.com; dclarke@genovaburns.com; gkinoian@genovaburns.com |
| GENOVA BURNS LLC | dclarke@genovaburns.com |
| GEOFFREY B GOMPERS, PC | gompers@gomperslaw.com |
| GERTLER LAW FIRM | hbabin@gertlerfirm.com |
| GIBBONS P.C. | rmalone@gibbonslaw.com; kmcevilly@gibbonslaw.com |
| GIMIGLIANO MAURIELLO & MALONEY | jmaloney@lawgmm.com; sgimigliano@lawgmm.com; rrabinowitz@lawgmm.com |
| GOLOMB SPIRT GRUNFELD | rgolomb@golomblegal.com |
| GREENBERG TRAURIG, LLP | brodya@gtlaw.com |
| HALPERIN BATTAGLIA BENZIJA, LLP | ahalperin@halperinlaw.net; dlieberman@halperinlaw.net |
| HILL CARTER FRANCO COLE & BLACK PC | ecarter@hillhillcarter.com |
| JOHNSON & JOHNSON | ehaas8@its.jnj.com; awhite23@its.jnj.com |
| JOHNSON LAW GROUP | BADHAM@JOHNSONLAWGROUP.COM |
| JONES DAY | gmgordon@jonesday.com; dpietro@jonesday.com; asrush@jonesday.com |
| JONES DAY | bberens@joneday.com |
| JONES WALKER LLP | |
| KARST VON OISTE LLP | epk@karstvonoiste.com |
| KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, PLC | skazan@kazanlaw.com |
| KING & SPALDING LLP | kfournier@kslaw.com |
| KTBS LAW LLP | rpfister@ktbslaw.com; nmaoz@ktbslaw.com; mtuchin@ktbslaw.com; skidder@ktbslaw.com |
| LAW FIRM OF BRIAN W HOFMEISTER | bwh@hofmeisterfirm.com |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC | mmalzberg@mjmalzberglaw.com |
| LEVIN PAPANTONIO RAFFERTY | ctisi@levinlaw.com |
| LEVY KONIGSBERG, LLP | mmaimon@levylaw.com |
| LEVY KONIGSBERG, LLP | jblock@levylaw.com |
| LEX NOVA LAW LLC | rdressel@lexnovalaw.com |
| LIAKOS LAW | JENN@JENNLIAKOSLAW.COM |
| LINVILLE LAW GROUP | info@linvillelawgroup.com; info@linvillefirm.com |
| LITE DEPALMA GREENBERG & AFANADOR, LLC | aunderwood@litedepalma.com |
| LOWENSTEIN SANDLER LLP | KROSEN@LOWENSTEIN.COM; MSEYMOUR@LOWENSTEIN.COM |
| LTL MANAGEMENT LLC | jkim8@its.jnj.com |
| MASSEY & GAIL LLP | jmassey@masseygail.com; rmorse@masseygail.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | sratcliffe@mrhfmlaw.com; cthompson@mrhfmlaw.com |
| MCCARTER & ENGLISH, LLP | tladd@mccarter.com; jgarde@mccarter.com |
| MCDONALD WORLEY | DON@MCDONALDWORLEY.COM |
| MCMANIMON SCOTLAND & BAUMANN, LLC | splacona@msbnj.com; asodono@msbnj.com |

**EXHIBIT B**

| NAME | EMAIL |
|---|---|
| MENDES & MOUNT LLP | eileen.mccabe@mendes.com; stephen.roberts@mendes.com |
| MILLER FIRM, LLC | choke@millerfirmllc.com |
| MOTLEY RICE LLC | dlapinski@motleyrice.com |
| NACHAWATI LAW GROUP | MN@NTRIAL.COM |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | autumn.highsmith@oag.texas.gov; rachel.obaldo@oag.texas.gov |
| OFFICE OF THE US TRUSTEE | LAUREN.BIELSKIE@USDOJ.GOV; JEFFREY.M.SPONDER@USDOJ.GOV |
| ONDERLAW, LLC | ONDER@ONDERLAW.COM |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | rloeb@orrick.com |
| OTTERBOURG P.C. | rhaddad@otterbourg.com; asilverstein@otterbourg.com |
| OTTERBOURG PC | mcyganowski@otterbourg.com; jfeeney@otterbourg.com; mmaizel@otterbourg.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com |
| PARKINS & RUBIO LLP | lparkins@parkinsrubio.com; crubio@parkinsrubio.com |
| PASHMAN STEIN WALDER HAYDEN, P.C. | jweiss@pashmanstein.com |
| PAUL HASTINGS LLP | krishansen@paulhastings.com |
| PAUL HASTINGS LLP | mattmurphy@paulhastings.com; mattmicheli@paulhastings.com |
| PULASKI KHERKHER PLLC | ADAM@PULASKILAWFIRM.COM |
| RANDI S ELLIS LLC | randi@randiellis.com |
| RAWLINGS & ASSOCIATES | mdf@rawlingsandassociates.com; rcg@rawlingsandassociates.com |
| REED SMITH LLP | dbaker@reedsmith.com |
| RESOLUTIONS, LLC | |
| ROBINSON CALCAGNIE, INC. | MROBINSON@ROBINSONFIRM.COM |
| ROSS FELLER CASEY, LLP | bmcccormick@rossfellercasey.com |
| RUEB STOLLER DANIEL, LLP | GREG@LAWRSD.COM |
| SAIBER LLC | jaugust@saiber.com |
| SANDERS, PHILLIPS, GROSSMAN, LLC | MGROSSMAN@THESANDERSFIRM.COM |
| SHOOK, HARDY & BACON L.L.P. | kfrazier@shb.com |
| SIMON GREENSTONE PANATIER PC | lkagan@sgptrial.com |
| SIMPSON THACHER & BARTLETT LLP | afrankel@stblaw.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | allison.brown@skadden.com |
| SLATER SLATER SCHULMAN | |
| THE KELLY FIRM, P.C. | AKELLY@KBTLAW.COM |
| THE SHAPIRO LAW FIRM | jshapiro@shapirolawfirm.com |
| TRAMMELL PC | FLETCH@TRAMMELLPC.COM |
| TRIF & MODUGNO, LLC | lmodugno@tm-firm.com |
| US DEPARTMENT OF JUSTICE | john.z.balasko@usdoj.gov |
| US DEPARTMENT OF JUSTICE | bethany.theriot@usdoj.gov |

**EXHIBIT B**

| NAME | EMAIL |
|---|---|
| VINSON & ELKINS LLP | sabramowitz@velaw.com |
| WAGSTAFF LAW FIRM | AWAGSTAFF@WAGSTAFFLAWFIRM.COM |
| WALSH PIZZI O'REILLY FALANGA | mfalk@walsh.law |
| WATTS GUERRA LLP | MCWATTS@WATTSGUERRA.COM |
| WEIL, GOTSHAL & MANGES LLP | Diane.Sullivan@weil.com; Ronit.Berkovich@weil.com; Theodore.Tsekerides@weil.com; Matthew.Goren@weil.com |
| WEITZ & LUXENBERG, PC | pw@weitzlux.com; lbusch@weitzlux.com |
| WEITZ & LUXENBERG, PC | lbusch@weitzlux.com |
| WHITE & CASE LLP | JESSICA.LAURIA@WHITECASE.COM; GKURTZ@WHITECASE.COM; RICARDO.PASIANOTTO@WHITECASE.COM; GSTARNER@WHITECASE.COM |
| WHITE & CASE LLP | MSHEPHERD@WHITECASE.COM; LAURA.FEMINO@WHITECASE.COM |
| WHITE & CASE LLP | MLINDER@WHITECASE.COM; LAURA.BACCASH@WHITECASE.COM |
| WISNER BAUM | rbwisner@wisnerbaum.com |
| WOLLMUTH MAHER & DEUTSCH LLP | jlawlor@wmd-law.com |
| WOLLMUTH MAHER & DEUTSCH LLP | pdefilippo@wmd-law.com; jpacelli@wmd-law.com; jlawlor@wmd-law.com |
| WOMBLE BOND DICKINSON (US) LLP | Ericka.Johnson@wbd-us.com; Lisa.Tancredi@wbd-us.com |