Appendix A    Page 1 of 9

**Appendix A**

| Exhibit # | Date | Description | Reference | TCC Confi Designation | Debtor's Objection | Objection Category |
|---|---|---|---|---|---|---|
| 761 | 6.14.2023 | MTD Deposition Transcript of Adam Pulaski | N/A | | Hearsay | Deposition Transcript or Video |
| 762 | 6.14.2023 | MTD Deposition Video Recording of Adam Pulaski | N/A | | Hearsay | Deposition Transcript or Video |
| 768 | 10.4.2022 | Transcript of Oral Argument Before Judge Ambro | Case No. 22-2003 (Dkt 148); Watts MTD Depo Ex. 8 | | Hearsay; Relevance | Documents, transcripts, pleadings, orders, and opinions related to other proceedings |
| 769 | 3.31.2023 | Third Circuit Opinion (Highlighted) | Case No. 22-2003 (Dkt 181-1); Watts MTD Depo Ex. 9 | | Hearsay | Case Law, Statutes, Codes, or Manuals |
| 770 | 6.1.2023 | MTD Deposition Transcript of John Kim | Watts MTD Depo Ex. 10 | confidential | Hearsay | Deposition Transcript or Video |
| 771 | 6.1.2023 | MTD Deposition Video Recording of John Kim | N/A | | Hearsay | Deposition Transcript or Video |
| 772 | 6.7.2023 | MTD Deposition Transcript of Eric Haas | Watts MTD Depo Ex. 11 | | Hearsay | Deposition Transcript or Video |
| 773 | 6.7.2023 | MTD Deposition Video Recording of Eric Haas | N/A | | Hearsay | Deposition Transcript or Video |
| 774 | 6.8.2023 | MTD Deposition Transcript of James Onder | Watts MTD Depo Ex. 12 | | Hearsay | Deposition Transcript or Video |
| 775 | 6.8.2023 | MTD Deposition Video Recording of James Onder | N/A | | Hearsay | Deposition Transcript or Video |
| 776 | 5.24.2023 | MTD Deposition Transcript of Nabil Majed Nachawati | Watts MTD Depo Ex. 13 | confidential | Hearsay | Deposition Transcript or Video |
| 777 | 5.24.2023 | MTD Deposition Video Recording of Nabil Majed Nachawati | N/A | | Hearsay | Deposition Transcript or Video |
| 778 | 6.12.2023 | MTD Deposition Transcript of Mikal Watts | N/A | | Hearsay | Deposition Transcript or Video |
| 779 | 6.12.2023 | MTD Deposition Video Recording of Mikal Watts | N/A | | Hearsay | Deposition Transcript or Video |
| 787 | 3.31.2023 | Third Circuit Opinion (Westlaw) | Haas MTD Depo Ex. 8 | | Hearsay | Case Law, Statutes, Codes, or Manuals |
| 788 | 4.18.2023 | Transcript of Hearing on Memorandum of Law In Support of Motion by Movant Anthony Hernandez Valadez For an Order (I) Granting Relief from the Automatic Stay, Second Amended Ex Party Temporary Restraining Order, and Anticipated Preliminary Injunction, and (II) Waiving the Fourteen-Day Stay Under Federal Rule of Bankruptcy Procedure 4001(a)(3) [Dkt 71]; and Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies or Extends to Certain Actions Against Non Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a TRO Ex Parte Pending a Hearing on a PI [Adv. Dkt 2]; and Motion to Seal; and Service Procedures Motion | Case No. 12-12825; Haas MTD Depo Ex. 9 | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 789 | 6.6.2023 | MRHFM's Objection to Debtor's Motion For an Order . . . | Case No. 23-12825 (Dkt 453); Haas MTD Depo Ex. 10 | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 810 | 7.14.2022 | Plaintiff's First Amended Complaint for Declaratory Relief, Damages, Restitution and Civil Penalties | Case No. 22-01231 (Dkt 2-2); Nachawati MTD Depo Ex. 2 | | Hearsay; Relevance | Documents, transcripts, pleadings, orders, and opinions related to other proceedings |
| 811 | 1.31.2023 | Federal Appellate Court Rejects Controversial J&J Ploy to Dodge Talc Cancer Lawsuits | Nachawati MTD Depo Ex. 3 | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 820 | 5.30.2023 | MTD Deposition Transcript of Andrew Birchfield | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 821 | 5.30.2023 | MTD Deposition Video Recording of Andrew Birchfield | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 823 | 5.26.2023 | Letter from Mark Rasmussen of Jones Day to Michael Winograd of Brown Rudnick RE In re LTL Management, Case No. 23-12825 - Amended Fact and Expert Witness Disclosure | Lisman MTD Depo Ex. 3; Murdica MTD Depo Ex. 3 | Confidential | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 824 | 6.27.2015 | Notice of Summons to Defendant Borg-Warner Corporations | Murdica MTD Depo Ex. 4 | Public | Hearsay; Relevance | Documents, transcripts, pleadings, orders, and opinions related to other proceedings |
| 825 | 6.19.2017 | Original Petition of Plaintiffs Sharon Pipes and Andrew Slupski against various defendants | Murdica MTD Depo Ex. 5 | Public | Hearsay; Relevance | Documents, transcripts, pleadings, orders, and opinions related to other proceedings |
| 826 | 5.30.2023 | MTD Deposition Transcript of James Murdica | N/A | Confidential | Hearsay | Deposition Transcript or Video |

| Exhibit # | Date | Description | Reference | TCC Confi Designation | Debtor's Objection | Objection Category |
|---|---|---|---|---|---|---|
| 827 | 5.30.2023 | MTD Deposition Video Recording of James Murdica | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 829 | 5.4.2023 | Objection of the Official Committee of Talc Claimanats to Debtor's Motion for An Order (I) Scheduling the Hearing on Approval . . . | Case No. 23-12825 (Dkt 413); Onder MTD Depo Ex. 4 | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 833 | N/A | Facebook Posts of Joe Coddington | Onder MTD Depo Ex. 11 | | Hearsay; Authenticity; Relevance | Unauthenticated Miscellaneous Hearsay |
| 834 | May-23 | Onder Client Voicemail | Onder MTD Depo Ex. 12 | | Hearsay; Authenticity; Relevance | Unauthenticated Miscellaneous Hearsay |
| 835 | 4.7.2023 | Declaration Pursuant to Rule 80, ARCP | Onder MTD Depo Ex. 13 | | Hearsay; Authenticity; Relevance | Unauthenticated Miscellaneous Hearsay |
| 836 | 5.23.2023 | Notice of Debtor's Motion for An Order Authorizing It to Enter An Expense Reimbursement Agreement with AHC of Supporting Counsel | Case No. 23-12825 (575); Onder MTD Depo Ex. 14 | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 854 | 5.31.2023 | MTD Deposition Transcript of Adam Lisman | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 855 | 5.31.2023 | MTD Deposition Video Recording of Adam Lisman | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 862 | 1.30.2023 | Third Circuit Opinion Dismissing Bankruptcy Petition | 22-2003 (Dkt 150); Dickinson MTD Depo Ex. 15 | Public | Hearsay | Case Law, Statutes, Codes, or Manuals |
| 863 | 5.30.2023 | MTD Deposition Transcript of Robert Wuesthoff | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 864 | 5.30.2023 | MTD Deposition Video Recording of Robert Wuesthoff | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 865 | 5.31.2023 | Subpoena to Testify to S&P Global Inc | Wong MTD Depo Ex. 1 | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 866 | 6.7.2023 | Non-Party S&P Global Inc.'s R&Os to Subpoena | Wong MTD Depo Ex. 2 | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 874 | 6.12.2023 | MTD Deposition Transcript of Arthur Wong | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 875 | 6.12.2023 | MTD Deposition Video Recording of Arthur Wong | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 892 | 5.31.2023 | MTD Deposition Transcript of Richard Dickinson | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 893 | 5.31.2023 | MTD Deposition Video Recording of Richard Dickinson | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 896 | 4.24.2023 | TCC Notice of Motion & Motion to Dismiss Second Bankruptcy Petition of LTL Management LLC (and Exhibits) | Case No. 23-12825 (Dkts 286 - 286- 27) | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 898 | 4.16.2023 | Objection of Arnold & Itkin LLP to Debtor's Preliminary Injunction Motion | Case No. 23-01092 (Dkt 37) | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 899 | 4.17.2023 | Objection of the United States Trustee to Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies or Extends to Certain Actions Against Non-Debtors, (II) Preliminarily Enjoining Such Actions, And (III) Granting a TRO Ex Parte Pending a Hearing on a PI | Case No. 23-01092 (Dkt 38) | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 900 | 4.17.2023 | Objection of the Official Committee of Talc Claimants to Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies or Extends to Certain Actions Against Non-Debtors, (II) Preliminarily Enjoining Such Actions, and (III) Granting a TRO Ex Parte Pending a Hearing on a PI | Case No. 23-01092 (Dkt 39) | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 902 | 4.10.2023 | Informational Brief of the Ad Hoc Committee of Certain Talc Claimaints Regarding Second Bankruptcy Filing by LTL Management LLC | Case No. 23-12825 (Dkt 79) | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |

| Exhibit # | Date | Description | Reference | TCC Confi Designation | Debtor's Objection | Objection Category |
|---|---|---|---|---|---|---|
| 903 | 4.24.2023 | Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice | Case No. 23-01092 (Dkt 87) | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 904 | 12.15.2021 | Transcript of 341 Meeting of Creditors Before Linda Richenderfer, Esq. Office of the U.S. Trustee | Case No. 21-30589 | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 905 | 1.19.2022 | Deposition Transcript of Thibaut Mongon | Case No. 21-30589 | Confidential | Hearsay; Relevance | Deposition Transcript or Video from LTL 1.0 MTD |
| 906 | 12.20.2021 | Deposition Transcript of Michelle Goodridge | Case No. 21-30589 | Confidential | Hearsay; Relevance | Deposition Transcript or Video from LTL 1.0 MTD |
| 907 | 10.31.2021 | Deposition Transcript of John Kim | Case No. 21-30589 | Confidential | Hearsay; Relevance | Deposition Transcript or Video from LTL 1.0 MTD |
| 908 | 1.26.2022 | Deposition Transcript of Richard Dickinson | Case No. 21-30589 | Confidential | Hearsay; Relevance | Deposition Transcript or Video from LTL 1.0 MTD |
| 909 | 12.22.2021 | Deposition of Robert Wuesthoff | Case No. 21-30589 | Confidential | Hearsay; Relevance | Deposition Transcript or Video from LTL 1.0 MTD |
| 910 | 12.22.2021 | Objection of the Official Committee of Talc Claimants to Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a TRO Pending a Final Hearing | Case No. 21-03032 (Dkt 142) | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents from LTL 1.0 |
| 914 | 11.16.2021 | Order Transferring Case to the District of New Jersey | Case No. 21-30589 (Dkt 416) | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents from LTL 1.0 |
| 915 | 11.19.2021 | Initial Statement of Official Committee of Talc Claimants Respecting Chapter 11 Case | Case No. 21-30589 (Dkt 495) | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents from LTL 1.0 |
| 916 | 12.8.2021 | Objection of the Official Committee of Talc Claimants to the Debtor's QSF Motion and Motion to Seal | Case No. 21-30589 (Dkt 746) | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents from LTL 1.0 |
| 919 | 5.4.2023 | Financial Times Limited Article: Johnson & Johnson consumer arm's shares jump in biggest US IPO since 2021 | N/A | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 920 | N.A | Texas Business Organizations Code | N/A | Public | Hearsay | Case Law, Statutes, Codes, or Manuals |
| 921 | 2021 | Discount for Lack of Marketability Study - Johnson/Park Empirical Method | N/A | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 922 | 2010 | The Combined Discount by Robert Schweihs | N/A | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 958 | 4.14.2023 | Eric Haas PI Deposition Video Recording | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 959 | 4.14.2023 | John Kim PI Deposition Video Recording | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 960 | 4.15.2023 | Adam Pulaski PI Deposition Video Recording | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 961 | 4.16.2023 | James Murdica PI Deposition Video Recording | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 962 | 4.17.2023 | Mikal Watts PI Deposition Video Recording | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 963 | 4.17.2023 | Richard Dickinson PI Deposition Video Recording | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 965 | 4.17.2023 | Andy Birchfield PI Deposition Video Recording | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 968 | 2.25.2022 | *In re LTL Management LLC*, 637 B.R. 396 (Bankr. D.N.J. 2022) | N/A | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents from LTL 1.0 |
| 970 | 2.7.2022 | Memorandum of Law *Amici Curiae* by Certain Complex Litigation Law Professors in Support of Motion of the Official Committee of Talc Claimants to Dismiss Debtor's Chapter 11 Case | Case No. 21-30589 (MBK) (Dkt 1410) | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents from LTL 1.0 |

| Exhibit # | Date | Description | Reference | TCC Confi Designation | Debtor's Objection | Objection Category |
|---|---|---|---|---|---|---|
| 971 | 2023 | *In re LTL Management LLC* 58 F.4th 738 (3d Cir. 2023) | N/A | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents from LTL 1.0 |
| 974 | N/A | Master Docket 3:16-md-02738 | N/A | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 975 | N/A | MDL 2738 website | https://www.njd.uscourts.gov/johns on-johnson-talcum-powder-litigation | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 976 | 4.27.2020 | *In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practice, & Products Liability Litigation*, 509 F. Supp. 3d 116 (D.N.J.) (*Daubert* opinion) | N/A | Public | Hearsay; Relevance | Documents, transcripts, pleadings, orders, and opinions related to other proceedings |
| 977 | 6.21.2021 | Status Report and Proposed Joint Agenda for June 23, 2021 Status Conference | Dkt 22905 | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents from LTL 1.0 |
| 978 | 4.21.2020 | Transcript of Motion to Dismiss, or in the Alternative, Appoint a Trustee, *In re Aearo Technologies, LLC*, | No. 22-02890-JJG-11 (Bankr. S.D. Ind.) | Public | Hearsay; Relevance | Documents, transcripts, pleadings, orders, and opinions related to other proceedings |
| 979 | 3.27.2023 | Expert Report of Matthew L. Garretson in *In re Aearo Technologies, LLC* | No. 22-02890-JJG-11 (Bankr. S.D. Ind.) | Public | Hearsay; Relevance | Documents, transcripts, pleadings, orders, and opinions related to other proceedings |
| 981 | 10.25.2016 | *Deepwater Horizon* | MDL 2179, Order of Oct. 25, 2016 (Dkt 21849) | Public | Hearsay; Relevance | Documents, transcripts, pleadings, orders, and opinions related to other proceedings |
| 982 | 5.2.2012 | *Deepwater Horizon* | MDL 2179, Order of May 2, 2012 (Dkt 6419) | Public | Hearsay; Relevance | Documents, transcripts, pleadings, orders, and opinions related to other proceedings |
| 983 | 2017 | D. Theodore Rave, *Closure Provisions in MDL Settlements* | 85 Fordham L. Rev. 2175; Rave MTD Depo Ex. 3 | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 984 | 2008 | Eldon E. Fallon, Jeremy T. Grabill, Robert Pitard Wynne, *Bellwether Trials in Multidistrict Litigation* | 82 Tul. L. Rev. 2323 | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 985 | 2014 | Eldon E. Fallon, *Common Benefit Fees in Multidistrict Litigation* | 74 La. L. Rev. 371 | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 986 | 2017 | Elizabeth Chamblee Burch, *Monopolies in Multidistrict Litigation* | 70 Vand. L. Rev. 67 | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 987 | 2017 | Elizabeth Chamblee Burch and Margaret S. Williams, *Repeat Players in Multidistrict Litigation: The Social Network* | 107 Cornell L. Rev. 1445 | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 988 | 2022 | Elizabeth Chamblee Burch and Margaret S. Williams, *Perceptions of Justice in Multidistrict Litigation: Voices from the Crowd* | 107 Cornell L. Rev. 18355 | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 989 | 3.31.2020 | *In re Chinese-Manufactured Drywall Prods. Liab. Litig.*, Suggestion of Remand, Opinion and Order | (E.D. La.) (Dkt 22680) | Public | Hearsay; Relevance | Documents, transcripts, pleadings, orders, and opinions related to other proceedings |
| 990 | 2014 | *In re Chinese-Manufactured Drywall Prods. Liab. Litig.* | 894 F. Supp. 2d 819 (E.D. La. 2012), *aff'd*, 742 F.3d 576 (5th Cir. 2014) | Public | Hearsay; Relevance | Documents, transcripts, pleadings, orders, and opinions related to other proceedings |
| 991 | 2012 | *In re: Voixx Prod. Liab. Litig.* | MDL No. 1657, 889 F. Supp.2d 857 (E.D. La. 2012) | Public | Hearsay; Relevance | Documents, transcripts, pleadings, orders, and opinions related to other proceedings |

| Exhibit # | Date | Description | Reference | TCC Confi Designation | Debtor's Objection | Objection Category |
|---|---|---|---|---|---|---|
| 992 | 2005 | *In re: Voixx Prod. Liab. Litig.* | 360 F. Supp.2d 1352 (J.P.M.L. 2005) | Public | Hearsay; Relevance | Documents, transcripts, pleadings, orders, and opinions related to other proceedings |
| 993 | 2021 | Judge Eldon E. Fallon, *Bellwether Trials* | 89 UMKC L. Rev. 951 | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 994 | 2022 | Lynn A. Baker and Andrew D. Brandt, *Anecdotes Versus Data in the Search for Truth About Multidistrict Litigation* | 107 Cornell Rev. Online 249 | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 995 | 2023 | Lynn A. Baker and Andrew D. Brandt, *MDL Myths* | 101 Tex. L. Rev. 1521 | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 996 | 2004 | Manual on Complex Litigation (4th Ed.) | Federal Judicial Center | Public | Hearsay | Case Law, Statutes, Codes, or Manuals |
| 997 | 2009 | Royal Furgeson, *Civil Jury Trial R.I.P. - Can't It Actually Happen in America* Essay | 40 St. Mary's L.J. 797 | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 998 | 2014 | Samuel Issacharoff and D. Theodore Rave, *The BP Oil Spill Settlement and the Paradox of Public Litigation* | 74 La. L. Rev. 397 | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 999 | 2021 | UMKC Law Rev Summer 2021 Symposium, *Multidistrict Litigation: Judicial and Practitioner Perspective* | https://umkclawreview.files.wordpress.com/2021/07/umkc_law_review_89.4.pdf | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 1000 | 2013 | United States Judicial Panel on Multidistrict Litigation, Calendar Year Statistics: January through December 2013 | N/A | Public | Hearsay | Case Law, Statutes, Codes, or Manuals |
| 1005 | 4.28-30.2022 | American Bankruptcy Institute - Annual Spring Meeting | https://www.dropbox.com/s/9zsiecsvxnt3t8a/ASM22_TexasTwoStep_replay.mp4 | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 1006 | 2.14.20202 | LTL I MTD Hearing Transcript | N/A | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents from LTL 1.0 |
| 1007 | 2.15.20202 | LTL I MTD Hearing Transcript | N/A | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents from LTL 1.0 |
| 1008 | 2.16.2022 | LTL I MTD Hearing Transcript | N/A | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents from LTL 1.0 |
| 1009 | 2.17.2022 | LTL I MTD Hearing Transcript (AM Session) | N/A | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents from LTL 1.0 |
| 1010 | 2.17.2022 | LTL I MTD Hearing Transcript (PM Session) | N/A | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents from LTL 1.0 |
| 1011 | 2.18.2022 | LTL I MTD Hearing Transcript | N/A | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents from LTL 1.0 |
| 1014 | 6.30.202 | Brief for Andrew R. Vara, United States Trustee, as Amicus Curiae In Support of Appellant's and Supporting Reversal | Case Nos. 22-2003(L), 22-2004, 22-2005, 22-2006, 22-2007, 22-2008, 22-2009, 22-2010, 22-2011 | Public | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents from LTL 1.0 |
| 1016 | 1.30.2023 | J.P. Morgan - Johnson & Johnson: Quick Thoughts on Today's Talc Update (North America Equity Research) | JPM-0000001 | | Hearsay; Relevance | Irrelevant Articles and Professional Publications |

| Exhibit # | Date | Description | Reference | TCC Confi Designation | Debtor's Objection | Objection Category |
|---|---|---|---|---|---|---|
| 1017 | 5.16.2023 | Transcript of Telephonic Status Conference and Motion Hearing | Case No. 23-12825 (MBK) | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 1018 | 5.30.2023 | Transcript of Telephonic Status Conference and Motion Hearing | Case No. 23-12825 (MBK) | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 1019 | 6.2.2023 | Transcript of Telephonic Status Conference and Motion Hearing | Case No. 23-12825 (MBK) | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 1020 | 6.13.2023 | Transcript of Telephonic Status Conference and Motion Hearing | Case No. 23-12825 (MBK) | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 1029 | 5.13.2011 | Email from Ed McCarthy (RTM) to Julie Pier (RTM) re: JJ | Imerys 308446 - Exhibit 1 | Protected Document - Subject to Protective Order | Hearsay; Relevance | Documents related to other proceedings |
| 1030 | 10.15.2010 | Email from Gary Tomaino (Minerals Tech) to Julie Pier (RTM) re Johnson 2011 abstract 1 | Imerys 245991 - Plaintiffs' Exhibit IC-319 | Protected Document - Subject to Protective Order | Hearsay; Relevance | Documents related to other proceedings |
| 1031 | 5.15.1984 | MHSA Visit - May 3, 1984 | 04880629 - Plaintiffs' Exhibit IC-64 | | Hearsay; Relevance | Documents related to other proceedings |
| 1032 | 11.27.2000 | Email from Rich Zazenski (LNA) to Michael Chudkowski (CPCUS) re Winning Hand | IC-94 | | Hearsay; Relevance | Documents related to other proceedings |
| 1033 | 10.27.1972 | Examination of J&J's Baby Powder | JNJMX68_0000006930; Plaintiff's Exhibit J&J 216 | Protected Document - Subject to Protective Order | Hearsay; Relevance | Documents related to other proceedings |
| 1034 | 10.26.1973 | Memo to Dr. G. Hildick-Smith re Epidemiological Study of Workers in Italian Talc Mines | JNJMX68_0000002042; Plaintiff's Exhibit J&J 246 | Protected Document - Subject to Protective Order | Hearsay; Relevance | Documents related to other proceedings |
| 1035 | 3.3.1975 | Memo to Dr. D.R. Petterson re Management Authorization for Additional Talc Safety Studies | JNJNL61_000016437; Plaintiff's Exhibit 2514 | Protected Document - Subject to Protective Order | Hearsay; Relevance | Documents related to other proceedings |
| 1036 | 3.25.1992 | Interoffice Correspondence re Cyprus Ore Reserves - Arsenic & Tremolite | IMERYS 219720 | Protected Document - Subject to Protective Order | Hearsay; Relevance | Documents related to other proceedings |
| 1036 | 3.25.1992 | Interoffice Correspondence re Cyprus Ore Reserves - Arsenic & Tremolite | IMERYS 219720 | Protected Document - Subject to Protective Order | Hearsay; Relevance | Documents related to other proceedings |

| Exhibit # | Date | Description | Reference | TCC Confi Designation | Debtor's Objection | Objection Category |
|---|---|---|---|---|---|---|
| 1037 | 5.29.1975 | Memo to Mr. J. Mullen re Special Talc Study - International Cost Sharing Project No. 0503.01 | JNJAZ55_000010706 | Protected Document - Subject to Protective Order | Hearsay; Relevance | Documents related to other proceedings |
| 1038 | 12.5.1996 | Memo from Julie Pier to Tim Hicks re Explanaton of Detection Limit on J&J TEM analysis of Grade 66 | N/A | | Hearsay; Relevance | Documents related to other proceedings |
| 1039 | 11.3.1977 | Memo form Gavin Hildick-Smith to Umberto Stefano | JNJAZ55_00009127; Plaintiff's Exhibit J&J 258 | Protected Document - Subject to Protective Order | Hearsay; Relevance | Documents related to other proceedings |
| 1040 | 11.10.1971 | Langer Letter to Dr. Gavin Hildick-Smith | JNJAZ55_00005253; Plaintiff's Exhibit J&J 212 | Protected Document - Subject to Protective Order | Hearsay; Relevance | Documents related to other proceedings |
| 1041 | 3.16.1998 | Letter from M. Raymon Hatcher to John C. O'Shaughnessy re No. D-157746; Darlene Coker, and spouse Roy Coker v. Bill Thames Pharmacy Inc., et al; M&W File No. 3125-11 | J&J-0049964; JNJ 000064591 | | Hearsay; Relevance | Documents related to other proceedings |
| 1042 | 10.13.1988 | Windsor Minerals Due Diligence - Product Safety | IMERYS 137704 | Protected Document - Subject to Protective Order | Hearsay; Relevance | Documents related to other proceedings |
| 1043 | 8.5.2021 | Appellate Opinion - Leavitt v. J&J | A157572 / A159021 (Alameda Cnty Super. Ct. No. RG-17882401) | Public | Hearsay; Relevance | Documents related to other proceedings |
| 1044 | 1.4.2001 | Email from Robert Bernstein to Rich Zazenski (LNA) re Sumary of CRE Meeting - Dec 15 | IMERYS 303828; IMERYS_00077020 | Protected Document - Subject to Protective Order | Hearsay; Relevance | Documents related to other proceedings |
| 1045 | N/A | Linville Law (NLP) - Hair Relaxer Used Linked to Uterine and Ovarian Cancer | linvillelawgroup.com/hair-relaxer | Public | Hearsay; Relevance | Documents related to other proceedings |
| 1046 | N/A | Linville Law (NLP) - Hair Relaxer Used Linked to Uterine and Ovarian Cancer | linvillelawgroup.com/hair-relaxer | Public | Hearsay; Relevance | Documents related to other proceedings |
| 1047 | N/A | Rueb Stoller Daniel - Hair Straightener Uterine Cancer Lawsuits | ww.lawrsd.com/mass-tort/hair-straightener-uterine-cancer-lawsuits | Public | Hearsay; Relevance | Documents related to other proceedings |
| 1048 | 3.22.2004 | Email from Julie Pier (LNA) to Robert Pier | IMERYS 299277 | | Hearsay; Relevance | Documents related to other proceedings |
| 1049 | 1.23.2023 | January 23, 2023 order modifying opinion and denying rehearing; no change in judgment | A158868 (Alameda Cnty Super. Ct. No. RG18923615) | Public | Hearsay; Relevance | Documents related to other proceedings |

| Exhibit # | Date | Description | Reference | TCC Confi Designation | Debtor's Objection | Objection Category |
|---|---|---|---|---|---|---|
| 1050 | 3.1.1978 | Letter from John Schele (Chairman of CTFA Task Force on Round Robin Testing of Consumer Talcum Products) to Charles Haynes | JNJ-083118; JNJ000325949 | Protected Document - Subject to Protective Order | Hearsay; Relevance | Documents related to other proceedings |
| 1051 | 4.23.1998 | Letter from Alice Blount, Ph.D. to M. Raymond Hatcher | J&J-0049150; JNJNL61_000052427 | Protected Document - Subject to Protective Order | Hearsay; Relevance | Documents related to other proceedings |
| 1052 | 5.22.2023 | Deposition Transcript of Adam Lisman | No. 22CV012759 | | Hearsay | Deposition Transcript or Video |
| 1053 | 1.31.2023 | Personal Care Insights Article - US Courts Dismiss J&J's Bankruptcy Talc Case "As Not Filed in Good Faith," Company Poised to Challenge Ruling | https://www.personalcareinsights.com/news/us-courts-dismiss-jjs-bankruptcy-talc-case-as-not-filed-in-good-faith-company-poised-to-challenge-ruling.html | Public | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 1057 | 6.21.2023 | MTD Deposition Transcript of Gregory Bell | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 1058 | 6.21.2023 | MTD Deposition Video Recording of Gregory Bell | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 1065 | 9.2011 | Camargo et al, Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-analysis | | | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 1066 | 3.2021 | Egilman et al, Evidence that Cosmetic Talc is a Cause of Ovarian Cancer | | | Hearsay; Relevance | Irrelevant Articles and Professional Publications |
| 1069 | 6.21.2023 | MTD Deposition Transcript of Theodore Rave | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 1070 | 6.21.2023 | MTD Deposition Video Recording of Theodore Rave | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 1071 | 6.21.2023 | MTD Deposition Transcript of Saul Burian | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 1072 | 6.21.2023 | MTD Deposition Video Recording of Saul Burian | N/A | Confidential | Hearsay | Deposition Transcript or Video |
| 1099 | 6.7.2023 | Amended Notice of Deposition of S&P Global Inc | N/A | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |
| 1100 | 6.7.2023 | Non-Party S&P Global Inc.'s R&Os to Subpoena Pursuant to Fed. R. Civ. P. 30(b)(6) | N/A | | Hearsay | Pleadings, Hearing Transcripts, and Case Administration Documents |