| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones<br>Colin R. Robinson<br>Peter J. Keane<br>919 N. Market Street, 17th Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: ljones@pszjlaw.com<br>           crobinson@pszjlaw.com<br>           pkeane@pszjlaw.com<br><br>*Counsel to Arnold & Itkin LLP* |

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor. [1] | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>**Re: Docket No. 890** |

## JOINDER OF ARNOLD & ITKIN LLP TO
## OBJECTION TO PROFFERED EXPERT TESTIMONY OF CHARLES MULLIN, PH.D

Arnold & Itkin LLP ("Arnold & Itkin"), on behalf of certain talc personal injury claimants represented by Arnold & Itkin, hereby joins the *Objection to Proffered Expert Testimony of Charles Mullin, PH.D* (the "Objection") [2] filed by Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] Capitalized terms not otherwise defined herein shall have their meaning as set forth in the Objection.

**Joinder**

1. For the reasons set forth in the Objection, Arnold & Itkin respectfully requests that the Court sustain the Objection to the admission of Mr. Mullin's report and any proffer of Mr. Mullin's testimony by the Debtor.

2. Arnold & Itkin reserves all rights to make any further arguments in support of this Joinder and the Objection at the hearing scheduled on this matter.

WHEREFORE, for the reasons set forth in the Objection, Arnold & Itkin respectfully requests that the Court: (i) sustain the Objection; and (ii) grant such other and further relief as the Court deems appropriate.

Dated:  June 27, 2023	PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Laura Davis Jones
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:	ljones@pszjlaw.com
	crobinson@pszjlaw.com
	pkeane@pszjlaw.com

*Counsel to Arnold & Itkin LLP*