# Exhibit A

# MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 12952
May 30, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
    for the District of New Jersey

**INVOICE**
**For Services Through April 30, 2023**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | | Hours |
|------|--------------|--|-------|
| 4/20/2023 | Martinez | Teleconference with N. Rubin re injunction order. | 0.40 |
| 4/20/2023 | Martinez | Emails with R. Hashem, E. Sokoloff, L. Walker, and N. Rubin re injunction order. | 0.20 |
| 4/20/2023 | Sokoloff | Telephone conference with co-counsel and case team re: appellate strategy. | 0.60 |
| 4/20/2023 | Sokoloff | Telephone conference with R. Hashem re: same. | 0.30 |
| 4/20/2023 | Sokoloff | Review motion for certification for direct appeal. | 1.50 |
| 4/20/2023 | Lamken | Call re: injunction order and appellate review. | 0.40 |
| 4/20/2023 | Lamken | Call with co-counsel on mandamus. | 0.50 |
| 4/20/2023 | Lamken | Review motion to certify. | 0.60 |
| 4/20/2023 | Walker | Review case materials; review motion for certification for direct appeal. | 1.80 |
| 4/20/2023 | Walker | Phone conference with R. Hashem and E. Sokoloff re: preliminary injunction. | 0.40 |
| 4/20/2023 | Walker | Phone conference with team re: preliminary injunction. | 0.50 |
| 4/20/2023 | Rubin | Emails with L. Denson re final fee application; I. Perez re February LEDES file. | 0.30 |
| 4/20/2023 | Rubin | Teleconference with C. Martinez re injunction order. | 0.40 |
| 4/20/2023 | Rubin | Emails with R. Hashem, E. Sokoloff, C. Martinez, & L. Walker re injunction order. | 0.70 |
| 4/20/2023 | Rubin | Teleconference with R. Hashem re injunction research. | 0.40 |
| 4/20/2023 | Rubin | Legal & fact research in preparation for motion for direct appeal. | 0.70 |
| 4/20/2023 | Hashem | Phone conference with L. Walker and E. Sokoloff re: injunction. | 0.40 |
| 4/20/2023 | Hashem | Phone conference with team re: preliminary injunction. | 0.50 |
| 4/20/2023 | Hashem | Research mandate rule issues. | 2.00 |
| 4/20/2023 | Hashem | Review and revise motion to certify direct appeal. | 4.60 |
| 4/20/2023 | Hashem | Supervise N. Rubin and C. Martinez re: motion to certify research items. | 0.80 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/21/2023 | Lamken | Call on P.I. decision and strategy for appellate review. | 0.50 |
| 4/21/2023 | Lamken | Emails with L. Walker and R. Hashem re: proposed order. | 0.20 |
| 4/21/2023 | Lamken | Revise draft mandamus petition. | 1.70 |
| 4/21/2023 | Lamken | Email re: mandamus petition. | 0.10 |
| 4/21/2023 | Lamken | Email to former amicus updating on status and proposing a call. | 0.10 |
| 4/21/2023 | Rubin | Legal research re appellate strategy. | 7.50 |
| 4/21/2023 | Rubin | Legal research re preliminary injunction requirements. | 1.40 |
| 4/21/2023 | Hashem | Review and revise motion to certify direct appeal. | 0.30 |
| 4/21/2023 | Hashem | Correspondence with J. Lamken re: proposed order. | 0.50 |
| 4/21/2023 | Hashem | Draft email to J. Lamken summarizing requirements for proposed partial judgment. | 1.50 |
| 4/22/2023 | Sokoloff | Draft proposed preliminary injunction order. | 1.40 |
| 4/22/2023 | Sokoloff | Emails with R. Hashem and N. Rubin re: same. | 0.20 |
| 4/22/2023 | Lamken | Review proposed order. | 0.10 |
| 4/22/2023 | Lamken | Emails with R. Hashem et al. re: same. | 0.20 |
| 4/22/2023 | Hashem | Communication with E. Sokoloff re: proposed order. | 0.20 |
| 4/22/2023 | Hashem | Revise proposed order. | 1.20 |
| 4/23/2023 | Lamken | Email to co-counsel with revised proposed P.I. order and explanation for changes. | 0.40 |
| 4/23/2023 | Hashem | Correspondence with J. Lamken and J. Massey Re: proposed order. | 0.20 |
| 4/24/2023 | Martinez | Perform legal research in support of mandamus petition. | 0.90 |
| 4/24/2023 | Martinez | Review draft mandamus petition. | 0.80 |
| 4/24/2023 | Sokoloff | Draft injunction-related arguments for mandamus petition. | 8.90 |
| 4/24/2023 | Sokoloff | Telephone conference with case team re: petition strategy. | 0.60 |
| 4/24/2023 | Lamken | Call re: motion to dismiss and appellate strategy (mandamus) with E. Sokoloff, L. Walker, and R. Hashem. | 0.60 |
| 4/24/2023 | Lamken | Call with co-counsel re: mandamus strategy. | 0.90 |
| 4/24/2023 | Lamken | Emails re: combustion engineering. | 0.30 |
| 4/24/2023 | Lamken | Review draft mandamus petition. | 1.10 |
| 4/24/2023 | Walker | Revise mandamus petition. | 14.20 |
| 4/24/2023 | Walker | Phone conference with team re: mandamus petition. | 0.60 |
| 4/24/2023 | Rubin | Revise draft mandamus petition. | 3.10 |
| 4/24/2023 | Rubin | Fact research re talc claimants. | 1.10 |
| 4/24/2023 | Hashem | Supervise N. Rubin re: revisions to draft mandamus petition. | 0.30 |
| 4/24/2023 | Hashem | Call with J. Lamken, L. Walker, and E. Sokoloff re: petition for mandamus. | 0.60 |
| 4/24/2023 | Hashem | Correspondence with Brown Rudnick re: record materials. | 0.30 |
| 4/24/2023 | Hashem | Correspondence with J. Lamken, L. Walker, and E. Sokoloff re: Combustion Engineering. | 0.50 |
| 4/24/2023 | Hashem | Correspondence with E. Sokoloff re: mandamus petition. | 0.40 |
| 4/24/2023 | Hashem | Revise mandamus petition. | 3.50 |

Molo Lamken LLP                                                                                      Page: 3

| | | | |
|---|---|---|---|
| 4/25/2023 | Antonienko | Enter prolaw deadlines. | 0.30 |
| 4/25/2023 | Martinez | Perform legal research in support of mandamus petition. | 0.90 |
| 4/25/2023 | Sokoloff | Draft mandamus petition. | 4.50 |
| 4/25/2023 | Lamken | Revise mandamus. | 3.50 |
| 4/25/2023 | Lamken | Email to team re: draft petition. | 0.20 |
| 4/25/2023 | Walker | Revise mandamus petition. | 1.70 |
| 4/25/2023 | Rubin | Finalize mandamus petition in preparation to send to co-counsel. | 0.80 |
| 4/25/2023 | Hashem | Revise mandamus petition. | 3.30 |
| 4/25/2023 | Hashem | Review and revise mandamus petition. | 3.70 |
| 4/26/2023 | Starobinets | Cite check petition for writ of mandamus. | 4.00 |
| 4/26/2023 | Starobinets | Fact research re confidential materials. | 2.00 |
| 4/26/2023 | Lamken | Pre-call for meeting with representatives. | 0.60 |
| 4/26/2023 | Lamken | Call with representatives. | 0.50 |
| 4/26/2023 | Lamken | Emails re: coordination of appendices, edits, and filing of mandamus. | 0.30 |
| 4/26/2023 | Lamken | Review edits to petition from team. | 0.40 |
| 4/26/2023 | Lamken | Further revisions to petition. | 1.10 |
| 4/26/2023 | Walker | Revise mandamus petition. | 4.70 |
| 4/26/2023 | Rubin | Teleconference with R. Hashem re appendix in support of mandamus petition. | 0.20 |
| 4/26/2023 | Rubin | Prepare materials for appendix in support of mandamus petition. | 6.00 |
| 4/26/2023 | Hashem | Phone conference with N. Rubin re: mandamus petition appendix. | 0.20 |
| 4/26/2023 | Hashem | Coordinate printing and filing logistics for mandamus petition. | 0.80 |
| 4/26/2023 | Hashem | Review CA3 appendix. | 1.50 |
| 4/26/2023 | Hashem | Revise mandamus petition. | 1.20 |
| 4/27/2023 | Starobinets | Cite check petition for writ of mandamus. | 7.00 |
| 4/27/2023 | Martinez | Complete Third Circuit rules check in preparation for filing mandamus petition and motion to seal. | 1.00 |
| 4/27/2023 | Martinez | Draft motion to seal for appendix filed in connection with mandamus petition. | 1.50 |
| 4/27/2023 | Sokoloff | Video conference with co-counsel and case team re: new preliminary injunction order. | 0.80 |
| 4/27/2023 | Sokoloff | Review order. | 0.40 |
| 4/27/2023 | Lamken | Review order. | 0.40 |
| 4/27/2023 | Lamken | Call with co-counsel re: effect of intervening order on mandamus. | 1.10 |
| 4/27/2023 | Downing | Appendix cite check of Petition for Writ of Mandamus. | 2.00 |
| 4/27/2023 | Walker | Revise mandamus petition. | 6.30 |
| 4/27/2023 | Rubin | Teleconference with R. Hashem re finalization of brief and appendix. | 0.30 |
| 4/27/2023 | Rubin | Coordinate and finalize appendices in support of mandamus petition. | 7.00 |
| 4/27/2023 | Hashem | Revise mandamus petition. | 2.60 |
| 4/27/2023 | Hashem | Coordinate logistics of printing and filing. | 2.30 |
| 4/27/2023 | Hashem | Supervise finalization of mandamus petition and appendix. | 2.80 |

Molo Lamken LLP                                                                                      Page: 4

| 4/27/2023 | Hashem | Revise mandamus petition. | 2.00 |
|-----------|--------|---------------------------|------|
| 4/27/2023 | Hashem | Phone conference with N. Rubin re: mandamus. | 0.30 |
| 4/28/2023 | Sokoloff | Revise mandamus petition. | 3.00 |
| 4/28/2023 | Walker | Revise mandamus petition. | 4.70 |
| 4/28/2023 | Hashem | Revise mandamus petition. | 0.90 |
| 4/28/2023 | Hashem | Revise mandamus petition. | 0.70 |
| 4/29/2023 | Lamken | Review revisions to mandamus. | 1.10 |
| 4/29/2023 | Lamken | Revise mandamus petition. | 2.70 |
| 4/29/2023 | Lamken | Emails to team re: same. | 0.20 |
| 4/29/2023 | Walker | Revise mandamus petition. | 2.00 |
| 4/30/2023 | Christoffersen | Check appendix cites; create tables of contents and authorities. | 6.00 |
| 4/30/2023 | Martinez | Draft motion to seal for appendix filed in connection with mandamus petition. | 1.20 |
| 4/30/2023 | Lamken | Emails re: circulation of mandamus. | 0.20 |
| 4/30/2023 | Lamken | Review emails on further revisions. | 0.40 |
| 4/30/2023 | Lamken | Email on length issues. | 0.20 |
| 4/30/2023 | Lamken | Review comments and proposed revisions. | 0.50 |
| 4/30/2023 | Walker | Revise mandamus petition. | 6.10 |
| 4/30/2023 | Rubin | Prepare appendices and other documents in support of mandamus petition. | 7.20 |
| 4/30/2023 | Hashem | Revise mandamus petition. | 1.90 |
| 4/30/2023 | Hashem | Supervise finalization of mandamus petition. | 1.40 |

Total Hours       195.00

Total Fees    $189,012.50

### Timekeeper Summary

| Aidan Antonienko | 0.30 hours at $295.00/hr | $88.50 |
|------------------|--------------------------|--------|
| Charlie Christoffersen | 6.00 hours at $295.00/hr | $1,770.00 |
| Julia Downing | 2.00 hours at $295.00/hr | $590.00 |
| Rayiner I. Hashem | 43.40 hours at $975.00/hr | $42,315.00 |
| Jeffrey Lamken | 21.10 hours at $1,750.00/hr | $36,925.00 |
| Catherine Martinez | 6.90 hours at $775.00/hr | $5,347.50 |
| Nathaniel Rubin | 37.10 hours at $775.00/hr | $28,752.50 |
| Eugene Sokoloff | 22.20 hours at $995.00/hr | $22,089.00 |
| Anna Starobinets | 13.00 hours at $295.00/hr | $3,835.00 |
| Lucas Walker | 43.00 hours at $1,100.00/hr | $47,300.00 |

### Expenses

| Date | | Units |
|------|--|-------|
| 4/26/2023 | N. Rubin - Court record download from Alameda County Superior Court | $4.00 |

Molo Lamken LLP

| | | |
|---|---|---|
| | on April 26. | |
| 4/26/2023 | N. Rubin - Court record download from Alameda County Superior Court on April 26. | $7.00 |
| 4/26/2023 | N. Rubin - Court record download from Alameda County Superior Court on April 26. | $1.00 |
| | Total Costs | 12.00 |

### Summary

| | |
|---|---|
| Fees: | $189,012.50 |
| Expenses: | $12.00 |
| Total Current Billing: | $189,024.50 |
| Current Amt To be Pd by Debtor (80%): | $151,210.00 |
| Current Holdback Amount (20%): | $37,802.50 |
| Previous Balance Due: | $0.00 |
| **Total Amount Due:** | **$151,222.00** |

Molo Lamken LLP                                                                    Page: 6

# MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 12952
May 30, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
    for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through April 30, 2023**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---:|
| Fees: | $189,012.50 |
| Expenses: | $12.00 |
| Total Current Billing: | $189,024.50 |
| Current Amt To be Pd by Debtor (80%): | $151,210.00 |
| Current Holdback Amount (20%): | $37,802.50 |
| Previous Balance Due: | $0.00 |
| **Total Now Due:** | **$151,222.00** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info Signature Bank | Bank info Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ▮▮▮▮ | Account Number: ▮▮▮▮ |
| | International SWIFT: ▮▮▮▮ |

# Exhibit B

# Molo Lamken LLP

# ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|

**Matter ID: 2023-002**

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 04/20/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with L. Denson re final fee application; I. Perez re February LEDES file. | | T<br>B160 | 0.30 | 775.00 | 232.50 |
| 04/20/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Teleconference with C. Martinez re injunction order. | | T<br>L520 | 0.40 | 775.00 | 310.00 |
| 04/20/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with R. Hashem, E. Sokoloff, C. Martinez, & L. Walker re injunction order. | | T<br>L520 | 0.70 | 775.00 | 542.50 |
| 04/20/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Teleconference with R. Hashem re injunction research. | | T<br>L520 | 0.40 | 775.00 | 310.00 |
| 04/20/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review case materials; review motion for certification for direct appeal. | | T<br>L520 | 1.80 | 1,100.00 | 1,980.00 |
| 04/20/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Legal & fact research in preparation for motion for direct appeal. | | T<br>L520 | 0.70 | 775.00 | 542.50 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 04/20/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Telephone conference with co-counsel and case team re: appellate strategy. | | T<br>L520 | 0.60 | 995.00 | 597.00 |
| 04/20/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Teleconference with N. Rubin re injunction order | | T<br>L520 | 0.40 | 775.00 | 310.00 |
| 04/20/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with R. Hashem, E. Sokoloff, L. Walker, and N. Rubin re injunction order | | T<br>L520 | 0.20 | 775.00 | 155.00 |
| 04/20/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conference with L. Walker and E. Sokoloff re: injunction. | | T<br>L520 | 0.40 | 975.00 | 390.00 |
| 04/20/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conference with team re: preliminary injunction. | | T<br>L520 | 0.50 | 975.00 | 487.50 |
| 04/20/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Research mandate rule issues. | | T<br>L520 | 2.00 | 975.00 | 1,950.00 |
| 04/20/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review and revise motion to certify direct appeal. | | T<br>L520 | 4.60 | 975.00 | 4,485.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value |
|------|------|---------------------------------------------------------|------------------|------------------------|-------|-------|-------|
| 04/20/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Supervise N. Rubin and C. Martinez re: motion to certify research items. | | T<br>L520 | 0.80 | 975.00 | 780.00 |
| 04/20/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Call re: injunction order and appellate review | | T<br>L520 | 0.40 | 1,750.00 | 700.00 |
| 04/20/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Call with co-counsel on mandamus | | T<br>L520 | 0.50 | 1,750.00 | 875.00 |
| 04/20/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review motion to certify | | T<br>L520 | 0.60 | 1,750.00 | 1,050.00 |
| 04/20/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conference with R. Hashem and E. Sokoloff re: preliminary injunction. | | T<br>L520 | 0.40 | 1,100.00 | 440.00 |
| 04/20/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conference with team re: preliminary injunction. | | T<br>L520 | 0.50 | 1,100.00 | 550.00 |
| 04/20/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Telephone conference with R. Hashem re: same. | | T<br>L520 | 0.30 | 995.00 | 298.50 |

Statement number 12952

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 04/20/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankrutcy II<br>Review motion for certification for direct appeal. | | T<br>L520 | 1.50 | 995.00 | 1,492.50 |
| 04/21/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankrutcy II<br>Legal research re appellate strategy. | | T<br>L520 | 7.50 | 775.00 | 5,812.50 |
| 04/21/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankrutcy II<br>Legal research re preliminary injunction requirements. | | T<br>L520 | 1.40 | 775.00 | 1,085.00 |
| 04/21/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankrutcy II<br>Review and revise motion to certify direct appeal. | | T<br>L520 | 0.30 | 975.00 | 292.50 |
| 04/21/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankrutcy II<br>Correspondence with J. Lamken re: proposed order. | | T<br>L520 | 0.50 | 975.00 | 487.50 |
| 04/21/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankrutcy II<br>Draft email to J. Lamken summarizing requirements for proposed partial judgment. | | T<br>L520 | 1.50 | 975.00 | 1,462.50 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component<br>Task Code | Units | Price | Value |
|------|------|---------------------------------------------------------|---------------|------------------------|-------|-------|-------|
| 04/21/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Call on P.I. decision and strategy for appellate review | | T<br>L520 | 0.50 | 1,750.00 | 875.00 |
| 04/21/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with L. Walker and R. Hashem re: proposed order | | T<br>L520 | 0.20 | 1,750.00 | 350.00 |
| 04/21/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise draft mandamus petition | | T<br>L520 | 1.70 | 1,750.00 | 2,975.00 |
| 04/21/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email re: mandamus petition | | T<br>L520 | 0.10 | 1,750.00 | 175.00 |
| 04/21/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to former amicus updating on status and proposing a call | | T<br>L520 | 0.10 | 1,750.00 | 175.00 |
| 04/22/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft proposed preliminary injunction order | | T<br>L520 | 1.40 | 995.00 | 1,393.00 |
| 04/22/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Communication with E. Sokoloff re: proposed order. | | T<br>L520 | 0.20 | 975.00 | 195.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|
| 04/22/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise proposed order. | | T<br>L520 | 1.20 | 975.00 | 1,170.00 |
| 04/22/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Review proposed order | | T<br>L520 | 0.10 | 1,750.00 | 175.00 |
| 04/22/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Emails with R. Hashem et al. re: same | | T<br>L520 | 0.20 | 1,750.00 | 350.00 |
| 04/22/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with R. Hashem and N. Rubin re: same. | | T<br>L520 | 0.20 | 995.00 | 199.00 |
| 04/23/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with J. Lamken and J. Massey Re: proposed order. | | T<br>L520 | 0.20 | 975.00 | 195.00 |
| 04/23/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Email to co-counsel with revised proposed P.I. order and explanation for changes | | T<br>L520 | 0.40 | 1,750.00 | 700.00 |
| 04/24/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise draft mandamus petition. | | T<br>L520 | 3.10 | 775.00 | 2,402.50 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|
| 04/24/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise mandamus petition. | | T<br>L520 | 14.20 | 1,100.00 | 15,620.00 |
| 04/24/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Fact research re talc claimants. | | T<br>L520 | 1.10 | 775.00 | 852.50 |
| 04/24/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Perform legal research in support of mandamus petition. | | T<br>L520 | 0.90 | 775.00 | 697.50 |
| 04/24/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review draft mandamus petition. | | T<br>L520 | 0.80 | 775.00 | 620.00 |
| 04/24/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft injunction-related arguments for mandamus petition. | | T<br>L520 | 8.90 | 995.00 | 8,855.50 |
| 04/24/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Supervise N. Rubin re: revisions to draft mandamus petition. | | T<br>L520 | 0.30 | 975.00 | 292.50 |
| 04/24/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Call with J. Lamken, L. Walker, and E. Sokoloff re: petition for mandamus. | | T<br>L520 | 0.60 | 975.00 | 585.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|
| 04/24/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with Brown Rudnick re: record materials. | | T<br>L520 | 0.30 | 975.00 | 292.50 |
| 04/24/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with J. Lamken, L. Walker, and E. Sokoloff re: Combustion Engineering. | | T<br>L520 | 0.50 | 975.00 | 487.50 |
| 04/24/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with E. Sokoloff re: mandamus petition. | | T<br>L520 | 0.40 | 975.00 | 390.00 |
| 04/24/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise mandamus petition. | | T<br>L520 | 3.50 | 975.00 | 3,412.50 |
| 04/24/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Call re: motion to dismiss and appellate strategy (mandamus) with E. Sokoloff, L. Walker, and R. Hashem | | T<br>L520 | 0.60 | 1,750.00 | 1,050.00 |
| 04/24/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Call with co-counsel re: mandamus strategy | | T<br>L520 | 0.90 | 1,750.00 | 1,575.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|
| 04/24/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Emails re: combustion engineering | | T L520 | 0.30 | 1,750.00 | 525.00 |
| 04/24/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Review draft mandamus petition | | T L520 | 1.10 | 1,750.00 | 1,925.00 |
| 04/24/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Phone conference with team re: mandamus petition. | | T L520 | 0.60 | 1,100.00 | 660.00 |
| 04/24/2023 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Telephone conference with case team re: petition strategy. | | T L520 | 0.60 | 995.00 | 597.00 |
| 04/25/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise mandamus petition. | | T L520 | 1.70 | 1,100.00 | 1,870.00 |
| 04/25/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Finalize mandamus petition in preparation to send to co-counsel. | | T L520 | 0.80 | 775.00 | 620.00 |
| 04/25/2023 | AA | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Enter prolaw deadlines | | T L520 | 0.30 | 295.00 | 88.50 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|------------------------|---------------|---------------------|-------|-------|-------|
| 04/25/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Perform legal research in support of mandamus petition. | | T<br>L520 | 0.90 | 775.00 | 697.50 |
| 04/25/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft mandamus petition | | T<br>L520 | 4.50 | 995.00 | 4,477.50 |
| 04/25/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise mandamus petition. | | T<br>L520 | 3.30 | 975.00 | 3,217.50 |
| 04/25/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review and revise mandamus petition. | | T<br>L520 | 3.70 | 975.00 | 3,607.50 |
| 04/25/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise mandamus | | T<br>L520 | 3.50 | 1,750.00 | 6,125.00 |
| 04/25/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to team re: draft petition. | | T<br>L520 | 0.20 | 1,750.00 | 350.00 |
| 04/26/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise mandamus petition. | | T<br>L520 | 4.70 | 1,100.00 | 5,170.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|
| 04/26/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Teleconference with R. Hashem re appendix in support of mandamus petition. | | T L520 | 0.20 | 775.00 | 155.00 |
| 04/26/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Prepare materials for appendix in support of mandamus petition. | | T L520 | 6.00 | 775.00 | 4,650.00 |
| 04/26/2023 | AS | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Cite check petition for writ of mandamus | | T L520 | 4.00 | 295.00 | 1,180.00 |
| 04/26/2023 | AS | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Fact research re confidential materials | | T L520 | 2.00 | 295.00 | 590.00 |
| 04/26/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II N. Rubin - Court record download from Alameda County Superior Court on April 26. [dmr] | | Court Fees L520 | 1.00 | 1.00 | 1.00 |
| 04/26/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II N. Rubin - Court record download from Alameda County Superior Court on April 26. [dmr] | | Court Fees L520 | 1.00 | 4.00 | 4.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|
| 04/26/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>N. Rubin - Court record download from Alameda County Superior Court on April 26. [dmr] | | Court Fees<br>L520 | 1.00 | 7.00 | 7.00 |
| 04/26/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conference with N. Rubin re: mandamus petition appendix. | | T<br>L520 | 0.20 | 975.00 | 195.00 |
| 04/26/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate printing and filing logistics for mandamus petition. | | T<br>L520 | 0.80 | 975.00 | 780.00 |
| 04/26/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review CA3 appendix. | | T<br>L520 | 1.50 | 975.00 | 1,462.50 |
| 04/26/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise mandamus petition. | | T<br>L520 | 1.20 | 975.00 | 1,170.00 |
| 04/26/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Pre-call for meeting with representatives | | T<br>L520 | 0.60 | 1,750.00 | 1,050.00 |
| 04/26/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Call with representatives | | T<br>L520 | 0.50 | 1,750.00 | 875.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 04/26/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails re: coordination of appendices, edits, and filing of mandamus | | T<br>L520 | 0.30 | 1,750.00 | 525.00 |
| 04/26/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review edits to petition from team | | T<br>L520 | 0.40 | 1,750.00 | 700.00 |
| 04/26/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Further revisions to petition | | T<br>L520 | 1.10 | 1,750.00 | 1,925.00 |
| 04/27/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Teleconference with R. Hashem re finalization of brief and appendix. | | T<br>L520 | 0.30 | 775.00 | 232.50 |
| 04/27/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate and finalize appendices in support of mandamus petition. | | T<br>L520 | 7.00 | 775.00 | 5,425.00 |
| 04/27/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise mandamus petition. | | T<br>L520 | 6.30 | 1,100.00 | 6,930.00 |
| 04/27/2023 | JD | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Appendix cite check of Petition for Writ of Mandamus. | | T<br>L520 | 2.00 | 295.00 | 590.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 04/27/2023 | AS | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Cite check petition for writ of mandamus | | T<br>L520 | 7.00 | 295.00 | 2,065.00 |
| 04/27/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Complete Third Circuit rules check in preparation for filing mandamus petition and motion to seal. | | T<br>L520 | 1.00 | 775.00 | 775.00 |
| 04/27/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft motion to seal for appendix filed in connection with mandamus petition. | | T<br>L520 | 1.50 | 775.00 | 1,162.50 |
| 04/27/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Video conference with co-counsel and case team re: new preliminary injunction order. | | T<br>L520 | 0.80 | 995.00 | 796.00 |
| 04/27/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise mandamus petition. | | T<br>L520 | 2.60 | 975.00 | 2,535.00 |
| 04/27/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate logistics of printing and filing. | | T<br>L520 | 2.30 | 975.00 | 2,242.50 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value |
|------|------|---------|---------|---------|-------|-------|-------|
| 04/27/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Supervise finalization of mandamus petition and appendix. | | T<br>L520 | 2.80 | 975.00 | 2,730.00 |
| 04/27/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise mandamus petition. | | T<br>L520 | 2.00 | 975.00 | 1,950.00 |
| 04/27/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Review order | | T<br>L520 | 0.40 | 1,750.00 | 700.00 |
| 04/27/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Call with co-counsel re: effect of intervening order on mandamus | | T<br>L520 | 1.10 | 1,750.00 | 1,925.00 |
| 04/27/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review order. | | T<br>L520 | 0.40 | 995.00 | 398.00 |
| 04/27/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conference with N. Rubin re: mandamus. | | T<br>L520 | 0.30 | 975.00 | 292.50 |
| 04/28/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise mandamus petition. | | T<br>L520 | 4.70 | 1,100.00 | 5,170.00 |

Statement number 12952

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/28/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise mandamus petition. | | T<br>L520 | 3.00 | 995.00 | 2,985.00 |
| 04/28/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise mandamus petition. | | T<br>L520 | 0.90 | 975.00 | 877.50 |
| 04/28/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise mandamus petition. | | T<br>L520 | 0.70 | 975.00 | 682.50 |
| 04/29/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise mandamus petition. | | T<br>L520 | 2.00 | 1,100.00 | 2,200.00 |
| 04/29/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review revisions to mandamus | | T<br>L520 | 1.10 | 1,750.00 | 1,925.00 |
| 04/29/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise mandamus petition | | T<br>L520 | 2.70 | 1,750.00 | 4,725.00 |
| 04/29/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails to team re: same | | T<br>L520 | 0.20 | 1,750.00 | 350.00 |
| 04/30/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise mandamus petition. | | T<br>L520 | 6.10 | 1,100.00 | 6,710.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 04/30/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare appendices and other documents in support of mandamus petition. | | T<br>L520 | 7.20 | 775.00 | 5,580.00 |
| 04/30/2023 | CC | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Check appendix cites; create tables of contents and authorities | | T<br>L520 | 6.00 | 295.00 | 1,770.00 |
| 04/30/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft motion to seal for appendix filed in connection with mandamus petition. | | T<br>L520 | 1.20 | 775.00 | 930.00 |
| 04/30/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise mandamus petition. | | T<br>L520 | 1.90 | 975.00 | 1,852.50 |
| 04/30/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Supervise finalization of mandamus petition. | | T<br>L520 | 1.40 | 975.00 | 1,365.00 |
| 04/30/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Emails re: circulation of mandamus | | T<br>L520 | 0.20 | 1,750.00 | 350.00 |
| 04/30/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Review emails on further revisions | | T<br>L520 | 0.40 | 1,750.00 | 700.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value |
|------|------|---------|------|------|-------|-------|-------|
| 04/30/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Email on length issues | | T<br>L520 | 0.20 | 1,750.00 | 350.00 |
| 04/30/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Review comments and proposed revisions | | T<br>L520 | 0.50 | 1,750.00 | 875.00 |
| | | | | **Matter ID: 2023-002** | 198.00 | | 189,024.50 |
| | | | | **Grand Total:** | 198.00 | | $189,024.50 |