**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 533-1112<br>*Proposed Local Counsel for the Official*<br>*Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>Kenneth J. Aulet, Esq.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>kaulet@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br>And-<br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official*<br>*Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Co-Counsel for the Official Committee*<br>*of Talc Claimants* |
| In re:<br>LTL MANAGEMENT, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

---

[1]    The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is
501 George Street, New Brunswick, New Jersey 08933.

**CERTIFICATION OF ROBERT M. HORKOVICH IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF TALC CLAIMANTS FOR RETENTION OF ANDERSON KILL, P.C. AS SPECIAL INSURANCE COUNSEL EFFECTIVE, NUNC PRO TUNC, AS OF JUNE 1, 2023**

I, Robert M. Horkovich, being of full age, certify as follows:

1.    I am seeking authorization for Anderson Kill P.C. ("Anderson Kill"), to be retained as special insurance counsel to the Official Talc Claimants Committee (the "Committee") in the above- captioned case (the "Case") effective, nunc pro tunc, as of June 1, 2023.

2.    I am the Managing Shareholder of the law firm of Anderson Kill P.C., which maintains offices at 1251 Avenue of the Americas, New York, New York 10020; One Gateway Center, Suite 1510, Newark, NJ 07102; 1760 Market Street, Suite 600, Philadelphia, PA 19103; 1717 Pennsylvania Avenue NW, Suite 200, Washington, DC 20006; 1055 Washington Boulevard, Suite 510, Stamford, CT 06901; 600 17th Street, Suite 2856, Denver, CO 80202; and Wells Fargo Building, 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.

3.    My professional credentials include being admitted to the bar in:

    (a)    New York in 1980;

    (b)    Maryland in 1987;

    (c)    U.S. Court of Appeals for the Third Circuit in 2003;

    (d)    U.S. Court of Military Appeals in 1980;

    (e)    U.S. Court of Appeals for the Tenth Circuit in 1997;

    (f)    United States Court of Appeals for the Second Circuit in 2012;

    (g)    United States Court of Appeals for the Fifth Circuit in 2019; and

    (h)    United States Court of Appeals for the Ninth Circuit in 2019.

4.    The proposed arrangement for compensation, including hourly rates, is as follows:

5.    Anderson Kill will charge the Committee for its legal services on an hourly basis. It is anticipated that the primary attorneys who will represent the Committee are Robert M. Horkovich, whose hourly rate is $1,245, Mark Garbowski, whose hourly rate is $950, Carrie DiCanio, whose hourly rate is $770, and Christina Yousef whose hourly rate is $625.

6.    It is anticipated that other Anderson Kill attorneys or paraprofessionals will provide legal services on behalf of the Committee. Anderson Kill's hourly rates range from $625 to $1,245 per hour for partners, $380 to $635 per hour for associates, and $190 to $460 per hour for paraprofessionals and policy analysts.

docs-100613042.3

7.    The hourly rates set forth above are Anderson Kill's standard hourly rates for work of this nature. These rates are set at a level designed to compensate Anderson Kill for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses. Anderson Kill has informed the Committee that its hourly rates are subject to periodic adjustment in accordance with Anderson Kill's established billing practice and procedures.

8.    In addition to the hourly rates set forth above, it is Anderson Kill's policy to charge its clients in all areas of practice for expenses incurred in connection with the client's case. The expenses charged to clients include, but are not limited to, court call costs, conference call charges, major photocopying charges, courier and overnight delivery charges, travel- related charges (including mileage, parking, air or train fare, lodging, meals, and ground transportation), filing fees, Westlaw and Lexis charges, and any third-party costs incurred related to a representation. Anderson Kill will charge for these expenses in a manner and at rates consistent with charges made generally to Anderson Kill's other clients and the Local Rules.

9.    Anderson Kill will maintain detailed records of fees and expenses incurred in connection with the rendering of the legal services provided to the Committee, in accordance with the applicable rules and guidelines.

10.    To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐    None

☒    Describe connection: See **Exhibit 2** attached, as well as below.

Anderson Kill served as Special Insurance Counsel for the Official Committee of Talc Claimants (the "Original Committee") in the Debtor's previous bankruptcy case number 21-30589 ("LTL I"). As of the Court's entry of the Dismissal Order on April 4, 2023, Anderson Kill was owed $283,108.90 for services rendered and expenses incurred in representing the Committee as its local counsel in LTL I (the "Pre-Petition Balance"). On April 26, 2023, the Debtor filed a motion seeking the entry of an order authorizing it to satisfy its obligations under the Dismissal Order, including the final allowance of professional fees and expenses and the payment of such allowed fees and expenses (the "Obligations Motion"). [Dkt. No. 319]. Pending entry of an order approving the Obligations Motion, Anderson Kill anticipates that the allowed amount of the Pre-Petition Balance (the "Allowed Pre-Petition Fee Claim") will be paid in connection with LTL I.

For the reasons stated herein, based on the conflicts search conducted to date and described here, to the best of my knowledge Anderson Kill is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code and as used in section

328(c) of the Bankruptcy Code, and does not have an interest materially adverse to the interests of the Debtor's estate or any class of creditors or equity holders of the Debtor.

If Anderson Kill discovers any information that is contrary to or pertinent to the statements made herein, Anderson Kill will promptly disclose such information to the Court by filing and serving a supplemental affidavit on the Committee, the U.S. Trustee, counsel to the Debtor, and all parties who have filed a notice of appearance in this Case.

11.    To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐    None
☒    Describe Connection: See **Exhibit 2** attached, and paragraph 10 (above).

12.    To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒    do not hold an adverse interest to the estate.

☒    do not represent an adverse interest to the estate.

☒    are disinterested under 11 U.S.C. § 101(14).

☒    do not represent or hold any interest adverse to the debtor or the estate with respect          to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐    Other.  Explain: _____

13.    Anderson Kill agrees that the bankruptcy court shall have exclusive jurisdiction over Anderson Kill's engagement during the pendency of this Chapter 11 case.

14.    **The following information is provided pursuant to paragraph D.1 of the U.S. Trustee Guidelines**.

a)    Anderson Kill will comply with the United States Trustee's Fee Guidelines in connection with this engagement and has not agreed to variations from standard customary billing arrangements.

b)      None of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case.

c)      The Committee has approved Anderson Kill's general staffing plan, which is described in the Horkovich Certification.

d)      The Committee has approved Anderson Kill's proposed budget for the period from June 1, 2023 – July 31, 2023, which was described in a separate letter from Anderson Kill to the Committee.

I certify under penalty of perjury that the above information is true.

Date: June 28, 2023
New York, New York

_____
Robert M. Horkovich

docs-100613042.3

**EXHIBIT "A"**

**Debtor**
LTL Management LLC

**Direct Equity Owner of Debtor**
Johnson & Johnson Holdco (NA) Inc.

**Debtor's Direct Non-Debtor Subsidiary**
Royalty A&M LLC

**Other Non-Debtor Affiliates**
3Dintegrated ApS
ABD Holding Company, Inc.
ABIOMED R&D, Inc.
ABIOMED, Inc.
Acclarent, Inc.
Actelion Ltd
Actelion Pharmaceuticals Ltd
Actelion Pharmaceuticals Trading
    (Shanghai) Co., Ltd.
Actelion Pharmaceuticals US, Inc.
Actelion Treasury Unlimited Company
Albany Street LLC
ALZA Corporation
Alza Land Management, Inc.
AMO (Hangzhou) Co., Ltd.
AMO (Shanghai) Medical Devices
    Trading Co., Ltd.
AMO ASIA LIMITED
AMO Australia Pty Limited
AMO Canada Company
AMO Denmark ApS
AMO Development, LLC
AMO France
AMO Germany GmbH
AMO Groningen B.V.
AMO International Holdings
    Unlimited Company
AMO Ireland
AMO Italy SRL
AMO Japan K.K.
AMO Manufacturing USA, LLC
AMO Netherlands BV
AMO Nominee Holdings, LLC
AMO Norway AS
AMO Puerto Rico Manufacturing, Inc.
AMO Sales and Service, Inc.
AMO Singapore Pte. Ltd.

AMO Spain Holdings, LLC
AMO Switzerland GmbH
AMO United Kingdom, Ltd.
AMO Uppsala AB
Anakuria Therapeutics, Inc.
AorTx, Inc.
Apsis SAS
Aragon Pharmaceuticals, Inc.
Asia Pacific Holdings, LLC
Atrionix, Inc.
AUB Holdings LLC
Auris Health, Inc.
Backsvalan 6 Handelsbolag
Beijing Dabao Cosmetics Co., Ltd.
BeneVir BioPharm, Inc.
Berna Rhein B.V.
BioMedical Enterprises, Inc.
Biosense Webster (Israel) Ltd.
Biosense Webster, Inc.
Breethe, Inc.
C Consumer Products Denmark ApS
Carlo Erba OTC S.r.l.
Centocor Biologics, LLC
Centocor Research & Development, Inc.
Cerenovus, Inc.
ChromaGenics B.V.
Ci:z. Labo Co., Ltd.
Cilag AG
Cilag GmbH International
Cilag Holding AG
Cilag Holding Treasury Unlimited Company
Cilag-Biotech, S.L.
Coherex Medical, Inc.
ColBar LifeScience Ltd.
Consumer Test Entity
Cordis de Mexico, S.A. de C.V.
Corimmun GmbH
CoTherix Inc.
CRES Holdings, Inc.
CrossRoads Extremity Systems, LLC
CSATS, Inc.
Debs-Vogue Corporation
    (Proprietary) Limited
DePuy Hellas SA
DePuy International Limited
DePuy Ireland Unlimited Company

DePuy Mexico, S.A. de C.V.
DePuy Mitek, LLC
DePuy Orthopaedics, Inc.
DePuy Products, Inc.
DePuy Spine, LLC
DePuy Synthes Institute, LLC
DePuy Synthes Products, Inc.
DePuy Synthes Sales, Inc.
DePuy Synthes, Inc.
Dutch Holding LLC
ECL7, LLC
EES Holdings de Mexico,
    S. de R.L. de C.V.
EES, S.A. de C.V.
EIT Emerging Implant Technologies GmbH
Ethicon Endo-Surgery (Europe) GmbH
Ethicon Endo-Surgery, Inc.
Ethicon Endo-Surgery, LLC
Ethicon LLC
Ethicon Sarl
Ethicon US, LLC
Ethicon Women's Health & Urology Sarl
Ethicon, Inc.
Ethnor (Proprietary) Limited
Ethnor del Istmo S.A.
Ethnor Farmaceutica, S.A.
Finsbury (Development) Limited
Finsbury (Instruments) Limited
Finsbury Medical Limited
Finsbury Orthopaedics International Limited
Finsbury Orthopaedics Limited
FMS Future Medical System SA
GATT Technologies B.V.
GH Biotech Holdings Limited
Global Investment Participation B.V.
GMED Healthcare BV
Guangzhou Bioseal Biotech Co., Ltd.
Hansen Medical Deutschland GmbH
Hansen Medical International, Inc.
Hansen Medical UK Limited
Hansen Medical, Inc.
Healthcare Services (Shanghai) Ltd.
I.D. Acquisition Corp.
Innomedic Gesellschaft fur innovative
    Medizintechnik und Informatik mbH
J & J Company West Africa Limited

J&J Argentina S.A.
J&J Pension Trustees Limited
J&J Productos Medicos & Farmaceuticos
    del Peru S.A.
J.C. General Services BV
Janssen Biologics (Ireland) Limited
Janssen Biologics B.V.
Janssen BioPharma, LLC
Janssen Biotech, Inc.
Janssen Cilag Farmaceutica S.A.
Janssen Cilag S.p.A.
Janssen Cilag SPA
Janssen Cilag, C.A.
Janssen Development Finance Unlimited
    Company
Janssen Egypt LLC
Janssen Farmaceutica Portugal Lda
Janssen France Treasury Unlimited
    Company
Janssen Global Services, LLC
Janssen Holding GmbH
Janssen Inc.
Janssen Irish Finance Unlimited Company
Janssen Japan Treasury Unlimited Company
Janssen Korea Ltd.
Janssen Mexico Treasury Unlimited
    Company
Janssen Oncology, Inc.
Janssen Ortho LLC
Janssen Pharmaceutica (Proprietary)
Limited
Janssen Pharmaceutica NV
Janssen Pharmaceutica S.A.
Janssen Pharmaceutical K.K.
Janssen Pharmaceutical Sciences
    Unlimited Company
Janssen Pharmaceutical Unlimited Company
Janssen Pharmaceuticals, Inc.
Janssen Products, LP
Janssen R&D Ireland Unlimited Company
Janssen Research & Development, LLC
Janssen Sciences Ireland Unlimited
    Company
Janssen Scientific Affairs, LLC
Janssen Supply Group, LLC
Janssen Vaccines & Prevention B.V.

Janssen Vaccines Corp.
Janssen-Cilag
Janssen-Cilag (New Zealand) Limited
Janssen-Cilag A/S
Janssen-Cilag AG
Janssen-Cilag Aktiebolag
Janssen-Cilag AS
Janssen-Cilag B.V.
Janssen-Cilag d.o.o. Beograd
Janssen-Cilag de Mexico S. de R.L. de C.V.
Janssen-Cilag Farmaceutica Lda.
Janssen-Cilag Farmaceutica Ltda.
Janssen-Cilag GmbH
Janssen-Cilag International NV
Janssen-Cilag Kft.
Janssen-Cilag Limited
Janssen-Cilag Manufacturing, LLC
Janssen-Cilag NV
Janssen-Cilag OY
Janssen-Cilag Pharma GmbH
Janssen-Cilag Pharmaceutical S.A.C.I.
Janssen-Cilag Polska, Sp. z o.o.
Janssen-Cilag Pty Ltd
Janssen-Cilag S.A.
Janssen-Cilag s.r.o.
Janssen-Cilag, S.A.
Janssen-Cilag, S.A. de C.V.
Janssen-Pharma, S.L.
J-C Health Care Ltd.
Jevco Holding, Inc.
JJ Surgical Vision Spain, S.L.
JJC Acquisition Company B.V.
JJHC, LLC
JJSV Belgium BV
JJSV Manufacturing Malaysia SDN. BHD.
JJSV Norden AB
JJSV Produtos Oticos Ltda.
JNJ Global Business Services s.r.o.
JNJ Holding EMEA B.V.
JNJ International Investment LLC
JNTL (APAC) HoldCo 2 LLC
JNTL (APAC) HoldCo 3 Pte. Ltd.
JNTL (APAC) HoldCo LLC
JNTL (APAC) HoldCo Pte. Ltd.
JNTL (Japan) HoldCo Inc.
JNTL (Malaysia) Sdn. Bhd.

JNTL (Middle East) HoldCo LLC
JNTL (Puerto Rico) HoldCo GmbH
JNTL (Shanghai) Investment Co., Ltd.
JNTL (Switzerland) HoldCo GmbH
JNTL (Thailand) HoldCo LLC
JNTL (UK) HoldCo Limited
JNTL Consumer Health (Belgium) BV
JNTL Consumer Health (Brazil) Ltda.
JNTL Consumer Health
    (Czech Republic) s.r.o.
JNTL Consumer Health
    (Dominican Republic), S.A.S.
JNTL Consumer Health (Finland) Oy
JNTL Consumer Health (France) SAS
JNTL Consumer Health (Hungary) Kft
JNTL Consumer Health (India)
    Private Limited
JNTL Consumer Health
    (New Zealand) Limited
JNTL Consumer Health (Norway) AS
JNTL Consumer Health (Philippines) Inc.
JNTL Consumer Health (Poland) sp. z o.o.
JNTL Consumer Health (Portugal) Limitada
JNTL Consumer Health (Services) LLC
JNTL Consumer Health (Slovakia), s.r.o.
JNTL Consumer Health (Spain), S.L.
JNTL Consumer Health (Taiwan) Limited
JNTL Consumer Health (Vietnam) Co. Ltd.
JNTL Consumer Health General
    Services BV
JNTL Consumer Health I (Ireland) Limited
JNTL Consumer Health I
    (Switzerland) GmbH
JNTL Consumer Health II
    (Switzerland) GmbH
JNTL Consumer Health LLC
JNTL Consumer Health Mexico,
    S. de R.L. de C.V.
JNTL Consumer Health Middle
    East FZ-LLC
JNTL HoldCo 2 LLC
JNTL HoldCo 3 LLC
JNTL HoldCo 4 LLC
JNTL HoldCo 5 LLC
JNTL HoldCo 6 LLC
JNTL HoldCo 7 LLC

JNTL HoldCo 8 LLC
JNTL HoldCo LLC
JNTL Holdings 2, Inc.
JNTL Holdings 3, Inc.
JNTL Holdings B.V.
JNTL Holdings, Inc.
JNTL Ireland HoldCo 2 B.V.
JNTL Netherlands HoldCo B.V.
JNTL Turkey Tuketici Sagligi
    Limited Sirketi
Johnson & Johnson
Johnson & Johnson - Societa' Per Azioni
Johnson & Johnson (Angola), Limitada
Johnson & Johnson (Australia) Pty Ltd
Johnson & Johnson (Canada) Inc.
Johnson & Johnson (China) Investment Ltd.
Johnson & Johnson (Ecuador) S.A.
Johnson & Johnson (Egypt) S.A.E.
Johnson & Johnson (Hong Kong) Limited
Johnson & Johnson (Ireland) Limited
Johnson & Johnson (Jamaica) Limited
Johnson & Johnson (Kenya) Limited
Johnson & Johnson (Middle East) Inc.
Johnson & Johnson (Mozambique),
    Limitada
Johnson & Johnson (Namibia)
    (Proprietary) Limited
Johnson & Johnson (New Zealand) Limited
Johnson & Johnson (Philippines), Inc.
Johnson & Johnson (Private) Limited
Johnson & Johnson (Singapore)
    Holdco LLC
Johnson & Johnson (Thailand) Ltd.
Johnson & Johnson (Trinidad) Limited
Johnson & Johnson (Vietnam) Co., Ltd
Johnson & Johnson AB
Johnson & Johnson AG
Johnson & Johnson Bulgaria EOOD
Johnson & Johnson China Ltd.
Johnson & Johnson Consumer
    (Hong Kong) Limited
Johnson & Johnson Consumer
    (Thailand) Limited
Johnson & Johnson Consumer B.V.
Johnson & Johnson Consumer
    Holdings France

Johnson & Johnson Consumer Inc.
Johnson & Johnson Consumer NV
Johnson & Johnson Consumer
    Saudi Arabia Limited
Johnson & Johnson Consumer Services
    EAME Ltd.
Johnson & Johnson d.o.o.
Johnson & Johnson de Argentina S.A.C. e. I.
Johnson & Johnson de Chile S.A.
Johnson & Johnson de Colombia S.A.
Johnson & Johnson de Mexico, S.A. de C.V.
Johnson & Johnson de Uruguay S.A.
Johnson & Johnson de Venezuela, S.A.
Johnson & Johnson del Ecuador, S.A.
Johnson & Johnson Del Paraguay, S.A.
Johnson & Johnson del Peru S.A.
Johnson & Johnson do Brasil Industria E
    Comercio de Produtos Para Saude Ltda.
Johnson & Johnson Dominicana, S.A.S.
Johnson & Johnson Enterprise
    Innovation Inc.
Johnson & Johnson European Treasury
    Unlimited Company
Johnson & Johnson Finance Corporation
Johnson & Johnson Finance Limited
Johnson & Johnson Financial
    Services GmbH
Johnson & Johnson for Export and
    Import LLC
Johnson & Johnson Gateway, LLC
Johnson & Johnson Gesellschaft m.b.H.
Johnson & Johnson GmbH
Johnson & Johnson GT, Sociedad Anonima
Johnson & Johnson Guatemala, S.A.
Johnson & Johnson Health and Wellness
    Solutions, Inc.
Johnson & Johnson Health Care
    Systems Inc.
Johnson & Johnson Hellas Commercial and
    Industrial S.A.
Johnson & Johnson Hellas Consumer
    Products Commercial Societe Anonyme
Johnson & Johnson Hemisferica S.A.
Johnson & Johnson Holdco (NA) Inc.
Johnson & Johnson Holding GmbH

Johnson & Johnson Holdings
(Austria) GmbH
Johnson & Johnson Inc.
Johnson & Johnson Industrial Ltda.
Johnson & Johnson Innovation - JJDC, Inc.
Johnson & Johnson Innovation Limited
Johnson & Johnson Innovation LLC
Johnson & Johnson International
Johnson & Johnson International
(Singapore) Pte. Ltd.
Johnson & Johnson International Financial
Services Unlimited Company
Johnson & Johnson Irish Finance
Company Limited
Johnson & Johnson K.K.
Johnson & Johnson Kft.
Johnson & Johnson Korea Selling &
Distribution LLC
Johnson & Johnson Korea, Ltd.
Johnson & Johnson Limited
Johnson & Johnson LLC
Johnson & Johnson Luxembourg Finance
Company Sarl
Johnson & Johnson Management Limited
Johnson & Johnson Medical (China) Ltd.
Johnson & Johnson Medical
(Proprietary) Ltd
Johnson & Johnson Medical (Shanghai) Ltd.
Johnson & Johnson Medical (Suzhou) Ltd.
Johnson & Johnson Medical B.V.
Johnson & Johnson Medical Devices
&
Diagnostics Group - Latin America,
L.L.C.
Johnson & Johnson Medical GmbH
Johnson & Johnson Medical Greece
Single Member S.A.
Johnson & Johnson Medical Korea Ltd.
Johnson & Johnson Medical Limited
Johnson & Johnson Medical Mexico,
S.A. de C.V.
Johnson & Johnson Medical NV
Johnson & Johnson Medical
Products GmbH
Johnson & Johnson Medical Pty Ltd
Johnson & Johnson Medical S.A.

Johnson & Johnson Medical S.p.A.
Johnson & Johnson Medical SAS
Johnson & Johnson Medical
Saudi Arabia Limited
Johnson & Johnson Medical Taiwan Ltd.
Johnson & Johnson Medical, S.C.S.
Johnson & Johnson Medikal Sanayi ve
Ticaret Limited Sirketi
Johnson & Johnson MedTech
(Thailand) Ltd.
Johnson & Johnson Medtech
Colombia S.A.S.
Johnson & Johnson Middle East FZ-LLC
Johnson & Johnson Morocco
Societe Anonyme
Johnson & Johnson Nordic AB
Johnson & Johnson Pacific Pty Limited
Johnson & Johnson Pakistan
(Private) Limited
Johnson & Johnson Panama, S.A.
Johnson & Johnson Personal Care
(Chile) S.A.
Johnson & Johnson Pharmaceutical Ltd.
Johnson & Johnson Poland Sp. z o.o.
Johnson & Johnson Private Limited
Johnson & Johnson Pte. Ltd.
Johnson & Johnson Pty. Limited
Johnson & Johnson Romania S.R.L.
Johnson & Johnson S.E. d.o.o.
Johnson & Johnson S.E., Inc.
Johnson & Johnson Sante Beaute France
Johnson & Johnson SDN. BHD.
Johnson & Johnson Services, Inc.
Johnson & Johnson Surgical Vision India
Private Limited
Johnson & Johnson Surgical Vision, Inc.
Johnson & Johnson Taiwan Ltd.
Johnson & Johnson UK Treasury
Company Limited
Johnson & Johnson Ukraine LLC
Johnson & Johnson Urban
Renewal Associates
Johnson & Johnson Vision Care
(Australia) Pty Ltd
Johnson & Johnson Vision Care
(Shanghai) Ltd.

Johnson & Johnson Vision Care Ireland
    Unlimited Company
Johnson & Johnson Vision Care, Inc.
Johnson & Johnson Vision Korea, Ltd.
Johnson & Johnson, Lda
Johnson & Johnson, S.A.
Johnson & Johnson, S.A. de C.V.
Johnson & Johnson, s.r.o.
Johnson & Johnson, s.r.o.
Johnson and Johnson (Proprietary) Limited
Johnson and Johnson Sihhi Malzeme Sanayi
    Ve Ticaret Limited Sirketi
Johnson Y Johnson de Costa Rica, S.A.
JOM Pharmaceutical Services, Inc.
Kenvue Inc.
La Concha Land Investment Corporation
McNeil AB
McNeil Consumer Pharmaceuticals Co.
McNeil Denmark ApS
McNeil Healthcare (Ireland) Limited
McNeil Healthcare (UK) Limited
McNeil Healthcare LLC
McNeil Iberica S.L.U.
McNeil LA LLC
McNEIL MMP, LLC
McNeil Nutritionals, LLC
McNeil Panama, LLC
McNeil Products Limited
McNeil Sweden AB
Medical Device Business Services, Inc.
Medical Devices & Diagnostics
    Global Services, LLC
Medical Devices International LLC
Medos International Sarl
Medos Sarl
MegaDyne Medical Products, Inc.
Menlo Care De Mexico, S.A. de C.V.
Mentor B.V.
Mentor Deutschland GmbH
Mentor Medical Systems B.V.
Mentor Partnership Holding
    Company I, LLC
Mentor Texas GP LLC
Mentor Texas L.P.
Mentor Worldwide LLC
Middlesex Assurance Company Limited

Momenta Ireland Limited
Momenta Pharmaceuticals, Inc.
NeoStrata Company, Inc.
NeoStrata UG (haftungsbeschrankt)
Netherlands Holding Company
Neuravi Limited
NeuWave Medical, Inc.
Novira Therapeutics, LLC
NuVera Medical, Inc.
Obtech Medical Mexico, S.A. de C.V.
OBTECH Medical Sarl
OGX Beauty Limited
OMJ Holding GmbH
OMJ Pharmaceuticals, Inc.
Omrix Biopharmaceuticals Ltd.
Omrix Biopharmaceuticals NV
Omrix Biopharmaceuticals, Inc.
Ortho Biologics LLC
Ortho Biotech Holding LLC
Orthospin Ltd.
Orthotaxy SAS
Patriot Pharmaceuticals, LLC
Peninsula Pharmaceuticals, LLC
Percivia LLC
Pharmadirect Ltd.
Pharmedica Laboratories
    (Proprietary) Limited
preCARDIA, Inc.
Princeton Laboratories, Inc.
Productos de Cuidado Personal y
    de La Salud de Bolivia S.R.L.
Proleader S.A.
Prosidyan, Inc.
PT Integrated Healthcare Indonesia
PT Johnson & Johnson Indonesia
PT Johnson and Johnson Indonesia Two
Pulsar Vascular, Inc.
Regency Urban Renewal Associates
RespiVert Ltd.
Review Manager Test Entity 2
Royalty A&M LLC
Rutan Realty LLC
Scios LLC
Serhum S.A. de C.V.
Shanghai Elsker Mother & Baby Co., Ltd
Shanghai Johnson & Johnson Ltd.

Shanghai Johnson & Johnson
    Pharmaceuticals Ltd.
Sodiac ESV
Spectrum Vision Limited Liability Company
Spectrum Vision Limited Liability
    Partnership
SterilMed, Inc.
Surgical Process Institute
    Deutschland GmbH
Synthes Costa Rica S.C.R., Limitada
SYNTHES GmbH
Synthes GmbH
Synthes Holding AG
Synthes Holding Limited
SYNTHES Medical Immobilien GmbH
Synthes Medical Surgical Equipment &
    Instruments Trading LLC
Synthes Produktions GmbH
Synthes Proprietary Limited
Synthes S.M.P., S. de R.L. de C.V.
Synthes Tuttlingen GmbH
Synthes USA Products, LLC
Synthes USA, LLC
Synthes, Inc.
TARIS Biomedical LLC
TearScience, Inc.
The Anspach Effort, LLC
The Vision Care Institute, LLC
Tibotec, LLC
Torax Medical, Inc.
UAB "Johnson & Johnson"
Vania Expansion
Verb Surgical Inc.
Vision Care Finance Unlimited Company
Vogue International LLC
WH4110 Development Company, L.L.C.
Xian Janssen Pharmaceutical Ltd.
XO1 Limited
Zarbee's, Inc.

### Managers and Officers of the Debtor
John Kim
Richard Dickinson
Robert Wuesthoff
Russell Deyo

### Major Current Business Affiliations of Debtor's Managers
American Foundation for Opioid
    Alternatives
Migration Policy Institute
Miller Center for Community Protection &
    Reliance, Eagleton Institute of Politics,
    Rutgers University
National Center for State Courts
National Council, McLean Hospital
One Mind

### Depository and Disbursement Banks
Bank of America, N.A.

### Major Sureties
Chubb
Federal Insurance Company
Liberty Mutual Insurance Company
Travelers Casualty and Surety Company
    of America

### Parties to Material Contracts With the Debtor
Johnson & Johnson
Johnson & Johnson Holdco (NA) Inc.
Johnson & Johnson Services, Inc.

### Significant Co-Defendants in Talc-Related Litigation
3M Company
A.O. Smith Corporation
Albertsons Companies, Inc.
Avon Products, Inc.
Barretts Minerals, Inc.
BASF Catalysts LLC
Block Drug Company, Inc.
Borg Warner Morse Tec, Inc.
Brenntag North America
Brenntag Specialties, Inc.
Bristol-Myers Squibb Company
Carrier Corporation
Chanel, Inc.
Charles B. Chrystal Co., Inc.
Chattem, Inc.
Colgate-Palmolive Company
Conopco Inc.

Costco Wholesale Corporation
Coty, Inc.
Crane Co.
CVS Health Corporation
CVS Pharmacy, Inc.
Cyprus Amax Minerals Company
Cyprus Mines Corporation
Dana Companies, LLC
DAP Products, Inc.
Dollar General Corporation
Duane Reade Inc.
Eaton Corporation
Eli Lilly and Company
Elizabeth Arden, Inc.
Estee Lauder Inc.
Family Dollar Stores Inc.
Flowserve US, Inc.
FMC Corporation
Food 4 Less of California, Inc.
Ford Motor Company
Foster Wheeler, LLC
Gardner Denver, Inc.
General Electric Company
Genuine Parts Company
Goodyear Tire & Rubber Co.
Goulds Pumps, LLC
Grinnell LLC
Honeywell International, Inc.
Imerys Talc America, Inc.
Imerys USA, Inc.
IMO Industries Inc.
John Crane, Inc.
K&B Louisiana Corporation
Kaiser Gypsum Company, Inc.
Kmart Corporation
Kolmar Laboratories
Longs Drug Stores California
L'Oreal USA, Inc.
Lucky Stores, Inc.
Macy's, Inc.
Mary Kay Inc.
Maybelline LLC
Metropolitan Life Insurance Company
Noxell Corporation
Personal Care Products Council
Pfizer, Inc.

Pharma Tech Industries, Inc.
Pneumo Abex, LLC
PTI Royston, LLC
Publix Super Markets, Inc.
R.T. Vanderbilt Holding Company, Inc.
Ralphs Grocery Company
Revlon Consumer Products Corporation
Revlon, Inc.
Rite Aid Corporation
Safeway, Inc.
Sanofi-Aventis U.S. LLC
Shulton, Inc.
Specialty Minerals Inc.
Target Corporation
The Dow Chemical Company
The Estee Lauder Companies, Inc.
The Kroger Co.
The Procter & Gamble Company
Thrifty Payless, Inc.
Unilever Home & Personal Care USA
Union Carbide Corporation
Vanderbilt Minerals, LLC
ViacomCBS, Inc.
Walgreen Co.
Walmart, Inc.
Warren Pumps, LLC
Whittaker Clark & Daniels, Inc.
Wyeth Holdings LLC
Yves Saint Laurent America, Inc.

**Debtor's Proposed Professionals and Claims Agent**
AlixPartners LLP
Bates White LLC
Blake, Cassels & Graydon LLP
Epiq Corporate Restructuring LLC
Hogan Lovells
Jones Day
King & Spalding LLP
McCarter & English, LLP
Orrick, Herrington, & Sutcliffe, LLP
Shook, Hardy & Bacon L.L.P.
Skadden, Arps, Slate, Meager & Flom LLP
Weil Gotshal & Manges LLP
Wollmuth Maher & Deutsch LLP

**Debtor's Proposed Significant Ordinary Course Professionals, Consultants and Service Providers**

Adler Pollock & Sheehan PC
Barrasso Usdin Kupperman
Freeman & Sarver, L.L.C.
Blank Rome LLP
Butler Snow LLP
Carlton Fields, P.A.
Chehardy, Sherman, Williams, Recile, & Hayes
Damon Key Leong Kupchak Hastert
Davis Hatley Haffeman & Tighe
Dechert LLP
Elliott Law Offices, PA
Faegre Drinker Biddle & Reath LLP
Foliart, Huff, Ottaway & Bottom
Gibson, Dunn & Crutcher LLP
Goldman Ismail Tomaselli Brennan & Baum
Hartline Barger
HeplerBroom LLC
Irwin Fritchie Urquhart & Moore LLC
Johnson & Bell Ltd.
Jones, Skelton & Hochuli, P.L.C.
Kaplan, Johnson, Abate & Bird LLP
Kelley Jasons McGowan Spinelli
Hanna & Reber, LLP
Kirkland & Ellis LLP
Kitch Drutchas Wagner
Valitutti & Sherbrook
Lewis Brisbois Bisgaard & Smith, LLP
Manion Gaynor & Manning LLP
Manning Gross + Massenburg
Miles & Stockbridge
Milligan & Herns
Morgan Lewis
Nelson Mullins Riley & Scarborough, LLP
Nutter McClennen & Fish LLP
Patterson Belknap Webb & Tyler LLP
Proskauer Rose LLP
Quattlebaum, Grooms & Tull PLLC
Schnader Harrison Segal & Lewis
Schwabe Williamson & Wyatt
Sills Cummis & Gross P.C.
Stoel Rives LLP
Sullivan Whitehead & Deluca LLP
Swartz Campbell LLC
The Weinhardt Law Firm
Tucker Ellis LLP
Willcox & Savage, P.C.

**Known Professionals for Certain Non-Debtor Parties in Interest**

Barnes & Thornburg, LLP
Cravath, Swaine & Moore
White & Case LLP

**Proposed Future Claimants' Representative and Her Proposed Professional**

Randi S. Ellis
Walsh Pizzi O'Reilly Falanga LLP

**Material Potentially Indemnified Parties**

Bausch Health Companies Inc.
Cyprus Mines Corporation
Cyprus Talc Corp.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
Luzenac America, Inc.
Pharma Tech Industries, Inc.
PTI Royston, LLC
Rio Tinto America, Inc.
RTZ America, Inc.
Valeant Pharmaceuticals International, Inc.
Windsor Minerals Inc.
Costco Wholesale Corporation
Publix Super Markets, Inc.
Rite Aid Corporation
Safeway Inc.
Walmart Inc.

**Parties Who Have Entered Into Plan Support Agreements**

Andres Pereira Firm
Ferrer, Poirot & Wansbrough
Johnson Law Group
Liakos Law, APC
Linville Law Group
McDonald Worley
Nachawati Law Group
OnderLaw, LLC

Pulaski Kherkher PLLC
Rueb Stoller Daniel, LLP
Seeger Weiss LLP
Slater Slater Schulman LLP
Trammell PC
Watts Guerra LLP
Wisner Baum, LLP

**Law Firms with Significant
Representations of Talc Claimants**
Andres Pereira Firm
Arnold & Itkin LLP
Aylstock, Witkin, Kreis &
   Overholtz, PLLC
Beasley Allen Law Firm
Childers, Schlueter & Smith LLC
Ferrer, Poirot & Wansbrough
Johnson Law Group
Linville Law Group
McDonald Worley
Miller Firm, LLC
Nachawati Law Group
Napoli Shkolnik PLLC
OnderLaw, LLC
Pulaski Kherkher PLLC
Robinson Calcagnie
Rueb Stoller Daniel, LLP
Sanders, Phillips, Grossman, LLC
Seeger Weiss LLP
Slater Slater Schulman LLP
Trammell PC
Wagstaff Law Firm
Watts Guerra LLP
Wisner Baum, LLP

**Key Parties in *Imerys Talc America, Inc.*
and *Cyprus Mines Corp.* Chapter 11 Cases**
Cyprus Amax Minerals Company
Cyprus Mines Corporation
Cyprus Talc Corporation
Imerys S.A.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
(fka Windsor Minerals Inc.)
James L. Patton
Luzenac America, Inc.
Official Committee of Tort Claimants

*(In re Imerys Talc America, Inc.)*
Official Committee of Tort Claimants
*(In re Cyprus Mines Corp.)*
Roger Frankel

**Debtor's Insurers**
A.G. Securitas
ACE Property & Casualty Insurance
   Company
Aetna Casualty and Surety Company
Affiliated FM Ins. Company
AIG Europe S.A.
AIG Property and Casualty Company
AIU Ins. Company
Allianz Global Risks US
   Insurance Company
Allianz Ins. Company
Allstate Insurance Company
American Centennial Ins. Company
American Motorists Ins. Company
American Re-Insurance Company
Arrowood Indemnity Company
ASR Schadeverzekering N.V.
Assurances Generales De France
Assurantiekantoor VanWijk & Co.
Atlanta International Insurance Company
Birmingham Fire Ins. Company of
   Pennsylvania
Central National Ins. Company of Omaha
Century Indemnity Company
Champion Dyeing Allocation Year
Chubb
City Ins. Company
Colonia Versicherungs AG, Koln
Company of N.Y.
Continental Insurance Company
Darag Deutsche Versicherungs-Und
Drake Ins. Company of New York
Employers Ins. Company of Wausau
Employers Ins. of Wausau
Employers Mutual Casualty Company
Eurinco Allgemeine
Everest Reinsurance Company
Fireman's Fund Ins. Company
First State Ins. Company
GAP
Gibraltar Casualty Company

Granite State Ins. Company
Great American
Great Northern Ins. Company
Great Southwest Fire Ins. Company
Groupe Drouot
Harbor Ins. Company
Hartford Accident and Indemnity Company
Home Ins. Company
Ideal Mutual Ins. Company
Industrial Indemnity Company
Ins. Company of North America
Ins. Company of the State of Pennsylvania
Ins. Corporation of Singapore Limited
Integrity Ins. Company
International Ins. Company
International Surplus Lines Ins. Company
Lexington Ins. Company
London Guarantee and Accident
L'Union Atlantique S.A. d'Assurances
Maas Lloyd
Mead Reinsurance Corporation
Middlesex Assurance Company
Midland Ins. Company
Midstates Reinsurance Corp.
Mission Ins. Company
Mission National Ins. Company
Munich Reinsurance America, Inc.
Mutual Fire, Marine, & Inland Ins.
    Company
N.V. De Ark
N.V. Rotterdamse Assurantiekas
N.V. Schadeverzekeringsmaatschappij
National Casualty Company
National Union Fire Ins. Company of
Pittsburgh, PA
Nationwide
New Hampshire Ins. Company
North River Ins. Company
Northbrook Excess and Surplus
    Ins. Company
Northeastern Fire Ins. Company
    of Pennsylvania
Pacific Employers Ins. Company
ProSight
Prudential Reinsurance Company
Puritan Insurance Company

Republic Indemnity Company of America
Republic Ins. Company
Republic Western Ins. Company
Repwest Insurance Company
Resolute Management Inc.
Rheinland Versicherungen
Rheinland Verzekeringen
Riverstone Insurers
Royal Belge I.R., S.A. d'Assurances
Royal Indemnity Company
Royal Ins. Company
Ruckversicherungs-AG
Safety Mutual Casualty Corporation
Safety National Casualty Corporation
Seguros La Republica SA
Sentry Insurance A Mutual Company
Southern American Ins. Company
Starr Indemnity & Liability Company
TIG Insurance Company
Transamerica Premier Insurance Company
Transit Casualty Company
Travelers Casualty and Surety Company
UAP
Union Atlantique d'Assurances S.A.
Union Indemnity Ins. Company
    of New York
Versicherungs AG, Dusseldorf
Westchester Fire Insurance Company
Westport Insurance Corporation
XL Ins. Company

**Potential Parties in Canadian Proceeding**
Cassels Brock & Blackwell LLP
Ernst & Young Inc

**States/Federal District With Consumer
Protection Investigations/Actions**
Alabama
Alaska
Arkansas
Arizona
Colorado
Connecticut
Delaware
Florida
Georgia
Hawaii

Idaho
Illinois
Iowa
Kansas
Kentucky
Maine
Maryland
Massachusetts
Michigan
Minnesota
Mississippi
Montana
Nebraska
Nevada
New Hampshire
New Jersey
New Mexico
New York
North Carolina
North Dakota
Ohio
Oklahoma
Oregon
Rhode Island
South Dakota
Texas
Utah
Vermont
Virginia
Washington
Washington, D.C.
West Virginia
Wisconsin

**The Office of the United States Trustee
Region 3 - District of New Jersey**
Adam Shaarawy
Adela Alfaro
Alexandria Nikolinos
Angeliza Ortiz-Ng
Daniel C. Kropiewnicki
David Gerardi
Fran B. Steele
Francyne D. Arendas
James Stives
Jeffrey Sponder
Joseph C. Kern

Kirsten K. Ardelean
Lauren Bielskie
Maggie McGee
Martha Hildebrandt
Michael Artis
Neidy Fuentes
Peter J. D'Auria
Robert J. Schneider, Jr.
Tia Green
Tina L. Oppelt
William J. Ziemer

**Bankruptcy Judges for the District of
New Jersey**
Judge Andrew B. Altenburg, Jr.
Judge Christine M. Gravelle
Judge Jerrold N. Poslusny, Jr.
Judge John K. Sherwood
Judge Kathryn C. Ferguson
Judge Michael B. Kaplan
Judge Rosemary Gambardella
Judge Stacey L. Meisel
Judge Vincent F. Papalia

**Retailers and Indemnified Parties**
7-Eleven
7-Eleven, Inc.
Acme Markets, Inc.
Ahold Delhaize USA, Inc.
Albertsons Companies, Inc.
Alpha Beta Company
Associated Wholesale Grocers, Inc.
Bartell Drug Company
Bashas', Inc.
Bausch Health US, LLC
Bausch Health Americas, Inc.
Bausch Health Companies Inc.
BCW LLC
Best Market of Astoria, Inc.
BI-LO, LLC
Bi-Mart Corporation
C&S Wholesale Grocers
C&S Wholesale Grocers, Inc.
Classic Pharmacy, Inc.
Cosentino Enterprises, Inc.
Cosentino Group, Inc.
Cosentino Price Chopper

Cosentino's Food Stores
Costco Wholesale Corporation
CVS Health Corporation
CVS Pharmacy, Inc.
Demoulas Super Markets, Inc.
Dierbergs Markets, Inc.
Discount Drug Mart, Inc.
Dollar Tree Stores, Inc.
DRI I, Inc.
Duane Reade, Inc.
Eckerd Corporation of Florida, Inc.
Family Dollar Stores
Fleming Companies, Inc.
Food 4 Less of California
Food 4 Less of Southern California, Inc.
Foodland
Foodland Super Market, LTD
Foot Locker Specialties, Inc., individually
     and as successor-in-interest to F.W.
     Woolworth Co.
Foot Locker Specialty, Inc.
Foot Locker, Inc./Woolworth Corporation
Four B Corporation d/b/a Balls Food Stores
Fred Meyer Stores, Inc.
Fruth Pharmacy, Inc.
Gerlands Food Fair, LLC
Gerlands, LLC
Gerlands, LLC/Lewis Food Town, Inc.
Giant Eagle, Inc.
Giant Food of Maryland, LLC
Giant Food Stores, LLC
Grocery Outlet Holding Corporation
Grocery Outlet Inc.
Grocery Outlet, Inc.
HAC, Inc.
H-E-B, LP
Hughes Markets, Inc.
Hy-Vee, Inc.
Jewel Food Stores
Jewel Osco
Jewel Osco Southwest
K&B Corporation
K&B Louisiana Corporation
Kings Park Slope, Inc.
Kings Pharmacy
Kings Pharmacy Holdings, LLC

Kings Third Ave. Pharmacy, Inc.
Knorr Street ShopRite, Inc.
La Luz Market, LTD. Co.
Lewis Food Town, Inc.
Longs Drug Stores California, L.L.C
Longs Drug Stores of Southern California,
     L.L.C.
Longs Drug Stores, L.L.C.
Lucky Stores, Inc.
Marc Glassman Inc.
Marc Glassman, Inc. d/b/a Marc's Store &
     Pharmacy
MBF Healthcare Holdings, Inc.
MBF Healthcare Management, LLC
Meijer, Inc.
MMG Equity Partners
Navarro Discount Pharmacies No. 5, LLC
Navarro Discount Pharmacies, LLC
Owens & Minor Distribution, Inc.
Owens & Minor, Inc.
Piggly Wiggly Carolina Co.
Piggly Wiggly Carolina Co., Inc.
Piggly Wiggly Companies, Inc.
Piggly Wiggly, LLC
Piggly Wiggly, LLC (subsidiary of C&S
     Wholesale Grocers)
PTI
PTI Royston LLC, a Georgia Limited
     Liability Co., d/b/a Pharma Tech
     Industries
PTI Union, LLC d/b/a Pharma Tech
     Industries
Publix Super Markets, Inc.
Raley's
Ralphs Grocery Company
Randall's Food & Drug LP
Randall's Food Markets, Inc.
Rite Aid
Rite Aid Corporation
Rite Aid Hdqtrs. Corp.
Rite Aid of New York City, Inc.
Rite Aid of New York, Inc.
Rite Aid of Pennsylvania, Inc.
Rite Aid of South Carolina, Inc.
Rouse's Enterprises, L.L.C.

Rouse's Enterprises, L.L.C. d/b/a Rouses
    Market
Safeway Inc.
Save Mart Supermarkets, Inc.
Save Mart Supermarkets, Inc./Lucky Stores
Schnuck Markets
Schnuck Markets, Inc.
Sedano's Market, Inc.
Shanti Pharmacy Corp.
Shaw's Supermarkets, Inc.
Shop-Rite Supermarkets, Inc. a/k/a Shop
    Rite of Knorr Street
Smith Food and Drug Center, Inc.
Southeastern Grocers, Inc.
Star Markets Company, Inc.
Stater Bros. Markets
Super Center Concepts, Inc. d/b/a Superior
    Grocers
Superior Grocers
SuperValu, Inc.
T. Levy Associates, d/b/a Beauty Land
    Enterprises
T. Levy Associates, Inc. d/b/a Beauty Land
    Enterprises/Beautyland
Target Corporation
The Bartell Drug Company
The Kroger Company
The Stop & Shop Supermarket Company
    LLC
The Vons Companies, Inc.
Thrifty Payless, Inc.
Thrifty white Drug
Tops Holding, LLC
Valeant Pharmaceuticals International
Valeant Pharmaceuticals International, Inc.
Valeant Pharmaceuticals North America
    LLC
Wakefern Food Corp.
Walgreen Co.
Walgreen Eastern Co., Inc.
Walgreen Pharmacy Strategies, LLC
Walgreens Boots Alliance, Inc.
Walmart Inc.
Wegmans Food Markets, Inc.
Winn-Dixie Stores, Inc.
Woolworth Corporation

**Top 30 Law Firms**

Andrew & Thorton
Ashcraft & Gerel, LLP
Alystock, Witkin, Kreis & Overholtz, PLLC
Barnes Firm
Beasley Allen Law Firm
Childers, Schlueter & Smith LLC
Cellino Law LLP
Driscoll Firm, LLC
Golomb Spirit Grunfeld, P.C.
Johnson Becker PLLC
Johnson Law Group
Lenze Lawyers, PLC
McDonald Worley
Miller Firm, LLC
Morelli Law Firm
Motley Rice LLC
Nachawati Law Firm
Napoli Shkolnik PLLC
Onder Law, LLC
Pulaski Kherkher PLLC
Robinson Calcagnie
Rueb Stoller Daniel, LLP
Sanders, Phillips
Simmons Hanly Conroy LLC
Slater Slater Schullman, LLP
Trammel PC
Wagstaff Law Firm
Watts Guerra LLP
Williams Hart Law Firm

**Top 20 Largest Unsecured Claims**
**(Excluding Insiders)**
Douglas Barden
Shawn Johnson
Christina Prudencio
Ashley Schmitz
FTI Consulting, Inc.
Brown Rudnick LLP
MoloLamken LLP
Walsh Pizzi O'Reilly Falanga LLP
Genova Burns LLP
Houlihan Lokey Capital, Inc.
Miller Thomson LLP
Massey & Gail LLP
CRA International, Inc.
Anderson Kill P.C.
Berkeley Research Group LLC
Bernstein Shur Sawyer & Nelson P.A.
Lighthouse Technologies, Inc.
Cassels Brock and Blackwell LLP
Albert Schwenk

**Committee Members**
Rebecca Love
c/o Ashcraft & Gerel, LLP
Attn: Michelle Parfitt

Tonya Whetsel
c/o Karst von Oiste LLP
Attn: Eric Karst

William A. Henry
c/o Levin Papantonio Rafferty
Attn: Christopher Tisi

Patricia Cook
c/o Weitz & Luxenberg, P.C.
Attn: Danny Kraft

Alishia Landrum
c/o Beasley Allen Law Firm
Attn: Leigh O'Dell

Blue Cross Blue Shield of Massachusetts
c/o Hill Hill Carter Franco Cole & Black,
   PC
Attn: Elizabeth Carter

Kristie Doyle
c/o Kazan, McClain, Satterley &
Greenwood PLC
Attn: Steven Kazan

Randy Derouen
c/o Levy Konigsberg LLP
Attn: Audrey Raphael

April Fair
c/o Robinson Calcagnie, Inc.
Attn: Mark Robinson, Jr.

Brandi Carl
c/o Golomb Spirt Grunfeld
Attn: Richard Golomb

Sue Sommer-Kresse
c/o Motley Rice, LLC
Attn: Daniel Lapinski

## Exhibit 2

### Key Parties in Imerys Talc America, Inc. and Cyprus Mines Corp. Chapter 11 Cases

| | |
|---|---|
| Official Committee of Talc Claimants (In Re Cyprus Mines Corp.)<br><br>Roger Frankel (FCR) | Special insurance counsel on behalf of the Talc Claimants Committee and the FCR seeking to maximize insurance recoveries from the insurance companies in the Cyprus insurance program.  The J&J insurance policies which we have been provided do not reference Cyprus at all, and we do not know of any overlap of insurance. |
| James C. Patton | Co-Counsel in the Fuller Austin Insulation Company bankruptcy in Delaware in 1998. |

### Debtor's Insurers/Major Sureties

| | |
|---|---|
| | As Anderson Kill's principal practice is to represent policyholders exclusively in insurance recoveries, Anderson Kill has been and is adverse to every one of Debtor's Insurers and Sureties. |

### Significant Co-Defendants in Talc Related Litigation

| | |
|---|---|
| Borg Warner | Previously Insurance Recovery Counsel – matter closed in 1997. |
| Brenntag North America, Inc. | Presently Insurance Recovery Counsel under its policies.  This engagement is not related to talc exposure. |
| Colgate-Palmolive Company | Previously Insurance Recovery Counsel – matter closed in 2016. |
| Cyprus Amax Minerals Company | Previously Insurance Recovery Counsel – engagement ended no later than 2015. |
| Dollar General Corporation | Presently insurance recovery counsel under its policies. |
| Family Dollar Stores, Inc. | Presently insurance recovery counsel under its policies. |

1

**Significant Co-Defendants in Talc Related Litigation**

| | |
|---|---|
| FMC Corporation | Previously Insurance Recovery Counsel regarding environmental liabilities under its policies – engagement ended over 16 years ago in 2007. |
| Ford Motor Company | Previously Insurance Recovery Counsel regarding environmental liabilities under its policies – engagement ended over 23 years ago in 2000. |
| Foster Wheeler Corp. | Previously Insurance Recovery Counsel under its policies – engagement ended over 23 years ago in 2000. |
| General Electric Company | Previously Insurance Recovery Counsel under its policies – engagement ended over 23 years ago in 2000. |
| Goodyear Tire & Rubber Company | Previously Insurance Recovery Counsel under its policies – engagement ended over 23 years ago in 2000. |
| Honeywell International Inc. | Previously Insurance Recovery Counsel under its policies – engagement ended over 16 years ago in 2007. |
| IMO Industries Inc. | Previously Insurance Recovery Counsel under its policies – engagement ended over 8 years ago in 2015. |
| John Crane | Previously Insurance Recovery Counsel under its policies – engagement ended over 3 years ago in 2020. |
| Kaiser Gypsum Company | Previously served as special insurance counsel to the Claimant's committee and FCR during its bankruptcy. Presently serve as special insurance counsel to the Kaiser Gypsum Asbestos Personal Injury Trust. |
| Kmart | Previously served as insurance recovery counsel under its policies. Engagement ended over 24 years ago in 1999. |

docs-100493448.3

### Significant Co-Defendants in Talc Related Litigation

| | |
|---|---|
| Metropolitan Life Insurance Company | Previously served as insurance recovery counsel under its policies. Engagement ended over 20 years ago. |
| Pfizer | Previously served as insurance recovery counsel under its policies. Engagement ended over 15 years ago. |
| Safeway, Inc. | Previously served as insurance recovery counsel under its policies. Engagement ended over 20 years ago. |
| Sanofi-Aventis | Previously served as insurance recovery counsel under its policies. Engagement ended over 15 years ago. |
| Target Corporation | Previously served as insurance recovery counsel under its policies. Not talc related. Matter ended in 2018. |
| Walmart | Presently serve as insurance recovery counsel under its insurance policies for a variety of different types of coverages. |

### Asbestos Defendants

| | |
|---|---|
| Chanel Inc.<br>Dana Copiers, LLC<br>Union Carbide Corporation<br>Pfizer, Inc. | Until 2008, Anderson Kill had a product liability defense group. The attorneys in that group left Anderson Kill 15 years ago in 2008. Anderson Kill no longer engages in that practice. |

### Debtors Retained Professionals and Claim Agents

| | |
|---|---|
| Jones Day | Counsel to debtors in the Kaiser Gypsum/ Hansen bankruptcy in which Anderson Kill was special insurance counsel to the claimants' committee and FCR. |
| King & Spalding LLP | Previously was insurance coverage co-counsel in litigation in Wisconsin involving insurance coverage for an unrelated entity. |

3

**Debtors Significant Ordinary Course Professionals, Consultants and Service Providers**

| | |
|---|---|
| Adler Pollock & Sheehan PC | Previously co-counsel to a policyholder in a Rhode Island action involving environmental litigation. |
| Blank Rome LLP | Selected as an expert witness by this firm regarding environmental insurance coverage in litigation involving NRG. |
| | Was counsel to the Unsecured Creditors Committee in the Kaiser Gypsum /Hansen bankruptcies. |
| Gibson, Dunn & Crutcher, LLP | Adverse counsel in the Kaiser Gypsum bankruptcy. |
| Kirkland & Ellis LLP | Debtor's counsel in the WR Grace bankruptcy at which Anderson Kill represented the Claimants' Committee. |
| Lewis Brisbois Bisgaard & Smith LLP. | Adverse counsel in several insurance recovery actions. |
| Morgan Lewis | Co-counsel in asbestos insurance recovery bench and jury trials in Los Angeles in the Fuller-Austin Asbestos Settlement Trust case. |
| Orrick Herrington & Sutcliffe LLP | Co-counsel on behalf of the FCR in the Aldrich Pump bankruptcy in which Anderson Kill is special insurance recovery counsel. |
| Schnader Harrison Segal & Lewis | Adverse counsel in the Skinner Engine/Capital Equipment bankruptcy case. |
| | Name partner Judge Timothy Lewis has been an arbitrator in asbestos insurance recovery disputes in which Anderson Kill represented the Owens Corning/Fibreboard Asbestos Trust and the WRG Asbestos PI Trust. |
| Skadden, Arps, Slate, Meagher & Flom LLP | I was an associate at Skadden, Arps, Slate, Meagher & Flom LLP in 1979-1980. |
| | SASMF has been adverse counsel in several insurance recovery actions. |

4

docs-100493448.3

**Debtors Significant Ordinary Course Professionals, Consultants and Service Providers**

| | |
|---|---|
| Stoel Rives | Was local counsel in bench and jury trials seeking recovery for environmental liabilities insurance recovery trials in Oregon. |

**Top 30 Law Firms**

| | |
|---|---|
| Ashcraft & Gerel, LLP | Michelle Parfitt, Esq. was counsel to a member of the Claimants' Committee in LTL I and is counsel to a member of the Claimants' Committee in this case. |
| Barns Firm | John Bevis, Esq. was counsel to a member of the Claimants' Committee in LTL I and is counsel to a member of the Claimants' Committee in this case. |
| Beasley Allen Law Firm | P. Leigh O'Dell, Esq. was counsel to a member of the Claimants' Committee in LTL I and is counsel to a member of the Claimants' Committee in this case. |
| Motley Rice | Anderson Kill is co-counsel with Motley Rice in litigation against the Kingdom of Saudi Arabia, the Islamic Republic of Iran, the Sudan and other defendants arising out of the terrorist attacks that took place on 9/11/01.

Anderson Kill was insurance counsel to the plaintiffs' Steering Committee on which Motley Rice served against BP, Transocean, and other defendants arising out of the Deepwater Horizon explosion in the Gulf of Mexico. |

**Top 20 Largest Unsecured Claims (Excluding Insiders)**

| | |
|---|---|
| Brown Rudnick LLP and Genova Burns LLP | Were co-counsel in LTL I. |
| FTI | FTI Consulting, Inc. was a consultant retained in LTL I. |

**Bankruptcies for the Western District of North Carolina**

docs-100493448.3

| | |
|---|---|
| Judge T. Craig Whitley | Judge Whitley is the judge in the Kaiser Gypsum/Hanson bankruptcies in which Anderson Kill was special insurance counsel to the claimants committee and currently is insurance counsel to the Trust.  Judge Whitley is the judge in the Aldrich bankruptcy in which Anderson Kill is special insurance counsel to the FCR. |

### Judges for the United States Bankruptcy Court for the District of New Jersey

| | |
|---|---|
| Hon. Rosemary Gambardella | Anderson Kill represented the creditors committee in the Natures Element Chapter 11 Case in the mid 1990s. |
| | Anderson Kill represented Pico Manufacturing Sales Corp in an adversary proceeding, Universal Logistics Group West Inc. v. Pico Manufacturing Corp. et al, 14-01751.  The claim was withdrawn. |
| Hon. Michael Kaplan | Anderson Kill was insurance counsel to the Debtor in the Duro Dyne asbestos bankruptcy case. |
| Hon. Vincent F. Papalia | Anderson Kill represents Eric Spiel in MSGI Liquidation Trust v. Mitchell B. Modell et al., Case No. 20-14179 (VFP) as insurance counsel. |

docs-100493448.3