| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>               Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>**Hearing Date and Time**:<br>June 27, 2023 at 9:00 a.m. |

**DEBTOR'S OBJECTIONS TO OFFICIAL COMMITTEE OF TALC CLAIMANTS'**
**SECOND AMENDED EXHIBIT LIST FOR**
**HEARING ON THE MOTIONS TO DISMISS**

LTL Management LLC, the above-captioned debtor (the "Debtor"), files these

objections to the Official Committee of Talc Claimants' (the "TCC") Second Amended Exhibit

List for Hearing on the Motions to Dismiss Debtor's Bankruptcy Case (Dkt. No. 944) related to

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

-2-

evidence that may to be presented at the hearing on the Dismissal Motions (the "<u>Dismissal Motions Hearing</u>") currently scheduled for June 27-30, 2023.

The Debtor understands that some of the exhibits listed on the TCC's exhibit list are included for reference only and are not intended to be admitted into the evidentiary record. Out of an abundance of caution and to preserve its objections, the Debtor files its objections to TCC's exhibit list in <u>Appendix A</u> accompanying this filing and incorporated hereto.

-3-

| | |
|---|---|
| Dated: June 29, 2023 | **WOLLMUTH MAHER & DEUTSCH LLP**<br><br>*/s/ Paul R. DeFilippo*<br>Paul R. DeFilippo, Esq.<br>James N. Lawlor, Esq.<br>Joseph F. Pacelli, Esq. (admitted *pro hac vice*)<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br>jlawlor@wmd-law.com<br>jpacelli@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>gmgordon@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR* |