# Exhibit A

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 0
June 28, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**INVOICE**
**For Services Through May 31, 2023**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | | Hours |
|---|---|---|---|
| 5/1/2023 | Martinez | Conduct Third Circuit rules check on motion to seal. | 0.60 |
| 5/1/2023 | Lamken | Final edits to mandamus. | 2.20 |
| 5/1/2023 | Lamken | Conference with L. Walker and R. Hashem re: same. | 0.30 |
| 5/1/2023 | Lamken | Review proposed edits from TCC members. | 0.20 |
| 5/1/2023 | Lamken | Emails with J. Massey re: proposed edits. | 0.20 |
| 5/1/2023 | Walker | Revise, finalize, and file mandamus petition. | 1.80 |
| 5/1/2023 | Kelley | Proof mandamus petition and ancillary materials. | 1.80 |
| 5/1/2023 | Rubin | Prepare, finalize, and file mandamus petition. | 10.40 |
| 5/1/2023 | Hashem | Coordinate with printer re: printing and service of mandamus petition. | 0.80 |
| 5/1/2023 | Hashem | Coordinate with co-counsel re: filing of mandamus petition. | 1.50 |
| 5/1/2023 | Hashem | Finalize and file mandamus petition. | 3.90 |
| 5/1/2023 | Hashem | Coordinate service of mandamus petition to all bankruptcy case participants and Judge Kaplan. | 0.90 |
| 5/1/2023 | Hashem | Address confidentiality issues with mandamus petition. | 1.20 |
| 5/1/2023 | Li | Proof mandamus petition. | 1.50 |
| 5/2/2023 | Lamken | Call re: draft complaint. | 0.80 |
| 5/2/2023 | Lamken | Emails in connection with mandamus. | 0.30 |
| 5/3/2023 | Lamken | Emails re: order to respond to mandamus. | 0.30 |
| 5/3/2023 | Rubin | Conference re retention application preparation with J. Bloom. | 0.60 |
| 5/3/2023 | Rubin | Email to R. Hashem re retention application. | 0.50 |
| 5/3/2023 | Rubin | Prepare entry of appearance and conference re mandamus briefing schedule with C. Martinez. | 0.70 |
| 5/3/2023 | Hashem | Correspondence with N. Rubin re: retention application. | 0.50 |
| 5/4/2023 | Lamken | Review draft motions. | 2.20 |

Case 23-12825-MBK   Doc 959-1   Filed 06/30/23   Entered 06/30/23 11:44:36   Desc
Exhibit A and B-Statement of Time    Page 3 of 19

Molo Lamken LLP                                                                                                         Page: 2

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 5/4/2023 | Lamken | Committee call. | 0.20 |
| 5/4/2023 | Lamken | Emails re: ideas for mandamus reply. | 0.10 |
| 5/5/2023 | Walker | Review motion to dismiss. | 0.70 |
| 5/5/2023 | Rubin | Organize conflict check with A. Collins & A. Starobinets. | 0.70 |
| 5/8/2023 | Sokoloff | Draft reply in support of mandamus. | 4.20 |
| 5/8/2023 | Sokoloff | Telephone conference with case team and co-counsel re: same. | 0.30 |
| 5/8/2023 | Lamken | Review mandamus opposition. | 0.70 |
| 5/8/2023 | Lamken | Call re: strategy. | 0.30 |
| 5/8/2023 | Walker | Review mandamus oppositions. | 0.70 |
| 5/8/2023 | Walker | Phone conference re: reply strategy. | 0.30 |
| 5/8/2023 | Hashem | Review mandamus opposition. | 1.80 |
| 5/8/2023 | Hashem | Draft email to J. Lamken and E. Sokoloff re: mandamus reply arguments. | 1.10 |
| 5/8/2023 | Hashem | Phone conference with J. Lamken and E. Sokoloff re: mandamus reply. | 0.30 |
| 5/9/2023 | Martinez | Draft motion for leave to reply. | 1.00 |
| 5/9/2023 | Martinez | Review docket for confidential designations. | 0.50 |
| 5/9/2023 | Rubin | Review conflict check in preparation for retention motion [NC]. | 0.00 |
| 5/9/2023 | Rubin | Confer with R. Hashem & C. Martinez re confidentiality issues. | 0.60 |
| 5/9/2023 | Hashem | Phone conference re: Third Circuit order to file redacted mandamus appendix. | 0.60 |
| 5/10/2023 | Lamken | Counsel pre-call. | 0.60 |
| 5/10/2023 | Lamken | Committee call. | 1.50 |
| 5/10/2023 | Rubin | Communicate re retention application with R. Hashem & J. Bloom. | 1.00 |
| 5/10/2023 | Hashem | Correspondence with N. Rubin re: retention application. | 0.50 |
| 5/12/2023 | Martinez | Confer with R. Hashem and N. Rubin on confidential designations. | 0.10 |
| 5/12/2023 | Rubin | Email to R. Hashem re conflict check. | 0.10 |
| 5/12/2023 | Rubin | Coordinate with R. Hashem & B. Wiltgen re conflict check [NC]. | 0.00 |
| 5/12/2023 | Hashem | Correspondence with N. Rubin re: redacted mandamus petition appendix. | 0.10 |
| 5/13/2023 | Hashem | Work on retention application. | 2.00 |
| 5/15/2023 | Rubin | Prepare retention application. | 5.40 |
| 5/16/2023 | Collins | Assist with finalizing the appendix per M. Reining request. | 1.50 |
| 5/16/2023 | Rubin | Revise and redact appendices in preparation for filing. | 5.40 |
| 5/16/2023 | Rubin | Email to R. Hashem re retention paperwork. | 0.20 |
| 5/16/2023 | Hashem | Work with N. Rubin to prepare redacted mandamus appendix pursuant to Third Circuit order. | 2.70 |
| 5/16/2023 | Hashem | Coordinate with N. Rubin and co-counsel re: redacted appendix. | 1.50 |
| 5/16/2023 | Newman | Implement C. Ronald conflicts screen [NC]. | 0.00 |
| 5/17/2023 | Lamken | Participate in committee meetings. | 1.30 |
| 5/17/2023 | Rubin | Prepare J. Lamken entry of appearance and email to R. Hashem re same. | 0.20 |

Molo Lamken LLP                                                                                                           Page: 3

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 5/17/2023 | Rubin | Teleconference with R. Hashem re filing. | 0.10 |
| 5/17/2023 | Rubin | File case opening documents. | 0.50 |
| 5/17/2023 | Hashem | Review and revise case opening documents. | 0.80 |
| 5/17/2023 | Hashem | File case opening documents with N. Rubin. | 0.40 |
| 5/18/2023 | Rubin | Legal research re bankruptcy appeal filing. | 1.40 |
| 5/24/2023 | Rubin | Review requirements for supplemental retention application materials & emails with R. Hashem re same. | 1.00 |
| 5/24/2023 | Hashem | Correspondence with N. Rubin re: retention application. | 0.60 |
| 5/25/2023 | Rubin | Attend committee professionals and member meetings. | 2.20 |
| 5/26/2023 | Rubin | Emails with R. Hashem, C. Martinez, & debtor counsel re fee & retention issues. | 0.40 |
| 5/27/2023 | Lamken | Call re: motion to dismiss reply. | 0.40 |
| 5/27/2023 | Lamken | Call re: litigation strategy. | 0.50 |
| 5/27/2023 | Hashem | Review motion to dismiss reply arguments. | 1.80 |
| 5/29/2023 | Rubin | Prepare April fee application. | 0.30 |
| 5/30/2023 | Rubin | Prepare April fee application. | 2.60 |
| 5/31/2023 | Martinez | Confer with R. Hashem and N. Rubin on deposition transcripts. | 0.30 |
| 5/31/2023 | Martinez | Review deposition transcripts. | 1.40 |
| 5/31/2023 | Rubin | Calls with E. Sokoloff re fee statement. | 0.80 |
| 5/31/2023 | Rubin | Conference with R. Hashem & C. Martinez re fact research for motion to dismiss. | 0.50 |
| 5/31/2023 | Rubin | Fact research re bankruptcy filing for motion to dismiss. | 0.50 |
| 5/31/2023 | Hashem | Review and revise interim fee statement. | 1.10 |
| 5/31/2023 | Hashem | Phone conference with C. Martinez and N. Rubin re: reviewing deposition transcripts for motion to dismiss. | 0.50 |
| 5/31/2023 | Hashem | Review LTL opposition to motions to dismiss. | 2.60 |
| 5/31/2023 | Hashem | Work on TCC motion to dismiss reply. | 6.30 |

|  |  |
|---|---|
| Total Hours | 98.40 |
| Total Fees | $96,381.00 |

## Timekeeper Summary

| Name | Hours/Rate | Amount |
|---|---|---|
| Adam Collins | 1.50 hours at $295.00/hr | $442.50 |
| Rayiner I. Hashem | 33.50 hours at $975.00/hr | $32,662.50 |
| Mark Kelley | 1.80 hours at $895.00/hr | $1,611.00 |
| Jeffrey Lamken | 12.10 hours at $1,750.00/hr | $21,175.00 |
| Rocky Li | 1.50 hours at $775.00/hr | $1,162.50 |
| Catherine Martinez | 3.90 hours at $775.00/hr | $3,022.50 |
| Sarah Newman | 0.00 hours at $925.00/hr | $0.00 |
| Nathaniel Rubin | 36.10 hours at $775.00/hr | $27,977.50 |
| Eugene Sokoloff | 4.50 hours at $995.00/hr | $4,477.50 |
| Lucas Walker | 3.50 hours at $1,100.00/hr | $3,850.00 |

Case 23-12825-MBK    Doc 959-1    Filed 06/30/23    Entered 06/30/23 11:44:36    Desc
Exhibit A and B-Statement of Time    Page 5 of 19

Molo Lamken LLP                                                                                                    Page: 4

## Summary

| | |
|---|---:|
| Fees: | $96,381.00 |
| Expenses: | $0.00 |
| Total Current Billing: | $96,381.00 |
| Current Amt To be Pd by Debtor (80%): | $77,104.80 |
| Current Holdback Amount (20%): | $19,276.20 |
| Previous Balance Due: | $151,219.60 |
| **Total Amount Due:** | **$228,324.40** |

Molo Lamken LLP                                                                                              Page: 5

**MOLOLAMKEN**

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 0
June 28, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through May 31, 2023**

2023-002: LTL Management / J&J Bankruptcy II

|   |   |
|---|---:|
| Total Fees This Statement: | $96,381.00 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $96,381.00 |
| Current Amt To be Pd by Debtor (80%): | $77,104.80 |
| Current Holdback Amount (20%): | $19,276.20 |
| Previous Balance Due: | $151,219.60 |
| **Total Now Due:** | **$228,324.40** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info: Signature Bank | Bank info: Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: [redacted] | Account Number: [redacted] |
|  | International SWIFT: [redacted] |

# Exhibit B

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| **Matter ID: 2023-002** | | | | | | | | | |
| 05/01/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare, finalize, and file mandamus petition. | | T<br>L510 | 10.40 | 775.00 | 8,060.00 | 0.00 | 8,060.00 |
| 05/01/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise, finalize, and file mandamus petition. | | T<br>L510 | 1.80 | 1,100.00 | 1,980.00 | 0.00 | 1,980.00 |
| 05/01/2023 | RL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Proof mandamus petition. | | T<br>L510 | 1.50 | 775.00 | 1,162.50 | 0.00 | 1,162.50 |
| 05/01/2023 | MWK | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Proof mandamus petition and ancillary materials | | T<br>L510 | 1.80 | 895.00 | 1,611.00 | 0.00 | 1,611.00 |
| 05/01/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Conduct Third Circuit rules check on motion to seal. | | T<br>L510 | 0.60 | 775.00 | 465.00 | 0.00 | 465.00 |
| 05/01/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Final edits to mandamus | | T<br>L510 | 2.20 | 1,750.00 | 3,850.00 | 0.00 | 3,850.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 05/01/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Conference with L. Walker and R. Hashem re: same | | T L510 | 0.30 | 1,750.00 | 525.00 | 0.00 | 525.00 |
| 05/01/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review proposed edits from TCC members | | T L510 | 0.20 | 1,750.00 | 350.00 | 0.00 | 350.00 |
| 05/01/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with J. Massey re: proposed edits | | T L510 | 0.20 | 1,750.00 | 350.00 | 0.00 | 350.00 |
| 05/01/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate with printer re: printing and service of mandamus petition. | | T L510 | 0.80 | 975.00 | 780.00 | 0.00 | 780.00 |
| 05/01/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate with co-counsel re: filing of mandamus petition. | | T L510 | 1.50 | 975.00 | 1,462.50 | 0.00 | 1,462.50 |
| 05/01/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Finalize and file mandamus petition. | | T L510 | 3.90 | 975.00 | 3,802.50 | 0.00 | 3,802.50 |
| 05/01/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate service of mandamus petition to all bankruptcy case participants and Judge Kaplan. | | T L510 | 0.90 | 975.00 | 877.50 | 0.00 | 877.50 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 05/01/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Address confidentiality issues with mandamus petition. | | T<br>L510 | 1.20 | 975.00 | 1,170.00 | 0.00 | 1,170.00 |
| 05/02/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Call re: draft complaint | | T<br>L510 | 0.80 | 1,750.00 | 1,400.00 | 0.00 | 1,400.00 |
| 05/02/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails in connection with mandamus | | T<br>L510 | 0.30 | 1,750.00 | 525.00 | 0.00 | 525.00 |
| 05/03/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Conference re retention application preparation with J. Bloom. | | T<br>B160 | 0.60 | 775.00 | 465.00 | 0.00 | 465.00 |
| 05/03/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to R. Hashem re retention application. | | T<br>B160 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |
| 05/03/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare entry of appearance and conference re mandamus briefing schedule with C. Martinez. | | T<br>L510 | 0.70 | 775.00 | 542.50 | 0.00 | 542.50 |
| 05/03/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails re: order to respond to mandamus | | T<br>L510 | 0.30 | 1,750.00 | 525.00 | 0.00 | 525.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 05/03/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with N. Rubin re: retention application. | | T<br>B160 | 0.50 | 975.00 | 487.50 | 0.00 | 487.50 |
| 05/04/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review draft motions | | T<br>L430 | 2.20 | 1,750.00 | 3,850.00 | 0.00 | 3,850.00 |
| 05/04/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Committee call | | T<br>L510 | 0.20 | 1,750.00 | 350.00 | 0.00 | 350.00 |
| 05/04/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails re: ideas for mandamus reply | | T<br>L510 | 0.10 | 1,750.00 | 175.00 | 0.00 | 175.00 |
| 05/05/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review motion to dismiss. | | T<br>L430 | 0.70 | 1,100.00 | 770.00 | 0.00 | 770.00 |
| 05/05/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Organize conflict check with A. Collins & A. Starobinets. | | T<br>B160 | 0.70 | 775.00 | 542.50 | 0.00 | 542.50 |
| 05/08/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review mandamus oppositions. | | T<br>L510 | 0.70 | 1,100.00 | 770.00 | 0.00 | 770.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 05/08/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft reply in support of mandamus | | T<br>L510 | 4.20 | 995.00 | 4,179.00 | 0.00 | 4,179.00 |
| 05/08/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Telephone conference with case team and co-counsel re: same | | T<br>L510 | 0.30 | 995.00 | 298.50 | 0.00 | 298.50 |
| 05/08/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review mandamus opposition | | T<br>L510 | 0.70 | 1,750.00 | 1,225.00 | 0.00 | 1,225.00 |
| 05/08/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Call re: strategy | | T<br>L510 | 0.30 | 1,750.00 | 525.00 | 0.00 | 525.00 |
| 05/08/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review mandamus opposition. | | T<br>L510 | 1.80 | 975.00 | 1,755.00 | 0.00 | 1,755.00 |
| 05/08/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft email to J. Lamken and E. Sokoloff re: mandamus reply arguments. | | T<br>L510 | 1.10 | 975.00 | 1,072.50 | 0.00 | 1,072.50 |
| 05/08/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conference with J. Lamken and E. Sokoloff re: mandamus reply. | | T<br>L510 | 0.30 | 975.00 | 292.50 | 0.00 | 292.50 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 05/08/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conference re: reply strategy. | | T<br>L510 | 0.30 | 1,100.00 | 330.00 | 0.00 | 330.00 |
| 05/09/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review conflict check in preparation for retention motion [NC]. | | T<br>B160 | 0.00 | 775.00 | 232.50 | (232.50) | 0.00 |
| 05/09/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Confer with R. Hashem & C. Martinez re confidentiality issues. | | T<br>L510 | 0.60 | 775.00 | 465.00 | 0.00 | 465.00 |
| 05/09/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft motion for leave to reply. | | T<br>L510 | 1.00 | 775.00 | 775.00 | 0.00 | 775.00 |
| 05/09/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review docket for confidential designations. | | T<br>L510 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |
| 05/09/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conference re: Third Circuit order to file redacted mandamus appendix. | | T<br>L510 | 0.60 | 975.00 | 585.00 | 0.00 | 585.00 |
| 05/10/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Communicate re retention application with R. Hashem & J. Bloom. | | T<br>B160 | 1.00 | 775.00 | 775.00 | 0.00 | 775.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 05/10/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Counsel pre-call | | T<br>L510 | 0.60 | 1,750.00 | 1,050.00 | 0.00 | 1,050.00 |
| 05/10/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Committee call | | T<br>L510 | 1.50 | 1,750.00 | 2,625.00 | 0.00 | 2,625.00 |
| 05/10/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with N. Rubin re: retention application. | | T<br>B160 | 0.50 | 975.00 | 487.50 | 0.00 | 487.50 |
| 05/12/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to R. Hashem re conflict check. | | T<br>B160 | 0.10 | 775.00 | 77.50 | 0.00 | 77.50 |
| 05/12/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate with R. Hashem & B. Wiltgen re conflict check [NC]. | | T<br>B160 | 0.00 | 775.00 | 2,557.50 | (2,557.50) | 0.00 |
| 05/12/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Confer with R. Hashem and N. Rubin on confidential designations. | | T<br>L510 | 0.10 | 775.00 | 77.50 | 0.00 | 77.50 |
| 05/12/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with N. Rubin re: redacted mandamus petition appendix. | | T<br>B160 | 0.10 | 975.00 | 97.50 | 0.00 | 97.50 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 05/13/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Work on retention application. | | T<br>B160 | 2.00 | 975.00 | 1,950.00 | 0.00 | 1,950.00 |
| 05/15/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare retention application. | | T<br>B160 | 5.40 | 775.00 | 4,185.00 | 0.00 | 4,185.00 |
| 05/16/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise and redact appendices in preparation for filing. | | T<br>L510 | 5.40 | 775.00 | 4,185.00 | 0.00 | 4,185.00 |
| 05/16/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to R. Hashem re retention paperwork. | | T<br>B160 | 0.20 | 775.00 | 155.00 | 0.00 | 155.00 |
| 05/16/2023 | SJN | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Implement C. Ronald conflicts screen [NC]. | | T<br>B160 | 0.00 | 925.00 | 370.00 | (370.00) | 0.00 |
| 05/16/2023 | AC | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Assist with finalizing the appendix per M. Reining request. | | T<br>L510 | 1.50 | 295.00 | 442.50 | 0.00 | 442.50 |
| 05/16/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Work with N. Rubin to prepare redacted mandamus appendix pursuant to Third Circuit order. | | T<br>L510 | 2.70 | 975.00 | 2,632.50 | 0.00 | 2,632.50 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 05/16/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate with N. Rubin and co-counsel re: redacted appendix. | | T<br>L510 | 1.50 | 975.00 | 1,462.50 | 0.00 | 1,462.50 |
| 05/17/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare J. Lamken entry of appearance and email to R. Hashem re same. | | T<br>L510 | 0.20 | 775.00 | 155.00 | 0.00 | 155.00 |
| 05/17/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Teleconference with R. Hashem re filing. | | T<br>L510 | 0.10 | 775.00 | 77.50 | 0.00 | 77.50 |
| 05/17/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>File case opening documents. | | T<br>L510 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |
| 05/17/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Participate in committee meetings | | T<br>L510 | 1.30 | 1,750.00 | 2,275.00 | 0.00 | 2,275.00 |
| 05/17/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review and revise case opening documents. | | T<br>L510 | 0.80 | 975.00 | 780.00 | 0.00 | 780.00 |
| 05/17/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>File case opening documents with N. Rubin. | | T<br>L510 | 0.40 | 975.00 | 390.00 | 0.00 | 390.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 05/18/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Legal research re bankruptcy appeal filing. | | T<br>L510 | 1.40 | 775.00 | 1,085.00 | 0.00 | 1,085.00 |
| 05/24/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review requirements for supplemental retention application materials & emails with R. Hashem re same. | | T<br>B160 | 1.00 | 775.00 | 775.00 | 0.00 | 775.00 |
| 05/24/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with N. Rubin re: retention application. | | T<br>B160 | 0.60 | 975.00 | 585.00 | 0.00 | 585.00 |
| 05/25/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Attend committee professionals and member meetings. | | T<br>L510 | 2.20 | 775.00 | 1,705.00 | 0.00 | 1,705.00 |
| 05/26/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with R. Hashem, C. Martinez, & debtor counsel re fee & retention issues. | | T<br>B160 | 0.40 | 775.00 | 310.00 | 0.00 | 310.00 |
| 05/27/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Call re: motion to dismiss reply | | T<br>L430 | 0.40 | 1,750.00 | 700.00 | 0.00 | 700.00 |
| 05/27/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Call re: litigation strategy | | T<br>L510 | 0.50 | 1,750.00 | 875.00 | 0.00 | 875.00 |

6/28/2023 4:57:36 PM                                                                                                                       Page 10 of 12

Search for: 2023-002   Search by: Matter ID  Stage: WIP  Type: (all)

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 05/27/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review motion to dismiss reply arguments. | | T<br>L430 | 1.80 | 975.00 | 1,755.00 | 0.00 | 1,755.00 |
| 05/29/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare April fee application. | | T<br>B160 | 0.30 | 775.00 | 232.50 | 0.00 | 232.50 |
| 05/30/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare April fee application | | T<br>B160 | 2.60 | 775.00 | 2,015.00 | 0.00 | 2,015.00 |
| 05/31/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Calls with E. Sokoloff re fee statement. | | T<br>B160 | 0.80 | 775.00 | 620.00 | 0.00 | 620.00 |
| 05/31/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Conference with R. Hashem & C. Martinez re fact research for motion to dismiss. | | T<br>L430 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |
| 05/31/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Fact research re bankruptcy filing for motion to dismiss. | | T<br>L430 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |
| 05/31/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Confer with R. Hashem and N. Rubin on deposition transcripts. | | T<br>L430 | 0.30 | 775.00 | 232.50 | 0.00 | 232.50 |

6/28/2023 4:57:36 PM    Page 11 of 12

Search for: 2023-002   Search by: Matter ID  Stage: WIP  Type: (all)

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 05/31/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review deposition transcripts. | | T<br>L430 | 1.40 | 775.00 | 1,085.00 | 0.00 | 1,085.00 |
| 05/31/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review and revise interim fee statement. | | T<br>B160 | 1.10 | 975.00 | 1,072.50 | 0.00 | 1,072.50 |
| 05/31/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conference with C. Martinez and N. Rubin re: reviewing deposition transcripts for motion to dismiss. | | T<br>L430 | 0.50 | 975.00 | 487.50 | 0.00 | 487.50 |
| 05/31/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review LTL opposition to motions to dismiss. | | T<br>L430 | 2.60 | 975.00 | 2,535.00 | 0.00 | 2,535.00 |
| 05/31/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Work on TCC motion to dismiss reply. | | T<br>L430 | 6.30 | 975.00 | 6,142.50 | 0.00 | 6,142.50 |
| | | | | **Matter ID: 2023-002** | 98.40 | | 99,541.00 | (3,160.00) | 96,381.00 |
| | | | | **Grand Total:** | 98.40 | | $99,541.00 | ($3,160.00) | $96,381.00 |