# UNITED STATES BANKRUPTCY
# COURT DISTRICT OF NEW
# JERSEY

## CORRECTED FEE APPLICATION COVER SHEET FOR
## THE PERIOD MAY 1, 2023 THROUGH MAY 31, 2023

| | | | |
|---|---|---|---|
| Debtor: | <u>LTL Management LLC</u> | Applicant: | <u>Molo Lamken LLP</u> |
| Case No.: | <u>23-12825 (MBK)</u> | Client: | <u>Official Comm. of Talc Claimants</u> |
| Chapter: | <u>11</u> | Case Filed: | <u>April 4, 2023</u> |

### SECTION I
### FEE SUMMARY

☒ Monthly Fee Application No. <u>2</u> or ☐ Interim Fee Application No. __ or ☐ Final Fee Application

Summary of Amounts Requested for the Period from May 1, 2023 through May 31, 2023

| | |
|---|---|
| Total Fees: | $101,631.00 |
| Total Disbursements: | $0.00 |
| Minus 20% holdback of Fees: | $20,326.20 |
| **Total Amount Sought To Be Paid at this Time:** | **$81,304.80** |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE[1] | FEE |
|---|---|---|---|---|
| 1.   Jeffrey A. Lamken | Partner 1991 | 15.1 | $1,750 | $26,425.00 |
| 2.   Lucas Walker | Partner 2010 | 3.5 | $1,100 | $3,850.00 |
| 3.   Rayiner I. Hashem | Partner 2015 | 33.5 | $975 | $32,662.50 |
| 4.   Eugene Sokoloff | Counsel 2013 | 4.5 | $995 | $4,477.50 |
| 5.   Mark Kelley | Associate 2016 | 1.8 | $895 | $1,611.00 |
| 6.   Nathaniel Rubin | Associate 2019 | 36.1 | $775 | $27,977.50 |
| 7.   Catherine Martinez | Associate 2020 | 3.9 | $775 | $3,022.50 |
| 8.   Fu Shek Rocky Li | Associate 2020 | 1.5 | $775 | $1,162.50 |
| 9.   Adam Collins | Paralegal | 1.5 | $295 | $442.50 |
| **TOTALS** | | **101.4** | | **$101,631.00** |

---

[1] Rates in this statement reflect the rates disclosed in MoloLamken's Retention Application [Dkt. 542].

| | |
|---|---|
| Fee Totals: | $101,631.00 |
| Disbursements Totals: | $0.00 |
| Total Fee Application: | $81,304.80 |

**SECTION II**

**SUMMARY OF SERVICES**

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:** <br> Identification and review of potential assets including causes of action and non-litigation recoveries. | 0.0 | $0.00 |
| b) **Asset Disposition** <br> Sales, leases, abandonment and related transaction work. | 0.0 | $0.00 |
| c) **Avoidance Action Litigation** <br> Preference and fraudulent transfer litigation. | 0.0 | $0.00 |
| d) **Business Operations** <br> Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0.0 | $0.00 |
| e) **Case Administration** <br> Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 0.0 | $0.00 |
| f) **Claims Administration and Objections** <br> Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 0.0 | $0.00 |
| g) **Employee Benefits/Pensions** <br> Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0.0 | $0.00 |
| h) **Fee/Employment Applications** <br> Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 18.4 | $15,220.00 |
| i) **Fee/Employment Objections** <br> Review of an objections to the employment and fee applications of others. | 0.0 | $0.00 |
| j) **Financing** <br> Matters under 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | 0.0 | $0.00 |
| k) **Litigation** <br> Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 83.0 | $86,411.00 |
| l) **Meetings of Creditors** <br> Preparing for and attending the conference of creditors, the 341(a) meeting and creditors' committee meetings. | 0.0 | $0.00 |
| m) **Plan and Disclosure Statement** <br> Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 0.0 | $0.00 |
| n) **Relief from Stay Proceedings** <br> Matters relating to termination or continuation of automatic stay under 362. | 0.0 | $0.00 |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| o) **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | 0.0 | $0.00 |
| p) **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 0.0 | $0.00 |
| q) **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 0.0 | $0.00 |
| r) **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 0.0 | $0.00 |
| s) **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 0.0 | $0.00 |
| t) **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and bringing accounting current. | 0.0 | $0.00 |
| u) **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | 0.0 | $0.00 |
| v) **Valuation**<br>Appraise or review appraisals of assets. | 0.0 | $0.00 |
| w) **Travel Time (billed @ 50%)** | 0.0 | $0.00 |
| x) **Committee Governance Matters**<br>Analysis regarding committee governance matters, including creation of by-laws and addressing other governance matters. | 0.0 | $0.00 |
| y) **Investigation and Due Diligence**<br>Investigation and analysis of prepetition transactions and activities of the Debtor and related entities and assessment of potential claims and causes of action. | 0.0 | $0.00 |
| z) **Hearings**<br>Preparation for and attendance at hearings. | 0.0 | $0.00 |
| aa) **Mediation**<br>Preparation for and attendance at mediation. | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **101.4** | **$101,631.00** |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing Fees**<br>Payable to Clerk of Court. | $0.00 |
| b) **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated.  Westlaw and LEXIS at vendor cost. | $0.00 |
| c) **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | $0.00 |
| d) **Fax**<br>Include per page fee charged. | $0.00 |
| e) **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges.  Court-Solutions | $0.00 |
| f) **In-house Reproduction Services**<br>Exclusive of overhead charges. | $0.00 |
| g) **Outside Reproduction Services**<br>Including printing & scanning services.  This includes trial preparation. | $0.00 |
| h) **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | $0.00 |
| i) **Court Reporting**<br>Transcripts. | $0.00 |
| j) **Travel**<br>Mileage, tolls, airfare, rail fare, parking. | $0.00 |
| k) **Courier & Express Carriers**<br>Overnight and personal delivery. | $0.00 |
| l) **Postage** | $0.00 |
| m) **Other (specify) Professional Services BRI LLC**<br>In-House Investigative Services. | $0.00 |
| n) **Other (specify) Trial Expenses** | $0.00 |
| o) **Other (specify) Professional Services** | $0.00 |
| p) **Other (specify) Deposition Services**<br>Paszkiewicz Court Reporting | $0.00 |
| q) **Other (specify) Meals** | $0.00 |
| r) **Other (specify) eDiscovery Hosting**<br>In-House eDiscovery platform. | $0.00 |
| **DISBURSEMENTS TOTAL:** | **$0.00** |

I certify under penalty of perjury that the above is true.

Date:  June 30, 2023                         _/s/ Jeffrey A. Lamken_

MoloLamken LLP ("MoloLamken") submits this Corrected Second Monthly Fee Statement of MoloLamken LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Appellate Litigation Counsel for The Official Committee of Talc Claimants for the Period from May 1, 2023 through May 31, 2023 ("Second Monthly Fee Statement"), pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals entered on May 22, 2023 [Docket No. 562] (the "Interim Compensation Order").  The invoice summary and time entries are attached as "Exhibit A" and the time entries broken out by task is attached as "Exhibit B."[2]

WHEREFORE, MoloLamken respectfully requests payment of fees and expenses for the Tenth Monthly Fee Statement in the sum of $101,631.00, in accordance with the terms of the Interim Compensation Order.

Dated: June 30, 2023

> **MOLOLAMKEN LLP**
> *Special Appellate Litigation Counsel to the Official Committee of Talc Claimants*
>
> By:    */s/ Jeffrey A. Lamken*
>  Jeffrey A. Lamken

---

[2] B160 corresponds to time spent preparing fee and employment applications.  L510 and L430 corresponds to time spent on litigation relating to the Committee's mandamus petition before the United States Court of Appeals for the Third Circuit and time spent on litigation relating to the Committee's motion to dismiss the Debtor's petition.

# Exhibit A



430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13089
June 30, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
  for the District of New Jersey

**INVOICE**
**For Services Through May 31, 2023**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | | Hours |
|------|------|------|------|
| 5/1/2023 | Martinez | Conduct Third Circuit rules check on motion to seal. | 0.60 |
| 5/1/2023 | Lamken | Final edits to mandamus. | 2.20 |
| 5/1/2023 | Lamken | Conference with L. Walker and R. Hashem re: same. | 0.30 |
| 5/1/2023 | Lamken | Review proposed edits from TCC members. | 0.20 |
| 5/1/2023 | Lamken | Emails with J. Massey re: proposed edits. | 0.20 |
| 5/1/2023 | Walker | Revise, finalize, and file mandamus petition. | 1.80 |
| 5/1/2023 | Kelley | Proof mandamus petition and ancillary materials. | 1.80 |
| 5/1/2023 | Rubin | Prepare, finalize, and file mandamus petition. | 10.40 |
| 5/1/2023 | Hashem | Coordinate with printer re: printing and service of mandamus petition. | 0.80 |
| 5/1/2023 | Hashem | Coordinate with co-counsel re: filing of mandamus petition. | 1.50 |
| 5/1/2023 | Hashem | Finalize and file mandamus petition. | 3.90 |
| 5/1/2023 | Hashem | Coordinate service of mandamus petition to all bankruptcy case participants and Judge Kaplan. | 0.90 |
| 5/1/2023 | Hashem | Address confidentiality issues with mandamus petition. | 1.20 |
| 5/1/2023 | Li | Proof mandamus petition. | 1.50 |
| 5/2/2023 | Lamken | Call re: draft complaint. | 0.80 |
| 5/2/2023 | Lamken | Emails in connection with mandamus. | 0.30 |
| 5/3/2023 | Lamken | Emails re: order to respond to mandamus. | 0.30 |
| 5/3/2023 | Rubin | Conference re retention application preparation with J. Bloom. | 0.60 |
| 5/3/2023 | Rubin | Email to R. Hashem re retention application. | 0.50 |
| 5/3/2023 | Rubin | Prepare entry of appearance and conference re mandamus briefing schedule with C. Martinez. | 0.70 |
| 5/3/2023 | Hashem | Correspondence with N. Rubin re: retention application. | 0.50 |
| 5/4/2023 | Lamken | Review draft motions. | 2.20 |

Molo Lamken LLP

| | | | |
|---|---|---|---|
| 5/4/2023 | Lamken | Committee call. | 0.20 |
| 5/4/2023 | Lamken | Emails re: ideas for mandamus reply. | 0.10 |
| 5/5/2023 | Walker | Review motion to dismiss. | 0.70 |
| 5/5/2023 | Rubin | Organize conflict check with A. Collins & A. Starobinets. | 0.70 |
| 5/8/2023 | Sokoloff | Draft reply in support of mandamus. | 4.20 |
| 5/8/2023 | Sokoloff | Telephone conference with case team and co-counsel re: same. | 0.30 |
| 5/8/2023 | Lamken | Review mandamus opposition. | 0.70 |
| 5/8/2023 | Lamken | Call re: strategy. | 0.30 |
| 5/8/2023 | Walker | Review mandamus oppositions. | 0.70 |
| 5/8/2023 | Walker | Phone conference re: reply strategy. | 0.30 |
| 5/8/2023 | Hashem | Review mandamus opposition. | 1.80 |
| 5/8/2023 | Hashem | Draft email to J. Lamken and E. Sokoloff re: mandamus reply arguments. | 1.10 |
| 5/8/2023 | Hashem | Phone conference with J. Lamken and E. Sokoloff re: mandamus reply. | 0.30 |
| 5/9/2023 | Martinez | Draft motion for leave to reply. | 1.00 |
| 5/9/2023 | Martinez | Review docket for confidential designations. | 0.50 |
| 5/9/2023 | Rubin | Review conflict check in preparation for retention motion [NC]. | 0.00 |
| 5/9/2023 | Rubin | Confer with R. Hashem & C. Martinez re confidentiality issues. | 0.60 |
| 5/9/2023 | Hashem | Phone conference re: Third Circuit order to file redacted mandamus appendix. | 0.60 |
| 5/10/2023 | Lamken | Counsel pre-call. | 0.60 |
| 5/10/2023 | Lamken | Committee call. | 1.50 |
| 5/10/2023 | Rubin | Communicate re retention application with R. Hashem & J. Bloom. | 1.00 |
| 5/10/2023 | Hashem | Correspondence with N. Rubin re: retention application. | 0.50 |
| 5/12/2023 | Martinez | Confer with R. Hashem and N. Rubin on confidential designations. | 0.10 |
| 5/12/2023 | Rubin | Email to R. Hashem re conflict check. | 0.10 |
| 5/12/2023 | Rubin | Coordinate with R. Hashem & B. Wiltgen re conflict check [NC]. | 0.00 |
| 5/12/2023 | Hashem | Correspondence with N. Rubin re: redacted mandamus petition appendix. | 0.10 |
| 5/13/2023 | Hashem | Work on retention application. | 2.00 |
| 5/15/2023 | Rubin | Prepare retention application. | 5.40 |
| 5/16/2023 | Collins | Assist with finalizing the appendix per M. Reining request. | 1.50 |
| 5/16/2023 | Rubin | Revise and redact appendices in preparation for filing. | 5.40 |
| 5/16/2023 | Rubin | Email to R. Hashem re retention paperwork. | 0.20 |
| 5/16/2023 | Hashem | Work with N. Rubin to prepare redacted mandamus appendix pursuant to Third Circuit order. | 2.70 |
| 5/16/2023 | Hashem | Coordinate with N. Rubin and co-counsel re: redacted appendix. | 1.50 |
| 5/16/2023 | Newman | Implement C. Ronald conflicts screen [NC]. | 0.00 |
| 5/17/2023 | Lamken | Participate in committee meetings. | 1.30 |
| 5/17/2023 | Rubin | Prepare J. Lamken entry of appearance and email to R. Hashem re same. | 0.20 |

Molo Lamken LLP                                                                                    Page: 3

| 5/17/2023 | Rubin | Teleconference with R. Hashem re filing. | 0.10 |
|---|---|---|---|
| 5/17/2023 | Rubin | File case opening documents. | 0.50 |
| 5/17/2023 | Hashem | Review and revise case opening documents. | 0.80 |
| 5/17/2023 | Hashem | File case opening documents with N. Rubin. | 0.40 |
| 5/18/2023 | Rubin | Legal research re bankruptcy appeal filing. | 1.40 |
| 5/24/2023 | Rubin | Review requirements for supplemental retention application materials & emails with R. Hashem re same. | 1.00 |
| 5/24/2023 | Hashem | Correspondence with N. Rubin re: retention application. | 0.60 |
| 5/25/2023 | Rubin | Attend committee professionals and member meetings. | 2.20 |
| 5/26/2023 | Rubin | Emails with R. Hashem, C. Martinez, & debtor counsel re fee & retention issues. | 0.40 |
| 5/27/2023 | Lamken | Call re: motion to dismiss reply. | 0.40 |
| 5/27/2023 | Lamken | Call re: litigation strategy. | 0.50 |
| 5/27/2023 | Lamken | Review omnibus opposition to motion to dismiss. | 1.20 |
| 5/27/2023 | Lamken | Emails with J. Massey and R. Hashem re: omnibus opposition. | 0.30 |
| 5/27/2023 | Hashem | Review motion to dismiss reply arguments. | 1.80 |
| 5/29/2023 | Rubin | Prepare April fee application. | 0.30 |
| 5/30/2023 | Rubin | Prepare April fee application. | 2.60 |
| 5/31/2023 | Martinez | Confer with R. Hashem and N. Rubin on deposition transcripts. | 0.30 |
| 5/31/2023 | Martinez | Review deposition transcripts. | 1.40 |
| 5/31/2023 | Lamken | Professionals pre-call. | 0.40 |
| 5/31/2023 | Lamken | Committee call. | 1.10 |
| 5/31/2023 | Rubin | Calls with E. Sokoloff re fee statement. | 0.80 |
| 5/31/2023 | Rubin | Conference with R. Hashem & C. Martinez re fact research for motion to dismiss. | 0.50 |
| 5/31/2023 | Rubin | Fact research re bankruptcy filing for motion to dismiss. | 0.50 |
| 5/31/2023 | Hashem | Review and revise interim fee statement. | 1.10 |
| 5/31/2023 | Hashem | Phone conference with C. Martinez and N. Rubin re: reviewing deposition transcripts for motion to dismiss. | 0.50 |
| 5/31/2023 | Hashem | Review LTL opposition to motions to dismiss. | 2.60 |
| 5/31/2023 | Hashem | Work on TCC motion to dismiss reply. | 6.30 |

|  |  | Total Hours | 101.40 |
|---|---|---|---|
|  |  | Total Fees | $101,631.00 |

### Timekeeper Summary

| Adam Collins | 1.50 hours at $295.00/hr | $442.50 |
|---|---|---|
| Rayiner I. Hashem | 33.50 hours at $975.00/hr | $32,662.50 |
| Mark Kelley | 1.80 hours at $895.00/hr | $1,611.00 |
| Jeffrey Lamken | 15.10 hours at $1,750.00/hr | $26,425.00 |
| Rocky Li | 1.50 hours at $775.00/hr | $1,162.50 |
| Catherine Martinez | 3.90 hours at $775.00/hr | $3,022.50 |

Molo Lamken LLP                                                                                    Page: 4

| | | |
|---|---|---|
| Sarah Newman | 0.00 hours at $925.00/hr | $0.00 |
| Nathaniel Rubin | 36.10 hours at $775.00/hr | $27,977.50 |
| Eugene Sokoloff | 4.50 hours at $995.00/hr | $4,477.50 |
| Lucas Walker | 3.50 hours at $1,100.00/hr | $3,850.00 |

**<u>Summary</u>**

| | |
|---|---|
| Fees: | $101,631.00 |
| Expenses: | $0.00 |
| Total Current Billing: | $101,631.00 |
| Current Amt To be Pd by Debtor (80%): | $81,304.80 |
| Current Holdback Amount (20%): | $20,326.20 |
| Previous Balance Due: | $151,219.60 |
| **Total Amount Due:** | **$232,524.40** |

Molo Lamken LLP

# M O L O L A M K E N

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13089
June 30, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
　　for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through May 31, 2023**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---|
| Total Fees This Statement: | $101,631.00 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $101,631.00 |
| Current Amt To be Pd by Debtor (80%): | $81,304.80 |
| Current Holdback Amount (20%): | $20,326.20 |
| Previous Balance Due: | $151,219.60 |
| **Total Now Due:** | **$232,524.40** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info Signature Bank | Bank info Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ▮▮▮▮▮ | Account Number: ▮▮▮▮▮ |
| | International SWIFT: ▮▮▮▮▮ |

Exhibit B

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| **Matter ID: 2023-002** | | | | | | | | | |
| 05/01/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare, finalize, and file mandamus petition. | | T<br>L510 | 10.40 | 775.00 | 8,060.00 | 0.00 | 8,060.00 |
| 05/01/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise, finalize, and file mandamus petition. | | T<br>L510 | 1.80 | 1,100.00 | 1,980.00 | 0.00 | 1,980.00 |
| 05/01/2023 | RL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Proof mandamus petition. | | T<br>L510 | 1.50 | 775.00 | 1,162.50 | 0.00 | 1,162.50 |
| 05/01/2023 | MWK | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Proof mandamus petition and ancillary materials | | T<br>L510 | 1.80 | 895.00 | 1,611.00 | 0.00 | 1,611.00 |
| 05/01/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Conduct Third Circuit rules check on motion to seal. | | T<br>L510 | 0.60 | 775.00 | 465.00 | 0.00 | 465.00 |
| 05/01/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Final edits to mandamus | | T<br>L510 | 2.20 | 1,750.00 | 3,850.00 | 0.00 | 3,850.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value | Write<br>Up/Down | Ext.<br>Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 05/01/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Conference with L. Walker and R. Hashem re: same | | T<br>L510 | 0.30 | 1,750.00 | 525.00 | 0.00 | 525.00 |
| 05/01/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review proposed edits from TCC members | | T<br>L510 | 0.20 | 1,750.00 | 350.00 | 0.00 | 350.00 |
| 05/01/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with J. Massey re: proposed edits | | T<br>L510 | 0.20 | 1,750.00 | 350.00 | 0.00 | 350.00 |
| 05/01/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate with printer re: printing and service of mandamus petition. | | T<br>L510 | 0.80 | 975.00 | 780.00 | 0.00 | 780.00 |
| 05/01/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate with co-counsel re: filing of mandamus petition. | | T<br>L510 | 1.50 | 975.00 | 1,462.50 | 0.00 | 1,462.50 |
| 05/01/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Finalize and file mandamus petition. | | T<br>L510 | 3.90 | 975.00 | 3,802.50 | 0.00 | 3,802.50 |
| 05/01/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate service of mandamus petition to all bankruptcy case participants and Judge Kaplan. | | T<br>L510 | 0.90 | 975.00 | 877.50 | 0.00 | 877.50 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value | Write<br>Up/Down | Ext.<br>Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 05/01/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Address confidentiality issues with mandamus petition. | | T<br>L510 | 1.20 | 975.00 | 1,170.00 | 0.00 | 1,170.00 |
| 05/02/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Call re: draft complaint | | T<br>L510 | 0.80 | 1,750.00 | 1,400.00 | 0.00 | 1,400.00 |
| 05/02/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Emails in connection with mandamus | | T<br>L510 | 0.30 | 1,750.00 | 525.00 | 0.00 | 525.00 |
| 05/03/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Conference re retention application preparation with J. Bloom. | | T<br>B160 | 0.60 | 775.00 | 465.00 | 0.00 | 465.00 |
| 05/03/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to R. Hashem re retention application. | | T<br>B160 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |
| 05/03/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare entry of appearance and conference re mandamus briefing schedule with C. Martinez. | | T<br>L510 | 0.70 | 775.00 | 542.50 | 0.00 | 542.50 |
| 05/03/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Emails re: order to respond to mandamus | | T<br>L510 | 0.30 | 1,750.00 | 525.00 | 0.00 | 525.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value | Write<br>Up/Down | Ext.<br>Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 05/03/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with N. Rubin re: retention application. | | T<br>B160 | 0.50 | 975.00 | 487.50 | 0.00 | 487.50 |
| 05/04/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review draft motions | | T<br>L430 | 2.20 | 1,750.00 | 3,850.00 | 0.00 | 3,850.00 |
| 05/04/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Committee call | | T<br>L510 | 0.20 | 1,750.00 | 350.00 | 0.00 | 350.00 |
| 05/04/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails re: ideas for mandamus reply | | T<br>L510 | 0.10 | 1,750.00 | 175.00 | 0.00 | 175.00 |
| 05/05/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review motion to dismiss. | | T<br>L430 | 0.70 | 1,100.00 | 770.00 | 0.00 | 770.00 |
| 05/05/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Organize conflict check with A. Collins & A. Starobinets. | | T<br>B160 | 0.70 | 775.00 | 542.50 | 0.00 | 542.50 |
| 05/08/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review mandamus oppositions. | | T<br>L510 | 0.70 | 1,100.00 | 770.00 | 0.00 | 770.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|------|
| 05/08/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft reply in support of mandamus | | T<br>L510 | 4.20 | 995.00 | 4,179.00 | 0.00 | 4,179.00 |
| 05/08/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Telephone conference with case team and co-counsel re: same | | T<br>L510 | 0.30 | 995.00 | 298.50 | 0.00 | 298.50 |
| 05/08/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Review mandamus opposition | | T<br>L510 | 0.70 | 1,750.00 | 1,225.00 | 0.00 | 1,225.00 |
| 05/08/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Call re: strategy | | T<br>L510 | 0.30 | 1,750.00 | 525.00 | 0.00 | 525.00 |
| 05/08/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review mandamus opposition. | | T<br>L510 | 1.80 | 975.00 | 1,755.00 | 0.00 | 1,755.00 |
| 05/08/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft email to J. Lamken and E. Sokoloff re: mandamus reply arguments. | | T<br>L510 | 1.10 | 975.00 | 1,072.50 | 0.00 | 1,072.50 |
| 05/08/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conference with J. Lamken and E. Sokoloff re: mandamus reply. | | T<br>L510 | 0.30 | 975.00 | 292.50 | 0.00 | 292.50 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value | Write<br>Up/Down | Ext.<br>Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 05/08/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conference re: reply strategy. | | T<br>L510 | 0.30 | 1,100.00 | 330.00 | 0.00 | 330.00 |
| 05/09/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review conflict check in preparation for retention motion [NC]. | | T<br>B160 | 0.00 | 775.00 | 232.50 | (232.50) | 0.00 |
| 05/09/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Confer with R. Hashem & C. Martinez re confidentiality issues. | | T<br>L510 | 0.60 | 775.00 | 465.00 | 0.00 | 465.00 |
| 05/09/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft motion for leave to reply. | | T<br>L510 | 1.00 | 775.00 | 775.00 | 0.00 | 775.00 |
| 05/09/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review docket for confidential designations. | | T<br>L510 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |
| 05/09/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conference re: Third Circuit order to file redacted mandamus appendix. | | T<br>L510 | 0.60 | 975.00 | 585.00 | 0.00 | 585.00 |
| 05/10/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Communicate re retention application with R. Hashem & J. Bloom. | | T<br>B160 | 1.00 | 775.00 | 775.00 | 0.00 | 775.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|---------------|-----------|
| 05/10/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Counsel pre-call | | T L510 | 0.60 | 1,750.00 | 1,050.00 | 0.00 | 1,050.00 |
| 05/10/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Committee call | | T L510 | 1.50 | 1,750.00 | 2,625.00 | 0.00 | 2,625.00 |
| 05/10/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Correspondence with N. Rubin re: retention application. | | T B160 | 0.50 | 975.00 | 487.50 | 0.00 | 487.50 |
| 05/12/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Email to R. Hashem re conflict check. | | T B160 | 0.10 | 775.00 | 77.50 | 0.00 | 77.50 |
| 05/12/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Coordinate with R. Hashem & B. Wiltgen re conflict check [NC]. | | T B160 | 0.00 | 775.00 | 2,557.50 | (2,557.50) | 0.00 |
| 05/12/2023 | CM | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Confer with R. Hashem and N. Rubin on confidential designations. | | T L510 | 0.10 | 775.00 | 77.50 | 0.00 | 77.50 |
| 05/12/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Correspondence with N. Rubin re: redacted mandamus petition appendix. | | T B160 | 0.10 | 975.00 | 97.50 | 0.00 | 97.50 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 05/13/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Work on retention application. | | T B160 | 2.00 | 975.00 | 1,950.00 | 0.00 | 1,950.00 |
| 05/15/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Prepare retention application. | | T B160 | 5.40 | 775.00 | 4,185.00 | 0.00 | 4,185.00 |
| 05/16/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise and redact appendices in preparation for filing. | | T L510 | 5.40 | 775.00 | 4,185.00 | 0.00 | 4,185.00 |
| 05/16/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Email to R. Hashem re retention paperwork. | | T B160 | 0.20 | 775.00 | 155.00 | 0.00 | 155.00 |
| 05/16/2023 | SJN | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Implement C. Ronald conflicts screen [NC]. | | T B160 | 0.00 | 925.00 | 370.00 | (370.00) | 0.00 |
| 05/16/2023 | AC | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Assist with finalizing the appendix per M. Reining request. | | T L510 | 1.50 | 295.00 | 442.50 | 0.00 | 442.50 |
| 05/16/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Work with N. Rubin to prepare redacted mandamus appendix pursuant to Third Circuit order. | | T L510 | 2.70 | 975.00 | 2,632.50 | 0.00 | 2,632.50 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|------|------|------|-------|-------|-------|-------|-------|
| 05/16/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate with N. Rubin and co-counsel re: redacted appendix. | | T<br>L510 | 1.50 | 975.00 | 1,462.50 | 0.00 | 1,462.50 |
| 05/17/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare J. Lamken entry of appearance and email to R. Hashem re same. | | T<br>L510 | 0.20 | 775.00 | 155.00 | 0.00 | 155.00 |
| 05/17/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Teleconference with R. Hashem re filing. | | T<br>L510 | 0.10 | 775.00 | 77.50 | 0.00 | 77.50 |
| 05/17/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>File case opening documents. | | T<br>L510 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |
| 05/17/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Participate in committee meetings | | T<br>L510 | 1.30 | 1,750.00 | 2,275.00 | 0.00 | 2,275.00 |
| 05/17/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review and revise case opening documents. | | T<br>L510 | 0.80 | 975.00 | 780.00 | 0.00 | 780.00 |
| 05/17/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>File case opening documents with N. Rubin. | | T<br>L510 | 0.40 | 975.00 | 390.00 | 0.00 | 390.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|---------------|-----------|
| 05/18/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Legal research re bankruptcy appeal filing. | | T L510 | 1.40 | 775.00 | 1,085.00 | 0.00 | 1,085.00 |
| 05/24/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review requirements for supplemental retention application materials & emails with R. Hashem re same. | | T B160 | 1.00 | 775.00 | 775.00 | 0.00 | 775.00 |
| 05/24/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Correspondence with N. Rubin re: retention application. | | T B160 | 0.60 | 975.00 | 585.00 | 0.00 | 585.00 |
| 05/25/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Attend committee professionals and member meetings. | | T L510 | 2.20 | 775.00 | 1,705.00 | 0.00 | 1,705.00 |
| 05/26/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails with R. Hashem, C. Martinez, & debtor counsel re fee & retention issues. | | T B160 | 0.40 | 775.00 | 310.00 | 0.00 | 310.00 |
| 05/27/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Call re: motion to dismiss reply | | T L430 | 0.40 | 1,750.00 | 700.00 | 0.00 | 700.00 |
| 05/27/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Call re: litigation strategy | | T L510 | 0.50 | 1,750.00 | 875.00 | 0.00 | 875.00 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value | Write<br>Up/Down | Ext.<br>Amt. |
|------|------|------|------|------|------|------|------|------|------|
| 05/27/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review motion to dismiss reply arguments. | | T<br>L430 | 1.80 | 975.00 | 1,755.00 | 0.00 | 1,755.00 |
| 05/27/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review omnibus opposition to motion to dismiss | | T<br>L510 | 1.20 | 1,750.00 | 2,100.00 | 0.00 | 2,100.00 |
| 05/27/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with J. Massey and R. Hashem re: omnibus opposition | | T<br>L510 | 0.30 | 1,750.00 | 525.00 | 0.00 | 525.00 |
| 05/29/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare April fee application. | | T<br>B160 | 0.30 | 775.00 | 232.50 | 0.00 | 232.50 |
| 05/30/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare April fee application | | T<br>B160 | 2.60 | 775.00 | 2,015.00 | 0.00 | 2,015.00 |
| 05/31/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Calls with E. Sokoloff re fee statement. | | T<br>B160 | 0.80 | 775.00 | 620.00 | 0.00 | 620.00 |
| 05/31/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Conference with R. Hashem & C. Martinez re fact research for motion to dismiss. | | T<br>L430 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value | Write<br>Up/Down | Ext.<br>Amt. |
|------|------|----------------------------------------------------------|------------------|------------------------|-------|-------|-------|------------------|--------------|
| 05/31/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Fact research re bankruptcy filing for motion to dismiss. | | T<br>L430 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |
| 05/31/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Confer with R. Hashem and N. Rubin on deposition transcripts. | | T<br>L430 | 0.30 | 775.00 | 232.50 | 0.00 | 232.50 |
| 05/31/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review deposition transcripts. | | T<br>L430 | 1.40 | 775.00 | 1,085.00 | 0.00 | 1,085.00 |
| 05/31/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Professionals pre-call | | T<br>L430 | 0.40 | 1,750.00 | 700.00 | 0.00 | 700.00 |
| 05/31/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Committee call | | T<br>L430 | 1.10 | 1,750.00 | 1,925.00 | 0.00 | 1,925.00 |
| 05/31/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review and revise interim fee statement. | | T<br>B160 | 1.10 | 975.00 | 1,072.50 | 0.00 | 1,072.50 |
| 05/31/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conference with C. Martinez and N. Rubin re: reviewing deposition transcripts for motion to dismiss. | | T<br>L430 | 0.50 | 975.00 | 487.50 | 0.00 | 487.50 |

# Molo Lamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value | Write<br>Up/Down | Ext.<br>Amt. |
|------|------|--------------------------------------------------------|-----------------|----------------------|-------|-------|-------|-----------------|-------------|
| 05/31/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review LTL opposition to motions to dismiss. | | T<br>L430 | 2.60 | 975.00 | 2,535.00 | 0.00 | 2,535.00 |
| 05/31/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Work on TCC motion to dismiss reply. | | T<br>L430 | 6.30 | 975.00 | 6,142.50 | 0.00 | 6,142.50 |
| | | **Matter ID: 2023-002** | | | 101.40 | | 104,791.00 | (3,160.00) | 101,631.00 |
| | | **Grand Total:** | | | 101.40 | | $104,791.00 | ($3,160.00) | $101,631.00 |