**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

IN RE: LTL Management LLC    APPLICANT: Massey & Gail LLP

CASE NO.: 23-12825 (MBK)    CLIENT: Official Committee of Talc Claimants

CHAPTER: 11    CASE FILED: April 4, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

**SECTION I**
**FEE SUMMARY**

Monthly fee Statement Covering the Period
April 14, 2023 Through May 31, 2023

Interim Monthly Fee Statement No. 1

Summary of Accounts Requested for the Period from April 14, 2023 through May 31, 2023 (the "First Statement Period"):

| | |
|---|---|
| Total fees: | $ 647,013.50 |
| Total disbursements: | $     4,173.18 |
| Minus 20% Holdback of Fees: | $ 129,402.70 |
| Amount Sought at this Time: | $ 521,783.98 |

6796259.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Jonathan Massey | 1992 | $1160.00 | 362.1 | $420,036.00 |
| Jonathan Massey (travel) | 1992 | $580.00 | 19.5 | $11,310.00 |
| Matthew Collette | 1988 | $1,000.00 | 3.6 | $3,600.00 |
| Rachel Morse | 2007 | $860.00 | 138.3 | $118,938.00 |
| Jeremy Mallory | 2007 | $800.00 | 2.4 | $1,920.00 |
| Bret Vallacher | 2014 | $775.00 | 14.5 | $11,237.50 |
| Schuyler Davis | 2019 | $500.00 | 13.8 | $6,900.00 |
| Matthew Layden | 2019 | $500.00 | 4.7 | $2,350.00 |
| Usama Ibrahim | 2021 | $485.00 | 130.2 | $63,147.00 |
| Usama Ibrahim (travel) | 2021 | $242.50 | 9.2 | $2,231.00 |
| Rob Aguirre | n/a | $320.00 | 16.7 | $5,344.00 |
| **TOTAL FEES** | | | | **$647,013.50** |
| **BLENDED RATE** | | **$904.04** | **715.0** | |

Pursuant to the Amended Fee Procedures Order, currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $ 647,013.50 |
| Less: Holdback (20%) | -$ 129,402.70 |
| Total Fees Currently Payable | $ 517,610.80 |
| | |
| Add: Disbursements | $ 4,173.18 |
| **Total Payable This Invoice** | **$ 521,783.98** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---:|---:|
| Case Administration (B110) | 100.6 | $92,910.50 |
| Relief from Stay / Adequate Protection Proceedings (B140) | 220.1 | $221,980.00 |
| Fee/Employment Application (B160) | 27.8 | $21,941.50 |
| Other Contested Matters, including Committee's MTD and Other Motions (B190) | 314.8 | $278,285.50 |
| Non-Working Travel (B195) | 28.7 | $13,541.00 |
| Claims Administration and Objections (B310) | 0.6 | $696.00 |
| Plan and Disclosure Statement (including Business Plan) (B320) | 10.2 | $11,742.00 |
| General Bankruptcy Advise/Opinions (B450) | 12.2 | $5,917.00 |
|  |  |  |
| **TOTAL** | **715.0** | **$647,013.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
| Out of Town Travel (E110) | $4,023.18 |
| Court Fees (E112) | $150.00 |
| **TOTAL DISBURSEMENTS** | **$4,173.18** |

I certify under penalty of perjury that the foregoing is true and correct.

/s/*Jonathan S. Massey*
Jonathan S. Massey

Dated: June 30, 2023

3