# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| LTL Management, LLC., | Case No. 23-12825 (MBK) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Larry Taylor, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On May 12th, 2023, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents via the methods indicated on the service list attached hereto as Exhibit A:

| Date | Doc # | Description |
|---|---|---|
| 05/12/2023 | 497 | Objection to TCC's Cross-Motion for Order Temporarily Suspending Debtor's Chapter 11 Case and Related Relief (related document:414 Cross Motion re: Cross-Motion of Official Committee of Talc Claimants for Entry of Order (I) Temporarily Suspending the Debtors Chapter 11 Case Pursuant to 11 U.S.C. §§ 105 and 305, and (II) Granting Related Relief (related document:240 Motion re: Debtors Motion for an Order (i) Scheduling Hearing on Approval of Disclosure Statement; (ii) Establishing Disclosure Statement Objection Deadline; and (iii) Granting Related Relief filed by Debtor LTL Management LLC) Filed by Daniel Stolz on behalf of Official Committee of Talc Claimants. Hearing scheduled for 5/16/2023 at 11:30 AM at MBK – Courtroom 8, Trenton. (Attachments: # 1 Application # 2 Proposed Order) filed by Creditor Committee Official Committee of Talc Claimants) filed by Michael D. Sirota on behalf of Ad Hoc Group of Supporting Counsel. (Sirota, Michael) (Entered: 05/12/2023) |
| 05/12/2023 | 498 | Response to (related document:240 Motion re: Debtors Motion for an Order (i) Scheduling Hearing on Approval of Disclosure Statement; (ii) Establishing Disclosure Statement Objection Deadline; and (iii) Granting Related Relief Filed by Paul R. DeFilippo on behalf of LTL Management LLC. (Attachments: # 1 Debtors Motion for an Order (i) Scheduling Hearing on Approval of Disclosure Statement; (ii) Establishing Disclosure Statement Objection Deadline; and (iii) Granting Related Relief # 2 Proposed Order) filed by Debtor LTL Management LLC) filed by Michael D. Sirota on behalf of Ad Hoc Group of Supporting Counsel. (Sirota, Michael) (Entered: 05/12/2023) |

X _____
　　　　　　　Larry Taylor

Dated: June 30th, 2023
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 30th day of June 2023, by Larry Taylor, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

> DAVID TYLER KITTO
> NOTARY PUBLIC
> STATE OF DELAWARE
> My Commission Expires Oct. 6, 2023

# EXHIBIT A

**VIA ELECTRONIC MAIL**

PULASKI KHERKHER PLLC
ADAM PULASKI
2925 RICHMOND AVE, STE 1725
HOUSTON, TX 77098
ADAM@PULASKILAWFIRM.COM

**VIA ELECTRONIC MAIL**

SIMPSON THACHER & BARTLETT LLP
(COUNSEL TO TRAVELERS CASUALTY AND SURETY COMPANY F/K/A THE AETNA CASUALTY AND SURETY CO)
ATTN ANDREW T FRANKEL
425 LEXINGTON AVENUE
NEW YORK, NY 10017
afrankel@stblaw.com

**VIA ELECTRONIC MAIL**

HALPERIN BATTAGLIA BENZIJA, LLP
(COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC)
ATTN ALAN D HAPERIN, ESQ, DONNA H LIEBERMAN, ESQ
40 WALL STREET, 37TH FLOOR
NEW YORK, NY 10005
ahalperin@halperinlaw.net; dlieberman@halperinlaw.net

**VIA ELECTRONIC MAIL**

THE KELLY FIRM, P.C.
(COUNSEL TO BCBS OF MASSACHUSETTS)
ATTN: ANDREW J. KELLY
1011 HIGHWAY 71, SUITE 200
SPRING LAKE, NJ 07762
AKELLY@KBTLAW.COM

**VIA ELECTRONIC MAIL**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(PROPOSED SPECIAL COUNSEL)
ATTN ALLISON M BROWN, ESQ.
ONE MANHATTAN WEST
NEW YORK, NY 10001
allison.brown@skadden.com

**VIA ELECTRONIC MAIL**

ANDRES PEREIRA LAW FIRM
14709 CUSTER COURT
ANDRES PEREIRA
AUSTIN, TX 78734
apereira@andrespereirapc.com

**VIA ELECTRONIC MAIL**

LITE DEPALMA GREENBERG & AFANADOR, LLC
(COUNSEL TO DISANTO CANADIAN CLASS ACTION CREDITORS)
ATTN ALLEN J UNDERWOOD II, ESQ.
570 BROAD STREET, SUITE 1201
NEWARK, NJ 07102
aunderwood@litedepalma.com

**VIA ELECTRONIC MAIL**

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
(COUNSEL TO THE STATE OF TEXAS)
ATTN AUTUMN D HIGHSMITH, RACHEL R OBALDO
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548
autumn.highsmith@oag.texas.gov; rachel.obaldo@oag.texas.gov

**VIA ELECTRONIC MAIL**

WAGSTAFF LAW FIRM
AIMEE WAGSTAFF
940 N. LINCOLN ST
DENVER, CO 80203
AWAGSTAFF@WAGSTAFFLAWFIRM.COM

**VIA ELECTRONIC MAIL**

JOHNSON LAW GROUP
BLAKE TANASE, BASIL ADHAM
2925 RICHMOND AVE., STE 1700
HOUSTON, TX 77098
BADHAM@JOHNSONLAWGROUP.COM

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br><br>JONES DAY<br>(PROPOSED COUNSEL TO DEBTOR'S)<br>ATTN BRAD B ERENS<br>110 NORTH WACKER DRIVE, SUITE 4800<br>CHIACGO, IL 60606<br>bberens@joneday.com | **VIA ELECTRONIC MAIL**<br><br>US DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>ATTN BETHANY R THERIOT<br>PO BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875<br>bethany.theriot@usdoj.gov |
| **VIA ELECTRONIC MAIL**<br><br>ROSS FELLER CASEY, LLP<br>ATTN BRIAN J MCCORMICK, JR<br>ONE LIBERTY PLACE<br>1650 MARKET ST, 34TH FLOOR<br>PHILADELPHIA, PA 19103<br>bmcccormick@rossfellercasey.com | **VIA ELECTRONIC MAIL**<br><br>GREENBERG TRAURIG, LLP<br>(COUNSEL TO BAUSCH HEALTH US, LLC)<br>ATTN ALAN J BRODY, ESQ<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932<br>brodya@gtlaw.com |
| **VIA ELECTRONIC MAIL**<br><br>LAW FIRM OF BRIAN W HOFMEISTER<br>(COUNSEL TO KELLIE BREWER)<br>ATTN BRIAN W HOFMEISTER, ESQ<br>3131 PRINCETON PIKE, BUILDING 5, SUITE 110<br>LAWRENCEVILLE, NJ 08648<br>bwh@hofmeisterfirm.com | **VIA ELECTRONIC MAIL**<br><br>ARNOLD & ITKIN LLP<br>KURT ARNOLD, CAJ BOATRIGHT,<br>ROLAND CHRISTENSEN & JASON ITKIN<br>1401 MCKINNEY ST., STE 2250<br>HOUSTON, TX 77010<br>CBOATRIGHT@ARNOLDITKIN.COM;<br>CHRISTENSEN@ARNOLDITKIN.COM;<br>JITKIN@ARNOLDITKIN.COM |
| **VIA ELECTRONIC MAIL**<br><br>BEASLEY ALLEN LAW FIRM<br>CHARLIE STERN<br>218 COMMERCE ST<br>MONTGOMERY, AL 36104<br>CHARLIE.STERN@BEASLEYALLEN.COM | **VIA ELECTRONIC MAIL**<br><br>MILLER FIRM, LLC<br>ATTN CURTIS G HOKE<br>108 RAILROAD AVE<br>ORANGE, VA 22960<br>CHOKE@MILLERMILLER.COM |
| **VIA ELECTRONIC MAIL**<br><br>CLYDE & CO US LLP<br>(COUNSEL TO THE CONTINENTAL INSURANCE COMPANY)<br>ATTN CLINTON E CAMERON & MEGHAN DALTON<br>55 WEST MONROE STREET, SUITE 3000<br>CHICAGO, IL 60603<br>clinton.cameron@clydeco.us; meghan.dalton@clydeco.us | **VIA ELECTRONIC MAIL**<br><br>NAPOLI SHKOLNIK PLLC<br>JAMES HEISMAN, CHRISTOPHER LOPALO<br>919 NORTH MARKET ST, STE 1801<br>WILMINGTON, DE 19801<br>CLOPALO@NAPOLIBERN.COM;<br>JHEISMAN@NAPOLILAW.COM |

**VIA ELECTRONIC MAIL**

COHEN, PLACITELLA & ROTH PC
(COUNSEL TO CATHERINE FORBES)
ATTN CHRISTOPHER M PLACITELLA ESQ
127 MAPLE AVENUE
RED BANK, NJ 07701
cplacitella@cprlaw.com

**VIA ELECTRONIC MAIL**

LEVIN PAPANTONIO RAFFERTY
(COUNSEL TO WILLIAM HENRY ESTATE REP OF DEBRA HENRY - OCTC)
ATTN CHRISTOPHER TISI
316 S BAYLEN ST, STE 600
PENSACOLA, FL 32502
ctisi@levinlaw.com

**VIA ELECTRONIC MAIL**

BALLARD SPAHR LLP
(COUNSEL TO ALBERTSONS COMPANIES, INC)
ATTN TOBEY M DALUZ, LESLIE C HEILMAN & LAUREL D ROGLEN & MARGARET A VESPER
919 N MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801-3034
daluzt@ballardspahr.com; heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com

**VIA ELECTRONIC MAIL**

REED SMITH LLP
(COUNSEL TO CYPRUS MINES CORPORATION)
ATTN DEREK J BAKER
506 CARNEGIE CENTER, SUITE 300
PRINCETON, NJ 08543
dbaker@reedsmith.com

**VIA ELECTRONIC MAIL**

DAVID CHRISTIAN ATTORNEYS LLC
(COUNSEL TO THE CONTINENTAL INSURANCE COMPANY)
ATTN DAVID CHRISTIAN, ESQ
105 W MADISON ST., SUITE 1400
CHICAGO, IL 60602
dchristian@dca.law

**VIA ELECTRONIC MAIL**

GENOVA BURNS LLC
(LOCAL COUNSEL TO OFFICIAL COMMITTEE OF CERTAIN TALC CLAIMANTS)
ATTN: DONALD W. CLARKE
494 BROAD STREET
NEWARK, NJ 07102
dclarke@genovaburns.com

**VIA ELECTRONIC MAIL**

MOTLEY RICE LLC
(COUNSEL TO VARIOUS TALC CLAIMANTS; SUE SOMMER-KRESSE - OCTC)
ATTN DANIEL R LAPINSKI
210 LAKE DRIVE EAST, SUITE 101
CHERRY HILL, NJ 08002
dlapinski@motleyrice.com

**VIA ELECTRONIC MAIL**

BROWN RUDNICK LLP
(COUNSEL TO THE AD HOC COMMITTEE OF CERTAIN TALC
CLAIMANTS)
ATTN DAVID J MOLTON
SEVEN TIMES SQUARE
NEW YORK, NY 10036
dmolton@brownrudnick.com

**VIA ELECTRONIC MAIL**

MCDONALD WORLEY
DON WORLEY
1770 ST. JAMES PLACE, STE 100
HOUSTON, TX 77056
DON@MCDONALDWORLEY.COM

**VIA ELECTRONIC MAIL**

GENOVA BURNS LLC
(LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF CERTAIN TALC CLAIMANTS)
ATTN DANIEL M STOLZ
110 ALLEN RD, STE 304
BASKING RIDGE, NJ 07920
dstolz@genovaburns.com

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br><br>HILL CARTER FRANCO COLE & BLACK PC<br>(COUNSEL TO BCBS OF MASSACHUSETTS - OCTC)<br>ATTN ELIZABETH CARTER<br>425 PERRY STREET<br>MONTGOMERY, AL 36104<br>ecarter@hillhillcarter.com | **VIA ELECTRONIC MAIL**<br><br>JOHNSON & JOHNSON<br>ATTN ERIC HAAS, ESQ & ANDREW WHITE, ESQ<br>1 JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK, NJ 08933<br>ehaas8@its.jnj.com; awhite23@its.jnj.com |
| **VIA ELECTRONIC MAIL**<br><br>MENDES & MOUNT LLP<br>(COUNSEL TO THE NEW JERSEY COVERAGE ACTION PLAINTIFF INSURERS)<br>ATTN EILEEN T MCCABE, STEPHEN TO ROBERTS<br>750 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>eileen.mccabe@mendes.com; stephen.roberts@mendes.com | **VIA ELECTRONIC MAIL**<br><br>KARST VON OISTE LLP<br>(COUNSEL TO TONYA WHETSEL AS ESTATE REP OF BRANDON WHETSEL - OCTC)<br>ATTN ERIK KARST<br>23923 GOSLING RD, STE A<br>SPRING, TX 77389<br>epk@karstvonoiste.com |
| **VIA ELECTRONIC MAIL**<br><br>WOMBLE BOND DICKINSON (US) LLP<br>(COUNSEL TO THE AD HOC COMMITTEE OF STATES HOLDING CONSUMER PROTECTION CLAIMS)<br>ATTN ERICKA F. JOHNSON & LISA BITTLE TANCREDI<br>1313 NORTH MARKET STREET, SUITE 1200<br>WILMINGTON, DE 19801<br>Ericka.Johnson@wbd-us.com; Lisa.Tancredi@wbd-us.com | **VIA ELECTRONIC MAIL**<br><br>TRAMMELL PC<br>FLETCHER V. TRAMMELL<br>3262 WESTHEIMER RD., STE 423<br>HOUSTON, TX 77098<br>FLETCH@TRAMMELLPC.COM |
| **VIA ELECTRONIC MAIL**<br><br>JONES DAY<br>(PROPOSED COUNSEL TO DEBTOR'S)<br>ATTN: GREGORY M GORDON, DAN B PIETRO & AMANDA S RUSH<br>2727 N HARWOOD STREET<br>DALLAS, TX 75201<br>gmgordon@jonesday.com; dpietro@jonesday.com; asrush@jonesday.com | **VIA ELECTRONIC MAIL**<br><br>RUEB STOLLER DANIEL, LLP<br>GREGORY D. RUEB<br>1990 N. CALIFORNIA BLVD.<br>8TH FLOOR<br>WALNUT CREEK, CA 94596<br>GREG@LAWRSD.COM |
| **VIA ELECTRONIC MAIL**<br><br>GERTLER LAW FIRM<br>(COUNSEL TO VARIOUS CLAIMANTS)<br>ATTN HELEN H BABIN<br>935 GRAVIER STREET, SUITE 1900<br>NEW ORLEANS, LA 70112<br>hbabin@gertlerfirm.com | **VIA ELECTRONIC MAIL**<br><br>LINVILLE LAW GROUP<br>1932 N DRUID HILLS RD NE, STE 200<br>GANDHI, VINITA<br>ATLANTA, GA 30319<br>info@linvillelawgroup.com; info@linvillefirm.com |

**VIA ELECTRONIC MAIL**

LEVY KONIGSBERG, LLP
(COUNSEL TO PAUL CROUCH & RANDY DEROUEN)
ATTN JEROME H BLOCK, ESQ
605 THIRD AVENUE, 33RD FLOOR
NEW YORK, NY 10158
jblock@levylaw.com

**VIA ELECTRONIC MAIL**

LIAKOS LAW
955 DEEP VALLEY DR
SUITE 3900
JENN LIAKOS
PALOS VERDES PENINSULA, CA 90274
JENN@JENNLIAKOSLAW.COM

**VIA ELECTRONIC MAIL**

WHITE & CASE LLP
(COUNSEL TO J & J, J & J CONSUMER INC)
ATTN JESSICA C LAURIA, GLENN M KURTZ,
R PASIANOTTO & GREGORY STARNER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1095
JESSICA.LAURIA@WHITECASE.COM;
GKURTZ@WHITECASE.COM;
RICARDO.PASIANOTTO@WHITECASE.COM;
GSTARNER@WHITECASE.COM

**VIA ELECTRONIC MAIL**

FERRER, POIROT & WANSBROUGH
JESSE FERRER & CHRISTINA FELLER
2603 OAK LAWN AVE. #300
DALLAS, TX 75219
JFERRER@LAWYERWORKS.COM;
CFELLER@LAWYERWORKS.COM

**VIA ELECTRONIC MAIL**

DUANE MORRIS LLP
(COUNSEL FOR ATLANTA INTL INSURANCE CO, ET AL)
ATTN JEFF D KAHANE, ESQ; RUSSELL W ROTTEN, ESQ;
ANDREW E MINA, ESQ, NATHAN REINHARDT, ESQ
865 S FIGUEROA ST, STE 3100
LOS ANGELES, CA 90017-5450
JKAHANE@DUANEMORRIS.COM;
RWROTEN@DUANEMORRIS.COM;
AMINA@DUANEMORRIS.COM;
NREINHARDT@DUANEMORRIS.COM

**VIA ELECTRONIC MAIL**

WOLLMUTH MAHER & DEUTSCH LLP
(PROPOSED LOCAL COUNSEL TO DEBTOR'S)
ATTN JAMES N LAWLOR
90 WASHINGTON VALLEY ROAD
BEDMINISTER, NJ 07921
jlawlor@wmd-law.com

**VIA ELECTRONIC MAIL**

GIMIGLIANO MAURIELLO & MALONEY
(COUNSEL TO TRAVELERS)
ATTN JOHN MALONEY, STEPHEN V GIMIGLIANO &
ROBIN
RABINOWITZ
PO BOX 1449
MORRISTOWN, NJ 07962-1449
jmaloney@lawgmm.com; sgimigliano@lawgmm.com;
rrabinowitz@lawgmm.com

**VIA ELECTRONIC MAIL**

US DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN J ZACHARY BALASKO
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875
john.z.balasko@usdoj.gov

**VIA ELECTRONIC MAIL**

THE SHAPIRO LAW FIRM
(COUNSEL TO EMPLOYERS INSURANCE COMPANY OF
WAUSAU AND NATIONAL CASUALTY COMPANY)
ATTN JANET A SHAPIRO
325 N MAPLE DRIVE #15186
BEVERLY HILLS, CA 90209
jshapiro@shapirolawfirm.com

**VIA ELECTRONIC MAIL**

PASHMAN STEIN WALDER HAYDEN, P.C.
(COUNSEL TO VARIOUS TALC CLAIMANTS)
ATTN JOHN W WEISS
101 CRAWFORDS CORNER ROAD, STE 4202
HOLMDEL, NJ 07733
jweiss@pashmanstein.com

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br><br>CLYDE & CO US LLP<br>(COUNSEL TO THE CONTINENTAL INSURANCE COMPANY)<br>ATTN KONRAD R KREBS<br>340 MT KEMBLE AVE, SUITE 300<br>MORRISTOWN, NJ 07960<br>konrad.krebs@clydeco.us | **VIA ELECTRONIC MAIL**<br><br>PAUL HASTINGS LLP<br>(COUNSEL TO THE AD HOC GROUP OF SUPPORTING COUNSEL)<br>ATTN KRIS HANSEN<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>krishansen@paulhastings.com |
| **VIA ELECTRONIC MAIL**<br><br>LOWENSTEIN SANDLER LLP<br>(COUNSEL TO JOHNSON & JOHNSON)<br>ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR<br>ONE LOWENSTEIN DR<br>ROSELAND, NJ 07068<br>KROSEN@LOWENSTEIN.COM;<br>MSEYMOUR@LOWENSTEIN.COM | **VIA ELECTRONIC MAIL**<br><br>OFFICE OF THE US TRUSTEE<br>ATTN LAUREN BIELSKIE & JEFFREY M. SPONDER<br>ONE NEWARK CENTER, STE 2100<br>NEWARK, NJ 07102<br>LAUREN.BIELSKIE@USDOJ.GOV;<br>JEFFREY.M.SPONDER@USDOJ.GOV |
| **VIA ELECTRONIC MAIL**<br><br>WEITZ & LUXENBERG, PC<br>(COUNSEL TO SHAWN V. JOHNSON)<br>ATTN LISA NATHANSON BUSCH<br>700 BROADWAY<br>NEW YORK, NY 10003<br>lbusch@weitzlux.com | **VIA ELECTRONIC MAIL**<br><br>BEASLEY ALLEN LAW FIRM<br>(COUNSEL TO ALISHIA LANDRUM - OCTC)<br>ATTN LEIGH O'DELL<br>PO BOX 4160<br>MONTGOMERY, AL 36103<br>leigh.odell@beasleyallen.com |
| **VIA ELECTRONIC MAIL**<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>(COUNSEL TO ARNOLD & ITKIN PLAINTIFFS)<br>ATTN LAURA DAVIS JONES, COLIN R ROBINSON PETER J KEANE<br>919 N MARKET STREET, 17TH FL<br>WILMINGTON, DE 19801<br>ljones@pszjlaw.com; crobinson@pszjlaw.com;<br>pkeane@pszjlaw.com | **VIA ELECTRONIC MAIL**<br><br>SIMON GREENSTONE PANATIER PC<br>(COUNSEL TO VARIOUS TALC CLAIMANTS)<br>ATTN LEAH C KAGAN, ESQ.<br>1201 ELM STREET, SUITE 3400<br>DALLAS, TX 75270<br>lkagan@sgptrial.com |
| **VIA ELECTRONIC MAIL**<br><br>TRIF & MODUGNO, LLC<br>(COUNSEL TO NEW JERSEY COVERAGE ACTION PLAINTIFF INSURERS)<br>ATTN LOUIS A MODUGNO<br>89 HEADQUARTERS PLAZA<br>NORTH TOWER, SUITE 1201<br>MORRISTOWN, NJ 07960<br>lmodugno@tm-firm.com | **VIA ELECTRONIC MAIL**<br><br>PARKINS & RUBIO LLP<br>(COUNSEL TO THE AD HOC GROUP OF SUPPORTING COUNSEL)<br>ATTN LENARD M PARKINS & CHARLES M RUBIO<br>700 MILAM, SUITE 1300<br>HOUSTON, TX 77002<br>lparkins@parkinsrubio.com; crubio@parkinsrubio.com |

**VIA ELECTRONIC MAIL**

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC
MARY PUTNICK & DANIEL THORNBURGH
17 EAST MAIN ST., STE 200
PO BOX 12630
PENSACOLA, FL 32502
MARYBETH@PUTNICKLEGAL.COM;
DTHORNBURGH@AWKOLAW.COM

**VIA ELECTRONIC MAIL**

PAUL HASTINGS LLP
(COUNSEL TO THE AD HOC GROUP OF SUPPORTING COUNSEL)
ATTN MATTHEW M MURPHY & MATTHEW MICHELI
71 SOUTH WACKER DRIVE, SUITE 4500
CHICAGO, IL 60606
mattmurphy@paulhastings.com; mattmicheli@paulhastings.com

**VIA ELECTRONIC MAIL**

WATTS GUERRA LLP
MIKAL WATTS
4 DOMINION DR., BLD 3, STE 100
SAN ANTONIO, TX 78257
MCWATTS@WATTSGUERRA.COM

**VIA ELECTRONIC MAIL**

RAWLINGS & ASSOCIATES
(COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC)
ATTN MARK D FISCHER, ESQ & ROBERT C GRIFFITHS
1 EDEN PARKWAY
LA GRANGE, KY 40031
mdf@rawlingsandassociates.com; rcg@rawlingsandassociates.com

**VIA ELECTRONIC MAIL**

WALSH PIZZI O'REILLY FALANGA
(PROPOSED COUNSEL TO RANDI S ELLIS, FTCR)
ATTN MARK FALK
THREE GATEWAY CENTER
100 MULBERRY ST, 15TH FL
NEWARK, NJ 07102
mfalk@walsh.law

**VIA ELECTRONIC MAIL**

SANDERS, PHILLIPS, GROSSMAN, LLC
MARC GROSSMAN
100 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
MGROSSMAN@THESANDERSFIRM.COM

**VIA ELECTRONIC MAIL**

WHITE & CASE LLP
(COUNSEL TO J & J, J & J CONSUMER INC)
ATTN  MATTHEW E LINDER & LAURA E BACCASH
111 SOUTH WACKER DR, STE 5100
CHICAGO, IL 60606-4302
MLINDER@WHITECASE.COM;
LAURA.BACCASH@WHITECASE.COM

**VIA ELECTRONIC MAIL**

LEVY KONIGSBERG, LLP
(COUNSEL TO SEVERAL TALC CLAIMANTS; RANDY DEROUEN
& PAUL CROUCH)
ATTN MOSHE MAIMON
605 THIRD AVENUE, 33RD FLOOR
NEW YORK, NY 10158
mmaimon@levylaw.com

**VIA ELECTRONIC MAIL**

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
(COUNSEL TO VARIOUS CLAIMANTS)
ATTN: MITCHELL MALZBERG, ESQ.
PO BOX 5122
CLINTON, NJ 08809
mmalzberg@mjmalzberglaw.com

**VIA ELECTRONIC MAIL**

NACHAWATI LAW GROUP
MAJED NACHAWATI
5489 BLAIR RD
DALLAS, TX 75231
MN@NTRIAL.COM

**VIA ELECTRONIC MAIL**

ASHCRAFT & GEREL, LLP
(COUNSEL TO REBECCA LOVE - OCTC)
ATTN MICHELLE PARFITT
1825 K STREET, NW, STE 7000
WASHINGTON, DC 20006
mparfitt@ashcraftlaw.com

**VIA ELECTRONIC MAIL**

ROBINSON CALCAGNIE, INC.
(COUNSEL TO APRIL FAIR - OCTC)
ATTN MARK ROBINSON, JR
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH, CA 92660
MROBINSON@ROBINSONFIRM.COM

**VIA ELECTRONIC MAIL**

WHITE & CASE LLP
(COUNSEL TO J & J, J & J CONSUMER INC)
ATTN MICHAEL C SHEPHERD & LAURA FEMINO
200 SOUTH BISCAYNE BLVD, STE 4900
MIAMI, FL 33131-2352
MSHEPHERD@WHITECASE.COM;
LAURA.FEMINO@WHITECASE.COM

**VIA ELECTRONIC MAIL**

COLE SCHOTZ PC
(COUNSEL TO AD HOC GROUP OF SUPPORTING COUNSEL)
ATTN: MICHAEL D SIROTA; WARREN A USATINE; SETH VAN AALTEN; JUSTIN ALBERTO
COURT PLAZA NORTH
25 MAIN STREET
PO BOX 800
HACKENSACK, NJ 07602-0800
msirota@coleschotz.com; wusatine@coleschotz.com;

**VIA ELECTRONIC MAIL**

ONDERLAW, LLC
JAMES ONDER
110 EAST LOCKWOOD, 2ND FL
ST. LOUIS, MO 63119
ONDER@ONDERLAW.COM

**VIA ELECTRONIC MAIL**

WOLLMUTH MAHER & DEUTSCH LLP
(PROPOSED LOCAL COUNSEL TO DEBTOR'S)
ATTN PAUL R DEFILIPPO, JOSPEH F PACELLI & JAMES N LAWLOR
500 FIFTH AVENUE, 12TH FLOOR
NEW YORK, NY 10110
pdefilippo@wmd-law.com; jpacelli@wmd-law.com;
jlawlor@wmd-law.com

**VIA ELECTRONIC MAIL**

DUANE MORRIS LLP
(COUNSEL TO REPUBLIC INDEMNITY COMPANY OF AMERICA)
ATTN PHILIP R MATTHEWS, ESQ.
SPEAR TOWER
ONE MARKET PLAZA, SUITE 2200
SAN FRANCISCO, CA 94105-1127
prmatthews@duanemorris.com

**VIA ELECTRONIC MAIL**

WEITZ & LUXENBERG, PC
(COUNSEL TO PATRICIA COOK - OCTC)
ATTN PERRY WEITZ & LISA NATHANSON BUSCH
700 BROADWAY
NEW YORK, NY 10003
pw@weitzlux.com; lbusch@weitzlux.com

**VIA ELECTRONIC MAIL**

RANDI S ELLIS LLC
(PROPOSED FUTURE TALC CLAIMANTS REPRESENTATIVE)
ATTN: RANDI S ELLIS
5757 INDIAN CIRCLE
HOUSTON, TX 77057
randi@randiellis.com

**VIA ELECTRONIC MAIL**

WISNER BAUM
10940 WILSHIRE BLVD, STE 1600
WISNER, ROBERT BRENT
LOS ANGELES, CA 90024
rbwisner@wisnerbaum.com

**VIA ELECTRONIC MAIL**

LEX NOVA LAW LLC
(COUNSEL TO GIOVANNI SOSA & EVAN PLOTKIN)
ATTN E RICHARD DRESSEL, ESQUIRE (ED1793)
10 E STOW ROAD, SUITE 250
MARLTON, NJ 08053
rdressel@lexnovalaw.com

**VIA ELECTRONIC MAIL**

GOLOMB SPIRT GRUNFELD
(COUNSEL TO BRANDI CARL - OCTC)
ATTN RICHARD GOLOMB
1835 MARKET ST, STE 2900
PHILADELPHIA, PA 19103
rgolomb@golomblegal.com

**VIA ELECTRONIC MAIL**

OTTERBOURG P.C.
(CO-COUNSEL TO OFF COMMITTEE OF TALC CLAIMANTS)
ATTN RICHARD G HADDAD & ADAM C SILVERSTEIN
230 PARK AVE
NEW YORK, NY 10169
rhaddad@otterbourg.com; asilverstein@otterbourg.com

**VIA ELECTRONIC MAIL**

GIBBONS P.C.
(COUNSEL TO MISSISSIPPI & NEW MEXICO ATTORNEY GENERAL)
ATTN ROBERT K MALONE & KYLE P MCEVILLY
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
rmalone@gibbonslaw.com; kmcevilly@gibbonslaw.com

**VIA ELECTRONIC MAIL**

CHILDERS, SCHLUETER & SMITH LLC
RICHARD SCHLUETER
1932 N DRUID HILLS RD., STE. 100
ATLANTA, GA 30319
RSCHLUETER@CSSFIRM.COM

**VIA ELECTRONIC MAIL**

KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, PLC
(COUNSEL TO KRISTIE DOYLE ESTATE REP OF DAN DOYLE - OCTC)
ATTN STEVEN KAZAN
55 HARRISON ST, STE 400
OAKLAND, CA 94607
skazan@kazanlaw.com

**VIA ELECTRONIC MAIL**

DUANE MORRIS LLP
(COUNSEL TO NEW JERSEY COVERAGE ACTION PLAINTIFF-
INSURERS & REPUBLIC)
ATTN SOMMER L ROSS, ESQ
1940 ROUTE 70 EAST, SUITE 100
CHERRY HILL, NJ 08003-2171
slross@duanemorris.com

**VIA ELECTRONIC MAIL**

ARCHER & GREINER, P.C.
(COUNSEL TO ROGER FRANKEL AS FCR IN CYPRESS MINES
CHAPTER 11 CASE)
ATTN: STEPHEN M. PACKMAN
1025 LAUREL OAK RD
VOORHEES, NJ 08043
spackman@archerlaw.com

**VIA ELECTRONIC MAIL**

MCMANIMON SCOTLAND & BAUMANN, LLC
(COUNSEL TO CLAIMANTS REPRESENTED BY BARNES LAW
GROUP LLC)
ATTN ANTHONY SODONO, III & SARI B PLACONA
75 LIVINGSTON AVENUE, STE 201
ROSELAND, NJ 07068
splacona@msbnj.com; asodono@msbnj.com

**VIA ELECTRONIC MAIL**

MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC
(COUNSEL TO KATHERINE TOLLEFSON)
ATTN SUZANNE M RATCLIFFE & CLAYTON L THOMPSON
150 WEST 30TH STREET, SUITE 201
NEW YORK, NY 10001
sratcliffe@mrhfmlaw.com; cthompson@mrhfmlaw.com

**VIA FIRST CLASS MAIL**

GEOFFREY B BOMPERS, PC
(COUNSEL TO ROBERT GENDELMAN, EXECUTOR; AND
ESTATE OF MELISSA FLEMING)
ATTN GEOFFREY B GOMPERS
1515 MARKET STREET, SUITE 1650
PHILADELPHIA, PA 19102

**VIA FIRST CLASS MAIL**

JONES WALKER LLP
(CO-MEDIATOR)
ATTN GARY RUSSO
SUITE 1600, 600 JEFFERSON STREET
LAFAYETTE, LA 70501

**VIA FIRST CLASS MAIL**

RESOLUTIONS, LLC
(CO-MEDIATOR)
ATTN ERIC D GREEN
30 MONUMENT SQUARE, SUITE 245
CONCORD, MA 01742

**VIA FIRST CLASS MAIL**

SAIBER LLC
(COUNSEL TO VARIOUS TALC CLAIMANTS)
ATTN: JOHN M. AUGUST, ESQ.
18 COLUMBIA TURNPIKE, SUITE 200
FLORHAM PARK, NJ 07932

**VIA FIRST CLASS MAIL**

SLATER SLATER SCHULMAN
445 BROADHOLLOW RD, STE 419
SLATER, ADAM
MELVILLE, NY 11747