# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In re:  LTL Management, LLC.,  Debtor. | Chapter 11  Case No. 23-12825 (MBK) |
|---|---|

## AFFIDAVIT OF SERVICE

I, Larry Taylor, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On May 26th, 2023, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 05/26/2023 | 613 | Objection to Motions to Dismiss (related document:286 Motion to dismiss case for other reasons re:Bankruptcy not filed in good faith Filed by Daniel Stolz on behalf of Official Committee of Talc Claimants. Hearing scheduled for 5/22/2023 at 10:00 AM at MBK - Courtroom 8, Trenton. (Attachments: # 1 Application of the Official Committee of Talc Claimants to Dismiss the Second Bankruptcy Petition of LTL Management, LLC # 2 Declaration of Daniel M. Stolz in Support of Motion of the Official Committee of Talc Claimants to Dismiss Second Bankruptcy Petition of LTL Management, LLC # 3 Exhibit 1 # 4 Exhibit 2 # 5 Exhibit 3 # 6 Exhibit 4-Filed Under Seal # 7 Exhibit 5-Filed Under Seal # 8 Exhibit 6-Filed Under Seal # 9 Exhibit 7-Filed Under Seal # 10 Exhibit 8-Filed Under Seal # 11 Exhibit 9 # 12 Exhibit 10 # 13 Exhibit 11 # 14 Exhibit 12 # 15 Exhibit 13-Filed Under Seal # 16 Exhibit 14 # 17 Exhibit 15 # 18 Exhibit 16-Filed Under Seal # 19 Exhibit 17 # 20 Exhibit 18 # 21 Exhibit 19-Filed Under Seal # 22 Exhibit 20-Filed Under Seal # 23 Exhibit 21-Filed Under Seal # 24 Exhibit 22-Filed Under Seal # 25 Exhibit 23 # 26 Exhibit 24 # 27 Proposed Order Dismissing Second Bankruptcy Petition of LTL Management, LLC) filed by Creditor Committee Official Committee of Talc Claimants, 335 Motion re: AD HOC GROUP OF MESOTHELIOMA CLAIMANTS MOTION TO DISMISS THE SECOND BANKRUPTCY PETITION OF LTL MANAGEMENT Filed by Suzanne Ratcliffe, Clay Thompson on behalf of Maune Raichle Hartley French & Mudd LLC. Hearing scheduled for 5/22/2023 at 10:00 AM (check with court for location). (Attachments: # 1 Exhibit AD HOC GROUP OF MESOTHELIOMA CLAIMANTS MOTION TO DISMISS THE SECOND BANKRUPTCY PETITION OF LTL MANAGEMENT) filed by Attorney Maune Raichle Hartley French & Mudd LLC, 350 Motion to dismiss case for other reasons re:Bankruptcy not filed in good faith Filed by Ericka Fredricks Johnson on behalf of The Ad Hoc Committee of States Holding Consumer Protection Claims. Hearing scheduled for 5/22/2023 at 10:00 AM at MBK - Courtroom 8, |

Trenton. (Attachments: # 1 Application Motion to Dismiss Chapter 11 Case # 2 Declaration of Ericka F. Johnson # 3 Exhibit 1 to Johnson Declaration # 4 Exhibit 2 to Johnson Declaration # 5 Exhibit 3 to Johnson Declaration # 6 Exhibit 4 to Johnson Declaration # 7 Proposed Order # 8 Certificate of Service) filed by Creditor The Ad Hoc Committee of States Holding Consumer Protection Claims, 352 MESOTHELIOMA CLAIMANTS JOINDER in support of (related document:286 Motion to Dismiss Case filed by Creditor Committee Official Committee of Talc Claimants) filed by Leah Cylia Kagan on behalf of Various Talc Claimants. (Kagan, Leah) Modified on 5/1/2023 (wdr). filed by Creditor Various Talc Claimants, Interested Party Various Talc Claimants, 358 Motion re: Dismiss Filed by Clay Thompson on behalf of Maune Raichle Hartley French & Mudd LLC, Various Talc Claimants. Hearing scheduled for 5/22/2023 at 11:00 AM at MBK - Courtroom 8, Trenton. filed by Creditor Various Talc Claimants, Interested Party Various Talc Claimants, Attorney Maune Raichle Hartley French & Mudd LLC, 379 Motion to dismiss case for other reasons re: for cause pursuant to 11 U.S.C. § 1112(b) Filed by Jeffrey M. Sponder on behalf of U.S. Trustee. Hearing scheduled for 5/22/2023 at 10:00 AM at MBK - Courtroom 8, Trenton. (Attachments: # 1 Certification in Support of Motion # 2 Exhibit A to Certification # 3 Exhibit B to Certification # 4 Memorandum of Law # 5 Proposed Order) filed by U.S. Trustee U.S. Trustee, 384 Motion to dismiss case for other reasons re:Bankruptcy Not Filed in Good Faith Filed by Colin R. Robinson on behalf of Arnold & Itkin LLP. Hearing scheduled for 5/22/2023 at 10:00 AM at MBK - Courtroom 8, Trenton. (Attachments: # 1 Memorandum of Law [Redacted] # 2 Declaration of Laura Davis Jones in Support with Exhibits A-D [Redacted] # 3 Proposed Order) filed by Creditor Arnold & Itkin LLP, 473 Document re: Joinder of Motions to Dismiss by Georgia State Court Claimants Represented by the Barnes Law Group, LLC (related document:286 Motion to Dismiss Case filed by Creditor Committee Official Committee of Talc Claimants, 346 Motion (Generic) filed by Interested Party Paul Crouch, 350 Motion to Dismiss Case filed by Creditor The Ad Hoc Committee of States Holding Consumer Protection Claims, 358 Motion (Generic) filed by Creditor Various Talc Claimants, Interested Party Various Talc Claimants, Attorney Maune Raichle Hartley French & Mudd LLC, 379 Motion to Dismiss Case filed by U.S. Trustee U.S. Trustee, 384 Motion to Dismiss Case filed by Creditor Arnold & Itkin LLP) filed by Sari Blair Placona on behalf of Claimants Represented by Barnes Law Group, LLC. filed by Creditor Claimants Represented by Barnes Law Group, LLC, 480 Motion to dismiss case for other reasons re:Bad Faith Under Section 1112(b) Filed by Robert Malone on behalf of State of Mississippi, State of New Mexico. Hearing scheduled for 6/15/2023 at 10:00 AM at MBK - Courtroom 8, Trenton. (Attachments: # 1 Proposed Order # 2 Notice) filed by Interested Party State of Mississippi, Interested Party State of New Mexico) filed by Michael D. Sirota on behalf of Ad Hoc Group of Supporting Counsel. (Attachments: # 1 Declaration of James G. Onder # 2 Declaration of Mikal C. Watts # 3 Declaration of Seth Van Aalten) (Sirota, Michael) (Entered: 05/26/2023)

X _____
Larry Taylor

Dated: June 30th, 2023
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 30th day of June 2023, by Larry Taylor, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

DAVID TYLER KITTO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 6, 2023

# EXHIBIT A

<u>**VIA ELECTRONIC MAIL**</u>

ARNOLD & ITKIN LLP
KURT ARNOLD, CAJ BOATRIGHT,
ROLAND CHRISTENSEN & JASON ITKIN
1401 MCKINNEY ST., STE 2250
HOUSTON, TX 77010
CBOATRIGHT@ARNOLDITKIN.COM;
CHRISTENSEN@ARNOLDITKIN.COM;
JITKIN@ARNOLDITKIN.COM

<u>**VIA ELECTRONIC MAIL**</u>

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC
MARY PUTNICK & DANIEL THORNBURGH
17 EAST MAIN ST., STE 200
PO BOX 12630
PENSACOLA, FL 32502
MARYBETH@PUTNICKLEGAL.COM;
DTHORNBURGH@AWKOLAW.COM

<u>**VIA ELECTRONIC MAIL**</u>

BEASLEY ALLEN LAW FIRM
CHARLIE STERN
218 COMMERCE ST
MONTGOMERY, AL 36104
CHARLIE.STERN@BEASLEYALLEN.COM

<u>**VIA ELECTRONIC MAIL**</u>

BROWN RUDNICK LLP
ATTN: DAVID J. MOLTON, MICHAEL S. WINOGRAD, SUSAN SIEGER-GRIMM, KENNETH J. AULET
SEVEN TIMES SQUARE
NEW YORK, NY 10036
DMOLTON@BROWNRUDNICK.COM;
MWINOGRAD@@BROWNRUDNICK.COM; SSIEGER-GRIMM@BROWNRUDNICK.COM;
KAULET@BROWNRUDNICK.COM

<u>**VIA ELECTRONIC MAIL**</u>

BROWN RUDNICK LLP
ATTN: JEFFREY L. JONAS, SUNNI P. BEVILLE & ERIC R. GOODMAN
ONE FINANCIAL CENTER
BOSTON, MA 02111
JJONAS@BROWNRUDNICK.COM;
SBEVILLE@BROWNRUDNICK.COM;
EGOODMAN@BROWNRUDNICK.COM

<u>**VIA ELECTRONIC MAIL**</u>

CHILDERS, SCHLUETER & SMITH LLC
RICHARD SCHLUETER
1932 N DRUID HILLS RD., STE. 100
ATLANTA, GA 30319
RSCHLUETER@CSSFIRM.COM

<u>**VIA ELECTRONIC MAIL**</u>

COLE SCHOTZ PC
ATTN: MICHAEL D. SIROTA; WARREN A. USATINE, SETH VAN AALTEN & JUSTIN ALBERTO
COURT PLAZA NORTH-25 MAIN STREET
PO BOX 800
HACKENSACK, NJ 07602-0800
MSIROTA@COLESCHOTZ.COM;
WUSATINE@COLESCHOTZ.COM;
SVANAALTEN@COLESCHOTZ.COM;
JALBERTO@COLESCHOTZ.COM

<u>**VIA ELECTRONIC MAIL**</u>

FERRER, POIROT & WANSBROUGH
JESSE FERRER & CHRISTINA FELLER
2603 OAK LAWN AVE. #300
DALLAS, TX 75219
JFERRER@LAWYERWORKS.COM;
CFELLER@LAWYERWORKS.COM

<u>**VIA ELECTRONIC MAIL**</u>

GENOVA BURNS LLC
(PROPOSED LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF CERTAIN TALC CLAIMANTS)
ATTN: DANIEL M. STOLZ & GREGORY S. KINOIAN
110 ALLEN RD, STE 304
BASKING RIDGE, NJ 07920
DSTOLZ@GENOVABURNS.COM;
GKINOIAN@GENOVABURNS.COM

<u>**VIA ELECTRONIC MAIL**</u>

GENOVA BURNS LLC
(PROPOSED LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF CERTAIN TALC CLAIMANTS)
ATTN: DONALD W. CLARKE
494 BROAD STREET
NEWARK, NJ 07102
DCLARKE@GENOVABURNS.COM

**VIA ELECTRONIC MAIL**

JOHNSON & JOHNSON
ATTN: ERIC HAAS & ANDREW WHITE
1 JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933
EHAAS8@ITS.JNJ.COM; AWHITE23@ITS.JNJ.COM

**VIA ELECTRONIC MAIL**

JOHNSON LAW GROUP
BLAKE TANASE, BASIL ADHAM
2925 RICHMOND AVE., STE 1700
HOUSTON, TX 77098
BADHAM@JOHNSONLAWGROUP.COM

**VIA ELECTRONIC MAIL**

JONES DAY
(PROPOSED COUNSEL TO DEBTOR'S)
ATTN: GREGORY M GORDON, DAN B PIETRO & AMANDA S RUSH
2727 N HARWOOD STREET
DALLAS, TX 75201
GMGORDON@JONESDAY.COM;
DPIETRO@JONESDAY.COM; ASRUSH@JONESDAY.COM

**VIA ELECTRONIC MAIL**

JONES DAY
(PROPOSED COUNSEL TO DEBTOR'S)
ATTN: BRAD B ERENS
110 NORTH WACKER DRIVE, SUITE 4800
CHICAGO, IL 60606
BBERENS@JONEDAY.COM

**VIA ELECTRONIC MAIL**

MASSEY & GAIL LLP
(PROPOSED CO-COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS)
ATTN: JONATHAN S. MASSEY & RACHEL S. MORSE
1000 MAINE AVE. SW, SUITE 450
WASHINGTON, DC 20024
JMASSEY@MASSEYGAIL.COM;
RMORSE@MASSEYGAIL.COM

**VIA ELECTRONIC MAIL**

MCDONALD WORLEY
DON WORLEY
1770 ST. JAMES PLACE, STE 100
HOUSTON, TX 77056
DON@MCDONALDWORLEY.COM

**VIA ELECTRONIC MAIL**

MILLER FIRM, LLC
ATTN CURTIS G HOKE
108 RAILROAD AVE
ORANGE, VA 22960
CHOKE@MILLERMILLER.COM

**VIA ELECTRONIC MAIL**

NACHAWATI LAW GROUP
MAJED NACHAWATI
5489 BLAIR RD
DALLAS, TX 75231
MN@NTRIAL.COM

**VIA ELECTRONIC MAIL**

NAPOLI SHKOLNIK PLLC
JAMES HEISMAN, CHRISTOPHER LOPALO
919 NORTH MARKET ST, STE 1801
WILMINGTON, DE 19801
CLOPALO@NAPOLIBERN.COM;
JHEISMAN@NAPOLILAW.COM

**VIA ELECTRONIC MAIL**

OFFICE OF THE US TRUSTEE
ATTN: LAUREN BIELSKIE & JEFFREY M. SPONDER
ONE NEWARK CENTER, STE 2100
NEWARK, NJ 07102
LAUREN.BIELSKIE@USDOJ.GOV;
JEFFREY.M.SPONDER@USDOJ.GOV

| VIA ELECTRONIC MAIL | VIA ELECTRONIC MAIL |
|---|---|
| ONDERLAW, LLC<br>JAMES ONDER<br>110 EAST LOCKWOOD, 2ND FL<br>ST. LOUIS, MO 63119<br>ONDER@ONDERLAW.COM | OTTERBOURG P.C.<br>ATTN: RICHARD G. HADDAD, ADAM C. SILVERSTEIN &<br>MELANIE L. CYGANOWSKI<br>230 PARK AVE<br>NEW YORK, NY 10169<br>RHADDAD@OTTERBOURG.COM;<br>ASILVERSTEIN@OTTERBOURG.COM;<br>MCYGANOWSKI@OTTERBOURG.COM |
| **VIA ELECTRONIC MAIL**<br><br>PAUL HASTINGS LLP<br>(COUNSEL TO THE AD HOC GROUP OF SUPPORTING COUNSEL)<br>ATTN: KRIS HANSEN<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>KRISHANSEN@PAULHASTINGS.COM | **VIA ELECTRONIC MAIL**<br><br>PAUL HASTINGS LLP<br>(COUNSEL TO THE AD HOC GROUP OF SUPPORTING COUNSEL)<br>ATTN: MATTHEW M MURPHY & MATTHEW MICHELI<br>71 SOUTH WACKER DRIVE, SUITE 4500<br>CHICAGO, IL 60606<br>MATTMURPHY@PAULHASTINGS.COM;<br>MATTMICHELI@PAULHASTINGS.COM |
| **VIA ELECTRONIC MAIL**<br><br>PULASKI KHERKHER PLLC<br>ADAM PULASKI<br>2925 RICHMOND AVE, STE 1725<br>HOUSTON, TX 77098<br>ADAM@PULASKILAWFIRM.COM | **VIA ELECTRONIC MAIL**<br><br>RANDI S ELLIS LLC<br>( FUTURE TALC CLAIMANTS REPRESENTATIVE)<br>ATTN: RANDI S. ELLIS<br>5757 INDIAN CIRCLE<br>HOUSTON, TX 77057<br>RANDI@RANDIELLIS.COM |
| **VIA ELECTRONIC MAIL**<br><br>ROBINSON CALCAGNIE, INC.<br>(COUNSEL TO APRIL FAIR - OCTC)<br>ATTN MARK ROBINSON, JR<br>19 CORPORATE PLAZA DRIVE<br>NEWPORT BEACH, CA 92660<br>MROBINSON@ROBINSONFIRM.COM | **VIA ELECTRONIC MAIL**<br><br>RUEB STOLLER DANIEL, LLP<br>GREGORY D. RUEB<br>1990 N. CALIFORNIA BLVD.<br>8TH FLOOR<br>WALNUT CREEK, CA 94596<br>GREG@LAWRSD.COM |
| **VIA ELECTRONIC MAIL**<br><br>SANDERS, PHILLIPS, GROSSMAN, LLC<br>MARC GROSSMAN<br>100 GARDEN CITY PLAZA<br>GARDEN CITY, NY 11530<br>MGROSSMAN@THESANDERSFIRM.COM | **VIA ELECTRONIC MAIL**<br><br>TRAMMELL PC<br>FLETCHER V. TRAMMELL<br>3262 WESTHEIMER RD., STE 423<br>HOUSTON, TX 77098<br>FLETCH@TRAMMELLPC.COM |

<u>**VIA ELECTRONIC MAIL**</u>

WAGSTAFF LAW FIRM
AIMEE WAGSTAFF
940 N. LINCOLN ST
DENVER, CO 80203
AWAGSTAFF@WAGSTAFFLAWFIRM.COM

<u>**VIA ELECTRONIC MAIL**</u>

WATTS GUERRA LLP
MIKAL WATTS
4 DOMINION DR., BLD 3, STE 100
SAN ANTONIO, TX 78257
MCWATTS@WATTSGUERRA.COM

<u>**VIA ELECTRONIC MAIL**</u>

WHITE & CASE LLP
(COUNSEL TO J & J, J & J CONSUMER INC)
ATTN: JESSICA C. LAURIA, GLENN M. KURTZ, R
PASIANOTTO & GREGORY STARNER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1095
JESSICA.LAURIA@WHITECASE.COM;
GKURTZ@WHITECASE.COM;
RICARDO.PASIANOTTO@WHITECASE.COM;
GSTARNER@WHITECASE.COM

<u>**VIA ELECTRONIC MAIL**</u>

WHITE & CASE LLP
(COUNSEL TO J & J, J & J CONSUMER INC)
ATTN: MICHAEL C. SHEPHERD & LAURA FEMINO
200 SOUTH BISCAYNE BLVD, STE 4900
MIAMI, FL 33131-2352
MSHEPHERD@WHITECASE.COM;
LAURA.FEMINO@WHITECASE.COM

<u>**VIA ELECTRONIC MAIL**</u>

WHITE & CASE LLP
(COUNSEL TO J & J, J & J CONSUMER INC)
ATTN: MATTHEW E. LINDER & LAURA E. BACCASH
111 SOUTH WACKER DR, STE 5100
CHICAGO, IL 60606-4302
MLINDER@WHITECASE.COM;
LAURA.BACCASH@WHITECASE.COM

<u>**VIA ELECTRONIC MAIL**</u>

WOLLMUTH MAHER & DEUTSCH LLP
(PROPOSED LOCAL COUNSEL TO DEBTOR'S)
ATTN: JAMES N LAWLOR
90 WASHINGTON VALLEY ROAD
BEDMINISTER, NJ 07921
JLAWLOR@WMD-LAW.COM

<u>**VIA ELECTRONIC MAIL**</u>

WOLLMUTH MAHER & DEUTSCH LLP
(PROPOSED LOCAL COUNSEL TO DEBTOR'S)
ATTN: PAUL R. DEFILIPPO, JOSPEH F. PACELLI & JAMES N. LAWLOR
500 FIFTH AVENUE, 12TH FLOOR
NEW YORK, NY 10110
PDEFILIPPO@WMD-LAW.COM; JPACELLI@WMD-LAW.COM; JLAWLOR@WMD-LAW.COM