# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>LTL Management, LLC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK) |

## AFFIDAVIT OF SERVICE

I, Larry Taylor, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On June 9th, 2023, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the methods indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 06/09/2023 | 744 | Response to (related document:707 Objection to Debtor's Motion for Authority to Enter Into an Expense Reimbursement Agreement with Ad Hoc Committee of Supporting Counsel (related document:575 Motion re: Debtor's Motion for an Order Authorizing It to Enter Into an Expense Reimbursement Agreement with Ad Hoc Committee of Supporting Counsel Filed by Paul R. DeFilippo on behalf of LTL Management LLC. Hearing scheduled for 6/13/2023 at 10:00 AM at MBK - Courtroom 8, Trenton. (Attachments: # 1 Motion # 2 Declaration of Dan B. Prieto # 3 Exhibit A to Declaration of Dan B. Prieto # 4 Proposed Order) filed by Debtor LTL Management LLC) filed by Daniel Stolz on behalf of Official Committee of Talc Claimants. (Attachments: # 1 Exhibit A) filed by Creditor Committee Official Committee of Talc Claimants, 711 Objection to (related document:575 Motion re: Debtor's Motion for an Order Authorizing It to Enter Into an Expense Reimbursement Agreement with Ad Hoc Committee of Supporting Counsel Filed by Paul R. DeFilippo on behalf of LTL Management LLC. Hearing scheduled for 6/13/2023 at 10:00 AM at MBK - Courtroom 8, Trenton. (Attachments: # 1 Motion # 2 Declaration of Dan B. Prieto # 3 Exhibit A to Declaration of Dan B. Prieto # 4 Proposed Order) filed by Debtor LTL Management LLC) filed by Clay Thompson on behalf of Maune Raichle Hartley French & Mudd LLC. filed by Attorney Maune Raichle Hartley French & Mudd LLC, 713 Objection to Debtors Motion for an Order Authorizing it to Enter into an Expense Reimbursement Agreement with Ad Hoc Committee of Supporting Counsel (related document:575 Motion re: Debtor's Motion for an Order Authorizing It to Enter Into an Expense Reimbursement Agreement with Ad Hoc Committee of Supporting Counsel Filed by Paul R. DeFilippo on behalf of LTL Management LLC. Hearing scheduled for 6/13/2023 at 10:00 AM at MBK - Courtroom 8, Trenton. (Attachments: # 1 Motion # 2 Declaration of Dan B. Prieto # 3 Exhibit A to Declaration of Dan B. Prieto # 4 Proposed Order) filed by Debtor LTL Management LLC) filed by Jeffrey M. Sponder on behalf of U.S. Trustee. filed by U.S. |

Trustee U.S. Trustee) filed by Michael D. Sirota on behalf of Ad Hoc Group of Supporting Counsel. (Sirota, Michael) (Entered: 06/09/2023)

X _____
Larry Taylor

Dated: June 30th, 2023
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 30th day of June 2023, by Larry Taylor, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

DAVID TYLER KITTO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 6, 2023

2

# EXHIBIT A

**VIA ELECTRONIC MAIL**

PULASKI KHERKHER PLLC
ADAM PULASKI
2925 RICHMOND AVE, STE 1725
HOUSTON, TX 77098
ADAM@PULASKILAWFIRM.COM

**VIA ELECTRONIC MAIL**

SIMPSON THACHER & BARTLETT LLP
(COUNSEL TO TRAVELERS CASUALTY AND SURETY COMPANY F/K/A THE AETNA CASUALTY AND SURETY CO)
ATTN ANDREW T FRANKEL
425 LEXINGTON AVENUE
NEW YORK, NY 10017
afrankel@stblaw.com

**VIA ELECTRONIC MAIL**

HALPERIN BATTAGLIA BENZIJA, LLP
(COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC)
ATTN ALAN D HAPERIN, ESQ, DONNA H LIEBERMAN, ESQ
40 WALL STREET, 37TH FLOOR
NEW YORK, NY 10005
ahalperin@halperinlaw.net; dlieberman@halperinlaw.net

**VIA ELECTRONIC MAIL**

THE KELLY FIRM, P.C.
(COUNSEL TO BCBS OF MASSACHUSETTS)
ATTN: ANDREW J. KELLY
1011 HIGHWAY 71, SUITE 200
SPRING LAKE, NJ 07762
AKELLY@KBTLAW.COM

**VIA ELECTRONIC MAIL**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(PROPOSED SPECIAL COUNSEL)
ATTN ALLISON M BROWN, ESQ.
ONE MANHATTAN WEST
NEW YORK, NY 10001
allison.brown@skadden.com

**VIA ELECTRONIC MAIL**

ANDRES PEREIRA LAW FIRM
14709 CUSTER COURT
ANDRES PEREIRA
AUSTIN, TX 78734
apereira@andrespereirapc.com

**VIA ELECTRONIC MAIL**

CROWELL & MORING LLP
(COUNSEL TO ALLIANZ & CENTURY INSURERS)
ATTN ARLEN PYENSON
590 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022-2524
apyenson@crowell.com

**VIA ELECTRONIC MAIL**

LITE DEPALMA GREENBERG & AFANADOR, LLC
(COUNSEL TO DISANTO CANADIAN CLASS ACTION CREDITORS)
ATTN ALLEN J UNDERWOOD II, ESQ.
570 BROAD STREET, SUITE 1201
NEWARK, NJ 07102
aunderwood@litedepalma.com

**VIA ELECTRONIC MAIL**

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
(COUNSEL TO THE STATE OF TEXAS)
ATTN AUTUMN D HIGHSMITH, RACHEL R OBALDO
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548
autumn.highsmith@oag.texas.gov; rachel.obaldo@oag.texas.gov

**VIA ELECTRONIC MAIL**

WAGSTAFF LAW FIRM
AIMEE WAGSTAFF
940 N. LINCOLN ST
DENVER, CO 80203
AWAGSTAFF@WAGSTAFFLAWFIRM.COM

**VIA ELECTRONIC MAIL**

JOHNSON LAW GROUP
BLAKE TANASE, BASIL ADHAM
2925 RICHMOND AVE., STE 1700
HOUSTON, TX 77098
BADHAM@JOHNSONLAWGROUP.COM

**VIA ELECTRONIC MAIL**

JONES DAY
(PROPOSED COUNSEL TO DEBTOR'S)
ATTN BRAD B ERENS
110 NORTH WACKER DRIVE, SUITE 4800
CHIACGO, IL 60606
bberens@joneday.com

**VIA ELECTRONIC MAIL**

US DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN BETHANY R THERIOT
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875
bethany.theriot@usdoj.gov

**VIA ELECTRONIC MAIL**

ROSS FELLER CASEY, LLP
ATTN BRIAN J MCCORMICK, JR
ONE LIBERTY PLACE
1650 MARKET ST, 34TH FLOOR
PHILADELPHIA, PA 19103
bmccormick@rossfellercasey.com

**VIA ELECTRONIC MAIL**

GREENBERG TRAURIG, LLP
(COUNSEL TO BAUSCH HEALTH US, LLC)
ATTN ALAN J BRODY, ESQ
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932
brodya@gtlaw.com

**VIA ELECTRONIC MAIL**

LAW FIRM OF BRIAN W HOFMEISTER
(COUNSEL TO KELLIE BREWER)
ATTN BRIAN W HOFMEISTER, ESQ
3131 PRINCETON PIKE, BUILDING 5, SUITE 110
LAWRENCEVILLE, NJ 08648
bwh@hofmeisterfirm.com

**VIA ELECTRONIC MAIL**

ARNOLD & ITKIN LLP
KURT ARNOLD, CAJ BOATRIGHT,
ROLAND CHRISTENSEN & JASON ITKIN
6009 MEMORIAL DRIVE
HOUSTON, TX 77007
CBOATRIGHT@ARNOLDITKIN.COM;
CHRISTENSEN@ARNOLDITKIN.COM;
JITKIN@ARNOLDITKIN.COM

**VIA ELECTRONIC MAIL**

BEASLEY ALLEN LAW FIRM
CHARLIE STERN
218 COMMERCE ST
MONTGOMERY, AL 36104
CHARLIE.STERN@BEASLEYALLEN.COM

**VIA ELECTRONIC MAIL**

MILLER FIRM, LLC
ATTN CURTIS G HOKE
108 RAILROAD AVE
ORANGE, VA 22960
CHOKE@MILLERMILLER.COM

**VIA ELECTRONIC MAIL**

CLYDE & CO US LLP
(COUNSEL TO THE CONTINENTAL INSURANCE COMPANY)
ATTN CLINTON E CAMERON & MEGHAN DALTON
55 WEST MONROE STREET, SUITE 3000
CHICAGO, IL 60603
clinton.cameron@clydeco.us; meghan.dalton@clydeco.us

**VIA ELECTRONIC MAIL**

NAPOLI SHKOLNIK PLLC
JAMES HEISMAN, CHRISTOPHER LOPALO
360 LEXINGTON AVE
NEW YORK, NY 10017
CLOPALO@NAPOLIBERN.COM;
JHEISMAN@NAPOLILAW.COM

**VIA ELECTRONIC MAIL**

COHEN, PLACITELLA & ROTH PC
(COUNSEL TO CATHERINE FORBES)
ATTN CHRISTOPHER M PLACITELLA ESQ
127 MAPLE AVENUE
RED BANK, NJ 07701
cplacitella@cprlaw.com

**VIA ELECTRONIC MAIL**

LEVIN PAPANTONIO RAFFERTY
(COUNSEL TO WILLIAM HENRY ESTATE REP OF DEBRA HENRY - OCTC)
ATTN CHRISTOPHER TISI
316 S BAYLEN ST, STE 600
PENSACOLA, FL 32502
ctisi@levinlaw.com

**VIA ELECTRONIC MAIL**

BALLARD SPAHR LLP
(COUNSEL TO ALBERTSONS COMPANIES, INC)
ATTN TOBEY M DALUZ, LESLIE C HEILMAN, LAUREL D ROGLEN & MARGARET A VESPER
919 N MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801-3034
daluzt@ballardspahr.com; heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com

**VIA ELECTRONIC MAIL**

REED SMITH LLP
(COUNSEL TO CYPRUS MINES CORPORATION)
ATTN DEREK J BAKER
506 CARNEGIE CENTER, SUITE 300
PRINCETON, NJ 08543
dbaker@reedsmith.com

**VIA ELECTRONIC MAIL**

DAVID CHRISTIAN ATTORNEYS LLC
(COUNSEL TO THE CONTINENTAL INSURANCE COMPANY)
ATTN DAVID CHRISTIAN, ESQ
105 W MADISON ST., SUITE 1400
CHICAGO, IL 60602
dchristian@dca.law

**VIA ELECTRONIC MAIL**

GENOVA BURNS LLC
(LOCAL COUNSEL TO OFFICIAL COMMITTEE OF CERTAIN TALC CLAIMANTS)
ATTN: DONALD W. CLARKE
494 BROAD STREET
NEWARK, NJ 07102
dclarke@genovaburns.com

**VIA ELECTRONIC MAIL**

MOTLEY RICE LLC
(COUNSEL TO VARIOUS TALC CLAIMANTS; SUE SOMMER-KRESSE - OCTC)
ATTN DANIEL R LAPINSKI
210 LAKE DRIVE EAST, SUITE 101
CHERRY HILL, NJ 08002
dlapinski@motleyrice.com

**VIA ELECTRONIC MAIL**

BROWN RUDNICK LLP
(COUNSEL TO THE AD HOC COMMITTEE OF CERTAIN TALC CLAIMANTS)
ATTN DAVID J MOLTON, MICHAEL S WINOGRAD, SUSAN SIEGER-GRIMM & KENNETH J AULET
SEVEN TIMES SQUARE
NEW YORK, NY 10036
dmolton@brownrudnick.com; mwinograd@brownrudnick.com;
ssieger-grimm@brownrudnick.com; kaulet@brownrudnick.com

**VIA ELECTRONIC MAIL**

MCDONALD WORLEY
DON WORLEY
1770 ST. JAMES PLACE, STE 100
HOUSTON, TX 77056
DON@MCDONALDWORLEY.COM

**VIA ELECTRONIC MAIL**

GENOVA BURNS LLC
(LOCAL COUNSEL TO THE OFFICIAL COMMITTEE
OF CERTAIN TALC CLAIMANTS)
ATTN DANIEL M STOLZ, DONALD W CLARK & GREGORY
KINOIAN
110 ALLEN RD, STE 304
BASKING RIDGE, NJ 07920
dstolz@genovaburns.com; dclarke@genovaburns.com;
gkinoian@genovaburns.com

**VIA ELECTRONIC MAIL**

HILL CARTER FRANCO COLE & BLACK PC
(COUNSEL TO BCBS OF MASSACHUSETTS - OCTC)
ATTN ELIZABETH CARTER
425 PERRY STREET
MONTGOMERY, AL 36104
ecarter@hillhillcarter.com

**VIA ELECTRONIC MAIL**

JOHNSON & JOHNSON
ATTN ERIC HAAS, ESQ &
ANDREW WHITE, ESQ
1 JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933
ehaas8@its.jnj.com; awhite23@its.jnj.com

**VIA ELECTRONIC MAIL**

MENDES & MOUNT LLP
(COUNSEL TO THE NEW JERSEY COVERAGE ACTION
PLAINTIFF INSURERS)
ATTN EILEEN T MCCABE, STEPHEN T ROBERTS
750 SEVENTH AVENUE
NEW YORK, NY 10019
eileen.mccabe@mendes.com; stephen.roberts@mendes.com

**VIA ELECTRONIC MAIL**

KARST VON OISTE LLP
(COUNSEL TO TONYA WHETSEL AS ESTATE REP OF
BRANDON WHETSEL - OCTC)
ATTN ERIK KARST
23923 GOSLING RD, STE A
SPRING, TX 77389
epk@karstvonoiste.com

**VIA ELECTRONIC MAIL**

WOMBLE BOND DICKINSON (US) LLP
(COUNSEL TO THE AD HOC COMMITTEE OF STATES
HOLDING
CONSUMER PROTECTION CLAIMS)
ATTN ERICKA F. JOHNSON & LISA BITTLE TANCREDI
1313 NORTH MARKET STREET, SUITE 1200
WILMINGTON, DE 19801
Ericka.Johnson@wbd-us.com; Lisa.Tancredi@wbd-us.com

**VIA ELECTRONIC MAIL**

TRAMMELL PC
FLETCHER V. TRAMMELL
3262 WESTHEIMER RD., STE 423
HOUSTON, TX 77098
FLETCH@TRAMMELLPC.COM

**VIA ELECTRONIC MAIL**

JONES DAY
(PROPOSED COUNSEL TO DEBTOR'S)
ATTN: GREGORY M GORDON, DAN B PIETRO & AMANDA
S
RUSH
2727 N HARWOOD STREET
DALLAS, TX 75201
gmgordon@jonesday.com; dpietro@jonesday.com;
asrush@jonesday.com

**VIA ELECTRONIC MAIL**

RUEB STOLLER DANIEL, LLP
GREGORY D. RUEB
1990 N. CALIFORNIA BLVD.
8TH FLOOR
WALNUT CREEK, CA 94596
GREG@LAWRSD.COM

**VIA ELECTRONIC MAIL**

GERTLER LAW FIRM
(COUNSEL TO VARIOUS CLAIMANTS)
ATTN HELEN H BABIN
935 GRAVIER STREET, SUITE 1900
NEW ORLEANS, LA 70112
hbabin@gertlerfirm.com

**VIA ELECTRONIC MAIL**

LINVILLE LAW GROUP
1932 N DRUID HILLS RD NE, STE 200
GANDHI, VINITA
ATLANTA, GA 30319
info@linvillelawgroup.com; info@linvillefirm.com

**VIA ELECTRONIC MAIL**

SAIBER LLC
(COUNSEL TO VARIOUS TALC CLAIMANTS)
ATTN: JOHN M. AUGUST, ESQ.
18 COLUMBIA TURNPIKE, SUITE 200
FLORHAM PARK, NJ 07932
jaugust@saiber.com

**VIA ELECTRONIC MAIL**

LEVY KONIGSBERG, LLP
(COUNSEL TO PAUL CROUCH & RANDY DEROUEN)
ATTN JEROME H BLOCK, ESQ
605 THIRD AVENUE, 33RD FLOOR
NEW YORK, NY 10158
jblock@levylaw.com

**VIA ELECTRONIC MAIL**

LIAKOS LAW
955 DEEP VALLEY DR
SUITE 3900
JENN LIAKOS
PALOS VERDES PENINSULA, CA 90274
JENN@JENNLIAKOSLAW.COM

**VIA ELECTRONIC MAIL**

WHITE & CASE LLP
(COUNSEL TO J & J, J & J CONSUMER INC)
ATTN JESSICA C LAURIA, GLENN M KURTZ,
R PASIANOTTO & GREGORY STARNER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1095
JESSICA.LAURIA@WHITECASE.COM;
GKURTZ@WHITECASE.COM;
RICARDO.PASIANOTTO@WHITECASE.COM;
GSTARNER@WHITECASE.COM

**VIA ELECTRONIC MAIL**

FERRER, POIROT & WANSBROUGH
JESSE FERRER & CHRISTINA FELLER
2603 OAK LAWN AVE. #300
DALLAS, TX 75219
JFERRER@LAWYERWORKS.COM;
CFELLER@LAWYERWORKS.COM

**VIA ELECTRONIC MAIL**

BROWN RUDNICK LLP
(CO- COUNSEL TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS)
ATTN JEFFREY L JONAS, SUNNI P BEVILLE & ERIC R GOODMAN
ONE FINANCIAL CENTER
BOSTON, MA 02111
jjonas@brownrudnick.com; sbeville@brownrudnick.com;
egoodman@brownrudnick.com

**VIA ELECTRONIC MAIL**

DUANE MORRIS LLP
(COUNSEL FOR ATLANTA INTL INSURANCE CO, ET AL)
ATTN JEFF D KAHANE, ESQ; RUSSELL W ROTTEN, ESQ;
ANDREW E MINA, ESQ, NATHAN REINHARDT, ESQ
865 S FIGUEROA ST, STE 3100
LOS ANGELES, CA 90017-5450
JKAHANE@DUANEMORRIS.COM;
RWROTEN@DUANEMORRIS.COM;
AMINA@DUANEMORRIS.COM;
NREINHARDT@DUANEMORRIS.COM

**VIA ELECTRONIC MAIL**

LTL MANAGEMENT LLC
ATTN: JOHN K KIM
501 GEORGE STREET
NEW BRUNSWICK, NJ 08933
jkim8@its.jnj.com

**VIA ELECTRONIC MAIL**

WOLLMUTH MAHER & DEUTSCH LLP
(PROPOSED LOCAL COUNSEL TO DEBTOR'S)
ATTN JAMES N LAWLOR
90 WASHINGTON VALLEY ROAD
BEDMINISTER, NJ 07921
jlawlor@wmd-law.com

Case 23-12825-MBK    Doc 972    Filed 06/30/23    Entered 06/30/23 21:16:17    Desc Main
Document    Page 9 of 14


**VIA ELECTRONIC MAIL**

GIMIGLIANO MAURIELLO & MALONEY
(COUNSEL TO TRAVELERS)
ATTN JOHN MALONEY, STEPHEN V GIMIGLIANO & ROBIN RABINOWITZ
PO BOX 1449
MORRISTOWN, NJ 07962-1449
jmaloney@lawgmm.com; sgimigliano@lawgmm.com; rrabinowitz@lawgmm.com

**VIA ELECTRONIC MAIL**

MASSEY & GAIL LLP
(CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF TALC CLAIMANTS)
ATTN JONATHAN S MASSEY & RACHEL S MORSE
1000 MAINE AVE. SW, SUITE 450
WASHINGTON, DC 20024
jmassey@masseygail.com; rmorse@masseygail.com

**VIA ELECTRONIC MAIL**

US DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN J ZACHARY BALASKO
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875
john.z.balasko@usdoj.gov

**VIA ELECTRONIC MAIL**

THE SHAPIRO LAW FIRM
(COUNSEL TO EMPLOYERS INSURANCE COMPANY OF WAUSAU AND NATIONAL CASUALTY COMPANY)
ATTN JANET A SHAPIRO
325 N MAPLE DRIVE #15186
BEVERLY HILLS, CA 90209
jshapiro@shapirolawfirm.com

**VIA ELECTRONIC MAIL**

PASHMAN STEIN WALDER HAYDEN, P.C.
(COUNSEL TO VARIOUS TALC CLAIMANTS)
ATTN JOHN W WEISS
101 CRAWFORDS CORNER RD, STE 4202
HOLMDEL, NJ 07733
jweiss@pashmanstein.com

**VIA ELECTRONIC MAIL**

CLYDE & CO US LLP
(COUNSEL TO THE CONTINENTAL INSURANCE COMPANY)
ATTN KONRAD R KREBS
340 MT KEMBLE AVE, SUITE 300
MORRISTOWN, NJ 07960
konrad.krebs@clydeco.us

**VIA ELECTRONIC MAIL**

PAUL HASTINGS LLP
(COUNSEL TO THE AD HOC GROUP OF SUPPORTING COUNSEL)
ATTN KRIS HANSEN
200 PARK AVENUE
NEW YORK, NY 10166
krishansen@paulhastings.com

**VIA ELECTRONIC MAIL**

LOWENSTEIN SANDLER LLP
(COUNSEL TO JOHNSON & JOHNSON)
ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR
ONE LOWENSTEIN DR
ROSELAND, NJ 07068
KROSEN@LOWENSTEIN.COM;
MSEYMOUR@LOWENSTEIN.COM

**VIA ELECTRONIC MAIL**

OFFICE OF THE US TRUSTEE
ATTN LAUREN BIELSKIE & JEFFREY M. SPONDER
ONE NEWARK CENTER, STE 2100
NEWARK, NJ 07102
LAUREN.BIELSKIE@USDOJ.GOV;
JEFFREY.M.SPONDER@USDOJ.GOV

**VIA ELECTRONIC MAIL**

WEITZ & LUXENBERG, PC
(COUNSEL TO SHAWN V. JOHNSON)
ATTN LISA NATHANSON BUSCH
700 BROADWAY
NEW YORK, NY 10003
lbusch@weitzlux.com

**VIA ELECTRONIC MAIL**

BEASLEY ALLEN LAW FIRM
(COUNSEL TO ALISHIA LANDRUM - OCTC)
ATTN LEIGH O'DELL
PO BOX 4160
MONTGOMERY, AL 36103
leigh.odell@beasleyallen.com

**VIA ELECTRONIC MAIL**

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO ARNOLD & ITKIN PLAINTIFFS)
ATTN LAURA DAVIS JONES, COLIN R ROBINSON
PETER J KEANE
919 N MARKET STREET, 17TH FL
WILMINGTON, DE 19801
ljones@pszjlaw.com; crobinson@pszjlaw.com;
pkeane@pszjlaw.com

**VIA ELECTRONIC MAIL**

SIMON GREENSTONE PANATIER PC
(COUNSEL TO VARIOUS TALC CLAIMANTS)
ATTN LEAH C KAGAN, ESQ.
1201 ELM STREET, SUITE 3400
DALLAS, TX 75270
lkagan@sgptrial.com

**VIA ELECTRONIC MAIL**

TRIF & MODUGNO, LLC
(COUNSEL TO NEW JERSEY COVERAGE ACTION
PLAINTIFF
INSURERS)
ATTN LOUIS A MODUGNO
89 HEADQUARTERS PLAZA
NORTH TOWER, SUITE 1201
MORRISTOWN, NJ 07960
lmodugno@tm-firm.com

**VIA ELECTRONIC MAIL**

PARKINS & RUBIO LLP
(COUNSEL TO THE AD HOC GROUP OF SUPPORTING
COUNSEL)
ATTN LENARD M PARKINS & CHARLES M RUBIO
700 MILAM, SUITE 1300
HOUSTON, TX 77002
lparkins@parkinsrubio.com; crubio@parkinsrubio.com

**VIA ELECTRONIC MAIL**

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC
MARY PUTNICK & DANIEL THORNBURGH
17 EAST MAIN ST., STE 200
PO BOX 12630
PENSACOLA, FL 32502
MARYBETH@PUTNICKLEGAL.COM;
DTHORNBURGH@AWKOLAW.COM

**VIA ELECTRONIC MAIL**

PAUL HASTINGS LLP
(COUNSEL TO THE AD HOC GROUP OF SUPPORTING
COUNSEL)
ATTN MATTHEW M MURPHY & MATTHEW MICHELI
71 SOUTH WACKER DRIVE, SUITE 4500
CHICAGO, IL 60606
mattmurphy@paulhastings.com; mattmicheli@paulhastings.com

**VIA ELECTRONIC MAIL**

WATTS GUERRA LLP
MIKAL WATTS
4 DOMINION DR., BLD 3, STE 100
SAN ANTONIO, TX 78257
MCWATTS@WATTSGUERRA.COM

**VIA ELECTRONIC MAIL**

RAWLINGS & ASSOCIATES
(COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC)
ATTN MARK D FISCHER, ESQ & ROBERT C GRIFFITHS
1 EDEN PARKWAY
LA GRANGE, KY 40031
mdf@rawlingsandassociates.com; rcg@rawlingsandassociates.com

**VIA ELECTRONIC MAIL**

WALSH PIZZI O'REILLY FALANGA
(PROPOSED COUNSEL TO RANDI S ELLIS, FTCR)
ATTN MARK FALK
THREE GATEWAY CENTER
100 MULBERRY ST, 15TH FL
NEWARK, NJ 07102
mfalk@walsh.law

## VIA ELECTRONIC MAIL

SANDERS, PHILLIPS, GROSSMAN, LLC
MARC GROSSMAN
100 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
MGROSSMAN@THESANDERSFIRM.COM

## VIA ELECTRONIC MAIL

WHITE & CASE LLP
(COUNSEL TO J & J, J & J CONSUMER INC)
ATTN MATTHEW E LINDER & LAURA E BACCASH
111 SOUTH WACKER DR, STE 5100
CHICAGO, IL 60606-4302
MLINDER@WHITECASE.COM;
LAURA.BACCASH@WHITECASE.COM

## VIA ELECTRONIC MAIL

LEVY KONIGSBERG, LLP
(COUNSEL TO SEVERAL TALC CLAIMANTS; RANDY DEROUEN
& PAUL CROUCH)
ATTN MOSHE MAIMON
605 THIRD AVENUE, 33RD FLOOR
NEW YORK, NY 10158
mmaimon@levylaw.com

## VIA ELECTRONIC MAIL

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
(COUNSEL TO VARIOUS CLAIMANTS)
ATTN: MITCHELL MALZBERG, ESQ.
PO BOX 5122
CLINTON, NJ 08809
mmalzberg@mjmalzberglaw.com

## VIA ELECTRONIC MAIL

NACHAWATI LAW GROUP
MAJED NACHAWATI
5489 BLAIR RD
DALLAS, TX 75231
MN@NTRIAL.COM

## VIA ELECTRONIC MAIL

ASHCRAFT & GEREL, LLP
(COUNSEL TO REBECCA LOVE - OCTC)
ATTN MICHELLE PARFITT
1825 K STREET, NW, STE 7000
WASHINGTON, DC 20006
mparfitt@ashcraftlaw.com

## VIA ELECTRONIC MAIL

CROWELL & MORING LLP
(COUNSEL TO ALLIANZ & CENTURY INSURERS)
ATTN MARK D PLEVIN
THREE EMBARCADERO CENTER, 26TH FL
SAN FRANCISCO, CA 94111
mplevin@crowell.com

## VIA ELECTRONIC MAIL

ROBINSON CALCAGNIE, INC.
(COUNSEL TO APRIL FAIR - OCTC)
ATTN MARK ROBINSON, JR
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH, CA 92660
MROBINSON@ROBINSONFIRM.COM

## VIA ELECTRONIC MAIL

WHITE & CASE LLP
(COUNSEL TO J & J, J & J CONSUMER INC)
ATTN MICHAEL C SHEPHERD & LAURA FEMINO
200 SOUTH BISCAYNE BLVD, STE 4900
MIAMI, FL 33131-2352
MSHEPHERD@WHITECASE.COM;
LAURA.FEMINO@WHITECASE.COM

## VIA ELECTRONIC MAIL

COLE SCHOTZ PC
(COUNSEL TO AD HOC GROUP OF SUPPORTING COUNSEL)
ATTN: MICHAEL D SIROTA; WARREN A USATINE; SETH VAN AALTEN; JUSTIN ALBERTO
COURT PLAZA NORTH
25 MAIN STREET
PO BOX 800
HACKENSACK, NJ 07602-0800
msirota@coleschotz.com; wusatine@coleschotz.com;
svanaalten@coleschotz.com; jalberto@coleschotz.com

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br><br>ONDERLAW, LLC<br>JAMES ONDER<br>110 EAST LOCKWOOD, 2ND FL<br>ST. LOUIS, MO 63119<br>ONDER@ONDERLAW.COM | **VIA ELECTRONIC MAIL**<br><br>WOLLMUTH MAHER & DEUTSCH LLP<br>(PROPOSED LOCAL COUNSEL TO DEBTOR'S)<br>ATTN PAUL R DEFILIPPO, JOSPEH F PACELLI & JAMES N LAWLOR<br>500 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10110<br>pdefilippo@wmd-law.com; jpacelli@wmd-law.com; jlawlor@wmd-law.com |
| **VIA ELECTRONIC MAIL**<br><br>DUANE MORRIS LLP<br>(COUNSEL TO REPUBLIC INDEMNITY COMPANY OF AMERICA)<br>ATTN PHILIP R MATTHEWS, ESQ.<br>SPEAR TOWER<br>ONE MARKET PLAZA, SUITE 2200<br>SAN FRANCISCO, CA 94105-1127<br>prmatthews@duanemorris.com | **VIA ELECTRONIC MAIL**<br><br>WEITZ & LUXENBERG, PC<br>(COUNSEL TO PATRICIA COOK - OCTC)<br>ATTN PERRY WEITZ & LISA NATHANSON BUSCH<br>700 BROADWAY<br>NEW YORK, NY 10003<br>pw@weitzlux.com; lbusch@weitzlux.com |
| **VIA ELECTRONIC MAIL**<br><br>RANDI S ELLIS LLC<br>(FUTURE TALC CLAIMANTS REPRESENTATIVE)<br>ATTN: RANDI S ELLIS<br>5757 INDIAN CIRCLE<br>HOUSTON, TX 77057<br>randi@randiellis.com | **VIA ELECTRONIC MAIL**<br><br>WISNER BAUM<br>10940 WILSHIRE BLVD, STE 1600<br>WISNER, ROBERT BRENT<br>LOS ANGELES, CA 90024<br>rbwisner@wisnerbaum.com |
| **VIA ELECTRONIC MAIL**<br><br>LEX NOVA LAW LLC<br>(COUNSEL TO GIOVANNI SOSA & EVAN PLOTKIN)<br>ATTN E RICHARD DRESSEL, ESQ<br>10 E STOW ROAD, SUITE 250<br>MARLTON, NJ 08053<br>rdressel@lexnovalaw.com | **VIA ELECTRONIC MAIL**<br><br>GOLOMB SPIRT GRUNFELD<br>(COUNSEL TO BRANDI CARL - OCTC)<br>ATTN RICHARD GOLOMB<br>1835 MARKET ST, STE 2900<br>PHILADELPHIA, PA 19103<br>rgolomb@golomblegal.com |
| **VIA ELECTRONIC MAIL**<br><br>OTTERBOURG P.C.<br>(CO-COUNSEL TO OFF COMMITTEE OF TALC CLAIMANTS)<br>ATTN RICHARD G HADDAD & ADAM C SILVERSTEIN<br>230 PARK AVE<br>NEW YORK, NY 10169<br>rhaddad@otterbourg.com; asilverstein@otterbourg.com | **VIA ELECTRONIC MAIL**<br><br>GIBBONS P.C.<br>(COUNSEL TO MISSISSIPPI & NEW MEXICO ATTORNEY GENERAL)<br>ATTN ROBERT K MALONE & KYLE P MCEVILLY<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102-5310<br>rmalone@gibbonslaw.com; kmcevilly@gibbonslaw.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br><br>KTBS LAW LLP<br>(COUNSEL TO AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC)<br>ATTN ROBERT J PFISTER, ESQ., NIR MOAZ, ESQ.,<br>MICHAEL L. TUCHIN, ESQ. & SAMUEL M. KIDDER, ESQ.<br>1801 CENTURY PARK EAST, 26TH FLOOR<br>LOS ANGELES, CA 90067<br>rpfister@ktbslaw.com; nmaoz@ktbslaw.com;<br>mtuchin@ktbslaw.com; skidder@ktbslaw.com | **VIA ELECTRONIC MAIL**<br><br>CHILDERS, SCHLUETER & SMITH LLC<br>RICHARD SCHLUETER<br>1932 N DRUID HILLS RD., STE. 100<br>ATLANTA, GA 30319<br>RSCHLUETER@CSSFIRM.COM |
| **VIA ELECTRONIC MAIL**<br><br>VINSON & ELKINS LLP<br>(COUNSEL TO CAMC)<br>ATTN STEVEN M ABRAMOWITZ<br>1114 AVE OF THE AMERICAS, 32ND FL<br>NEW YORK, NY 10036<br>sabramowitz@velaw.com | **VIA ELECTRONIC MAIL**<br><br>KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, PLC<br>(COUNSEL TO KRISTIE DOYLE ESTATE REP OF<br>DAN DOYLE - OCTC)<br>ATTN STEVEN KAZAN<br>55 HARRISON ST, STE 400<br>OAKLAND, CA 94607<br>skazan@kazanlaw.com |
| **VIA ELECTRONIC MAIL**<br><br>DUANE MORRIS LLP<br>(COUNSEL TO NEW JERSEY COVERAGE ACTION PLAINTIFF-<br>INSURERS & REPUBLIC)<br>ATTN SOMMER L ROSS, ESQ<br>1940 ROUTE 70 EAST, SUITE 100<br>CHERRY HILL, NJ 08003-2171<br>slross@duanemorris.com | **VIA ELECTRONIC MAIL**<br><br>ARCHER & GREINER, P.C.<br>(COUNSEL TO ROGER FRANKEL AS FCR IN CYPRESS MINES<br>CHAPTER 11 CASE)<br>ATTN: STEPHEN M. PACKMAN<br>1025 LAUREL OAK RD<br>VOORHEES, NJ 08043<br>spackman@archerlaw.com |
| **VIA ELECTRONIC MAIL**<br><br>MCMANIMON SCOTLAND & BAUMANN, LLC<br>(COUNSEL TO CLAIMANTS REPRESENTED BY BARNES LAW<br>GROUP LLC)<br>ATTN ANTHONY SODONO, III & SARI B PLACONA<br>75 LIVINGSTON AVENUE, STE 201<br>ROSELAND, NJ 07068<br>splacona@msbnj.com; asodono@msbnj.com | **VIA ELECTRONIC MAIL**<br><br>MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC<br>(COUNSEL TO KATHERINE TOLLEFSON)<br>ATTN SUZANNE M RATCLIFFE & CLAYTON L THOMPSON<br>150 WEST 30TH STREET, SUITE 201<br>NEW YORK, NY 10001<br>sratcliffe@mrhfmlaw.com; cthompson@mrhfmlaw.com |
| **VIA ELECTRONIC MAIL**<br><br>CROWELL & MORING LLP<br>(COUNSEL TO ALLIANZ & CENTURY INSURERS)<br>ATTN TACIE H YOON<br>1001 PENNSYLVANIA AVE., N.W.<br>WASHINGTON, DC 20004<br>tyoon@crowell.com | |

Case 23-12825-MBK    Doc 972    Filed 06/30/23    Entered 06/30/23 21:16:17    Desc Main
Document    Page 14 of 14

| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
|---|---|
| GEOFFREY B GOMPERS, PC<br>ATTN GEOFFREY B GOMPERS<br>1515 MARKET STREET, SUITE 1650<br>PHILADELPHIA, PA 19102 | JONES WALKER LLP<br>ATTN GARY RUSSO<br>SUITE 1600, 600 JEFFERSON STREET<br>LAFAYETTE, LA 70501 |
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| RESOLUTIONS, LLC<br>ATTN ERIC D GREEN<br>30 MONUMENT SQUARE, SUITE 245<br>CONCORD, MA 01742 | SLATER SLATER SCHULMAN<br>ATTN: SLATER, ADAM<br>445 BROADHOLLOW RD, STE 419<br>MELVILLE, NY 11747 |