# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| LTL Management, LLC., | Case No. 23-12825 (MBK) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Larry Taylor, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On June 12th, 2023, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the methods indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 06/12/2023 | 758 | Objection to Motion to Terminate the Debtor's Exclusive Period (related document:702 Motion re: Terminate the Debtor's Exclusive Period Pursuant to 11 U.S.C. Section 1121(d)(1) Filed by Daniel Stolz on behalf of Official Committee of Talc Claimants. (Attachments: # 1 Application of the Official Committee of Talc Claimants to Terminate the Debtor's Exclusive Period Pursuant to 11 U.S.C. Section 1121(d)(1) # 2 Exhibit A- proposed Order Granting Motion of the Official Committee of Talc Claimants to Terminate the Debtor's Exclusive Period Pursuant to 11 U.S.C. Section 1121(d)(1)) filed by Creditor Committee Official Committee of Talc Claimants) filed by Michael D. Sirota on behalf of Ad Hoc Group of Supporting Counsel. (Sirota, Michael) (Entered: 06/12/2023) |

X _____
Larry Taylor

Dated: June 30th, 2023
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 30th day of June 2023, by Larry Taylor, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

DAVID TYLER KITTO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 6, 2023

# EXHIBIT A

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br><br>PULASKI KHERKHER PLLC<br>ADAM PULASKI<br>2925 RICHMOND AVE, STE 1725<br>HOUSTON, TX 77098<br>ADAM@PULASKILAWFIRM.COM | **VIA ELECTRONIC MAIL**<br><br>SIMPSON THACHER & BARTLETT LLP<br>(COUNSEL TO TRAVELERS CASUALTY AND SURETY COMPANY F/K/A THE AETNA CASUALTY AND SURETY CO)<br>ATTN ANDREW T FRANKEL<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017<br>afrankel@stblaw.com |
| **VIA ELECTRONIC MAIL**<br><br>HALPERIN BATTAGLIA BENZIJA, LLP<br>(COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC)<br>ATTN ALAN D HAPERIN, ESQ, DONNA H LIEBERMAN, ESQ<br>40 WALL STREET, 37TH FLOOR<br>NEW YORK, NY 10005<br>ahalperin@halperinlaw.net; dlieberman@halperinlaw.net | **VIA ELECTRONIC MAIL**<br><br>THE KELLY FIRM, P.C.<br>(COUNSEL TO BCBS OF MASSACHUSETTS)<br>ATTN: ANDREW J. KELLY<br>1011 HIGHWAY 71, SUITE 200<br>SPRING LAKE, NJ 07762<br>AKELLY@KBTLAW.COM |
| **VIA ELECTRONIC MAIL**<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(PROPOSED SPECIAL COUNSEL)<br>ATTN ALLISON M BROWN, ESQ.<br>ONE MANHATTAN WEST<br>NEW YORK, NY 10001<br>allison.brown@skadden.com | **VIA ELECTRONIC MAIL**<br><br>ANDRES PEREIRA LAW FIRM<br>14709 CUSTER COURT<br>ANDRES PEREIRA<br>AUSTIN, TX 78734<br>apereira@andrespereirapc.com |
| **VIA ELECTRONIC MAIL**<br><br>CROWELL & MORING LLP<br>(COUNSEL TO ALLIANZ & CENTURY INSURERS)<br>ATTN ARLEN PYENSON<br>590 MADISON AVENUE, 20TH FLOOR<br>NEW YORK, NY 10022-2524<br>apyenson@crowell.com | **VIA ELECTRONIC MAIL**<br><br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>(COUNSEL TO DISANTO CANADIAN CLASS ACTION CREDITORS)<br>ATTN ALLEN J UNDERWOOD II, ESQ.<br>570 BROAD STREET, SUITE 1201<br>NEWARK, NJ 07102<br>aunderwood@litedepalma.com |
| **VIA ELECTRONIC MAIL**<br><br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>(COUNSEL TO THE STATE OF TEXAS)<br>ATTN AUTUMN D HIGHSMITH, RACHEL R OBALDO<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br>autumn.highsmith@oag.texas.gov; rachel.obaldo@oag.texas.gov | **VIA ELECTRONIC MAIL**<br><br>WAGSTAFF LAW FIRM<br>AIMEE WAGSTAFF<br>940 N. LINCOLN ST<br>DENVER, CO 80203<br>AWAGSTAFF@WAGSTAFFLAWFIRM.COM |

**VIA ELECTRONIC MAIL**

JOHNSON LAW GROUP
BLAKE TANASE, BASIL ADHAM
2925 RICHMOND AVE., STE 1700
HOUSTON, TX 77098
BADHAM@JOHNSONLAWGROUP.COM

**VIA ELECTRONIC MAIL**

JONES DAY
(PROPOSED COUNSEL TO DEBTOR'S)
ATTN BRAD B ERENS
110 NORTH WACKER DRIVE, SUITE 4800
CHIACGO, IL 60606
bberens@joneday.com

**VIA ELECTRONIC MAIL**

US DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN BETHANY R THERIOT
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875
bethany.theriot@usdoj.gov

**VIA ELECTRONIC MAIL**

ROSS FELLER CASEY, LLP
ATTN BRIAN J MCCORMICK, JR
ONE LIBERTY PLACE
1650 MARKET ST, 34TH FLOOR
PHILADELPHIA, PA 19103
bmccormick@rossfellercasey.com

**VIA ELECTRONIC MAIL**

GREENBERG TRAURIG, LLP
(COUNSEL TO BAUSCH HEALTH US, LLC)
ATTN ALAN J BRODY, ESQ
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932
brodya@gtlaw.com

**VIA ELECTRONIC MAIL**

LAW FIRM OF BRIAN W HOFMEISTER
(COUNSEL TO KELLIE BREWER)
ATTN BRIAN W HOFMEISTER, ESQ
3131 PRINCETON PIKE, BUILDING 5, SUITE 110
LAWRENCEVILLE, NJ 08648
bwh@hofmeisterfirm.com

**VIA ELECTRONIC MAIL**

ARNOLD & ITKIN LLP
KURT ARNOLD, CAJ BOATRIGHT,
ROLAND CHRISTENSEN & JASON ITKIN
6009 MEMORIAL DRIVE
HOUSTON, TX 77007
CBOATRIGHT@ARNOLDITKIN.COM;
CHRISTENSEN@ARNOLDITKIN.COM;
JITKIN@ARNOLDITKIN.COM

**VIA ELECTRONIC MAIL**

BEASLEY ALLEN LAW FIRM
CHARLIE STERN
218 COMMERCE ST
MONTGOMERY, AL 36104
CHARLIE.STERN@BEASLEYALLEN.COM

**VIA ELECTRONIC MAIL**

MILLER FIRM, LLC
ATTN CURTIS G HOKE
108 RAILROAD AVE
ORANGE, VA 22960
CHOKE@MILLERMILLER.COM

**VIA ELECTRONIC MAIL**

CLYDE & CO US LLP
(COUNSEL TO THE CONTINENTAL INSURANCE COMPANY)
ATTN CLINTON E CAMERON & MEGHAN DALTON
55 WEST MONROE STREET, SUITE 3000
CHICAGO, IL 60603
clinton.cameron@clydeco.us; meghan.dalton@clydeco.us

| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| NAPOLI SHKOLNIK PLLC<br>JAMES HEISMAN, CHRISTOPHER LOPALO<br>360 LEXINGTON AVE<br>NEW YORK, NY 10017<br>CLOPALO@NAPOLIBERN.COM;<br>JHEISMAN@NAPOLILAW.COM | COHEN, PLACITELLA & ROTH PC<br>(COUNSEL TO CATHERINE FORBES)<br>ATTN CHRISTOPHER M PLACITELLA ESQ<br>127 MAPLE AVENUE<br>RED BANK, NJ 07701<br>cplacitella@cprlaw.com |
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| LEVIN PAPANTONIO RAFFERTY<br>(COUNSEL TO WILLIAM HENRY ESTATE REP OF DEBRA HENRY - OCTC)<br>ATTN CHRISTOPHER TISI<br>316 S BAYLEN ST, STE 600<br>PENSACOLA, FL 32502<br>ctisi@levinlaw.com | BALLARD SPAHR LLP<br>(COUNSEL TO ALBERTSONS COMPANIES, INC)<br>ATTN TOBEY M DALUZ, LESLIE C HEILMAN, LAUREL D ROGLEN & MARGARET A VESPER<br>919 N MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801-3034<br>daluzt@ballardspahr.com; heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| REED SMITH LLP<br>(COUNSEL TO CYPRUS MINES CORPORATION)<br>ATTN DEREK J BAKER<br>506 CARNEGIE CENTER, SUITE 300<br>PRINCETON, NJ 08543<br>dbaker@reedsmith.com | DAVID CHRISTIAN ATTORNEYS LLC<br>(COUNSEL TO THE CONTINENTAL INSURANCE COMPANY)<br>ATTN DAVID CHRISTIAN, ESQ<br>105 W MADISON ST., SUITE 1400<br>CHICAGO, IL 60602<br>dchristian@dca.law |
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| GENOVA BURNS LLC<br>(LOCAL COUNSEL TO OFFICIAL COMMITTEE OF CERTAIN TALC CLAIMANTS)<br>ATTN: DONALD W. CLARKE<br>494 BROAD STREET<br>NEWARK, NJ 07102<br>dclarke@genovaburns.com | MOTLEY RICE LLC<br>(COUNSEL TO VARIOUS TALC CLAIMANTS; SUE SOMMER-KRESSE - OCTC)<br>ATTN DANIEL R LAPINSKI<br>210 LAKE DRIVE EAST, SUITE 101<br>CHERRY HILL, NJ 08002<br>dlapinski@motleyrice.com |
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| BROWN RUDNICK LLP<br>(COUNSEL TO THE AD HOC COMMITTEE OF CERTAIN TALC CLAIMANTS)<br>ATTN DAVID J MOLTON, MICHAEL S WINOGRAD, SUSAN SIEGER-GRIMM & KENNETH J AULET<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036<br>dmolton@brownrudnick.com; mwinograd@brownrudnick.com; ssieger-grimm@brownrudnick.com; kaulet@brownrudnick.com | MCDONALD WORLEY<br>DON WORLEY<br>1770 ST. JAMES PLACE, STE 100<br>HOUSTON, TX 77056<br>DON@MCDONALDWORLEY.COM |

**VIA ELECTRONIC MAIL**

GENOVA BURNS LLC
(LOCAL COUNSEL TO THE OFFICIAL COMMITTEE
OF CERTAIN TALC CLAIMANTS)
ATTN DANIEL M STOLZ, DONALD W CLARK & GREGORY
KINOIAN
110 ALLEN RD, STE 304
BASKING RIDGE, NJ 07920
dstolz@genovaburns.com; dclarke@genovaburns.com;
gkinoian@genovaburns.com

**VIA ELECTRONIC MAIL**

HILL CARTER FRANCO COLE & BLACK PC
(COUNSEL TO BCBS OF MASSACHUSETTS - OCTC)
ATTN ELIZABETH CARTER
425 PERRY STREET
MONTGOMERY, AL 36104
ecarter@hillhillcarter.com

**VIA ELECTRONIC MAIL**

JOHNSON & JOHNSON
ATTN ERIC HAAS, ESQ &
ANDREW WHITE, ESQ
1 JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933
ehaas8@its.jnj.com; awhite23@its.jnj.com

**VIA ELECTRONIC MAIL**

MENDES & MOUNT LLP
(COUNSEL TO THE NEW JERSEY COVERAGE ACTION
PLAINTIFF INSURERS)
ATTN EILEEN T MCCABE, STEPHEN T ROBERTS
750 SEVENTH AVENUE
NEW YORK, NY 10019
eileen.mccabe@mendes.com; stephen.roberts@mendes.com

**VIA ELECTRONIC MAIL**

KARST VON OISTE LLP
(COUNSEL TO TONYA WHETSEL AS ESTATE REP OF
BRANDON WHETSEL - OCTC)
ATTN ERIK KARST
23923 GOSLING RD, STE A
SPRING, TX 77389
epk@karstvonoiste.com

**VIA ELECTRONIC MAIL**

WOMBLE BOND DICKINSON (US) LLP
(COUNSEL TO THE AD HOC COMMITTEE OF STATES
HOLDING
CONSUMER PROTECTION CLAIMS)
ATTN ERICKA F. JOHNSON & LISA BITTLE TANCREDI
1313 NORTH MARKET STREET, SUITE 1200
WILMINGTON, DE 19801
Ericka.Johnson@wbd-us.com; Lisa.Tancredi@wbd-us.com

**VIA ELECTRONIC MAIL**

TRAMMELL PC
FLETCHER V. TRAMMELL
3262 WESTHEIMER RD., STE 423
HOUSTON, TX 77098
FLETCH@TRAMMELLPC.COM

**VIA ELECTRONIC MAIL**

JONES DAY
(PROPOSED COUNSEL TO DEBTOR'S)
ATTN: GREGORY M GORDON, DAN B PIETRO & AMANDA
S
RUSH
2727 N HARWOOD STREET
DALLAS, TX 75201
gmgordon@jonesday.com; dpietro@jonesday.com;
asrush@jonesday.com

**VIA ELECTRONIC MAIL**

RUEB STOLLER DANIEL, LLP
GREGORY D. RUEB
1990 N. CALIFORNIA BLVD.
8TH FLOOR
WALNUT CREEK, CA 94596
GREG@LAWRSD.COM

**VIA ELECTRONIC MAIL**

GERTLER LAW FIRM
(COUNSEL TO VARIOUS CLAIMANTS)
ATTN HELEN H BABIN
935 GRAVIER STREET, SUITE 1900
NEW ORLEANS, LA 70112
hbabin@gertlerfirm.com

**VIA ELECTRONIC MAIL**

LINVILLE LAW GROUP
1932 N DRUID HILLS RD NE, STE 200
GANDHI, VINITA
ATLANTA, GA 30319
info@linvillelawgroup.com; info@linvillefirm.com

**VIA ELECTRONIC MAIL**

SAIBER LLC
(COUNSEL TO VARIOUS TALC CLAIMANTS)
ATTN: JOHN M. AUGUST, ESQ.
18 COLUMBIA TURNPIKE, SUITE 200
FLORHAM PARK, NJ 07932
jaugust@saiber.com

**VIA ELECTRONIC MAIL**

LEVY KONIGSBERG, LLP
(COUNSEL TO PAUL CROUCH & RANDY DEROUEN)
ATTN JEROME H BLOCK, ESQ
605 THIRD AVENUE, 33RD FLOOR
NEW YORK, NY 10158
jblock@levylaw.com

**VIA ELECTRONIC MAIL**

LIAKOS LAW
955 DEEP VALLEY DR
SUITE 3900
JENN LIAKOS
PALOS VERDES PENINSULA, CA 90274
JENN@JENNLIAKOSLAW.COM

**VIA ELECTRONIC MAIL**

WHITE & CASE LLP
(COUNSEL TO J & J, J & J CONSUMER INC)
ATTN JESSICA C LAURIA, GLENN M KURTZ,
R PASIANOTTO & GREGORY STARNER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1095
JESSICA.LAURIA@WHITECASE.COM;
GKURTZ@WHITECASE.COM;
RICARDO.PASIANOTTO@WHITECASE.COM;
GSTARNER@WHITECASE.COM

**VIA ELECTRONIC MAIL**

FERRER, POIROT & WANSBROUGH
JESSE FERRER & CHRISTINA FELLER
2603 OAK LAWN AVE. #300
DALLAS, TX 75219
JFERRER@LAWYERWORKS.COM;
CFELLER@LAWYERWORKS.COM

**VIA ELECTRONIC MAIL**

BROWN RUDNICK LLP
(CO- COUNSEL TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS)
ATTN JEFFREY L JONAS, SUNNI P BEVILLE & ERIC R GOODMAN
ONE FINANCIAL CENTER
BOSTON, MA 02111
jjonas@brownrudnick.com; sbeville@brownrudnick.com;
egoodman@brownrudnick.com

**VIA ELECTRONIC MAIL**

DUANE MORRIS LLP
(COUNSEL FOR ATLANTA INTL INSURANCE CO, ET AL)
ATTN JEFF D KAHANE, ESQ; RUSSELL W ROTTEN, ESQ;
ANDREW E MINA, ESQ, NATHAN REINHARDT, ESQ
865 S FIGUEROA ST, STE 3100
LOS ANGELES, CA 90017-5450
JKAHANE@DUANEMORRIS.COM;
RWROTEN@DUANEMORRIS.COM;
AMINA@DUANEMORRIS.COM;
NREINHARDT@DUANEMORRIS.COM

**VIA ELECTRONIC MAIL**

LTL MANAGEMENT LLC
ATTN: JOHN K KIM
501 GEORGE STREET
NEW BRUNSWICK, NJ 08933
jkim8@its.jnj.com

**VIA ELECTRONIC MAIL**

WOLLMUTH MAHER & DEUTSCH LLP
(PROPOSED LOCAL COUNSEL TO DEBTOR'S)
ATTN JAMES N LAWLOR
90 WASHINGTON VALLEY ROAD
BEDMINISTER, NJ 07921
jlawlor@wmd-law.com

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br><br>GIMIGLIANO MAURIELLO & MALONEY<br>(COUNSEL TO TRAVELERS)<br>ATTN JOHN MALONEY, STEPHEN V GIMIGLIANO &<br>ROBIN<br>RABINOWITZ<br>PO BOX 1449<br>MORRISTOWN, NJ 07962-1449<br>jmaloney@lawgmm.com; sgimigliano@lawgmm.com;<br>rrabinowitz@lawgmm.com | **VIA ELECTRONIC MAIL**<br><br>MASSEY & GAIL LLP<br>(CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF TALC CLAIMANTS)<br>ATTN JONATHAN S MASSEY & RACHEL S MORSE<br>1000 MAINE AVE. SW, SUITE 450<br>WASHINGTON, DC 20024<br>jmassey@masseygail.com; rmorse@masseygail.com |
| **VIA ELECTRONIC MAIL**<br><br>US DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>ATTN J ZACHARY BALASKO<br>PO BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875<br>john.z.balasko@usdoj.gov | **VIA ELECTRONIC MAIL**<br><br>THE SHAPIRO LAW FIRM<br>(COUNSEL TO EMPLOYERS INSURANCE COMPANY OF WAUSAU AND NATIONAL CASUALTY COMPANY)<br>ATTN JANET A SHAPIRO<br>325 N MAPLE DRIVE #15186<br>BEVERLY HILLS, CA 90209<br>jshapiro@shapirolawfirm.com |
| **VIA ELECTRONIC MAIL**<br><br>PASHMAN STEIN WALDER HAYDEN, P.C.<br>(COUNSEL TO VARIOUS TALC CLAIMANTS)<br>ATTN JOHN W WEISS<br>101 CRAWFORDS CORNER RD, STE 4202<br>HOLMDEL, NJ 07733<br>jweiss@pashmanstein.com | **VIA ELECTRONIC MAIL**<br><br>CLYDE & CO US LLP<br>(COUNSEL TO THE CONTINENTAL INSURANCE COMPANY)<br>ATTN KONRAD R KREBS<br>340 MT KEMBLE AVE, SUITE 300<br>MORRISTOWN, NJ 07960<br>konrad.krebs@clydeco.us |
| **VIA ELECTRONIC MAIL**<br><br>PAUL HASTINGS LLP<br>(COUNSEL TO THE AD HOC GROUP OF SUPPORTING COUNSEL)<br>ATTN KRIS HANSEN<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>krishansen@paulhastings.com | **VIA ELECTRONIC MAIL**<br><br>LOWENSTEIN SANDLER LLP<br>(COUNSEL TO JOHNSON & JOHNSON)<br>ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR<br>ONE LOWENSTEIN DR<br>ROSELAND, NJ 07068<br>KROSEN@LOWENSTEIN.COM;<br>MSEYMOUR@LOWENSTEIN.COM |
| **VIA ELECTRONIC MAIL**<br><br>OFFICE OF THE US TRUSTEE<br>ATTN LAUREN BIELSKIE &<br>JEFFREY M. SPONDER<br>ONE NEWARK CENTER, STE 2100<br>NEWARK, NJ 07102<br>LAUREN.BIELSKIE@USDOJ.GOV;<br>JEFFREY.M.SPONDER@USDOJ.GOV | **VIA ELECTRONIC MAIL**<br><br>WEITZ & LUXENBERG, PC<br>(COUNSEL TO SHAWN V. JOHNSON)<br>ATTN LISA NATHANSON BUSCH<br>700 BROADWAY<br>NEW YORK, NY 10003<br>lbusch@weitzlux.com |

### VIA ELECTRONIC MAIL

BEASLEY ALLEN LAW FIRM
(COUNSEL TO ALISHIA LANDRUM - OCTC)
ATTN LEIGH O'DELL
PO BOX 4160
MONTGOMERY, AL 36103
leigh.odell@beasleyallen.com

### VIA ELECTRONIC MAIL

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO ARNOLD & ITKIN PLAINTIFFS)
ATTN LAURA DAVIS JONES, COLIN R ROBINSON
PETER J KEANE
919 N MARKET STREET, 17TH FL
WILMINGTON, DE 19801
ljones@pszjlaw.com; crobinson@pszjlaw.com;
pkeane@pszjlaw.com

### VIA ELECTRONIC MAIL

SIMON GREENSTONE PANATIER PC
(COUNSEL TO VARIOUS TALC CLAIMANTS)
ATTN LEAH C KAGAN, ESQ.
1201 ELM STREET, SUITE 3400
DALLAS, TX 75270
lkagan@sgptrial.com

### VIA ELECTRONIC MAIL

TRIF & MODUGNO, LLC
(COUNSEL TO NEW JERSEY COVERAGE ACTION
PLAINTIFF
INSURERS)
ATTN LOUIS A MODUGNO
89 HEADQUARTERS PLAZA
NORTH TOWER, SUITE 1201
MORRISTOWN, NJ 07960
lmodugno@tm-firm.com

### VIA ELECTRONIC MAIL

PARKINS & RUBIO LLP
(COUNSEL TO THE AD HOC GROUP OF SUPPORTING
COUNSEL)
ATTN LENARD M PARKINS & CHARLES M RUBIO
700 MILAM, SUITE 1300
HOUSTON, TX 77002
lparkins@parkinsrubio.com; crubio@parkinsrubio.com

### VIA ELECTRONIC MAIL

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC
MARY PUTNICK & DANIEL THORNBURGH
17 EAST MAIN ST., STE 200
PO BOX 12630
PENSACOLA, FL 32502
MARYBETH@PUTNICKLEGAL.COM;
DTHORNBURGH@AWKOLAW.COM

### VIA ELECTRONIC MAIL

PAUL HASTINGS LLP
(COUNSEL TO THE AD HOC GROUP OF SUPPORTING
COUNSEL)
ATTN MATTHEW M MURPHY & MATTHEW MICHELI
71 SOUTH WACKER DRIVE, SUITE 4500
CHICAGO, IL 60606
mattmurphy@paulhastings.com; mattmicheli@paulhastings.com

### VIA ELECTRONIC MAIL

WATTS GUERRA LLP
MIKAL WATTS
4 DOMINION DR., BLD 3, STE 100
SAN ANTONIO, TX 78257
MCWATTS@WATTSGUERRA.COM

### VIA ELECTRONIC MAIL

RAWLINGS & ASSOCIATES
(COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC)
ATTN MARK D FISCHER, ESQ & ROBERT C GRIFFITHS
1 EDEN PARKWAY
LA GRANGE, KY 40031
mdf@rawlingsandassociates.com; rcg@rawlingsandassociates.com

### VIA ELECTRONIC MAIL

WALSH PIZZI O'REILLY FALANGA
(PROPOSED COUNSEL TO RANDI S ELLIS, FTCR)
ATTN MARK FALK
THREE GATEWAY CENTER
100 MULBERRY ST, 15TH FL
NEWARK, NJ 07102
mfalk@walsh.law

**VIA ELECTRONIC MAIL**

SANDERS, PHILLIPS, GROSSMAN, LLC
MARC GROSSMAN
100 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
MGROSSMAN@THESANDERSFIRM.COM

**VIA ELECTRONIC MAIL**

WHITE & CASE LLP
(COUNSEL TO J & J, J & J CONSUMER INC)
ATTN MATTHEW E LINDER & LAURA E
BACCASH
111 SOUTH WACKER DR, STE 5100
CHICAGO, IL 60606-4302
MLINDER@WHITECASE.COM;
LAURA.BACCASH@WHITECASE.COM

**VIA ELECTRONIC MAIL**

LEVY KONIGSBERG, LLP
(COUNSEL TO SEVERAL TALC CLAIMANTS; RANDY
DEROUEN
& PAUL CROUCH)
ATTN MOSHE MAIMON
605 THIRD AVENUE, 33RD FLOOR
NEW YORK, NY 10158
mmaimon@levylaw.com

**VIA ELECTRONIC MAIL**

LAW OFFICES OF MITCHELL J. MALZBERG, LLC
(COUNSEL TO VARIOUS CLAIMANTS)
ATTN: MITCHELL MALZBERG, ESQ.
PO BOX 5122
CLINTON, NJ 08809
mmalzberg@mjmalzberglaw.com

**VIA ELECTRONIC MAIL**

NACHAWATI LAW GROUP
MAJED NACHAWATI
5489 BLAIR RD
DALLAS, TX 75231
MN@NTRIAL.COM

**VIA ELECTRONIC MAIL**

ASHCRAFT & GEREL, LLP
(COUNSEL TO REBECCA LOVE - OCTC)
ATTN MICHELLE PARFITT
1825 K STREET, NW, STE 7000
WASHINGTON, DC 20006
mparfitt@ashcraftlaw.com

**VIA ELECTRONIC MAIL**

CROWELL & MORING LLP
(COUNSEL TO ALLIANZ & CENTURY INSURERS)
ATTN MARK D PLEVIN
THREE EMBARCADERO CENTER, 26TH FL
SAN FRANCISCO, CA 94111
mplevin@crowell.com

**VIA ELECTRONIC MAIL**

ROBINSON CALCAGNIE, INC.
(COUNSEL TO APRIL FAIR - OCTC)
ATTN MARK ROBINSON, JR
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH, CA 92660
MROBINSON@ROBINSONFIRM.COM

**VIA ELECTRONIC MAIL**

WHITE & CASE LLP
(COUNSEL TO J & J, J & J CONSUMER INC)
ATTN MICHAEL C SHEPHERD & LAURA FEMINO
200 SOUTH BISCAYNE BLVD, STE 4900
MIAMI, FL 33131-2352
MSHEPHERD@WHITECASE.COM;
LAURA.FEMINO@WHITECASE.COM

**VIA ELECTRONIC MAIL**

COLE SCHOTZ PC
(COUNSEL TO AD HOC GROUP OF SUPPORTING
COUNSEL)
ATTN: MICHAEL D SIROTA; WARREN A USATINE;
SETH VAN AALTEN; JUSTIN ALBERTO
COURT PLAZA NORTH
25 MAIN STREET
PO BOX 800
HACKENSACK, NJ 07602-0800
msirota@coleschotz.com; wusatine@coleschotz.com;
svanaalten@coleschotz.com; jalberto@coleschotz.com

**VIA ELECTRONIC MAIL**

ONDERLAW, LLC
JAMES ONDER
110 EAST LOCKWOOD, 2ND FL
ST. LOUIS, MO 63119
ONDER@ONDERLAW.COM

**VIA ELECTRONIC MAIL**

WOLLMUTH MAHER & DEUTSCH LLP
(PROPOSED LOCAL COUNSEL TO DEBTOR'S)
ATTN PAUL R DEFILIPPO, JOSPEH F PACELLI & JAMES N LAWLOR
500 FIFTH AVENUE, 12TH FLOOR
NEW YORK, NY 10110
pdefilippo@wmd-law.com; jpacelli@wmd-law.com; jlawlor@wmd-law.com

**VIA ELECTRONIC MAIL**

DUANE MORRIS LLP
(COUNSEL TO REPUBLIC INDEMNITY COMPANY OF AMERICA)
ATTN PHILIP R MATTHEWS, ESQ.
SPEAR TOWER
ONE MARKET PLAZA, SUITE 2200
SAN FRANCISCO, CA 94105-1127
prmatthews@duanemorris.com

**VIA ELECTRONIC MAIL**

WEITZ & LUXENBERG, PC
(COUNSEL TO PATRICIA COOK - OCTC)
ATTN PERRY WEITZ & LISA NATHANSON BUSCH
700 BROADWAY
NEW YORK, NY 10003
pw@weitzlux.com; lbusch@weitzlux.com

**VIA ELECTRONIC MAIL**

RANDI S ELLIS LLC
(FUTURE TALC CLAIMANTS REPRESENTATIVE)
ATTN: RANDI S ELLIS
5757 INDIAN CIRCLE
HOUSTON, TX 77057
randi@randiellis.com

**VIA ELECTRONIC MAIL**

WISNER BAUM
10940 WILSHIRE BLVD, STE 1600
WISNER, ROBERT BRENT
LOS ANGELES, CA 90024
rbwisner@wisnerbaum.com

**VIA ELECTRONIC MAIL**

LEX NOVA LAW LLC
(COUNSEL TO GIOVANNI SOSA & EVAN PLOTKIN)
ATTN E RICHARD DRESSEL, ESQ
10 E STOW ROAD, SUITE 250
MARLTON, NJ 08053
rdressel@lexnovalaw.com

**VIA ELECTRONIC MAIL**

GOLOMB SPIRT GRUNFELD
(COUNSEL TO BRANDI CARL - OCTC)
ATTN RICHARD GOLOMB
1835 MARKET ST, STE 2900
PHILADELPHIA, PA 19103
rgolomb@golomblegal.com

**VIA ELECTRONIC MAIL**

OTTERBOURG P.C.
(CO-COUNSEL TO OFF COMMITTEE OF TALC CLAIMANTS)
ATTN RICHARD G HADDAD & ADAM C SILVERSTEIN
230 PARK AVE
NEW YORK, NY 10169
rhaddad@otterbourg.com; asilverstein@otterbourg.com

**VIA ELECTRONIC MAIL**

GIBBONS P.C.
(COUNSEL TO MISSISSIPPI & NEW MEXICO ATTORNEY GENERAL)
ATTN ROBERT K MALONE & KYLE P MCEVILLY
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
rmalone@gibbonslaw.com; kmcevilly@gibbonslaw.com

**VIA ELECTRONIC MAIL**

KTBS LAW LLP
(COUNSEL TO AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC)
ATTN ROBERT J PFISTER, ESQ., NIR MOAZ, ESQ.,
MICHAEL L. TUCHIN, ESQ. & SAMUEL M. KIDDER, ESQ.
1801 CENTURY PARK EAST, 26TH FLOOR
LOS ANGELES, CA 90067
rpfister@ktbslaw.com; nmaoz@ktbslaw.com;
mtuchin@ktbslaw.com; skidder@ktbslaw.com

**VIA ELECTRONIC MAIL**

CHILDERS, SCHLUETER & SMITH LLC
RICHARD SCHLUETER
1932 N DRUID HILLS RD., STE. 100
ATLANTA, GA 30319
RSCHLUETER@CSSFIRM.COM

**VIA ELECTRONIC MAIL**

VINSON & ELKINS LLP
(COUNSEL TO CAMC)
ATTN STEVEN M ABRAMOWITZ
1114 AVE OF THE AMERICAS, 32ND FL
NEW YORK, NY 10036
sabramowitz@velaw.com

**VIA ELECTRONIC MAIL**

KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, PLC
(COUNSEL TO KRISTIE DOYLE ESTATE REP OF
DAN DOYLE - OCTC)
ATTN STEVEN KAZAN
55 HARRISON ST, STE 400
OAKLAND, CA 94607
skazan@kazanlaw.com

**VIA ELECTRONIC MAIL**

DUANE MORRIS LLP
(COUNSEL TO NEW JERSEY COVERAGE ACTION
PLAINTIFF-
INSURERS & REPUBLIC)
ATTN SOMMER L ROSS, ESQ
1940 ROUTE 70 EAST, SUITE 100
CHERRY HILL, NJ 08003-2171
slross@duanemorris.com

**VIA ELECTRONIC MAIL**

ARCHER & GREINER, P.C.
(COUNSEL TO ROGER FRANKEL AS FCR IN CYPRESS
MINES
CHAPTER 11 CASE)
ATTN: STEPHEN M. PACKMAN
1025 LAUREL OAK RD
VOORHEES, NJ 08043
spackman@archerlaw.com

**VIA ELECTRONIC MAIL**

MCMANIMON SCOTLAND & BAUMANN, LLC
(COUNSEL TO CLAIMANTS REPRESENTED BY BARNES
LAW
GROUP LLC)
ATTN ANTHONY SODONO, III & SARI B PLACONA
75 LIVINGSTON AVENUE, STE 201
ROSELAND, NJ 07068
splacona@msbnj.com; asodono@msbnj.com

**VIA ELECTRONIC MAIL**

MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC
(COUNSEL TO KATHERINE TOLLEFSON)
ATTN SUZANNE M RATCLIFFE & CLAYTON L THOMPSON
150 WEST 30TH STREET, SUITE 201
NEW YORK, NY 10001
sratcliffe@mrhfmlaw.com; cthompson@mrhfmlaw.com

**VIA ELECTRONIC MAIL**

CROWELL & MORING LLP
(COUNSEL TO ALLIANZ & CENTURY INSURERS)
ATTN TACIE H YOON
1001 PENNSYLVANIA AVE., N.W.
WASHINGTON, DC 20004
tyoon@crowell.com

| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
|---|---|
| GEOFFREY B GOMPERS, PC<br>ATTN GEOFFREY B GOMPERS<br>1515 MARKET STREET, SUITE 1650<br>PHILADELPHIA, PA 19102 | JONES WALKER LLP<br>ATTN GARY RUSSO<br>SUITE 1600, 600 JEFFERSON STREET<br>LAFAYETTE, LA 70501 |
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| RESOLUTIONS, LLC<br>ATTN ERIC D GREEN<br>30 MONUMENT SQUARE, SUITE 245<br>CONCORD, MA 01742 | SLATER SLATER SCHULMAN<br>ATTN: SLATER, ADAM<br>445 BROADHOLLOW RD, STE 419<br>MELVILLE, NY 11747 |