UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

Mark Falk
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
*Counsel for Randi S. Ellis, Legal*
*Representative for Future Talc Claimants*

| | |
|---|---|
| In Re:<br><br>LTL Management, LLC,<br><br>                      Debtor. | Chapter 11<br><br>Case No.: 23-12825<br><br>Judge:    Michael B. Kaplan |

**MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION REGARDING
MONTHLY FEE STATEMENT OF RANDI S. ELLIS, LEGAL REPRESENTATIVE
FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD OF APRIL 5, 2023 THROUGH
MAY 31, 2023 (DOCUMENT NO. 803)**

The Court authorized, under D.N.J. LBR 2016-3(a) and the Order Establishing Procedures

for Interim Compensation and Reimbursement of Expenses of Retained Professionals [Dkt. No.

562] (the "Interim Compensation Order"), compensation to professionals on a monthly basis.

Under the Interim Compensation Procedures Order, objections to the monthly fee statement of

Randi S. Ellis, Legal Representative for Future Talc Claimants, for the period of April 5, 2023

through May 31, 2023 (the "Monthly Fee Statement") filed and served on June 16, 2023 [Dkt.

Nos. 803; 804], were to be filed and served not later than June 30, 2023.

I, Mark Falk, Esq., certify that, as of July 1, 2023, I have reviewed the Court's docket in

this case and no answer, objection, or other responsive pleading to the above Monthly Fee

2

Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant

upon the filing of this Certification.

Dated: July 1, 2023                                          *s/Mark Falk*_____
                                                             Mark Falk