**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br>LTL MANAGEMENT LLC,[1]<br>　　　　　Debtor. | Chapter 11<br>Case No.: 23-12825 (MBK)<br>Judge: Michael B. Kaplan |

# CERTIFICATION OF NO OBJECTION
# REGARDING DEBTOR'S MOTION FOR ENTRY OF AN ORDER WAIVING THE REQUIREMENT OF RULE 3003-1(a)(1) OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY
## DOCUMENT NO. 734

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

The undersigned hereby certifies that, as of July 6, 2023, the Debtor has received no answer, objection or other responsive pleading[2] to the *Debtor's Motion for Entry of an Order Waiving the Requirement of Rule 3003-1(a)(1) of the Local Rules of the United States Bankruptcy Court District of New Jersey* [Dkt. 734] (the "Motion"), filed on June 8, 2023. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of the Motion, objections to the Motion were to be filed and served no later than July 5, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: July 6, 2023                                   **WOLLMUTH MAHER & DEUTSCH LLP**
                                                      Counsel to the Debtor


                                                      By:    */s/ Paul R. DeFilippo*

---

[2] On June 12, 2023, the Official Committee of Talc Claimants ("TCC") filed the *Reservation of Rights of the Official Committee of Talc Claimants to the Debtor's Motion for Entry of an Order Waiving the Requirement of Rule 3003-1(a)(1) of the Local Rules of the United States Bankruptcy Court District of New Jersey* [Dkt. 751], which recognizes the appropriateness of the relief requested in the Motion and, similar to the Debtor's reservation in the Motion, reserves the right to seek an order fixing the time for the filing of proofs of claim.