**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE**
**PERIOD APRIL 16, 2023 THROUGH MAY 31, 2023**

| | |
|---|---|
| Debtor: LTL Management LLC | Applicant: Signal Interactive Media |
| Case No.: 23-12825-MBK | Client: LTL Management LLC |
| Chapter: 11 | Case Filed: April 4, 2023 (the "Petition Date") |

**SECTION 1**
**FEE SUMMARY**

☒ Interim Fee Application No. 1     or     ☐ Final Fee Application

Summary of Amounts Requested for the Period from April 16, 2023 through May 31, 2023 (the "First Statement Period").

Total Fees: $187,725.00
Total Disbursements: $76,806.88
Total Fees Plus Disbursements: $264,531.88
Minus 20% Holdback of Fees: $37,545.00
**Amount Sought at this Time: $226,986.88**

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested: | $0 | $0 |
| Total Fees Allowed to Date: | $0 | $0 |
| Total Retainer (If Applicable): | $0 | $0 |
| Total Holdback (If Applicable): | $0 | $0 |
| Total Received by Applicant: | $0 | $0 |

-2-

**April 16, 2023 through April 30, 2023**

| Name of Professional & Title | Year Admitted | Hours | Rate | Fees |
|---|---|---|---|---|
| Shannon Wheatman, Notice Expert | N/A | 100.1 | $650/hr | $65,065 |
| Jordan Fox, Media Planner | N/A | 47.5 | $350/hr | $16,625 |
| Kristen Davis, Media Planner | N/A | 28.2 | $350/hr | $9,870 |
| Justin Washington, Media Planner | N/A | 24.9 | $350/hr | $8,715 |
| Christine Killian, Media Planner | N/A | 21.0 | $350/hr | $7,350 |
| Miles King, Media Planner | N/A | 11.5 | $350/hr | $4,025 |
| Precious McKinney, Media Planner | N/A | 10.1 | $350/hr | $3,535 |
| Danielle Spencer, Media Planner | N/A | 2.7 | $350/hr | $945 |
| Gabrielle Quintana Greenfield, Media Planner | N/A | 2.5 | $350/hr | $875 |
| Kate Thomas, Media Planner | N/A | 1.1 | $350/hr | $385 |
| Scott Kennedy, Media Planner | N/A | .9 | $350/hr | $315 |

**May 1, 2023 through May 31, 2023**

| Name of Professional & Title | Year Admitted | Hours | Rate | Fees |
|---|---|---|---|---|
| Shannon Wheatman, Notice Expert | N/A | 67.5 | $650/hr | $43,875 |
| Kristen Davis, Media Planner | N/A | 26.0 | $350/hr | $9,100 |
| Justin Washington, Media Planner | N/A | 17.7 | $350/hr | $6,195 |
| Jordan Fox, Media Planner | N/A | 17.0 | $350/hr | $5,950 |
| Gabrielle Quintana Greenfield, Media Planner | N/A | 3.2 | $350/hr | $1,120 |
| Liza Bray, Project Manager | N/A | 3.1 | $350/hr | $1,085 |
| Miles King, Media Planner | N/A | 2.5 | $350/hr | $875 |
| Precious McKinney, Media Planner | N/A | 2.4 | $350/hr | $840 |
| Adrian Durbin, Media Planner | N/A | 1.0 | $350/hr | $350 |
| Danielle Spencer, Media Planner | N/A | .7 | $350/hr | $245 |
| Kate Thomas, Media Planner | N/A | .6 | $350/hr | $210 |
| Annie Parker, Media Planner | N/A | .4 | $350/hr | $140 |
| Grace Turke-Martinez, Project Manager | N/A | .1 | $350/hr | $35 |

-3-

## SECTION II
## SUMMARY OF SERVICES

**April 16, 2023 through April 30, 2023**

| SERVICES RENDERED | HOURS | FEES |
|---|---|---|
| Expert Services | 100.1 | $65,065 |
| Media Planning | 150.4 | $52,640 |
| **SERVICE TOTALS** | 250.5 | $117,705 |

**May 1, 2023 through May 31, 2023**

| SERVICES RENDERED | HOURS | FEES |
|---|---|---|
| Expert Services | 67.5 | $43,875 |
| Media Planning | 71.5 | $25,025 |
| Project Management | 3.2 | $1,120 |
| **SERVICE TOTALS** | 142.2 | $70,020 |

-4-

# SECTION III
# SUMMARY OF DISBURSEMENTS

**April 16, 2023 through April 30, 2023**

| DISBURSEMENTS | AMOUNT |
|---|---|
| Media Survey Data – comScore (US) | $40,280.00 |
| **DISBURSEMENTS TOTALS** | $40,280.00 |

**May 1, 2023 through May 31, 2023**

| DISBURSEMENTS | AMOUNT |
|---|---|
| Media Survey Data – comScore (Canada) | $36,252.00 |
| Website Domain | $12.00 |
| Stock Images for Publication Notice | $262.88 |
| **DISBURSEMENTS TOTALS** | $36,526.88 |

## SECTION IV
## CASE HISTORY

1. Date of Retention: April 16, 2023, effective as of the Petition Date [Dkt. 768] (the "Retention Order").[1]

2. Summary explaining the nature of the work performed and the results achieved:

    - Review all relevant court documents.

    - Research demographic information and media usage habits of talc claimants.

    - Design media program to reach talc claimants.

    - Compile media planning and buying details, including cost estimates and schedules.

    - Draft notice materials and declaration laying out proposed media program.

I certify under penalty of perjury that the above is true.


Date: July 6, 2023                                             /s/ Shannon Wheatman

---

[1] The Retention Order is attached hereto as Exhibit A.