Stephen V. Gimigliano
John Maloney
Robin Rabinowitz
GIMIGLIANO MAURIELLO & MALONEY
A Professional Association
163 Madison Avenue, Suite 500
P.O. Box 1449
Morristown, New Jersey 07962-1449
(973) 946-8360

Andrew T. Frankel
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

Attorneys for Travelers Casualty and Surety Company
(f/k/a The Aetna Casualty and Surety Company)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>                Debtor. | Case No. 23-12825<br><br>Chapter 11<br><br>Hon. Michael B. Kaplan |

       PLEASE TAKE NOTICE that Kathrine A. McLendon hereby withdraws her appearance *pro hac vice* as co-counsel for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) ("Travelers").  Andrew T. Frankel of Simpson Thacher & Bartlett LLP and Stephen V. Gimigliano, John Maloney, and Robin Rabinowitz of Gimigliano Mauriello & Maloney, P.A. continue as counsel of record for Travelers in this matter.

By: /s/Robin Rabinowitz

Stephen V. Gimigliano
John Maloney
Robin Rabinowitz
GIMIGLIANO MAURIELLO & MALONEY
A Professional Association
163 Madison Avenue, Suite 500
P.O. Box 1449
Morristown, New Jersey 07962-1449
(973) 946-8360

Andrew T. Frankel
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

Attorneys for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)

Dated:  July 7, 2023