**EXHIBIT "B"**



**PRINCETON MARRIOTT FORRESTAL**                                    **GUEST FOLIO**

| 1106 ROOM | RAVE/THEODORE NAME | 199.00 RATE | 06/30/23 DEPART | 07:01 TIME | 57193 ACCT# | 54411 GROUP |
| GKA TYPE | LTL TRIAL 19 BRIAR COURT | | 06/26/23 ARRIVE | 20:40 TIME | | |
| 101 ROOM CLERK | SOUTH ORANGE  NJ  07079 ADDRESS | | AXXXXXXXXXXXXX1004 PAYMENT | | MBV#: | 872429142 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 06/26 | GP ROOM      1106, 1 | 199.00 | | |
| 06/26 | ROOM TAX     1106, 1 | 13.18 | | |
| 06/26 | OCC TAX      1106, 1 | 9.95 | | |
| 06/26 | MUNI TX      1106, 1 | 5.97 | | |
| 06/27 | GP ROOM      1106, 1 | 199.00 | | |
| 06/27 | ROOM TAX     1106, 1 | 13.18 | | |
| 06/27 | OCC TAX      1106, 1 | 9.95 | | |
| 06/27 | MUNI TX      1106, 1 | 5.97 | | |
| 06/28 | GP ROOM      1106, 1 | 199.00 | | |
| 06/28 | ROOM TAX     1106, 1 | 13.18 | | |
| 06/28 | OCC TAX      1106, 1 | 9.95 | | |
| 06/28 | MUNI TX      1106, 1 | 5.97 | | |
| 06/29 | GP ROOM      1106, 1 | 199.00 | | |
| 06/29 | ROOM TAX     1106, 1 | 13.18 | | |
| 06/29 | OCC TAX      1106, 1 | 9.95 | | |
| 06/29 | MUNI TX      1106, 1 | 5.97 | | |
| 06/30 | CCARD-AX | | 912.40 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXX1004
************ AUTHORIZATION *************
APPROVED
Total: $1,112.36 Card Type: AMEX Card Entry: CHIP Acct #: ***********1004 Approval Code: 820666
********** EMV AUTHORIZATION ***********
App Label: AMERICAN EXPRESS Mode: Issuer
AID: A000000025010801 TVR: 0000008000 IAD: 0655010360B002 TSI: F800 ARC: 00 AC: C241C41422F872B6
CVM: 5E0300

.00

See our "Privacy & Cookie Statement" on Marriott.com



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X