**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE**
**PERIOD APRIL 5, 2023 THROUGH APRIL 30, 2023**

Debtor: LTL Management LLC          Applicant: Bates White, LLC

Case No.: 23-12825-MBK               Client: LTL Management LLC

Chapter: 11                           Case Filed: April 4, 2023 (the "Petition Date")

**SECTION 1**
**FEE SUMMARY**

☐ Interim Fee Application No. _____   or   ☐ Final Fee Application

Summary of Amounts Requested for the Period from April 5, 2023 through April 30, 2023 (the "First Statement Period").

| | |
|---|---:|
| Total Fees – LTL Bankruptcy: | $125,033.00 |
| Total Fees – Imerys Bankruptcy (50% of total): | + $0.00 |
| Total Fees: | $125,033.00 |
| Total Disbursements: | + $0.00 |
| Total Fees Plus Disbursements: | $125,033.00 |
| Minus 20% Holdback of Fees: | − $25,006.60 |
| Amount Sought at this Time: | $100,026.40 |

| | FEES | EXPENSES | TOTAL |
|---|---:|---:|---:|
| Total Previous Fees Requested: | $0.00 | $0.00 | $0.00 |
| Total Fees Allowed to Date: | $0.00 | $0.00 | $0.00 |
| Total Retainer (If Applicable): | $347,805.00[1] | N/A | $347,805.00 |
| Total Holdback (If Applicable): | $0.00 | $0.00 | $0.00 |
| Total Received by Applicant: | $347,805.00 | $0.00 | $347,805.00 |

---

[1] Prior to this bankruptcy filing, Bates White received a payment from LTL of $350,000.00. From April 1 through April 4, 2023, Bates White incurred $2,195.00 in professional fees for services provided to the Debtor, which were paid by deducting those fees from the pre-filing payment.

-2-

**Summary by timekeeper included in this Fee Application – LTL Bankruptcy**

| Name of Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Evans, Andrew | Partner | $1,000 | 38.2 | $38,200.00 |
| Lobel, Scott | Partner | $875 | 36.7 | $32,112.50 |
| Mullin, Charles | Partner | $1,375 | 6.5 | $8,937.50 |
| Peters, Sarah | Managing Consultant | $675 | 12.1 | $8,167.50 |
| Stewart, Samantha | Senior Consultant | $520 | 27.3 | $14,196.00 |
| Odio-Zuniga, Mariana | Economist | $525 | 7.6 | $3,990.00 |
| Coleman, Nathan | Consultant II | $465 | 1.3 | $604.50 |
| Morey, Austin | Consultant II | $435 | 7.7 | $3,349.50 |
| Swope, Madison | Consultant II | $435 | 15.5 | $6,742.50 |
| McBride, Hannah | Consultant | $410 | 21.3 | $8,733.00 |
| **TOTAL** | | | **174.2** | **$125,033.00** |

**Summary by timekeeper included in this Fee Application – Imerys Bankruptcy**

| Name of Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| N/A | | | N/A | N/A |
| **TOTAL** | | | **0.0** | **$0.00** |
| **50% OF TOTAL** | | | **0.0** | **$0.00** |

-3-

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED – LTL BANKRUPTCY | HOURS | FEES |
|---|---|---|
| Analysis | 105.2 | $75,640.00 |
| Client Communication | 13.2 | $10,618.00 |
| Data Gathering & Processing | 11.1 | $4,933.50 |
| Fee Request Preparation | 0.2 | $104.00 |
| Project Management | 25.4 | $22,963.50 |
| Research | 19.1 | $10,774.00 |
| **SERVICES TOTAL** | **174.20** | **$125,033.00** |

| SERVICES RENDERED – IMERYS BANKRUPTCY | HOURS | FEES |
|---|---|---|
| N/A | N/A | N/A |
| **SERVICES TOTAL** | **0.0** | **$0.00** |
| **50% OF SERVICES TOTAL** | **0.0** | **$0.00** |

-4-

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENT TYPE – LTL BANKRUTPCY | AMOUNT |
|---|---|
| N/A | N/A |
| **DISBURSEMENTS TOTAL** | **$0.00** |

| DISBURSEMENT TYPE – IMERYS BANKRUTPCY | AMOUNT |
|---|---|
| N/A | N/A |
| **DISBURSEMENTS TOTAL** | **$0.00** |

-4-

**SECTION IV**
**CASE HISTORY**

1. Case Filed: April 4, 2023 (the "Petition Date")

2. Chapter under which case commenced: Chapter 11

3. Date of Retention: June 7, 2023, effective as of the Petition Date [Dkt. 723] (the "Retention Order").[2]

4. Summary explaining the nature of the work performed and the results achieved:[3]

   During the First Statement Period, Bates White provided the following services including, but not limited to:

   - Analyzing key factors related to claim values for the plan and trust.

   - Researching and analyzing claims data.

   - Preparing retention application and materials related to retention application

I certify under penalty of perjury that the above is true.

Dated: July 11, 2023
       Washington, DC

Respectfully submitted,

/s/ Scott M. Lobel
Scott M. Lobel
BATES WHITE, LLC
2001 K Street NW
North Building, Suite 500
Washington, DC 20006
Telephone: (202) 408-6110
Facsimile: (202) 408-7838
E-mail: scott.lobel@bateswhite.com

TALC CONSULTANTS FOR DEBTOR

---

[2] The Retention Order is attached hereto as Exhibit B.

[3] The invoice detail submitted hereto as Exhibit C, respectively, includes detailed time entries summarizing the professional services rendered by Bates White, LLC as talc consultants to the Debtor in the LTL Bankruptcy.