# **EXHIBIT A**

Bates White Invoice for First Monthly Fee Application



2001 K Street, NW, North Building, Suite 500, Washington, DC 20006    main 202.408.6110    fax 202.408.7838

LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933

July 11, 2023  
Matter No. 1383-0001  
Invoice No: 29724

Re:    In re Bankruptcy proceedings for LTL Management LLC

For professional services rendered by Bates White, LLC between April 5, 2023 and April 30, 2023 in connection with the above referenced matter.

|  | Total |
|---|---:|
| Total Fees – LTL Bankruptcy: | $125,033.00 |
| Total Fees – Imerys Bankruptcy (50% of total): | $0.00 |
| Total Fees: | $125,033.00 |
| Total Disbursements: | $0.00 |
| Total Fees Plus Disbursements: | $125,033.00 |
| Minus 20% Holdback of Fees: | $25,006.60 |
| **Interim Amount:** | **$100,026.40** |
| Prompt-payment discount applied (5% of total fees from the First Statement Period) | $6,251.65 |
| Prompt-payment discount applied (5% of total fees from April 1 through April 4, 2023) | $109.75 |
| **Amount to be deducted from pre-petition payment** | **$93,665.00** |
| **TOTAL AMOUNT DUE** | **$0.00** |

For Payment by US mail:

**Bates White, LLC**  
Attn: Accounts Receivable  
2001 K Street, NW  
North Building, Suite 500  
Washington, DC 20006

EIN: 52-2183096  
SWIFT: SNTRUS3A

For ACH payment or wire transfer

**Bates White, LLC**  
ABA 061000104  
Account 1000195670509  
SunTrust Bank  
8330 Boone Boulevard  
Vienna, VA 22182