## **EXHIBIT C**

Invoice detail – LTL Bankruptcy

Bates White, LLC

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 4/5/2023 | Evans, Andrew | Analysis | Planning potential analysis for the debtor | 0.2 | $200.00 |
| 4/5/2023 | Evans, Andrew | Project Management | Organization related to professional retention application | 0.1 | $100.00 |
| 4/6/2023 | Stewart, Samantha | Fee Request Preparation | Reviewing fee application status | 0.2 | $104.00 |
| 4/6/2023 | Stewart, Samantha | Research | Reviewing first day filings | 0.5 | $260.00 |
| 4/7/2023 | Evans, Andrew | Project Management | Identification of potential near term support needs | 0.2 | $200.00 |
| 4/10/2023 | Evans, Andrew | Analysis | Review of materials and planning potential support needs for new matter | 0.9 | $900.00 |
| 4/10/2023 | Evans, Andrew | Project Management | Updated engagement support | 0.3 | $300.00 |
| 4/10/2023 | Lobel, Scott | Project Management | Work on issues related to LTL retention | 0.3 | $262.50 |
| 4/11/2023 | Evans, Andrew | Project Management | Planning for potential support needs and analysis coming out of hearing | 1.4 | $1,400.00 |
| 4/11/2023 | Lobel, Scott | Project Management | Outline potential workstreams in light of hearing | 0.7 | $612.50 |
| 4/11/2023 | Lobel, Scott | Research | Listen to first day hearing | 1.9 | $1,662.50 |
| 4/12/2023 | Evans, Andrew | Project Management | Information on Jones Day's requests related to retention application questions | 0.2 | $200.00 |
| 4/12/2023 | Evans, Andrew | Project Management | Planning for case needs and upcoming work streams | 0.4 | $400.00 |
| 4/12/2023 | Lobel, Scott | Project Management | Work on issues related to LTL retention | 1.0 | $875.00 |
| 4/13/2023 | Evans, Andrew | Analysis | Planning around potential support for debtor plan | 0.4 | $400.00 |
| 4/13/2023 | Evans, Andrew | Project Management | Follow-up on retention application materials and related questions from Jones Day | 0.3 | $300.00 |
| 4/13/2023 | Lobel, Scott | Project Management | Work on issues related to LTL retention | 0.8 | $700.00 |
| 4/14/2023 | Evans, Andrew | Analysis | Identification of potential support needs and planning for key analyses related to same | 1.7 | $1,700.00 |
| 4/14/2023 | Evans, Andrew | Client Communication | Call with Evans; Lobel; Rush; Prieto on next steps for LTL | 0.5 | $500.00 |
| 4/14/2023 | Evans, Andrew | Project Management | Retention application support | 0.3 | $300.00 |
| 4/14/2023 | Lobel, Scott | Client Communication | Call with DPrieto, ARush re next steps (AEvans, SStewart) | 0.5 | $437.50 |
| 4/14/2023 | Lobel, Scott | Project Management | Work on issues related to LTL retention | 0.5 | $437.50 |
| 4/14/2023 | Lobel, Scott | Project Management | Outline plans for next steps on LTL | 1.2 | $1,050.00 |
| 4/14/2023 | Mullin, Charles | Analysis | Considered updated framework of plan of reorganization and related matters | 1.4 | $1,925.00 |
| 4/14/2023 | Stewart, Samantha | Client Communication | Call with counsel to discuss timeline of litigation and workplan for Bates White (ARush, DPrieto, SLobel, AEvans) | 0.5 | $260.00 |
| 4/14/2023 | Stewart, Samantha | Project Management | Outlining workplan based on call with counsel | 0.4 | $208.00 |
| 4/17/2023 | Evans, Andrew | Analysis | Review of information on historic talc matters and information to counsel in response to inquiry on same | 0.9 | $900.00 |
| 4/17/2023 | Evans, Andrew | Analysis | Consideration of key factors for plan and trust matters | 1.2 | $1,200.00 |
| 4/17/2023 | Evans, Andrew | Project Management | Follow-up on retention questions | 0.1 | $100.00 |
| 4/17/2023 | Evans, Andrew | Project Management | Refinements to work plan for likely plan support needs | 1.3 | $1,300.00 |
| 4/17/2023 | Lobel, Scott | Project Management | Outline workstream and roles needed for Chapter 11 case | 1.4 | $1,225.00 |
| 4/18/2023 | Evans, Andrew | Analysis | Consideration of primary factors for plan and trust matters | 0.6 | $600.00 |
| 4/18/2023 | Evans, Andrew | Project Management | Refinements to work plan | 0.2 | $200.00 |
| 4/18/2023 | Lobel, Scott | Analysis | Think through potential TDPs | 0.3 | $262.50 |
| 4/19/2023 | Evans, Andrew | Analysis | Refinements to work plan for potential TDP support | 0.4 | $400.00 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 4/20/2023 | Evans, Andrew | Analysis | Additional consideration of key valuation drivers | 0.2 | $200.00 |
| 4/20/2023 | Evans, Andrew | Analysis | Working session on next steps related to valuation | 0.8 | $800.00 |
| 4/20/2023 | Evans, Andrew | Project Management | Coordination on next steps for team | 0.1 | $100.00 |
| 4/20/2023 | Lobel, Scott | Project Management | Work on priorities for LTL analysis related to plan, disclosure | 1.3 | $1,137.50 |
| 4/20/2023 | Lobel, Scott | Project Management | Work on interested parties list, retention matters | 1.3 | $1,137.50 |
| 4/20/2023 | Mullin, Charles | Project Management | Reviewed requested scope from counsel and identified applicable work streams | 0.7 | $962.50 |
| 4/20/2023 | Peters, Sarah | Project Management | Review of case status and next steps | 0.8 | $540.00 |
| 4/20/2023 | Stewart, Samantha | Project Management | Reviewing workplan for the case given litigation status | 0.9 | $468.00 |
| 4/21/2023 | Evans, Andrew | Analysis | Organizing materials available related to valuation factors | 0.3 | $300.00 |
| 4/21/2023 | Evans, Andrew | Analysis | Refinements to plan for potential TDP support | 0.6 | $600.00 |
| 4/21/2023 | Evans, Andrew | Project Management | Follow-up on retention details | 0.1 | $100.00 |
| 4/21/2023 | Lobel, Scott | Analysis | Think through needs for confirmation | 0.6 | $525.00 |
| 4/21/2023 | Lobel, Scott | Project Management | Work on issues related to LTL retention | 0.6 | $525.00 |
| 4/21/2023 | Lobel, Scott | Project Management | Review status of matter, outline next steps | 0.4 | $350.00 |
| 4/21/2023 | Stewart, Samantha | Project Management | Preparing workplan for support for the plan of reorganization. | 0.5 | $260.00 |
| 4/22/2023 | Evans, Andrew | Analysis | Review of docket and case developments that could impact analysis | 0.2 | $200.00 |
| 4/22/2023 | Evans, Andrew | Project Management | Coordination / updates to work plan | 0.1 | $100.00 |
| 4/24/2023 | Evans, Andrew | Analysis | Additional consideration of key factors for plan and trust matters | 0.7 | $700.00 |
| 4/24/2023 | Evans, Andrew | Analysis | Review of trust and related plan materials from Imerys | 1.6 | $1,600.00 |
| 4/24/2023 | Evans, Andrew | Analysis | Evaluation of claim value drivers | 1.2 | $1,200.00 |
| 4/24/2023 | Evans, Andrew | Client Communication | Call with Evans, Lobel, Prieto, and Gordon on case developments and upcoming BW support needs | 1.0 | $1,000.00 |
| 4/24/2023 | Evans, Andrew | Project Management | Review of Interested Parties list and draft list of BW related Interested Parties for disclosure | 0.4 | $400.00 |
| 4/24/2023 | Lobel, Scott | Analysis | Review materials related to claim values, | 1.6 | $1,400.00 |
| 4/24/2023 | Lobel, Scott | Client Communication | Call with counsel (DPrieto, GGordon) re next steps (DEvans) | 1.0 | $875.00 |
| 4/25/2023 | Evans, Andrew | Analysis | Consideration of key factors related to plan and trust matters | 0.9 | $900.00 |
| 4/25/2023 | Evans, Andrew | Analysis | Consideration of potential roles in relation to MTD | 0.7 | $700.00 |
| 4/25/2023 | Evans, Andrew | Analysis | Consideration of potential options for MTD support | 0.9 | $900.00 |
| 4/25/2023 | Evans, Andrew | Analysis | Refinements to work plan for TDP and potential report | 0.6 | $600.00 |
| 4/25/2023 | Evans, Andrew | Client Communication | Call with Prieto re next steps in analysis | 0.2 | $200.00 |
| 4/25/2023 | Lobel, Scott | Analysis | Work on issues related to motions to dismiss | 0.7 | $612.50 |
| 4/25/2023 | Lobel, Scott | Analysis | Work on issues related to claim values, analysis of future claims | 2.6 | $2,275.00 |
| 4/25/2023 | Peters, Sarah | Analysis | Review potential features of plan | 1.0 | $675.00 |
| 4/25/2023 | Stewart, Samantha | Analysis | Reviewing plan support agreements | 1.4 | $728.00 |
| 4/25/2023 | Stewart, Samantha | Analysis | Continue reviewing plan support agreements | 0.6 | $312.00 |
| 4/25/2023 | Stewart, Samantha | Analysis | Outlining approach to claim values | 0.5 | $260.00 |
| 4/26/2023 | Evans, Andrew | Analysis | Additional work on preliminary analysis of key factors for plan and trust matters | 1.6 | $1,600.00 |
| 4/26/2023 | Evans, Andrew | Analysis | Additional review of documents related to proposed draft TDPs | 0.4 | $400.00 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 4/26/2023 | Evans, Andrew | Analysis | Input on potential analysis of historical talc matters | 0.3 | $300.00 |
| 4/26/2023 | Evans, Andrew | Analysis | Evaluation of data on valuation factors | 0.6 | $600.00 |
| 4/26/2023 | Evans, Andrew | Client Communication | Working session with Evans (left early); Lobel (left early); Stewart; Peters; Prieto; Lounsberry on needed work for plan support | 1.0 | $1,000.00 |
| 4/26/2023 | Evans, Andrew | Project Management | Consideration of next steps needed for TDP support | 0.4 | $400.00 |
| 4/26/2023 | Lobel, Scott | Analysis | Think through valuation criteria for plan and trust matters | 1.4 | $1,225.00 |
| 4/26/2023 | Lobel, Scott | Analysis | Continue to work on considerations for TDPs | 1.2 | $1,050.00 |
| 4/26/2023 | Lobel, Scott | Analysis | Review additional materials related to TDPs | 1.1 | $962.50 |
| 4/26/2023 | Lobel, Scott | Client Communication | Call with counsel (KLounsberry, DPrieto) re bankruptcy next steps (Devans-left early, SPeters, SStewart) | 1.0 | $875.00 |
| 4/26/2023 | Mullin, Charles | Analysis | Assessed potential plan and trust parameters | 1.7 | $2,337.50 |
| 4/26/2023 | Peters, Sarah | Analysis | Summarize notes from call with counsel | 0.1 | $67.50 |
| 4/26/2023 | Peters, Sarah | Analysis | Outline next steps of assessment of plan | 1.1 | $742.50 |
| 4/26/2023 | Peters, Sarah | Analysis | Analyzing materials in previous bankruptcies | 0.8 | $540.00 |
| 4/26/2023 | Peters, Sarah | Client Communication | Call with counsel on next steps (Lounsberry, Prieto, BW: Lobel, Stewart, Evans) (Lobel/Evans/Prieto left early) | 1.1 | $742.50 |
| 4/26/2023 | Stewart, Samantha | Analysis | Reviewing plan support agreements | 0.5 | $260.00 |
| 4/26/2023 | Stewart, Samantha | Analysis | Working on framework for claim valuation | 0.7 | $364.00 |
| 4/26/2023 | Stewart, Samantha | Analysis | Exploring usage information in claims data | 1.1 | $572.00 |
| 4/26/2023 | Stewart, Samantha | Client Communication | Call with counsel re TDPs (KLounsberry, DPrieto-left early, AEvans-left early, SLobel-left early, SPeters) | 1.1 | $572.00 |
| 4/26/2023 | Stewart, Samantha | Data Gathering & Processing | Reviewing incidence data and other inputs for plan and trust matters | 1.2 | $624.00 |
| 4/26/2023 | Stewart, Samantha | Research | Summarizing patterns in publicly available usage information | 3.0 | $1,560.00 |
| 4/26/2023 | Coleman, Nathan | Data Gathering & Processing | Process publicly available incidence data | 1.3 | $604.50 |
| 4/26/2023 | Swope, Madison | Data Gathering & Processing | Process claimant level data | 2.2 | $957.00 |
| 4/26/2023 | McBride, Hannah | Analysis | Work on analysis of potential future claims | 2.1 | $861.00 |
| 4/26/2023 | McBride, Hannah | Analysis | Update assumptions and explore future claims valuation | 2.8 | $1,148.00 |
| 4/27/2023 | Evans, Andrew | Analysis | Additional analysis of key valuation factors for incorporation into plan and trust materials | 1.3 | $1,300.00 |
| 4/27/2023 | Evans, Andrew | Analysis | Review of and input on refinements to analysis of potential trust factors | 0.4 | $400.00 |
| 4/27/2023 | Evans, Andrew | Analysis | Review of information on certain public information and related analysis | 0.4 | $400.00 |
| 4/27/2023 | Evans, Andrew | Analysis | Additional analysis of public data | 0.7 | $700.00 |
| 4/27/2023 | Evans, Andrew | Analysis | Review of analysis of usage data | 0.3 | $300.00 |
| 4/27/2023 | Evans, Andrew | Analysis | Evaluation of materials related to other potentially comparable plan and trust materials | 0.6 | $600.00 |
| 4/27/2023 | Evans, Andrew | Project Management | Workstream coordination and case management | 0.2 | $200.00 |
| 4/27/2023 | Lobel, Scott | Analysis | Work on materials, analysis for TDPs | 2.1 | $1,837.50 |
| 4/27/2023 | Lobel, Scott | Analysis | Continue to work on materials related to TDPs | 2.6 | $2,275.00 |
| 4/27/2023 | Lobel, Scott | Analysis | Analyze publicly available data related to TDPs | 1.0 | $875.00 |
| 4/27/2023 | Mullin, Charles | Analysis | Assessed plan support agreement | 1.9 | $2,612.50 |
| 4/27/2023 | Peters, Sarah | Analysis | Analyze data on historical talc matters | 0.2 | $135.00 |
| 4/27/2023 | Peters, Sarah | Analysis | Outline potential considerations for trust structure | 1.8 | $1,215.00 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 4/27/2023 | Peters, Sarah | Analysis | Review and QC valuation analysis | 0.5 | $337.50 |
| 4/27/2023 | Peters, Sarah | Research | Review provisions of existing bankruptcy trusts | 1.3 | $877.50 |
| 4/27/2023 | Odio-Zuniga, Mariana | Research | Review of docket documents and generating information summary from exhibits. | 2.2 | $1,155.00 |
| 4/27/2023 | Stewart, Samantha | Analysis | Outlining approach to TDPs | 1.6 | $832.00 |
| 4/27/2023 | Stewart, Samantha | Analysis | Reviewing plan support agreements | 1.4 | $728.00 |
| 4/27/2023 | Stewart, Samantha | Analysis | Reviewing valuation approach for talc claims | 0.6 | $312.00 |
| 4/27/2023 | Stewart, Samantha | Analysis | Documenting support for potential valuation factors | 1.6 | $832.00 |
| 4/27/2023 | Stewart, Samantha | Analysis | Implementing proposed factors into claim valuation | 1.2 | $624.00 |
| 4/27/2023 | Stewart, Samantha | Data Gathering & Processing | Reviewing incidence rates | 0.4 | $208.00 |
| 4/27/2023 | Morey, Austin | Analysis | Working on claims valuation analysis | 1.8 | $783.00 |
| 4/27/2023 | Swope, Madison | Data Gathering & Processing | Review processing of claimant data | 1.1 | $478.50 |
| 4/27/2023 | Swope, Madison | Research | Conduct research on the types of cancers | 3.0 | $1,305.00 |
| 4/27/2023 | McBride, Hannah | Analysis | Working on updating assumptions related to valuation | 2.1 | $861.00 |
| 4/27/2023 | McBride, Hannah | Analysis | Outline updates to valuation analysis | 0.9 | $369.00 |
| 4/27/2023 | McBride, Hannah | Analysis | Work on exploring plan materials. | 2.6 | $1,066.00 |
| 4/27/2023 | McBride, Hannah | Analysis | Write scripts to evaluate future claims valuation | 2.1 | $861.00 |
| 4/27/2023 | McBride, Hannah | Data Gathering & Processing | Work on processing incidence rates related to future claims valuation. | 2.8 | $1,148.00 |
| 4/28/2023 | Evans, Andrew | Analysis | Working session reviewing current analysis and detailing next steps | 1.0 | $1,000.00 |
| 4/28/2023 | Evans, Andrew | Analysis | Refinements to plan and trust factors | 0.7 | $700.00 |
| 4/28/2023 | Evans, Andrew | Client Communication | Working session on plan and trust considerations with Evans; Lobel; Peters (dropped early); Stewart; Lounsberry | 1.3 | $1,300.00 |
| 4/28/2023 | Evans, Andrew | Project Management | Follow-up on retention app | 0.1 | $100.00 |
| 4/28/2023 | Lobel, Scott | Analysis | Assign TDP workstreams across team | 0.5 | $437.50 |
| 4/28/2023 | Lobel, Scott | Analysis | Work on analysis of LTL plan and trust materials | 1.3 | $1,137.50 |
| 4/28/2023 | Lobel, Scott | Analysis | Outline next steps following call with counsel | 0.5 | $437.50 |
| 4/28/2023 | Lobel, Scott | Client Communication | Call with Counsel (KLounsberry) re TDPs (SPeters (left early), DEvans, SStewart) | 1.3 | $1,137.50 |
| 4/28/2023 | Peters, Sarah | Analysis | QC analysis of historical talc matters | 0.8 | $540.00 |
| 4/28/2023 | Peters, Sarah | Client Communication | Call with counsel on plan provisions (left early) (Lounsberry, Evans, Lobel, Stewart) | 1.1 | $742.50 |
| 4/28/2023 | Peters, Sarah | Project Management | Review case status and think through next steps | 0.9 | $607.50 |
| 4/28/2023 | Odio-Zuniga, Mariana | Analysis | Review of case development and planning next steps. | 0.9 | $472.50 |
| 4/28/2023 | Odio-Zuniga, Mariana | Research | Reading academic papers related to risk factors | 2.3 | $1,207.50 |
| 4/28/2023 | Odio-Zuniga, Mariana | Research | Assessing summary statistics from studies related on incidence | 2.2 | $1,155.00 |
| 4/28/2023 | Stewart, Samantha | Analysis | Exploring issues in connection with trust matters | 1.6 | $832.00 |
| 4/28/2023 | Stewart, Samantha | Analysis | Reviewing case status and impact on workstreams | 1.3 | $676.00 |
| 4/28/2023 | Stewart, Samantha | Analysis | Updating framework for future claim valuation | 1.4 | $728.00 |
| 4/28/2023 | Stewart, Samantha | Client Communication | Working session on TDP considerations with Evans; Lobel; Peters (left early); Stewart; Lounsberry | 1.3 | $676.00 |
| 4/28/2023 | Stewart, Samantha | Research | Reviewing incidence research | 0.6 | $312.00 |
| 4/28/2023 | Stewart, Samantha | Research | Researching prevalence of risk factors in the population | 1.2 | $624.00 |
| 4/28/2023 | Morey, Austin | Analysis | Analyzing future claims projections | 2.7 | $1,174.50 |
| 4/28/2023 | Morey, Austin | Analysis | Updating claims valuation analysis | 2.9 | $1,261.50 |
| 4/28/2023 | Morey, Austin | Research | Documenting publicly available financial data | 0.3 | $130.50 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 4/28/2023 | Swope, Madison | Analysis | Conduct analysis on valuation of claims | 2.6 | $1,131.00 |
| 4/28/2023 | Swope, Madison | Analysis | Continue analysis valuing claims | 2.4 | $1,044.00 |
| 4/28/2023 | Swope, Madison | Analysis | Analyze values of claims | 2.1 | $913.50 |
| 4/28/2023 | Swope, Madison | Data Gathering & Processing | Gather data on disease rates and types | 2.1 | $913.50 |
| 4/28/2023 | McBride, Hannah | Analysis | Prepare tabulations of historical claims data. | 2.8 | $1,148.00 |
| 4/28/2023 | McBride, Hannah | Analysis | Work on evaluating the historical claims data. | 1.8 | $738.00 |
| 4/28/2023 | McBride, Hannah | Analysis | QC historical claims valuation. | 1.3 | $533.00 |
| 4/29/2023 | Evans, Andrew | Analysis | Additional consideration of key trust factors | 0.2 | $200.00 |
| 4/29/2023 | Evans, Andrew | Client Communication | Call with Prieto on plan support needs | 0.3 | $300.00 |
| 4/30/2023 | Evans, Andrew | Analysis | Evaluation of valuation matters | 0.6 | $600.00 |
| 4/30/2023 | Evans, Andrew | Analysis | Consideration of key plan and trust attributes | 1.1 | $1,100.00 |
| 4/30/2023 | Evans, Andrew | Project Management | Review and update proposed retention application | 2.3 | $2,300.00 |
| 4/30/2023 | Evans, Andrew | Project Management | Work stream planning | 0.2 | $200.00 |
| 4/30/2023 | Lobel, Scott | Analysis | Analyze options for claim valuation parameters | 1.8 | $1,575.00 |
| 4/30/2023 | Lobel, Scott | Project Management | Review retention application draft | 1.6 | $1,400.00 |
| 4/30/2023 | Lobel, Scott | Research | Research historic talc matters | 0.6 | $525.00 |
| 4/30/2023 | Mullin, Charles | Project Management | Compiled materials for retention application | 0.8 | $1,100.00 |
| 4/30/2023 | Peters, Sarah | Project Management | Review updates related to retention application | 0.2 | $135.00 |
| 4/30/2023 | Peters, Sarah | Project Management | Review and QC updates to analyses | 0.4 | $270.00 |
| | | | TOTAL | 174.2 | $125,033.00 |