## **Exhibit 3-4**

## **Class 6 Ballot**

**BALLOT FOR HOLDERS OF EQUITY
INTERESTS IN CLASS 6**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                          Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

**BALLOT FOR HOLDERS OF EQUITY INTERESTS
OF THE DEBTOR IN CLASS 6 VOTING ON AMENDED CHAPTER 11
PLAN OF REORGANIZATION OF LTL MANAGEMENT LLC**

      The above-captioned debtor (the "Debtor") is soliciting votes from holders of Equity Interests of the Debtor on the *Amended Chapter 11 Plan of Reorganization of LTL Management LLC* [Dkt. 912] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Plan"),[2] which is described in greater detail in that certain disclosure statement with respect to the Plan [Dkt. [●]] (together with all schedules

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2]     Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan.

and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Disclosure Statement"). The Plan and Disclosure Statement have been included in the package of materials containing this ballot (this "Ballot") and can be accessed free-of-charge at https://dm.epiq11.com/ltl/info.

On [_____, 2023], the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") entered an order (the "Solicitation Procedures Order") approving the Disclosure Statement and procedures for soliciting votes to accept or reject the Plan (the "Solicitation Procedures"), as to the Debtor. The voting procedures set forth below apply to holders of Equity Interests of the Debtor.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

This Ballot is to be used by holders of Equity Interests of the Debtor in Class 6 (an "Interest Holder"). **Unless such time is extended by the Debtor or the Bankruptcy Court, this Ballot must be properly completed, signed, and returned to the address below so as to be received no later than [_____, 2023] at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline") in order for the vote on this Ballot to count. The Solicitation Agent's electronic balloting platform, available at https://dm.epiq11.com/ltl, is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email, or other means of electronic transmission will NOT be counted.**

## DOCUMENTS INCLUDED WITH THIS BALLOT

You should have received the following documents with this Ballot (collectively, the "Solicitation Package"). **Please note that some of the following documents may be included on a USB flash drive included as part of your Solicitation Package.**

- a cover letter describing the contents of the Solicitation Package and the enclosed USB flash drive, and instructions for obtaining (free of charge) printed copies of the materials provided in electronic format;
- the Confirmation Hearing Notice (as defined in the Solicitation Procedures);
- the Disclosure Statement with all exhibits, including the Plan with its exhibits (to the extent such exhibits were filed with the Bankruptcy Court before the distribution of the Solicitation Package);
- the Solicitation Procedures Order (without exhibits);
- a pre-addressed, postage prepaid return envelope for your completed Ballot;
- a letter from the Debtor recommending the acceptance of the Plan; and
- a letter from the AHC of Supporting Counsel recommending the acceptance of the Plan

If you have questions about this Ballot, or if you did not receive a copy of the Plan or any related materials, please contact Epiq Corporate Restructuring, LLC (the "Solicitation Agent"), at **LTLVote@epiqglobal.com** or at **(888) 431-4056 (Toll-Free) or +1 (503) 822-6762 (International)**. Information may also be obtained at https://dm.epiq11.com/ltl/info.

NAI-1536737760

# **VOTING**

### **Class 6 (Equity Interests of the Debtor)**

| |
|---|
| **Please read the instructions that accompany this Ballot before completing. Print clearly.** |
| **ITEM 1 – Number of Shares of Equity Interests:**<br><br>The undersigned hereby certifies that as of [_____, 2023], (the "Voting Record Date") the undersigned was the holder (or authorized signatory for the holder), of Equity Interests in the amount set forth below.<br><br> Number of Shares: _____ |
| **ITEM 2 – Vote on the Plan:**<br><br>The undersigned, as Interest Holder of (or representative of a holder of) Equity Interests of the Debtor, votes (fill in ONE box only):<br><br>☐  to ACCEPT / in Favor of the Plan.<br><br>☐  to REJECT / Against the Plan. |

| | |
|---|---|
| **Please read the instructions that accompany this Ballot before completing. Print clearly.** ||
| **ITEM 3 –  Certifications, Acknowledgment, Signature and Date:** ||
| By signing this Ballot, the signatory certifies, under penalty of perjury, pursuant to 28 U.S.C. § 1746, on information and belief, that: ||
| (i) I have been provided with a copy of the Confirmation Hearing Notice, the Disclosure Statement (with the Plan attached as an exhibit), the Solicitation Procedures Order, the Solicitation Procedures, and two letters, one from the Debtor and one from the AHC of Supporting Counsel, urging Interest Holders to vote to accept / vote in favor of the Plan; and ||
| (ii) I am the Interest Holder, or an authorized signatory for the Interest Holder, of Equity Interests of the Debtor in Class 6; and ||
| (iii) As the Interest Holder, or authorized signatory of the Interest Holder, I have full power and authority to vote to ACCEPT / in favor of or to REJECT / against the Plan. ||
| Print or Type Name of Holder | |
| Signature: | |
| Name of Signatory (if different than Holder): | |
| Street Address | |
| City, State, Zip Code: | |
| Telephone Number: | |
| Email Address: | |
| Date Completed: | |
| **YOU MUST COMPLETE ITEM 3 IN ORDER FOR YOUR VOTE ON THE PLAN TO BE COUNTED.** ||

**IF THIS BALLOT IS NOT RECEIVED BY THE SOLICITATION AGENT BY [_____, 2023] AT 4:00 P.M. (PREVAILING EASTERN TIME), YOUR VOTE MAY NOT BE COUNTED.**

-2-

NAI-1536737760

# **INSTRUCTIONS FOR COMPLETING YOUR BALLOT.**

1. Ballots received after the Voting Deadline (if the Voting Deadline has not been extended) may not, at the Debtor's discretion, be counted. **The Voting Agent will tabulate all properly completed Ballots received on or before the Voting Deadline.**

2. Complete the Ballot by providing all the information requested, signing, dating, and returning the Ballot to the Voting Agent. Any Ballot that is illegible, contains insufficient information to identify the Holder, alters or does not make the required certifications or is unsigned will not be counted. Ballots may not be submitted to the Voting Agent by facsimile. If neither the "accept" nor "reject" box is checked in Item 2, both boxes are checked in Item 2, or the Ballot is otherwise not properly completed, executed, or timely returned, then the Ballot shall not be counted in determining acceptance or rejection of the Plan.

3. You must vote all your Interests within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different or inconsistent Interests within a single Class under the Plan, the Ballots are not voted in the same manner, and you do not correct this before the Voting Deadline, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

4. The Ballot does not constitute, and shall not be deemed to be, a proof of Claim or Interest or an assertion or admission of Claims or Interests.

5. The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan.

6. If you cast more than one Ballot voting the same Interests prior to the Voting Deadline, the latest received, properly executed Ballot submitted to the Voting Agent will supersede any prior Ballot.

7. If (i) the Debtor revokes or withdraws the Plan, or (ii) the Confirmation Order is not entered or consummation of the Plan does not occur, this Ballot shall automatically be null and void and deemed withdrawn without any requirement of affirmative action by or notice to you.

8. There may be changes made to the Plan that do not cause material adverse effects on an accepting Class. If such non-material changes are made to the Plan, the Debtor will not resolicit votes for acceptance or rejection of the Plan.

NAI-1536737760

**PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND RETURN IT *PROMPTLY* BY *ONLY ONE* OF THE FOLLOWING RETURN METHODS:**

**IN THE ENVELOPE PROVIDED, BY FIRST CLASS MAIL, OVERNIGHT COURIER, HAND DELIVERY, OR E-BALLOT VOTING.**

A. **If Submitting Your Vote through the "E-Ballot" Platform:**

The Solicitation Agent will accept Ballots if properly completed through the Solicitation Agent's electronic balloting platform (such electronically completed Ballots, "E-Ballots"). To submit your Ballot via the E-Ballot platform, visit https://dm.epiq11.com/ltl, click on the "E-Ballot" section of the website and follow the instructions to submit your Ballot.

**IMPORTANT NOTE:** You will need the following information to retrieve and submit your customized electronic Ballot:

**Unique E-Ballot ID#: [_____]**

The Solicitation Agent's E-Ballot platform is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.

Each E-Ballot ID # is to be used solely for voting only those Equity Interests of the Debtor described in Item 1 of your electronic Ballot. Please complete and submit an electronic Ballot for each E-Ballot ID# you receive, as applicable. Creditors who cast a Ballot using the E-Ballot platform should NOT also submit a paper Ballot. Properly submitted E-Ballots shall be deemed to contain an original signature.

If your Ballot is not received by Epiq on or before the Voting Deadline, and such Voting Deadline is not extended by the Debtor as noted above, your vote will not be counted.

B. **If Submitting Your Vote through the Mail, Overnight Courier or via Hand Delivery:**

Submit your completed and signed Ballot by mail using the envelope included in the Solicitation Package or to:

| **If by first class mail:**<br><br>**LTL Management LLC**<br>**c/o Epiq Ballot Processing Center**<br>**P.O. Box 4422**<br>**Beaverton, OR 97076-4422** | **If by overnight courier, or hand delivery to:**<br><br>**LTL Management LLC**<br>**c/o Epiq Ballot Processing**<br>**10300 SW Allen Boulevard**<br>**Beaverton, OR 97005** |
|---|---|

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT, BELIEVE YOU MAY HAVE RECEIVED AN INCORRECT BALLOT, OR IF YOU DID NOT RECEIVE A COPY OF ANY OF THE DOCUMENTS DESCRIBED IN THESE INSTRUCTIONS, PLEASE CONTACT THE SOLICITATION AGENT AT:**

**TELEPHONE: (888) 431-4056 (TOLL-FREE) OR +1 (503) 822-6762 (INTERNATIONAL)
EMAIL: LTLVOTE@EPIQGLOBAL.COM
OR VISIT HTTPS://DM.EPIQ11.COM/LTL**

NAI-1536737760