**Exhibit 7-2**

**Publication Notice (for Confirmation Hearing)**

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> **WOLLMUTH MAHER & DEUTSCH LLP** <br> Paul R. DeFilippo, Esq. <br> 500 Fifth Avenue <br> New York, New York 10110 <br> Telephone: (212) 382-3300 <br> Facsimile: (212) 382-0050 <br> pdefilippo@wmd-law.com <br><br> **JONES DAY** <br> Gregory M. Gordon, Esq. <br> Brad B. Erens, Esq. <br> Dan B. Prieto, Esq. <br> Amanda Rush, Esq. <br> 2727 N. Harwood Street <br> Dallas, Texas 75201 <br> Telephone: (214) 220-3939 <br> Facsimile: (214) 969-5100 <br> gmgordon@jonesday.com <br> bberens@jonesday.com <br> dbprieto@jonesday.com <br> asrush@jonesday.com <br> (Admitted *pro hac vice*) <br><br> *ATTORNEYS FOR DEBTOR* |  |
| In re: <br><br> LTL MANAGEMENT LLC,[1] <br><br>                            Debtor. | Chapter 11 <br><br> Case No.: 23-12825 (MBK) <br><br> Judge: Michael B. Kaplan <br><br> **Hearing Date and Time:** <br> [_____, 2023] at [__]:[__] [a/p].m. |

## NOTICE OF (I) DEADLINE FOR CASTING VOTES TO ACCEPT OR REJECT PROPOSED PLAN OF REORGANIZATION, (II) HEARING TO CONSIDER CONFIRMATION OF PROPOSED PLAN OF REORGANIZATION AND (III) RELATED MATTERS

**PLEASE TAKE NOTICE THAT** on June 16, 2023, LTL Management LLC, the debtor in the above-captioned case (the "Debtor") filed the *Amended Chapter 11 Plan of Reorganization of LTL Management LLC* [Dkt. 912] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Plan").[2]

---

[1]      The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2]      Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT:** On July 11, 2023 the Debtor filed the *Disclosure Statement for Amended Chapter 11 Plan of Reorganization of LTL Management LLC* [Dkt. •] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE THAT:**

1. The United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") has scheduled a hearing on **[_____, 2023] at [_____ a.m.]** (**prevailing Eastern Time**) (the "Confirmation Hearing") to consider whether to confirm the Plan. The Confirmation Hearing will be held before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the Bankruptcy Court, located at the Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom No. 8, Trenton, New Jersey 08608.

2. On **[_____, 2023]** the Bankruptcy Court entered an order [Dkt. [●]] (the "Solicitation Procedures Order") approving the Disclosure Statement and procedures for soliciting and tabulating votes to accept or reject the Plan (the "Solicitation Procedures").

3. Pursuant to the Solicitation Procedures Order, the Bankruptcy Court approved the Solicitation Procedures attached to the Disclosure Statement as Exhibit 1. Only holders of Class 4 Claims (Talc Personal Injury Claims) and holders of Class 6 Interests (Equity Interests of the Debtor) are entitled to receive a ballot for casting a vote on the Plan (a "Ballot"). Holders of Claims in all other Classes under the Plan are deemed to accept the Plan, because they are Unimpaired by the Plan. For a vote to accept or reject the Plan to be counted, a Ballot must be completed and returned in accordance with the instructions provided on the Ballot so that it is received by **[_____, 2023] at 4:00 p.m.** (**prevailing Eastern Time**).

4. The Plan proposes certain releases and injunctions in furtherance of the Plan. The Plan proposes to release all claims of the Debtor and the Estate against: (a) the Debtor, (b) the Reorganized Debtor, (c) the LTL Corporate Parties; and (d) to the fullest extent permitted by applicable law, with respect to each of the foregoing Persons in clauses (a)-(c), each such Person's Representatives (collectively, the "Released Parties"). The Plan also proposes, as set forth in more detail therein, to release all claims held by claimants against the Released Parties. The Plan also proposes a channeling injunction that permanently channels all Talc Personal Injury Claims against the Debtor and the Protected Parties to a trust established pursuant to sections 524(g) and 105(a) of the Bankruptcy Code. In addition, the Plan proposes an injunction that permanently enjoins the pursuit of any claim against or interest in the Debtor, the Reorganized Debtor, the Talc Personal Injury Trust or any of their respective property to the extent that such claim or interest has been discharged, released, waived, settled, or deemed satisfied in accordance with the Plan (other than the enforcement of any right pursuant to the Plan). For the specific terms and conditions of all the releases and injunctions provided for in the Plan, and the precise scope of the Claims and demands to be channeled, please refer to the specific terms of the Plan, which can be obtained as described below.

5. The Plan proposes establishing a trust to resolve all Talc Personal Injury Claims against the Debtor. Persons and entities with Talc Personal Injury Claims will be forever barred from asserting their Claims against the Debtor or other parties specified in the Plan. If the Plan is approved by the Bankruptcy Court, all current and future holders of Talc Personal Injury

Claims against the Debtor can request and receive money only from the trust.  You should read the Plan and Disclosure Statement carefully for details about how the Plan, if approved, will affect your rights.

6. If you would like to object to the Plan, you may do so by filing your objection no later than **[_____, 2023] at 4:00 p.m. (prevailing Eastern Time)** (the "Confirmation Objection Deadline").  Objections, if any, to confirmation of the Plan must:  (a) be in writing; (b) conform to the Bankruptcy Rules and Local Rules of U.S. Bankruptcy Court for the District of New Jersey (the "Local Bankruptcy Rules"); (c) state the name, address, telephone number and email address of the objecting party and the amount and nature of the Claim or Equity Interest of such party; (d) state with particularity the basis and nature of any objection to the Plan, including the evidentiary support thereof, and, if practicable, a proposed modification to the Plan that would resolve such objection; and (e) be filed with the Bankruptcy Court 402 East State Street, Trenton, New Jersey 08608 together with proof of service, and served so as to be **RECEIVED on or before the Confirmation Objection Deadline** by:

(a) counsel to the Debtor, (i) Jones Day, 2727 N. Harwood Street, Dallas, TX 75201 (Attn:  Gregory M. Gordon, Brad B. Erens, Dan B. Prieto, and Amanda Rush) and (ii) Wollmuth Maher & Deutsch LLP, 90 Washington Valley Road, Bedminster, NJ 079211 (Attn:  Paul R. DeFilippo, James N. Lawlor, and Joseph F. Pacelli);

(b) counsel to the TCC, (i) Brown Rudnick LLP, Seven Times Square, New York, New York 10036 (Attn:  David J. Molton, Michael S. Winograd, Susan Sieger-Grimm, and Kenneth J. Aulet) and One Financial Center, Boston, Massachusetts 02111 (Attn:  Jeffrey L. Jonas, Sunni P. Beville, and Eric R. Goodman) and (ii) Genova Burns LLC, 110 Allen Road, Suite 304, Basking Ridge, New Jersey 07920 (Attn:  Daniel M. Stolz, Donald W. Clarke, and Gregory S. Kinoian);

(c) the FCR (i) Randi S. Ellis, LLC, 5757 Indian Circle, Houston, TX 77027 (Attn: Randi S. Ellis) and (ii) counsel to the FCR, Walsh Pizzi O'Reilly Falanga LLP, Three Gateway Center, 100 Mulberry Street, 15th Floor, Newark, New Jersey 07102 (Attn:  Mark Falk, Stephen V. Falanga, and Liza M. Walsh);

(d) counsel to the Ad Hoc Committee of Supporting Counsel, (i) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (Attn: Kris Hansen) and 71 South Wacker Drive, Suite 4500, Chicago, Illinois 60606 (Attn:  Matthew M. Murphy and Matthew Micheli); and (ii) Cole Schotz P.C., Court Plaza North, 25 Main Street, P.O. Box 800, Hackensack, New Jersey 07692-0800 (Attn:  Michael D. Sirota); and

(e) the Office of the United States Trustee for the District of New Jersey, One Newark Center, Ste 2100, Newark, New Jersey 07102 (Attn:  Jeffrey M. Sponder and Lauren Bielskie).

OBJECTIONS NOT TIMELY FILED AND SERVED IN SUCH MANNER MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND MAY BE DEEMED OVERRULED WITHOUT FURTHER NOTICE.

**COPIES OF PLAN AND DISCLOSURE STATEMENT**

   If you would like to review the Plan or Disclosure Statement, obtain a Solicitation Package, or have questions regarding the procedures and requirements for objecting to the Plan, you may contact the Debtor's Solicitation Agent, Epiq Corporate Restructuring LLC, by: (a) calling the Debtor's Solicitation Agent at (888) 431-4056 (Toll-Free) or +1 (503) 822-6762 (International); (b) visiting https://dm.epiq11.com/ltl; (c) emailing your request to LTLVote@epiqglobal.com; or (d) writing to LTL Management LLC, c/o Epiq Ballot Processing Center, P.O. Box 4422, Portland, OR 97076.  The Disclosure Statement, the Plan, and the Solicitation Procedures Order are on file with the Clerk of the Bankruptcy Court, 402 East State Street, Trenton, NJ 08608, and may be examined by parties in interest by visiting the Office of the Clerk of the Bankruptcy Court during business hours or viewed on the Bankruptcy Court's website by following the directions for accessing the ECF system at https://www.njb.uscourts.gov.

Dated: [_____]

**WOLLMUTH MAHER & DEUTSCH LLP**

Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*