## **Exhibit 7-3**

**Debtor Letter in Support of the Plan**

[TO COME]