**<u>Exhibit 7-5</u>**

**Ad Hoc Committee of Supporting Counsel Letter in Support of the Plan**

[TO COME]