UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

Mark Falk, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
*Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants*

In re:

LTL Management, LLC,

                    Debtor.

Case No.: 23-12825

Judge: Michael B. Kaplan

Chapter: 11

## SUPPLEMENTAL CERTIFICATION OF LISA SKYLAR IN SUPPORT OF APPLICATION FOR RETENTION OF ECONONE RESEARCH, INC. EFFECTIVE AS OF JUNE 23, 2023

I, Lisa Skylar, being of full age, certify as follows:

1. I make this supplemental certification in support of the Application for Retention of EconONE Research, Inc. ("Econ One"), effective as of June 23, 2023, filed by Randi S. Ellis, Legal Representative for Future Talc Claimants ("FCR") (the "Application") seeking authorization to be retained to provide expert consulting services and analysis of talc claim liability in connection with the above- referenced bankruptcy case of LTL Management LLC ("LTL" or "Debtor").

2. Notwithstanding anything to the contrary in the Engagement Letter, Econ One has no intention of being engaged to assist any party other than the FCR. Should Econ One's experts work on other engagements against the FCR or her attorneys or work for other parties on the same side of the parties in the matter covered by this retention, such information shall be disclosed in a further supplemental certification.

3. No retainer was received by Econ One, and, if a retainer were to be requested by Econ One during this case, an appropriate motion would be filed with the Court.

4. The following parties as listed on Exhibit 5 to the Certification of Lisa Skylar are current clients in matters unrelated to the Debtor and matters at issue in this case:

| Client | Percentage of Econ One's Gross Income for the last 2 years |
|---|---|
| Chehardy, Sherman, Williams, Recile & Hayes (2 matters) | < 0.1% |
| State of Oregon | .9% |
| Carlton Fields, P.A (2 matters). | 2.9% |
| State of Alaska Department of Law | < 0.1% |
| Gibson, Dunn & Crutcher (2 matters) | 2.7% |
| Colorado Department of Health Care Policy and Financing | < 0.1% |
| Lewis Brisbois Bisgaard & Smith LLP (2 matters) | < 0.1% |
| State of Vermont Attorney General | 0% |

I certify under penalty of perjury that the above information is true.

Date: __July 11, 2023_____         _____
                                                                          Lisa Skylar