# AlixPartners, LLP

## Exhibit B

## Detailed Description of AlixPartners' Hours and Professional Fees by Matter Category

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re: Chapter 11 Process / Case Management
Code: 20005188PA0002.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 05/01/2023 | JRC | Conference call with J. Castellano, M. Barnett and J. Clarrey (all AlixPartners) to discuss case updates and planning | 0.5 |
| 05/01/2023 | MB | Conference call with J. Castellano, M. Barnett and J. Clarrey (all AlixPartners) to discuss case updates and planning | 0.5 |
| 05/01/2023 | JEC | Compile billing-related information to support AlixPartners team request | 0.2 |
| 05/01/2023 | JEC | Conference call with J. Castellano, M. Barnett and J. Clarrey (all AlixPartners) to discuss case updates and planning | 0.5 |
| 05/05/2023 | JEC | Coordinate with AlixPartners team on inquiry related to financial information | 0.2 |
| 05/15/2023 | JEC | Compile professional fee payment support to facilitate communications to LTL team regarding payment administration | 1.5 |
| 05/16/2023 | MB | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss professional fee payment administration | 0.2 |
| 05/16/2023 | MB | Develop professional fee support for final invoices for the Fee Examiner and related professionals | 1.2 |
| 05/16/2023 | JEC | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss professional fee payment administration | 0.2 |
| 05/16/2023 | JEC | Continue compiling additional professional fee payment support to facilitate communications to LTL team regarding payment administration | 1.4 |
| 05/17/2023 | JEC | Compile professional fee information to support Company request | 0.3 |
| 05/22/2023 | JEC | Compile estimate of professional fees to support company request | 0.4 |
| **Total Professional Hours** | | | **7.1** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| | |
|---|---|
| Re: | Chapter 11 Process / Case Management |
| Code: | 20005188PA0002.1.1 |

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| John R Castellano | $1,400 | 0.5 | $ 700.00 |
| Jarod E Clarrey | $950 | 4.7 | 4,465.00 |
| Mark Barnett | $805 | 1.9 | 1,529.50 |
| **Total Professional Hours and Fees** | | **7.1** | **$ 6,694.50** |

# AlixPartners

Mr. John K. Kim  
Chief Legal Officer  
LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933

Re: U.S. Trustee / Court Reporting Requirements  
Code: 20005188PA0002.1.5

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 05/01/2023 | MB | Update the March MOR based on comments from the Jones Day team | 0.2 |
| 05/01/2023 | MB | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss reporting deadlines | 0.3 |
| 05/01/2023 | JEC | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss reporting deadlines | 0.3 |
| 05/03/2023 | MB | Generate the 2015.3 report based on the operations of the Debtor's subsidiary | 1.4 |
| 05/03/2023 | MB | Update the 2015.3 report based on comments from the Jones Day team | 0.3 |
| 05/04/2023 | MB | Update the 2015.3 report based on comments from the Jones Day team | 0.4 |
| 05/16/2023 | MB | Update the financial information for the April MOR | 0.8 |
| 05/16/2023 | MB | Review the financial statements for the April MOR | 1.4 |
| 05/16/2023 | MB | Generate support schedules for the April MOR | 0.3 |
| 05/16/2023 | MB | Update the Global Notes for the April MOR | 0.6 |
| 05/16/2023 | MB | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss draft MOR documents | 0.7 |
| 05/16/2023 | MB | Review the RAM financial statements for the April MOR | 0.8 |
| 05/16/2023 | JEC | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss draft MOR documents | 0.7 |
| 05/16/2023 | MB | Update the MOR April form | 0.7 |
| 05/17/2023 | MB | Review financial statements for the Stub-April MOR | 2.4 |
| 05/17/2023 | MB | Update the Stub-April MOR global notes and attachments | 1.3 |
| 05/17/2023 | MB | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss draft MOR documents | 0.3 |
| 05/17/2023 | JEC | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss draft MOR documents | 0.3 |
| 05/18/2023 | MB | Review diligence questions from the Jones Day team regarding the April MOR | 0.4 |
| 05/19/2023 | MB | Review diligence questions from the Jones Day team regarding the MORs | 0.3 |
| 05/20/2023 | MB | Revise the monthly operating report based on comments from the Jones Day team | 0.5 |
| 05/21/2023 | MB | Update the April MOR report based on comments from the Jones Day team | 0.8 |
| 05/22/2023 | MB | Update the Global Notes in the MOR based on comments from Jones Day and WMD | 0.3 |
| 05/22/2023 | MB | Update the Monthly Operating Reports based on comments from the Jones Day team | 1.6 |
| **Total Professional Hours** | | | **17.1** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| | |
|---|---|
| Re: | U.S. Trustee / Court Reporting Requirements |
| Code: | 20005188PA0002.1.5 |

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---:|---:|---:|
| Jarod E Clarrey | $950 | 1.3 | 1,235.00 |
| Mark Barnett | $805 | 15.8 | 12,719.00 |
| **Total Professional Hours and Fees** | | **17.1** | $ **13,954.00** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:     Adversary Proceedings & Contested Matters
Code:   20005188PA0002.1.16

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 05/05/2023 | JRC | Review matters related to motion to dismiss proceedings | 1.0 |
| 05/05/2023 | JRC | Review materials related to motions to dismiss chapter 11 proceedings | 0.5 |
| 05/07/2023 | JRC | Review materials related to motion to dismiss | 1.5 |
| 05/08/2023 | JRC | Meeting with J. Mitchell, J. Castellano, K. Montague, G. Gutzler (all AlixPartners) re: motion to dismiss proceedings | 0.4 |
| 05/08/2023 | JRC | Review materials related to motion to dismiss proceedings | 1.7 |
| 05/08/2023 | JM | Prepare for call with B. Erens, D. Torborg (both Jones Day), J. Castellano (AlixPartners) | 1.0 |
| 05/08/2023 | KM | Meeting with J. Mitchell, J. Castellano, K. Montague, G. Gutzler (all AlixPartners) re: motion to dismiss proceedings | 0.4 |
| 05/08/2023 | GG | Review case materials re: motion to dismiss proceedings | 2.2 |
| 05/08/2023 | GG | Review materials in connection with motion to dismiss proceedings | 1.2 |
| 05/08/2023 | GG | Meeting with J. Mitchell, J. Castellano, K. Montague, G. Gutzler (all AlixPartners) re: motion to dismiss proceedings | 0.4 |
| 05/08/2023 | KM | Analyze materials in connection with motion to dismiss proceedings | 2.2 |
| 05/08/2023 | KM | Continue to analyze materials in connection with motion to dismiss proceedings | 0.8 |
| 05/08/2023 | GG | Research materials in connection with motion to dismiss proceedings | 0.7 |
| 05/08/2023 | GG | Prepare potential case materials in connection with motion to dismiss proceedings | 1.6 |
| 05/08/2023 | JM | Meeting with J. Mitchell, J. Castellano, K. Montague, G. Gutzler (all AlixPartners) re: motion to dismiss proceedings | 0.4 |
| 05/08/2023 | JRC | Review materials in connection with motion to dismiss proceedings | 1.2 |
| 05/09/2023 | JRC | Review pleadings related to motions to dismiss and other related filings | 1.5 |
| 05/09/2023 | JRC | Conference call with K. Montague, G. Gutzler, L. Hill, J. Castellano, and M. Sandeen (all AlixPartners) to discuss motion to dismiss proceedings | 0.7 |
| 05/09/2023 | KM | Conference call with K. Montague, G. Gutzler, L. Hill and M. Sandeen (all AlixPartners) to discuss motion to dismiss proceedings | 0.9 |
| 05/09/2023 | KM | Perform analysis in connection with potential materials for motion to dismiss proceeding | 1.8 |
| 05/09/2023 | KM | Conference call with K. Montague, G. Gutzler, L. Hill, J. Castellano, and M. Sandeen (all AlixPartners) to discuss motion to dismiss proceedings | 0.7 |
| 05/09/2023 | GG | Conference call with K. Montague, G. Gutzler, L. Hill and M. Sandeen (all AlixPartners) to discuss motion to dismiss proceedings | 0.9 |
| 05/09/2023 | GG | Conference call with K. Montague, G. Gutzler, L. Hill, J. Castellano, and M. Sandeen (all AlixPartners) to discuss motion to dismiss proceedings | 0.7 |
| 05/09/2023 | MS | Prepare potential materials for motion to dismiss proceeding | 1.6 |
| 05/09/2023 | MS | Conference call with K. Montague, G. Gutzler, L. Hill and M. Sandeen (all AlixPartners) to discuss motion to dismiss proceedings | 0.9 |
| 05/09/2023 | MS | Review motion to dismiss materials | 1.8 |
| 05/09/2023 | MS | Conference call with K. Montague, G. Gutzler, L. Hill, J. Castellano, and M. Sandeen (all AlixPartners) to discuss motion to dismiss proceedings | 0.7 |
| 05/09/2023 | LH | Conference call with K. Montague, G. Gutzler, L. Hill and M. Sandeen (all AlixPartners) to discuss motion to dismiss proceedings | 0.9 |
| 05/09/2023 | LH | Conference call with K. Montague, G. Gutzler, L. Hill, J. Castellano, and M. Sandeen (all AlixPartners) to discuss motion to dismiss proceedings | 0.7 |
| 05/09/2023 | KM | Analyze materials in connection with motion to dismiss proceeding | 0.8 |
| 05/09/2023 | LH | Review background materials related to case | 2.8 |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:        Adversary Proceedings & Contested Matters
Code:      20005188PA0002.1.16

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 05/09/2023 | GG | Analyze case materials in connection with motion to dismiss proceeding | 2.3 |
| 05/09/2023 | LH | Review bankruptcy filings | 2.9 |
| 05/09/2023 | GG | Prepare potential materials in connection with motion to dismiss proceeding | 2.8 |
| 05/09/2023 | GG | Continue to prepare potential materials in connection with motion to dismiss proceeding | 0.4 |
| 05/10/2023 | JRC | Review documents in connection with motion to dismiss hearing | 0.5 |
| 05/10/2023 | JM | Review documents in connection with motion to dismiss hearing | 1.5 |
| 05/10/2023 | KM | Analyze documents in connection with motion to dismiss hearing | 0.6 |
| 05/10/2023 | MS | Review documents in connection with motion to dismiss hearing | 1.4 |
| 05/10/2023 | MS | Update potential materials in connection with motion to dismiss proceeding | 2.6 |
| 05/10/2023 | LH | Review materials in connection with motion to dismiss proceeding | 2.7 |
| 05/10/2023 | LH | Continue review of materials in connection with motion to dismiss proceeding | 2.6 |
| 05/10/2023 | LH | Review background materials related to case | 2.8 |
| 05/10/2023 | GG | Review case materials in connection with motion to dismiss proceeding | 2.7 |
| 05/10/2023 | GG | Analyze case materials in connection with motion to dismiss proceeding | 2.3 |
| 05/10/2023 | GG | Prepare potential materials in connection with motion to dismiss proceeding | 2.9 |
| 05/11/2023 | JRC | Review documents related to motion to dismiss | 0.5 |
| 05/11/2023 | JM | Meeting with J. Mitchell, J. Castellano, K. Montague, G. Gutzler (all AlixPartners) related to motion to dismiss proceeding | 0.3 |
| 05/11/2023 | JRC | Meeting with J. Mitchell, J. Castellano, K. Montague, G. Gutzler (all AlixPartners) related to motion to dismiss proceeding | 0.3 |
| 05/11/2023 | KM | Meeting with J. Mitchell, J. Castellano, K. Montague, G. Gutzler (all AlixPartners) related to motion to dismiss proceeding | 0.3 |
| 05/11/2023 | GG | Review materials in connection with motion to dismiss proceeding | 2.3 |
| 05/11/2023 | LH | Call with G. Gutzler and L. Hill (both AlixPartners) re: motion to dismiss proceeding | 0.4 |
| 05/11/2023 | GG | Call with G. Gutzler and L. Hill (both AlixPartners) re: motion to dismiss proceeding | 0.4 |
| 05/11/2023 | GG | Meeting with J. Mitchell, J. Castellano, K. Montague, G. Gutzler (all AlixPartners) related to motion to dismiss proceeding | 0.3 |
| 05/11/2023 | MS | Review materials in connection with motion to dismiss proceeding | 1.3 |
| 05/11/2023 | MS | Prepare potential materials in connection with motion to dismiss proceeding | 2.9 |
| 05/11/2023 | MS | Continue review of materials in connection with motion to dismiss proceeding | 2.8 |
| 05/11/2023 | LH | Draft potential materials in connection with motion to dismiss proceeding | 2.7 |
| 05/11/2023 | LH | Review first day filings | 2.3 |
| 05/11/2023 | GG | Develop analysis in connection with motion to dismiss proceeding | 1.8 |
| 05/11/2023 | GG | Prepare potential materials in connection with motion to dismiss proceeding | 2.7 |
| 05/11/2023 | LH | Review materials in connection with motion to dismiss proceeding | 2.5 |
| 05/12/2023 | JRC | Review key filings related to motion to dismiss | 1.0 |
| 05/12/2023 | JRC | Discussion with John Castellano, Kevin Montague, and Gary Gutzler (all AlixPartners) related to motion to dismiss proceeding | 0.4 |
| 05/12/2023 | KM | Discussion with John Castellano, Kevin Montague, and Gary Gutzler (all AlixPartners) related to motion to dismiss proceeding | 0.4 |
| 05/12/2023 | GG | Discussion with John Castellano, Kevin Montague, and Gary Gutzler (all AlixPartners) related to motion to dismiss proceeding | 0.4 |
| 05/12/2023 | GG | Review materials in connection with motion to dismiss proceeding | 1.6 |
| 05/12/2023 | GG | Continue to review materials in connection with motion to dismiss proceeding | 2.8 |

# AlixPartners

Mr. John K. Kim  
Chief Legal Officer  
LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933

Re: Adversary Proceedings & Contested Matters  
Code: 20005188PA0002.1.16

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 05/12/2023 | LH | Analyze materials in connection with motion to dismiss proceeding | 2.2 |
| 05/12/2023 | KM | Analyze materials in connection with motion to dismiss proceeding | 1.2 |
| 05/12/2023 | LH | Review materials in connection with motion to dismiss proceeding | 2.1 |
| 05/12/2023 | GG | Prepare potential materials in connection with motion to dismiss proceeding | 2.6 |
| 05/12/2023 | LH | Devleop potential materials in connection with motion to dismiss proceeding | 1.9 |
| 05/12/2023 | GG | Continue to prepare potential materials in connection with motion to dismiss proceeding | 1.5 |
| 05/14/2023 | GG | Review court filings and pleadings | 2.3 |
| 05/14/2023 | JRC | Review potential materials in connection with motion to dismiss proceeding | 1.0 |
| 05/15/2023 | JRC | Review filings related to motions to dismiss | 3.0 |
| 05/15/2023 | GG | Review materials in connection with motion to dismiss proceeding | 2.3 |
| 05/15/2023 | MS | Review materials in connection with motion to dismiss proceeding | 2.2 |
| 05/15/2023 | MS | Prepare potential materials in connection with motion to dismiss proceeding | 1.1 |
| 05/15/2023 | MS | Draft potential materials in connection with motion to dismiss proceeding | 1.1 |
| 05/15/2023 | MS | Review motion to dismiss | 1.7 |
| 05/15/2023 | GG | Analyze materials in connection with motion to dismiss proceeding | 2.2 |
| 05/15/2023 | LH | Review materials in connection with motion to dismiss proceeding | 2.9 |
| 05/15/2023 | GG | Prepare potential materials in connection with motion to dismiss proceeding | 2.6 |
| 05/15/2023 | LH | Develop potential materials in connection with motion to dismiss proceeding | 2.5 |
| 05/15/2023 | MS | Review potential materials in connection with motion to dismiss proceeding | 1.9 |
| 05/15/2023 | LH | Update potential materials in connection with motion to dismiss proceeding | 2.8 |
| 05/16/2023 | JRC | Review materials in connection with motion to dismiss proceeding | 1.6 |
| 05/16/2023 | JRC | Review documents related to motion to dismiss proceedings | 1.1 |
| 05/16/2023 | GG | Review materials in connection with motion to dismiss proceeding | 2.7 |
| 05/16/2023 | GG | Analyze materials in connection with motion to dismiss proceeding | 2.3 |
| 05/16/2023 | MS | Review materials in connection with motion to dismiss proceeding | 2.1 |
| 05/16/2023 | MS | Continue to review materials in connection with motion to dismiss proceeding | 1.1 |
| 05/16/2023 | GG | Prepare potential materials in connection with motion to dismiss proceeding | 2.8 |
| 05/16/2023 | MS | Update potential materials in connection with motion to dismiss proceeding | 1.8 |
| 05/16/2023 | LH | Review bankruptcy filings | 2.8 |
| 05/16/2023 | LH | Draft potential materials in connection with motion to dismiss proceeding | 1.8 |
| 05/16/2023 | LH | Develop potential materials in connection with motion to dismiss proceeding | 2.1 |
| 05/17/2023 | GG | Analyze materials in connection with motion to dismiss proceeding | 1.8 |
| 05/17/2023 | GG | Continue to analyze materials in connection with motion to dismiss proceeding | 2.7 |
| 05/17/2023 | MS | Review materials in connection with motion to dismiss proceeding | 1.9 |
| 05/17/2023 | MS | Summarize meeting notes from meeting with the company on motion to dismiss proceeding | 1.5 |
| 05/17/2023 | GG | Prepare potential materials in connection with motion to dismiss proceeding | 2.9 |
| 05/17/2023 | KM | Analyze materials in connection with motion to dismiss proceeding | 1.4 |
| 05/17/2023 | LH | Develop potential materials in connection with motion to dismiss proceeding | 2.2 |
| 05/17/2023 | JRC | Review call notes | 1.5 |
| 05/18/2023 | GG | Prepare potential materials in connection with motion to dismiss proceeding | 2.4 |
| 05/18/2023 | GG | Continue to prepare potential materials in connection with motion to dismiss proceeding | 0.9 |
| 05/18/2023 | KM | Analyze materials in connection with motion to dismiss proceeding | 0.7 |
| 05/18/2023 | LH | Develop potential materials in connection with motion to dismiss proceeding | 2.8 |
| 05/22/2023 | HS | Communications with M. Bales (Jones Day) re: motion to dismiss proceeding | 0.2 |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:      Adversary Proceedings & Contested Matters
Code:   20005188PA0002.1.16

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 05/23/2023 | HS | Review materials in connection with motion to dismiss discovery | 0.4 |
| 05/30/2023 | JRC | Review pleadings regarding motion to dismiss bankruptcy | 1.5 |
| 05/30/2023 | HS | Review motion to dismiss filed by talc claimants | 0.6 |
| **Total Professional Hours** | | | **184.7** |

# AlixPartners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:        Adversary Proceedings & Contested Matters
Code:      20005188PA0002.1.16

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---:|---:|---:|
| John R Castellano | $1,400 | 20.9 | $ 29,260.00 |
| Jonathan Mitchell | $1,400 | 3.2 | 4,480.00 |
| Kevin Montague | $1,140 | 12.2 | 13,908.00 |
| Gary Gutzler | $1,115 | 65.4 | 72,921.00 |
| Loring Hill | $880 | 49.4 | 43,472.00 |
| Milena Sandeen | $735 | 32.4 | 23,814.00 |
| Heather E Saydah | $550 | 1.2 | 660.00 |
| **Total Professional Hours and Fees** | | **184.7** | **$ 188,515.00** |

# AlixPartners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:  Retention Applications & Relationship Disclosures
Code: 20005188PA0002.1.19

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 05/01/2023 | HS | Correspond with J. Clarrey and B. Filler (both AlixPartners) and I. Perez (Jones Day) regarding retention pleadings | 0.6 |
| 05/03/2023 | HS | Correspond with I. Perez (Jones Day) re: revisions to retention documents | 0.2 |
| 05/03/2023 | HS | Review counsel comments to retention documents | 0.3 |
| 05/04/2023 | JRC | Call with J. Castellano and J. Clarrey (both AlixPartners) to discuss retention-related matters | 0.3 |
| 05/04/2023 | HS | Correspond with M. Bales (Jones Day) re: revisions to retention documents | 0.3 |
| 05/04/2023 | BF | Meeting with H. Saydah and B. Filler (both AlixPartners) re: revisions to retention documents | 0.3 |
| 05/04/2023 | JEC | Call with J. Castellano and J. Clarrey (both AlixPartners) to discuss retention-related matters | 0.3 |
| 05/04/2023 | HS | Revise retention documents per J. Castellano (AlixPartners) comments | 0.2 |
| 05/04/2023 | HS | Meeting with H. Saydah and B. Filler (both AlixPartners) re: revisions to retention documents | 0.3 |
| 05/04/2023 | ESK | Review revised disclosures | 0.4 |
| 05/08/2023 | BF | Draft disclosures for additional parties-in-interest | 1.2 |
| 05/08/2023 | HS | Review investor emails re: relationship disclosures | 0.2 |
| 05/08/2023 | BF | Draft investor emails | 0.3 |
| 05/08/2023 | BF | Continue to draft firmwide disclosures | 2.8 |
| 05/08/2023 | BF | Draft firmwide disclosures | 3.0 |
| 05/09/2023 | ESK | Finalize investor emails for 2014 disclosure purposes | 1.0 |
| 05/11/2023 | HS | Correspond with I. Perez (Jones Day) re: extension of objection deadline for US trustee for retention application | 0.2 |
| 05/15/2023 | HS | Revise firmwide email re: relationship disclosures | 0.5 |
| 05/15/2023 | BF | Revise firmwide disclosures | 1.4 |
| 05/16/2023 | ESK | Revise draft of firmwide email re: disclosures | 2.0 |
| 05/16/2023 | BF | Develop revisions to firmwide disclosures | 0.9 |
| 05/16/2023 | ESK | Finalize firmwide disclosures | 1.0 |
| 05/19/2023 | HS | Draft first supplemental declaration | 0.6 |
| 05/22/2023 | HS | Revise first supplemental declaration | 0.2 |
| 05/22/2023 | ESK | Revise supplemental declaration | 0.3 |
| 05/23/2023 | HS | Review internal records to address UST inquiries re: client revenue | 0.6 |
| 05/23/2023 | HS | Review US Trustee comments to retention application | 0.4 |
| 05/24/2023 | HS | Review internal records and database to prepare response to US Trustee comments to and inquiries regarding retention application | 0.8 |
| 05/24/2023 | HS | Correspond with M. Bales (Jones Day) re: first supplemental declaration | 0.3 |
| 05/29/2023 | HS | Correspond with I. Perez (Jones Day) re: US Trustee comments to retention application and deadline extension | 0.2 |
| 05/30/2023 | HS | Draft supplemental declaration in response to US Trustee comments to retention application | 1.2 |
| 05/31/2023 | HS | Draft second supplemental declaration | 1.1 |
| **Total Professional Hours** | | | **23.4** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| | | | | |
|---|---|---|---|---|
| Re: | Retention Applications & Relationship Disclosures | | | |
| Code: | 20005188PA0002.1.19 | | | |

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| John R Castellano | $1,400 | 0.3 | $ | 420.00 |
| Elizabeth S Kardos | $800 | 4.7 | | 3,760.00 |
| Jarod E Clarrey | $950 | 0.3 | | 285.00 |
| Heather E Saydah | $550 | 8.2 | | 4,510.00 |
| Brooke Filler | $510 | 9.9 | | 5,049.00 |
| **Total Professional Hours and Fees** | | **23.4** | **$** | **14,024.00** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| Re: | Fee Statements & Fee Applications |
| Code: | 20005188PA0002.1.20 |

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 05/21/2023 | JAB | Prepare professional fees for April 2023 monthly fee statement | 0.4 |
| 05/22/2023 | HS | Review interim compensation order | 0.2 |
| **Total Professional Hours** | | | **0.6** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:       Fee Statements & Fee Applications
Code:    20005188PA0002.1.20

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Heather E Saydah | $550 | 0.2 | 110.00 |
| Jennifer A Bowes | $485 | 0.4 | 194.00 |
| **Total Professional Hours and Fees** | | **0.6** | **$ 304.00** |

# AlixPartners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:      SOFAs and Schedules
Code:    20005188PA0002.1.21

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 05/01/2023 | JEC | Review/compile litigation information to support SOFAs/Schedules preparation | 0.9 |
| 05/01/2023 | JEC | Coordinate with Jones Day and company teams on SOFAs/Schedules preparation updates | 0.7 |
| 05/02/2023 | MB | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss information for SOFAs/Schedules | 0.8 |
| 05/02/2023 | JEC | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss information for SOFAs/Schedules | 0.8 |
| 05/02/2023 | JEC | Update analysis of litigation information to support SOFAs/Schedules preparation | 0.7 |
| 05/02/2023 | JEC | Review/compile litigation information to support SOFAs/Schedules preparation | 1.3 |
| 05/03/2023 | MB | Review schedule information | 0.3 |
| 05/03/2023 | JEC | Prepare revised draft of SOFAs/Schedules reports | 0.4 |
| 05/03/2023 | JEC | Update draft SOFAs/Schedules information based on feedback from Jones Day team | 1.6 |
| 05/03/2023 | JEC | Review/update information to prepare for SOFAs/Schedules draft review | 0.7 |
| 05/03/2023 | JEC | Correspond with Jones Day team regarding updates to SOFAs/Schedules drafts | 0.9 |
| 05/03/2023 | JEC | Review/compile litigation information to support SOFAs/Schedules preparation | 0.4 |
| 05/04/2023 | MB | Update the Schedule records | 0.5 |
| 05/04/2023 | JEC | Prepare revised drafts of SOFAs/Schedules reports and supporting exhibits | 0.5 |
| 05/04/2023 | JEC | Update litigation information based on feedback from Epiq team | 0.3 |
| 05/05/2023 | MB | Review of questions from company regarding SOFA | 0.5 |
| 05/05/2023 | JEC | Update litigation information for SOFAs/Schedules based on feedback from Jones Day team | 1.8 |
| 05/05/2023 | JEC | Review Global Notes draft to support SOFAs/Schedules preparation | 0.5 |
| 05/05/2023 | JEC | Update draft SOFAs/Schedules information based on feedback from Jones Day team | 2.2 |
| 05/05/2023 | JEC | Update SOFAs/Schedules database and draft reports based on feedback from Jones Day team | 2.6 |
| 05/05/2023 | JEC | Produce revised draft of SOFAs/Schedules reports to prepare for Jones Day and company review | 0.3 |
| 05/05/2023 | JEC | Compile support files for SOFAs/Schedules for request from Jones Day team | 0.3 |
| 05/09/2023 | JEC | Compile Schedules detail to support request from Epiq team | 0.3 |
| 05/15/2023 | JEC | Review information to support amendment to SOFAs/Schedules | 0.6 |
| 05/31/2023 | JEC | Review litigation information to support potential amendment to SOFAs/Schedules | 0.8 |
| **Total Professional Hours** | | | **20.7** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| | |
|---|---|
| Re: | SOFAs and Schedules |
| Code: | 20005188PA0002.1.21 |

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Jarod E Clarrey | $950 | 18.6 | 17,670.00 |
| Mark Barnett | $805 | 2.1 | 1,690.50 |
| **Total Professional Hours and Fees** | | **20.7** | **$ 19,360.50** |

# AlixPartners

Mr. John K. Kim  
Chief Legal Officer  
LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933

Re: Meetings with Management and Advisors  
Code: 20005188PA0002.1.22

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 05/01/2023 | BF | Conference call with H. Saydah and B. Filler (both AlixPartners) and I. Perez and M. Bales (both Jones Day) re: revisions to retention documents | 0.3 |
| 05/01/2023 | JEC | Call with D. Segal to discuss reporting matters | 0.5 |
| 05/01/2023 | JEC | Call with I. Perez (Jones Day) to discuss reporting matters | 0.2 |
| 05/01/2023 | HS | Conference call with H. Saydah and B. Filler (both AlixPartners) and I. Perez and M. Bales (both Jones Day) re: revisions to retention documents | 0.3 |
| 05/02/2023 | MB | Conference call with I. Perez (Jones Day), M. Barnett, J. Clarrey (both AlixPartners) and D. Segal to discuss SOFAs/Schedules disclosures | 0.5 |
| 05/02/2023 | JEC | Conference call with I. Perez (Jones Day), M. Barnett, J. Clarrey (both AlixPartners) and D. Segal to discuss SOFAs/Schedules disclosures | 0.5 |
| 05/03/2023 | MB | Meeting with D. Segal in order to review the 2015.3 report | 0.2 |
| 05/04/2023 | MB | Meeting with D. Segal in order to review the 2015.3 report | 0.3 |
| 05/07/2023 | JRC | Meeting with D. Torborg, B. Erens, D. Prieto (all Jones Day), J. Mitchell, J. Castellano, K. Montague, G. Gutzler (all AlixPartners) re: motion to dismiss proceeding | 1.0 |
| 05/07/2023 | JM | Meeting with D. Torborg, B. Erens, D. Prieto (all Jones Day), J. Mitchell, J. Castellano, K. Montague, G. Gutzler (all AlixPartners) re: motion to dismiss proceeding | 1.0 |
| 05/07/2023 | KM | Meeting with D. Torborg, B. Erens, D. Prieto (all Jones Day), J. Mitchell, J. Castellano, K. Montague, G. Gutzler (all AlixPartners) re: motion to dismiss proceeding | 1.0 |
| 05/07/2023 | GG | Meeting with D. Torborg, B. Erens, D. Prieto (all Jones Day), J. Mitchell, J. Castellano, K. Montague, G. Gutzler (all AlixPartners) re: motion to dismiss proceeding | 1.0 |
| 05/08/2023 | JRC | Meeting with D. Torborg, B. Erens (both Jones Day), J. Mitchell, J. Castellano, K. Montague, and G. Gutzler (all AlixPartners), A. Lisman, A. White, A. Lawrence, D. McGraw re: motion to dismiss proceeding | 1.1 |
| 05/08/2023 | JRC | Meeting with D. Torborg, B. Erens, M. Rasmussen (all Jones Day), J. Mitchell, J. Castellano, and K. Montague (all AlixPartners) re: motion to dismiss proceeding | 1.0 |
| 05/08/2023 | JM | Meeting with D. Torborg, B. Erens (both Jones Day), J. Mitchell, J. Castellano, K. Montague, and G. Gutzler (all AlixPartners), A. Lisman, A. White, A. Lawrence, D. McGraw re: motion to dismiss proceeding | 1.1 |
| 05/08/2023 | KM | Meeting with D. Torborg, B. Erens (both Jones Day), J. Mitchell, J. Castellano, K. Montague, and G. Gutzler (all AlixPartners), A. Lisman, A. White, A. Lawrence, D. McGraw re: motion to dismiss proceeding | 1.1 |
| 05/08/2023 | KM | Meeting with D. Torborg, B. Erens, M. Rasmussen (all Jones Day), J. Mitchell, J. Castellano, and K. Montague (all AlixPartners) re: motion to dismiss proceeding | 1.0 |
| 05/08/2023 | GG | Meeting with D. Torborg, B. Erens (both Jones Day), J. Mitchell, J. Castellano, K. Montague, and G. Gutzler (all AlixPartners), A. Lisman, A. White, A. Lawrence, D. McGraw re: motion to dismiss proceeding | 1.1 |
| 05/08/2023 | GG | Meeting with D. Torborg, B. Erens, M. Rasmussen (all Jones Day), J. Mitchell, J. Castellano, and K. Montague (all AlixPartners) re: motion to dismiss proceeding | 1.0 |
| 05/10/2023 | JRC | Conference call with K. Montague, G. Gutzler, J. Castellano (all AlixPartners), and D. Torborg (Jones Day) to discuss motion to dismiss proceeding | 1.0 |

# AlixPartners

Mr. John K. Kim  
Chief Legal Officer  
LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933

Re: Meetings with Management and Advisors  
Code: 20005188PA0002.1.22

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 05/10/2023 | KM | Conference call with K. Montague, G. Gutzler, J. Castellano (all AlixPartners), and D. Torborg (Jones Day) to discuss motion to dismiss proceeding | 1.0 |
| 05/10/2023 | MB | Meeting with A. Rush and I. Perez (both Jones Day), J. Lawlor (WMD), and J. Kim to discuss preparations for the 341 meeting | 0.5 |
| 05/10/2023 | GG | Conference call with K. Montague, G. Gutzler, J. Castellano (all AlixPartners), and D. Torborg (Jones Day) to discuss motion to dismiss proceeding | 1.0 |
| 05/11/2023 | JRC | Conference call with D. Torborg (Jones Day), C. Mullin (Bates White), and E. Haas re: various matters related to motion to dismiss hearing | 1.0 |
| 05/11/2023 | JM | Meeting with J. Mitchell, J. Castellano, K. Montague, G. Gutzler (all AlixPartners), D. Torborg, D. Prieto, G. Gordon (all Jones Day), K. Fournier (King & Spalding), C. Mullin, S. Lobel, A. Evans (Bates White), and E. Haas, A. White, D. McGraw related to motion to dismiss proceeding | 1.5 |
| 05/11/2023 | JRC | Meeting with J. Mitchell, J. Castellano, K. Montague, G. Gutzler (all AlixPartners), D. Torborg, D. Prieto, G. Gordon (all Jones Day), K. Fournier (King & Spalding), C. Mullin, S. Lobel, A. Evans (Bates White), and E. Haas, A. White, D. McGraw related to motion to dismiss proceeding | 1.5 |
| 05/11/2023 | KM | Meeting with J. Mitchell, J. Castellano, K. Montague, G. Gutzler (all AlixPartners), D. Torborg, D. Prieto, G. Gordon (all Jones Day), K. Fournier (King & Spalding), C. Mullin, S. Lobel, A. Evans (Bates White), and E. Haas, A. White, D. McGraw related to motion to dismiss proceeding | 1.5 |
| 05/11/2023 | GG | Meeting with J. Mitchell, J. Castellano, K. Montague, G. Gutzler (all AlixPartners), D. Torborg, D. Prieto, G. Gordon (all Jones Day), K. Fournier (King & Spalding), C. Mullin, S. Lobel, A. Evans (Bates White), and E. Haas, A. White, D. McGraw related to motion to dismiss proceeding | 1.5 |
| 05/11/2023 | JEC | Attend 341 Meeting of Creditors telephonically | 1.8 |
| 05/11/2023 | MB | Attend 341 Meeting of Creditors telephonically | 1.7 |
| 05/12/2023 | JRC | Call with D. Torborg (Jones Day) re: case updates | 0.4 |
| 05/16/2023 | JEC | Call with D. Segal to discuss professional fee payment administration | 0.3 |
| 05/17/2023 | JEC | Call with D. Segal to discuss professional fee tracking information | 0.3 |
| 05/17/2023 | MS | Conference call with E. Haas, D. McGraw and A. White, D. Prieto, B. Erens, D. Torborg and G. Gottbrecht (all Jones Day), G. Bell and B. Muttiah (both Charles River Associates), G. Starner (White & Case), G. Gutzler, L. Hill and M. Sandeen (all AlixPartners) to discuss motion to dismiss proceeding | 1.6 |
| 05/17/2023 | LH | Conference call with E. Haas, D. McGraw and A. White, D. Prieto, B. Erens, D. Torborg and G. Gottbrecht (all Jones Day), G. Bell and B. Muttiah (both Charles River Associates), G. Starner (White & Case), G. Gutzler, L. Hill and M. Sandeen (all AlixPartners) to discuss motion to dismiss proceeding | 1.6 |
| 05/17/2023 | GG | Conference call with E. Haas, D. McGraw and A. White, D. Prieto, B. Erens, D. Torborg and G. Gottbrecht (all Jones Day), G. Bell and B. Muttiah (both Charles River Associates), G. Starner (White & Case), G. Gutzler, L. Hill and M. Sandeen (all AlixPartners) to discuss motion to dismiss proceeding | 1.6 |
| 05/18/2023 | MB | Meeting with D. Segal in order to discuss the MOR | 0.8 |
| 05/20/2023 | MB | Meeting with I. Perez (Jones Day) regarding the monthly operating report | 0.2 |
| **Total Professional Hours** | | | **35.0** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:        Meetings with Management and Advisors
Code:     20005188PA0002.1.22

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| John R Castellano | $1,400 | 7.0 | $ 9,800.00 |
| Jonathan Mitchell | $1,400 | 3.6 | 5,040.00 |
| Kevin Montague | $1,140 | 5.6 | 6,384.00 |
| Gary Gutzler | $1,115 | 7.2 | 8,028.00 |
| Jarod E Clarrey | $950 | 3.6 | 3,420.00 |
| Loring Hill | $880 | 1.6 | 1,408.00 |
| Mark Barnett | $805 | 4.2 | 3,381.00 |
| Milena Sandeen | $735 | 1.6 | 1,176.00 |
| Heather E Saydah | $550 | 0.3 | 165.00 |
| Brooke Filler | $510 | 0.3 | 153.00 |
| **Total Professional Hours and Fees** | | **35.0** | **$ 38,955.00** |