## **EXHIBIT B**

Insurance Invoices



LTL Management LLC
LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ 08933

Invoice Date: May 25, 2023
Invoice Number: 9042981
Matter Number: 136731-00001

Client**:**    LTL Management LLC
Matter:    INSURANCE COUNSELING
Client Reference:  Payor for - 136731-00001

*For professional services rendered through April 30, 2023*

Currency: USD

| | |
|---|---|
| Fees | $39,168.50 |
| Total Due This Invoice | $39,168.50 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:*  McCarter & English, LLP
*Account Number:* 2020080016953
*Financial Institution:*  Wells Fargo Bank, N.A.
*ACH ABA:* 021200025
*Wire Transfer ABA:* 121000248
SWIFT: WFBIUS6S  (International payments)
**(Please Reference Invoice Number)**

NAI-1537318826v1



**MULTIPAYOR BREAKDOWN**

TOTAL DUE FOR FEES LTL MANAGEMENT LLC (80.00%)............................................................................$31,334.80

TOTAL DUE FOR COSTS LTL MANAGEMENT LLC.............................................................................................$0.00

TOTAL DUE FOR FEES HOLDBACK (20.00%)..................$7,833.70

TOTAL DUE FOR COSTS HOLDBACK.......................................$0.00

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*  *Electronic Payment Instructions:*
*McCarter & English, LLP*  AccountsReceivable@McCarter.com
*Four Gateway Center*  *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*  *Account Number: 2020080016953*
*Newark, NJ 07102*  *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel  973.622.4444*  *ACH ABA: 021200025*
*Fax 973.624.7070*  *Wire Transfer ABA: 121000248*
*www.mccarter.com*  *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*  **(Please Reference Invoice Number)**

NAI-1537318826v1

Client:  LTL Management LLC
Matter: INSURANCE COUNSELING

Invoice Date: May 25, 2023
Invoice Number: 9042981
Matter Number: 136731-00001

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/05/23 | Thomas W. Ladd | Reviewed petition and related filings in connection with insurance efforts. | 1.40 | 1,232.00 |
| 04/05/23 | Thomas W. Ladd | Communicated with insurers regarding information requests. | 0.60 | 528.00 |
| 04/05/23 | Thomas W. Ladd | Communicated with D. Prieto regarding insurer information requests. | 0.40 | 352.00 |
| 04/05/23 | Thomas W. Ladd | Communicated with A. Rush regarding retention applications. | 0.40 | 352.00 |
| 04/05/23 | Carla Landry | Communicate with TLadd and JGarde re process for Retention Application. | 0.20 | 61.00 |
| 04/06/23 | Thomas W. Ladd | Conferred with I. Perez regarding retention as special insurance counsel. | 0.40 | 352.00 |
| 04/06/23 | Thomas W. Ladd | Commenced preparation of retention application. | 0.60 | 528.00 |
| 04/06/23 | Thomas W. Ladd | Conferred with C. Landry regarding preparation of retention application. | 0.70 | 616.00 |
| 04/06/23 | Thomas W. Ladd | Evaluation of various filings in connection with assessment of insurance issues. | 0.70 | 616.00 |
| 04/06/23 | Carla Landry | Correspondence and communication regarding Interested Parties list and next steps in Retention Application process. | 1.60 | 488.00 |
| 04/10/23 | Thomas W. Ladd | Reviewed correspondence with insurers regarding discovery in LTL bankruptcy. | 0.40 | 352.00 |
| 04/10/23 | Thomas W. Ladd | Communicated with insurers regarding discovery and First Day hearing agenda. | 0.70 | 616.00 |
| 04/10/23 | Thomas W. Ladd | Reviewed submissions in bankruptcy proceedings in connection with insurance efforts. | 0.50 | 440.00 |
| 04/10/23 | Thomas W. Ladd | Revised responses to insurer information requests. | 0.60 | 528.00 |
| 04/10/23 | Thomas W. Ladd | Conferred with A. White and D. Prieto regarding insurance considerations in preparation of First Day hearing. | 0.60 | 528.00 |
| 04/10/23 | Thomas W. Ladd | Reviewed submissions in connection with preparation of retention application. | 0.60 | 528.00 |
| 04/10/23 | Thomas W. Ladd | Commenced preparation of disclosure statement relating to retention application. | 0.80 | 704.00 |
| 04/10/23 | Carla Landry | Correspondence regarding Interested Parties list and coordinating next steps in Retention Application process. | 1.70 | 518.50 |

Client: LTL Management LLC  
Matter: INSURANCE COUNSELING

Invoice Date: May 25, 2023  
Invoice Number: 9042981  
Matter Number: 136731-00001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/11/23 | Thomas W. Ladd | Communicated with A. Rush regarding insurance considerations raised at First Day hearing. | 0.40 | 352.00 |
| 04/11/23 | Thomas W. Ladd | Participated in First Day hearing in connection with insurance efforts. | 1.50 | 1,320.00 |
| 04/11/23 | Thomas W. Ladd | Communicated with I. Perez regarding status of bankruptcy proceedings. | 0.30 | 264.00 |
| 04/11/23 | Thomas W. Ladd | Conferred with C. Landry regarding preparation of special insurance counsel retention application. | 0.70 | 616.00 |
| 04/11/23 | Thomas W. Ladd | Continued preparation of disclosure statement in connection with special insurance counsel retention application. | 0.60 | 528.00 |
| 04/11/23 | Carla Landry | Correspondence and calls regarding Interested Parties list and coordinating next steps in Retention Application process. | 1.70 | 518.50 |
| 04/12/23 | Thomas W. Ladd | Conferred with B. Kahn regarding considerations raised at First Day Hearing relating to insurance coverage issues. | 0.40 | 352.00 |
| 04/12/23 | Thomas W. Ladd | Communicated with D. Prieto regarding insurance considerations raised at First Day hearing. | 0.40 | 352.00 |
| 04/12/23 | Thomas W. Ladd | Conferred with C. Landry regarding compilation of data in connection with preparation of retention application. | 0.60 | 528.00 |
| 04/12/23 | Jennifer O. Farina | Communications with T. Ladd regarding assistance with preparation of retention application. | 0.80 | 520.00 |
| 04/12/23 | Carla Landry | Correspondence and calls regarding Interested Parties list and coordinating next steps in Retention Application process. | 1.90 | 579.50 |
| 04/13/23 | Thomas W. Ladd | Communicated with A. Rush regarding insurance matters in bankruptcy proceedings. | 0.40 | 352.00 |
| 04/13/23 | Thomas W. Ladd | Attended to revisions to retention application/disclosure statement. | 0.50 | 440.00 |
| 04/13/23 | Jennifer O. Farina | Communications with T. Ladd regarding assistance with preparation of retention application. | 0.10 | 65.00 |
| 04/13/23 | Carla Landry | Further correspondence and calls regarding Interested Parties list and coordinating next steps in Retention Application process. | 1.60 | 488.00 |

Client: LTL Management LLC  
Matter: INSURANCE COUNSELING

Invoice Date: May 25, 2023  
Invoice Number: 9042981  
Matter Number: 136731-00001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/14/23 | Thomas W. Ladd | Communicated with I. Perez regarding timeline for bankruptcy proceedings. | 0.30 | 264.00 |
| 04/14/23 | Thomas W. Ladd | Participated in conference call with C. Landry regarding preparation of retention application and related case management issues. | 0.60 | 528.00 |
| 04/14/23 | Jennifer O. Farina | Communications with T. Ladd regarding assistance with preparation of retention application. | 0.60 | 390.00 |
| 04/14/23 | Carla Landry | Call with JGarde and TLadd re process for analyzing Interested Parties list. | 0.50 | 152.50 |
| 04/17/23 | Carla Landry | Communicating with I.Perez regarding Retention Application. | 0.20 | 61.00 |
| 04/17/23 | Thomas W. Ladd | Revised application and related schedules in connection with retention as special insurance counsel. | 0.80 | 704.00 |
| 04/17/23 | Thomas W. Ladd | Communicated with I. Perez regarding review of special insurance counsel retention application. | 0.40 | 352.00 |
| 04/18/23 | Carla Landry | Review draft Retention Application and outline areas of focus and next steps. | 1.50 | 457.50 |
| 04/18/23 | Thomas W. Ladd | Conferred with C. Landry regarding revisions to retention application. | 0.40 | 352.00 |
| 04/18/23 | Thomas W. Ladd | Reviewed various submissions in bankruptcy proceedings in connection with development of insurance strategy. | 0.70 | 616.00 |
| 04/19/23 | Carla Landry | Communicating with I. Perez regarding Retention Application. | 0.30 | 91.50 |
| 04/19/23 | Thomas W. Ladd | Communicated with insurer counsel regarding status of information requests. | 0.50 | 440.00 |
| 04/19/23 | Thomas W. Ladd | Communicated with D. Prieto concerning responses to insurer information requests. | 0.40 | 352.00 |
| 04/19/23 | Thomas W. Ladd | Communicated with I. Perez regarding status of bankruptcy proceedings in connection with service of retention applications. | 0.30 | 264.00 |
| 04/20/23 | Carla Landry | Further review of draft Retention Application to identify areas of focus and outline next steps. | 1.30 | 396.50 |
| 04/20/23 | Carla Landry | Communicating with I. Perez regarding Retention Application; follow up with team regarding same. | 0.40 | 122.00 |
| 04/20/23 | Thomas W. Ladd | Communicated with national coordinating counsel regarding status of talc litigation in connection with insurance matters. | 0.80 | 704.00 |

Client: LTL Management LLC  
Matter: INSURANCE COUNSELING

Invoice Date: May 25, 2023  
Invoice Number: 9042981  
Matter Number: 136731-00001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/20/23 | Thomas W. Ladd | Communicated with B. Kahn regarding scope of bankruptcy court preliminary injunction ruling. | 0.60 | 528.00 |
| 04/20/23 | Thomas W. Ladd | Communicated with J. Farina regarding impact of preliminary injunction ruling on insurance efforts. | 0.40 | 352.00 |
| 04/20/23 | Thomas W. Ladd | Communicated with C. Landry concerning case management considerations in connection with retention application. | 0.60 | 528.00 |
| 04/21/23 | Carla Landry | Communicating with I. Perez regarding supporting documents to the retention application. | 0.10 | 30.50 |
| 04/21/23 | Carla Landry | Analysis of Interested Parties search; outline findings for partners. | 1.70 | 518.50 |
| 04/21/23 | Thomas W. Ladd | Communicated with C. Landry regarding status of retention application. | 0.40 | 352.00 |
| 04/21/23 | Thomas W. Ladd | Continued revisions to retention application. | 0.40 | 352.00 |
| 04/21/23 | Thomas W. Ladd | Communicated with D. Prieto concerning bankruptcy proceedings in connection with insurance efforts. | 0.30 | 264.00 |
| 04/24/23 | Thomas W. Ladd | Communicated with D. Prieto regarding insurer request for information. | 0.40 | 352.00 |
| 04/24/23 | Thomas W. Ladd | Communicated with I. Perez regarding finalization of special insurance counsel retention application. | 0.50 | 440.00 |
| 04/24/23 | Thomas W. Ladd | Conferred with C. Landry regarding finalization of special insurance counsel application. | 0.60 | 528.00 |
| 04/24/23 | Thomas W. Ladd | Communicated with J. Kim regarding status of retention as special insurance counsel. | 0.40 | 352.00 |
| 04/24/23 | Carla Landry | Finalize supporting documents to the retention application and forward same to TLadd to file with LTL. | 0.10 | 30.50 |
| 04/24/23 | Carla Landry | Analysis of results Interested Parties check to identify potential issues. | 0.40 | 122.00 |
| 04/24/23 | Carla Landry | Calls and correspondence regarding Retention Application; outline next steps. | 1.30 | 396.50 |
| 04/24/23 | Jennifer O. Farina | Gather information for retention application in response to email inquiries. | 0.70 | 455.00 |
| 04/25/23 | Thomas W. Ladd | Reviewed insurance related matters | 0.60 | 528.00 |
| 04/25/23 | Thomas W. Ladd | Communicated with D. Prieto regarding insurance related matters | 0.50 | 440.00 |

Client: LTL Management LLC
Matter: INSURANCE COUNSELING

Invoice Date: May 25, 2023
Invoice Number: 9042981
Matter Number: 136731-00001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/25/23 | Thomas W. Ladd | Communicated with B. Kahn regarding insurance related matters | 0.40 | 352.00 |
| 04/25/23 | Thomas W. Ladd | Communicated with national coordinating counsel regarding status of bankruptcy proceedings. | 0.40 | 352.00 |
| 04/25/23 | Thomas W. Ladd | Reviewed various submissions in connection with completion of special insurance counsel retention application. | 0.80 | 704.00 |
| 04/25/23 | Thomas W. Ladd | Conferred with C. Landry regarding retention application case management considerations. | 0.60 | 528.00 |
| 04/25/23 | Thomas W. Ladd | Reviewed various submissions in bankruptcy proceedings for impact on insurance efforts. | 0.70 | 616.00 |
| 04/25/23 | Carla Landry | Calls and correspondence regarding Retention Application and corresponding with partners regarding Interested Parties list. | 1.90 | 579.50 |
| 04/25/23 | Jennifer O. Farina | Gather information for retention application in response to email inquiries. | 1.20 | 780.00 |
| 04/26/23 | Thomas W. Ladd | Communicated with A. White regarding status of insurance issues in bankruptcy proceedings. | 0.60 | 528.00 |
| 04/26/23 | Thomas W. Ladd | Continued finalization of special insurance counsel retention application. | 0.70 | 616.00 |
| 04/26/23 | Carla Landry | Calls and correspondence regarding Retention Application and corresponding with partners regarding Interested Parties list; call with TLadd regarding questions on Retention Application and related schedules. | 2.40 | 732.00 |
| 04/26/23 | Jennifer O. Farina | Gather information for retention application in response to email inquiries. | 0.60 | 390.00 |
| 04/27/23 | Carla Landry | Calls and correspondence regarding Retention Application, related schedules and supporting documents to the same. | 1.90 | 579.50 |
| 04/27/23 | Carla Landry | Revise monthly invoices and related LEDES files; correspondence related to same. | 0.90 | 274.50 |
| 04/27/23 | Thomas W. Ladd | Continued finalization of special insurance counsel retention application. | 0.40 | 352.00 |
| 04/27/23 | Thomas W. Ladd | Conferred with C. Landry regarding finalization of special insurance counsel retention application. | 0.50 | 440.00 |
| 04/27/23 | Thomas W. Ladd | Revised insurance related materials. | 0.70 | 616.00 |

Client:  LTL Management LLC
Matter: INSURANCE COUNSELING

Invoice Date: May 25, 2023
Invoice Number: 9042981
Matter Number: 136731-00001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/27/23 | Thomas W. Ladd | Communicated with D. Prieto regarding insurance related matters. | 0.60 | 528.00 |
| 04/27/23 | Jennifer O. Farina | Emails gathering information in support of retention application. | 0.20 | 130.00 |
| 04/28/23 | Carla Landry | Calls and correspondence regarding Retention Application, related schedules and revised supporting documents to the same. | 2.10 | 640.50 |
| **Total Hourly** | | | **62.40** | **$39,168.50** |
| **Total Fees** | | | **62.40** | **$39,168.50** |

### Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Carla Landry | Other | 25.70 | 305.00 | 7,838.50 |
| Jennifer O. Farina | Partner | 4.20 | 650.00 | 2,730.00 |
| Thomas W. Ladd | Partner | 32.50 | 880.00 | 28,600.00 |
| **Total** | | **62.40** | | **$39,168.50** |



LTL Management LLC
LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ 08933

Invoice Date: May 25, 2023
Invoice Number: 9042981
Matter Number: 136731-00001

**REMITTANCE COPY**

**INSURANCE COUNSELING**

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 05/25/23 | 9042981 | $31,334.80 |
| **Balance Due** | | $31,334.80 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*                          *Electronic Payment Instructions:*
*McCarter & English, LLP*           AccountsReceivable@McCarter.com
*Four Gateway Center*               *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*               *Account Number: 2020080016953*
*Newark, NJ 07102*                  *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel  973.622.4444*                 *ACH ABA: 021200025*
*Fax 973.624.7070*                  *Wire Transfer ABA: 121000248*
*www.mccarter.com*                  *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*             **(Please Reference Invoice Number)**

NAI-1537318826v1



LTL Management LLC
LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ 08933

Invoice Date: June 22, 2023
Invoice Number: 9048308
Matter Number: 136731-00001

Client**:**    LTL Management LLC
Matter:    INSURANCE COUNSELING
Client Reference:  Payor for - 136731-00001

*For professional services rendered through May 31, 2023*

Currency: USD

| | |
|---|---|
| Fees | $34,343.50 |
| Total Due This Invoice | $34,343.50 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
*www.mccarter.com*
Tax I.D. # 22-1534652

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: WFBIUS6S  (International payments)
**(Please Reference Invoice Number)**

NAI-1537318826v1



LTL Management LLC  
LTL MANAGEMENT LLC  
501 George Street  
New Brunswick, NJ 08933

Invoice Date: June 22, 2023  
Invoice Number: 9048308  
Matter Number: 136731-00001

**MULTIPAYOR BREAKDOWN**

TOTAL DUE FOR FEES LTL MANAGEMENT LLC (80.00%) ................................................................................ ..........$27,474.80

TOTAL DUE FOR COSTS LTL MANAGEMENT LLC ................................................................................ ...................$0.00

TOTAL DUE FOR FEES HOLDBACK (20.00%) ...... ...........$6,868.70

TOTAL DUE FOR COSTS HOLDBACK .................... ...................$0.00

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*  
*McCarter & English, LLP*  
*Four Gateway Center*  
*100 Mulberry Street*  
*Newark, NJ 07102*  
*Tel 973.622.4444*  
*Fax 973.624.7070*  
*www.mccarter.com*  
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*  
AccountsReceivable@McCarter.com  
*Account Name:  McCarter & English, LLP*  
*Account Number: 2020080016953*  
*Financial Institution:  Wells Fargo Bank, N.A.*  
*ACH ABA: 021200025*  
*Wire Transfer ABA: 121000248*  
*SWIFT: WFBIUS6S  (International payments)*  
**(Please Reference Invoice Number)**

NAI-1537318826v1

Client:  LTL Management LLC
Matter: INSURANCE COUNSELING

Invoice Date: June 22, 2023
Invoice Number: 9048308
Matter Number: 136731-00001

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/23 | Carla Landry | Calls and correspondence regarding Retention Application and related schedules and exhibits. | 1.10 | 335.50 |
| 05/01/23 | Carla Landry | Revise Retention Application and related schedules and exhibits. | 1.30 | 396.50 |
| 05/01/23 | Jennifer O. Farina | Review and provide comments on draft retention application. | 2.80 | 1,820.00 |
| 05/01/23 | Thomas W. Ladd | Prepared various schedules in connection with submission of retention application. | 0.60 | 528.00 |
| 05/01/23 | Thomas W. Ladd | Communicated with C. Landry regarding preparation of retention application. | 0.40 | 352.00 |
| 05/02/23 | Carla Landry | Finalize Retention Application and related schedules and exhibits. | 1.60 | 488.00 |
| 05/02/23 | Deborah Brown | Review policy information in connection with schedules and statement of financial affairs. | 2.60 | 793.00 |
| 05/02/23 | Jennifer O. Farina | Respond to insurance-related inquiry from bankruptcy counsel. | 2.10 | 1,365.00 |
| 05/02/23 | Jennifer O. Farina | Provide feedback on revisions to retention application. | 0.30 | 195.00 |
| 05/02/23 | Thomas W. Ladd | Continued finalization of special insurance counsel retention application. | 1.10 | 968.00 |
| 05/02/23 | Thomas W. Ladd | Communicated with C. Landry regarding finalization of special insurance counsel retention application. | 0.70 | 616.00 |
| 05/02/23 | Thomas W. Ladd | Communicated with I. Perez regarding issues relating to submission of special insurance counsel retention application. | 0.40 | 352.00 |
| 05/02/23 | Thomas W. Ladd | Communicated with J. Farina regarding finalization of schedules in connection with retention application. | 0.40 | 352.00 |
| 05/03/23 | Thomas W. Ladd | Continued revisions to and finalization of special insurance counsel retention application. | 0.80 | 704.00 |
| 05/03/23 | Thomas W. Ladd | Conferred with C. Landry regarding finalization of retention application. | 0.60 | 528.00 |
| 05/04/23 | Carla Landry | Finalize revisions to Retention Application/related schedules and exhibits. | 1.10 | 335.50 |
| 05/04/23 | Jennifer O. Farina | Provide revisions to retention application. | 0.90 | 585.00 |
| 05/04/23 | Jennifer O. Farina | Receipt of insurance discovery-related correspondence. | 0.20 | 130.00 |

Client: LTL Management LLC  
Matter: INSURANCE COUNSELING

Invoice Date: June 22, 2023  
Invoice Number: 9048308  
Matter Number: 136731-00001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/04/23 | Thomas W. Ladd | Conferred with C. Landry regarding finalization of special insurance counsel retention application. | 0.90 | 792.00 |
| 05/04/23 | Thomas W. Ladd | Finalized special insurance counsel retention application/ accompanying schedules. | 2.20 | 1,936.00 |
| 05/04/23 | Thomas W. Ladd | Communicated with I. Perez regarding finalization of special insurance counsel retention application. | 0.70 | 616.00 |
| 05/05/23 | Deborah Brown | Review materials relating to insurer information requests. | 0.30 | 91.50 |
| 05/11/23 | Jennifer O. Farina | Respond to inquiry from bankruptcy counsel concerning retention application. | 0.10 | 65.00 |
| 05/12/23 | Jennifer O. Farina | Consider email from A. Rush concerning retention application. | 0.20 | 130.00 |
| 05/15/23 | Thomas W. Ladd | Communicated with A. Rush regarding status of special insurance counsel retention application. | 0.40 | 352.00 |
| 05/15/23 | Thomas W. Ladd | Reviewed proposed plan of reorganization in connection with insurance efforts. | 1.40 | 1,232.00 |
| 05/15/23 | Thomas W. Ladd | Communicated with D. Prieto regarding plan of reorganization. | 0.40 | 352.00 |
| 05/16/23 | Thomas W. Ladd | Continued analysis of proposed plan of reorganization in connection with insurance considerations. | 0.60 | 528.00 |
| 05/16/23 | Thomas W. Ladd | Reviewed various submissions in bankruptcy proceedings in connection with special counsel retention/insurance considerations. | 0.70 | 616.00 |
| 05/17/23 | Deborah Brown | Collect materials relating to insurer information request. | 2.20 | 671.00 |
| 05/17/23 | Thomas W. Ladd | Communicated with C. Landry regarding professional retention matters. | 0.40 | 352.00 |
| 05/17/23 | Thomas W. Ladd | Communicated with A. White regarding status of bankruptcy issues in connection with insurance efforts. | 0.30 | 264.00 |
| 05/19/23 | Thomas W. Ladd | Reviewed various submissions in bankruptcy proceeding relating to insurance coverage considerations. | 0.60 | 528.00 |
| 05/19/23 | Thomas W. Ladd | Communicated with M. Rasmussen regarding responses to insurer information requests. | 0.40 | 352.00 |
| 05/19/23 | Thomas W. Ladd | Reviewed insurer information requests . | 0.40 | 352.00 |

Client:  LTL Management LLC  
Matter: INSURANCE COUNSELING

Invoice Date: June 22, 2023  
Invoice Number: 9048308  
Matter Number: 136731-00001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/20/23 | Carla Landry | Communications with Jones Day regarding MTD discovery. | 0.20 | 61.00 |
| 05/22/23 | Thomas W. Ladd | Communicated with M. Rasmussen regarding communications with insurer counsel relating to protective order and responses to information requests. | 0.60 | 528.00 |
| 05/22/23 | Thomas W. Ladd | Communicated with J. Farina regarding responses to insurer information requests. | 0.40 | 352.00 |
| 05/22/23 | Thomas W. Ladd | Communicated with C. Landry regarding preparation of fee applications. | 0.30 | 264.00 |
| 05/22/23 | Thomas W. Ladd | Reviewed communications from Trustee regarding professional retention matters. | 0.40 | 352.00 |
| 05/22/23 | Thomas W. Ladd | Communicated with insurer counsel regarding responses to insurer information requests. | 0.50 | 440.00 |
| 05/22/23 | Carla Landry | Communicated with Jones Day regarding MTD discovery. | 0.30 | 91.50 |
| 05/22/23 | Jennifer O. Farina | Discussion with bankruptcy counsel concerning bankruptcy discovery information requested by insurers. | 0.50 | 325.00 |
| 05/23/23 | Thomas W. Ladd | Reviewed proposed changes to special insurance counsel retention application. | 0.60 | 528.00 |
| 05/23/23 | Thomas W. Ladd | Communicated with C. Landry regarding revisions to retention application. | 0.50 | 440.00 |
| 05/23/23 | Thomas W. Ladd | Revised special insurance counsel retention application. | 0.60 | 528.00 |
| 05/23/23 | Carla Landry | Communicated with Jones Day regarding supplementing Retention Application. | 0.20 | 61.00 |
| 05/24/23 | Thomas W. Ladd | Reviewed responses to insurer information requests. | 0.40 | 352.00 |
| 05/24/23 | Thomas W. Ladd | Communicated with M. Rasmussen regarding supplemental information requests . | 0.40 | 352.00 |
| 05/24/23 | Carla Landry | Communicated with Jones Day regarding supplementing Retention Application. | 0.70 | 213.50 |
| 05/25/23 | Carla Landry | Communicated with Jones Day regarding discovery matters and retention application.. | 0.40 | 122.00 |
| 05/25/23 | Deborah Brown | Reviewed materials in connection with insurers information requests. | 1.70 | 518.50 |
| 05/25/23 | Thomas W. Ladd | Reviewed materials in connection with insurers' information requests. | 0.80 | 704.00 |

Client:  LTL Management LLC  
Matter: INSURANCE COUNSELING

Invoice Date: June 22, 2023  
Invoice Number: 9048308  
Matter Number: 136731-00001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/25/23 | Thomas W. Ladd | Communicated with D. Prieto regarding insurance issues in bankruptcy proceedings. | 0.50 | 440.00 |
| 05/25/23 | Thomas W. Ladd | Conferred with T. Villari regarding document productions to insurers. | 0.40 | 352.00 |
| 05/25/23 | Thomas W. Ladd | Communicated with national coordinating counsel regarding status of trials in connection with responses to insurer information requests. | 0.40 | 352.00 |
| 05/26/23 | Carla Landry | Drafted supplements to Retention Application. | 1.90 | 579.50 |
| 05/26/23 | Thomas W. Ladd | Continued preparation of supplemental declaration in connection with revised special insurance counsel retention application. | 0.80 | 704.00 |
| 05/26/23 | Thomas W. Ladd | Communicated with I. Perez regarding retention application. | 0.40 | 352.00 |
| 05/26/23 | Thomas W. Ladd | Conferred with C. Landry regarding revisions to retention application. | 0.70 | 616.00 |
| 05/27/23 | Carla Landry | Communicated with T. Ladd regarding revisions to Retention Application. | 0.20 | 61.00 |
| 05/28/23 | Carla Landry | Communicating with T.Ladd regarding revisions to monthly invoices/supporting LEDES files. | 0.10 | 30.50 |
| 05/30/23 | Deborah Brown | Review correspondence regarding document productions to Insurers. | 0.60 | 183.00 |
| 05/30/23 | Deborah Brown | Collect documents for production to Insurers. | 0.80 | 244.00 |
| 05/30/23 | Deborah Brown | Revise index of NJ coverage action documents produced to the TCC | 1.10 | 335.50 |
| 05/30/23 | Thomas W. Ladd | Communicated with C. Landry regarding finalization of supplemental certification in connection with retention application. | 0.40 | 352.00 |
| 05/30/23 | Carla Landry | Continued drafting supplements to Retention Application. | 0.40 | 122.00 |
| 05/31/23 | Deborah Brown | Continued supplemented tracking log of documents produced to TCC. | 1.40 | 427.00 |
| 05/31/23 | Thomas W. Ladd | Reviewed various submissions in bankruptcy proceedings in connection with insurance efforts. | 0.60 | 528.00 |
| 05/31/23 | Thomas W. Ladd | Finalized supplemental certification in connection with special insurance counsel retention. | 1.20 | 1,056.00 |

Client: LTL Management LLC  
Matter: INSURANCE COUNSELING  

Invoice Date: June 22, 2023  
Invoice Number: 9048308  
Matter Number: 136731-00001  

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/31/23 | Thomas W. Ladd | Conferred with C. Landry regarding finalization of supplemental certification/status of retention process. | 0.70 | 616.00 |
| 05/31/23 | Thomas W. Ladd | Conferred with I. Perez regarding finalization of supplemental submissions in connection with special insurance counsel retention. | 0.40 | 352.00 |
| 05/31/23 | Carla Landry | Finalize draft Supplement and Order to Retention Application. | 1.10 | 335.50 |
| **Total Hourly** | | | **54.80** | **$34,343.50** |
| **Total Fees** | | | **54.80** | **$34,343.50** |

### Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Carla Landry | Other | 10.60 | 305.00 | 3,233.00 |
| Deborah Brown | Paralegal | 10.70 | 305.00 | 3,263.50 |
| Jennifer O. Farina | Partner | 7.10 | 650.00 | 4,615.00 |
| Thomas W. Ladd | Partner | 26.40 | 880.00 | 23,232.00 |
| **Total** | | **54.80** | | **$34,343.50** |

**REMITTANCE COPY**

**INSURANCE COUNSELING**

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|

Current Invoice

| | | |
|---|---|---|
| 06/22/23 | 9048308 | $27,474.80 |

**Balance Due** $27,474.80

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*  *Electronic Payment Instructions:*
*McCarter & English, LLP*  AccountsReceivable@McCarter.com
*Four Gateway Center*  *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*  *Account Number: 2020080016953*
*Newark, NJ 07102*  *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel  973.622.4444*  *ACH ABA: 021200025*
*Fax 973.624.7070*  *Wire Transfer ABA: 121000248*
*www.mccarter.com*  *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*  **(Please Reference Invoice Number)**

NAI-1537318826v1