# **EXHIBIT C**

New Jersey Talc Mesothelioma Case Invoices

NAI-1537318826v1



LTL Management LLC  
LTL MANAGEMENT LLC  
501 George Street  
New Brunswick, NJ 08933  

Invoice Date: May 25, 2023  
Invoice Number: 9048993  
Matter Number: 136731-00504  

Client: LTL Management LLC  
Matter: LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES  
Client Reference: Payor for - 136731-00504  

Claim Case Number: JJL2021019364  

*For professional services rendered through April 30, 2023*

Currency: USD

| | |
|---|---:|
| Fees | $12,553.00 |
| Total Due This Invoice | $12,553.00 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*  
McCarter & English, LLP  
Four Gateway Center  
100 Mulberry Street  
Newark, NJ 07102  
Tel 973.622.4444  
Fax 973.624.7070  
www.mccarter.com  
Tax I.D. # 22-1534652  

*Electronic Payment Instructions:*  
AccountsReceivable@McCarter.com  
Account Name: McCarter & English, LLP  
Account Number: 2020080016953  
Financial Institution: Wells Fargo Bank, N.A.  
ACH ABA: 021200025  
Wire Transfer ABA: 121000248  
SWIFT: WFBIUS6S  (International payments)  
**(Please Reference Invoice Number)**

NAI-1537318826v1



LTL Management LLC
LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ 08933

Invoice Date: May 25, 2023
Invoice Number: 9048993
Matter Number: 136731-00504

**MULTIPAYOR BREAKDOWN**

TOTAL DUE FOR LTL MANAGEMENT LLC
(80.00%)................................................................... .........$10,042.40

TOTAL DUE FOR HOLDBACK (20.00%).................. ............$2,510.60

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*                                   *Electronic Payment Instructions:*
*McCarter & English, LLP*        AccountsReceivable@McCarter.com
*Four Gateway Center*            *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*              *Account Number: 2020080016953*
*Newark, NJ 07102*                *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel  973.622.4444*                 *ACH ABA: 021200025*
*Fax 973.624.7070*                 *Wire Transfer ABA: 121000248*
*www.mccarter.com*              *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*          **(Please Reference Invoice Number)**

NAI-1537318826v1

Client:  LTL Management LLC
Matter:  LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES

Invoice Date: May 25, 2023
Invoice Number: 9048993
Matter Number: 136731-00504

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/05/23 | John C. Garde | Review of order dismissing 2021 chapter 11 case; consideration of potential next steps. | 0.80 | 560.00 |
| 04/05/23 | Brenda C. Sherman | Revising List of Cases to be Noticed of 2023 chapter 11 case | 1.20 | 336.00 |
| 04/05/23 | Carla Landry | Call with JGarde re 2023 chapter 11 case. Communicate with TLadd and JGarde re process for Retention Application. | 1.20 | 366.00 |
| 04/06/23 | Carla Landry | Correspondence and communication regarding Interested Parties list and next steps in Retention Application process; correspondence regarding preparation of current invoices. | 2.70 | 823.50 |
| 04/10/23 | John C. Garde | Consideration of form and content of application to bankruptcy court for appointment as special counsel. | 0.80 | 560.00 |
| 04/10/23 | John C. Garde | Consideration of various issues involved in review of lists of interested parties as part of conflicts review associated with application for retention as special counsel | 1.10 | 770.00 |
| 04/10/23 | Carla Landry | Correspondence regarding Interested Parties list and coordinating next steps in Retention Application process; correspondence regarding preparation of current invoices; call with JGarde regarding current invoices. | 2.90 | 884.50 |
| 04/10/23 | James J. Greenstone | Research articles and briefing in connection with 2023 Chapter 11 case. | 0.10 | 28.00 |
| 04/11/23 | Carla Landry | Correspondence and calls regarding Interested Parties list and coordinating next steps in Retention Application process; correspondence and calls regarding preparation of current invoices. | 2.20 | 671.00 |
| 04/11/23 | James J. Greenstone | Research article and brief on Talc claimants response to 2023 Chapter 11 filing. | 0.10 | 28.00 |
| 04/11/23 | James J. Greenstone | Research NJ mesothelioma related matters. | 0.10 | 28.00 |
| 04/12/23 | Carla Landry | Correspondence and calls regarding Interested Parties list and coordinating next steps in Retention Application process. | 1.90 | 579.50 |

Client: LTL Management LLC
Matter: LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES

Invoice Date: May 25, 2023
Invoice Number: 9048993
Matter Number: 136731-00504

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/13/23 | John C. Garde | Continued consideration of various issues involved in review of lists of interested parties as part of conflicts review associated with application for retention as special counsel | 1.10 | 770.00 |
| 04/13/23 | Carla Landry | Further correspondence and calls regarding Interested Parties list and coordinating next steps in Retention Application process. | 1.60 | 488.00 |
| 04/14/23 | Carla Landry | Call with JGarde and TLadd re process for analyzing Interested Parties list. | 0.50 | 152.50 |
| 04/17/23 | Carla Landry | Communicating with Bankruptcy Counsel regarding Retention Application. | 0.20 | 61.00 |
| 04/18/23 | Carla Landry | Review draft Retention Application and outline areas of focus and next steps. | 1.50 | 457.50 |
| 04/19/23 | Carla Landry | Communicating with Bankruptcy Counsel regarding Retention Application. | 0.30 | 91.50 |
| 04/19/23 | James J. Greenstone | Engaged in research to set up docket track and pulling current docket sheet in 2023 chapter 11 case. | 0.20 | 56.00 |
| 04/20/23 | Carla Landry | Further review of draft Retention Application to identify areas of focus and outline next steps. | 1.30 | 396.50 |
| 04/20/23 | Carla Landry | Communicating with Bankruptcy Counsel regarding Retention Application; follow up with team regarding same. | 0.40 | 122.00 |
| 04/20/23 | Carla Landry | Calls with JGarde regarding retention; follow up with team regarding same. | 1.10 | 335.50 |
| 04/21/23 | Carla Landry | Communicating with Bankruptcy Counsel regarding supporting documents to the retention application. | 0.10 | 30.50 |
| 04/21/23 | Carla Landry | Analysis of Interested Parties search; outline findings for partners. | 1.70 | 518.50 |
| 04/24/23 | Carla Landry | Finalize supporting documents to the retention application and forward same to TLadd to file with LTL. | 0.10 | 30.50 |
| 04/24/23 | Carla Landry | Analysis of results Interested Parties check to identify potential issues. | 0.40 | 122.00 |
| 04/24/23 | Carla Landry | Calls and correspondence regarding Retention Application; outline next steps. | 1.30 | 396.50 |
| 04/24/23 | James J. Greenstone | Research articles and related court documents regarding preliminary injunction order | 0.20 | 56.00 |

Client: LTL Management LLC
Matter: LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES

Invoice Date: May 25, 2023
Invoice Number: 9048993
Matter Number: 136731-00504

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/25/23 | Carla Landry | Calls and correspondence regarding Retention Application and corresponding with partners regarding Interested Parties list. | 1.90 | 579.50 |
| 04/26/23 | Carla Landry | Calls and correspondence regarding Retention Application and corresponding with partners regarding Interested Parties list; call with JGarde regarding questions on Retention Application and related schedules. | 2.40 | 732.00 |
| 04/26/23 | James J. Greenstone | Research article and motions to dismiss brief. | 0.10 | 28.00 |
| 04/27/23 | Carla Landry | Calls and correspondence regarding Retention Application, related schedules and revised exhibits. | 1.90 | 579.50 |
| 04/27/23 | Carla Landry | Revise monthly invoices and related LEDES files; correspondence related to same. | 0.90 | 274.50 |
| 04/28/23 | Carla Landry | Calls and correspondence regarding Retention Application, related schedules and revised exhibits. | 2.10 | 640.50 |
| **Total Hourly** | | | **36.40** | **$12,553.00** |
| **Total Fees** | | | **36.40** | **$12,553.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda C. Sherman | Paralegal | 1.20 | 280.00 | 336.00 |
| Carla Landry | Other | 30.60 | 305.00 | 9,333.00 |
| James J. Greenstone | Other | 0.80 | 280.00 | 224.00 |
| John C. Garde | Partner | 3.80 | 700.00 | 2,660.00 |
| **Total** | | **36.40** | | **$12,553.00** |

**Disbursement Detail**



LTL Management LLC
LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ 08933

Invoice Date: May 25, 2023
Invoice Number: 9048993
Matter Number: 136731-00504

**REMITTANCE COPY**

**LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 05/25/23 | 9048993 | $10,042.40 |
| **Balance Due** | | $10,042.40 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*                              *Electronic Payment Instructions:*
*McCarter & English, LLP*               AccountsReceivable@McCarter.com
*Four Gateway Center*                   *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*                   *Account Number: 2020080016953*
*Newark, NJ 07102*                      *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel  973.622.4444*                     *ACH ABA: 021200025*
*Fax 973.624.7070*                      *Wire Transfer ABA: 121000248*
*www.mccarter.com*                      *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*                 **(Please Reference Invoice Number)**

NAI-1537318826v1



LTL Management LLC  
LTL MANAGEMENT LLC  
501 George Street  
New Brunswick, NJ 08933  

Invoice Date: June 22, 2023  
Invoice Number: 9048309  
Matter Number: 136731-00504  

Client**:**   LTL Management LLC  
Matter:   LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES  
Client Reference:  Payor for - 136731-00504  

Claim Case Number:  JJL2021019364  

*For professional services rendered through May 31, 2023*

Currency: USD

| | |
|---|---:|
| Fees | $3,429.00 |
| Total Due This Invoice | $3,429.00 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*  
*McCarter & English, LLP*  
*Four Gateway Center*  
*100 Mulberry Street*  
*Newark, NJ 07102*  
*Tel  973.622.4444*  
*Fax 973.624.7070*  
*www.mccarter.com*  
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*  
*AccountsReceivable@McCarter.com*  
*Account Name:  McCarter & English, LLP*  
*Account Number: 2020080016953*  
*Financial Institution:  Wells Fargo Bank, N.A.*  
*ACH ABA: 021200025*  
*Wire Transfer ABA: 121000248*  
*SWIFT: WFBIUS6S  (International payments)*  
**(Please Reference Invoice Number)**

NAI-1537318826v1



LTL Management LLC
LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ 08933

Invoice Date: June 22, 2023
Invoice Number: 9048309
Matter Number: 136731-00504

**MULTIPAYOR BREAKDOWN**

TOTAL DUE FOR LTL MANAGEMENT LLC
(80.00%)................................................................... ...........$2,743.20

TOTAL DUE FOR HOLDBACK (20.00%).................. ...............$685.80

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*                                  *Electronic Payment Instructions:*
*McCarter & English, LLP*       AccountsReceivable@McCarter.com
*Four Gateway Center*            *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*              *Account Number: 2020080016953*
*Newark, NJ 07102*                *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel  973.622.4444*                 *ACH ABA: 021200025*
*Fax 973.624.7070*                 *Wire Transfer ABA: 121000248*
*www.mccarter.com*              *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*         **(Please Reference Invoice Number)**

NAI-1537318826v1

| | | | | |
|---|---|---|---|---|
| Client: | LTL Management LLC | | | Invoice Date: June 22, 2023 |
| Matter: | LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES | | | Invoice Number: 9048309 |
| | | | | Matter Number: 136731-00504 |

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/23 | Carla Landry | Calls and correspondence regarding Retention Application and related schedules and exhibits. | 1.10 | 335.50 |
| 05/01/23 | Carla Landry | Revise Retention Application and related schedules and exhibits. | 1.30 | 396.50 |
| 05/02/23 | Carla Landry | Finalize Retention Application and related schedules and exhibits; forward same to Jones Day. | 1.60 | 488.00 |
| 05/03/23 | James J. Greenstone | Research article and briefing filed by talc claimants committee. | 0.10 | 28.00 |
| 05/04/23 | Carla Landry | Final revisions to Retention Application and related schedules and exhibits; communications re and forward same to Jones Day; review monthly invoices to identify issues and correct same. | 1.10 | 335.50 |
| 05/09/23 | James J. Greenstone | Create docket tracks on Third Circuit Case- 23-1826 & NJ Bankruptcy Case Filing- 23-12825. | 0.20 | 56.00 |
| 05/10/23 | James J. Greenstone | Research article on Third Circuit mandamus decision | 0.10 | 28.00 |
| 05/15/23 | James J. Greenstone | Research article and brief on Talc Claimants alleged fraudulent transfer claims. | 0.10 | 28.00 |
| 05/17/23 | James J. Greenstone | Research several articles onmesothelioma related matters. | 0.10 | 28.00 |
| 05/20/23 | Carla Landry | Communications with Jones Day regarding MTD discovery. | 0.20 | 61.00 |
| 05/22/23 | Carla Landry | Communications internally and with Jones Day regarding MTD discovery. | 0.30 | 91.50 |
| 05/23/23 | Carla Landry | Communications internally and with Jones Day regarding MTD discovery and supplementing Retention Application. | 0.20 | 61.00 |
| 05/24/23 | Carla Landry | Communications internally re MTD discovery and supplementing Retention Application; communication with Jones Day regarding same. | 0.70 | 213.50 |
| 05/25/23 | Carla Landry | Communications internally MTD discovery and supplementing Retention Application. | 0.40 | 122.00 |
| 05/26/23 | Carla Landry | Attention to MTD discovery matters and begin drafting supplements to Retention Application. | 1.90 | 579.50 |

McCarter & English, LLP
NAI-1537318826v1

Client: LTL Management LLC
Matter: LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES

Invoice Date: June 22, 2023
Invoice Number: 9048309
Matter Number: 136731-00504

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/27/23 | Carla Landry | Communications internally re MTD discovery and supplementing Retention Application. | 0.20 | 61.00 |
| 05/28/23 | Carla Landry | Communications internally re revisions to monthly invoices and supporting LEDES files. | 0.10 | 30.50 |
| 05/30/23 | Carla Landry | Attention to MTD discovery, and begin drafting supplements to Retention Application. | 0.40 | 122.00 |
| 05/31/23 | James J. Greenstone | Research article on Talc Chapter 11 bankruptcy. | 0.10 | 28.00 |
| 05/31/23 | Carla Landry | Finalize draft Supplement and Order to Retention Application and forward same to JGarde and TLadd. | 1.10 | 335.50 |
| **Total Hourly** | | | **11.30** | **$3,429.00** |
| | | | | |
| **Total Fees** | | | **11.30** | **$3,429.00** |

## Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Carla Landry | Other | 10.60 | 305.00 | 3,233.00 |
| James J. Greenstone | Other | 0.70 | 280.00 | 196.00 |
| **Total** | | **11.30** | | **$3,429.00** |

McCarter & English, LLP
NAI-1537318826v1



LTL Management LLC
LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ 08933

Invoice Date: June 22, 2023
Invoice Number: 9048309
Matter Number: 136731-00504

**REMITTANCE COPY**

**LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 06/22/23 | 9048309 | $2,743.20 |
| **Balance Due** | | $2,743.20 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

| *Mail To:* | *Electronic Payment Instructions:* |
|---|---|
| McCarter & English, LLP | AccountsReceivable@McCarter.com |
| Four Gateway Center | Account Name:  McCarter & English, LLP |
| 100 Mulberry Street | Account Number: 2020080016953 |
| Newark, NJ 07102 | Financial Institution:  Wells Fargo Bank, N.A. |
| Tel 973.622.4444 | ACH ABA: 021200025 |
| Fax 973.624.7070 | Wire Transfer ABA: 121000248 |
| www.mccarter.com | SWIFT: WFBIUS6S  (International payments) |
| Tax I.D. # 22-1534652 | **(Please Reference Invoice Number)** |

NAI-1537318826v1