# **EXHIBIT B**

## **ONDER COMMUNICATION**

Subject:                            RE: What You Should Know About the $8.9B Talc Resolution



You have likely heard that our decade-long battle against Johnson & Johnson may soon come to a victorious end. We believe we have worked out a path to resolution of tens of thousands of J&J talc-related gynecological cancer and mesothelioma claims.

A negotiating committee, myself included, have struck a deal with J&J in which they have agreed, as part of a Chapter 11 bankruptcy they had already intended to file, to pay into the bankruptcy $8.9 billion for current and future talc-related gynecologic cancer and mesothelioma claims.

Highlights include:
- J&J has promised that, once approved, all current claims will be funded within one year.
- Medicare subrogation has already been negotiated, eliminating the often extended amount of time clients have to wait for this process to be completed.
- The trust will be established for 25 years, meaning all future claimants will not have to go through years of litigation for compensation.
- This is one of the largest mass tort resolutions in history, and the largest bankruptcy trust ever in the United States.

**How Much Will Claimants Get?**
There are currently an estimated 70,000 talc claims. However, there is not an accurate "average settlement." Many of these claimants **have gynecologic cancers that are not as convincingly proven by science to be related to talc; as such they will receive lesser compensation**. Other factors, such as medical outcome (e.g. death vs. full recovery), age at the time of diagnosis, and cancer stage upon diagnosis will also be considered in the final distribution.

With the threat of years of continued delays and increasing market instability, as well as many other considerations, we truly believe that this path is best for our many clients who have waited far too long for resolution and closure.

EXHIBIT
1022

We hope this plan brings clients the closure and peace that they deserve. We understand that no amount of money can truly compensate them for the pain and suffering that they have endured. However, we hope that the compensation they receive can help provide some relief and financial assistance.

Perhaps even more importantly, together we have forced J&J to take talc off the market worldwide. Because tens of thousands of plaintiffs have been willing to step up, speak out, and demand change, together we have altered the course of history for countless women worldwide for generations to come.

### Still have questions?
**Check out our Talc Resolution FAQs here.**

### Is OnderLaw Still Accepting Talc Referrals?
Yes. We are currently still accepting new talc clients. Please note that the criteria has been updated.
**Click here for our latest criteria.**

Thank you, again, for your continued trust in OnderLaw. It is our pleasure to work for our shared clients, and to bring this litigation to a successful end that has been far too long in the making.



Sincerely,
Jim Onder
Managing Partner
OnderLaw, LLC

Disclaimer: This message is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

This email was sent to cplacitella@cprlaw.com by smckinley@onderlaw.com

Update Profile | SafeUnsubscribe™ | Privacy Policy

OnderLaw, LLC | 110 E. Lockwood Ave., St. Louis, MO 63119

~~This email has been scanned for spam and viruses by Proofpoint Essentials. Click~~ here ~~to report this email as spam.~~