## **EXHIBIT C**

## **NOTICE OF ESTIMATION PARTICIPATING PARTY**

| | |
|---|---|
| In Re:<br><br>**LTL MANAGEMENT, LLC,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

## NOTICE OF ESTIMATION PARTICIPATING PARTY

By this Notice of Estimation Participating Party (the "Notice of Estimation") _____ (the "Participating Party") elects to participate in the estimation proceedings to estimate the value of talc claims for voting purposes as provided by the Scheduling Order (defined below) pursuant to section 502(c) of title 11 of the United States Code. By submitting this Notice of Estimation, the Participating Party (1) represents that it believes in good faith that it is a party in interest under section 1109(b) of the Bankruptcy Code in the Debtor's bankruptcy cases and has standing to be heard in connection with the estimation proceedings; (2) agrees to participate in the Estimation Proceedings; (3) agrees to comply with all of the deadlines set forth in the *Order (I) Authorizing an Estimation of Current Talc Claims for Voting Purposes, (II) Appointing Kenneth R. Feinberg as Expert Pursuant to Federal Rule of Evidence 706, and (III) Establishing Procedures and Schedule for Estimation Proceedings* [Dkt. No. ___] (the "Scheduling Order"), and any modifications thereto agreed to by the parties and/or ordered by the Court; (4) acknowledges and agrees to be bound by the Protective Order [Dkt. No. 545] entered in the above captioned cases by the Bankruptcy Court and/or any similar Protective Order entered by this Court in connection with the estimation proceedings; and (5) agrees to have any discovery disputes arising from the Scheduling Order resolved by an emergency hearing before the Court pursuant to the Local Rules.

Dated: _____

_____
Participating Party[2]

Address:
Phone Number:
Email Address:

_____
Attorney for Participating Party (if any)

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] If multiple claimants are electing to be a Participating Party and are represented by a single Firm, please attach a schedule with this Notice rather than filing multiple Notices for each claimant. Likewise, an ad hoc group need only file a single Notice to be a Participating Party.