MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
Clayton L. Thompson, Esq.
cthompson@mrhfmlaw.com
Suzanne M. Ratcliffe, Esq.
sratcliffe@mrhfmlaw.com
150 West 30th Street, Suite 201
New York, NY 10001
Tel: (800) 358-5922

*Counsel for Mesothelioma Plaintiff Katherine Tollefson*
*and Certain Mesothelioma Plaintiffs*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| LTL MANAGEMENT LLC, | ) |
| | ) Case No: 23-12825-MBK |
| Debtor. | ) |
| | ) **Hearing Date: August 2, 2023** |

## MRHFM'S PLAINTIFFS' MOTION TO DISQUALIFY
## RANDI S. ELLIS AS LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS

The relief set forth is on the subsequent page is hereby ORDERED.

1

Upon consideration of *MRHFM's Plaintiffs' Motion to Disqualify Randi S. Ellis as Legal Representative for Future Talc Claimants,* and for good cause shown:

**IT IS HEREBY ORDERED** that Ms. Randi S. Ellis is disqualified as the Legal Representative for Future Talc Claimants.

Dated: _____, 2023

_____

HONORABLE MICHAEL B. KAPLAN
CHIEF BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY