**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

IN RE: <u>LTL Management LLC</u>           APPLICANT: <u>Massey & Gail LLP</u>

CASE NO.:  <u>23-12825 (MBK)</u>            CLIENT: <u>Official Committee of Talc Claimants</u>

CHAPTER:  <u>11</u>                        CASE FILED:  <u>April 4, 2023</u>

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
<u>PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746</u>

---

**SECTION I**
**FEE SUMMARY**

---

Monthly fee Statement Covering the Period
June 1, 2023 Through June 30, 2023

Interim Monthly Fee Statement No. 2

Summary of Accounts Requested for the Period from June 1, 2023 through June 30, 2023
(the "Second Statement Period"):

| | |
|---|---|
| Total fees: | $ 677,430.00 |
| Total disbursements: | $   2,799.39 |
| Minus 20% Holdback of Fees: | $ 135,486.00 |
| Amount Sought at this Time: | $ 544,743.39 |

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Jonathan Massey | 1992 | $1160.00 | 230 | $266,800.00 |
| Jonathan Massey (travel) | 1992 | $580.00 | 13.3 | $7,714.00 |
| Rachel Morse | 2007 | $860.00 | 44.7 | $38,442.00 |
| Bret Vallacher | 2014 | $775.00 | 206.4 | $159,960.00 |
| Bret Vallacher (travel) | 2014 | $387.50 | 6.8 | $2,635.00 |
| Schuyler Davis | 2019 | $500.00 | 11.4 | $5,700.00 |
| Matthew Layden | 2019 | $500.00 | 162.2 | $81,100.00 |
| Usama Ibrahim | 2021 | $485.00 | 199.8 | $96,903.00 |
| Rob Aguirre | n/a | $320.00 | 56.8 | $18,176.00 |
| TOTAL FEES | | | | $677,430.00 |
| BLENDED RATE | | $727.32 | 931.4 | |

Pursuant to the Amended Fee Procedures Order, currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $ 677,430.00 |
| Less: Holdback (20%) | -$ 135,486.00 |
| Total Fees Currently Payable | $ 541,944.00 |
| | |
| Add: Disbursements | $ 2,799.39 |
| **Total Payable This Invoice** | **$ 544,743.39** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Case Administration (B110) | 71.3 | $53,427.50 |
| Relief from Stay / Adequate Protection Proceedings (B140) | 139.4 | $112,141.00 |
| Fee/Employment Application (B160) | 10.5 | $8,136.00 |
| Other Contested Matters, including Committee's MTD and Other Motions (B190) | 688.5 | $491,944.50 |
| Non-Working Travel (B195) | 20.1 | $10,349.00 |
| Plan and Disclosure Statement (including Business Plan) (B320) | 1.6 | $1,432.00 |
|  |  |  |
| **TOTAL** | **931.4** | **$677,430.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---|
| Out of Town Travel (E110) | $2,799.39 |
| **TOTAL DISBURSEMENTS** | **$2,799.39** |

I certify under penalty of perjury that the foregoing is true and correct.


/s/*Jonathan S. Massey*
Jonathan S. Massey


Dated:  July 13, 2023