**EXHIBIT "A"**



**MILLER THOMSON LLP**
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

**T** 416.595.8500
**F** 416.595.8695

_____

**MILLERTHOMSON.COM**

## Account Summary and Remittance Form

**June 30, 2023**

Invoice Number 3897712

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention:  David Molton, Counselor at Law

**Re:     Johnson & Johnson - Talc Litigation (2023)**
**Our File No. 0265758.0002**

| | |
|---|---|
| **Fees:** | **$116,588.50** |
| **Total Amount Due** | **$116,588.50** |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



**MILLER THOMSON LLP**
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

**T** 416.595.8500
**F** 416.595.8695

_____

**MILLERTHOMSON.COM**


**June 30, 2023**

Invoice Number 3897712


Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention: David Molton, Counselor at Law

To Professional Services Rendered in connection with the following matter(s) including:

**Re:    Johnson & Johnson - Talc Litigation (2023)**
**Our File No. 0265758.0002**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/01/2023 | GF | Draft memo to Canadian Information Officer regarding limitations period issues and duty to advise Canadian plaintiff counsel of stay provisions; | 2.20 |
| 06/01/2023 | JCC | Correspondence with Jeff Jonas, Tom Hedus, Don Clarke, Dan Stolz regarding depositions; | 0.20 |
| 06/01/2023 | JCC | Attend deposition of John Kim; | 1.80 |
| 06/01/2023 | JCC | Correspondence with Gavin Finlayson regarding limitation issues; | 0.10 |
| 06/01/2023 | JCC | Correspondence with Cameron Moxley regarding correspondence to Jones Day; | 0.20 |
| 06/01/2023 | JCC | Correspondence with Adam Silverstein regarding Bridge order motion; | 0.20 |
| 06/01/2023 | JCC | Correspondence with Rachel Morse regarding retention arrangements; | 0.10 |
| 06/02/2023 | MF | Correspondence with A Filazzola regarding monthly fee statement; | 0.30 |
| 06/02/2023 | JCC | Correspondence with Don Clarke, David Castleman, Leigh O'Dell, Michelle Parfitt regarding motion to | 0.30 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

# MILLER THOMSON
### AVOCATS | LAWYERS

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | dismiss; | |
| 06/02/2023 | JCC | Correspondence with Joe Satterley, Michael Reining, Dan Stolz, Adam Silverstein, David Molton, regarding appeal of PI Order; | 0.40 |
| 06/02/2023 | JCC | Attend TCC counsel meeting to discuss Canadian strategic matters; | 0.50 |
| 06/02/2023 | JCC | Attend hearing before Justice Kaplan; | 1.80 |
| 06/02/2023 | JCC | Correspondence with Jeff Jonas, Dan Stolz, Jon Massey regarding Funding Agreement; | 0.20 |
| 06/03/2023 | MF | Email from J Carhart regarding recent hearings including June 2 hearing before Justice Kaplan; | 0.30 |
| 06/03/2023 | GF | Draft memo to Canadian Information Officer regarding limitation periods; | 2.80 |
| 06/03/2023 | JCC | Correspondence with Gavin Finlayson regarding limitation issues; | 0.30 |
| 06/04/2023 | GF | Revise memo to Canadian information officer regarding limitations periods an notice to stakeholders; | 2.10 |
| 06/04/2023 | MF | Correspondence from G Finlayson regarding note to information officer; | 0.30 |
| 06/04/2023 | JCC | Review and revise correspondence to Information Officer; | 0.40 |
| 06/05/2023 | AI | Email from Brown Rudnick with updated case timeline; | 0.20 |
| 06/05/2023 | AI | Continue review of TDPs and preparation of presentation in respect of treatment of Canadian Claims; | 3.60 |
| 06/05/2023 | GF | Confer with J Carhart regarding memo to Canadian Information officer regarding limitations issues; | 0.60 |
| 06/05/2023 | JCC | Correspondence with US Bankruptcy Court regarding scheduling; | 0.20 |
| 06/05/2023 | JCC | Correspondence and discussion with Gavin Finlayson regarding correspondence to Information Officer; | 0.40 |
| 06/05/2023 | JCC | Correspondence with Susan Sieger-Grimm, Dan Stolz, Moshe Maimon,  Steve Kazan, Michelle Parfitt, Dan Lapinski regarding Ad Hoc Committee motion; | 0.40 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/05/2023 | JCC | Correspondence with Dan Stolz regarding exclusivity; | 0.10 |
| 06/05/2023 | GF | Review comments on memo to Canadian Information Officer regarding imitations issues; | 0.70 |
| 06/06/2023 | AI | Revise summary of Debtor's plan from Canadian perspective; | 0.30 |
| 06/06/2023 | GF | Review court materials including retention applications as Canadian litigation counsel; | 0.60 |
| 06/06/2023 | JCC | Correspondence with US Bankruptcy Court, Harriet Cohen, Chris Placitella, Greg Gordon regarding Application to Shorten Time; | 0.30 |
| 06/06/2023 | JCC | Correspondence with Dan Stolz, Michael Reining, John Bougiamas regarding LTL motion concerning PI and scope of automatic stay; | 0.20 |
| 06/06/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding exclusivity motion; | 0.20 |
| 06/07/2023 | GF | Revise draft memo to Canadian Information officer; | 1.20 |
| 06/07/2023 | MF | Review G Finlayson revised note for information officer; | 0.30 |
| 06/07/2023 | GF | Attend at weekly TCC meeting regarding motion to dismiss and cram-down plan  as Canadian litigation counsel; | 0.80 |
| 06/07/2023 | GF | Review agenda for working call of TCC as Canadian litigation counsel; | 0.10 |
| 06/07/2023 | GF | Review emails regarding depositions as Canadian litigation counsel; | 0.20 |
| 06/07/2023 | JCC | Correspondence with Dan Stolz, Jonathan Massey, Saul Burian, Michael Winograd, Jeff Jonas, Michelle Parfitt, Mike Berlin, Tom Hedus regarding Houlihan Lokey report; | 0.70 |
| 06/07/2023 | JCC | Attend deposition of Eric Haas; | 0.90 |
| 06/07/2023 | JCC | Attend Town Hall meeting; | 0.10 |
| 06/07/2023 | JCC | Attend TCC Meeting to discuss Canadian strategic matters; | 0.90 |
| 06/08/2023 | GF | Review communications from TCC regarding progress of discovery and issues in support of motion to | 1.10 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on this date of this account will be billed later.



**MILLER THOMSON**
AVOCATS | LAWYERS

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | dismiss; | |
| 06/08/2023 | JCC | Correspondence with Jerry Block, Joe Satterley regarding Dr Moline; | 0.10 |
| 06/08/2023 | JCC | Correspondence with Cameron Moxley, Moshe Maimon, David Molton, Mike Winograd regarding responses and objections to interrogatories; | 0.30 |
| 06/08/2023 | JCC | Correspondence with Michael Reining, Chris Tisi, Michael Winograd, Moshe Maimon, Michelle Parfitt, Tom Hedus, Jeff Jonas, Gerard Cicero Dan Stolz Expert Reports; | 0.50 |
| 06/08/2023 | JCC | Correspondence with Cameron Moxley and attend deposition of James Onder by Cameron Moxley; | 1.20 |
| 06/08/2023 | JCC | Correspondence with Sunni Beville concerning bar date; | 0.10 |
| 06/08/2023 | JCC | Correspondence with Adam Silverstein, Bret Vallacher regarding PI; | 0.20 |
| 06/08/2023 | AI | Email from M. Reining regarding expert reports; | 0.10 |
| 06/08/2023 | AI | Email from Committee member regarding litigation strategy; | 0.10 |
| 06/08/2023 | AI | Email from G. Cicero regarding Onder deposition; | 0.10 |
| 06/08/2023 | AI | Email from C. Moxley regarding Onder deposition; | 0.10 |
| 06/08/2023 | AI | Email from D. Stolz regarding Onder deposition; | 0.10 |
| 06/08/2023 | AI | Email from R. Morse regarding Onder deposition; | 0.10 |
| 06/08/2023 | AI | Email from S. Sieger-Grimm regarding Onder deposition; | 0.10 |
| 06/08/2023 | AI | Email from D. Molton regarding Onder deposition; | 0.10 |
| 06/08/2023 | AI | email from Brown Rudnick re: Debtor's expert reports; | 0.10 |
| 06/08/2023 | AI | Review email attachment from D. Stolz regarding draft order related to Debtor's motion to compel; | 0.20 |
| 06/08/2023 | AI | Email from Brown Rudnick with update on timelines and status of case; | 0.20 |
| 06/08/2023 | AI | Review email from Brown Rudnick regarding draft interrogatories and discovery matters; | 0.20 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

# MILLER THOMSON
AVOCATS | LAWYERS

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/08/2023 | AI | Email from M. Winograd regarding Expert reports; | 0.10 |
| 06/08/2023 | AI | Email from committee member regarding Expert reports; | 0.10 |
| 06/08/2023 | AI | Review attachments to M. Reining email regarding Expert reports; | 0.40 |
| 06/08/2023 | AI | Review Debtor's expert reports; | 1.10 |
| 06/08/2023 | AI | Email from M. WInograd regarding draft interrogatories and discovery matters; | 0.10 |
| 06/08/2023 | AI | Email from M. Winograd regarding litigation strategy; | 0.10 |
| 06/09/2023 | JCC | Correspondence with Leigh O'Dell, Adam Silverstein, Dan Stolz, Michelle Parfitt, Chris Tisi, Dan Lapinski, Joe Satterley, Bret Vallacher, Steve Kazan regarding PI; | 0.70 |
| 06/09/2023 | JCC | Correspondence with Dan Stolz, Jonathan Massey regarding motion to dismiss; | 0.20 |
| 06/09/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding upcoming hearings and depositions; | 0.20 |
| 06/09/2023 | JCC | Correspondence with Dan Stolz, Moshe Maimon. Michael Winograd. Saul Burian, Jerry Block regarding expert reports; | 0.50 |
| 06/09/2023 | JCC | Correspondence with Michael Reining regarding statement of issues and designation of record regarding Future Claims Representative; | 0.40 |
| 06/09/2023 | JCC | Correspondence with David Molton, Susan Sieger-Grimm, Leigh O'Dell regarding 3M case; | 0.30 |
| 06/09/2023 | AI | Review draft objection to extension of PI; | 0.40 |
| 06/12/2023 | MF | Review correspondence including revised draft letter to information officer from J. Carhart; | 0.30 |
| 06/12/2023 | MF | Emails from J Carhart regarding further revised version of note to information officer; | 0.30 |
| 06/12/2023 | JCC | Correspondence with Michael Reining, Dan Stolz regarding production material; | 0.20 |
| 06/12/2023 | JCC | Correspondence with Sunni Beville, David Molton, Susan Sieger-Grimm, Melanie Cyganowski regarding | 0.40 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on this date of this account will be billed later.



| Date | Initials | Description | Hours |
|---|---|---|---|
| | | bar date process; | |
| 06/12/2023 | JCC | Review and revise draft correspondence to Information Officer; | 0.20 |
| 06/12/2023 | JCC | Attend deposition of Arthur Wong; | 1.60 |
| 06/12/2023 | JCC | Correspondence with Michael Reining, Richard Golomb regarding deposition of Mikal Watts; | 0.20 |
| 06/12/2023 | JCC | Correspondence with Dan Stolz, David Molton, Eric Goodman, Saul Burian, Dan Lapinski, Bret Vallacher regarding exclusivity; | 0.40 |
| 06/12/2023 | JCC | Correspondence with Jeff Jonas, Jerry Block,  Dan Stolz, Lisa Tancredi, Laura Davis Jones, Moshe Maimon regarding depositions; | 0.40 |
| 06/13/2023 | GF | Internal communications regarding memo to Canadian Information Officer regarding limitations periods; | 0.20 |
| 06/13/2023 | AI | Review emails from Committee members and counsel regarding Debtor's request to extend PI order; | 0.20 |
| 06/13/2023 | JCC | Attend hearing before Justice Kaplan; | 1.40 |
| 06/14/2023 | AI | Attend weekly call with Committee counsel in preparation for call with Committee to address Canadian proceeding matters; | 0.60 |
| 06/14/2023 | AI | Attend weekly conference call with committee members to address Canadian proceeding matters; | 0.90 |
| 06/14/2023 | JCC | Correspondence with Michael Winograd, Jonathan Massey, Mike Berkin, Steve Kazan regarding Houlihan Report; | 0.40 |
| 06/14/2023 | JCC | Correspondence with Sunni Beville, Melanie Cyganowski, David Molton, Dan Stolz, Gerard Cicero, Jonathan Massey regarding standing motion; | 0.40 |
| 06/14/2023 | JCC | Correspondence with David Molton, Sunni Beville, Gerard Cicero, Susan Sieger-Grimm, Melanie Cyganowski regarding letter to Information Officer; | 0.20 |
| 06/14/2023 | JCC | Attend TCC counsel meeting to discuss Canadian Strategic matters; | 0.50 |
| 06/14/2023 | JCC | Attend TCC meeting to discuss Canadian strategic matters; | 0.80 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/14/2023 | JCC | Correspondence with Don Clarke, Melanie Cyganowski, Gerard Cicero regarding motion to dismiss; | 0.20 |
| 06/14/2023 | JCC | Correspondence with Dan Stolz, Jonathan Massey regarding PI; | 0.20 |
| 06/15/2023 | JCC | Correspondence with Eric Goodman regarding motion to dismiss; | 0.10 |
| 06/15/2023 | JCC | Correspondence with Mike Winograd regarding depositions; | 0.10 |
| 06/15/2023 | JCC | Correspondence with Greg Kinoian regarding Plan Support arrangements; | 0.10 |
| 06/15/2023 | JCC | Correspondence with Mike Winograd regarding expert rebuttal reports; | 0.10 |
| 06/15/2023 | JCC | Correspondence with Jeff Jonas, Jon Ruckdeschel, Robert Malone, Clay Thompson, David Torborg regarding witnesses and upcoming motions; | 0.40 |
| 06/15/2023 | JCC | Correspondence with Sunni Beville, Jennifer Feeney, Jonathan Massey regarding PI; | 0.20 |
| 06/15/2023 | JCC | Correspondence with Michael Reining regarding Houlihan Report; | 0.20 |
| 06/16/2023 | JCC | Correspondence with Bret Vallacher, Sunni Beville, Melanie Cyganowski regarding PI; | 0.20 |
| 06/16/2023 | JCC | Correspondence with Jeff Jonas regarding joint stipulation; | 0.20 |
| 06/16/2023 | JCC | Correspondence with Dan Stolz regarding Ad Hoc Committee filing; | 0.10 |
| 06/16/2023 | JCC | Correspondence with Dan Stolz, Melanie Cyganowski, Eric Goodman, Jeff Lamken, David Molton regarding funding agreement; | 0.30 |
| 06/16/2023 | JCC | Correspondence with Susan Sieger-Grimm, Jerry Block, Jonathan Massey regarding TCC Reply; | 0.20 |
| 06/19/2023 | JCC | Correspondence with Mark Rasmussen regarding stipulation; | 0.10 |
| 06/19/2023 | JCC | Correspondence with Jonathan Massey, Dan Lapinski, James Green regarding motion to dismiss; | 0.20 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

# MILLER THOMSON
## AVOCATS | LAWYERS

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/19/2023 | JCC | Correspondence with Mike Winograd, Moshe Maimon, Dan Stolz, Jeff Jonas, Michelle Parfitt, Steve Kazan regarding Ad Hoc committee; | 0.20 |
| 06/20/2023 | GF | Review email from J Carhart regarding retention application and consider same; | 0.10 |
| 06/20/2023 | GF | Communications with J Carhart regarding memo to Canadian information officer; | 0.10 |
| 06/20/2023 | GF | Review communications from TCC on objection motions and deposition issues including standing motion; | 0.90 |
| 06/20/2023 | GF | Review transcript of June 13th hearing as Canadian litigation counsel; | 1.20 |
| 06/20/2023 | MF | Review second report of information officer dated June 20, 2023; | 0.50 |
| 06/20/2023 | GF | Communications with A Iqbal and J Carhart regarding second report of Canadian Information Officer; | 0.30 |
| 06/20/2023 | JCC | Correspondence with Shari Dwoskin, Moshe Maimon, Gavin Finlayson, Asim Iqbal regarding June 2nd Order to Compel; | 0.30 |
| 06/20/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding MTD hearing; | 0.10 |
| 06/20/2023 | JCC | Correspondence with Jeff Jonas, Jonathan Ruckdeschel, Clay Thompson, Erica Johnson, Robert Malone, Linda Richenderfer,  Mark Rasmussen, David Torborg regarding stipulation; | 0.50 |
| 06/20/2023 | JCC | Correspondence with Chris Tisi, Jerry Block, Dan Stolz, Melanie Cyganowski, Dan Lapinski regarding plan support agreements; | 0.40 |
| 06/20/2023 | JCC | Correspondence with Harriet Cohen, Adam Silverstein, Jonathan Massey, Leigh O'Dell regarding PI; | 0.30 |
| 06/21/2023 | GF | Review second report to Canadian Court of Canadian Information Officer for treatment of claims as Canadian litigation counsel; | 0.80 |
| 06/21/2023 | JCC | Attend deposition of Greg Bell; | 1.60 |
| 06/21/2023 | JCC | Attend TCC Town Hall meeting; | 0.50 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

# MILLER THOMSON
AVOCATS | LAWYERS

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/21/2023 | JCC | Attend deposition of Theodore Rave; | 1.20 |
| 06/21/2023 | JCC | Review Second Report of Information Officer; | 0.30 |
| 06/21/2023 | JCC | Correspondence with Gavin Finlayson, Asim Iqbal, David Molton, Melanie Cyganowski, Sunni Beville, Gerard Cicero, Susan Sieger-Grimm regarding Second Report of Information Officer; | 0.30 |
| 06/21/2023 | JCC | Correspondence with Leigh O'Dell, Jonathan Massey regarding Motion to Dismiss; | 0.20 |
| 06/21/2023 | GF | Communications with J Carhart, A Iqbal and D Brown of TCC regarding Second report of Canadian Information Officer; | 0.40 |
| 06/22/2023 | AI | Review Information Officer's 2nd report filed in Canadian Proceeding; | 1.10 |
| 06/22/2023 | AI | Further review of second report of information officer in preparation for meeting with internal legal team regarding next steps; | 1.20 |
| 06/22/2023 | JCC | Attend deposition of Saul Burian; | 3.60 |
| 06/22/2023 | JCC | Correspondence with David Molton, Gavin Finlayson, Asim Iqbal regarding Canadian claims; | 0.20 |
| 06/22/2023 | GF | Review Debtor's declarations (Kim, Weusthoff, Dickinson, Murdica) in support of opposition to motion to dismiss as Canadian litigation counsel; | 1.70 |
| 06/23/2023 | GF | Review communication from J Carhart regarding note to TCC regarding Canadian claims and limitations issues; | 0.10 |
| 06/23/2023 | GF | Discussion with Jeff Carhart and Asim Iqbal regarding Canadian Claims and Second Report of Information Officer; | 0.70 |
| 06/23/2023 | GF | Review New Mexico and Mississippi Memorandum of Law in Opposition to MTD; | 0.60 |
| 06/23/2023 | JCC | Correspondence with David Molton regarding PI; | 0.10 |
| 06/23/2023 | JCC | Correspondence with Michael Reining, Jeff Jonas, Dan Stolz, Gerard Cicero, Bret Vallacher regarding declarations regarding motion to dismiss; | 0.30 |
| 06/23/2023 | JCC | Attend deposition of Sheila Birnbaum; | 0.80 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on these dates of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/23/2023 | JCC | Discussion with Gavin Finlayson, Asim Iqbal regarding Canadian Claims and Second Report of Information Officer; | 0.70 |
| 06/23/2023 | JCC | Attend deposition of Charles H. Mullin; | 3.60 |
| 06/23/2023 | JCC | Correspondence with Gavin Finlayson, Asim Iqbal, David Molton, Melanie Cyganowski regarding Canadian claims and Second Report of Information Officer; | 0.40 |
| 06/26/2023 | GF | Review communications from TCC and Brown Rudnick regarding pending motion to dismiss; | 0.60 |
| 06/26/2023 | GF | Review debtor's declaration of Adam Lisman as Canadian litigation counsel; | 0.90 |
| 06/26/2023 | GF | Review omnibus reply by Ad Hoc committee to supporting counsel on motion to dismiss; | 1.70 |
| 06/26/2023 | GF | Review letter to judge Kaplan objecting to Murdica affidavit; | 0.20 |
| 06/26/2023 | JCC | Correspondence with Jon Massey, Dan Stolz, Melanie Cyganowski, Eric Goodman, Michael Winograd, Shari Dwoskin, Cameron Moxley, Catherine Castaldi regarding LTL declarations; | 0.40 |
| 06/26/2023 | JCC | Correspondence with David Molton, John Baden, Andy Birchfield, Moshe Maimon, Lisa Busch, Liz Carter, Dan Lapinski, Melanie Cyganowski, Steve Kazan, Asim Iqbal, Gavin Finlayson regarding Plan Support Agreements; | 0.80 |
| 06/26/2023 | JCC | Correspondence with Chris Tisi, Jeff Jonas, Jonathan Massey, Dan Stolz, Susan Sieger-Grimm regarding motion to dismiss; | 0.30 |
| 06/26/2023 | JCC | Correspondence with Moshe Maimon, Lydell Benson, Madelyn Soliman regarding deposition of Charles Mullin; | 0.30 |
| 06/26/2023 | JCC | Correspondence with Cameron Moxley regarding deposition of Adam Lisman; | 0.10 |
| 06/26/2023 | JCC | Correspondence with Alex Kadnetz, Michael Winograd, Moshe Maimon regarding declaration of James Murdica; | 0.30 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



MILLER THOMSON
AVOCATS | LAWYERS

Invoice 3897712

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/26/2023 | JCC | Correspondence with Susan Sieger-Grimm, Asim Iqbal, Gavin Finlayson, Moshe Maimon, Gerard Cicero regarding Amended Plan; | 0.40 |
| 06/26/2023 | JCC | Call with Jeff Jonas regarding Motion to Dismiss; | 0.20 |
| 06/27/2023 | AI | Virtually attend Motion to Dismiss hearing; | 5.30 |
| 06/27/2023 | JCC | Attend hearing before Justice Kaplan; | 4.80 |
| 06/27/2023 | JCC | Correspondence with Gavin Finlayson, Asim Iqbal regarding treatment of Canadian issues in the Plan; | 0.30 |
| 06/27/2023 | JCC | Correspondence with Eric Goodman, Gavin Finlayson, Asim Iqbal regarding claims bar date material; | 0.30 |
| 06/27/2023 | GF | Review amended debtor plan regarding treatment of Canadian claims; | 3.70 |
| 06/27/2023 | GF | Communications with J Carhart and A Iqbal regarding Canadian claims treatment in Debtor plan; | 0.20 |
| 06/28/2023 | GF | Attend at hearing on TCC motion to dismiss as Canadian litigation counsel; | 7.20 |
| 06/28/2023 | JCC | Attend hearing before Justice Kaplan; | 6.80 |
| 06/29/2023 | GF | Draft noted for report to J carhart and A Iqbal regarding Canadian claims issues in LTL Amended Plan; | 2.30 |
| 06/29/2023 | AI | Review, emails from committee members regarding motion to dismiss trial; | 0.30 |
| 06/29/2023 | JCC | Attend hearing before Justice Kaplan; | 6.60 |
| 06/29/2023 | JCC | Correspondence with Gavin Finlayson, Asim Iqbal regarding discussion with Information Officer; | 0.40 |
| 06/30/2023 | AI | Review email from Brown Rudnick regarding upcoming motion, materials on exclusivity; | 0.20 |
| 06/30/2023 | AI | Virtually attend closing arguments; | 1.40 |
| 06/30/2023 | GF | Communications with J Carhart regarding Canadian claims issues regarding subrogated health insurer claims; | 0.10 |
| 06/30/2023 | GF | Attend at hearing to dismiss case in capacity as Canadian litigation counsel; | 3.80 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.


**MILLER THOMSON**
AVOCATS | LAWYERS

Page 12

Invoice 3897712

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/30/2023 | JCC | Attend hearing before Justice Kaplan; | 6.80 |
| | | **Total Hours** | **131.60** |

**Our Fee:** **116,588.50**

| TK ID | Initials | Name | Title | Rate | Hours | Amount |
|-------|----------|------|-------|------|-------|--------|
| 01177 | AI | A. Iqbal | Partner | $700.00 | 19.10 | $13,370.00 |
| 01208 | GF | G. Finlayson | Partner | $975.00 | 40.20 | $39,195.00 |
| 00615 | JCC | J. Carhart | Partner | $900.00 | 70.00 | $63,000.00 |
| 02853 | MF | M. Faheim | Associate | $445.00 | 2.30 | $1,023.50 |

**Total Amount Due** **$116,588.50**

E.&O.E.

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.