**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**
**FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Walsh Pizzi O'Reilly Falanga LLP |
| Case No.: | 23-12825-MBK | Client: | Randi S. Ellis, FCR |
| Chapter: | 11 | Case Filed: | April 4, 2023 (the "Petition Date") |

**SECTION I**
**FEE SUMMARY**

☒ Monthly Fee Application No. 2       ☐ Final Fee Application

Summary of Amounts Requested for the Period from June 1, 2023 through June 30, 2023.

| | |
|---|---:|
| Total Fees: | $269,280.00 |
| Total Disbursements: | $28,030.90 |
| Total Fees Plus Disbursements: | $297,310.90 |
| Minus 20% Holdback of Fees: | $53,856.00 |
| **Amount Sought at this Time:** | **$243,454.90** |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $217,082.20 | $1,977.10 |
| Total Fees Allowed To Date: | $0.00 | $0.00 |
| Total Retainer (If Applicable): | N/A | N/A |
| Total Previous Holdback (If Applicable): | $54,270.55 | $0 |
| Total Received To Date: | $217,082.20 | $1,977.10 |

2

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Hon. Mark Falk (Ret.), Counsel | 1977 | 77.8 (includes 6.4 hours of travel time billed at 50%) | $960.00 | $71,616.00 |
| Liza M. Walsh, Partner | 1985 | 70.3 (includes 6.9 hours of travel time billed at 50%) | $905.00 | $60,499.25 |
| Stephen V. Falanga, Partner | 1992 | 109.4 (includes 12.3 hours of travel time billed at 50%) | $695.00 | $71,758.75 |
| Christine I. Gannon, Partner | 2004 | 23.6 | $520.00 | $12,272.00 |
| Christopher M. Hemrick, Partner | 2007 | 16.3 | $520.00 | $8,476.00 |
| Francis W. Yook, Associate | 2015 | 81.0 | $405.00 | $32,805.00 |
| Jessica K. Formichella, Associate | 2017 | 12.4 | $375.00 | $4,650.00 |
| Barbara E. Troyan, Paralegal | N/A | 32.4 | $210.00 | $6,804.00 |
| Gemma Piñeiro, Paralegal | N/A | 1.9 | $210.00 | $399.00 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 197.10 | $113,828.50 |
| f) **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 39.10 | $18,322.50 |
| i) **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| j) **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 158.30 | $124,216.00 |
| l) **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 5.00 | $2,444.50 |
| n) **Relief from Stay Proceedings** Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting/Auditing** Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis** Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) **Corporate Finance** Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time**<br>Please note that non-working travel time must be billed at 50% of cost. | 25.60 | $10,468.50 |
| **SERVICE TOTALS:** | | **425.10** | **$269,280.00** |

5

## SECTION III
## SUMMARY OF DISBURSEMENTS

| **DISBURSEMENTS** | **AMOUNT** |
|---|---|
| a) **Filing Fees**<br>Payable to Clerk of Court. | |
| b) **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | $1,345.50 |
| d) **Fax**<br>Include per page fee charged. | |
| e) **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) **In-house Reproduction Services**<br>Exclusive of overhead charges. | $46.00 |
| g) **Outside Reproduction Services**<br>Including scanning services. | |
| h) **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) **Court Reporting**<br>Transcripts. | $1,376.40 |
| j) **Travel**<br>Mileage, tolls, airfare, parking. | $194.00 |
| k) **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) **Postage** | |
| m) **Other (specify)**<br>Discovery data services; Economist Sourcing Fee | $25,069.00 |
| **DISBURSEMENTS TOTALS:** | **$28,030.90** |

6

I certify under penalty of perjury that the foregoing is true correct.

Executed on July 14, 2023                                *s/Mark Falk*
                                                          Mark Falk