## **EXHIBIT B**

Time and Expense Invoice

**RANDI S. ELLIS, LLC**
**ATTORNEY AT LAW*** 
(A LIMITED LIABILITY COMPANY)

EMAIL: RANDI@RANDIELLIS.COM                                                                                                *LICENSED IN LOUISIANA AND TEXAS

| | |
|---|---|
| United States Bankruptcy Court | July 12, 2023 |
| District of New Jersey | Client:     001000 |
| 402 East State Street | Matter:    000001 |
| Trenton, NJ 08608 | Invoice #:    173 |
| | Resp. Atty:    LMW |
| | Page:    1 |

RE: In Re: LTL Management, LLC
    Case No.: 23-12825-MBK
    Judge: Michael B. Kaplan
    Chapter: 11

For Professional Services Rendered Through June 30, 2023

---

**SERVICES**

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/1/2023 | RE | B200 | Review TCC letter to the Court regarding Order Granting Application to Shorten Time Regarding Debtor's Motion for Bridge Order Confirming Automatic Stay Applies to Certain Actions (.1); review Christopher Placitella letter regarding Debtor's Application to Shorten Time Regarding Debtor's Motion for Bridge Order (.1); review Agenda and revised agenda for tomorrow's hearing (.1); review Debtor's Motion to Compel the Official Committee of Talc Claimants to Supplement Certain of Its Responses to Interrogatories and Requests for Production (.2); review of Debtor's Omnibus Motion to Compel Identified Plaintiff Firms to Supplement Certain Responses to Debtor's Interrogatories and Requests for Production (.1). | 0.6 | $1,015.00 | $609.00 |
| 6/2/2023 | RE | B140 | Attend Hearing with the Court via zoom. | 1.8 | $1,015.00 | $1,827.00 |
| 6/2/2023 | RE | B200 | Communications with counsel regarding hearing set for today (.3); review of new filing of Moline Complaint filed in NJ District Court (.4); review of article regarding new Moline Complaint (.1); review of MRHFM's Objection to Debtor's Motion for a Bridge Order (.1); review of TCC Objection to Motion for Bridge Order (.1). | 1.0 | $1,015.00 | $1,015.00 |
| 6/2/2023 | RE | B140 | Review and approve Certifications to provide budget (.2); communications with counsel regarding certifications and budgets (.2). | 0.4 | $1,015.00 | $406.00 |

|  |  |
|---|---|
| July 12, 2023 | |
| Client: | 001000 |
| Matter: | 000001 |
| Invoice #: | 173 |
| Resp. Atty: | LMW |
| Page: | 2 |

## SERVICES

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/2/2023 | RE | B170 | Review of final filed Supplemental Certification of Randi S. Ellis re: US Trustee Large Case Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses (.1); Zoom call with counsel to discuss next steps concerning experts (.6); Additional communications with counsel regarding next steps regarding experts (.2). | 0.9 | $1,015.00 | $913.50 |
| 6/3/2023 | RE | B200 | Review of TCC Motion to Compel Dep of Adam Pulaski, of Pulaski Kherkher, PLLC (.1); review of Beasley, Allen, Crow, Methvin, Portis, & Miles, P.C. Opposition to Debtor's Motion to Compel (.1); review of Rule 2019.1 Disclosure of MRHFM (.1). | 0.3 | $1,015.00 | $304.50 |
| 6/5/2023 | RE | B200 | Communications with counsel regarding next steps (.2); review of TCC's Motion to Terminate Debtor's Exclusive Period (.2). | 0.4 | $1,015.00 | $406.00 |
| 6/5/2023 | RE | B170 | Review of Order Authorizing FTCR's Retention of WPOF. | 0.1 | $1,015.00 | $101.50 |
| 6/6/2023 | RE | B200 | Review of US Trustee's Objection to Debtor's Motion for Reimbursement Agreement (.2); review of Notice of Debtors Motion To Extend and Modify the Preliminary Injunction Order and (II) for Confirmation That Successor Liability Actions Are Subject to the Automatic Stay (.3). | 0.5 | $1,015.00 | $507.50 |
| 6/6/2023 | RE | B170 | Review of Orders Authorizing Debtor's Retention of AlixPartners, Bates White, and Epiq. | 0.1 | $1,015.00 | $101.50 |
| 6/7/2023 | RE | B200 | Review of Text Order on Hearings for Thurs., June 8, 2023 (.1); communications with counsel regarding next steps (.4); TCC's Objection to Debtor's Motion for Reimbursement Agreement (.2); review of Order Partially Granting TCC's Motion to Compel (.1); review of MR Firm's Objection to Debtor's Motion for Expense Agreement (.1). | 0.9 | $1,015.00 | $913.50 |
| 6/8/2023 | RE | B200 | Review of emails regarding resolving items on agenda for hearing set for today (.1); communications with counsel regarding next steps (.3); review of Estate of Fleming's Letter on Motion to Dismiss (.1); review of Debtor's Motion to Compel Discovery in LTL v. Moline (.2). | 0.7 | $1,015.00 | $710.50 |

| | |
|---|---|
| July 12, 2023 | |
| Client: | 001000 |
| Matter: | 000001 |
| Invoice #: | 173 |
| Resp. Atty: | LMW |
| Page: | 3 |

## SERVICES

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/11/2023 | RE | B200 | Review of AHC of Supporting Firms' Response to Debtor's Motion for Reimbursement Agreement (.2); review of Debtor's Reply to Motion for Reimbursement Agreement (.1); review of Notice of Agenda for June 13, 2023 Hearing (.1); review of Joint Letter to Court on Schedule of Filings and Hearing for Certain Matters Involving Cohen, Placitella & Roth, P.C. (.1). | 0.5 | $1,015.00 | $507.50 |
| 6/12/2023 | RE | B200 | Communications with counsel regarding next steps (.3); call with counsel to discuss next steps (.5); review of Agenda and matters set for hearing set for tomorrow (.2); Objection of the Ad Hoc Committee of Supporting Counsel to Motion to Terminate the Debtor's Exclusive Period (.2); review of TCC's Designation of Record on Appeal in FCR Appointment Appeal (.2); review of Docket Entry on Bankruptcy Appeal (.1); review of MR Firm's Objection to Debtor's Motion to Modify Preliminary Injunction Order (.1); review of Marlin Eagles' Info Brief for Trial and Exhibits (.2); review of AHC of Supporting Firms' Statement for Debtor's Motion to Extend Injunction Order (.1); research on experts (.8). | 2.7 | $1,015.00 | $2,740.50 |
| 6/12/2023 | RE | B170 | Review of Retention Applications for Furgeson and Rave. | 0.1 | $1,015.00 | $101.50 |
| 6/13/2023 | RE | B140 | Attend Hearing. | 4.4 | $1,015.00 | $4,466.00 |
| 6/13/2023 | RE | B200 | Communications with counsel regarding next steps (.6); communications with counsel and experts (.8); communications with mediator (.4); communications from D. Molten regarding meeting (.1). | 1.9 | $1,015.00 | $1,928.50 |
| 6/14/2023 | RE | B200 | Communications with mediator (.6); research on potential experts (1.5); review of Docket Entries on Motion Scheduling and Outcomes (.1); review of Order Granting AHC of Supporting Firms' Motion to Redact and File under Seal (.1). | 2.3 | $1,015.00 | $2,334.50 |
| 6/15/2023 | RE | B200 | Review of Cohen Placitella's Opposition to Debtor's Motion to Extend Preliminary Injunction (.4); communications with counsel and experts (.3); research on experts (2.3). | 3.0 | $1,015.00 | $3,045.00 |
| 6/15/2023 | RE | B170 | Review of Orders Authorizing TCC's Retention of Hon. Royal Furgeson (Ret.) and Professor Rave as Expert Witnesses. | 0.1 | $1,015.00 | $101.50 |

| | |
|---|---|
| July 12, 2023 | |
| Client: | 001000 |
| Matter: | 000001 |
| Invoice #: | 173 |
| Resp. Atty: | LMW |
| Page: | 4 |

## SERVICES

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/16/2023 | RE | B200 | Prepare for zoom with expert (1.6); Zoom with counsel and expert (1.4); review of AHC of Supporting Firms' Certifications per Order Granting Motion to Intervene (.1); communications from D. Molten regarding meeting (.1); review of Debtor's Reply in Support of Motion to Extend and Modify PI Order and for Confirmation that Successor Liability Actions are Subject to the Automatic Stay (.2). | 3.4 | $1,015.00 | $3,451.00 |
| 6/17/2023 | RE | B200 | Continued review of Trust Distribution Procedures (2.3); review of AHC's Law Firms' First Supplemental Verified Statement for Rule 2019 (.6). | 2.9 | $1,015.00 | $2,943.50 |
| 6/19/2023 | RE | B200 | Communications with counsel regarding zoom with TCC (.3); communications with counsel regarding experts (.2). | 0.5 | $1,015.00 | $507.50 |
| 6/20/2023 | RE | B200 | Communications with counsel regarding expert (.4); review of FTI Statement (.3); Review of Order Authorizing Debtor to Enter Reimbursement Agreement (.1); review of Debtor's Motion to Retain Ordinary Course Professionals (.1); review of Levy Konigsberg's Opposition to Debtor's Motion to Extend Injunction (.2); continued review of Debtor's Reply to Motion to Modify Injunction (.5). | 1.6 | $1,015.00 | $1,624.00 |
| 6/21/2023 | RE | B200 | Communications with mediator (.7); review of agenda and filings for matters set for hearing on 6/22/2023 (.5); communications with counsel regarding meetings and next steps (.4); review of Monthly Operating Report (.1); review of Debtor's Motion to Establish Bar Dates (.4); review of TCC's Supplemental Objection to Debtor's Motion to Modify Injunction (.7): review of Memorandum in Opposition to Expedited Discovery filed by Moline (.4); review of Levy Konigsberg's Opposition to Debtor's Motion to Extend Injunction (.2). | 3.4 | $1,015.00 | $3,451.00 |
| 6/22/2023 | RE | B140 | Attending Omnibus Hearing. | 2.9 | $1,015.00 | $2,943.50 |
| 6/22/2023 | RE | B200 | Communications with counsel and mediators to set meeting (.4); Zoom call with TCC (.6); communications with mediators by phone (1.2); review of rough draft deposition transcript of Judge R. Furgeson (1.5); review of Deposition of J. Onder (2.4); review of Deposition of M. Nachawati (2.8); review of Response to MTD Reply filed by AI (.3); communications with counsel regarding FCR Appointment Appeal (.2). | 9.4 | $1,015.00 | $9,541.00 |

|  |  |
|---|---|
| July 12, 2023 | |
| Client: | 001000 |
| Matter: | 000001 |
| Invoice #: | 173 |
| Resp. Atty: | LMW |
| Page: | 5 |

## SERVICES

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|------|-----|------|-------------------------|-------|------|--------|
| 6/23/2023 | RE | B200 | Attending deposition of S. Birnbaum (3.5); attending deposition of Mullin (4.6); review of Crouch's Motion to Preclude Expert Testimony of Bell and Mullin (.6); review of US Trustee's Reply to Debtor's and AHC of Firms' Objections (.5); review of AHC of States with Consumer Claims' Reply to Dismiss Chapter 11 Case (.5); review of AHC of Meso's Joinder to Motion to Dismiss and TCC's Reply (.1); review of MR Firm's Reply to Dismiss Chapter 11 Case (.9); continuation of review of Arnold & Itkin's Reply to Dismiss Chapter 11 Case and Application to Shorten Time (1.2); emails with mediators and counsel to schedule group call (.3); Communications with Counsel regarding open matters (.4); review of Appellee's Designation of Record in FCR Appointment Appeal (.1). | 12.7 | $1,015.00 | $12,890.50 |
| 6/24/2023 | RE | B200 | Review of Notice of Agenda for Dismissal Motion Hearings (.1); review of US Trustee's Reply to Debtor's and AHC of Firms' Objections (.9); communications with Counsel regarding MTD and open matters (.6); review of State of New Mexico and the State of Mississippi's: (I) Memorandum of Law in Reply to Debtor's Omnibus Opposition to Motions to Dismiss Debtor's Second Bankruptcy Petition; (II) Joinder in Replies to Debtor's Opposition by Certain Other Parties; and (III) Statement in Lieu of Opening Argument (.4); review of Evidentiary Stipulation filed by TCC, Ad Hoc of Meso's, Paul Crouch, AHC of States with Consumer Claims, MR Firm, US Trustee, Arnold & Itkin, New Mexico/Mississippi, Debtor, J&J, AHC of Supporting Firms (.3); review of TCC's Reply to Motion to Dismiss Chapter 11 Case (2.5); review of Deposition of J. Kim (2.3). | 7.1 | $1,015.00 | $7,206.50 |
| 6/25/2023 | RE | B200 | Review of 5/31/2033 deposition of Adam Lisman (1.5); attending Deposition of Adam Lisman (1.2); review (continued) of TCC's Reply to Motion to Dismiss Chapter 11 Case (1.8); review of Order Partially Granting Debtor's Motion to Compel (.2); communications with counsel regarding Motion to Compel and request for answers from the parties (.2); review of Debtor's Motion to Establish Bar Dates (2.0). | 6.9 | $1,015.00 | $7,003.50 |
| 6/25/2023 | RE | B200 | Review of TCC's Reply to Motion to Dismiss Chapter 11 Case. | 2.7 | $1,015.00 | $2,740.50 |

|         |              | July 12, 2023 |
|---------|--------------|---------------|
|         | Client:      | 001000        |
|         | Matter:      | 000001        |
|         | Invoice #:   | 173           |
|         | Resp. Atty:  | LMW           |
|         | Page:        | 6             |

## SERVICES

| Date | TMK | Task | Description of Services | Hours | Rate | Amount |
|------|-----|------|-------------------------|-------|------|--------|
| 6/26/2023 | RE | B200 | Response by AHC to Replies in Support of MTD (.8); review of Debtor's Exhibit list for MTD hearing (.3); communications with mediator regarding open matters (.2); communications with Counsel regarding MTD and open matters (.3); review of Debtor's Sur Reply to Omnibus Objection to Motions to Dismiss (1.5). | 3.1 | $1,015.00 | $3,146.50 |
| 6/26/2023 | RE | B195 | Travel to NJ for MTD Hearing. | 12.2 | $57.50 | $701.50 |
| 6/26/2023 | RE | B170 | Review of final filling of Berderson retention application. | 0.2 | $1,015.00 | $203.00 |
| 6/27/2023 | RE | B140 | Attend MTD Hearing. | 7.9 | $1,015.00 | $8,018.50 |
| 6/27/2023 | RE | B200 | Meetings with counsel before and after MTD hearing (5.6); review of filing regarding Murdica declaration (.2); review of Debtor's response to TCC exhibit list (.1); review of revised agenda and filings regarding continued MTD hearing set for tomorrow (.5); review of MR Firm's Evidentiary Objections (.4). | 6.8 | $1,015.00 | $6,902.00 |
| 6/28/2023 | RE | B140 | Attend MTD Hearing. | 8.8 | $1,015.00 | $8,932.00 |
| 6/28/2023 | RE | B200 | Meeting with counsel before and after MTD Hearing (3.0); initial Review of Amended Plan and Red-Line (.6); review of Paul Crouch Objection to Charles Mullin Testimony (.2); review of Paul Crouch Motion in Limine to Exclude Evidence of Debtor's Settlement with Third-Party Payors (.3); review of AHC of Supporting Firms' Omnibus Replies to Motions to Dismiss (.3). | 4.4 | $1,015.00 | $4,466.00 |
| 6/29/2023 | RE | B140 | Attend MTD Hearing. | 8.1 | $1,015.00 | $8,221.50 |
| 6/29/2023 | RE | B200 | Meetings with counsel before and after MTD hearing (2.2); review of Debtor's Letter to J. Kaplan regarding MR's Objections (.2); review of Debtor's Objections to TCC Second Amended Exhibit List (.1): review of Debtor's Response to PC Objection to Mullin proffered testimony (.3); continued Review of Amended Plan and Red-Line (1.6). | 4.4 | $1,015.00 | $4,466.00 |
| 6/30/2023 | RE | B140 | Attend MTD Hearing. | 7.4 | $1,015.00 | $7,511.00 |
| 6/30/2023 | RE | B200 | Meetings with counsel before and after MTD hearing. | 2.8 | $1,015.00 | $2,842.00 |
| 6/30/2023 | RE | B195 | Return travel to Houston after MTD Hearing. | 7.6 | $57.50 | $437.00 |
|  |  |  | Total Professional Services | 149.9 |  | $133,190.00 |

| | |
|---|---|
| July 12, 2023 | |
| Client: | 001000 |
| Matter: | 000001 |
| Invoice #: | 173 |
| Resp. Atty: | LMW |
| Page: | 7 |

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| RE | Randi Ellis | 19.8 | $57.50 | $1,138.50 |
| RE | Randi Ellis | 130.1 | $1,015.00 | $132,051.50 |

## EXPENSES

| Date | Task | Description of Expenses | Amount |
|---|---|---|---:|
| 6/22/2023 | E100 - E110 | Airfare - Flight from Houston to NY/NJ 06/26/2023 | $668.60 |
| 6/26/2023 | E100 - E110 | JMS1 Transportation to and from airport 6/26 and 6/30/2023 | $204.00 |
| 6/30/2023 | E100 - E110 | Hotel - 06/26 - 06/30/2023 for MTD Hearings | $988.98 |

| | | |
|---|---:|---:|
| Total Expenses | | $1,861.58 |
| Total Services | $133,190.00 | |
| Total Disbursements | $1,861.58 | |
| Total Current Charges | | $135,051.58 |
| **PAY THIS AMOUNT** | | **$135,051.58** |

*Due Upon Receipt.  Please include the invoice number on all remittance.  Thank you.*

| | | |
|---|---|---|
| July 12, 2023 | | |
| Client: | | 001000 |
| Matter: | | 000001 |
| Invoice #: | | 173 |
| Resp. Atty: | | LMW |
| Page: | | 8 |

## TASK RECAP

**Services**

| Category | Hours | Amount |
|---|---:|---:|
| B140 | 41.70 | $42,325.50 |
| B170 | 1.50 | $1,522.50 |
| B195 | 19.80 | $1,138.50 |
| B200 | 86.90 | $88,203.50 |
| | 149.90 | $133,190.00 |

**Disbursements**

| Category | Amount |
|---|---:|
| E100 - E110 | $1,861.58 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $1,861.58 |



Thu, Jun 22, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Confirmation Number:

**PDSBX3**

---

| Flight 1 of 2 UA2670 | Class: United Economy (T) |
|---|---|

Mn, Jun 26, 2023 — Mon, Jun 26, 2023

**09:35 AM** — **02:20 PM**

Houston, TX, US (IAH) — New York/Newark, NJ, US (EWR)

---

| Flight 2 of 2 UA1317 | Class: United Economy (V) |
|---|---|

Fri, Jun 30, 2023 — Fri, Jun 30, 2023

**08:38 PM** — **11:24 PM**

New York/Newark, NJ, US (EWR) — Houston, TX, US (IAH)

---

## Traveler Details

**ELLIS/RANDIS**

eTicket number: **0162496521587**            Seats: **IAH-EWR 21A**

---

## Purchase Summary

Date of purchase:            **Thu, Jun 22, 2023**

Airfare:                                594.23
U.S. Transportation Tax:                44.57
U.S. Flight Segment Tax:                 9.60
September 11th Security Fee:            11.20
U.S. Passenger Facility Charge:          9.00

Total Per Passenger:                **668.60 USD**

**Total:**                           668.60 USD

# JMS1Transportation

Jorge Muniz
**Business Number** 832-677-7319
Jms1transportation@gmail.com

**INVOICE**
INV0365

**DATE**
Jun 26, 2023

**DUE**
On Receipt

**BALANCE DUE**
USD $0.00

BILL TO

## Randi Ellis
(225) 803-1413
Randi@randiellis.com

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| 06/26/2023. Randi Ellis. From Home to IAH ( Airport ) | $85.00 | 1 | $85.00 |
| 06/30/2023. Randi Ellis. From IAH ( Airport ) to Home. | $85.00 | 1 | $85.00 |

|  |  |
|---|---|
| SUBTOTAL | $170.00 |
| GRATUITY (20%) | $34.00 |
| TOTAL | $204.00 |
| PAID | -$204.00 |
|  | Jul 1, 2023 |
| BALANCE DUE | USD $0.00 |

# WESTIN
## HOTELS & RESORTS

The Westin Princeton
201 Village Blvd.
Princeton, NJ  08540
United States
Tel: 1-609-452-7900 Fax: 1-609-452-1223

Randi Ellis
2141 QUAIL RUN
BATON ROUGE, LA, 708084127
United States Of America

| | | |
|---|---|---|
| Page Number         : | 1 | Invoice Nbr : 1000164104 |
| Guest Number        : | 1159284 | |
| Folio ID            : | A | |
| Arrive Date         : | 26-JUN-23  18:01 | |
| Depart Date         : | 30-JUN-23  07:58 | |
| No. Of Guest        : | 1 | |
| Room Number         : | 473 | |
| Marriott Bonvoy Number : | 3168 | |

Westin Princet TTNWI  JUN-30-2023  08:00  AVERY

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---:|---:|
| 26-JUN-23 | 16103 | Latitude Lounge | 23.19 | |
| 26-JUN-23 | RT473 | Room Chrg - eChannel Retail | 219.00 | |
| 26-JUN-23 | RT473 | Room Tax | 14.51 | |
| 26-JUN-23 | RT473 | County Tax | 6.57 | |
| 26-JUN-23 | RT473 | Occupancy/Tourism | 10.95 | |
| 27-JUN-23 | RT473 | Room Chrg - eChannel Retail | 239.00 | |
| 27-JUN-23 | RT473 | Room Tax | 15.83 | |
| 27-JUN-23 | RT473 | County Tax | 7.17 | |
| 27-JUN-23 | RT473 | Occupancy/Tourism | 11.95 | |
| 28-JUN-23 | VI | Visa-1855 | | -548.17 |
| | | ***For Authorization Purpose Only*** | | |
| | | xxxxxx1855 | | |
| | | Date        Time        Code        Authorized | | |
| | | 26-JUN-23   18:01       03286I      1226.40 | | |
| 28-JUN-23 | RT473 | Room Chrg - eChannel Retail | 199.00 | |
| 28-JUN-23 | RT473 | Room Tax | 13.18 | |
| 28-JUN-23 | RT473 | County Tax | 5.97 | |
| 28-JUN-23 | RT473 | Occupancy/Tourism | 9.95 | |

Continued on the next page

The Westin Princeton
201 Village Blvd.
Princeton, NJ  08540
United States
Tel: 1-609-452-7900 Fax: 1-609-452-1223

# WESTIN
## HOTELS & RESORTS

Randi Ellis
2141 QUAIL RUN
BATON ROUGE, LA, 708084127
United States Of America

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 1159284 |
| Folio ID | : | A |
| Arrive Date | : | 26-JUN-23    18:01 |
| Depart Date | : | 30-JUN-23    07:58 |
| No. Of Guest | : | 1 |
| Room Number | : | 473 |
| Marriott Bonvoy Number : | | 3168 |

Invoice Nbr    :    1000164104

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 29-JUN-23 | 16300 | Latitude Lounge | 18.99 | |
| 29-JUN-23 | RT473 | Room Chrg - eChannel Retail | 169.00 | |
| 29-JUN-23 | RT473 | Room Tax | 11.20 | |
| 29-JUN-23 | RT473 | County Tax | 5.07 | |
| 29-JUN-23 | RT473 | Occupancy/Tourism | 8.45 | |
| 30-JUN-23 | VI | Visa-1855 | | -440.81 |

***For Authorization Purpose Only***
xxxxxx1855

| Date | Time | Code | Authorized |
|---|---|---|---|
| 28-JUN-23 | 03:19:15 | 07355I | 486.86 |
| 29-JUN-23 | 03:14:23 | 02582I | 201.20 |

Approve EMV Receipt for VI - 1855: Signature Captured
AC:59B6433DEE57ECA5   IAD:06021203A02002   TVR:0080008000
AID:A0000000031010   AID:A0000000031010   AID-NM:CHASE VISA
AID:A0000000031010   TSI:E800   ARC:00

| | | |
|---|---|---|
| ** Total | 988.98 | -988.98 |
| *** Balance | 0.00 | |

Continued on the next page

The Westin Princeton
201 Village Blvd.
Princeton, NJ  08540
United States
Tel: 1-609-452-7900 Fax: 1-609-452-1223

# WESTIN
## HOTELS & RESORTS

| Randi Ellis | Page Number | : | 3 | Invoice Nbr | : | 1000164104 |
|---|---|---|---|---|---|---|
| 2141 QUAIL RUN | Guest Number | : | 1159284 | | | |
| BATON ROUGE, LA, 708084127 | Folio ID | : | A | | | |
| United States Of America | Arrive Date | : | 26-JUN-23 | 18:01 | | |
| | Depart Date | : | 30-JUN-23 | 07:58 | | |
| | No. Of Guest | : | 1 | | | |
| | Room Number | : | 473 | | | |

68

I agreed to pay all room & incidental charges.

Stay well, no matter where you travel. Reconnect with your well-being and find your next destination at westin.com.

Tell us about your stay. www.westin.com/reviews

Bring the Westin experience home. Shop WestinStore.com.