**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Kris Hansen (admitted *pro hac vice*)

-and-

PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Matthew M. Murphy (admitted *pro hac vice*)
Matthew Micheli (admitted *pro hac vice*)

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten *(admitted pro hac vice)*
Justin Alberto (admitted *pro hac vice)*

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, Texas 77002
(713) 715-1666
Lenard M. Parkins (admitted *pro hac vice)*
Charles M. Rubio (admitted *pro hac vice)*

*Counsel to Ad Hoc Committee of Supporting Counsel*



Order Filed on July 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

LTL MANAGEMENT, LLC,[6]

      Debtor.

Case No. 23-12825 (MBK)

Chapter 11

**Hearing Date and Time:
July 11, 2023 at 10:00 AM**

Judge: Michael B. Kaplan

**DATED: July 12, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: LTL MANAGEMENT LLC
Case No.: 23-12825 (MBK)
Caption of Order: ORDER AUTHORIZING AD HOC COMMITTEE OF SUPPORTING COUNSEL TO FILE UNDER SEAL AND REDACT CERTAIN INFORMATION IN FIRST SUPPLEMENTAL VERIFIED STATEMENT OF PAUL HASTINGS LLP, COLE SCHOTZ P.C., AND PARKINS & RUBIO LLP PURSUANT TO BANKRUPTCY RULE 2019

**ORDER AUTHORIZING AD HOC COMMITTEE OF SUPPORTING COUNSEL
TO FILE UNDER SEAL AND REDACT CERTAIN INFORMATION IN FIRST
SUPPLEMENTAL VERIFIED STATEMENT OF PAUL HASTINGS LLP,
COLE SCHOTZ P.C., AND PARKINS & RUBIO LLP
PURSUANT TO BANKRUPTCY RULE 2019**

The relief set forth on the following pages, numbered three (3) through five (5) is hereby ORDERED.

(Page 3)
Debtor: LTL MANAGEMENT LLC
Case No.: 23-12825 (MBK)
Caption of Order: ORDER AUTHORIZING AD HOC COMMITTEE OF SUPPORTING COUNSEL TO FILE UNDER SEAL AND REDACT CERTAIN INFORMATION IN FIRST SUPPLEMENTAL VERIFIED STATEMENT OF PAUL HASTINGS LLP, COLE SCHOTZ P.C., AND PARKINS & RUBIO LLP PURSUANT TO BANKRUPTCY RULE 2019

Upon the motion (the "**Motion**") of the Ad Hoc Committee of Supporting Counsel (the "**AHC of Supporting Counsel**"), by and through counsel, for an Order authorizing the AHC of Supporting Counsel to file under seal and redact its first supplemental Fed. R. Bankr. P. 2019 disclosure (the "**Supplemental 2019 Statement**"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the AHC of Supporting Counsel's notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted; and the Court having further found that entry of the within Order is in the best interest of creditors and the bankruptcy estate:

Now, therefore, it is hereby **ORDERED** that:

1. The Motion is GRANTED as set forth herein.

Case 23-12825-MBK    Doc 991-036    Filed 06/14/23    Entered 06/14/23 00:17:25    Desc
Proposed Order    Page 4 of 5

| | |
|---|---|
| (Page 4) | |
| Debtor: | LTL MANAGEMENT LLC |
| Case No.: | 23-12825 (MBK) |
| Caption of Order: | ORDER AUTHORIZING AD HOC COMMITTEE OF SUPPORTING COUNSEL TO FILE UNDER SEAL AND REDACT CERTAIN INFORMATION IN FIRST SUPPLEMENTAL VERIFIED STATEMENT OF PAUL HASTINGS LLP, COLE SCHOTZ P.C., AND PARKINS & RUBIO LLP PURSUANT TO BANKRUPTCY RULE 2019 |

2.  The Supplemental 2019 Statement for the AHC of Supporting Counsel may be filed under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1.

3.  If the Supplemental 2019 Statement is filed under seal pursuant to paragraph 2 above, a redacted version of the Supplemental 2019 Statement and any exhibits thereto shall also be filed on the case docket. This version shall differ from the version of the Supplemental 2019 Statement filed under seal in the following respects:

    a. For individual claimants or members, the first initial of the last name may be substituted for the full last name;

    b. Any social security numbers, dates of birth, and/or dates of death, if applicable, may be redacted;

    c. For claimants or members who assert or expect to assert a claim, the disease information may be redacted; and

    d. Any confidential information related to the fee arrangements contained in any form of an engagement letter may be redacted.

4.  The filing of a 2019 disclosure and, if appropriate, any supplement to the Supplemental 2019 Statement, that complies with this Order, as it may be amended from time to time, shall be deemed to be in complete compliance with Fed. R. Bankr. P. 2019 for all purposes. The AHC of Supporting Counsel shall provide unredacted copies of the Supplemental 2019 Statement to the United States Trustee in accordance with section 107(c)(3)(A) of the Bankruptcy Code.

Case 23-12825-MBK    Doc 909-036    Filed 06/10/23    Entered 06/10/23 00:17:25    Desc
Proposed Order    Page 5 of 5

(Page 5)
Debtor:              LTL MANAGEMENT LLC
Case No.:            23-12825 (MBK)
Caption of Order:    ORDER AUTHORIZING AD HOC COMMITTEE OF SUPPORTING
                     COUNSEL TO FILE UNDER SEAL AND REDACT CERTAIN
                     INFORMATION IN FIRST SUPPLEMENTAL VERIFIED
                     STATEMENT OF PAUL HASTINGS LLP, COLE SCHOTZ P.C., AND
                     PARKINS & RUBIO LLP PURSUANT TO BANKRUPTCY RULE 2019

5.  The AHC of Supporting Counsel shall provide copies of the claimant lists annexed to the Supplemental 2019 Statement without redactions of claimant last names, the first initial of claimant first names, dates of birth, and the last four digits of each claimant's social security number, to the extent such information is included therein, to Brown Rudnick, LLP, FTI Consulting, Inc., and Compass Lexecon, LLC solely on a professionals'-eyes only basis for the sole purpose of claimant de-duplication and not for any other purpose.

6.  The requirements of Local Rule 9018-1 are satisfied by the contents of the Motion or otherwise deemed waived.

7.  The AHC of Supporting Counsel is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8.  The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

9.  This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

66055/0001-45569364v4

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12825-MBK |
| LTL Management LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 12, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Jul 12 2023 20:55:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2023          Signature:     /s/Gustava Winters