UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(B)
Mark Falk, Esq.
Liza M. Walsh, Esq.
Stephen V. Falanga, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
*Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants*

In re:
LTL Management, LLC,

Debtor.

Case No.: 23-12825
Judge: Michael B. Kaplan
Chapter: 11

## SUPPLEMENTAL CERTIFICATION OF JAMES H. RUITENBERG IN SUPPORT OF APPLICATION FOR RETENTION OF BEDERSON LLP AS FINANCIAL ADVISOR, EFFECTIVE AS OF JUNE 26, 2023

I, James H. Ruitenberg, being of full age, certify as follows:

1. The following individuals will provide services to the FCR:

| **Name** | **Hourly Rate** |
| --- | --- |
| James Ruitenberg | $500.00 |
| Charles Persing | $500.00 |
| Christopher Phillip | $375.00 |
| Joseph Porres | $225.00 |

2. Bederson LLP shall use its best efforts to avoid duplication of services provided by any of the FCR's other retained professionals in this case.

I certify under penalty of perjury that the above information is true.

Date: 7/17/23

James H. Ruitenberg