**|UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD**
**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Genova Burns LLC |
| Case No.: | 21-30589(MBK) | Client: | Official Comm of Talc Claimant |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

## SECTION 1
## FEE SUMMARY

X   Monthly Fee Statement No. 2   or   ☐ Final Fee Application

Summary of Amounts Requested for the Period from June 1, 2023 through June 30, 2023 (the "Second Statement Period")

| | |
|---|---|
| Total Fees: | $ 301,097.50 |
| Total Disbursements: | $ 15,219.84 |
| Minus 20% holdback of Fees: | $ 60,219.50 |
| Amount Sought at this Time: | $ 256,097.84 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Angelo J. Genova, Partner | 1979 | .50 | 900.00 | $450.00 |
| 2. Daniel M. Stolz, Partner | 1980 | 194.70 | 800.00 | $155,760.00 |
| 3. Daniel M. Stolz, Partner | 1980 | 10.00 | 400.00 | $4,000.00 |
| 4. Donald W. Clarke, Partner | 2008 | 115.60 | 600.00 | $69,360.00 |
| 5. Donald W. Clarke, Partner | 2008 | 13.30 | 300.00 | $3,990.00 |
| 6. Scott S. Rever, Counsel | 1994 | 3.30 | 600.00 | $1,980.00 |
| 7. Gregory S. Kinoian, Counsel | 1992 | 86.50 | 600.00 | $51,900.00 |
| 8. Gregory S. Kinoian, Counsel | 1992 | 3.00 | 300.00 | $900.00 |
| 9. Sydney Schubert, Junior Associate | 2022 | 6.30 | 275.00 | $1,732.50 |
| 10. Lorrie Denson | Paralegal | 38.60 | 250.00 | $9,650.00 |
| 11. Maria A. Sousa | Paraprofessional | 5.50 | 250.00 | $1,375.00 |

| | |
|---|---|
| Fee Totals: | $ 301,097.50 |
| Disbursements Totals: | $ 15,219.84 |
| Total Fee Application | $ 316,317.34 |

**SECTION II SUMMARY
OF SERVICES**

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:**  Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition**  Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation**  Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations**  Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration**  Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 358.30 | 242,552.50 |
| f) | **Claims Administration and Objections**  Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | **Employee Benefits/Pensions**  Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications**  Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 21.70 | 6,685.00 |
| i) | **Fee/Employment Objections**  Review of an objections to the employment and fee applications of others. | .10 | 60.00 |
| j) | **Financing**  Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation**  Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 69.00 | 41,550.00 |
| l) | **Meetings of Creditors**  Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | .10 | 60.00 |
| m) | **Plan and Disclosure Statement**  Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 1.50 | 1,120.00 |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | .30 | 180.00 |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | 26.30 | 8,890.00 |
| **SERVICE TOTALS:** | | 477.30 | $301,097.50 |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | 1,167.44 |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |

3

| | | |
|---|---|---|
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | 1,182.00 |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | 143.47 |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | 82.80 |
| m) | **Other (specify) Subpoenas; other professionals** | 12,644.13 |
| | **DISBURSEMENTS TOTAL:** | $15,219.84 |

I certify under penalty of perjury that the above is true.

Date:  July 17, 2023

/s/  *Donald W. Clarke*

DONALD W. CLARKE