**EXHIBIT "B"**

GENOVA BURNS LLC

July 17, 2023
Invoice No.:    498209

**DISBURSEMENTS**

| | Description | Amount |
|---|---|---|
| 5/09/23 | Mileage (H) Mileage from Elaine Terrace in Fair Lawn, NJ to US Bankruptcy Court in Trenton, NJ | 100.87 |
| 5/09/23 | Parking Parking at the US Bankruptcy Court in Trenton, NJ | 12.00 |
| 5/09/23 | Travel Expense Tolls from Elaine Terrace in Fair Lawn, NJ to US Bankruptcy Court in Trenton, NJ | 27.60 |
| 5/12/23 | Postage Expense - 3 x $17.55 | 52.65 |
| 5/12/23 | Postage Expense 3 x $10.05 | 30.15 |
| 5/18/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848453361 | 132.52 |
| 5/31/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848453361 | 1,034.92 |
| 6/05/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-01193 - fee for 1 copy of 72 pages Federal Court Daily on 6/2/23, Court: U.S. Bankruptcy Court, Trenton NJ, (23-12825). | 86.40 |
| 6/05/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230525092955 - Dkt. 23 12825 MBK, fee for subpoena service, Entity Served: S&P Global, Inc. C/O Douglas L.Peterson. | 115.00 |
| 6/05/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230512145505 - Dkt. 23 12825 MBK, fee for subpoena service, Entity Served: S&P Global Inc., C/O Douglas L. Peterson. | 84.10 |
| 6/05/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230516143833 - Dkt. 23 12825 MBK, fee for subpoena service, Entity Served: Allliance Bernstein LP. | 159.10 |
| 6/07/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230525092854 - Dkt. 23 12825 MBK, fee for subpoena service, Entity Served: Joele Frank Wilkinson Brimmer Katcher Attn: Records Custodian. | 230.00 |
| 6/07/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230525092656 - Dkt. 23 12825 MBK, fee for subpoena service, Entity Served: JP Morgan International Inc. C/O the Corporation. | 230.00 |
| 6/12/23 | Parking Parking at US Bankruptcy Court. | 3.00 |
| 6/14/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-01279 - Federal Court Daily on 6/13/23, Court:U.S. Bankruptcy Court, Trenton NJ 23-12825. | 183.60 |
| 6/14/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230516143704 - Dkt. 23 12825 MBK, fee for subpoena service, Entity Served: Joele Frank Wilkinson Brimmer Katcher, Attn: Records Custodian. | 84.10 |
| 6/23/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-01357 - Court Reporter fee for Federal Court Hourly on 6/22/23, Court: U.S. Bankruptcy Court, Trenton, NJ (23-12825) | 116.40 |
| 6/30/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-01405 - fee for 1 copy each of Federal Court Daily: 297 pgs on 6/27/23, 198 pgs, & 168 pgs on 6/28/23, Court: U.S. Bankruptcy Court, Trenton NJ, (23-12825) | 795.60 |

GENOVA BURNS LLC

July 17, 2023
Invoice No.:    498209

| | Description | Amount |
|---|---|---|
| 7/07/23 | Other Professional, BMC Group, Inc., 429_20230630 - LTL Management Noticing (Period 4/1/23 - 6/30/23) | 11,741.83 |
| | **TOTAL DISBURSEMENTS** | **$ 15,219.84** |