| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 533-1112<br>*Local Counsel for the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>Kenneth J. Aulet, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>kaulet@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br>And-<br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official*<br> *Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br> *Co-Counsel for the Official Committee of Talc Claimants* |
| In re:<br>LTL MANAGEMENT, LLC,[1]<br><br>                       Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

### MONTHLY FEE STATEMENT OF HON. ROYAL FURGESON (RET.) AS EXPERT WITNESS TO OFFICIAL COMMITTEE OF TALC CLAIMANTS, FOR THE PERIOD MAY 19, 2023 THROUGH JUNE 30, 2023

Hon. Royal Furgeson (ret.) ("Furgeson") submits this Monthly Fee Statement for Services Rendered and Expenses Incurred as Expert Witness to the Official Committee of Talc Claimants (the "Statement") for the period commencing May 19, 2023 and June 30, 2023 (the "Statement Period"), pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals entered on May 22, 2023 (the "Interim Compensation Order").

The billing invoices and expenses for the Statement Period are annexed hereto as Exhibit "A". These invoices detail the services performed.

| Fees | Less 20% | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|
| $94,400.00 | ($18,880.00) | $75,520.00 | $1,960.82 |

WHEREFORE, Rave respectfully requests interim payment of fees for this Statement Period in the sum $75,520.00, together with expenses of $1,960.82, for a total requested interim payment of $77,480.82, in accordance with the terms of the Interim Compensation Order.

**HON. ROYAL FURGESON (RET.)**
*Expert Witness to Official Committee
of Talc Claimants*

Dated: July 17, 2023      By:   /s/ Hon. Royal Furgeson
                                HON. ROYAL FURGESON (RET.)