**EXHIBIT "A"**



**INVOICE NO. 1226**

Date: July 16, 2023

Re: *In re LTL Management LLC*; Case No. 23-12825 (MBK)

From: FurgesonMalouf Law PLLC
Royal Furgeson
royal@furgesonlaw.com
(214) 934-7647

To: Don Clarke
dclark@genovaburns.com
Adam Silverstein
asilverstein@otterbourg.com
Lorrie Denson
ldenson@genovaburns.com

For: Fees and expenses in connection with expert testimony, as shown on appendix.

| | |
|---|---:|
| Fees ($1,000 per hour x 94.4 hours) | $ 94,400.00 |
| Expenses (receipts attached) | 1,960.82 |
| **Total Due:** | **$ 96,360.82** |

Appendix with Billing Details

*In re LTL Management LLC*; Case No. 23-12825 (MBK)

| Date | Description | Hours |
|---|---|---|
| 05/19/2023 | Telephone call with Jeffrey Jonas about testimony in LTL Bankruptcy as expert witness. Agreed to participate. | 0.3 |
| 05/22/2023 | ZOOM call with Adam Silverstein and others about expert testimony regarding the JPML. | 1.0 |
| 05/23/2023 | Email exchange with Adam Silverstein about preparation of expert report regarding the JPML. | 0.4 |
| 05/24/2023 | ZOOM call with Adam Silverstein and others about responsibility to formulate expert report on expedited basis. | 0.8 |
| 05/25/2023 | Began reviewing general authorities on multidistrict litigation and began outlining thoughts for expert report. | 2.7 |
| 05/26/2023 | Continued general review of authorities and basic outline. | 1.8 |
| 05/26/2023 | Reviewed application regarding retention in bankruptcy. Reviewed certification form, retention application form, retention order form and case parties list. | 0.8 |
| 05/27/2023 | Finished basic outline for expert report. Began preparation of draft report. Continued general review of authorities. | 4.4 |
| 05/29/2023 | Continued preparation of draft report and general review of authorities. | 3.7 |
| 05/30/2023 | Conferred with Adam Silverstein and others to explain progress on draft. | 0.5 |
| 05/30/2023 | Continued preparation of draft report and general review of authorities. | 2.3 |
| 05/30/2023 | Asked for input from Judges Goodwin, Fallon, Barbier and Kinkeade. | 0.3 |
| 05/31/2023 | Continued preparation of draft report and general review of authorities. | 3.6 |
| 06/01/2023 | Conferred with Adam Silverstein ad others to explain progress on draft. | 0.7 |
| 06/02/2023 | Talked to Judge Kinkeade about hip replacement MDL. | 0.4 |
| 06/03/2023 | Talked to Judge Barbier about Deepwater Horizon MDL. | 0.7 |
| 06/03/2023 | Continued preparation of draft report. | 5.6 |
| 06/04/2023 | Continued preparation of draft report. | 4.8 |
| 06/04/2023 | Conferred with Adam Silverstein and others to explain progress on draft. | 0.8 |
| 06/05/2023 | Completed draft. | 4.7 |
| 06/05/2023 | Conferred with Adam Silverstein and others to explain completed draft. | 1.0 |
| 06/06/2023 | Made final revisions on draft of expert report. Coordinated with Adam Silverstein about getting report filed. | 2.3 |

| Date | Description | Hours |
|---|---|---|
| 06/07/2023 | Signed expert report. Authorized Adam Silverstein to file expert report. | 0.5 |
| 06/13/2023 | Began re-reading authorities to prepare for deposition. | 1.5 |
| 06/14/2023 | Continued re-reading authorities to prepare for deposition. | 2.2 |
| 06/15/2023 | Briefing with Adam Silverstein and others to prepare for deposition. | 1.5 |
| 06/16/2023 | Briefing with Adam Silverstein and others to prepare for deposition. | 1.5 |
| 06/16/2023 | Continued re-reading authorities to prepare for deposition. | 2.7 |
| 06/17/2023 | Briefing with Adam Silverstein and others to prepare for deposition. | 1.0 |
| 06/17/2023 | Continued re-reading authorities and reading other expert reports to prepare for deposition. | 3.0 |
| 06/19/2023 | Briefing with Adam Silverstein and others to prepare for deposition. | 1.0 |
| 06/22/2023 | Completed preparation for deposition. Gave Deposition. | 2.5 |
| 06/22/2023 | Conference with Adam Silverstein for de-briefing. | 0.4 |
| 06/23/2023 | Began review of expert report and all materials for preparation for court testimony. | 3.0 |
| 06/24/2023 | Continued review of expert report and all materials for preparation for court testimony. Received and reviewed deposition transcript. | 4.3 |
| 06/26/2023 | Completed review for preparation for court testimony. Continued review of deposition transcript. | 3.7 |
| 06/27/2023 | Travel to Trenton. | 4.0 |
| 06/27/2023 | Conference with Adam Silverstein to begin final preparation for court testimony. | 1.0 |
| 06/28/2023 | Attend court hearing. | 8.0 |
| 06/28/2023 | Conference with Adam Silverstein to complete final preparation for court testimony. | 1.0 |
| 06/29/2023 | Attend court hearing. Gave court testimony. | 4.0 |
| 06/29/2023 | Travel back to Dallas. | 4.0 |
| | Total Hours | 94.4 |
| | Total Fees ($1,000 per hour x 94.4) | $ 94,400.00 |
| | Expenses (receipts attached): | |
| | Airfare                                                $ 1,294.80 | |
| | Ground Transportation (to/from DFW Airport)    $   178.16 | |
| | Hotel/Meals                                         $   487.86 | |
| | Total Expenses | $  1,960.82 |
| | **TOTAL FEES AND EXPENSES** | **$ 96,360.82** |

Sunday, June 25, 2023 at 17:27:56 Central Daylight Time

**Subject:** Your trip confirmation (DFW - PHL)
**Date:** Friday, June 16, 2023 at 8:50:06 PM Central Daylight Time
**From:** American Airlines
**To:** Stacy Littrell

Issued: June 17, 2023

## Your trip confirmation and receipt

We charged $1,294.80 to your card ending in 4837 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator: DEYPMM**

### Tuesday, June 27, 2023

**DFW**  AA 1995
Dallas/Fort Worth
1:33 PM

**PHL**
Philadelphia
5:49 PM

Seat: **4F**
Class: **Business (R)**
Meals: **Lunch**

### Friday, June 30, 2023

**PHL**  AA 998
Philadelphia
12:47 PM

**DFW**
Dallas/Fort Worth
3:19 PM

Seat: **4C**
Class: **Business (R)**
Meals: **Lunch**

**Manage your trip**

# Earn 50,000 Bonus Miles

Plus great travel benefits. Terms Apply.

Learn more



## Your purchase

**William Furgeson - AAdvantage® #: 188******

| | |
|---|---|
| New ticket (0012456129705) | $1,294.80 |
| [$1,176.74+ Taxes & carrier-imposed fees $118.06] | |

| | |
|---|---|
| **Total cost** | **$1,294.80** |

## Your payment

| | |
|---|---|
| MasterCard (ending 4837) | $1,294.80 |

| | |
|---|---|
| **Total paid** | **$1,294.80** |

Bag information

### Checked Bag (Airport)

| | |
|---|---|
| 1st bag | No charge |
| 2nd bag | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Wednesday, July 5, 2023 at 08:22:12 Central Daylight Time

**Subject:** FW: Your recent trip with Alto
**Date:** Monday, July 3, 2023 at 2:10:41 PM Central Daylight Time
**From:** Royal Furgeson
**To:** Stacy Littrell

FYI for New Jersey invoice.

From: Alto Receipts <no-reply@receipts.ridealto.com>
Sent: Thursday, June 29, 2023 10:31 PM
To: Royal Furgeson <royal@furgesonlaw.com>
Subject: Your recent trip with Alto

Alto Thank you

## Royal Furgeson, we value your membership

| | |
|---|---|
| Total | $90.68 |

| | |
|---|---|
| Trip Fare (32 minutes, 23.8 miles) | $71.45 |
| Wait Time (9 minutes) | $5.40 |

Page 1 of 4

| | |
|---|---|
| Subtotal | $76.85 |
| Service Charge* (18%) | $13.83 |
| Charge: | $90.68 |
| Charged card ending in 9536 | |

*supports driver pay and health benefits

**YOUR TRIP**
provided by Alto Operations Texas LLC (TX TNC LIC 111)

TUU2371 trip on Thu, Jun 29, 2023 at 9:40pm CDT

**Driver:** Thelonius Wease

Your Alto Driver:

Page 2 of 4



Origin: DFW Airport - Terminal A - Gates A6-A16 (Door A16)

Destination: Point near 3444 Milton Ave, Dallas, TX 75205, USA

Your trip

**Subject:** FW: Your recent trip with Alto
**Date:** Monday, July 3, 2023 at 2:10:54 PM Central Daylight Time
**From:** Royal Furgeson
**To:** Stacy Littrell

FYI for New jersey invoice.

From: Alto Receipts <no-reply@receipts.ridealto.com>
Sent: Tuesday, June 27, 2023 11:54 AM
To: Royal Furgeson <royal@furgesonlaw.com>
Subject: Your recent trip with Alto

Alto Thank you

## Royal Furgeson, we value your membership

### Total                                              $87.48

Trip Fare (35 minutes, 23.9 miles)                    $68.20

Subtotal                                              $68.20
Service Charge* (18%)                                 $12.28
Location Fees:
    DFW Airport Fee                                    $7.00

| Charge: | $87.48 |
|---|---|
| Charged card ending in 9536 | |

*supports driver pay and health benefits*

**YOUR TRIP**
provided by Alto Operations Texas LLC (TX TNC LIC 111)

SGG4630 trip on Tue, Jun 27, 2023 at 11:08am CDT

Driver: Lawrence Miles

Your Alto Driver:

Origin: 3441 Westminster Ave, Dallas, TX 75205, USA

Destination: DFW Airport - Terminal A - A12 Security Checkpoint

Your trip

Page 3 of 4



**PRINCETON MARRIOTT FORRESTAL**                              **GUEST FOLIO**

| 2200<br>ROOM | FURGESON/ROYAL<br>NAME | 199.00<br>RATE | 06/29/23<br>DEPART | 12:14<br>TIME | 57130<br>ACCT# | 54411<br>GROUP |
|---|---|---|---|---|---|---|
| GK<br>TYPE | US DISTRICT COURT<br>3441 WESTMINSTER AVE | | 06/27/23<br>ARRIVE | 19:35<br>TIME | | |
| 57<br>ROOM CLERK | DALLAS  TX  752051336<br>ADDRESS | | MCXXXXXXXXXXXX0810<br>PAYMENT | | MBV#: | 537838815 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 06/27 | IRON&IVY            33962200 | 31.66 | | |
| 06/27 | GP ROOM             2200, 1 | 199.00 | | |
| 06/27 | ROOM TAX            2200, 1 | 13.18 | | |
| 06/27 | OCC TAX             2200, 1 | 9.95 | | |
| 06/27 | MUNI TX             2200, 1 | 5.97 | | |
| 06/28 | GP ROOM             2200, 1 | 199.00 | | |
| 06/28 | ROOM TAX            2200, 1 | 13.18 | | |
| 06/28 | OCC TAX             2200, 1 | 9.95 | | |
| 06/28 | MUNI TX             2200, 1 | 5.97 | | |
| 06/29 | CCARD-MC | | 487.86 | |
| | PAYMENT RECEIVED BY: MASTERCARD    XXXXXXXXXXXX0810 | | | |
| | ************ AUTHORIZATION ************* | | | |
| | APPROVED | | | |
| | Total: $834.27 Card Type: MASTERCARD Card Entry: CHIP Acct #: ************0810 Approval Code: 22671E | | | |
| | ********** EMV AUTHORIZATION *********** | | | |
| | App Label: MasterCard Mode: Issuer | | | |
| | AID: A0000000041010 TVR: 0000008000 IAD: 01106070012200004C0300000000000000FF TSI: E800 ARC: 00 | | | |
| | AC: FD94C68BEEBEAA2A CVM: 1E0300 | | | |
| 06/29 | CASH | .00 | | |
| | | | | .00 |

See our "Privacy & Cookie Statement" on Marriott.com



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X