**EXHIBIT "A"**

D. Theodore Rave - Timesheet for Expert Witness Work on LTL Management Bankruptcy
May 19, 2023 - June 30, 2023

| Date | Hours worked | Task | Rate | Total |
|---|---|---|---|---|
| 5/19/2023 | 0.2 | Phone call with J. Jonas re: retention | $875.00 | $175.00 |
| 5/22/2023 | 0.8 | Review Garretson 3M testimony | $875.00 | $700.00 |
| 5/22/2023 | 1.2 | Zoom with A. Silverstein, S. Bellville, D. Castleman, L. O'Dell re: testimony | $875.00 | $1,050.00 |
| 5/22/2023 | 0.7 | Draft outline of export report | $875.00 | $612.50 |
| 5/23/2023 | 0.9 | Draft outline of export report | $875.00 | $787.50 |
| 5/23/2023 | 5.3 | Research | $875.00 | $4,637.50 |
| 5/24/2023 | 0.3 | Prep for call | $875.00 | $262.50 |
| 5/24/2023 | 0.8 | Zoom with A. Silverstein, S. Bellville, D. Castleman re: expert report | $875.00 | $700.00 |
| 5/24/2023 | 1 | Review sample report | $875.00 | $875.00 |
| 5/24/2023 | 1.1 | Review LTL 1.0 opinions | $875.00 | $962.50 |
| 5/25/2023 | 2.2 | Review LTL 1.0 opinions | $875.00 | $1,925.00 |
| 5/25/2023 | 1.5 | Research | $875.00 | $1,312.50 |
| 5/25/2023 | 1.3 | Draft outline of export report | $875.00 | $1,137.50 |
| 5/26/2023 | 2.5 | Research | $875.00 | $2,187.50 |
| 5/26/2023 | 0.4 | Phone call with D. Clarke re: retention | $875.00 | $350.00 |
| 5/26/2023 | 0.7 | Review potentially interested parties and retention documents | $875.00 | $612.50 |
| 5/26/2023 | 1.3 | Prepare disclosures and retention documents | $875.00 | $1,137.50 |
| 5/26/2023 | 2.2 | Research | $875.00 | $1,925.00 |
| 5/26/2023 | 4.3 | Draft outline of export report | $875.00 | $3,762.50 |
| 5/27/2023 | 2.2 | Research | $875.00 | $1,925.00 |
| 5/28/2023 | 1.3 | Research | $875.00 | $1,137.50 |
| 5/29/2023 | 0.5 | Email A. Silverstein re: MDL articles | $875.00 | $437.50 |
| 5/29/2023 | 0.4 | Research | $875.00 | $350.00 |
| 5/29/2023 | 1.1 | Draft expert report | $875.00 | $962.50 |
| 5/31/2023 | 0.4 | Review disclosures and retention documents | $875.00 | $350.00 |
| 5/31/2023 | 8.2 | Draft expert report | $875.00 | $7,175.00 |
| 6/1/2023 | 0.1 | Email A. Silverstein re: expert report | $875.00 | $87.50 |
| 6/1/2023 | 12.7 | Draft expert report | $875.00 | $11,112.50 |
| 6/2/2023 | 7.8 | Draft expert report | $875.00 | $6,825.00 |
| 6/4/2023 | 0.4 | Email A. Silverstein re: expert report | $875.00 | $350.00 |
| 6/4/2023 | 2.2 | Draft expert report | $875.00 | $1,925.00 |
| 6/4/2023 | 1.2 | Zoom with A. Silverstein, L. O'Dell, M. Parfitt re: expert report | $875.00 | $1,050.00 |
| 6/4/2023 | 0.9 | Research | $875.00 | $787.50 |
| 6/5/2023 | 4.9 | Review LTL informational brief and first day disclosures | $875.00 | $4,287.50 |
| 6/5/2023 | 4 | Research | $875.00 | $3,500.00 |
| 6/5/2023 | 4.7 | Draft expert report | $875.00 | $4,112.50 |
| 6/6/2023 | 17 | Draft expert report | $875.00 | $14,875.00 |
| 6/7/2023 | 1.7 | Draft expert report | $875.00 | $1,487.50 |
| 6/7/2023 | 0.2 | Email A. Silverstein re: expert report | $875.00 | $175.00 |
| 6/7/2023 | 1 | Zoom with A. Silverstein, D. Castleman, L. O'Dell, C. Tisi, A. Birchfield re: expert report | $875.00 | $875.00 |
| 6/7/2023 | 1.3 | Review Daubert ruling | $875.00 | $1,137.50 |
| 6/7/2023 | 1.6 | Compile schedule of materials considered | $875.00 | $1,400.00 |
| 6/7/2023 | 4.3 | Edit and finalize expert report | $875.00 | $3,762.50 |
| 6/8/2023 | 1.8 | Review Mullin expert report | $875.00 | $1,575.00 |
| 6/9/2023 | 5 | Review Mullin expert report | $875.00 | $4,375.00 |
| 6/9/2023 | 0.8 | Research | $875.00 | $700.00 |
| 6/9/2023 | 0.8 | Zoom with A. Silverstein re: rebuttal report | $875.00 | $700.00 |
| 6/10/2023 | 0.5 | Review Mullin expert report | $875.00 | $437.50 |
| 6/10/2023 | 0.7 | Phone call with A. Silverstein re: rebuttal report | $875.00 | $612.50 |
| 6/11/2023 | 0.2 | Review Mullin expert report | $875.00 | $175.00 |
| 6/11/2023 | 0.8 | Zoom with A. Silverstein, D. Castleman, L. O'Dell, C. Tisi, A. Birchfield, M. Winograd, J. Fe | $875.00 | $700.00 |
| 6/12/2023 | 0.1 | Email A. Silverstein re: deposition prep | $875.00 | $87.50 |
| 6/12/2023 | 0.3 | Review email re: rebuttal | $875.00 | $262.50 |
| 6/12/2023 | 2.2 | Draft outline of supplemental/rebuttal report | $875.00 | $1,925.00 |
| 6/12/2023 | 0.4 | Zoom with A. Silverstein, J. Feeney, D. Castleman re: rebuttal report | $875.00 | $350.00 |
| 6/12/2023 | 4.4 | Draft supplemental/rebuttal report | $875.00 | $3,850.00 |
| 6/13/2023 | 0.1 | Review disclosures and retention documents | $875.00 | $87.50 |
| 6/13/2023 | 4.7 | Draft supplemental/rebuttal report | $875.00 | $4,112.50 |
| 6/14/2023 | 6.3 | Edit and finalize supplemental/rebuttal report | $875.00 | $5,512.50 |

| Date | Hours | Description | Rate | Amount |
|---|---|---|---|---|
| 6/14/2023 | 0.9 | Review Mullin and Birnbaum rebuttal reports | $875.00 | $787.50 |
| 6/15/2023 | 1.9 | Review Mullin and Birnbaum rebuttal reports | $875.00 | $1,662.50 |
| 6/15/2023 | 1.9 | Zoom with A. Silverstein, M. Parfitt, D. Castleman, L. O'Dell re: deposition prep | $875.00 | $1,662.50 |
| 6/15/2023 | 2.3 | Review documents for deposition prep | $875.00 | $2,012.50 |
| 6/16/2023 | 2.2 | Review documents for deposition prep | $875.00 | $1,925.00 |
| 6/16/2023 | 1.9 | Zoom with A. Silverstein, M. Parfitt, D. Castleman, L. O'Dell re: deposition prep | $875.00 | $1,662.50 |
| 6/19/2023 | 2.9 | Review documents for deposition prep | $875.00 | $2,537.50 |
| 6/19/2023 | 1 | Zoom with A. Silverstein, M. Parfitt, D. Castleman, C. Tisi re: deposition prep | $875.00 | $875.00 |
| 6/20/2023 | 6 | Review documents for deposition prep | $875.00 | $5,250.00 |
| 6/20/2023 | 1.4 | Zoom with A. Silverstein, D. Castleman, C. Tisi re: deposition prep | $875.00 | $1,225.00 |
| 6/21/2023 | 2.5 | Review documents for deposition prep | $875.00 | $2,187.50 |
| 6/21/2023 | 3.5 | Sit for deposition | $875.00 | $3,062.50 |
| 6/21/2023 | 0.2 | Phone call with A. Silverstein re: deposition | $875.00 | $175.00 |
| 6/22/2023 | 2 | Email A. Silverstein re: rebuttal expert witnesses | $875.00 | $1,750.00 |
| 6/23/2023 | 3.5 | Attend Birnbaum deposition | $875.00 | $3,062.50 |
| 6/23/2023 | 3.7 | Attend Mullin deposition | $875.00 | $3,237.50 |
| 6/25/2023 | 0.4 | Review Murdica declaration | $875.00 | $350.00 |
| 6/26/2023 | 0.7 | Review Kim declaration | $875.00 | $612.50 |
| 6/26/2023 | 2.5 | Research | $875.00 | $2,187.50 |
| 6/26/2023 | 2.8 | Travel to New Jersey | $437.50 | $1,225.00 |
| 6/26/2023 | 1.6 | Prep for MTD hearing | $875.00 | $1,400.00 |
| 6/27/2023 | 8 | Court appearance: Motion to dismiss hearing | $875.00 | $7,000.00 |
| 6/27/2023 | 6.6 | Prep for MTD hearing | $875.00 | $5,775.00 |
| 6/28/2023 | 7 | Court appearance: Motion to dismiss hearing | $875.00 | $6,125.00 |
| 6/28/2023 | 10 | Prep for MTD hearing | $875.00 | $8,750.00 |
| 6/29/2023 | 8 | Court appearance: Motion to dismiss hearing | $875.00 | $7,000.00 |
| 6/29/2023 | 2.8 | Prep for MTD hearing | $875.00 | $2,450.00 |
| 6/30/2023 | 7 | Court appearance: Motion to dismiss hearing | $875.00 | $6,125.00 |
| 6/30/2023 | 1.8 | Prep for MTD hearing | $875.00 | $1,575.00 |
| 6/30/2023 | 4 | Travel home from New Jersey | $437.50 | $1,750.00 |
| **Totals:** | **238.9** | | | **$206,062.50** |



**PRINCETON MARRIOTT FORRESTAL**                                                  **GUEST FOLIO**

| 1106 ROOM | RAVE/THEODORE NAME | 199.00 RATE | 06/30/23 DEPART | 07:01 TIME | 57193 ACCT# | 54411 GROUP |
| GKA TYPE | LTL TRIAL 19 BRIAR COURT | | 06/26/23 ARRIVE | 20:40 TIME | | |
| 101 ROOM CLERK | SOUTH ORANGE  NJ  07079 ADDRESS | | AXXXXXXXXXXXXX1004 PAYMENT | | MBV#: | 872429142 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 06/26 | GP ROOM        1106, 1 | 199.00 | | |
| 06/26 | ROOM TAX      1106, 1 | 13.18 | | |
| 06/26 | OCC TAX        1106, 1 | 9.95 | | |
| 06/26 | MUNI TX         1106, 1 | 5.97 | | |
| 06/27 | GP ROOM        1106, 1 | 199.00 | | |
| 06/27 | ROOM TAX      1106, 1 | 13.18 | | |
| 06/27 | OCC TAX        1106, 1 | 9.95 | | |
| 06/27 | MUNI TX         1106, 1 | 5.97 | | |
| 06/28 | GP ROOM        1106, 1 | 199.00 | | |
| 06/28 | ROOM TAX      1106, 1 | 13.18 | | |
| 06/28 | OCC TAX        1106, 1 | 9.95 | | |
| 06/28 | MUNI TX         1106, 1 | 5.97 | | |
| 06/29 | GP ROOM        1106, 1 | 199.00 | | |
| 06/29 | ROOM TAX      1106, 1 | 13.18 | | |
| 06/29 | OCC TAX        1106, 1 | 9.95 | | |
| 06/29 | MUNI TX         1106, 1 | 5.97 | | |
| 06/30 | CCARD-AX | | 912.40 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXX1004
************ AUTHORIZATION *************
APPROVED
Total: $1,112.36 Card Type: AMEX Card Entry: CHIP Acct #: ***********1004 Approval Code: 820666
*********** EMV AUTHORIZATION ***********
App Label: AMERICAN EXPRESS Mode: Issuer
AID: A000000025010801 TVR: 0000008000 IAD: 0655010360B002 TSI: F800 ARC: 00 AC: C241C41422F872B6
CVM: 5E0300

                                                                                                                              .00

See our "Privacy & Cookie Statement" on Marriott.com



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X