UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

## RETENTION QUESTIONNAIRE

### RETENTION QUESTIONNAIRE TO BE COMPLETED BY EACH ORDINARY COURSE PROFESSIONAL EMPLOYED BY THE DEBTOR

Do not file this Questionnaire with the Court. Please return it to:

    Jones Day
    Attn: Dan B. Prieto, Esq.
       Amanda Rush, Esq.
       Melina N. Bales, Esq.
       2727 North Harwood Street, Dallas, Texas 75201
       dbprieto@jonesday.com
       asrush@jonesday.com
       mbales@jonesday.com

---

[1]  The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

If more space is needed, please complete on a separate page and attach.

1. Name and Address of Firm:

    Sills Cummis & Gross P.C.
    One Riverfront Plaza
    Newark, New Jersey 07102

2. Date of retention:

    April 4, 2023[2]

3. Type of services to be provided:

    Litigation advice and services related to certain consolidated appeals, as to which the automatic stay has been lifted, of personal injury claims asserted against the Debtor arising from the alleged use of certain talc-containing products.

4. Brief description of services to be provided:

    Monitoring case dockets; preparing for and attending hearings, oral arguments, trials and other court proceedings as may be required, and providing other related litigation services, including preparing required court filings, as the Debtor may require.

5. Arrangements for compensation (hourly, contingent, etc.)

    The Firm bills hourly rates for its services (in one-tenth hour increments) and will also seek reimbursement of costs and expenses. Currently, the rates of professionals/ paraprofessionals who the Firm anticipates may perform services for the Debtor range from $225 to $805 per hour.

(a) Average hourly rate (if applicable):

    Approximately $550 (based on prepetition retention)

(b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

    Approximately $20,000

---

[2] The Debtor has requested that the Firm provide professional services (or continue to provide such services) to the Debtor in connection with this Chapter 11 Case as of April 4, 2023. This date does not reflect any work done for the Debtor in connection with the 2021 Chapter 11 Case.

6. Prepetition claims against the Debtor held by the firm:

    Amount of claim: $1,533.75[3]
    Date claim arose: February 15-21, 2023
    Nature of claim: Fees owed for legal services rendered

7. Prepetition claims against the Debtor held individually by any member, associate, or professional employee of the company:

    None.

8. Disclose the nature and provide a brief description of any interest adverse to the Debtor or to its estates for the matters on which the firm is to be employed:

    The Firm does not have an interest adverse to the Debtor. The Firm does jointly represent J&J in the consolidated appeal of certain personal injury claims arising from the alleged use of talc-containing product.

9. Name and title of individual completing this form:

    Peter G. Verniero, Member
    Gregory A. Kopacz, Of Counsel

Dated: July 18, 2023

---

[3] As of the Petition Date, the Firm was owed $3,067.50 for work performed on behalf of Johnson & Johnson ("J&J") and the Debtor with respect to personal injury claims asserted against J&J and the Debtor arising from the alleged use of certain talc-containing products. J&J satisfied a portion of the outstanding balance ($1,533.75) following the Petition Date consistent with the Firm's engagement. The Firm may bill the remaining amount ($1,533.75) to J&J, consistent with the terms of its engagement.