Exhibit B-Statement of Time    Page 1 of 11

**EXHIBIT B**

**Time Detail**

**Hours for:** Saul Burian
**Month of:** April 2023
**Total Hours:** 22.0

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, April 14, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Sunday, April 16, 2023 | 010 | Contested Matters/Litigation (General) | 1.5 | Review of deposition of Erik Haas |
| Sunday, April 16, 2023 | 010 | Contested Matters/Litigation (General) | 1.5 | Review of deposition of John K. Kim |
| Monday, April 17, 2023 | 020 | Document Review | 0.5 | Review of notice of filing of list of creditors who have 20 largest unsecured claims and are not insiders |
| Tuesday, April 18, 2023 | 019 | Financial Due Diligence | 0.5 | Review of J&J earnings release |
| Wednesday, April 19, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of Debtor preliminary injunction rebuttal arguments letter to Judge Kaplan |
| Thursday, April 20, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Debtor's term sheet for Plan of Reorganization |
| Thursday, April 20, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Review of draft motion of TCC to dismiss the second bankruptcy petition of LTL Management |
| Thursday, April 20, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft objection of the TCC to Debtor's exhibit list and deposition designations filed in adversary proceeding |
| Thursday, April 20, 2023 | 020 | Document Review | 0.5 | Review of initial statement of ad hoc committee of supporting talc claimants |
| Thursday, April 20, 2023 | 020 | Document Review | 0.5 | Review of solicitation of interest in the formation of an official committee of unsecured creditors |
| Friday, April 21, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft motion of TCC to certify direct appeal of stay order |
| Friday, April 21, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft order dissolving temporary restraining order, extending the automatic stay, and granting limited preliminary restraints |
| Sunday, April 23, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors regarding TCC motion to dismiss |
| Sunday, April 23, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Debtor's term sheet for Plan of Reorganization |
| Sunday, April 23, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of objection of TCC to Debtor's motion for an order appointing co-mediators, establishing mediation procedures, and granting related relief |
| Sunday, April 23, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of order granting in part the Debtor's request for declaratory and injunctive relief |
| Monday, April 24, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft press release regarding TCC filing of motion to dismiss |
| Monday, April 24, 2023 | 020 | Document Review | 0.5 | Review of draft TCC objection to Debtor's motion for an order appointing Randi S. Ellis as legal representative for future talc claimants |
| Monday, April 24, 2023 | 019 | Financial Due Diligence | 1.0 | Review of new Funding Agreement |
| Tuesday, April 25, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.5 | Internal discussion regarding motion to dismiss |
| Tuesday, April 25, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Thursday, April 27, 2023 | 020 | Document Review | 0.5 | Review of draft petition for writ of mandamus of TCC |
| Thursday, April 27, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of memorandum opinion dissolving the temporary restraining order |
| Friday, April 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report review and drafting |
| Friday, April 28, 2023 | 019 | Financial Due Diligence | 1.0 | Research and analysis in connection with Kenvue spinoff |
| Friday, April 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of ad hoc committee of states' motion to dismiss |
| Sunday, April 30, 2023 | 008 | Fee/Employment Applications | 0.5 | Review of conflicts check |
| Sunday, April 30, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of mesothelioma claimants' joinder to TCC motion to dismiss |

**Hours for:** Tom Hedus
**Month of:** April 2023
**Total Hours:** 35.5

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, April 14, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Friday, April 14, 2023 | 019 | Financial Due Diligence | 3.0 | Review of discovery documents |
| Friday, April 14, 2023 | 019 | Financial Due Diligence | 1.0 | Review of research and analysis in connection with new bankruptcy filing |
| Saturday, April 15, 2023 | 010 | Contested Matters/Litigation (General) | 1.5 | Review of deposition of Erik Haas |
| Saturday, April 15, 2023 | 010 | Contested Matters/Litigation (General) | 1.5 | Review of deposition of John K. Kim |
| Saturday, April 15, 2023 | 019 | Financial Due Diligence | 1.0 | Review of research and analysis in connection with new bankruptcy filing |
| Tuesday, April 18, 2023 | 019 | Financial Due Diligence | 1.0 | Review of J&J earnings release |
| Wednesday, April 19, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application review |
| Wednesday, April 19, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of Debtor preliminary injunction rebuttal arguments letter to Judge Kaplan |
| Thursday, April 20, 2023 | 008 | Fee/Employment Applications | 1.5 | Retention application review |
| Thursday, April 20, 2023 | 014 | Plan and Disclosure Statement | 1.0 | Review of Debtor's term sheet for Plan of Reorganization |
| Thursday, April 20, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Review of draft motion of TCC to dismiss the second bankruptcy petition of LTL Management |
| Thursday, April 20, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft objection of the TCC to Debtor's exhibit list and deposition designations filed in adversary proceeding |
| Thursday, April 20, 2023 | 020 | Document Review | 0.5 | Review of initial statement of ad hoc committee of supporting talc claimants |
| Thursday, April 20, 2023 | 020 | Document Review | 0.5 | Review of solicitation of interest in the formation of an official committee of unsecured creditors |
| Friday, April 21, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application review |
| Friday, April 21, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft motion of TCC to certify direct appeal of stay order |
| Friday, April 21, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft order dissolving temporary restraining order, extending the automatic stay, and granting limited preliminary restraints |
| Saturday, April 22, 2023 | 020 | Document Review | 0.5 | Review of objection of TCC to Debtor's motion for an order appointing co-mediators, establishing mediation procedures, and granting related relief |
| Saturday, April 22, 2023 | 020 | Document Review | 0.5 | Review of order granting in part the Debtor's request for declaratory and injunctive relief |
| Sunday, April 23, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors regarding TCC motion to dismiss |
| Sunday, April 23, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Internal discussion regarding motion to dismiss |
| Sunday, April 23, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Debtor's term sheet for Plan of Reorganization |
| Monday, April 24, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft press release regarding TCC filing of motion to dismiss |
| Monday, April 24, 2023 | 020 | Document Review | 0.5 | Review of draft TCC objection to Debtor's motion for an order appointing Randi S. Ellis as legal representative for future talc claimants |
| Monday, April 24, 2023 | 019 | Financial Due Diligence | 1.5 | Review of new Funding Agreement |
| Monday, April 24, 2023 | 019 | Financial Due Diligence | 1.5 | Review of separation agreement and indemnification in connection with Kenvue spinoff |
| Tuesday, April 25, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.5 | Internal discussion regarding motion to dismiss |
| Tuesday, April 25, 2023 | 019 | Financial Due Diligence | 1.5 | Preparation of due diligence questions for the Debtor |
| Wednesday, April 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Brown Rudnick regarding Expert Report |
| Wednesday, April 26, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application review |
| Thursday, April 27, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of memorandum opinion dissolving the temporary restraining order |
| Friday, April 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report review and drafting |
| Friday, April 28, 2023 | 019 | Financial Due Diligence | 1.0 | Research and analysis in connection with Kenvue spinoff |
| Friday, April 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of ad hoc committee of states' motion to dismiss |
| Saturday, April 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of mesothelioma claimants' joinder to TCC motion to dismiss |

**LTL Management LLC**
*Houlihan Lokey Time Sheet*

*(Apr. 14, 2023 - Apr. 30, 2023)*

**Hours for:** Tom Hedus
**Month of:** April 2023
**Total Hours:** 35.5

**Task Reference Table**

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Sunday, April 30, 2023 | 008 | Fee/Employment Applications | 0.5 | Review of conflicts check |

Hours for: **Tim Petersen**
Month of: **April 2023**
Total Hours: **63.0**

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, April 14, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Friday, April 14, 2023 | 019 | Financial Due Diligence | 2.0 | Review of discovery documents |
| Saturday, April 15, 2023 | 019 | Financial Due Diligence | 2.5 | Research and analysis in connection with new bankruptcy filing |
| Saturday, April 15, 2023 | 008 | Fee/Employment Applications | 3.0 | Retention application preparation |
| Sunday, April 16, 2023 | 010 | Contested Matters/Litigation (General) | 2.0 | Review of deposition of Erik Haas |
| Monday, April 17, 2023 | 008 | Fee/Employment Applications | 1.5 | Retention application preparation |
| Monday, April 17, 2023 | 020 | Document Review | 0.5 | Review of notice of filing of list of creditors who have 20 largest unsecured claims and are not insiders |
| Tuesday, April 18, 2023 | 019 | Financial Due Diligence | 1.0 | Review of J&J earnings release |
| Wednesday, April 19, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application preparation |
| Wednesday, April 19, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of Debtor preliminary injunction rebuttal arguments letter to Judge Kaplan |
| Thursday, April 20, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Debtor's term sheet for Plan of Reorganization |
| Thursday, April 20, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Review of draft motion of TCC to dismiss the second bankruptcy petition of LTL Management |
| Thursday, April 20, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft objection of the TCC to Debtor's exhibit list and deposition designations filed in adversary proceeding |
| Thursday, April 20, 2023 | 020 | Document Review | 0.5 | Review of initial statement of ad hoc committee of supporting talc claimants |
| Thursday, April 20, 2023 | 019 | Financial Due Diligence | 2.5 | Review of research and analysis in connection with new bankruptcy filing |
| Thursday, April 20, 2023 | 020 | Document Review | 0.5 | Review of solicitation of interest in the formation of an official committee of unsecured creditors |
| Friday, April 21, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft motion of TCC to certify direct appeal of stay order |
| Friday, April 21, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft order dissolving temporary restraining order, extending the automatic stay, and granting limited preliminary restraints |
| Saturday, April 22, 2023 | 020 | Document Review | 0.5 | Review of objection of TCC to Debtor's motion for an order appointing co-mediators, establishing mediation procedures, and granting related relief |
| Saturday, April 22, 2023 | 020 | Document Review | 0.5 | Review of order granting in part the Debtor's request for declaratory and injunctive relief |
| Sunday, April 23, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Internal discussion regarding motion to dismiss |
| Sunday, April 23, 2023 | 019 | Financial Due Diligence | 1.5 | Research and analysis in connection with new bankruptcy filing |
| Sunday, April 23, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Debtor's term sheet for Plan of Reorganization |
| Monday, April 24, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report research, analysis, and drafting |
| Monday, April 24, 2023 | 019 | Financial Due Diligence | 2.5 | Preparation of due diligence questions for the Debtor |
| Monday, April 24, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft press release regarding TCC filing of motion to dismiss |
| Monday, April 24, 2023 | 020 | Document Review | 0.5 | Review of draft TCC objection to Debtor's motion for an order appointing Randi S. Ellis as legal representative for future talc claimants |
| Monday, April 24, 2023 | 019 | Financial Due Diligence | 0.5 | Review of new Funding Agreement |
| Tuesday, April 25, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.5 | Expert Report research, analysis, and drafting |
| Tuesday, April 25, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.5 | Internal discussion regarding motion to dismiss |
| Tuesday, April 25, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Wednesday, April 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Brown Rudnick regarding Expert Report |
| Wednesday, April 26, 2023 | 001 | Case Administration/Disbursements | 1.0 | Case administration |
| Wednesday, April 26, 2023 | 008 | Fee/Employment Applications | 1.0 | Preparation and review of conflicts check |
| Wednesday, April 26, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Thursday, April 27, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Thursday, April 27, 2023 | 008 | Fee/Employment Applications | 1.5 | Preparation and review of conflicts check |

**Hours for:** Tim Petersen
**Month of:** April 2023
**Total Hours:** 63.0

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, April 27, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application review |
| Thursday, April 27, 2023 | 019 | Financial Due Diligence | 2.5 | Review of discovery documents |
| Thursday, April 27, 2023 | 020 | Document Review | 0.5 | Review of draft petition for writ of mandamus of TCC |
| Thursday, April 27, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of memorandum opinion dissolving the temporary restraining order |
| Friday, April 28, 2023 | 019 | Financial Due Diligence | 2.0 | Research and analysis in connection with Kenvue spinoff |
| Friday, April 28, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application preparation and review |
| Friday, April 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of ad hoc committee of states' motion to dismiss |
| Friday, April 28, 2023 | 008 | Fee/Employment Applications | 1.5 | Review of conflicts check |
| Saturday, April 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.5 | Expert Report research, analysis, and drafting |
| Saturday, April 29, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application preparation and review |
| Saturday, April 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of mesothelioma claimants' joinder to TCC motion to dismiss |
| Sunday, April 30, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report research, analysis, and drafting |
| Sunday, April 30, 2023 | 008 | Fee/Employment Applications | 3.0 | Retention application preparation and review |

**Hours for:** Tope Odusanya
**Month of:** April 2023
**Total Hours:** 45.5

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, April 14, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Friday, April 14, 2023 | 019 | Financial Due Diligence | 1.5 | Research and analysis in connection with new bankruptcy filing |
| Friday, April 14, 2023 | 019 | Financial Due Diligence | 3.0 | Review of discovery documents |
| Saturday, April 15, 2023 | 019 | Financial Due Diligence | 1.0 | Research and analysis in connection with new bankruptcy filing |
| Saturday, April 15, 2023 | 010 | Contested Matters/Litigation (General) | 1.5 | Review of deposition of Erik Haas |
| Saturday, April 15, 2023 | 010 | Contested Matters/Litigation (General) | 1.5 | Review of deposition of John K. Kim |
| Saturday, April 15, 2023 | 019 | Financial Due Diligence | 3.0 | Review of discovery documents |
| Monday, April 17, 2023 | 020 | Document Review | 0.5 | Review of notice of filing of list of creditors who have 20 largest unsecured claims and are not insiders |
| Tuesday, April 18, 2023 | 008 | Fee/Employment Applications | 3.0 | Retention application preparation |
| Tuesday, April 18, 2023 | 019 | Financial Due Diligence | 0.5 | Review of J&J earnings release |
| Wednesday, April 19, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Wednesday, April 19, 2023 | 008 | Fee/Employment Applications | 2.0 | Retention application preparation |
| Wednesday, April 19, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of Debtor preliminary injunction rebuttal arguments letter to Judge Kaplan |
| Thursday, April 20, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Thursday, April 20, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Debtor's term sheet for Plan of Reorganization |
| Thursday, April 20, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Review of draft motion of TCC to dismiss the second bankruptcy petition of LTL Management |
| Thursday, April 20, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft objection of the TCC to Debtor's exhibit list and deposition designations filed in adversary proceeding |
| Thursday, April 20, 2023 | 020 | Document Review | 0.5 | Review of initial statement of ad hoc committee of supporting talc claimants |
| Thursday, April 20, 2023 | 020 | Document Review | 0.5 | Review of solicitation of interest in the formation of an official committee of unsecured creditors |
| Friday, April 21, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Friday, April 21, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft motion of TCC to certify direct appeal of stay order |
| Friday, April 21, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft order dissolving temporary restraining order, extending the automatic stay, and granting limited preliminary restraints |
| Saturday, April 22, 2023 | 020 | Document Review | 0.5 | Review of objection of TCC to Debtor's motion for an order appointing co-mediators, establishing mediation procedures, and granting related relief |
| Saturday, April 22, 2023 | 020 | Document Review | 0.5 | Review of order granting in part the Debtor's request for declaratory and injunctive relief |
| Sunday, April 23, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Debtor's term sheet for Plan of Reorganization |
| Monday, April 24, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Monday, April 24, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft press release regarding TCC filing of motion to dismiss |
| Monday, April 24, 2023 | 020 | Document Review | 0.5 | Review of draft TCC objection to Debtor's motion for an order appointing Randi S. Ellis as legal representative for future talc claimants |
| Monday, April 24, 2023 | 019 | Financial Due Diligence | 0.5 | Review of new Funding Agreement |
| Tuesday, April 25, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report research, analysis, and drafting |
| Tuesday, April 25, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.5 | Internal discussion regarding motion to dismiss |
| Wednesday, April 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Brown Rudnick regarding Expert Report |
| Wednesday, April 26, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report research, analysis, and drafting |
| Wednesday, April 26, 2023 | 008 | Fee/Employment Applications | 1.0 | Preparation and review of conflicts check |
| Wednesday, April 26, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Thursday, April 27, 2023 | 020 | Document Review | 0.5 | Review of draft petition for writ of mandamus of TCC |
| Thursday, April 27, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of memorandum opinion dissolving the temporary restraining order |

**Hours for:** Tope Odusanya
**Month of:** April 2023
**Total Hours:** 45.5

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, April 28, 2023 | 019 | Financial Due Diligence | 2.0 | Research and analysis in connection with Kenvue spinoff |
| Friday, April 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of ad hoc committee of states' motion to dismiss |
| Saturday, April 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report research, analysis, and drafting |
| Saturday, April 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of mesothelioma claimants' joinder to TCC motion to dismiss |
| Sunday, April 30, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report research, analysis, and drafting |
| Sunday, April 30, 2023 | 008 | Fee/Employment Applications | 0.5 | Preparation of conflicts check |

**Hours for:** Danny Gendler
**Month of:** April 2023
**Total Hours:** 41.5

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, April 14, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Friday, April 14, 2023 | 019 | Financial Due Diligence | 2.0 | Research and analysis in connection with new bankruptcy filing |
| Friday, April 14, 2023 | 019 | Financial Due Diligence | 3.0 | Review of discovery documents |
| Saturday, April 15, 2023 | 019 | Financial Due Diligence | 1.0 | Research and analysis in connection with new bankruptcy filing |
| Saturday, April 15, 2023 | 010 | Contested Matters/Litigation (General) | 1.5 | Review of deposition of Erik Haas |
| Saturday, April 15, 2023 | 010 | Contested Matters/Litigation (General) | 1.5 | Review of deposition of John K. Kim |
| Monday, April 17, 2023 | 020 | Document Review | 0.5 | Review of notice of filing of list of creditors who have 20 largest unsecured claims and are not insiders |
| Tuesday, April 18, 2023 | 008 | Fee/Employment Applications | 2.0 | Retention application preparation |
| Tuesday, April 18, 2023 | 019 | Financial Due Diligence | 0.5 | Review of J&J earnings release |
| Wednesday, April 19, 2023 | 008 | Fee/Employment Applications | 2.0 | Retention application preparation |
| Wednesday, April 19, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of Debtor preliminary injunction rebuttal arguments letter to Judge Kaplan |
| Thursday, April 20, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application preparation |
| Thursday, April 20, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Debtor's term sheet for Plan of Reorganization |
| Thursday, April 20, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Review of draft motion of TCC to dismiss the second bankruptcy petition of LTL Management |
| Thursday, April 20, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft objection of the TCC to Debtor's exhibit list and deposition designations filed in adversary proceeding |
| Thursday, April 20, 2023 | 020 | Document Review | 0.5 | Review of initial statement of ad hoc committee of supporting talc claimants |
| Thursday, April 20, 2023 | 020 | Document Review | 0.5 | Review of solicitation of interest in the formation of an official committee of unsecured creditors |
| Friday, April 21, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application preparation |
| Friday, April 21, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft motion of TCC to certify direct appeal of stay order |
| Friday, April 21, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft order dissolving temporary restraining order, extending the automatic stay, and granting limited preliminary restraints |
| Saturday, April 22, 2023 | 020 | Document Review | 0.5 | Review of objection of TCC to Debtor's motion for an order appointing co-mediators, establishing mediation procedures, and granting related relief |
| Saturday, April 22, 2023 | 020 | Document Review | 0.5 | Review of order granting in part the Debtor's request for declaratory and injunctive relief |
| Sunday, April 23, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Debtor's term sheet for Plan of Reorganization |
| Monday, April 24, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft press release regarding TCC filing of motion to dismiss |
| Monday, April 24, 2023 | 020 | Document Review | 0.5 | Review of draft TCC objection to Debtor's motion for an order appointing Randi S. Ellis as legal representative for future talc claimants |
| Monday, April 24, 2023 | 019 | Financial Due Diligence | 1.0 | Review of new Funding Agreement |
| Tuesday, April 25, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.5 | Internal discussion regarding motion to dismiss |
| Wednesday, April 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Brown Rudnick regarding Expert Report |
| Thursday, April 27, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Thursday, April 27, 2023 | 020 | Document Review | 0.5 | Review of draft petition for writ of mandamus of TCC |
| Thursday, April 27, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of memorandum opinion dissolving the temporary restraining order |
| Friday, April 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Friday, April 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of ad hoc committee of states' motion to dismiss |
| Saturday, April 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report research, analysis, and drafting |
| Saturday, April 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of mesothelioma claimants' joinder to TCC motion to dismiss |
| Sunday, April 30, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report research, analysis, and drafting |

**Hours for:** Charlie Vrattos
**Month of:** April 2023
**Total Hours:** 65.0

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, April 14, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Friday, April 14, 2023 | 019 | Financial Due Diligence | 6.0 | Research and analysis in connection with new bankruptcy filing |
| Friday, April 14, 2023 | 019 | Financial Due Diligence | 3.0 | Review of discovery documents |
| Saturday, April 15, 2023 | 019 | Financial Due Diligence | 4.0 | Research and analysis in connection with new bankruptcy filing |
| Saturday, April 15, 2023 | 010 | Contested Matters/Litigation (General) | 1.5 | Review of deposition of Erik Haas |
| Saturday, April 15, 2023 | 010 | Contested Matters/Litigation (General) | 1.5 | Review of deposition of John K. Kim |
| Saturday, April 15, 2023 | 019 | Financial Due Diligence | 3.0 | Review of discovery documents |
| Sunday, April 16, 2023 | 008 | Fee/Employment Applications | 3.0 | Fee statement preparation |
| Monday, April 17, 2023 | 020 | Document Review | 0.5 | Review of notice of filing of list of creditors who have 20 largest unsecured claims and are not insiders |
| Tuesday, April 18, 2023 | 019 | Financial Due Diligence | 0.5 | Review of J&J earnings release |
| Wednesday, April 19, 2023 | 019 | Financial Due Diligence | 0.5 | Preparation of due diligence questions for the Debtor |
| Wednesday, April 19, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of Debtor preliminary injunction rebuttal arguments letter to Judge Kaplan |
| Thursday, April 20, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Debtor's term sheet for Plan of Reorganization |
| Thursday, April 20, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Review of draft motion of TCC to dismiss the second bankruptcy petition of LTL Management |
| Thursday, April 20, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft objection of the TCC to Debtor's exhibit list and deposition designations filed in adversary proceeding |
| Thursday, April 20, 2023 | 020 | Document Review | 0.5 | Review of initial statement of ad hoc committee of supporting talc claimants |
| Thursday, April 20, 2023 | 020 | Document Review | 0.5 | Review of solicitation of interest in the formation of an official committee of unsecured creditors |
| Friday, April 21, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft motion of TCC to certify direct appeal of stay order |
| Friday, April 21, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft order dissolving temporary restraining order, extending the automatic stay, and granting limited preliminary restraints |
| Saturday, April 22, 2023 | 020 | Document Review | 0.5 | Review of objection of TCC to Debtor's motion for an order appointing co-mediators, establishing mediation procedures, and granting related relief |
| Saturday, April 22, 2023 | 020 | Document Review | 0.5 | Review of order granting in part the Debtor's request for declaratory and injunctive relief |
| Sunday, April 23, 2023 | 019 | Financial Due Diligence | 2.0 | Preparation of due diligence questions for the Debtor |
| Sunday, April 23, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Debtor's term sheet for Plan of Reorganization |
| Monday, April 24, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft press release regarding TCC filing of motion to dismiss |
| Monday, April 24, 2023 | 020 | Document Review | 0.5 | Review of draft TCC objection to Debtor's motion for an order appointing Randi S. Ellis as legal representative for future talc claimants |
| Monday, April 24, 2023 | 019 | Financial Due Diligence | 1.0 | Review of new Funding Agreement |
| Tuesday, April 25, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report research, analysis, and drafting |
| Tuesday, April 25, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.5 | Internal discussion regarding motion to dismiss |
| Wednesday, April 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Brown Rudnick regarding Expert Report |
| Wednesday, April 26, 2023 | 001 | Case Administration/Disbursements | 1.0 | Case administration |
| Wednesday, April 26, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report research, analysis, and drafting |
| Wednesday, April 26, 2023 | 008 | Fee/Employment Applications | 2.5 | Preparation and review of conflicts check |
| Thursday, April 27, 2023 | 020 | Document Review | 0.5 | Review of draft petition for writ of mandamus of TCC |
| Thursday, April 27, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of memorandum opinion dissolving the temporary restraining order |
| Friday, April 28, 2023 | 019 | Financial Due Diligence | 3.5 | Research and analysis in connection with Kenvue spinoff |
| Friday, April 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of ad hoc committee of states' motion to dismiss |
| Saturday, April 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 6.0 | Expert Report research, analysis, and drafting |

**Hours for:** Charlie Vrattos
**Month of:** April 2023
**Total Hours:** 65.0

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Saturday, April 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of mesothelioma claimants' joinder to TCC motion to dismiss |
| Sunday, April 30, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report research, analysis, and drafting |
| Sunday, April 30, 2023 | 008 | Fee/Employment Applications | 2.0 | Preparation of conflicts check |