**EXHIBIT B**

**Time Detail**

**Hours for:** Saul Burian  
**Month of:** May 2023  
**Total Hours:** 52.0

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 1, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Monday, May 1, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Communication with counsel regarding litigation strategy |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft cross-motion to suspend the case |
| Monday, May 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft fraudulent transfer complaint |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of motion of Arnold & Itkin to dismiss case |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of notice of motion of United States Trustee to dismiss case |
| Tuesday, May 2, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Tuesday, May 2, 2023 | 019 | Financial Due Diligence | 0.5 | Research and analysis in connection with Kenvue spinoff |
| Tuesday, May 2, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application review |
| Tuesday, May 2, 2023 | 020 | Document Review | 0.5 | Review of Debtor's motion for order establishing procedures for interim compensation |
| Tuesday, May 2, 2023 | 020 | Document Review | 0.5 | Review of draft standing motion for fraudulent transfer and related counts |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of motion of Ad Hoc Committee of Supporting Counsel to intervene |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of motion of Ad Hoc Committee of Supporting Counsel to shorten time |
| Tuesday, May 2, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of supplemental declaration of John K. Kim regarding plan support agreements |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of TCC Objection to Debtor's FCR Motion |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of Valadez supplemental request for relief |
| Wednesday, May 3, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Wednesday, May 3, 2023 | 019 | Financial Due Diligence | 0.5 | Review of research and analysis in connection with Kenvue spinoff |
| Thursday, May 4, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Thursday, May 4, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Thursday, May 4, 2023 | 015 | Mediation/Settlement | 0.5 | Review of draft order appointing co-mediators and establishing mediation protocol |
| Thursday, May 4, 2023 | 020 | Document Review | 0.5 | Review of draft request for documents from the Ad Hoc Committee of Supporting Counsel |
| Thursday, May 4, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft TCC motion for entry of protective order |
| Thursday, May 4, 2023 | 020 | Document Review | 0.5 | Review of motion to de-designate proposed plan of reorganization term sheet |
| Friday, May 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft TCC initial requests for production of documents and information in relation to motion to dismiss |
| Monday, May 8, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Tuesday, May 9, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Wednesday, May 10, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Chapter 11 plan of reorganization of LTL Management |
| Thursday, May 11, 2023 | 005 | Meetings and Communications with Committee/Creditors | 2.0 | Call with Advisors and Members |
| Friday, May 12, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft motion of TCC to terminate the Debtor's exclusive period |
| Monday, May 15, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, May 15, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Chapter 11 plan of reorganization of LTL Management |
| Monday, May 15, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of Johnson & Johnson's response and objection to TCC motion to compel |
| Tuesday, May 16, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Tuesday, May 16, 2023 | 014 | Plan and Disclosure Statement | 1.0 | Review of Chapter 11 plan of reorganization of LTL Management |
| Thursday, May 18, 2023 | 007 | Other | 1.0 | Internal discussion regarding Expert Report |
| Thursday, May 18, 2023 | 020 | Document Review | 0.5 | Review of order appointing Randi S. Ellis as legal representative for future talc claimants |
| Monday, May 22, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |

**Hours for:** Saul Burian
**Month of:** May 2023
**Total Hours:** 52.0

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 22, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Internal discussion regarding Expert Report |
| Thursday, May 25, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Thursday, May 25, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Sunday, May 28, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft letter to the Court regarding conflict of Jones Day with respect to issue of enforceability of 2021 Funding Agreement |
| Monday, May 29, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Tuesday, May 30, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Wednesday, May 31, 2023 | 010 | Contested Matters/Litigation (General) | 7.0 | Deposition attendance |

Hours for: **Tom Hedus**
Month of: **May 2023**
Total Hours: **82.0**

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 1, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Monday, May 1, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft cross-motion to suspend the case |
| Monday, May 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft fraudulent transfer complaint |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of motion of Arnold & Itkin to dismiss case |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of notice of motion of United States Trustee to dismiss case |
| Tuesday, May 2, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Tuesday, May 2, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Expert Report review and drafting |
| Tuesday, May 2, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application preparation |
| Tuesday, May 2, 2023 | 020 | Document Review | 0.5 | Review of Debtor's motion for order establishing procedures for interim compensation |
| Tuesday, May 2, 2023 | 020 | Document Review | 0.5 | Review of draft standing motion for fraudulent transfer and related counts |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of motion of Ad Hoc Committee of Supporting Counsel to intervene |
| Tuesday, May 2, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of supplemental declaration of John K. Kim regarding plan support agreements |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of TCC Objection to Debtor's FCR Motion Presentation |
| Wednesday, May 3, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Wednesday, May 3, 2023 | 019 | Financial Due Diligence | 1.5 | Research and analysis in connection with Kenvue spinoff |
| Thursday, May 4, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Thursday, May 4, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Thursday, May 4, 2023 | 001 | Case Administration/Disbursements | 0.5 | Case administration |
| Thursday, May 4, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report review and drafting |
| Thursday, May 4, 2023 | 019 | Financial Due Diligence | 1.0 | Research and analysis in connection with Kenvue spinoff |
| Thursday, May 4, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application preparation |
| Thursday, May 4, 2023 | 015 | Mediation/Settlement | 0.5 | Review of draft order appointing co-mediators and establishing mediation protocol |
| Thursday, May 4, 2023 | 020 | Document Review | 0.5 | Review of draft request for documents from the Ad Hoc Committee of Supporting Counsel |
| Thursday, May 4, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft TCC motion for entry of protective order |
| Thursday, May 4, 2023 | 020 | Document Review | 0.5 | Review of motion to de-designate proposed plan of reorganization term sheet |
| Friday, May 5, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Friday, May 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft TCC initial requests for production of documents and information in relation to motion to dismiss |
| Monday, May 8, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, May 8, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application preparation |
| Tuesday, May 9, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Tuesday, May 9, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Wednesday, May 10, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Wednesday, May 10, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Chapter 11 plan of reorganization of LTL Management |
| Thursday, May 11, 2023 | 005 | Meetings and Communications with Committee/Creditors | 2.0 | Call with Advisors and Members |
| Friday, May 12, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft motion of TCC to terminate the Debtor's exclusive period |
| Monday, May 15, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, May 15, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Chapter 11 plan of reorganization of LTL Management |
| Monday, May 15, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of Johnson & Johnson's response and objection to TCC motion to compel |
| Tuesday, May 16, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |

**Hours for:** Tom Hedus
**Month of:** May 2023
**Total Hours:** 82.0

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, May 16, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Chapter 11 plan of reorganization of LTL Management |
| Wednesday, May 17, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Thursday, May 18, 2023 | 007 | Other | 1.0 | Internal discussion regarding Expert Report |
| Thursday, May 18, 2023 | 020 | Document Review | 0.5 | Review of order appointing Randi S. Ellis as legal representative for future talc claimants |
| Sunday, May 21, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Monday, May 22, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, May 22, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Internal discussion regarding Expert Report |
| Monday, May 22, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Tuesday, May 23, 2023 | 019 | Financial Due Diligence | 1.0 | Monthly operating report review and analysis with respect to LTL and RAM |
| Tuesday, May 23, 2023 | 019 | Financial Due Diligence | 2.0 | Preparation of due diligence questions for the Debtor |
| Wednesday, May 24, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Thursday, May 25, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Thursday, May 25, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Saturday, May 27, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Saturday, May 27, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report review and drafting |
| Saturday, May 27, 2023 | 019 | Financial Due Diligence | 0.5 | Preparation of due diligence questions for the Debtor |
| Sunday, May 28, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft letter to the Court regarding conflict of Jones Day with respect to issue of enforceability of 2021 Funding Agreement |
| Monday, May 29, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Tuesday, May 30, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Tuesday, May 30, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Tuesday, May 30, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Wednesday, May 31, 2023 | 010 | Contested Matters/Litigation (General) | 7.0 | Deposition attendance |
| Wednesday, May 31, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report review and drafting |
| Wednesday, May 31, 2023 | 019 | Financial Due Diligence | 2.0 | Preparation of due diligence questions for the Debtor |

Hours for: **Tim Petersen**
Month of: **May 2023**
Total Hours: **179.0**

### Task Reference Table

| | | | | |
|---|---|---|---|---|
| 001 | Case Administration/Disbursements | | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | | 012 | Business Operations |
| 003 | Asset Disposition | | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | | 016 | Court Attendance |
| 007 | Other | | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 1, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Monday, May 1, 2023 | 008 | Fee/Employment Applications | 0.5 | Preparation and review of conflicts check |
| Monday, May 1, 2023 | 019 | Financial Due Diligence | 1.0 | Research and analysis in connection with Kenvue spinoff |
| Monday, May 1, 2023 | 008 | Fee/Employment Applications | 2.0 | Retention application preparation |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft cross-motion to suspend the case |
| Monday, May 1, 2023 | 010 | Contested Matters/Litigation (General) | 3.0 | Review of draft fraudulent transfer complaint |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of motion of Arnold & Itkin to dismiss case |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of notice of motion of United States Trustee to dismiss case |
| Tuesday, May 2, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Tuesday, May 2, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report review and drafting |
| Tuesday, May 2, 2023 | 008 | Fee/Employment Applications | 0.5 | Preparation and review of conflicts check |
| Tuesday, May 2, 2023 | 019 | Financial Due Diligence | 1.0 | Research and analysis in connection with Kenvue spinoff |
| Tuesday, May 2, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Tuesday, May 2, 2023 | 020 | Document Review | 0.5 | Review of Debtor's motion for order establishing procedures for interim compensation |
| Tuesday, May 2, 2023 | 020 | Document Review | 3.0 | Review of draft standing motion for fraudulent transfer and related counts |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of motion of Ad Hoc Committee of Supporting Counsel to intervene |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of motion of Ad Hoc Committee of Supporting Counsel to shorten time |
| Tuesday, May 2, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of supplemental declaration of John K. Kim regarding plan support agreements |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of TCC Objection to Debtor's FCR Motion Presentation |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of Valadez supplemental request for relief |
| Wednesday, May 3, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 5.0 | Expert Report review and drafting |
| Wednesday, May 3, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Wednesday, May 3, 2023 | 008 | Fee/Employment Applications | 0.5 | Preparation and review of conflicts check |
| Wednesday, May 3, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Wednesday, May 3, 2023 | 019 | Financial Due Diligence | 1.0 | Research and analysis in connection with Kenvue spinoff |
| Wednesday, May 3, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Wednesday, May 3, 2023 | 010 | Contested Matters/Litigation (General) | 2.0 | Review of draft fraudulent transfer complaint |
| Thursday, May 4, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Thursday, May 4, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Thursday, May 4, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Thursday, May 4, 2023 | 008 | Fee/Employment Applications | 1.5 | Retention application preparation |
| Thursday, May 4, 2023 | 010 | Contested Matters/Litigation (General) | 3.0 | Review of draft fraudulent transfer complaint |
| Thursday, May 4, 2023 | 015 | Mediation/Settlement | 0.5 | Review of draft order appointing co-mediators and establishing mediation protocol |
| Thursday, May 4, 2023 | 020 | Document Review | 0.5 | Review of draft request for documents from the Ad Hoc Committee of Supporting Counsel |
| Thursday, May 4, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft TCC motion for entry of protective order |
| Thursday, May 4, 2023 | 020 | Document Review | 0.5 | Review of motion to de-designate proposed plan of reorganization term sheet |
| Friday, May 5, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Friday, May 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Expert Report review and drafting |
| Friday, May 5, 2023 | 008 | Fee/Employment Applications | 0.5 | Preparation and review of conflicts check |
| Friday, May 5, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application preparation |
| Friday, May 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft TCC initial requests for production of documents and information in relation to motion to dismiss |
| Saturday, May 6, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report review and drafting |
| Sunday, May 7, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report review and drafting |
| Monday, May 8, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |

**Hours for:** Tim Petersen
**Month of:** May 2023
**Total Hours:** 179.0

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 8, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report review and drafting |
| Monday, May 8, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application preparation |
| Tuesday, May 9, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Tuesday, May 9, 2023 | 008 | Fee/Employment Applications | 1.5 | Retention application preparation |
| Wednesday, May 10, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Expert Report review and drafting |
| Wednesday, May 10, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Chapter 11 plan of reorganization of LTL Management |
| Thursday, May 11, 2023 | 005 | Meetings and Communications with Committee/Creditors | 2.0 | Call with Advisors and Members |
| Thursday, May 11, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report review and drafting |
| Thursday, May 11, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Friday, May 12, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report review and drafting |
| Friday, May 12, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Friday, May 12, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft motion of TCC to terminate the Debtor's exclusive period |
| Monday, May 15, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, May 15, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Chapter 11 plan of reorganization of LTL Management |
| Monday, May 15, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of Johnson & Johnson's response and objection to TCC motion to compel |
| Tuesday, May 16, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Tuesday, May 16, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Wednesday, May 17, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Wednesday, May 17, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Wednesday, May 17, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Thursday, May 18, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report review and drafting |
| Thursday, May 18, 2023 | 007 | Other | 1.0 | Internal discussion regarding Expert Report |
| Thursday, May 18, 2023 | 020 | Document Review | 0.5 | Review of order appointing Randi S. Ellis as legal representative for future talc claimants |
| Friday, May 19, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report review and drafting |
| Friday, May 19, 2023 | 019 | Financial Due Diligence | 3.0 | Preparation of due diligence questions for the Debtor |
| Saturday, May 20, 2023 | 019 | Financial Due Diligence | 4.0 | Preparation of due diligence questions for the Debtor |
| Sunday, May 21, 2023 | 019 | Financial Due Diligence | 2.0 | Preparation of due diligence questions for the Debtor |
| Monday, May 22, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, May 22, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Monday, May 22, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Internal discussion regarding Expert Report |
| Monday, May 22, 2023 | 019 | Financial Due Diligence | 2.0 | Preparation of due diligence questions for the Debtor |
| Monday, May 22, 2023 | 008 | Fee/Employment Applications | 1.5 | Retention application preparation |
| Tuesday, May 23, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.5 | Expert Report review and drafting |
| Tuesday, May 23, 2023 | 019 | Financial Due Diligence | 1.0 | Monthly operating report review and analysis with respect to LTL and RAM |
| Tuesday, May 23, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Tuesday, May 23, 2023 | 008 | Fee/Employment Applications | 2.0 | Retention application preparation |
| Wednesday, May 24, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report review and drafting |
| Wednesday, May 24, 2023 | 007 | Other | 0.5 | Internal discussion regarding Expert Report |
| Wednesday, May 24, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Wednesday, May 24, 2023 | 008 | Fee/Employment Applications | 2.0 | Retention application preparation |
| Thursday, May 25, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Thursday, May 25, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Thursday, May 25, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Thursday, May 25, 2023 | 019 | Financial Due Diligence | 2.0 | Preparation of due diligence questions for the Debtor |
| Friday, May 26, 2023 | 008 | Fee/Employment Applications | 1.0 | Fee statement preparation |
| Friday, May 26, 2023 | 019 | Financial Due Diligence | 2.0 | Preparation of due diligence questions for the Debtor |
| Friday, May 26, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Saturday, May 27, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Saturday, May 27, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.5 | Expert Report review and drafting |
| Saturday, May 27, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |

**Hours for:** Tim Petersen
**Month of:** May 2023
**Total Hours:** 179.0

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Saturday, May 27, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Review Debtors' objection on MTD |
| Sunday, May 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report review and drafting |
| Sunday, May 28, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Sunday, May 28, 2023 | 010 | Contested Matters/Litigation (General) | 1.0 | Review deposition of Lisman from Valadez Case |
| Sunday, May 28, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft letter to the Court regarding conflict of Jones Day with respect to issue of enforceability of 2021 |
| Monday, May 29, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, May 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Expert Report review and drafting |
| Monday, May 29, 2023 | 019 | Financial Due Diligence | 4.0 | Preparation of due diligence questions for the Debtor |
| Tuesday, May 30, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Tuesday, May 30, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report review and drafting |
| Tuesday, May 30, 2023 | 019 | Financial Due Diligence | 4.0 | Preparation of due diligence questions for the Debtor |
| Tuesday, May 30, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application preparation |
| Wednesday, May 31, 2023 | 010 | Contested Matters/Litigation (General) | 7.0 | Deposition attendance |
| Wednesday, May 31, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 6.0 | Expert Report review and drafting |
| Wednesday, May 31, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |

**Hours for:** Tope Odusanya
**Month of:** May 2023
**Total Hours:** 144.0

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 1, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Monday, May 1, 2023 | 019 | Financial Due Diligence | 0.5 | Research and analysis in connection with Kenvue spinoff |
| Monday, May 1, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft cross-motion to suspend the case |
| Monday, May 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft fraudulent transfer complaint |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of motion of Arnold & Itkin to dismiss case |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of notice of motion of United States Trustee to dismiss case |
| Tuesday, May 2, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Tuesday, May 2, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Expert Report review and drafting |
| Tuesday, May 2, 2023 | 008 | Fee/Employment Applications | 1.0 | Preparation and review of conflicts check |
| Tuesday, May 2, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application review |
| Tuesday, May 2, 2023 | 020 | Document Review | 0.5 | Review of Debtor's motion for order establishing procedures for interim compensation |
| Tuesday, May 2, 2023 | 020 | Document Review | 0.5 | Review of draft standing motion for fraudulent transfer and related counts |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of motion of Ad Hoc Committee of Supporting Counsel to intervene |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of motion of Ad Hoc Committee of Supporting Counsel to shorten time |
| Tuesday, May 2, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of supplemental declaration of John K. Kim regarding plan support agreements |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of TCC Objection to Debtor's FCR Motion Presentation |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of Thibaut Mongon depositions |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of Valadez supplemental request for relief |
| Wednesday, May 3, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Expert Report review and drafting |
| Wednesday, May 3, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Wednesday, May 3, 2023 | 008 | Fee/Employment Applications | 1.0 | Preparation and review of conflicts check |
| Wednesday, May 3, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Wednesday, May 3, 2023 | 019 | Financial Due Diligence | 1.0 | Research and analysis in connection with Kenvue spinoff |
| Wednesday, May 3, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Thursday, May 4, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Thursday, May 4, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Thursday, May 4, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 5.0 | Expert Report review and drafting |
| Thursday, May 4, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application preparation |
| Thursday, May 4, 2023 | 015 | Mediation/Settlement | 0.5 | Review of draft order appointing co-mediators and |
| Thursday, May 4, 2023 | 020 | Document Review | 0.5 | Review of draft request for documents from the Ad Hoc Committee of Supporting Counsel |
| Thursday, May 4, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft TCC motion for entry of protective order |
| Thursday, May 4, 2023 | 020 | Document Review | 0.5 | Review of motion to de-designate proposed plan of reorganization term sheet |
| Friday, May 5, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Friday, May 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report review and drafting |
| Friday, May 5, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application preparation |
| Friday, May 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft TCC initial requests for production of documents and information in relation to motion to dismiss |
| Saturday, May 6, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Saturday, May 6, 2023 | 008 | Fee/Employment Applications | 0.5 | Preparation and review of conflicts check |
| Saturday, May 6, 2023 | 019 | Financial Due Diligence | 2.0 | Preparation of due diligence questions for the Debtor |
| Saturday, May 6, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application preparation |
| Sunday, May 7, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Sunday, May 7, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Sunday, May 7, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Monday, May 8, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |

**Hours for:** Tope Odusanya  
**Month of:** May 2023  
**Total Hours:** 144.0

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, May 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Tuesday, May 9, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Tuesday, May 9, 2023 | 019 | Financial Due Diligence | 2.5 | Preparation of due diligence questions for the Debtor |
| Tuesday, May 9, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Wednesday, May 10, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 5.0 | Expert Report review and drafting |
| Wednesday, May 10, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Chapter 11 plan of reorganization of LTL Management |
| Thursday, May 11, 2023 | 005 | Meetings and Communications with Committee/Creditors | 2.0 | Call with Advisors and Members |
| Thursday, May 11, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Friday, May 12, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft motion of TCC to terminate the Debtor's exclusive period |
| Monday, May 15, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, May 15, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Chapter 11 plan of reorganization of LTL Management |
| Monday, May 15, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of Johnson & Johnson's response and objection to |
| Tuesday, May 16, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Tuesday, May 16, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Tuesday, May 16, 2023 | 014 | Plan and Disclosure Statement | 1.0 | Review of Chapter 11 plan of reorganization of LTL Management |
| Wednesday, May 17, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Thursday, May 18, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report review and drafting |
| Thursday, May 18, 2023 | 007 | Other | 1.0 | Internal discussion regarding Expert Report |
| Thursday, May 18, 2023 | 020 | Document Review | 0.5 | Review of order appointing Randi S. Ellis as legal representative for future talc claimants |
| Friday, May 19, 2023 | 019 | Financial Due Diligence | 2.0 | Preparation of due diligence questions for the Debtor |
| Saturday, May 20, 2023 | 019 | Financial Due Diligence | 4.0 | Preparation of due diligence questions for the Debtor |
| Sunday, May 21, 2023 | 019 | Financial Due Diligence | 2.0 | Preparation of due diligence questions for the Debtor |
| Monday, May 22, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, May 22, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Expert Report review and drafting |
| Monday, May 22, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Internal discussion regarding Expert Report |
| Monday, May 22, 2023 | 019 | Financial Due Diligence | 0.5 | Preparation of due diligence questions for the Debtor |
| Tuesday, May 23, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report review and drafting |
| Tuesday, May 23, 2023 | 019 | Financial Due Diligence | 1.0 | Monthly operating report review and analysis with respect to LTL and RAM |
| Tuesday, May 23, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Wednesday, May 24, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Expert Report review and drafting |
| Wednesday, May 24, 2023 | 007 | Other | 0.5 | Internal discussion regarding Expert Report |
| Wednesday, May 24, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Thursday, May 25, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Thursday, May 25, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Thursday, May 25, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Thursday, May 25, 2023 | 019 | Financial Due Diligence | 1.0 | Research and analysis in connection with Kenvue spinoff |
| Thursday, May 25, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Friday, May 26, 2023 | 008 | Fee/Employment Applications | 0.5 | Fee statement preparation |
| Friday, May 26, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Saturday, May 27, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Saturday, May 27, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Sunday, May 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 5.0 | Expert Report review and drafting |
| Sunday, May 28, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft letter to the Court regarding conflict of Jones Day with respect to issue of enforceability of 2021 Funding Agreement |
| Monday, May 29, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, May 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report review and drafting |
| Monday, May 29, 2023 | 008 | Fee/Employment Applications | 0.5 | Fee statement preparation |
| Tuesday, May 30, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Tuesday, May 30, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report review and drafting |

**Hours for:** Tope Odusanya
**Month of:** May 2023
**Total Hours:** 144.0

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, May 30, 2023 | 008 | Fee/Employment Applications | 0.5 | Fee statement preparation |
| Tuesday, May 30, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Wednesday, May 31, 2023 | 010 | Contested Matters/Litigation (General) | 7.0 | Deposition attendance |
| Wednesday, May 31, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report review and drafting |
| Wednesday, May 31, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |

**Hours for:** Danny Gendler
**Month of:** May 2023
**Total Hours:** 170.0

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 1, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Monday, May 1, 2023 | 008 | Fee/Employment Applications | 3.0 | Preparation and review of conflicts check |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft cross-motion to suspend the case |
| Monday, May 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft fraudulent transfer complaint |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of motion of Arnold & Itkin to dismiss case |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of notice of motion of United States Trustee to dismiss case |
| Tuesday, May 2, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Tuesday, May 2, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 5.0 | Expert Report review and drafting |
| Tuesday, May 2, 2023 | 008 | Fee/Employment Applications | 3.0 | Preparation and review of conflicts check |
| Tuesday, May 2, 2023 | 020 | Document Review | 0.5 | Review of Debtor's motion for order establishing procedures for interim compensation |
| Tuesday, May 2, 2023 | 020 | Document Review | 0.5 | Review of draft standing motion for fraudulent transfer and related counts |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of motion of Ad Hoc Committee of Supporting Counsel to intervene |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of motion of Ad Hoc Committee of Supporting Counsel to shorten time |
| Tuesday, May 2, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of supplemental declaration of John K. Kim regarding plan support agreements |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of TCC Objection to Debtor's FCR Motion |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of Valadez supplemental request for relief |
| Wednesday, May 3, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Wednesday, May 3, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Thursday, May 4, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Thursday, May 4, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Thursday, May 4, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 5.0 | Expert Report review and drafting |
| Thursday, May 4, 2023 | 015 | Mediation/Settlement | 0.5 | Review of draft order appointing co-mediators and establishing mediation protocol |
| Thursday, May 4, 2023 | 020 | Document Review | 0.5 | Review of draft request for documents from the Ad Hoc Committee of Supporting Counsel |
| Thursday, May 4, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft TCC motion for entry of protective order |
| Thursday, May 4, 2023 | 020 | Document Review | 0.5 | Review of motion to de-designate proposed plan of reorganization term sheet |
| Friday, May 5, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Friday, May 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Friday, May 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft TCC initial requests for production of documents and information in relation to motion to dismiss |
| Monday, May 8, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, May 8, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report review and drafting |
| Tuesday, May 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report review and drafting |
| Tuesday, May 9, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Wednesday, May 10, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 6.0 | Expert Report review and drafting |
| Wednesday, May 10, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Chapter 11 plan of reorganization of LTL Management |
| Thursday, May 11, 2023 | 005 | Meetings and Communications with Committee/Creditors | 2.0 | Call with Advisors and Members |
| Thursday, May 11, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 6.0 | Expert Report review and drafting |
| Friday, May 12, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 6.0 | Expert Report review and drafting |
| Friday, May 12, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft motion of TCC to terminate the Debtor's exclusive period |
| Monday, May 15, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, May 15, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Chapter 11 plan of reorganization of LTL Management |
| Monday, May 15, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of Johnson & Johnson's response and objection to TCC motion to compel |

**Hours for:** Danny Gendler
**Month of:** May 2023
**Total Hours:** 170.0

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, May 16, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Tuesday, May 16, 2023 | 014 | Plan and Disclosure Statement | 1.5 | Review of Chapter 11 plan of reorganization of LTL Management |
| Wednesday, May 17, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Wednesday, May 17, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 8.0 | Expert Report review and drafting |
| Thursday, May 18, 2023 | 007 | Other | 1.0 | Internal discussion regarding Expert Report |
| Thursday, May 18, 2023 | 020 | Document Review | 0.5 | Review of order appointing Randi S. Ellis as legal representative for future talc claimants |
| Friday, May 19, 2023 | 019 | Financial Due Diligence | 4.0 | Preparation of due diligence questions for the Debtor |
| Saturday, May 20, 2023 | 019 | Financial Due Diligence | 6.0 | Preparation of due diligence questions for the Debtor |
| Sunday, May 21, 2023 | 019 | Financial Due Diligence | 2.0 | Preparation of due diligence questions for the Debtor |
| Monday, May 22, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, May 22, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Internal discussion regarding Expert Report |
| Monday, May 22, 2023 | 019 | Financial Due Diligence | 4.0 | Preparation of due diligence questions for the Debtor |
| Tuesday, May 23, 2023 | 019 | Financial Due Diligence | 1.0 | Monthly operating report review and analysis with respect to LTL and RAM |
| Wednesday, May 24, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 6.0 | Expert Report review and drafting |
| Wednesday, May 24, 2023 | 007 | Other | 0.5 | Internal discussion regarding Expert Report |
| Thursday, May 25, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Thursday, May 25, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Thursday, May 25, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report review and drafting |
| Saturday, May 27, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Sunday, May 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 10.0 | Expert Report review and drafting |
| Sunday, May 28, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft letter to the Court regarding conflict of Jones Day with respect to issue of enforceability of 2021 |
| Monday, May 29, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, May 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 7.0 | Expert Report review and drafting |
| Tuesday, May 30, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Tuesday, May 30, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 7.0 | Expert Report review and drafting |
| Wednesday, May 31, 2023 | 010 | Contested Matters/Litigation (General) | 7.0 | Deposition attendance |
| Wednesday, May 31, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 11.0 | Expert Report review and drafting |

**Hours for:** Charlie Vrattos
**Month of:** May 2023
**Total Hours:** 203.5

### Task Reference Table

| | | | | |
|---|---|---|---|---|
| 001 | Case Administration/Disbursements | | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | | 012 | Business Operations |
| 003 | Asset Disposition | | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | | 016 | Court Attendance |
| 007 | Other | | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 1, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report review and drafting |
| Monday, May 1, 2023 | 008 | Fee/Employment Applications | 2.0 | Preparation and review of conflicts check |
| Monday, May 1, 2023 | 019 | Financial Due Diligence | 5.0 | Research and analysis in connection with Kenvue spinoff |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft cross-motion to suspend the case |
| Monday, May 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft fraudulent transfer complaint |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of motion of Arnold & Itkin to dismiss case |
| Monday, May 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of notice of motion of United States Trustee to dismiss case |
| Tuesday, May 2, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Tuesday, May 2, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report review and drafting |
| Tuesday, May 2, 2023 | 008 | Fee/Employment Applications | 2.5 | Preparation and review of conflicts check |
| Tuesday, May 2, 2023 | 020 | Document Review | 0.5 | Review of Debtor's motion for order establishing procedures for interim compensation |
| Tuesday, May 2, 2023 | 020 | Document Review | 0.5 | Review of draft standing motion for fraudulent transfer and related counts |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of motion of Ad Hoc Committee of Supporting Counsel to intervene |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of motion of Ad Hoc Committee of Supporting Counsel to shorten time |
| Tuesday, May 2, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of supplemental declaration of John K. Kim regarding plan support agreements |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of TCC Objection to Debtor's FCR Motion Presentation |
| Tuesday, May 2, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of Valadez supplemental request for relief |
| Wednesday, May 3, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 6.0 | Expert Report review and drafting |
| Wednesday, May 3, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Thursday, May 4, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Thursday, May 4, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Thursday, May 4, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 8.0 | Expert Report review and drafting |
| Thursday, May 4, 2023 | 015 | Mediation/Settlement | 0.5 | Review of draft order appointing co-mediators and establishing mediation protocol |
| Thursday, May 4, 2023 | 020 | Document Review | 0.5 | Review of draft request for documents from the Ad Hoc Committee of Supporting Counsel |
| Thursday, May 4, 2023 | 004 | Relief from Stay/Adequate Protection Proceedings | 0.5 | Review of draft TCC motion for entry of protective order |
| Thursday, May 4, 2023 | 020 | Document Review | 0.5 | Review of motion to de-designate proposed plan of reorganization term sheet |
| Friday, May 5, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Friday, May 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Friday, May 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft TCC initial requests for production of documents and information in relation to motion to dismiss |
| Monday, May 8, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, May 8, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Tuesday, May 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 5.0 | Expert Report review and drafting |
| Tuesday, May 9, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Wednesday, May 10, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 8.0 | Expert Report review and drafting |
| Wednesday, May 10, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Chapter 11 plan of reorganization of LTL Management |
| Thursday, May 11, 2023 | 005 | Meetings and Communications with Committee/Creditors | 2.0 | Call with Advisors and Members |
| Thursday, May 11, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 8.0 | Expert Report review and drafting |
| Friday, May 12, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 5.0 | Expert Report review and drafting |
| Friday, May 12, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft motion of TCC to terminate the Debtor's exclusive period |
| Monday, May 15, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |

**Hours for:** Charlie Vrattos
**Month of:** May 2023
**Total Hours:** 203.5

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 15, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Chapter 11 plan of reorganization of LTL Management |
| Monday, May 15, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of Johnson & Johnson's response and objection to TCC motion to compel |
| Tuesday, May 16, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Tuesday, May 16, 2023 | 014 | Plan and Disclosure Statement | 1.5 | Review of Chapter 11 plan of reorganization of LTL Management |
| Wednesday, May 17, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Wednesday, May 17, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 12.0 | Expert Report review and drafting |
| Thursday, May 18, 2023 | 007 | Other | 1.0 | Internal discussion regarding Expert Report |
| Thursday, May 18, 2023 | 020 | Document Review | 0.5 | Review of order appointing Randi S. Ellis as legal representative for future talc claimants |
| Friday, May 19, 2023 | 019 | Financial Due Diligence | 5.0 | Preparation of due diligence questions for the Debtor |
| Saturday, May 20, 2023 | 019 | Financial Due Diligence | 4.0 | Preparation of due diligence questions for the Debtor |
| Sunday, May 21, 2023 | 019 | Financial Due Diligence | 3.0 | Preparation of due diligence questions for the Debtor |
| Monday, May 22, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, May 22, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Internal discussion regarding Expert Report |
| Monday, May 22, 2023 | 019 | Financial Due Diligence | 4.0 | Preparation of due diligence questions for the Debtor |
| Tuesday, May 23, 2023 | 019 | Financial Due Diligence | 1.0 | Monthly operating report review and analysis with respect to LTL and RAM |
| Wednesday, May 24, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 8.0 | Expert Report review and drafting |
| Wednesday, May 24, 2023 | 007 | Other | 0.5 | Internal discussion regarding Expert Report |
| Thursday, May 25, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Thursday, May 25, 2023 | 005 | Meetings and Communications with Committee/Creditors | 1.0 | Call with Advisors and Members |
| Thursday, May 25, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report review and drafting |
| Friday, May 26, 2023 | 008 | Fee/Employment Applications | 3.0 | Fee statement preparation |
| Saturday, May 27, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Saturday, May 27, 2023 | 008 | Fee/Employment Applications | 3.0 | Fee statement preparation |
| Sunday, May 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 12.0 | Expert Report review and drafting |
| Sunday, May 28, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft letter to the Court regarding conflict of Jones Day with respect to issue of enforceability of 2021 |
| Monday, May 29, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, May 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 8.0 | Expert Report review and drafting |
| Tuesday, May 30, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Tuesday, May 30, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 6.0 | Expert Report review and drafting |
| Tuesday, May 30, 2023 | 008 | Fee/Employment Applications | 2.0 | Fee statement preparation |
| Wednesday, May 31, 2023 | 010 | Contested Matters/Litigation (General) | 7.0 | Deposition attendance |
| Wednesday, May 31, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 12.0 | Expert Report review and drafting |
| Wednesday, May 31, 2023 | 008 | Fee/Employment Applications | 1.0 | Fee statement preparation |