**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| In Re: | LTL Management LLC[1] | Applicant: | Houlihan Lokey Capital, Inc. |
| Case No.: | 23-12825 (MBK) | Client: | Official Committee of Talc Claimants ("TCC") |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**THIRD MONTHLY FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC. FOR THE PERIOD OF JUNE 1, 2023 THROUGH JUNE 30, 2023**

**SECTION 1**
**FEE SUMMARY**

☒ Interim Fee Application No. __3__    or    ☐ Final Fee Application

| NAME OF PROFESSIONAL | TITLE | HOURS |
|---|---|---|
| SAUL BURIAN | MANAGING DIRECTOR | 112.0 |
| TOM HEDUS | DIRECTOR | 168.5 |
| TIM PETERSEN | VICE PRESIDENT | 241.5 |
| TOPE ODUSANYA | ASSOCIATE | 200.5 |
| DANNY GENDLER | ANALYST | 197.0 |
| CHARLIE VRATTOS | ANALYST | 218.0 |
| | **TOTAL:** | **1,137.5** |

| | |
|---|---:|
| FEE TOTALS | $400,000.00[2] |
| MINUS 20% HOLDBACK | -$80,000.00 |
| TOTAL FEES CURRENTLY PAYABLE | $320,000.00 |
| DISBURSEMENTS | $0.00 |
| **TOTAL PAYABLE THIS INVOICE** | **$320,000.00** |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.
[2] Pursuant to paragraph 3 of Houlihan Lokey's Engagement Agreement, Houlihan Lokey's Monthly Fee is paid in advance each month, beginning on April 14th. Therefore, the Monthly Fee requested herein covers the period from June 14th through July 13th, and reference should be made to the Fourth Monthly Fee Statement of Houlihan Lokey Capital, Inc. (when filed) for the relevant services provided from July 1st to February 13th.

1

## SECTION II – SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS |
|---|---:|
| a) Case Administration/Disbursements | 1.0 |
| b) Asset Analysis and Recovery | 0.0 |
| c) Asset Disposition | 0.0 |
| d) Relief from Stay/Adequate Protection Proceedings | 0.0 |
| e) Meetings of and Communications with Committee/Creditors | 0.0 |
| f) Meetings of and Communications with Co-Counsel | 81.5 |
| g) Other | 0.0 |
| h) Fee/Employment Applications | 18.5 |
| i) Fee/Employment Objections | 0.5 |
| j) Contested Matters/Litigations (General) | 240.0 |
| k) Non-Working Travel | 9.0 |
| l) Business Operations | 0.0 |
| m) Claims Administration and Objections | 0.0 |
| n) Plan and Disclosure Statement | 30.0 |
| o) Mediation/Settlement | 0.0 |
| p) Court Attendance | 168.0 |
| q) Injunction Litigation in Adversary and Related Appeals | 6.0 |
| r) Dismissal/Trustee/Examiner Matters | 556.0 |
| s) Financial Due Diligence | 27.0 |
| t) Document Review | 0.0 |
| **SERVICES TOTAL:** | **1,137.5** |

## SECTION III – SUMMARY OF EXPENSES

| EXPENSES | AMOUNT |
|---|---:|
| a) Travel and Overtime Meals | $0.00 |
| b) Telephone and Data | $0.00 |
| c) Ground Transportation | $0.00 |
| **EXPENSE TOTAL:** | **$0.00** |

## SECTION IV - CASE HISTORY

(NOTE: Items 3 – 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: **April 4, 2023**

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: **11**

(3) DATE OF RETENTION:
(ANNEX COPY OF ORDER(S))
IF LIMIT ON NUMBERS OF HOURS OR OTHER
LIMITATIONS TO RETENTION, SET FORTH: **June 26, 2023, effective as of April 14, 2023 [Docket No. 899]**

**None**

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

   **(a) Produced various financial analyses requested by Committee representatives;**
   **(b) Reviewed and analyzed discovery materials, deposition transcripts, and other related exhibits and documents;**
   **(c) Prepared an expert report in connection with the motion to dismiss;**
   **(d) Assisted Counsel in preparation for deposition of Debtor's fact and expert witnesses;**
   **(e) Prepared for and provided live testimony regarding the Burian expert report in support of the Committee's motion to dismiss;**
   **(f) Reviewed various documents drafted by Committee professionals and other case related documents;**
   **(g) Reviewed docket entries and various court filings; and**
   **(h) Created and produced documents related to case administration**

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:
   (A) ADMINISTRATION EXPENSES: (unknown at this time)
   (B) SECURED CREDITORS: (unknown at this time)
   (C) PRIORITY CREDITORS: (unknown at this time)
   (D) GENERAL UNSECURED CREDITORS: (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

(7) I certify under penalty of perjury that the above is true.

Date: July 18, 2023

_____
Saul E. Burian