**EXHIBIT B**

**Time Detail**

**LTL Management LLC**
*Houlihan Lokey Time Sheet*

(Jun. 01, 2023 - Jun. 30, 2023)

**Hours for:** Saul Burian
**Month of:** June 2023
**Total Hours:** 112.0

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, June 1, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft TCC motion to compel deposition testimony of Adam Pulaski |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft TCC motion to compel re-examination of Majed Nachawati |
| Friday, June 2, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Friday, June 2, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Expert Report review and drafting |
| Friday, June 2, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Friday, June 2, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of motion of the TCC to dismiss the second bankruptcy petition of LTL Management |
| Sunday, June 4, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Monday, June 5, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Monday, June 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report review and drafting |
| Monday, June 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Expert Report |
| Monday, June 5, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of notice of Debtor's motion to extend and modify the preliminary injunction order |
| Tuesday, June 6, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Tuesday, June 6, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Expert Report review and drafting |
| Wednesday, June 7, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report review and drafting |
| Thursday, June 8, 2023 | 010 | Contested Matters/Litigation (General) | 2.0 | Deposition attendance |
| Thursday, June 8, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Rebuttal Report review and drafting |
| Thursday, June 8, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of draft TCC objection to Debtor's motion to extend and modify the preliminary injunction order |
| Thursday, June 8, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Expert Report of Charles H. Mullin, PhD |
| Thursday, June 8, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Expert Report of Gregory K. Bell, PhD |
| Friday, June 9, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Friday, June 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Rebuttal Report |
| Friday, June 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft reply in support of motion of the TCC to dismiss second bankruptcy petition |
| Sunday, June 11, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Rebuttal Report review and drafting |
| Monday, June 12, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Monday, June 12, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Communication with counsel regarding litigation strategy |
| Monday, June 12, 2023 | 010 | Contested Matters/Litigation (General) | 4.0 | Deposition attendance |
| Monday, June 12, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Rebuttal Report review and drafting |
| Monday, June 12, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft reply in support of motion to terminate exclusivity |
| Tuesday, June 13, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Tuesday, June 13, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Rebuttal Report review and drafting |
| Wednesday, June 14, 2023 | 010 | Contested Matters/Litigation (General) | 3.0 | Deposition attendance |
| Thursday, June 15, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Rebuttal Report |
| Monday, June 19, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Burian deposition preparation |
| Monday, June 19, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Tuesday, June 20, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Tuesday, June 20, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Bell supplemental report |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 7.0 | Burian deposition attendance |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of James Murdica |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of John K. Kim |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of Richard Dickinson |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of Robert Wuesthoff |
| Sunday, June 25, 2023 | 010 | Contested Matters/Litigation (General) | 2.0 | Review of Lisman declaration |
| Monday, June 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Monday, June 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Communication w/ counsel regarding litigation strategy |
| Tuesday, June 27, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Tuesday, June 27, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Wednesday, June 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Burian testimony preparation |

**Hours for:** Saul Burian
**Month of:** June 2023
**Total Hours:** 112.0

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, June 28, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Wednesday, June 28, 2023 | 011 | Non-Working Travel | 3.0 | Travel to New Jersey |
| Thursday, June 29, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Thursday, June 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of debtor's objections to the TCC's second amended exhibit list for hearing on the motion to dismiss |
| Friday, June 30, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |

**Hours for:** Tom Hedus
**Month of:** June 2023
**Total Hours:** 168.5

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, June 1, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Thursday, June 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 5.0 | Expert Report review and drafting |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft TCC motion to compel deposition testimony of Adam Pulaski |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft TCC motion to compel re-examination of Majed Nachawati |
| Friday, June 2, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Friday, June 2, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report review and drafting |
| Friday, June 2, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Friday, June 2, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of motion of the TCC to dismiss the second bankruptcy petition of LTL Management |
| Saturday, June 3, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Sunday, June 4, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Sunday, June 4, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Expert Report review and drafting |
| Monday, June 5, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Monday, June 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 6.0 | Expert Report review and drafting |
| Monday, June 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Expert Report |
| Monday, June 5, 2023 | 008 | Fee/Employment Applications | 2.0 | Retention application preparation |
| Monday, June 5, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of notice of Debtor's motion to extend and modify the preliminary injunction order |
| Tuesday, June 6, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Tuesday, June 6, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 6.0 | Expert Report review and drafting |
| Tuesday, June 6, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application preparation |
| Wednesday, June 7, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Expert Report review and drafting |
| Thursday, June 8, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Thursday, June 8, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Rebuttal Report review and drafting |
| Thursday, June 8, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of draft TCC objection to Debtor's motion to extend and modify the preliminary injunction order |
| Thursday, June 8, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Expert Report of Charles H. Mullin, PhD |
| Thursday, June 8, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Expert Report of Gregory K. Bell, PhD |
| Friday, June 9, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Friday, June 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Rebuttal Report |
| Friday, June 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Rebuttal Report review and drafting |
| Friday, June 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft reply in support of motion of the TCC to dismiss second bankruptcy petition |
| Saturday, June 10, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Rebuttal Report review and drafting |
| Monday, June 12, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Monday, June 12, 2023 | 010 | Contested Matters/Litigation (General) | 4.0 | Deposition attendance |
| Monday, June 12, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 6.0 | Rebuttal Report review and drafting |
| Monday, June 12, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft reply in support of motion to terminate exclusivity |
| Tuesday, June 13, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Tuesday, June 13, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 6.0 | Rebuttal Report review and drafting |
| Wednesday, June 14, 2023 | 010 | Contested Matters/Litigation (General) | 3.0 | Deposition attendance |
| Wednesday, June 14, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Rebuttal Report review and drafting |
| Thursday, June 15, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Rebuttal Report |
| Thursday, June 15, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Rebuttal Report review and drafting |
| Monday, June 19, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Burian deposition preparation |
| Monday, June 19, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, June 19, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Tuesday, June 20, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Burian deposition preparation |
| Tuesday, June 20, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Tuesday, June 20, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Tuesday, June 20, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Bell supplemental report |
| Wednesday, June 21, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Burian deposition preparation |

**Hours for:** Tom Hedus
**Month of:** June 2023
**Total Hours:** 168.5

### Task Reference Table

| | | | | |
|---|---|---|---|---|
| 001 | Case Administration/Disbursements | | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | | 012 | Business Operations |
| 003 | Asset Disposition | | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | | 016 | Court Attendance |
| 007 | Other | | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, June 21, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Thursday, June 22, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Burian deposition preparation |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 7.0 | Burian deposition attendance |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of James Murdica |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of John K. Kim |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of Richard Dickinson |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of Robert Wuesthoff |
| Thursday, June 22, 2023 | 009 | Fee/Employment Objections | 0.5 | Revision of retention application in response to Debtor objection |
| Friday, June 23, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Saturday, June 24, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Burian testimony preparation |
| Saturday, June 24, 2023 | 0010 | Contested Matters/Litigation (General) | 4.5 | Review of Lisman declaration |
| Monday, June 26, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Burian testimony preparation |
| Monday, June 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Monday, June 26, 2023 | 014 | Plan and Disclosure Statement | 2.0 | Review of Chapter 11 plan of reorganization of LTL Management |
| Tuesday, June 27, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Tuesday, June 27, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Tuesday, June 27, 2023 | 014 | Plan and Disclosure Statement | 4.0 | Review of Chapter 11 plan of reorganization of LTL Management |
| Wednesday, June 28, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Thursday, June 29, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Thursday, June 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of debtor's objections to the TCC's second amended exhibit list for hearing on the motion to dismiss |
| Friday, June 30, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |

| LTL Management LLC | Case 23-12825-MBK   Doc 1056-2   Filed 07/18/23   Entered 07/18/23 16:11:46   Desc |
| --- | --- |
| Houlihan Lokey Time Sheet | Exhibit B-Statement of Time   Page 6 of 13 |

(Jun. 01, 2023 - Jun. 30, 2023)

Hours for: **Tim Petersen**
Month of: **June 2023**
Total Hours: **241.5**

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
| --- | --- | --- | --- | --- |
| Thursday, June 1, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Thursday, June 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 7.0 | Expert Report review and drafting |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft TCC motion to compel deposition testimony of Adam Pulaski |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft TCC motion to compel re-examination of Majed Nachawati |
| Friday, June 2, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Friday, June 2, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Friday, June 2, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Friday, June 2, 2023 | 019 | Financial Due Diligence | 2.0 | Preparation of due diligence questions for the Debtor |
| Friday, June 2, 2023 | 008 | Fee/Employment Applications | 1.5 | Retention application preparation |
| Friday, June 2, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of motion of the TCC to dismiss the second bankruptcy petition of LTL Management |
| Saturday, June 3, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Saturday, June 3, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 5.0 | Expert Report review and drafting |
| Sunday, June 4, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Sunday, June 4, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 5.0 | Expert Report review and drafting |
| Monday, June 5, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Monday, June 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 10.0 | Expert Report review and drafting |
| Monday, June 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Expert Report |
| Monday, June 5, 2023 | 008 | Fee/Employment Applications | 2.0 | Retention application preparation |
| Monday, June 5, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of notice of Debtor's motion to extend and modify the preliminary injunction order |
| Tuesday, June 6, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Tuesday, June 6, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 11.0 | Expert Report review and drafting |
| Tuesday, June 6, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application preparation |
| Wednesday, June 7, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 10.0 | Expert Report review and drafting |
| Wednesday, June 7, 2023 | 019 | Financial Due Diligence | 1.5 | Preparation of due diligence questions for the Debtor |
| Thursday, June 8, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Thursday, June 8, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of draft TCC objection to Debtor's motion to extend and modify the preliminary injunction order |
| Thursday, June 8, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Expert Report of Charles H. Mullin, PhD |
| Thursday, June 8, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Expert Report of Gregory K. Bell, PhD |
| Friday, June 9, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Friday, June 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Rebuttal Report |
| Friday, June 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Rebuttal Report review and drafting |
| Friday, June 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Review of Debtor Rebuttal Report |
| Friday, June 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft reply in support of motion of the TCC to dismiss second bankruptcy petition |
| Saturday, June 10, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Rebuttal Report review and drafting |
| Sunday, June 11, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.5 | Rebuttal Report review and drafting |
| Monday, June 12, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Monday, June 12, 2023 | 010 | Contested Matters/Litigation (General) | 4.0 | Deposition attendance |
| Monday, June 12, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 12.0 | Rebuttal Report review and drafting |
| Monday, June 12, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft reply in support of motion to terminate exclusivity |
| Tuesday, June 13, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Tuesday, June 13, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 12.0 | Rebuttal Report review and drafting |
| Wednesday, June 14, 2023 | 010 | Contested Matters/Litigation (General) | 3.0 | Deposition attendance |
| Wednesday, June 14, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 10.0 | Rebuttal Report review and drafting |
| Thursday, June 15, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Rebuttal Report |
| Thursday, June 15, 2023 | 019 | Financial Due Diligence | 1.5 | Preparation of due diligence questions for the Debtor |
| Thursday, June 15, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 8.0 | Rebuttal Report review and drafting |
| Saturday, June 17, 2023 | 019 | Financial Due Diligence | 2.0 | Preparation of due diligence questions for the Debtor |
| Monday, June 19, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Burian deposition preparation |

**Hours for:** Tim Petersen
**Month of:** June 2023
**Total Hours:** 241.5

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, June 19, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Tuesday, June 20, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Burian deposition preparation |
| Tuesday, June 20, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Tuesday, June 20, 2023 | 019 | Financial Due Diligence | 2.0 | Preparation of due diligence questions for the Debtor |
| Tuesday, June 20, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Bell supplemental report |
| Wednesday, June 21, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Burian deposition preparation |
| Wednesday, June 21, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Wednesday, June 21, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Thursday, June 22, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Burian deposition preparation |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 7.0 | Burian deposition attendance |
| Thursday, June 22, 2023 | 008 | Fee/Employment Applications | 2.0 | Retention application preparation |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of James Murdica |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of John K. Kim |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of Richard Dickinson |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of Robert Wuesthoff |
| Friday, June 23, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Burian testimony preparation |
| Friday, June 23, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Friday, June 23, 2023 | 008 | Fee/Employment Applications | 1.5 | Retention application preparation |
| Friday, June 23, 2023 | 010 | Contested Matters/Litigation (General) | 1.5 | Review of Lisman declaration |
| Saturday, June 24, 2023 | 010 | Contested Matters/Litigation (General) | 4.5 | Review of Lisman declaration |
| Monday, June 26, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.5 | Burian testimony preparation |
| Monday, June 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Monday, June 26, 2023 | 014 | Plan and Disclosure Statement | 2.0 | Review of Chapter 11 plan of reorganization of LTL Management |
| Tuesday, June 27, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Tuesday, June 27, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Tuesday, June 27, 2023 | 014 | Plan and Disclosure Statement | 4.0 | Review of Chapter 11 plan of reorganization of LTL Management |
| Wednesday, June 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Burian testimony preparation |
| Wednesday, June 28, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Wednesday, June 28, 2023 | 011 | Non-Working Travel | 3.0 | Travel to New Jersey |
| Thursday, June 29, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Thursday, June 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of debtor's objections to the TCC's second amended exhibit list for hearing on the motion to dismiss |
| Friday, June 30, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |

**Hours for:** Tope Odusanya
**Month of:** June 2023
**Total Hours:** 200.5

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, June 1, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Thursday, June 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Thursday, June 1, 2023 | 008 | Fee/Employment Applications | 0.5 | Retention application preparation |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft TCC motion to compel deposition testimony of Adam Pulaski |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft TCC motion to compel re-examination of Majed Nachawati |
| Friday, June 2, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Friday, June 2, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Friday, June 2, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of motion of the TCC to dismiss the second bankruptcy petition of LTL Management |
| Saturday, June 3, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Saturday, June 3, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Sunday, June 4, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Sunday, June 4, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Expert Report review and drafting |
| Sunday, June 4, 2023 | 008 | Fee/Employment Applications | 4.0 | Retention application preparation |
| Monday, June 5, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Monday, June 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 10.0 | Expert Report review and drafting |
| Monday, June 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Expert Report |
| Monday, June 5, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of notice of Debtor's motion to extend and modify the preliminary injunction order |
| Tuesday, June 6, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Tuesday, June 6, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 7.0 | Expert Report review and drafting |
| Tuesday, June 6, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Tuesday, June 6, 2023 | 019 | Financial Due Diligence | 2.0 | Research and analysis in connection with Kenvue spinoff |
| Wednesday, June 7, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 7.0 | Expert Report review and drafting |
| Thursday, June 8, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Thursday, June 8, 2023 | 008 | Fee/Employment Applications | 1.0 | Retention application preparation |
| Thursday, June 8, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of draft TCC objection to Debtor's motion to extend and modify the preliminary injunction order |
| Thursday, June 8, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Expert Report of Charles H. Mullin, PhD |
| Thursday, June 8, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Expert Report of Gregory K. Bell, PhD |
| Friday, June 9, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Friday, June 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Rebuttal Report |
| Friday, June 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft reply in support of motion of the TCC to dismiss second bankruptcy petition |
| Saturday, June 10, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 5.0 | Rebuttal Report review and drafting |
| Sunday, June 11, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 7.0 | Rebuttal Report review and drafting |
| Monday, June 12, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Monday, June 12, 2023 | 010 | Contested Matters/Litigation (General) | 4.0 | Deposition attendance |
| Monday, June 12, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 6.0 | Rebuttal Report review and drafting |
| Monday, June 12, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft reply in support of motion to terminate exclusivity |
| Tuesday, June 13, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Tuesday, June 13, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Rebuttal Report review and drafting |
| Wednesday, June 14, 2023 | 010 | Contested Matters/Litigation (General) | 3.0 | Deposition attendance |
| Wednesday, June 14, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Rebuttal Report review and drafting |
| Thursday, June 15, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Rebuttal Report |
| Thursday, June 15, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 5.0 | Rebuttal Report review and drafting |
| Friday, June 16, 2023 | 019 | Financial Due Diligence | 2.0 | Preparation of due diligence questions for the Debtor |
| Sunday, June 18, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Burian deposition preparation |
| Monday, June 19, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Burian deposition preparation |
| Monday, June 19, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, June 19, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Monday, June 19, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Review of Debtor Rebuttal Report |

**Hours for:** Tope Odusanya
**Month of:** June 2023
**Total Hours:** 200.5

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, June 20, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 9.0 | Burian deposition preparation |
| Tuesday, June 20, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Tuesday, June 20, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Bell supplemental report |
| Wednesday, June 21, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Burian deposition preparation |
| Wednesday, June 21, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 7.0 | Burian deposition attendance |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of James Murdica |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of John K. Kim |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of Richard Dickinson |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of Robert Wuesthoff |
| Friday, June 23, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Saturday, June 24, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Burian testimony preparation |
| Saturday, June 24, 2023 | 010 | Contested Matters/Litigation (General) | 4.5 | Review of Lisman declaration |
| Monday, June 26, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Burian testimony preparation |
| Monday, June 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Monday, June 26, 2023 | 014 | Plan and Disclosure Statement | 2.0 | Review of Chapter 11 plan of reorganization of LTL Management |
| Monday, June 26, 2023 | 010 | Contested Matters/Litigation (General) | 2.0 | Review of Lisman declaration |
| Tuesday, June 27, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Tuesday, June 27, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Tuesday, June 27, 2023 | 014 | Plan and Disclosure Statement | 4.0 | Review of Chapter 11 plan of reorganization of LTL Management |
| Wednesday, June 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Burian testimony preparation |
| Wednesday, June 28, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Wednesday, June 28, 2023 | 011 | Non-Working Travel | 3.0 | Travel to New Jersey |
| Thursday, June 29, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Thursday, June 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of debtor's objections to the TCC's second amended exhibit list for hearing on the motion to dismiss |
| Friday, June 30, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |

**Hours for:** Danny Gendler
**Month of:** June 2023
**Total Hours:** 197.0

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, June 1, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Thursday, June 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 10.0 | Expert Report review and drafting |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft TCC motion to compel deposition testimony of Adam Pulaski |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft TCC motion to compel re-examination of Majed Nachawati |
| Friday, June 2, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Friday, June 2, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 7.0 | Expert Report review and drafting |
| Friday, June 2, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Friday, June 2, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of motion of the TCC to dismiss the second bankruptcy petition of LTL Management |
| Saturday, June 3, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Sunday, June 4, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Sunday, June 4, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 5.0 | Expert Report review and drafting |
| Monday, June 5, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Monday, June 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 10.0 | Expert Report review and drafting |
| Monday, June 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Expert Report |
| Monday, June 5, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of notice of Debtor's motion to extend and modify the preliminary injunction order |
| Tuesday, June 6, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Tuesday, June 6, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 8.0 | Expert Report review and drafting |
| Wednesday, June 7, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 8.0 | Expert Report review and drafting |
| Thursday, June 8, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Thursday, June 8, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of draft TCC objection to Debtor's motion to extend and modify the preliminary injunction order |
| Thursday, June 8, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Expert Report of Charles H. Mullin, PhD |
| Thursday, June 8, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Expert Report of Gregory K. Bell, PhD |
| Friday, June 9, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Friday, June 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Rebuttal Report |
| Friday, June 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft reply in support of motion of the TCC to dismiss second bankruptcy petition |
| Sunday, June 11, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 7.0 | Rebuttal Report review and drafting |
| Monday, June 12, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Monday, June 12, 2023 | 010 | Contested Matters/Litigation (General) | 4.0 | Deposition attendance |
| Monday, June 12, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 11.0 | Rebuttal Report review and drafting |
| Monday, June 12, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft reply in support of motion to terminate exclusivity |
| Tuesday, June 13, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Tuesday, June 13, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Rebuttal Report review and drafting |
| Wednesday, June 14, 2023 | 010 | Contested Matters/Litigation (General) | 3.0 | Deposition attendance |
| Wednesday, June 14, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Rebuttal Report review and drafting |
| Thursday, June 15, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Rebuttal Report |
| Thursday, June 15, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Rebuttal Report review and drafting |
| Friday, June 16, 2023 | 019 | Financial Due Diligence | 2.0 | Preparation of due diligence questions for the Debtor |
| Saturday, June 17, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Sunday, June 18, 2023 | 019 | Financial Due Diligence | 1.0 | Production of documents in relation to request from Debtor counsel |
| Monday, June 19, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Burian deposition preparation |
| Monday, June 19, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Tuesday, June 20, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 5.0 | Burian deposition preparation |
| Tuesday, June 20, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Tuesday, June 20, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Bell supplemental report |
| Wednesday, June 21, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 7.0 | Burian deposition attendance |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of James Murdica |

**Hours for:** Danny Gendler
**Month of:** June 2023
**Total Hours:** 197.0

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of John K. Kim |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of Richard Dickinson |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of Robert Wuesthoff |
| Friday, June 23, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Saturday, June 24, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Burian testimony preparation |
| Saturday, June 24, 2023 | 010 | Contested Matters/Litigation (General) | 4.5 | Review of Lisman declaration |
| Monday, June 26, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Burian testimony preparation |
| Monday, June 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Monday, June 26, 2023 | 014 | Plan and Disclosure Statement | 2.0 | Review of Chapter 11 plan of reorganization of LTL Management |
| Tuesday, June 27, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Burian testimony preparation |
| Tuesday, June 27, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Tuesday, June 27, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Tuesday, June 27, 2023 | 014 | Plan and Disclosure Statement | 4.0 | Review of Chapter 11 plan of reorganization of LTL Management |
| Wednesday, June 28, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Thursday, June 29, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Thursday, June 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of debtor's objections to the TCC's second amended exhibit list for hearing on the motion to dismiss |
| Friday, June 30, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |

**Hours for:** Charlie Vrattos
**Month of:** June 2023
**Total Hours:** 218.0

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, June 1, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Thursday, June 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 12.0 | Expert Report review and drafting |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft TCC motion to compel deposition testimony of Adam Pulaski |
| Thursday, June 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft TCC motion to compel re-examination of Majed Nachawati |
| Friday, June 2, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Friday, June 2, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 8.0 | Expert Report review and drafting |
| Friday, June 2, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Friday, June 2, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of motion of the TCC to dismiss the second bankruptcy petition of LTL Management |
| Saturday, June 3, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Saturday, June 3, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 8.0 | Expert Report review and drafting |
| Sunday, June 4, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Sunday, June 4, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 6.0 | Expert Report review and drafting |
| Monday, June 5, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Monday, June 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 10.0 | Expert Report review and drafting |
| Monday, June 5, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Expert Report |
| Monday, June 5, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of notice of Debtor's motion to extend and modify the preliminary injunction order |
| Tuesday, June 6, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Tuesday, June 6, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 7.0 | Expert Report review and drafting |
| Wednesday, June 7, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 8.0 | Expert Report review and drafting |
| Thursday, June 8, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Thursday, June 8, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of draft TCC objection to Debtor's motion to extend and modify the preliminary injunction order |
| Thursday, June 8, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Expert Report of Charles H. Mullin, PhD |
| Thursday, June 8, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Expert Report of Gregory K. Bell, PhD |
| Friday, June 9, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Friday, June 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Rebuttal Report |
| Friday, June 9, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft reply in support of motion of the TCC to dismiss second bankruptcy petition |
| Sunday, June 11, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 10.0 | Rebuttal Report review and drafting |
| Monday, June 12, 2023 | 006 | Meetings and Communications with Co-Counsel | 2.0 | Call with Advisors |
| Monday, June 12, 2023 | 010 | Contested Matters/Litigation (General) | 4.0 | Deposition attendance |
| Monday, June 12, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 12.0 | Rebuttal Report review and drafting |
| Monday, June 12, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft reply in support of motion to terminate exclusivity |
| Tuesday, June 13, 2023 | 016 | Court Attendance | 4.0 | Hearing participation |
| Tuesday, June 13, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 6.0 | Rebuttal Report review and drafting |
| Wednesday, June 14, 2023 | 010 | Contested Matters/Litigation (General) | 3.0 | Deposition attendance |
| Wednesday, June 14, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 5.0 | Rebuttal Report review and drafting |
| Thursday, June 15, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Internal discussion regarding Rebuttal Report |
| Thursday, June 15, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Rebuttal Report review and drafting |
| Friday, June 16, 2023 | 019 | Financial Due Diligence | 2.0 | Preparation of due diligence questions for the Debtor |
| Saturday, June 17, 2023 | 019 | Financial Due Diligence | 1.0 | Preparation of due diligence questions for the Debtor |
| Sunday, June 18, 2023 | 019 | Financial Due Diligence | 1.0 | Production of documents in relation to request from Debtor counsel |
| Monday, June 19, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Burian deposition preparation |
| Monday, June 19, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Monday, June 19, 2023 | 019 | Financial Due Diligence | 1.0 | Production of documents in relation to request from Debtor counsel |
| Tuesday, June 20, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Burian deposition preparation |
| Tuesday, June 20, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Tuesday, June 20, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of Bell supplemental report |

**Hours for:** Charlie Vrattos
**Month of:** June 2023
**Total Hours:** 218.0

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, June 21, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 7.0 | Burian deposition attendance |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of James Murdica |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of John K. Kim |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of Richard Dickinson |
| Thursday, June 22, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of declaration of Robert Wuesthoff |
| Friday, June 23, 2023 | 010 | Contested Matters/Litigation (General) | 5.0 | Deposition attendance |
| Saturday, June 24, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 4.0 | Burian testimony preparation |
| Saturday, June 24, 2023 | 010 | Contested Matters/Litigation (General) | 4.5 | Review of Lisman declaration |
| Monday, June 26, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Burian testimony preparation |
| Monday, June 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Monday, June 26, 2023 | 008 | Fee/Employment Applications | 2.0 | Fee statement preparation |
| Monday, June 26, 2023 | 014 | Plan and Disclosure Statement | 2.0 | Review of Chapter 11 plan of reorganization of LTL Management |
| Tuesday, June 27, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Burian testimony preparation |
| Tuesday, June 27, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Tuesday, June 27, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Tuesday, June 27, 2023 | 014 | Plan and Disclosure Statement | 4.0 | Review of Chapter 11 plan of reorganization of LTL Management |
| Wednesday, June 28, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Thursday, June 29, 2023 | 001 | Case Administration/Disbursements | 1.0 | Case administration |
| Thursday, June 29, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |
| Thursday, June 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of debtor's objections to the TCC's second amended exhibit list for hearing on the motion to dismiss |
| Friday, June 30, 2023 | 016 | Court Attendance | 5.0 | Hearing participation |