UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
## FOR THE PERIOD APRIL 18, 2023 THROUGH APRIL 30, 2023

| | |
|---|---|
| In re LTL Management LLC | Applicant: Cole Schotz P.C. |
| Case No. 23-12825 (MBK) | Client: Ad Hoc Committee of Supporting Counsel |
| Chapter 11 | Case Filed: April 4, 2023 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

　　　　　　　　　　　　　　　　　　　　　 */s/ Michael D. Sirota*　　　07/18/2023
　　　　　　　　　　　　　　　　　　　　　MICHAEL D. SIROTA　　　　Date

## SECTION I
## FEE SUMMARY

Summary of Amounts Requested for the Period
April 18, 2023 through April 30, 2023 (the "**Compensation Period**")

| | |
|---|---:|
| Total Fees | $96,181.00 |
| Total Disbursements | $587.90 |
| Minus % holdback of Fees | $19,236.20 |
| Amount Sought at this Time | $77,532.70 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---:|
| Total Previous Fees and Expenses Requested: | $0.00 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer Remaining: | $0.00 |
| Total Holdback: | $0.00 |
| Total Received by Applicant: | $0.00 |

| Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Michael D. Sirota<br>Member | 1986 | 9.70 | $1,200.00 | $11,640.00 |
| Warren A. Usatine<br>Member | 1995 | 5.60 | $950.00 | $5,320.00 |
| Seth Van Aalten<br>Member | 2004 | 35.70 | $950.00 | $33,915.00 |
| Justin R. Alberto<br>Member | 2008 | 12.20 | $740.00 | $9,028.00 |
| Ryan T. Jareck<br>Member | 2008 | 9.40 | $695.00 | $6,533.00 |
| Sarah A. Carnes<br>Member | 2015 | 14.70 | $760.00 | $11,172.00 |
| Mark Tsukerman<br>Member | 2010 | 9.90 | $625.00 | $6,187.50 |
| Stacy L. Newman<br>Member | 2007 | 1.10 | $650.00 | $715.00 |
| Bryant P. Churbuck<br>Associate | 2018 | 13.10 | $460.00 | $6,026.00 |
| Larry S. Morton<br>Paralegal | n/a | 15.90 | $355.00 | $5,644.50 |
| **TOTALS** | **n/a** | **127.30** | **n/a** | **$96,181.00** |

## SECTION II
## SUMMARY OF SERVICES

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis | 0.00 | $0.00 |
| Asset/Business Disposition | 0.00 | $0.00 |
| Assumption and Rejection of Leases and Contracts | 0.00 | $0.00 |
| Preference Actions/Response | 0.00 | $0.00 |
| Budgeting (Case) | 0.00 | $0.00 |
| Business Operations | 0.00 | $0.00 |
| Case Administration | 51.30 | $31,670.50 |
| Claims Administration and Objections | 0.00 | $0.00 |
| Corporate Governance and Board Matters | 0.00 | $0.00 |
| Data Analysis | 0.00 | $0.00 |
| Employee Benefits/Pensions | 0.00 | $0.00 |
| Fee Application Preparation | 0.00 | $0.00 |
| Fee Employment | 0.60 | $390.00 |
| Fee Objections | 0.00 | $0.00 |
| Financing | 0.00 | $0.00 |
| Litigation | 67.50 | $56,804.50 |
| Meetings of Creditors | 0.00 | $0.00 |
| Disclosure Statement | 0.00 | $0.00 |
| Plan of Reorganization | 7.90 | $7,316.00 |
| Real Estate | 0.00 | $0.00 |
| Regulatory Compliance | 0.00 | $0.00 |
| Relief from Stay | 0.00 | $0.00 |
| Reporting | 0.00 | $0.00 |
| Tax Issues | 0.00 | $0.00 |
| Valuation | 0.00 | $0.00 |
| Non-Working Travel | 0.00 | $0.00 |
| **SERVICES TOTALS** | **127.30** | **$96,181.00** |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| Disbursements | Amount |
|---|---|
| Photocopying / Printing / Scanning | $4.40 |
| Court Fees | $60.60 |
| Delivery Services / Federal Express | $0.00 |
| Outside Printing | $0.00 |
| Filing Fees | $0.00 |
| Travel – Mileage/Tolls | $0.00 |
| Other (Explain) | $0.00 |
| Depositions Transcript | $522.90 |
| **DISBURSEMENTS TOTAL** | **$587.90** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Kristopher M. Hansen (*admitted pro hac vice*)
Ryan P. Montefusco (*admitted pro hac vice*)

PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Matthew M. Murphy (*admitted pro hac vice*)
Matthew Micheli (*admitted pro hac vice*)

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten (*admitted pro hac vice*)
Justin Alberto (*admitted pro hac vice*)

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, Texas 77002
Lenard M. Parkins (*admitted pro hac vice*)
Charles M. Rubio (*admitted pro hac vice*)

*Counsel to Ad Hoc Committee of Supporting Counsel*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.,
AD HAC COMMITTEE OF SUPPORTING COUNSEL, FOR THE
PERIOD APRIL 18, 2023 THROUGH APRIL 30, 2023**

Cole Schotz P.C. ("Cole Schotz") submits this Monthly Fee Statement (the "Statement") for services rendered and expenses incurred as Counsel to the Ad Hoc Committee of Supporting Counsel[2] for the period commencing April 18, 2023 and ending April 30, 2023 (the "Statement Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professions* [Docket No. 562] (as modified, the "Interim Fee Procedures Order").

The billing invoices, along with a detailed breakdown of all out-of-pocket disbursements necessarily incurred by Cole Schotz for the Statement Period are annexed hereto. These invoices detail the services performed by Cole Schotz.

The fees requested and expenses incurred in this Statement are as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $96,181.00 | $19,236.20 | $76,944.80 | $587.90 |

[*Remainder of page left intentionally blank*]

---

[2] On June 20, 2023, the Bankruptcy Court entered the *Order Authorizing the Debtor to Enter into an Expense Reimbursement Agreement with Ad Hoc Committee of Supporting Counsel* [Docket No. 838] that provides for the reimbursement of fees from April 18, 2023 through the termination of the Reimbursement Agreement (together, the "Fees and Expenses").

2

WHEREFORE, Cole Schotz respectfully requests payment of fees and reimbursement of expenses for the Statement Period of $77,532.70 (80% of total fees and 100% of expenses) in accordance with the Reimbursement Order.

Dated: July 18, 2023   **COLE SCHOTZ P.C.**
*Counsel to Ad Hoc Committee
of Supporting Counsel*

/s/ *Michael D. Sirota*
Michael D. Sirota (NJ Bar No. 014321986)

# Exhibit A

**COLE SCHOTZ P.C.**

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ  07601

FEDERAL ID# 22-2113414

New York — Delaware — Maryland — Texas — Florida

LTL MANAGEMENT LLC
N/A

|  |  |
|---|---|
| Invoice Date: | July 13, 2023 |
| Invoice Number: | 953095 |
| Matter Number: | 66055-0001 |

**Re:** LTL AD HOC GROUP

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2023

## CASE ADMINISTRATION          51.30     31,670.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/19/23 | WAU | CALL WITH CS/PH TEAM RE: ENGAGEMENT AND BACKGROUND | 0.30 | 285.00 |
| 04/19/23 | MDS | TELEPHONE FROM ATTORNEY/CO-COUNSEL K. HANSEN ET AL RE: RETENTION | 0.50 | 600.00 |
| 04/19/23 | LSM | UPDATE, FILE AND CIRCULATE TO S. VAN AALTEN AND J. ALBERTO THE NOTICE OF APPEARANCE | 0.80 | 284.00 |
| 04/19/23 | SVA | CORRES W/ AHG RE PSAS | 0.30 | 285.00 |
| 04/19/23 | SVA | CORRES W/ L. MORTON RE NOA | 0.30 | 285.00 |
| 04/19/23 | WAU | CONFERENCE CALL WITH CLIENTS RE: CASE ISSUES AND BACKGROUND | 0.30 | 285.00 |
| 04/19/23 | WAU | PRELIM REVIEW OF CASE ISSUES AND FILINGS | 0.80 | 760.00 |
| 04/19/23 | LSM | DRAFT AMENDED NOTICE OF APPEARANCE AND FORWARD TO J. ALBERTO AND S. VAN AALTEN | 0.70 | 248.50 |
| 04/19/23 | JRA | INITIAL CALLS WITH CLIENTS, PAUL HASTINGS AND INTERNALLY RE IMMEDIATE ACTION ITEMS | 2.10 | 1,554.00 |
| 04/19/23 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL S. VAN AALTEN/W. USATINE RE: STRATEGY | 0.50 | 600.00 |
| 04/19/23 | WAU | REVIEW PROPOSED STATEMENT BY SUPPORTING COUNSEL | 0.20 | 190.00 |
| 04/19/23 | MDS | TELEPHONE FROM ATTORNEY/CO-COUNSEL CO-COUNSEL RE: STRATEGY | 0.50 | 600.00 |
| 04/20/23 | LSM | ARRANGE E-NOTICING FOR COLE SCHOTZ TEAM | 0.40 | 142.00 |
| 04/20/23 | MDS | LISTEN TO JUDGE KAPLAN RULINGS | 0.80 | 960.00 |
| 04/20/23 | LSM | FILE AND CIRCULATE TO J. ALBERTO THE INITIAL STATEMENT OF AD HOC COMMITTEE OF SUPPORTING TALC CLAIMANTS | 0.60 | 213.00 |
| 04/20/23 | LSM | DRAFT PRO HAC VICE TEMPLATE AND FORWARD TO CO-COUNSEL | 0.40 | 142.00 |
| 04/20/23 | LSM | RESEARCH PRO HAC FILING PROCEDURES FOR NJ | 0.50 | 177.50 |
| 04/20/23 | MT | ATTEND COURT HEARING RE: IMPOSITION OF STAY; REVIEW CASE PLEADINGS; EMAIL CORRESPONDENCE WITH CO-COUNSEL RE: SAME | 4.20 | 2,625.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | LTL AD HOC GROUP | | | Invoice Number 953095 |
| | Client/Matter No. 66055-0001 | | | July 13, 2023 |
| | | | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/20/23 | RTJ | REVIEW LTL PLEADINGS; REVIEW LTL DECISIONS | 2.80 | 1,946.00 |
| 04/20/23 | SVA | CORRES W/ CO-COUNSEL RE NOA AND PRO HACS | 0.20 | 190.00 |
| 04/20/23 | BPC | REVIEW DOCUMENTS RE: 2021 CASE FILINGS AND RELATED DOCUMENTS | 0.80 | 368.00 |
| 04/20/23 | BPC | ATTEND 4/20 HEARING | 0.70 | 322.00 |
| 04/20/23 | LSM | DRAFT, FILE AND CIRCULATE TO S. VAN AALTEN THE AMENDED NOTICE OF APPEARANCE | 0.50 | 177.50 |
| 04/20/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN AND M. TSUKERMAN RE: 4/20 HEARING | 0.30 | 138.00 |
| 04/20/23 | BPC | REVIEW EMAILS FROM S. VAN AALTEN AND M. TSUKERMAN RE: AD HOC GROUP OF SUPPORTING CLAIMANTS | 0.30 | 138.00 |
| 04/20/23 | BPC | REVIEW LTL CASE INFORMATION AND PROCEDURES (.40) | 0.40 | 184.00 |
| 04/20/23 | JRA | EMAILS WITH W. USATINE, S. VAN AALTEN, PH AND LM RE AMENDED NOTICE OF APPEARANCE AND PRO HACS | 0.80 | 592.00 |
| 04/21/23 | JRA | CORRESPOND WITH S. VAN AALTEN AND LM RE INITIAL FILINGS | 0.60 | 444.00 |
| 04/21/23 | LSM | DRAFT TWO PRO HAC VICE MOTION FOR PARKINS AND RUBIO AND FORWARD SAME TO CO-COUNSEL | 0.90 | 319.50 |
| 04/21/23 | JRA | T/C WITH TALC CLAIMANT (.3) AND FOLLOW UP CALLS WITH K. HANSEN AND S. VAN AALTEN (.3) RE ENGAGEMENT AND IMMEDIATE ACTION ITEMS | 0.60 | 444.00 |
| 04/21/23 | SVA | REVIEWED PROPOSED BYLAWS | 0.40 | 380.00 |
| 04/21/23 | LSM | REVIEW BANKRUPTCY COURT DOCKET AND UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION DEADLINES AND HEARING DATES | 0.70 | 248.50 |
| 04/21/23 | LSM | DRAFT THREE PRO HAC VICE MOTION FOR PAUL HASTINGS AND FORWARD TO CO-COUNSEL | 1.50 | 532.50 |
| 04/23/23 | LSM | ORDER ALL HEARING TRANSCRIPTS FOR NEW BANKRUPTCY CASE | 0.40 | 142.00 |
| 04/23/23 | SYC | EMAIL TO SVA RE: NJ PROJECT CODES | 0.60 | 456.00 |
| 04/23/23 | LSM | EMAILS WITH CO-COUNSEL REGARDING EDITS/REVISIONS TO PRO HAC VICE MOTIONS | 0.50 | 177.50 |
| 04/24/23 | LSM | PROCESS PAYMENT FOR HEARING TRANSCRIPTS | 0.20 | 71.00 |
| 04/24/23 | LSM | REVISE, FILE FIVE PRO HAC VICE MOTIONS FOR CO-COUNSEL | 0.70 | 248.50 |
| 04/24/23 | JRA | EMAILS (.1) AND T/C (.2) WITH S. VAN AALTEN RE ADMINISTRATIVE ITEMS AND FOLLOW UP WITH PH | 0.30 | 222.00 |
| 04/24/23 | SYC | REVIEW MOTION TO DISMISS AND SUPPORTING DOCUMENTS; CALL WITH SVA RE: SAME | 2.10 | 1,596.00 |
| 04/24/23 | LSM | EMAILS WITH CO-COUNSEL REGARDING CRITICAL DATES CALENDARING | 0.50 | 177.50 |
| 04/24/23 | LSM | COMPILE, REVIEW ALL HEARING TRANSCRIPTS FROM TRANSCRIBER AND FORWARD SAME TO S. VAN AALTEN AND CO-COUNSEL WITH COMMENTS | 0.60 | 213.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | LTL AD HOC GROUP | | | Invoice Number 953095 |
| | Client/Matter No. 66055-0001 | | | July 13, 2023 |
| | | | | Page 3 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 04/24/23 | SVA | CORRES W/ M. MICELI RE 2019 STATEMENT | 0.20 | 190.00 |
| 04/25/23 | SYC | REVIEW COMMITTEE BYLAWS | 0.20 | 152.00 |
| 04/25/23 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES AND HEARING DATES | 0.60 | 213.00 |
| 04/25/23 | LSM | EMAILS WITH M. MAGZMEN REGARDING HEARING INSTRUCTIONS AND PROTOCOL | 0.40 | 142.00 |
| 04/25/23 | MDS | REVIEW DETAILED WORKSREAMS, CONFERENCE WITH TEAM, ANTICIPATED FILINGS | 1.90 | 2,280.00 |
| 04/25/23 | LSM | RESEARCH PRECEDENT PLEADINGS AND FORWARD SAME TO L. MILIOTES | 0.50 | 177.50 |
| 04/26/23 | BPC | REVIE PAUL CROUCH'S OBJECTION TO MOTION FOR APPOINTMENT OF FUTURE CLAIMS REPRESENTATIVE | 0.20 | 92.00 |
| 04/26/23 | SYC | REVIEW DRAFT PRO HACS AND EMAIL TO L. MORTON RE: SAME | 0.50 | 380.00 |
| 04/26/23 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH HEARING DATES AND ADDITIONAL ATTORNEYS | 0.30 | 106.50 |
| 04/26/23 | BPC | REVIEW TCC'S MOTION TO SEAL PORTIONS OF ITS OBJECTION TO MOTION FOR APPOINTMENT OF FUTURE CLAIMS REPRESENTATIVE | 0.10 | 46.00 |
| 04/26/23 | LSM | COMPILE AND CIRCULATE TO S. CARNES TWO DRAFT PRO HAC MOTIONS WITH COMMENTS RE: J. ALBERTO AND S. VAN AALTEN | 0.20 | 71.00 |
| 04/26/23 | LSM | EMAILS WITH M MAGZMEN REGARDING E-NOTICING AND CASE MANAGEMENT | 0.40 | 142.00 |
| 04/26/23 | BPC | REVIEW TCC'S MOTION TO DISMISS | 0.50 | 230.00 |
| 04/26/23 | BPC | REVIEW ORDER GRANTING TCC'S MOTION TO SHORTEN TIME TO RESPOND TO THE TCC'S MOTION TO SEAL PORTIONS OF ITS OBJECTION TO THE MOTION FOR APPOINTMENT OF FUTURE CLAIMS REPRESENTATIVE | 0.10 | 46.00 |
| 04/26/23 | BPC | REVIEW TCC'S OBJECTION TO MOTION FOR APPOINTMENT OF FUTURE CLAIMS REPRESENTATIVE | 0.50 | 230.00 |
| 04/26/23 | BPC | REVIEW TCC'S OBJECTION TO MOTION FOR APPOINTMENT OF FUTURE CLAIMS REPRESENTATIVE | 0.50 | 230.00 |
| 04/26/23 | BPC | REVIEW TCC'S MOTION TO SHORTEN TIME TO RESPOND TO THE TCC'S MOTION TO SEAL PORTIONS OF ITS OBJECTION TO THE MOTION FOR APPOINTMENT OF FUTURE CLAIMS REPRESENTATIVE | 0.10 | 46.00 |
| 04/26/23 | BPC | PREPARE EMAILS TO COLE SCHOTZ LTL TEAM RE: 4/26 DOCKET FILINGS | 0.20 | 92.00 |
| 04/26/23 | WAU | REVIEW DRAFT BY-LAWS | 0.20 | 190.00 |
| 04/26/23 | LSM | DRAFT TWO PRO HAC VICE MOTIONS FOR S. VAN AALTEN AND J. ALBERTO | 0.70 | 248.50 |
| 04/26/23 | WAU | REVIEW FILINGS RE: FUTURE CLAIMS REPRESENTATIVE | 0.50 | 475.00 |
| 04/27/23 | BPC | PREPARE EMAILS TO COLE SCHOTZ LTL TEAM RE: 4/27 DOCKET FILINGS | 0.20 | 92.00 |

**COLE SCHOTZ P.C.**

Re:    LTL AD HOC GROUP    Invoice Number 953095
Client/Matter No. 66055-0001    July 13, 2023
Page 4

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/27/23 | BPC | PREPARE EMAIL TO STEERING COMMITTEE RE: MOTIONS TO DISMISS AND MOTION TO APPOINT FUTURE CLAIMS REPRESENTATIVE | 0.50 | 230.00 |
| 04/27/23 | BPC | REVIEW AD HOC GROUP OF MESOTHELIOMA CLAIMANTS' MOTION TO DISMISS | 0.20 | 92.00 |
| 04/27/23 | SLN | REVIEW DEBTORS MOTION TO APPOINT FUTURE REPRESENTATIVE (.5); | 0.50 | 325.00 |
| 04/27/23 | BPC | REVIEW ORDER GRANTING UST'S MOTION TO SHORTEN TIME TO RESPOND TO ITS MOTION TO SEAL PORTIONS OF ITS OBJECTION TO MOTION FOR APPOINTMENT OF A FUTURE CLAIMS REPRESENTATIVE | 0.20 | 92.00 |
| 04/27/23 | BPC | REVIEW DEBTOR'S MOTION FOR APPROVAL TO PAY OBLIGATIONS ARISING UNDER ORDER OF DISMISSAL | 0.30 | 138.00 |
| 04/27/23 | BPC | REVIEW MEMORANDUM OPINION GRANTING IN PART AND DENYING IN PART REQUEST FOR A PRELIMINARY INJUNCTION | 0.70 | 322.00 |
| 04/27/23 | BPC | REVIEW DEBTOR'S OBJECTION TO TCC'S MOTION TO SHORTEN TIME TO RESPOND TO ITS MOTION TO SEAL PORTIONS OF ITS OBJECTION TO MOTION TO APPOINT FUTURE CLAIMS REPRESENTATIVE | 0.10 | 46.00 |
| 04/27/23 | BPC | REVIEW AD HOC GROUP OF MESOTHELIOMA CLAIMANTS' REQUEST FOR DIRECT APPEAL OF 4/20 BENCH RULING | 0.20 | 92.00 |
| 04/27/23 | BPC | REVIEW UST'S MOTION TO SHORTEN TIME TO RESPOND TO ITS MOTION TO SEAL PORTIONS OF ITS OBJECTION TO MOTION FOR APPOINTMENT OF A FUTURE CLAIMS REPRESENTATIVE | 0.10 | 46.00 |
| 04/27/23 | BPC | REVIEW MRHFM'S OBJECTION TO MOTION FOR APPOINTMENT OF A FUTURE CLAIMS REPRESENTATIVE | 0.40 | 184.00 |
| 04/27/23 | SYC | CORRES WITH SVA AND B. CHURBUCK RE: NOTICES TO STEERING COMMITTEE | 0.50 | 380.00 |
| 04/27/23 | BPC | REVIEW UST'S OBJECTION TO MOTION FOR APPOINTMENT OF A FUTURE CLAIMS REPRESENTATIVE | 0.50 | 230.00 |
| 04/27/23 | BPC | REVIEW UST'S MOTION TO SEAL PORTIONS OF ITS OBJECTION TO MOTION FOR APPOINTMENT OF A FUTURE CLAIMS REPRESENTATIVE | 0.10 | 46.00 |
| 04/27/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO M. TSUKERMAN RE: MOTIONS TO DISMISS | 0.20 | 92.00 |
| 04/27/23 | BPC | TELEPHONIC CONFERENCE WITH S. CARNES RE: 4/27 DOCKET FILINGS | 0.10 | 46.00 |
| 04/27/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. CARNES RE: 4/27 DOCKET FILINGS | 0.40 | 184.00 |
| 04/27/23 | LSM | REVISE, FILE AND CIRCULATE TWO PRO HAC VICE MOTIONS FOR J. ALBERTO AND S. VAN AALTEN | 0.70 | 248.50 |
| 04/28/23 | MDS | REVIEW ELLIS DECLARATION | 0.30 | 360.00 |
| 04/28/23 | JRA | EMAILS WITH CLIENTS, PH AND INTERNALLY RE WORK STREAMS AND ISSUES LIST | 0.80 | 592.00 |

**COLE SCHOTZ P.C.**

Re: LTL AD HOC GROUP  
Client/Matter No. 66055-0001

Invoice Number 953095  
July 13, 2023  
Page 5

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/28/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. CARNES RE: 4/28 DOCKET FILINGS | 0.20 | 92.00 |
| 04/28/23 | BPC | REVIEW AD HOC COMMITTEE OF STATES' MOTION TO DISMISS | 0.50 | 230.00 |
| 04/28/23 | BPC | REVIEW PAUL CROUCH'S MOTION TO DISMISS | 0.50 | 230.00 |
| 04/28/23 | BPC | REVIEW CERTAIN MESOTHELIOMA CLAIMANTS' OBJECTION TO DEBTOR'S CONFIDENTIALITY DESIGNATIONS | 0.40 | 184.00 |
| 04/28/23 | BPC | PREPARE EMAILS TO STEERING COMMITTEE RE: 4/28 DOCKET FILINGS | 0.40 | 184.00 |
| 04/28/23 | MDS | REVIEW RESPONSE TO FUTURE CLAIMS REPRESENTATIVE | 0.40 | 480.00 |
| 04/28/23 | BPC | PREPARE EMAILS TO COLE SCHOTZ LTL TEAM RE: 4/28 DOCKET FILINGS | 0.20 | 92.00 |
| 04/29/23 | BPC | REVIEW DEBTOR'S MOTION TO SHORTEN TIME TO RESPOND TO ITS MOTION TO SEAL PORTIONS OF ITS OMNIBUS REPLY IN SUPPORT OF ITS MOTION FOR APPOINTMENT OF A FUTURE CLAIMS REPRESENTATIVE | 0.10 | 46.00 |
| 04/29/23 | BPC | PREPARE EMAIL TO STEERING COMMITTEE RE: 4/29 DOCKET FILINGS | 0.20 | 92.00 |
| 04/29/23 | BPC | REVIEW MESOTHELIOMA CLAIMANTS' JOINER TO TCC'S MOTION TO DISMISS | 0.10 | 46.00 |
| 04/29/23 | BPC | REVIEW DEBTOR'S MOTION TO SEAL PORTIONS OF ITS OMNIBUS REPLY IN SUPPORT OF MOTION FOR APPOINTMENT OF FUTURE CLAIMS REPRESENATIVE | 0.10 | 46.00 |
| 04/29/23 | BPC | REVIEW RANDI ELLIS' DECLARATION IN SUPPORT OF HER APPOINTMENT AS FUTURE CLAIMS REPRESENTATIVE | 0.30 | 138.00 |
| 04/29/23 | BPC | REVIEW MRHFM'S MOTION TO DISMISS | 0.20 | 92.00 |
| 04/29/23 | BPC | REVIEW DEBTOR'S OMNIBUS REPLY IN SUPPORT OF MOTION FOR APPOINTMENT OF FUTURE CLAIMS REPRESENTATIVE | 0.30 | 138.00 |

| **FEE EMPLOYMENT** | | | **0.60** | **390.00** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 04/21/23 | SLN | REVIEW OF DOCKET FOR TDP; CORRESPONDENCE WITH J. ALBERTO; | 0.60 | 390.00 |

| **LITIGATION** | | | **67.50** | **56,804.50** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 04/19/23 | SVA | AHG KICK OFF CALL | 0.70 | 665.00 |
| 04/19/23 | JRA | BEGIN REVIEWING INFORMATIONAL BRIEF AND TRO PLEADINGS | 1.50 | 1,110.00 |
| 04/19/23 | SVA | CONF W/ PH AND CS TEAMS RE KICK OFF | 0.60 | 570.00 |
| 04/20/23 | WAU | ATTEND WEBINAR HEARING ON COURT'S PRELIMINARY INJUNCTION RULING | 0.30 | 285.00 |
| 04/20/23 | MDS | REVIEW ORDER SHORTENING TIME; HEARING ON DISCLOSURE STATEMENT/PLAN OF REORGANIZATION | 0.90 | 1,080.00 |

**COLE SCHOTZ P.C.**

| Re: | LTL AD HOC GROUP | Invoice Number 953095 |
| | Client/Matter No. 66055-0001 | July 13, 2023 |
| | | Page 6 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 04/20/23 | SYC | ATTEND 4/20 HEARING | 0.80 | 608.00 |
| 04/20/23 | SYC | REVIEW BRIEFING ON MOTION TO DISMISS IN LTL1DEBTOR'S INFORMATIONAL STATEMENT RE REFILING, AD HOC TALC COMMITTEE'S INFORMATIONAL BRIEF AGAINST REFILING, AND MRHFM'S INFORMATIONAL STATEMENT AGAINST REFILING. | 3.50 | 2,660.00 |
| 04/20/23 | LSM | DRAFT CHART FOR EXHIBIT TO INITIAL STATEMENT OF AD HOC COMMITTEE OF SUPPORTING TALC CLAIMANTS | 0.80 | 284.00 |
| 04/20/23 | WAU | REVIEW PRELIMINARY INJUNCTION PLEADINGS (COMPLAINT; MOTION; ETC) | 1.20 | 1,140.00 |
| 04/20/23 | SVA | CONF W/ CO-COUNSEL RE PI HEARING AND NEXT STEPS | 0.90 | 855.00 |
| 04/20/23 | SVA | CONF W/ CLIENTS RE LITIGATION ISSUES | 0.60 | 570.00 |
| 04/20/23 | SVA | ATTEND PI HEARING | 0.70 | 665.00 |
| 04/20/23 | SVA | CORRES W/ CS TEAM RE INITIAL ACTION PLAN | 0.20 | 190.00 |
| 04/20/23 | SVA | REVIEWED FIRST DAY DECLARATION OF JOHN KIM | 1.70 | 1,615.00 |
| 04/20/23 | SVA | REVIEWED DEBTOR STATEMENT IN SUPPORT OF SECOND FILING | 0.40 | 380.00 |
| 04/20/23 | SVA | REVIEWED TCC INFORMATIONAL BRIEF RE SECOND BK FILING | 0.70 | 665.00 |
| 04/20/23 | SVA | REVIEWED BRIEFING ON CASE 1 MTD | 2.30 | 2,185.00 |
| 04/20/23 | SVA | REVIEWED MRHFM INFORMATIONAL BRIEF IN CONNECTION WITH SECOND FILING | 0.90 | 855.00 |
| 04/20/23 | SVA | REVIEW AHG INITIAL STATEMENT | 0.40 | 380.00 |
| 04/20/23 | SVA | CORRES W/ CLIENT RE PI HEARING | 0.20 | 190.00 |
| 04/20/23 | SVA | REVIEWED THIRD CIRCUT REVERSAL ON CASE 1 MTD | 0.60 | 570.00 |
| 04/20/23 | SVA | REVIEWED BK DECISION DENYING MTD CASE 1 | 0.70 | 665.00 |
| 04/20/23 | SVA | CORRES W/ AHG RE COMMENTS TO INITIAL STATEMENT | 0.40 | 380.00 |
| 04/20/23 | LSM | ADDITIONAL REVISIONS PER J. ALBERTO COMMENTS TO THE INITIAL STATEMENT OF AD HOC COMMITTEE OF SUPPORTING TALC CLAIMANTS | 0.50 | 177.50 |
| 04/20/23 | MDS | REVIEW AD HOC STATEMENT | 0.40 | 480.00 |
| 04/20/23 | LSM | UPDATE, FORMAT AND FORWARD TO J. ALBERTO THE INITIAL STATEMENT OF AD HOC COMMITTEE OF SUPPORTING TALC CLAIMANTS | 0.90 | 319.50 |
| 04/21/23 | BPC | REVIEW EMAIL FROM AND PREPARE EMAIL TO S. VAN AALTEN RE: TCC MOTION FOR DIRECT APPEAL AND MOTION TO INTERVENE | 0.20 | 92.00 |
| 04/21/23 | SYC | REVIEW TCC'S MOTION FOR DIRECT APPEAL OF THE PRELIMINARY INJUNCTION ORDER AND RELATED PLEADINGS | 1.20 | 912.00 |
| 04/21/23 | JRA | FURTHER EMAILS WITH S. VAN AALTEN, W. USATINE AND GROUP MEMBERS RE INVENTION AND INJUNCTION ISSUES | 0.40 | 296.00 |
| 04/21/23 | JRA | EMAILS WITH S. VAN AALTEN AND PH RE INTERVENTION | 0.30 | 222.00 |
| 04/21/23 | SVA | RESEARCH RE AHG INTERVENTION IN ADVERSARY PROCEEDING FOR PRELIMINARY INJUNCTION | 1.40 | 1,330.00 |

**COLE SCHOTZ P.C.**

Re:   LTL AD HOC GROUP  
Client/Matter No. 66055-0001

Invoice Number  953095  
July 13, 2023  
Page 7

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/21/23 | SVA | CONF W/ PH TEAM RE NEXT STEPS | 0.50 | 475.00 |
| 04/21/23 | SVA | REVIEWED TCC MOTION FOR DIRECT APPEAL OF PI ORDER | 0.40 | 380.00 |
| 04/21/23 | SVA | REVIEW/COMMENT ON AHG PRESS RELEASE | 0.20 | 190.00 |
| 04/21/23 | SVA | REVIEWED EXPENSE REIMBURSEMENT PLEADINGS RE AD HOC COMMITTEE OF STATE ATTORNEYS FROM CASE 1 | 0.60 | 570.00 |
| 04/21/23 | WAU | REVIEW MOTION FOR DIRECT APPEAL AND EMAILS RE: SAME | 0.60 | 570.00 |
| 04/21/23 | JRA | REVIEW MOTION FOR DIRECT APPEAL | 0.40 | 296.00 |
| 04/21/23 | JRA | ANALYZE TCC MOTION TO INTERVENE | 0.20 | 148.00 |
| 04/22/23 | MDS | REVIEW FILED PLEADINGS; ORDER TO SHOW CAUSE | 0.70 | 840.00 |
| 04/22/23 | MT | REVIEW OF DISMISSAL PLEADINGS AND STAY PLEADINGS | 3.30 | 2,062.50 |
| 04/22/23 | SVA | CORRES W/ USATINE AND HANSEN RE MANDAMUS ON PI ORDER | 0.20 | 190.00 |
| 04/22/23 | SVA | CORRES W/ K. HANSEN AND M.MICELI RE 2019 STATEMENT AND ENGAGEMENT LETTERS | 0.30 | 285.00 |
| 04/24/23 | RTJ | REVIEW CORRESPONDENCE FROM PAUL HASTINGS | 0.30 | 208.50 |
| 04/24/23 | RTJ | REVIEW MOTION TO DISMISS | 1.80 | 1,251.00 |
| 04/24/23 | MT | REVIEW OF RELEVANT CASE PLEADINGS FROM LTL 1 | 2.40 | 1,500.00 |
| 04/24/23 | SVA | REVIEWED TCC MOTION TO DIMISS | 2.40 | 2,280.00 |
| 04/24/23 | SVA | REVIEWED HEARING TRANSCRIPTS 4.11, 4.18 AND 4.20 | 2.70 | 2,565.00 |
| 04/24/23 | SVA | CORRES W/ CS AND PH TEAMS RE PRO HACS | 0.20 | 190.00 |
| 04/24/23 | SVA | T/C W/ K. ROSEN RE PI AND MTD HEARINGS | 0.50 | 475.00 |
| 04/25/23 | SYC | REVIEW DEBTOR REPLY TO TCC MOTION TO SHORTEN AND ORDER DISSOLVING TRO | 0.60 | 456.00 |
| 04/25/23 | BPC | REVIEW ORDER DISSOLVING TRO AND RELATED DOCUMENTS | 0.30 | 138.00 |
| 04/25/23 | SVA | REVIEWED DEBTOR REPLY TO TCC MOTION TO SHORTEN NOTICE RE PI ORDER | 0.10 | 95.00 |
| 04/25/23 | RTJ | WORK ON SHORTENED NOTICE PLEADINGS | 0.50 | 347.50 |
| 04/25/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO COLE SCHOTZ LTL TEAM RE: ORDER DISSOLVING TRO AND RELATED DOCUMENTS | 0.20 | 92.00 |
| 04/26/23 | SVA | REVIEW/COMMENT ON MOTION TO SHORTEN INTERVENTION MOTION | 0.40 | 380.00 |
| 04/26/23 | SVA | CORRES W/ USATINE AND JARECK RE AHG INTERVENTION AND MOTION TO SHORTEN NOTICE | 0.20 | 190.00 |
| 04/26/23 | WAU | CONFERENCE WITH CS TEAM RE: UPCOMING MOTION AND STRATEGY | 0.30 | 285.00 |
| 04/26/23 | RTJ | REVIEW AND REVISE SEALING PLEADINGS; REVIEW LTL PROTOCOLS RE: SEALING; REVIEW PLEADINGS | 1.90 | 1,320.50 |
| 04/26/23 | MDS | REVIEW MOTION TO SATISFY OBJECTIONS UNDER DISMISSAL ORDER | 0.40 | 480.00 |
| 04/26/23 | SVA | T/C W/ M. MICHELI AND S. CARNES RE AHG INTERVENTION IN ADVERSARY PROCEEDING | 0.30 | 285.00 |

**COLE SCHOTZ P.C.**

| Re: | LTL AD HOC GROUP | | Invoice Number 953095 |
|---|---|---|---|
| | Client/Matter No. 66055-0001 | | July 13, 2023 |
| | | | Page 8 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/26/23 | SYC | BRIEF REVIEW OF MOTION TO SHORTEN AND MOTION TO INTERVENE | 0.60 | 456.00 |
| 04/26/23 | SVA | REVIEWED TCC OBJECTION TO FCR APPOINTMENT MOTION | 0.40 | 380.00 |
| 04/26/23 | SYC | CALL WITH PH RE: MOTION TO SHORTEN ON MOTION TO INTERVENE AND 2019 STATEMENT | 0.40 | 304.00 |
| 04/26/23 | SYC | CALLS AND EMAILS WITH SVA AND W. USATINE RE: MOTION TO SHORTEN ON MOTION TO INTERVENE AND 2019 STATEMENT | 0.60 | 456.00 |
| 04/26/23 | MDS | REVIEW MOTIONS TO APPOINT FUTURE CLAILS REPRESENTATIVE; MOTION TO SHORTEN TIME ON SEAL; OBJECTION TO FUTURE CLAIMS REPRESENTATIVE | 1.90 | 2,280.00 |
| 04/26/23 | JRA | CONFER INTERNALLY RE STRATEGY ON TDP'S AND 2019; RESEARCH AND EMAILS RE 2019 | 1.00 | 740.00 |
| 04/26/23 | JRA | T/C WITH W. USATINE AND S. VAN AALTEN; CONFER WITH S. VAN AALTEN RE SEALING/INTERVENTION/TDP | 0.70 | 518.00 |
| 04/26/23 | WAU | REVIEW MOTION TO SEAL AND PROVIDE COMMENTS | 0.50 | 475.00 |
| 04/26/23 | WAU | REVIEW MOTION FILING RE: DIRECT APPEAL TO THIRD CIRCUIT | 0.40 | 380.00 |
| 04/27/23 | SVA | REVIEWED MRHFM'S OBJECTION TO FCR APPOINTMENT | 0.70 | 665.00 |
| 04/27/23 | RTJ | REVIEW RESEARCH AND INVESTIGATION REPORTS | 0.70 | 486.50 |
| 04/27/23 | RTJ | REVIEW LTL PLEADINGS | 0.60 | 417.00 |
| 04/27/23 | SVA | REVIEW UST OBJECTION TO FCR APPOINTMENT | 0.20 | 190.00 |
| 04/27/23 | SVA | REVIEWED OPINION GRANTING/DENYING PI MOTION | 0.80 | 760.00 |
| 04/27/23 | JRA | REVIEW OBJECTIONS TO FCR APPOINTMENT | 0.50 | 370.00 |
| 04/27/23 | SYC | REVIEW BRIEFING ON DEBTOR'S MOTION TO APPOINT FUTURE CLAIMS REP & TCC AND UST OBJECTIONS (AND RELATED SEALING MOTIONS/MOTIONS TO SHORTEN) | 1.80 | 1,368.00 |
| 04/27/23 | SVA | REVEW DEBTOR'S MOTION TO SATISFY OBLIGATIONS UNDER FIRST CASE DISMISSAL ORDER | 0.40 | 380.00 |
| 04/27/23 | JRA | REVIEW PI OPINION | 0.60 | 444.00 |
| 04/27/23 | RTJ | REVIEW INJUNCTION DECISION | 0.80 | 556.00 |
| 04/28/23 | SVA | REVIEWED TCC'S LETTER RE MTD | 0.10 | 95.00 |
| 04/28/23 | SVA | REVIEWED SATTERLY OBJECTION TO DEBTOR CONFIDENTIALITY DESIGNATIONS RE PSA TERM SHEET AND BOARD MINUTES | 0.30 | 285.00 |
| 04/28/23 | SVA | CORRES W/ S. CARNES AND B. CHURBUCK RE ADVERSARY PROCEEDING FILINGS | 0.20 | 190.00 |
| 04/28/23 | JRA | REVIEW TCC LETTER RE MOTION TO DISMISS | 0.10 | 74.00 |
| 04/28/23 | SVA | REVIEWED TCC'S LETTER RE CONFIDENTIALITY DESIGNATIONS BY DEBTOR | 0.10 | 95.00 |
| 04/28/23 | JRA | REVIEW STATES' MOTION TO DISMISS | 0.40 | 296.00 |
| 04/28/23 | SYC | REVIEW AHGMC'S MTD AND REQUEST FOR DIRECT APPEAL | 0.80 | 608.00 |
| 04/28/23 | SYC | REVIEW TCC LETTERS TO COURT ON MTD AND CONFIDENTIALITY | 0.50 | 380.00 |

**COLE SCHOTZ P.C.**

Re: LTL AD HOC GROUP
Client/Matter No. 66055-0001

Invoice Number 953095
July 13, 2023
Page 9

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/28/23 | MDS | REVIEW RECENTLY FILED PLEADINGS AND LETTER TO COURT | 0.50 | 600.00 |
| 04/28/23 | SVA | REVIEWED AD HOC COMMITTEE OF STATES MOTION TO DISMISS CASE | 1.20 | 1,140.00 |
| 04/28/23 | SVA | REVIEWED PAUL CROUCH MOTION TO DISMISS CASE | 0.30 | 285.00 |
| 04/28/23 | SVA | REVIEWED ORDER APPROVING SERVICE PROCEDURES FOR SUMMONS, COMPLAINT AND OTHER ADVERSARY PROCEEDING FILINGS | 0.20 | 190.00 |

**PLAN OF REORGANIZATION** — 7.90 — 7,316.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/20/23 | SVA | CONF W/ CLIENTS RE PLAN ISSUES | 0.70 | 665.00 |
| 04/21/23 | SVA | CORRES W/ AHG RE PLAN, TDP AND MATRIX ISSUES | 0.30 | 285.00 |
| 04/21/23 | SVA | T/C W/ AHG RE PLAN ISSUES | 0.50 | 475.00 |
| 04/21/23 | JRA | EMAILS INTERNALLY RE TDP RESEARCH | 0.30 | 222.00 |
| 04/22/23 | SVA | T/C W/ PH AND JD TEAMS RE CASE ISSUES | 0.60 | 570.00 |
| 04/22/23 | JRA | EMAILS INTERNALLY AND WITH PH RE TRANSCRIPTS AND OTHER ADMIN ISSUES (.4); T/C WITH S. VAN AALTEN RE TDP AND CASE STRATEGY (.2) | 0.60 | 444.00 |
| 04/25/23 | SVA | CONF W/ PH AND PR RE BYLAWS AND PLAN ISSUES | 0.50 | 475.00 |
| 04/25/23 | SVA | REVIEWED PR RESEARCH RE VOTING PROCEDURES IN OTHER MASS TORT CASES | 2.30 | 2,185.00 |
| 04/25/23 | SVA | CONF W/ STEERING COMMITTEE RE PLAN ISSUES AND BYLAWS | 0.40 | 380.00 |
| 04/27/23 | SVA | REVIEWED PLAN AND TDP COMMENTS FROM STEERING CO. | 0.40 | 380.00 |
| 04/28/23 | SVA | CORRES RE PLAN TERM SHEET AND TDPS | 0.40 | 380.00 |
| 04/29/23 | SVA | REVIEW ELLIS DECLARATION IN SUPPORT OF FCR RETENTION | 0.30 | 285.00 |
| 04/29/23 | SVA | REVIEWED DEBTOR OMNIBUS REPLY TO ELLIS FCR APPOINTMENT MOTION | 0.60 | 570.00 |

TOTAL HOURS   127.30

PROFESSIONAL SERVICES:   $96,181.00

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Bryant P. Churbuck | Associate | 13.10 | 460.00 | 6,026.00 |
| Justin R. Alberto | Member | 12.20 | 740.00 | 9,028.00 |
| Mark Tsukerman | Member | 9.90 | 625.00 | 6,187.50 |
| Michael D. Sirota | Member | 9.70 | 1,200.00 | 11,640.00 |
| Morton, Larry | Paralegal | 15.90 | 355.00 | 5,644.50 |
| Ryan T. Jareck | Member | 9.40 | 695.00 | 6,533.00 |

**COLE SCHOTZ P.C.**

| Re: | LTL AD HOC GROUP | Invoice Number 953095 |
|---|---|---|
| | Client/Matter No. 66055-0001 | July 13, 2023 |
| | | Page 10 |

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| Sarah A. Carnes | Member | 14.70 | 760.00 | 11,172.00 |
| Seth Van Aalten | Member | 35.70 | 950.00 | 33,915.00 |
| Stacy L. Newman | Member | 1.10 | 650.00 | 715.00 |
| Warren A. Usatine | Member | 5.60 | 950.00 | 5,320.00 |
| | **Total** | **127.30** | | **$96,181.00** |

**COST SUMMARY**

| **Description** | **AMOUNT** |
|---|---|
| COURT FEES | 60.60 |
| PHOTOCOPYING / PRINTING / SCANNING | 4.40 |
| DEPOSITIONS TRANSCRIPT | 522.90 |
| **TOTAL COSTS** | **$587.90** |

| TOTAL SERVICES AND COSTS: | $ | 96,768.90 |
|---|---|---|

**TASK SUMMARY**

| **TASK CODE** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|
| NJ821 | LITIGATION | 67.50 | 56,804.50 |
| NJ839 | CASE ADMINISTRATION | 51.30 | 31,670.50 |
| NJ842 | FEE EMPLOYMENT | 0.60 | 390.00 |
| NJ851 | PLAN OF REORGANIZATION | 7.90 | 7,316.00 |
| | **Total** | **127.30** | **$96,181.00** |

**Cole Schotz P.C.**
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-489-3000  201-489-1536
FEDERAL ID# 22-2113414

New York — Delaware — Maryland — Texas — Florida

LTL MANAGEMENT LLC
N/A

Invoice Date: July 13, 2023
Invoice Number: 953095
Matter Number: 66055-0001

## REMITTANCE PAGE

PROFESSIONAL SERVICES THROUGH APRIL 30, 2023

**Client:** AD HOC GROUP OF SUPPORTING COUNSEL
**Matter:** LTL AD HOC GROUP

| | |
|---|---|
| TOTAL FEES: | $ 96,181.00 |
| TOTAL COSTS: | $ 587.90 |
| TOTAL DUE THIS INVOICE: | $ 96,768.90 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

**For payments via ACH (e-check) or Credit Card please visit**
http://payments.coleschotz.com

**or use the QR Code**



**For payments made via Wire**
Account Name: Cole Schotz P.C.
Bank of America, Account #4380000240
ABA #026009593

**Please call 201-525-6280 for assistance with payments**