**EXHIBIT "A"**



Genova Burns LLC
110 Allen Rd., Ste. 304
Basking Ridge, NJ 07920
Tel: 973.467.2700  Fax: 973.467.8126
Web: www.genovaburns.com

**Daniel M. Stolz, Esq.**
Partner
Member of the NJ Bar
dstolz@genovaburns.com
Direct:  973-230-2095

July 19, 2023

*Via Email*

Gregory M. Gordon, Esq.
Jones Day
gmgordon@jonesday.com

Daniel B. Prieto, Esq.
Jones Day
dbprieto@jonesday.com

      **Re:**    **LTL Management LLC**
                 **Our File No.:  24987.003**

Dear Greg and Dan:

      As you know, this firm serves as local counsel to the Official Committee of Talc Claimants (the "TCC") in the above-referenced Chapter 11 proceedings.  I write with regard to the Debtor's demand for a "Certified Plan Solicitation Directive and Client List" (the "Solicitation Directive") received yesterday evening by, as we understand, a multitude of plaintiff firms involved in the multi-district litigation.

      The TCC demands that the Debtor immediately confirm that it will withdraw the Solicitation Directive and provide an explanation (to be drafted by the TCC) for its withdrawal. Further, the TCC demands that the Debtor stand down on all Plan matters pending the Court's decision on the TCC's motion to dismiss and the Court's determination on the Debtor's motion to authorize solicitation procedures (the "Solicitation Procedures Motion") [Doc 1011], currently scheduled for August 22nd.  The Solicitation Directive that was delivered to plaintiff law firms last night is part of the solicitation procedures that the Debtor seeks authority from this Court to implement through its Solicitation Procedures Motion.

      The Debtor's brazen effort to demand the Solicitation Directive was undertaken by the Debtor prior to the TCC's opportunity to object[1] to the relief sought in the Solicitation Procedures Motion and, more egregiously, prior to the Court's opportunity to consider the Debtor's request and render a decision. The Solicitation Directive is a clear and improper attempt to implement

---

[1] The TCC's deadline to object to the Solicitation Procedures Motion is August 8, 2023.

Daniel B. Prieto, Esq.
Gregory M. Gordon, Esq.
Re:  LTL Management, LLC
July 19, 2023

PAGE TWO

prematurely the relief sought in the Solicitation Procedures Motion.[2] Specifically, neither the proposed procedure nor the proposed form of the Solicitation Directive was authorized by the Court.

The TCC notes that the materials included with the improper Solicitation Directive encourage recipients to review a draft of the Disclosure Statement which has not been approved by the Court. In addition to confirming the Debtor's intent to withdraw the Solicitation Directive and issue the TCC's explanation for the withdrawal, the TCC demands the Debtor immediately disclose: (i) the full list of recipients of the unauthorized Solicitation Directive (including any law firms or individual claimants); and (ii) other actions (extrajudicial or otherwise) taken by the Debtor, its professionals, agents, or affiliates (including professionals or agents of the affiliates) to disseminate (or make available to the public) the Solicitation Directive, Plan, Disclosure Statement or related materials.

We have notified the Office of the United States Trustee of the unauthorized Solicitation Directive and have copied the office on this communication as these issues are clearly within their domain. Further, the TCC has communicated with its constituents and advised them not to respond to the Debtor's unsanctioned demand pending further order of the Court. Please contact the undersigned by the close of business to confirm that the Solicitation Directive will be withdrawn and coordinate the dissemination of the TCC's curative explanation. The TCC reserves all rights to seek sanctions and other available relief should the Debtor fail to comply with the above demands.

                                              Very truly yours,

                                              **GENOVA BURNS LLC**

                                              DANIEL M. STOLZ

DMS:dwc

---

[2] See, among other relief sought, paragraph 20 of the proposed order (the "Solicitation Order") submitted with the Solicitation Procedures Motion. [Doc 1011-18]

Daniel B. Prieto, Esq.
Gregory M. Gordon, Esq.
Re:  LTL Management, LLC
July 19, 2023

PAGE TWO

cc:  Melanie Cyganowski, Esq. (mcyganowski@otterbourg.com)
cc:  David Molton, Esq. (dmolton@brownrudnick.com)
cc:  Sunni Beville, Esq. (sbeville@brownrudnick.com)
cc:  Michael Winograd, Esq.  (mwinograd@brownrudnick.com)
cc: Jeffrey L. Jonas, Esq. (jjonas@brownrudnick.com)
cc:  Adam C. Silverstein, Esq. (asilverstein@otterbourg.com)
cc:  Jeffrey M. Sponder, Esq. (Jeffrey.m.sponder@usdoj.gov)
cc: Lauren Bielskie, Esq. (lauren.bielskie@usdoj.gov)
cc:  Linda Richenderfer, Esq. (Linda.richenderfer@usdoj.gov)