**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC<br>Clayton L. Thompson, Esq.<br>cthompson@mrhfmlaw.com<br>Suzanne M. Ratcliffe, Esq.<br>sratcliffe@mrhfmlaw.com<br>150 West 30th Street, Suite 201<br>New York, New York 10001<br>Tel: (800) 358-5922<br>*Attorneys for Mesothelioma Claimants Katherine Tollefson, Sandra Weathers, Mary Jackson, Elizabeth Meikle, Marzena Zachara, Robert Radin, and Christine Woodfin* | COONEY & CONWAY<br>Kathy Byrne, Esq.<br>kbyrne@cooneyconway.com<br>120 N. LaSalle Street, Suite 3000<br>Chicago, Illinois 60602<br>Tel: (312) 236-6166<br>*Attorneys for Mesothelioma Claimant Giovanni Sosa*<br>*Admitted Pro Hac Vice |
| LEX NOVA LAW, LLC<br>E. Richard Dressel, Esq.<br>rdressel@lexnovalaw.com<br>10 E. Stow Road, Suite 250<br>Marlton, New Jersey 08053<br>Tel: (856) 382-8211<br>*Attorneys for Mesothelioma Claimants Evan Plotkin and Giovanni Sosa* | DEAN OMAR BRANHAM SHIRLEY, LLP<br>J. Bradley Smith, Esq.<br>Bsmith@dobslegal.com<br>302 N. Market Road<br>Suite 300<br>Dallas, Texas 75202<br>Tel: (214) 722-5990<br>*Attorneys for Mesothelioma Claimant Evan Plotkin*<br>*Admitted Pro Hac Vice |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
|     LTL MANAGEMENT LLC, | ) | Lead BK Case: 23-12825-MBK |
| | ) | |
| Debtor. | ) | |

## AD HOC GROUP OF MESOTHELIOMA CLAIMANTS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS THE SECOND BANKRUPTCY PETITION OF LTL MANAGEMENT

The Ad Hoc Group Mesothelioma Claimants,[1] in the interests of judicial economy, hereby adopt all evidence contained and referenced in the Proposed Findings of Fact and Conclusions of Law filed by the Official Committee of Talc Claimants, and join all arguments contained therein. The Ad Group asks this Court to dismiss this case.

Respectfully submitted:

**MAUNE RAICHLE HARTLEY**
**FRENCH & MUDD, LLC**

*/s/ Clayton L. Thompson*
_____

Clayton L. Thompson, Esq.
cthompson@mrhfmlaw.com
MAUNE RAICHLE HARTLEY
FRENCH & MUDD, LLC
150 W. 30th Street, Suite 201
New York, NY 10001

_____

[1] The Ad Hoc Group is composed of claimants Katherine Tollefson, Evan Plotkin and Giovanni Sosa (all appellants to the Third Circuit in *LTL1*), joined in this Request by Sandra Weathers, Mary Jackson, Elizabeth Meikle, Marzena Zachara, Robert Radin, and Christine Woodfin, all mesothelioma claimants.

(800) 358-5922
*Attorneys for Mesothelioma Claimants*
*Katherine Tollefson, Sandra Weathers,*
*Mary Jackson, Elizabeth Meikle, Marzena Zachara,*
*Robert Radin, and Christine Woodfin*

**COONEY & CONWAY**

/s/ *Kathy Byrne*
_____
Kathy Byrne, Esq.
kbyrne@cooneyconway.com
120 N. LaSalle Street, Suite 3000
Chicago, Illinois 60602
Tel: (312) 236-6166
*Attorneys for Mesothelioma Claimant Giovanni Sosa*
*\*Admitted Pro Hac Vice*

**DEAN OMAR BRANHAM SHIRLEY, LLP**

/s/ *J. Bradley Smith*
_____
J. Bradley Smith, Esq.
Bsmith@dobslegal.com
302 N. Market Road
Suite 300
Dallas, Texas 75202
Tel: (214) 722-5990
*Attorneys for Mesothelioma Claimant Evan Plotkin*
*\*Admitted Pro Hac Vice*


**LEX NOVA LAW, LLC**

/s/ *E. Richard Dressel*
_____
E. Richard Dressel, Esq.
rdressel@lexnovalaw.com
10 E. Stow Road, Suite 250

Marlton, New Jersey 08053
Tel: (856) 382-8211
*Attorneys for Mesothelioma Claimants Evan Plotkin and Giovanni Sosa*