UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
E-mail:	jeffrey.m.sponder@usdoj.gov
	lauren.bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 23-12825 (MBK) |
| | Chapter 11 |
| LTL Management LLC,[1] | Judge: Hon. Michael B. Kaplan, Chief Judge |
| Debtor. | |

**UNITED STATES TRUSTEE'S PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF THE MOTION OF THE UNITED STATES TRUSTEE TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1112(B)**

Pursuant to the *Evidentiary Stipulation For Hearing on the Motions to Dismiss Debtor's Bankruptcy Case* (Docket No. 852), the parties were to submit to the Court findings of fact and conclusions of law on July 19, 2023.  Andrew R. Vara, United States Trustee for Regions 3 & 9 ("U.S. Trustee"), by and through counsel, and in furtherance of his duties and responsibilities under 28 U.S.C. §§ 586(a)(3) and (5), respectfully incorporates by reference and adopts, as if set forth in full herein, and submits *The Official Committee of Talc Claimants' Proposed Findings of Facts and Conclusions of Law in Support of Its Motion to Dismiss the Second Bankruptcy Petition*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

*of LTL Management LLC* (Docket No. 1075).

                                        Respectfully submitted,

                                        ANDREW R. VARA
                                        UNITED STATES TRUSTEE
                                        REGIONS 3 & 9

Dated: July 19, 2023                    By: */s/ Jeffrey M. Sponder*
                                        Jeffrey M. Sponder
                                        Trial Attorney
                                        Lauren Bielskie
                                        Trial Attorney
                                        Department of Justice
                                        Office of the United States Trustee
                                        One Newark Center, Suite 2100
                                        Newark, NJ 07102

                                        -and-

                                        Linda Richenderfer
                                        Trial Attorney
                                        Department of Justice
                                        Office of the United States Trustee
                                        J. Caleb Boggs Federal Building
                                        844 King Street, Suite 2207, Lockbox 35
                                        Wilmington, DE 19801
                                        (302) 573-6491 (Phone)
                                        linda.richenderfer@usdoj.gov