**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted pro hac vice**)**

*Attorneys for the Chapter 11 Debtor*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |
| | **Objection Deadline**: August 3, 2023 |

**THIRD MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP,
FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTOR, FOR
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

AlixPartners, LLP, financial advisor to LTL Management, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), submits this third monthly fee statement for professional services rendered and reimbursement of expenses for the period from June 1, 2023

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

through June 30, 2023 (the "Third Monthly Fee Statement") pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* (the "Interim Compensation Order") [Docket No. 562].

Pursuant to the Interim Compensation Order, objections to the Third Monthly Fee Statement, if any, are due by August 3, 2023.

Dated:  July 20, 2023

ALIXPARTNERS, LLP
300 N. LaSalle Street
Chicago, IL 60654

*/s/  John R. Castellano*
By:  John R. Castellano
      Partner & Managing Director

*Financial Advisor to the Chapter 11 Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| IN RE: | LTL Management LLC[1] | APPLICANT: | AlixPartners, LLP |
| CASE NO.: | 23-12825 (MBK) | CLIENT: | Chapter 11 Debtor |
| CHAPTER: | 11 | CASE FILED: | April 4, 2023 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**THIRD MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP**
**FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

**SECTION I**
**FEE SUMMARY**

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | **$342,966.50** | **$0.00** |
| TOTAL FEES ALLOWED TO DATE: | **$0.00** | **$0.00** |
| TOTAL RETAINER REMAINING (IF APPLICABLE) | **$35,215.00** | **$0.00** |
| TOTAL PREVIOUS HOLDBACK (IF APPLICABLE) | **$68,593.30** | **$0.00** |
| TOTAL RECEIVED BY ALIXPARTNERS, LLP | **$48,927.60** | **$0.00** |

| | |
|---|---|
| FEE TOTALS | $ 42,778.00 |
| DISBURSEMENTS TOTALS | +      $0.00 |
| TOTAL FEE APPLICATION | $ 42,778.00 |
| MINUS 20% HOLDBACK | - $   8,555.60 |
| AMOUNT SOUGHT AT THIS TIME | $ 34,222.40 |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| John R Castellano | Partner & Managing Director | $1,400 | 8.6 | $ 12,040.00 |
| Elizabeth S Kardos | Partner | $800 | 0.2 | 160.00 |
| Jarod E Clarrey | Director | $950 | 23.2 | 22,040.00 |
| Mark Barnett | Senior Vice President | $805 | 7.2 | 5,796.00 |
| Heather E Saydah | Senior Vice President | $550 | 0.4 | 220.00 |
| Jennifer A Bowes | Vice President | $485 | 5.2 | 2,522.00 |
| **Total Fees and Hours for Professionals** | | | **44.8** | **$ 42,778.00** |
| Less 20% Holdback | | | | (8,555.60) |
| **Total Fees for Professionals Less Holdback** | | | | **$ 34,222.40** |

**Average Billing Rate   $          954.87**

# SECTION II
# SUMMARY OF SERVICES

| Matter Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 1.1 | Chapter 11 Process / Case Management | 4.2 | $ 3,909.00 |
| 1.5 | U.S. Trustee / Court Reporting Requirements | 9.4 | 8,176.00 |
| 1.16 | Adversary Proceedings & Contested Matters | 1.5 | 2,100.00 |
| 1.17 | Preparation for / Attend Court Hearings | 15.3 | 17,550.00 |
| 1.19 | Retention Applications & Relationship Disclosures | 0.4 | 270.00 |
| 1.20 | Fee Statements & Fee Applications | 8.1 | 5,197.00 |
| 1.21 | SOFAs and Schedules | 4.5 | 4,275.00 |
| 1.22 | Meetings with Management and Advisors | 1.4 | 1,301.00 |
| **Total Hours and Fees by Matter Category** | | **44.8** | **$ 42,778.00** |

**Average Billing Rate   $          954.87**

# SECTION III
# SUMMARY OF DISBURSEMENTS

NO EXPENSES

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1) DATE CASE FILED: April 4, 2023

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3) DATE OF RETENTION: June 7, 2023, effective as of April 4, 2023 [Docket No. 717].

(4) SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

    a) AlixPartners assisted with the preparation of the Debtor's Statement of Financial Affairs, Schedules of Assets and Liabilities, and Monthly Operating Reports, as required by an order of the court, the Bankruptcy Code or other applicable rules or guidelines.

    b) AlixPartners provided the Debtor with support in addressing pending litigation, including review of certain filed objections, replies and related documents, attendance of hearings, and other related analyses.

    c) AlixPartners provided support to the Debtor with regard to the professional fee administration process, including maintaining detailed records of court filings, coordination with the Jones Day team, developing supporting documentation, and coordinating payment administration with the Debtor.

    d) AlixPartners assisted the Debtor in coordinating and providing administrative support and organization in connection with the bankruptcy case, including coordination with the Debtor directly, with the Jones Day team, and with the Wollmuth Maher & Deutsch LLP team on matters related to scheduling, compliance and overall case administration.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A) ADMINISTRATION EXPENSES: (unknown at this time)
    (B) SECURED CREDITORS: (unknown at this time)
    (C) PRIORITY CREDITORS: (unknown at this time)
    (D) GENERAL UNSECURED CREDITORS: (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

(7) I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 20, 2023                                      /s/*John R Castellano*
                                                                    John R Castellano

# **EXHIBITS**

Annexed hereto are the following Exhibits for the AlixPartners, LLP's Third Monthly Fee Statement for the Period from June 1, 2023 through June 30, 2023

**Exhibit A - AlixPartners, LLP's Retention Order**

**Exhibit B - Detailed Description of Fees and Hours by Matter Category**