# AlixPartners, LLP

# Exhibit B

# Detailed Description of AlixPartners' Hours and Professional Fees by Matter Category

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:       Chapter 11 Process / Case Management
Code:    20005188PA0002.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 06/05/2023 | MB | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss case updates | 0.5 |
| 06/05/2023 | JEC | Call with M. Barnett and J. Clarrey (both AlixPartners) to discuss case updates | 0.5 |
| 06/14/2023 | JRC | Call with B. Erens (Jones Day) re: case updates | 0.4 |
| 06/21/2023 | JEC | Develop analysis of professional fees to support LTL team request | 0.3 |
| 06/22/2023 | JEC | Complete analysis of professional fees to support company request | 0.3 |
| 06/27/2023 | MB | Update the professional fee tracking scheduled based on fee applications filed with the court | 1.3 |
| 06/27/2023 | JEC | Review professional fee tracking information to support ongoing administration | 0.3 |
| 06/29/2023 | JEC | Compile professional fee payment support to facilitate communications to LTL team regarding payment administration | 0.6 |
| **Total Professional Hours** | | | **4.2** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| | | | | |
|---|---|---|---|---|
| Re: | Chapter 11 Process / Case Management | | | |
| Code: | 20005188PA0002.1.1 | | | |

| **PROFESSIONAL** | **RATE** | **HOURS** | | **FEES** |
|---|---:|---:|---|---:|
| John R Castellano | $1,400 | 0.4 | $ | 560.00 |
| Jarod E Clarrey | $950 | 2.0 | | 1,900.00 |
| Mark Barnett | $805 | 1.8 | | 1,449.00 |
| **Total Professional Hours and Fees** | | **4.2** | **$** | **3,909.00** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:       U.S. Trustee / Court Reporting Requirements
Code:    20005188PA0002.1.5

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 06/07/2023 | MB | Review quarterly US Trustee fee calculation | 0.2 |
| 06/12/2023 | MB | Generate the May MOR report and attachments | 2.8 |
| 06/12/2023 | MB | Update the global notes for the May MOR | 0.3 |
| 06/13/2023 | JEC | Review draft MOR documents to prepare for filing | 0.4 |
| 06/15/2023 | MB | Generate support for the US Trustee fee calculation in advance of call with D. Segal | 0.7 |
| 06/16/2023 | MB | Revise support schedules for the US Trustee fees based on feedback from D. Segal | 0.8 |
| 06/16/2023 | MB | Review the updated global notes provided by I. Perez (Jones Day) for the May MOR | 0.4 |
| 06/21/2023 | JEC | Finalize MOR to facilitate filing with Jones Day team | 0.2 |
| 06/22/2023 | JEC | Compile analysis of MOR information to support company request | 2.3 |
| 06/22/2023 | JEC | Update MOR analysis to prepare for company discussion | 1.1 |
| 06/23/2023 | JEC | Coordinate with company on MOR analysis | 0.2 |
| **Total Professional Hours** | | | **9.4** |

**AlixPartners**

Mr. John K. Kim  
Chief Legal Officer  
LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933

Re:     U.S. Trustee / Court Reporting Requirements  
Code:   20005188PA0002.1.5

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---:|---:|---:|
| Jarod E Clarrey | $950 | 4.2 | 3,990.00 |
| Mark Barnett | $805 | 5.2 | 4,186.00 |
| **Total Professional Hours and Fees** | | **9.4** | **$ 8,176.00** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:     Adversary Proceedings & Contested Matters
Code:   20005188PA0002.1.16

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 06/20/2023 | JRC | Review various court documents | 1.0 |
| 06/27/2023 | JRC | Review summary of motion to dismiss hearing | 0.5 |
| **Total Professional Hours** | | | **1.5** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:         Adversary Proceedings & Contested Matters
Code:     20005188PA0002.1.16

| **PROFESSIONAL** | **RATE** | **HOURS** | **FEES** |
|---|---|---|---|
| John R Castellano | $1,400 | 1.5 | $ 2,100.00 |
| **Total Professional Hours and Fees** | | **1.5** | **$ 2,100.00** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:       Preparation for / Attend Court Hearings
Code:    20005188PA0002.1.17

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 06/27/2023 | JEC | Attend additional portion of motion to dismiss hearing telephonically | 1.2 |
| 06/27/2023 | JEC | Attend motion to dismiss hearing telephonically | 2.2 |
| 06/28/2023 | JRC | Participate in hearing regarding motion to dismiss | 1.0 |
| 06/28/2023 | JEC | Attend additional portion of motion to dismiss hearing telephonically | 1.2 |
| 06/29/2023 | JRC | Attend motion to dismiss hearing via Zoom | 4.7 |
| 06/29/2023 | JEC | Attend additional portion of motion to dismiss hearing telephonically | 1.7 |
| 06/30/2023 | JEC | Attend additional portion of motion to dismiss hearing telephonically | 2.3 |
| 06/30/2023 | JRC | Listen in to motion to dismiss hearing | 1.0 |
| **Total Professional Hours** | | | **15.3** |

**AlixPartners**

Mr. John K. Kim  
Chief Legal Officer  
LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933

| | |
|---|---|
| Re: | Preparation for / Attend Court Hearings |
| Code: | 20005188PA0002.1.17 |

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---:|---:|---:|
| John R Castellano | $1,400 | 6.7 | $ 9,380.00 |
| Jarod E Clarrey | $950 | 8.6 | 8,170.00 |
| **Total Professional Hours and Fees** | | **15.3** | **$ 17,550.00** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:     Retention Applications & Relationship Disclosures
Code:   20005188PA0002.1.19

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 06/01/2023 | ESK | Review supplemental disclosure declaration | 0.2 |
| 06/02/2023 | HES | Develop emails to and from I. Perez (Jones Day) re: response to US Trustee comments | 0.2 |
| **Total Professional Hours** | | | **0.4** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

| | | | |
|---|---|---|---|
| Re: | Retention Applications & Relationship Disclosures | | |
| Code: | 20005188PA0002.1.19 | | |

| **PROFESSIONAL** | **RATE** | **HOURS** | **FEES** |
|---|---|---|---|
| Elizabeth S Kardos | $800 | 0.2 | 160.00 |
| Heather E Saydah | $550 | 0.2 | 110.00 |
| **Total Professional Hours and Fees** | | **0.4** | **$ 270.00** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:       Fee Statements & Fee Applications
Code:   20005188PA0002.1.20

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 06/01/2023 | JEC | Review professional fees to support preparation of monthly fee statement | 0.6 |
| 06/05/2023 | JAB | Prepare professional fees for April 2023 Monthly Fee Statement | 0.3 |
| 06/05/2023 | JAB | Prepare 1st Monthly Fee Statement (April 2023) | 1.6 |
| 06/06/2023 | JEC | Review information to support fee statement preparation | 0.3 |
| 06/09/2023 | JAB | Revise First Monthly Fee Statement (April 2023) | 0.3 |
| 06/09/2023 | HES | Revise first monthly fee statement | 0.2 |
| 06/14/2023 | JAB | Create LEDES file for April 2023 monthly fee statement | 0.8 |
| 06/14/2023 | JAB | Email I. Perez and A. Rush (both Jones Day) attaching the First Monthly Fee Statement for filing with the court | 0.2 |
| 06/14/2023 | JAB | Finalize First Monthly Fee Statement (April 2023) | 0.4 |
| 06/16/2023 | JAB | Email I. Perez, M. Bales, A. Rush (all Jones Day) attaching the updated First Monthly Fee Statement for filing with the court | 0.2 |
| 06/16/2023 | JAB | Prepare professional fees for May 2023 Monthly Fee Statement | 0.3 |
| 06/16/2023 | JAB | Revise First Monthly Fee Statement (April 2023) | 0.4 |
| 06/21/2023 | JAB | Prepare professional fees for May 2023 Monthly Fee Statement | 0.7 |
| 06/30/2023 | JEC | Review professional fee detail to support preparation of monthly fee application | 1.8 |
| **Total Professional Hours** | | | **8.1** |

# AlixPartners

Mr. John K. Kim  
Chief Legal Officer  
LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933  

| | |
|---|---|
| Re: | Fee Statements & Fee Applications |
| Code: | 20005188PA0002.1.20 |

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Jarod E Clarrey | $950 | 2.7 | 2,565.00 |
| Heather E Saydah | $550 | 0.2 | 110.00 |
| Jennifer A Bowes | $485 | 5.2 | 2,522.00 |
| **Total Professional Hours and Fees** | | **8.1** | **$ 5,197.00** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:     SOFAs and Schedules
Code:   20005188PA0002.1.21

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 06/08/2023 | JEC | Update exhibit to support SOFAs/Schedules proposed amendments | 1.7 |
| 06/08/2023 | JEC | Review information to support SOFAs/Schedules proposed amendments | 0.9 |
| 06/09/2023 | JEC | Update exhibit to support SOFAs/Schedules proposed amendments | 1.6 |
| 06/09/2023 | JEC | Update SOFAs/Schedules proposed amendments based on feedback from Jones Day team | 0.3 |
| **Total Professional Hours** | | | **4.5** |

**AlixPartners**

Mr. John K. Kim  
Chief Legal Officer  
LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933

Re:  SOFAs and Schedules  
Code:  20005188PA0002.1.21

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Jarod E Clarrey | $950 | 4.5 | 4,275.00 |
| **Total Professional Hours and Fees** | | **4.5** | **$ 4,275.00** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:     Meetings with Management and Advisors
Code:   20005188PA0002.1.22

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 06/21/2023 | JEC | Call with D. Segal to discuss MOR information | 0.1 |
| 06/22/2023 | JEC | Call with D. Segal to discuss MOR analysis | 0.3 |
| 06/22/2023 | JEC | Call with D. Segal to discuss MOR supporting information | 0.2 |
| 06/23/2023 | JEC | Conference call with R. Dickinson and D. Segal regarding MOR analysis review | 0.6 |
| 06/27/2023 | MB | Meeting with D. Segal in order to discuss the professional fee tracking schedule | 0.2 |
| **Total Professional Hours** | | | **1.4** |

# AlixPartners

Mr. John K. Kim  
Chief Legal Officer  
LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933

Re:     Meetings with Management and Advisors  
Code:   20005188PA0002.1.22

| **PROFESSIONAL** | **RATE** | **HOURS** | **FEES** |
|---|---|---|---|
| Jarod E Clarrey | $950 | 1.2 | 1,140.00 |
| Mark Barnett | $805 | 0.2 | 161.00 |
| **Total Professional Hours and Fees** | | **1.4** | **$ 1,301.00** |