| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> Gregory S. Kinoian, Esq. <br> dstolz@genovaburns.com <br> dclarke@genovaburns.com <br> gkinoian@genovaburns.com <br> 110 Allen Road, Suite 304 <br> Basking Ridge, NJ 07920 <br> Tel: (973) 533-0777 <br> Fax: (973) 533-1112 <br> *Local Counsel for the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP** <br> David J. Molton, Esq. <br> Michael S. Winograd, Esq. <br> Susan Sieger-Grimm, Esq. <br> Kenneth J. Aulet, Esq. <br> dmolton@brownrudnick.com <br> mwinograd@brownrudnick.com <br> ssieger-grimm@brownrudnick.com <br> kaulet@brownrudnick.com <br> Seven Times Square <br> New York, NY 10036 <br> Tel: (212) 209-4800 <br> Fax: (212) 209-4801 <br> And- <br> Jeffrey L. Jonas, Esq. <br> Sunni P. Beville, Esq. <br> Eric R. Goodman, Esq. <br> jjonas@brownrudnick.com <br> sbeville@brownrudnick.com <br> egoodman@brownrudnick.com <br> One Financial Center <br> Boston, MA 02111 <br> Tel: (617) 856-8200 <br> Fax: (617) 856-8201 <br> *Co-Counsel for the Official Committee of Talc Claimants* |
| **OTTERBOURG PC** <br> Melanie L. Cyganowski, Esq. <br> Jennifer S. Feeney, Esq. <br> Michael R. Maizel, Esq. <br> mcyganowski@otterbourg.com <br> jfeeney@otterbourg.com <br> mmaizel@otterbourg.com <br> 230 Park Avenue <br> New York, NY 10169 <br> Tel: (212) 905-3628 <br> Fax: (212) 682-6104 <br> *Co-Counsel for the Official Committee of Talc Claimants* | **MASSEY & GAIL LLP** <br> Jonathan S. Massey, Esq. <br> Rachel S. Morse, Esq. <br> jmassey@masseygail.com <br> rmorse@masseygail.com <br> 1000 Maine Ave. SW, Suite 450 <br> Washington, DC 20024 <br> Tel: (202) 652-4511 <br> Fax: (312) 379-0467 <br> *Co-Counsel for the Official Committee of Talc Claimants* |
| In re: <br> LTL MANAGEMENT, LLC,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No.: 23-12825 (MBK) <br><br> Honorable Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

# CERTIFICATION OF SERVICE

1. I, Lorrie Denson:

    Represent _____.

    X am the secretary/paralegal for <u>Daniel M. Stolz</u>, who represents <u>Official Committee of Talc Claimants</u> in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On July 20, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    (a) Docket #1081-Entered Order Shortening Time setting hearing for July 27, 2023 at 10:00 a.m.
    (b) Dkt #1077-Application for Order Shortening Time.
    (c) Dkt #1076-Motion to Seal.
    (d) Dkt #1075-Official Committee of Talc Claimants' Proposed Findings of Facts and Conclusions of Law.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   July 20, 2023                       /s/ Lorrie Denson
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Allison Brown, Esq.<br>allison.brown@skadden.com<br><br>Paul DeFilippo, Esq.<br>pdefilippo@wmd-law.com<br><br>James Lawlor, Esq.<br>jlawlor@wmd-law.com | Counsel for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lauren Bielskie, Esq.<br>lauren.bielskie@usdoj.gov<br><br>Jeffrey Sponder, Esq.<br>jeffrey.m.sponder@usdoj.gov | Office of the United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Seth Van Aalten, Esq.<br>Justin Alberto, Esq.<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>svanaalten@coleschotz.com<br>jalberto@coleschotz.com<br><br>Kristopher M. Hansen, Esq.<br>Ryan P. Montefusco, Esq.<br>Matthew M. Murphy, Esq.<br>Matthew Micheli, Esq.<br>krishansen@paulhastings.com<br>ryanmontefusco@paulhastings.com<br>mattmurphy@paulhastings.com<br>mattmicheli@paulhastings.com<br><br>Lenard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinsrubio.com<br>crubio@parkinsrubio.com | Counsel for Ad Hoc Group of Supporting Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ericka F. Johnson, Esq.<br>Lisa Bittle Tancredi, Esq.<br>Email: ericka.johnson@wbd-us.com<br>Email: lisa.tancredi@wbd-us.com | Counsel for Ad Hoc Committee of States | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Robert K. Malone, Esq.<br>rmalone@gibbonslaw.com | Attorneys for the States of New Mexico and Mississippi | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>X  Other  email<br><br>☐ (As authorized by the Court or by rule. Cite the rule if applicable.) |