UNITED STATES BANKRUPTCY COURT
District of New Jersey Trenton

| In re:<br>LTL Management LLC,<br>Debtor(s). | Case No.: 23-12825<br>Chapter: 11 |
|---|---|

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on July 20, 2023 as directed by Genova Burns LLC, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

Dkt #1065 - Otterbourg June Fee Statement

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

July 20, 2023

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

Exhibit A - Certificate of Service
LTL Management LLC 23-12825

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 9905 | ANDRES PEREIRA LAW FIRM, ANDRES PEREIRA, 14709 CUSTER COURT, AUSTIN, TX, 78734, apereira@andrespereirapc.com | Electronic |
| 9905 | ARCHER & GREINER, P.C., ATTN: STEPHEN M. PACKMAN, R FRANKEL AS FCR IN CYPRESS MINES, 1025 LAUREL OAK RD, VOORHEES, NJ, 08043, spackman@archerlaw.com | Electronic |
| 9905 | ARNOLD & ITKIN LLP, K ARNOLD, CAJ BOATRIGHT, ET AL., 1401 MCKINNEY ST., STE 2250, HOUSTON, TX, 77010, rchristensen@arnolditkin.com | Electronic |
| 9905 | ARNOLD & ITKIN LLP, K ARNOLD, CAJ BOATRIGHT, ET AL., 1401 MCKINNEY ST., STE 2250, HOUSTON, TX, 77010, jitkin@arnolditkin.com | Electronic |
| 9905 | ARNOLD & ITKIN LLP, K ARNOLD, CAJ BOATRIGHT, ET AL., 1401 MCKINNEY ST., STE 2250, HOUSTON, TX, 77010, cboatright@arnolditkin.com | Electronic |
| 9905 | ASHCRAFT & GEREL, LLP, ATTN MICHELLE PARFITT, REBECCA LOVE - OCTC, 1825 K STREET, NW, STE 7000, WASHINGTON, DC, 20006, mparfitt@ashcraftlaw.com | Electronic |
| 9905 | AYLSTOCK, WITKIN, KREIS, MARY PUTNICK & DANIEL THORNBURGH, & OVERHOLTZ PLLC, 17 E MAIN ST STE 200 PO BOX 12630, PENSACOLA, FL, 32502, dthornburgh@awkolaw.com | Electronic |
| 9905 | AYLSTOCK, WITKIN, KREIS, MARY PUTNICK & DANIEL THORNBURGH, & OVERHOLTZ PLLC, 17 E MAIN ST STE 200 PO BOX 12630, PENSACOLA, FL, 32502, marybeth@putnicklegal.com | Electronic |
| 9905 | BALLARD SPAHR LLP, T M DALUZ;L C HEILMAN, ET AL., ALBERTSONS COMPANIES NC, 919 N MARKET STREET, 11TH FLOOR, WILMINGTON, DE, 19801-3034, heilmanl@ballardspahr.com | Electronic |
| 9905 | BALLARD SPAHR LLP, T M DALUZ;L C HEILMAN, ET AL., ALBERTSONS COMPANIES NC, 919 N MARKET STREET, 11TH FLOOR, WILMINGTON, DE, 19801-3034, daluzt@ballardspahr.com | Electronic |
| 9905 | BALLARD SPAHR LLP, T M DALUZ;L C HEILMAN, ET AL., ALBERTSONS COMPANIES NC, 919 N MARKET STREET, 11TH FLOOR, WILMINGTON, DE, 19801-3034, vesperm@ballardspahr.com | Electronic |
| 9905 | BALLARD SPAHR LLP, T M DALUZ;L C HEILMAN, ET AL., ALBERTSONS COMPANIES NC, 919 N MARKET STREET, 11TH FLOOR, WILMINGTON, DE, 19801-3034, roglenl@ballardspahr.com | Electronic |
| 9905 | BEASLEY ALLEN LAW FIRM, ATTN LEIGH O'DELL, ALISHIA LANDRUM - OCTC, PO BOX 4160, MONTGOMERY, AL, 36103, leigh.odell@beasleyallen.com | Electronic |
| 9905 | BEASLEY ALLEN LAW FIRM, CHARLIE STERN, 218 COMMERCE ST, MONTGOMERY, AL, 36104, charlie.stern@beasleyallen.com | Electronic |
| 9905 | BEASLEY, ALLEN, CROW, METHVIN, ANDY D. BIRCHFIELD, JR., PORTIS & MILES, P.C., 218 COMMERCE STREET, MONTGOMERY, AL, 36104, andy.birchfield@beasleyallen.com | Electronic |
| 9905 | BROWN RUDNICK LLP, ATTN DAVID J MOLTON, AD HOC CMMTE OF CERTAIN TALC CLMTS, SEVEN TIMES SQUARE, NEW YORK, NY, 10036, dmolton@brownrudnick.com | Electronic |
| 9905 | Brown Rudnick LLP, CAMERON MOXLEY; W Lydell Benson, Jr, Official Cmmte of Talc Claimants, Seven Times Square, New York, NY, 10036, dmoxley@brownrudnick.com | Electronic |
| 9905 | Brown Rudnick LLP, CAMERON MOXLEY; W Lydell Benson, Jr, Official Cmmte of Talc Claimants, Seven Times Square, New York, NY, 10036, wlbenson@brownrudnick.com | Electronic |
| 9905 | Brown Rudnick LLP, Cathrine M. Castaldi, Esq, Official Committee of Talc Claimant, 211 Michelson Drive, 7th Floor, Irvine, CA, 92612, ccastaldi@brownrudnick.com | Electronic |
| 9905 | BROWN RUDNICK LLP, MICHAEL S. WINOGRAD;ERIC R. GOODMAN, KENNETH J. AULET;SUSAN SIEGER-GRIMM, SEVEN TIMES SQUARE, NEW YORK, NY, 10036, ssieger-grimm@brownrudnick.com | Electronic |
| 9905 | BROWN RUDNICK LLP, MICHAEL S. WINOGRAD;ERIC R. GOODMAN, KENNETH J. AULET;SUSAN SIEGER-GRIMM, SEVEN TIMES SQUARE, NEW YORK, NY, 10036, mwinograd@brownrudnick.com | Electronic |
| 9905 | BROWN RUDNICK LLP, MICHAEL S. WINOGRAD;ERIC R. GOODMAN, KENNETH J. AULET;SUSAN SIEGER-GRIMM, SEVEN TIMES SQUARE, NEW YORK, NY, 10036, egoodman@brownrudnick.com | Electronic |
| 9905 | BROWN RUDNICK LLP, MICHAEL S. WINOGRAD;ERIC R. GOODMAN, KENNETH J. AULET;SUSAN SIEGER-GRIMM, SEVEN TIMES SQUARE, NEW YORK, NY, 10036, kaulet@brownrudnick.com | Electronic |
| 9905 | BROWN RUDNICK LLP, S P. BEVILLE;J L. JONAS;S I DWOSKIN, ONE FINANCIAL CENTER, BOSTON, MA, 02111, sdwoskin@brownrudnick.com | Electronic |
| 9905 | BROWN RUDNICK LLP, S P. BEVILLE;J L. JONAS;S I DWOSKIN, ONE FINANCIAL CENTER, BOSTON, MA, 02111, jjonas@brownrudnick.com | Electronic |
| 9905 | BROWN RUDNICK LLP, S P. BEVILLE;J L. JONAS;S I DWOSKIN, ONE FINANCIAL CENTER, BOSTON, MA, 02111, sbeville@brownrudnick.com | Electronic |
| 9905 | CHILDERS, SCHLUETER & SMITH LLC, RICHARD SCHLUETER, 1932 N DRUID HILLS RD., STE. 100, ATLANTA, GA, 30319, rschlueter@cssfirm.com | Electronic |
| 9905 | CLYDE & CO US LLP, ATTN KONRAD R KREBS, THE CONTINENTAL INSURANCE COMPANY, 340 MT KEMBLE AVE, | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | SUITE 300, MORRISTOWN, NJ, 07960, konrad.krebs@clydeco.us | |
| 9905 | CLYDE & CO US LLP, CLINTON E CAMERON;MEGHAN DALTON, THE CONTINENTAL INSURANCE COMPANY, 55 WEST MONROE STREET, SUITE 3000, CHICAGO, IL, 60603, clinton.cameron@clydeco.us | Electronic |
| 9905 | CLYDE & CO US LLP, CLINTON E CAMERON;MEGHAN DALTON, THE CONTINENTAL INSURANCE COMPANY, 55 WEST MONROE STREET, SUITE 3000, CHICAGO, IL, 60603, meghan.dalton@clydeco.us | Electronic |
| 9905 | COHEN, PLACITELLA & ROTH PC, ATTN CHRISTOPHER M PLACITELLA ESQ, CATHERINE FORBES, 127 MAPLE AVENUE, RED BANK, NJ, 07701, cplacitella@cprlaw.com | Electronic |
| 9905 | COLE SCHOTZ P.C., JALBERTO;SAALTEN;MSIROTA;WUSATINE, AD HOC GROUP OF SUPPORTING COUNSEL, COURT PLAZA NORTH, 25 MAIN STREET, P.O. BOX 800, HACKENSACK, NJ, 07602-0800, wusatine@coleschotz.com | Electronic |
| 9905 | COLE SCHOTZ P.C., JALBERTO;SAALTEN;MSIROTA;WUSATINE, AD HOC GROUP OF SUPPORTING COUNSEL, COURT PLAZA NORTH, 25 MAIN STREET, P.O. BOX 800, HACKENSACK, NJ, 07602-0800, msirota@coleschotz.com | Electronic |
| 9905 | COLE SCHOTZ P.C., JALBERTO;SAALTEN;MSIROTA;WUSATINE, AD HOC GROUP OF SUPPORTING COUNSEL, COURT PLAZA NORTH, 25 MAIN STREET, P.O. BOX 800, HACKENSACK, NJ, 07602-0800, svanaalten@coleschotz.com | Electronic |
| 9905 | COLE SCHOTZ P.C., JALBERTO;SAALTEN;MSIROTA;WUSATINE, AD HOC GROUP OF SUPPORTING COUNSEL, COURT PLAZA NORTH, 25 MAIN STREET, P.O. BOX 800, HACKENSACK, NJ, 07602-0800, jalberto@coleschotz.com | Electronic |
| 9905 | COONEY CONWAY, KATHARINE C. BYRNE, 120 N. LA SALLE STREET, SUITE 300, CHICAGO, IL, 60602, kbyrne@cooneyconway.com | Electronic |
| 9905 | CROWELL & MORING LLP, Arlen Pyenson, Century Indemnity Company, Et. Al., 590 Madison Avenue,, 20th Floor, New York, NY, 10022-2524, apyenson@crowell.com | Electronic |
| 9905 | CROWELL & MORING LLP, Arlen Pyenson, Allianz Global Risk US Ins Company, 590 Madison Avenue,, 20th Floor, New York, NY, 10022-2524, apyenson@crowell.com | Electronic |
| 9905 | CROWELL & MORING LLP, Mark D. Plevin, Century Indemnity Company, Et. Al., Three Embarcadero Center,, 26th Floor, San Francisco, CA, 94111, mplevin@crowell.com | Electronic |
| 9905 | CROWELL & MORING LLP, Mark D. Plevin, Allianz Global Risk US Ins Company, Three Embarcadero Center,, 26th Floor, San Francisco, CA, 94111, mplevin@crowell.com | Electronic |
| 9905 | CROWELL & MORING LLP, Tacie H. Yoon, Century Indemnity Company, Et. Al., 1001 Pennsylvania Ave., N.W., Washington, DC, 20004, tyoon@crowell.com | Electronic |
| 9905 | CROWELL & MORING LLP, Tacie H. Yoon, Allianz Global Risk US Ins Company, 1001 Pennsylvania Ave., N.W., Washington, DC, 20004, tyoon@crowell.com | Electronic |
| 9905 | DAVID CHRISTIAN ATTORNEYS LLC, ATTN DAVID CHRISTIAN, ESQ, THE CONTINENTAL INSURANCE COMPANY, 105 W MADISON ST., SUITE 1400, CHICAGO, IL, 60602, dchristian@dca.law | Electronic |
| 9905 | DEAN OMAR BRANHAM SHIRLEY, LLP, J. BRADLEY SMITH, 302 NORTH MARKET STREET, SUITE 300, DALLAS, TX, 75202, bsmith@dobslegal.com | Electronic |
| 9905 | DUANE MORRIS LLP, ATTN PHILIP R MATTHEWS, ESQ., REPUBLIC INDEMNITY CO OF AMERICA, SPEAR TOWER, ONE MARKET PLAZA, SUITE 2200, SAN FRANCISCO, CA, 94105-1127, prmatthews@duanemorris.com | Electronic |
| 9905 | DUANE MORRIS LLP, ATTN SOMMER L ROSS, ESQ, NJ CVGE ACTN PLNTIFF-INSURERS&REPUB, 1940 ROUTE 70 EAST, SUITE 100, CHERRY HILL, NJ, 08003-2171, slross@duanemorris.com | Electronic |
| 9905 | DUANE MORRIS LLP, RUSSELL W. ROTEN;JEFF D. KAHANE, ANDREW E. MINA;NATHAN REINHARDT, 865 SOUTH FIGUEROA ST, STE 3100, LOS ANGELES, CA, 90017, jkahane@duanemorris.com | Electronic |
| 9905 | DUANE MORRIS LLP, RUSSELL W. ROTEN;JEFF D. KAHANE, ANDREW E. MINA;NATHAN REINHARDT, 865 SOUTH FIGUEROA ST, STE 3100, LOS ANGELES, CA, 90017, amina@duanemorris.com | Electronic |
| 9905 | DUANE MORRIS LLP, RUSSELL W. ROTEN;JEFF D. KAHANE, ANDREW E. MINA;NATHAN REINHARDT, 865 SOUTH FIGUEROA ST, STE 3100, LOS ANGELES, CA, 90017, nreinhardt@duanemorris.com | Electronic |
| 9905 | DUANE MORRIS LLP, RUSSELL W. ROTEN;JEFF D. KAHANE, ANDREW E. MINA;NATHAN REINHARDT, 865 SOUTH FIGUEROA ST, STE 3100, LOS ANGELES, CA, 90017, rwroten@duanemorris.com | Electronic |
| 9905 | FEARS NACHAWATI LAW FIRM, DARREN P. MCDOWELL, 5489 BLAIR ROAD, DALLAS, TX, 75231, dmcdowell@fnlawfirm.com | Electronic |
| 9905 | FERRER, POIROT & WANSBROUGH, JESSE FERRER & CHRISTINA FELLER, 2603 OAK LAWN AVE. #300, DALLAS, TX, 75219, jferrer@lawyerworks.com | Electronic |
| 9905 | FERRER, POIROT & WANSBROUGH, JESSE FERRER & CHRISTINA FELLER, 2603 OAK LAWN AVE. #300, DALLAS, TX, 75219, cfeller@lawyerworks.com | Electronic |
| 9905 | GENOVA BURNS LLC, ATTN: DANIEL M. STOLZ, AD HOC CMMTE OF CERTAIN TALC CLMTS, 110 ALLEN RD, STE 304, BASKING RIDGE, NJ, 07920, dstolz@genovaburns.com | Electronic |
| 9905 | GENOVA BURNS LLC, ATTN: DONALD W. CLARKE, AD HOC CMMTE OF CERTAIN TALC CLMTS, 494 BROAD STREET, NEWARK, NJ, 07102, dclarke@genovaburns.com | Electronic |
| 9905 | GENOVA BURNS LLC, GREGORY S. KINOIAN, GKINOIAN@GENOVABURNS.COM | Electronic |
| 9905 | GEOFFREY B BOMPERS, PC, ATTN GEOFFREY B GOMPERS, R GENDELMAN,EXOR;ESTATE M FLEMING, 1515 | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | MARKET STREET, SUITE 1650, PHILADELPHIA, PA, 19102, GOMPERS@GOMPERSLAW.COM | |
| 9905 | GERTLER LAW FIRM, HELEN H. BABIN, VARIOUS TALC CLAIMANTS, 935 GRAVIER ST, STE 1900, NEW ORLEANS, LA, 70112, hbabin@gertlerfirm.com | Electronic |
| 9905 | GIBBONS P.C., ROBERT K. MALONE;KYLE P. MCEVILLY, ONE GATEWAY CENTER, NEWARK, NJ, 07102, kmcevilly@gibbonslaw.com | Electronic |
| 9905 | GIBBONS P.C., ROBERT K. MALONE;KYLE P. MCEVILLY, ONE GATEWAY CENTER, NEWARK, NJ, 07102, rmalone@gibbonslaw.com | Electronic |
| 9905 | GIMIGLIANO MAURIELLO & MALONEY, J MALONEY;SV GIMIGLIANO;RRABINOWITZ, TRAVELERS, PO BOX 1449, MORRISTOWN, NJ, 07962-1449, jmaloney@lawgmm.com | Electronic |
| 9905 | GIMIGLIANO MAURIELLO & MALONEY, J MALONEY;SV GIMIGLIANO;RRABINOWITZ, TRAVELERS, PO BOX 1449, MORRISTOWN, NJ, 07962-1449, sgimigliano@lawgmm.com | Electronic |
| 9905 | GIMIGLIANO MAURIELLO & MALONEY, J MALONEY;SV GIMIGLIANO;RRABINOWITZ, TRAVELERS, PO BOX 1449, MORRISTOWN, NJ, 07962-1449, rrabinowitz@lawgmm.com | Electronic |
| 9905 | GOLOMB SPIRT GRUNFELD, ATTN RICHARD GOLOMB, BRANDI CARL - OCTC, 1835 MARKET ST, STE 2900, PHILADELPHIA, PA, 19103, rgolomb@golomblegal.com | Electronic |
| 9905 | GREENBERG TRAURIG, LLP, ATTN ALAN J BRODY, ESQ, BAUSCH HEALTH US, LLC, 500 CAMPUS DRIVE, FLORHAM PARK, NJ, 07932, brodya@gtlaw.com | Electronic |
| 9905 | GUPTA WESSLER, PLLC, DEEPAK GUPTA, ADHOC GRP OF MESTOTHELIOMA CLAIMNTS, 2001 K Street, NW, Suite 850 North, WASHINGTON, DC, 20006, deepak@guptawessler.com | Electronic |
| 9905 | HAGENS BERMAN SOBOL SHAPIRO LLP, THOMAS M. SOBOL; LAUREN G. BARNES, 1 FANEUIL HALL SQUARE, 5TH FLOOR, BOSTON, MA, 02109, tom@hbsslaw.com | Electronic |
| 9905 | HAGENS BERMAN SOBOL SHAPIRO LLP, THOMAS M. SOBOL; LAUREN G. BARNES, 1 FANEUIL HALL SQUARE, 5TH FLOOR, BOSTON, MA, 02109, lauren@hbsslaw.com | Electronic |
| 9905 | HALPERIN BATTAGLIA BENZIJA, LLP, ALAN D HAPERIN; DONNA H LIEBERMAN, THE BLUE CROSS BLUE SHIELD ASSOC, 40 WALL STREET, 37TH FLOOR, NEW YORK, NY, 10005, ahalperin@halperinlaw.net | Electronic |
| 9905 | HALPERIN BATTAGLIA BENZIJA, LLP, ALAN D HAPERIN; DONNA H LIEBERMAN, THE BLUE CROSS BLUE SHIELD ASSOC, 40 WALL STREET, 37TH FLOOR, NEW YORK, NY, 10005, dlieberman@halperinlaw.net | Electronic |
| 9905 | HILL CARTER FRANCO COLE & BLACK PC, ATTN ELIZABETH CARTER, BCBS OF MASSACHUSETTS - OCTC, 425 PERRY STREET, MONTGOMERY, AL, 36104, ecarter@hillhillcarter.com | Electronic |
| 9905 | HILL, HILL, CARTER, FRANCO, PAMELA B. SLATE;ELIZABETH CARTER, COLE & BLACK, P.C., 425 SOUTH PERRY STREET, MONTGOMERY, AL, 36104, ecarter@hillhillcarter.com | Electronic |
| 9905 | HILL, HILL, CARTER, FRANCO, PAMELA B. SLATE;ELIZABETH CARTER, COLE & BLACK, P.C., 425 SOUTH PERRY STREET, MONTGOMERY, AL, 36104, pslate@hillhillcarter.com | Electronic |
| 9905 | JOHNSON & JOHNSON, ERIC HAAS;ANDREW WHITE, ESQ, 1 JOHNSON & JOHNSON PLAZA, NEW BRUNSWICK, NJ, 08933, ehaas8@its.jnj.com | Electronic |
| 9905 | JOHNSON & JOHNSON, ERIC HAAS;ANDREW WHITE, ESQ, 1 JOHNSON & JOHNSON PLAZA, NEW BRUNSWICK, NJ, 08933, awhite23@its.jnj.com | Electronic |
| 9905 | JOHNSON LAW GROUP, BLAKE TANASE, BASIL ADHAM, 2925 RICHMOND AVE., STE 1700, HOUSTON, TX, 77098, badham@johnsonlawgroup.com | Electronic |
| 9905 | JONES DAY, ATTN BRAD B ERENS, COUNSEL TO DEBTOR'S, 110 NORTH WACKER DRIVE, SUITE 4800, CHIACGO, IL, 60606, bberens@jonesday.com | Electronic |
| 9905 | Jones Day, Bridget K. O'Connor, Counsel to Debtor, 51 Louisiana Avenue, N.W., Washington, DC, 20001 | First Class |
| 9905 | JONES DAY, DANIEL J. MERRETT; Emily C. Baker, 1221 PEACHTREE ST, NE STE, 400, ATLANTA, GA, 30361, dmerrett@jonesday.com | Electronic |
| 9905 | JONES DAY, DAVID S. TORBORG, 51 LOUISIANA AVENUE, N.W., WASHINGTON, DC, 20001, dstorborg@jonesday.com | Electronic |
| 9905 | JONES DAY, G M GORDON;D B PIETRO;A S RUSH, COUNSEL TO DEBTOR'S, 2727 N HARWOOD STREET, DALLAS, TX, 75201, dpietro@jonesday.com | Electronic |
| 9905 | JONES DAY, G M GORDON;D B PIETRO;A S RUSH, COUNSEL TO DEBTOR'S, 2727 N HARWOOD STREET, DALLAS, TX, 75201, asrush@jonesday.com | Electronic |
| 9905 | JONES DAY, G M GORDON;D B PIETRO;A S RUSH, COUNSEL TO DEBTOR'S, 2727 N HARWOOD STREET, DALLAS, TX, 75201, gmgordon@jonesday.com | Electronic |
| 9905 | JONES DAY, JAMES M. JONES, 250 VESEY STREET, NEW YORK, NY, 10281, jmjones@jonesday.com | Electronic |
| 9905 | JONES DAY, MARK W. RASMUSSEN;DAN B. PRIETO, 2727 NORTH HARWOOD STREET, DALLAS, TX, 75201, mrasmussen@jonesday.com | Electronic |
| 9905 | JONES DAY, MARK W. RASMUSSEN;DAN B. PRIETO, 2727 NORTH HARWOOD STREET, DALLAS, TX, 75201, dbprieto@jonesday.com | Electronic |
| 9905 | Jones Day, Melina Bales, mbales@jonesday.com | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 9905 | KARST VON OISTE LLP, ATTN ERIK KARST, T WHETSEL ESTATE REP B WHETSEL-OCTC, 23923 GOSLING RD, STE A, SPRING, TX, 77389, epk@karstvonoiste.com | Electronic |
| 9905 | KAZAN, MCCLAIN, SATTERLEY, ATTN STEVEN KAZAN, K DOYLE ESTATE REP DAN DOYLE-OCTC, & GREENWOOD, PLC, 55 HARRISON ST, STE 400, OAKLAND, CA, 94607, skazan@kazanlaw.com | Electronic |
| 9905 | KAZAN, MCCLAIN, SATTERLEY, JOSEPH D. SATTERLEY, & GREENWOOD, 55 HARRISON STREET, SUITE 400, OAKLAND, CA, 94607, jsatterley@kazanlaw.com | Electronic |
| 9905 | KTBS Law LLP, RJPfister;MLTuchin;SM Kidder;N Maoz, Aylstock, Witkin, Kreis, Et Al., 1801 Century Park East, 26th Floor, Los Angeles, CA, 90067, mtuchin@ktbslaw.com | Electronic |
| 9905 | KTBS Law LLP, RJPfister;MLTuchin;SM Kidder;N Maoz, Aylstock, Witkin, Kreis, Et Al., 1801 Century Park East, 26th Floor, Los Angeles, CA, 90067, nmaoz@ktbslaw.com | Electronic |
| 9905 | KTBS Law LLP, RJPfister;MLTuchin;SM Kidder;N Maoz, Aylstock, Witkin, Kreis, Et Al., 1801 Century Park East, 26th Floor, Los Angeles, CA, 90067, rpfister@ktbslaw.com | Electronic |
| 9905 | KTBS Law LLP, RJPfister;MLTuchin;SM Kidder;N Maoz, Aylstock, Witkin, Kreis, Et Al., 1801 Century Park East, 26th Floor, Los Angeles, CA, 90067, skidder@ktbslaw.com | Electronic |
| 9905 | LAW FIRM OF BRIAN W HOFMEISTER, ATTN BRIAN W HOFMEISTER, ESQ, KELLIE BREWER, 3131 PRINCETON PIKE,, BUILDING 5, SUITE 110, LAWRENCEVILLE, NJ, 08648, bwh@hofmeisterfirm.com | Electronic |
| 9905 | LAW OFFICES OF M J MALZBERG LLC, ATTN: MITCHELL MALZBERG, ESQ., VARIOUS CLAIMANTS, PO BOX 5122, CLINTON, NJ, 08809, mmalzberg@mjmalzberglaw.com | Electronic |
| 9905 | LEVIN PAPANTONIO RAFFERTY, ATTN CHRISTOPHER TISI, W HENRY ESTATE REP OF D HENRY-OCTC, 316 S BAYLEN ST, STE 600, PENSACOLA, FL, 32502, ctisi@levinlaw.com | Electronic |
| 9905 | LEVY KONIGSBERG, LLP, ATTN JEROME H BLOCK, ESQ, PAUL CROUCH & RANDY DEROUEN, 605 THIRD AVENUE, 33RD FLOOR, NEW YORK, NY, 10158, mmaimon@levylaw.com | Electronic |
| 9905 | LEVY KONIGSBERG, LLP, ATTN JEROME H BLOCK, ESQ, PAUL CROUCH & RANDY DEROUEN, 605 THIRD AVENUE, 33RD FLOOR, NEW YORK, NY, 10158, jblock@levylaw.com | Electronic |
| 9905 | LEVY KONIGSBERG, LLP, ATTN MOSHE MAIMON, SEVERAL TALC CLMTS; RANDY DEROUEN, 605 THIRD AVENUE, 33RD FLOOR, NEW YORK, NY, 10158, mmaimon@levylaw.com | Electronic |
| 9905 | LEX NOVA LAW LLC, E RICHARD DRESSEL (ED1793), GIOVANNI SOSA & EVAN PLOTKIN, 10 E STOW ROAD, SUITE 250, MARLTON, NJ, 08053, rdressel@lexnovalaw.com | Electronic |
| 9905 | LIAKOS LAW, JENN LIAKOS, 955 DEEP VALLEY DR, SUITE 3900, PALOS VERDES PENINSULA, CA, 90274, jenn@jennliakoslaw.com | Electronic |
| 9905 | LINVILLE LAW GROUP, GANDHI, VINITA, 1932 N DRUID HILLS RD NE, STE 200, ATLANTA, GA, 30319, info@linvillelawgroup.com | Electronic |
| 9905 | LINVILLE LAW GROUP, GANDHI, VINITA, 1932 N DRUID HILLS RD NE, STE 200, ATLANTA, GA, 30319, info@linvillefirm.com | Electronic |
| 9905 | LITE DEPALMA GREENBERG, ATTN ALLEN J UNDERWOOD II, ESQ., DISANTO CANADIAN CA CREDITORS, & AFANADOR, LLC, 570 BROAD STREET, SUITE 1201, NEWARK, NJ, 07102, aunderwood@litedepalma.com | Electronic |
| 9905 | LOWENSTEIN SANDLER LLP, KENNETH A. ROSEN;MARY E. SEYMOUR, JOHNSON & JOHNSON, ONE LOWENSTEIN DR, ROSELAND, NJ, 07068, krosen@lowenstein.com | Electronic |
| 9905 | LOWENSTEIN SANDLER LLP, KENNETH A. ROSEN;MARY E. SEYMOUR, JOHNSON & JOHNSON, ONE LOWENSTEIN DR, ROSELAND, NJ, 07068, mseymour@lowenstein.com | Electronic |
| 9905 | LTL Management, Attn: John Kim, jkim8@its.jnj.com | Electronic |
| 9905 | MASSEY & GAIL LLP, JONATHAN S MASSEY; BRET VALLACHER, 1000 MAINE AVE. SW, SUITE 450, WASHINGTON, D., 20024, jmassey@masseygail.com | Electronic |
| 9905 | MASSEY & GAIL LLP, JONATHAN S MASSEY; BRET VALLACHER, 1000 MAINE AVE. SW, SUITE 450, WASHINGTON, D., 20024, BVALLACHER@MASSEYGAIL.COM | Electronic |
| 9905 | MASSEY & GAIL LLP, RACHEL MORSE, 50 EAST WASHINGTON STREET, CHICAGO, IL, 60602, rmorse@masseygail.com | Electronic |
| 9905 | MAUNE RAICHLE HARTLEY FRENCH, John Louis Steffan IV, Esq., Talc Claimant Katherine Tollefson, & MUDD, LLC, 1015 Locust Street, Suite 1200, St. Louis, MO, 63101 | First Class |
| 9905 | MAUNE RAICHLE HARTLEY FRENCH, SUZANNE M RATCLIFFE & C L THOMPSON, KATHERINE TOLLEFSON, & MUDD LLC, 150 WEST 30TH STREET, SUITE 201, NEW YORK, NY, 10001, cthompson@mrhfmlaw.com | Electronic |
| 9905 | MAUNE RAICHLE HARTLEY FRENCH, SUZANNE M RATCLIFFE & C L THOMPSON, KATHERINE TOLLEFSON, & MUDD LLC, 150 WEST 30TH STREET, SUITE 201, NEW YORK, NY, 10001, sratcliffe@mrhfmlaw.com | Electronic |
| 9905 | MCDONALD WORLEY, DON WORLEY, 1770 ST. JAMES PLACE, STE 100, HOUSTON, TX, 77056, don@mcdonaldworley.com | Electronic |
| 9905 | MCMANIMON SCOTLAND & BAUMANN, LLC, ATTN A SODONO, III & S B PLACONA, CLAIMANTS REP BY BARNES LAW GROUP, 75 LIVINGSTON AVENUE, STE 201, ROSELAND, NJ, 07068, | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 9905 | MCMANIMON SCOTLAND & BAUMANN, LLC, ATTN A SODONO, III & S B PLACONA, CLAIMANTS REP BY BARNES LAW GROUP, 75 LIVINGSTON AVENUE, STE 201, ROSELAND, NJ, 07068, splacona@msbnj.com | Electronic |
| 9905 | MCMANIMON SCOTLAND & BAUMANN, LLC, ATTN A SODONO, III & S B PLACONA, CLAIMANTS REP BY BARNES LAW GROUP, 75 LIVINGSTON AVENUE, STE 201, ROSELAND, NJ, 07068, asodono@msbnj.com | Electronic |
| 9905 | MENDES & MOUNT, LLP, STEPHEN T. ROBERTS;EILEEN T. MCCABE, 750 SEVENTH AVENUE, NEW YORK, NY, 10019, stephen.roberts@mendes.com | Electronic |
| 9905 | MENDES & MOUNT, LLP, STEPHEN T. ROBERTS;EILEEN T. MCCABE, 750 SEVENTH AVENUE, NEW YORK, NY, 10019, eileen.mccabe@mendes.com | Electronic |
| 9905 | MILLER FIRM, LLC, ATTN CURTIS G HOKE, 108 RAILROAD AVE, ORANGE, VA, 22960, choke@millermiller.com | Electronic |
| 9905 | MOTLEY RICE LLC, ATTN DANIEL R LAPINSKI, VRIOUS TALC CLMTS;S SOMMER-KRESSE, 210 LAKE DRIVE EAST, SUITE 101, CHERRY HILL, NJ, 08002, dlapinski@motleyrice.com | Electronic |
| 9905 | MOTLEY RICE LLC, JOHN A. BADEN IV, 28 BRIDGESIDE BLVD., MT. PLEASANT, SC, 29464, jbaden@motleyrice.com | Electronic |
| 9905 | NACHAWATI LAW GROUP, MAJED NACHAWATI, 5489 BLAIR RD, DALLAS, TX, 75231, mn@ntrial.com | Electronic |
| 9905 | NAPOLI SHKOLNIK PLLC, JAMES HEISMAN, CHRISTOPHER LOPALO, 919 NORTH MARKET ST, STE 1801, WILMINGTON, DE, 19801, jheisman@napolilaw.com | Electronic |
| 9905 | NAPOLI SHKOLNIK PLLC, JAMES HEISMAN, CHRISTOPHER LOPALO, 919 NORTH MARKET ST, STE 1801, WILMINGTON, DE, 19801, clopalo@napolibern.com | Electronic |
| 9905 | OFFICE OF THE ATTY GENERAL OF TX, AUTUMN D HIGHSMITH;RACHEL R OBALDO, STATE OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION, PO BOX 12548, AUSTIN, TX, 78711-2548, autumn.highsmith@oag.texas.gov | Electronic |
| 9905 | OFFICE OF THE ATTY GENERAL OF TX, AUTUMN D HIGHSMITH;RACHEL R OBALDO, STATE OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION, PO BOX 12548, AUSTIN, TX, 78711-2548, rachel.obaldo@oag.texas.gov | Electronic |
| 9905 | OFFICE OF THE US TRUSTEE, LAUREN BIELSKIE;JEFFREY M. SPONDER, ONE NEWARK CENTER, STE 2100, NEWARK, NJ, 07102, jeffrey.m.sponder@usdoj.gov | Electronic |
| 9905 | OFFICE OF THE US TRUSTEE, LAUREN BIELSKIE;JEFFREY M. SPONDER, ONE NEWARK CENTER, STE 2100, NEWARK, NJ, 07102, lauren.bielskie@usdoj.gov | Electronic |
| 9905 | ONDERLAW, LLC, JAMES ONDER, 110 EAST LOCKWOOD, 2ND FL, ST. LOUIS, MO, 63119, onder@onderlaw.com | Electronic |
| 9905 | OTTERBOURG P.C., ADAM C SILVERSTEIN, OFF COMMITTEE OF TALC CLAIMANTS, 230 PARK AVE, NEW YORK, NY, 10169, asilverstein@otterbourg.com | First Class |
| 9905 | OTTERBOURG P.C., J FEENEY;J DREW;M CYGANOWSKI, D. CASTLEMAN;M MAIZEL, 230 PARK AVENUE, NEW YORK, NY, 10169, jdrew@otterbourg.com | Electronic |
| 9905 | OTTERBOURG P.C., J FEENEY;J DREW;M CYGANOWSKI, D. CASTLEMAN;M MAIZEL, 230 PARK AVENUE, NEW YORK, NY, 10169, mmaizel@otterbourg.com | Electronic |
| 9905 | OTTERBOURG P.C., J FEENEY;J DREW;M CYGANOWSKI, D. CASTLEMAN;M MAIZEL, 230 PARK AVENUE, NEW YORK, NY, 10169, mcyganowski@otterbourg.com | Electronic |
| 9905 | OTTERBOURG P.C., J FEENEY;J DREW;M CYGANOWSKI, D. CASTLEMAN;M MAIZEL, 230 PARK AVENUE, NEW YORK, NY, 10169, jfeeney@otterbourg.com | Electronic |
| 9905 | OTTERBOURG P.C., J FEENEY;J DREW;M CYGANOWSKI, D. CASTLEMAN;M MAIZEL, 230 PARK AVENUE, NEW YORK, NY, 10169, dcastleman@otterbourg.com | Electronic |
| 9905 | OTTERBOURG P.C., RICHARD G HADDAD;ADAM C SILVERSTEIN, OFF COMMITTEE OF TALC CLAIMANTS, 230 PARK AVE, NEW YORK, NY, 10169, jdrew@otterbourg.com | Electronic |
| 9905 | OTTERBOURG P.C., RICHARD G HADDAD;ADAM C SILVERSTEIN, OFF COMMITTEE OF TALC CLAIMANTS, 230 PARK AVE, NEW YORK, NY, 10169, dcastleman@otterbourg.com | Electronic |
| 9905 | OTTERBOURG P.C., RICHARD G HADDAD;ADAM C SILVERSTEIN, OFF COMMITTEE OF TALC CLAIMANTS, 230 PARK AVE, NEW YORK, NY, 10169, rhaddad@otterbourg.com | Electronic |
| 9905 | PACHULSKI STANG ZIEHL & JONES LLP, John A. Morris, Arnold & Itkin LLP, 780 Third Avenue, 34th floor, New York, NY, 10017, jmorris@pszjlaw.com | Electronic |
| 9905 | PACHULSKI STANG ZIEHL & JONES LLP, L D JONES;C R ROBINSON;P J KEANE, ARNOLD & ITKIN PLAINTIFFS, 919 N MARKET STREET, 17TH FL, WILMINGTON, DE, 19801, crobinson@pszjlaw.com | Electronic |
| 9905 | PACHULSKI STANG ZIEHL & JONES LLP, L D JONES;C R ROBINSON;P J KEANE, ARNOLD & ITKIN PLAINTIFFS, 919 N MARKET STREET, 17TH FL, WILMINGTON, DE, 19801, ljones@pszjlaw.com | Electronic |
| 9905 | PACHULSKI STANG ZIEHL & JONES LLP, L D JONES;C R ROBINSON;P J KEANE, ARNOLD & ITKIN PLAINTIFFS, 919 N MARKET STREET, 17TH FL, WILMINGTON, DE, 19801, pkeane@pszjlaw.com | Electronic |
| 9905 | PARKINS & RUBIO LLP, LENARD M PARKINS & CHARLES M RUBIO, AD HOC GROUP OF SUPPORTING COUNSEL, 700 MILAM, SUITE 1300, HOUSTON, TX, 77002, lparkins@parkinsrubio.com | Electronic |
| 9905 | PARKINS & RUBIO LLP, LENARD M PARKINS & CHARLES M RUBIO, AD HOC GROUP OF SUPPORTING COUNSEL, 700 MILAM, SUITE 1300, HOUSTON, TX, 77002, crubio@parkinsrubio.com | Electronic |
| 9905 | PASHMAN STEIN WALDER HAYDEN, P.C., ATTN JOHN W WEISS, VARIOUS TALC CLAIMANTS, 101 CRAWFORDS | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | CORNER ROAD, STE 4202, HOLMDEL, NJ, 07733, jweiss@pashmanstein.com | |
| 9905 | PAUL HASTINGS LLP, ATTN KRIS HANSEN; Ryan Montefusco, AD HOC GROUP OF SUPPORTING COUNSEL, 200 PARK AVENUE, NEW YORK, NY, 10166, krishansen@paulhastings.com | Electronic |
| 9905 | PAUL HASTINGS LLP, ATTN KRIS HANSEN; Ryan Montefusco, AD HOC GROUP OF SUPPORTING COUNSEL, 200 PARK AVENUE, NEW YORK, NY, 10166, ryanmontefusco@paulhastings.com | Electronic |
| 9905 | PAUL HASTINGS LLP, MATTHEW M MURPHY & MATTHEW MICHELI, AD HOC GROUP OF SUPPORTING COUNSEL, Michael Whalen, 71 SOUTH WACKER DRIVE, SUITE 4500, CHICAGO, IL, 60606, mattmurphy@paulhastings.com | Electronic |
| 9905 | PAUL HASTINGS LLP, MATTHEW M MURPHY & MATTHEW MICHELI, AD HOC GROUP OF SUPPORTING COUNSEL, Michael Whalen, 71 SOUTH WACKER DRIVE, SUITE 4500, CHICAGO, IL, 60606, mattmicheli@paulhastings.com | Electronic |
| 9905 | PAUL HASTINGS LLP, MATTHEW M MURPHY & MATTHEW MICHELI, AD HOC GROUP OF SUPPORTING COUNSEL, Michael Whalen, 71 SOUTH WACKER DRIVE, SUITE 4500, CHICAGO, IL, 60606, michaelcwhalen@paulhastings.com | Electronic |
| 9905 | PAUL HASTINGS LLP, William K. Whitner, Ad Hoc Group, 1170 Peachtree Street N.E., Ste 100, Atlanta, GA, 30309, kwhitner@paulhastings.com | Electronic |
| 9905 | PAUL J KRAY, RUTH M HLAD, 111 PEARL ROAD, BRUNSWICK, OH, 44212, paul@krayattorneys.com | Electronic |
| 9905 | PULASKI KHERKHER PLLC, ADAM PULASKI, 2925 RICHMOND AVE, STE 1725, HOUSTON, TX, 77098, adam@pulaskilawfirm.com | Electronic |
| 9905 | RANDI S ELLIS LLC, ATTN: RANDI S ELLIS, FUTURE TALC CLMTS REPRESENTATIVE, 5757 INDIAN CIRCLE, HOUSTON, TX, 77057, randi@randiellis.com | Electronic |
| 9905 | RAWLINGS & ASSOCIATES, MARK D FISCHER,;ROBERT C GRIFFITHS, THE BLUE CROSS BLUE SHIELD ASSOC, 1 EDEN PARKWAY, LA GRANGE, KY, 40031, mdf@rawlingsandassociates.com | Electronic |
| 9905 | RAWLINGS & ASSOCIATES, ROBERT C GRIFFITHS, THE BLUE CROSS BLUE SHIELD ASSOC, 1 EDEN PARKWAY, LA GRANGE, KY, 40031, rcg@rawlingsandassociates.com | First Class |
| 9905 | REED SMITH LLP, ATTN DEREK J BAKER, CYPRUS MINES CORPORATION, 506 CARNEGIE CENTER, SUITE 300, PRINCETON, NJ, 08543, dbaker@reedsmith.com | Electronic |
| 9905 | ROBINSON CALCAGNIE, INC., ATTN MARK ROBINSON, JR, APRIL FAIR - OCTC, 19 CORPORATE PLAZA DRIVE, NEWPORT BEACH, CA, 92660, mrobinson@robinsonfirm.com | Electronic |
| 9905 | ROSS FELLER CASEY, LLP, ATTN BRIAN J MCCORMICK, JR, ONE LIBERTY PLACE, 1650 MARKET ST, 34TH FLOOR, PHILADELPHIA, PA, 19103, bmcccormick@rossfellercasey.com | First Class |
| 9905 | RUEB STOLLER DANIEL, LLP, GREGORY D. RUEB, 1990 N. CALIFORNIA BLVD., 8TH FLOOR, WALNUT CREEK, CA, 94596, greg@lawrsd.com | Electronic |
| 9905 | SAIBER LLC, ATTN: JOHN M. AUGUST, ESQ., VARIOUS TALC CLAIMANTS, 18 COLUMBIA TURNPIKE, SUITE 200, FLORHAM PARK, NJ, 07932, jaugust@saiber.com | First Class |
| 9905 | SANDERS, PHILLIPS, GROSSMAN, LLC, MARC GROSSMAN, 100 GARDEN CITY PLAZA, GARDEN CITY, NY, 11530, mgrossman@thesandersfirm.com | Electronic |
| 9905 | SHOOK HARDY & BACON LLP, KATHLEEN A FRAZIER, JPMORGAN CHASE TOWER, 600 TRAVIS ST., SUITE 3400, HOUSTON, TX, 77002, kfrazier@shb.com | Electronic |
| 9905 | SIMON GREENSTONE PANATIER PC, ATTN LEAH C KAGAN, ESQ., VARIOUS TALC CLAIMANTS, 1201 ELM STREET, SUITE 3400, DALLAS, TX, 75270, lkagan@sgptrial.com | Electronic |
| 9905 | SIMPSON THACHER & BARTLETT LLP, ATTN ANDREW T FRANKEL, TRVLR CAS&SURTY FKA AETNA CAS&SURTY, 425 LEXINGTON AVENUE, NEW YORK, NY, 10017, afrankel@stblaw.com | Electronic |
| 9905 | SIMPSON THACHER & BARTLETT LLP, K MCLENDON;M TORKIN;J MITNICK, S QUSBA;Z WEINER;J FELL, 425 LEXINGTON AVENUE, NEW YORK, NY, 10017, kmclendon@stblaw.com | Electronic |
| 9905 | SIMPSON THACHER & BARTLETT LLP, K MCLENDON;M TORKIN;J MITNICK, S QUSBA;Z WEINER;J FELL, 425 LEXINGTON AVENUE, NEW YORK, NY, 10017, michael.torkin@stblaw.com | Electronic |
| 9905 | SIMPSON THACHER & BARTLETT LLP, K MCLENDON;M TORKIN;J MITNICK, S QUSBA;Z WEINER;J FELL, 425 LEXINGTON AVENUE, NEW YORK, NY, 10017, jonathan.mitnick@stblaw.com | Electronic |
| 9905 | SIMPSON THACHER & BARTLETT LLP, K MCLENDON;M TORKIN;J MITNICK, S QUSBA;Z WEINER;J FELL, 425 LEXINGTON AVENUE, NEW YORK, NY, 10017, squsba@stblaw.com | Electronic |
| 9905 | SIMPSON THACHER & BARTLETT LLP, K MCLENDON;M TORKIN;J MITNICK, S QUSBA;Z WEINER;J FELL, 425 LEXINGTON AVENUE, NEW YORK, NY, 10017, zachary.weiner@stblaw.com | Electronic |
| 9905 | SIMPSON THACHER & BARTLETT LLP, K MCLENDON;M TORKIN;J MITNICK, S QUSBA;Z WEINER;J FELL, 425 LEXINGTON AVENUE, NEW YORK, NY, 10017, jamie.fell@stblaw.com | Electronic |
| 9905 | SKADDEN, ARPS, SLATE,, ATTN ALLISON M BROWN, ESQ., SPECIAL COUNSEL, MEAGHER & FLOM LLP, ONE MANHATTAN WEST, NEW YORK, NY, 10001, allison.brown@skadden.com | Electronic |
| 9905 | SLATER SLATER SCHULMAN, SLATER, ADAM, 445 BROADHOLLOW RD, STE 419, MELVILLE, NY, 11747 | First Class |
| 9905 | THE BARNES LAW GROUP, LLC, ROY E. BARNES;JOHN R. BEVIS, TALC CLAIMANTS, 31 ATLANTA STREET, MARIETTA, GA, 30060, roy@barneslawgroup.com | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 9905 | THE BARNES LAW GROUP, LLC, ROY E. BARNES;JOHN R. BEVIS, TALC CLAIMANTS, 31 ATLANTA STREET, MARIETTA, GA, 30060, bevis@barneslawgroup.com | Electronic |
| 9905 | THE KELLY FIRM, P.C., ATTN: ANDREW J. KELLY, BCBS OF MASSACHUSETTS, 1011 HIGHWAY 71, SUITE 200, SPRING LAKE, NJ, 07762, akelly@kbtlaw.com | Electronic |
| 9905 | THE RUCKDESCHEL LAW FIRM, LLC, JONATHAN RUCKDESCHEL, 8357 MAIN STREET, ELLICOTT CITY, MD, 21043, ruck@rucklawfirm.com | Electronic |
| 9905 | THE SHAPIRO LAW FIRM, ATTN JANET A SHAPIRO, EMPLYRS INS CO WAUSAU&NATL CASUALTY, 325 N MAPLE DRIVE #15186, BEVERLY HILLS, CA, 90209, jshapiro@shapirolawfirm.com | Electronic |
| 9905 | TRAMMELL PC, FLETCHER V. TRAMMELL, 3262 WESTHEIMER RD., STE 423, HOUSTON, TX, 77098, fletch@trammellpc.com | Electronic |
| 9905 | TRIF & MODUGNO, LLC, ATTN LOUIS A MODUGNO, NJ CVRG ACTION PLAINTIFF INSURERS, 89 HEADQUARTERS PLAZA, NORTH TOWER, SUITE 1201, MORRISTOWN, NJ, 07960, lmodugno@tm-firm.com | Electronic |
| 9905 | US DEPARTMENT OF JUSTICE, ATTN BETHANY R THERIOT, CIVIL DIVISION, PO BOX 875, BEN FRANKLIN STATION, WASHINGTON, DC, 20044-0875, john.z.balasko@usdoj.gov | Electronic |
| 9905 | US DEPARTMENT OF JUSTICE, ATTN BETHANY R THERIOT, CIVIL DIVISION, PO BOX 875, BEN FRANKLIN STATION, WASHINGTON, DC, 20044-0875, bethany.theriot@usdoj.gov | Electronic |
| 9905 | US DEPARTMENT OF JUSTICE, ATTN J ZACHARY BALASKO, CIVIL DIVISION, PO BOX 875, BEN FRANKLIN STATION, WASHINGTON, DC, 20044-0875, JOHN.Z.BALASKO@USDOJ.GOV | Electronic |
| 9905 | VINSON & ELKINS LLP, Matthew W Moran;Katherine D Grissel, Cyprus Amax Minerals Company, 2001 Ross Avenue, Suite 3900, Dallas, TX, 75201, kgrissel@velaw.com | Electronic |
| 9905 | VINSON & ELKINS LLP, Matthew W Moran;Katherine D Grissel, Cyprus Amax Minerals Company, 2001 Ross Avenue, Suite 3900, Dallas, TX, 75201, mmoran@velaw.com | Electronic |
| 9905 | VINSON & ELKINS LLP, Paul E. Heath, Cyprus Amax Minerals Company, 845 Texas Avenue, Suite 4700, Houston, TX, 77002, pheath@velaw.com | Electronic |
| 9905 | VINSON & ELKINS LLP, Steven M. Abramowitz, Cyprus Amax Minerals Company, 1114 Avenue of the Americas, 32nd Floor, New York, NY, 10036, sabramowitz@velaw.com | Electronic |
| 9905 | WACHTELL, LIPTON, ROSEN & KATZ, Emil A. Kleinhaus;Michael H. Cassel, Cyprus Amax Minerals Company, 51 West 52nd Street, New York, NY, 10019, mhcassel@wlrk.com | Electronic |
| 9905 | WACHTELL, LIPTON, ROSEN & KATZ, Emil A. Kleinhaus;Michael H. Cassel, Cyprus Amax Minerals Company, 51 West 52nd Street, New York, NY, 10019, eakleinhaus@wlrk.com | Electronic |
| 9905 | WAGSTAFF LAW FIRM, AIMEE WAGSTAFF, 940 N. LINCOLN ST, DENVER, CO, 80203, awagstaff@wagstafflawfirm.com | Electronic |
| 9905 | WALDREP WALL BABCOCK & BAILEY PLLC, THOMAS W. WALDREP, JR., 370 KNOLLWOOD STREET, SUITE 600, WINSTON-SALEM, NC, 27103, twaldrep@waldrepwall.com | Electronic |
| 9905 | WALSH PIZZI O'REILLY FALANGA, ATTN MARK FALK, RANDI S ELLIS, FTCR, THREE GATEWAY CENTER, 100 MULBERRY ST, 15TH FL, NEWARK, NJ, 07102, mfalk@walsh.law | Electronic |
| 9905 | WATTS GUERRA LLP, MIKAL WATTS, 4 DOMINION DR., BLD 3, STE 100, SAN ANTONIO, TX, 78257, mcwatts@wattsguerra.com | Electronic |
| 9905 | WEITZ & LUXENBERG, PC, PERRY WEITZ;LISA BUSCH;J DELANEY, PATRICIA COOK - OCTC, 700 BROADWAY, NEW YORK, NY, 10003, lbusch@weitzlux.com | Electronic |
| 9905 | WEITZ & LUXENBERG, PC, PERRY WEITZ;LISA BUSCH;J DELANEY, PATRICIA COOK - OCTC, 700 BROADWAY, NEW YORK, NY, 10003, pw@weitzlux.com | Electronic |
| 9905 | WEITZ & LUXENBERG, PC, PERRY WEITZ;LISA BUSCH;J DELANEY, PATRICIA COOK - OCTC, 700 BROADWAY, NEW YORK, NY, 10003, jdelaney@weitzlux.com | Electronic |
| 9905 | White & Case LLP, Attn: Jessica Lauria (Boelter), Jessica.boelter@whitecase.com | Electronic |
| 9905 | WHITE & CASE LLP, J C LAURIA;G M KURTZ, ET AL., J & J, J & J CONSUMER INC, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1095, jessica.lauria@whitecase.com | Electronic |
| 9905 | WHITE & CASE LLP, J C LAURIA;G M KURTZ, ET AL., J & J, J & J CONSUMER INC, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1095, gstarner@whitecase.com | Electronic |
| 9905 | WHITE & CASE LLP, J C LAURIA;G M KURTZ, ET AL., J & J, J & J CONSUMER INC, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1095, ricardo.pasianotto@whitecase.com | Electronic |
| 9905 | WHITE & CASE LLP, J C LAURIA;G M KURTZ, ET AL., J & J, J & J CONSUMER INC, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1095, gkurtz@whitecase.com | Electronic |
| 9905 | WHITE & CASE LLP, MATTHEW E LINDER & LAURA E BACCASH, J & J, J & J CONSUMER INC, 111 SOUTH WACKER DR, STE 5100, CHICAGO, IL, 60606-4302, mlinder@whitecase.com | Electronic |
| 9905 | WHITE & CASE LLP, MATTHEW E LINDER & LAURA E BACCASH, J & J, J & J CONSUMER INC, 111 SOUTH WACKER DR, STE 5100, CHICAGO, IL, 60606-4302, laura.baccash@whitecase.com | Electronic |
| 9905 | WHITE & CASE LLP, MICHAEL C SHEPHERD;LAURA FEMINO, J & J, J & J CONSUMER INC, 200 SOUTH BISCAYNE | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | BLVD, STE 4900, MIAMI, FL, 33131-2352, mshepherd@whitecase.com | |
| 9905 | WHITE & CASE LLP, MICHAEL C SHEPHERD;LAURA FEMINO, J & J, J & J CONSUMER INC, 200 SOUTH BISCAYNE BLVD, STE 4900, MIAMI, FL, 33131-2352, laura.femino@whitecase.com | Electronic |
| 9905 | WOLLMUTH MAHER & DEUTSCH LLP, ATTN JAMES N LAWLOR, PROPOSED LOCAL COUNSEL TO DEBTOR'S, 90 WASHINGTON VALLEY ROAD, BEDMINISTER, NJ, 07921, jlawlor@wmd-law.com | Electronic |
| 9905 | WOLLMUTH MAHER & DEUTSCH LLP, LYNDON TRETTER;STEPHANIE A. WEAVER, 500 FIFTH AVENUE, NEW YORK, NY, 10110, sweaver@wmd-law.com | Electronic |
| 9905 | WOLLMUTH MAHER & DEUTSCH LLP, LYNDON TRETTER;STEPHANIE A. WEAVER, 500 FIFTH AVENUE, NEW YORK, NY, 10110, ltretter@wmd-law.com | Electronic |
| 9905 | WOLLMUTH MAHER & DEUTSCH LLP, PR DEFILIPPO;J F PACELLI;J N LAWLOR, LOCAL COUNSEL TO DEBTOR'S, 500 FIFTH AVENUE, 12TH FLOOR, NEW YORK, NY, 10110, jlawlor@wmd-law.com | Electronic |
| 9905 | WOLLMUTH MAHER & DEUTSCH LLP, PR DEFILIPPO;J F PACELLI;J N LAWLOR, LOCAL COUNSEL TO DEBTOR'S, 500 FIFTH AVENUE, 12TH FLOOR, NEW YORK, NY, 10110, pdefilippo@wmd-law.com | Electronic |
| 9905 | WOLLMUTH MAHER & DEUTSCH LLP, PR DEFILIPPO;J F PACELLI;J N LAWLOR, LOCAL COUNSEL TO DEBTOR'S, 500 FIFTH AVENUE, 12TH FLOOR, NEW YORK, NY, 10110, jpacelli@wmd-law.com | Electronic |
| 9905 | WOMBLE BOND DICKINSON (US) LLP, ERICKA JOHNSON & LISA B TANCREDI, AD HOC COMMITTEE OF STATES HOLDING, 1313 NORTH MARKET STREET, STE 1200, WILMINGTON, DE, 19801, lisa.tancredi@wbd-us.com | Electronic |
| 9905 | WOMBLE BOND DICKINSON (US) LLP, ERICKA JOHNSON & LISA B TANCREDI, AD HOC COMMITTEE OF STATES HOLDING, 1313 NORTH MARKET STREET, STE 1200, WILMINGTON, DE, 19801, ericka.johnson@wbd-us.com | Electronic |
| 9905 | WOMBLE BOND DICKINSON (US) LLP, LISA BITTLE TANCREDI, 100 LIGHT STREET, 26TH FLOOR, BALTIMORE, MD, 21202, lisa.tancredi@wbd-us.com | Electronic |