UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail:    jeffrey.m.sponder@usdoj.gov
           lauren.bielskie@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re<br><br>LTL Management LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>Hearing Date: July 27, 2023 @ 10:00 a.m.<br><br>Honorable Michael B. Kaplan, Chief Judge |

**CERTIFICATION OF SERVICE**

1. I, Neidy Fuentes:

   ☐ represent _____, in this matter.

   ☒ am the paralegal for <u>Jeffrey M. Sponder, Esquire,</u> who represents the United States Trustee in this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On July 19, 2023, a copy of the following pleadings and/or documents to the parties listed below was served via electronic notice through CM/ECF, and on July 20, 2023, I caused to be served a copy of the following pleadings and/or documents to the parties listed below, via the mode(s) of service indicated thereon:

   *United States Trustee's Proposed Findings of Facts and Conclusions of Law in Support of the Motion of the United States Trustee to Dismiss Case Pursuant to 11 U.S.C. Section 1112(b). [ECF No. 1078]*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 21, 2023                    By: */s/ Neidy Fuentes*
                                            Neidy Fuentes
                                            Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See Exhibit A. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ other: E-mail (As authorized by the court or by rule. Cite the rule if applicable) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ other: E-mail (As authorized by the court or by rule. Cite the rule if applicable) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ other: E-mail (As authorized by the court or by rule. Cite the rule if applicable) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ other: E-mail (As authorized by the court or by rule. Cite the rule if applicable) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ other: E-mail (As authorized by the court or by rule. Cite the rule if applicable) |

*Rev.8/1/16*

**EXHIBIT A**

| | | |
|---|---|---|
| ARNOLD & ITKIN LLP<br>ATTN: KURT ARNOLD, CAJ BOATRIGHT<br>ROLAND CHRISTENSEN & JASON ITKIN<br>1401 MCKINNEY ST., STE 2250<br>HOUSTON, TX 77010<br>CBOATRIGHT@ARNOLDITKIN.COM;<br>CHRISTENSEN@ARNOLDITKIN.COM;<br>JITKIN@ARNOLDITKIN.COM | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC<br>ATTN: MARY PUTNICK & DANIEL THORNBURGH<br>17 EAST MAIN ST., STE 200<br>PO BOX 12630<br>PENSACOLA, FL 32502<br>MARYBETH@PUTNICKLEGAL.COM;<br>DTHORNBURGH@AWKOLAW.COM | BEASLEY ALLEN LAW FIRM<br>ATTN: CHARLIE STERN<br>218 COMMERCE ST<br>MONTGOMERY, AL 36104<br>CHARLIE.STERN@BEASLEYALLEN.COM |
| BROWN RUDNICK LLP<br>(CO-COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS)<br>ATTN: JEFFREY L. JONAS, SUNNI P. BEVILLE & ERIC R. GOODMAN<br>ONE FINANCIAL CENTER<br>BOSTON, MA 2111<br>JJONAS@BROWNRUDNICK.COM;<br>SBEVILLE@BROWNRUDNICK.COM;<br>EGOODMAN@BROWNRUDNICK.COM | CHILDERS, SCHLUETER & SMITH LLC<br>ATTN: RICHARD SCHLUETER<br>1932 N DRUID HILLS RD., STE. 100<br>ATLANTA, GA 30319<br>RSCHLUETER@CSSFIRM.COM | COLE SCHOTZ PC<br>(COUNSEL TO AD HOC GROUP OF SUPPORTING COUNSEL)<br>ATTN: MICHAEL D. SIROTA; WARREN A. USATINE, SETH VAN AALTEN & JUSTIN ALBERTO<br>COURT PLAZA NORTH-25 MAIN STREET<br>PO BOX 800<br>HACKENSACK, NJ 07602-0800<br>MSIROTA@COLESCHOTZ.COM;<br>WUSATINE@COLESCHOTZ.COM;<br>SVANAALTEN@COLESCHOTZ.COM;<br>JALBERTO@COLESCHOTZ.COM |
| GENOVA BURNS LLC<br>(LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF CERTAIN TALC CLAIMANTS)<br>ATTN: DANIEL M. STOLZ & GREGORY S. KINOIAN<br>110 ALLEN RD, STE 304<br>BASKING RIDGE, NJ 07920<br>DSTOLZ@GENOVABURNS.COM;<br>GKINOIAN@GENOVABURNS.COM | GENOVA BURNS LLC<br>(LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF CERTAIN TALC CLAIMANTS)<br>ATTN: DONALD W. CLARKE<br>494 BROAD STREET<br>NEWARK, NJ 07102<br>DCLARKE@GENOVABURNS.COM | JOHNSON & JOHNSON<br>ATTN: ERIC HAAS & ANDREW WHITE<br>1 JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK, NJ 08933<br>EHAAS8@ITS.JNJ.COM;<br>AWHITE23@ITS.JNJ.COM |
| JONES DAY<br>(COUNSEL TO DEBTOR'S)<br>ATTN: GREGORY M GORDON, DAN B PIETRO & AMANDA S RUSH<br>2727 N HARWOOD STREET<br>DALLAS, TX 75201<br>GMGORDON@JONESDAY.COM;<br>DPIETRO@JONESDAY.COM;<br>ASRUSH@JONESDAY.COM | JONES DAY<br>(COUNSEL TO DEBTOR'S)<br>ATTN: BRAD B ERENS<br>110 NORTH WACKER DRIVE, SUITE 4800<br>CHICAGO, IL 60606<br>BBERENS@JONEDAY.COM | MASSEY& GAIL LLP<br>(CO-COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS)<br>ATTN: JONATHAN S. MASSEY & RACHEL S. MORSE<br>1000 MAINE AVE. SW, SUITE 450<br>WASHINGTON, DC 20024<br>JMASSEY@MASSEYGAIL.COM;<br>RMORSE@MASSEYGAIL.COM |
| MILLER FIRM, LLC<br>ATTN: CURTIS G HOKE<br>108 RAILROAD AVE<br>ORANGE, VA 22960<br>CHOKE@MILLERMILLER.COM | NACHAWATI LAW GROUP<br>ATTN: MAJED NACHAWATI<br>5489 BLAIR RD<br>DALLAS, TX 75231<br>MN@NTRIAL.COM | NAPOLI SHKOLNIK PLLC<br>ATTN: JAMES HEISMAN, CHRISTOPHER LOPALO<br>919 NORTH MARKET ST, STE 1801<br>WILMINGTON, DE 19801<br>CLOPALO@NAPOLIBERN.COM;<br>JHEISMAN@NAPOLILAW.COM |
| ONDERLAW, LLC<br>ATTN: JAMES ONDER<br>110 EAST LOCKWOOD, 2ND FL<br>ST. LOUIS, MO 63119<br>ONDER@ONDERLAW.COM | OTTERBOURG P.C.<br>(CO-COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS)<br>ATTN: RICHARD G. HADDAD, ADAM C. SILVERSTEIN & MELANIE L. CYGANOWSKI<br>230 PARK AVE<br>NEW YORK, NY 10169<br>RHADDAD@OTTERBOURG.COM;<br>ASILVERSTEIN@OTTERBOURG.COM;<br>MCYGANOWSKI@OTTERBOURG.COM | PAUL HASTINGS LLP<br>(COUNSEL TO THE AD HOC GROUP OF SUPPORTING COUNSEL)<br>ATTN: KRIS HANSEN<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>KRISHANSEN@PAULHASTINGS.COM |
| PULASKI KHERKHER PLLC<br>ATTN: ADAM PULASKI<br>2925 RICHMOND AVE, STE 1725<br>HOUSTON, TX 77098<br>ADAM@PULASKILAWFIRM.COM | RANDI S ELLIS LLC<br>( FUTURE TALC CLAIMANTS REPRESENTATIVE)<br>ATTN: RANDI S. ELLIS<br>5757 INDIAN CIRCLE<br>HOUSTON, TX 77057<br>RANDI@RANDIELLIS.COM | ROBINSON CALCAGNIE, INC.<br>(COUNSEL TO APRIL FAIR - OCTC)<br>ATTN MARK ROBINSON, JR<br>19 CORPORATE PLAZA DRIVE<br>NEWPORT BEACH, CA 92660<br>MROBINSON@ROBINSONFIRM.COM |

**EXHIBIT A**

| | | |
|---|---|---|
| SANDERS, PHILLIPS, GROSSMAN, LLC<br>ATTN: MARC GROSSMAN<br>100 GARDEN CITY PLAZA<br>GARDEN CITY, NY 11530<br>MGROSSMAN@THESANDERSFIRM.COM | TRAMMELL PC<br>ATTN: FLETCHER V. TRAMMELL<br>3262 WESTHEIMER RD., STE 423<br>HOUSTON, TX 77098<br>FLETCH@TRAMMELLPC.COM | WAGSTAFF LAW FIRM<br>ATTN: AIMEE WAGSTAFF<br>940 N. LINCOLN ST<br>DENVER, CO 80203<br>AWAGSTAFF@WAGSTAFFLAWFIRM.COM |
| WHITE & CASE LLP<br>(COUNSEL TO J & J, J & J CONSUMER INC)<br>ATTN: JESSICA C. LAURIA, GLENN M. KURTZ, R PASIANOTTO & GREGORY STARNER<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1095<br>JESSICA.LAURIA@WHITECASE.COM;<br>GKURTZ@WHITECASE.COM;<br>RICARDO.PASIANOTTO@WHITECASE.COM; GSTARNER@WHITECASE.COM | WHITE & CASE LLP<br>(COUNSEL TO J & J, J & J CONSUMER INC)<br>ATTN: MICHAEL C. SHEPHERD & LAURA FEMINO<br>200 SOUTH BISCAYNE BLVD, STE 4900<br>MIAMI, FL 33131-2352<br>MSHEPHERD@WHITECASE.COM;<br>LAURA.FEMINO@WHITECASE.COM | WHITE & CASE LLP<br>(COUNSEL TO J & J, J & J CONSUMER INC)<br>ATTN: MATTHEW E. LINDER & LAURA E. BACCASH<br>111 SOUTH WACKER DR, STE 5100<br>CHICAGO, IL 60606-4302<br>MLINDER@WHITECASE.COM;<br>LAURA.BACCASH@WHITECASE.COM |
| WOLLMUTH MAHER & DEUTSCH LLP<br>(LOCAL COUNSEL TO DEBTOR'S)<br>ATTN: PAUL R. DEFILIPPO, JOSPEH F. PACELLI & JAMES N. LAWLOR<br>500 FIFTH AVENUE, 12TH FLOOR<br>NEW YORK, NY 10110<br>PDEFILIPPO@WMD-LAW.COM;<br>JPACELLI@WMD-LAW.COM;<br>JLAWLOR@WMD-LAW.COM | | |