

# Affidavit of Service

Firm: __Cole Schotz__    Reference No. __66055-0001__

I, __Kristen Hambleton__, declare as follows:
(**Please Print** Name of Employee)

I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801. I am an authorized representative of Parcels, Inc.

The following document(s), __Fee Applications (#1057, 1058, 1059, 1060, 1061, 1062)__, in the following case, __LTL Management LLC__  23-12825, was/were delivered by the following method(s):

Quantity Sent (Check any that apply):

| | | |
|---|---|---|
| ☐ | _____ | First Class Mail |
| ☒ | 5 | Priority Mail |
| ☐ | _____ | Express Mail |
| ☐ | _____ | International Mail |
| ☐ | _____ | Federal Express |
| ☐ | _____ | Hand Delivery |
| ☐ | _____ | Email |
| ☐ | _____ | Fax |

I declare, under penalty of perjury, that the above statements are true and correct. The above action(s) was/were executed on __July 18, 2023__ in Wilmington, DE.

__Kristen Hambleton__ Parcels, Inc., Representative.
(Employee Signature)

| | |
|---|---|
| JONES WALKER LLP<br>(CO-MEDIATOR)<br>ATTN GARY RUSSO<br>SUITE 1600, 600 JEFFERSON STREET<br>LAFAYETTE, LZ 70501 | RESOLUTIONS, LLC<br>(CO-MEDIATOR)<br>ATTN ERIC D GREEN<br>30 MONUMENT SQUARE, SUITE 245<br>CONCORD, MA 01742 |
| SLATER SLATER SCHULMAN<br>445 BROADHOLLOW RD, STE 419<br>SLATER, ADAM<br>MELVILLE, NY 11747 | OFFICE OF THE US TRUSTEE<br>ATTN LAUREN BIELSKIE &<br>JEFFREY M. SPONDER<br>ONE NEWARK CENTER, STE 2100<br>NEWARK, NJ 07102 |
| NAPOLI SHKOLNIK PLLC<br>JAMES HEISMAN and CHRISTOPHER LOPALO<br>360 LEXINGTON AVE<br>NEW YORK, NY 10017 | |