| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> **WOLLMUTH MAHER & DEUTSCH LLP** <br> Paul R. DeFilippo, Esq. <br> 500 Fifth Avenue <br> New York, New York 10110 <br> Telephone: (212) 382-3300 <br> Facsimile: (212) 382-0050 <br> pdefilippo@wmd-law.com <br><br> **JONES DAY** <br> Gregory M. Gordon, Esq. <br> Brad B. Erens, Esq. <br> Dan B. Prieto, Esq. <br> Amanda Rush, Esq. <br> 2727 N. Harwood Street <br> Dallas, Texas 75201 <br> Telephone: (214) 220-3939 <br> Facsimile: (214) 969-5100 <br> gmgordon@jonesday.com <br> bberens@jonesday.com <br> dbprieto@jonesday.com <br> asrush@jonesday.com <br> (Admitted *pro hac vice*) <br><br> *ATTORNEYS FOR DEBTOR* |  <br><br> Order Filed on July 24, 2023 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In re: <br><br> LTL MANAGEMENT LLC,[1] <br><br>                                Debtor. | Chapter 11 <br><br> Case No.: 23-12825 (MBK) <br><br> Judge: Michael B. Kaplan |

### JOINT STIPULATION AND AGREED ORDER REGARDING THE ADMISSION OF EXHIBITS AND DEPOSITION DESIGNATIONS IN CONNECTION WITH MOTION TO DISMISS HEARING

      The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 24, 2023**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1

This stipulation and agreed order (this "Stipulation") is made on this 19th day of July, 2023 (the "Stipulation Date") by and among (1) the above-captioned debtor ("LTL" or "Debtor"); (2) Johnson & Johnson; (3) the Ad Hoc Committee of Supporting Counsel; (4) the Official Committee of Talc Claimants ("TCC"); (5) the Ad Hoc Group of Mesothelioma Claimants; (6) Paul Crouch; (7) the Ad Hoc Committee of States Holding Consumer Protection Claims; (8) law firms on behalf of various mesothelioma claimants; (9) Maune Raichle Hartley French & Mudd, LLC; (10) the Office of the United States Trustee for the District of New Jersey ("U.S. Trustee"); (11) Arnold & Itkin LLP; (12) certain claimants represented by The Barnes Law Group; and (13) the States of New Mexico and Mississippi regarding the admission of exhibits and deposition designations in connection with the hearing on the Motions to Dismiss (defined herein). The parties listed after the numerals 4 through 13 in the preceding sentence are referred to as the "Movants" in this Stipulation.

**Recitals**

WHEREAS, on April 4, 2023, the Debtor commenced the above captioned reorganization case (the "Chapter 11 Case") by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code;

WHEREAS, motions to dismiss this Chapter 11 Case were filed by: (1) the TCC [Dkt. 286]; (2) the Ad Hoc Group of Mesothelioma Claimants [Dkt. 335]; (3) Paul Crouch [Dkt. 346]; (4) the Ad Hoc Committee of States Holding Consumer Protection Claims [Dkt. 350]; (5) law firms on behalf of various mesothelioma claimants [Dkt. 352]; (6) Maune Raichle Hartley French & Mudd, LLC Plaintiffs [Dkt. 358]; (7) the U.S. Trustee [Dkt. 379]; (8) Arnold & Itkin LLP [Dkt. 384]; (9) certain claimants represented by The Barnes Law Group [Dkt. 473]; and (10) the States of New Mexico and Mississippi [Dkt. 480] (together, the "Motions to Dismiss");

WHEREAS, a hearing on the Motions to Dismiss started on June 27, 2023 and ended on June 30, 2023 (the "2023 MTD Hearing");

WHEREAS, the parties to this Stipulation desired to avoid offering testimony at the 2023 MTD Hearing solely for the purpose of authenticating documents and desired to streamline the presentation of evidence at the 2023 MTD Hearing in the interests of judicial economy and efficiency;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE BANKRUPTCY COURT OF THIS STIPULATION, IT IS SO ORDERED THAT THE EVIDENCE IDENTIFIED BELOW SHALL BE ADMITTED IN CONNECTION WITH THE 2023 MTD HEARING AS INDICATED BELOW:

1.  Pursuant to Paragraph 1 of the *Evidentiary Stipulation for Hearing on the Motions to Dismiss Debtor's Bankruptcy Case* ("Evidentiary Stipulation") [Dkt. 852], the Court admits into evidence the exhibits and deposition testimony admitted into evidence in connection with the April 18, 2023 hearing on the *Debtor's Motion Seeking an Order (I) Declaring That the Automatic Stay Applies or Extends to Certain Actions Against Non-Debtors, (II) Preliminarily Enjoining Such Actions, and (III) Granting a Temporary Restraining Order Ex Parte Pending a Hearing on a Preliminary Injunction Filed by LTL Management LLC* ("2023 Preliminary Injunction Hearing") [Dkt. 2, Adv. Pro. No. 23-01092][2];

---

[2] The Debtor submitted the following: (1) Debtor's Exhibit List [Dkt. 66, Adv. Pro. No. 23-01092-MBK] and (2) Debtor's Amended Deposition Designations [Dkt. 70, Adv. Pro. No. 23-01092-MBK]. The TCC submitted the following: Official Committee of Talc Claimants' Notice of Submission of Evidence [Dkt. 71, Adv. Pro. No. 23-01092-MBK]. The Court admitted all evidence and designations in these submissions on April 20, 2023. See Apr. 20 Hr'g Tr. at Page 4, Line 13 – Page 5, Line 16 [Dkt. 263].

3

2.  Pursuant to Paragraph 2 of the Evidentiary Stipulation, the Court admits into evidence the transcripts of witness testimony elicited during the 2023 Preliminary Injunction Hearing [Dkt. 262];

3.  Pursuant to Paragraph 3 of the Evidentiary Stipulation, the Court admits into evidence the exhibits that were admitted into evidence pursuant to the *Joint Stipulation and Agreed Order Between Movants and Debtor Regarding the Admission of Exhibits at Motion to Dismiss Trial* [Dkt. 1497, Case No. 21-30589] for the February 14-18, 2022 hearing on the motions to dismiss filed by the Official Committee of Talc Claimants [Dkt. 632, Case No. 21-30589] and the law firm of Arnold & Itkin, LLP, on behalf of certain talc personal injury claimants [Dkt. 766, Case No. 21-30589] and the related Preliminary Injunction Motion in the Adversary Proceeding [Dkt. 2, Adv. Pro. No. 21-03032] in LTL's prior bankruptcy proceedings (Case No. 21-30589 (MBK)) (the "2022 Motion to Dismiss and Preliminary Injunction Hearing");

4.  Pursuant to Paragraph 4 of the Evidentiary Stipulation, the Court admits into evidence the transcripts of witness testimony elicited during the 2022 Motion to Dismiss and Preliminary Injunction Hearing.

5.  All of Debtor's exhibits listed below are admitted into evidence:

| Ex. | Description | Beg. Bates No. | Confidential Designation |
|---|---|---|---|
| D-1 | John Kim Direct Testimony Declaration and Exhibits | | |
| D-2 | Richard Dickinson Direct Testimony Declaration and Exhibits | | |
| D-3 | Robert Wuesthoff Direct Testimony Declaration and Exhibits | | |
| D-4 | Adam Lisman Direct Testimony Declaration and Exhibits | | |
| D-5 | Jim Murdica Direct Testimony Declaration and Exhibits | | |
| D-6 | Mikal Watts Direct Testimony Declaration and Exhibits | | |

| Ex. | Description | Beg. Bates No. | Confidential Designation |
|---|---|---|---|
| D-7 | James Onder Direct Testimony Declaration and Exhibits | | |
| D-64 | Expert Report of Charles H Mullin, PhD – June 7, 2023 | | |
| D-65 | Rebuttal Expert Report of Charles H. Mullin, PhD – June 14, 2023 | | |
| D-66 | Expert Report of Gregory K. Bell, Ph.D. – June 7, 2023 | | |
| D-67 | Supplemental Expert Report of Gregory K. Bell, Ph.D. – June 20, 2023 | | |
| D-68 | Expert Report of Sheila L. Birnbaum – June 14, 2023 | | |
| D-70 | Mullin Reliance Materials - "Talc Trial Costs" excel file located at 01 Data Professional Eyes Only / Defense / Talc Trial Costs / Source | LTLMGMT-00015251 | Confidential |
| D-80 | Mullin Reliance Materials | LTLMGMT-00015613 | Confidential |
| D-81 | Mullin Reliance Materials | LTLMGMT-00015648 | Confidential |
| D-82 | Mullin Reliance Materials | LTLMGMT-00015668 | Confidential |
| D-83 | Mullin Reliance Materials | LTLMGMT-00015682 | Confidential |
| D-84 | Mullin Reliance Materials | LTLMGMT-00015718 | Confidential |
| D-85 | Mullin Reliance Materials | LTLMGMT-00015729 | Confidential |
| D-86 | Mullin Reliance Materials | LTLMGMT-00015745 | Confidential |
| D-87 | Mullin Reliance Materials | LTLMGMT-00015848 | Confidential |
| D-88 | Mullin Reliance Materials | LTLMGMT-00015859 | Confidential |
| D-89 | Mullin Reliance Materials | LTLMGMT-00015880 | Confidential |
| D-90 | Mullin Reliance Materials | LTLMGMT-00015917 | Confidential |
| D-91 | Mullin Reliance Materials | LTLMGMT-00015952 | Confidential |
| D-92 | Mullin Reliance Materials | LTLMGMT-00015974 | Confidential |
| D-93 | Mullin Reliance Materials | LTLMGMT-00016011 | Confidential |
| D-94 | Mullin Reliance Materials | LTLMGMT-00016036 | Confidential |
| D-95 | Mullin Reliance Materials | LTLMGMT-00016058 | Confidential |

| Ex. | Description | Beg. Bates No. | Confidential Designation |
|---|---|---|---|
| D-96 | Mullin Reliance Materials | LTLMGMT-00016080 | Confidential |
| D-97 | Mullin Reliance Materials | LTLMGMT-00016101 | Confidential |
| D-98 | Mullin Reliance Materials | LTLMGMT-00016124 | Confidential |
| D-99 | Mullin Reliance Materials | LTLMGMT-00016150 | Confidential |
| D-100 | Mullin Reliance Materials | LTLMGMT-00016184 | Confidential |
| D-101 | Mullin Reliance Materials | LTLMGMT-00016251 | Confidential |
| D-102 | Mullin Reliance Materials | LTLMGMT-00016271 | Confidential |
| D-103 | Mullin Reliance Materials | LTLMGMT-00016291 | Confidential |
| D-104 | Mullin Reliance Materials | LTLMGMT-00016313 | Confidential |
| D-170 | Article entitled, "'What Cancer Victim Would Agree to That?': Opposition Brewing Over Talc Powder Deal" dated April 6, 2023 | | |
| D-175 | Article entitled, "J&J Disguises Second Bankruptcy As Sham Settlement" dated April 5, 2023 | | |
| D-176 | Article entitled, "Beasley Allen/Ashcraft & Gerel Law Firs: Talc MDL Leadership Rejects Johnson & Johnson's Second Attempt to Abuse Bankruptcy Process" dated April 6, 2023 | | |
| D-177 | Article entitled, "Cancer Victims' Lawyers Vow to Fight J&J Proposed Settlement" dated April 6, 2023 | | |
| D-183 | Term Sheet with Exhibit A | LTLMGMT-00002628 | Confidential[3] |
| D-184 | 310Ba - Worldwide Dividend Policy.docx | LTLMGMT-00013209 | |
| D-198 | Group Holdings Ownership Structure (2022) | LTLMGMT-00013206 | |
| D-199 | J&J HoldCo (NA) Org Chart (February 2022) | LTLMGMT-00013207 | |
| D-219 | JIFC to GTSC Loans.docx | LTLMGMT-00005601-LTLMGMT-00005601 | |

---

[3] The admission of confidential documents does not abrogate the protections afforded under the *Order Governing Confidential Information By and Between the Official Committee of Talc Claimants and the Debtor Pursuant to D.N.J. LBR 9021-1(B)* ("**Protective Order**") [Dkt. 545].

6

| Ex. | Description | Beg. Bates No. | Confidential Designation |
|---|---|---|---|
| D-385 | Royalty A&M five-year cashflow projection | LTL-0029874 | |
| D-386 | Holdco Organizational Chart | LTLMGMT-00013207 | |
| D-387 | Holdco legal entities and valuations | LTLMGMT-00014004 | |
| D-388 | JJFC loans to Global Treasury Services Center ("GTSC") | LTLMGMT-00013257 | |
| D-389 | KPMG summary of GH Biotech legal entities fair market value | LTLMGMT-00014005 | |
| D-390 | Holdco dividends | LTLMGMT-00013463 | |
| D-392 | J&J and Holdco Facility Agreement* | LTLMGMT-00017069 | |
| D-393 | 7 - LTL0030450_LTL0030207-LTL0031327 (JJCI Valuation).pdf | LTLMGMT-00011288-LTLMGMT-00011292 | |
| D-395 | JJ HoldCo NA Chart (prelim valuations) (1).xlsx | LTLMGMT-00011339-LTLMGMT-00011339 | |
| D-405 | JIFC _ETC - 2022 Amended and Restated Facility.pdf | LTLMGMT-00011582-LTLMGMT-00011591 | |
| D-478 | Ad Hoc Committee of States' Responses and Objections to the Debtor's First Set of Interrogatories and Executed Verification | | |
| D-480 | Beasley Allen's Responses and Objections to the Debtor's First Set of Interrogatories | | |
| D-481 | TCC's Verified Responses and Objections to the Debtor's First Set of Interrogatories | | |
| D-483 | TCC's Verified Supplemental Responses to Debtor's Interrogatory Nos. 6 & 8 | | |
| D-484 | Second Supplemental Responses and Objections to Interrogatory Nos. 2, 4, and 10 in the Debtor's First Set of Interrogatories to the Official Committee of Talc Claimants, dated June 23, 2023 | | |
| D-486 | First Supplemental Verified Statement of Paul Hastings LLP, Cole Schotz P.C. and Parkins & Rubio LLP Pursuant to Bankruptcy Rule 2019 (Dkt. 807, 23-12825-MBK) | | |
| D-487 | *Bestwall* (No. 17-31795-LTB, Bankr. W.D.N.C.), January 19, 2022 Hearing Transcript | | |
| D-488 | *Bestwall* (No. 17-31795-LTB, Bankr. W.D.N.C.), March 3, 2023 Hearing Transcript | | |

| Ex. | Description | Beg. Bates No. | Confidential Designation |
|---|---|---|---|
| D-489 | *Bestwall* (No. 17-31795-LTB, Bankr. W.D.N.C.), April 6, 2022 Hearing Transcript | | |
| D-490 | *Bestwall* (No. 17-31795-LTB, Bankr. W.D.N.C.), September 19, 2019 Hearing Transcript | | |
| D-491 | *Bestwall* (No. 17-31795-LTB, Bankr. W.D.N.C.), September 24, 2020 Hearing Transcript | | |
| D-493 | 2021-01-28 – Imerys 9th Amended Plan and TDPs | | |
| D-517 | Compass Lexecon memo to Brown Rudnick re: "Duplication of Records in PSA Claimant and Ad Hoc Committee Lists," dated June 23, 2023 | | |
| D-518 | Apsis – J&J HoldCo – JNJ – Letter of direction in respect of intercompany funding flows | LTLMGMT-00017082 | |
| D-520 | Apsis – Minutes of the sole shareholder's decision (approval FY 2022) – CMS review 21062023 | LTLMGMT-00017090 | |
| D-529 | Sixth Monthly Fee Statement of Houlihan Lokey Capital, Inc. (Dkt. 2628, No. 21-30589-MBK) | | |
| D-538 | Tenth Monthly Fee Statement of Houlihan Lokey Capital, Inc. (Dkt. 3262, No. 21-30589-MBK) | | |
| D-543 | Fee Application Cover Sheet the Period June 1, 2022 through September 30, 2022 for the Brattle Group, Inc. (Dkt. 3387, No. 21-30589-MBK) | | |
| D-544 | Third Interim Fee Application of FTI Consulting, Inc. (Dkt. 3390, No. 21-30589-MBK) | | |
| D-552 | LTL II – Summary Exhibit re Claims Estimation | | |
| D-553 | TCC's Exclusivity Slides from June 13, 2023 Hr'g | | |
| D-554 | Barnes Law Group's Second Supplemental Response to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding), dated June 22, 2023 | | |
| D-555 | Weitz & Luxenberg, PC's Response and Objections to Request for Production No. 1 in the Debtor's Request for Production, dated June 22, 2023 | | |
| D-556 | Levy Konigsberg Letter to Mark Rasmussen, Esq. re Response to Interrogatory No. 1, dated June 21, 2023 | | |
| D-557 | Dean Omar's Supplemental Response to Debtor's First Set of Interrogatories to Dean Omar Branham Shirley, LLP and Dean Omar Branham Shirley, LLP Acting for Dean Omar Talc Claimants, dated June 23, 2023 | | |

| Ex. | Description | Beg. Bates No. | Confidential Designation |
|---|---|---|---|
| D-558 | Arnold & Itkin's Supplemental Response to Interrogatory No. 1, dated June 23, 2023 | | |
| D-559 | MRHFM Verified 2019.1 Disclosure | | |
| D-560 | 2023-05-22 Ruckdeschel letter to Wall regarding discovery | | |
| D-561 | Amended Chapter 11 Plan (Dkt. 912, 23-12825-MBK) | | |
| D-562 | Redlines of Amended Plan and Exhibits in Support of Amended Chapter 11 Plan (Dkt. 913, 23-12825-MBK) | | |
| D-563 | Verified Statement of Paul Hastings LLP, Cole Schotz P.C. and Parkins & Rubio LLP Pursuant to Bankruptcy Rule 2019 (Dkt. 470, 23-12825-MBK) | | |
| D-564 | In re: Third Party Payor Talc Litigation Lien and/or Subrogation Interests Confidential Settlement Agreement Term Sheet, dated June 20, 2023 | | Confidential |
| D-565 | July 10, 2023 Trial Transcript, Valadez v. Johnson & Johnson, et al., No. 22-cv-012759 (Cal. Super., Alameda County) | | |
| D-566 | July 18, 2023 Jury Verdict Transcript, Valadez v. Johnson & Johnson, et al., No. 22-cv-012759 (Cal. Super., Alameda County) | | |
| D-567 | July 18, 2023 Jury Verdict Form, Valadez v. Johnson & Johnson, et al., No. 22-cv-012759 (Cal. Super., Alameda County) | | |

6. All of Movants' exhibits listed below are admitted into evidence:

| Ex. | Description | Beg. Bates No. | Confidential Designation |
|---|---|---|---|
| 2 | Form 10-Q for the period ending 10.3.2021 | | |
| 9 | Approval Request for Restructuring of JJCI – Memo of Approval – Oct. 11, 2021 | LTL 0021791 | Confidential |
| 10 | Email re: Final Materials for Today – May 19, 2020 | JNJTALC 001436896 | Confidential |
| 23 | Minutes of Board of Managers - October 14, 2021 | LTL 0019184 | Confidential |
| 26 | J&J Press Release Re: Johnson & Johnson Announces Plans to Accelerate Innovation, Serve Patients and Consumers, and Unlock Value through Intent to Separate Consumer Health Business | | Confidential |
| 68 | JJCI Valuation | LTL 0030450 | Confidential |
| 110 | Email re: Litigation follow-up – July 19, 2021 | LTL 0030195 | Confidential |
| 161 | Debtor's Supplemental Response to Official Committee of Talc Claimants' RPD No. 40 | | Confidential |

| Ex. | Description | Beg. Bates No. | Confidential Designation |
|---|---|---|---|
| 259 | Verdict Form, Teresa Leavitt v. Johnson & Johnson et al, California Superior Court, Alameda Co., Case No. RG17882401; March 13, 2019. | | |
| 263 | Jury Verdict Sheets - Amended, Douglas and Roslyn Barden, et al v. Johnson & Johnson et al., New Jersey Superior Court, Middlesex County, Docket No.: MID-L-1809-17 AS; September 11, 2019. | | |
| 300 | Email re: Project Plato – Oct. 7, 2021 | | Partially redacted |
| 342 | Debtor's Objection to MTD Chapter 11 Case - Case No. 21-30589-MBK (Doc 956) | | |
| 511 | Email from Michelle Ryan to Michael Levesque re: Litigation follow-up – July 19, 2021 | LTL 0030195 | Confidential |
| 514 | Declaration of John Kim in Support of First Day Pleadings, US Bankruptcy Court W District of North Carolina, 10/14/21, Case 21-30589 Doc #5 | | |
| 559 | First Day Dec. of Alexandra Picard, In re Imerys Talc America, Inc., et al. (Bankr. Del. 19-10289), Doc. No. 10 | | |
| 750 | LTL's Monthly Operating Report for Reporting Period Ended 02/28/2023 (Case No. 21-30589 (Dkt 3886)) | | |
| 751 | Term Sheet (Exhibit B to PSA) | LTLMGMT-00002628 | Highly Confidential |
| 752 | Minutes of LTL Board of Managers – Mar. 16, 2023 | LTLMGMT-00002626 | Confidential |
| 755 | Master Creditors List - Case No. 21-30589 (Dkt 4); | | |
| 756 | Schedules of Assets and Liabilities for LTL Management LLC - Case No. 23-12825 (Dkt 450) | | |
| 758 | Pulaski Kherkher Article: Were You Diagnosed With Ovarian Cancer, Fallopian Cancer, or Peritoneal Cancer After Regular Baby Powder Use? | | |
| 759 | Plan Support Agreement signed by Adam Pulaski | LTLMGMT-00001156 | Highly Confidential |
| 760 | Chapter 11 Plan of Reorganization of LTL Management LLC - Case No. 23-12825 (Dkt 525) | | |
| 763 | Onder Law Article: $8.9B J&J Talc Resolution: Questions and Answers | | |
| 765 | Email from James Onder to Allen Smith re: Onder Law Referral Network Update – May 19, 2023 | | |
| 766 | Watts LTL/J&J Deposition Prep Notes | | |
| 768 | Transcript of Oral Argument Before Third Circuit (10.4.2022) Case No. 22-2003 Dkt. 148 | | |
| 769 | In re LTL - Third Circuit Opinion (highlighted version) | | |
| 780 | S&P Credit Agency Meeting - Johnson & Johnson | SP-LTL-0000141 | |
| 781 | Emails Between S&P and J&J re: S&P Global Ratings Draft Bulletin for Review – April 5, 2023 | SP-LTL-0000323 | Confidential |

| Ex. | Description | Beg. Bates No. | Confidential Designation |
|---|---|---|---|
| 782 | Emails Between S&P and J&J re: A couple of questions – Apr. 26, 2023 | SP-LTL-0000342 | |
| 783 | Draft of S&P Global Rating Bulletin – Johnson & Johnson's Proposed $8.9B Settlement Plan Increases Debt Leverage; Credit Quality is Unaffected – Apr. 5, 2023 | SP-LTL-0000337 | Confidential |
| 784 | Refinitiv StreetEvents Edited Transcript - JNJ.N - Johnson & Johnson Earnings Call – April 18, 2023 | | |
| 785 | J&J Form 10-Q - April 28, 2023 | | |
| 786 | J&J News Release: Johnson & Johnson Subsidiary LTL Management LLC ("LTL") Re-Files for Voluntary Chapter 11 to Equitably Resolve All Current and Future Talc Claims – Apr. 4, 2023 | | |
| 790 | Statement on TCC Standing Motion to Dismiss | | |
| 791 | LTL 2023 Voluntary Petition for Non-Individuals Filing for Bankruptcy 23-12825-MBK (Dkt 1) | | |
| 792 | Amended and Restated Funding Agreement – October 12, 2021 | LTL 0000001 | |
| 794 | 2023 Declaration of John K. Kim In Support of First Day Pleadings | | |
| 795 | Plan Support Agreement Signed by James Onder | LTLMGMT-000002785 | |
| 800 | Minutes of LTL Board of Managers – March 16, 2023 | LTLMGMT-00002626 | Confidential |
| 801 | Minutes of Board of Managers – March 28, 2023 | LTLMGMT-00000001 | Confidential |
| 802 | Presentation to Board of Managers of LTL Management – Mar. 28, 2023 | LTLMGMT-00002641 | Confidential |
| 803 | Presentation to Board of Managers of LTL Management LLC – March 28, 2023 | LTLMGMT-00000233 | PEO as to Slide 12 |
| 804 | Minutes of Board of Managers – April 2, 2023 | LTLMGMT-00000006 | Confidential |
| 805 | Presentation to Board of Managers of LTL Management LLC – April 2, 2023 | LTLMGMT-00002668 | Confidential |
| 806 | KPMG Presentation - J&J - Fair Market Value of Certain Legal Entities of GH Biotech Holdings Limited | LTLMGMT-00000195 | Confidential |
| 807 | Form 8-K dated Apr. 4, 2023 | | |
| 809 | Notice of Debtor's Motion for An Order Directing Plaintiff Law Firms to Disclose Third-Party Funding Arrangements – Case No. 21-30589 (Dkt 3551) | | |
| 811 | Federal Appellate Court Rejects Controversial J&J Ploy to Dodge Talc Cancer Lawsuits | | |
| 812 | Majed Nachawati and Michael Gorwitz - *Bankrupting the Civil Justice System* - ALM Law.com Article | | |
| 813 | Plan Support Agreement (PSA) signed by Majed Nachawati | LTLMGMT-00003498 | Confidential |
| 814 | Text Thread with Majed Nachawati (May 10) | | |

11

| Ex. | Description | Beg. Bates No. | Confidential Designation |
|---|---|---|---|
| 815 | BeasleyAllen Article — J&J Disguises Second Bankruptcy As Sham Settlement | | |
| 816 | Beasley Allen Law Firm Article - "Cancer Victims Uniting to Oppose Johnson & Johnson's Latest Bankruptcy Ploy" | | |
| 817 | Beasley Allen/Arnold & Itkin Law Firms: On Eve of J&J Bankruptcy Dismissal, Cancer Victims Prepare to Enter Civil Court System | | |
| 818 | ALM Law.com Article by Adolfo Pesquera - What Cancer Victim Would Agree to That? Opposition Brewing Over Talc Powder Deal | | |
| 819 | Email from Beasley Allen to [Redacted] RE: Johnson & Johnson Second Talc Bankruptcy is Another Sham | | Confidential |
| 822 | Plan Support Agreement (PSA) signed by Basil Adham | LTLMGMT-00000900 | |
| 828 | Onder Law Article: Appeals Court Denies J&J Talc Bankruptcy Strategy | | |
| 830 | Talcum Powder Ovarian Cancer Litigation – OnderLaw Criteria | | |
| 831 | Onder Law Blog 8.9B J&J Talc Lawsuits Resolution Reached | | |
| 832 | OnderLaw Blog Talc Q&A | | |
| 836 | Notice of Debtor's Motion for An Order Authorizing It to Enter An Expense Reimbursement Agreement with AHC of Supporting Counsel – Case No. 23-12825 (575) | | |
| 838 | TCC Notice of Deposition of Johnson & Johnson | | Confidential |
| 839 | Johnson & Johnson HoldCo (NA) Inc.'s R&Os to the TCC's Notice of Deposition of Johnson & Johnson | | Confidential |
| 841 | Johnson & Johnson GH Biotech Distribution 2022 - Bible of Documentation - France / Germany Steps | LTLMGMT-00013349 | Confidential |
| 843 | Johnson & Johnson Holdco (NA) Inc. (US - 6101) ("Old JJCI") Structure Chart As of February 7, 2023 (PPT) | | Confidential |
| 844 | Johnson & Johnson Worldwide Financial Procedures - 310Ba - Worldwide Dividend Policy | LTLMGMT-00013195 | Confidential |
| 845 | Johnson & Johnson Worldwide Financial Procedures - 310Ga - Non-US Affiliate Approved Borrowing Limits | LTLMGMT-00013220 | Confidential |
| 847 | Johnson & Johnson - Opinion of FMV - Equity Value Summary - Johnson & Johnson Urban Renewal Associates (LE 6093) - Excel Sheet | | Confidential |
| 848 | Johnson & Johnson - Summary of Values - LE 7825 (Pharmaceutical business) - Excel Sheet | | Confidential |
| 849 | Johnson & Johnson - Diligent Entities Export - Excel Sheet | | Confidential |
| 850 | Johnson & Johnson - Summary - Excel Sheet | | Confidential |
| 851 | Johnson & Johnson - Opinion of FMV - Summary of Values - Johnson & Johnson Financial Services GmbH (7905) - Excel Sheet | | Confidential |

| Ex. | Description | Beg. Bates No. | Confidential Designation |
|---|---|---|---|
| 852 | Kenvue Inc. Form S-1 | | |
| 853 | Johnson & Johnson Treasury Services | LTL 0029924 / LTLMGMT-00013299 | |
| 856 | Richard (Rich) Dickinson LinkedIn | | |
| 857 | Richard Dickinson Offer Letter to join Johnson & Johnson Services Inc. and be Seconded to LTL Management LLC as CFO | | |
| 858 | LTL Monthly Operating Report - Reporting Period Ended 3.31.2023 | | |
| 859 | LTL Monthly Operating Report - Reporting Period Ended 10.31.2021 | | |
| 860 | LTL 2021 Voluntary Petition for Non-Individuals Filing for Bankruptcy 21-30589-MBK (Dkt 1) | | |
| 867 | Email from David Kaplan to Shannon Murphy re: JNJ talc (dated 1.31.2023) | SP-LTL-0000330 | Confidential |
| 868 | Email from Duane Van Arsdale to David Kaplan re: Scheduling our annual Meeting in | SP-LTL-0000678 | Confidential |
| 869 | S&P Global – Management Meeting or Phone Notes | SP-LTL-0000690 | Confidential |
| 870 | Email from David Kaplan to Shannon Murphy, Arthur Wong, and Patrick Bell re: JNJ proposed increase in talc settlement | SP-LTL-0000673 | Confidential |
| 871 | S&P Global Ratings Bulletin: Johnson & Johnson's Proposed $8.9B Legal Settlement Plan Increases Debt Leverage; Credit Quality if Unaffected | SP-LTL-0000325 | Confidential |
| 876 | Expert Report of Saul E. Burian | | |
| 912 | Informational Brief of LTL Management LLC - Case No. 21-30589 (Dkt 3) | | |
| 924 | Johnson & Johnson Form 10-K- Annual Report for FY ending Jan, 1, 2023 | | |
| 966 | Expert Report of D. Theodore Rave | | |
| 967 | Supplemental and/or Rebuttal Expert Report of D. Theodore Rave | | |
| 980 | Expert Report of Hon. Royal Furgeson (Ret.) | | |
| 1012 | OnderLaw Client Talc Litigation Bankruptcy Update | | |
| 1014 | Brief for Andrew R. Vara, United States Trustee, as Amicus Curiae In Support of Appellant's and Supporting Reversal (6/30/2022) | | |
| 1016 | J.P. Morgan – Johnson & Johnson: Quick Thoughts on Today's Talc Update (North American Equity Research) | JPM-0000001 | |
| 1022 | OnderLaw Talc Litigation Update | | |
| 1056 | Shareholder's Resolution of Johnson & Johnson Holding GmbH | LTLMGMT-00017086 | Confidential |
| 1059 | Opinion of Fair Market Value - Johnson & Jonson Medical GmbH (LE 7930) - Excel Sheet | LTLMGMT-00013346 | |
| 1060 | Opinion of Fair Market Value - Johnson & Johnson Medical SAS (LE 7840) - Excel Sheet | LTLMGMT-00013344 | |

13

| Ex. | Description | Beg. Bates No. | Confidential Designation |
|---|---|---|---|
| 1061 | Valuation - Janssen-Cilag - Pharmaceutical Business (LE 7825) - Excel Sheet | LTLMGT-00013343 | |
| 1062 | Opinion of Fair Market Value - Janssen-Cilag GmbH (LE 8000) - Excel Sheet | LTLMGMT-00013348 | |
| 1063 | J&J Worldwide Financial Procedures 310Ha - Borrowing Policy | LTL0029914 / LTLMGMT-00013289 | Confidential |
| 1073 | Direct Declaration of John K. Kim | | |
| 1081 | Exhibit D to John Kim Declaration - Termination & Substitution Agreement | | |
| 1082 | Exhibit E to John Kim Declaration - 2023 Funding Agreement | | |
| 1083 | Exhibit F to John Kim Declaration - J&J Support Agreement | | |
| 1087 | Minutes of Board of Managers – February 23, 2023 | LTLMGMT-00013464 | Confidential |
| 1112 | Rebuttal Expert Report of Saul Burian | | |
| 1124 | Products Liability and Mass Torts - Dechert LLP | | |
| 1125 | Health Care - Dechert LLP | | |
| 1126 | Crisis Management Practice Group Page - Dechert LLP | | |
| 1127 | Debtor's Motion For an Order Authorizing the Retention and Compensation of Professionals Utilized by the Debtor in the Ordinary Course of Business | | |
| 1150 | Bloomberg - J&J Begins 'Audacious' Return to Failed Cancer Settlement Tactic – April 5, 2023 | | |

7.      The Court admits into evidence or takes judicial notice of the following docket entries, in accordance with the *Joint Stipulation Regarding the Admission of Certain Evidence at Trial* [Dkt. 955] by and between Arnold & Itkin LLP, on behalf of certain talc personal injury claimants represented by Arnold & Itkin, and the Debtor (the "A&I Joint Stipulation"):

| Dkt. | Description | Date | Confidential Designation |
|---|---|---|---|
| 384-2 | Exhibits A-D to Declaration of Laura Davis Jones in Support of Motion to Dismiss Bankruptcy Case (subject to terms of A&I Joint Stipulation) | May 1, 2023 | |
| 856 | Exhibits 1-6 to Declaration of Laura Davis Jones in Support of Reply in Support of Motion of Arnold & Itkin, on Behalf of Certain Talc Claimants, to Dismiss Chapter 11 Case (subject to terms of A&I Joint Stipulation) | June 22, 2023 | |

14

8. Pursuant to Paragraph 8 of the Evidentiary Stipulation, the Court admits into evidence the deposition designations and counter-designations jointly submitted to the Court on June 26, 2023. This Stipulation shall constitute the entire agreement and understanding between Movants and Debtor relating to the subject matter hereof and supersedes all prior agreements and understandings between Movants and Debtor relating to the subject matter hereof.

9. The Court shall retain jurisdiction to resolve any disputes, controversies, or ambiguities arising from this Stipulation.

AGREED AS TO FORM AND SUBSTANCE:

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul DeFilippo*
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

*Attorneys for Debtor*

**COLE SCHOTZ P.C.**

*/s/ Michael Sirota*
Michael D. Sirota (NJ Bar No. 014321986)
Warren A. Usatine (NJ Bar No. 025881995)
Seth Van Aalten (admitted *pro hac vice*)
Justin Alberto (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, NJ 07602-0800
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
svanaalten@coleschotz.com
jalberto@coleschotz.com

*Counsel to Ad Hoc Committee of Supporting Counsel*

**LOWENSTEIN SANDLER LLP**

*/s/ Kenneth Rosen*
Kenneth A. Rosen, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
krosen@lowenstein.com

*Co-Counsel to Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc.*

**GENOVA BURNS, LLC**

*/s/ Daniel Stolz*
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 533-0777
Facsimile: (973) 467-8126
dstolz@genovaburns.com
dclarke@genovaburns.com

*Local Counsel to the Official Committee of Tort Claimants*

**LEVY KONIGSBERG, LLP**

*/s/ Moshe Maimon*
Moshe Maimon (I.D. 042691986)
605 Third Avenue, 33rd FL
New York, NY 10158
Telephone: (212) 605-6200
Facsimile: (212) 605-6290
mmaimon@levylaw.com

*Attorneys for Talc Claimant Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch*

**MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**

*/s/ Clayton Thompson*
Clayton L. Thompson, Esq.
150 W. 30th Street, Suite 201
New York, NY 10001
Telephone: (800) 358-5922
cthompson@mrhfmlaw.com

*Counsel for the Ad Hoc Group of Mesothelioma Claimants*

**MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**

*/s/ Clayton Thompson*
Clayton L. Thompson, Esq.
150 W. 30th Street, Suite 201
New York, NY 10001
Telephone: (800) 358-5922
cthompson@mrhfmlaw.com

*Counsel for Mesothelioma Victims, Including Plaintiff Katherine Tollefson*

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ericka Johnson*
Ericka F. Johnson (NJ #032162007)
Lisa Bittle Tancredi (*pro hac vice*)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
ericka.johnson@wbd-us.com
lisa.tancredi@wbd-us.com

*Counsel for the Ad Hoc Committee of States Holding Consumer Protection Claims*

Case 23-12825-MBK    Doc 1100    Filed 07/24/23    Entered 07/24/23 15:30:04    Desc Main
Document      Page 17 of 18

<div style="display: flex;">

<div>

**GIBBONS P.C.**

*/s/ Robert Malone*
Robert K. Malone, Esq.
David N. Crapo, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
rmalone@gibbonslaw.com
dcrapo@gibbonslaw.com
kmcevilly@gibbonslaw.com

*Attorneys for the States of
New Mexico and Mississippi*

</div>

<div>

**WITHOUT OBJECTION**

**ANDREW R. VARA UNITED STATES TRUSTEE REGIONS 3 & 9**

*/s/ Jeffrey Sponder*
Jeffrey M. Sponder
Lauren Bielskie
United States Department of Justice
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

*Counsel for the Office of the United States Trustee*

</div>

</div>

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **McMANIMON, SCOTLAND & BAUMANN, LLC** |
| */s/ Colin Robinson* | */s/ Sari Placona* |
| Laura Davis Jones | Anthony Sodono, III |
| Colin R. Robinson | Sari B. Placona |
| Peter J. Keane | 75 Livingston Avenue, Ste. 201 |
| 919 N. Market Street, 17th Floor | Roseland, NJ 07068 |
| P.O. Box 8705 | Telephone: (973) 622-1800 |
| Wilmington, DE 19899-8705 (Courier 19801) | asodono@msbnj.com |
| Telephone: (302) 652-4100 | splacona@msbnj.com |
| Facsimile: (302) 652-4400 | |
| ljones@pszjlaw.com | *Attorneys for Claimants Represented by Barnes Law Group, LLC* |
| crobinson@pszjlaw.com | |
| pkeane@pszjlaw.com | |
| *Counsel to Arnold & Itkin LLP* | |
| **BROWN RUDNICK LLP** | **JONES DAY** |
| */s/ Michael Winograd* | */s/ Greg Gordon* |
| David J. Molton, Esq. | Gregory M. Gordon |
| Jeffrey L. Jonas, Esq. | Brad B. Erens |
| Michael S. Winograd, Esq. | Dan B. Prieto |
| Susan Sieger-Grimm, Esq. | Amanda Rush |
| dmolton@brownrudnick.com | 2727 N. Harwood Street |
| jjonas@brownrudnick.com | Dallas, Texas 75201 |
| mwinograd@brownrudnick.com | Telephone: (214) 220-3939 |
| ssieger-grimm@brownrudnick.com | Facsimile: (214) 969-5100 |
| Seven Times Square | gmgordon@jonesday.com |
| New York, NY 10036 | bberens@jonesday.com |
| Tel: (212) 209-4800 | dbprieto@jonesday.com |
| Fax: (212) 209-4801 | asrush@jonesday.com |
| | (Admitted *pro hac vice*) |
| and | |
| | *Attorneys for Debtor* |
| Sunny P. Beville, Esq. | |
| Eric R. Goodman, Esq. | |
| sbeville@brownrudnick.com | |
| egoodman@brownrudnick.com | |
| One Financial Center | |
| Boston, MA 02111 | |
| Tel: (617) 856-8200 | |
| Fax: (617) 856-8201 | |
| *Co-Counsel for the Official Committee of Talc Claimants* | |