## **EXHIBIT B**

Invoices



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE

Please write invoice number(s) on cheque

July 18, 2023

| | |
|---|---|
| LTL MANAGEMENT LLC | Invoice: 2389655 |
| 501 George Street | Billing Lawyer: McKee, Gordon |
| New Brunswick, NJ  08933 | HST/GST No.: R119396778 |
| U.S.A. | Client: 00028109 |
| | Matter: 000001 |
| | Reference: JJL2021019389 |

Attention:  John Kim
            Legal Counsel

**Re:  Litigation Consulting - CCAA Recognition Proceedings**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended April 30, 2023, as follows:

|  | **Total Fees** | $ 148,142.60 |
|---|---|---|
| **Disbursement(s)** | | |
| Court Fees | $ 1,260.00 | |
| | | $ 1,260.00 |
| | **TOTAL DUE IN CANADIAN CURRENCY** | **$ 149,402.60**  CAD |
| | *THIS INVOICE MAY BE PAID IN U.S. CURRENCY* | *$ 118,573.49*  USD |



Invoice: 2389655
Date: July 18, 2023
Page: 2

### Re: Litigation Consulting - CCAA Recognition Proceedings  (000001)

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 04/05/23 | McKee, Gordon | Consider materials related to new filing. | 0.2 | 1,070.00 | 214.00 |
| 04/05/23 | McKee, Gordon | Review L. Rogers' draft letter to court regarding new CCAA filing and email comments to him. | 0.2 | 1,070.00 | 214.00 |
| 04/05/23 | Parente, Alexia | Drafting court materials in connection with new recognition proceedings. | 5.9 | 537.00 | 3,168.30 |
| 04/05/23 | Rogers, Linc | Revising draft letter to Court regarding scheduling of hearing. | 0.3 | 913.00 | 273.90 |
| 04/05/23 | Rogers, Linc | Reviewing US filing material in preparation for upcoming recognition proceeding. | 1.1 | 913.00 | 1,004.30 |
| 04/05/23 | Rogers, Linc | Discussion with counsel to Information Officer and Canadian counsel to former TCC regarding dismissal motion for existing recognition proceedings. | 0.3 | 913.00 | 273.90 |
| 04/05/23 | Thompson, Nancy | Revising and updating schedule of Canadian actions to draft supplemental order to include all recent proceedings. | 1.3 | 378.00 | 491.40 |
| 04/05/23 | Thompson, Nancy | E-mail message to L. Rogers and the working group regarding updated schedule. | 0.2 | 378.00 | 75.60 |
| 04/06/23 | Keliher, Christopher | Drafting documents in support of 2023 CCAA recognition proceedings. | 4.1 | 476.00 | 1,951.60 |
| 04/06/23 | Parente, Alexia | Drafting court materials in connection with new recognition proceedings. | 5.7 | 537.00 | 3,060.90 |
| 04/06/23 | Parente, Alexia | Speaking with C. Keliher and N. Thompson regarding new recognition proceedings. | 0.8 | 537.00 | 429.60 |
| 04/06/23 | Rogers, Linc | Status call with G. McKee. | 0.2 | 913.00 | 182.60 |
| 04/06/23 | Rogers, Linc | Reviewing US court material in connection with upcoming recognition hearing. | 0.5 | 913.00 | 456.50 |
| 04/06/23 | Rogers, Linc | Email correspondence with US counsel regarding new Canadian claims. | 0.2 | 913.00 | 182.60 |
| 04/06/23 | Thompson, Nancy | Email message to N. Levine forwarding copies of request forms to finalize. | 0.2 | 378.00 | 75.60 |
| 04/06/23 | Thompson, Nancy | Email message to the Commercial List office forwarding the request forms. | 0.2 | 378.00 | 75.60 |
| 04/06/23 | Thompson, Nancy | Discussion with A. Parente regarding motions and materials required. | 0.2 | 378.00 | 75.60 |



Invoice: 2389655
Date: July 18, 2023
Page: 3

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 04/06/23 | Thompson, Nancy | Discussion with L. Rogers regarding request forms to be sent to the Commercial List office. | 0.3 | 378.00 | 113.40 |
| 04/06/23 | Thompson, Nancy | Drafting and revising request forms for April 13 hearing. | 0.7 | 378.00 | 264.60 |
| 04/07/23 | Keliher, Christopher | Reviewing recent CCAA dismissal order recognition procedures. | 1.3 | 476.00 | 618.80 |
| 04/07/23 | Keliher, Christopher | Reviewing order for expedited consideration of first day matters. | 1.2 | 476.00 | 571.20 |
| 04/07/23 | Keliher, Christopher | Reviewing Chapter 11 Temporary Restraining Order. | 1.2 | 476.00 | 571.20 |
| 04/07/23 | Parente, Alexia | Drafting court materials in connection with new recognition proceedings. | 9.0 | 537.00 | 4,833.00 |
| 04/07/23 | Rogers, Linc | Email correspondence with K. Frazer regarding newly filed Canadian claims. | 0.2 | 913.00 | 182.60 |
| 04/07/23 | Rogers, Linc | Comment on draft materials in connection with pending recognition hearing. | 1.1 | 913.00 | 1,004.30 |
| 04/08/23 | Keliher, Christopher | Revise draft materials in connection with pending recognition hearing. | 1.6 | 476.00 | 761.60 |
| 04/08/23 | Parente, Alexia | Drafting court materials in connection with new recognition proceedings. | 2.9 | 537.00 | 1,557.30 |
| 04/09/23 | Barker, Thomas | Drafting updates to summary chart of Canadian talc claims. | 0.9 | 282.00 | 253.80 |
| 04/09/23 | Rogers, Linc | Revise draft materials in connection with pending recognition hearing. | 3.4 | 913.00 | 3,104.20 |
| 04/09/23 | Rogers, Linc | Email correspondence with working group regarding newly filed Canadian claims. | 0.3 | 913.00 | 273.90 |
| 04/09/23 | Rogers, Linc | Email correspondence with Information Officer's counsel regarding Canadian talc claims. | 0.3 | 913.00 | 273.90 |
| 04/09/23 | Russell, Karine | Revising summaries of Canadian talc claims to include newly filed claims. | 2.3 | 675.00 | 1,552.50 |
| 04/09/23 | Russell, Karine | Considering new talc claims. | 0.9 | 675.00 | 607.50 |
| 04/10/23 | Keliher, Christopher | Review draft materials. | 0.4 | 476.00 | 190.40 |
| 04/10/23 | Parente, Alexia | Drafting court materials in connection with pending recognition proceeding. | 2.4 | 537.00 | 1,288.80 |
| 04/10/23 | Parente, Alexia | Exchanging email correspondence with internal team, Information Officer, and Jones | 0.6 | 537.00 | 322.20 |



Invoice: 2389655
Date: July 18, 2023
Page: 4

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| | | Day regarding recognition proceedings. | | | |
| 04/10/23 | Rogers, Linc | Further revisions to draft materials to include additional comments. | 5.1 | 913.00 | 4,656.30 |
| 04/10/23 | Rogers, Linc | Discussions with counsel to proposed Information Officer regarding pending filing. | 0.6 | 913.00 | 547.80 |
| 04/10/23 | Rogers, Linc | Reviewing US pleadings in connection with first day hearing. | 0.9 | 913.00 | 821.70 |
| 04/10/23 | Russell, Karine | Drafting reporting email to K. Frazier with respect to revised chart of Canadian talc claims. | 0.3 | 675.00 | 202.50 |
| 04/11/23 | Harris, Jake | Draft and revise materials in connection with recognition hearing. | 3.7 | 590.00 | 2,183.00 |
| 04/11/23 | Keliher, Christopher | Review revisions to draft materials and active Canadian cases. | 0.4 | 476.00 | 190.40 |
| 04/11/23 | Keliher, Christopher | Attending US Hearing regarding first day orders. | 1.9 | 476.00 | 904.40 |
| 04/11/23 | Keliher, Christopher | Revise draft materials. | 1.6 | 476.00 | 761.60 |
| 04/11/23 | Parente, Alexia | Attend First Day Hearing for LTL's bankruptcy. | 2.9 | 537.00 | 1,557.30 |
| 04/11/23 | Parente, Alexia | Drafting court materials in connection with pending recognition proceeding. | 7.7 | 537.00 | 4,134.90 |
| 04/11/23 | Parente, Alexia | Exchanging email correspondence with internal team, Information Officer, and Jones Day regarding recognition proceedings. | 0.9 | 537.00 | 483.30 |
| 04/11/23 | Rogers, Linc | Preparing court materials in connection with Canadian recognition hearing. | 3.4 | 913.00 | 3,104.20 |
| 04/11/23 | Rogers, Linc | Email correspondence with working group members throughout the day regarding recognition hearing. | 0.6 | 913.00 | 547.80 |
| 04/11/23 | Rogers, Linc | Communications with Information Officer counsel regarding recognition hearing. | 0.4 | 913.00 | 365.20 |
| 04/11/23 | Rogers, Linc | Attending US court first day hearings, virtually. | 4.4 | 913.00 | 4,017.20 |
| 04/11/23 | Russell, Karine | Revising draft materials regarding Canadian talc claims and stay matters | 1.2 | 675.00 | 810.00 |
| 04/12/23 | Amoroso, Carlo | Submit Notice of Application to be issued by the court through the e-portal. | | | 25.00 |
| 04/12/23 | Keliher, Christopher | Reviewing recognition materials. | 0.6 | 476.00 | 285.60 |



Invoice: 2389655
Date: July 18, 2023
Page: 5

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 04/12/23 | McKee, Gordon | Status discussion with L. Rogers regarding recognition proceedings. | 0.2 | 1,070.00 | 214.00 |
| 04/12/23 | Parente, Alexia | Exchanging email correspondence with Cassels and Jones Day regarding termination and recognition proceedings. | 0.7 | 537.00 | 375.90 |
| 04/12/23 | Parente, Alexia | Various discussions with L. Rogers regarding recognition hearing. | 0.8 | 537.00 | 429.60 |
| 04/12/23 | Parente, Alexia | Finalizing court materials in connection with the termination of existing recognition proceedings and commencing of new recognition proceedings. | 6.8 | 537.00 | 3,651.60 |
| 04/12/23 | Rogers, Linc | Status discussion with G. McKee regarding recognition hearing. | 0.2 | 913.00 | 182.60 |
| 04/12/23 | Rogers, Linc | Finalizing court materials in connection with recognition hearing. | 5.8 | 913.00 | 5,295.40 |
| 04/12/23 | Rogers, Linc | Various discussions throughout the day with Information Officer regarding recognition hearing. | 0.6 | 913.00 | 547.80 |
| 04/12/23 | Rogers, Linc | Various discussions throughout the day with A. Parente regarding recognition hearing. | 0.8 | 913.00 | 730.40 |
| 04/12/23 | Rogers, Linc | Reviewing draft Information Officer reports. | 1.2 | 913.00 | 1,095.60 |
| 04/12/23 | Russell, Karine | Revising draft court materials to reflect newly served talc claims. | 1.4 | 675.00 | 945.00 |
| 04/13/23 | Amoroso, Carlo | Submitting Motion Record and affidavit of service in CV-21-00673856-00CL to the court for filing through the e-portal. | | | 25.00 |
| 04/13/23 | Amoroso, Carlo | Submitting Application Record, Factum and affidavit of service in CV-23-00697824-00CL to the court for filing through the e-portal. | | | 25.00 |
| 04/13/23 | McKee, Gordon | Attend hearing. | 1.0 | 1,070.00 | 1,070.00 |
| 04/13/23 | McKee, Gordon | Prepare for CCAA hearing to terminate/restart foreign proceeding including review of final application and supporting affidavits. | 1.3 | 1,070.00 | 1,391.00 |
| 04/13/23 | Parente, Alexia | Exchanging email correspondence regarding post-filing claims. | 0.9 | 537.00 | 483.30 |
| 04/13/23 | Parente, Alexia | Exchanging email correspondence with Cassels and Jones Day regarding recognition hearing. | 0.6 | 537.00 | 322.20 |



Invoice: 2389655
Date: July 18, 2023
Page: 6

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 04/13/23 | Parente, Alexia | Discussion with L. Rogers regarding recognition hearing. | 0.2 | 537.00 | 107.40 |
| 04/13/23 | Rogers, Linc | Attending court recognition hearing. | 1.0 | 913.00 | 913.00 |
| 04/13/23 | Rogers, Linc | Preparing for recognition hearing, including reviewing court documents and case law. | 2.4 | 913.00 | 2,191.20 |
| 04/13/23 | Rogers, Linc | Discussion with A. Parente regarding recognition hearing. | 0.3 | 913.00 | 273.90 |
| 04/13/23 | Rogers, Linc | Email correspondence with working group members regarding recognition hearing. | 0.2 | 913.00 | 182.60 |
| 04/13/23 | Russell, Karine | Reviewing summaries of new claims to confirm accuracy of information. | 1.1 | 675.00 | 742.50 |
| 04/13/23 | Russell, Karine | Attending CCAA hearing before Justice Osborne to address any issues related to Canadian-talc litigation. | 0.9 | 675.00 | 607.50 |
| 04/13/23 | Spurek, Konrad | Revising tracker document to account for new talc litigation. | 0.9 | 365.00 | 328.50 |
| 04/14/23 | Parente, Alexia | Attending to service of court materials. | 0.5 | 537.00 | 268.50 |
| 04/14/23 | Parente, Alexia | Exchanging email correspondence with N. Levine regarding claims. | 0.1 | 537.00 | 53.70 |
| 04/14/23 | Parente, Alexia | Exchanging email correspondence with L. Rogers regarding claims. | 0.1 | 537.00 | 53.70 |
| 04/14/23 | Rogers, Linc | Discussions with Information Officer counsel regarding claims. | 0.3 | 913.00 | 273.90 |
| 04/14/23 | Rogers, Linc | Email correspondence with A. Parente regarding claims. | 0.3 | 913.00 | 273.90 |
| 04/14/23 | Rogers, Linc | Reviewing orders granted in connection with recognition hearing. | 0.3 | 913.00 | 273.90 |
| 04/14/23 | Spurek, Konrad | Revising tracker document to account for new talc litigation. | 0.6 | 365.00 | 219.00 |
| 04/15/23 | Russell, Karine | Commenting on draft letter from counsel for the Information Officer to plaintiff law firm regarding stay. | 0.4 | 675.00 | 270.00 |
| 04/15/23 | Spurek, Konrad | Providing comments on draft letter to plaintiff counsel regarding stay of proceedings. | 1.6 | 365.00 | 584.00 |
| 04/16/23 | Rogers, Linc | Reviewing draft email from Information Officer regarding claims made in violation of the stay. | 0.3 | 913.00 | 273.90 |
| 04/17/23 | Amoroso, Carlo | Submitting memo to the court and signed | | | 25.00 |



Invoice: 2389655
Date: July 18, 2023
Page: 7

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| | | Order re: CCAA Termination of Justice Osborne dated April 13, 2023 to be issued and entered. | | | |
| 04/17/23 | McKee, Gordon | Email to L. Rogers providing comments on draft Information Officer letter to plaintiff counsel regarding breach of stay order. | 0.3 | 1,070.00 | 321.00 |
| 04/17/23 | Parente, Alexia | Reviewing email correspondence between N. Levine, L. Rogers and K. Russell regarding post-filing claims. | 0.4 | 537.00 | 214.80 |
| 04/17/23 | Riviglia, Anna | Submitted two orders to be filed with the court. | | | 25.00 |
| 04/17/23 | Rogers, Linc | Commenting on draft letter by Information Officer to plaintiff's counsel acting in violation of the stay. | 0.3 | 913.00 | 273.90 |
| 04/17/23 | Rogers, Linc | Email correspondence in connection with entered orders. | 0.1 | 913.00 | 91.30 |
| 04/17/23 | Thompson, Nancy | Drafting e-mail message to the service list forwarding the orders as entered and circulating same for review and comment. | 0.1 | 378.00 | 37.80 |
| 04/17/23 | Thompson, Nancy | E-mail messages to the filing clerks forwarding the orders and memoranda and arranging for the orders to be entered. | 0.2 | 378.00 | 75.60 |
| 04/17/23 | Thompson, Nancy | Preparing required memorandum to the court for entering the orders issued on April 13, 2023. | 0.4 | 378.00 | 151.20 |
| 04/18/23 | Parente, Alexia | Attending US preliminary injunction hearing. | 3.0 | 537.00 | 1,611.00 |
| 04/18/23 | Parente, Alexia | Reviewing and exchanging email correspondence with Cassels and Jones Day in connection with US adversary proceeding. | 0.2 | 537.00 | 107.40 |
| 04/18/23 | Rogers, Linc | Email correspondence with D. Prieto regarding injunction hearing. | 0.2 | 913.00 | 182.60 |
| 04/18/23 | Rogers, Linc | Attending virtual hearing regarding preliminary injunction hearing. | 6.9 | 913.00 | 6,299.70 |
| 04/18/23 | Rogers, Linc | Email correspondence with K. Frazier and counsel to Information Officer regarding additional claims filed in violation of the stay. | 0.1 | 913.00 | 91.30 |
| 04/18/23 | Russell, Karine | Directing updates to Canadian claims status chart to include further individual talc claims. | 0.1 | 675.00 | 67.50 |
| 04/18/23 | Spurek, Konrad | Updating tracking table listing Canadian talc litigation. | 1.2 | 365.00 | 438.00 |



Invoice: 2389655
Date: July 18, 2023
Page: 8

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 04/18/23 | Thompson, Nancy | E-mail messages from and to A. Parente and N. Levine regarding the case bundle on CaseLines. | 0.4 | 378.00 | 151.20 |
| 04/18/23 | Thompson, Nancy | E-mail message to the Commercial List office requesting changes to the bundle on CaseLines. | 0.4 | 378.00 | 151.20 |
| 04/18/23 | Thompson, Nancy | Finalizing the e-mail message to the service list forwarding the Orders as entered. | 0.2 | 378.00 | 75.60 |
| 04/19/23 | Parente, Alexia | Exchanging email correspondence with N. Levine regarding CaseLines bundle. | 0.1 | 537.00 | 53.70 |
| 04/19/23 | Parente, Alexia | Revising court materials in connection with recognition proceedings. | 1.8 | 537.00 | 966.60 |
| 04/19/23 | Parente, Alexia | Discussion with L. Rogers regarding next steps in recognition proceedings. | 0.3 | 537.00 | 161.10 |
| 04/19/23 | Rogers, Linc | Discussion with counsel to Information Officer regarding next steps in recognition proceedings and claims filed in breach of stay. | 0.4 | 913.00 | 365.20 |
| 04/19/23 | Rogers, Linc | Discussion with A. Parente regarding next step in recognition proceeding. | 0.3 | 913.00 | 273.90 |
| 04/19/23 | Thompson, Nancy | Updating service list. | 0.1 | 378.00 | 37.80 |
| 04/19/23 | Thompson, Nancy | E-mail message to K. Russell providing updated contact information for plaintiff's counsel. | 0.1 | 378.00 | 37.80 |
| 04/19/23 | Thompson, Nancy | E-mail message to A. Hoy forwarding current service list and entered orders for posting to the case website. | 0.2 | 378.00 | 75.60 |
| 04/19/23 | Thompson, Nancy | E-mail messages to and from N. Levine confirming changes made to CaseLines. | 0.1 | 378.00 | 37.80 |
| 04/19/23 | Thompson, Nancy | Reviewing updated list of Canadian talc claims and ensuring all plaintiff counsel are on the service list. | 0.4 | 378.00 | 151.20 |
| 04/19/23 | Wu, Kevin | Draft additional materials in support of the motion for April 24, 2023. | 7.1 | 299.00 | 2,122.90 |
| 04/20/23 | McKee, Gordon | Consider implications of Judge Kaplan decision for Canada cases. | 0.2 | 1,070.00 | 214.00 |
| 04/20/23 | McKee, Gordon | Emails with L. Rogers regarding Canada CCAA order requirements. | 0.2 | 1,070.00 | 214.00 |
| 04/20/23 | McKee, Gordon | Review emails from LTL counsel regarding | 0.2 | 1,070.00 | 214.00 |



Invoice: 2389655
Date: July 18, 2023
Page: 9

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| | | Judge Kaplan order on stay of litigation. | | | |
| 04/20/23 | Parente, Alexia | Reviewing email correspondence between L. Rogers, G. McKee and R. Reinertson regarding preliminary injunction. | 0.1 | 537.00 | 53.70 |
| 04/20/23 | Parente, Alexia | Reviewing email correspondence exchanged between L. Rogers, N. Levine. S. Kukulowicz, D. Prieto, K. Frazier and A. Iqbal regarding preliminary injunction. | 0.6 | 537.00 | 322.20 |
| 04/20/23 | Parente, Alexia | Preparing court materials in connection with recognition proceedings. | 2.2 | 537.00 | 1,181.40 |
| 04/20/23 | Rogers, Linc | Preparing court materials in connection with recognition hearing of US preliminary injunction. | 3.9 | 913.00 | 3,560.70 |
| 04/20/23 | Rogers, Linc | Email correspondence with working group members regarding preliminary injunction. | 0.3 | 913.00 | 273.90 |
| 04/20/23 | Rogers, Linc | Attending virtual US hearing on ruling on preliminary injunction. | 1.1 | 913.00 | 1,004.30 |
| 04/20/23 | Rogers, Linc | Email correspondence with counsel to Information Officer regarding preliminary injunction. | 0.3 | 913.00 | 273.90 |
| 04/20/23 | Rogers, Linc | Email correspondence with working group members regarding US preliminary injunction and recognition of same. | 0.4 | 913.00 | 365.20 |
| 04/20/23 | Spurek, Konrad | Updating tracking table listing Canadian talc litigation. | 2.1 | 365.00 | 766.50 |
| 04/20/23 | Thompson, Nancy | Partial attendance at hearing in US Chapter 11 Proceeding. | 0.2 | 378.00 | 75.60 |
| 04/20/23 | Wu, Kevin | Draft the motion materials in support of the Motion for April 24, 2023. | 4.3 | 299.00 | 1,285.70 |
| 04/21/23 | McKee, Gordon | Review briefly drafts of motion materials. | 0.2 | 1,070.00 | 214.00 |
| 04/21/23 | McKee, Gordon | Email L. Rogers regarding draft motion materials. | 0.1 | 1,070.00 | 107.00 |
| 04/21/23 | Parente, Alexia | Preparing court materials in connection with recognition proceedings. | 8.8 | 537.00 | 4,725.60 |
| 04/21/23 | Parente, Alexia | Discussions with L. Rogers throughout the day regarding court pleadings. | 0.4 | 537.00 | 214.80 |
| 04/21/23 | Rogers, Linc | Reviewing and revising pleadings in connection with Monday court hearing including notice of motion, affidavit and order. | 4.5 | 913.00 | 4,108.50 |



Invoice: 2389655
Date: July 18, 2023
Page: 10

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 04/21/23 | Rogers, Linc | Email correspondence with working group members throughout the day regarding recognition hearing. | 0.4 | 913.00 | 365.20 |
| 04/21/23 | Rogers, Linc | Discussions throughout the day with A. Parente regarding court pleadings. | 0.4 | 913.00 | 365.20 |
| 04/21/23 | Rogers, Linc | Various discussions with counsel to Information Officer throughout the day regarding recognition hearing. | 0.3 | 913.00 | 273.90 |
| 04/21/23 | Thompson, Nancy | Reviewing and revising motion materials, including draft amending order, amended and restated 2023 supplemental recognition order, supporting affidavit, and notice of motion. | 1.7 | 378.00 | 642.60 |
| 04/21/23 | Thompson, Nancy | Communication with A. Parente regarding comments on draft motion materials. | 0.9 | 378.00 | 340.20 |
| 04/21/23 | Thompson, Nancy | Assembling package of exhibits for delivery to J. Kim. | 0.7 | 378.00 | 264.60 |
| 04/21/23 | Thompson, Nancy | Drafting and finalizing the e-mail message to the service list serving the motion record. | 0.4 | 378.00 | 151.20 |
| 04/21/23 | Thompson, Nancy | Drafting the participant information form. | 0.2 | 378.00 | 75.60 |
| 04/21/23 | Thompson, Nancy | Assembling motion record and ensuring in compliance with the rules and requirements of the Commercial List. | 0.8 | 378.00 | 302.40 |
| 04/21/23 | Thompson, Nancy | Preparing cover pages and index to the motion record. | 0.3 | 378.00 | 113.40 |
| 04/21/23 | Wu, Kevin | Draft the motion materials in support of the Motion for April 24, 2023. | 5.0 | 299.00 | 1,495.00 |
| 04/22/23 | Rogers, Linc | Email correspondence with Information Officer counsel regarding recognition hearing. | 0.2 | 913.00 | 182.60 |
| 04/23/23 | Parente, Alexia | Preparing for court hearing in connection with recognition proceedings. | 1.1 | 537.00 | 590.70 |
| 04/24/23 | Amoroso, Carlo | Submitting signed Order of Justice Osborne dated April 24, 2023 to be issued and entered to the court through the e-portal. | | | 25.00 |
| 04/24/23 | McKee, Gordon | Emails with L. Rogers regarding handling of hearing. | 0.2 | 1,070.00 | 214.00 |
| 04/24/23 | McKee, Gordon | Attend CCAA hearing. | 0.3 | 1,070.00 | 321.00 |
| 04/24/23 | Parente, Alexia | Preparing for court hearing. | 0.4 | 537.00 | 214.80 |



Invoice: 2389655
Date: July 18, 2023
Page: 11

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 04/24/23 | Parente, Alexia | Discussion with L. Rogers regarding stay extension motion. | 0.3 | 537.00 | 161.10 |
| 04/24/23 | Parente, Alexia | Attending court hearing in connection with recognition proceedings. | 3.4 | 537.00 | 1,825.80 |
| 04/24/23 | Riviglia, Anna | Submitted Motion Record to be filed with the court. | | | 25.00 |
| 04/24/23 | Rogers, Linc | Reviewing motion materials in connection with motion to extend stay. | 0.4 | 913.00 | 365.20 |
| 04/24/23 | Rogers, Linc | Discussion with A. Parente regarding stay extension motion. | 0.3 | 913.00 | 273.90 |
| 04/24/23 | Rogers, Linc | Attending stay extension motion. | 0.4 | 913.00 | 365.20 |
| 04/24/23 | Thompson, Nancy | Drafting, finalizing and swearing affidavit of service. | 0.2 | 378.00 | 75.60 |
| 04/24/23 | Thompson, Nancy | E-mail messages to L. Rogers and A. Parente regarding participant information form. | 0.1 | 378.00 | 37.80 |
| 04/24/23 | Thompson, Nancy | Arranging for motion record to be filed with the court. | 0.1 | 378.00 | 37.80 |
| 04/24/23 | Thompson, Nancy | Revising and finalizing the participant information form. | 0.1 | 378.00 | 37.80 |
| 04/24/23 | Thompson, Nancy | Uploading draft order and participant information form to CaseLines. | 0.2 | 378.00 | 75.60 |
| 04/24/23 | Thompson, Nancy | Preparing memorandum and arranging for order to be entered with the court. | 0.2 | 378.00 | 75.60 |
| 04/24/23 | Thompson, Nancy | E-mail message to the service list circulating the endorsement and order. | 0.1 | 378.00 | 37.80 |
| 04/25/23 | Parente, Alexia | Speaking with L. Rogers and K. Wu regarding next steps in connection with recognition proceedings. | 0.2 | 537.00 | 107.40 |
| 04/25/23 | Rogers, Linc | Reviewing US preliminary injunction order. | 0.7 | 913.00 | 639.10 |
| 04/25/23 | Rogers, Linc | Interoffice meeting with A. Parente and K. Wu regarding preparation of court materials for hearing to recognize preliminary injunction. | 0.2 | 913.00 | 182.60 |
| 04/25/23 | Thompson, Nancy | Discussion with working group to discuss 2023 Preliminary Injunction Order and motion for recognition in the CCAA proceeding. | 0.2 | 378.00 | 75.60 |
| 04/25/23 | Wu, Kevin | Drafting materials in support of the Motion for May 1, 2023. | 3.4 | 299.00 | 1,016.60 |



Invoice: 2389655
Date: July 18, 2023
Page: 12

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 04/25/23 | Wu, Kevin | Meeting with L. Rogers and A. Parente regarding preparation of court materials. | 0.2 | 299.00 | 59.80 |
| 04/26/23 | Parente, Alexia | Preparing motion materials for recognition of preliminary injunction. | 2.5 | 537.00 | 1,342.50 |
| 04/26/23 | Reinertson, Robin | Conference with L. Rogers regarding implications of stay of trial proceedings. | 0.1 | 800.00 | 80.00 |
| 04/26/23 | Rogers, Linc | Email correspondence with K. Frazier regarding status of Canadian claims. | 0.1 | 913.00 | 91.30 |
| 04/26/23 | Rogers, Linc | Discussions with counsel to Information Officer regarding recognition of preliminary injunction. | 0.6 | 913.00 | 547.80 |
| 04/26/23 | Rogers, Linc | Revising draft court documents in connection with motion to recognize preliminary injunction order. | 4.5 | 913.00 | 4,108.50 |
| 04/26/23 | Rogers, Linc | Discussions with K. Wu and N. Thompson regarding motion materials in connection with recognition of preliminary injunction. | 0.5 | 913.00 | 456.50 |
| 04/26/23 | Rogers, Linc | Discussion with R. Reinertson regarding implications of stay on trials. | 0.1 | 913.00 | 91.30 |
| 04/26/23 | Russell, Karine | Reviewing draft motion materials with respect to stay extension circulated by A. Parente. | 0.3 | 675.00 | 202.50 |
| 04/26/23 | Russell, Karine | Emails with K. Wu regarding Canadian talc claims and recently served individual claims. | 0.1 | 675.00 | 67.50 |
| 04/26/23 | Spurek, Konrad | Confirming accuracy of Canadian litigation outlined in Schedule B of draft Preliminary Injunction Recognition Order. | 0.7 | 365.00 | 255.50 |
| 04/26/23 | Thompson, Nancy | E-mail messages to and from the Commercial List office regarding available dates and requirement to be heard prior to May 3. | 0.3 | 378.00 | 113.40 |
| 04/26/23 | Thompson, Nancy | Drafting request form. | 0.2 | 378.00 | 75.60 |
| 04/26/23 | Thompson, Nancy | E-mail message to N. Levine forwarding draft request form. | 0.1 | 378.00 | 37.80 |
| 04/26/23 | Thompson, Nancy | Review draft order. | 0.4 | 378.00 | 151.20 |
| 04/26/23 | Thompson, Nancy | Discussion with L. Rogers and K. Wu regarding revisions to draft order. | 0.6 | 378.00 | 226.80 |
| 04/26/23 | Thompson, Nancy | Revising draft order. | 0.4 | 378.00 | 151.20 |
| 04/26/23 | Thompson, Nancy | E-mail message to L. Rogers, K. Wu and A. Parente forwarding revised order for final | 0.2 | 378.00 | 75.60 |



Invoice: 2389655
Date: July 18, 2023
Page: 13

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| | | review. | | | |
| 04/26/23 | Thompson, Nancy | Revising draft order to incorporate additional comments received from L. Rogers. | 0.2 | 378.00 | 75.60 |
| 04/26/23 | Wu, Kevin | Drafting court materials in connection with the Motion for May 1, 2023. | 7.7 | 299.00 | 2,302.30 |
| 04/26/23 | Wu, Kevin | Discussion with L. Rogers and N. Thompson regarding draft order. | 0.6 | 299.00 | 179.40 |
| 04/27/23 | McKee, Gordon | Call with L. Rogers regarding content of draft recognition order. | 0.2 | 1,070.00 | 214.00 |
| 04/27/23 | Parente, Alexia | Meeting with J. Kim to commission affidavit. | 0.2 | 537.00 | 107.40 |
| 04/27/23 | Parente, Alexia | Various discussions with L. Rogers and N. Thompson regarding court materials. | 0.8 | 537.00 | 429.60 |
| 04/27/23 | Parente, Alexia | Exchanging email correspondence with N. Levine and D. Prieto. | 0.2 | 537.00 | 107.40 |
| 04/27/23 | Parente, Alexia | Revising draft court materials in connection with recognition proceedings. | 2.3 | 537.00 | 1,235.10 |
| 04/27/23 | Rogers, Linc | Reviewing and revising draft court material in connection with pending hearing to recognize preliminary injunction order. | 2.9 | 913.00 | 2,647.70 |
| 04/27/23 | Rogers, Linc | Discussions with counsel to Information Officer regarding recognition of preliminary injunction. | 0.4 | 913.00 | 365.20 |
| 04/27/23 | Rogers, Linc | Discussions throughout the day with N. Thompson and A. Parente regarding finalizing court materials in connection with recognition motion for preliminary injunction. | 1.2 | 913.00 | 1,095.60 |
| 04/27/23 | Thompson, Nancy | Preparing cover pages to the motion record returnable on May 1, 2023. | 0.2 | 378.00 | 75.60 |
| 04/27/23 | Thompson, Nancy | Preparing exhibit pages. | 0.1 | 378.00 | 37.80 |
| 04/27/23 | Thompson, Nancy | Assembling all exhibits. | 0.2 | 378.00 | 75.60 |
| 04/27/23 | Thompson, Nancy | Email message to A. Parente et al. forwarding draft cover pages and exhibits package. | 0.1 | 378.00 | 37.80 |
| 04/27/23 | Thompson, Nancy | Drafting cover e-mail message to the service and circulating same for review and comment. | 0.2 | 378.00 | 75.60 |
| 04/27/23 | Thompson, Nancy | Conference call with L. Rogers and A. Parente to discuss and revise the draft order. | 0.9 | 378.00 | 340.20 |



Invoice: 2389655
Date: July 18, 2023
Page: 14

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 04/27/23 | Thompson, Nancy | E-mail message to A. Parente forwarding corrected page to the affidavit. | 0.2 | 378.00 | 75.60 |
| 04/27/23 | Thompson, Nancy | Revising draft notice of motion and incorporating comments received from L. Rogers. | 0.5 | 378.00 | 189.00 |
| 04/27/23 | Thompson, Nancy | Revising draft order. | 0.3 | 378.00 | 113.40 |
| 04/27/23 | Thompson, Nancy | Assembling the motion record and ensuring in compliance with requirements of the Commercial List. | 0.6 | 378.00 | 226.80 |
| 04/27/23 | Thompson, Nancy | E-mail message to L. Rogers and A. Parente forwarding draft motion record and cover service e-mail message for review. | 0.3 | 378.00 | 113.40 |
| 04/27/23 | Thompson, Nancy | E-mail message to the service list serving the motion record. | 0.2 | 378.00 | 75.60 |
| 04/27/23 | Thompson, Nancy | Drafting affidavit of service. | 0.2 | 378.00 | 75.60 |
| 04/27/23 | Thompson, Nancy | Revise draft supporting materials and order to incorporate comments received from Jones Day. | 0.6 | 378.00 | 226.80 |
| 04/28/23 | Parente, Alexia | Reviewing draft of the Information Officer's supplementary report in connection with recognition proceedings. | 0.1 | 537.00 | 53.70 |
| 04/28/23 | Parente, Alexia | Speaking with L. Rogers to discuss court appearance. | 0.1 | 537.00 | 53.70 |
| 04/28/23 | Parente, Alexia | Exchanging email messages with A. Rush. | 0.1 | 537.00 | 53.70 |
| 04/28/23 | Riviglia, Anna | Submitted Motion Record for filing with the Commercial Court. | | | 25.00 |
| 04/28/23 | Rogers, Linc | Commenting on draft Information Officer report in support of recognition of preliminary injunction order. | 0.4 | 913.00 | 365.20 |
| 04/28/23 | Rogers, Linc | Preparing for upcoming hearing regarding recognition of preliminary injunction including review of court materials and related US filings. | 1.1 | 913.00 | 1,004.30 |
| 04/28/23 | Thompson, Nancy | Swearing the affidavit of service. | 0.1 | 378.00 | 37.80 |
| 04/28/23 | Thompson, Nancy | Arranging for the motion record to be filed with the court. | 0.1 | 378.00 | 37.80 |
| 04/28/23 | Thompson, Nancy | Uploading motion record to CaseLines and updating access. | 0.1 | 378.00 | 37.80 |



| | | | Invoice: | 2389655 |
| | | | Date: | July 18, 2023 |
| | | | Page: | 15 |

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 04/28/23 | Thompson, Nancy | Drafting participant information form for May 1 hearing. | 0.2 | 378.00 | 75.60 |
| 04/30/23 | Parente, Alexia | Preparing for court hearing in connection with recognition proceedings. | 2.5 | 537.00 | 1,342.50 |
| 04/30/23 | Parente, Alexia | Exchanging email correspondence with K. Russell regarding Canadian litigation claims. | 0.1 | 537.00 | 53.70 |
| 04/30/23 | Rogers, Linc | Email correspondence with working group regarding hearing in connection with recognition of preliminary injunction. | 0.3 | 913.00 | 273.90 |
| 04/30/23 | Russell, Karine | Emails with A. Parente discussing schedule listing Canadian talc claims and updates to same to reflect newly served individual claims. | 0.1 | 675.00 | 67.50 |
| | | **Total Fees for this Matter** | | | **$ 148,142.60** |

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| Amoroso, Carlo | CAMO | 0.0 | 0.00 | 125.00 |
| Barker, Thomas | TPXB | 0.9 | 282.00 | 253.80 |
| Harris, Jake | JKE | 3.7 | 590.00 | 2,183.00 |
| Keliher, Christopher | CKLR | 14.3 | 476.00 | 6,806.80 |
| McKee, Gordon | SGM | 4.8 | 1,070.00 | 5,136.00 |
| Parente, Alexia | APAR | 81.7 | 537.00 | 43,872.90 |
| Reinertson, Robin | RLR | 0.1 | 800.00 | 80.00 |
| Riviglia, Anna | ANR | 0.0 | 0.00 | 75.00 |
| Rogers, Linc | LCR | 71.2 | 913.00 | 65,005.60 |
| Russell, Karine | KNO | 9.1 | 675.00 | 6,142.50 |
| Spurek, Konrad | KZZS | 7.1 | 365.00 | 2,591.50 |
| Thompson, Nancy | NAB | 19.6 | 378.00 | 7,408.80 |
| Wu, Kevin | KVW | 28.3 | 299.00 | 8,461.70 |
| | **Total** | **240.8** | | **$ 148,142.60** |

**Disbursement(s)**

Court Fees                                                              $ 1,260.00

                                                                                        $ 1,260.00

**Total Due for this Matter in Canadian Currency**                              **$ 149,402.60  CAD**

TORONTO    CALGARY    VANCOUVER    MONTRÉAL    OTTAWA    NEW YORK    LONDON

Blake, Cassels & Graydon LLP  |  blakes.com



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE

Please write invoice number(s) on cheque

July 6, 2023

LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ  08933
U.S.A.

| | |
|---|---|
| Invoice: | 2387668 |
| Billing Lawyer | McKee, Gordon |
| HST/GST No.: | R119396778 |
| Client: | 00028109 |
| Matter: | 000002 |
| Reference: | JJL2021019389 |

Attention:  John Kim
Legal Counsel

**Re:  Fee and Retention Applications**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended April 30, 2023, as follows:

| | | |
|---|---:|---|
| Total Fees | $ 1,870.80 | |
| **TOTAL DUE IN CANADIAN CURRENCY** | **$ 1,870.80** | **CAD** |
| *THIS INVOICE MAY BE PAID IN U.S. CURRENCY* | *$ 1,473.07* | *USD* |

TORONTO    CALGARY    VANCOUVER    MONTRÉAL    OTTAWA    NEW YORK    LONDON
Blake, Cassels & Graydon LLP  |  blakes.com



|         | Invoice: | 2387668      |
|---------|----------|--------------|
|         | Date:    | July 6, 2023 |
|         | Page:    | 2            |

**Re:   Fee and Retention Applications   (000002)**

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 04/06/23 | Rogers, Linc | Email correspondence with G. McKee and N. Thompson. | 0.1 | 913.00 | 91.30 |
| 04/06/23 | Thompson, Nancy | Reviewing process followed for prior conflicts search and retention application. | 0.3 | 378.00 | 113.40 |
| 04/06/23 | Thompson, Nancy | Drafting e-mail message to the conflict search department to arrange for updated searches of interested parties. | 0.5 | 378.00 | 189.00 |
| 04/06/23 | Thompson, Nancy | E-mail message to G. McKee and L. Rogers regarding updating of search results for preparation of updated disclosure schedule. | 0.3 | 378.00 | 113.40 |
| 04/06/23 | Thompson, Nancy | Reviewing e-mail message from I. Perez and attached list of names of interested parties for retention application. | 0.2 | 378.00 | 75.60 |
| 04/06/23 | Thompson, Nancy | Preparing list of interested parties in Excel format as required by our search department. | 0.8 | 378.00 | 302.40 |
| 04/17/23 | Rogers, Linc | Email correspondence with G. McKee and N. Thompson. | 0.1 | 913.00 | 91.30 |
| 04/17/23 | Thompson, Nancy | E-mail messages to and from G. McKee and L. Rogers regarding scope of conflict searches. | 0.1 | 378.00 | 37.80 |
| 04/17/23 | Thompson, Nancy | E-mail messages to and from L. Posloski (Blakes General Counsel) regarding conflict searches for updated client disclosure required for new retention application. | 0.3 | 378.00 | 113.40 |
| 04/20/23 | McKee, Gordon | Emails with L. Rogers and Jones Day regarding retention matters. | 0.2 | 1,070.00 | 214.00 |
| 04/24/23 | Thompson, Nancy | E-mail message to D. Segal forwarding requested information. | 0.1 | 378.00 | 37.80 |
| 04/26/23 | Thompson, Nancy | Arranging for conflict searches of additional names provided by I. Perez. | 0.1 | 378.00 | 37.80 |
| 04/27/23 | Thompson, Nancy | Reviewing conflict search results for preparation of client disclosure required for the retention application. | 0.3 | 378.00 | 113.40 |
| 04/28/23 | Thompson, Nancy | Reviewing conflict search results for preparation of client disclosure required for the retention application. | 0.9 | 378.00 | 340.20 |
| | | **Total Fees for this Matter** | | | **$ 1,870.80** |



Invoice: 2387668
Date: July 6, 2023
Page: 3

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| McKee, Gordon | SGM | 0.2 | 1,070.00 | 214.00 |
| Rogers, Linc | LCR | 0.2 | 913.00 | 182.60 |
| Thompson, Nancy | NAB | 3.9 | 378.00 | 1,474.20 |
| | Total | 4.3 | | $ 1,870.80 |

Total Due for this Matter in Canadian Currency $ 1,870.80 CAD