## **EXHIBIT B**

Invoices



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE
Please write invoice number(s) on cheque

July 18, 2023

LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ  08933
U.S.A.

Invoice: 2389656
Billing Lawyer: McKee, Gordon
HST/GST No.: R119396778
Client: 00028109
Matter: 000001
Reference: JJL2021019389

Attention:  John Kim
            Legal Counsel

**Re:  Litigation Consulting - CCAA Recognition Proceedings**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended May 31, 2023, as follows:

|  |  |
|---|---|
| Total Fees | $ 45,210.70 |
| **TOTAL DUE IN CANADIAN CURRENCY** | **$ 45,210.70**  CAD |
| *THIS INVOICE MAY BE PAID IN U.S. CURRENCY* | *$ 35,881.51*  USD |



Invoice: 2389656
Date: July 18, 2023
Page: 2

**Re:** Litigation Consulting - CCAA Recognition Proceedings   (000001)

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 05/01/23 | McIntyre, Caitlin | Reviewing motion materials related to motion for recognition of preliminary injunction. | 3.1 | 664.00 | 2,058.40 |
| 05/01/23 | McIntyre, Caitlin | Attending hearing for recognition of preliminary injunction. | 0.4 | 664.00 | 265.60 |
| 05/01/23 | McKee, Gordon | Emails with L. Rogers regarding preliminary injunction recognition hearing. | 0.2 | 1,070.00 | 214.00 |
| 05/01/23 | McKee, Gordon | Prepare for preliminary injunction recognition hearing. | 0.4 | 1,070.00 | 428.00 |
| 05/01/23 | McKee, Gordon | Attend portion of recognition hearing. | 0.2 | 1,070.00 | 214.00 |
| 05/01/23 | Parente, Alexia | Preparing court materials in connection with hearing to recognize preliminary injunction. | 3.8 | 537.00 | 2,040.60 |
| 05/01/23 | Rogers, Linc | Preparing court materials in connection with hearing to recognize preliminary injunction. | 0.3 | 913.00 | 273.90 |
| 05/01/23 | Rogers, Linc | Reviewing court's endorsement in connection with recognition of preliminary injunction. | 0.2 | 913.00 | 182.60 |
| 05/01/23 | Rogers, Linc | Working with A. Parente and C. McIntyre on reviewing and revising draft order in connection with preliminary injunction. | 0.3 | 913.00 | 273.90 |
| 05/01/23 | Rogers, Linc | Attending court hearing regarding recognition of preliminary injunction. | 0.4 | 913.00 | 365.20 |
| 05/01/23 | Rogers, Linc | Emails with G. McKee regarding preliminary injunction recognition hearing. | 0.2 | 913.00 | 182.60 |
| 05/01/23 | Thompson, Nancy | Reviewing schedule to draft order listing Canadian talc actions. | 0.3 | 378.00 | 113.40 |
| 05/01/23 | Thompson, Nancy | Revising draft preliminary injunction recognition order. | 0.1 | 378.00 | 37.80 |
| 05/01/23 | Thompson, Nancy | Uploading draft preliminary injunction recognition order and participant information form to CaseLines. | 0.1 | 378.00 | 37.80 |
| 05/01/23 | Thompson, Nancy | E-mail message to the service list forwarding the revised draft order and blackline. | 0.3 | 378.00 | 113.40 |
| 05/01/23 | Thompson, Nancy | Uploading revised order and blackline to CaseLines. | 0.1 | 378.00 | 37.80 |
| 05/01/23 | Thompson, Nancy | Reviewing e-mail messages regarding additional changes to the draft order. | 0.1 | 378.00 | 37.80 |



Invoice: 2389656
Date: July 18, 2023
Page: 3

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 05/01/23 | Thompson, Nancy | Revising draft preliminary injunction order to incorporate additional comments received. | 0.2 | 378.00 | 75.60 |
| 05/01/23 | Thompson, Nancy | Updating participant information form. | 0.1 | 378.00 | 37.80 |
| 05/02/23 | McIntyre, Caitlin | Reviewing developments in chapter 11 proceeding since commencement. | 0.8 | 664.00 | 531.20 |
| 05/02/23 | McKee, Gordon | Email to the working group forwarding latest order and endorsement from CCAA judge. | 0.3 | 1,070.00 | 321.00 |
| 05/02/23 | Parente, Alexia | Reviewing court materials in connection with motion to dismiss Chapter 11 case. | 0.8 | 537.00 | 429.60 |
| 05/02/23 | Rogers, Linc | Reviewing email correspondence from G. McKee regarding impact of preliminary injunction on Canadian claims. | 0.1 | 913.00 | 91.30 |
| 05/03/23 | Amoroso, Carlo | Submitting Signed order of Justice Osborne dated May 1, 2023, endorsement and memo to court staff to have order issued and entered and filed through the e-portal. | | | 25.00 |
| 05/03/23 | McIntyre, Caitlin | Attending hearing in chapter 11 proceeding. | 4.6 | 664.00 | 3,054.40 |
| 05/03/23 | McIntyre, Caitlin | Email correspondence with L. Rogers summarizing May 3 U.S. hearing. | 0.2 | 664.00 | 132.80 |
| 05/03/23 | Parente, Alexia | Attending U.S. hearing. | 4.4 | 537.00 | 2,362.80 |
| 05/03/23 | Rogers, Linc | Email correspondence from C. McIntyre regarding results of LTL hearing. | 0.1 | 913.00 | 91.30 |
| 05/03/23 | Thompson, Nancy | Arranging for the Preliminary Injunction Recognition Order to be entered with the court. | 0.1 | 378.00 | 37.80 |
| 05/03/23 | Thompson, Nancy | E-mail message to the Service List circulating the Order as entered. | 0.1 | 378.00 | 37.80 |
| 05/03/23 | Thompson, Nancy | Drafting the memorandum to the court for entering the order. | 0.2 | 378.00 | 75.60 |
| 05/04/23 | McIntyre, Caitlin | Call with N. Levine, counsel to Information Officer, regarding the Mediation Order. | 0.5 | 664.00 | 332.00 |
| 05/08/23 | Rogers, Linc | Discussion with S. Kukulowicz regarding Canadian claims. | 0.3 | 913.00 | 273.90 |
| 05/09/23 | McIntyre, Caitlin | Email correspondence with L. Rogers summarizing May 9 hearing in the U.S. | 0.7 | 664.00 | 464.80 |
| 05/09/23 | McKee, Gordon | Review drafts of letter from Information Officer to Canadian courts regarding stay/injunction and provide comments to C. | 0.5 | 1,070.00 | 535.00 |



Invoice: 2389656
Date: July 18, 2023
Page: 4

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| | | McIntyre. | | | |
| 05/09/23 | McKee, Gordon | Office conference with L. Rogers regarding communications with Information Officer. | 0.2 | 1,070.00 | 214.00 |
| 05/09/23 | Rogers, Linc | Reviewing and commenting on draft letter to Canadian courts prepared by counsel to the Information Officer. | 0.3 | 913.00 | 273.90 |
| 05/09/23 | Rogers, Linc | Email correspondence with Blakes working group regarding draft letter prepared by counsel to Information Officer to US Courts. | 0.3 | 913.00 | 273.90 |
| 05/09/23 | Rogers, Linc | Office conference with G. McKee regarding communications with Information Officer. | 0.2 | 913.00 | 182.60 |
| 05/09/23 | Russell, Karine | Updating chart tracking status of Canadian talc litigation. | 0.9 | 675.00 | 607.50 |
| 05/10/23 | McIntyre, Caitlin | Reviewing and commenting on materials in Chapter 11 case. | 0.4 | 664.00 | 265.60 |
| 05/10/23 | McIntyre, Caitlin | Reviewing letters from information officer to be sent to civil courts. | 0.8 | 664.00 | 531.20 |
| 05/10/23 | Parente, Alexia | Reviewing correspondence regarding letter to the courts. | 0.7 | 537.00 | 375.90 |
| 05/10/23 | Parente, Alexia | Reviewing email message from A. Johnson. | 0.1 | 537.00 | 53.70 |
| 05/10/23 | Rogers, Linc | Reviewing materials for Chapter 11 case and comments by C. McIntyre. | 0.2 | 913.00 | 182.60 |
| 05/11/23 | McIntyre, Caitlin | Call with L. Rogers regarding potential recognition of U.S. orders. | 0.4 | 664.00 | 265.60 |
| 05/11/23 | McIntyre, Caitlin | Email correspondence with A. Rush regarding potential recognition of U.S. orders. | 0.6 | 664.00 | 398.40 |
| 05/11/23 | McKee, Gordon | Emails with C. McIntyre regarding US hearing. | 0.2 | 1,070.00 | 214.00 |
| 05/11/23 | Parente, Alexia | Reviewing email message from S. Kukulowicz. | 0.1 | 537.00 | 53.70 |
| 05/11/23 | Parente, Alexia | Reviewing email correspondence from C. McIntyre and G. McKee. | 0.1 | 537.00 | 53.70 |
| 05/11/23 | Parente, Alexia | Reviewing U.S. docket for updates relevant to Canadian proceeding. | 0.4 | 537.00 | 214.80 |
| 05/11/23 | Rogers, Linc | Reviewing email correspondence regarding future claims representative. | 0.4 | 913.00 | 365.20 |
| 05/11/23 | Rogers, Linc | Discussion with C. McIntyre regarding future claims representative and related matters. | 0.4 | 913.00 | 365.20 |



Invoice: 2389656
Date: July 18, 2023
Page: 5

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 05/11/23 | Rogers, Linc | Email correspondence from C. McIntyre regarding summary of US court hearing held on May 9. | 0.1 | 913.00 | 91.30 |
| 05/11/23 | Rogers, Linc | Discussion with counsel to the Information Officer regarding letter to court in connection with stay. | 0.2 | 913.00 | 182.60 |
| 05/12/23 | McIntyre, Caitlin | Email correspondence with A. Rush regarding potential recognition of U.S. orders. | 0.2 | 664.00 | 132.80 |
| 05/12/23 | Parente, Alexia | Reviewing email correspondence from A. Rush. | 0.1 | 537.00 | 53.70 |
| 05/12/23 | Rogers, Linc | Email correspondence with working group members and Jones Day regarding matters in connection with US orders and recognition proceedings. | 0.3 | 913.00 | 273.90 |
| 05/15/23 | McIntyre, Caitlin | Providing comment on draft letters from the information officer to civil courts. | 0.7 | 664.00 | 464.80 |
| 05/15/23 | Parente, Alexia | Reviewing US docket for matters related to Canadian proceeding. | 0.3 | 537.00 | 161.10 |
| 05/15/23 | Parente, Alexia | Reviewing correspondence from A. Hoy, counsel to Information Officer. | 0.3 | 537.00 | 161.10 |
| 05/15/23 | Rogers, Linc | Email correspondence regarding letter to courts. | 0.2 | 913.00 | 182.60 |
| 05/16/23 | McIntyre, Caitlin | Attending hearing in U.S. proceeding. | 2.2 | 664.00 | 1,460.80 |
| 05/16/23 | Parente, Alexia | Reviewing email message from C. McIntyre regarding letter to Canadian courts. | 0.2 | 537.00 | 107.40 |
| 05/16/23 | Rogers, Linc | Partial attendance of Chapter 11 hearing regarding variety of outstanding issues. | 0.9 | 913.00 | 821.70 |
| 05/17/23 | McIntyre, Caitlin | Review materials in connection with Chapter 11 proceeding. | 2.1 | 664.00 | 1,394.40 |
| 05/17/23 | Rogers, Linc | Email correspondence with working group in connection with Chapter 11 proceeding materials. | 0.3 | 913.00 | 273.90 |
| 05/18/23 | McIntyre, Caitlin | Email correspondence with counsel to the Information Officer regarding Chapter 11 proceeding materials. | 0.2 | 664.00 | 132.80 |
| 05/18/23 | Rogers, Linc | Email correspondence with counsel to the Information Officer regarding Chapter 11 proceeding materials. | 0.1 | 913.00 | 91.30 |
| 05/19/23 | McIntyre, Caitlin | Call with L. Rogers to discuss status and next | 0.2 | 664.00 | 132.80 |



Invoice: 2389656
Date: July 18, 2023
Page: 6

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| | | steps. | | | |
| 05/19/23 | Parente, Alexia | Reviewing US docket and updating calendars. | 0.2 | 537.00 | 107.40 |
| 05/19/23 | Rogers, Linc | Reviewing Chapter 11 proceeding materials. | 2.9 | 913.00 | 2,647.70 |
| 05/19/23 | Rogers, Linc | Call with C. McIntyre to discuss status and next steps. | 0.1 | 913.00 | 91.30 |
| 05/22/23 | McKee, Gordon | Emails with C. McIntyre regarding Chapter 11 proceeding materials. | 0.4 | 1,070.00 | 428.00 |
| 05/22/23 | Parente, Alexia | Reviewing email correspondence between G. McKee and C. McIntyre. | 0.1 | 537.00 | 53.70 |
| 05/23/23 | McIntyre, Caitlin | Internal communications with L. Rogers and G. McKee regarding Chapter 11 proceeding materials. | 0.3 | 664.00 | 199.20 |
| 05/23/23 | McKee, Gordon | Emails with C. McIntyre regarding meeting with Information Officer counsel to discuss Chapter 11 proceeding materials. | 0.2 | 1,070.00 | 214.00 |
| 05/23/23 | Parente, Alexia | Reviewing US docket for matters relevant to Canadian proceeding. | 0.1 | 537.00 | 53.70 |
| 05/24/23 | McIntyre, Caitlin | Call with D. Prieto and A. Rush to discuss Chapter 11 proceeding materials. | 0.8 | 664.00 | 531.20 |
| 05/24/23 | McIntyre, Caitlin | Preparing for call with D. Prieto and A. Rush to discuss Chapter 11 proceeding materials. | 1.8 | 664.00 | 1,195.20 |
| 05/24/23 | McKee, Gordon | Brief review of materials in Chapter 11 proceeding. | 0.6 | 1,070.00 | 642.00 |
| 05/24/23 | McKee, Gordon | Call with D. Prieto, A. Rush, L. Rogers and C. McIntyre regarding Chapter 11 proceeding materials and inquiries of Information Officer. | 0.8 | 1,070.00 | 856.00 |
| 05/24/23 | McKee, Gordon | Emails with C. McIntyre regarding Chapter 11 proceeding materials. | 0.4 | 1,070.00 | 428.00 |
| 05/24/23 | Parente, Alexia | Reviewing US docket for matters relevant to Canadian proceeding. | 0.1 | 537.00 | 53.70 |
| 05/24/23 | Rogers, Linc | Attending conference call with D. Prieto, C. McIntyre, A. Rush and G. McKee regarding Chapter 11 proceeding materials and related matters. | 0.8 | 913.00 | 730.40 |
| 05/24/23 | Rogers, Linc | Email correspondence amongst Blakes working group regarding Chapter 11 proceeding materials and related matters. | 0.5 | 913.00 | 456.50 |



Invoice: 2389656
Date: July 18, 2023
Page: 7

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 05/25/23 | McIntyre, Caitlin | Call with Information Officer to discuss Chapter 11 proceeding materials. | 0.6 | 664.00 | 398.40 |
| 05/25/23 | McIntyre, Caitlin | Preparing call with Information Officer to discuss Chapter 11 proceeding materials. | 0.6 | 664.00 | 398.40 |
| 05/25/23 | McKee, Gordon | Call with L. Rogers, C. McIntyre and Information Officer Counsel regarding materials filed in Chapter 11 proceeding. | 0.6 | 1,070.00 | 642.00 |
| 05/25/23 | Parente, Alexia | Reviewing US docket for matters relevant to Canadian proceeding. | 0.1 | 537.00 | 53.70 |
| 05/25/23 | Rogers, Linc | Preparing for meeting with Information Officer through review of Chapter 11 proceeding materials and preliminary injunction. | 0.6 | 913.00 | 547.80 |
| 05/25/23 | Rogers, Linc | Attending meeting with Information Officer and counsel to discuss Chapter 11 proceedings materials and preliminary injunction. | 0.6 | 913.00 | 547.80 |
| 05/25/23 | Rogers, Linc | Reviewing Chapter 11 proceeding materials. | 2.1 | 913.00 | 1,917.30 |
| 05/26/23 | McIntyre, Caitlin | Email correspondence with G. McKee and L. Rogers regarding talc claims and preliminary injunction matters. | 0.9 | 664.00 | 597.60 |
| 05/26/23 | McKee, Gordon | Consider Canadian specific aspects of materials filed in Chapter 11 proceeding and exchange emails with C. McIntyre regarding the same. | 1.2 | 1,070.00 | 1,284.00 |
| 05/26/23 | McKee, Gordon | Emails with C. McIntyre and A. Rush regarding US preliminary injunction. | 0.2 | 1,070.00 | 214.00 |
| 05/26/23 | Parente, Alexia | Reviewing US docket for matters relevant to Canadian proceeding. | 0.1 | 537.00 | 53.70 |
| 05/26/23 | Rogers, Linc | Email correspondence with G. McKee and C. McIntyre regarding Chapter 11 proceeding materials and related matters. | 0.4 | 913.00 | 365.20 |
| 05/26/23 | Rogers, Linc | Email correspondence regarding pre-trial matters. | 0.3 | 913.00 | 273.90 |
| 05/28/23 | McIntyre, Caitlin | Reviewing draft email from G. McKee regarding pre-trial matters. | 0.2 | 664.00 | 132.80 |
| 05/29/23 | McIntyre, Caitlin | Email correspondence with G. McKee regarding proposed response to plaintiff counsel. | 0.3 | 664.00 | 199.20 |
| 05/29/23 | Rogers, Linc | Email correspondence in connection with pre-trial matters. | 0.3 | 913.00 | 273.90 |



Invoice: 2389656
Date: July 18, 2023
Page: 8

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 05/30/23 | McIntyre, Caitlin | Attending hearing in US proceeding. | 2.2 | 664.00 | 1,460.80 |
| 05/30/23 | Rogers, Linc | Reviewing email correspondence in connection with pre-trial matters. | 0.2 | 913.00 | 182.60 |
| 05/31/23 | Rogers, Linc | Email correspondence in connection with pre-trial matters. | 0.2 | 913.00 | 182.60 |
| | | **Total Fees for this Matter** | | | **$ 45,210.70** |

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| Amoroso, Carlo | CAMO | 0.0 | 0.00 | 25.00 |
| McIntyre, Caitlin | CAI | 25.8 | 664.00 | 17,131.20 |
| McKee, Gordon | SGM | 6.4 | 1,070.00 | 6,848.00 |
| Parente, Alexia | APAR | 12.0 | 537.00 | 6,444.00 |
| Rogers, Linc | LCR | 14.8 | 913.00 | 13,512.40 |
| Russell, Karine | KNO | 0.9 | 675.00 | 607.50 |
| Thompson, Nancy | NAB | 1.7 | 378.00 | 642.60 |
| | **Total** | **61.6** | | **$ 45,210.70** |

Total Due for this Matter in Canadian Currency                $ 45,210.70  CAD



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE
Please write invoice number(s) on cheque

July 18, 2023

LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ  08933
U.S.A.

Invoice:  2389657
Billing Lawyer  McKee, Gordon
HST/GST No.:  R119396778
Client:  00028109
Matter:  000002
Reference:  JJL2021019389

Attention:  John Kim
          Legal Counsel

**Re:  Fee and Retention Applications**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended May 31, 2023, as follows:

|  |  |
|---|---|
| Total Fees | $ 15,670.60 |
| **TOTAL DUE IN CANADIAN CURRENCY** | **$ 15,670.60**  CAD |
| *THIS INVOICE MAY BE PAID IN U.S. CURRENCY* | *$ 12,436.98*  USD |



Invoice: 2389657
Date: July 18, 2023
Page: 2

**Re:  Fee and Retention Applications   (000002)**

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 05/01/23 | Thompson, Nancy | Reviewing results of conflict searches in connection with preparation of the client disclosure schedule to the retention application. | 1.6 | 378.00 | 604.80 |
| 05/02/23 | Thompson, Nancy | Reviewing numerous conflict search results to identify clients or former clients for preparation of client disclosure schedule to the retention application. | 6.7 | 378.00 | 2,532.60 |
| 05/02/23 | Thompson, Nancy | E-mail messages from and to D. Villalba regarding status of review of retention application. | 0.2 | 378.00 | 75.60 |
| 05/03/23 | McKee, Gordon | Review retention approval application and provide comments to N. Thompson. | 0.5 | 1,070.00 | 535.00 |
| 05/03/23 | Rogers, Linc | Reviewing draft retention application. | 0.4 | 913.00 | 365.20 |
| 05/03/23 | Rogers, Linc | Discussion with N. Thompson regarding retention application. | 0.6 | 913.00 | 547.80 |
| 05/03/23 | Thompson, Nancy | Reviewing draft retention application forwarded by Jones Day. | 1.1 | 378.00 | 415.80 |
| 05/03/23 | Thompson, Nancy | Discussion with L. Rogers regarding questions and comments on the draft retention application. | 0.6 | 378.00 | 226.80 |
| 05/03/23 | Thompson, Nancy | Revising draft retention application to incorporate comments received from L. Rogers. | 0.7 | 378.00 | 264.60 |
| 05/03/23 | Thompson, Nancy | E-mail message to I. Perez and D. Villalba forwarding revised draft retention application and noting outstanding items and questions. | 0.4 | 378.00 | 151.20 |
| 05/03/23 | Thompson, Nancy | Continuing review of numerous conflict search results for preparation of client disclosure required for the retention application. | 1.9 | 378.00 | 718.20 |
| 05/03/23 | Thompson, Nancy | Drafting client disclosure schedule. | 1.3 | 378.00 | 491.40 |
| 05/03/23 | Thompson, Nancy | E-mail message to L. Rogers and G. McKee forwarding draft client disclosure schedule for review and comment. | 0.6 | 378.00 | 226.80 |
| 05/03/23 | Thompson, Nancy | Revising chart of client disclosure information and results of conflict searches. | 1.6 | 378.00 | 604.80 |



| | | | Invoice: | 2389657 |
|---|---|---|---|---|
| | | | Date: | July 18, 2023 |
| | | | Page: | 3 |

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 05/03/23 | Thompson, Nancy | Revising draft retention application to include comments and questions and updated information. | 1.8 | 378.00 | 680.40 |
| 05/03/23 | Thompson, Nancy | E-mail message to L. Rogers and G. McKee forwarding comments on draft retention application for review. | 0.4 | 378.00 | 151.20 |
| 05/04/23 | McKee, Gordon | Emails with N. Thompson regarding retention application contents. | 0.3 | 1,070.00 | 321.00 |
| 05/04/23 | Rogers, Linc | Considering Jones Day comments on draft fee retention application. | 0.3 | 913.00 | 273.90 |
| 05/04/23 | Rogers, Linc | Email messages to and from N. Thompson regarding retention application. | 0.2 | 913.00 | 182.60 |
| 05/04/23 | Rogers, Linc | Discussion with N. Thompson regarding final comments on the draft retention application. | 0.5 | 913.00 | 456.50 |
| 05/04/23 | Thompson, Nancy | E-mail message to and discussion with C. Hunter (Blakes counsel's office) regarding client disclosure. | 0.2 | 378.00 | 75.60 |
| 05/04/23 | Thompson, Nancy | E-mail messages to and from L. Rogers and G. McKee regarding retention application. | 0.2 | 378.00 | 75.60 |
| 05/04/23 | Thompson, Nancy | Revising draft retention application to include updated hourly rates and invoice numbers and final comments. | 0.9 | 378.00 | 340.20 |
| 05/04/23 | Thompson, Nancy | Preparing updated chart of hourly billing rates. | 0.3 | 378.00 | 113.40 |
| 05/04/23 | Thompson, Nancy | Discussion with L. Rogers regarding final comments on the draft retention application. | 0.5 | 378.00 | 189.00 |
| 05/04/23 | Thompson, Nancy | E-mail message to D. Villalba forwarding draft retention application, list of interested parties and finalized disclosure schedule. | 0.3 | 378.00 | 113.40 |
| 05/04/23 | Thompson, Nancy | E-mail messages from and to I. Perez regarding additional requested changes and finalizing of the retention application. | 0.2 | 378.00 | 75.60 |
| 05/19/23 | Thompson, Nancy | E-mail message to D. Segal forwarding requested information. | 0.2 | 378.00 | 75.60 |
| 05/23/23 | Rogers, Linc | Email message to N. Thompson forwarding message from the US Trustee requesting additional information. | 0.4 | 913.00 | 365.20 |
| 05/23/23 | Rogers, Linc | Discussion with N. Thompson regarding supplemental certification and responses to | 0.2 | 913.00 | 182.60 |



Invoice: 2389657
Date: July 18, 2023
Page: 4

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| | | US Trustee. | | | |
| 05/23/23 | Thompson, Nancy | Reviewing e-mail message from the US Trustee. | 0.3 | 378.00 | 113.40 |
| 05/23/23 | Thompson, Nancy | Reviewing sections D.1 and D.2 of the referenced Fee Guidelines. | 0.1 | 378.00 | 37.80 |
| 05/23/23 | Thompson, Nancy | E-mail message to L. Rogers forwarding questions and comments for preparation of supplemental certification and response to the US Trustee. | 0.9 | 378.00 | 340.20 |
| 05/24/23 | Rogers, Linc | Discussion with N. Thompson regarding final comments on the draft retention application. | 0.5 | 913.00 | 456.50 |
| 05/26/23 | McKee, Gordon | Emails with N. Thompson regarding US Trustee questions on retention application and rates. | 0.3 | 1,070.00 | 321.00 |
| 05/26/23 | Rogers, Linc | Reviewing email correspondence from US Trustee regarding retention matters. | 0.4 | 913.00 | 365.20 |
| 05/26/23 | Rogers, Linc | Internal email communications regarding retention matters. | 0.4 | 913.00 | 365.20 |
| 05/29/23 | Rogers, Linc | Email correspondence with working group regarding retention application matters. | 0.3 | 913.00 | 273.90 |
| 05/30/23 | Rogers, Linc | Discussion with N. Thompson regarding retention application matters. | 0.3 | 913.00 | 273.90 |
| 05/30/23 | Thompson, Nancy | Discussion with L. Rogers regarding retention application matters. | 0.3 | 378.00 | 113.40 |
| 05/31/23 | McKee, Gordon | Respond to Jones Day regarding US Trustee inquiries. | 0.3 | 1,070.00 | 321.00 |
| 05/31/23 | Rogers, Linc | Email correspondence with working group regarding US Trustee retention matters. | 0.3 | 913.00 | 273.90 |
| 05/31/23 | Thompson, Nancy | Drafting responses to the issues raised by the US Trustee. | 1.3 | 378.00 | 491.40 |
| 05/31/23 | Thompson, Nancy | Drafting supplemental certification. | 1.3 | 378.00 | 491.40 |
| | | **Total Fees for this Matter** | | | **$ 15,670.60** |

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| McKee, Gordon | SGM | 1.4 | 1,070.00 | 1,498.00 |
| Rogers, Linc | LCR | 4.8 | 913.00 | 4,382.40 |



Invoice: 2389657
Date: July 18, 2023
Page: 5

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| Thompson, Nancy | NAB | 25.9 | 378.00 | 9,790.20 |
| | Total | 32.1 | | $ 15,670.60 |

Total Due for this Matter in Canadian Currency         $ 15,670.60  CAD