## **EXHIBIT B**

Insurance Invoices



LTL Management LLC
LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ 08933

Invoice Date: July 12, 2023
Invoice Number: 9051854
Matter Number: 136731-00001

Client**:**  LTL Management LLC
Matter:   INSURANCE COUNSELING
Client Reference:  Payor for - 136731-00001

*For professional services rendered through June 30, 2023*

Currency: USD

Fees                                                                                   $30,132.00

Total Due This Invoice                                                    $30,132.00

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:*  McCarter & English, LLP
*Account Number: 2020080016953*
*Financial Institution:*  Wells Fargo Bank, N.A.
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**



LTL Management LLC
LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ 08933

Invoice Date: July 12, 2023
Invoice Number: 9051854
Matter Number: 136731-00001

**MULTIPAYOR BREAKDOWN**

TOTAL DUE FOR LTL MANAGEMENT LLC
(80.00%)................................................................... .........$24,105.60

TOTAL DUE FOR HOLDBACK (20.00%).................. ...........$6,026.40

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel  973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**

Client:  LTL Management LLC  
Matter: INSURANCE COUNSELING

Invoice Date: July 12, 2023  
Invoice Number: 9051854  
Matter Number: 136731-00001

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/23 | Thomas W. Ladd | Conferred with B. Kahn regarding responses to insurer information requests. | 0.40 | 352.00 |
| 06/01/23 | Thomas W. Ladd | Conferred with J. Farina regarding review of submissions in bankruptcy proceedings responsive to information requests. | 0.30 | 264.00 |
| 06/01/23 | Thomas W. Ladd | Reviewed information requests from insurer bankruptcy counsel. | 0.40 | 352.00 |
| 06/01/23 | Thomas W. Ladd | Conferred with I. Perez regarding information requests from insurer bankruptcy counsel. | 0.30 | 264.00 |
| 06/01/23 | Carla Landry | Finalize draft Supplemental Certification and Order to Retention Application and forward same to Jones Day for review. | 1.30 | 396.50 |
| 06/02/23 | Thomas W. Ladd | Communicated with C. Landry regarding finalization of retention application/supporting documents. | 0.50 | 440.00 |
| 06/02/23 | Thomas W. Ladd | Revised supplemental certification in connection with retention application. | 0.40 | 352.00 |
| 06/02/23 | Thomas W. Ladd | Prepared responses to US Trustee information requests. | 0.70 | 616.00 |
| 06/02/23 | Carla Landry | Further revisions to/finalization of Supplemental Certification and Order to Retention Application and forward same to Jones Day for review. | 1.60 | 488.00 |
| 06/03/23 | Carla Landry | Further revisions to Supplemental Certification and Order to Retention Application and forward same to Jones Day for review. | 0.20 | 61.00 |
| 06/05/23 | Carla Landry | Finalize Supplemental Certification and Order and forward same to US Trustee. | 1.40 | 427.00 |
| 06/05/23 | Thomas W. Ladd | Conferred with C. Landry regarding finalization of retention application. | 0.30 | 264.00 |
| 06/05/23 | Thomas W. Ladd | Reviewed motion to dismiss materials relating to insurance issues. | 1.10 | 968.00 |
| 06/05/23 | Thomas W. Ladd | Finalized supplemental certification supporting retention application. | 0.40 | 352.00 |
| 06/06/23 | Thomas W. Ladd | Communicated with C. Landry regarding extension of retention application filing deadline. | 0.40 | 352.00 |
| 06/07/23 | Thomas W. Ladd | Communicated with I. Perez regarding retention application. | 0.50 | 440.00 |
| 06/07/23 | Thomas W. Ladd | Reviewed insurer information requests. | 0.40 | 352.00 |

Client:  LTL Management LLC
Matter: INSURANCE COUNSELING

Invoice Date: July 12, 2023
Invoice Number: 9051854
Matter Number: 136731-00001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/07/23 | Thomas W. Ladd | Reviewed motion to dismiss materials in connection with insurance issues. | 0.60 | 528.00 |
| 06/08/23 | Jennifer O. Farina | Follow up on inquiry from Jones Day concerning McCarter retention application. | 0.40 | 260.00 |
| 06/08/23 | Jennifer O. Farina | Communicate with Jones Day concerning insurer requests. | 0.40 | 260.00 |
| 06/09/23 | Thomas W. Ladd | Reviewed correspondence from US Trustee regarding retention application. | 0.40 | 352.00 |
| 06/09/23 | Thomas W. Ladd | Reviewed supplemental certification and omnibus declaration in support of retention applications. | 0.70 | 616.00 |
| 06/09/23 | Thomas W. Ladd | Conferred with C. Landry regarding finalization of retention application. | 0.40 | 352.00 |
| 06/09/23 | Thomas W. Ladd | Conferred with M. Rasmussen regarding responses to insurer information requests. | 0.50 | 440.00 |
| 06/09/23 | Jennifer O. Farina | Follow up on inquiry from Jones Day concerning McCarter retention application. | 0.40 | 260.00 |
| 06/09/23 | Carla Landry | Correspondence with US Trustee, Wollmuth, and Jones Day regarding finalizing Supplemental Certification and Order. | 0.70 | 213.50 |
| 06/12/23 | Thomas W. Ladd | Conferred with M. Rasmussen regarding insurer information requests. | 0.30 | 264.00 |
| 06/12/23 | Thomas W. Ladd | Continued preparation of responses to insurer information requests. | 0.40 | 352.00 |
| 06/13/23 | Thomas W. Ladd | Communicated with M. Rasmussen regarding insurer information requests. | 0.50 | 440.00 |
| 06/13/23 | Thomas W. Ladd | Communicated with B. Kahn regarding responses to insurer information requests. | 0.60 | 528.00 |
| 06/14/23 | Carla Landry | Correspondence with Jones Day regarding finalizing Supplemental Certification and Order and next steps on Monthly Fee Apps; internal follow up re same. | 0.60 | 183.00 |
| 06/14/23 | Thomas W. Ladd | Reviewed motion to dismiss submissions in connection with insurance issues. | 1.20 | 1,056.00 |
| 06/14/23 | Thomas W. Ladd | Communicated with C. Landry regarding preparation of fee applications/statements. | 0.40 | 352.00 |
| 06/14/23 | Thomas W. Ladd | Reviewed retention order and related submissions. | 0.30 | 264.00 |
| 06/15/23 | Thomas W. Ladd | Conferred with C. Landry regarding fee applications. | 0.40 | 352.00 |
| 06/15/23 | Thomas W. Ladd | Communicated with J. Pacelli regarding insurer information requests. | 0.40 | 352.00 |
| 06/15/23 | Thomas W. Ladd | Reviewed insurer information requests. | 0.30 | 264.00 |

Client:  LTL Management LLC
Matter: INSURANCE COUNSELING

Invoice Date: July 12, 2023
Invoice Number: 9051854
Matter Number: 136731-00001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/20/23 | Thomas W. Ladd | Reviewed various insurer information requests and related responses. | 0.60 | 528.00 |
| 06/20/23 | Thomas W. Ladd | Continued review of motion to dismiss submissions in connection with insurance efforts. | 0.70 | 616.00 |
| 06/20/23 | Thomas W. Ladd | Communicated with M. Rasmussen regarding responses to various insurer information requests. | 0.40 | 352.00 |
| 06/21/23 | Carla Landry | Correspondence regarding coordination of Monthly Fee Applications. | 0.20 | 61.00 |
| 06/21/23 | Thomas W. Ladd | Communicated with C. Landry regarding status of retention as special insurance counsel. | 0.40 | 352.00 |
| 06/21/23 | Thomas W. Ladd | Continued analysis of bankruptcy court submissions in connection with insurance issues. | 0.40 | 352.00 |
| 06/22/23 | Carla Landry | Correspondence regarding coordination of Monthly Fee Application. | 0.30 | 91.50 |
| 06/22/23 | Thomas W. Ladd | Reviewed additional submissions regarding motions to dismiss bankruptcy petition in connection with insurance issues. | 0.70 | 616.00 |
| 06/23/23 | Carla Landry | Initial preparation of First Monthly Fee Application. | 0.40 | 122.00 |
| 06/26/23 | Carla Landry | Correspondence regarding First Monthly Fee Application. | 0.60 | 183.00 |
| 06/26/23 | Thomas W. Ladd | Communicated with C. Landry and N. O'Brien regarding preparation of Monthly Fee Applications. | 0.50 | 440.00 |
| 06/26/23 | Thomas W. Ladd | Reviewed numerous submissions relating to motions to dismiss in connection with evaluation of insurance issues. | 1.20 | 1,056.00 |
| 06/27/23 | Carla Landry | Correspondence regarding coordination of First Monthly Fee Application. | 0.30 | 91.50 |
| 06/27/23 | Jennifer O. Farina | Communicated with B. Kahn concerning inquiries from insurers on bankruptcy matters. | 0.60 | 390.00 |
| 06/27/23 | Thomas W. Ladd | Reviewed first amended plan of reorganization in connection with evaluation of insurance issues. | 0.80 | 704.00 |
| 06/27/23 | Thomas W. Ladd | Participated in hearing on motions to dismiss in connection with evaluation of insurance issues. | 1.00 | 880.00 |

Client:  LTL Management LLC
Matter: INSURANCE COUNSELING

Invoice Date: July 12, 2023
Invoice Number: 9051854
Matter Number: 136731-00001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/27/23 | Thomas W. Ladd | Reviewed various submissions on motions to dismiss in connection with evaluation of insurance issues. | 1.10 | 968.00 |
| 06/27/23 | Thomas W. Ladd | Communicated with I. Perez regarding motions to dismiss/related submissions. | 0.40 | 352.00 |
| 06/27/23 | Thomas W. Ladd | Communicated with J. Kim regarding motions to dismiss in connection with evaluation of insurance issues. | 0.30 | 264.00 |
| 06/28/23 | Carla Landry | Correspondence regarding coordination of First Monthly Fee Application. | 0.20 | 61.00 |
| 06/28/23 | Thomas W. Ladd | Communicated with B. Kahn and M. Rasmussen regarding responses to insurer information requests. | 0.40 | 352.00 |
| 06/28/23 | Thomas W. Ladd | Participated in hearing on motions to dismiss in connection with evaluation of insurance issues. | 1.50 | 1,320.00 |
| 06/28/23 | Thomas W. Ladd | Continued review of first amended plan of reorganization and related submissions in connection with evaluation of insurance issues. | 0.70 | 616.00 |
| 06/28/23 | Thomas W. Ladd | Reviewed insurer supplemental information requests. | 0.30 | 264.00 |
| 06/28/23 | Thomas W. Ladd | Reviewed documents/communications responsive to insurer information requests. | 0.60 | 528.00 |
| 06/28/23 | Thomas W. Ladd | Reviewed/finalized attachments to First Monthly Fee Application. | 0.40 | 352.00 |
| 06/29/23 | Carla Landry | Finalize First Monthly Fee Application and related Exhibits. | 0.60 | 183.00 |
| 06/29/23 | Thomas W. Ladd | Finalized First Monthly Fee Application. | 0.60 | 528.00 |
| 06/29/23 | Thomas W. Ladd | Conferred with C. Landry concerning finalization of First Monthly Fee Application. | 0.50 | 440.00 |
| 06/29/23 | Thomas W. Ladd | Communicated with I. Perez regarding review of Interim Compensation Order. | 0.30 | 264.00 |
| 06/30/23 | Thomas W. Ladd | Participated in hearing on motions to dismiss in connection with evaluation of insurance issues. | 1.50 | 1,320.00 |
| 06/30/23 | Thomas W. Ladd | Reviewed numerous submissions relating to ongoing hearing on motions to dismiss in connection with evaluation of insurance issues. | 1.20 | 1,056.00 |
| **Total Hourly** | | | **40.20** | **$30,132.00** |
| | | | | |
| **Total Fees** | | | **40.20** | **$30,132.00** |

Client: LTL Management LLC
Matter: INSURANCE COUNSELING

Invoice Date: July 12, 2023
Invoice Number: 9051854
Matter Number: 136731-00001

**Timekeeper Summary**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Carla Landry | Other | 8.40 | 305.00 | 2,562.00 |
| Jennifer O. Farina | Partner | 1.80 | 650.00 | 1,170.00 |
| Thomas W. Ladd | Partner | 30.00 | 880.00 | 26,400.00 |
| **Total** | | **40.20** | | **$30,132.00** |



LTL Management LLC  
LTL MANAGEMENT LLC  
501 George Street  
New Brunswick, NJ 08933

Invoice Date: July 12, 2023  
Invoice Number: 9051854  
Matter Number: 136731-00001

**REMITTANCE COPY**

**INSURANCE COUNSELING**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 07/12/23 | 9051854 | $24,105.60 |
| **Balance Due** | | $24,105.60 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*  
*McCarter & English, LLP*  
*Four Gateway Center*  
*100 Mulberry Street*  
*Newark, NJ 07102*  
*Tel 973.622.4444*  
*Fax 973.624.7070*  
*www.mccarter.com*  
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*  
AccountsReceivable@McCarter.com  
*Account Name:* McCarter & English, LLP  
*Account Number:* 2020080016953  
*Financial Institution:* Wells Fargo Bank, N.A.  
ACH ABA: 021200025  
Wire Transfer ABA: 121000248  
SWIFT: WFBIUS6S  (International payments)  
**(Please Reference Invoice Number)**