# **EXHIBIT C**

New Jersey Talc Mesothelioma Case Invoices



LTL Management LLC  
LTL MANAGEMENT LLC  
501 George Street  
New Brunswick, NJ 08933

Invoice Date: July 12, 2023  
Invoice Number: 9051853  
Matter Number: 136731-00504

Client**:** LTL Management LLC  
Matter: LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES  
Client Reference: Payor for - 136731-00504

Claim Case Number: JJL2021019364

*For professional services rendered through June 30, 2023*

Currency: USD

| | |
|---|---|
| Fees | $3,318.00 |
| Total Due This Invoice | $3,318.00 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*  
*McCarter & English, LLP*  
*Four Gateway Center*  
*100 Mulberry Street*  
*Newark, NJ 07102*  
*Tel 973.622.4444*  
*Fax 973.624.7070*  
*www.mccarter.com*  
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*  
AccountsReceivable@McCarter.com  
*Account Name:  McCarter & English, LLP*  
*Account Number: 2020080016953*  
*Financial Institution:  Wells Fargo Bank, N.A.*  
*ACH ABA: 021200025*  
*Wire Transfer ABA: 121000248*  
*SWIFT: WFBIUS6S  (International payments)*  
**(Please Reference Invoice Number)**



LTL Management LLC
LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ 08933

Invoice Date: July 12, 2023
Invoice Number: 9051853
Matter Number: 136731-00504

**MULTIPAYOR BREAKDOWN**

TOTAL DUE FOR LTL MANAGEMENT LLC (80.00%)...................................................................$2,654.40

TOTAL DUE FOR HOLDBACK (20.00%)..................................$663.60

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel 973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**

Client:  LTL Management LLC
Matter:  LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES

Invoice Date: July 12, 2023
Invoice Number: 9051853
Matter Number: 136731-00504

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/23 | Brenda C. Sherman | Review of bankruptcy documents related to NJ Talc matters for John Garde. | 0.60 | 168.00 |
| 06/01/23 | Carla Landry | Revise and finalize draft Supplemental Certification and Order to Retention Application and forward same to Jones Day for review; correspondence with Jones Day re same. | 1.30 | 396.50 |
| 06/01/23 | James J. Greenstone | Engaged in research to pull docket sheet and set up docket track in NJ Adversary Proceeding case 23-01092. | 0.10 | 28.00 |
| 06/02/23 | Brenda C. Sherman | Review of plaintiff's objection to bridge motion as related to NJ talc litigation cases for John Garde. | 0.40 | 112.00 |
| 06/02/23 | Carla Landry | Further revisions to and finalizing of Supplemental Certification and Order to Retention Application and forward same to Jones Day for review; correspondence with Jones Day re same. | 1.60 | 488.00 |
| 06/03/23 | Carla Landry | Further revisions to Supplemental Certification and Order to Retention Application and forward same to Jones Day for review; correspondence with Jones Day re same. | 0.20 | 61.00 |
| 06/05/23 | Carla Landry | Finalize Supplemental Certification and Order and forward same to US Trustee; correspondence with Jones Day re same. | 1.40 | 427.00 |
| 06/07/23 | James J. Greenstone | Engaged in research regarding claimants objections to case. | 0.10 | 28.00 |
| 06/09/23 | Carla Landry | Correspondence with US Trustee, Wollmuth, and Jones Day regarding finalizing Supplemental Certification and Order; internal follow up re same. | 0.70 | 213.50 |
| 06/14/23 | Carla Landry | Correspondence with Jones Day regarding finalizing Supplemental Certification and Order and next steps on Monthly Fee Apps; internal follow up re same. | 0.60 | 183.00 |
| 06/21/23 | Carla Landry | Correspondence regarding and coordination of Monthly Fee Applications. | 0.20 | 61.00 |
| 06/22/23 | Carla Landry | Correspondence regarding and coordination of Monthly Fee Applications; brief follow up with Jones Day regarding same. | 0.30 | 91.50 |
| 06/23/23 | Carla Landry | Initial preparation of First Monthly Fee App; correspondence regarding same. | 0.40 | 122.00 |

Client:  LTL Management LLC  
Matter: LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES

Invoice Date: July 12, 2023  
Invoice Number: 9051853  
Matter Number: 136731-00504

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/26/23 | Carla Landry | Correspondence and calls regarding First Monthly Fee Application. | 0.60 | 183.00 |
| 06/27/23 | Carla Landry | Correspondence regarding and coordination of First Monthly Fee Application. | 0.30 | 91.50 |
| 06/28/23 | Carla Landry | Correspondence regarding and coordination of First Monthly Fee Application. | 0.20 | 61.00 |
| 06/29/23 | John C. Garde | Review and revision of fee application for period from April 5 to May 31, 2023. | 0.60 | 420.00 |
| 06/29/23 | Carla Landry | Finalize First Monthly Fee Application and related Exhibits; forward same to Jones Day. | 0.60 | 183.00 |
| **Total Hourly** | | | **10.20** | **$3,318.00** |
| **Total Fees** | | | **10.20** | **$3,318.00** |

### Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda C. Sherman | Paralegal | 1.00 | 280.00 | 280.00 |
| Carla Landry | Other | 8.40 | 305.00 | 2,562.00 |
| James J. Greenstone | Other | 0.20 | 280.00 | 56.00 |
| John C. Garde | Partner | 0.60 | 700.00 | 420.00 |
| **Total** | | **10.20** | | **$3,318.00** |



LTL Management LLC
LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ 08933

Invoice Date: July 12, 2023
Invoice Number: 9051853
Matter Number: 136731-00504

**REMITTANCE COPY**

**LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 07/12/23 | 9051853 | $2,654.40 |
| **Balance Due** | | **$2,654.40** |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

| *Mail To:* | *Electronic Payment Instructions:* |
|---|---|
| *McCarter & English, LLP* | AccountsReceivable@McCarter.com |
| *Four Gateway Center* | *Account Name:  McCarter & English, LLP* |
| *100 Mulberry Street* | *Account Number: 2020080016953* |
| *Newark, NJ 07102* | *Financial Institution:  Wells Fargo Bank, N.A.* |
| *Tel  973.622.4444* | *ACH ABA: 021200025* |
| *Fax 973.624.7070* | *Wire Transfer ABA: 121000248* |
| *www.mccarter.com* | *SWIFT: WFBIUS6S  (International payments)* |
| *Tax I.D. # 22-1534652* | **(Please Reference Invoice Number)** |