**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE**
**PERIOD JUNE 1, 2023 THROUGH JUNE 30, 2023**

Debtor:  LTL Management LLC                    Applicant: Signal Interactive Media

Case No.:  23-12825-MBK                        Client:  LTL Management LLC

Chapter:  11                                   Case Filed:  April 4, 2023 (the "Petition
                                               Date")

---

**SECTION 1**
**FEE SUMMARY**

☑ Interim Fee Application No. 2          or     ☐ Final Fee Application

Summary of Amounts Requested for the Period from June 1, 2023 through June 30, 2023 (the
"Second Statement Period").

Total Fees: $14,625.00
Total Disbursements: $1,650.00
Total Fees Plus Disbursements: $16,275.00
Minus 20% Holdback of Fees: $2,925.00
**Amount Sought at this Time: $13,350.00**

|                                         | FEES         | EXPENSES     |
|-----------------------------------------|--------------|--------------|
| Total Previous Fees Requested:          | $187,725.00  | $76,806.88   |
| Total Fees Allowed to Date:             | $0           | $0           |
| Total Retainer (If Applicable):         | $0           | $0           |
| Total Holdback (If Applicable):         | $37,545.00   | $0           |
| Total Received by Applicant:            | $0           | $0           |

-2-

**June 1, 2023 through June 30, 2023**

| Name of Professional & Title | Year Admitted | Hours | Rate | Fees |
|---|---|---|---|---|
| Shannon Wheatman, Notice Expert | N/A | 16.9 | $650/hr | $10,985.00 |
| Kristen Davis, Media Planner | N/A | 3.1 | $350/hr | $1,085.00 |
| Jordan Fox, Media Planner | N/A | 0.5 | $350/hr | $175.00 |
| Gabrielle Quintana Greenfield, Media Planner | N/A | 0.1 | $350/hr | $35.00 |
| Zack Stapf, Project Manager | N/A | 3.5 | $350/hr | $1,225.00 |
| Grace Turke-Martinez, Project Manager | N/A | 3.2 | $350/hr | $1,120.00 |

-3-

## SECTION II
## SUMMARY OF SERVICES

**June 1, 2023 through June 30, 2023**

| SERVICES RENDERED | HOURS | FEES |
|---|---|---|
| Expert Services | 16.9 | $10,985.00 |
| Media Planning | 3.7 | $1,295.00 |
| Project Management | 6.7 | $2,345.00 |
| **SERVICE TOTALS** | 27.3 | $14,625.00 |

-4-

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

**June 1, 2023 through June 30, 2023**

| DISBURSEMENTS | AMOUNT |
|---|---|
| Creative – Website Landing Page Wireframe | $1,650.00 |
| **DISBURSEMENTS TOTALS** | $1,650.00 |

# SECTION IV
# CASE HISTORY

1.     Date of Retention:  April 16, 2023, effective as of the Petition Date [Dkt. 768 ] (the "Retention Order").[1]

2.     Summary explaining the nature of the work performed and the results achieved:

- Review all relevant court documents.

- Review third-party data to target online portion of proposed media program.

- Update design of media program to reach talc claimants.

- Compile media planning and buying details, including cost estimates and schedules for fourth quarter.

- Revise notice materials and declaration laying out proposed media program.

I certify under penalty of perjury that the above is true.


Date:  July 25, 2023                              *Shannon Wheatman*

---

[1]     The Retention Order is attached hereto as Exhibit A.