## **EXHIBIT B**

Invoices

**Signal Interactive Media LLC**
1155 Connecticut Ave NW, Suite 400
Washington, DC  20036 US
signalinteractive.com



**BILL TO**
Attn**:** John Kim
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

**INVOICE 12310**

**DATE** 06/30/2023    **TERMS** Due on Receipt

**DUE DATE** 06/30/2023

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Consulting Services** <br> LTL Bankruptcy - June 2023 Consulting | 1 | 14,625.00 | 14,625.00 |
| **Expenses** <br> LTL Bankruptcy - Landing Page Wireframe | 1 | 1,650.00 | 1,650.00 |

Please remit payment by ACH/Wire:

Signal Interactive Media LLC - Checking Account
Banking Institution: Amalgamated Bank
Account #: 116001272
Routing #: 026003379

TOTAL DUE     USD
16,275.00

| Service | First Name | Last Name | Date | Project | Description | Hours | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|---|
| Expert | Shannon | Wheatman | 6/1/2023 | LTL Bankruptcy | Finalize edits to print portion of media program and recalculate reaches and frequencies for target audiences | 1 | $650.00 | $650.00 |
| Media Planner | Kristen | Davis | 6/2/2023 | LTL Bankruptcy | Draft ads for social media outlets | 0.5 | $350.00 | $175.00 |
| Media Planner | Kristen | Davis | 6/2/2023 | LTL Bankruptcy | Make edits to Shannon Wheatman draft social media ads | 0.2 | $350.00 | $70.00 |
| Media Planner | Kristen | Davis | 6/2/2023 | LTL Bankruptcy | Review and email Shannon Wheatman about suggested edits to social media ads | 0.3 | $350.00 | $105.00 |
| Media Planner | Kristen | Davis | 6/2/2023 | LTL Bankruptcy | Call with Shannon Wheatman to discuss draft digital notices, draft landing page, and notice for print publications | 0.5 | $350.00 | $175.00 |
| Media Planner | Kristen | Davis | 6/2/2023 | LTL Bankruptcy | Propose edits to draft landing page and email to Shannon Wheatman | 1.1 | $350.00 | $385.00 |
| Media Planner | Kristen | Davis | 6/2/2023 | LTL Bankruptcy | Email web developer about changes to draft landing page | 0.3 | $350.00 | $105.00 |
| Media Planner | Jordan | Fox | 6/2/2023 | LTL Bankruptcy | Update TV plan | 0.5 | $350.00 | $175.00 |
| Expert | Shannon | Wheatman | 6/2/2023 | LTL Bankruptcy | Finalize feedback for draft landing page wireframes | 0.4 | $650.00 | $260.00 |
| Expert | Shannon | Wheatman | 6/2/2023 | LTL Bankruptcy | Emails to Kristen Davis on landing page | 0.2 | $650.00 | $130.00 |
| Expert | Shannon | Wheatman | 6/3/2023 | LTL Bankruptcy | Email Genna Ghaul regarding plan and notice matters | 0.1 | $650.00 | $65.00 |
| Expert | Shannon | Wheatman | 6/4/2023 | LTL Bankruptcy | Call with Genna Ghaul to discuss UST objection to retention application | 0.7 | $650.00 | $455.00 |
| Expert | Shannon | Wheatman | 6/5/2023 | LTL Bankruptcy | Rework media plan and calculate overall reaches | 2.1 | $650.00 | $1,365.00 |
| Expert | Shannon | Wheatman | 6/5/2023 | LTL Bankruptcy | Email Jordan Fox for additional information on radio plan | 0.1 | $650.00 | $65.00 |
| Expert | Shannon | Wheatman | 6/5/2023 | LTL Bankruptcy | Review new planning estimate for TV and radio | 0.6 | $650.00 | $390.00 |
| Expert | Shannon | Wheatman | 6/6/2023 | LTL Bankruptcy | Suggest edit to supplemental certification and review order appointing Signal | 0.3 | $650.00 | $195.00 |
| Expert | Shannon | Wheatman | 6/6/2023 | LTL Bankruptcy | Email Patrick Lombardi and Genna Ghaul information on supplemental certification | 0.1 | $650.00 | $65.00 |
| Expert | Shannon | Wheatman | 6/7/2023 | LTL Bankruptcy | Review TCC Motion to terminate exclusivity | 0.5 | $650.00 | $325.00 |
| Expert | Shannon | Wheatman | 6/7/2023 | LTL Bankruptcy | Email Genna Ghaul regarding plan and notice matters | 0.2 | $650.00 | $130.00 |
| Expert | Shannon | Wheatman | 6/8/2023 | LTL Bankruptcy | Finalize estimate with fourth quarter pricing | 0.4 | $650.00 | $260.00 |
| Expert | Shannon | Wheatman | 6/8/2023 | LTL Bankruptcy | Update declaration to address changes to media program | 1.6 | $650.00 | $1,040.00 |
| Media Planner | Kristen | Davis | 6/8/2023 | LTL Bankruptcy | Email with Shannon Wheatman and web developer about draft landing page | 0.2 | $350.00 | $70.00 |
| Expert | Shannon | Wheatman | 6/8/2023 | LTL Bankruptcy | Finalize new reach and frequency calculations | 0.7 | $650.00 | $455.00 |
| Expert | Shannon | Wheatman | 6/8/2023 | LTL Bankruptcy | Finalize draft of landing page text | 0.2 | $650.00 | $130.00 |
| Expert | Shannon | Wheatman | 6/8/2023 | LTL Bankruptcy | Email Genna Ghaul revised schedule, estimate, declaration, and drafts of digital ads and prototype for landing page | 0.2 | $650.00 | $130.00 |
| Media Planner | Gabrielle | Quintana Greenfield | 6/8/2023 | LTL Bankruptcy | Call with Shannon Wheatman about status update | 0.1 | $350.00 | $35.00 |
| Expert | Shannon | Wheatman | 6/8/2023 | LTL Bankruptcy | Call with Gabrielle Quinatana Greenfield about status update | 0.1 | $650.00 | $65.00 |
| Expert | Shannon | Wheatman | 6/9/2023 | LTL Bankruptcy | Review revised supplemental certifications and email approval to Patrick Lombardi and Genna Ghaul | 0.2 | $650.00 | $130.00 |
| Expert | Shannon | Wheatman | 6/10/2023 | LTL Bankruptcy | Review edits to supplemental certification and email response to Patrick Lombardi | 0.2 | $650.00 | $130.00 |
| Expert | Shannon | Wheatman | 6/14/2023 | LTL Bankruptcy | Email Genna Ghaul about new timing and fee application | 0.2 | $650.00 | $130.00 |
| Expert | Shannon | Wheatman | 6/14/2023 | LTL Bankruptcy | Review fee application template and draft first monthly application | 0.8 | $650.00 | $520.00 |
| Expert | Shannon | Wheatman | 6/15/2023 | LTL Bankruptcy | Email Genna Ghaul about Disclosure Statement hearing | 0.1 | $650.00 | $65.00 |
| Expert | Shannon | Wheatman | 6/15/2023 | LTL Bankruptcy | Finalize draft of first monthly fee application and email to Genna Ghaul and Melina Bales | 0.6 | $650.00 | $390.00 |
| Project Management | Zack | Stapf | 6/15/2023 | LTL Bankruptcy | Assist with draft and editing first monthly fee application | 3.5 | $350.00 | $1,225.00 |
| Expert | Shannon | Wheatman | 6/16/2023 | LTL Bankruptcy | Review media kits and update media schedule | 0.8 | $650.00 | $520.00 |
| Expert | Shannon | Wheatman | 6/21/2023 | LTL Bankruptcy | Finalize media schedule based on updated hearing date | 0.3 | $650.00 | $195.00 |
| Expert | Shannon | Wheatman | 6/21/2023 | LTL Bankruptcy | Update declaration to fit with revised schedule | 0.4 | $650.00 | $260.00 |
| Expert | Shannon | Wheatman | 6/21/2023 | LTL Bankruptcy | Email revised schedule and declaration to Genna Ghaul | 0.1 | $650.00 | $65.00 |
| Project Management | Grace | Turke-Martinez | 6/23/2023 | LTL Bankruptcy | Review third-party data to create plan for targeting by specific demographics | 0.5 | $350.00 | $175.00 |
| Project Management | Grace | Turke-Martinez | 6/23/2023 | LTL Bankruptcy | Continue to analyze third party data | 0.3 | $350.00 | $105.00 |
| Project Management | Grace | Turke-Martinez | 6/23/2023 | LTL Bankruptcy | Begin drafting report of available third party data to use in targeting online ads | 0.1 | $350.00 | $35.00 |
| Project Management | Grace | Turke-Martinez | 6/26/2023 | LTL Bankruptcy | Finalize review of third party data and targeting capabilities and email report to Shannon Wheatman | 1.3 | $350.00 | $455.00 |
| Expert | Shannon | Wheatman | 6/26/2023 | LTL Bankruptcy | Emails to Melina Bales in reference to first monthly fee application | 0.2 | $650.00 | $130.00 |
| Expert | Shannon | Wheatman | 6/27/2023 | LTL Bankruptcy | Review invoices for compliance and privilege | 0.8 | $650.00 | $520.00 |
| Project Management | Grace | Turke-Martinez | 6/27/2023 | LTL Bankruptcy | Reanalyze data based on feedback from Shannon Wheatman | 1 | $350.00 | $350.00 |
| Expert | Shannon | Wheatman | 6/28/2023 | LTL Bankruptcy | Email Genna Ghaul about amended Plan | 0.1 | $650.00 | $65.00 |
| Expert | Shannon | Wheatman | 6/28/2023 | LTL Bankruptcy | Begin review of amended Plan | 1.2 | $650.00 | $780.00 |
| Expert | Shannon | Wheatman | 6/29/2023 | LTL Bankruptcy | Continue review of amended Plan | 1.1 | $650.00 | $715.00 |
| Expert | Shannon | Wheatman | 6/29/2023 | LTL Bankruptcy | Revise notice materials based on amended Plan | 0.3 | $650.00 | $195.00 |
| | | | | | **TOTAL:** | **27.3** | | **$14,625.00** |