**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Kristopher M. Hansen (*admitted pro hac vice*)
Ryan P. Montefusco (*admitted pro hac vice*)

PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Matthew M. Murphy (*admitted pro hac vice*)
Matthew Micheli (*admitted pro hac vice*)

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten (*admitted pro hac vice*)
Justin Alberto (*admitted pro hac vice*)

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, Texas 77002
Lenard M. Parkins (*admitted pro hac vice*)
Charles M. Rubio (*admitted pro hac vice*)

*Counsel to Ad Hoc Committee of Supporting Counsel*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**AD HOC COMMITTEE OF SUPPORTING COUNSEL'S
OBJECTION TO MRHFM'S PLAINTIFFS' MOTION TO DISQUALIFY
RANDI S. ELLIS AS LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS**

---

[1]  The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

40000/0544-45143829v2

The Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel"), by and through its counsel, Paul Hastings LLP, Cole Schotz P.C., and Parkins & Rubio LLP, hereby objects (the "Objection") to *MRHFM'S Plaintiffs' Motion to Disqualify Randi S. Ellis as Legal Representative or Future Talc Claimants* [Docket No 1022] (the "Motion").

The Motion should be denied. It is a baseless attack on Randi S. Ellis as Legal Representative for Future Talc Claimants (the "FCR") and the requested relief is completely devoid of supporting facts or law. The FCR is charged with representing the interests of future talc claimants and it is necessary for her to meet with the various constituents in this case, including the Debtor, Johnson & Johnson, the Official Committee of Talc Claimants, and the AHC of Supporting Counsel. Carrying out her duties in this regard does not create the "appearance of impropriety"; to the contrary, such meetings are the course of action that the FCR must pursue in this case in order for the FCR to obtain and ensure a fair result for all future talc claimants.

In further support of this Objection, the AHC of Supporting Counsel asserts the Motion should be denied for the reasons set forth in the Letter to this Court from Walsh Pizzi O'Reilly Falanga, counsel to the FCR, dated July 17, 2023 [Docket No. 1046].

Dated: July 26, 2023  **COLE SCHOTZ P.C.**

*/s/ Michael D. Sirota*
Michael D. Sirota (NJ Bar No. 014321986)
Warren A. Usatine (NJ Bar No. 025881995)
Seth Van Aalten (*admitted pro hac vice*)
Justin Alberto (*admitted pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, NJ 07602-0800
(201) 489-3000
Email:  msirota@coleschotz.com
 wusatine@coleschotz.com
 svanaalten@coleschotz.com
 jalberto@coleschotz.com

40000/0544-45143829v2

– and –

**PAUL HASTINGS LLP**

Kristopher M. Hansen (*admitted pro hac vice*)
Ryan P. Montefusco (*admitted pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Email:   krishansen@paulhastings.com
             ryanmontefusco@paulhastings.com

Matthew M. Murphy (*admitted pro hac vice*)
Matthew Micheli (*admitted pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Email:   mattmurphy@paulhastings.com
             mattmicheli@paulhastings.com

– and –

**PARKINS & RUBIO LLP**

Lenard M. Parkins (*admitted pro hac vice)*
Charles M. Rubio (*admitted pro hac vice)*
700 Milam, Suite 1300
Houston, TX 77002
Telephone: (713) 715-1660
Email:   lparkins@parkinsrubio.com
             crubio@parkinsrubio.com

*Counsel to AHC of Supporting Counsel*

3