**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>**Ref. Docket Nos. 912, 1008, 1009, 1011, & 1012** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, DIANE STREANY, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 13, 2023, I caused to be served the:

   a. "Slip Sheet to the Amended Plan," *related to Docket No. 912,* a copy of which is annexed hereto as Exhibit A,

   b. "Exhibit M," filed on July 11, 2023 [Docket No. 1008],

   c. "Disclosure Statement for Amended Chapter 11 Plan of Reorganization of LTL Management LLC," dated July 11, 2023 [Docket No. 1009],

   d. "Debtor's Motion for Entry of Order (A) Approving Form and Manner of Notice of Hearing on Disclosure Statement; (B) Approving Disclosure Statement; (C) Establishing Solicitation and Tabulation Procedures; (D) Scheduling a Hearing on Confirmation of Amended Chapter 11 Plan and Approving Form and Manner of Notice Thereof; and (E) Granting Related Relief," dated July 11, 2023 [Docket No. 1011], and

   e. "Notice of Hearing to Consider Approval of Disclosure Statement for Amended Chapter 11 Plan of Reorganization of LTL Management LLC and Certain Related Relief," dated July 11, 2023 [Docket No. 1012],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

**EXHIBIT A**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>**Rel. Docket No. 912** |

**AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF
LTL MANAGEMENT LLC
(the "Amended Plan")
[Docket No. 912]**

**The complete Amended Plan is available as an exhibit to the Disclosure Statement for Amended Chapter 11 Plan of Reorganization of LTL Management LLC [Docket No. 1009], served herewith and may be accessed (a) at the office of the clerk of the United States Bankruptcy Court for the District of New Jersey, (b) through the website maintained by the Debtor's claims and noticing agent at https://dm.epiq11.com/LTL free of charge or (c) through PACER on the Court's website at https://www.njb.uscourts.gov for a nominal fee. You may also request a copy of the complete Amended Plan by contacting the Debtor's claims and noticing agent directly at (888) 431-4056 or by email at LTLinfo@epiqglobal.com.**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| COMMON BENEFIT FUND | PLAINTIFFS' STEERING COMMITTEE, C/O BEASLEY ALLEN LAW FIRM 218 COMMERCE ST,P.O. BOX 4160 MONTGOMERY AL 36103-4160 |
| LOUISA GUTIERREZ, DEBBIE LUNA | MARK D. POTTER, JAMES M. TREGLIO, POTTER HANDY LLP 8033 LINDA VISTA ROAD, SUITE 200 SAN DIEGO CA 92111 |
| STATE OF ARIZONA | OFFICE OF THE ATTORNEY GENERAL 2005 N CENTRAL AVE PHOENIX AZ 85004-2926 |
| STATE OF MARYLAND | OFFICE OF THE ATTORNEY GENERAL SAINT PAUL PLAZA, 200 ST PAUL PL BALTIMORE MD 21202 |
| STATE OF MISSISSIPPI | OFFICE OF THE ATTORNEY GENERAL 550 HIGH ST JACKSON MS 39201 |
| STATE OF NEW MEXICO | OFFICE OF THE ATTORNEY GENERAL 408 GALISTEO STREET VILLAGRA BUILDING SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA | OFFICE OF THE ATTORNEY GENERAL 114 WEST EDENTON STREET RALEIGH NC 27603 |
| STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF WASHINGTON | OFFICE OF THE ATTORNEY GENERAL 1125 WASHINGTON STREET SE PO BOX 40100 OLYMPIA WA 98504-0100 |

**Total Creditor count  9**