## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No. 23-12825 (MBK) |
| Debtor. |  |

## <u>CERTIFICATE OF SERVICE</u>

I, DIANE STREANY, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the:

    a.  "Notice of (I) Process for Soliciting Votes of Holders of Direct Talc Personal Injury Claims to Accept or Reject Amended Chapter 11 Plan of Reorganization of LTL Management LLC, (II) Deadline for Attorneys to Submit Certified Plan Solicitation Directive, and (III) Related Deadlines," dated July 11, 2023, a copy of which is annexed hereto as <u>Exhibit A</u>, (the "Notice"), and

    b.  "Certified Plan Solicitation Directive," a copy of which is annexed hereto as <u>Exhibit B</u>, (the "Directive"),

by causing true and correct copies of the:

    i.   Notice and Directive, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to those Talc Firms listed on the annexed <u>Exhibit C</u>, who represent multiple claimants, on July 18, 2023,

    ii.  Notice and Directive, to be delivered via email to those Talc Firms listed on the annexed <u>Exhibit D</u>, which also included a custom plaintiff list, on July 18, 2023, and

    iii. Notice and Directive, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to: *Hilda McCurdy, PO Box 1425, Frederiksted, VI 00841-1425,* who represent multiple creditors, on July 19, 2023.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

3. All envelopes utilized in the service of the foregoing contained the following legend:
   LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
   ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              _/s/ Diane Streany_
                                              Diane Streany

**EXHIBIT A**

THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE
CHAPTER 11 PLAN OF REORGANIZATION OF THE DEBTOR.  VOTES ON A CHAPTER
11 PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL A DISCLOSURE STATEMENT
HAS BEEN APPROVED BY THE BANKRUPTCY COURT PURSUANT TO SECTIONS 1125
AND 1126 OF THE BANKRUPTCY CODE.

TO ENSURE TIMELY SOLICITATION OF YOUR CLIENTS' VOTES, THE DEBTOR
REQUESTS THAT YOU RETURN THE ENCLOSED CERTIFIED PLAN SOLICITATION
DIRECTIVE TO THE SOLICITATION AGENT ON OR BEFORE AUGUST 15, 2023.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.:  23-12825 (MBK) |
| Debtor. | Judge:  Michael B. Kaplan |

---

[1]      The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is
501 George Street, New Brunswick, New Jersey 08933.

**NOTICE OF (I) PROCESS FOR
SOLICITING VOTES OF HOLDERS OF DIRECT
TALC PERSONAL INJURY CLAIMS TO ACCEPT OR
REJECT AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF
LTL MANAGEMENT LLC, (II) DEADLINE FOR ATTORNEYS TO SUBMIT
CERTIFIED PLAN SOLICITATION DIRECTIVE, AND (III) RELATED DEADLINES**

TO:    ATTORNEYS REPRESENTING DIRECT TALC PERSONAL INJURY CLAIMS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On April 4, 2023, the above-captioned debtor, LTL Management, LLC (the "Debtor") commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

2.      On June 26, 2023, the Debtor filed the *Amended Chapter 11 Plan of Reorganization of LTL Management LLC* [Dkt. 912] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Plan").[2]  On July 11, 2023, the Debtor filed (i)  the *Disclosure Statement for Amended Chapter 11 Plan of Reorganization of LTL Management LLC* [Dkt. 1009] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Disclosure Statement") and (ii) a motion [Dkt. 1011] (the "Solicitation Procedures Motion") to (a) approve form and manner of notice of hearing on the Disclosure Statement, (b) approve the Disclosure Statement, (c) establish certain procedures for soliciting and tabulating votes to accept or reject the Plan (the "Solicitation Procedures"), which are attached to the proposed order approving the Solicitation Procedures Motion as Exhibit 2, (d) schedule a hearing on confirmation of the Plan, and (e) grant related relief.

3.      The Bankruptcy Court has scheduled a hearing for **August 22, 2023 at 10:00 a.m. (prevailing Eastern Time)** (the "Disclosure Statement Hearing")[3] to determine whether to, among other things, approve the proposed Disclosure Statement as containing "adequate information" within the meaning ascribed to such term in section 1125 of the Bankruptcy Code and approve the proposed Solicitation Procedures, including the allowance of Talc Personal Injury Claims for the limited purpose of voting on the Plan in the amount of $1.00 per claimant.[4]

4.      The Solicitation Procedures Motion sets forth the proposed notice and voting procedures applicable to you and your clients who may hold Direct Talc Personal Injury Claims

---

[2]    Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Plan or the Solicitation Procedures (as defined herein), as applicable.

[3]    The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed with the Bankruptcy Court.  If the Disclosure Statement Hearing is continued, the Debtor will post the new date and time of the Disclosure Statement Hearing to https://dm.epiq11.com/ltl.

[4]    The Solicitation Procedures also propose to disallow Indirect Talc Personal Injury Claims for which a timely Proof of Claim is not filed by the applicable Claims Bar Date.

against the Debtor.  The clients you represent who hold Direct Talc Personal Injury Claims are referred to herein as your "Clients."

5.      As explained in further detail in the enclosed, the Certified Plan Solicitation Directive provides for you to select your preferred method for the solicitation of each of your Client's vote to accept or reject the Plan from the following solicitation methods: (i) the Master Ballot Solicitation Method, (ii) the Individual Solicitation Methods (either (a) Direct or (b) Indirect), and (iii) the Hybrid Solicitation Method.  While these proposed solicitation methods are designed to streamline and expedite the delivery of information to your Clients, increase voter participation, and ensure that holders of Direct Talc Personal Injury Claims are empowered to make informed decisions regarding whether to accept or reject the Plan, each voting decision rests exclusively with each Client.  In order to complete the Certified Plan Solicitation Directive, you must submit a list of the names, last four digits of the Social Security Number for each of the Clients who has a Social Security Number, the month, date, and year of birth for each Client that does not have a Social Security Number, and addresses (if applicable) of your Clients (the "Client List").  The Solicitation Agent emailed you a Client List in the required format containing the names of your known Clients.  It is recommended that you use the emailed Excel file to submit your Client List.  You must submit the Client List (via email) and the Certified Plan Solicitation Directive (via mail or email) so that each is received by Epiq Corporate Restructuring, LLC (the "Solicitation Agent") by **August 15, 2023**.

    i.   **Master Ballot Solicitation Method**:  This method requires you to solicit, collect, record and submit the votes of each of, as applicable, your Clients or your Master Ballot Clients whose votes are recorded on the Master Ballot.

    ii.   **Individual Solicitation Methods (Direct or Indict Solicitation Method)**:  With these methods, the Solicitation Agent will provide Ballots for your Clients (either directly or indirectly) with information and instructions for the Ballots to be returned directly to the Solicitation Agent.

    iii.   **Hybrid Solicitation Method**:  This method is a combination of the Master Ballot Solicitation Method and the Individual Solicitation Methods and it requires you to specify for each Client on your Client List whether (a) you will solicit, collect, record and submit or procedurally cast the vote of such Client on the Plan by Master Ballot, or (b) such Client will submit a Ballot casting the Client's vote on the Plan directly to the Solicitation Agent via one of the Individual Solicitation Methods.

6.      If your Firm is retained by additional Clients following the submission of its Certified Plan Solicitation Directive, the Firm must submit a supplement to its Certified Plan Solicitation Directive, which the Firm shall be deemed to have certified consistent with its original Client List, provided that a Firm may not change the solicitation method selected in the Firm's initial Certified Plan Solicitation Directive or otherwise required under the Solicitation Procedures unless otherwise agreed to among the Debtor, the Solicitation Agent, and the Firm. In the event that a Firm no longer represents a Client after submitting its Certified Plan

Solicitation Directive, the Firm **must** provide notice to the Solicitation Agent that the Firm no longer represents such Client and send the information relating to the name, address, and email (if known) of such Client or holder of a Claim to the Solicitation Agent.

7.      Pursuant to the Solicitation Procedures, the Solicitation Agent will serve copies of the Disclosure Statement (as approved by the Bankruptcy Court), the Plan, various documents related thereto, and an appropriate Ballot in accordance with the instructions set forth on the Certified Plan Solicitation Directive.  Copies of the Disclosure Statement and the Plan also are available for review on the Solicitation Agent's website at https://dm.epiq11.com/ltl.  In addition, copies of the Disclosure Statement and Plan are available upon request by contacting Epiq Corporate Restructuring LLC, at LTLVote@epiqglobal.com or at (888) 431-4056 (Toll-Free) or +1 (503) 822-6762 (International).

8.      **You must return the Certified Plan Solicitation Directive (via mail or email) and a completed Client List (via email) on or before August 15, 2023.  If you do not timely return the Certified Plan Solicitation Directive, you still must submit a certified Client List including addresses and the Solicitation Agent will provide pre-addressed Solicitation Packages with customized Ballots in sealed packages to you for you to add postage and deliver to your Clients; _provided_ that, if you do not provide a Client List including addresses to the Solicitation Agent, you will be required to address the Solicitation Packages before adding postage and delivering the packages to your Clients.**

9.      **The Solicitation Agent will endeavor to identify and reconcile the Client Lists with any conflicting records indicating that an individual holder of a Direct Talc Personal Injury Claim may be represented by more than one Firm or has a duplicative Direct Talc Personal Injury Claim.**

---

**To ensure the timely solicitation of each of your Client's votes on the Plan, you must complete and return the enclosed Certified Plan Solicitation Directive (via mail or email) and Client List (via email) (i) by first class mail: LTL Management LLC, c/o Epiq Ballot Processing Center, P.O. Box 4422, Beaverton, OR 97076-4422, (ii) by overnight courier, or hand delivery to: LTL Management LLC, c/o Epiq Ballot Processing, 10300 SW Allen Boulevard, Beaverton, OR 97005, or (iii) via email to LTLVote@EpiqGlobal.com, so that both are received by the Debtor's Solicitation Agent on or before August 15, 2023.**

---

Dated: July 11, 2023

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.:  23-12825 (MBK) |
| Debtor. | Judge:  Michael B. Kaplan |

## CERTIFIED PLAN SOLICITATION DIRECTIVE

**PLEASE REFER TO THE INSTRUCTIONS ATTACHED BEHIND
THIS CERTIFIED PLAN SOLICITATION DIRECTIVE**

In accordance with the Solicitation Procedures for the *Amended Chapter 11 Plan of Reorganization of LTL Management LLC* [Dkt. 912] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "Plan"),[2] I hereby direct that distribution of Solicitation Packages to clients asserting Direct Talc Personal Injury Claims that I represent (the "Clients"), identified on the list of Clients required to be

---

[1]  The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan or the Solicitation Procedures, as applicable.

submitted with this Certified Plan Solicitation Directive (the "Client List"), in connection with the Plan be implemented as follows:

Box 1 ☐      **No Solicitation Required**.  I do not represent any Clients asserting Direct Talc Personal Injury Claims.  By signing below, I hereby certify and authorize the Solicitation Agent to remove me from the service list in the above-captioned case.

Box 2 ☐      **Master Ballot Solicitation Method**.  I choose to solicit, collect, record and submit the votes of each of my Clients identified on the annexed Client List.  Accordingly, I will either provide the Solicitation Package to, or request that the Solicitation Agent serves Solicitation Packages (without a Ballot) on, each of the Clients and I will record my Clients' votes for or against the Plan on a Master Ballot solely based on responses that I receive from my Clients.  I may forward the Solicitation Package to my Clients and collect votes on the Plan through my Firm's customary practices, including by mail, email, telephone, text or other standard communication methods, including digital communications.  By signing below, I hereby certify that: (a) each of the Clients set forth on the annexed Client List is represented by me and I will collect and record the votes of my Clients through customary and accepted practices, or will obtain authority to procedurally cast each Client's vote; (b) I will comply with the voting procedures set forth in the Disclosure Statement and Solicitation Procedures Order and the Master Ballot that I submit on behalf of my Clients will reflect each Client's informed decision on such vote; (c) no Solicitation Packages need to be provided to any of my Clients by the Solicitation Agent unless I have made the informational service election below; (d) I have a reasonable belief that each holder of a Direct Talc Personal Injury Claim listed on the annexed Client List, as of the date hereof, holds a Direct Talc Personal Injury Claim in Class 4; (e) I have a reasonable belief that each Client listed on the annexed Client List has a diagnosis of Mesothelioma or Gynecologic Cancer, which I reasonably believe is supported by medical records or similar documentation regarding the person who has or had such disease (the holder of a Direct Talc Personal Injury Claim and/or such holder's attorney should **NOT** submit any documentation, medical or otherwise, with the Ballot); (f)(i) with respect to Clients asserting a diagnosis of Gynecologic Cancer, I have a reasonable belief that each Client listed on the annexed Client List has consistently used one or more J&J Talc Products in the perineal area for a minimum of four consecutive years and was newly diagnosed with a Gynecologic Cancer at least ten years following first use of J&J Talc Products, and, (ii) with respect to Clients asserting a diagnosis of Mesothelioma, I have a reasonable belief that each Client listed on the annexed Client List has consistently used J&J Talc Products for a minimum of four consecutive years, was newly diagnosed with Mesothelioma at least ten years following first use of J&J Talc Products, has not alleged and will not allege that exposure to asbestos or alleged asbestos contamination in any product other than one or more J&J Talc Products or other talcum powder product(s) caused or contributed to his/her Mesothelioma; and has not sought compensation for, will not seek compensation for, and has not previously been compensated for alleged exposure to asbestos from any source other than through one or more J&J Talc Products or other talcum powder product(s); and (g) I have included my Client List with this Certified Plan Solicitation Directive.

☐      Informational Service Election.  Although I will submit the vote of each of my Clients' Direct Talc Personal Injury Claims as set forth above, I request that the

2

Solicitation Agent serves copies of the Solicitation Packages (without a Ballot) on my Clients. By making this election, I understand that I must submit a Client List (which list is subject to the requirements set forth below) including my Clients' addresses to the Solicitation Agent with this Certified Plan Solicitation Directive.

If you have made this election, please indicate:

(a) The approximate number of Clients that you represent: _____.

and

(b) Whether you intend to have the Solicitation Agent include a cover letter or other communication from you to your Clients with the Solicitation Packages: **[YES]** or **[NO].**

Box 3 ☐      **Individual Solicitation Method — Option A (Direct Solicitation).** I choose not to solicit, or collect, or record and submit the vote any of my Clients' Direct Talc Personal Injury Claims. Accordingly, I hereby direct the Solicitation Agent to send Solicitation Packages directly to each Client. By signing below, I hereby certify that: (a) I have included my Client List (which list is subject to the requirements set forth below) including my Clients' addresses with this Certified Plan Solicitation Directive; and (b) I represent each of the Clients set forth on the Client List.

If you have made this election, please indicate:

(a) The approximate number of Clients that you represent: _____.

and

(b) Whether you intend to have the Solicitation Agent include a cover letter or other communication from you to your Clients with the Solicitation Packages: **[YES]** or **[NO].**

Box 4 ☐      **Individual Solicitation Method — Option B (Indirect Solicitation).** I hereby direct the Solicitation Agent to send the Solicitation Packages with customized Ballots for each of my Clients to me. I will provide the Solicitation Packages to my Clients through my firm's customary practices, including by mail, email, telephone, text or other standard communication methods, including digital communications. I prefer to solicit the votes of my Clients but choose to have the Clients cast their own votes on the Plan by submitting Ballots with their votes directly to the Solicitation Agent. Accordingly, I hereby direct the Solicitation Agent to send the Solicitation Packages for each of my Clients to me, and I will provide such packages to my Clients. By signing below, I hereby certify that: (a) I have included my Client List (which list is subject to the requirements set forth below) with this Certified Plan Solicitation Directive; (b) I represent each of the Clients set forth on the Client List; (c) the Solicitation Packages, with customized ballots for each of my Clients, should be delivered to my office, and I will deliver such packages to my Clients within three Business Days after receipt; and (d) within three Business Days of my delivery of the Solicitation Packages to my Clients, I will file an affidavit with the Bankruptcy Court evidencing such service and will send a copy of such affidavit to the

3

Solicitation Agent.  The affidavit of service need not list each Client individually; rather, the affidavit need state only that (a) service of the Solicitation Packages on each Client listed on the Client List was completed; and (b) the date(s) on which such service took place.

If you have made this election, please:

(a)  Indicate the approximate number of Clients that you represent:  _____.

(b)  Indicate whether you intend to have the Solicitation Agent include a cover letter or other communication from you to your Clients with the Solicitation Packages: **[YES]** or **[NO].**

and

(c)  Provide a delivery address for Solicitation Packages, if such address is different from the address below:  _____.

Box 5 ☐      **Hybrid Solicitation Method**.  I choose the Master Ballot Solicitation Method for only certain of my Clients (collectively, the "Master Ballot Clients") identified on the list of Clients submitted to the Solicitation Agent as required to complete this Certified Plan Solicitation Directive (the "Master Ballot Client List").  Accordingly, I will either provide the Solicitation Package to, or request that the Solicitation Agent serves Solicitation Packages (without a Ballot) on, each of the Master Ballot Clients and I will record my Master Ballot Clients' votes for or against the Plan on a Master Ballot solely based on responses that I receive from the Master Ballot Clients.  I may forward the Solicitation Package to my Master Ballot Clients and collect votes for or against the Plan through my firm's customary practices, including by mail, email, telephone, text or other standard communication methods, including any digital communications.  By signing below, I hereby certify that: (a) each of the Master Ballot Clients set forth on the annexed Master Ballot Client List is represented by me and I will collect and record the votes of the Master Ballot Clients through customary and accepted practices, or will obtain authority to procedurally cast each Master Ballot Clients' vote; (b) I will comply with the voting procedures set forth in the Disclosure Statement and Solicitation Procedures Order and the Master Ballot that I submit on behalf of my Master Ballot Clients will reflect each Master Ballot Client's informed decision on such vote; (c) no Solicitation Packages need to be provided to any of my Master Ballot Clients by the Solicitation Agent unless I have made the informational service election below; (d) I have a reasonable belief that each holder of a Direct Talc Personal Injury Claim listed on the annexed Master Ballot Client List, as of the date hereof, holds a Direct Talc Personal Injury Claim in Class 4; (e) I have a reasonable belief that each Master Ballot Client listed on the annexed Master Ballot Client List has a diagnosis of Mesothelioma or Gynecologic Cancer, which I reasonably believe is supported by medical records or similar documentation regarding the person who has or had such disease ; (f)(i) with respect to Clients asserting a diagnosis of Gynecologic Cancer, I have a reasonable belief that each Client listed on the annexed Client List has consistently used one or more J&J Talc Products in the perineal area for a minimum of four consecutive years and was newly diagnosed with a Gynecologic Cancer at least ten years following first use of J&J Talc Products, and, (ii) with respect to Clients asserting a diagnosis of Mesothelioma, I have a reasonable belief that each Client listed on the annexed Client List has consistently used J&J Talc Products for a

4

minimum of four consecutive years, was newly diagnosed with Mesothelioma at least ten years following first use of J&J Talc Products, has not alleged and will not allege that exposure to asbestos or alleged asbestos contamination in any product other than one or more J&J Talc Products or other talcum powder product(s) caused or contributed to his/her Mesothelioma; and has not sought compensation for, will not seek compensation for, and has not previously been compensated for alleged exposure to asbestos from any source other than through one or more J&J Talc Products or other talcum powder product(s); and (g) I have included my Master Ballot Client List with this Certified Plan Solicitation Directive.

☐   <u>Informational Service Election</u>. Although I will submit the vote of each of the Master Ballot Clients' Direct Talc Personal Injury Claims on their behalf, I request that the Solicitation Agent serves copies of the Solicitation Packages (without a ballot) on the Master Ballot Clients.  By making this election, I understand that I must submit a Client List (which list is subject to the requirements set forth below) including my Master Ballot Clients' addresses to the Solicitation Agent with this Certified Plan Solicitation Directive.

If you have made this election, please indicate:

(a)  The approximate number of Master Ballot Clients to be served: _____.

and

(b)  Whether you intend to have the Solicitation Agent include a cover letter or other communication from you to your Master Ballot Clients with the Solicitation Packages: **[YES]** or **[NO].**

With respect to the remaining Clients (the "<u>Individual Ballot Clients</u>"), I hereby direct the Solicitation Agent to solicit votes on the Plan from the Individual Ballot Clients as follows:

Box 5A ☐    I hereby direct the Solicitation Agent to send Solicitation Packages with Ballots directly to each Individual Ballot Client.  By signing below, I hereby certify that:  (a) I have included my Client List (which list is subject to the requirements set forth below) including my Individual Ballot Clients' addresses with this Certified Plan Solicitation Directive; and (b) I represent each of the Clients set forth on the Client List.

If you have made this election, please indicate:

(a)  The approximate number of Individual Ballot Clients to be served: _____.

and

(b)  Whether you intend to have the Solicitation Agent include a cover letter or other communication from you to your Individual Ballot Clients with the Solicitation Packages: **[YES]** or **[NO].**

5

**Box 5B** ☐      I hereby direct the Solicitation Agent to send Solicitation Packages with customized Ballots for each of the Individual Ballot Clients to me.  I will provide the Solicitation Packages to my Clients through my firm's customary practices, including by mail, email, telephone, text or other standard communication methods, including digital communications.  By signing below, I hereby certify that (i) I have included my Client List (which list is subject to the requirements set forth below) with this Certified Plan Solicitation Directive; (ii) Solicitation Packages for the Individual Ballot Clients should be delivered to my office, and I will deliver such packages to the Individual Ballot Clients within three Business Days after receipt; and (iii) within three Business Days of my delivery of the Solicitation Packages to the Individual Ballot Clients, I will file an affidavit with the Bankruptcy Court evidencing such service and will send a copy of such affidavit to the Solicitation Agent.  The affidavit of service need not list each Client individually; rather, the affidavit need state only that (i) service of the Solicitation Packages was completed; and (ii) the date(s) on which such service took place.

If you have made this election, please:

(a)  Indicate the approximate number of Individual Ballot Clients that you represent:  _____.

(b)  Indicate whether you intend to have the Solicitation Agent include a cover letter or other communication from you to your Individual Ballot Clients with the Solicitation Packages: **[YES]** or **[NO].**

and

(c)      Provide a delivery address for Solicitation Packages, if such address is different from the address below:

_____.

**SIGNATURE:**

Name of Attorney:_____

Name of Law Firm:_____

Street Address:_____

City, State and Zip Code: _____

Telephone Number:_____

E-Mail Address:_____

Signature:_____

NAI-1537391234v1

**Instructions for Returning this Certified Plan Solicitation Directive**

You must submit this Certified Plan Solicitation Directive (via mail or email) and your Client List (via email) so that they are received on or before **August 15, 2023** by the Debtor's Solicitation Agent, Epiq Corporate Restructuring LLC,(i) by first class mail LTL Management LLC, c/o Epiq Ballot Processing Center, P.O. Box 4422, Beaverton, OR 97076-4422, (ii) by overnight courier or hand delivery to LTL Management LLC, c/o Epiq Ballot Processing, 10300 SW Allen Boulevard, Beaverton, OR 97005, or (iii) by email to LTLVote@epiqglobal.com.

**Requirements for Client List**

The Solicitation Agent emailed you the Client List in the required format containing the names of your known Clients.  It is recommended that you use the emailed Excel file to submit your Client information to the Solicitation Agent.  If you choose to use your own format, the Client List should be formatted in accordance with the attached List Formatting Instructions.

List Formatting Instructions and a sample template in Excel format are also available on the Solicitation Agent's website at to https://dm.epiq11.com/ltl.

You must complete the Client List by confirming the name and adding the last four digits of the Social Security Number of each of the Clients that you represent or, for Clients who do not have a Social Security Number, the month, date, and year of birth.  If you have checked Box 2 and made the Informational Service Election or Box 3 or Box 5A, the Client List must also include a mailing address for, as applicable, each Client or each Individual Ballot Client.  If you have checked Box 5, you must also check either Box 5A or Box 5B and must also instruct the Solicitation Agent regarding the solicitation method to use for each Client in the Excel Client List that you return to the Solicitation Agent.

Please send your Client List in Excel by email to LTLVote@epiqglobal.com.  If you have any technical questions, or need to arrange for special delivery of your Client List, please contact Epiq Corporate Restructuring, LLC at LTLVote@epiqglobal.com or at (888) 431-4056 (Toll-Free) or +1 (503) 822-6762 (International).

BEFORE RETURNING YOUR DIRECTIVE PLEASE BE SURE TO:

SELECT ONE OF BOX 1, BOX 2 BOX 3, BOX 4, OR BOX 5 AND SELECT THE CORRESPONDING COLUMN IN THE EXCEL CLIENT LIST THAT THE SOLICITATION AGENT PROVIDED.

IF YOU SELECTED BOX 5 PLEASE BE SURE TO SELECT SUB OPTION 5(A) OR 5(B).

COMPLETE THE REQUESTS CONTAINED IN THE RELEVANT BOX.

NAI-1537391234v1

## Client List Formatting Instructions

If you are using your own format, the Client List should be formatted to include each of the following fields (in the order listed):

1. Last Name [*Required Field*]

2. First Name [*Required Field*]

3. Last Four Digits of Social Security Number [*Required field for U.S. Citizens—if not a U.S. Citizen or the Client does not have a Social Security Number, so specify*]

4. Date of Birth (month, date, and year of birth) [*Required field for Clients who do not have a Social Security Number*]

5. Address (necessary only for those Clients on whom you are requesting the Solicitation Agent directly serve individual Solicitation Packages)

6. Indicate if the Client is a new Client that is not on the Client List the Solicitation Agent provided.

Please ensure that columns are no greater than 45 characters wide.

For your convenience, a sample template is set forth below and may also be downloaded in Excel format from the Solicitation Agent's website at https://dm.epiq11.com/ltl.

| Last Name | First Name | Last Four Digits of Social Security Number (if Client is not a U.S. Citizen, So Specify) | Date of Birth (MMDDYYYY) | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| Smith | John | 6789 | 01012000 | 123 Any Street | Town | State | 12345 |

NAI-1537391234v1

**EXHIBIT C**

ABTAHI LAW GROUP LLC
PO BOX 783
ALI ABTAHI
NORTHBROOK, IL  60065

AHDOOT & WOLFSON, PC
2600 W. OLIVE AVENUE, SUITE 5374
ROBERT R. AHDOOT
BURBANK, CA  91505

ALLAN BERGER AND ASSOCIATES
4173 CANAL STREET
GEIGER, ANDREW
NEW ORLEANS, LA  70119

ALLEN & NOLTE PLLC
5445 LA SIERRA DRIVE, SUITE 350
ALLEN, III, JOHN H TREY
DALLAS, TX  75231

ALOIA LAW FIRM LLC
2 BROAD STREET, STE 510
LUCIDO, VICTORIA A
BLOOMFIELD, NJ  07003

ANAPOL WEISS
EMILY B ASHE
130 N 18TH ST., STE 600
PHILADELPHIA, PA  19107

ANASTOPOULO LAW FIRM
32 ANN STREET
FEIDLER, STEFAN B
CHARLESTON, SC  29403

ANDRES PEREIRA LAW FIRM
14709 CUSTER COURT
AUSTIN, TX  78734

ANDREW THORNTON HIGGINS RAZMARA LLP
JOHN C. THORNTON
4701 VON KARMAN AVE., STE 300
NEWPORT BEACH, CA  92660

ANDRUS WAGSTAFF, P.C.
9035 WADSWORTH PARKWAY, STE 4000
JOHN R. CRONE, ALBERT NORTHRUP
WESTMINISTER, CO  80021

ARNOLD & ITKIN LLP
K ARNOLD, J ITKIN, N WEXLER
6009 MEMORIAL DRIVE
HOUSTON, TX  77007

ASHCRAFT & GEREL
1825 K STREET, SUITE 700, NW
WASHINGTON, DC  20006

ASHCRAFT & GEREL
8280 WILLOW OAKS CORP DR. STE 600
PARENT, GREGORY J.; VASSIL, EMILY
FAIRFAX, VA  22031

ASPEY, WATKINS & DIESEL, PLLC
123 N SAN FRANCISCO ST
FLAGSTAFF, AZ  86001

ATTN: DANIEL P. MCDYER
781 ELM SPRING ROAD
PITTSBURGH, PA  15243

AVA LAW GROUP, INC.
3667 VOLTAIRE STREET
VAN ARSDALE, ANDREW JACOB
SAN DIEGO, CA  92106

AXLEY BRYNELSON, LLP
2 EAST MIFFLIN STREET, PO BOX 1767
MADISON, WI  53701

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC
THORNBURGH, DANIEL J.
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL  32502

Debtor: LTL MANAGEMENT LLC
Case #:  23-12825 (MBK)

CERTIFIED PLAN SOLICITATION DIRECTIVE / CERTIFIED PLAN SOLICITATION DIRECTIVE

Notices mailed by:  July 18, 2023

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 EAST MAIN STREET, SUITE 200,
P.O. BOX 12630 (32591)
PENSACOLA, FL  32502

BABBITT, JOHNSON, OSBORNE & LECLAINCHE,
P.A.
PO BOX 222881
WEST PALM BCH, FL  33422-2881

BACHUS & SCHANKER LLC
101 WEST COLFAX AVE, STE 650
DENVER, CO  80202

BAILEY COWAN HECKAMAN PLLC
1360 POST OAK BLVD., SUITE 2300
HOUSTON, TX  77056

BAILLY AND MCMILLAN, LLP
707 WESTCHESTER AVE, STE 405
DEPONTO, RICHARD
WHITE PLAINS, NY  10604

BALKAN PATTERSON & CHARBONNET
1877 S FEDERAL HIGHWAY, STE 100
ATTN: LEAH F CHARBONNET
BOCA RATON, FL  33432

BALZARINI & WATSON
310 GRANT STREET, STE. 3303
BALZARINI, LAURA
PITTSBURGH, PA  15219

BANNER LEGAL
SHAFER, JEREMY C
445 MARINE VIEW AVE., STE. 100
DEL MAR, CA  92014

BARNES LAW GROUP, LLC
31 ATLANTA STREET
ROSICHAN, BENJAMIN R.
MARIETTA, GA  30060

BARON & BUDD, P.C.
3102 OAK LAWN AVENUE, SUITE 1100
DALLAS, TX  75219

BARRETT LAW GROUP
404 COURT SQUARE NORTH
LEXINGTON, MS  39095

BARRY, MCTIERNAN & WEDINGER
10 FRANKLIN AVE
EDISON, NJ  08837

BART DURHAM INJURY LAW
DURHAM, BLAIR
404 JAMES ROBERTSON PKWY, STE 1712
NASHVILLE, TN  37219

BATHGATE, WEGENER & WOLF
ONE AIRPORT ROAD
KASSELMAN, EDWARD
LAKEWOOD, NJ  08701

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 COMMERCE STREET MEADOWS
MONTGOMERY, AL  36104

BECKER LAW GROUP
117 E COLORADO BLVD, STE 500
SHEAR, BRIAN E. BECKER, TODD B.
PASADENA, CA  91105

BECNEL LAW FIRM, LLC
425 WEST AIRLINE HWY, STE B
LA PLACE, LA  70068

BEKMAN, MARDER, & ADKINS, LLC
1829 REISTERSTOWN RD STE 200
MOORE, AARON L
PIKESVILLE, MD  21208-7105

Debtor: LTL MANAGEMENT LLC
Case #:  23-12825 (MBK)

CERTIFIED PLAN SOLICITATION DIRECTIVE / CERTIFIED PLAN SOLICITATION DIRECTIVE

Notices mailed by:  July 18, 2023

BELLUCK & FOX, LLP
546 FIFTH AVENUE, 4TH FLOOR
GEORGIOU, KRISTINA
NEW YORK, NY  10036

BENJAMIN, BABET & MCCURDY, HELEN
BECKSTEDT & KUCZYNSKI LLP
2162 CHURCH ST
CHRISTIANSTED
ST CROIX  00820  US VIRGIN ISLANDS

BEREZOFSKY LAW GROUP, LLC
210 LAKE DRIVE EAST, STE. 101
BEREZOFSKY, ESTHER
CHERRY HILL, NJ  08002

BERGMAN DRAPER OSLUND
C/O MATTHEW BERGMAN
821 2ND AVENUE, SUITE 2100
SEATTLE, WA  98104

BERGSTRESSER & POLLOCK PC
52 TEMPLE PLACE, 4TH FL
BOSTON, MA  02111

BERKE LAW FIRM, PA
PO BOX 101530
BERKE, BILL B.
CAPE CORAL, FL  33910-1530

BERMAN & SIMMONS, P. A.
129 LISBON STREET
FAUNCE, S, KAYATTA, E.A. GIDEON, B.R.
LEWISTON, ME  04240

BERN CAPPELLI LLC
101 WEST ELM STREET, SUITE 520
CONSHOHOCKEN, PA  19428

BERNHEIM KELLY BATTISTA & BLISS
4 COURT STREET
BERNHEIM, JESSE
PLYMOUTH, MA  02360

BERNSTEIN LIEBHARD LLP
10 E 40TH ST, FL 29
BURKE, DANIEL C.
NEW YORK, NY  10016

BEVAN & ASSOCIATES LPA, INC.
C/O THOMAS BEVAN
6555 DEAN MEMORIAL PKWY.
BOSTON HEIGHTS, OH  44236

BISNAR AND CHASE
1301 DOVE STREET, SUITE 120
NEWPORT BEACH, CA  92660

BLASINGAME, BURCH, GARRARD & ASHLEY,
P.C.
440 COLLEGE AVE, STE 320
ATHENS, GA  30603

BLASINGAME, BURCH, GARRARD & ASHLEY, PC
GARRARD, H, HILL, A, MATTHEWS, J
P.O. BOX 832
ATHENS, GA  30603

BLIZZARD & NABERS, LLP
5020 MONTROSE BLVD
SUITE 410
HOUSTON, TX  77006

BLOCK LAW FIRM, APLC
422 EAST FIRST STREET
LAMBERT, SARAH L HYMEL, MATTHEW P
THIBODAUX, LA  70302

BLOOD HURST & OREARDON LLP
501 WEST BROADWAY, SUITE 1490
GEIGER, ANDREW
SAN DIEGO, CA  92101

BOHRER LAW FIRM, LLC
8712 JEFFERSON HIGHWAY, SUITE B
BOHRER, PHILIP
BATON ROUGE, LA  70809

BOODELL & DOMANSKIS, LLC
ONE N. FRANKLIN, STE. 1200
CHICAGO, IL  60606

BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA  91367

BOURDETTE & PARTNERS
2924 WEST MAIN ST BOURDETTE, PHILIP
C. BOURDETTE, MIRIAM R.
VISALIA, CA  93291

BRADSHAW, FOWLER, PROCTOR &
FAIRGRAVE, P.C.
801 GRAND AVE 3700
DES MOINES, IA  50309-8004

BRANCH LAW FIRM
BRANCH, MARGARET MOSES
2025 RIO GRANDE BOULEVARD, NW
ALBUQUERQUE, NM  87104

BRAYTON PURCELL LLP
C/O GILBERT PURCELL
222 RUSH LANDING ROAD
NOVATO, CA  94945

BREIT LAW PC
5544 GREENWICH ROAD, STE 100
BREIT, WILLIAM D
VIRGINIA BEACH, VA  23462

BRIAN E ADORNO ATTORNEY AT LAW, LLC
611 N CAUSEWAY BLVD
ADORNO, BRIAN EDWARD
METAIRIE, LA  70001

BROWN CHIARI LLP
2470 WALDEN AVENUE
WALSH, THERESA M.
BUFFALO, NY  14225

BROWN READDICK BUMGARTNER CARTER
STRICKLAND & WATKINS LLP
5 GLYNN AVE, SCOTT, PAUL M
BRUNSWICK, GA  31521-0220

BROWN, READDICK, BUMGARTNER, CARTER,
STRICKLAND & WATKINS LLP
5 GLYNN AVENUE
BRUNSWICK, GA  31521-0220

BRUERA LAW FIRM PLLC
3714 AUDUBON PL
BRUERA, SOFIA E
HOUSTON, TX  77006

BRUERA LAW FIRM PLLC
BRUERA, SOFIA
3100 TIMMONS LANE, SUITE 310
HOUSTON, TX  77027

BRUSTER PLLC
680 N. CARROLL AVE., STE. 110
JOHNSON, C R, HULL, J C, BRUSTER, A
SOUTHLAKE, TX  76092

BUCK LAW FIRM
C/O ROBERT BUCK
P.O. BOX 921429
PEACHTREE CORNERS, GA  30010-1492

BUCKINGHAM BARRERA VEGA
2125 WYOMING BLVD., NE STE 100
ALBUQUERQUE, NM  87112

BURCH & GEORGE
204 N. ROBINSON AVENUE, STE. 1500
BURCH, DEREK K
OKLAHOMA CITY, OK  73102

BURG SIMPSON ELDREDGE HERSH JARDINE
40 INVERNESS DRIVE EAST
ENGLEWOOD, CO  80112

Debtor: LTL MANAGEMENT LLC
Case #: 23-12825 (MBK)

Notices mailed by: July 18, 2023

BURNETT LAW FIRM
3737 BUFFALO SPEEDWAY, 18TH FLOOR
HOUSTON, TX 77098

BURNS CHAREST LLP
365 CANAL STREET, SUITE 1170
COX, SPENCER M.
NEW ORLEANS, LA 70130

BURNS CHAREST LLP
900 JACKSON STREET, SUITE 500
COX, SPENCER M., COX, MARK
DALLAS, TX 75202

BUZIN LAW, P.C.
PO BOX 529
PURCHASE, NY 10577-0529

CALCAGNO & ASSOCIATES, LLP
A J CALCAGNO, G A FARRELL
213 SOUTH AVE EAST
CRANFORD, NJ 07016

CAMPBELL & ASSOCIATES
717 EAST BLVD
HOOVER, PAYTON D, CAMPBELL, CLAIR G
CHARLOTTE, NC 28203

CAPRETZ & ASSOCIATES
4667 MACARTHUR BLVD 310
NEWPORT BEACH, CA 92660

CARAZO QUETGLAS LAW OFFICES
PMB 133 AVE. ESMERALDA 53, STE. 2
CARAZO-QUETGLAS, JORGE
GUAYNABO PUERTO, PR 00969
PUERTO RICO

CARDARO & PEEK, L.L.C.
201 NORTH CHARLES STREET, SUITE 2100
BALTIMORE, MD 21201

CARLSON LAW FIRM
100 EAST CENTRAL TEXAS EXPY 90277
KILLEEN, TX 76541

CARPENTER & SCHUMACHER, PC
2500 DALLAS PKWY STE 495
PLANO, TX 75093-4882

CATES MAHONEY, LLC
216 WEST POINTE DR, SUITE A
CATES, DAVID I.
SWANSEA, IL 62226

CELLINO & BARNES, P.C.
2500 MAIN PLACE TOWER
WILLIAMS, MICHAEL J.
BUFFALO, NY 14202-3725

CHAFFIN LUHANA LLP
600 THIRD AVENUE 12TH FLOOR
LUHANA, ROOPAL P
NEW YORK, NY 10016

CHAMP LYONS III, PC
PO BOX 131388
BIRMINGHAM, AL 35213-1388

CHANDLER KLICS, LLP
C/O SYLVIA CHANDLER
912 MOUNT KEMBLE AVENUE
MORRISTOWN, NJ 07960

CHAPPELL, SMITH & ARDEN, P.A.
2801 DEVINE ST, SUITE 300
COLUMBIA, SC 29205

CHEELEY LAW GROUP
ROBERT D. CHEELEY
2500 OLD MILTON PKWY, STE 200
ALPHARETTA, GA 30009

CHEHARDY, SHERMAN, WILLIAMS,RECILE,
STAKELUM & HAYES, LLP
1 GALLERIA BLVD 1100
METAIRIE, LA  70001

CHEONG, DENOVE, ROWELL & BENNETT
1990 S BUNDY DR STE 420
LOS ANGELES, CA  90025-1578

CHILDERS, SCHLUETER & SMITH, LLC
1932 NORTH DRUID HILLS ROAD, SUITE 100
ATLANTA, GA  30319

CHISHOLM & CHISHOLM, P.C.
516 FIRST AVENUE WEST
PO BOX 2034, CHISHOLM, DEAN
COLUMBIA FALLS, MT  59912-2034

CHRISTOPHER D. SMITH P.A.
1561 LAKEFRONT DR UNIT 204
SMITH, CHRISTOPHER D BEGGAN, JOHN
SARASOTA, FL  34240-1638

CLARK ROBB MASON COULMBE, ET AL.
200 S. ANDREWS AVE. 8TH FL
ROBB, MICHAEL A.
FORT LAUDERDALE, FL  33301

CLAYEO C. ARNOLD, APC
865 HOWE AVENUE
WATSON, JOSHUA H. STRALEN, JOHN T.
SACRAMENTO, CA  92825

CLIFFORD LAW OFFICES, P.C.
120 N. LASALLE STREET, SUITE 3100
MCNULTY, PETER J.
CHICAGO, IL  60602

CLORE LAW GROUP LLC
525 FOLLY ROAD, STE 206
CHARLESTON, SC  29407

COHEN & MALAD, LLP
ONE INDIANA SQUARE, SUITE 1400
KNOLL, JONATHAN A.
INDIANAPOLIS, IN  46204

COHEN, PLACITELLA & ROTH
127 MAPLE AVE.
GEIER, DENNIS M.
RED BANK, NJ  07701

COHEN, PLACITELLA & ROTH, P.C.
2001 MARKET ST, SUITE 2900
GEIER, DENNIS M.
PHILADELPHIA, PA  19103

COLLEY SHROYER & ABRAHAM CO. LLC
536 SOUTH HIGH STREET
COLUMBUS, OH  43215

CONSTANT LEGAL GROUP LLP
PO BOX 161151
CONROY, ANDREW A
CLEVELAND, OH  44116

COOK, BARTHOLOMEW, SHEVLIN, COOK &
JONES LLP
12 W LINCOLN ST
BELLEVILLE, IL  62220

COONEY AND CONWAY
BARRETT, D, CONWAY, J, PORRETTA, C,
COONEY, M
120 N. LASALLE STREET, 30TH FLOOR
CHICAGO, IL  60602

CORBOY & DEMETRIO, P.C.
33 NORTH DEARBORN ST, 21TH FLOOR
LUMB, KENNETH T. DEMETRIO, TOM A
CHICAGO, IL  60602

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PL SOUTH, STE 304
YACKULIC, CORRIE
SEATTLE, WA  98104

**Debtor: LTL MANAGEMENT LLC**
**Case #:  23-12825 (MBK)**

**Notices mailed by:   July 18, 2023**

CORY, WATSON, CROWDER & DEGARIS P.C.
2131 MAGNOLIA AVE., SUITE 200
HUNT, STEPHEN
BIRMINGHAM, AL  35205

CUNEO GILBERT & LADUCA, LLP
4725 WISCONSIN AVENUE, NW, STE 200
WASHINGTON, DC  20016

CUTTER LAW, P.C.
401 WATT AVE.
SACRAMENTO, CA  95864

DALIMONTE RUEB, LLP
1250 CONNECTICUT AVENUE NW, SUITE 200
WASHINGTON, DC  20036

DALTON AND ASSOCIATES, PA
1106 WEST 10TH STREET
WILMINGTON, DE  19806

DAMATO LAW FIRM, P.C.
2900 FIRE ROAD, SUITE 200
DAMATO, PAUL R.
EGG HARBOR TOWNSHIP, NJ  08234

DANIEL & ASSOCIATES, LLC
7941 KATY FREEWAY, 791
DANIEL, PATRICK
HOUSTON, TX  77024

DANZIGER & DE LLANO, LLP
MICHELLE WHITMAN
440 LOUISIANA ST, UNIT 1212
HOUSTON, TX  77002

DARCY JOHNSON DAY, P.C.
3120 FIRE RD. SUITE 100
DARCY, ANDREW
EGG HARBOR TWP, NJ  08234

DARLENE; SIMON GREENSTONE PANATIER,
PC; C/O CHRIS PANATIER
1201 ELM STREET, SUITE 3400
DALLAS, TX  75204

DAVIS & CRUMP P.C.
2601 14TH ST, GULFPORT
ROCKSTAD, TREVOR B.
GULFPORT, MS  39501

DAVIS, BETHUNE & JONES, L.L.C.
1100 MAIN STREET, SUITE 2930
DAVIS, GRANT L.
KANSAS CITY, MO  64105

DEAN OMAR BRANHAM, LLP
C/O JESSICA DEAN
302 N. MARKET ST., SUITE 300
DALLAS, TX  75202

DECOF, BARRY, MEGA & QUINN, P.C.
ONE SMITH HILL
BARRY, PATRICK C.
PROVIDENCE, RI  02903

DEGARIS LAW
2 NORTH 20TH STREET, STE 1030
SAPONE, ANDREA L.
BIRMINGHAM, AL  35203

DEGARIS WRIGHT MCCALL
5707 W INTERSTATE 10 STE 101
SAN ANTONIO, TX  78201-2860

DELISE & HALL
528 W. 21ST AVENUE
HALL JR., ALTON J.
COVINGTON, LA  70433

DELL & DEAN PLLC
1225 FRANKLIN AVENUE SUITE 450
GARDEN CITY, NY  11530

Debtor: LTL MANAGEMENT LLC                    CERTIFIED PLAN SOLICITATION DIRECTIVE / CERTIFIED PLAN SOLICITATION DIRECTIVE              Page 8 of 36
Case #:  23-12825 (MBK)

Notices mailed by:  July 18, 2023


DENNIS LAW FIRM
231 S BEMISTON AVE STE 800
SAINT LOUIS, MO  63105-1925

DIAMOND LAW
1700 E. RIVER ROAD, 65237
TUCSON, AZ  85728

DIAZ LAW FIRM, PLLC
208 WATERFORD SQUARE, STE 300
DIAZ JR., GERALD J.
MADISON, MS  39110


DICELLO LEVITT GUTZLER LLC
7556 MENTOR AVENUE
MENTOR, OH  44060

DICKEY LAW FIRM, LLP
C/O AARON DICKEY
1104 MOORLANDS DRIVE
ST. LOUIS, MO  63117

DICKS & COGLIANSE LLP
28 NORTH CENTER ST.
DICKS, MICHAEL DREW
MESA, AZ  85201


DICKSON KOHAN & BABLOVE LLP
20371 IRVINE AVE, SUITE 110
NEWPORT BEACH, CA  92660

DOBS & FARINAS, LLP
C/O KATHLEEN A. FARINAS
951 N. DELAWARE STREET
INDIANAPOLIS, IN  46202

DOLCE PANEPINTO, P.C.
1260 DELAWARE AVENUE
LICATA, JOHN B.
BUFFALO, NY  14209


DOMENGEAUX WRIGHT ROY & EDWARDS LLC
JEFFERSON TOWERS, SUITE 500, 556
JEFFERSON ST STEVENS, JR, ELWOOD C
LAFAYETTE, LA  70502-3668

DONALD L. SCHLAPPRIZZI P.C.
211 N BROADWAY, SUITE 2430
SCHLAPPRIZZI, CRAIG ANTHONY
ST. LOUIS, MO  63102

DOROTHY V. MAIER, PA
435 SOUTH RIDGEWOOD AVENUE
MAIER, DOROTHY V.
DAYTONA BEACH, FL  03211


DRISCOLL FIRM, P.C.
1311 PONDE DE LEON, 6TH FL
DRISCOLL, JOHN J.
SAN JUAN, PR  00907

DRISCOLL FIRM, P.C.
211 N. BROADWAY, STE. 2440
DRISCOLL, JOHN J.
ST. LOUIS, MO  63102

DRISCOLL FIRM, P.C.
7110 W. MAIN STREET
DRISCOLL, JOHN J.
BELLEVILLE, IL  62223


DUERRING LAW OFFICES
61191 US 31 SOUTH
DUERRING, SCOTT H.
SOUTH BEND, IN  46614

DUFFY LAW LLC
C/O CHRISTOPHER DUFFY
70 WASHINGTON ST STE 405
SALEM, MA  01970-3520

DUGAN LAW FIRM, PLC
365 CANAL PLACE
NEW ORLEANS, LA  70130

Debtor: LTL MANAGEMENT LLC      CERTIFIED PLAN SOLICITATION DIRECTIVE/ CERTIFIED PLAN SOLICITATION DIRECTIVE      Page 9 of 36
Case #:  23-12825 (MBK)

Notices mailed by:  July 18, 2023

DWYER WILLIAMS POTTER
1558 SW NANCY WAY STE 101
BEND, OR  97702-3216

EARLY LUCARELLI SWEENEY &
MEISENKOTHEN
BRIAN P KENNEY, ROBERT SWEENEY
ONE CENTURY TWR 11 FL 265 CHURCH ST
NEW HAVEN, CT  06510

EDLUND GALLAGHER HASLAM MCCALL WOLF
& WOOTEN, PLLC
1701 N. MARKET ST
STE 210 DARREN RAY WOLF
DALLAS, TX  75202

EDLUND GALLAGHER HASLAM MCCALL WOLF
& WOOTEN, PLLC
1701 N. MARKET ST
STE 210 WOOTEN, COBY L. SM
DALLAS, TX  75202

EDWARD F. LUBY, LLC
222 SOUTH CENTRAL, STE 500
CLAYTON, MO  63105

EICHEN, CRUTCHLOW, ZASLOW & MCELROY,
LLP
40 ETHEL ROAD
EDISON, NJ  08817

EISENBERG, ROTHWEILER, WINKLER
EISENBERG & JECK, P.C.
1634 SPRUCE ST SCHOENHAUS, TODD A.
PHILADELPHIA, PA  19103

ELY BETTINI ULMAN ROSENBLATT & OZER
C/O BURT ROSENBLATT
3200 N. CENTRAL AVENUE, SUITE 1930
PHOENIX, AZ 85012

ELY LAW, LLC
400 POYDRAS ST., SUITE 1680
NEW ORLEANS, LA  70130

ENVIRONMENTAL LITIGATION GROUP, PC
2160 HIGHLAND AVENUE SOUTH
MCKIE, KEVIN B. CADE, GREGORY A
BIRMINGHAM, AL  32205

ENVIRONMENTAL LITIGATION GROUP, PC
PO BOX 550219
ANDERSON, GARY A.
BIRMINGHAM, AL  32205

FAHRENBACH; KELLEY & FERRARO, LLP
C/O EDWARD KELLEY
950 MAIN AVENUE, SUITE 1300
CLEVELAND, OH  44113

FAY LAW GROUP PLLC
1250 CONNECTICUT AVE, NW SUITE 700
WASHINGTON, DC  20036

FELDMAN & PINTO
30 S 15TH ST, 15TH FLOOR
LAURA A. FELDMAN
PHILADELPHIA, PA  19102

FERRER, POIROT & WANSBROUGH
2603 OAK LAWN AVE. #300
DALLAS, TX  75219

FITZGERALD KNAIER, LLP
402 WEST BROADWAY, SUITE 1400
KNAIER, ROBERT
SAN DIEGO, CA  92101

FITZGERALD LAW GROUP, LLC
120 EXHANGE STREET, SUITE 200
FITZGERALD, KEVIN M
PORTLAND, ME  04101

FLEMING, NOLEN & JEZ, LLP
2800 POST OAK BLVD., STE 4000
HOUSTON, TX  77056

CERTIFIED PLAN SOLICITATION DIRECTIVE / CERTIFIED PLAN SOLICITATION DIRECTIVE
Case #:  23-12825 (MBK)

Notices mailed by:  July 18, 2023


FLETCHER V. TRAMMELL
3262 WESTHEIMER ROAD, SUITE 423
HOUSTON, TX  77098

FLINT LAW FIRM LLC
C/O ETHAN FLINT
222. E. PARK ST STE 500, PO BOX 189
EDWARDSVILLE, IL  62034

FORGIE, CHERYL
BETH ANN BENTLEY, ESQ
305 GETTYSBURG DRIVE
WESTHAMPTON BEACH, NY  11978


FOX AND FARLEY
310 N. MAIN STREET
CLINTON, TN  37716

FRANCOLAW PLLC
500 W. 2ND ST, FLOOR 19, SUITE 138
AUSTIN, TX  78701

FRAZER LAW LLC
30 BURTON HILLS BLVD, STE 450
MCMURTRAY, PATRICK D. FRAZER II, T. ROE
NASHVILLE, TN  37215


FRAZER PLC
30 BURTON HILLS BLVD, STE 450
NASHVILLE, TN  37215

FREDEKING & BISER LAW OFFICES
511 EIGHTH STREET
BISER, PAUL E.
HUNTINGTON, WV  25701

FRIEDMAN RUBIN, PLLP
1109 1ST AVE, STE. 501
SEATTLE, WA  98101


FROST LAW FIRM, PC
C/O SCOTT FROST
273 WEST 7TH STREET
SAN PEDRO, CA  90731

GACOVINO, LAKE & ASSOCIATES
270 WEST MAIN STREET
ZGODA, JR, RICHARD
SAYVILLE, NY  11782

GAINSBURGH, BENJAMIN, DAVID
MEUNIER & WARSHAUER, LLC
1100 POYDRAS ST, ENERGY CENTRE, STE 2800
NEW ORLEANS, LA  70163-2800


GALANTE & BIVALACQUA LLC
650 POYDRAS STREET, SUITE 2615
GALANTE, SCOTT M.
NEW ORLEANS, LA  70130

GALIHER DEROBERTIS & WAXMAN LLP
820 MILILANI STREET, STE 505
WAXMAN, ILANA K SEGAWA, ALYSSA R
HONOLULU, HI  96813-2935

GANCEDO LAW FIRM, INC
1575 NORTH LAKE AVE., 202
PASADENA, CA  91104


GARY C. JOHNSON P.S.C.
110 CAROLINE AVENUE
PIKEVILLE, KY  41501

GEOFFREY B. GOMPERS & ASSOC, P.C.
CITY CENTER; 1515 MARKET ST, STE 1650
GOMPERS, GEOFFREY B.
PHILADELPHIA, PA  19102

GHIORSO LAW OFFICE
494 STATE STREET, STE. 300
SALEM, OR  97301

Debtor: LTL MANAGEMENT LLC          CERTIFIED PLAN SOLICITATION DIRECTIVE / CERTIFIED PLAN SOLICITATION DIRECTIVE
Case #:  23-12825 (MBK)

Notices mailed by:  July 18, 2023

GIBBS LAW GROUP LLP
1111 BROADWAY, SUITE 2100
KAREN BARTH MENZIES
LOS ANGELES, CA  94607

GIBBS LAW GROUP LLP
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

GIBSON & ASSOCIATES INC.
117 ALBANY AVE
WAYCROSS, GA  31502

GIRARDI & KEESE
155 W HOSPITALITY LN STE 260
GIRARDI, THOMAS V.
SAN BERNARDINO, CA  92408

GITLIN, HORN AND VAN DE KIEFT, LLP
2095 BROADWAY, STE. 411
NEW YORK, NY  10023

GLENN LOEWENTHAL, PC
3300 WINDY RIDGE PARKWAY, STE 710
ATLANTA, GA  30339

GLP ATTORNEYS, P.S., INC.
2601 4TH AVE., FLOOR 6
SEATTLE, WA  98121

GOETZ, BALDWIN & GEDDES, P.C.
35 NORTH GRAND AVE
NELSON, KYLE W. GEDDES, DEVLAN J.
BOZEMAN, MT  59771

GOLDBERG, PERSKY & WHITE, PC
C/O LEIF OCHELTREE
11 STANWIX STREET, SUITE 1800
PITTSBURGH, PA  15222

GOLDENBERG HELLER & ANTOGNOLI, PC
2227 SOUTH STATE ROUTE 157
THOMAS J LECH, KATIE HUBBARD
EDWARDSVILLE, IL  62025

GOLDENBERGLAW PLLC
800 LASALLE AVE., SUITE 2150
GOLDENBERG, STUART L.
MINNEAPOLIS, MN  55402

GOLDSTEIN GRECO PC
2354 WEHRLE DR
BRIAN A GOLDSTEIN
BUFFALO, NY  14221

GOLOMB & HONIK, P.C.
1835 MARKET STREET, SUITE 2900
PHILADELPHIA, PA  19103

GOLOMB SPIRT GRUNFELD PC
1835 MARKET STREET, 29TH FLOOR
GOLOMB, RICHARD
PHILADELPHIA, PA  19103

GORI JULIAN & ASSOCIATES, P.C.
156 N. MAIN STREET
MATHEWS, D. TODD BUXNER, EVAN D.
EDWARDSVILLE, IL  62025

GOZA & HONNOLD, LLC
9500 MALL AVE 400
OVERLAND PARK, KS  66207

GOZA & HONNOLD, LLC
9500 NALL AVE., SUITE 400
OVERLAND PARK, KS  66207

GRAHAM P. CARNER, PLLC
775 N. CONGRESS STREET
JACKSON, MS  39202

**Debtor: LTL MANAGEMENT LLC**
**Case #:  23-12825 (MBK)**

**Notices mailed by:  July 18, 2023**

GRANT & EISENHOFER P. A.
123 JUSTISON STREET
WILMINGTON, DE  19801

GREER, RUSSELL, DENT & LEATHERS, PA
POST OFFICE BOX 907
TUPELO, MS  38802

GUARDIAN LAW GROUP, LLP
GROUND FLOOR 342-4 AVENUE S.E.
DOCKEN, CLINT
CALGARY, AB  T2G 1C9
CANADA

GUILLORY & MCCALL, L.L.C.
PO BOX 1607
GUILLORY JR., ROBERT E.
LAKE CHARLES, LA  70602-1607

GUSTAFON GLUEK
120 SOUTH 6TH STREET, STE 2600,
WILLIAMS, AMANDA, M. GUSTAFSON, DANIEL E.
MINNEAPOLIS, MN  55402

HABUSH HABUSH & ROTTIER SC
150 E. GILMAN ST 2000
ROTTIER, DANIEL
MADISON, WI  53703-1481

HABUSH HABUSH & ROTTIER SC
777 E. WISCONSIN AVENUE, SUITE 2300
YOUNG, PETER M. ROTTIER, DANIEL
MILWAUKEE, WI  53202

HACH ROSE SCHIRRIPA & CHEVERIE LLP
112 MADISON AVENUE, 10TH FLOOR
SCHIRRIPA, FRANK R
NEW YORK, NY  10016

HAFELI STARAN & CHRIST , P.C.
2055 ORCHARD LAKE ROAD
SYLVAN LAKE, MI  48320

HAFFNER LAW PC
15260 VENTURA BLVD. STE 1520
SHERMAN OAKS, CA  91403

HAIR SHUNNARAH TRIAL ATTORNEYS LLC
3540 S. I-10 SERVICE RD W, STE 300
METAIRIE, LA  70001

HANNON LAW FIRM, LLC
1641 DOWNING STREET
DENVER, CO  80218

HARPER GREY LLP
3200-650 WEST GEORGEA STREET
VANCOUVER, BC  V6B 4P7
CANADA

HARRIS LOWRY MANTON LLP
1418 DRESDEN DR NE, STE 250
MANTON, JED D. LOWRY, STEPHE
BROOKHAVEN, GA  30319

HARRISON DAVIS STEAKLEY MORRISON
JONES, PC
5 RITCHIE RD
WACO, TX  76712

HARRY I. KATZ, PC
61-25 UTOPIA PARKWAY
WEINMAN, VICTORIA I
FRESH MEADOWS, NY  11366

HART MCLAUGHLIN & ELDRIDGE
22 W WASHINGTON ST STE 1600
R MCLAUGHLIN, J PRIOR, K POZAN
CHICAGO, IL  60602-1615

HAUSFELD
888 16TH ST NW STE 300
WASHINGTON, DC  20006-4103

Debtor: LTL MANAGEMENT LLC      CERTIFIED PLAN SOLICITATION DIRECTIVE / CERTIFIED PLAN SOLICITATION DIRECTIVE      Page 13 of 36
Case #:  23-12825 (MBK)

Notices mailed by:  July 18, 2023

HEARD LAW FIRM, PLLC
4900 FOURNACE PL STE 240
BELLAIRE, TX  77401-2347

HEDRICK LAW FIRM
630 NE 63RD ST
OKLAHOMA, OK  73105

HELMSDALE LAW, LLP
6 CONSULTANT PL., SUITE 100-A
DURHAM, NC  17707

HENINGER GARRISON DAVIS, LLC
2224 1ST AVE NORTH
BIRMINGHAM, AL  03520

HERMAN GEREL, LLP
820 OKEEFE AVENUE
HIRSCH, ANDREA S
NEW ORLEANS, LA  70113

HEYGOOD, ORR & PEARSON
6363 N. STATE HIGHWAY 161, SUITE 450
IRVING, TX  75038

HILLARD MUNOZ GONZALES, LLP
719 SOUTH SHORELINE BOULEVARD
PINEDO, THOMAS CHRISTOPHER
CORPUS CHIRSTI, TX  78401

HILLIARD MARTINEZ GONZALES, LLP
719 SOUTH SHORELINE BOULEYARD
PINEDO, THOMAS CHRISTOPHER
CORPUS CHIRSTI, TX  07837

HOLLAND GROVES SCHNELLER & STOLZE
LLC, 211 N BROADWAY, STE 2625
ST. LOUIS, MO  63102

HOLLAND LAW FIRM
211 NORTH BROADWAY, STE 2625
HOLLAND, ERIC D.
ST. LOUIS, MO  63102

HOLLIS, WRIGHT, CLAY & VAIL, P.C.
2201 MORRIS AVE
MCNUTT, CHRISTOPHER
BIRMINGHAM, AL  35203

HORTON LAW FIRM
C/O STEVEN T. HORTON
114 N.W. 6TH STREET, SUITE 201
OKLAHOMA CITY, OK  73102

HOSSLEY EMBRY LLP
515 S. VINE AVE
TYLER, TX  75702

HOVDE, DASSOW, & DEETS, LLC
10201 WEST 103RD STREET, SUITE 500
INDIANAPOLIS, IN  46290

HUBER, SLACK, THOMAS & MARCELLE
1100 POYDRAS STREET, SUITE 2200
ALBERTINE, LOGAN S.
NEW ORLEANS, LA  70163

HUGHES LAW FIRM, PLLC
2525 BARDSTOWN RD
SUITE 101
LOUISVILLE, KY  40205

HURLEY MCKENNA & MERTZ
20 S CLARK ST STE 2250
CHICAGO, IL  60603-1817

HUTTON & HUTTON
8100 E. 22ND ST NORTH, BLDG. 1200
HUTTON, MARK B. HUTTON, ANDREW W.
WITCHITA, KS  67226

J. ALAN WELCH P. C.
2225 GLOUCESTER STREET
BRUNSWICK, GA  31520


JACOBS & CRUMPLAR, P.A.
750 SHIPYARD DRIVE, SUITE 200
WILMINGTON, DE  19801


JACOBS OHARA MCMULLEN , P.C.
14550 TORREY CHASE BLVD
STE 260
HOUSTON, TX  77014


JAMES MORRIS LAW FIRM PC
4001 W. ALAMEDA AVE SUITE 208
MORRIS, JAMES A., GREENBERG, SHANE
BURBANK, CA  91505


JAMES, VERNON & WEEKS, PA
1626 LINCOLN WAY
COEUR DALENE, ID  83814


JAMIE A. JOHNSTON, P.C.
PO BOX 4663
MONTGOMERY, AL  36103-4663


JASON J. JOY & ASSCIATES P.L.L.C.
909 TEXAS STREET, SUITE 1801
HOUSTON, TX  77002


JAVERBAUM WURGAFT HICKS KAHN
WIKSTROM
& SININS, P.C., 80 BROADWAY
FRANK RODRIGUEZ
ELMWOOD PARK, NJ  07407


JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS, P.C.
15 WARREN STREET PH WEST
HACKENSACK, NJ  07601


JAZLOWIECKI & JAZLOWIECKI, LLC
11 LINCOLN AVE., STE. 6
JAZLOWEICKI, EDWARD A
FORESTVILLE, CT  06010


JEFFREY R. LESSIN & ASSOCIATES, PC
1515 MARKET STREET, SUITE 714
LESSIN, JEFFREY R.
PHILADEPHIA, PA  19102


JENNER LAW, P.C.
300 CLIPPER MILL ROAD, STE 240
BALTIMORE, MD  21211


JIM S. HALL & ASSOCIATES, LLC
800 N. CAUSEWAY BLVD, SUITE 100
CROSE, JENNIFER L.
METAIRIE, LA  70001


JOEL E. BROWN & ASSOCIATES, P.C.
416 MAIN ST., SUITE 1300
PEORIA, IL  61602


JOHN B. OSTROW, P.A.
25 SE 2ND AVE, STE 740
MIAMI, FL  33131


JOHNSON BECKER, PLLC
444 CEDAR STREET, SUITE 1800
ST. PAUL, MN  55101


JOHNSON LAW GROUP
2925 RICHMOND AVENUE, SUITE 1700
HOUSTON, TX  77098


JONES WARD PLC
1205 EAST WASHINGTON ST., STE 111
DAVIS, ALEX C.
LOUISVILLE, KY  40206

Debtor: LTL MANAGEMENT LLC
Case #: 23-12825 (MBK)

Notices mailed by: July 18, 2023

JUSTICE LAW
8551 W. SUNRISE BLVD., STE. 300
JUSTICE, CAM F BREIT, ADAM D
PLANTATION, FL 33322

JUSTINIAN & ASSOCIATES PLLC
7042 ALAMO DOWNS PKWY STE 370
SAN ANTONIO, TX 78238-4526

KAPUSTA DEIHL & SCHWEERS, LLC
445 FORT PITT BOULEVARD, SUITE 500
DEIHL, HOLLY L.
PITTSBOURGH, PA 15219

KARON LLC
700 W. SAINT CLAIR AVE, STE 200
KARON, DANIEL R. HOLLOWELL, BEAU D.
CLEVELAND, OH 44113

KARR TUTTLE CAMPBELL
701 FIFTH AVENUE, SUITE 3300
SEATTLE, WA 98104

KARSMAN, MCKENZIE & HART
21 WEST PARK AVENUE
SAVANNAH, GA 31401

KARST & VON OISTE, LLP
C/O ERIC KARST
23923 GOSLING RD, SUITE A
SPRING, TX 77389

KASSEL MCVEY
1330 LAUREL STREET
POST OFFICE BOX 1476
COLUMBIA, SC 29202

KAZAN MCCLAIN SATTERLEY & GREENWOOD
J SATTERLEY, J LONDON, D CLANCY
55 HARRISON ST STE 400
OAKLAND, CA 94607

KAZAROSIAN COSTELLO LLP
546 MAIN STREET
COSTELLO JR., WALTER A.
HAVERHILL, MA 01830

KECHES LAW GROUP, P.C.
2 GRANITE AVENUE, SUITE 400
MILTON, MA 02196

KEEFE BARTELS
125 HALF MILE ROAD, STE 100
JOHN E KEEFE
RED BANK, NJ 07701

KEEFE LAW FIRM
C/O STEPHEN SULLIVAN
125 HALF MILE ROAD, SUITE 100
RED BANK, NJ 07701

KELLEY & FERRARO, LLP
C/O EDWARD KELLEY
950 MAIN AVENUE, SUITE 1300
CLEVELAND, OH 44113

KELLEY UUSTAL, PLC
500 NORTH FEDERAL HIGHWAY, STE 200
C/O CATHERINE DARLSON
FORT LAUDERDALE, FL 33301

KENNY & KENNY, PLLC
315 WEST FAYETTE STREET
SYRACUSE, NY 13202

KENT M. LUCACCIONI, LTD.
20 SOUTH CLARK STREET, SUITE 1700
LUCACCIONI, KENT M.
CHICAGO, IL 60603

KIBBEY AND WAGNER
73 SW FLAGLER AVE.
STUART, FL 34994

Debtor: LTL MANAGEMENT LLC                    CERTIFIED PLAN SOLICITATION DIRECTIVE/ CERTIFIED PLAN SOLICITATION DIRECTIVE
Case #:  23-12825 (MBK)

Notices mailed by:  July 18, 2023

KIESEL LAW, LLP
8648 WILSHIRE BLVD.
BEVERLY HILLS, CA  90211

KILLIAN, DAVIS, RICHTER & MAYLE, PC
202 NORTH 7TH STREET
MAYLE, NICHOLAS W.
GRAND JUNCTION, CO  81502

KIRKENDALL DWYER LLP
4343 SIGMA RD
SUITE 200
DALLAS, TX  75244

KIRTLAND & PACKARD, LLP
KELLY, MICHAEL LOUIS
163 8 S. PACIFIC COAST HIGHWAY
REDONDO BEACH, CA  90277

KLEIN FRANK, P.C.
5277 MANHATTAN CIR STE 102
BOULDER, CO  80303-8200

KLINE & SPECTER, P.C.
1525 LOCUST ST.
JIMENEZ, PRISCILLA
PHILADELPHIA, PA  19102

KNAPP & ROBERTS, P.C.
8777 N. GAINEY CENTER DR. SUITE 165
SCOTTSDALE, AZ  85258

KNIGHT LAW GROUP, LLP
10250 CONSTELLATION BLVD, STE 2500
MIKHOV, STEVE B.
LOS ANGELES, CA  90067

KROGER GARDIS & REGAS, LLP
111 MONUMENT CIR STE 900
INDIANAPOLIS, IN  46204-5106

KUHARSKI LEVITZ & GIOVINAZZO
176 HART BOULEVARD
KUHARSKI, MICHAEL J.
STATEN ISLAND, NY  10301

LANDRY & SWARR, L.L.C.
C/O FRANK SWARR
1100 POYDRAS STREET, STE. 2000
NEW ORLEANS, LA  71063

LANGDON & EMISON
911 MAIN STREET
EMISON, BRETT A
LEXINGTON, MO  64067

LANGSTON & LOTT, PLLC
100 SOUTH MAIN ST.
LOTT, CASEY L.
BOONEVILLE, MS  38829

LARRY HELVEY LAW FIRM
2735 FIRST AVENUE SE, SUITE 101
CEDAR RAPIDS, IA  52402

LARSEN ADVOCATES, PC
23 7TH AVENUE
LARSEN, KRISTIAN KARL
BROOKLYN, NY  11217

LAW OFF OF ISAAC TOVEG PROFESSIONAL
LAW CORP 2600 W. OLIVE AVE. 91505
TOVEG, ISAAC
BURBANK, CA  91505

LAW OFF OF JEFFREY S GLASSMAN, LLC
ONE INTERNATIONAL PLACE, 18TH FL
BOSTON, MA  02110

LAW OFF OF PETER G. ANGELOS, P.C.
100 NORTH CHARLES ST, 22ND FLOOR
BALTIMORE, MD  21201

Debtor: LTL MANAGEMENT LLC
Case #:  23-12825 (MBK)

Notices mailed by:  July 18, 2023

LAW OFF OF ROGER ROCKY WALTON, PC
2310 WEST INTERSTATE 20, STE 200
WALTON, ROGER
ARLINGTON, TX  76017

LAW OFF OF WAYNE E. FERRELL, JR, PLLC
506 S PRESIDENT ST
JACKSON, MS  39201

LAW OFF. OF NICHOLAS A. BOYLAN, APC
233 A STREET, SUITE 1205
VAVASOUR, LIAM F BOYLAN, NICHOLAS A
SAN DIEGO, CA  92101

LAW OFF. OF RICHARD R BARRETT, PLLC
2086 OLD TAYLOR ROAD, SUITE 1011
OXFORD, MS  38655

LAW OFFICE OF CHARLES H JOHNSON, PA
2599 MISSISSIPPI STREET
NEW BRIGHTON, MN  55112-5060

LAW OFFICE OF CHRISTOPHER CUETO
C/O CHRISTOPHER CUETO
7110 WEST MAIN STREET
BELLEVILLE, IL  62223

LAW OFFICE OF EUSI H. PHILLIPS
330 CARONDELET ST, 4TH FLOOR
NEW ORLEANS, LA  70130

LAW OFFICE OF G. CLINTON KELLY
THE MITCHELL BUILDING
304 ROSS STREET - 7TH FLOOR
PITTSBURGH, PA  15219

LAW OFFICE OF GRANT D. AMEY, LLC
PO BOX 67
FAIRHOPE, AL  36533

LAW OFFICE OF HAYTHAM FARAJ
1935 W BELMONT AVE
FARAJ, HAYTHAM
CHICAGO, IL  60657

LAW OFFICE OF ISAAC TOVEG
LAW CORP 2600 W. OLIVE AVE., STE.
91505 TOVEG, ISAAC
BURBANK, CA  91505

LAW OFFICE OF JARRED S. FREEMAN LLC
3840 PARK AVENUE, SUITE 202A
EDISON, NJ  08820

LAW OFFICE OF JOHN D. SILEO, LLC
320 NORTH CARROLLTON AVE, STE 101
SILEO, JOHN D. MOLL, CASEY
NEW ORLEANS, LA  70119

LAW OFFICE OF MARION D. FLOYD
1403 W. ESPLANADE AVE. SUITE A
KENNER, LA  70065

LAW OFFICE OF RICHARD R BARRETT
2086 OLD TAYLOR ROAD, SUITE 1011
OXFORD, MS  38655

LAW OFFICE OF TERENCE J. SWEENEY
44 FAIRMOUNT AVENUE, SUITE ONE
CHATHAM, NJ  07928

LAW OFFICE OF TIMOTHY B MOORE, LC
1619 CONGRESS STREET
MOORE, TIMOTHY B.
NEW ORLEANS, LA  70117

LAW OFFICES DENNIS F. OBRIEN, P.A.
2014 S. TOLLGATE ROAD SUITE 209
OBRIEN, DENNIS F.
BEL AIR, MD  21015

CERTIFIED PLAN SOLICITATION DIRECTIVE/ CERTIFIED PLAN SOLICITATION DIRECTIVE

LAW OFFICES OF DONALD G. NORRIS
3055 WILSHIRE BLVD, STE. 980
NORRIS, DONALD G
LOS ANGELES, CA  90010

LAW OFFICES OF ERIC H. WEINBERG
149 LIVINGSTON AVENUE
NEW BRUNSWICK, NJ  08901

LAW OFFICES OF JAMES S. ROGERS
1500 FOURTH AVE, SUITE 500
ROGERS, JAMES S COVER, HEATHER
SEATTLE, WA  98101

LAW OFFICES OF JAMES SCOTT FARRIN
280 MANGUM STREET, SUITE 400
JACKSON, GARY W.
DURHAM, NC  27701

LAW OFFICES OF JEFFREY MUTNICK
C/O JEFFREY S. MUTNICK
737 SW VISTA AVENUE
PORTLAND, OR  97205

LAW OFFICES OF JEFFREY S. GLASSMAN, LLC
LAMKIN, JULIE E & NAUMES, JR, ROBERT T
ONE INTERNATIONAL PLACE, 18TH FLOOR
BOSTON, MA  02110

LAW OFFICES OF KRUSKELL
1225 NE DOUGLAS ST B
KRUSKELL, LAUREN S.
LEES SUMMIT, MO  64086

LAW OFFICES OF MICHAEL L. RAIR, PA
PO BOX 612
RAIR, MICHAEL L.
BREWER, ME  04412-0612

LAW OFFICES OF PETER G ANGELOS, PC
100 NORTH CHARLES ST, 22ND FL
BALTIMORE, MD  21201

LAW OFFICES OF SEAN M. CLEARY
19 WEST FLAGLER STREET, SUITE 618
PEREIRA, ANDRES
MIAMI, FL  33130

LAW OFFICES OF THEIDA SALAZAR
2140 NORTH HOLLYWOOD WAY, 7192
SALAZAR, THEIDA
BURBANK, CA  91510

LAW OFFS. OF PETER G. ANGELOS, P.C.
100 NORTH CHARLES ST, 22ND FLOOR
BALTIMORE, MD  21201

LAW OFFS. OF RICHARD R BARRETT PLLC
2086 OLD TAYLOR RD, SUITE 1011
OXFORD, MS  38655

LEE COSSELL & CROWLEY, LLP
151 NORTH DELAWARE STREET, STE 1500
INDIANAPOLIS, IN  46204

LENZE LAWYERS, PLC
1300 HIGHLAND AVE, SUITE 207
MANHATTAN BEACH, CA  90266

LEVIN FISHBEIN SEDRAN & BERMAN
510 WALNUT STREET, SUITE 500
PHILADELPHIA, PA  19106

LEVIN SEDRAN & BERMAN
510 WALNUT STREET, STE 500
BERMAN, LAURENCE S.
PHILADELPHIA, PA  19106

LEVIN SIMES ABRAMS LLP
1700 MONTGOMERY, SUITE 250
SAN FRANCISCO, CA  94111

LEVIN SIMES LLP
1700 MONTGOMERY ST STE 250
BAUTIA II, JUAN P.
SAN FRANCISCO, CA  94111

LEVIN, PAPANTONIO, THOMAS,
MITCHELL & PROCTOR, P.A.
316 SOUTH BAYLEN ST., STE 400
BOWDEN, WESLEY A.
PENSACOLA, FL  32502

LEVY BALDANTE FINNEY & RUBENSTEIN
1845 WALNUT ST., SUITE 1300
RUBENSTEIN, MARTIN R COHEN, MARK R.
PHILADELPHIA, PA  19103

LEVY BALDANTE FINNEY & RUBENSTEIN
89 NORTH HADDON AVE, STE D
KELLER, KYLE J. GR
HADDONFIELD, NJ  08033

LEVY KONIGSBERG LLP
605 3RD AVE FL 33
A LONG, R BLUMENKRANZ, J BLOCK, R WALKER
NEW YORK, NY  10158-1699

LEVY KONIGSBERG LLP
C/O MOSHE MAIMON
101 GROVERS MILL RD, STE 105
LAWRENCE TWP, NJ  08648

LEWIS SAUL & ASSOCIATES, P.C.
120 EXCHANGE ST, SUITE 200
COLEMAN, EDWARD A.
PORTLAND, ME  04101

LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 POYDRAS STREET, SUITE 2615
NEW ORLEANS, LA  70130

LIAKOS LAW APC
955 DEEP VALLEY DR
SUITE 3900
PALOS VERDES PENINSULA, CA  90274

LIEFF CABRASER HEIMANN & BERNSTEIN
250 HUDSON ST, 8TH FL
S LONDON, K MCNABB
NEW YORK, NY  10013-1413

LIEFF CABRASER HEIMANN & BERNSTEIN
275 BATTERY ST, 30TH FL
T ZEGEYE, S LONDON
SAN FRANCISCO, CA  94111

LILLIS LAW FIRM
338 LAFAYETTE STREET
M LILLIS, L CENTOLA III
NEW ORLEANS, LA  70130

LINVILLE LAW GROUP
1932 N DRUID HILLS RD NE, SUITE 200
GANDHI, VINITA
ATLANTA, GA  30319

LOBER & DOBSON, LLC
DOBSON, WILLIAM GREGORY
1040 FORT STEPHENSEN ROAD
LOOKOUT MOUNTAIN, GA  30728

LOBER & DOBSON, LLC
MCBRIDE, A. DANIELLE
830 MULBERRY STREET, STE. 201
MACON, GA  31201

LOCKS LAW FIRM
601 WALNUT STREET SUITE 720 E
170 SOUTH INDEPENDENCE MALL WEST
PHILADELPHIA, PA  19106

LOCKS LAW FIRM
C/O ALFRED ANTHONY
801 NORTH KINGS HIGHWAY
CHERRY HILL, NJ  08034

LOPEZ-MCHUGH, LLP
214 FLYNN AVENUE
JOHNSON, REGINA SHARLOW
MORRISTOWN, NJ  08057

LOWRANCE LUNDELL LOFGREN
1099 W. SOUTH JORDAN PARKWAY
SOUTH JORDAN, UT  84095

LUDWIG LAW FIRM, PLC
1217 W. 3RD ST
LITTLE ROCK, AR  72201

LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 BROAD STREET
HIGHTOWER, KRISTIE
LAKE CHARLES, LA  07060

LYNN LAW FIRM
101 S SALINA ST, STE 570
SHANNON, KELSEY W.
SYRACUSE, NY  13202

MALATESTA LAW OFFICES, LLC
5310 N. HARLEM AVE., STE 203
MALATESTA, MICHAEL J
CHICAGO, IL  60656

MANIER & HEROD
1201 DEMONBREUN STREET, STE 900
KELLY II, D. KEITH
NASHVILLE, TN  37203

MARINELLI, NICOLE
BOLING LAW FIRM, LLC
541 JULIA STREET, SUITE 300
NEW ORLEANS, LA  70130

MARLIN & SALTZMAN LLP
29800 AGOURA ROAD, SUITE 210
AGOURA HILLS, CA  97301

MARTIN & JONES
4140 PARKLAKE AVE, STE 400
GUEST, CARRIE R.
RALEIGH, NC  27612

MARTIN BAUGHMAN, PLLC
3141 HOOD STREET, STE 600
DALLAS, TX  75219

MARTIN STANLEY
100 WILSHIRE BLVD., STE. 700
SANTA MONICA, CA  09040

MARTINIAN & ASSOCIATES, INC.
2801 CAHUENGA BLVD WEST
LOS ANGELES, CA  90068

MARTZELL, BICKFORD & CENTOLA
338 LAFAYETTE STREET
CENTOLA III, LAWRENCE J.
NEW ORLEANS, LA  70130

MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
ALEXANDER, MARY E.
SAN FRANCISCO, CA  94104

MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
ASLAMI, SOPHIA M. ALEXANDER, MARY E
SAN FRANCISCO, CA  94104

MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
ASLAMI, SOPHIA M. ALEXANDER,MARY E.
SAN FRANCISCO, CA  94104

MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
J FIORE, S ASLAMI, A MA, B MUNOZ
SAN FRANCISCO, CA  94104

MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
WAY, BRENDAN D.S. MUNOZ, CATALINA S
SAN FRANCISCO, CA  94104

Notices mailed by:   July 18, 2023

MASSIMO & PAWETTA, P.C.
200 WILLIS AVENUE
PANETTA, FRANK C
MINEOLA, NY  11501

MATERN LAW GROUP, PC
1230 ROSECRANS AVE, STE. 200
MANHATTAN BEACH, CA  90266

MAUNE RAICHLE HARTLEY FRENCH & MUDD
C/O SUZANNE M RATCLIFFE
659 EAGLE ROCK AVENUE, SUITE 28
WEST ORANGE, NJ  07052

MAUNE RAICHLE HARTLEY FRENCH & MUDD
C/O T. BARTON FRENCH
1015 LOCUST STREET, SUITE 1200
ST. LOUIS, MO  63101

MAUNE RAICHLE HARTLEY FRENCH & MUDD,
LLC
C/O BRIAN F. LADENBURG
1200 FIFTH AVENUE, SUITE 1400
SEATTLE, WA  98101

MAUNE RAICHLE HARTLEY FRENCH & MUDD,
LLP
C/O DAVID L. AMELL
1900 POWELL STREET, SUITE 200
EMERYVILLE, CA  94608

MAUNE RAICHLE HARTLEY FRENCH & MUDD,
LLP
C/O DAWN BESSERMAN
777 S. HARBOUR ISLAND BLVD., STE. 310
TAMPA, FL  33602

MAUNE RAICHLE HARTLEY FRENCH & MUDD,
LLP
C/O SUZANNE M. RATCLIFFE
150 WEST 30TH STREET, SUITE 201
NEW YORK, NY  10001

MAURO, SAVO, CAMERINO, GRANT & SCHALK,
P.A.
56 E MAIN ST, STE 301
SOMERVILLE, NJ  08876

MCDERMOTT & HICKEY
C/O CHRISTOPHER HICKEY
20525 CENTER RIDGE ROAD, SUITE 200
ROCKY RIVER, OH  44116

MCDONALD WORLEY
1770 ST. JAMES PLACE, STE. 100
HOUSTON, TX  77056

MCELDREW YOUNG
123 S. BROAD STREET, SUITE 2250
LAURIA, BRANDON J.
PHILADELPHIA, PA  19146

MCEWEN LAW FIRM, LTD.
5850 BLACKSHIRE PATH
INVER GROVE HEIGHTS, MN  55076

MCGOWAN, HOOD & FELDER, LLC
10 SHEM DR STE 300
MT PLEASANT, SC  29464-5282

MCNULTY LAW FIRM
827 MORAGA DRIVE
MCNULTY, PETER J.
LOS ANGELES, CA  90049

MCSWEENEY/LANGEVIN, LLC
2116 SECOND AVENUE SOUTH
MINNEAPOLIS, MN  55404

MEDLEY LAW GROUP
PO BOX 1724
HATTIESBURG, MS  39401

MEGARGEL & ESKRIDGE CO., LPA
231 SOUTH CHESTNUT STREET
RAVENNA, OH  44266

Debtor: LTL MANAGEMENT LLC
Case #:  23-12825 (MBK)

Notices mailed by:  July 18, 2023

MEIROWITZ & WASSERBERG, LLP
C/O DANIEL WASSERBERG
1040 SIXTH AVE, STE 12B
NEW YORK, NY  10018

MEIROWITZ & WASSERBERG, LLP
C/O NEIDRA WILSON
1880 JOHN F. KENNEDY BLVD, SUITE 1720
PHILADELPHIA, PA  19103

MENGES LAW
C/O CARSON MENGES
6400 WEST MAIN STREET, STE. 1G
BELLEVILLE, IL  62223

MERCHANT LAW GROUP LLP
10 RUE NOTRE DAME EST, SUITE 200
MONTREAL, QC  H2Y 1B7
CANADA

MERSON LAW PLLC
950 THIRD AVE, 18TH FL
MERSON, JORDAN K.
NEW YORK, NY  10022

MESHBESHER & SPENCE, LTD.
1616 PARK AVENUE
RASO, ASHLEIGH E.
MINNEAPOLIS, MN  55404

MESSA & ASSOCIATES, P.C.
123 S. 22ND STREET
E MCLAFFERTY, I MCLAFFERTY, J MESA
PHILADELPHIA, PA  19103

MEYERS & FLOWERS, LLC
225 WEST WACKER DR., SUITE 1515
FLOWERS, PETER J.
CHICAGO, IL  60606

MICHAEL BRANDY LYNCH FIRM
127 W FAIRBANKS AVE, SUITE 528
LYNCH, MICHAEL B
WINTER PARK, FL  32789

MICHAEL DAVID LAW
14 WALL ST, 20TH FL
NEW YORK, NY  10005

MICHAEL HINGLE & ASSOCIATES, LLC
220 GAUSE BOULEVARD
PFLEEGER, BRYAN A. HINGLE, MICHAEL
SLIDELL, LA  70458

MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN
800 S. GAY ST STE 1100
LAURA WELLING
KNOXVILLE, TN  37929

MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN; KASSAN, RANDI ALYSON
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NY  11530

MILLER DELLAFERA PLC
3420 PUMP RD., PMD 404
HENRICO, VA  23233

MILLER PITT FELDMAN & MCANALLY P.C.
C/O PETER TIMOLEON LIMPERIS
1 S. CHURCH AVE., STE. 900
TUCSON, AZ  85701

MILSTEIN JACKSON FAIRCHILD WADE LLP
10990 WILSHIRE BLVD, 8TH FL
PLESSET, LEVI M
LOS ANGELES, CA  90024

MJR
600 W NEW YORK AVE.
DELAND, FL  32720

MOLL LAW GROUP
180 N STETSON AVE STE 3500
R DOWNING, V BENITEZ
CHICAGO, IL  60601-6769

MONTROSE LAW LLP
SIX CONSULTANT PLACE
SUITE 100-A
DURHAM, NC  27707

MOORE LAW GROUP PLLC
1473 SOUTH 4TH STREET
JENNIFER A MOORE
LOUISVILLE, KY  40208

MORELLI LAW FIRM, PLLC
MORELLI, BENEDICT P. & SIROTKIN, DAVID T
777 THIRD AVENUE, 31ST FLOOR
NEW YORK, NY  10017

MORGAN & MORGAN
GOETZ, MICHAEL, ONE TAMPA CITY CNTR
7TH FL, 201 N FRANKLIN ST
TAMPA, FL  33602

MORGAN & MORGAN, P.A.
191 PEACHTREE ST. NE
ATLANTA, GA  30303

MORRELL LAW FIRM, PLLC
777 THIRD AVENUE, 31ST FLOOR
MORELLI, BENEDICT P.
NEW YORK, NY  10017

MORRIS & PLAYER PLLC
1211 HERR LANE, SUITE 205
BARNES, BETSY J.
LOUISVILLE, KY  40222

MORRIS BART & ASSOCIATES
601 POYDRAS ST. 24TH FLOOR
BARNES, BETSY J.
NEW ORLEANS, LA  70130

MORRIS LAW FIRM
4001 W ALAMEDA AVE, STE 208
J MORRIS, A ANDERSON
BURBANK, CA  91505

MORRIS LAW FIRM
6310 SAN VICENTE BLVD, SUITE 360
MORRIS, JAMES A.
LOS ANGELES, CA  90048

MORRIS, CARY, ANDREWS, TALMADGE &
DRIGGERS LLC 3334 ROSS CLARK CIRCLE
TALMADGE, JR, JOSEPH DANIEL
DOTHAN, AL  36303

MOTLEY RICE NEW JERSEY LLC
210 LAKE DRIVE EAST, STE. 101
E BEREZOFSKY, T HOYLE
CHERRY HILL, NJ  08002

MOTLEY RICE, LLC
20 CHURCH STREET 17TH FLOOR
JASINSKI, MATHEW P.
HARTFORD, CT  06103

MOTLEY RICE, LLC
210 LAKE DRIVE EAST, SUITE 101
DANIEL LAPINSKI
CHERRY HILL, NJ  08002

MOTLEY RICE, LLC
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC  29464

MOTLEY RICE, LLC
321 S MAIN ST., 2ND FL
F FITZPATRICK, J ORENT
PROVIDENCE, RI  02903

MOTLEY RICE, LLC
50 CLAY STREET, STE 1
MIGLIORI, DONALD A.
MORGANTOWN, WV  26501

MOTLEY RICE, LLC
SCOTT, CARMEN S.
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC  29464

**Debtor: LTL MANAGEMENT LLC**      CERTIFIED PLAN SOLICITATION DIRECTIVE/ CERTIFIED PLAN SOLICITATION DIRECTIVE      Page 24 of 36
**Case #:   23-12825 (MBK)**

**Notices mailed by:  July 18, 2023**

MUELLER LAW PLLC
404 W. 7TH STREET
MUELLER, MARK R.
AUSTIN, TX  78701

MURPHY, FALCON & MURPHY, P.A.
ONE SOUTH STREET, SUITE 3000
MEEDER, JESSICA H.
BALTIMORE, MD  21202

MURRAY LAW FIRM
650 POYDRAS STREET, SUITE 2150
MURRAY, STEPHEN B. MURRAY, ARTHUR M.
NEW ORLEANS, OH  70130

NACHAWATI LAW GROUP
5489 BLAIR ROAD
G C HENDERSON; N M NACHAWATI, J RAGGIO
DALLAS, TX  75231

NAPOLI SHKOLNIK, PLLC
400 BROADHOLLOW, SUITE 305
BERMAN, W. STEVEN
MELVILLE, NY  11747

NAPOLI SHKOLNIK, PLLC
525 SOUTH DOUGLAS STREET, STE 260
EL SEGUNDO, CA  90245

NAPOLI SHKOLNIK, PLLC
C/O PAUL J. NAPOLI
270 MUNOZ RIVERA AVE., SUITE 201
HATO REY, PR  00918
PUERTO RICO

NAPOLI SHKOLNIK, PLLC
JAMES HEISMAN, CHRISTOPHER LOPALO
SHAYNA SACKS
360 LEXINGTON AVE, 11TH FL
NEW YORK, NY  10017

NASH & FRANCISKATO LAW FIRM
2300 MAIN STREET, STE 170
KANSAS CITY, MO  64108

NASS CANCELLIERE BRENNER
1515 MARKET STREET, SUITE 2000
PHILADELPHIA, PA  19102

NEAL & HARWELL, PLC
1201 DEMONBREUN ST, STE 1000
BARRETT, CHARLES F.
NASHVILLE, TN  37203

NEWLANDS AND CLARK
11161 EAST STATE ROAD 70, STE 110-168
LAKEWOOD RANCH, FL  34202

NICOLE M VARISCO, ESQ
46 IROQUOIS ROAD
OSSINING, NY  10562

NIX PATTERSON & ROACH
3600 N CAPITAL OF TEXAS B350
C IHRIG, N JOHNSON, N SMITH, N ROACH
AUSTIN, TX  78746

ODOM LAW FIRM, PA
161 W. VAN ASCHE LOOP, STE.1
FAYETTEVILLE, AR  72703

OLDFATHER LAW FIRM
1330 SOURTH THIRD STREET
LOUISVILLE, KY  40208

OLEARY, SHELTON, CORRIGAN PETERSON
DALTON & QUILLAN
1034 S BRENTWOOD BLVD 23RD FLOOR
ST. LOUIS, MO  63117

ONDERLAW, LLC
110 E. LOCKWOOD, 2ND FLOOR
ST. LOUIS, MO  63119

**Debtor: LTL MANAGEMENT LLC**
**Case #:  23-12825 (MBK)**

CERTIFIED PLAN SOLICITATION DIRECTIVE/ CERTIFIED PLAN SOLICITATION DIRECTIVE

**Notices mailed by:  July 18, 2023**

OSBORNE & FRANCIS LAW FIRM PLLC
925 S FEDERAL HWY STE 175
J. ROBERT BELL III
BOCA RATON, FL  33432-6138

PADILLA LAW GROUP
320 ENCINITAS BLVD., SUITE A
ENCINITAS, CA  92024

PANISH, SHEA & BOYLE
11111 SANTA MONICA BLVD., SUITE 700
L DIESEL, P KAUFMAN
LOS ANGELES, CA  90025

PARAFINCZUK WOLF, P.A.
5550 GLADES RD STE 526/527
FORT LAUDERDALE, FL  33431-7277

PARKER WAICHMAN, LLP
6 HARBOR PARK DRIVE
MICHAEL S WERNER, MELANIE H MUHLSTOCK
PORT WASHINGTON, NY  11050

PATRICK MILLER, LLC
400 POYDRAS ST., SUITE 1680
NEW ORLEANS, LA  70130

PAUL J KRAY, ATTORNEY AT LAW
111 PEARL RD
BRUNSWICK, OH  44212

PAUL LLP
601 WALNUT STREET, SUITE 300
KANSAS CITY, MO  64106

PEIFFER WOLF CARR KANE CONWAY & WISE,
LLP
4 EMBARCADERO CENTER, SUITE 1400
SAN FRANCISCO, CA  94111

PENDLEY, BAUDIN & COFFIN, LLP
2225 ENERGY CTR, 1100 POYDRAS ST.
N.R. ROCKFORTE, E.P. FONTENOT
NEW ORLEANS, LA  70163

PETERSON & ASSOCIATE, P.C.
801 W 47TH ST, STE 107
D. PETERSON, N CLEVENGER
KANSAS CITY, MO  64112

PHILIP C. HOFFMAN, L.L.C.
643 MAGAZINE SREET, SUITE 300A
C/O PHILIP C. HOFFMAN
NEW ORLEANS, LA  70130

PHILLIPS & PAOLICELLI, LLP
747 THIRD AVE., 6TH FL
D WOODARD, B TULLY
NEW YORK, NY  10017

PIERCE SKRABANEK BRUERA, PLLC
3701 KIRBY DR, STE 760
HOUSTON, TX  77098

PLYMALE LAW FIRM
201 ST. CHARLES AVE., SUITE 2500
NEW ORLEANS, LA  70170

POGUST BRASLOW & MILLROOD, LLC
EIGHT TOWER BRIDGE, STE 940, 161
WASHINGTON ST BRASLOW, DEREK T
CONSHOHOCKEN, PA  19428

PORTER & MALOUF, PA
P.O. BOX 12768
GIVENS, JOHN T.
JACKSON, MS  39236-2768

POTTS LAW FIRM
3737 BUFFALO SPEEDWAY, SUITE 1900
HOUSTON, TX  77098

CERTIFIED PLAN SOLICITATION DIRECTIVE/ CERTIFIED PLAN SOLICITATION DIRECTIVE

POULIN, WILLEY, ANASTOPOULO, LLC
32 ANN STREET
P.DOOLITTLE, R.WILLEY, IV, B. ABBOTT
CHARLESTON, SC  29403

POURCIAU LAW FIRM, LLC
650 POYDRAS ST
STE 2519
NEW ORLEANS, LA  70130

POWERS ROGERS & SMITH LLP
70 W. MADISON, SUITE 5500
SCOTT, CAROLYN DALEY POWER, JAMES I
CHICAGO, IL  60602

PRATT & ASSOCIATES
634 NORTH SANTA CRUZ AVE, STE 204
LOS GATOS, CA  95030

PRATT & TOBIN, P.C.
ROUTE 111 AT AIRLINE DRIVE
TOBIN, GREGORY M.
EAST ALTON, IL  62024

PRESZLER INJURY LAWYERS
RUSSELL HOWE
151 EGLINTON AVENUE WEST
TORONTO, ON  M4R 1A6
CANADA

PRESZLER LAW FIRM LLP
DAIRN SHANE
800-1075 WEST GEORGIA STREET
VANCOUVER, BC  V6Z 2E1
CANADA

PRIBANIC & PRIBANIC, LLC
1735 LINCOLN WAY
WHITE OAK, PA  15131

PRO SE
327 HUDSON AVE
NEWARK, OH  43055

PRO SE
9315 FAIRWOOD DRIVE
KANSAS CITY, MO  64138

PROVOST UMPHREY LAW FIRM
490 PARK STREET
BEAUMONT, TX  77704

PULASKI LAW FIRM
2925 RICHMOND SUITE 1725
PULASKI, ADAM
HOUSTON, TX  77098

PUTNICK LEGAL, LLC
17 EAST MAIN STREET, SUITE 200
C/O MARY ELIZABETH PUTNICK, OF COUNSEL
TO
PENSACOLA, FL  32502

RAHDERT & MORTIMER, PLLC
535 CENTRAL AVENUE
ST. PETERSBURG, FL  33701

RAIPHER PC
265 STATE STREET
SPRINGFIELD, MA  01103

RAPPAPORT, GLASS, LEVINE & ZULLO
1355 MOTOR PARKWAY
ISLANDIA, NY  11749

REEVES & GOFF, P.C.
1 NORTH JEFFERSON STREET
GOFF, JOSEPH L
FARMINGTON, MO  63640

REICH & BINSTOCK, LLP
4265 SAN FELIPE BLVD, SUITE 1000
HOUSTON, TX  77027

REMER & GEORGES-PIERRE, PLLC
44 WEST FLAGLER STREET, SUITE 2200
MIAMI, FL  33130

RHEINGOLD, GIUFFRA RUFFO & PLOTKIN
551 FIFTH AVENUE 29TH FLOOR
E RUFFO, T GIUFFRA
NEW YORK, NY  10017

RHEINGOLD, GIUFFRA RUFFO & PLOTKIN
561 FIFTH AVENUE 29TH FLOOR
E RUFFO, T GIUFFRA
NEW YORK, NY  10176

RICHARDSON RICHARDSON BOUDREAUX
7447 S LEWIS AVE
C RICHARDSON, P BOUDREAUX, R ALFRED
TULSA, OK  74136

RICHARDSON, THOMAS, HALTIWANGER,
MOORE & LEWIS
1513 HAMPTON ST
COLUMBIA, SC  29201

RIESEN DURANT, LLC
613 LONG POINT RD 100
CANNON JR.,, RHAME CHIP B.
MT PLEASANT, SC  29464

RILEYCATE, LLC
11 MUNICIPAL DR STE 320
FISHERS, IN  46038-1634

RIVERA LAW OFFICES, PLLC
1800 COOPER PT. RD. SW 14
OLYMPIA, WA  98502

ROBBINS ROSS ALLOY BELINFANTE
LITTLEFIELD LLC
500 14TH ST, NW
ATLANTA, GA  30318

ROBINS KAPLAN, LLP
800 LASALLE AVE, STE. 2800
MEGHJEE, MUNIR
MINNEAPOLIS, MN  55402

ROBINSON, CALCAGNIE, ROBINSON,
SHAPIRO, DAVIS, INC.
19 CORPORATE PLAZE DRIVE
NEWPORT BEACH, CA  92660

ROCHON GENOVA LLP
121 RICHMOND STREET WEST SUITE 900
TORONTO, ON  M5H 2K1
CANADA

RODAL LAW, P.A.
8151 PETERS ROAD
4TH FL
PLANTATION, FL  33324

ROSS FELLER CASEY, LLP
ONE LIBERTY PLACE, 1650 MARKERT STREET,
STE 3450 ROSS, ROBERT FELLER, JOEL CASEY
PHILADELPHIA, PA  19103

ROSS LAW OFFICES, P.C.
18 EAST CHESTNUT STREET
SHARON, MA  02067

ROURKE AND BLUMENTHAL, LLP
495 S. HIGH STREE, SUITE 450
ROURKE, MICHAEL J.
COLUMBUS, OH  43215

RUEB STOLLER DANIEL, LLP
1990 N. CALIFORNIA BLVD., 8TH FLOOR
WALNUT CREEK, CA  94596

SALKOW LAW, APC
1541 OCEAN AVE., STE 200
SALKOW, RICHARD
SANTA MONICA, CA  90401

Debtor: LTL MANAGEMENT LLC
Case #:  23-12825 (MBK)

Notices mailed by:  July 18, 2023

SALTZ MONGELUZZI & BENDESKY PC
1650 MARKET ST., 52ND FLOOR
PHILADELPHIA, PA  19103

SALVI, SCHOSTOK & PRITCHARD P.C.
161 N. CLARK STREET SUITE 4700
CHICAGO, IL  60601

SANDERS PHILLIPS GROSSMAN, LLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NY  11530

SANDERS VIENER GROSSMAN LLP
100 GARDEN CITY PLAZA
SUITE 500
GARDEN CITY, NY  11530

SANGISETTY LAW FIRM, LLC
3914 CANAL ST
SANGISETTY, RAVI
NEW ORLEANS, LA  70119

SATTERLEY & KELLEY
C/O JOSEPH SATTERLEY
8700 WESTPORT ROAD, SUITE 202
LOUISVILLE, KY  40242

SAUNDERS & WALKER, P.A.
P.O. BOX 1637
SAUNDERS, JOSEPH H.
PINELLAS PARK, FL  33780-1637

SCHLESINGER LAW OFFICES, P.A.
1212 SE 3RD AVE
S SCHLESINGER, J GDANSKI
FT. LAUDERDALE, FL  33316

SCHMIDT & SETHI, PC
1790 EAST RIVER ROAD SUITE 300
CAMPBELL, SCOTT A
TUCSON, AZ  85718

SCHNEIDER WALLACE COTTRELL KONECKY
2000 POWELL STREET, STE 1400
ESKIN, AMY
EMERYVILLE, CA  94608

SCHROEDER MAUNDRELL BARBIERE POWERS
5300 SOCIALVILLE FOSTER RD, STE 200
POWERS, TODD M.
MASON, OH  45040

SCHROETER, GOLDMARK & BENDER
C/O COLIN B. MIELING
401 UNION STREET, SUITE 3400
SEATTLE, WA  98101

SCOVERN LAW
201 SPEAR STREET, SUITE 1100
SCOVERN, SUSANNE N.
SAN FRANCISCO, CA  94105

SEEGER WEISS LLP
55 CHALLENGER RD
BADARUZZAMAN, ASIM & SEEGER,
CHRISTOPHER
RIDGEFIELD PARK, NJ  07660

SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. MAIN ST., STE. 110
SEIDMAN, DANIEL R.
BELLEVILLE, IL  62220

SEITHEL LAW LLC
POST OFFICE BOX 1929
CHARLESTON, SC  29457

SERLING & ABRAMSON, P.C.
C/O ERIC B. ABRAMSON
280 N OLD WOODWARD AVE, STE 406
BIRMINGHAM, MI  48009

SHAW COWART, LLP
1609 SHOAL CREEK BLVD, SUITE 100
SHAW, ETHAN L. COWART, JOHN P.
AUSTIN, TX  78701

Debtor: LTL MANAGEMENT LLC                    CERTIFIED PLAN SOLICITATION DIRECTIVE / CERTIFIED PLAN SOLICITATION DIRECTIVE
Case #:  23-12825 (MBK)

Notices mailed by:  July 18, 2023


SHELBY RODEN
2101 HIGHLAND AVE S, STE 200
LUCADO, SHANE M. FREEMAN, DON C.
BIRMINGHAM, AL  35205

SILL LAW GROUP, PLLC
14005 N EASTERN AVE
SILL, MATTHEW J. GRIFFIN, KATIE
EDMOND, OK  73013

SIMMONS HANLY CONROY LLC
ONE COURT STREET
WILLIAMS, ANDY S.
ALTON, IL  62002

SKIKOS, CRAWFORD, SKIKOS & JOSEPH
ONE SANSOME ST., SUITE 2830
SAN FRANCISCO, CA  94104

SLATER, SLATER, SCHULMAN, LLP
445 BROADHOLLW RD, ST. 419
ROURKE, MICHAEL J.
MELVILLE, NY  11747

SOUTHERLAND LAW FIRM, PLLC
5214 MARYLAND WAY SUITE 402
BRENTWOOD, TN  37027

SHINDLER, ANDERSON, GOPLERUD & WEESE
P.C.
5015 GRAND RIDGE DR. UNIT 100
WEST DES MOINES, IA  50265-5749

SIMMONS HANLY CONROY LLC
C/O CRYSTAL G. FOLEY
100 N. PACIFIC COAST HIGHWAY, SUITE 1350
EL SEGUNDO, CA  90245

SIMON GREENSTONE PANATIER
3760 KILROY AIRPORT WAY STE 680
LONG BEACH, CA  90806-2490

SLACK & DAVIS LLP
6001 BOLD RULER WAY, SUITE 100
JOHN RANDOLPH DAVIS
AUSTIN, TX  78746

SMITH, GILDEA & SCHMIDT LLC
600 WASHINGTON AVE, SUITE 200
TOWSON, MD  21204

STANLEY LAW GROUP
13101 PRESTON ROAD, SUITE 110
DALLAS, TX  75240

SILL LAW GROUP, PLLC
1101 N. BROADWAY, SUITE 102
M SILL, C BERGIN
OKLAHOMA CITY, OK  73013

SIMMONS HANLY CONROY LLC
C/O JAMES KRAMER
112 MADISON AVENUE
NEW YORK, NY  10016

SINGLETON SCHREIBER MCKENZIE & SCOTT,
LLP
450 A ST, 5TH FLOOR
TRIMBLE, KIMBERLY S SINGLE
SAN DIEGO, CA  92101

SLATER SLATER SCHULMAN
488 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY  10022

SOMMERS SCHWARTZ, PC
ONE TOWN SQUARE, 17TH FLOOR
THOMPSON, JASON J SICKELS, ROBERT B
SOUTHFIELD, MI  48076

STEVE MERRITT LAW
523 W LAMAR ALEXANDER PKWY, STE 11
MERRITT, STEVE
MARYVILLE, TN  37801

Debtor: LTL MANAGEMENT LLC                  CERTIFIED PLAN SOLICITATION DIRECTIVE/ CERTIFIED PLAN SOLICITATION DIRECTIVE          Page 30 of 36
Case #:  23-12825 (MBK)

Notices mailed by:  July 18, 2023


STEVENSON LEGAL GROUP, PLLC
1010 N. WEST STREET
STEVENSON, DAMON R.
JACKSON, MS  39215

STEWART & STEWART
931 S. RANGELINE ROAD
STEWART, DAVID SOBIERAY, MICHAEL
CARMEL, IN  46032

STONE GRANADE & CROSBY PC
8820 US HIGHWAY 90
STRACHAN, LAURA IRVINE, GEORGE
DAPHNE, AL  36526


STRAUSS TROY CO., LPA
150 EAST FOURTH STREET 4TH FLOOR
CINCINNATI, OH  45202-4015

SUGARMAN LAW, LLC
80 EAST MAIN STREET
SUGARMAN, BARRY B.
SOMERVILLE, NJ  08876

SULLIVAN PAPAIN BLOCK MCGRATH &
CANNAVO P.C.
120 BROADWAY 27TH FLOOR
NEW YORK, NY  01027


SULLO & SULLO, LLP
2020 SOUTHWEST FWY. SUITE 300
HOUSTON, TX  77098

SUMMERS & JOHNSON, P.C.
717 THOMAS ST.
WESTON, MO  64098

SUTTON, ALKER & RATHER, LLC
4080 LONESOME RD
MANDEVILLE, LA  70448


SWMW LAW, LLC
C/O BENJAMIN SCHMICKLE
701 MARKET STREET, SUITE 1000
ST. LOUIS, MO  63101

SZAFERMAN LAKIND BLUMSTEIN & BLADER
C/O BENJAMIN SCHMICKLE
LYTLE, ROBERT E
LAWRENCEVILLE, NJ  08648

TAFT STETTINIUS & HOLLISTER LLP
111 EAST WACKER, SUTIE 2800
CHICAGO, IL  60601


TALMADGE BRADDOCK
PO BOX 1419
BILOXI, MS  39533

TAUTFEST BOND
5151 BELT LIND RD, STE 1000
GLITZ, JESSICA; MONTE BOND
DALLAS, TX  75254

TERRELL HOGAN YEGEL, P.A.
233 EAST BAY STREET, 8TH FLOOR
JACKSONVILLE, FL  32202


THE ALARID LAW FIRM, P.C.
300 CENTRAWL SW STE 2500 W
CORDOVA, CAMILLE
ALBUQUERQUE, NM  87102

THE ALVAREZ LAW FIRM
3251 PONCE DE LEON BLVD
CORAL GABLES, FL  33134

THE BARNES FIRM, LC
655 W. BROADWAY, STE. 940
OLIVER, CHRISTIAN R
SAN DIEGO, CA  92101

**Debtor: LTL MANAGEMENT LLC**    CERTIFIED PLAN SOLICITATION DIRECTIVE/ CERTIFIED PLAN SOLICITATION DIRECTIVE    Page 31 of 36
**Case #:  23-12825 (MBK)**

**Notices mailed by:  July 18, 2023**

THE BARNES FIRM, P.C.
420 LEXINGTON AVE, STE 2150
VAZQUEZ, JOE
NEW YORK, NY  10170

THE BENTON LAW FIRM, PLLC
1825 MARKET CENTER BLVD., STE 350
DALLAS, TX  75207

THE BRANDI LAW FIRM
354 PINE STREET, THIRD FLOOR
T EDWARDS, T BRANDI, B MALLOY
SAN FRANCISCO, CA  94104

THE CARLSON LAW FIRM
100 E CENTRAL TEXAS EXPRESSWAY
KILLEEN, TX  76541

THE CHEEK LAW FIRM
650 POYDRAS STREET, SUITE 2310
LINDSEY A. CHEEK
NEW ORLEANS, LA  70130

THE CRONE LAW FIRM, PLC
88 UNION AVENUE, 14TH FLOOR
CRONE, ALAN G.
MEMPHIS, TN  38103

THE CUFFIE LAW FIRM
3080 CAMPBELTON ROAD SOUTHWEST
T CUFFIE, M BENSON
ATLANTA, GA  30311

THE DAILEY LAW FIRM
C/O WILLIAM DAILEY JR.
230 BEMISTON AVENUE, SUITE 1470
ST. LOUIS, MO  63105

THE DEATON LAW FIRM
450 NORTH BROADWAY
C/O JOHN DEATON
EAST PROVIDENCE, RI  02814

THE DIAZ LAW FIRM, PLLC
208 WATERFORD SQUARE, SUITE 300
DIAZ JR., GERALD J.
MADISON, MS  39110

THE DIETRICH LAW FIRM, PC
101 JOHN JAMES AUDUBON PKWY
NICHOLAS J SHEMIK, REBECCA L POSTEK
BUFFALO, NY  14228

THE DILORENZO LAW FIRM, LLC
505 20TH STTREE NORTH, STE 1275
BIRMINGHAM, AL  35203

THE DREESEN LAW FIRM, LLC
16105 SWINGLEY RIDGE ROAD, 4097
CHESTERFIELD, MO  63006

THE DUGAN LAW FIRM, APLC
ONE CANAL PLACE, 365 CANAL ST, STE 1000
NEW ORLEANS, LA  70130

THE DUNKEN LAW FIRM
DUNKEN, BURT TERRY
77 SUGAR CREEK CENTER BLVD STE 600
SUGAR LAND, TX  77478-3688

THE EARLY FIRM, LLC
C/O MATHEW PARK
360 LEXINGTON AVE, 20TH FLOOR
NEW YORK, NY  10017

THE ENTREKIN LAW FIRM
3101 N. CENTRAL AVE., STE. 740
ENTREKIN, LANCE
PHOENIX, AZ  08501

THE FERRARO LAW FIRM, P.A.
600 BRICKELL AVENUE, SUITE 3800
JAGOLINZER, D., FERRARO, JR. J. DIMATT
MIAMI, FL  33131

Debtor: LTL MANAGEMENT LLC
Case #:  23-12825 (MBK)

Notices mailed by:  July 18, 2023

THE GATTI LAW FIRM
JENNINGS, RYAN S
235 FRONT ST. SE, STE. 200
SALEM, OR  97301

THE GORI LAW FIRM, P.C.
C/O SARAH SALGER
156 N. MAIN STREET
EDWARDSVILLE, IL  62025

THE GORNY LAW FIRM, LC
4330 BELLEVIEW AVE, STE 200
KANSAS CITY, MO  64111

THE GOSS LAW FIRM, P.C.
1501 WESTPORT RD
GOSS, PETER E.
KANSAS CITY, MO  64111

THE GROSSMAN LAW FIRM
57 SCHANCK RD. STE C-13
FREEHOLD, NJ  07728

THE HALPERN LAW FIRM, LLC
40 EAST MONTGOMERY AVENUE SUITE 35
C/O DAVID B. HALPERN
ARDMORE, PA  19003

THE HANNON LAW FIRM, LLC
1641 DOWNING STREET
DENVER, CO  80218

THE JACOB D. FUCHSBERG LAW FIRM
3 PARK AVENUE, STE 3700
NEW YORK, NY  10016

THE KING FIRM
2912 CANAL STREET
GELGER, ANDREW J.
NEW ORLEANS, LA  70119

THE KRUGER LAW FIRM
485 S. ROBERTSON BLVD., SUITE 4
KRUGER, JACKIE
BEVERLY HILLS, CA  90211

THE LANIER LAW FIRM
2829 TOWNSGATE RD. STE 100
WESTLAKE VILLAGE, CA  91361

THE LAW FIRM OF JOSEPH H. LOW IV
100 OCEANGATE, 12TH FLOOR
LOW IV, JOSEPH H.
LONG BEACH, CA  90802

THE LAW OFFICE OF WORTHINGTON & CARON,
PC
C/O JOHN M. CARON
273 W. 7TH STREET
SAN PEDRO, CA  90731

THE LAW OFFICES OF ERIC H. WEINBERG
149 LIVINGTON AVENUE
NEW BRUNSWICK, NJ  08901

THE LAW OFFICES OF HAYTHAM FARAJ
1935 W BELMONT AVE
FARAJ, HAYTHAM
CHICAGO, IL  60657

THE LAW OFFICES OF MELVIN W BRUNSON
9000 WESTERN AMERICA CIRCLE STE 201
BRUNSON, MELVIN W.
MOBILE, AL  36609

THE LAW OFFICES OF PETER G. ANGELOS
100 NORTH CHARLES ST
BALTIMORE, MD  21201

THE LAW OFFICES OF SEAN M CLEARY
19 W FLAGLER ST., STE 618
PEREIRA, ANDRES
MIAMI, FL  33130

Debtor: LTL MANAGEMENT LLC
Case #:  23-12825 (MBK)

Notices mailed by:  July 18, 2023

THE LEVENSTEN LAW FIRM, P.C.
2200 RENAISSANCE BLVD
STE 320
KING OF PRUSSIA, PA  19406

THE MADALON LAW FIRM
100 NORTH FEDERAL HIGHWAY CU5
FORT LAUDERDALE, FL  33301

THE MICHAEL BRADY LYNCH FIRM
127 W FAIRBANKS AVE, STE 528
LYNCH, MICHAEL BRADY
WINTER PARK, FL  32789

THE MILLER FIRM, LLC
108 RAILROAD AVE.
ORANGE, VA  02296

THE MITCHELL FIRM, PLLC
1020 HIGHLAND COLONY PKWY, STE 704
JOSEPH
RIDGELAND, MS  39157

THE PATE LAW FIRM
PO BOX 370
CHRISTIANSTED, VI  00821-0370

THE PENTON LAW FIRM
209 HOPPEN PL
BOGALUSA, LA  70427-3827

THE POINTE
1205 E. WASHINGTON ST. SUITE 111
DAVIS, ALEX C.
LOUISVILLE, KY  40206

THE POTTS LAW FIRM, LLP
1901 W 47TH PL 210
KANSAS CITY, KS  66205

THE REARDON LAW FIRM, P.C.
160 HEMPSTEAD ST.
NEW LONDON, CT  06320

THE RUTH LAW TEAM
842 RAYMOND AVE., STE 200
ROSLANSKY, ERIC D.
ST. PAUL, MN  55114

THE SEGAL LAW FIRM
AMOS, II, C., FOSTER, J., & SEGAL, S.
810 KANAWHA BLVD, EAST
CHARLESTON, WV  25301

THE SIMON LAW FIRM, PC
800 MARKET STREET, SUITE 1700
ST. LOUIS, MO  63101

THE SMITH LAW FIRM, PLLC
300 CONCOURSE BLVD
SUITE 104
RIDGELAND, MS  39157

THE WASHINGTON FIRM, PC
1300 S UNIVERSITY DR STE 407
FT WORTH, TX  76107-5727

THE WEBSTER LAW FIRM
6200 SAVOY, SUITE 515
WEBSTER, JASON C.
HOUSTON, TX  77036

THE WEINBERG LAW FIRM
149 LIVINGSTON AVENUE
NEW BRUNSWICK, NJ  08901

THE WHITEHEAD LAW FIRM, LLC
3639 AMBASSADOR CAFFERY PKWY
PETROLEUM TWR, STE 303
LAFAYETTE, LA  70503

THE WHITTEMORE LAW GROUP, PA
100 SECOND AVENUE SOUTH, STE. 304-S
ST. PETERSBURG, FL  33701

THORNTON LAW FIRM
1 LINCOLN ST, FL 13, STATE ST FIN CTR
MCGOLDRICK, MARILYN T.
BOSTON, MA  02111

TORHOERMAN LAW LLC
210 S MAIN STREET
DAVIS, STEVEN D.
EDWARDSVILLE, IL  62025


UNGLESBY LAW FIRM
246 NAPOLEON STREET
UNGLESBY, LEWIS O.
BATON ROUGE, LA  70802

USRY, WEEKS & MATTHEWS, APLC
1615 POYDRAS STREET, SUITE 1250
RICAHRDSON, TIMOTHY R.
NEW ORLEANS, LA  70112

VAUGHAN LAW FIRM PC
2211 NORFOLK STREET, STE 220
VAUGHAN, JEFFREY R.
HOUSTON, TX  77098


VENTURA LAW
235 MAIN STREET
K FITZPATRICK, A RIBEIRO, N BARBER, R AGOSTINHO
DANBURY, CT  06810

VICKERY & SHEPHERD, LLP
10000 MEMORIAL DR., SUITE 750
HOUSTON, TX  77024

VOGELZANG LAW
N WALLACE, W BERKOVER
401 N. MICHIGAN AVENUE, SUITE 350
CHICAGO, IL  60611


WAGNER REESE, LLP
11939 NORTH MERIDIAN STREET
CARMEL, IN  46032

WAGSTAFF & CARTMELL, LLP
4740 GRAND AVE., SUITE 300
KANSAS CITY, MO  64112

WAGSTAFF LAW FIRM
940 LINCOLN STREET
NORTHRUP, ALBERT
DENVER, CO  80203


WALKER, HAMILTON & KOENIG, LLP
50 FRANCISCO STREET, STE. 460
WALKER III, WALTER H.
SAN FRANCISCO, CA  94133

WALLACE & GRAHAM
525 NORTH MAIN STREET
PROSS, MICHAEL B GRAHAM, WILLIAM M
SALISBURY, NC  28144

WALTON TELKEN FOSTER, LLC
241 N. MAIN ST.
EDWARDSVILLE, IL  62035


WARD BLACK LAW
C/O JANET WARD BLACK
208 W. WENDOVER AVE
GREENSBORO, NC  27401

WATERS & KRAUS, LLP
3141 HOOD STREET, STE 700
DALLAS, TX  75219

WATERS KRAUS & PAUL
KEVIN LOEW
222 N. PACIFIC COAST HIGHWAY, STE 1900
EL SEGUNDO, CA  90245

**Debtor: LTL MANAGEMENT LLC**
**Case #:  23-12825 (MBK)**

**Notices mailed by:  July 18, 2023**


WATTS GUERRA LLP
4 DOMINION DR. BLD 3, SUITE 100
SAN ANTONIO, TX  78257

WEINSTEIN CAGGIANO PLLC
600 UNIVERSITY ST, STE 1620
SEATTLE, WA  98101

WEITZ & LUXENBERG
220 LAKE DRIVE EAST, SUITE 210
CHERRY HILL, NJ  08002


WEITZ & LUXENBERG
BHARATI O. SHARMA
220 LAKE DR E 210
CHERRY HILL, NJ  08002

WEITZ & LUXENBERG
D KRAFT, B SHARMA, J WEITZ, J SEDGH
700 BROADWAY
NEW YORK, NY  10003

WEITZ & LUXENBERG
MARK BRATT
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CA  90067


WEXLER WALLACE LLP
55 WEST MONROE STREET, SUITE 3300
CHICAGO, IL  60603

WHITE & WEDDLE, P.C.
630 N.E. 63RD STREET
WHITE, JR, JOE E
OKLAHOMA, OK  73105

WILENTZ, GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DR, STE. 900
L KIZIS, A RESNICK-PARIGIAN
WOODBRIDGE, NJ  07095


WILENTZ, GOLDMAN & SPITZER, P.A.
C/O STEPHEN SULLIVAN, JR.
125 HALF MILE ROAD, SUITE 100
REDBANK, NJ  07701

WILL DAVIDSON LLP
220 BAY STREET 1400
MILLER, PAUL
TORONTO, ON  M5J 2W4
CANADA

WILLIAM D. BRANDT, P.C.
494 STATE STREET, STE 300B
SALEM, OR  97301


WILLIAM G. COLVIN, PLLC
801 BROAD STREET, STE 428
COLVIN, WILLIAM G.
CHATTANOOGA, TN  37402

WILLIAMS & WILLIAMS
1281 RUSSELL STREET
ORANGEBURG, SC  29115

WILLIAMS DECLARK TUSCHMAN CO, LPA
626 MADISON AVENUE, SUITE 800
TUSCHMAN, CHAD M
TOLEDO, OH  43604-1110


WILLIAMS KHERKHER HART BOUNDAS, LLP
8441 GULF FREEWAY, SUITE 600
BRAHMBHATT, SEJAL K BOUNDAS, JOHN T.
HOUSTON, TX  77017

WILLIAMS, KIRK (879031)
AIRWAY HEIGHTS CORRECTION CENTER
P.O. BOX 2049-L-B-05
AIRWAY HEIGHTS, WA  99001

WILSON LAW PA
1111 HAYNES ST, STE 103 (27604)
RALEIGH, NC  27605

**Debtor: LTL MANAGEMENT LLC**
**Case #:  23-12825 (MBK)**

Notices mailed by:  July 18, 2023

WILSON LAW PA
434 FAYETTEVILLE ST, STE 2060
ATTN KIMBERLY WILSON WHITE
RALEIGH, NC  27601

WISNER BAUM
11111 SANTA MONICA BLVD, SUITE 1750
WISNER, ROBERT BRENT
LOS ANGELES, CA  90025

WOCL LEYDON LLC
80 FOURTH STREET
LEYDON, B.P. FUSCO, J.E.
STAMFORD, CT  06905

WORRALL, JAMES, PRO SE
PO BOX 3333
CLARKSVILLE, IN  47131-3333

WRIGHT & SCHULTE, LLC
865 S DIXIE DR
VANDALIA, OH  45377

WYLDER CORWIN KELLY LLP
207 E. WASHINGTON ST. SUITE 102
BLOOMINGTON, IL  61701

YAEGER LAW, PLLC
P.O. BOX 530338
LAURA V. YAEGER
SAINT PETERSBURG, FL  33747

YEAROUT & TRAYLOR, P.C.
3300 CAHABA ROAD, STE. 300
BIRMINGHAM, AL  35223

ZELBST, HOLMES & BUTLER
C/O JOHN P. ZELBST
P.O. BOX 365, 411 SW 6TH STREET
LAWTON, OK  73502-0365

ZEVAN DAVIDSON ROMAN LLC
211 N. BROADWAY
STE 2675
ST. LOUIS, MO  63102

ZINNS LAW, LLC
1800 PEACHTREE ST., NW, STE. 370
ZINNS, SHARON
ATLANTA, GA  30309

Total Parties: 641

**EXHIBIT D**

LTL MANAGEMENT, LLC
Case No. 23-12825
Email Service List

| Talc Firm | EMAIL |
|---|---|
| ABTAHI LAW GROUP LLC | AABTAHI@ABTAHILAW.COM |
| AHDOOT & WOLFSON, PC | RAHDOOT@AHDOOTWOLFSON.COM |
| ALLAN BERGER AND ASSOCIATES | ABERGER@ALLAN-BERGER.COM |
| ALLEN & NOLTE PLLC | JNOLTE@ALLENNOLTE.COM |
| ALOIA LAW FIRM LLC | vlucido@aloialawfirm.com |
| ANAPOL WEISS | tanapol@anapolweiss.com; eashe@anapolweiss.com |
| ANASTOPOULO LAW FIRM | STEFAN@FEIDLERLAWFIRM.COM |
| ANDREW THORNTON HIGGINS RAZMARA LLP | JCT@ANDREWSTHORNTON.COM; AA@ANDREWSTHORNTON.COM; LR@ANDREWSTHORNTON.COM |
| ANDRUS WAGSTAFF, P.C. | ALBERT.NORTHRUP@ANDRUSWAGSTAFF.COM |
| ARNOLD & ITKIN LLP | cboatright@arnolditkin.com; jitkin@arnolditkin.com; rchristensen@arnolditkin.com |
| ASHCRAFT & GEREL | mparfitt@ashcraftlaw.com; plyons@ashcraftlaw.com; jgreen@ashcraftlaw.com |
| ASPEY, WATKINS & DIESEL, PLLC | info@awdlaw.com |
| ATTN: DANIEL P. MCDYER | DANMCDYER@AMBYLAW.COM |
| AVA LAW GROUP, INC. | support@ava.law |
| AXLEY BRYNELSON, LLP | law@axley.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | DTHORNBURGH@AWKOLAW.COM; MARYBETH@PUTNICKLEGAL.COM |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | DTHORNBURGH@AWKOLAW.COM; MARYBETH@PUTNICKLEGAL.COM |
| BABBITT, JOHNSON, OSBORNE & LECLAINCHE, P.A. | RBELL@REALTOUGHLAWYERS.COM; JOSBORNE@REALTOUGHLAWY |
| BACHUS & SCHANKER LLC | CELLIOTT@COLORADOLAW.NET |
| BAILLY AND MCMILLAN, LLP | jbailly@BandMLaw.com; kmcmillan@BandMLaw.com; rdeponto@BandMLaw.com |
| BALKAN PATTERSON & CHARBONNET | LEAH@BALKANPATERRSON.COM |
| BALZARINI & WATSON | lbal@comcast.net |
| BANNER LEGAL | JSHAFER@BANNERLEGAL.COM |
| BARNES LAW GROUP, LLC | ROY@BARNESLAWGROUP.COM |
| BARON & BUDD, P.C. | info@baronbudd.com |
| BARRETT LAW GROUP | BHAMILTON@BARRETTLAWGROUP.COM; kbriley@barrettlawgroup.com |
| BARRY, MCTIERNAN & WEDINGER | RWEDINGER@BMCTWLAW.COM |
| BART DURHAM INJURY LAW | BLAIR@BLAIRDURHAM.COM |
| BATHGATE, WEGENER & WOLF | ekasselman@bathweg.com |
| BEASLEY, ALLEN, CROW, METHVIN, | CHARLIE.STERN@BEASLEYALLEN.COM; LEIGH.ODELL@BEASLEYALLEN.COM |
| BECKER LAW GROUP | becker@beckerlawgroup.com |
| BECNEL LAW FIRM, LLC | MMORELAND@BECNELLAW.COM |
| BEKMAN, MARDER, & ADKINS, LLC | QUINN@BMALAWFIRM.COM |
| BELLUCK & FOX, LLP | kristinageorgiou@gmail.com |
| BENJAMIN, BABET & MCCURDY, HELEN | Carl@beckstedtlaw.com; Robb@beckstedtlaw.com |
| BEREZOFSKY LAW GROUP, LLC | eberezofsky@motleyrice.com |
| BERGMAN DRAPER OSLUND | matt@bergmanlegal.com |
| BERGSTRESSER & POLLOCK PC | RICH@BERGSTRESSER.COM |
| BERKE LAW FIRM, PA | berkelaw@yahoo.com |
| BERMAN & SIMMONS, P. A. | sfaunce@bermansimmons.com; ekayatta@bermansimmons.com; bgideon@bermansimmons.com |
| BERN CAPPELLI LLC | sricci@bernllp.com |
| BERNHEIM KELLY BATTISTA & BLISS | jbernheim@realjustice.com |
| BERNSTEIN LIEBHARD LLP | dweck.morris@gmail.com |

LTL MANAGEMENT, LLC
Case No. 23-12825
Email Service List

| | |
|---|---|
| BEVAN & ASSOCIATES LPA, INC. | TBEVAN@BEVANLAW.COM |
| BISNAR AND CHASE | Tantunovich@bisnarchase.com;  Bchase@bisnarchase.com |
| BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. | sschramm@bbga.com;  jbw@bbgbalaw.com;  lpittard@bbga.com;  jbm@bbgbalaw.com;  ajh@bbgbalaw.com;  hgg@bbgbalaw.com |
| BLASINGAME, BURCH, GARRARD & ASHLEY, PC | sschramm@bbga.com;  jbw@bbgbalaw.com;  lpittard@bbga.com;  jbm@bbgbalaw.com;  ajh@bbgbalaw.com;  hgg@bbgbalaw.com |
| BLIZZARD & NABERS, LLP | EBLIZZARD@BLIZZARDLAW.COM |
| BLOCK LAW FIRM, APLC | jpb@blocklawfirm.com; sml@blocklawfirm.com; mph@blocklawfirm.com |
| BLOOD HURST & OREARDON LLP | ABERGER@ALLAN-BERGER.COM |
| BOHRER LAW FIRM, LLC | SCOTT@BOHRERBRADY.COM |
| BOODELL & DOMANSKIS, LLC | domanskis@boodlaw.com |
| BOUCHER LLP | BHUJWALA@BOUCHER.LA; RAY@BOUCHER.LA |
| BOURDETTE & PARTNERS | pcbb@bourdettelaw.com; mrbb@bourdettelaw.com |
| BRADSHAW, FOWLER, PROCTOR & | HAINDFIELD.MATTHEW@BRADSHAWLAW.COM |
| BRANCH LAW FIRM | MBRANCH@BRANCHLAWFIRM.COM |
| BRAYTON PURCELL LLP | GPURCELL@BRAYTONLAW.COM |
| BREIT LAW PC | bbreit@breitlawyer.com |
| BRIAN E ADORNO ATTORNEY AT LAW, LLC | NO EMAIL FOUND |
| BROWN CHIARI LLP | twalsh@brownchiari.com |
| BROWN READDICK BUMGARTNER CARTER | pscott@brbcsw.com |
| BROWN, READDICK, BUMGARTNER, CARTER, | pscott@brbcsw.com |
| BRUERA LAW FIRM PLLC | SOFIA@BRUERALAW.COM |
| BRUSTER PLLC | AKBRUSTER@BRUSTERPLLC.COM |
| BUCK LAW FIRM | RBUCK@BUCKFIRM.COM; lynn@buckfirm.com |
| BUCKINGHAM BARRERA VEGA | adrian@buckbarrlaw.com |
| BURCH & GEORGE | derekburch@burch-george.com |
| BURG SIMPSON ELDREDGE HERSH JARDINE | SKATZ@BURGSIMPSON.COM |
| BURNETT LAW FIRM | BURNETT@CLA |
| BURNS CHAREST LLP | AKLEVORN@BURNSCHAREST.COM; KNELSON@BURNSCHAREST.COM; WBURNS@BURNSCHAREST.COM; dcharest@burnscharest.com |
| BUZIN LAW, P.C. | abuzin@buzinlaw.com |
| CALCAGNO & ASSOCIATES, LLP | GARY@CALCAGNOLAWFIRM.COM; LORI@CALCAGNOLAWFIRM.COM |
| CAMPBELL & ASSOCIATES | info@injuryhelp.org |
| CAPRETZ & ASSOCIATES | jcapretz@capretz.com |
| CARAZO QUETGLAS LAW OFFICES | info@quetglaslawpsc.org; JORGE@JCTUAYUDALEGAL.COM |
| CARDARO & PEEK, L.L.C. | TCC@CARDAROLAW.COM; CDF@CARDAROLAW.COM |
| CARLSON LAW FIRM | RRIZKALLA@CARLSONATTORNEYS.COM |
| CARPENTER & SCHUMACHER, PC | scarpenter@cstriallaw.com |
| CATES MAHONEY, LLC | dcates@cateslaw.com |
| CELLINO & BARNES, P.C. | BRIAN.GOLDSTEIN@CELLINOANDBARNES.COM |
| CHAFFIN LUHANA LLP | LUHANA@CHAFFINLUHANA.COM |
| CHAMP LYONS III, PC | CHAMP@CHAMPLYONS.COM |
| CHANDLER KLICS, LLP | sylvia@chandlerlawllc.com |
| CHAPPELL, SMITH & ARDEN, P.A. | CSTRAIGHT@CAS-LAW.COM |
| CHEELEY LAW GROUP | bob@cheeleylawgroup.com |
| CHEHARDY, SHERMAN, WILLIAMS,RECILE, | JMW@CHEHARDY.COM |
| CHEONG, DENOVE, ROWELL & BENNETT | mkay@cdrb-law.com |

LTL MANAGEMENT, LLC
Case No. 23-12825
Email Service List

| | |
|---|---|
| CHILDERS, SCHLUETER & SMITH, LLC | BSMITH@CSSFIRM.COM |
| CHISHOLM & CHISHOLM, P.C. | carol@chisholmlawfirm.com |
| CHRISTOPHER D. SMITH P.A. | smith@chrissmith.com |
| CLARK ROBB MASON COULMBE, ET AL. | crco@cwjamaica.com |
| CLAYEO C. ARNOLD, APC | info@justice4you.com |
| CLIFFORD LAW OFFICES, P.C. | RAC@CLIFFORDLAW.COM; SMM@CLIFFORDLAW.COM |
| CLORE LAW GROUP LLC | MARK@CLORELAW.COM; ALISHA@CLORELAW.COM |
| COHEN & MALAD, LLP | jknoll@cohenandmalad.com |
| COHEN, PLACITELLA & ROTH | DGEIER@CPRLAW.COM; CPLACITELLA@CPRLAW.COM; JMPLACITELLA@CPRLAW.COM |
| COLLEY SHROYER & ABRAHAM CO. LLC | dabraham@csajustice.com |
| CONSTANT LEGAL GROUP LLP | ANDY@CONSTANTLLP.COM; INFO@CONSTANTLLP.COM |
| COOK, BARTHOLOMEW, SHEVLIN, COOK & JONES LLP | CJONES@CBSCLAW.COM |
| COONEY AND CONWAY | DBARRETT@COONEYCONWAY.COM; CPORRETTA@COONEYCONWAY.COM |
| CORBOY & DEMETRIO, P.C. | KTL@CorboyDemetrio.com; GUS@corboydemetrio.com |
| CORRIE YACKULIC LAW FIRM, PLLC | corrie@cjylaw.com |
| CORY, WATSON, CROWDER & DEGARIS P.C. | shunt@corywatson.com |
| CUNEO GILBERT & LADUCA, LLP | BRENDANT@CUNEOLAW.COM |
| CUTTER LAW, P.C. | info@cutterlaw.com |
| DALIMONTE RUEB, LLP | JOHN@DRLAWLLP.COM; GREG@DRLAWLLP.COM |
| DALTON AND ASSOCIATES, PA | LSIMON@BDALTONLAW.COM |
| DAMATO LAW FIRM, P.C. | inquiry@damatolawfirm.com |
| DANIEL & ASSOCIATES, LLC | info@aoatl.com |
| DANZIGER & DE LLANO, LLP | michelle@dandell.com |
| DARCY JOHNSON DAY, P.C. | adarcy@darcyjohnsonday.com |
| DARLENE; SIMON GREENSTONE PANATIER, | CPANATIER@SGPBLAW.COM |
| DAVIS & CRUMP P.C. | info@daviscrump.com |
| DAVIS, BETHUNE & JONES, L.L.C. | gdavis@dbjlaw.net |
| DEAN OMAR BRANHAM, LLP | JDEAN@DOBSLEGAL.COM; TBRANHAM@DOBSLEGAL.COM; BSMITH@DOBSLEGAL.COM |
| DECOF, BARRY, MEGA & QUINN, P.C. | JAB@DECOF.COM |
| DEGARIS LAW | asapone@wrightmccall.com |
| DEGARIS WRIGHT MCCALL | ADEGARIS@DWMLAWYERS.COM |
| DELISE & HALL | ahall@dahlaw.com |
| DELL & DEAN PLLC | JDELL@D2TRIALLAW.COM; JMASSARO@D2TRIALLAW.COM |
| DENNIS LAW FIRM | Dennislaw1959@hotmail.com |
| DIAMOND LAW | DDIAMOND@DIAMONDLAWUSA.COM |
| DIAZ LAW FIRM, PLLC | TRIPP@DIAZLAWFIRM.com |
| DICELLO LEVITT GUTZLER LLC | MADICELLO@DICELLOLEVITT.COM |
| DICKEY LAW FIRM, LLP | AARON@DICKEYFIRM.COM |
| DICKS & COGLIANSE LLP | mdicks@hoadefectlawyers.com |
| DICKSON KOHAN & BABLOVE LLP | JBABLOVE@DKBLAWYERS.COM |
| DOBS & FARINAS, LLP | kfarinas@dobslegal.com |
| DOLCE PANEPINTO, P.C. | mpanepinto@dolcefirm.com |
| DOMENGEAUX WRIGHT ROY & EDWARDS LLC | elwoods@wrightroy.com |

| | |
|---|---|
| DONALD L. SCHLAPPRIZZI P.C. | Craig@SchlapprizziPC.com |
| DOROTHY V. MAIER, PA | dorothymaier2013@gmail.com |
| DRISCOLL FIRM, P.C. | paul@thedriscollfirm.com; john@thedriscollfirm.com |
| DUERRING LAW OFFICES | duerringlaw.j.j@gmail.com |
| DUFFY LAW LLC | DUFFY@CPDUFFYLAW.COM |
| DUGAN LAW FIRM, PLC | MEKEL@DUGAN-LAWFIRM.COM |
| DWYER WILLIAMS POTTER | TIM@RDWYER.COM |
| EARLY LUCARELLI SWEENEY & MEISENKOTHEN | BKENNEY@ELSLAW.COM |
| EDLUND GALLAGHER HASLAM MCCALL WOLF & WOOTEN, PLLC | DARREN@DARRENWOLF.COM |
| EDWARD F. LUBY, LLC | LUBYLAW@LUBYLAWFIRM.COM |
| EICHEN, CRUTCHLOW, ZASLOW & MCELROY, LLP | BEICHEN@NJADVOCATES.COM |
| EISENBERG, ROTHWEILER, WINKLER | NANCY@ERLEGAL.COM |
| ELY BETTINI ULMAN ROSENBLATT & OZER | BURT@EBURLAW.COM |
| ELY LAW, LLC | RICK@ELY-LAW.COM |
| ENVIRONMENTAL LITIGATION GROUP, PC | GARY@ELGLAW.COM |
| FAHRENBACH; KELLEY & FERRARO, LLP | jferraro@kelleyferraro.com |
| FAY LAW GROUP PLLC | JOHN@DRLAWLLP.COM; GREG@DRLAWLLP.COM |
| FELDMAN & PINTO | info@feldmanpinto.com |
| FERRER, POIROT & WANSBROUGH | joe@lawyerworks.com; jferrer@lawyerworks.com |
| FITZGERALD KNAIER, LLP | rknaier@fitzgeraldknaier.com |
| FITZGERALD LAW GROUP, LLC | info@fitz-lawgroup.com |
| FLEMING, NOLEN & JEZ, LLP | RAND_NOLEN@FLEMING-LAW.COM; KELSEY_STOKES@FLEMING-LAW.COM |
| FLETCHER V. TRAMMELL | MELISSA@TRAMMELLPC.COM; FLETCH@TRAMMELLPC.COM |
| FLINT LAW FIRM LLC | EFLINT@FLINTLAW.COM |
| FORGIE, CHERYL | babentleyesq@outlook.com |
| FOX AND FARLEY | brucefox@foxandfarleylaw.com; 1badlawdog@gmail.com |
| FRANCOLAW PLLC | DFRANCO@DFRANCOLAW.COM |
| FRAZER LAW LLC | patrick@frazer.law |
| FRAZER PLC | patrick@frazer.law |
| FREDEKING & BISER LAW OFFICES | info@fredekinglaw.com |
| FRIEDMAN RUBIN, PLLP | RFRIEDMAN@FRIEDMANRUBIN.COM;PMULLENIX@FRIEDMANRUBIN.COM |
| FROST LAW FIRM, PC | SCOTT@FROSTLAWFIRM.COM |
| GACOVINO, LAKE & ASSOCIATES | info@gacovinolake.com |
| GAINSBURGH, BENJAMIN, DAVID | GMEUNIER@GAINSBEN.COM; CKREIDER@GAINSBEN.COM |
| GALANTE & BIVALACQUA LLC | scott@gb-lawfirm.com |
| GALIHER DEROBERTIS & WAXMAN LLP | info@galiherlaw.com |
| GANCEDO LAW FIRM, INC | HGANCEDO@GANCEDOLAW.COM |
| GARY C. JOHNSON P.S.C. | BDESKINGS@GARYCJOHNSON.COM; GARY@GARYCJOHNSON.COM; |
| GEOFFREY B. GOMPERS & ASSOC, P.C. | gompers@gomperslaw.com |
| GHIORSO LAW OFFICE | BILL@GHIORSOLAW.COM |
| GIBBS LAW GROUP LLP | KBM@CLASSLAWGROUP.COM |
| GIBSON & ASSOCIATES INC. | AGIBSON@GIBSONLAWPC.COM; DOUG.GIBSON@GIBSONLAWPC.COM |
| GIRARDI & KEESE | KGRIFFIN@GIRARDIKEESE.COM |

LTL MANAGEMENT LLC
Case No. 23-12825
Email Service List

| | |
|---|---|
| GITLIN, HORN AND VAN DE KIEFT, LLP | MHORN@GHVLAW.COM |
| GLENN LOEWENTHAL, PC | lori.lyon@georgiatrialattorneys.com; lisa@georgiatrialattorneys.com |
| GLP ATTORNEYS, P.S., INC. | SeattleOffice@GLPattorneys.com |
| GOETZ, BALDWIN & GEDDES, P.C. | devlan@goetzlawfirm.com; knelson@goetzlawfirm.com |
| GOLDBERG, PERSKY & WHITE, PC | LOCHELTREE@GPWLAW.COM |
| GOLDENBERG HELLER & ANTOGNOLI, PC | TLECH@GHALAW.COM |
| GOLDENBERGLAW PLLC | info@goldenberglaw.com |
| GOLDSTEIN GRECO PC | BRIAN.GOLDSTEIN@CELLINOANDBARNES.COM |
| GOLOMB & HONIK, P.C. | RGOLOMB@GOLOMBHONIK.COM; ASPIRT@GOLOMBHONIK.COM; RGOLOMB@GOLOMBLEGAL.COM; KGRUNFELD@GOLOMBHONIK.COM |
| GOLOMB SPIRT GRUNFELD PC | rgolomb@golomblegal.com; kgrunfeld@golomblegal.com; aspirt@golomblegal.com |
| GORI JULIAN & ASSOCIATES, P.C. | BETH@GORIJULIANLAW.COM; SARA@GORIJULIANLAW.COM; TODD@GORIJULIANLAW.COM |
| GOZA & HONNOLD, LLC | BHONNOLD@GOHONLAW.COM |
| GRAHAM P. CARNER, PLLC | GRAHAM.CARNER@GMAIL.COM |
| GRANT & EISENHOFER P. A. | PALDERSON@GELAW.COM; |
| GREER, RUSSELL, DENT & LEATHERS, PA | MGREER@GREERLAWFIRM.COM |
| GUARDIAN LAW GROUP, LLP | reception@guardian.law |
| GUILLORY & MCCALL, L.L.C. | reg@gmlawllc.com |
| GUSTAFON GLUEK | dgustafson@gustafsongluek.com; awilliams@gustafsongluek.com |
| HABUSH HABUSH & ROTTIER SC | TTRECEK@HABUSH.COM |
| HACH ROSE SCHIRRIPA & CHEVERIE LLP | fschirripa@hrsclaw.com |
| HAFELI STARAN & CHRIST , P.C. | jstaran@hsc-law.com; achrist@hsc-law.com; dchrist@hsc-law.com; hafelaw4@gmail.com |
| HAFFNER LAW PC | JHH@HAFFNERLAWYERS.COM; |
| HAIR SHUNNARAH TRIAL ATTORNEYS LLC | USNER@HAIRSHUNNARAH.COM |
| HANNON LAW FIRM, LLC | KHANNON@HANNONLAW.COM |
| HARPER GREY LLP | RKEITH@HARPERGREY.COM |
| HARRIS LOWRY MANTON LLP | steve@hlmlawfirm.com; jed@hlmlawfirm.com |
| HARRISON DAVIS STEAKLEY MORRISON | ZOLLIE@THETRIALLAWYERS.COM |
| HARRY I. KATZ, PC | speaktoharrykatz@gmail.com |
| HART MCLAUGHLIN & ELDRIDGE | rmclaughlin@hmelegal.com |
| HAUSFELD | JGOTZ@HAUSFELD.COM |
| HEARD LAW FIRM, PLLC | HLFPI@HEARDMERMAN.COM |
| HEDRICK LAW FIRM | EDRICK@GMAIL.COM |
| HELMSDALE LAW, LLP | dvermont@helmsdalelaw.com |
| HENINGER GARRISON DAVIS, LLC | acarroll@hgdlawfirm.com; wlbross@hgdlawfirm.com; info@hgdlawfirm.com |
| HERMAN GEREL, LLP | NO EMAIL FOUND |
| HEYGOOD, ORR & PEARSON | ERIC@HOP-LAW.COM |
| HILLARD MUNOZ GONZALES, LLP | CPINEDO@HMGLAWFIRM.COM |
| HILLIARD MARTINEZ GONZALES, LLP | CPINEDO@HMGLAWFIRM.COM |
| HOLLAND GROVES SCHNELLER & STOLZE | EHOLLAND@ALLFELA.COM |
| HOLLAND LAW FIRM | eholland@hollandtriallawyers.com; info@hollandtriallawyers.com |
| HOLLIS, WRIGHT, CLAY & VAIL, P.C. | joshw@hollis-wright.com |
| HORTON LAW FIRM | SHORTON@COXINET.NET |
| HOSSLEY EMBRY LLP | JEFF@HOSSLEYEMBRY.COM |

**LTL MANAGEMENT, LLC**
**Case No. 23-12825**
**Email Service List**

| | |
|---|---|
| HOVDE, DASSOW, & DEETS, LLC | RDASSOW@HOVDELAW.COM |
| HUBER, SLACK, THOMAS & MARCELLE | stephen@huberthomaslaw.com; info@huberthomaslaw.com |
| HUGHES LAW FIRM, PLLC | THUGHES@HSTATTORNEYS.COM |
| HURLEY MCKENNA & MERTZ | churley@hurley-law.com; info@hurley-law.com |
| HUTTON & HUTTON | BLAKE.SHUART@HUTTONLAW.COM |
| J. ALAN WELCH P. C. | JALANWELCHLAW@BELLSOUTH.NET |
| JACOBS & CRUMPLAR, P.A. | DAVY@JCDELAW.COM |
| JACOBS OHARA MCMULLEN , P.C. | JDM@JOMLAWFIRM.COM |
| JAMES MORRIS LAW FIRM PC | jmorris@jamlawyers.com |
| JAMES, VERNON & WEEKS, PA | WES@JVWLAW.NET |
| JAMIE A. JOHNSTON, P.C. | jamie@jjohnstonpc.com |
| JASON J. JOY & ASSCIATES P.L.L.C. | JASON@JASONJOYLAW.COM |
| JAVERBAUM WURGAFT HICKS | FRODRIGUEZ@LAWJW.COM |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C. | kjaverbaum@lawjw.com |
| JAZLOWIECKI & JAZLOWIECKI, LLC | ejazlowiecki@jazlowiecki.com; Info@jazlowiecki.com |
| JEFFREY R. LESSIN & ASSOCIATES, PC | info@lessinlaw.com |
| JENNER LAW, P.C. | rjenner@jennerlawfirm.com |
| JIM S. HALL & ASSOCIATES, LLC | MMORELAND@BECNELLAW.COM |
| JOEL E. BROWN & ASSOCIATES, P.C. | JEBROWNLAW@SBCGLOBAL.NET |
| JOHN B. OSTROW, P.A. | JOSTROW@BELLSOUTH.NET |
| JOHNSON BECKER, PLLC | shauer@johnsonbecker.com;  mjohnson@johnsonbecker.com |
| JOHNSON LAW GROUP | BADHAM@JOHNSONLAWGROUP.COM |
| JONES WARD PLC | JASPER@JONESWARD.COM |
| JUSTICE LAW | cjustice@justiceinjurylawyer.com; abreit@justiceinjurylawyer.com; justice@justiceinjurylawyer.com |
| JUSTINIAN & ASSOCIATES PLLC | APANGPARRA@JUSTINIANPLLC.COM |
| KAPUSTA DEIHL & SCHWEERS, LLC | deihl@kds.legal |
| KARON LLC | dkaron@karonllc.com; bhollowell@karonllc.com |
| KARR TUTTLE CAMPBELL | DVASQUEZ@KARRTUTTLE.COM |
| KARSMAN, MCKENZIE & HART | JEREMY@KMTRIAL.COM |
| KARST & VON OISTE, LLP | EPK@KARSTVONOISTE.COM; dac@karstvonoiste.com |
| KASSEL MCVEY | jkassel@kassellaw.com |
| KAZAN MCCLAIN SATTERLEY & GREENWOOD | JSATTERLEY@KAZANLAW.COM; JLANGDOC@KAZANLAW.COM; DCLANCY@KAZANLAW.COM |
| KAZAROSIAN COSTELLO LLP | walter@kazcolaw.com; marsha@kazcolaw.com |
| KECHES LAW GROUP, P.C. | CGLINKA@KECHESLAW.COM |
| KEEFE BARTELS | ssullivan@johnkeefelaw.com; jkeefe@keefe-lawfirm.com |
| KEEFE LAW FIRM | SSULLIVAN@WILENTZ.COM |
| KELLEY & FERRARO, LLP | SACTON@KELLEY-FERRARO.COM; JMURPHY@KELLEY-FERRARO.COM |
| KELLEY UUSTAL, PLC | CCD@KULAW.COM |
| KENNY & KENNY, PLLC | MPKENNY@KENNY-KENNY.COM |
| KENT M. LUCACCIONI, LTD. | TEAM@KMLLTDLAW.COM |
| KIBBEY AND WAGNER | JWAGNER@KIBBEYLAW.COM |
| KIESEL LAW, LLP | ZUKIN@KIESEL.LAW; KIESEL@KIESEL.LAW; PALMER@KIESEL.LAW |
| KILLIAN, DAVIS, RICHTER & MAYLE, PC | NICK@KILLIANLAW.COM |
| KIRKENDALL DWYER LLP | PI_leads@kirkendalldwyer.com |

LTL MANAGEMENT LLC
Case No. 23-12825
**Email Service List**

| | |
|---|---|
| KIRTLAND & PACKARD, LLP | MLK@KIRTLANDPACKARD.COM |
| KLEIN FRANK, P.C. | BETH@KLEINFRANK.COM |
| KLINE & SPECTER, P.C. | PRISCILLA.JIMENEZ@KLINESPECTER.COM |
| KNAPP & ROBERTS, P.C. | knapp@krattorneys.com |
| KNIGHT LAW GROUP, LLP | Info@Knightlaw.com |
| KROGER GARDIS & REGAS, LLP | KF@LGKFLAW.COM |
| KUHARSKI LEVITZ & GIOVINAZZO | MKuharski@KLGLawyer.com |
| LANDRY & SWARR, L.L.C. | FSWARR@LANDRYSWARR.COM |
| LANGDON & EMISON | brett@lelaw.com |
| LANGSTON & LOTT, PLLC | info@langstonlott.com |
| LARRY HELVEY LAW FIRM | LHELVEY@HELVEYLAW.COM |
| LARSEN ADVOCATES, PC | KLARSEN@LARSENADVOCATES.COM |
| LAW OFF OF ISAAC TOVEG PROFESSIONAL | ISAACTOVEG@AOL.COM |
| LAW OFF OF JEFFREY S GLASSMAN, LLC | JLAMKIN@JEFFREYSGLASSMAN.COM |
| LAW OFF OF PETER G. ANGELOS, P.C. | NBONADIO@LAWPGA.COM; |
| LAW OFF OF ROGER ROCKY WALTON, PC | FILINGS@ROCKYWALTON.COM |
| LAW OFF OF WAYNE E. FERRELL, JR, PLLC | WFERREL@AIRLAWONLINE.COM |
| LAW OFF. OF NICHOLAS A. BOYLAN, APC | nablawfirm@gmail.com |
| LAW OFF. OF RICHARD R BARRETT, PLLC | RRB@RRBLAWFIRM.NET |
| LAW OFFICE OF CHARLES H JOHNSON, PA | BDEHKES@CHARLESHJOHNSONLAW.COM |
| LAW OFFICE OF CHRISTOPHER CUETO | ccueto@cuetolaw.com |
| LAW OFFICE OF EUSI H. PHILLIPS | EHPHILLIPS@EHPHILLIPSLAW.COM |
| LAW OFFICE OF G. CLINTON KELLY | gckesq@gmail.com |
| LAW OFFICE OF GRANT D. AMEY, LLC | GRANTAMEY@GRANTAMEY.COM |
| LAW OFFICE OF HAYTHAM FARAJ | Haytham@farajlaw.com |
| LAW OFFICE OF ISAAC TOVEG | ISAACTOVEG@AOL.COM |
| LAW OFFICE OF JARRED S. FREEMAN LLC | Jarred.FreemanLaw@gmail.com |
| LAW OFFICE OF JOHN D. SILEO, LLC | jack@johnsileolaw.com; casey@johnsileolaw.com |
| LAW OFFICE OF MARION D. FLOYD | FLOYDMAR@BELLSOUTH.NET |
| LAW OFFICE OF RICHARD R BARRETT | RRB@RRBLAWFIRM.NET |
| LAW OFFICE OF TERENCE J. SWEENEY | SWEENEYLAWFIRM@OPTONLINE.NET |
| LAW OFFICE OF TIMOTHY B MOORE, LC | NO EMAIL FOUND |
| LAW OFFICES DENNIS F. OBRIEN, P.A. | obie26@aol.com |
| LAW OFFICES OF DONALD G. NORRIS | dnorrislaw@gmail.com; dnorris@norgallaw.com |
| LAW OFFICES OF ERIC H. WEINBERG | EHW@ERICHWEINBERG.COM |
| LAW OFFICES OF JAMES S. ROGERS | jsr@jsrogerslaw.com |
| LAW OFFICES OF JAMES SCOTT FARRIN | CBAGLEY@FARRIN.COM |
| LAW OFFICES OF JEFFREY MUTNICK | JMUTNICK@MUTNICKLAW.COM |
| LAW OFFICES OF JEFFREY S. GLASSMAN, LLC | JLAMKIN@JEFFREYSGLASSMAN.COM; BNAUMES@JEFFREYSGLASSMAN.COM |
| LAW OFFICES OF KRUSKELL | LAURENSIERRA@GMAIL.COM |
| LAW OFFICES OF MICHAEL L. RAIR, PA | mrairlaw@aol.com |
| LAW OFFICES OF PETER G ANGELOS, PC | NBONADIO@LAWPGA.COM |
| LAW OFFICES OF SEAN M. CLEARY | seancleary@clearypa.com |
| LAW OFFICES OF THEIDA SALAZAR | salazarlawgroup@gmail.com |

| | |
|---|---|
| LAW OFFS. OF PETER G. ANGELOS, P.C. | LAngelos@lawpga.com |
| LAW OFFS. OF RICHARD R BARRETT PLLC | RRB@RRBLAWFIRM.NET |
| LEE COSSELL & CROWLEY, LLP | NLEE@NLEELAW.COM |
| LENZE LAWYERS, PLC | JLENZE@LENZELAWYERS.COM |
| LEVIN FISHBEIN SEDRAN & BERMAN | JCAMPBELL@AZINJURYLAW.COM |
| LEVIN SEDRAN & BERMAN | MWEINKOWITZ@LFSBLAW.COM |
| LEVIN SIMES ABRAMS LLP | MMCCORMICK@LEVINSIMES.COM |
| LEVIN SIMES LLP | JCAMPBELL@AZINJURYLAW.COM; MMCCORMICK@LEVINSIMES.COM |
| LEVIN, PAPANTONIO, THOMAS, | CSTEPHENSON@LEVINLAW.COM |
| LEVY BALDANTE FINNEY & RUBENSTEIN | rubenstein@levybaldante.com; mcohen@levybaldante.com |
| LEVY KONIGSBERG LLP | MMAIMON@LEVYLAW.COM; JBLOCK@LEVYLAW.COM |
| LEWIS SAUL & ASSOCIATES, P.C. | info@lewissaul.com |
| LEWIS, KULLMAN, STERBCOW & ABRAMSON | kcourtney@lksalaw.com |
| LIAKOS LAW APC | JENN@JENNLIAKOSLAW.COM |
| LIEFF CABRASER HEIMANN & BERNSTEIN | WFLEISHMAN@LCHB.COM |
| LILLIS LAW FIRM | info@mbfirm.com |
| LINVILLE LAW GROUP | info@linvillelawgroup.com; info@linvillefirm.com |
| LOBER & DOBSON, LLC | ADMCBRIDE@LDDLAWYERS.COM; WGD@LDDLAWYERS.COM |
| LOCKS LAW FIRM | AANTHONY@LOCKSLAW.COM |
| LOPEZ-MCHUGH, LLP | NO EMAIL FOUND |
| LOWRANCE LUNDELL LOFGREN | nmismash@3law.com; rados@onderlaw.com |
| LUDWIG LAW FIRM, PLC | KYLE@LUDWIGLAWFIRM.COM |
| LUNDY, LUNDY, SOILEAU & SOUTH, LLP | KHIGHTOWER@LUNDYLAWLLP.COM |
| LYNN LAW FIRM | KSHANNON@LYNNLAW.COM |
| MALATESTA LAW OFFICES, LLC | inquiry@malatestalaw.com |
| MANIER & HEROD | info@manierherod.com; JStone@ManierHerod.com; JWear@ManierHerod.com; swilliams@manierherod.com |
| MARINELLI, NICOLE | jboling@bolingfirm.com; cboling@bolingfirm.com; lmcallister@bolingfirm.com |
| MARLIN & SALTZMAN LLP | ALAZAR@MARLINSALTZMAN.COM |
| MARTIN & JONES | CGUEST@YOURLAWYER.COM |
| MARTIN BAUGHMAN, PLLC | LBAUGHMAN@MARTINBAUGHMAN.COM; RWRIGHT@MARTINBAUGHM |
| MARTIN STANLEY | NO EMAIL FOUND |
| MARTINIAN & ASSOCIATES, INC. | TM@MARTINIANLAW.COM; ARASH@ZABETIANLAW.COM |
| MARTZELL, BICKFORD & CENTOLA | info@mbfirm.com |
| MARY ALEXANDER & ASSOCIATES, P.C. | MALEXANDER@MARYALEXANDERLAW.COM |
| MASSIMO & PAWETTA, P.C. | panettalaw@aol.com |
| MATERN LAW GROUP, PC | JBOXER@MATERNLAWGROUP.COM; MMATERN@MATERNLAWGROUP.COM |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD | BFRENCH@MRHFMLAW.COM; cthompson@mrhfmlaw.com; sratcliffe@mrhfmlaw.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | bladenburg@mrhfmlaw.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLP | Sratcliffe@mrhfmlaw.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLP | damell@mrhfmlaw.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLP | dbesserman@mrhfmlaw.com |
| MAURO, SAVO, CAMERINO, GRANT & SCHALK, P.A. | SCHALK@MAUROSAVOLAW.COM |
| MCDERMOTT & HICKEY | CHIP@MCDERMOTTHICKEYLAW.COM |

| | |
|---|---|
| MCDONALD WORLEY | info@mcdonaldworley.com |
| MCELDREW YOUNG | JIM@MCELDREWPURTELL.COM |
| MCEWEN LAW FIRM, LTD. | GMCEWEN@MCEWENLAW.COM |
| MCGOWAN, HOOD & FELDER, LLC | JFELDER@MCGOWANHOOD.COM; RHOOD@MCGOWANHOOD.COM; JW |
| MCSWEENEY/LANGEVIN, LLC | ram@westrikeback.com |
| MEDLEY LAW GROUP | DON@MEDLEYLAWGROUP.COM |
| MEGARGEL & ESKRIDGE CO., LPA | info@memlawohio.com |
| MEIROWITZ & WASSERBERG, LLP | dw@mwinjurylaw.com |
| MEIROWITZ & WASSERBERG, LLP | neidra@mwinjurylaw.com |
| MENGES LAW | cmenges@mengesfirm.com |
| MERCHANT LAW GROUP LLP | DCHUNG@MERCHANTLAW.COM |
| MERSON LAW PLLC | JMERSON@MERSONLAW.COM |
| MESHBESHER & SPENCE, LTD. | tnemo@meshbesher.com; adavick@meshbesher.com; abiermann@meshbesher.com; dstewart@meshbesher.com; epalmer@meshbesher.com |
| MESSA & ASSOCIATES, P.C. | imclafferty@messalaw.com; jmessa@messalaw.com |
| MEYERS & FLOWERS, LLC | PJF@MEYERS-FLOWERS.COM |
| MICHAEL BRANDY LYNCH FIRM | MICHAEL@MBLYNCHFIRM.COM |
| MICHAEL DAVID LAW | MICHAELDAVIDLAW@AOL.COM |
| MICHAEL HINGLE & ASSOCIATES, LLC | SERVEWMHH@HINGLELAW.COM |
| MILBERG COLEMAN BRYSON PHILLIPS | RKASSAN@MILBERG.COM |
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN | RKASSAN@MILBERG.COM |
| MILLER DELLAFERA PLC | tdellafera@millerdellafera.com |
| MILLER PITT FELDMAN & MCANALLY P.C. | plimperis@mpfmlaw.com |
| MILSTEIN JACKSON FAIRCHILD WADE LLP | LPLESSET@MJFWLAW.COM |
| MJR | MJR@RAWNSLEYLAW.ORG |
| MOLL LAW GROUP | info@molllawgroup.com |
| MONTROSE LAW LLP | yamselem@montroselawllp.com |
| MOORE LAW GROUP PLLC | JENNIFER@MOORELAWGROUP.COM |
| MORELLI LAW FIRM, PLLC | DSIROTKIN@MORELLILAW.COM |
| MORGAN & MORGAN | MGOETZ@FORTHEPEOPLE.COM |
| MORGAN & MORGAN, P.A. | MGOETZ@FORTHEPEOPLE.COM |
| MORRELL LAW FIRM, PLLC | DSIROTKIN@MORELLILAW.COM |
| MORRIS & PLAYER PLLC | RROOT@MORRISBART.COM |
| MORRIS BART & ASSOCIATES | RROOT@MORRISBART.COM |
| MORRIS LAW FIRM | JMORRIS@JAMLAWYERS.COM |
| MORRIS, CARY, ANDREWS, TALMADGE & | jamorris@mcatlaw.com; dtalmadge@mcatlaw.com |
| MOTLEY RICE NEW JERSEY LLC | DLAPINSKI@MOTLEYRICE.COM; JHURST@MOTLEYRICE.COM; CSCOTT@MOTLEYRICE.COM |
| MOTLEY RICE, LLC | DLAPINSKI@MOTLEYRICE.COM; JHURST@MOTLEYRICE.COM; CSCOTT@MOTLEYRICE.COM |
| MUELLER LAW PLLC | SFARIES@MUELLERLAW.COM; SFARIES@PULASKILAWFIRM.COM |
| MURPHY, FALCON & MURPHY, P.A. | JMEEDER@FORTHEPEOPLE.COM |
| MURRAY LAW FIRM | CTHOMAS@MURRAY-LAWFIRM.COM |
| NACHAWATI LAW GROUP | PLUFF@FNLAWFIRM.COM; NGIBSON@FNLAWFIRM.COM; JLONG@FNLAWFIRM.COM; DMCDOWELL@FNLAWFIRM.COM |
| NAPOLI SHKOLNIK, PLLC | SSACKS@NAPOLILAW.COM; MAGNETTI@NAPOLILAW.COM; Pnapoli@NSPRlaw.com |
| NASH & FRANCISKATO LAW FIRM | BFRANCISKATO@NASHFRANCISKATO.COM |
| NASS CANCELLIERE BRENNER | EMNASS@NASSCANCELLIERE.COM |

LTL MANAGEMENT, LLC
Case No. 23-12825
**Email Service List**

| | |
|---|---|
| NEAL & HARWELL, PLC | cbarrett@nealharwell.com |
| NEWLANDS AND CLARK | shane@newlandsclark.com |
| NICOLE M VARISCO, ESQ | NICOLE.VARISCO@LAWBBH.COM |
| NIX PATTERSON & ROACH | cihrig@nixlaw.com |
| ODOM LAW FIRM, PA | OFFICE@ODOMFIRM.COM |
| OLDFATHER LAW FIRM | SDESKINS@OLDFATHER.COM |
| OLEARY, SHELTON, CORRIGAN PETERSON | CORRIGAN@OSCLAW.COM |
| ONDERLAW, LLC | RADOS@ONDERLAW.COM; ONDER@ONDERLAW.COM; BLAIR@ONDERLAW.COM |
| OSBORNE & FRANCIS LAW FIRM PLLC | RBELL@REALTOUGHLAWYERS.COM; JOSBORNE@REALTOUGHLAWY |
| PADILLA LAW GROUP | JPADILLA@PADILLALAWGROUP.COM |
| PANISH, SHEA & BOYLE | PKAUFMAN@PSBR.LAW |
| PARAFINCZUK WOLF, P.A. | JPARAFINCZUK@PARAWOLF.COM |
| PARKER WAICHMAN, LLP | MMUHLSTOCK@YOURLAWYER.COM |
| PATRICK MILLER, LLC | PMILLER@PATRICKMILLERLAW.COM |
| PAUL J KRAY, ATTORNEY AT LAW | PAUL@KRAYATTORNEYS.COM |
| PAUL J NAPOLI, ATTORNEY | Pnapoli@NSPRlaw.com |
| PAUL LLP | RICK@PAULLLP.COM |
| PEIFFER WOLF CARR KANE CONWAY & WISE, LLP | scraig@peifferwolf.com; rabrams@peifferwolf.com |
| PENDLEY, BAUDIN & COFFIN, LLP | PWPENDLEY@PBCLAWFIRM.COM |
| PETERSON & ASSOCIATE, P.C. | DMP@PETERSONLAWFIRM.COM |
| PHILIP C. HOFFMAN, L.L.C. | phil@pchlawfirm.com |
| PHILLIPS & PAOLICELLI, LLP | DWOODARD@P2LAW.COM |
| PIERCE SKRABANEK BRUERA, PLLC | INTAKE@PSBFIRM.COM |
| PLYMALE LAW FIRM | DPLYMALE@DUGAN-LAWFIRM.COM |
| POGUST BRASLOW & MILLROOD, LLC | MDALY@POGUSTMILLROOD.COM |
| PORTER & MALOUF, PA | PATRICK@PORTERMALOUF.COM; TIM@PORTERMALOUF.COM |
| POTTS LAW FIRM | kwestbook@potts-law.com |
| POULIN, WILLEY, ANASTOPOULO, LLC | INFO@AKIMLAWFIRM.COM |
| POURCIAU LAW FIRM, LLC | DRP@POURCIAULAW.COM |
| POWERS ROGERS & SMITH LLP | CDALEY@POWERROGERS.COM |
| PRATT & ASSOCIATES | PGORE@PRATTATTORNEYS.COM |
| PRATT & TOBIN, P.C. | LAWOFFICE@PRATTANDTOBIN.COM |
| PRESZLER INJURY LAWYERS | RHOWE@PRESZLERLAW.COM |
| PRESZLER LAW FIRM LLP | DSHANE@PRESZLERLAW.COM |
| PRIBANIC & PRIBANIC, LLC | VPRIBANIC@PRIBANIC.COM |
| PROVOST UMPHREY LAW FIRM | JAJ@M-J.COM |
| PULASKI LAW FIRM | INFO@PULASKILAWFIRM.COM |
| PUTNICK LEGAL, LLC | MARYBETH@PUTNICKLEGAL.COM |
| RAHDERT & MORTIMER, PLLC | SERVICEMORT@RAHDERTLAW.COM |
| RAIPHER PC | MJK@RAIPHER.COM; TSL@RAIPHER.COM; RDP@RAIPHER.COM |
| RAPPAPORT, GLASS, LEVINE & ZULLO | TVALET@RAPPLAW.COM |
| REEVES & GOFF, P.C. | jgoff@reevesandgoff.com |
| REICH & BINSTOCK, LLP | bbinstock@reichandbinstock.com; dreich@reichandbinstock.com |
| REMER & GEORGES-PIERRE, PLLC | jcosta@rgph.law; agp@rgph.law |

LTL MANAGEMENT LLC
Case No. 23-12825
Email Service List

| | |
|---|---|
| RHEINGOLD, GIUFFRA RUFFO & PLOTKIN | DRHEINGOLD@RHEINGOLDLAW.COM |
| RICHARDSON RICHARDSON BOUDREAUX | MARKETING@RRBOK.COM |
| RICHARDSON, THOMAS, HALTIWANGER, | WILL@RICHARDSONTHOMAS.COM; TERRY@RICHARDSONTHOMAS.COM |
| RIESEN DURANT, LLC | CHIP@RIESENDURAN.COM |
| RILEYCATE, LLC | KBRILEY@BARRETTLAWGROUP.COM |
| RIVERA LAW OFFICES, PLLC | CELIA@RIVERALAWOFFICES.COM |
| ROBBINS ROSS ALLOY BELINFANTE | ADENTON@ROBBINSFIRM.COM |
| ROBINS KAPLAN, LLP | MMEGHJEE@ROBINSKAPLAN.COM |
| ROBINSON, CALCAGNIE, ROBINSON, | INQUIRY@ROBINSONFIRM.COM; MROBINSON@ROBINSONFIRM.COM |
| ROCHON GENOVA LLP | JROCHON@ROCHONGENOVA.COM |
| RODAL LAW, P.A. | chezky@forthepeople.com |
| ROSS FELLER CASEY, LLP | SBERGER@ROSSFELLERCASEY.COM; MHOFFMAN@ROSSFELLERCASEY.COM |
| ROSS LAW OFFICES, P.C. | HROSSLAW@GMAIL.COM |
| ROURKE AND BLUMENTHAL, LLP | MROURKE@RANDBLLP.COM |
| SALKOW LAW, APC | CONTACT@SALKOWLAW.COM |
| SALTZ MONGELUZZI & BENDESKY PC | JCOHAN@SMBB.COM; LCOHAN@SMBB.COM |
| SALVI, SCHOSTOK & PRITCHARD P.C. | PSALVI@SALVILAW.COM |
| SANDERS PHILLIPS GROSSMAN, LLC | RKASSAN@MILBERG.COM |
| SANDERS VIENER GROSSMAN LLP | RKASSAN@MILBERG.COM |
| SANGISETTY LAW FIRM, LLC | RKS@SANGISETTYLAW.COM |
| SATTERLEY & KELLEY | PKELLEY@SATTERLEYLAW.COM |
| SAUNDERS & WALKER, P.A. | JOE@SAUNDERSLAWYERS.COM |
| SCHLESINGER LAW OFFICES, P.A. | POTENTIALCLIENT@SCHLESINGERLAW.COM |
| SCHMIDT & SETHI, PC | INFO@AZINJURYLAW.COM |
| SCHNEIDER WALLACE COTTRELL KONECKY | AESKIN@SCHNEIDERWALLACE.COM |
| SCHROEDER MAUNDRELL BARBIERE POWERS | MAHRENS@SMBPLAW.COM |
| SCHROETER, GOLDMARK & BENDER | mieling@sgb-law.com |
| SCOVERN LAW | Scovern@scovernlaw.com |
| SEEGER WEISS LLP | INTAKE@SEEGERWEISS.COM |
| SEIDMAN MARGULIS & FAIRMAN, LLP | SSEIDMAN@SEIDMANLAW.NET |
| SEITHEL LAW LLC | LYNN@SEITHELLAW.COM |
| SERLING & ABRAMSON, P.C. | EABRAMSON@SERLINGLAW.COM |
| SHAW COWART, LLP | elshaw@shawcowart.com |
| SHELBY RODEN | DSHELBY@SHELBYRODEN.COM |
| SHINDLER, ANDERSON, GOPLERUD & WEESE P.C. | GOPLERUD@SAGWLAW.COM; MARTY@SAGWLAW.COM |
| SILL LAW GROUP, PLLC | matt@sill-law.com |
| SIMMONS HANLY CONROY | TMIRACLE@SIMMONSFIRM.COM; JKRAMER@SIMMONSFIRM.COM |
| SIMMONS HANLY CONROY LLC | TMIRACLE@SIMMONSFIRM.COM; JKRAMER@SIMMONSFIRM.COM |
| SIMMONS HANLY CONROY LLC | cfoley@simmonsfirm.com |
| SIMON GREENSTONE PANATIER | JBJ@SGPBLAW.COM; CPANATIER@SGPBLAW.COM |
| SINGLETON SCHREIBER MCKENZIE & SCOTT, LLP | INFO@SINGLETONSCHREIBER.COM |
| SKIKOS, CRAWFORD, SKIKOS & JOSEPH | ADESMOND@SKIKOS.COM |
| SLACK & DAVIS LLP | JDAVIS@SLACKDAVIS.COM |
| SLATER, SLATER, SCHULMAN, LLP | aslater@sssfirm.com |

LTL MANAGEMENT LLC
Case No. 23-12825
Email Service List

| | |
|---|---|
| SMITH, GILDEA & SCHMIDT LLC | CMORABITO@SGS-LAW.COM |
| SOMMERS SCHWARTZ, PC | RSICKELS@SOMMERSPC.COM |
| SOUTHERLAND LAW FIRM, PLLC | WES@SOUTHERLAND-LAW.COM |
| STANLEY LAW GROUP | SKITNER@STANLEYLAWGROUP.COM; MARCSTANLEY@MAC.COM |
| STEVE MERRITT LAW | stevem@smerrittlaw.com |
| STEVENSON LEGAL GROUP, PLLC | DAMON@DAMONSTEVENSONLAW.COM |
| STEWART & STEWART | MIKE@GETSTEWART.COM |
| STONE GRANADE & CROSBY PC | lstrachan@sgclaw.com |
| STRAUSS TROY CO., LPA | RRPARRY@STRAUSSTROY.COM |
| SUGARMAN LAW, LLC | BSUGARMAN@SUGARMANLAWFIRM.COM |
| SULLIVAN PAPAIN BLOCK MCGRATH & | SPBMC-NY@TRIALLAW1.COM |
| SULLO & SULLO, LLP | ASullo@sullowlaw.com |
| SUMMERS & JOHNSON, P.C. | AARON@SUMMERSANDJOHNSON.COM |
| SUTTON, ALKER & RATHER, LLC | MALKER@SUTTON-ALKER.COM; CSUTTON@SUTTON-ALKER.COM |
| SWMW LAW, LLC | BEN@SWMWLAW.COM |
| SZAFERMAN LAKIND BLUMSTEIN & BLADER | JBAUER@SZAFERMAN.COM |
| TAFT STETTINIUS & HOLLISTER LLP | MONEIL@TAFTLAW.COM |
| TALMADGE BRADDOCK | RADDOCK@ICLOUD.COM |
| TAUTFEST BOND | MBOND@TAUTFESTBOND.COM |
| TERRELL HOGAN YEGEL, P.A. | terrell@terrellhogan.com |
| THE ALARID LAW FIRM, P.C. | Camille_cordova@yahoo.com |
| THE ALVAREZ LAW FIRM | ALEX@TALF.LAW; PHILLIP@TALF.LAW |
| THE BARNES FIRM, LC | JOE.VAZQUEZ@CELLINOANDBARNES.COM; JOE.VAZQUEZ@THEBARNESFIRM.COM |
| THE BARNES FIRM, P.C. | joe.vazquez@thebarnesfirm.com |
| THE BENTON LAW FIRM, PLLC | Jeff@JeffBenton.com |
| THE BRANDI LAW FIRM | INFO@BRANDILAW.COM |
| THE CARLSON LAW FIRM | CCARLSON@CARLSONATTORNEYS.COM |
| THE CHEEK LAW FIRM | LCHEEK@THECHEEKLAWFIRM.COM; KCHEEK@THECHEEKLAWFIRM.COM |
| THE CRONE LAW FIRM, PLC | ACRONE@CRONELAWFIRMPLC.COM |
| THE CUFFIE LAW FIRM | crolle@cuffielawfirm.com |
| THE DAILEY LAW FIRM | WILLIAM.DAILEY@THEDAILEYFIRM.COM |
| THE DEATON LAW FIRM | ALL-DEATON@DEATONLAWFIRM.COM |
| THE DIAZ LAW FIRM, PLLC | TRIPP@DIAZLAWFIRM.COM |
| THE DIETRICH LAW FIRM, PC | BWOOD@CALLJED.COM |
| THE DILORENZO LAW FIRM, LLC | JOEL@DILORENZO-LAW.COM |
| THE DREESEN LAW FIRM, LLC | MDREESEN@DREESENLAW.COM |
| THE DUGAN LAW FIRM, APLC | MEKEL@DUGAN-LAWFIRM.COM; MARK@DUGAN-LAWFIRM.COM; J |
| THE DUNKEN LAW FIRM | TDUNKEN@DUNKENLAW.COM |
| THE ENTREKIN LAW FIRM | lance@entrekinlaw.com |
| THE FERRARO LAW FIRM, P.A. | LBR@FERRAROLAW.COM; JLB@FERRAROLAW.COM |
| THE GATTI LAW FIRM | RJENNINGS@GATTILAW.COM |
| THE GORI LAW FIRM, P.C. | BETH@GORIJULIANLAW.COM; SARA@GORIJULIANLAW.COM; TODD@GORIJULIANLAW.COM |
| THE GORNY LAW FIRM, LC | STEVE@GORNYLAWFIRM.COM |
| THE GOSS LAW FIRM, P.C. | INFO@GOSS-LAWFIRM.COM |

LTL MANAGEMENT, LLC
Case No. 23-12825
Email Service List

| THE GROSSMAN LAW FIRM | JHARWOODRUHL@GROSSMANJUSTICE.COM |
| THE HALPERN LAW FIRM, LLC | dave@thehalpernlawfirm.com |
| THE HANNON LAW FIRM, LLC | KHANNON@HANNONLAW.COM |
| THE JACOB D. FUCHSBERG LAW FIRM | l.WELK@FUCHSBERG.COM |
| THE KING FIRM | ABERGER@ALLAN-BERGER.COM |
| THE KRUGER LAW FIRM | INFO@THEKRUGERLAWFIRM.COM |
| THE LANIER LAW FIRM | michael.akselrud@lanierlawfirm.com |
| THE LAW OFFICES OF ERIC H. WEINBERG | EHW@ERICHWEINBERG.COM |
| THE LAW OFFICES OF HAYTHAM FARAJ | Haytham@farajlaw.com |
| THE LAW OFFICES OF MELVIN W BRUNSON | MELVINBRUNSON@COMCAST.NET |
| THE LAW OFFICES OF PETER G. ANGELOS | TMINKIN@LAWPGA.COM |
| THE LAW OFFICES OF SEAN M CLEARY | SEAN@CLEARYPA.COM |
| THE LEVENSTEN LAW FIRM, P.C. | MWJ@LEVENSTENLAWFIRM.COM; SDL@LEVENSTENLAWFIRM.COM |
| THE MADALON LAW FIRM | JOSEPH@MADALONLAW.COM |
| THE MICHAEL BRADY LYNCH FIRM | MICHAEL@MBLYNCHFIRM.COM |
| THE MILLER FIRM, LLC | tshah@millerfirmllc.com; CHOKE@MILLERFIRMLLC.COM |
| THE PATE LAW FIRM | SUNLAW@GMAIL.COM |
| THE PENTON LAW FIRM | FEDCOURTMAIL@THEPENTONLAWFIRM.COM |
| THE POINTE | AFUNK@POTTS-LAW.COM |
| THE POTTS LAW FIRM, LLP | kwestbook@potts-law.com |
| THE REARDON LAW FIRM, P.C. | KREARDON@REARDONLAW.COM |
| THE RUTH LAW TEAM | ATTORNEYS@GETJUSTICE.COM |
| THE SEGAL LAW FIRM | EDWARD.AMOS@SEGAL-LAW.COM; JASON.FOSTER@SEGAL-LAW.COM; SCOTT.SEGAL@SEGAL-LAW.COM |
| THE SIMON LAW FIRM, PC | ASIMON@SIMONLAWPC.COM; JSIM |
| THE SMITH LAW FIRM, PLLC | ALLEN@SMITH-LAW.ORG |
| THE WASHINGTON FIRM, PC | INFO@THEWFIRM.COM |
| THE WEBSTER LAW FIRM | jwebster@thewebsterlawfirm.com |
| THE WEINBERG LAW FIRM | EHW@ERICHWEINBERG.COM |
| THE WHITEHEAD LAW FIRM, LLC | KATE@WHITEHEADFIRM.COM; CMW@WHITEHEADFIRM.COM |
| THE WHITTEMORE LAW GROUP, PA | justice@WHEREJUSTICEMATTERS.COM |
| THORNTON LAW FIRM | ALANDRY@TENLAW.COM |
| TORHOERMAN LAW LLC | sdavis@torhoermanlaw.com |
| UNGLESBY LAW FIRM | LANCE@UNGLESBYLAW.COM |
| USRY, WEEKS & MATTHEWS, APLC | trichardson@uwmlaw.com |
| VAUGHAN LAW FIRM PC | JEFF@LEGALTRIALTEAM.COM |
| VENTURA LAW | INFO@VENTURALAW.COM |
| VICKERY & SHEPHERD, LLP | FRED@JUSTICESEEKERS.COM |
| VOGELZANG LAW | NVOGELZANG@VOGELZANGLAW.COM |
| WAGNER REESE, LLP | jgibson@wagnerreese.com |
| WAGSTAFF & CARTMELL, LLP | TCARTMELL@WCLLP.COM; VGROSS@WCLLP.COM |
| WAGSTAFF LAW FIRM | ALBERT.NORTHRUP@ANDRUSWAGSTAFF.COM |
| WALKER, HAMILTON & KOENIG, LLP | TIM@WHK-LAW.COM; CLARISSA@WHK-LAW.COM |
| WALLACE & GRAHAM | bgraham@wallacegraham.com |
| WALTON TELKEN FOSTER, LLC | SLYONS@WALTONTELKEN.COM; STELKEN@WALTONTELKEN.COM |

LTL MANAGEMENT LLC
Case No. 23-12825
Email Service List

| WARD BLACK LAW | JWBLACK@WARDBLACKLAW.COM |
|---|---|
| WATERS & KRAUS, LLP | lmaclean@waterskraus.com |
| WATERS KRAUS & PAUL | kloew@waterskraus.com |
| WATTS GUERRA LLP | fguerra@wattsguerra.com; mcwatts@wattsguerra.com |
| WEINSTEIN CAGGIANO PLLC | BRIAN@WEINSTEINCOUTURE.COM |
| WEITZ & LUXENBERG | MBRATT@WEITZLUX.COM; bsharma@weitzlux.com; ERELKIN@WEITZLUX.COM; JDELANEY@WEITZLUX.COM; LBUSCH@WEITZLUX.COM |
| WEXLER WALLACE LLP | kaw@wbe-llp.com; jnb@wbe-llp.com; kae@wbe-llp.com |
| WHITE & WEDDLE, P.C. | CHARLES@WHITEANDWEDDLE.COM |
| WILENTZ, GOLDMAN & SPITZER, P.A. | DLAPINSKI@MOTLEYRICE.COM |
| WILL DAVIDSON LLP | GWILL@WILLDAVIDSON.CA |
| WILLIAM D. BRANDT, P.C. | BILL@BRANDTLAWOFFICES.COM |
| WILLIAM G. COLVIN, PLLC | SCURREY@WILLIAMGCOLVINLAW.COM; BCOLVIN@WILLIAMGCOLVINLAW.COM |
| WILLIAMS & WILLIAMS | CBHUTTO@WILLIAMSATTYS.COM |
| WILLIAMS DECLARK TUSCHMAN CO, LPA | CTUSCHMAN@WDTLAW.ORG |
| WILLIAMS KHERKHER HART BOUNDAS, LLP | sbrahmbhatt@whlaw.com |
| WILLIAMS, KIRK (879031) | DOCCorrespondenceUnit@doc.wa.gov |
| WILSON LAW PA | KIM@WILSONLAWPA.COM |
| WISNER BAUM | rbwisner@wisnerbaum.com |
| WOCL LEYDON LLC | NWocl@woclleydon.com |
| WRIGHT & SCHULTE, LLC | RSCHULTE@LEGALDAYTON.COM |
| WYLDER CORWIN KELLY LLP | AKELLY@WCKLAW.COM |
| YAEGER LAW, PLLC | INFO@YOURLEGALCOUNSEL.NET; LAURA@YOURLEGALCOUNSEL.NET |
| YEAROUT & TRAYLOR, P.C. | GYEAROUT@YEAROUT.NET |
| ZELBST, HOLMES & BUTLER | ZELBST@ZELBST.COM |
| ZEVAN DAVIDSON ROMAN LLC | DAVID@ZEVANDAVIDSON.COM |
| ZINNS LAW, LLC | SHARON@ZINNSLAW.COM |