UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

Mark Falk
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
*Counsel for Randi S. Ellis, Legal*
*Representative for Future Talc Claimants*

| | |
|---|---|
| In Re:<br><br>LTL Management, LLC,<br><br>              Debtor. | Chapter 11<br><br>Case No.: 23-12825<br><br>Judge:    Michael B. Kaplan |

**MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION REGARDING
MONTHLY FEE STATEMENT OF RANDI S. ELLIS, LEGAL REPRESENTATIVE
FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD OF JUNE 1, 2023 THROUGH
JUNE 30, 2023 (DOCUMENT NO. 1032)**

The Court authorized, under D.N.J. LBR 2016-3(a) and the Order Establishing Procedures

for Interim Compensation and Reimbursement of Expenses of Retained Professionals [Dkt. No.

562] (the "Interim Compensation Order"), compensation to professionals on a monthly basis.

Under the Interim Compensation Order, objections to the monthly fee statement of Randi S. Ellis,

Legal Representative for Future Talc Claimants, for the period of June 1, 2023 through June 30,

2023 (the "Monthly Fee Statement") filed and served on July 14, 2023 [Dkt. Nos. 1032; 1033],

were to be filed and served not later than July 28, 2023.

I, Mark Falk, Esq., certify that, as of July 29, 2023, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Dated: July 29, 2023                                        *s/Mark Falk*
                                                            Mark Falk