**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**
**FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | EconONE Research, Inc. |
| Case No.: | 23-12825-MBK | Client: | Randi S. Ellis, Legal Representative for Future Talc Claimants |
| Chapter: | 11 | Case Filed: | April 4, 2023 (the "Petition Date") |

**SECTION I**
**FEE SUMMARY**

☑ Monthly Fee Application No. 1            ☐ Final Fee Application

Summary of Amounts Requested for the Period from June 1, 2023 through June 30, 2023.

| | |
|---|---|
| Total Fees: | $4,035.00 |
| Total Disbursements: | $0 |
| Total Fees Plus Disbursements: | $4,035.00 |
| Minus 20% Holdback of Fees: | $807.00 |
| **Amount Sought at this Time:** | **$3,228.00** |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $0 | $0 |
| Total Fees Allowed To Date: | $0.00 | $0.00 |
| Total Retainer (If Applicable): | N/A | N/A |
| Total Previous Holdback (If Applicable): | $0 | $0 |
| Total Received To Date: | $0 | $0 |

| NAME OF PROFESSIONAL | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Hal Singer | Managing Director | 1.3 | $950/hr | $1,235.00 |
| Chris Sojourner | Economist | 5 | $560/hr | $2,800.00 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Meetings /Conference Calls | 2.3 | $1,795.00 |
| Review Materials | 4 | $2,240.00 |
| **SERVICE TOTALS:** | **6.3** | **$4,035.00** |

## CASE HISTORY

1. On April 4, 2023 (the "Petition Date"), LTL Management LLC (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey thereby commencing the Chapter 11 Case. The Debtor continues to operate its business and manage its properties as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On May 18, 2023 (the "FCR Appointment"), this Court filed the Order Appointing Randi S. Ellis as Legal Representative for Future Talc Claimants [Docket No. 551].

3. Following the FCR Appointment, Randi S. Ellis (the "FCR") selected EconONE Research, Inc. ("Econ One") to provide economic expert consulting services and analysis of talc claim liability for the FCR. Randi S. Ellis has also selected Walsh Pizzi O'Reilly Falanga LLP to serve as counsel ("FCR Counsel" or "Walsh").

4. On June 26, 2023, the FCR filed the Application for the Retention of Econ One [Docket No. 892] (the "Retention Application"). On July 13, 2023, this Court entered an order, authorizing the retention of Econ One effective as of June 23, 2023 [Docket No. 1024] (the "Retention Order"), attached hereto as **Exhibit A**.

## RELIEF REQUESTED

5. In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals [Dkt. No. 562] (the "Interim Compensation Order"), and Econ One's Retention Order, Econ One hereby submits this first monthly fee statement ("Monthly Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as expert consultant to the FCR, for the period from June 1, 2023 through June 30, 2022 (the "Fee Period"). By this Monthly Statement, Econ One seeks, (a) payment in the amount of $3,228.00, which represents eighty percent (80%) of the total

3

compensation sought for actual and necessary services rendered during the Fee Period ($4,035.00) and (b) reimbursement of $0.00 for actual and necessary charges and disbursements incurred by Econ One during the Fee Period in the rendition of required professional services on behalf of the FCR.

## SERVICES RENDERED AND DISBURSEMENTS INCURRED

6. Attached hereto as **Exhibit B** is the schedule of Econ One's time records for the Fee Period. These records include daily time logs describing the time spent by each Econ One's professional.

7. Econ One also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Econ One is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

8. Econ One respectfully submits that the economic expert services that it rendered on behalf of the FCR were necessary and have directly benefited the claimants represented by the Representative for Future Talc Claimants. Further, Econ One submits that the fees applied for herein for professional services rendered in performing services for the FCR in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, and the results obtained.

## NOTICE AND OBJECTION PROCEDURES

9. Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served no later than August 14, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

10. If no objections to this Monthly Statement are received by the Objection Deadline, the Debtor shall promptly pay Econ One 80% of the fees ($3,228.00) and 100% of expenses ($0.00) identified in this Monthly Statement.

I certify under penalty of perjury that the foregoing is true correct.

Executed: July 31, 2023                         EconONE Research, Inc.

                                                By: *s/ Lisa Skylar*
                                                    Lisa Skylar