## **EXHIBIT B**

Time and Expense Invoice



**INVOICE #**

**24201**

**IN RE:**

*Page 1 of 2*

**Johnson & Johnson Talcum Powder Litigation**

**Issue Date**
6/30/2023

**Billing Period**
6/1/2023 - 6/30/2023

| Professional Services | Rate | Hrs. | Total |
|---|---|---|---|
| Hal Singer, Managing Director | $ 950 | 1.3 | $ 1,235.00 |
| Chris Sojourner, Economist | 560 | 5.0 | 2,800.00 |
| Subtotal for Professional Services | | | $ 4,035.00 |
| **Total Due** | | | **$ 4,035.00** |

**To**
Stephen V. Falanga, Esq.
Walsh Pizzi O'Reilly
Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102

**Via Email**
sfalanga@walsh.law

**TOTAL DUE UPON RECEIPT**

**PLEASE REMIT PAYMENT VIA WIRE OR ACH PER INSTRUCTIONS BELOW***

**Payment information:**
Pacific Western Bank
ABA Routing # 122238200
SWIFT Code: FNSDUS6D
Account # 1001729969
Beneficiary: Econ One Research

**If wire and ACH not possible, please remit check to:**
Econ One Research
550 South Hope Street, Suite 800
Los Angeles, CA 90071

Federal Taxpayer ID # 95-4639689

*When paying via Wire or ACH, please also email receivables@econone.com indicating amount being transferred and the invoice(s) being paid.*

**IN RE:**



**Johnson & Johnson Talcum Powder Litigation**

| Date | Hours | Description // Memo |
|---|---|---|
| **Hal Singer** | | |
| 06/16/2023 | 0.8 | Meeting // Meet w/ team |
| 06/26/2023 | 0.5 | Meeting // Meet w/ BRG |
| **Chris Sojourner** | | |
| 06/26/2023 | 1.0 | Conference call // Conference call. |
| 06/30/2023 | 4.0 | Review materials // Review materials. |

**Econ One Research**
550 South Hope Street, Suite 800
Los Angeles, CA 90071
Federal Taxpayer ID # 95-4639689

Inv. # 24201
Page 2 of 2