# Exhibit A

# MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13226
July 31, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**INVOICE**
**For Services Through June 30, 2023**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | | Hours |
|---|---|---|---|
| 6/1/2023 | Martinez | Review deposition transcripts. | 1.90 |
| 6/1/2023 | Rubin | Fact research re funding agreement. | 4.10 |
| 6/1/2023 | Hashem | Revise MTD reply brief. | 8.50 |
| 6/1/2023 | Hashem | Research burden-of-proof for MTD reply brief. | 2.60 |
| 6/2/2023 | Rubin | Legal research re bad faith burdens. | 4.00 |
| 6/2/2023 | Rubin | Email to R. Hashem re Kim deposition. | 0.10 |
| 6/2/2023 | Hashem | Communication with N. Rubin and C. Martinez re: reply brief. | 0.50 |
| 6/2/2023 | Hashem | Work on MTD reply brief. | 10.70 |
| 6/3/2023 | Hashem | Review research for MTD reply brief. | 1.20 |
| 6/5/2023 | Lamken | Edit burden-of-proof section of Reply/Opening. | 2.80 |
| 6/5/2023 | Lamken | Edit Section IV of Reply/Opening. | 3.90 |
| 6/5/2023 | Lamken | Conference with R. Hashem regarding reply/opening. | 0.40 |
| 6/5/2023 | Lamken | Emails with M. Winograd regarding good-faith issues and proof. | 0.30 |
| 6/5/2023 | Rubin | Legal research re good faith burdens. | 1.80 |
| 6/5/2023 | Rubin | Fact research & emails with R. Hashem re outstanding claims. | 0.50 |
| 6/5/2023 | Hashem | Phone conference with J. Lamken re: MTD reply brief. | 0.40 |
| 6/5/2023 | Hashem | Review MTD deposition transcripts. | 2.40 |
| 6/5/2023 | Hashem | Revise MTD reply brief. | 5.10 |
| 6/5/2023 | Hashem | Communicate with N. Rubin re: MTD trial record. | 0.40 |
| 6/6/2023 | Lamken | Edit Section IV of Reply/Opening. | 3.10 |
| 6/6/2023 | Lamken | Conference with R. Hashem regarding Section IV reply. | 0.40 |
| 6/6/2023 | Lamken | Review reply and make further edits. | 1.30 |
| 6/6/2023 | Lamken | Prepare cover note and revisions to Section IV. | 0.20 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 6/6/2023 | Lamken | Revise draft regarding burden of proof. | 0.80 |
| 6/6/2023 | Lamken | Prepare burden-of-proof draft for circulation and circulate same. | 0.20 |
| 6/6/2023 | Lamken | Attend call on PI motion. | 0.90 |
| 6/6/2023 | Rubin | Email to R. Hashem re brief revisions. | 0.10 |
| 6/6/2023 | Rubin | Finalize motion to dismiss reply brief in preparation for filing. | 0.80 |
| 6/6/2023 | Fay | Input edits to MTD Reply. | 1.00 |
| 6/6/2023 | Hashem | Revise MTD reply brief sections. | 2.80 |
| 6/6/2023 | Hashem | Revise MTD reply brief sections. | 3.30 |
| 6/7/2023 | Lamken | Committee call. | 1.10 |
| 6/7/2023 | Hashem | Revise supplemental retention application. | 1.80 |
| 6/13/2023 | Rubin | Arrange for payment of fee invoice. | 0.50 |
| 6/14/2023 | Rubin | Email to R. Hashem re fees. | 0.10 |
| 6/14/2023 | Hashem | Review MTD reply brief. | 3.50 |
| 6/15/2023 | Lamken | Revisions to reply. | 3.70 |
| 6/15/2023 | Hashem | Revise MTD reply brief. | 2.10 |
| 6/16/2023 | Lamken | Review reply. | 3.10 |
| 6/16/2023 | Lamken | Email to R. Hashem re: revisions to reply. | 0.10 |
| 6/16/2023 | Hashem | Revise MTD reply brief. | 2.70 |
| 6/16/2023 | Hashem | Email to J. Massey re: MTD reply brief. | 0.30 |
| 6/17/2023 | Lamken | Emails re: for the revisions to reply. | 0.20 |
| 6/23/2023 | Rubin | Coordinate May fee statement with R. Hashem, C. Martinez, B. Wiltgen. | 0.40 |
| 6/26/2023 | Rubin | Communicate with R. Hashem re holdback payments. | 0.30 |
| 6/27/2023 | Rubin | Conference with R. Hashem, B. Witlgen, & A. Manmadhan re billing. | 0.50 |
| 6/28/2023 | Rubin | Prepare May 2023 fee statement. | 2.00 |
| 6/28/2023 | Hashem | Review and revise interim monthly invoice. | 0.80 |
| 6/29/2023 | Rubin | Finalize May 2023 fee application. | 0.20 |
| 6/30/2023 | Hashem | Revise monthly interim fee application. | 0.80 |

|  |  |
|---|---|
| Total Hours | 90.70 |
| Total Fees | $101,730.00 |

**Timekeeper Summary**

| Name | Hours/Rate | Amount |
|---|---|---|
| Natalie Fay | 1.00 hours at $295.00/hr | $295.00 |
| Rayiner I. Hashem | 49.90 hours at $975.00/hr | $48,652.50 |
| Jeffrey Lamken | 22.50 hours at $1,750.00/hr | $39,375.00 |
| Catherine Martinez | 1.90 hours at $775.00/hr | $1,472.50 |
| Nathaniel Rubin | 15.40 hours at $775.00/hr | $11,935.00 |

MoloLamken LLP     Page: 3

## Payments/Holdbacks

| Date | | Amount |
|---|---|---|
| 7/25/2023 | cash receipt for Stmt 13089 | $81,304.80 |
| | Sub-total Payments: | $81,304.80 |

## Summary

| | |
|---|---|
| Fees: | $101,730.00 |
| Expenses: | $0.00 |
| Total Current Billing: | $101,730.00 |
| Current Amt To be Pd by Debtor (80%): | $81,384.00 |
| Current Holdback Amount (20%): | $20,346.00 |
| Previous Balance Due: | $0.00 |
| **Total Amount Due:** | **$81,384.00** |

MoloLamken LLP                                                                                                         Page: 4

# MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13226
July 31, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through June 30, 2023**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---:|
| Total Fees This Statement: | $101,730.00 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $101,730.00 |
| Current Amt To be Pd by Debtor (80%): | $81,384.00 |
| Current Holdback Amount (20%): | $20,346.00 |
| Previous Balance Due: | $0.00 |
| **Total Now Due:** | **$81,384.00** |

**Domestic Wire Transfer:**                                                            **International Wire Transfer:**

Account Name: MoloLamken LLP                                              Account Name: MoloLamken LLP
Bank info: Signature Bank                                                            Bank info: Wells Fargo Bank
    6400 N. Northwest Hwy                                                                 420 Montgomery
    Chicago, IL 60631                                                                            San Francisco, CA 94104
Routing Number: 071-026-628                                                   Routing Number: 121-000-248
Account Number:                                                    Account Number:
                                                                                            International SWIFT:

# Exhibit B

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| **Matter Description (First Line): LTL Management / J&J Bankruptcy II** | | | | | | | | | |
| 06/01/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Fact research re funding agreement. | T | L240 | 4.10 | 775.00 | 3,177.50 | 0.00 | 3,177.50 |
| 06/01/2023 | CM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review deposition transcripts. | T | L240 | 1.90 | 775.00 | 1,472.50 | 0.00 | 1,472.50 |
| 06/01/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise MTD reply brief. | T | L240 | 8.50 | 975.00 | 8,287.50 | 0.00 | 8,287.50 |
| 06/01/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Research burden-of-proof for MTD reply brief. | T | L240 | 2.60 | 975.00 | 2,535.00 | 0.00 | 2,535.00 |
| 06/02/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Legal research re bad faith burdens. | T | L240 | 4.00 | 775.00 | 3,100.00 | 0.00 | 3,100.00 |
| 06/02/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to R. Hashem re Kim deposition. | T | L240 | 0.10 | 775.00 | 77.50 | 0.00 | 77.50 |
| 06/02/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Communication with N. Rubin and C. Martinez re: reply brief. | T | L240 | 0.50 | 975.00 | 487.50 | 0.00 | 487.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 06/02/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Work on MTD reply brief. | | T<br>L240 | 10.70 | 975.00 | 10,432.50 | 0.00 | 10,432.50 |
| 06/03/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review research for MTD reply brief. | | T<br>L240 | 1.20 | 975.00 | 1,170.00 | 0.00 | 1,170.00 |
| 06/05/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Legal research re good faith burdens. | | T<br>L240 | 1.80 | 775.00 | 1,395.00 | 0.00 | 1,395.00 |
| 06/05/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Fact research & emails with R. Hashem re outstanding claims. | | T<br>L240 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |
| 06/05/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Edit burden-of-proof section of Reply/Opening | | T<br>L240 | 2.80 | 1,750.00 | 4,900.00 | 0.00 | 4,900.00 |
| 06/05/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Edit Section IV of Reply/Opening | | T<br>L240 | 3.90 | 1,750.00 | 6,825.00 | 0.00 | 6,825.00 |
| 06/05/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Conference with R. Hashem regarding reply/opening | | T<br>L240 | 0.40 | 1,750.00 | 700.00 | 0.00 | 700.00 |

# MoloLamken LLP
## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 06/05/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with M. Winograd regarding good-faith issues and proof. | | T L240 | 0.30 | 1,750.00 | 525.00 | 0.00 | 525.00 |
| 06/05/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conference with J. Lamken re: MTD reply brief. | | T L240 | 0.40 | 975.00 | 390.00 | 0.00 | 390.00 |
| 06/05/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review MTD deposition transcripts. | | T L240 | 2.40 | 975.00 | 2,340.00 | 0.00 | 2,340.00 |
| 06/05/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise MTD reply brief. | | T L240 | 5.10 | 975.00 | 4,972.50 | 0.00 | 4,972.50 |
| 06/05/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Communicate with N. Rubin re: MTD trial record. | | T L240 | 0.40 | 975.00 | 390.00 | 0.00 | 390.00 |
| 06/06/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to R. Hashem re brief revisions. | | T L240 | 0.10 | 775.00 | 77.50 | 0.00 | 77.50 |
| 06/06/2023 | NLF | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Input edits to MTD Reply. | | T L240 | 1.00 | 295.00 | 295.00 | 0.00 | 295.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 06/06/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Finalize motion to dismiss reply brief in preparation for filing. | | T<br>L240 | 0.80 | 775.00 | 620.00 | 0.00 | 620.00 |
| 06/06/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Edit Section IV of Reply/Opening | | T<br>L240 | 3.10 | 1,750.00 | 5,425.00 | 0.00 | 5,425.00 |
| 06/06/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Conference with R. Hashem regarding Section IV reply | | T<br>L240 | 0.40 | 1,750.00 | 700.00 | 0.00 | 700.00 |
| 06/06/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review reply and make further edits | | T<br>L240 | 1.30 | 1,750.00 | 2,275.00 | 0.00 | 2,275.00 |
| 06/06/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare cover note and revisions to Section IV | | T<br>L240 | 0.20 | 1,750.00 | 350.00 | 0.00 | 350.00 |
| 06/06/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise draft regarding burden of proof | | T<br>L240 | 0.80 | 1,750.00 | 1,400.00 | 0.00 | 1,400.00 |
| 06/06/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare burden-of-proof draft for circulation and circulate same | | T<br>L240 | 0.20 | 1,750.00 | 350.00 | 0.00 | 350.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 06/06/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Attend call on PI motion | | T<br>L240 | 0.90 | 1,750.00 | 1,575.00 | 0.00 | 1,575.00 |
| 06/06/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise MTD reply brief sections. | | T<br>L240 | 2.80 | 975.00 | 2,730.00 | 0.00 | 2,730.00 |
| 06/06/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise MTD reply brief sections. | | T<br>L240 | 3.30 | 975.00 | 3,217.50 | 0.00 | 3,217.50 |
| 06/07/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Committee call. | | T<br>L240 | 1.10 | 1,750.00 | 1,925.00 | 0.00 | 1,925.00 |
| 06/07/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise supplemental retention application. | | T<br>B160 | 1.80 | 975.00 | 1,755.00 | 0.00 | 1,755.00 |
| 06/13/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Arrange for payment of fee invoice. | | T<br>B160 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |
| 06/14/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to R. Hashem re fees. | | T<br>B160 | 0.10 | 775.00 | 77.50 | 0.00 | 77.50 |
| 06/14/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review MTD reply brief. | | T<br>L240 | 3.50 | 975.00 | 3,412.50 | 0.00 | 3,412.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 06/15/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise MTD reply brief. | | T<br>L240 | 2.10 | 975.00 | 2,047.50 | 0.00 | 2,047.50 |
| 06/15/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revisions to reply | | T<br>L240 | 3.70 | 1,750.00 | 6,475.00 | 0.00 | 6,475.00 |
| 06/16/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise MTD reply brief. | | T<br>L240 | 2.70 | 975.00 | 2,632.50 | 0.00 | 2,632.50 |
| 06/16/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to J. Massey re: MTD reply brief. | | T<br>L240 | 0.30 | 975.00 | 292.50 | 0.00 | 292.50 |
| 06/16/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review reply | | T<br>L240 | 3.10 | 1,750.00 | 5,425.00 | 0.00 | 5,425.00 |
| 06/16/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to R. Hashem re: revisions to reply | | T<br>L240 | 0.10 | 1,750.00 | 175.00 | 0.00 | 175.00 |
| 06/17/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails re: for the revisions to reply | | T<br>L240 | 0.20 | 1,750.00 | 350.00 | 0.00 | 350.00 |
| 06/23/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate May fee statement with R. Hashem, C. Martinez, B. Wiltgen. | | T<br>B160 | 0.40 | 775.00 | 310.00 | 0.00 | 310.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 06/26/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Communicate with R. Hashem re holdback payments. | | T<br>B160 | 0.30 | 775.00 | 232.50 | 0.00 | 232.50 |
| 06/27/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Conference with R. Hashem, B. Witlgen, & A. Manmadhan re billing. | | T<br>B160 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |
| 06/28/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare May 2023 fee statement. | | T<br>B160 | 2.00 | 775.00 | 1,550.00 | 0.00 | 1,550.00 |
| 06/28/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review and revise interim monthly invoice. | | T<br>B160 | 0.80 | 975.00 | 780.00 | 0.00 | 780.00 |
| 06/29/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Finalize May 2023 fee application. | | T<br>B160 | 0.20 | 775.00 | 155.00 | 0.00 | 155.00 |
| 06/30/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise monthly interim fee application. | | T<br>B160 | 0.80 | 975.00 | 780.00 | 0.00 | 780.00 |
| | | **Matter Description (First Line): LTL Management / J&J Bankruptcy II** | | | 90.70 | | 101,730.00 | 0.00 | 101,730.00 |
| | | | | **Grand Total:** | 90.70 | | $101,730.00 | $0.00 | $101,730.00 |