**EXHIBIT "A"**

docs-100619729.1

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000          EIN:13-2743351
E-Mail: Accounting@andersonkill.com

David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

Invoice No.:       317896
Invoice Date:      July 31, 2023
Client Matter ID:  107310.12093
Billing Attorney:  Robert M Horkovich

**Official Talc Claimants Committee**

**LTL II Insurance Coverage**

|  |  |
|---|---:|
| Professional Services: | $74,129.50 |
| Costs: | $0.00 |
| Total Current Invoice: | $74,129.50 |
| **Total Amount:** | **$74,129.50** |

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000      EIN:13-2743351
E-Mail: Accounting@andersonkill.com

David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

Billing Attorney   Robert M Horkovich
Invoice No.        317896
Invoice Date       July 31, 2023

Client Matter #: 107310.12093
Official Talc Claimants Committee
RE: LTL II Insurance Coverage

**FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2023**

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 06/01/23 | RMH | 1.60 | B120 | Prepare information for requests from committee members. | 1,992.00 |
| 06/02/23 | RMH | 1.80 | B120 | Hearing with Judge Kaplan. | 2,241.00 |
| 06/02/23 | RMH | 0.90 | B120 | Analysis of insurance company deferral motion. | 1,120.50 |
| 06/06/23 | RMH | 0.60 | B120 | Review insurance-related issues raised by pleadings. | 747.00 |
| 06/08/23 | RMH | 0.90 | B120 | Analysis of insurance impact of new orders. | 1,120.50 |
| 06/09/23 | RMH | 0.30 | B120 | Confer with David Molton and Melanie Cyzanski. | 373.50 |
| 06/09/23 | RMH | 2.80 | B160 | Review of application for retention sent by counsel. | 3,486.00 |
| 06/12/23 | MG | 0.60 | B120 | Research re insurance-related assets. | 570.00 |
| 06/12/23 | RMH | 2.40 | B160 | Revise application for retention. | 2,988.00 |
| 06/12/23 | MDS | 0.20 | B120 | Respond to inquiry regarding relationships to relevant case parties. | 190.00 |
| 06/13/23 | MDS | 0.10 | B120 | Respond to question regarding draft pleading. | 95.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 06/13/23 | RMH | 4.20 | B120 | Hearing before Judge Kaplan. | 5,229.00 |
| 06/13/23 | RMH | 2.70 | B160 | Review of draft of retention application. | 3,361.50 |
| 06/14/23 | RMH | 1.20 | B120 | Revisions to retention application. | 1,494.00 |
| 06/15/23 | RMH | 1.40 | B160 | Revisions to retention application. | 1,743.00 |
| 06/15/23 | MG | 0.80 | B120 | Research re insurance-related assets. | 760.00 |
| 06/16/23 | RMH | 3.90 | B160 | Review of revised application for retention. | 4,855.50 |
| 06/22/23 | MDS | 0.20 | B120 | Email regarding insurance aspects of next week's trial on motion to dismiss. | 190.00 |
| 06/22/23 | RMH | 2.90 | B120 | Hearing before Judge Kaplan. | 3,610.50 |
| 06/22/23 | RMH | 2.60 | B160 | Revisions to application for retention. | 3,237.00 |
| 06/23/23 | RMH | 0.90 | B160 | Review of application for retention. | 1,120.50 |
| 06/23/23 | MDS | 0.60 | B120 | Prepare for insurance aspects of next week's trial on motion to dismiss. | 570.00 |
| 06/26/23 | RMH | 1.20 | B160 | Draft additional portions to application for retention. | 1,494.00 |
| 06/27/23 | RMH | 7.00 | B120 | Hearing trial before Judge Kaplan. | 8,715.00 |
| 06/27/23 | RMH | 0.40 | B120 | Follow up re: hearing trial before Judge Kaplan. | 498.00 |
| 06/28/23 | RMH | 4.00 | B120 | Trial hearing with Judge Kaplan. | 4,980.00 |
| 06/29/23 | RMH | 7.00 | B120 | Trial hearing before Judge Kaplan. | 8,715.00 |
| 06/29/23 | RMH | 1.80 | B120 | Follow up re: multiple issues raised at trial hearing before Judge Kaplan. | 2,241.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 06/30/23 | RMH | 3.80 | B120 | Hearing trial before Judge Kaplan. | 4,731.00 |
| 06/30/23 | RMH | 0.80 | B120 | Follow up re: hearing trial before Judge Kaplan. | 996.00 |
| 06/30/23 | MDS | 0.70 | B120 | Review of insurance-related language in amended LTL plan of reorganization. | 665.00 |
| | | | | **Total Fees:** | **$74,129.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Robert M Horkovich | 57.10 | 1,245.00 | 71,089.50 |
| Mark Garbowski | 1.40 | 950.00 | 1,330.00 |
| Mark D Silverschotz | 1.80 | 950.00 | 1,710.00 |
| | **60.30** | | **$74,129.50** |

## SUMMARY OF SERVICES BY ACTIVITY

| | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| **ACTIVITY CODE B120  ASSET ANALYSIS AND RECOVERY** | | | |
| Horkovich, Robert M | 39.20 | 1,245.00 | $48,804.00 |
| Garbowski, Mark | 1.40 | 950.00 | $1,330.00 |
| Silverschotz, Mark D | 1.80 | 950.00 | $1,710.00 |
| | **42.40** | | **$51,844.00** |
| **ACTIVITY CODE B160  FEE/EMPLOYMENT APPLICATIONS** | | | |
| Horkovich, Robert M | 17.90 | 1,245.00 | $22,285.50 |
| | **17.90** | | **$22,285.50** |
| **TOTAL CURRENT BILLING:** | | | **$74,129.50** |

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000          EIN:13-2743351
E-Mail: Accounting@andersonkill.com

| | |
|---|---|
| David J. Molton, Esq.<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY  10036 | MATTER:   107310. 12093<br>INVOICE:   317896 |

July 31, 2023

Official Talc Claimants Committee

MATTER: LTL II Insurance Coverage

### R E M I T T A N C E   C O P Y

| | |
|---|---|
| Professional Services | $74,129.50 |
| Costs: | $0.00 |
| Total Current Invoice: | $74,129.50 |
| **TOTAL AMOUNT DUE:** | **$74,129.50** |

PLEASE SEND YOUR REMITTANCE TO US AT:

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020

OR, IF MORE CONVENIENT, YOU MAY WIRE THE FUNDS TO

BANK: WELLS FARGO BANK, N.A.
ABA NUMBER FOR WIRES: ███
ABA NUMBER FOR ACHs: ███
CREDIT TO: ANDERSON KILL P.C.
OPERATING ACCOUNT
ACCOUNT NUMBER: ███

KINDLY INDICATE:
    CLIENT NUMBER:        107310
    INVOICE NUMBER:       317896
    YOUR FIRM NAME:       Official Talc Claimants Committee

**THIS INVOICE IS PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**