UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on August 1, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

### Order Denying Motion to Disqualify Randi S. Ellis as Legal Representative for Future Talc Claimants

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: August 1, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter comes before the Court on MRHFM's Plaintiffs' Motion to Disqualify Randi S. Ellis as Legal Representative for Future Talc Claimants (ECF No. 1022); and the Court having considered the Opposition filed by Ms. Ellis (ECF No. 1046), the Ad Hoc Committee of Supporting Counsel (ECF No. 1109), and Debtor (ECF No. 1115); and the Court opting to hear this matter on the papers without oral argument; and the Court finding that MRHFM's Motion lacks any legal or factual basis; it is HEREBY

ORDERED that MRHFM's Motion is denied without further discussion as being without merit.