**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**PARKINS & RUBIO LLP**
Lenard M. Parkins, Esq.
Charles M. Rubio, Esq.
lparkins@parkinsrubio.com
crubio@parkinsrubio.com
Pennzoil Place
700 Milan St., Suite 1300
Houston, TX  77002
Tel: (713) 715-1666

*Ad Hoc Committee of Supporting Counsel*

In re:

**LTL MANAGEMENT, LLC,**

Debtor.

Chapter 11

Case No.: 23-12825 (MBK)

Honorable Michael B. Kaplan

**MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION REGARDING
MONTHLY FEE STATEMENT OF PARKINS & RUBIO LLP, SPECIAL COUNSEL TO
TALC CLAIMANTS COMMITTEE, FOR THE PERIOD OF
APRIL 18, 2023 THROUGH APRIL 30, 2023**

The Court authorized, under D.N.J. LBR 2016-3(a), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Docket No. 562] (as modified, the "Interim Fee Procedures Order") compensation to professionals on a monthly basis. Under the Interim Compensation Procedures Order, parties have 14 days after service of a monthly fee statement to object to such statement.

On July 18, 2023, Parkins & Rubio LLP caused to be filed its *Monthly Fee Statement of Parkins & Rubio LLP, Ad Hoc Committee of Supporting Counsel, For The Period April 18. 2023 Through April 30,2023* [Dkt. No. 1059] (the "Subject Monthly Fee Statement"). The Subject Monthly Fee Statement was served on the notice parties on July 18, 2023. Accordingly, objections

to the Subject Monthly Fee Statement were to be filed and served no later than August 1, 2023.

I, Charles M. Rubio, certify that, as of August 3, 2023, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the Subject Monthly Fee Statement has been filed.  Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Dated:  August 3, 2023

**PARKINS & RUBIO LLP**
*Counsel to the Ad Hoc Committee*
*of Supporting Counsel*

By: */s/ Charles M. Rubio*
Charles M. Rubio