UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
E-mail: krosen@lowenstein.com
-and-

**WHITE & CASE LLP**
Jessica C. Lauria, Esq.
Gregory Starner, Esq.
Samuel P. Hershey, Esq.
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
E-mail: jessica.lauria@whitecase.com
E-mail: gstarner@whitecase.com
E-mail: sam.hershey@whitecase.com

**WHITE & CASE LLP**
Matthew E. Linder, Esq.
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
E-mail: mlinder@whitecase.com

*Co-Counsel to Johnson & Johnson and Johnson & Johnson Holdco
(NA) Inc.*



**Order Filed on August 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re

LTL MANAGEMENT LLC, [1]

      Debtor.

Chapter 11
Case No. 23-12825 (MBK)

Honorable Michael B. Kaplan

## **PROTECTIVE ORDER**

The relief set forth in the following page numbered two (2) is hereby **ORDERED**.

**DATED: August 7, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:   2
Debtor:        LTL Management LLC
Case No.:     23-12825 (MBK)
Caption:      Protective Order

---

Johnson & Johnson ("J&J") and Johnson & Johnson Holdco (NA) Inc. ("Holdco") (together, the "J&J Parties"), having filed a motion seeking entry of a protective order (the "Motion") precluding the Official Committee of Talc Claimants (the "TCC") from seeking discovery regarding the transfer of the consumer health business from Holdco's predecessor company, Johnson & Johnson Consumer Inc., and the separate spin-off of Kenvue Inc. (together, the "Consumer Health Transactions"); and the Court having considered the Motion and any opposition thereto, and finding good cause for the entry of this Order, it is hereby,

**ORDERED THAT**:

1.   The Court grants the Motion, in part, pursuant to the Court's oral ruling on the record on during the hearing on May 30, 2023.