**EXHIBIT "A"**

docs-100624081.1

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000          EIN:13-2743351
E-Mail: Accounting@andersonkill.com

David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

|  |  |
|---|---|
| Invoice No. | 318005 |
| Invoice Date: | August 4, 2023 |
| Client Matter ID: | 107310.12093 |
| Billing Attorney: | Robert M Horkovich |

**Official Talc Claimants Committee**

**LTL II Insurance Coverage**

|  |  |
|---|---|
| Professional Services: | $155,101.00 |
| Costs: | $176.00 |
| Total Current Invoice: | $155,277.00 |
| Outstanding Balance from Prior Invoices (see listing): | $74,129.50 |
| **Total Amount:** | **$229,406.50** |

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000          EIN:13-2743351
E-Mail: Accounting@andersonkill.com

August 4, 2023                                                                                      Invoice No.    318005

**MATTER:** LTL II Insurance Coverage

## INVOICE LIST

| **INVOICE** | **DATE** | **INVOICE TOTAL** |
|---|---|---|
| 317896 | 07/31/23 | $74,129.50 |
| | **OUTSTANDING BALANCE FROM PRIOR INVOICES** | **$74,129.50** |

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000           EIN:13-2743351
E-Mail: Accounting@andersonkill.com

---

David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

Billing Attorney   Robert M Horkovich
Invoice No.        318005
Invoice Date       August 4, 2023

Client Matter #: 107310.12093
Official Talc Claimants Committee
RE: LTL II Insurance Coverage

**FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2023**

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 07/03/23 | RMH | 0.50 | B160 | Review of retention application. | 622.50 |
| 07/05/23 | RMH | 1.50 | B160 | Revisions to retention application. | 1,867.50 |
| 07/10/23 | MG | 4.30 | B120 | Analyze impact of proposed plan on insurance assets. | 4,085.00 |
| 07/10/23 | RMH | 1.60 | B120 | Analysis of insurance-related implications of new plan language. | 1,992.00 |
| 07/10/23 | MDS | 0.40 | B120 | Review of insurance-related provisions of revised plan of reorganization. | 380.00 |
| 07/11/23 | RMH | 1.00 | B120 | Analysis of insurance implications of new plan. | 1,245.00 |
| 07/11/23 | MDS | 1.40 | B120 | Initial review of revised draft plan of reorganization regarding treatment of insurance policies and coverage litigation rights. | 1,330.00 |
| 07/11/23 | MDS | 0.30 | B120 | Review of analysis of revised draft plan of reorganization. | 285.00 |
| 07/11/23 | MDS | 0.40 | B120 | Discussion regarding review choice of forum clauses in insurance policies. | 380.00 |
| 07/11/23 | MG | 3.70 | B120 | Analyze impact of proposed plan on insurance assets. | 3,515.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 07/11/23 | MG | 1.80 | B120 | Draft email memo re impact of proposed plan on insurance assets. | 1,710.00 |
| 07/12/23 | MG | 2.90 | B120 | Draft email memo re impact of proposed plan on insurance assets. | 2,755.00 |
| 07/12/23 | RMH | 2.00 | B120 | Analysis of insurance impact in new plan. | 2,490.00 |
| 07/12/23 | MDS | 2.40 | B120 | Comprehensive analysis of revised draft plan of reorganization with regard to insurance-related issues and role of committee post-confirmation. | 2,280.00 |
| 07/13/23 | MDS | 0.40 | B120 | Communication regarding key issues relating to insurance treatment and committee's interest therein post-confirmation. | 380.00 |
| 07/13/23 | MDS | 0.40 | B120 | Follow up regarding analysis of insurance-related issues to draft plan of reorganization. | 380.00 |
| 07/13/23 | MG | 2.60 | B120 | Analyze insurance assets in connection with proposed plan. | 2,470.00 |
| 07/13/23 | RMH | 1.00 | B120 | Analysis of insurance implications of new plan. | 1,245.00 |
| 07/14/23 | RMH | 1.00 | B120 | Review of insurance implications of new plan. | 1,245.00 |
| 07/14/23 | MDS | 0.40 | B120 | Review of case status and issues related to insurance neutrality provision of draft plan of reorganization. | 380.00 |
| 07/17/23 | RMH | 1.20 | B120 | Analysis of insurance implications of findings of fact and conclusions of law. | 1,494.00 |
| 07/18/23 | MG | 1.80 | B120 | Analyze plan and disclosure statement re insurance-related issues. | 1,710.00 |
| 07/18/23 | RMH | 2.00 | B120 | Analysis of insurance implications of proposed findings of fact and conclusions of law. | 2,490.00 |
| 07/19/23 | RMH | 1.50 | B120 | Attend committee counsel call. | 1,867.50 |
| 07/19/23 | RMH | 4.00 | B120 | Analysis of insurance implications of proposed findings of fact and conclusions of law. | 4,980.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 07/19/23 | MG | 2.20 | B120 | Analyze plan and disclosure statement re insurance-related issues. | 2,090.00 |
| 07/19/23 | AHP | 0.30 | B160 | Respond to emails re status. | 105.00 |
| 07/19/23 | AHP | 2.90 | B160 | Review of LTL II retention application for ethical wall. | 1,015.00 |
| 07/19/23 | MDS | 1.40 | B120 | Initial analysis of draft disclosure statement filed last week. | 1,330.00 |
| 07/19/23 | MDS | 0.30 | B120 | Email communication regarding timing on hearing on draft disclosure statement and objection deadline. | 285.00 |
| 07/19/23 | MDS | 0.70 | B120 | Review of prior internal analysis of plan issues regarding insurance policy treatment. | 665.00 |
| 07/19/23 | MDS | 0.20 | B120 | Email exchange regarding insurance issues in plan and key factors implicating significance of insurance treatment. | 190.00 |
| 07/20/23 | IF | 2.10 | B120 | Analyzed J&J insurance policies re: choice of law language. | 966.00 |
| 07/20/23 | MDS | 0.30 | B120 | Meeting with regard to scope of insurance component of objection to debtor's disclosure statement. | 285.00 |
| 07/20/23 | MDS | 0.40 | B120 | Meeting with regard to choice of forum clauses in insurance policies and valuation of policies subject to reorganization trust. | 380.00 |
| 07/20/23 | MDS | 1.40 | B120 | Further review of current iterations of debtor's plan and disclosure statement in advance of drafting discussion points regarding insurance aspects of disclosure statement objection. | 1,330.00 |
| 07/20/23 | HEG | 3.20 | B120 | Research re insurance policy language. | 1,280.00 |
| 07/20/23 | RMH | 3.80 | B120 | Analysis of insurance implications of proposed findings of fact and conclusions of law. | 4,731.00 |
| 07/20/23 | MG | 1.80 | B120 | Analyze plan and disclosure statement re insurance-related issues. | 1,710.00 |
| 07/21/23 | IF | 1.60 | B120 | Continued to analyze J&J insurance policies regarding choice of law provisions. | 736.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 07/21/23 | RMH | 3.80 | B120 | Analysis of insurance implications of new plan. | 4,731.00 |
| 07/21/23 | MG | 2.70 | B120 | Analyze plan and disclosure statement re insurance-related issues. | 2,565.00 |
| 07/21/23 | MDS | 0.20 | B120 | Email exchange with regard to certain insurance-related issues. | 190.00 |
| 07/21/23 | AHP | 1.20 | B160 | Begin drafting documents for 1st fee application. | 420.00 |
| 07/21/23 | MDS | 2.40 | B120 | Draft memorandum regarding insurance treatment in plan of reorganization and disclosure statement. | 2,280.00 |
| 07/24/23 | MDS | 3.20 | B120 | Draft comprehensive memorandum regarding insurance-related issues for committee's disclosure statement objection. | 3,040.00 |
| 07/24/23 | MDS | 0.20 | B120 | Brief conference regarding potential edits to draft objections. | 190.00 |
| 07/24/23 | RMH | 4.20 | B120 | Analyze insurance aspects of debtor's disclosure statement. | 5,229.00 |
| 07/24/23 | IF | 2.10 | B120 | Analyzed J&J insurance policies re: choice of law language. | 966.00 |
| 07/24/23 | HEG | 0.80 | B120 | Research re insurance policy language. | 320.00 |
| 07/24/23 | MG | 1.40 | B120 | Analyze possible plan/disclosure objections re insurance-related issues. | 1,330.00 |
| 07/25/23 | MDS | 2.20 | B120 | Further revisions to memorandum regarding insurance issues raised by current version of debtor's plan and disclosure statement. | 2,090.00 |
| 07/25/23 | MDS | 0.70 | B120 | Meeting to review comprehensive memorandum regarding insurance terms of debtor's current plan and disclosure statement. | 665.00 |
| 07/25/23 | RMH | 2.60 | B120 | Analyze insurance aspects of debtor's disclosure statement. | 3,237.00 |
| 07/25/23 | IF | 1.90 | B120 | Analyzed J&J insurance policies regarding choice of law provisions. | 874.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 07/25/23 | HEG | 4.40 | B120 | Research re insurance policy language. | 1,760.00 |
| 07/25/23 | MG | 1.70 | B120 | Analyze possible plan/disclosure objections re insurance-related issues. | 1,615.00 |
| 07/26/23 | MDS | 0.40 | B120 | Review memorandum and case law references thereto. | 380.00 |
| 07/26/23 | RMH | 0.50 | B120 | Attend Committee Professional meeting. | 622.50 |
| 07/26/23 | RMH | 0.60 | B120 | Attend Committee member meeting. | 747.00 |
| 07/26/23 | RMH | 2.10 | B120 | Review of debtor's disclosure statement. | 2,614.50 |
| 07/26/23 | IF | 1.90 | B120 | Analyzed J&J insurance policies regarding choice of forum provisions. | 874.00 |
| 07/26/23 | HEG | 4.30 | B120 | Analysis of research re insurance policy language. | 1,720.00 |
| 07/26/23 | MG | 2.70 | B120 | Revise memo re possible plan/disclosure objections re insurance-related issues. | 2,565.00 |
| 07/27/23 | MDS | 0.80 | B120 | Finalize memorandum summarizing insurance-related issues of current iterations of debtor's plan and disclosures statement. | 760.00 |
| 07/27/23 | MDS | 0.30 | B120 | Communication with regard to Judge Kaplan's noticing of hearing on Friday and status of motion to dismiss petition. | 285.00 |
| 07/27/23 | RMH | 2.80 | B120 | Review of impact on insurance aspects of disclosure statement. | 3,486.00 |
| 07/27/23 | HEG | 3.80 | B120 | Research re insurance policy language. | 1,520.00 |
| 07/27/23 | IF | 1.70 | B120 | Analyzed J&J insurance policies regarding choice of forum provisions. | 782.00 |
| 07/27/23 | MG | 2.60 | B120 | Analyze insurance re possible plan/disclosure objections. | 2,470.00 |
| 07/28/23 | MDS | 0.40 | B120 | Email regarding dismissal opinion from Judge Kaplan, news reports and debtor's public announcement re same. | 380.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 07/28/23 | MDS | 0.30 | B120 | Review of multiple press accounts of decision dismissing Chapter 11 case. | 285.00 |
| 07/28/23 | RMH | 3.00 | B120 | Analyze bankruptcy court opinion. | 3,735.00 |
| 07/28/23 | RMH | 0.30 | B120 | Attend Committee conference call. | 373.50 |
| 07/28/23 | RMH | 2.00 | B120 | Follow up regarding insurance-related issues. | 2,490.00 |
| 07/28/23 | IF | 1.60 | B120 | Analyzed J&J insurance policies regarding choice of forum provisions. | 736.00 |
| 07/28/23 | MG | 1.60 | B120 | Analyze insurance re case dismissal. | 1,520.00 |
| 07/29/23 | MDS | 0.40 | B120 | Review of Judge Kaplan's memorandum decision dismissing Chapter 11 case. | 380.00 |
| 07/29/23 | RMH | 0.50 | B120 | Conference call with committee professionals. | 622.50 |
| 07/29/23 | RMH | 3.70 | B120 | Work on final insurance presentation to committee counsel. | 4,606.50 |
| 07/29/23 | MG | 2.40 | B120 | Review insurance presentation re insurance-related issues. | 2,280.00 |
| 07/30/23 | MDS | 0.40 | B120 | Additional review of ongoing press accounts and status of stay issue. | 380.00 |
| 07/30/23 | RMH | 2.30 | B120 | Work on final insurance presentation to committee counsel. | 2,863.50 |
| 07/30/23 | MG | 1.20 | B120 | Review insurance presentation re ongoing insurance-related issues. | 1,140.00 |
| 07/31/23 | IF | 2.10 | B120 | Assisted in updating J&J insurance policy language information. | 966.00 |
| 07/31/23 | IF | 1.10 | B120 | Analyzed J&J insurance policies regarding choice of forum provisions. | 506.00 |
| 07/31/23 | MDS | 0.30 | B120 | Review of today's articles regarding Friday's decision on dismissal of LTL Chapter 11 case. | 285.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 07/31/23 | MDS | 0.20 | B120 | Review LTL docket with regard to likely motion to stay order dismissal of case. | 190.00 |
| 07/31/23 | MDS | 0.30 | B120 | Communications with regard to Wednesday's upcoming hearing and insurance-related issues in connection with anticipated motion to stay order dismissing chapter 11 case. | 285.00 |
| 07/31/23 | MDS | 0.10 | B120 | Review client email regarding effective date of dismissal and absence of formal order to date. | 95.00 |
| 07/31/23 | AHP | 0.10 | B160 | Review docket. | 35.00 |
| 07/31/23 | AHP | 0.20 | B160 | Resolve issues relating to timekeeper summaries. | 70.00 |
| 07/31/23 | AHP | 0.90 | B160 | Review invoice for confidentiality. | 315.00 |
| 07/31/23 | AHP | 1.60 | B160 | Finishing drafting documents for 1st monthly fee application. | 560.00 |
| 07/31/23 | AHP | 0.30 | B160 | Prepare documents for review and filing. | 105.00 |
| 07/31/23 | HEG | 2.70 | B120 | Assisted in preparation for presentation to committee. | 1,080.00 |
| 07/31/23 | RMH | 1.00 | B120 | Attend Committee counsel call. | 1,245.00 |
| 07/31/23 | RMH | 3.30 | B120 | Review insurance presentation to committee counsel. | 4,108.50 |
| 07/31/23 | MG | 6.30 | B120 | Review insurance presentation re ongoing insurance-related issues. | 5,985.00 |
| 07/31/23 | RMH | 2.40 | B120 | Revise insurance presentation to committee counsel. | 2,988.00 |
| 07/31/23 | RMH | 2.80 | B120 | Draft insurance presentation to committee counsel. | 3,486.00 |

**Total Fees:** **$155,101.00**

## SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Robert M Horkovich | 59.00 | 1,245.00 | 73,455.00 |
| Mark Garbowski | 43.70 | 950.00 | 41,515.00 |
| Mark D Silverschotz | 23.60 | 950.00 | 22,420.00 |
| Izak Feldgreber | 16.10 | 460.00 | 7,406.00 |
| Harris E Gershman | 19.20 | 400.00 | 7,680.00 |
| Arline H Pelton | 7.50 | 350.00 | 2,625.00 |
| **** | **169.10** | | **$155,101.00** |

## SUMMARY OF SERVICES BY ACTIVITY

| | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| **ACTIVITY CODE B120  ASSET ANALYSIS & RECOVERY** | | | |
| Horkovich, Robert M | 57.00 | 1,245.00 | $70,965.00 |
| Garbowski, Mark | 43.70 | 950.00 | $41,515.00 |
| Silverschotz, Mark D | 23.60 | 950.00 | $22,420.00 |
| Feldgreber, Izak | 16.10 | 460.00 | $7,406.00 |
| Gershman, Harris E | 19.20 | 400.00 | $7,680.00 |
| | **159.60** | | **$149,986.00** |
| **ACTIVITY CODE B160  FEE/EMPLOYMENT APPLICATIONS** | | | |
| Horkovich, Robert M | 2.00 | 1,245.00 | $2,490.00 |
| Pelton, Arline H | 7.50 | 350.00 | $2,625.00 |
| | **9.50** | | **$5,115.00** |

## DISBURSEMENTS

| | | | |
|---|---|---|---:|
| 07/17/2023 | RMH | Vendor: ROBERT M HORKOVICH; Invoice#: 07/17/2023; Date: 7/17/2023  -  107206.11973 7/13 AMTRAK TRAIN TICKETS FOR BOB HORKOVICH, KRISTEN HAND, SAL SALERNO, TO ATTEND HEARING FOR LTL | 176.00 |

**Sub-Total Disbursements:** $176.00

**TOTAL CURRENT BILLING:** $155,277.00

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000        EIN:13-2743351
E-Mail: Accounting@andersonkill.com

David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

MATTER:   107310. 12093
INVOICE:  318005

August 4, 2023

Official Talc Claimants Committee

MATTER: LTL II Insurance Coverage

### R E M I T T A N C E   C O P Y

| | |
|---|---:|
| Professional Services | $155,101.00 |
| Costs: | $176.00 |
| Total Current Invoice: | $155,277.00 |
| Outstanding Amount From Prior Invoices: | $74,129.50 |
| **TOTAL AMOUNT DUE:** | **$229,406.50** |

PLEASE SEND YOUR REMITTANCE TO US AT:

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020

OR, IF MORE CONVENIENT, YOU MAY WIRE THE FUNDS TO

BANK: WELLS FARGO BANK, N.A.
ABA NUMBER FOR WIRES:
ABA NUMBER FOR ACHs:
CREDIT TO: ANDERSON KILL P.C.
OPERATING ACCOUNT
ACCOUNT NUMBER:

KINDLY INDICATE:
      CLIENT NUMBER:       107310
      INVOICE NUMBER:     318005
      YOUR FIRM NAME:     Official Talc Claimants Committee

**THIS INVOICE IS PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**