# **EXHIBIT B**

Invoices



LTL Management LLC
501 George Street
New Brunswick, NJ 08933　　　　　　　　　　　　　　　　　　　　　　August 1, 2023
Attn:  John K. Kim　　　　　　　　　　　　　　　　　　　　　　　　　　Client No. 14740
Chief Legal Officer　　　　　　　　　　　　　　　　　　　　　　　　　Invoice No. 2115969

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Orrick Contact: Lisa T. Simpson

| | | |
|---|---:|---:|
| FOR SERVICES RENDERED through April 30, 2023 in connection with the matters described on the attached pages: | $ | 14,064.60 |
| DISBURSEMENTS as per attached pages: | | 0.00 |
| **Total Fees & Disbursements Owed by LTL 100%** | $ | 14,064.60 |
| **Holdback of Fees 20%** | | (2,812.92) |
| **Payment Applied** | | (11,251.68) |
| **Amount Sought at this Time** | $ | 0.00 |

Matter(s):  14740/2026 – Bankruptcy – LTL
　　　　　　JJL2021019389

## DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | ELECTRONIC FUNDS TRANSFERS: | OVERNIGHT DELIVERY: |
|:---:|:---:|:---:|
| Orrick, Herrington & Sutcliffe LLP | ***ACH & Wire Transfers:*** | Orrick, Herrington & Sutcliffe LLP |
| *2121 Main Street* | **ABA Number 121000248** | *2121 Main Street* |
| *Wheeling, WV 26003* | **SWIFT CODE:  WFBIUS6S** | *Wheeling, WV 26003* |
| *Reference: 14740/ Invoice: 2115969* | **Account Number: 4123701088** | *(304) 231-2703* |
| | *Wells Fargo* | *Reference: 14740/ Invoice: 2115969* |
| | *420 Montgomery Street* | |
| | *San Francisco, CA  94104* | |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 14740/ Invoice: 2115969* | |
| | *E.I.N. 94-2952627* | |

**To pay online visit www.e-billexpress.com/ebpp/Orrick/**



LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933  August 1, 2023  
Attn: John K. Kim  Client No. 14740  
Chief Legal Officer  Invoice No. 2115969  

Orrick Contact: Lisa T. Simpson

For Legal Services Rendered Through April 30, 2023 in Connection With:

**Matter: 2026 - Bankruptcy – LTL**
**Matter: JJL2021019389**

### PHASE B100 – ADMINISTRATION

*Task B160 – Fee/Employment Applications*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 04/06/23 | L. Simpson | Attend to new retention. | 0.50 | 600.00 |
| 04/20/23 | M. Naulo | Email with team re retention matters for review. | 1.00 | 844.00 |
| 04/20/23 | L. Simpson | Confer with team on retention matters. | 0.40 | 480.00 |
| 04/24/23 | M. Naulo | Consult with team re next steps re retention matters. | 0.50 | 422.00 |
| 04/24/23 | L. Simpson | Attend to retention application. | 0.50 | 600.00 |
| 04/25/23 | M. Naulo | Conference with D. Felder re next steps (.4); email with team and Jones Day re next steps (1). | 1.40 | 1,181.60 |
| 04/25/23 | L. Simpson | Attend to retention application. | 0.50 | 600.00 |
| 04/26/23 | R. Trust | Internal correspondence regarding retention application for chapter 11 case. | 0.70 | 840.00 |
| 04/27/23 | M. Naulo | Email with Orrick team (.6) and Jones Day (.3) re retention application. | 0.90 | 759.60 |
| 04/27/23 | R. Trust | Internal correspondence regarding retention application for chapter 11 case. | 0.20 | 240.00 |
| 04/28/23 | L. Simpson | Attend to retention application; confer with team. | 0.50 | 600.00 |
| 04/28/23 | M. Naulo | Email with Orrick team and Jones Day re retention matters (.5); review revised retention application (.5) | 1.00 | 844.00 |

# orrick

LTL Management LLC - 14740  
page 2

August 1, 2023  
Invoice No. 2115969

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 04/30/23 | M. Naulo | Review retention application (3.3) email with team re same (.7) | 4.00 | 3,376.00 |
| | | B160 – Fee/Employment Applications Total | 12.10 | 11,387.20 |

*Task B190 – Other Contested Matters*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 04/05/23 | L. Weber | (Gutierrez) Analyze bankruptcy court's temporary restraining order. | 0.40 | 322.80 |
| 04/05/23 | L. Weber | (Gutierrez) Draft status report about new bankruptcy proceeding. | 0.80 | 645.60 |
| 04/05/23 | S. Harrison | (Gutierrez) Review and exchange emails re mediation request by plaintiff's counsel. | 0.40 | 480.00 |
| 04/06/23 | L. Weber | (Gutierrez) Review bankruptcy court's amended temporary restraining order and revise draft status report. | 0.30 | 242.10 |
| 04/07/23 | L. Weber | (Gutierrez) Coordinate filing of court-mandated status report. | 0.50 | 403.50 |
| 04/07/23 | S. Harrison | (Gutierrez) Review status report. | 0.20 | 240.00 |
| 04/20/23 | L. Weber | (Gutierrez) Review update from client regarding status of bankruptcy stay. | 0.10 | 80.70 |
| 04/25/23 | L. Weber | (Gutierrez) Review bankruptcy court's revised stay order. | 0.10 | 80.70 |
| 04/27/23 | N. Scotten | Gutierrez (CA): Review Strobel notice re bankruptcy stay and strategize regarding filing of same in Gutierrez. | 0.20 | 182.00 |
| | | B190 – Other Contested Matters Total | 3.00 | 2,677.40 |

| | | | | |
|---|---|---|---|---|
| **PHASE B100 – ADMINISTRATION TOTAL** | | | **15.10** | **14,064.60** |
| | | Total Hours | 15.10 | |
| | | Total For Services | | $14,064.60 |

| Task Code | Description | | Hours | Billed Amount |
|---|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | | |
| B160 | Fee/Employment Applications | | 12.10 | 11,387.20 |
| B190 | Other Contested Matters | | 3.00 | 2,677.40 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | | **15.10** | **14,064.60** |
| | | Totals | 15.10 | $14,064.60 |



LTL Management LLC - 14740  
page 3

August 1, 2023  
Invoice No. 2115969

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---:|---:|---:|
| Stacy W. Harrison | 0.60 | 1,200.00 | 720.00 |
| Lisa T. Simpson | 2.40 | 1,200.00 | 2,880.00 |
| Robert Trust | 0.90 | 1,200.00 | 1,080.00 |
| Naomi J. Scotten | 0.20 | 910.00 | 182.00 |
| Mariya Naulo | 8.80 | 844.00 | 7,427.20 |
| Lauren A. Weber | 2.20 | 807.00 | 1,775.40 |
| Total All Timekeepers | 15.10 | | $14,064.60 |

|  |  |
|---:|---:|
| **Total For This Matter** | **$14,064.60** |
| **Holdback of Fees 20%** | **(2,812.92)** |
| **Payment Applied** | **(11,251.68)** |
| **Amount Sought at this Time** | **0.00** |



LTL Management LLC
501 George Street
New Brunswick, NJ 08933    August 1, 2023
Attn: John K. Kim    Client No. 14740
Chief Legal Officer    Invoice No. 2115968LTL

Orrick Contact: Lisa T. Simpson

| | | |
|---|---|---|
| FOR SERVICES RENDERED through April 30, 2023 in connection with the matters described on the attached pages: | $ | 65,339.70 |
| DISBURSEMENTS as per attached pages: | | 103.43 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** | **$** | **65,443.13** |
| **Portion Billed to LTL Bankruptcy (J&J) 50%** | | **(32,721.57)** |
| **Portion Owed by LTL 50%** | **$** | **32,721.56** |
| **Holdback of Fees 20%** | | **(6,533.97)** |
| **Payment Applied** | | **(26,187.59)** |
| **Amount Sought at this Time** | **$** | **0.00** |

Matter(s): 14740/2027 – Bankruptcy – LTL
JJL2021019389

### DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704. Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | *ACH & Wire Transfers:* | Orrick, Herrington & Sutcliffe LLP |
| 2121 Main Street | **ABA Number 121000248** | 2121 Main Street |
| Wheeling, WV 26003 | **SWIFT CODE: WFBIUS6S** | Wheeling, WV 26003 |
| Reference: 14740/ Invoice: 2115968 | **Account Number: 4123701088** | (304) 231-2703 |
| | *Wells Fargo* | Reference: 14740/ Invoice: 2115968 |
| | *420 Montgomery Street* | |
| | *San Francisco, CA  94104* | |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 14740/ Invoice: 2115968* | |
| | *E.I.N. 94-2952627* | |

**To pay online visit www.e-billexpress.com/ebpp/Orrick/**

# orrick

LTL Management LLC
501 George Street
New Brunswick, NJ 08933
Attn: John K. Kim
Chief Legal Officer

August 1, 2023
Client No. 14740
Invoice No. 2115968LTL

Orrick Contact: Lisa T. Simpson

For Legal Services Rendered Through April 30, 2023 in Connection With:

**Matter: 2027 - Bankruptcy – LTL**
**Matter: JJL2021019389**

### PHASE B100 – ADMINISTRATION

*Task B190 – Other Contested Matters*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 04/05/23 | N. Scotten | Analyze effect of bankruptcy order on appeals and communicate with team regarding same. | 1.90 | 1,729.00 |
| 04/05/23 | Z. Hennessee | Hayes (KY). Analyze TRO and revise status report to address TRO. | 0.30 | 226.80 |
| 04/05/23 | R. Loeb | Johnson/Appellate -- Communications re bankruptcy filing and effects on pending appeals. | 0.40 | 480.00 |
| 04/06/23 | Z. Hennessee | Hayes (KY): Revise and finalize status report and circulate to local counsel for filing. | 0.30 | 226.80 |
| 04/06/23 | R. Loeb | Hayes (KY) -- Review and filing of update in the Kentucky Supreme Court re TRO. | 0.20 | 240.00 |
| 04/06/23 | A. Savin | Update statuses of all cases pending post-trial motions or on appeal in light of bankruptcy filing. | 0.60 | 506.40 |
| 04/07/23 | R. Loeb | Bader (CA) -- Call with co-counsel and co-defendant counsel re California Supreme Court ruling on petition for review. (.4) Communications with client re next steps (.3). | 0.70 | 840.00 |
| 04/11/23 | N. Scotten | Analyze effects of bankruptcy order on appeals. | 0.10 | 91.00 |



LTL Management LLC - 14740            August 1, 2023
page 2            Invoice No. 2115968LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/12/23 | N. Scotten | Prudencio (CA): Begin work on reply brief in anticipation of response brief filing. | 1.80 | 1,638.00 |
| 04/12/23 | A. Gerrish | [Bader] Research sample motions to stay remittitur filed in California Court of Appeals Court. | 0.30 | 112.50 |
| 04/12/23 | R. Loeb | Bader (CA) -- Communications re Court ruling (.2). Drafting and editing potential appellate issues for clients and communications re next steps and options. (1.0) Revisions and edits to draft remittitur and related communications (.4) | 1.60 | 1,920.00 |
| 04/12/23 | G. Shaw | Bader (CA): Communicate with Orrick team and co-counsel re case strategy after denial of petition for review (.6), draft and revise motion to stay remittitur (3.2), and perform associated caselaw research (1.1). | 4.90 | 4,135.60 |
| 04/13/23 | A. Barnard-Yanni | Prudencio (CA): Review Plaintiff's response brief, focusing in particular on fibrous talc and cleavage fragment issues. | 1.20 | 1,012.80 |
| 04/13/23 | A. Barnard-Yanni | Prudencio (CA): Draft analysis of Plaintiff's fibrous talc and cleavage fragment arguments, and preliminary thoughts on how to respond in the reply brief, for clients. | 0.70 | 590.80 |
| 04/13/23 | N. Scotten | Prudencio (CA): Review and analyze briefing and strategize with respect to reply. | 3.60 | 3,276.00 |
| 04/13/23 | J. Rosenkranz | Bader (CA): Additional review and analysis of petition for review (1.0); correspondence re strategy for cert (.3); prepare for and attend meeting with clients re same (.3); review motion to stay (.3). | 1.90 | 2,280.00 |
| 04/13/23 | R. Loeb | Bader (CA) -- Edits to draft remittitur and related communications (.2). Call with client, and follow-up with co-counsel and Orrick team. (.4) Call with co-defendant counsel, and edits to joint filing. (.3) | 0.90 | 1,080.00 |
| 04/13/23 | G. Shaw | Bader (CA): Communicate with Orrick team, co-counsel, and J&J and LTL team re case strategy (.6), and revise and finalize motion to stay remittitur (2.8). | 3.40 | 2,869.60 |
| 04/13/23 | G. Shaw | Prudencio (CA): Review and analyze Plaintiffs' brief (1.7), and confer with Orrick team re reactions and case strategy (.5). | 2.20 | 1,856.80 |
| 04/13/23 | A. Gerrish | Bader: Review Application for Motion to Stay Remittitur. | 0.80 | 300.00 |



LTL Management LLC - 14740  
page 3

August 1, 2023  
Invoice No. 2115968LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/13/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft summary of arguments for analysis re potential responses for reply brief. | 4.40 | 3,713.60 |
| 04/14/23 | A. Barnard-Yanni | Prudencio (CA): Coordinate with N. Scotten and U. Bhatti regarding appendix volumes for reply brief. | 0.20 | 168.80 |
| 04/14/23 | A. Gerrish | Bader: Respond to email regarding timeline for Bader Petition for Writ of Certiorari and confirm dates. | 0.20 | 75.00 |
| 04/14/23 | N. Scotten | Prudencio (CA): Review and analyze briefing and strategize with respect to reply. | 1.90 | 1,729.00 |
| 04/14/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft summary of arguments and potential responses for reply brief. | 2.60 | 2,194.40 |
| 04/15/23 | R. Loeb | Bader (CA) -- Communications with co-counsel re court order and outreach from plaintiff counsel. | 0.30 | 360.00 |
| 04/17/23 | A. Barnard-Yanni | Prudencio (CA): Confer with N. Scotten and G. Shaw re reply brief strategy. | 0.10 | 84.40 |
| 04/17/23 | R. Loeb | Bader (CA) -- Communications with co-defendant counsel and follow up with co-counsel re potential wrongful death action and plaintiff demands. | 0.60 | 720.00 |
| 04/17/23 | G. Shaw | Bader (CA): Research in anticipation of cert petition outlining. | 2.40 | 2,025.60 |
| 04/17/23 | N. Scotten | Prudencio (CA): Review and analyze briefing and strategize with respect to reply. | 4.30 | 3,913.00 |
| 04/18/23 | A. Barnard-Yanni | Prudencio (CA): Call with N. Scotten and G. Shaw to discuss reply strategy and logistics. | 0.40 | 337.60 |
| 04/18/23 | M. Hallums | Bader (CA): Call with Geoff Shaw re cert petition strategy. | 0.30 | 253.20 |
| 04/18/23 | G. Shaw | Bader (CA): Confer with Orrick team regarding Supreme Court strategy (.6) and perform associated research (3.8) | 4.40 | 3,713.60 |
| 04/18/23 | G. Shaw | Prudencio (CA): Prepare for (.3) and participate in conference (.5) regarding reply brief strategy and perform follow up review (.3). | 1.10 | 928.40 |
| 04/18/23 | N. Scotten | Prudencio (CA): Prepare for and participate in strategy call regarding reply brief. | 1.60 | 1,456.00 |
| 04/20/23 | N. Scotten | Strategize regarding effect of bankruptcy on appeals. | 0.40 | 364.00 |
| 04/23/23 | N. Scotten | Johnson (CA): Review post-trial motions in anticipation of appeal. | 0.20 | 182.00 |



LTL Management LLC - 14740  
page 4

August 1, 2023  
Invoice No. 2115968LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/24/23 | N. Scotten | Johnson (CA): Strategize regarding appeal and coordinate post-trial motions. Review draft stipulation regarding same. | 1.00 | 910.00 |
| 04/24/23 | J. Rosenkranz | Bader (CA): Prepare for and attend meeting with clients re next steps and strategy. | 1.90 | 2,280.00 |
| 04/24/23 | R. Loeb | Bader (CA) -- Call with client re issue and potential of seeking further review. (.2). | 0.20 | 240.00 |
| 04/24/23 | G. Shaw | Bader (CA): Confer with Orrick team re case strategy. | 0.40 | 337.60 |
| 04/25/23 | N. Scotten | Johnson (CA): Analyze post-trial motions and strategize in anticipation of drafting replies. | 0.50 | 455.00 |
| 04/25/23 | N. Scotten | Prudencio (CA): Review and analyze record materials and strategize for reply brief. | 1.80 | 1,638.00 |
| 04/25/23 | G. Shaw | Bader (CA): Confer with Orrick team re case strategy. | 0.30 | 253.20 |
| 04/26/23 | N. Scotten | Prudencio (CA): Review and analyze case materials and strategize with respect to reply brief. | 4.80 | 4,368.00 |
| 04/27/23 | N. Scotten | Prudencio (CA): Review and analyze case materials and strategize with respect to reply brief. | 4.80 | 4,368.00 |
| 04/28/23 | N. Scotten | Prudencio (CA): Analyze trial materials and strategize for reply. | 2.30 | 2,093.00 |
| 04/28/23 | N. Scotten | Olson (NY): Confer with T. Kurland regarding pending motion for leave. | 0.10 | 91.00 |
| 04/29/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts. | 0.80 | 675.20 |
| | | *B190 – Other Contested Matters Total* | *72.10* | *65,339.70* |
| **PHASE B100 – ADMINISTRATION TOTAL** | | | **72.10** | **65,339.70** |
| | | Total Hours | 72.10 | |
| | | Total For Services | | $65,339.70 |

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | |
| B190 | Other Contested Matters | 72.10 | 65,339.70 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | **72.10** | **65,339.70** |
| | Totals | 72.10 | $65,339.70 |

orrick

LTL Management LLC - 14740  August 1, 2023
page 5  Invoice No. 2115968LTL

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---|---|---|
| Robert Loeb | 4.90 | 1,200.00 | 5,880.00 |
| Joshua Rosenkranz | 3.80 | 1,200.00 | 4,560.00 |
| Naomi J. Scotten | 31.10 | 910.00 | 28,301.00 |
| Alyssa Barnard-Yanni | 2.60 | 844.00 | 2,194.40 |
| Upnit K. Bhatti | 7.80 | 844.00 | 6,583.20 |
| Melanie R. Hallums | 0.30 | 844.00 | 253.20 |
| Anne Savin | 0.60 | 844.00 | 506.40 |
| Geoffrey Shaw | 19.10 | 844.00 | 16,120.40 |
| Zachary Hennessee | 0.60 | 756.00 | 453.60 |
| Amy S. Gerrish | 1.30 | 375.00 | 487.50 |
| Total All Timekeepers | 72.10 | | $65,339.70 |

Disbursements
  Outside Services                            103.43
                    Total  Disbursements            $103.43


Disbursements:
04/30/23    Outside Services    Vendor: CourtAlert.com, Inc; Invoice#: 280559-2304; Date: 4/30/2023 - SR - NY - services for the month ending 4/30/23 By: O. New York    103.43

                    Disbursements Total            $103.43

| | |
|---|---|
| **Total For This Matter** | **$65,443.13** |
| **Portion Billed to LTL Bankruptcy (J&J) 50%** | **(32,721.57)** |
| **Portion Owed by LTL 50%** | **$32,721.56** |
| **Holdback of Fees 20%** | **(6,533.97)** |
| **Payment Applied** | **(26,187.59)** |
| **Amount Sought at this Time** | **$0.00** |