## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

### FEE STATEMENT COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Parkins & Rubio LLP |
| Case No.: | 23-12825 (MBK) | Client: | Ad Hoc Committee of Supporting Counsel |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

### SECTION I
### FEE SUMMARY

Monthly Fee Statement Covering the Period
June 1,  2023 through June 30, 2023

| | |
|---|---|
| Total Fees: | $ 224,202.50 |
| Total Disbursements: | $  10,186.91 |
| Minus % holdback of Fees: | $  44,840.50 |
| **Amount Sought at this Time** | **$ 189,548.91** |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Lenard Parkins, Partner | 1976 | 117.8 | $1,150.00 | $125,522.50 |
| 2. Charles Rubio, Partner | 2008 | 125.6 | $775.00 | $93,000.00 |
| 3.  Gloria Jackson,  Paralegal | N/A | 24.7 | $200.00 | $4,940.00 |
| 4. Jennifer Cook,  Paralegal | N/A | 3.7 | $200.00 | $740.00 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | 0 | $0 |
| b) **Asset Disposition** Sales, leases (section 365 matters), abandonment and related transaction work related to asset disposition. | 0 | $0 |
| c) **Assumption and Rejection of Leases and Contracts** Analysis of leases and executory contracts and preparation of motions specifically to assume or reject. | 0 | $0 |
| d) **Avoidance Action Analysis** Review of potential avoiding actions under Sections 544–549 of the Code to determine whether adversary proceedings are warranted. | 0 | $0 |
| e) **Budgeting (Case)** Preparation, negotiation, and amendment to budgets for applicant. | 0 | $0 |
| f) **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0 | $0 |
| g) **Case Administration** Coordination and compliance activities not specifically covered by another category. | 0 | $0 |
| h) **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowances of claims. | 0 | $0 |
| i) **Corporate Governance and Board Matters** Preparation for and attendance at Board of Directors meetings; analysis and advice regarding corporate governance issues, including trustee, examiner, and CRO issues; review and preparation of corporate documents (e.g., articles and bylaws, etc.). | 0 | $0 |
| j) **Employee Benefits and Pensions** Review and preparation related to employee and retiree benefit issues, including compensation, bonuses, severance, insurance benefits, and 401K, pensions, or other retirement plans. | 0 | $0 |
| k) **Employment and Fee Applications** Preparation of employment and fee applications for self or others; motions to establish interim procedures. | 24.7 | $4,940.00 |

| l) | **Employment and Fee Application Objections**<br>Review of and objections to the employment and fee applications of others. | 0 | $0 |
|---|---|---|---|
| m) | **Litigation**<br>Contested Matters and Adversary Proceedings (not otherwise within a specific project category), each identified separately by caption and adversary number, or title of motion or application and docket number, and using the Uniform Task Based Management System (''UTBMS'') Litigation Task Code Set. | 154.8 | $145,407.50 |
| n) | **Meetings and Communications with Creditors**<br>Preparation for and attendance at section 341(a) meeting and any other meetings with creditors and creditors' committees. | 2.2 | $2,117.50 |
| o) | **Non-Working Travel**<br>Non-working travel where the court reimburses at less than full hourly rates. | 28.5 | $14,287.50 |
| p) | **Plan and Disclosure Statement**<br>Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the allowance and objections to allowance of claims. | 61.6 | $57,450.00 |
| q) | **Real Estate**<br>Review and analysis of real estate-related matters, including purchase agreements and lease provisions (e.g., common area maintenance clauses). | 0 | $0 |
| r) | **Relief from Stay and Adequate Protection**<br>Matters relating to termination or continuation of automatic stay under 11 U.S.C. 362 and motions for adequate protection under 11 U.S.C. 361. | 0 | $0 |
| s) | **Reporting**<br>Statement of financial affairs, schedules, monthly operating reports, and any other accounting or reporting activities; contacts with the United States Trustee not included in other categories. | 0 | $0 |
| t) | **Tax**<br>Analysis of tax issues and preparation of federal and state tax returns. | 0 | $0 |
| u) | **Valuation**<br>Appraise or review appraisals of assets. | 0 | $0 |
| **SERVICE TOTALS:** | | 271.8 | $224,202.50 |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | Copies | $0 |
| b) | Outside Printing | $0 |
| c) | Telephone | $0 |
| d) | Facsimile | $0 |
| e) | Online Research | $0 |
| f) | Delivery Services/Couriers | $0 |
| g) | Postage | $0 |
| h) | Local Travel | $425.74 |
| i) | Out-of-town Travel | $4,841.31 |
| j) | Out-of-town Travel: Transportation | $0 |
| k) | Out-of-town Travel: Hotel | $4,234.98 |
| l) | Out-of-town Travel: Meals | $601.15 |
| m) | Out-of-town Travel: Ground Transportation | $0 |
| n) | Out-of-town Travel: Other | $83.73 |
| o) | Meals (local) | $0 |
| p) | Court Fees | $0 |
| q) | Subpoena Fees | $0 |
| r) | Witness Fees | $0 |
| s) | Deposition Transcripts | $0 |
| t) | Trial Transcripts | $0 |
| u) | Trial Exhibits | $0 |
| v) | Litigation Support Vendors | $0 |
| w) | Experts | $0 |
| x) | Investigators | $0 |
| y) | Arbitrators/Mediators | $0 |
| z) | Other | $0 |
| DISBURSEMENTS TOTAL: | | $10,186.91 |

I certify under penalty of perjury that the above is true.

Dated:  August 7, 2023                                */s/ Charles M. Rubio*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**PARKINS & RUBIO LLP**
Lenard M. Parkins, Esq.
Charles M. Rubio, Esq.
lparkins@parkinsrubio.com
crubio@parkinsrubio.com
Pennzoil Place
700 Milam St., Suite 1300
Houston, TX 77002
Tel: (713) 715-1666

*Ad Hoc Committee of Supporting Counsel*

In re:

LTL Management LLC,

                Debtor.

Chapter 11

Case No.: 23-12825 (MBK)

Honorable Michael B. Kaplan

## MONTHLY FEE STATEMENT OF PARKINS & RUBIO LLP, AD HOC COMMITTEE OF SUPPORTING COUNSEL, FOR THE PERIOD JUNE 1, 2023 THROUGH JUNE 30, 2023

Parkins & Rubio LLP ("P&R") submits this Monthly Fee Statement (the "Statement") for services rendered and expenses incurred as Ad Hoc Committee of Supporting Counsel[1] for the period commencing June 1, 2023 and ending June 30, 2023 (the "Statement Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Docket No. 562] (as modified, the "Interim Fee Procedures Order").

The billing invoices, along with a detailed breakdown of all out-of-pocket disbursements necessarily incurred by P&R for the Statement Period are annexed hereto. These invoices detail

---

[1] On June 20, 2023, the Bankruptcy Court entered the *Order Authorizing the Debtor to Enter into an Expense Reimbursement Agreement with Ad Hoc Committee of Supporting Counsel* [Docket. 838] that provides for the period of April 18, 2023, through the termination of the Reimbursement Agreement (together, the "Fees and Expenses").

the services performed by PR.

The fees payment and the expense reimbursement requested in this Statement is as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $224,202.50 | $44,840.50 | $179,362.00 | $10,186.91 |

WHEREFORE, P&R respectfully requests payment of fees for the Statement Period of $189,548.91 (80% of total fees and 100% of expenses) in accordance with the Interim Fee Procedures Order.

Dated:  August 7, 2023

*/s/ Charles M. Rubio*
**PARKINS & RUBIO LLP**
*Ad Hoc Committee of Supporting Counsel*

# **Summary of Invoices**



**Parkins & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinsrubio.com

LTL (AD HOC COMMITTEE OF SUPPORTING COUNSEL)

| Invoice | Project Category | Invoice Amount |
|---------|------------------|---------------:|
| **Invoice #920** | Employment and Fee Applications | $4,940.00 |
| **Invoice #921** | Litigation | $145,407.50 |
| **Invoice #922** | Meetings and Communications with Creditors | $2,117.50 |
| **Invoice #923** | Non-Working Travel | $14,287.50 |
| **Invoice #924** | Plan and Disclosure Statement | $57,450.00 |

| | |
|---:|---:|
| Fees | $224,202.50 |
| Less 20% | $44,840.50 |
| Fee Payment Requested | $189,548.91 |
| Expense Reimbursement(100%) | $10,186.91 |
| **Fee Payment Requested Plus Expense Reimbursement** | **$189,548.91** |

## Payment Instructions

| **Check Payment Information** |
|---|

| **Remit checks to:** | Parkins & Rubio LLP<br>700 Milam Street, Suite 1300<br>Houston, Texas 77002 |
|---|---|

| **Wire Transfer and Online Payment Information** |
|---|

| **Bank Name/Address:** | JPMorgan Chase Bank, N.A.<br>dba Chase Bank<br>8 East Pkwy, Scarsdale, NY 10583 |
|---|---|
| **Bank ABA/Routing #:** | ABA Number 021000021 (For international transfers: CHASUS33) |
| **Name/Account #:** | Parkins & Rubio LLP<br>Operating Account<br>Account Number 761958377 |



# INVOICE

P&R Internal Reference # 920
Date: 07/10/2023

**Parkins & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinsrubio.com

LTL (Ad Hoc Committee)

**Project Category: Employment and Fee Applications**

| Date | Attorney | Description | Quantity | Rate | Total |
|------|----------|-------------|----------|------|-------|
| 06/14/2023 | GJ | Begin reviewing daynotes for preparation for May Fee Statement (1.7). pull and review order establishing procedures for interim compensation and reimbursement of expenses of retained professionals (.4). | 2.10 | $200.00 | $420.00 |
| 06/14/2023 | JC | Conference with C. Rubio and G. Jackson regarding April and May fee applications (.2); begin reviewing day notes and preparing for same (.5). | 0.70 | $200.00 | $140.00 |
| 06/15/2023 | GJ | Compile and review data to begin preparing May fee statement draft and forward the same for C. Rubio to review and make comments. | 4.60 | $200.00 | $920.00 |
| 06/16/2023 | GJ | Revise fee application to include C. Rubio comments, and forward the same to C. Rubio to further advise. | 1.80 | $200.00 | $360.00 |
| 06/21/2023 | GJ | Review May pre-bills in preparation for Fee Statement and forward to same to C. Rubio for markup and comments. | 2.10 | $200.00 | $420.00 |
| 06/22/2023 | GJ | Continue to review daynotes of May 2023 pre-bills in preparation for Fee Statement. | 2.60 | $200.00 | $520.00 |
| 06/26/2023 | GJ | Review and check docket for order authorizing reimbursement of AHC proffessionals. | 0.20 | $200.00 | $40.00 |

| | | | | | |
|---|---|---|---|---|---|
| 06/27/2023 | GJ | Continue to review prebills In preparation for fee application. | 2.00 | $200.00 | $400.00 |
| 06/28/2023 | GJ | Prepare and send May 2023 pre-bills to C. Rubio for comments and markups in preparation for monthly Fee Statement. | 2.60 | $200.00 | $520.00 |
| 06/29/2023 | GJ | Work on day entry notes to conform to U.S. Trustee Guidlines in preparation for prebills and June fee application. | 1.70 | $200.00 | $340.00 |
| 06/30/2023 | GJ | Work on day entry notes to conform to U.S. Trustee Guidlines in preparation for June fee application. | 4.30 | $200.00 | $860.00 |

**Quantity Subtotal** **24.7**

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Jennifer Cook | 0.7 | $200.00 | $140.00 |
| Gloria Jackson | 24.0 | $200.00 | $4,800.00 |

| | | |
|---|---|---|
| | **Quantity Total** | **24.7** |
| | **Subtotal** | **$4,940.00** |
| | **Total** | **$4,940.00** |

Minus 20% Holdback fee in the amount of $988.00.



# INVOICE

P&R Internal Reference # 921
Date: 07/10/2023

**Parkins & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinsrubio.com

LTL (Ad Hoc Committee)

**Project Category: Litigation**

| Date | Attorney | Description | Quantity | Rate | Total |
|------|----------|-------------|----------|------|-------|
| 06/02/2023 | CMR | Attend hearing on discovery matters. | 1.70 | $775.00 | $1,317.50 |
| 06/02/2023 | LMP | Attend hearing on discovery matters. | 1.70 | $1,150.00 | $1,955.00 |
| 06/05/2023 | CMR | Review TCC's motion to terminate exclusivity. | 1.20 | $775.00 | $930.00 |
| 06/05/2023 | LMP | Review TCC motion to terminate exclusivity (1.4). | 1.40 | $1,150.00 | $1,610.00 |
| 06/06/2023 | LMP | Call with J. Onder regarding his deposition. | 0.40 | $1,150.00 | $460.00 |
| 06/07/2023 | GJ | Upload the Onder deposition and save to the files. | 0.20 | $200.00 | $40.00 |
| 06/07/2023 | CMR | Call with B. Hofmeister, R. Monfusco and L. Parkins to discuss J. Onder deposition preparation (1.0); attend E. Haas deposition (partial) (2.5); follow up call with L. Parkins and B. Hofmeister to discuss E. Haas deposition (.3). | 3.80 | $775.00 | $2,945.00 |
| 06/07/2023 | LMP | Attend E. Haas from J &J deposition on Motion to dismiss (2.2); prepare for meeting on Onder deposition preparation (.6) extended zoom meeting with Brian Huffmeister to prepare for Onder deposition under common interest (1.0); call with B. Huffmeister regarding other additional points to cover for Onder deposition preparation (.3). | 4.10 | $1,150.00 | $4,715.00 |

| 06/08/2023 | JC | Assist with gathering and assembling expert reports; forward same for review. | 0.80 | $200.00 | $160.00 |
|---|---|---|---|---|---|
| 06/08/2023 | CMR | Attend deposition of J. Onder (partial). | 6.20 | $775.00 | $4,805.00 |
| 06/08/2023 | GJ | Prep binders of expert witness reports and circulate the same to L. Parkins. | 0.30 | $200.00 | $60.00 |
| 06/08/2023 | LMP | Attend deposition of J. Onder. | 7.00 | $1,150.00 | $8,050.00 |
| 06/12/2023 | CMR | Attend deposition of Mikal Watts (3.0); attend deposition of Aurthor Wong (partial) (.9). | 3.90 | $775.00 | $3,022.50 |
| 06/13/2023 | CMR | Meet with co-counsel prior to hearing to discuss hearing (.4); attend hearing on TCC motion to terminate exclusivity, Debtor's motion to extend PI, etc. (5.1); meet with co-counsel after hearing to discuss hearing (.4). | 5.90 | $775.00 | $4,572.50 |
| 06/14/2023 | CMR | Attend deposition of Adam Pulaski (2.4); Call with co-counsel to discuss MTD trial strategy and plan negotiation strategy (1.3). | 3.70 | $775.00 | $2,867.50 |
| 06/14/2023 | LMP | Attend deposition of Adam Pulaski (1.2); call with co-counsel to discuss MTD trial strategy and plan negotiation strategy (1.3). | 2.50 | $1,150.00 | $2,875.00 |
| 06/19/2023 | CMR | Call with L. Parkins to discuss MTD hearing (.5); call with J. Onder and co-counsel to discuss MTD hearing preparation (1.4). | 1.90 | $775.00 | $1,472.50 |
| 06/19/2023 | LMP | Call with C. Rubio to discuss MTD hearing (.5); two calls with J. Onder and Paul Hastings lawyers regarding J. Onder's declaration on motion to dismiss litigation (1.4); review and begin revisions of initial draft declaration (.4). | 2.30 | $1,150.00 | $2,645.00 |
| 06/20/2023 | JC | Gather and assemble incoming depositions and forward to LMP for review. | 2.20 | $200.00 | $440.00 |
| 06/20/2023 | CMR | Work on revisions to Onder's declaration in support of the objections to MTD and send to R. Manufusco. | 0.80 | $775.00 | $620.00 |
| 06/20/2023 | LMP | Work on extensive revision to Onder declaration to support opposition to motion to dismiss (1.6). | 1.60 | $1,150.00 | $1,840.00 |
| 06/21/2023 | CMR | Work on revisions to Onder's declaration in support of objection to motions to dismiss and circulate comments to co-counsel (.8). attend deposition of Gregory Bell (partial) (2.5); attend deposition of Theodore Rave (partial) (2.0). | 5.30 | $775.00 | $4,107.50 |

| 06/21/2023 | LMP | Attend deposition of T. Rave, expert for TCC on motion to dismiss (3.0); attend deposition of G. Bell, expert for LTL on motion to dismiss (3.8). | 6.80 | $1,150.00 | $7,820.00 |
|---|---|---|---|---|---|
| 06/22/2023 | CMR | Attend hearing on the bridge order to apply the PI/ automatic stay to Jansen and Kenvue and other matters. | 2.90 | $775.00 | $2,247.50 |
| 06/22/2023 | LMP | Attend hearing on injunction and stay issues. | 2.90 | $1,150.00 | $3,335.00 |
| 06/22/2023 | LMP | Attend deposition of Saul Burian of Houllihan, expert witness for TCC (2.1); work on declaration of J. Onder for motion to dismiss hearing (.8). | 2.90 | $1,150.00 | $3,335.00 |
| 06/23/2023 | CMR | Attend deposition of Sheila Birnbaum (partial) (1.0). | 1.00 | $775.00 | $775.00 |
| 06/23/2023 | LMP | Attend deposition of Sheila Birnbaum (partial) (2.0). | 1.00 | $1,150.00 | $1,150.00 |
| 06/25/2023 | CMR | Attend deposition of Andrew Lisman by Zoom. | 1.20 | $775.00 | $930.00 |
| 06/26/2023 | LMP | Discuss MTD hearing and related case litigation strategies with C. Rubio. | 1.20 | $1,150.00 | $1,380.00 |
| 06/26/2023 | CMR | Discuss MTD hearing and related case litigation strategies with L. Parkins. | 1.20 | $775.00 | $930.00 |
| 06/27/2023 | CMR | Meet with co-counsel prior to the start of the MTD hearing (.8); attend MTD hearing partial (5.3); Onder and Watts witness preparation (5.5). | 11.60 | $775.00 | $8,990.00 |
| 06/27/2023 | LMP | Meet with co-counsel prior to the start of the hearing (.8); attend hearing on motions to dismiss Chapter 11 case (5.3); witness preparation of J. Onder and M. Watts (5.5). | 11.60 | $1,150.00 | $13,340.00 |
| 06/28/2023 | CMR | Meet with co-counsel before the start of the second day of the MTD trial (.8); attend the second day of the MTD trial (8.6), follow up conversation with J. Onder and M. Watts (.3). | 9.70 | $775.00 | $7,517.50 |
| 06/28/2023 | LMP | Meet with co-counsel before the start of the second day of the MTD trial (.8); attend the second day of the MTD trial (8.6), follow up conversation with J. Onder and M. Watts (.3). | 9.70 | $1,150.00 | $11,155.00 |
| 06/29/2023 | LMP | Attend hearing on Motions to dismiss Chapter 11 case. | 8.30 | $1,150.00 | $9,545.00 |
| 06/29/2023 | CMR | Attend hearing on Motions to dismiss Chapter 11 case. | 8.30 | $775.00 | $6,432.50 |
| 06/30/2023 | LMP | Attend final day of hearings on Motions to Dismiss Chapter 11 case. | 7.80 | $1,150.00 | $8,970.00 |

| 06/30/2023 | CMR | Attend final day of hearings on Motions to Dismiss Chapter 11 case. | 7.80 | $775.00 | $6,045.00 |
|---|---|---|---|---|---|
| | | | **Quantity Subtotal** | | **154.8** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Lenard M Parkins | 73.2 | $1,150.00 | $84,180.00 |
| Charles Rubio | 78.1 | $775.00 | $60,527.50 |
| Jennifer Cook | 3.0 | $200.00 | $600.00 |
| Gloria Jackson | 0.5 | $200.00 | $100.00 |
| | **Quantity Total** | | **154.8** |
| | **Subtotal** | | **$145,407.50** |
| | **Total** | | **$145,407.50** |

Minus 20% Holdback Fee in the amount of 29,081.50.

# INVOICE



P&R Internal Reference # 922
Date: 07/10/2023

**Parkins & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinsrubio.com

LTL (Ad Hoc Committee)

**Project Category: Meetings and Communications with Creditors**

| Date | Attorney | Description | Quantity | Rate | Total |
|------|----------|-------------|----------|------|-------|
| 06/14/2023 | CMR | Attend call with co-counsel and steerco to discuss plan negotiations. | 1.10 | $775.00 | $852.50 |
| 06/14/2023 | LMP | Participate in call with Steerco and co-counsel to discuss plan negotiations. | 1.10 | $1,150.00 | $1,265.00 |
| | | | **Quantity Subtotal** | | **2.2** |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Lenard M Parkins | 1.1 | $1,150.00 | $1,265.00 |
| Charles Rubio | 1.1 | $775.00 | $852.50 |
| | **Quantity Total** | | **2.2** |
| | **Subtotal** | | **$2,117.50** |
| | **Total** | | **$2,117.50** |

Minus 20% Holdback Fee in the amount of $423.50.



# INVOICE

P&R Internal Reference # 923
Date: 07/10/2023

**Parkins & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinsrubio.com

LTL (Ad Hoc Committee)

**Project Category: Non-Working Travel**

| Date | Attorney | Description | Quantity | Rate | Total |
|------|----------|-------------|----------|------|-------|
| 06/12/2023 | CMR | Travel from Office (100 Park) to Newark Airport (to pick up L. Parkins) and drive to Westin Princeton for court hearing. | 2.20 | $387.50 | $852.50 |
| 06/12/2023 | LMP | Travel from Houston to Trenton N.J. for hearing on Exclusivity and other matters (4.5). | 4.50 | $575.00 | $2,587.50 |
| 06/13/2023 | LMP | Return flight to Houston from hearings on TCC Exclusivity Motion and to set Disclosure statement hearing and other motions(4.1) | 4.10 | $575.00 | $2,357.50 |
| 06/13/2023 | CMR | Return trip from Trenton courthouse. | 2.60 | $387.50 | $1,007.50 |
| 06/26/2023 | CMR | Travel from Scarsdale to Newark Airport and wait at Newark Airport for L. Parkins (2.8); continue to Princeton, NJ for LTL MTD Hearing (.8). | 3.60 | $387.50 | $1,395.00 |
| 06/26/2023 | LMP | Travel to Trenton for hearing on Motion to Dismiss and witness preparation of Onder and Watts (4.3). | 4.30 | $575.00 | $2,472.50 |
| 06/30/2023 | LMP | Return to Houston from attending hearings on Motions to Dismiss Chapter 11 case. | 4.40 | $575.00 | $2,530.00 |
| 06/30/2023 | CMR | Return trip from Trenton, NJ for MTD hearing, drop off L. | 2.80 | $387.50 | $1,085.00 |

| Parkins at Newark airport and return to home in Scarsadale. | | | |

| | | **Quantity Subtotal** | **28.5** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Lenard M Parkins | 17.3 | $575.00 | $9,947.50 |
| Charles Rubio | 11.2 | $387.50 | $4,340.00 |
| | | **Quantity Total** | **28.5** |
| | | **Subtotal** | **$14,287.50** |
| | | **Total** | **$14,287.50** |

Minus 20% Holdback Fee in the amount of $2,857.50.



# INVOICE

P&R Internal Reference # 924
Date: 07/10/2023

**Parkins & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinsrubio.com

LTL (Ad Hoc Committee)

**Project Category: Plan and Disclosure Statement**

| Date | Attorney | Description | Quantity | Rate | Total |
|------|----------|-------------|----------|------|-------|
| 06/01/2023 | LMP | Call with mediator Faoud to discuss scheduling of mediation sessions and if J&J will engage in dialogue (.5); extended call with Steerco on TDP issues (1.3); call with J. Onder regarding mediation issues (.4); review recent decision from Second Circuit on Purdue confirmation and third party releases (1.0). | 3.20 | $1,150.00 | $3,680.00 |
| 06/05/2023 | CMR | Prepare for call with J. Murdica, Streerco and co-counsel to review TDP issues list (.3); call with J. Onder to prepare for call (.5); attend TDP issues list call (2.0); follow up work to prepare revised issues list (.5), review draft of revised issues list and provide comments to same (.5), research other asbestos trust TDPs to address questions on supplemental payments and write email to co-counsel and steerco regarding same (1.6). | 5.40 | $775.00 | $4,185.00 |
| 06/05/2023 | LMP | Call with J. Onder to go over TDP issues in preparation for TDP call with J. Murdica (.5); extended call with AHOC Steering Committee and J. Murdica to go over TDP issues (2.0). | 2.50 | $1,150.00 | $2,875.00 |
| 06/06/2023 | GJ | Print and circulate motion to terminate exclusivity to L. Parkins and C. Rubio. | 0.20 | $200.00 | $40.00 |

| 06/06/2023 | CMR | Prepare for (.3) and attend call with co-counsel and Steerco to discuss TDP and solicitation procedures (1.7). | 2.00 | $775.00 | $1,550.00 |
|---|---|---|---|---|---|
| 06/06/2023 | LMP | Call with Steering Committee to go over TDP issues and solicitation issues (1.7). | 1.70 | $1,150.00 | $1,955.00 |
| 06/07/2023 | CMR | Prepare for (.5); and attend call to discus TDP issues with J. Murdica, and other Debtor counsel, Steerco and AHC Counsel (1.4). | 1.90 | $775.00 | $1,472.50 |
| 06/07/2023 | LMP | Extended zoom meeting with J. Murdica and AHOC Steering Committee to go over open issues on TDP. | 1.40 | $1,150.00 | $1,610.00 |
| 06/12/2023 | CMR | Prepare for (.8); and attend call to discuss TDP's with Debtor's counsel, co-counsel and certain Steerco members (1.0). | 1.80 | $775.00 | $1,395.00 |
| 06/12/2023 | LMP | Participate in Steering Committee meeting to discuss TDP and exclusivity hearing. | 1.10 | $1,150.00 | $1,265.00 |
| 06/13/2023 | CMR | Prepare email to J. Onder regarding status of TDP discussions with Debtor. | 0.80 | $775.00 | $620.00 |
| 06/13/2023 | LMP | Meet with co-counsel prior to hearing to discuss hearing (.4); attend hearing on TCC motion to terminate exclusivity, Debtor's motion to extend PI, etc. (5.1); meet with co-counsel after hearing to discuss hearing (.4). | 5.90 | $1,150.00 | $6,785.00 |
| 06/15/2023 | CMR | Correspondence with J. Onder regarding plan neogtiaiton strategy (.3); calls with L. Parkins regarding same (.9); prepare email to J. Onder regarding same (.5). | 1.70 | $775.00 | $1,317.50 |
| 06/15/2023 | LMP | Calls with C. Rubio regarding plan negotiation strategy. | 0.90 | $1,150.00 | $1,035.00 |
| 06/16/2023 | CMR | Call with M. Michelli to discuss plan matters related to MTD hearing. | 0.40 | $775.00 | $310.00 |
| 06/19/2023 | LMP | Begin review of Judge Wolfson's Daubert decision in MDL Talc litigation for plan issues (.6). | 0.60 | $1,150.00 | $690.00 |
| 06/20/2023 | CMR | Review and make notes on the revised TDP (2.2); call with L. Parkins to discuss revised TDP (.4); call with Debtor's, co-counsel and steering committee to discuss the revised TDP (1.4); scheduling of follow up calls in connection with same (.3). | 4.30 | $775.00 | $3,332.50 |
| 06/20/2023 | LMP | Review updates from counsel for J&J (.8);meet with lawyers from J&J and Debtor and Steerco to go over TDP and continue negotiations regarding same (1.4). | 2.20 | $1,150.00 | $2,530.00 |

| 06/21/2023 | CMR | Prepare for call with Kendra Lounsberry to discuss revised TDP (1.6); call with K. Lounsberry, co-counsel and certain Steerco members to discuss reduction factors and other issues in the TDP (1.2); follow up call with co-counsel and Steerco to review revised TDP and prepare issues list (2.4). | 5.20 | $775.00 | $4,030.00 |
|---|---|---|---|---|---|
| 06/21/2023 | LMP | Zoom call with K. Lounsberry and co-counsel and certain Steerco members to discuss reduction factors and other issues in the TDP (1.2); follow up call with co-counsel and Steerco to review revised TDP and prepare issues list (2.4). | 3.60 | $1,150.00 | $4,140.00 |
| 06/22/2023 | CMR | Prepare revised issues list in advance of call with K. Lounseberry, Steerco and co-counsel (2.0); call with J. Onder to discuss issues before call (.5); attend call with K. Lounseberry, Steerco and co-counsel to discuss TDP issues (2.5); work on language regarding supplemental payments under the TDP, review precedent language in connection with same and email to S. Higgins and M. Micheli for comments (.8). | 5.80 | $775.00 | $4,495.00 |
| 06/22/2023 | LMP | Participate in extended TDP negotiations call with K. Louonsberry for JJ, LTL counsel and Steerco of AHOC to reach agreement and define remaining open issues on TDP for amended plan. | 2.50 | $1,150.00 | $2,875.00 |
| 06/23/2023 | CMR | Call with co-counsel and Steerco to discuss revised draft plan. | 0.60 | $775.00 | $465.00 |
| 06/23/2023 | LMP | Call with Steerco and co-counsel to discuss status fo plan. | 0.60 | $1,150.00 | $690.00 |
| 06/25/2023 | CMR | Review and prepare revised issues list for revised TDP (4.8); call with J. Onder to discuss same (.5). | 5.30 | $775.00 | $4,107.50 |

**Quantity Subtotal**     **61.6**

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Lenard M Parkins | 26.2 | $1,150.00 | $30,130.00 |
| Charles Rubio | 35.2 | $775.00 | $27,280.00 |
| Gloria Jackson | 0.2 | $200.00 | $40.00 |

**Quantity Total**     **61.6**

**Subtotal**     **$57,450.00**

**Total**     **$57,450.00**

Minus 20% Holdback Fee in the amount of $11,490.00.



# INVOICE

P&R Internal Reference # 925
Date: 07/10/2023

**Parkins & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinsrubio.com

LTL (Ad Hoc Committee)

**Project Category: Expenses**

| Type | Attorney | Date | Description | Total |
|------|----------|------|-------------|-------|
| Expense | LMP | 06/12/2023 | Hotel Stay for hearing in Trenton, NJ . | $4,234.98 |
| Expense | LMP | 06/12/2023 | Parking at IAH Airport . | $50.00 |
| Expense | CMR | 06/13/2023 | Mileage, tolls and parking for trip to and from Princeton for hearing in Trenton, NJ Bankruptcy Court on 6/13/23. | $188.18 |
| Expense | LMP | 06/13/2023 | Dinner for L. Parkins at Garden State Diner. | $58.20 |
| Expense | LMP | 06/13/2023 | Houston to Trenton, NJ and Return. | $4,186.01 |
| Expense | CMR | 06/26/2023 | Mileage and tolls for trip to Princeton, NJ for MTD hearing = $70.73. 91.8 miles X 65.5 cents/mile = $60.13; Tolls = $10.60. | $70.73 |
| Expense | LMP | 06/26/2023 | Travel to Trenton, NJ from Houston, TX and return to attend hearing as counsel for Ad Hoc Committee. | $655.30 |
| Expense | LMP | 06/26/2023 | Uber home to airport. | $38.49 |
| Expense | LMP | 06/26/2023 | Dinner with C. Rubio at Romeo's Restuarant. | $75.68 |
| Expense | CMR | 06/27/2023 | Parking at Trenton Courthouse. | $12.00 |
| Expense | CMR | 06/27/2023 | Lunch for L. Parkins and C. Rubio at Salt Creek Grille. | $83.80 |

| Expense | CMR | 06/28/2023 | Parking at Trenton courthouse. | $12.00 |
|---------|-----|------------|--------------------------------|--------|
| Expense | CMR | 06/28/2023 | Dinner for L. Parkins and C. Rubio at Ruth's Chris. | $240.46 |
| Expense | CMR | 06/29/2023 | Parking at Trenton courthouse. | $12.00 |
| Expense | LMP | 06/29/2023 | Dinner with C. Rubio at Hiro Asian Bistro. | $96.13 |
| Expense | CMR | 06/30/2023 | Mileage and tolls and parking for return trip from Trenton courhouse, drop of L. Parkins at Newark airport and return home to Scarsdale: Mileage = 91.6 miles (attached) X 65.5 cents/mile = $60.00 Tolls = $29.07, plus parking at Trenton courthouse, leave twice, once for lunch, $12 each. | $113.07 |
| Expense | LMP | 06/30/2023 | Lunch with C. Rubio at Five Guys. | $46.88 |
| Expense | LMP | 06/30/2023 | Laundry expense at the Westin Hotel during week in court. | $13.00 |

| | Time Keeper | Quantity | Rate | Total |
|---|-------------|----------|------|-------|
| | | | Subtotal | $10,186.91 |
| | | | Total | $10,186.91 |