| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Jeffrey M. Sponder, Esq.<br>Lauren Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ  07102<br>Telephone: (973) 645-3014<br>E-mail: jeffrey.m.sponder@usdoj.gov<br>E-mail: lauren.bielskie@usdoj.gov | |
| In Re:<br><br>LTL Management LLC,<br><br>Debtor. | Case No.: 23-12825<br>Chapter: 11<br>Judge: MBK |

Order Filed on August 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following page is **ORDERED**.

**DATED: August 8, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On request of _____the United States Trustee_____ , to seal the following document(s),

the redacted portions of the Objection of the United States Trustee to Debtor's Motion for an Order Appointing Randi S. Ellis as Legal Representative for Future Claims

and the court having considered the request and any objection there to, it is

☐  ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

☒  ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.

*rev.8/1/15*