| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>E-mail: krosen@lowenstein.com<br>E-mail: mseymour@lowenstein.com<br>-and-<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria, Esq.<br>Gregory Starner, Esq.<br>Joshua D. Weedman, Esq.<br>Samuel P. Hershey, Esq.<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>E-mail: jessica.lauria@whitecase.com<br>E-mail: gstarner@whitecase.com<br>E-mail: jweedman@whitecase.com<br>E-mail: sam.hershey@whitecase.com<br><br>**WHITE & CASE LLP**<br>Matthew E. Linder, Esq.<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>E-mail: mlinder@whitecase.com<br><br>*Co-Counsel to Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc.* | **Order Filed on August 8, 2023**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| *In re*<br><br>LTL MANAGEMENT LLC,[1]<br><br>       Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK) |

**ORDER GRANTING THE J&J PARTIES' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE J&J PARTIES TO FILE CONFIDENTIAL EXHIBIT UNDER SEAL**

**DATED: August 8, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:       2
Debtor:     In re LTL Management LLC
Case No.    23-12825 (MBK)
Caption:    *Order Granting J&J Parties' Motion for Entry of an Order Authorizing the J&J Parties to File Confidential Exhibit Under Seal*

___

The relief set forth on the following pages two (2) through three (3), is hereby **ORDERED**.

Page:     3
Debtor:   In re LTL Management LLC
Case No.  23-12825 (MBK)
Caption:  *Order Granting J&J Parties' Motion for Entry of an Order Authorizing the J&J Parties to File Confidential Exhibit Under Seal*

___

On request of Johnson & Johnson ("J&J"), and Johnson & Johnson Holdco (NA) Inc. ("Holdco") (together, the "J&J Parties") to temporarily seal (the "Seal Motion") Exhibit 2 to the Motion for Entry of Protective Order filed herewith and to file a redacted version of the exhibit, which identifies sensitive and confidential information, and this Court having considered the request and any objection thereto,

**IT IS HEREBY ORDERED THAT** the Seal Motion is hereby granted, and

**IT IS FURTHER ORDERED THAT** unredacted copies of the exhibits to the Motion For Protective Order shall be temporarily sealed pending further order of this Court, and

**IT IS FURTHER ORDERED THAT** the J&J Parties are permitted to file the redacted exhibit to the Motion For Protective Order until the expiration of the judiciary records retention period at which time the exhibit to the Motion For Protective Order will be permanently deleted, or until further order of this Court.