| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>E-mail: krosen@lowenstein.com<br>-and-<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria, Esq.<br>Gregory Starner, Esq.<br>Samuel P. Hershey, Esq.<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>E-mail: jessica.lauria@whitecase.com<br>E-mail: gstarner@whitecase.com<br>E-mail: sam.hershey@whitecase.com<br><br>**WHITE & CASE LLP**<br>Matthew E. Linder, Esq.<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>E-mail: mlinder@whitecase.com<br><br>*Co-Counsel to Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc.* | <br><br>**Order Filed on August 7, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re<br><br>LTL MANAGEMENT LLC,[1]<br><br>    Debtor. | Chapter 11<br>Case No. 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

## PROTECTIVE ORDER

The relief set forth in the following page numbered two (2) is hereby **ORDERED**.

**DATED: August 7, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:  2
Debtor:   LTL Management LLC
Case No.:  23-12825 (MBK)
Caption:   Protective Order

_____

Johnson & Johnson ("J&J") and Johnson & Johnson Holdco (NA) Inc. ("Holdco") (together, the "J&J Parties"), having filed a motion seeking entry of a protective order (the "Motion") precluding the Official Committee of Talc Claimants (the "TCC") from seeking discovery regarding the transfer of the consumer health business from Holdco's predecessor company, Johnson & Johnson Consumer Inc., and the separate spin-off of Kenvue Inc. (together, the "Consumer Health Transactions"); and the Court having considered the Motion and any opposition thereto, and finding good cause for the entry of this Order, it is hereby,

**ORDERED THAT**:

    1. The Court grants the Motion, in part, pursuant to the Court's oral ruling on the record on during the hearing on May 30, 2023.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12825-MBK |
| LTL Management LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 07, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Aug 07 2023 20:38:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2023         Signature:        /s/Gustava Winters