**|UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD
APRIL 14, 2023 THROUGH MAY 31, 2023**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Genova Burns LLC |
| Case No.: | 21-30589(MBK) | Client: | Official Comm of Talc Claimant |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

## SECTION 1
## FEE SUMMARY

X   Monthly Fee Statement No. _3_   or   ☐ Final Fee Application

Summary of Amounts Requested for the Period from July 1, 2023 through July 31, 2023
(the "Third Statement Period")

| | |
|---|---|
| Total Fees: | $ 178,680.00 |
| Total Disbursements: | $     4,723.01 |
| Minus 20% holdback of Fees: | $   35,736.00 |
| Amount Sought at this Time: | $ 147,667.01 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Daniel M. Stolz, Partner | 1980 | 98.90 | 800.00 | $79,120.00 |
| 2.  Donald W. Clarke, Partner | 2008 | 98.10 | 600.00 | $58,860.00 |
| 3.  Gregory S. Kinoian, Counsel | 1992 | 50.50 | 600.00 | $30,300.00 |
| 4.  Sydney Schubert, Junior Associate | 2022 | 5.00 | 275.00 | $1,375.00 |
| 5.  Lorrie Denson | Paralegal | 35.90 | 250.00 | $8,975.00 |
| 6.  Maria A. Sousa | Paraprofessional | .20 | 250.00 | $50.00 |

| | |
|---|---|
| Fee Totals: | $  178,680.00 |
| Disbursements Totals: | $      4,723.01 |
| Total Fee Application | $ 183,403.01 |

## SECTION II SUMMARY
## OF SERVICES

| | SERVICES RENDERED | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** <br> Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** <br> Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** <br> Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** <br> Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** <br> Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 237.80 | 155,200.00 |
| f) | **Claims Administration and Objections** <br> Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | **Employee Benefits/Pensions** <br> Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** <br> Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 21.10 | 5,660.00 |
| i) | **Fee/Employment Objections** <br> Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing** <br> Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** <br> Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 24.40 | 14,640.00 |
| l) | **Meetings of Creditors** <br> Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) | **Plan and Disclosure Statement** <br> Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 5.30 | 3,180.00 |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | | |
| **SERVICE TOTALS:** | | 288.60 | $178,680.00 |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | 252.29 |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |

| | | |
|---|---|---|
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | 1,263.60 |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | 534.86 |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | 16.67 |
| l) | **Postage** | |
| m) | **Other (specify) subpoenas; litigation support vendors; other professionals** | 2,655.59 |
| | **DISBURSEMENTS TOTAL:** | $4,723.01 |

I certify under penalty of perjury that the above is true.

Date:  August 10, 2023

/s/ *Daniel M. Stolz*
_____
DANIEL M. STOLZ