# EXHIBIT A

GENOVA BURNS LLC

August 10, 2023
Invoice No.:    500112

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/01/23 | DMS | B110 | Emails with trial team and TCC representatives regarding trial follow up. | 1.10 | 800.00 | 880.00 |
| 7/01/23 | DMS | B110 | Emails with trial team on thoughts for FOF and COL. | 1.40 | 800.00 | 1,120.00 |
| 7/01/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/01/23 | GSK | B110 | Review various corresp from TCC members counsel re follow-up matters to MTD trial. | .10 | 600.00 | 60.00 |
| 7/02/23 | DMS | B110 | Emails with Maimon and Ruck regarding power point delivery to Court and counsel. | .40 | 800.00 | 320.00 |
| 7/02/23 | DMS | B110 | Emails to Massey et al regarding FOF from Third Circuit Opinion. | .80 | 800.00 | 640.00 |
| 7/02/23 | DMS | B110 | Emails with Casheman regarding June 30th transcript. | .40 | 800.00 | 320.00 |
| 7/02/23 | DMS | B110 | Emails with Thompson regarding slides. | .30 | 800.00 | 240.00 |
| 7/02/23 | DMS | B110 | Email with Satterly regarding Valadez trial. | .30 | 800.00 | 240.00 |
| 7/02/23 | DMS | B110 | Review comments and edit PI appeal brief. | 1.10 | 800.00 | 880.00 |
| 7/02/23 | DWC | B110 | Rvw several emails from co counsel re draft of proposed findings of fact and conclusions of law | .70 | 600.00 | 420.00 |
| 7/02/23 | DWC | B110 | Rvw emails from co counsel re draft PI appeal to district court | .40 | 600.00 | 240.00 |
| 7/02/23 | GSK | B190 | Review draft opening brief re PI appeal (1.0); review various corresp from co-counsel re same (0.1); review corresp from DMS re same (0.1); corresp to/from DMS re same (0.1). | 1.30 | 600.00 | 780.00 |
| 7/03/23 | DMS | B110 | Review more edits to PI brief. | .40 | 800.00 | 320.00 |
| 7/03/23 | DMS | B110 | Email with Moshe and Massey regarding Dickinson slides and testimony. | .40 | 800.00 | 320.00 |
| 7/03/23 | DMS | B110 | Emails with Cyprus counsel regarding Transcripts. | .40 | 800.00 | 320.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/03/23 | DMS | B110 | Review June 30th Transcript and circulate. | 1.10 | 800.00 | 880.00 |
| 7/03/23 | DMS | B110 | Emails and calls regarding prepping PI brief for filing. | .80 | 800.00 | 640.00 |
| 7/03/23 | DMS | B110 | Review Grimm update. | .20 | 800.00 | 160.00 |
| 7/03/23 | DMS | B110 | Circulate filed PI appeal. | .30 | 800.00 | 240.00 |
| 7/03/23 | DMS | B110 | Review Motion to extend time to remove and emails with TCC and Placitella regarding same. | .40 | 800.00 | 320.00 |
| 7/03/23 | DMS | B110 | Emails with Beville et al regarding standing motion. | .20 | 800.00 | 160.00 |
| 7/03/23 | DWC | B110 | Rvw draft PI appeal | 1.20 | 600.00 | 720.00 |
| 7/03/23 | DWC | B110 | Emails from co counsel re PI appeal filing | .40 | 600.00 | 240.00 |
| 7/03/23 | DWC | B110 | Rvw UST email with Anderson Kill comments; revise and follow up with AK re additional information | 1.60 | 600.00 | 960.00 |
| 7/03/23 | DWC | B110 | Emails from UST re status of hearings and adjournments on professional retentions | .40 | 600.00 | 240.00 |
| 7/03/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/03/23 | GSK | B110 | Review debtor's motion for extension of time to remove actions. | .10 | 600.00 | 60.00 |
| 7/03/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/03/23 | GSK | B110 | Review corresp among co-counsel re 7/11 and 8/2 calendars. | .10 | 600.00 | 60.00 |
| 7/03/23 | GSK | B110 | Review various articles re MTD trial and related matters (0.5); review corresp among co-counsel re same (0.1). | .60 | 600.00 | 360.00 |
| 7/03/23 | GSK | B190 | Review various corresp from co-counsel re TCC's appellate brief re PI order (0.1); review local District Court rules (0.2); various emails to/from co-counsel re same (0.1); review draft brief (0.5). | .90 | 600.00 | 540.00 |
| 7/04/23 | DMS | B110 | Emails with Massey regarding FOF and COL. | 1.10 | 800.00 | 880.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|-------------------------------|-------|------|--------|
| 7/04/23 | DWC | B110 | Multiple emails from co counsel re findings of fact and conclusions of law | 1.20 | 600.00 | 720.00 |
| 7/05/23 | DMS | B110 | Emails regarding thoughts for FOF and COL. | 1.00 | 800.00 | 800.00 |
| 7/05/23 | DMS | B110 | Review first draft of FOF and COL and comment. | 1.20 | 800.00 | 960.00 |
| 7/05/23 | DMS | B110 | Email to US Trustee regarding coordination of submissions. | .30 | 800.00 | 240.00 |
| 7/05/23 | DMS | B110 | Review Transcripts from trial and send to TCC. | 1.80 | 800.00 | 1,440.00 |
| 7/05/23 | DMS | B110 | Send trial Transcripts to US Trustee, Malone, et al. | .40 | 800.00 | 320.00 |
| 7/05/23 | DMS | B110 | Multiple emails regarding FOF and COL. | 1.10 | 800.00 | 880.00 |
| 7/05/23 | DMS | B110 | Call with co-counsel regarding preparation for TCC call. | .60 | 800.00 | 480.00 |
| 7/05/23 | DMS | B110 | TCC call. | 1.20 | 800.00 | 960.00 |
| 7/05/23 | DMS | B110 | Call with Molton regarding strategy. | .30 | 800.00 | 240.00 |
| 7/05/23 | DWC | B110 | Zoom with co counsel re status and prep for committee call | .70 | 600.00 | 420.00 |
| 7/05/23 | DWC | B110 | Committee member zoom call | 1.60 | 600.00 | 960.00 |
| 7/05/23 | DWC | B110 | Email cocounsel memo re docket entries and court calendar | 1.10 | 600.00 | 660.00 |
| 7/05/23 | DWC | B110 | Emails w professional re retention process and fee app | .50 | 600.00 | 300.00 |
| 7/05/23 | DWC | B110 | Email discuss status of case and work in process | .70 | 600.00 | 420.00 |
| 7/05/23 | LD | B110 | File certificate of service regarding PHV application for Massey and Vallacher in District Court. | .30 | 250.00 | 75.00 |
| 7/05/23 | LD | B160 | File certificate of service regarding MoloLamken May and corrected May fee statements. | .30 | 250.00 | 75.00 |
| 7/05/23 | LD | B160 | File certificate of service regarding Massey Gail April-May fee statement. | .30 | 250.00 | 75.00 |
| 7/05/23 | LD | B160 | Prepare and file certification of no objection regarding Miller Thomson April-May fee statement. | .50 | 250.00 | 125.00 |

GENOVA BURNS LLC

August 10, 2023
Invoice No.:   500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|-------------------------------|-------|------|--------|
| 7/05/23 | LD | B160 | Prepare and file certification of no objection regarding Otterbourg April fee statement. | .50 | 250.00 | 125.00 |
| 7/05/23 | LD | B160 | Prepare and file certification of no objection regarding FTI April fee statement. | .50 | 250.00 | 125.00 |
| 7/05/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/05/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/05/23 | GSK | B110 | Review agenda for TCC conf call. | .10 | 600.00 | 60.00 |
| 7/05/23 | GSK | B190 | Review transcript of 6/27 MTD trial (2.0); review transcripts of 6/28 MTD trial (3.0). | 5.00 | 600.00 | 3,000.00 |
| 7/05/23 | GSK | B110 | Review corresp from co-counsel re debtor's motion to extend time to remove actions (0.1); review TCC's draft reservation of rights (0.1). | .20 | 600.00 | 120.00 |
| 7/05/23 | GSK | B110 | Review various articles re LTL case and other mass-tort cases (0.5); review corresp from FTI re same (0.1). | .60 | 600.00 | 360.00 |
| 7/06/23 | DMS | B110 | Call with Molton regarding several issues. | .30 | 800.00 | 240.00 |
| 7/06/23 | DMS | B110 | Email with Beville regarding July 11th motions. | .30 | 800.00 | 240.00 |
| 7/06/23 | DMS | B110 | Draft reservation of rights regarding OCP. | .70 | 800.00 | 560.00 |
| 7/06/23 | DMS | B110 | Send TCC article on NJ Judge shortage. | .30 | 800.00 | 240.00 |
| 7/06/23 | DMS | B110 | Review text order regarding July 11th and send to TCC. | .30 | 800.00 | 240.00 |
| 7/06/23 | DMS | B110 | Email to Massey regarding conclusions of law. | .30 | 800.00 | 240.00 |
| 7/06/23 | DMS | B110 | Review and file reservation of rights regarding removal. | .40 | 800.00 | 320.00 |
| 7/06/23 | DMS | B110 | Draft, circulate and file reservation of rights regarding ordinary course professional. | .80 | 800.00 | 640.00 |
| 7/06/23 | DMS | B110 | Emails with Court, co-counsel and TCC regarding July 11th calendar. | .50 | 800.00 | 400.00 |
| 7/06/23 | DMS | B110 | Review information for July 12th town hall. | .20 | 800.00 | 160.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|---------------------------------|-------|------|--------|
| 7/06/23 | DMS | B110 | Email with Prieto and Falanga regarding FCR appeal adjournment. | .30 | 800.00 | 240.00 |
| 7/06/23 | DMS | B110 | Email with Sponder regarding FOF and COL preparation. | .30 | 800.00 | 240.00 |
| 7/06/23 | DMS | B110 | Emails with Massey regarding FCR brief. | .30 | 800.00 | 240.00 |
| 7/06/23 | DWC | B110 | Multiple emails from co counsel and member reps re court's text order, status of pending motions, | 1.30 | 600.00 | 780.00 |
| 7/06/23 | DWC | B110 | Multiple emails from professionals re protocol for monthly statements; rvw AKill proposed changes from the UST (rvw and revise draft) | 2.70 | 600.00 | 1,620.00 |
| 7/06/23 | DWC | B110 | Rvw findings of fact and conclusions of law | 1.40 | 600.00 | 840.00 |
| 7/06/23 | DWC | B110 | Emails and drafts re PHV for massey attys in DNJ | .40 | 600.00 | 240.00 |
| 7/06/23 | LD | B110 | Finalize and file reservation of rights re removal. | .30 | 250.00 | 75.00 |
| 7/06/23 | LD | B110 | Revise reservation of rights re ordinary course professionals. | .50 | 250.00 | 125.00 |
| 7/06/23 | LD | B110 | Finalize and file reservation of rights re ordinary course professionals. | .30 | 250.00 | 75.00 |
| 7/06/23 | LD | B110 | Finalize and file PHV applications for Massey and Vallacher in District Court case 23-02918. | 1.00 | 250.00 | 250.00 |
| 7/06/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/06/23 | GSK | B110 | Review TCC's reservation of rights re debtor's motion for extension of time to remove actions. | .10 | 600.00 | 60.00 |
| 7/06/23 | GSK | B110 | Review TCC's reservation of rights re debtor's motion re retention of ordinary course professionals. | .10 | 600.00 | 60.00 |
| 7/06/23 | GSK | B110 | Review Court's text order re 7/11 calendar (0.1); review various corresp among co-counsel re same (0.1). | .20 | 600.00 | 120.00 |
| 7/06/23 | GSK | B110 | Review Court minutes re 7/6 matters. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/06/23 | GSK | B110 | Review email from S. Beville to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/06/23 | GSK | B190 | Review notice re filings in District Ct appeal of PI order. | .10 | 600.00 | 60.00 |
| 7/07/23 | DMS | B110 | Emails with Rasmussen, Maimon and Ruck regarding slides. | .40 | 800.00 | 320.00 |
| 7/07/23 | DMS | B110 | Review new case by LTL libel send to TCC., | .30 | 800.00 | 240.00 |
| 7/07/23 | DMS | B110 | Emails with US Trustee regarding transcripts. | .30 | 800.00 | 240.00 |
| 7/07/23 | DMS | B110 | Review bar date motion and claim form draft and comment. | .60 | 800.00 | 480.00 |
| 7/07/23 | DMS | B110 | Email with TCC and co-counsel regarding Kenue PI Order. | .30 | 800.00 | 240.00 |
| 7/07/23 | DMS | B110 | Emails with Rasmussen et al regarding slides. | .40 | 800.00 | 320.00 |
| 7/07/23 | DMS | B110 | Review PI order draft from Rush and emails with TCC regarding same. | .50 | 800.00 | 400.00 |
| 7/07/23 | DMS | B110 | Review draft estimation and 706 motions and discuss with TCC and co-counsel. | .90 | 800.00 | 720.00 |
| 7/07/23 | DMS | B110 | Emails with Malone and Rasmussen regarding NM/Miss. | .30 | 800.00 | 240.00 |
| 7/07/23 | DMS | B110 | Emails regarding texts received and response. | .30 | 800.00 | 240.00 |
| 7/07/23 | DMS | B110 | Emails regarding Greene requests for transcripts. | .20 | 800.00 | 160.00 |
| 7/07/23 | DWC | B110 | Rvw emails amongst member resp and co counsel | .80 | 600.00 | 480.00 |
| 7/07/23 | DWC | B110 | Rvw all professionals' monthly fee statements and proofs | 2.90 | 600.00 | 1,740.00 |
| 7/07/23 | DWC | B110 | Circulate updates re discussions with UST | .60 | 600.00 | 360.00 |
| 7/07/23 | DWC | B110 | Rvw drafts of BAR DATE MOTION, REVISED PI EXTENSION ORDER, DRAFT ESTIMATION MOTION | 3.20 | 600.00 | 1,920.00 |
| 7/07/23 | DWC | B110 | Emails re financial news of Kenvue and J&J | .60 | 600.00 | 360.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 7/07/23 | LD | B110 | File certificate of service re reservations of rights. | .30 | 250.00 | 75.00 |
| 7/07/23 | LD | B160 | Prepare and file CNO re Brown Rudnick May fee statement. | .50 | 250.00 | 125.00 |
| 7/07/23 | LD | B160 | File Otterbourg May fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 7/07/23 | LD | B160 | File Prof. Rave first fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 7/07/23 | LD | B110 | Circulate revised transcripts. | .10 | 250.00 | 25.00 |
| 7/07/23 | LD | B160 | Prepare draft monthly fee statement for Professor Rave. | 1.50 | 250.00 | 375.00 |
| 7/07/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/07/23 | GSK | B110 | Review email from S. Beville to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/07/23 | GSK | B190 | Review debtor's mark-up of proposed order extending PI (0.1); review various corresp among co-counsel and counsel to TCC members re same (0.2). | .30 | 600.00 | 180.00 |
| 7/08/23 | DMS | B110 | Review FCR brief redraft from Massey and email regarding same. | .70 | 800.00 | 560.00 |
| 7/08/23 | DWC | B110 | Emails with professionals and member reps | 1.20 | 600.00 | 720.00 |
| 7/08/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 7/10/23 | DMS | B110 | Review Law 360 article on LTL suit and emails with TCC. | .40 | 800.00 | 320.00 |
| 7/10/23 | DMS | B110 | Numerous emails regarding extensions for FCR appeal. | .50 | 800.00 | 400.00 |
| 7/10/23 | DMS | B110 | Emails with Appellate counsel regarding FCR appeal. | .50 | 800.00 | 400.00 |
| 7/10/23 | DMS | B110 | Emails with Parties and Placitella regarding PI Order. | .40 | 800.00 | 320.00 |
| 7/10/23 | DMS | B110 | Review letter etc. regarding FCR appeal. | .30 | 800.00 | 240.00 |
| 7/10/23 | DMS | B110 | Conference with LD, revise and sign letter to J. Shipp. | .40 | 800.00 | 320.00 |
| 7/10/23 | DMS | B110 | More emails regarding letter to Judge Shipp. | .30 | 800.00 | 240.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/10/23 | DMS | B110 | Emails regarding Valadez trial. | .30 | 800.00 | 240.00 |
| 7/10/23 | DMS | B110 | Review Grimm daily update. | .20 | 800.00 | 160.00 |
| 7/10/23 | DMS | B110 | Email with Melanie and Silverstein regarding Daubert attack. | .30 | 800.00 | 240.00 |
| 7/10/23 | DMS | B110 | Review and file letter to extend time on FCR brief. | .30 | 800.00 | 240.00 |
| 7/10/23 | DWC | B110 | Multiple emails re ltr to DNJ re revised briefing schedule | .90 | 600.00 | 540.00 |
| 7/10/23 | DWC | B110 | Rvw and revise draft AKill supp retention docs | 1.40 | 600.00 | 840.00 |
| 7/10/23 | DWC | B110 | Rvw emails from member reps and co counsel | 1.10 | 600.00 | 660.00 |
| 7/10/23 | DWC | B110 | Rvw and coordinate Notice of Appeal for FCR | .90 | 600.00 | 540.00 |
| 7/10/23 | LD | B160 | File certificate of service re Otterbourg May fee statement and Prof. Rave first fee statement. | .50 | 250.00 | 125.00 |
| 7/10/23 | LD | B110 | File certificate of service re Massey and Vallacher PHV in District Court for case 23-02918. | .50 | 250.00 | 125.00 |
| 7/10/23 | LD | B110 | Prepare draft letter to District Court re modified briefing schedule. | .30 | 250.00 | 75.00 |
| 7/10/23 | LD | B110 | Finalize and file letter to Judge Shipp, call to Chambers. | .30 | 250.00 | 75.00 |
| 7/10/23 | SS | B110 | Reviewing email chains and attachments, checking docket, and updating calendars. | 1.00 | 275.00 | 275.00 |
| 7/10/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/10/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/11/23 | DMS | B110 | Review Grimm daily update. | .20 | 800.00 | 160.00 |
| 7/11/23 | DMS | B110 | Emails with member reps re expense reimbursement. | .60 | 800.00 | 480.00 |
| 7/11/23 | DMS | B160 | Review and edit June bill. | .50 | 800.00 | 400.00 |
| 7/11/23 | DMS | B110 | Emails re Valadez trial. | .30 | 800.00 | 240.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/11/23 | DMS | B110 | Review bar date motion draft and emails re procedure. | .60 | 800.00 | 480.00 |
| 7/11/23 | DMS | B110 | Call with Molton re bar date motion and other issues. | .30 | 800.00 | 240.00 |
| 7/11/23 | DMS | B110 | Email with FTI re member rep expenses. | .20 | 800.00 | 160.00 |
| 7/11/23 | DMS | B110 | Satterly and Molton emails re bar date. | .20 | 800.00 | 160.00 |
| 7/11/23 | DMS | B110 | Review Shipp Order re appeal and circulate. | .30 | 800.00 | 240.00 |
| 7/11/23 | DMS | B110 | Review Molton comments to estimation motion. | .20 | 800.00 | 160.00 |
| 7/11/23 | DMS | B110 | Email with Linda R. re FOF/LOL. | .20 | 800.00 | 160.00 |
| 7/11/23 | DMS | B110 | Emails with FTI and TCC re expense reimbursement. | .30 | 800.00 | 240.00 |
| 7/11/23 | DMS | B160 | Email with Sponder re Anderson Kill. | .20 | 800.00 | 160.00 |
| 7/11/23 | DMS | B110 | Emails with co-counsel re sharing FOF/COL. | .40 | 800.00 | 320.00 |
| 7/11/23 | DWC | B110 | TCC member and member rep zoom with co counsel | 2.10 | 600.00 | 1,260.00 |
| 7/11/23 | DWC | B110 | Rvw emails from UST; draft and incorporate changes and circulate final | 1.10 | 600.00 | 660.00 |
| 7/11/23 | DWC | B110 | Emails and drafts re PHV for massey team | .60 | 600.00 | 360.00 |
| 7/11/23 | DWC | B110 | Emails with profs and UST re changes tp supp docs; scope of coverage re potential conflict; extension of deadline to object | 2.40 | 600.00 | 1,440.00 |
| 7/11/23 | LD | B160 | Prepare draft GB June fee statement. | .50 | 250.00 | 125.00 |
| 7/11/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/11/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/11/23 | GSK | B110 | Review Court minutes re 7/11 matters. | .10 | 600.00 | 60.00 |
| 7/11/23 | GSK | B110 | Review agenda for TCC conf call. | .10 | 600.00 | 60.00 |
| 7/11/23 | GSK | B110 | Corresp with DMS re 7/12 TCC conf call. | .10 | 600.00 | 60.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/11/23 | GSK | B320 | Review debtor's revised trust distribution procedures for proposed plan. | 1.00 | 600.00 | 600.00 |
| 7/11/23 | GSK | B320 | Review redlined version of debtor's amended disclosure statement. | 1.00 | 600.00 | 600.00 |
| 7/11/23 | GSK | B320 | Review debtor's motion re disclosure statement and solicitation procedures, etc. | .60 | 600.00 | 360.00 |
| 7/12/23 | DMS | B110 | Emails finalizing estimation motion and review revised draft. | 1.10 | 800.00 | 880.00 |
| 7/12/23 | DMS | B110 | Review amended disclosure statement filed by Debtor and notice motion, and email with co-counsel re same. | .70 | 800.00 | 560.00 |
| 7/12/23 | DMS | B110 | TCC professionals only call. | .80 | 800.00 | 640.00 |
| 7/12/23 | DMS | B110 | TCC call with members. | 1.20 | 800.00 | 960.00 |
| 7/12/23 | DMS | B110 | Coordinate filing of motions. | .40 | 800.00 | 320.00 |
| 7/12/23 | DMS | B110 | Review revised FOF/LOL and emails with Massey re same. | .80 | 800.00 | 640.00 |
| 7/12/23 | DMS | B110 | Emails with TCC and co-counsel re Debtor plan. | .70 | 800.00 | 560.00 |
| 7/12/23 | DWC | B110 | Emails and drafts of notice of appeal; review and comment on draft and procedure | 1.80 | 600.00 | 1,080.00 |
| 7/12/23 | DWC | B110 | Zooms with co counsel, members and member rep re status and preparation | 2.60 | 600.00 | 1,560.00 |
| 7/12/23 | DWC | B110 | Rvw emails and drafts of Estimation Motion and Bar Date Motion; coordinate and prep for filing | 1.70 | 600.00 | 1,020.00 |
| 7/12/23 | DWC | B110 | Emails from professionals re fee statements | .70 | 600.00 | 420.00 |
| 7/12/23 | DWC | B110 | Rvw emails from co counsel and members | 1.20 | 600.00 | 720.00 |
| 7/12/23 | LD | B110 | Prepare draft NOM for bar date. | .50 | 250.00 | 125.00 |
| 7/12/23 | LD | B110 | Prepare draft NOM for estimation motion. | .50 | 250.00 | 125.00 |
| 7/12/23 | LD | B110 | Finalize and file Bar Date motion and Estimation motion and arrange for service. | 1.50 | 250.00 | 375.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/12/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/12/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/12/23 | GSK | B110 | Review various articles re LTL case and other mass-tort cases (0.5); review corresp from FTI re same (0.1). | .60 | 600.00 | 360.00 |
| 7/12/23 | GSK | B320 | Review debtor's notice re disclosure statement hearing, etc. | .10 | 600.00 | 60.00 |
| 7/12/23 | GSK | B110 | Conf call (zoom) with TCC professionals (0.5); conf call with TCC members and TCC professionals (1.3). | 1.80 | 600.00 | 1,080.00 |
| 7/12/23 | GSK | B110 | Review signed order waiving requirement of LBR 3003-1(a)(1). | .10 | 600.00 | 60.00 |
| 7/12/23 | GSK | B110 | Review signed order authorizing debtor's retention of ordinary course professionals. | .10 | 600.00 | 60.00 |
| 7/12/23 | GSK | B110 | Review signed order granting AHC's motion to seal. | .10 | 600.00 | 60.00 |
| 7/12/23 | GSK | B320 | Review TCC's motion re claims estimation for voting purposes, etc. (0.5); review TCC's motion re deadline for proofs of claim, etc. (0.5); review various corresp among co-counsel re same (0.1); tel with DWC re same (0.1); review corresp re service of motions (0.1). | 1.30 | 600.00 | 780.00 |
| 7/12/23 | GSK | B110 | Review MRHFM's motion to disqualify FCR. | .10 | 600.00 | 60.00 |
| 7/13/23 | DMS | B110 | Emails re filing motions. | .30 | 800.00 | 240.00 |
| 7/13/23 | DMS | B110 | Emails with co-counsel re FOF/LOL. | .70 | 800.00 | 560.00 |
| 7/13/23 | DMS | B110 | Emails with TCC and LD re member expenses. | .30 | 800.00 | 240.00 |
| 7/13/23 | DMS | B110 | Review revision to 6/29 transcript. | .20 | 800.00 | 160.00 |
| 7/13/23 | DMS | B110 | Review evidentiary stip from Reining. | .30 | 800.00 | 240.00 |
| 7/13/23 | DWC | B110 | Emails coordinating submission of member expenses; emails with co counsel re various issues and status; rvw fee schedules | 2.40 | 600.00 | 1,440.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/13/23 | LD | B110 | Emails with DWC re member expense submission. | .20 | 250.00 | 50.00 |
| 7/13/23 | LD | B110 | File certificate of service re Bar Date Motion and Estimation Motion. | .30 | 250.00 | 75.00 |
| 7/13/23 | LD | B160 | File June fee statements for Brown Rudnick and Massey Gail and arrange for service. | 1.00 | 250.00 | 250.00 |
| 7/13/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/13/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/14/23 | DMS | B110 | Review article regarding FCR motion and emails with co-counsel regarding same. | .40 | 800.00 | 320.00 |
| 7/14/23 | DMS | B110 | Review Grimm daily update. | .20 | 800.00 | 160.00 |
| 7/14/23 | DMS | B110 | Review entered Order on PI and emails with TCC regarding same. | .30 | 800.00 | 240.00 |
| 7/14/23 | DMS | B110 | Review June 29th pm Transcript and circulate. | .30 | 800.00 | 240.00 |
| 7/14/23 | DMS | B110 | Review and comment on latest draft of FOF and COL. | 1.30 | 800.00 | 1,040.00 |
| 7/14/23 | DMS | B110 | Review WCD opinion and discuss potential impact. | .30 | 800.00 | 240.00 |
| 7/14/23 | DMS | B110 | Review latest draft of FOF/COL and emails regarding same. | .80 | 800.00 | 640.00 |
| 7/14/23 | DWC | B110 | Emails and drafts of AKill retention docs and supplement; input from and to  UST | .70 | 600.00 | 420.00 |
| 7/14/23 | DWC | B110 | Rvw fee statements | 1.10 | 600.00 | 660.00 |
| 7/14/23 | DWC | B110 | Emails from co cocunsel and member reps on various issues | 1.30 | 600.00 | 780.00 |
| 7/14/23 | DWC | B110 | Rvw findings of fact and conclusions of law | 1.10 | 600.00 | 660.00 |
| 7/14/23 | LD | B160 | Prepare draft June fee statement for Miller Thomson. | .70 | 250.00 | 175.00 |
| 7/14/23 | LD | B160 | Emails to DWC and professionals regarding June fee statements. | .20 | 250.00 | 50.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/14/23 | LD | B160 | Finalize and file Miller Thomson June fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 7/14/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/14/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/14/23 | GSK | B190 | Review signed order extending PI (0.1); review various corresp among co-counsel re same (0.1). | .20 | 600.00 | 120.00 |
| 7/14/23 | GSK | B110 | Review articles re J&J and talc matters. | .20 | 600.00 | 120.00 |
| 7/15/23 | DWC | B110 | Emails re FofF and CofL | .60 | 600.00 | 360.00 |
| 7/15/23 | GSK | B190 | Review various corresp among co-counsel re TCC's draft proposed findings of fact and conclusions of law. | .10 | 600.00 | 60.00 |
| 7/15/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 7/16/23 | DWC | B110 | Emails re A Kill retention docs; stipulated exhibit list | .90 | 600.00 | 540.00 |
| 7/17/23 | DMS | B110 | Review docket entries in appeal. | .20 | 800.00 | 160.00 |
| 7/17/23 | DMS | B110 | Emails with TCC regarding analysis of Plan. | .30 | 800.00 | 240.00 |
| 7/17/23 | DMS | B110 | Review Grimm update. | .20 | 800.00 | 160.00 |
| 7/17/23 | DMS | B110 | Review TCC comments to FOF/COL. | .30 | 800.00 | 240.00 |
| 7/17/23 | DMS | B110 | Review FCR application to retain Bederson. | .20 | 800.00 | 160.00 |
| 7/17/23 | DMS | B110 | Review Falk opposition to motion to disqualify. | .20 | 800.00 | 160.00 |
| 7/17/23 | DMS | B110 | Emails with co-counsel regarding finalizing FOF/COL. | .60 | 800.00 | 480.00 |
| 7/17/23 | DWC | B110 | Emails concerning and circulate excel native format file of stipulated exhibits; rvw excel spreadsheet re same | 1.90 | 600.00 | 1,140.00 |
| 7/17/23 | DWC | B110 | Rvw fee statements; emails with professionals and UST re finalizations | 1.10 | 600.00 | 660.00 |
| 7/17/23 | DWC | B110 | Filing of findings of fact and conclusions of law; rvw drafts and provide input; coordinate filing | 2.10 | 600.00 | 1,260.00 |

GENOVA BURNS LLC

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 7/17/23 | MAS | B110 | Email LEDES file to Debtor and US Trustee Office. | .20 | 250.00 | 50.00 |
| 7/17/23 | LD | B160 | File certificate of service re BR June fee statement. | .30 | 250.00 | 75.00 |
| 7/17/23 | LD | B160 | File certificate of service re MG June fee statement. | .30 | 250.00 | 75.00 |
| 7/17/23 | LD | B160 | File certificate of service re MT June fee statement. | .30 | 250.00 | 75.00 |
| 7/17/23 | LD | B160 | Emails to/from DWC and MAS re LEDES files and redactions. | .20 | 250.00 | 50.00 |
| 7/17/23 | LD | B160 | Email to USTO with member expense receipts. | .10 | 250.00 | 25.00 |
| 7/17/23 | LD | B160 | Prepare and file certification of no objection re MoloLamken May fee statement. | .50 | 250.00 | 125.00 |
| 7/17/23 | LD | B160 | Prepare and file certification of no objection re MG first fee statement. | .50 | 250.00 | 125.00 |
| 7/17/23 | LD | B160 | Finalize and file GB June fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 7/17/23 | LD | B160 | Prepare draft first monthly fee statement for Hon. Furgeson. | 1.00 | 250.00 | 250.00 |
| 7/17/23 | SS | B110 | Reviewing court notices for pertinent hearings changes and deadlines. | .20 | 275.00 | 55.00 |
| 7/17/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/17/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/17/23 | GSK | B190 | Review various corresp among co-counsel re TCC's draft proposed findings of fact and conclusions of law re MTD (0.2); review mark-ups of FOFs/COLs (0.2). | .40 | 600.00 | 240.00 |
| 7/17/23 | GSK | B190 | Various corresp with co-counsel and DWC re preparation of motion to seal re redacted version of TCC's proposed findings of fact and conclusions of law (0.2); review issues for motion to seal (0.3). | .50 | 600.00 | 300.00 |

GENOVA BURNS LLC

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|------:|-----:|-------:|
| 7/17/23 | GSK | B320 | Review various corresp among co-counsel and TCC members professionals re debtor's revisions to proposed trust distributions procedures. | .10 | 600.00 | 60.00 |
| 7/17/23 | GSK | B110 | Review FCR's opposition to MRHFM's motion to disqualify (0.1); review MRHFM's reply (0.1). | .20 | 600.00 | 120.00 |
| 7/18/23 | DMS | B110 | Emails with Molton, Jonas et al regarding FOF/COL. | .50 | 800.00 | 400.00 |
| 7/18/23 | DMS | B110 | Emails regarding Shipp appeal. | .30 | 800.00 | 240.00 |
| 7/18/23 | DMS | B110 | Emails with co-counsel and TCC regarding PI Order and review NOA. | .40 | 800.00 | 320.00 |
| 7/18/23 | DMS | B110 | Review Grimm daily update. | .20 | 800.00 | 160.00 |
| 7/18/23 | DMS | B110 | Review evidentiary stipulation and emails regarding same. | .80 | 800.00 | 640.00 |
| 7/18/23 | DMS | B110 | Emails with Massey and GB team regarding preparation for filing FOF/COL. | .60 | 800.00 | 480.00 |
| 7/18/23 | DMS | B110 | Review and discuss Prieto August 2nd adjournment request. | .40 | 800.00 | 320.00 |
| 7/18/23 | DMS | B110 | Review draft agenda for July 19th TCC call. | .20 | 800.00 | 160.00 |
| 7/18/23 | DMS | B110 | Emails with Prieto, Winograd et al. regarding filing deadline. | .20 | 800.00 | 160.00 |
| 7/18/23 | DMS | B110 | Review edits to FOF/COL. | .40 | 800.00 | 320.00 |
| 7/18/23 | DMS | B110 | Multiple emails regarding Valadez verdict. | .70 | 800.00 | 560.00 |
| 7/18/23 | DMS | B110 | Multiple emails with co-counsel and TCC regarding Debtor's improper solicitation. | .60 | 800.00 | 480.00 |
| 7/18/23 | DWC | B110 | Rvw emails re improper solicitation;  rvw debtors motion to establish protocol | 1.20 | 600.00 | 720.00 |
| 7/18/23 | DWC | B110 | RV draft fee statements; emails with UST re revisions and signoff | .80 | 600.00 | 480.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/18/23 | DWC | B110 | Amended designations; joint evidentiary stip; unredacted member details to UST | 1.30 | 600.00 | 780.00 |
| 7/18/23 | DWC | B110 | Various emails from Member reps and co counsel | .80 | 600.00 | 480.00 |
| 7/18/23 | LD | B160 | Finalize and file first monthly fee statement for Furgeson and arrange for service. | .50 | 250.00 | 125.00 |
| 7/18/23 | LD | B160 | Finalize and file supplemental certification of R. Horkovich. | .30 | 250.00 | 75.00 |
| 7/18/23 | LD | B160 | Email to Chambers and cc supplemental certification of Horkovich and proposed Order. | .20 | 250.00 | 50.00 |
| 7/18/23 | LD | B160 | Finalize and file HL fee statements for April, May and June and arrange for service. | 1.00 | 250.00 | 250.00 |
| 7/18/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/18/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/18/23 | GSK | B190 | Review various corresp among co-counsel re revised draft proposed joint stipulation re MTD evidentiary record (0.1); review revised draft (0.2). | .30 | 600.00 | 180.00 |
| 7/18/23 | GSK | B320 | Review various corresp among co-counsel re debtor's request to adjourn TCC's motions for claims estimation and claims bar date. | .20 | 600.00 | 120.00 |
| 7/18/23 | GSK | B110 | Corresp with DMS and DWC re 7/19 TCC conf call. | .10 | 600.00 | 60.00 |
| 7/18/23 | GSK | B320 | Review various corresp among co-counsel re debtor's improper solicitation re proposed plan. | .20 | 600.00 | 120.00 |
| 7/19/23 | DMS | B110 | Review debtor's improper solicitation and call with Molton. | .60 | 800.00 | 480.00 |
| 7/19/23 | DMS | B110 | Review latest draft of FOF and COL and send edits. | 1.30 | 800.00 | 1,040.00 |
| 7/19/23 | DMS | B110 | Emails with co-counsel regarding preparation for TCC call. | .50 | 800.00 | 400.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/19/23 | DMS | B110 | Review and circulated Cramer and stories on Valadez verdict. | .40 | 800.00 | 320.00 |
| 7/19/23 | DMS | B110 | Review and comment on letter to JD regarding solicitation. | .30 | 800.00 | 240.00 |
| 7/19/23 | DMS | B110 | Prepare FOF/COL for filing and emails regarding timing. | .90 | 800.00 | 720.00 |
| 7/19/23 | DMS | B110 | Precall with TCC professionals. | .50 | 800.00 | 400.00 |
| 7/19/23 | DMS | B110 | Call with US Trustee regarding Debtor solicitation. | .50 | 800.00 | 400.00 |
| 7/19/23 | DMS | B110 | TCC call. | 1.60 | 800.00 | 1,280.00 |
| 7/19/23 | DMS | B110 | Emails with Massey office regarding FOF/COL. | .40 | 800.00 | 320.00 |
| 7/19/23 | DMS | B110 | Review and file letter to Judge regarding solicitation. | .40 | 800.00 | 320.00 |
| 7/19/23 | DMS | B110 | Call with Molton regarding various issues. | .30 | 800.00 | 240.00 |
| 7/19/23 | DMS | B110 | Coordinate, review and file FOF/COL. | 2.20 | 800.00 | 1,760.00 |
| 7/19/23 | DWC | B110 | On call for midnight filing of findings of fact and conclusions of law; motion to seal; app and order short notice (review and draft); emails unredacted sealed docs to confidential parties | 4.80 | 600.00 | 2,880.00 |
| 7/19/23 | DWC | B110 | Various emails with co counsel and member reps | .80 | 600.00 | 480.00 |
| 7/19/23 | DWC | B110 | Rvw emails from debtor; review motion re solicit protocol; draft letter to debtor and letter to court | 3.40 | 600.00 | 2,040.00 |
| 7/19/23 | DWC | B110 | Zoom with UST re solicitation | .90 | 600.00 | 540.00 |
| 7/19/23 | LD | B160 | File certificate of service re Furgeson first fee statement. | .30 | 250.00 | 75.00 |
| 7/19/23 | LD | B160 | File certificate of service re HL April, May and June fee statements. | .30 | 250.00 | 75.00 |
| 7/19/23 | LD | B110 | Finalize and file letter to Judge Kaplan. | .30 | 250.00 | 75.00 |
| 7/19/23 | LD | B110 | Finalize and prepare for filing revised motion to seal. | .50 | 250.00 | 125.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/19/23 | LD | B110 | Finalize and file findings of facts, motion to seal, order shortening time, and transmit sealed documents to Court. | 3.50 | 250.00 | 875.00 |
| 7/19/23 | LD | B110 | Finalize and prepare motion to seal and application shortening time re FoFs/Cols. | .50 | 250.00 | 125.00 |
| 7/19/23 | SS | B110 | Reading email chains regarding improper solicitation notice and utilizing recent decision. | .20 | 275.00 | 55.00 |
| 7/19/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/19/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/19/23 | GSK | B190 | Review corresp among co-counsel re TCC's draft proposed findings of fact and conclusions of law re MTD (0.1); review mark-up of FOFs/COLs (0.1). | .20 | 600.00 | 120.00 |
| 7/19/23 | GSK | B320 | Review various corresp among co-counsel re debtor's improper solicitation re proposed plan (0.3); corresp to/from DMS and DWC re same (0.1); review letter on behalf of TCC to Judge Kaplan requesting Chambers conference re same (0.1); review letter on behalf of TCC to debtor's counsel re same (0.1); review various corresp among co-counsel re letters to Judge Kaplan and debtor's counsel (0.1). | .70 | 600.00 | 420.00 |
| 7/19/23 | GSK | B190 | Prepare motion to seal re TCC's proposed findings of fact and conclusions of law re MTD and application for short notice re same (2.5); various corresp with co-counsel, DWC and LD re same (0.2); review revisions to motion to seal (0.1). | 2.80 | 600.00 | 1,680.00 |
| 7/19/23 | GSK | B190 | Various corresp with co-counsel, DWC and LD re filing TCC's proposed findings of fact and conclusions of law re MTD, motion to seal and application for short notice (0.5); multiple tel discussions with DWC re same (0.3); review final version and redacted version of FOFs/COLs (0.5); assist with filing of FOFs/COLs, motion to seal and application for short notice (0.2); tel with LD re same (0.1). | 1.60 | 600.00 | 960.00 |

GENOVA BURNS LLC

August 10, 2023
Invoice No.:   500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/19/23 | GSK | B110 | Review Court's text order re MRHFM's motion to disqualify FCR (0.1); corresp to co-counsel re same (0.1); review various corresp among co-counsel re same (0.1). | .30 | 600.00 | 180.00 |
| 7/19/23 | GSK | B110 | Conf call (zoom) with TCC members and professionals (joined 38 mins late). | .80 | 600.00 | 480.00 |
| 7/19/23 | GSK | B110 | Review various articles re LTL case and other mass-tort cases (0.5); review corresp from FTI re same (0.1). | .60 | 600.00 | 360.00 |
| 7/19/23 | GSK | B190 | Review proposed findings of fact and conclusions of law re MTD filed by M. Maimon (0.1); review proposed FOFs/COLs filed on behalf of MRHFM (0.5); review post-trial brief filed by states NM and MS (0.2); review Meso AHG joinder re TCC's proposed FOFs/COLs (0.1); review post-trial brief filed by A&I (0.5); review A&I's motion to seal (0.1); review AHC of states with consumer claims proposed FOFs/COLs (0.5); review AHC of states with consumer claims motion to seal (0.1); review UST's joinder re TCC's proposed FOFs/COLs (0.1). | 2.20 | 600.00 | 1,320.00 |
| 7/20/23 | DMS | B110 | Review Thompson, Maimon, Malone, Womble and US Trustee FOF/COL. | 2.70 | 800.00 | 2,160.00 |
| 7/20/23 | DMS | B110 | Review Debtor and Ad Hoc FOF/COL. | .80 | 800.00 | 640.00 |
| 7/20/23 | DMS | B110 | Emails with co-counsel regarding reactions to other FOF/COL. | .40 | 800.00 | 320.00 |
| 7/20/23 | DMS | B110 | Emails with co-counsel regarding adjournment requests and meet and confer with JD. | .50 | 800.00 | 400.00 |
| 7/20/23 | DMS | B110 | Email with US Trustee regarding August 2nd calendar. | .20 | 800.00 | 160.00 |
| 7/20/23 | DMS | B110 | Emails with Melanie, LD and DWC regarding member firm expenses. | .40 | 800.00 | 320.00 |
| 7/20/23 | DMS | B110 | Emails with Prieto regarding scheduling. | .20 | 800.00 | 160.00 |
| 7/20/23 | DMS | B110 | Call with Molton and email with Golumb regarding solicitation by debtor. | .30 | 800.00 | 240.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/20/23 | DMS | B110 | Review Gordon letter response and discuss with Molton and Goodman. | .40 | 800.00 | 320.00 |
| 7/20/23 | DWC | B110 | Coordinate filing of notice of appeal; organize member expenses | 2.10 | 600.00 | 1,260.00 |
| 7/20/23 | LD | B110 | Email service of FOF, COL, Motion to Seal and OST per entered Order. | .30 | 250.00 | 75.00 |
| 7/20/23 | LD | B110 | Prepare and file certificate of service re FOF, Motion to Seal and OST. | .50 | 250.00 | 125.00 |
| 7/20/23 | SS | B110 | Reviewing court notices and updating calendars accordingly. | .20 | 275.00 | 55.00 |
| 7/20/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/20/23 | GSK | B190 | Review debtor's proposed findings of fact and conclusions of law re MTD (2.0); review AHC of supporting counsel's joinder re debtor's proposed FOFs/COLs (0.1); review various corresp among co-counsel re debtor's FOFs/COLs (0.1). | 2.20 | 600.00 | 1,320.00 |
| 7/20/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/20/23 | GSK | B190 | Review signed scheduling order re TCC's motion to seal re redacted version of proposed findings of fact and conclusions of law re MTD (0.1); corresp with LD re service of scheduling order and motion papers, etc (0.1). | .20 | 600.00 | 120.00 |
| 7/20/23 | GSK | B190 | Various corresp with co-counsel re filing of appendix for TCC's proposed findings of fact and conclusions of law under seal and related issues. | .20 | 600.00 | 120.00 |
| 7/20/23 | GSK | B110 | Review docket entry re scheduling of A&I's motions to seal; review calendar. | .10 | 600.00 | 60.00 |
| 7/20/23 | GSK | B190 | Review various corresp among co-counsel re debtor's improper plan solicitation (0.1); corresp from/to DMS re TCC draft motion seeking relief re same (0.1); review debtor's letter to Judge Kaplan in reply to TCC's letter re same (0.1); review various corresp among co-counsel re debtor's letter to Judge Kaplan (0.1). | .40 | 600.00 | 240.00 |

GENOVA BURNS LLC

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/20/23 | GSK | B190 | Review issues for TCC motion seeking relief re debtor's improper plan solicitation and work on motion (2.0); tel with DMS re same (0.1);corresp and multiple tel discussions with DWC re same (0.3). | 2.40 | 600.00 | 1,440.00 |
| 7/20/23 | GSK | B320 | Review various corresp among co-counsel and TCC members professionals re debtor's revisions to proposed trust distributions procedures. | .10 | 600.00 | 60.00 |
| 7/20/23 | GSK | B110 | Review articles re J&J and talc matters. | .20 | 600.00 | 120.00 |
| 7/21/23 | DMS | B110 | Wrote to Court regarding solicitation hearing. | .20 | 800.00 | 160.00 |
| 7/21/23 | DMS | B110 | Call with Molton regarding status. | .20 | 800.00 | 160.00 |
| 7/21/23 | DMS | B110 | Review M3 analysis of equipment loan proposals. | .30 | 800.00 | 240.00 |
| 7/21/23 | DMS | B110 | Emails with Prieto regarding August 2nd motions and adjournments. | .30 | 800.00 | 240.00 |
| 7/21/23 | DMS | B110 | Numerous emails with co-counsel and Court regarding scheduling of hearings and solicitation. | 1.10 | 800.00 | 880.00 |
| 7/21/23 | DMS | B110 | Calls with Molton and Goodman and review redraft of letter to Court regarding solicitation. | .70 | 800.00 | 560.00 |
| 7/21/23 | DMS | B110 | Review and file solicitation letter, review US Trustee letter and circulate. | .80 | 800.00 | 640.00 |
| 7/21/23 | DWC | B110 | Emails re letter to chambers | .40 | 600.00 | 240.00 |
| 7/21/23 | DWC | B110 | Rvw co counsel and member rep emails | 1.10 | 600.00 | 660.00 |
| 7/21/23 | DWC | B110 | Emails and research re appeal procedure | .80 | 600.00 | 480.00 |
| 7/21/23 | DWC | B110 | Rvw emails from UST | .30 | 600.00 | 180.00 |
| 7/21/23 | DWC | B110 | Ltr and emergent filings to chambers | .40 | 600.00 | 240.00 |
| 7/21/23 | LD | B110 | Finalize and file Notice of appeal re PI Renewal. | .60 | 250.00 | 150.00 |
| 7/21/23 | LD | B160 | File certificate of service re Otterbourg June fee statement. | .30 | 250.00 | 75.00 |
| 7/21/23 | LD | B110 | File letter to Hon. Kaplan. | .20 | 250.00 | 50.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/21/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/21/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/21/23 | GSK | B190 | Review TCC's notice of appeal re PI order. | .10 | 600.00 | 60.00 |
| 7/21/23 | GSK | B110 | Review email/memo from Houlihan re J&J, et al. financials, etc. (0.1); review various corresp among co-counsel re same (0.1). | .20 | 600.00 | 120.00 |
| 7/21/23 | GSK | B110 | Review UST's letter to Judge Kaplan re debtor's improper plan solicitation (0.1); review D. Molton's letter to Judge Kaplan on behalf of TCC re same (0.1); review MRHFM's letter to Judge Kaplan re same (0.1); corresp to co-counsel re same (0.1). | .40 | 600.00 | 240.00 |
| 7/21/23 | GSK | B110 | Review debtor's MOR for June 2023. | .20 | 600.00 | 120.00 |
| 7/22/23 | DMS | B110 | Review June monthly report and emails regarding same. | .60 | 800.00 | 480.00 |
| 7/22/23 | DMS | B110 | Review Thompson joinder regarding solicitation. | .20 | 800.00 | 160.00 |
| 7/22/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 7/24/23 | DMS | B110 | Calls with Molton regarding status. | .40 | 800.00 | 320.00 |
| 7/24/23 | DMS | B110 | Emails with co-counsel and Weitz regarding new co-chair. | .40 | 800.00 | 320.00 |
| 7/24/23 | DMS | B110 | Review and reply to counsel for Travelers regarding request for unredacted FOF/COL. | .30 | 800.00 | 240.00 |
| 7/24/23 | DMS | B110 | Emails with Court and TCC regarding August 2nd. | .30 | 800.00 | 240.00 |
| 7/24/23 | DMS | B110 | Calls with Melanie and David and emails regarding TCC chairs. | .40 | 800.00 | 320.00 |
| 7/24/23 | DMS | B110 | Email with TCC and Molton regarding timetable. | .40 | 800.00 | 320.00 |
| 7/24/23 | DMS | B110 | Review request from insurance counsel and discuss with co-counsel. | .30 | 800.00 | 240.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/24/23 | DMS | B110 | Review Golumb email regarding new complaints and response. | .20 | 800.00 | 160.00 |
| 7/24/23 | DMS | B110 | Review Grimm daily update. | .20 | 800.00 | 160.00 |
| 7/24/23 | DMS | B110 | Email with TCC regarding solicitation. | .20 | 800.00 | 160.00 |
| 7/24/23 | DMS | B110 | Emails with TCC regarding text order on August 2nd hearings. | .40 | 800.00 | 320.00 |
| 7/24/23 | DMS | B110 | Email with Lapinski regarding solicitation issue. | .20 | 800.00 | 160.00 |
| 7/24/23 | DWC | B110 | Rvw fee statements and docket for objections | 1.30 | 600.00 | 780.00 |
| 7/24/23 | DWC | B110 | Email several co counsel on various issues; email professionals re LEDES files for expert witness | 1.30 | 600.00 | 780.00 |
| 7/24/23 | LD | B160 | Prepare and file certification of no objection re Otterbourg May fee statement. | .50 | 250.00 | 125.00 |
| 7/24/23 | LD | B160 | Prepare and file certification of no objection re Prof. Rave first fee statement. | .50 | 250.00 | 125.00 |
| 7/24/23 | SS | B110 | Reviewing court notices and docket for new motion schedules and updating attorney calendars accordingly. | .60 | 275.00 | 165.00 |
| 7/24/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/24/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/24/23 | GSK | B190 | Review signed stipulation and order re admission of exhibits, etc. post-trial re MTD. | .20 | 600.00 | 120.00 |
| 7/24/23 | GSK | B110 | Review text order re debtor's adjournment request re TCC's motions re estimation and claims bar date and 8/22 calendar, etc. (0.1); review corresp from Judge Kaplan's Chambers re 8/2 and 8/22 (0.1); review various corresp among co-counsel re text order and corresp from Chambers (0.1). | .30 | 600.00 | 180.00 |
| 7/24/23 | GSK | B190 | Review docket entry re transmittal of record on appeal re PI order. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/24/23 | GSK | B110 | Review various corresp among co-counsel re debtor's improper plan solicitation. | .10 | 600.00 | 60.00 |
| 7/25/23 | DMS | B110 | Review Signal June bill and emails to co-counsel regarding same. | .30 | 800.00 | 240.00 |
| 7/25/23 | DMS | B110 | Review numerous docket entries from Court. | .20 | 800.00 | 160.00 |
| 7/25/23 | DMS | B110 | Call with Molton regarding status. | .30 | 800.00 | 240.00 |
| 7/25/23 | DMS | B110 | Review Golumb letter regarding new lawsuits. | .20 | 800.00 | 160.00 |
| 7/25/23 | DMS | B110 | Review notice of appeal docketing of record. | .20 | 800.00 | 160.00 |
| 7/25/23 | DMS | B110 | Review Grimm daily update. | .20 | 800.00 | 160.00 |
| 7/25/23 | DMS | B110 | Email with Morse et al regarding member expenses. | .20 | 800.00 | 160.00 |
| 7/25/23 | DWC | B110 | Rvw emails and draft docs from co counsel and member reps | 2.10 | 600.00 | 1,260.00 |
| 7/25/23 | LD | B160 | Review member rep. receipts and statements received and redacted where necessary. | 1.50 | 250.00 | 375.00 |
| 7/25/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/25/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/25/23 | GSK | B190 | Review notice re docket of appeal of PI order with District Court. | .10 | 600.00 | 60.00 |
| 7/25/23 | GSK | B110 | Review text order re TCC's motion to seal re proposed findings of fact and conclusions of law. | .10 | 600.00 | 60.00 |
| 7/25/23 | GSK | B110 | Review various Court minutes re various matters. | .10 | 600.00 | 60.00 |
| 7/25/23 | GSK | B110 | Review notice of publication re debtor's proposed disclosure statement, etc. (0.1); corresp to/from co-counsel re same (0.1). | .20 | 600.00 | 120.00 |
| 7/25/23 | GSK | B110 | Review articles re LTL case and related matters. | .20 | 600.00 | 120.00 |
| 7/26/23 | DMS | B110 | Review Grimm daily update. | .20 | 800.00 | 160.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|---------------------------------|-------|------|--------|
| 7/26/23 | DMS | B110 | Review agenda for TCC meeting. | .20 | 800.00 | 160.00 |
| 7/26/23 | DMS | B110 | Precall with professionals. | .50 | 800.00 | 400.00 |
| 7/26/23 | DMS | B110 | TCC call. | 1.00 | 800.00 | 800.00 |
| 7/26/23 | DMS | B110 | Many emails regarding member expenses. | .60 | 800.00 | 480.00 |
| 7/26/23 | DMS | B110 | Review FCR appellate brief and TCC comments. | .60 | 800.00 | 480.00 |
| 7/26/23 | DMS | B110 | Review AHC objection to Thompson motion. | .20 | 800.00 | 160.00 |
| 7/26/23 | DMS | B110 | Review Debtor and AHC objections to subst. contrib. | .50 | 800.00 | 400.00 |
| 7/26/23 | DWC | B110 | Zoom meeting (x2) for co counsel and members | 2.00 | 600.00 | 1,200.00 |
| 7/26/23 | DWC | B110 | Co counsel and member rep emails; final expenses distributed; rvw draft appeals | 1.80 | 600.00 | 1,080.00 |
| 7/26/23 | LD | B110 | Prepare draft statement  for reimbursement of member representative expenses and circulate for review. | .80 | 250.00 | 200.00 |
| 7/26/23 | SS | B110 | Reviewing FTI monthly fee statement. | .20 | 275.00 | 55.00 |
| 7/26/23 | SS | B110 | Reviewing court notices for calendar changes. | .20 | 275.00 | 55.00 |
| 7/26/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/26/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/26/23 | GSK | B110 | Conf call with TCC professionals (0.5); conf call with TCC members and professionals (0.6). | 1.10 | 600.00 | 660.00 |
| 7/26/23 | GSK | B110 | Review various articles re LTL case and other mass-tort cases (0.5); review corresp from FTI re same (0.1). | .60 | 600.00 | 360.00 |
| 7/26/23 | GSK | B110 | Review AHG of supporting counsel's objection to MRHFM's motion to disqualify FCR (0.1); review debtor's objection to same (0.1). | .20 | 600.00 | 120.00 |
| 7/27/23 | DMS | B110 | Email with Molton and Melanie and call with Molton regarding preparation for opinion., | .40 | 800.00 | 320.00 |
| 7/27/23 | DMS | B110 | Review Order on sealing. | .20 | 800.00 | 160.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 7/27/23 | DMS | B110 | Emails regarding TCC meeting. | .30 | 800.00 | 240.00 |
| 7/27/23 | DWC | B110 | LTL hearings | 3.70 | 600.00 | 2,220.00 |
| 7/27/23 | DWC | B110 | Emails from co counsel | 1.40 | 600.00 | 840.00 |
| 7/27/23 | SS | B110 | Reviewing court notices for hearing updates. | .20 | 275.00 | 55.00 |
| 7/27/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/27/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/27/23 | GSK | B110 | Review debtor's objection to substantial contribution motion. | .20 | 600.00 | 120.00 |
| 7/27/23 | GSK | B190 | Review signed order granting TCC's motion to seal re redacted version of proposed findings of fact and conclusions of law re MTD. | .10 | 600.00 | 60.00 |
| 7/27/23 | GSK | B110 | Review various corresp among co-counsel re anticipated MTD decision. | .10 | 600.00 | 60.00 |
| 7/28/23 | DMS | B110 | Calls with Melanie and Molton to prepare for decision. | .60 | 800.00 | 480.00 |
| 7/28/23 | DMS | B110 | Review draft press release regarding MTD. | .20 | 800.00 | 160.00 |
| 7/28/23 | DMS | B110 | More emails with co-counsel and TCC regarding anticipated ruling. | .50 | 800.00 | 400.00 |
| 7/28/23 | DMS | B110 | Emails with Rush and team regarding August 2nd hearings. | .30 | 800.00 | 240.00 |
| 7/28/23 | DMS | B110 | Review US Trustee objection to substantive contribution. | .20 | 800.00 | 160.00 |
| 7/28/23 | DMS | B110 | Email with US Trustee regarding impending decision. | .20 | 800.00 | 160.00 |
| 7/28/23 | DMS | B110 | More calls with Molton regarding contingency planning. | .50 | 800.00 | 400.00 |
| 7/28/23 | DMS | B110 | Email with Court and TCC regarding ruling timing. | .60 | 800.00 | 480.00 |
| 7/28/23 | DMS | B110 | Review opinion and numerous calls and emails with co-counsel and TCC regarding same. | 1.70 | 800.00 | 1,360.00 |

GENOVA BURNS LLC

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 7/28/23 | DMS | B110 | Call with TCC and members and more emails regarding impact of decision. | 1.80 | 800.00 | 1,440.00 |
| 7/28/23 | DWC | B110 | Emails re potential retention of new expert | .80 | 600.00 | 480.00 |
| 7/28/23 | DWC | B110 | Rvw BNJ opinion dismissing case | 1.30 | 600.00 | 780.00 |
| 7/28/23 | DWC | B110 | Zoom with co counsel and member reps | .70 | 600.00 | 420.00 |
| 7/28/23 | LD | B160 | Prepare and file CNO re BR June fee statement. | .50 | 250.00 | 125.00 |
| 7/28/23 | LD | B160 | Prepare and file CNO re MG June fee statement. | .50 | 250.00 | 125.00 |
| 7/28/23 | LD | B160 | File certificate of service re FTI Consulting May fee statement. | .30 | 250.00 | 75.00 |
| 7/28/23 | LD | B110 | Finalize and file PHV for JSM and BRV in NJDC. | 1.00 | 250.00 | 250.00 |
| 7/28/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/28/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/28/23 | GSK | B110 | Review various corresp among co-counsel re anticipated MTD decision. | .10 | 600.00 | 60.00 |
| 7/28/23 | GSK | B110 | Various corresp from/to co-counsel, DWC and LD re pro hac vice motions to be filed with District Court in appeal re order extending PI (0.5); review local rules and forms, etc. (0.2); review drafts of PHV motion papers (0.2); review previously filed PHV motion papers in related appeals (0.2); assist with filing of PHV motion papers (0.1); multiple tel discussions with LD re same (0.2). | 1.40 | 600.00 | 840.00 |
| 7/28/23 | GSK | B190 | Review various corresp from and among co-counsel re Judge Kaplan's decision re MTD (0.5); conf call with TCC members and co-counsel re Judge Kaplan's decision (0.5). | 1.00 | 600.00 | 600.00 |
| 7/28/23 | GSK | B190 | Review Judge Kaplan's decision re MTD. | .80 | 600.00 | 480.00 |
| 7/29/23 | DMS | B110 | Call with co-counsel regarding dismissal order, appeal, etc. | .60 | 800.00 | 480.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/29/23 | DMS | B110 | Wrote to Court regarding August 2nd hearings. | .20 | 800.00 | 160.00 |
| 7/29/23 | DMS | B110 | Emails with co-counsel regarding case closing issues. | .60 | 800.00 | 480.00 |
| 7/29/23 | DMS | B110 | Email with Jones Day regarding dismissal Order etc. | .30 | 800.00 | 240.00 |
| 7/29/23 | DWC | B110 | Emails re pending appeals | .40 | 600.00 | 240.00 |
| 7/29/23 | DWC | B110 | Co counsel call | 1.50 | 600.00 | 900.00 |
| 7/29/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/29/23 | GSK | B190 | Review various corresp from and among co-counsel re Judge Kaplan's decision re MTD (0.2); conf call with TCC members and co-counsel re Judge Kaplan's decision (0.5). | .70 | 600.00 | 420.00 |
| 7/29/23 | GSK | B110 | Review various corresp among co-counsel re draft dismissal order and related issues (0.2); review draft dismissal order (0.5). | .70 | 600.00 | 420.00 |
| 7/30/23 | DMS | B110 | Pull cases on prohib. on refiling and emails with TCC regarding same. | 1.00 | 800.00 | 800.00 |
| 7/30/23 | DMS | B110 | Review and comment on revised drafts of Dismissal Order. | .60 | 800.00 | 480.00 |
| 7/30/23 | DWC | B110 | Emails re PI appeal adjournments | .60 | 600.00 | 360.00 |
| 7/30/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 7/30/23 | GSK | B110 | Review various corresp among co-counsel re draft dismissal order and related issues (0.2); review mark-ups of draft dismissal order (0.2). | .40 | 600.00 | 240.00 |
| 7/30/23 | GSK | B110 | Review various corresp from LD and co-counsel re filed pro hac vice motions with District Court re appeal of order extending PI. | .10 | 600.00 | 60.00 |
| 7/31/23 | DMS | B110 | Call with US Trustee regarding case ending issues. | .50 | 800.00 | 400.00 |
| 7/31/23 | DMS | B110 | Emails with co-counsel and professionals regarding case ending issues. | 1.00 | 800.00 | 800.00 |

**GENOVA BURNS LLC**

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/31/23 | DMS | B110 | Call with Molton regarding closing issues. | .30 | 800.00 | 240.00 |
| 7/31/23 | DMS | B110 | Review drafts of proposed dismissal order and comment. | .60 | 800.00 | 480.00 |
| 7/31/23 | DMS | B110 | Emails with JD and DWC regarding PI appeals. | .40 | 800.00 | 320.00 |
| 7/31/23 | DWC | B110 | Co counsel and member call re dismissal | 1.40 | 600.00 | 840.00 |
| 7/31/23 | DWC | B110 | Emails from co counsel and members re next steps | 1.40 | 600.00 | 840.00 |
| 7/31/23 | LD | B160 | Prepare and file CNO re Miller Thomson June fee statement. | .50 | 250.00 | 125.00 |
| 7/31/23 | LD | B110 | Email PHV motions for JSM and BRV re District Court for service. | .20 | 250.00 | 50.00 |
| 7/31/23 | LD | B160 | Finalize and file MoloLamken June fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 7/31/23 | LD | B160 | Finalize and file Anderson Kill June fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 7/31/23 | LD | B110 | Review district court docket for PHV hearing dates. | .20 | 250.00 | 50.00 |
| 7/31/23 | SS | B110 | Reviewing draft dismissal order and communications regarding same. | .40 | 275.00 | 110.00 |
| 7/31/23 | SS | B110 | Reviewing court notices for relevant hearing and deadline changes. | .20 | 275.00 | 55.00 |
| 7/31/23 | SS | B110 | Reviewing motion to dismiss opinion and related communications. | 1.60 | 275.00 | 440.00 |
| 7/31/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/31/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 7/31/23 | GSK | B110 | Review various corresp among co-counsel re draft dismissal order and related issues (0.2); review mark-ups of draft dismissal order (0.2). | .40 | 600.00 | 240.00 |
| 7/31/23 | GSK | B110 | Review Court's amended minutes re various matters. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

August 10, 2023
Invoice No.:    500112

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 7/31/23 | GSK | B110 | Conf call with TCC members and professionals. | 1.00 | 600.00 | 600.00 |
| 7/31/23 | GSK | B110 | Review debtor's notice of agenda for 8/2 hearing. | .10 | 600.00 | 60.00 |

**TOTAL PROFESSIONAL SERVICES**            **$ 178,680.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Daniel M Stolz | Partner | 98.90 | 800.00 | 79,120.00 |
| Donald W. Clarke | Partner | 98.10 | 600.00 | 58,860.00 |
| Maria A. Sousa | Paraprofessional | .20 | 250.00 | 50.00 |
| Lorrie Denson | Paralegal | 35.90 | 250.00 | 8,975.00 |
| Sydney Schubert | Junior Associate | 5.00 | 275.00 | 1,375.00 |
| Gregory S. Kinoian | Counsel | 50.50 | 600.00 | 30,300.00 |
| **TOTALS** | | **288.60** | | **$ 178,680.00** |