# EXHIBIT B

GENOVA BURNS LLC

August 10, 2023
Invoice No.: 500112

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---:|
| 3/21/23 | PACER SERVICE,U.S. Courts: PACER, 5252288-Q12023 | 2.10 |
| 3/31/23 | PACER SERVICE, U.S. Courts: PACER, 2552798-Q12023 - Amex Period Ending 5-31-CH | 254.80 |
| 4/12/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-00718 - fee for 1 copy 213 pgs Federal Court Daily on 4/11/23, Court: U.S. Bankruptcy Court , Trenton NJ (23-12825) | 255.60 |
| 4/21/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-00775 - fee for 1 copy 342 pgs Federal Court Daily, on 4/18/23 & 1 copy of 26 pgs Federal Court Daily on 4/20/23. Court:U.S. Bankruptcy Court , Trenton NJ, (23-12825) | 441.60 |
| 6/17/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848614775 | 252.29 |
| 6/27/23 | Parking Parking at US Bankruptcy Court, Trenton, NJ | 12.00 |
| 6/28/23 | Parking Parking at US Bankruptcy Court, Trenton, NJ | 12.00 |
| 6/28/23 | Parking - Princeton Marriott, Valet Parking - Amex Period Ending 6-30-DMS | 30.66 |
| 6/29/23 | Parking Parking at US Bankruptcy Court, Trenton, NJ | 12.00 |
| 6/30/23 | Parking Parking at US Bankruptcy Court, Trenton, NJ | 12.00 |
| 6/30/23 | PACER SERVICE, U.S. Courts: PACER, 2522798-Q22023 | 422.80 |
| 6/30/23 | PACER SERVICE, U.S. Courts: PACER, 5252288-Q22023 | 54.30 |
| 6/30/23 | Travel Expense - Lodging - Princeton Marriott - Amex Period Ending 6-30-DMS | 456.20 |
| 7/03/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-01445 - fee for 1 copy of 158pgs Federal Court Daily 6/29/23-AM, 133pgs Federal Court Daily 6/29/23-PM, & 181 pgs Federal Court Daily 6/30/23. U.S. Bankruptcy Court , Trenton NJ (23-12825) | 566.40 |
| 7/05/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020836275 (Angelo Genova Atty) | 16.67 |
| 7/26/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230516143532 - Dkt. 23 12825 MBK, fee for subpoena service, Entity Served: JP Morgan International, Inc. C/O The Corporation, Attn: President or Managing. | 84.10 |
| 7/31/23 | Other Professional, BMC Group, Inc., 429_20230731 - LTL Management Noticing, Previously unbilled print mailing expense, (Period 6/1/23 - 6/30/23). | 1,837.49 |

**TOTAL DISBURSEMENTS**  **$ 4,723.01**