| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel for the Official*<br>*Committee of Talc Claimants* | |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official*<br>*Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Co-Counsel for the Official*<br>*Committee of Talc Claimants* |

| | |
|---|---|
| In re:<br>LTL MANAGEMENT, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

## ORDER COMPELLING PRODUCTION OF DOCUMENTS

The relief set forth on the following pages is **ORDERED**.

THE HONORABLE MICHAEL B. KAPLAN
UNITED STATES BANKRUPTCY JUDGE

August 9, 2023

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2

Case 23-12825-MBK    Doc 1199    Filed 08/10/23    Entered 08/10/23 13:21:10    Desc Main
Document    Page 3 of 3

(Page 3)
Debtor: LTL Management LLC
Case No.: **23-12825 (MBK)**
Caption: Order Compelling Production of Documents Concerning the Termination of the 2021 Fudning Agreement

The Official Committee of Talc Claimants (the "TCC") having filed a motion for the entry of an order compelling LTL Management LLC ("LTL") to produce documents concerning the termination, or putative voidness or voidability, of the 2021 Funding Agreement (the "Motion"); and the Court having considered the Motion and any opposition thereto, and finding good cause for the entry of this Order, it is hereby,

**ORDERED THAT:**

1. ~~LTL shall immediately produce all communications between LTL and J&J concerning the termination, or putative voidness or voidability of the 2021 Funding Agreement.~~

65025690 v1-WorkSiteUS-000002/4347

*[Handwritten annotation:]* Motion is granted in part and denied in part as set forth on record

*[Signature: MBK]*