**EXHIBIT "A"**



**MILLER THOMSON LLP**
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T 416.595.8500
F 416.595.8695

MILLERTHOMSON.COM

# Account Summary and Remittance Form

**July 31, 2023**

Invoice Number 3908190

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention:  David Molton, Counselor at Law

**Re:    Johnson & Johnson - Talc Litigation (2023)
Our File No. 0265758.0002**

| | |
|---|---:|
| **Fees:** | $64,113.50 |
| **Total Amount Due** | $64,113.50 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



**MILLER THOMSON LLP**
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T  416.595.8500
F  416.595.8695

MILLERTHOMSON.COM

**July 31, 2023**

Invoice Number 3908190

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention: David Molton, Counselor at Law

To Professional Services Rendered in connection with the following matter(s) including:

**Re:**   Johnson & Johnson - Talc Litigation (2023)
         Our File No. 0265758.0002

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/02/2023 | JCC | Review and commentary to Jonathan Massey regarding PI brief; | 0.70 |
| 07/03/2023 | JCC | Correspondence with Leigh O'Dell, Jonathan Massey, James Green regarding PI; | 0.20 |
| 07/04/2023 | JCC | Correspondence with Dan Stolz regarding Motion to Dismiss; | 0.20 |
| 07/05/2023 | GF | Communicate with J Carhart and A Iqbal regarding Canadian claims issues in amended plan; | 0.60 |
| 07/05/2023 | GF | Review documents from J Carhart regarding Canadian claims issues with amended plan; | 0.30 |
| 07/05/2023 | AI | Call with Jeffrey Carhart and Gavin Finlayson regarding Canadian issues with plan; | 0.60 |
| 07/05/2023 | AI | Review background material sent by Jeff Carhart in preparation for internal meeting with Jeff Carhart and Gavin Finlayson regarding Canadian issues arising from the debtors plan of arrangement; | 0.40 |
| 07/05/2023 | AI | Attend weekly conference call with Committee members to address Canadian proceeding issues; | 1.40 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/05/2023 | JCC | Correspondence with Susan Sieger-Grimm, Sunni Beville regarding TCC meeting; | 0.10 |
| 07/05/2023 | JCC | Discussion with Gavin Finlayson, Asim Iqbal regarding Report of Information Officer and Plan; | 0.50 |
| 07/05/2023 | JCC | Correspondence to Brown Rudnick and Otterbourg regarding LTL Plan and Report of Information Officer; | 0.20 |
| 07/05/2023 | JCC | Correspondence with Sunni Beville regarding motion to extend time to remove action items; | 0.10 |
| 07/05/2023 | JCC | Attend TCC pre-call counsel meeting to discuss Canadian strategic matters; | 0.50 |
| 07/05/2023 | JCC | Attend TCC meeting to discuss Canadian strategic matters; | 1.10 |
| 07/05/2023 | AI | Attend weekly conference call with committee council to address Canadian proceeding issues; | 0.60 |
| 07/06/2023 | MF | Emails with A Filazzola regarding fee filings and necessary changes; | 0.40 |
| 07/06/2023 | JCC | Correspondence with Sunni Beville, Don Clarke, Dan Stolz regarding motion concerning removal of actions - July 11th hearing; | 0.20 |
| 07/06/2023 | JCC | Correspondence with Dan Stolz, Sunni Beville regarding retention of motion regarding ordinary course professionals; | 0.10 |
| 07/07/2023 | JCC | Correspondence with Sunni Beville, Nicole Labkoff regarding Town Hall meeting; | 0.10 |
| 07/07/2023 | JCC | Correspondence with Eric Goodman, Asim Iqbal, Gavin Finlayson, Steve Kazan, Joe Satterley regarding bar date motion; | 0.30 |
| 07/07/2023 | JCC | Correspondence with Sunni Beville, Jonathan Massey, Richard Golomb, Mark Robinson, Liz Carter, Leigh O'Dell, Chris Tisi, James Green, regarding Extension Order; | 0.30 |
| 07/07/2023 | JCC | Correspondence with Eric Goodman, Asim Iqbal, Gavin Finlayson, Steve Kazan regarding Estimation process; | 0.30 |
| 07/09/2023 | GF | Communications with J Carhart regarding review of | 0.10 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 3

Invoice 3908190

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | Estimation materials for Canadian legal issues; | |
| 07/10/2023 | GF | Communications with TCC and D Molton regarding call to discuss Canadian claims issues; | 0.10 |
| 07/10/2023 | GF | Review TCC estimation motion regarding treatment of Canadian claims; | 1.20 |
| 07/10/2023 | GF | Review claims bar date motion and changes to order regarding Canadian claims issues; | 0.80 |
| 07/10/2023 | JCC | Correspondence with Dan Stolz regarding action by LTL against doctors; | 0.10 |
| 07/10/2023 | JCC | Correspondence with Jonathan Massey, David Molton, Liz Carter, Andy Birchfield regarding FCR appeal; | 0.20 |
| 07/10/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding disclosure statement; | 0.10 |
| 07/10/2023 | JCC | Correspondence with David Molton, Gavin Finlayson, Asim Iqbal regarding Canadian Plan issues; | 0.20 |
| 07/11/2023 | AI | Call with J. Carhart re: preparation for conference call with US counsel regarding Canadian issues; | 0.10 |
| 07/11/2023 | GF | Communicate with J Carhart and A Iqbal regarding claims bar motion and meeting with TCC regarding Canadian claims issues; | 0.20 |
| 07/11/2023 | JCC | Correspondence with Susan Sieger-Grimm, Asim Iqbal, Gavin Finlayson regarding Disclosure Statement; | 0.30 |
| 07/11/2023 | JCC | Correspondence with Brown Rudnick and Otterbourg regarding Canadian issues; | 0.20 |
| 07/11/2023 | JCC | Correspondence with Leigh O'Dell, Eric Goodman, Dan Stolz, Melanie Cyganowski, Joe Satterley regarding estimation motion; | 0.20 |
| 07/11/2023 | JCC | Correspondence with David Molton, Asim Iqbal, Gavin Finlayson regarding Bar Date motion; | 0.30 |
| 07/12/2023 | AI | Review amended disclosure statement of Debtor in connection with Canadian claims; | 0.60 |
| 07/12/2023 | AI | Review Debtor's motion for solicitation procedures with particular emphasis on Canadian notice procedures; | 0.60 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 4

Invoice 3908190

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/12/2023 | AI | Call with J. Carhart and G. Finlayson in preparation for conference call with US Committee Counsel re: Impact of Plan on Canadian Claims; | 0.60 |
| 07/12/2023 | GF | Meeting with J Carhart and A Iqbal regarding Canadian claims issues and issues to raise on TCC call; | 0.60 |
| 07/12/2023 | GF | Email with J Carhart and A Iqbal regarding Canadian claims issues including subrogated government claims; | 0.10 |
| 07/12/2023 | GF | Review new case on appointment of future claims representative in Canadian CCAA proceedings for potential impact on debtor motion for FCR; | 0.60 |
| 07/12/2023 | GF | Communications with J Carhart regarding TCC weekly meeting and Canadian claims issues in light of amended plan; | 0.10 |
| 07/12/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding Disclosure Statement; | 0.30 |
| 07/12/2023 | JCC | Correspondence and discussion with Asim Iqbal, Gavin Finlayson regarding Canadian issues associated with the Plan process; | 0.70 |
| 07/12/2023 | JCC | Attend TCC Town Hall meeting to discuss Canadian strategic matters; | 0.50 |
| 07/12/2023 | JCC | Attend TCC meeting to discuss Canadian strategic matters; | 1.20 |
| 07/13/2023 | GF | Communications with J carhart and A Iqbal regarding new Canadian case on appointment of future claims rep in CCAA proceedings; | 0.10 |
| 07/13/2023 | GF | Communications with TCC regarding meeting to discuss Canadian claims and Canadian creditor inquiry regarding opt-out rights; | 0.20 |
| 07/13/2023 | GF | Revise proposed note to Information Officer; | 0.40 |
| 07/13/2023 | GF | Review communications from TCC regarding status of case in preparation for meeting with TCC regarding Canadian claims issues; | 0.90 |
| 07/13/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding disclosure statement and estimation and bar date | 0.20 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



Page 5

Invoice 3908190

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | motion; | |
| 07/13/2023 | JCC | Correspondence to Asim Iqbal, Gavin Finlayson regarding Canadian plan process issues; | 0.30 |
| 07/13/2023 | JCC | Correspondence with Sunni Beville, David Molton, Eric Goodman, Gavin Finlayson, Asim Iqbal regarding Canadian Claimant issues; | 0.30 |
| 07/13/2023 | JCC | Correspondence with Sunni Beville, Joe Satterley regarding PI extension order; | 0.20 |
| 07/14/2023 | AI | Attend conference call with Brown Rudnick regarding Canadian claim issues; | 0.70 |
| 07/14/2023 | GF | Review communication from TCC regarding move to disqualify FCR for appearance of conflict; | 0.10 |
| 07/14/2023 | GF | Review notice from Canadian class action firm regarding J&J amended plan and treatment of Canadian claims; | 0.20 |
| 07/14/2023 | GF | Attend at meeting with Brown Rudnick and Otterberg regarding Canadian claims issues and disclosure statement; | 1.10 |
| 07/14/2023 | GF | Communications with J carhart regarding letter to Canadian information officer; | 0.20 |
| 07/14/2023 | GF | Review Canadian court materials and statutory provisions applicable to subordinated health care insurer claims in preparation for call with TCC regarding Canadian claims issues; | 1.30 |
| 07/14/2023 | JCC | Correspondence with David Molton regarding Future Claims Representative; | 0.20 |
| 07/14/2023 | JCC | Discussion with David Molton, Sunni Beville, Gerard Cicero, Eric Goodman, Susan Sieger- Grimm, Gavin Finlayson, Asim Iqbal regarding Canadian issues in Plan; | 0.50 |
| 07/14/2023 | JCC | Correspondence with Jon Massey, Melanie Cyganowski, Michael Winograd, regarding TCC Findings; | 0.20 |
| 07/17/2023 | GF | Draft letter to Information Officer regarding deficiencies in Plan and limitations issues; | 2.60 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 6

Invoice 3908190

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/17/2023 | JCC | Correspondence with Richard Golomb, David Molton, Chris Tisi, Melanie Cyganowski, Gerard Cicero, Liz Carter regarding Plan; | 0.40 |
| 07/17/2023 | JCC | Correspondence to Gavin Finlayson regarding amended draft letter to Information Officer; | 0.50 |
| 07/17/2023 | JCC | Correspondence with Mark Falk regarding Foreign Claims representative; | 0.10 |
| 07/18/2023 | GF | correspondence and discussion with J Carhart regarding draft letter to Information Officer; | 0.50 |
| 07/18/2023 | JCC | Correspondence with Joe Satterley regarding Future Claims representative; | 0.20 |
| 07/18/2023 | JCC | Review and revise letter to Information Officer; | 0.70 |
| 07/18/2023 | JCC | Correspondence with Sunni Beville, David Molton concerning draft letter to Information Officer; | 0.90 |
| 07/18/2023 | JCC | Correspondence and discussion with Gavin Finlayson regarding draft letter to Information Officer; | 0.50 |
| 07/18/2023 | JCC | Correspondence with Eric Goodman, David Molton, Sunni Beville regarding August 22 omnibus hearing; | 0.30 |
| 07/18/2023 | JCC | Correspondence with Sunni Beville regarding TCC meeting; | 0.20 |
| 07/18/2023 | JCC | Correspondence with David Molton, Saul Burian, Steve Kazan, Leigh O'Dell, Melanie Cyganowski, regarding Vote Solicitation process; | 0.30 |
| 07/19/2023 | GF | Attend at weekly TCC counsel only meeting regarding letter to Canadian Information Officer; | 0.70 |
| 07/19/2023 | GF | Attend at weekly TCC meeting regarding letter to Canadian Information Officer; | 1.40 |
| 07/19/2023 | GF | Communications with TCC and J Carhart regarding revisions to letter to Canadian Information Officer; | 0.40 |
| 07/19/2023 | JCC | Correspondence with Leigh O'Dell, Jonathan Massey regarding Findings & Conclusions document; | 0.30 |
| 07/19/2023 | JCC | Correspondence with David Molton, Gerard Cicero, Eric Goodman, Gavin Finlayson regarding correspondence to Information Officer; | 0.70 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 7

Invoice 3908190

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/19/2023 | JCC | Correspondence with Leigh O'Dell, David Molton, Don Clarke regarding vote solicitation; | 0.20 |
| 07/19/2023 | JCC | Attend TCC meeting pre-call to discuss Canadian strategic matters; | 0.50 |
| 07/19/2023 | JCC | Attend TCC meeting to discuss Canadian strategic matters; | 1.40 |
| 07/20/2023 | GF | Finalize letter to information Officer and communications with J Carhart and TCC regarding same; | 0.40 |
| 07/20/2023 | JCC | Correspondence with Sunni Beville, Gerard Cicero, Leigh O'Dell, Gavin Finlayson regarding letter to information Officer; | 0.90 |
| 07/20/2023 | JCC | Correspondence with Dan Stolz, Jonathan Massey, Michael Winograd, Harriet Cohen regarding Post Trial Submissions, including Findings of Fact / Conclusions of Law; | 0.70 |
| 07/21/2023 | JCC | Correspondence with Dan Stolz, Susan Sieger-Grimm, Eric Goodman regarding Plan Solicitation Directive; | 0.40 |
| 07/21/2023 | JCC | Correspondence with Greg Kinoian regarding PI Order; | 0.10 |
| 07/21/2023 | JCC | Correspondence with Tope Odusanya (Houlihan Lokey) regarding LTL; | 0.10 |
| 07/23/2023 | GF | Review emails from TCC regarding pending court appearances; | 0.60 |
| 07/24/2023 | GF | Review weekly update email from TCC on filings and court dates; | 0.10 |
| 07/24/2023 | GF | Review emails from TCC members regarding pending Omnibus hearings and filing of objections; | 0.80 |
| 07/24/2023 | GF | Review court filings regarding solicitation directive regarding Canadian litigation issues; | 0.90 |
| 07/24/2023 | JCC | Correspondence with Harriet Cohen regarding LTL Operating Report; | 0.10 |
| 07/24/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding August 2nd motions; | 0.10 |
| 07/24/2023 | JCC | Correspondence with Gerard Cicero, Dan Stolz , Sunni | 0.30 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



Page 8



Invoice 3908190

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | Beville, David Molton, Melanie Cyganowski regarding adjournment requests; | |
| 07/24/2023 | JCC | Correspondence with Dan Stolz, Dan Lapinski, Michelle Parfitt regarding solicitation process; | 0.20 |
| 07/24/2023 | AI | Review emails from Committee counsel re: motion to dismiss and appeal next steps; | 0.40 |
| 07/24/2023 | AI | Review emails from committee members regarding updates; | 0.60 |
| 07/25/2023 | GF | Review post-trial brief of certain talc claimants to dismiss bankruptcy case; | 0.40 |
| 07/25/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding August 2nd motions; | 0.10 |
| 07/25/2023 | JCC | Correspondence with Harriet Cohen regarding motion to seal; | 0.10 |
| 07/25/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding Plan; | 0.10 |
| 07/25/2023 | AI | Review emails from committee members re: court documents to be filed by committee; | 0.70 |
| 07/26/2023 | GF | Review letter to Judge Kaplan from Trustee regarding Debtor's Solicitation process; | 0.20 |
| 07/26/2023 | GF | Review TCC' s Proposed findings of fact and conclusions of law for dismissal of second bankruptcy case; | 1.60 |
| 07/26/2023 | GF | Review memorandum from Otterberg regarding summary of changes between versions of LTL plan regarding Canadian claims issues; | 0.30 |
| 07/26/2023 | AI | Review agenda for upcoming weekly meeting with committee counsel; | 0.20 |
| 07/26/2023 | AI | Call with J. Carhart and A. Filazzola regarding monthly statement; | 0.20 |
| 07/26/2023 | JCC | Correspondence with Susan Sieger-Grimm, Sunni Beville regarding TCC meetings; | 0.10 |
| 07/26/2023 | JCC | Attend TCC pre-meeting to discuss Canadian strategic matters; | 0.50 |
| 07/26/2023 | JCC | Attend TCC meeting to discuss Canadian strategic | 0.50 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 9

Invoice 3908190

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | matters; | |
| 07/26/2023 | JCC | Correspondence with Moshe Maimon, Jonathan Massey regarding FCR appellate brief; | 0.20 |
| 07/26/2023 | GF | Attend at professionals only call of TCC as Canadian litigation counsel; | 0.60 |
| 07/26/2023 | GF | Attend at weekly all TCC call as Canadian litigation counsel; | 1.10 |
| 07/27/2023 | GF | Review preliminary draft of opening brief of TCC on appeal of FCR appointment as Canadian litigation counsel; | 1.70 |
| 07/27/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding TCC Meeting ; | 0.10 |
| 07/27/2023 | AI | Review emails from Committee Counsel re: motion to dismiss and appeal next steps; | 0.60 |
| 07/28/2023 | GF | Review draft media statements on dismissal or non-dismissal of Bankruptcy case; | 0.60 |
| 07/28/2023 | GF | Review decision dismissing Chapter 11 case for lack of good faith; | 1.40 |
| 07/28/2023 | GF | Communications with TCC regarding decision to dismiss Chapter 11 case; | 0.40 |
| 07/28/2023 | AI | Review Dismissal Opinion; | 2.10 |
| 07/28/2023 | AI | Review emails from J. Carhart re: dismissal opinion and next steps; | 0.60 |
| 07/28/2023 | AI | Call with J. Carhart re: first monthly fee application | 0.30 |
| 07/28/2023 | JCC | Correspondence with Susan Sieger-Grimm, Sunni Beville, Jon Massey, Adam Silverstein, Steve Kazan, Daniel Lapinski, David Molton, Dan Stolz, Saul Burian, Leigh O'Dell regarding decision of Justice Kaplan; | 0.80 |
| 07/28/2023 | JCC | Attend TCC meeting regarding decision of Justice Kaplan; | 0.50 |
| 07/29/2023 | GF | Attend at TCC post-dimissal call regarding next steps and dismissal order; | 0.80 |
| 07/29/2023 | GF | Communications with TCC and J Carhart regarding form of dismissal order and court attendance; | 0.60 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



Page 10

Invoice 3908190

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/29/2023 | JCC | Review decision of Justice Kaplan; | 0.80 |
| 07/29/2023 | JCC | Attend TCC meeting regarding decision of Justice Kaplan; | 0.90 |
| 07/29/2023 | JCC | Correspondence with Gavin Finlayson, Asim Iqbal regarding dismissal process in light of decision of Justice Kaplan; | 0.60 |
| 07/30/2023 | GF | Review emails from TCC and J Carhart regarding dismissal and form of order and court appearance; | 0.80 |
| 07/30/2023 | GF | Review form of dismissal order with cumulative changes; | 0.20 |
| 07/30/2023 | MF | Emails regarding LTL case / review of decision / dismissal; | 0.60 |
| 07/30/2023 | JCC | Correspondence with Gavin Finlayson regarding Dismissal Order; | 0.20 |
| 07/31/2023 | AI | Attend weekly Conference call with Committee | 1.00 |
| 07/31/2023 | GF | Emails from Information Officer regarding dismissal of bankruptcy case; | 0.10 |
| 07/31/2023 | GF | Emails with J Carhart regarding dismiss order; | 0.10 |
| 07/31/2023 | AI | Review emails from committee counsel re: appeal issues; | 0.40 |
| 07/31/2023 | GF | Review emails from TCC regarding dismissal order and process; | 0.30 |
| 07/31/2023 | JCC | Correspondence with Joe Satterley, Dan Stolz, Moshe Maimon, Susan Sieger-Grimm, Melanie Cyganowski, David Molton, regarding Dismissal Order; | 0.40 |
| 07/31/2023 | JCC | Correspondence with Information Officer, TCC counsel regarding decision of Justice Kaplan; | 0.20 |
| 07/31/2023 | JCC | Attend TCC meeting concerning decision of Justice Kaplan; | 0.50 |
| 07/31/2023 | JCC | Correspondence with Don Clarke, David Molton, Melanie Cyganowski, Bret Vallacher, Jonathan Massey regarding PI appeal; | 0.30 |
| | | **Total Hours** | **70.60** |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



Page 11

Invoice 3908190

**Our Fee:** 64,113.50

| TK ID | Initials | Name | Title | Rate | Hours | Amount |
|-------|----------|------|-------|------|-------|--------|
| 01177 | AI | A. Iqbal | Partner | $720.00 | 12.70 | $9,144.00 |
| 01208 | GF | G. Finlayson | Partner | $990.00 | 28.80 | $28,512.00 |
| 00615 | JCC | J. Carhart | Partner | $925.00 | 28.10 | $25,992.50 |
| 02853 | MF | M. Faheim | Associate | $465.00 | 1.00 | $465.00 |

**Total Amount Due** $64,113.50

E.&O.E.

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.