| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1 | |
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>E-mail: krosen@lowenstein.com<br>E-mail: mseymour@lowenstein.com<br>-and-<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria, Esq.<br>Gregory Starner, Esq.<br>Joshua D. Weedman, Esq.<br>Samuel P. Hershey, Esq.<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>E-mail: jessica.lauria@whitecase.com<br>E-mail: gstarner@whitecase.com<br>E-mail: jweedman@whitecase.com<br>E-mail: sam.hershey@whitecase.com<br><br>**WHITE & CASE LLP**<br>Matthew E. Linder, Esq.<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>E-mail: mlinder@whitecase.com<br><br>*Co-Counsel to Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc.* | Order Filed on August 8, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| *In re*<br><br>LTL MANAGEMENT LLC,[1]<br><br>        Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK) |

**ORDER GRANTING THE J&J PARTIES' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE J&J PARTIES TO FILE CONFIDENTIAL EXHIBIT UNDER SEAL**

**DATED: August 8, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:      2
Debtor:    In re LTL Management LLC
Case No.   23-12825 (MBK)
Caption:   *Order Granting J&J Parties' Motion for Entry of an Order Authorizing the J&J Parties to File Confidential Exhibit Under Seal*

_____

       The relief set forth on the following pages two (2) through three (3), is hereby **ORDERED**.

Page:      2
Debtor:    In re LTL Management LLC
Case No.   23-12825 (MBK)
Caption:   *Order Granting J&J Parties' Motion for Entry of an Order Authorizing the J&J Parties to File Confidential Exhibit Under Seal*

Page:       3
Debtor:     In re LTL Management LLC
Case No.    23-12825 (MBK)
Caption:    *Order Granting J&J Parties' Motion for Entry of an Order Authorizing the J&J Parties to File Confidential Exhibit Under Seal*

_____

On request of Johnson & Johnson ("J&J"), and Johnson & Johnson Holdco (NA) Inc. ("Holdco") (together, the "J&J Parties") to temporarily seal (the "Seal Motion") Exhibit 2 to the Motion for Entry of Protective Order filed herewith and to file a redacted version of the exhibit, which identifies sensitive and confidential information, and this Court having considered the request and any objection thereto,

**IT IS HEREBY ORDERED THAT** the Seal Motion is hereby granted, and

**IT IS FURTHER ORDERED THAT** unredacted copies of the exhibits to the Motion For Protective Order shall be temporarily sealed pending further order of this Court, and

**IT IS FURTHER ORDERED THAT** the J&J Parties are permitted to file the redacted exhibit to the Motion For Protective Order until the expiration of the judiciary records retention period at which time the exhibit to the Motion For Protective Order will be permanently deleted, or until further order of this Court.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12825-MBK |
| LTL Management LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 08, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Aug 09 2023 01:20:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2023          Signature:     /s/Gustava Winters