| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br><br><br>*In re*<br><br>LTL MANAGEMENT LLC,<br><br>      Debtor. | Order Filed on August 11, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>Chapter 11<br><br>Case No. 23-12825 (MBK) |

### ORDER GRANTING IN PART AND DENYING IN PART MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ALLEGED SETTLEMENT WITH THIRD-PARTY PAYORS

**DATED: August 11, 2023**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Page: | 2 |
| Debtor: | In re LTL Management LLC |
| Case No. | 23-12825 (MBK) |
| Caption: | *Order Granting In Part and Denying in Part Motion in Limine to Exclude Evidence of Alleged Settlement with Third-Party Payors* |

___

The relief set forth on the following pages two (2) through three (3), is hereby **ORDERED**.

Page:     3
Debtor:   In re LTL Management LLC
Case No.  23-12825 (MBK)
Caption:  *Order Granting In Part and Denying in Part Motion in Limine to Exclude Evidence of Alleged Settlement with Third-Party Payors*

---

On request of Counsel for Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch's Motion in Limine to exclude evidence of alleged settlement with third-party payors ("Motion"), and this Court having considered the request and any objection thereto,

**IT IS HEREBY ORDERED THAT** the Motion is granted in part and denied in part for as set forth on the record.