## **EXHIBIT B**

Invoices



LTL Management LLC
501 George Street
New Brunswick, NJ 08933　　　　　　　　　　　　　　　　　　　　　　　　August 8, 2023
Attn: John K. Kim　　　　　　　　　　　　　　　　　　　　　　　　　　　Client No. 14740
Chief Legal Officer　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice No. 2117260

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Orrick Contact: Lisa T. Simpson

| | | |
|---|---|---:|
| FOR SERVICES RENDERED through May 31, 2023 in connection with the matters described on the attached pages: | $ | 39,492.10 |
| DISBURSEMENTS as per attached pages: | | 0.00 |
| **Total Fees & Disbursements Owed by LTL 100%** | **$** | **39,492.10** |
| **Holdback of Fees 20%** | | **(7,898.42)** |
| **Amount Sought at this Time** | **$** | **31,593.68** |

Matter(s):  14740/2026 – Bankruptcy – LTL
　　　　　JJL2021019389

## DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|:---:|:---:|:---:|
| Orrick, Herrington & Sutcliffe LLP | ***ACH & Wire Transfers:*** | Orrick, Herrington & Sutcliffe LLP |
| 2121 Main Street | **ABA Number 121000248** | 2121 Main Street |
| Wheeling, WV 26003 | **SWIFT CODE:  WFBIUS6S** | Wheeling, WV 26003 |
| Reference: 14740/ Invoice: 2117260 | **Account Number: 4123701088** | (304) 231-2703 |
| | *Wells Fargo* | Reference: 14740/ Invoice: 2117260 |
| | *420 Montgomery Street* | |
| | *San Francisco, CA  94104* | |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 14740/ Invoice: 2117260* | |
| | *E.I.N. 94-2952627* | |

**To pay online visit www.e-billexpress.com/ebpp/Orrick/**

**orrick**

LTL Management LLC
501 George Street
New Brunswick, NJ 08933
Attn: John K. Kim
Chief Legal Officer

August 8, 2023
Client No. 14740
Invoice No. 2117260

Orrick Contact: Lisa T. Simpson

For Legal Services Rendered Through May 31, 2023 in Connection With:

**Matter:  2026 - Bankruptcy – LTL**
**Matter: JJL2021019389**

### PHASE B100 – ADMINISTRATION

*Task B160 – Fee/Employment Applications*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 05/01/23 | L. Simpson | Attend to retention application and confer with team on same. | 0.80 | 960.00 |
| 05/01/23 | M. Naulo | Review prior retention applications and email with team re changes and revisions | 3.30 | 2,785.20 |
| 05/01/23 | N. Scotten | Review statements in connection with retention application. | 0.30 | 273.00 |
| 05/03/23 | M. Naulo | Communicate with S. Loeser re retention application (.5); revise same (.9). | 1.40 | 1,181.60 |
| 05/04/23 | M. Naulo | Discuss retention application with M. Bales of Jones Day (.4); edit retention application (2); discuss retention application with S. Loeser (.2); discuss retention application with Orrick team (.2) | 2.80 | 2,363.20 |
| 05/08/23 | R. Trust | Reviewed correspondence regarding chapter 11 retention issues. | 0.30 | 360.00 |
| 05/09/23 | M. Naulo | Communicate with team re retention matters and research re same | 1.00 | 844.00 |
| 05/09/23 | R. Trust | Reviewed correspondence re: chapter 11 retention issues. | 0.60 | 720.00 |
| 05/10/23 | M. Naulo | Discuss interested party status with team (.3); email L. Simpson and R. Loeb re retention application | 0.40 | 337.60 |



LTL Management LLC - 14740  
page 2

August 8, 2023  
Invoice No. 2117260

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 05/10/23 | M. Naulo | Email with L. Simpson re interested parties' status | 0.30 | 253.20 |
| 05/10/23 | R. Trust | Reviewed correspondence regarding chapter 11 retention issues. Attended conference call. | 0.50 | 600.00 |
| 05/10/23 | L. Simpson | Confer with M Naulo on retention matters. | 0.50 | 600.00 |
| 05/20/23 | M. Naulo | Email team re next steps re professional compensation matters. | 0.50 | 422.00 |
| 05/23/23 | M. Naulo | Email with Orrick and Jones Day teams re next steps re professional compensation matters and US Trustee comments, including review of comments (2.2); call with Jones Day re same (.3). | 2.50 | 2,110.00 |
| 05/23/23 | L. Simpson | Confer with team on retention application and follow up questions associated with same. | 1.20 | 1,440.00 |
| 05/24/23 | M. Naulo | Email with Orrick team and Jones Day re professional compensation matters. | 0.30 | 253.20 |
| 05/24/23 | M. Naulo | Email with team re responding to Trustee comments to retention application, including researching precedent. | 2.30 | 1,941.20 |
| 05/24/23 | L. Simpson | Attend to retention follow up requests for information. | 0.80 | 960.00 |
| 05/25/23 | M. Naulo | Email with Orrick and Jones Day teams re next steps for retention application. | 1.20 | 1,012.80 |
| 05/25/23 | L. Simpson | Confer with M Naulo on retention application follow up questions and revisions. | 0.80 | 960.00 |
| 05/26/23 | M. Naulo | Email with Orrick team re trustee response. | 0.80 | 675.20 |
| 05/26/23 | M. Naulo | Email with L. Simpson and R. Loeb re professional compensation matters and other issues. | 0.50 | 422.00 |
| 05/26/23 | L. Simpson | Confer with M Naulo on retention application follow up questions. | 0.80 | 960.00 |
| 05/27/23 | M. Naulo | Draft declaration re trustee responses for review. | 3.90 | 3,291.60 |
| 05/29/23 | M. Naulo | Email with Orrick and Jones Day teams re retention application. | 0.60 | 506.40 |
| 05/31/23 | M. Naulo | Email with M. Jochum and S. Loeser re response to Trustee. | 0.50 | 422.00 |
| | | *B160 – Fee/Employment Applications Total* | *28.90* | *26,654.20* |

*Task B190 – Other Contested Matters*

| **Date** | **Names** | **Description of services rendered** | **Hours** | **Amount** |
|---|---|---|---|---|



LTL Management LLC - 14740  
page 3

August 8, 2023  
Invoice No. 2117260

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/05/23 | L. Weber | (Gutierrez) Confirm that Ninth Circuit has not set date for next status report. | 0.10 | 80.70 |
| 05/08/23 | L. Weber | (Gutierrez) Draft status report and coordinate filing. | 0.60 | 484.20 |
| 05/08/23 | S. Harrison | (Gutierrez) Briefly review status report. | 0.20 | 240.00 |
| 05/08/23 | N. Scotten | Gutierrez (CA): Strategize with team regarding status report and review same. | 0.30 | 273.00 |
| 05/22/23 | J. Stengel | Participate in conference re status of direct claims with follow-up correspondence and plan review. | 3.50 | 4,200.00 |
| 05/23/23 | J. Stengel | Analysis of issues related to LTL plan and disclosure statement. 2.0. | 2.00 | 2,400.00 |
| 05/24/23 | J. Stengel | Review materials related to terms of proposed reorganization and correspondence re same. | 1.50 | 1,800.00 |
| 05/29/23 | J. Stengel | Review research re terms of proposed reorganization plan. | 1.50 | 1,800.00 |
| 05/30/23 | J. Stengel | Review of Second Circuit Purdue opinion. | 1.00 | 1,200.00 |
| 05/31/23 | J. Stengel | Note re Wesley concurrence in Purdue opinion. | 0.30 | 360.00 |
| | | *B190 – Other Contested Matters Total* | 11.00 | 12,837.90 |

| | | | | |
|---|---|---|---|---|
| **PHASE B100 – ADMINISTRATION TOTAL** | | | **39.90** | **39,492.10** |
| | | Total Hours | 39.90 | |
| | | Total For Services | | $39,492.10 |

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | |
| B160 | Fee/Employment Applications | 28.90 | 26,654.20 |
| B190 | Other Contested Matters | 11.00 | 12,837.90 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | **39.90** | **39,492.10** |
| | Totals | 39.90 | $39,492.10 |



LTL Management LLC - 14740  
page 4

August 8, 2023  
Invoice No. 2117260

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---|---|---|
| Stacy W. Harrison | 0.20 | 1,200.00 | 240.00 |
| Lisa T. Simpson | 4.90 | 1,200.00 | 5,880.00 |
| James L. Stengel | 9.80 | 1,200.00 | 11,760.00 |
| Robert Trust | 1.40 | 1,200.00 | 1,680.00 |
| Naomi J. Scotten | 0.60 | 910.00 | 546.00 |
| Mariya Naulo | 22.30 | 844.00 | 18,821.20 |
| Lauren A. Weber | 0.70 | 807.00 | 564.90 |
| Total All Timekeepers | 39.90 | | $39,492.10 |

**Total For This Matter**    $39,492.10  
**Holdback of Fees 20%**    (7,898.42)  
**Amount Sought at this Time**    $31,593.68



LTL Management LLC
501 George Street
New Brunswick, NJ 08933              August 8, 2023
Attn:  John K. Kim              Client No. 14740
Chief Legal Officer              Invoice No. 2117259LTL

Orrick Contact: Lisa T. Simpson

| | | |
|---|---|---:|
| FOR SERVICES RENDERED through May 31, 2023 in connection with the matters described on the attached pages: | $ | 200,765.90 |
| DISBURSEMENTS as per attached pages: | | 113.77 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** | **$** | **200,879.67** |
| **Portion Billed to LTL Bankruptcy (J&J) 50%** | | **(100,439.84)** |
| **Portion Owed by LTL 50%** | **$** | **100,439.83** |
| **Holdback of Fees 20%** | | **(20,076.59)** |
| **Payment Applied** | | **(33,835.16)** |
| **Amount Sought at this Time** | **$** | **46,528.08** |

Matter(s):  14740/2027 – Bankruptcy – LTL
          JJL2021019389

## DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | *ACH & Wire Transfers:* | Orrick, Herrington & Sutcliffe LLP |
| 2121 Main Street | **ABA Number 121000248** | 2121 Main Street |
| Wheeling, WV 26003 | **SWIFT CODE:  WFBIUS6S** | Wheeling, WV 26003 |
| Reference: 14740/ Invoice: 2117259 | **Account Number: 4123701088** | (304) 231-2703 |
| | *Wells Fargo* | Reference: 14740/ Invoice: 2117259 |
| | *420 Montgomery Street* | |
| | *San Francisco, CA  94104* | |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 14740/ Invoice: 2117259* | |
| | *E.I.N. 94-2952627* | |

**To pay online visit www.e-billexpress.com/ebpp/Orrick/**



LTL Management LLC
501 George Street
New Brunswick, NJ 08933
Attn: John K. Kim
Chief Legal Officer

August 8, 2023
Client No. 14740
Invoice No. 2117259LTL

Orrick Contact: Lisa T. Simpson

For Legal Services Rendered Through May 31, 2023 in Connection With:

**Matter: 2027 - Bankruptcy – LTL**
**Matter: JJL2021019389**

### PHASE B100 – ADMINISTRATION

*Task B190 – Other Contested Matters*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 05/01/23 | Z. Hennessee | Hayes (KY S. Ct.): Draft status update on bankruptcy proceedings. | 0.30 | 226.80 |
| 05/01/23 | N. Scotten | Prudencio (CA): Strategize with team regarding reply brief (1.1), review record materials and caselaw regarding same (2.6). | 3.70 | 3,367.00 |
| 05/01/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 0.80 | 675.20 |
| 05/02/23 | A. Barnard-Yanni | Prudencio (CA): Coordinate internal reply drafting schedule with G. Shaw and U. Bhatti. | 0.10 | 84.40 |
| 05/02/23 | N. Scotten | Prudencio (CA): Analyze trial materials and strategize for reply. | 1.50 | 1,365.00 |
| 05/02/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 1.40 | 1,181.60 |
| 05/03/23 | Z. Hennessee | Hayes (KY S. Ct.): Revise status update on bankruptcy proceedings and coordinate filing and service. | 0.10 | 75.60 |
| 05/03/23 | N. Scotten | Strategize regarding active appeals, notices, and bankruptcy status. | 0.70 | 637.00 |



LTL Management LLC - 14740  
page 2

August 8, 2023  
Invoice No. 2117259LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/03/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 1.00 | 844.00 |
| 05/04/23 | A. Barnard-Yanni | Prudencio (CA): Correspond with N. Scotten, G. Shaw, and U. Bhatti regarding reply brief strategy and future oral argument preparation. | 0.20 | 168.80 |
| 05/04/23 | G. Shaw | Prudencio (CA): Communicate with Orrick team re: reply brief drafting and case strategy (.4) and perform associated review and analysis (.4). | 0.80 | 675.20 |
| 05/04/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 1.50 | 1,266.00 |
| 05/05/23 | A. Barnard-Yanni | Prudencio (CA): Coordinate with N. Scotten, G. Shaw, and U. Bhatti regarding case progress. | 0.10 | 84.40 |
| 05/05/23 | N. Scotten | Prudencio (CA): Strategize regarding draft reply brief. | 0.90 | 819.00 |
| 05/05/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 0.70 | 590.80 |
| 05/07/23 | N. Scotten | Prudencio (CA): Analyze trial materials and strategize for reply. | 0.60 | 546.00 |
| 05/08/23 | N. Scotten | Prudencio (CA): Analyze trial materials and strategize for reply. | 1.50 | 1,365.00 |
| 05/09/23 | N. Scotten | Prudencio (CA): Work on reply brief. | 4.30 | 3,913.00 |
| 05/09/23 | N. Scotten | Johnson (CA): Email with P. Johnson regarding bankruptcy notice. | 0.20 | 182.00 |
| 05/09/23 | G. Shaw | Prudencio (CA): Prepare for meeting re reply brief strategy (.4) and analyze and outline arguments re causation (1.3). | 1.70 | 1,434.80 |
| 05/09/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 1.10 | 928.40 |
| 05/10/23 | A. Barnard-Yanni | Prudencio (CA): Participate in call with N. Scotten, G. Shaw, and U. Bhatti to further discuss reply strategy. | 0.70 | 590.80 |
| 05/10/23 | N. Scotten | Prudencio (CA): Work on reply brief. | 3.30 | 3,003.00 |
| 05/10/23 | G. Shaw | Prudencio (CA): Participate in conference with Orrick team re: response brief and case strategy (.6) and research and outline reply brief re: causation issues (.8). | 1.40 | 1,181.60 |
| 05/10/23 | N. Scotten | Evaluate LTL options in light of TRO. | 1.60 | 1,456.00 |



LTL Management LLC - 14740  
page 3

August 8, 2023  
Invoice No. 2117259LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/10/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 1.60 | 1,350.40 |
| 05/10/23 | U. Bhatti | Prudencio (CA): Attend team call to discuss arguments for Longo's section. | 0.70 | 590.80 |
| 05/11/23 | A. Barnard-Yanni | Prudencio (CA): Analyze case law on the Kelly/Frye test in the context of general causation testimony. | 3.70 | 3,122.80 |
| 05/11/23 | N. Scotten | Evaluate LTL strategy in light of TRO. | 4.90 | 4,459.00 |
| 05/11/23 | P. Bicks | Emails with Orrick team re LTL/JJ separate trial, Rule 19, and due process issues. | 0.80 | 960.00 |
| 05/12/23 | A. Barnard-Yanni | Prudencio (CA): Begin drafting fibrous talc section of reply brief. | 6.30 | 5,317.20 |
| 05/12/23 | N. Scotten | Prudencio (CA): Strategize for oral argument. | 0.20 | 182.00 |
| 05/12/23 | A. Gerrish | [Prudencio] prepare reply brief template for reply brief. | 0.50 | 187.50 |
| 05/12/23 | N. Scotten | Evaluate LTL strategy in light of TRO. | 3.60 | 3,276.00 |
| 05/12/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 0.90 | 759.60 |
| 05/14/23 | N. Scotten | Johnson (CA): Email with P. Johnson regarding bankruptcy notice. | 1.20 | 1,092.00 |
| 05/14/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 1.30 | 1,097.20 |
| 05/15/23 | N. Scotten | Evaluate LTL strategy in light of TRO and perform research and case material review in connection with same (4.3); prepare for and participate in strategy call with team regarding same (.6); email with Orrick team regarding strategy in connection with same (.7). | 5.60 | 5,096.00 |
| 05/15/23 | B. Wegrzyn | General Nationwide -- Confer with R. Loeb and N. Scotten regarding research relating to bankruptcy stay. | 0.50 | 422.00 |
| 05/15/23 | B. Wegrzyn | General Nationwide -- legal research regarding bankruptcy stay. | 2.90 | 2,447.60 |
| 05/15/23 | G. Shaw | Prudencio (CA): Review and analyze Plaintiff's response brief and draft reply brief section regarding causation (1.1), and perform associated record analysis and legal research (1.1). | 2.20 | 1,856.80 |
| 05/16/23 | A. Barnard-Yanni | Prudencio (CA): Correspond with paralegal A. Gerrish regarding drafting and filing timing and logistics. | 0.20 | 168.80 |



| | | | | |
|---|---|---|---|---|
| LTL Management LLC - 14740 | | | | August 8, 2023 |
| page 4 | | | | Invoice No. 2117259LTL |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/16/23 | N. Scotten | Prudencio (CA): Work on reply brief, with focus on Egilman and cleavage fragment argument. | 3.10 | 2,821.00 |
| 05/16/23 | N. Scotten | Evaluate LTL strategy in light of TRO and call with M. Bush regarding same. | 1.50 | 1,365.00 |
| 05/16/23 | B. Wegrzyn | General Nationwide -- legal research regarding impact of bankruptcy stay. | 3.60 | 3,038.40 |
| 05/16/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 0.90 | 759.60 |
| 05/17/23 | N. Scotten | Evaluate LTL strategy in light of TRO, including preparation for and participation in team call (.8) and research/ case analysis regarding same (1.9). | 2.70 | 2,457.00 |
| 05/17/23 | N. Scotten | Prudencio (CA): Analyze case materials in connection with asbestiform argument and strategize regarding this portion of the reply brief (2.9); strategize with Orrick team, client and co-counsel regarding review and finalization of brief and preparation for argument (.6). | 3.50 | 3,185.00 |
| 05/17/23 | B. Wegrzyn | General Nationwide -- continue legal research regarding impact of bankruptcy stay (1.6); confer with R. Loeb and N. Scotten regarding research (.5). | 2.10 | 1,772.40 |
| 05/17/23 | G. Shaw | Prudencio (CA): Draft reply brief section regarding causation (3.1) and perform associated caselaw analysis and record and transcript review (1.6). | 4.70 | 3,966.80 |
| 05/17/23 | R. Loeb | Nationwide -- Call with N. Scotten and B. Wegrzyn, in response to client request re issues and appellate strategy (.3), and related analysis of authorities. (.4). | 0.70 | 840.00 |
| 05/17/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 1.20 | 1,012.80 |
| 05/18/23 | N. Scotten | Prudencio (CA): revise draft reply brief. | 0.60 | 546.00 |
| 05/18/23 | N. Scotten | General appellate strategy. Evaluate potential litigation risks and strategy to mitigate, call with K. Fournier regarding same. | 5.10 | 4,641.00 |
| 05/18/23 | N. Scotten | Olson (NY): Review order denying plaintiffs' motion for leave to appeal. | 0.10 | 91.00 |
| 05/18/23 | G. Shaw | Prudencio (CA): Draft reply brief section regarding causation (5.1) and perform associated research record analysis (3.2). | 8.30 | 7,005.20 |



LTL Management LLC - 14740  
page 5

August 8, 2023  
Invoice No. 2117259LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/18/23 | R. Loeb | Nationwide -- Call with N. Scotten and K. Fournier, in response to client request, re issues and appellate strategy (.6). | 0.60 | 720.00 |
| 05/18/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 7.30 | 6,161.20 |
| 05/19/23 | G. Shaw | Prudencio (CA): Continued drafting for reply brief section regarding causation (6.7) and related communications with Orrick team (.6). | 7.30 | 6,161.20 |
| 05/19/23 | A. Barnard-Yanni | Prudencio (CA): Continue drafting fibrous talc section of reply brief. | 0.70 | 590.80 |
| 05/19/23 | N. Scotten | General appellate strategy. Evaluate litigation risks and strategy to mitigate, email with team regarding same. | 0.50 | 455.00 |
| 05/19/23 | N. Scotten | Prudencio (CA): Work on reply brief, with focus on Egilman and cleavage fragment argument. | 1.80 | 1,638.00 |
| 05/19/23 | B. Wegrzyn | General Nationwide -- follow-up research regarding bankruptcy stay. | 1.50 | 1,266.00 |
| 05/19/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 2.00 | 1,688.00 |
| 05/20/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 1.10 | 928.40 |
| 05/21/23 | A. Barnard-Yanni | Prudencio (CA): Continue draft fibrous talc section of reply brief, focusing on the standard of review for expert testimony. | 0.80 | 675.20 |
| 05/21/23 | N. Scotten | General appellate strategy. Continue to analyze litigation strategy and risks. | 0.40 | 364.00 |
| 05/22/23 | N. Scotten | General appellate strategy. Continue to analyze litigation risks.and strategy to mitigate, call with K. Fournier regarding same. | 1.20 | 1,092.00 |
| 05/22/23 | N. Scotten | Prudencio (CA): Work on reply brief, with focus on causation argument. | 4.30 | 3,913.00 |
| 05/22/23 | B. Wegrzyn | General Nationwide -- research regarding bankruptcy-related issues (.7); call with team regarding strategy (.9). | 1.60 | 1,350.40 |
| 05/22/23 | A. Barnard-Yanni | Prudencio (CA): Continue drafting fibrous talc section of draft reply brief, focusing on the merits. | 2.90 | 2,447.60 |
| 05/22/23 | R. Loeb | Nationwide -- Call with N. Scotten and J. Stengel re potential liabilities and theories, and best defenses, key issues and strategies. | 0.70 | 840.00 |



| | | | | |
|---|---|---|---|---|
| LTL Management LLC - 14740 | | | | August 8, 2023 |
| page 6 | | | | Invoice No. 2117259LTL |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/22/23 | G. Shaw | Prudencio (CA): Communicate with Orrick team re: briefing and appellate strategy (.1) and perform associated research (.3). | 0.40 | 337.60 |
| 05/22/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 1.40 | 1,181.60 |
| 05/23/23 | N. Scotten | Prudencio (CA): Revise draft Rutherford and Egilman arguments, reviewing and analyzing record materials and caselaw regarding same. | 5.70 | 5,187.00 |
| 05/23/23 | N. Scotten | Olson (NY): Email with T. Kurland regarding bond. | 0.10 | 91.00 |
| 05/23/23 | P. Bicks | Conference with client; team call, review task list. | 1.80 | 2,160.00 |
| 05/23/23 | A. Barnard-Yanni | Prudencio (CA): Draft section of the reply brief addressing the admission of cleavage fragment testimony. | 2.40 | 2,025.60 |
| 05/23/23 | G. Shaw | Communicate with Orrick team re: Rutherford causation (.5) and perform associated research and analysis (.8). | 1.30 | 1,097.20 |
| 05/23/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 0.90 | 759.60 |
| 05/24/23 | A. Barnard-Yanni | Prudencio (CA): Draft harmless-error analysis regarding fibrous talc and cleavage fragment testimony. | 4.20 | 3,544.80 |
| 05/24/23 | N. Scotten | Prudencio (CA): Work on reply brief, with focus on causation and Egilman. | 8.70 | 7,917.00 |
| 05/24/23 | N. Scotten | General appellate strategy. Continue to analyze litigation risks.and strategy to mitigate, email with team regarding same. | 0.30 | 273.00 |
| 05/24/23 | B. Wegrzyn | General nationwide -- research bankruptcy-related issues. | 2.40 | 2,025.60 |
| 05/24/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 2.10 | 1,772.40 |
| 05/25/23 | N. Scotten | Prudencio (CA): Work on reply brief, with focus on Egilman asbestiform talc argument. | 5.40 | 4,914.00 |
| 05/25/23 | B. Wegrzyn | General Nationwide -- research bankruptcy-related issues (6.2); draft analysis of research for R. Loeb and N. Scotten (1.5). | 7.70 | 6,498.80 |
| 05/26/23 | N. Scotten | General appellate strategy. Continue to analyze litigation risks.and strategy to mitigate. | 0.10 | 91.00 |
| 05/26/23 | N. Scotten | Prudencio (CA): Work on reply brief, with focus on cleavage fragments argument. | 3.40 | 3,094.00 |



LTL Management LLC - 14740  
page 7

August 8, 2023  
Invoice No. 2117259LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/26/23 | G. Shaw | Prudencio (CA): Review and analyze comments on draft causation section of reply brief (.5), revise argument (1.6), and perform associated caselaw research and record review (1.2). | 3.30 | 2,785.20 |
| 05/26/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 3.70 | 3,122.80 |
| 05/27/23 | N. Scotten | Prudencio (CA): Work on reply brief, with focus on cleavage fragments argument. | 2.60 | 2,366.00 |
| 05/27/23 | U. Bhatti | Prudencio (CA): Review plaintiff's response brief and draft reply brief drafts concerning Longo. | 5.80 | 4,895.20 |
| 05/28/23 | N. Scotten | Prudencio (CA): Revise draft cleavage fragment argument. | 3.90 | 3,549.00 |
| 05/28/23 | A. Barnard-Yanni | Prudencio (CA): Correspond with N. Scotten regarding her comments on the draft reply brief. | 0.10 | 84.40 |
| 05/30/23 | A. Barnard-Yanni | Prudencio (CA): Review and revise asbestiform talc section of draft reply brief in light of comments from N. Scotten. | 2.60 | 2,194.40 |
| 05/30/23 | N. Scotten | Prudencio (CA): Work on reply brief, with focus on Longo and cleavage fragments argument. | 7.20 | 6,552.00 |
| 05/30/23 | N. Scotten | General appellate strategy. Continue to analyze litigation risks.and strategy to mitigate. | 0.10 | 91.00 |
| 05/30/23 | P. Bicks | Discussion re possible new matter. | 1.00 | 1,200.00 |
| 05/30/23 | P. Kunkler | Prudencio (CA): Review record on appeal to identify reference to ISO22262-1 and Longo dispersion staining report for attorney use. | 0.80 | 300.00 |
| 05/31/23 | N. Scotten | Prudencio (CA): Work on reply brief, with focus on Longo argument. | 5.90 | 5,369.00 |
| 05/31/23 | U. Bhatti | Prudencio (CA): Review record to determine arguments concerning Longo's chrysotile findings. | 2.90 | 2,447.60 |
| | | *B190 – Other Contested Matters Total* | 228.30 | 200,765.90 |
| **PHASE B100 – ADMINISTRATION TOTAL** | | | **228.30** | **200,765.90** |
| | | Total Hours | 228.30 | |
| | | Total For Services | | $200,765.90 |



LTL Management LLC - 14740  
page 8

August 8, 2023  
Invoice No. 2117259LTL

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | |
| B190 | Other Contested Matters | 228.30 | 200,765.90 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | 228.30 | 200,765.90 |
| | Totals | 228.30 | $200,765.90 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peter A. Bicks | 3.60 | 1,200.00 | 4,320.00 |
| Robert Loeb | 2.00 | 1,200.00 | 2,400.00 |
| Naomi J. Scotten | 102.00 | 910.00 | 92,820.00 |
| Alyssa Barnard-Yanni | 25.00 | 844.00 | 21,100.00 |
| Upnit K. Bhatti | 40.30 | 844.00 | 34,013.20 |
| Geoffrey Shaw | 31.40 | 844.00 | 26,501.60 |
| Brian Wegrzyn | 22.30 | 844.00 | 18,821.20 |
| Zachary Hennessee | 0.40 | 756.00 | 302.40 |
| Amy S. Gerrish | 0.50 | 375.00 | 187.50 |
| Patrick P. Kunkler | 0.80 | 375.00 | 300.00 |
| Total All Timekeepers | 228.30 | | $200,765.90 |

Disbursements  
   Outside Services     113.77  
   Total Disbursements     $113.77

Disbursements:  
05/31/23  Outside Services  Vendor: CourtAlert.com, Inc; Invoice#: 280559-2305; Date: 5/31/2023 - SH - payment of fees 5/2023 By: A. Savin     113.77

Disbursements Total     $113.77

| | |
|---:|---:|
| **Total For This Matter** | **$200,879.67** |
| **Portion Billed to LTL Bankruptcy (J&J) 50%** | **(100,439.84)** |
| **Portion Owed by LTL 50%** | **$100,439.83** |
| **Holdback of Fees 20%** | **(20,076.59)** |
| **Payment Applied** | **(33,835.16)** |
| **Amount Sought at this Time** | **$46,528.08** |

LTL Management LLC - 14740  
page 9

August 8, 2023  
Invoice No. 2117259LTL