| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br><br><br><br><br><br><br><br><br><br><br><br>*In re*<br><br>LTL MANAGEMENT LLC,<br><br>            Debtor. | **Order Filed on August 11, 2023**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br><br><br>Chapter 11<br><br>Case No. 23-12825 (MBK) |

**ORDER GRANTING IN PART AND DENYING IN PART MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ALLEGED SETTLEMENT WITH THIRD-PARTY PAYORS**

**DATED: August 11, 2023**

                                                Honorable Michael B. Kaplan
                                                United States Bankruptcy Judge

Page: 2
Debtor: In re LTL Management LLC
Case No. 23-12825 (MBK)
Caption: *Order Granting In Part and Denying in Part Motion in Limine to Exclude Evidence of Alleged Settlement with Third-Party Payors*

_____

The relief set forth on the following pages two (2) through three (3), is hereby **ORDERED**.

Page: 2
Debtor: In re LTL Management LLC
Case No. 23-12825 (MBK)
Caption: *Order Granting In Part and Denying in Part Motion in Limine to Exclude Evidence of Alleged Settlement with Third-Party Payors*

Page:       3
Debtor:     In re LTL Management LLC
Case No.    23-12825 (MBK)
Caption:    *Order Granting In Part and Denying in Part Motion in Limine to Exclude Evidence of Alleged Settlement with Third-Party Payors*

_____

On request of Counsel for Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch's Motion in Limine to exclude evidence of alleged settlement with third-party payors ("Motion"), and this Court having considered the request and any objection thereto,

**IT IS HEREBY ORDERED THAT** the Motion is granted in part and denied in part for as set forth on the record.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12825-MBK |
| LTL Management LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 11, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Aug 11 2023 20:46:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2023          Signature:    /s/Gustava Winters