| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel to the Official*<br>*Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY  10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA  02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the Official*<br>*Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>100 Main Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Special Counsel for the Official*<br>*Committee of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Richard G. Haddad, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>David A. Castleman, Esq.<br>mcyganowski@otterbourg.com<br>rhaddad@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>dcastleman@otterbourg.com<br>230 Park Avenue<br>New York, NY  10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official*<br>*Committee of Talc Claimants* |

| In Re: | Chapter 11 |
|---|---|
| **LTL MANAGEMENT, LLC,** | Case No.: 23-12825 (MBK) |
| Debtor. | Honorable Michael B. Kaplan |

**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR THE PERIOD OF
JUNE 1, 2023 THROUGH JUNE 30, 2023**

FTI Consulting, Inc. ("FTI") submits this Monthly Fee Statement for Services Rendered and Expenses Incurred as financial advisor to the Official Committee of Talc Claimants[1] (the "Fee Statement") for the period commencing June 1, 2023 and ending June 30, 2023 (the "Fee Period"), pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals and the Order Establishing Procedures for the Allowance of Interim Compensation and Reimbursement of Expenses Retained (Docket No. 562). The Official Committee of Talc Claimants has reviewed and approved this Fee Statement.

In support of this monthly Fee Statement, annexed hereto are the following exhibits:

- Exhibit "A" – Final Retention Order
- Exhibit "B" – Summary of Hours By Professional
- Exhibit "C" – Summary of Hours By Task
- Exhibit "D" – Detail of Time Entries
- Exhibit "E" – Summary of Expenses
- Exhibit "F" – Expense Detail

The fees sought in the within the Fee Period are as follows:

| Fees | Less 20% | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|
| $1,420,198.50 | $284,039.70 | $1,136,158.80 | $2,257.16 |

---

[1] See Exhibit A for the Order Authorizing Final Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Talc Effective April 15, 2023 (Dkt. No. 774) entered on June 14, 2023.

WHEREFORE, FTI respectfully requests interim payment of fees for this Fee Period in the sum of $1,136,158.80 (80% of $1,420,198.50) together with expenses of $2,257.16, for a total requested interim payment of $1,138,415.96.

Date: August 14, 2023                  **FTI CONSULTING, INC.**

                                             By:     */s/ Matthew Diaz*
                                                      Matthew Diaz