**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**
**FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Randi S. Ellis, FCR |
| Case No.: | 23-12825-MBK | Client: | N/A |
| Chapter: | 11 | Case Filed: | April 4, 2023 (the "Petition Date") |

**SECTION I**
**FEE SUMMARY**

☑ Monthly Fee Application No.  3               ☐ Final Fee Application

Summary of Amounts Requested for the Period from July 1, 2023 through July 31, 2023.

| | |
|---|---|
| Total Fees: | $142,506.00 |
| Total Disbursements: | $750.00 |
| Total Fees Plus Disbursements: | $143,256.00 |
| Minus 20% Holdback of Fees: | $28,501.20 |
| **Amount Sought at this Time:** | **$114,754.80** |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $186,006.20 | $3,150.30 |
| Total Fees Allowed To Date: | $0.00 | $0.00 |
| Total Retainer (If Applicable): | N/A | N/A |
| Total Holdback (If Applicable): | $46,501.55 | $0 |
| Total Received To Date: | $186,006.20 | $3,150.30 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Randi S. Ellis, Legal Representative for Future Talc Claimants | 1997 | 141.1 (includes 1.4 hours of travel time billed at 50%) | $1015/hr | $142,506.00 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | | |
| f) **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| h) **Fee/Employment Applications**<br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 0.20 | $203.00 |
| i) **Fee/Employment Objections**<br>Review of an objections to the employment and fee applications of others. | | |
| j) **Financing**<br>Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) **Litigation**<br>Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 122.90 | $124,743.50 |
| l) **Meetings of Creditors**<br>Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) **Plan and Disclosure Statement**<br>Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 16.60 | $16,849.00 |
| n) **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| q) **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) **Travel Time**<br>Please note that non-working travel time must be billed at 50% of cost. | 1.40 | $710.50 |
| **SERVICE TOTALS:** | **141.10** | **$142,506.00** |

4

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing Fees**<br>Payable to Clerk of Court. | |
| b) **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) **Fax**<br>Include per page fee charged. | |
| e) **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) **Outside Reproduction Services**<br>Including scanning services. | |
| h) **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) **Court Reporting**<br>Transcripts. | |
| j) **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) **Postage** | |
| m) **Other (specify)**<br>Live Streaming | $750.00 |
| **DISBURSEMENTS TOTALS:** | **$750.00** |

5

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2023                    *s/Randi S. Ellis*
                                               Randi S. Ellis