Mark Falk
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, N.J. 07102
(973) 757-1100

*Counsel for Randi S. Ellis,*
*Legal Representative for Future Talc Claimants*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23- 12825 |
| Debtor. | Honorable Michael B. Kaplan |

## CERTIFICATE OF SERVICE

I, Mark Falk, hereby certify under penalty of perjury the following:

I am counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants, in the above-captioned case ("Chapter 11 Case").

On August 14, 2023, I caused a true and correct copy of WALSH PIZZI O'REILLY FALANGA LLP'S JULY 2023 MONTHLY FEE STATEMENT to be filed in the Chapter 11 Case and served via the Court's CM/ECF system upon all parties registered to receive notice in the Chapter 11 Case.

On August 14, 2023, the aforementioned document was also served via electronic mail on the parties listed on the attached exhibit.

I hereby certify the foregoing statements made by me are true.

Dated: August 14, 2023

*s/Mark Falk*
Mark Falk

**EXHIBIT A**

In re: LTL Management LLC
Case # 23-12825
Judge Michael B. Kaplan
Filed April 4, 2023

MASTER PARTY LIST

| Party | Law Firm Representing |
|---|---|
| LTL Management [Fee Related Service] | John K. Kim, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>Melina N. Bales, Esq.<br>James N. Lawlor, Esq.<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>mbales@jonesday.com<br>jlawlor@wmd-law.com |
| Counsel for the Debtor<br><br>LTL Management LLC<br>501 George Street<br>New Brunswick, NJ 08933<br>MIDDLESEX-NJ<br>Tax ID / EIN: 87-3056622<br>fka Chenango One LLC | Gregory M. Gordon<br>Dan B. Prieto<br>Brad B. Erens<br>Amanda Rush<br>Mark W. Rasmussen<br>Jones Day<br>2727 N. Harwood Street<br>Dallas, TX 75201<br>www.jonesday.com<br>(214) 220-3939<br>gmgordon@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>mrasmussen@jonesday.com<br>bberens@jonesday.com<br><br>Daniel J. Merrett<br>Emily C. Baker<br>Jones Day<br>1221 Peachtree Street, N.E., Suite 400<br>Atlanta, Georgia 30361<br>dmerrett@jonesday.com<br>ecbaker@jonesday.com<br><br>Davis S. Torborg<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>dstorborg@jonesday.com |

1

|  | James M. Jones<br>Jones Day<br>250 Vesey Street<br>New York, NY 10281<br>(212) 326-3939<br>jmjones@jonesday.com<br><br>Paul R. DeFilippo<br>James N. Lawlor<br>Lyndon M. Tretter<br>Joseph F. Pacelli<br>Stephanie A. Weaver<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue, 12th Floor<br>New York, NY 10110<br>www.wmd-law.com<br>(212) 382-3300<br>pdefilippo@wmd-law.com<br>ltretter@wmd-law.com<br>jpacelli@wmd-law.com<br>jlawlor@wmd-law.com<br>sweaver@wmd-law.com |
|---|---|
| Debtor's Special Counsel | Kristen R. Fournier<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>34th Floor<br>New York, NY 10036-2601<br>www.kslaw.com<br>(212) 556-2100<br><br>Allison Meghan Brown<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>(212) 735-3222<br>Allison.Brown@skadden.com<br><br>Kathleen A. Frazier<br>Shook, Hardy & Bacon L.L.P.<br>JPMorgan Chase Tower<br>600 Travis Street, Suite 3400<br>Houston, TX 77002<br>www.shb.com<br>(713) 227-8008<br><br>Gary Holzer<br>Diane Sullivan<br>Ronit Berkovich<br>Theodore Tsekerides<br>Weil, Gothsal, Manges LLP |

|  | 767 Fifth Avenue<br>New York, NY 10153<br>www.weil.com<br>(212) 310-8000<br>Gary.Holtzer@weil.com<br>Diane.Sullivan@weil.com<br>Ronit.Berkowich@weil.com<br>Theodore.Tsekerides@weil.com<br><br>Thomas W. Ladd<br>Brett Kahn<br>McCarter & English LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>www.mccarter.com<br>(973) 622-4444<br>tladd@mccarter.com<br>bkahn@mccarter.com |
|---|---|
| Debtor's Special Appellate Counsel | Robert Loeb<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, D.C. 20005<br>(202) 339-8475<br>rloeb@orrick.com |
| Debtors' Financial Advisor | John R. Castellano<br>AlixPartners, LLP<br>909 Third Avenue<br>New York, NY 10022<br>www.alixpartners.com<br>(212) 490-2500 |
| U.S. Trustee | Lauren Bielskie<br>Jeffrey M. Sponder<br>United States Department of Justice<br>Office of The United States Trustee<br>United States Trustee, Region 3<br>One Newark Center, Ste 2100<br>Newark, NJ 07102<br>(973) 645-3014<br>Lauren.Bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov |
| Local Counsel for the Official Committee of Talc Claimants | Donald W. Clarke<br>Daniel M. Stolz<br>Gregory S. Kinoian<br>GENOVA BURNS LLC |

3

| | |
|---|---|
| | 110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>www.genovaburns.com<br>(973) 467-2700<br>dclarke@genovaburns.com<br>dstolz@genovaburns.com<br>gkinoian@genovaburns.com |
| Co-Counsel for the Official Committee of Talc Claimants | David J. Molton<br>Robert J. Stark<br>Michael Winograd<br>Susan Sieger-Grimm<br>Kenneth J. Aulet<br>D. Cameron Moxley<br>W. Lydell Benson, Jr.<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br>www.brownrudnick.com<br>(212) 209-4800<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>kaulet@brownrudnick.com<br>dmoxley@brownrudnick.com<br>wlbenson@brownrudnick.com<br><br>Jeffrey L. Jonas<br>Sunni P. Beville<br>Eric R. Goodman<br>Sharon I. Dwoskin<br>BROWN RUDNICK LLP<br>One Financial Center<br>Boston, MA 02111<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>sdwoskin@brownrudnick.com<br><br>Cathrine M. Castaldi<br>BROWN RUDNICK LLP<br>2211 Michelson Drive, 7th Floor<br>Irvine, CA 92612<br>ccastaldi@brownrudnick.com<br><br>Melanie L. Cyganowski<br>Adam C. Silverstein<br>Jennifer S. Feeney<br>Michael R. Maizel<br>Richard G. Haddad |

4

|  | David Castleman<br>James V. Drew<br>OTTERBOURG P.C.<br>230 Park Avenue<br>New York, NY 10169-0075<br>www.otterbourg.com<br>(212) 661-9100<br>rhaddad@otterbourg.com<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>dcastleman@otterbourg.com<br>jdrew@otterbourg.com<br>mmaizel@otterbourg.com |
|---|---|
| Co-Counsel for the Official Committee of Talc Claimants | Jonathan S. Massey<br>Rachel S. Morse<br>Brett Vallacher<br>MASSEY & GAIL LLP<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>(202) 652-4511<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>bvallacher@masseygail.com |
| Ad Hoc Committee of Certain Talc Claimants | Leonard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>PARKINS & RUBIO LLP<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX 77002<br>(713) 715-1666<br>lparkins@parkinslee.com<br>crubio@parkinslee.com |
| Local Counsel for Various Talc Claimants | Saiber LLC<br>John M. August<br>Marc E. Wolin<br>18 Columbia Turnpike, Ste 200<br>Florham Park, NJ 07932<br>jaugust@saiber.com<br>mwolin@saiber.com |
| Local Counsel to the Official Committee of Talc Claimants | Alan I. Moldoff<br>Ross J. Switkes<br>Arthur Abramowitz<br>SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.<br>308 Harper Drive, Suite 200 |

5

| | |
|---|---|
| | Moorestown, NJ 08057<br>(856) 662-0700<br>amoldoff@shermansilverstein.com<br>rswitkes@shermansilverstein.com<br>aabramowitz@shermansilverstein.com |
| Co-Counsel to the Official Committee of Talc Claimants | Cullen D. Speckhart<br>Michael Klein<br>Erica J. Richards<br>Lauren A. Reichardt<br>Evan M. Lazerowitz<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001<br>(212) 479-6000<br>cspeckhart@cooley.com<br>mklein@cooley.com<br>erichards@cooley.com<br>lreichardt@cooley.com<br>elazerowitz@cooley.com |
| Canadian Counsel for the Official Committee of Talc Claimants | Jeff Carhart<br>Asim Iqbal<br>Gavin Finlayson<br>MILLER THOMSON LLP<br>Scotia Plaza<br>40 King Street West, Suite 5800<br>P.O. Box 1011<br>Toronto, Ontario M5H 3S1<br>Canada<br>www.millerthomson.com<br>jcarhart@millerthomson.com<br>aiqbal@millerthomson.com<br>gfinlayson@millerthomson.com |
| Co-Counsel Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. | Kenneth A. Rosen<br>Mary E. Seymour<br>LOWENSTEIN SANDLER LLP<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500<br>krosen@lowenstein.com<br>mseymour@lowenstein.com<br><br>Jessica Lauria<br>Gregory Starner<br>WHITE & CASE LLP<br>1221 Avenue of the America<br>New York, NY 10020<br>(212) 819-8252<br>jessica.lauria@whitecase.com |

| | |
|---|---|
| | gstarner@whitecase.com<br><br>Matthew E. Linder<br>WHITE & CASE LLP<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>mlinder@whitecase.com |
| Counsel to Arnold & Itkin Plaintiffs | Laura Jones<br>Colin Robinson<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market St, 17th Fl<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>crobinson@pszjlaw.com |
| Counsel to Ad Hoc Group of Supporting Counsel | Michael D. Sirota<br>Warren A. Usatine<br>Seth Van Aalten<br>Justin Alberto<br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>svanaalten@coleschotz.com<br>jalberto@coleschotz.com<br><br>Kristopher M. Hansen<br>Ryan Montefusco<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, New York 10166<br>krishansen@paulhastings.com<br>ryanmontefusco@paulhastings.com<br><br>Matthew Micheli<br>Matthew M. Murphy<br>Michael Whalen<br>PAUL HASTINGS LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br> (312) 499-6000<br>mattmicheli@paulhastings.com<br>mattmurphy@paulhastings.com<br>michaelcwhalen@paulhastings.com |

7

| | |
|---|---|
| | William K. Whitner<br>PAUL HASTINGS LLP<br>1170 Peachtree Street N.E., Suite 100<br>Atlanta, Georgia 30309<br>(404) 815-2400<br>kwhitner@paulhastings.com<br>Justin R. Alberto<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>jalberto@coleschotz.com<br><br>Seth Van Aalten<br>COLE SCHOTZ P.C.<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Telephone: (212) 752-8000<br>svanaalten@coleschotz.com |
| Attorneys for Andy D. Birchfield, Jr. | KLEHR HARRISON HARVEY BRANZBURG, LLP<br>A Pennsylvania Limited Liability Partnership<br>Carol Ann Slocum, Esquire<br>10000 Lincoln Drive East, Suite 201<br>Marlton, New Jersey 08053<br>(856) 486-6961<br>cslocum@klehr.com |
| Counsel to Aylstock, Witkin, Kreis & Overholtz, PLLC | Michael L. Tuchin<br>Robert J. Pfister<br>Samuel M. Kidder<br>Nir Maoz<br>KTBS Law LLP<br>1801 Century Park East, 26th Fl<br>Los Angeles, CA 90067<br>mtuchin@ktbslaw.com<br>rpfister@ktbslaw.com<br>skidder@ktbslaw.com<br>nmaoz@ktbslaw.com<br><br>Paul J. Winterhalter<br>Offit Kurman, P.A.<br>99 Wood Avenue South, Suite 203<br>Iselin, NJ 08830<br>pwinterhalter@offitkurman.com |
| Counsel for Albertsons Companies, Inc. | Leslie C. Heilman<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor |

8

| | |
|---|---|
| | Wilmington, DE 19801<br>heilmanl@ballardspahr.com |
| Counsel for the Continental Insurance Company | Clyde & Co US LLP<br>Konrad R. Krebs<br>200 Campus Dr, Ste 300<br>Florham Park, NJ 07932<br>konrad.krebs@clydeco.us<br><br>Clyde And Co US LLP<br>Clinton E. Cameron<br>Meghan Dalton<br>55 West Monroe St, Ste 3000<br>Chicago, IL 60603<br>clinton.cameron@clydeco.us<br>meghan.dalton@clydeco.us<br><br>David Christian<br>David Christian Attorneys LLC<br>105 West Madison Street, Suite 1400<br>Chicago, IL, 60602<br>dchristian@dca.law |
| Counsel to Mesothelioma and Ovarian Cancer Plaintiffs | Cohen, Placitella & Roth, P.C.<br>Christopher M. Placitella<br>127 Maple Ave<br>Red Bank, NJ 07701<br>cplacitella@cprlaw.com |
| Attorneys for Various Mesothelioma Talc Claimants Represented by Simon Greenstone Panatier, PC | Leah C. Kagan<br>SIMON GREENSTONE PANATIER PC<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270<br>lkagan@sgptrial.com |
| Counsel to Various Talc Personal Injury Claimants | PASHMAN STEIN WALDER HAYDEN, P.C<br>John W. Weiss<br>101 Crawfords Corner Road<br>Suite 4202<br>Holmdel, NJ 07733<br>(732) 852-2481 (Telephone)<br>jweiss@pashmanstein.com<br><br>WATTS AND GUERRA LLC<br>Mikal C. Watts<br>Millennium Park Plaza RFO<br>Suite 410, C112<br>Guaynabo, Puerto Rico 00966<br>(201) 447-0500 (Telephone)<br>mcwatts@wattsguerra.com |

9

| | |
|---|---|
| Counsel for Republic Indemnity | Duane Morris LLP<br>Philip R. Matthews<br>Spear Tower<br>One Market Plaza, Ste 2200<br>San Francisco, CA 94105<br>prmatthews@duanemorris.com<br><br>Duane Morris LLP<br>Sommer L. Ross<br>1940 Route 70 East, Ste 100<br>Cherry Hill, NJ 08003<br>slross@duanemorris.com |
| Counsel to Bausch Health | Alan J. Brody<br>Greenberg Traurig, LLP<br>500 Campus Drive<br>Florham Park, NJ 07932<br>brodya@gtlaw.com<br><br>Sandeep Qusba<br>Jamie J. Fell<br>Zachary J. Weiner<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Ave<br>New York, NY 10017<br>squsba@stblaw.com<br>jamie.fell@stblaw.com<br>zachary.weiner@stblaw.com |
| Counsel to Blue Cross Blue Shield Association | Alan D. Halperin<br>Walter Benzija<br>Donna H. Lieberman<br>HALPERIN BATTAGLIA BENZIJA, LLP<br>40 Wall Street, 37th floor<br>New York, New York 10005<br>Telephone: (212) 765-9100<br>ahalperin@halperinlaw.net<br>wbenzija@halperinlaw.net<br>dlieberman@halperinlaw.net<br><br>Mark D. Fischer<br>Robert C. Griffiths<br>RAWLINGS & ASSOCIATES<br>1 Eden Parkway<br>La Grange, KY 40031<br>Telephone: (502) 814-2139<br>mdf@rawlingsandassociates.com<br>rcg@rawlingsandassociates.com |

| | |
|---|---|
| Co-Counsel to The Blue Cross Blue Shield Association | Thomas M. Sobol<br>Lauren G. Barnes<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1 Faneuil Hall Square, 5th Floor<br>Boston, MA 02109<br>(617) 482-3700<br>tom@hbsslaw.com<br>lauren@hbsslaw.com |
| Counsel to Cyprus Mines Corporation | Derek J. Baker<br>Reed Smith LLP<br>506 Carnegie Center, Ste 300<br>Princeton, NJ 08543<br>dbaker@reedsmith.com |
| Counsel to Cyprus Amax Minerals Company | Vinson & Elkins LLP<br>Steven M. Abramowitz<br>1114 Avenue of The Americas, 32nd Fl<br>New York, NY 10036<br>sabramowitz@velaw.com<br><br>Emil A. Kleinhaus<br>Michael H. Cassel<br>Vinson & Elkins LLP<br>51 West 52nd Street<br>New York, New York 10019<br>eakleinhaus@wlrk.com<br>mhcassel@wlrk.com<br><br>Paul E. Heath<br>Vinson & Elkins LLP<br>845 Texas Avenue, Suite 4700<br>Houston, Texas 77002.<br>(713) 758-3313<br>pheath@velaw.com<br><br>Matthew W. Moran<br>Katherine Drell Grissel<br>Vinson & Elkins LLP<br>2001 Ross Avenue, Suite 3900<br>Dallas, Texas 75201<br>mmoran@velaw.com<br>kgrissel@velaw.com |
| Counsel to Atlanta International Insurance Company, *et al*. | Eileen T. McCabe<br>Stephen T. Roberts<br>Mendes & Mount LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>eileen.mccabe@mendes.com |

| | |
|---|---|
| | stephen.roberts@mendes.com<br><br>Louis A. Modugno<br>Trif & Modugno LLC<br>89 Headquarters Plaza<br>North Tower, Suite 1201<br>Morristown, NJ 07960<br>Lmodugno@tm-firm.com<br><br>Sommer L. Ross<br>Duane Morris LLP<br>A Delaware Limited Liability Partnership<br>1940 Route 70 East, Suite 100<br>Cherry Hill, NJ 08003-2171<br>(856) 874-4200<br>SLRoss@duanemorris.com<br><br>Russell W. Roten<br>Jeff D. Kahane<br>Nathan Reinhardt<br>Duane Morris LLP<br>A Delaware Limited Liability Partnership<br>865 South Figueroa Street, Suite 3100<br>Los Angeles, CA 90017-5450<br>(213) 689-7439<br>RWRoten@duanemorris.com<br>JDKahane@duanemorris.com<br>NReinhardt@duanemorris.com<br><br>Andrew Mina<br>Duane Morris LLP<br>865 South Figueroa Street, Suite 3100<br>Los Angeles, CA 90017<br>AMina@duanemorris.com |
| Counsel to Various Claimants | Law Firm of Brian W Hofmeister, LLC<br>Brian W. Hofmeister<br>313 Princeton Pike, Bldg 5, Ste 110<br>Lawrenceville, NJ 08648<br>bwh@hofmeisterfirm.com<br><br>Nabil Majed Nachawati, II<br>Darren P. McDowell<br>Fears Nachawati Law Firm<br>5489 Blair Road<br>Dallas, Texas 75231<br>MN@fnlawfirm.com<br>dmcdowell@fnlawfirm.com |
| Counsel to Various Talc Claimants | Mitchell Malzberg<br>Law Offices of Mitchell J. Malzberg, LLC |

12

|  |  |
|---|---|
|  | PO Box 5122<br>6 E Main Street, Ste 7<br>Clinton, NJ 08809<br>mmalzberg@mjmalzberglaw.com<br><br>Mark Robinson, Jr.<br>Robinson Calcagnie, Inc.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>mrobinson@robinsonfirm.com |
| Counsel to Randy Derouen | Moshe Maimon, Esq.<br>605 Third Avenue, 33rd FL<br>New York, NY 10158<br>jblock@levylaw.com<br>mmaimon@levylaw.com |
| Counsel to Erwin Chemerinsky, Giovanni Sosa | E. Richard Dressel<br>Lex Nova Law LLC<br>10 E Stow Rd, Ste 250<br>Marlton, NJ 08053<br>rdressel@lexnovalaw.com<br><br>Katharine C. Byrne<br>Cooney Conway<br>120 N. La Salle Street, Suite 300<br>Chicago, IL 60602<br>(312) 236-6166<br>kbyrne@cooneyconway.com. |
| Counsel to Evan Plotkin | E. Richard Dressel<br>Lex Nova Law LLC<br>10 E Stow Rd, Ste 250<br>Marlton, NJ 08053<br>rdressel@lexnovalaw.com<br><br>J. Bradley Smith<br>Dean Omar Branham Shirley, LLC<br>302 N Market St, Ste 300<br>Dallas, TX 75202<br>bsmith@dobslegal.com |
| Counsel to Disanto Canadian Class Action Creditors | Allen J. Underwood II<br>Lite DePalma Greenberg & Afanador, LLC<br>570 Broad St, Ste 1201<br>Newark, NJ 07102<br>aunderwood@litedepalma.com |
| Attorneys for Century Indemnity Company, | Arlen Pyenson |

13

| | |
|---|---|
| Federal Insurance Company, Central National Insurance Company of Omaha and ACE Property and Casualty Insurance Company (f/k/a CIGNA Property & Casualty Insurance Company), Great Northern Insurance Company, Pacific Employers Insurance Company, and Westchester Fire Insurance Company | CROWELL & MORING LLP<br>590 Madison Avenue, 20th Floor<br>New York, New York 10022-2524<br>Phone: (212) 803-4057<br>apyenson@crowell.com<br><br>Mark D. Plevin<br>CROWELL & MORING LLP<br>Three Embarcadero Center, 26th Floor<br>San Francisco, California 94111<br>Phone: (415) 986-2800<br>mplevin@crowell.com<br><br>Tacie H. Yoon<br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>Phone: (202) 624-2500<br>tyoon@crowell.com |
| Attorneys for Plaintiff Katherine Tollefson and Certain Plaintiffs Represented by Maune Raichle Hartley French & Mudd LLC | Clayton L. Thompson<br>Suzanne M. Ratcliffe<br>Maune Raichle Hartley French & Mudd LLC<br>150 West 30th St, Ste 201<br>New York, NY 10001<br>sratcliffe@mrhfmlaw.com<br>cthompson@mrhfmlaw.com<br><br>John Louis Steffan IV<br>Maune Raichle Hartley French & Mudd LLC<br>1015 Locust Street, Suite 1200<br>St. Louis, MO, 63101<br>jsteffan@mrhfmlaw.com |
| Attorneys for Maune Raichle Hartley French & Mudd LLC | KLEHR HARRISON HARVEY BRANZBURG, LLP<br>Carol Ann Slocum<br>Thomas W. Waldrep, Jr.<br>10000 Lincoln Drive East, Suite 201<br>Marlton, New Jersey 08053<br>(856) 486-6961<br>cslocum@klehr.com |
| Attorneys for Claimants Represented by Barnes Law Group, LLC | McManamon, Scotland & Baumann, LLC<br>Anthony Sodono<br>Sari Placona<br>75 Livingston Ave, 2nd Fl<br>Roseland, NJ 07068<br>asodono@msbnj.com<br>splacona@msbnj.com |

14

| | |
|---|---|
| | THE BARNES LAW GROUP, LLC<br>Roy E. Barnes<br>John R. Bevis<br>31 Atlanta Street<br>Marietta, Georgia 30060<br>(770) 227-6375<br>roy@barneslawgroup.com<br>bevis@barneslawgroup.com<br>Proposed Co-Counsel for Talc Claimants |
| Counsel for Mesothelioma and Ovarian Cancer Plaintiffs represented by Motley Rice | Motley Rice LLC<br>Daniel R. Lapinski<br>210 Lake Drive East, Ste 101<br>Cherry Hill, NJ 08002<br>dlapinski@motleyrice.com |
| Counsel to Mesothelioma and Cancer Plaintiffs | Helen Babin<br>Gertler Law Firm<br>935 Gravier Street, Suite 1900<br>New Orleans, LA 70112<br>hbabin@gertlerfirm.com |
| Counsel for the State of Texas | Office of the Attorney General of Texas Assistant Attorneys General<br>Rachel R. Obaldo<br>Autumn D. Highsmith<br>PO Box 12548- MC 008<br>Austin, TX 78711-2548<br>rachel.obaldo@oag.texas.gov<br>autumn.highsmith@oag.texas.gov |
| Counsel for Various Talc Claimants | Brian J. McCormick, Jr.<br>ROSS FELLER CASEY, LLP<br>One Liberty Place<br>1650 Market St, 34th Fl<br>Philadelphia, PA 19103<br>bmccormick@rossfellercasey.com |
| Counsel for Various Talc Claimants | Joseph D. Satterley, Esq.<br>Kazan, McClain, Satterley & Greenwood<br>A Professional Law Corporation<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, California 94607<br>Tel: (510) 302-1000<br>jsatterley@kazanlaw.com |
| Attorney for Official Committee of Talc Claimant's Committee member | WEITZ & LUXENBERG, PC<br>Lisa Nathanson Busch, Esq. |

| | |
|---|---|
| Patricia Cook | 700 Broadway<br>New York, NY 10003<br>lbusch@weitzlux.com<br><br>WEITZ & LUXENBERG, P.C.<br>Justine Delaney, Esq.<br>700 Broadway<br>New York, NY 10003<br>212-558-5500 - Telephone<br>jdelaney@weitzlux.com<br><br>WEITZ & LUXENBERG, P.C.<br>Perry Weitz, Esq.<br>700 Broadway<br>New York, NY 10003<br>212-558-5500 - Telephone<br>212-344-5461 - Fax<br>pweitz@weitzlux.com |
| Attorney for Talc Claimant<br>Shawn V. Johnson | WEITZ & LUXENBERG, PC<br>Lisa Nathanson Busch, Esq.<br>700 Broadway<br>New York, NY 10003<br>lbusch@weitzlux.com |
| Counsel to Travelers Casualty and Surety Company | Simpson Thacher & Bartlett LLP<br>Michael H. Torkin<br>Andrew T. Frankel<br>Kathrine A. McLendon<br>Jonathan Mitnick<br>425 Lexington Avenue<br>New York, NY 10017<br>michael.torkin@stblaw.com<br>kmclendon@stblaw.com<br>afrankel@stblaw.com<br>jonathan.mitnick@stblaw.com<br><br>Gimigliano Mauriello & Maloney<br>Stephen V. Gimigliano<br>John Maloney<br>Robin Rabinowitz<br>PO Box 1449<br>Morristown, NJ 07962-1449<br>sgimigliano@lawgmm.com<br>jmaloney@lawgmm.com<br>rrabinowitz@lawgmm.com |
| Counsel to BCBS of Massachusetts | The Kelly Firm, P.C.<br>Andrew J. Kelly<br>1011 Highway 71, Ste 200<br>Spring Lake, NJ 07762 |

|  |  |
|---|---|
|  | akelly@kbtlaw.com<br><br>Elizabeth Carter<br>Pamela B. Slate<br>Hill Hill Carter Franco Cole & Black, PC<br>425 Perry Street<br>Montgomery, AL 36104<br>ecarter@hillhillcarter.com<br>pslate@hillhillcarter.com |
| Counsel to the States of Mississippi and New Mexico | GIBBONS P.C.<br>Robert K. Malone, Esq.<br>Kyle P. McEvilly, Esq.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Telephone: (973) 596-4500<br>Facsimile: (973) 596-0545<br>rmalone@gibbonslaw.com<br>kmcevilly@gibbonslaw.com |
| Counsel to Employers Ins Company of Wausau & National Casualty Company | The Shapiro Law Firm<br>Janet A. Shapiro<br>325 N. Maple Drive, #15186<br>Beverly Hills, CA 90209<br>jshapiro@shapirolawfirm.com |
| Local Counsel to Roger Frankel, as the Future Claimants' Representative in the Cyprus Mines Chapter 11 Case | ARCHER & GREINER, P.C.<br>Stephen M. Packman, Esq.<br>One Centennial Square<br>Haddonfield, NJ 08033-0968<br>Telephone: (856) 795-2121<br>spackman@archerlaw.com |
| Counsel to United States of America | J. Zachary Balasko<br>Bethany Theriot<br>US Department of Justice Civil Division<br>PO Box 875<br>Washington, DC 2004<br>john.z.balasko@usdoj.gov<br>bethany.theriot@usdoj.gov |
| Counsel to Ad Hoc Committee of States Holding Consumer Protection Claims | Matthew Ward<br>Ericka Johnson<br>Womble Bond Dickinson (US) LLP<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801<br>matthew.ward@wbd-us.com<br>ericka.johnson@wbd-us.com<br><br>Lisa Bittle Tancredi |

| | |
|---|---|
| | Womble Bond Dickinson (US) LLP<br>100 Light Street, 26th Floor<br>Baltimore, Maryland 21202<br>(410) 545-5810<br>lisa.tancredi@wbd-us.com |
| Counsel for Talc Claimant Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch | LEVY KONIGSBERG, LLP<br>Jerome H. Block, Esq.<br>Moshe Maimon, Esq.<br>605 Third Avenue, 33rd FL<br>New York, NY 10158<br>jblock@levylaw.com<br>mmaimon@levylaw.com<br><br>Jonathan Ruckdeschel<br>The Ruckdeschel Law Firm, LLC<br>8357 Main Street<br>Ellicott City, Maryland 21043<br>(410) 750-7825<br>ruck@rucklawfirm.com |
| Counsel for Creditor Ruth L. Hlad | Paul J. Kray<br>111 Pearl Road<br>Brunswick, OH 44212<br>paul@krayattorneys.com |

18