**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Kristopher M. Hansen (admitted *pro hac vice*)
Ryan P. Montefusco (admitted *pro hac vice*)

PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Matthew M. Murphy (admitted *pro hac vice*)
Matthew Micheli (admitted *pro hac vice*)

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten *(*admitted *pro hac vice)*
Justin Alberto (admitted *pro hac vice*)

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, Texas 77002
Lenard M. Parkins (admitted *pro hac vice*)
Charles M. Rubio (admitted *pro hac vice*)

*Counsel to*
*Ad Hoc Committee of Supporting Counsel*

In re:

LTL MANAGEMENT, LLC,[1]

                    Debtor.

Chapter 11

Case No. 23-12825 (MBK)

Judge: Michael B. Kaplan

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.
66055/0001-45933319v1

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2023, the (i) Monthly Fee Statement of Paul Hastings LLP, Counsel to Ad Hoc Committee of Supporting Counsel, for the Period June 1, 2023 Through June 30, 2023 [Docket No. 1166]; (ii) Monthly Fee Statement of Cole Schotz P.C., Ad Hoc Committee of Supporting Counsel, for the Period June 1, 2023 Through June 30, 2023 [Docket No. 1167]; and (iii) Monthly Fee Statement of Parkins & Rubio LLP, Ad Hoc Committee of Supporting Counsel, for the Period June 1, 2023 Through June 30, 2023 [Docket No. 1168], were electronically filed with the Court, using the Court's electronic filing system, and served via (a) the Court's CM/ECF system on the parties that have consented to electronic service of all filings and (b) electronic mail on the parties listed on the attached Exhibit A.

Dated: August 15, 2023                                    **COLE SCHOTZ P.C.**

/s/ *Michael D. Sirota*
Michael D. Sirota (NJ Bar No. 014321986)
Warren A. Usatine (NJ Bar No. 025881995)
Seth Van Aalten (admitted *pro hac vice*)
Justin Alberto (admitted *pro hac vice*)
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
Email:  msirota@coleschotz.com
            wusatine@coleschotz.com
            svanaalten@coleschotz.com
            jalberto@coleschotz.com

– and –

66055/0001-45933319v1

**PAUL HASTINGS LLP**
Kristopher M. Hansen (admitted *pro hac vice*)
Ryan P. Montefusco (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email:  krishansen@paulhastings.com
ryanmontefusco@paulhastings.com

Matthew M. Murphy (admitted *pro hac vice*)
Matthew Micheli (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email:  mattmurphy@paulhastings.com
mattmicheli@paulhastings.com

– and –

**PARKINS & RUBIO LLP**
Lenard M. Parkins (admitted *pro hac vice*)
Charles M. Rubio (admitted *pro hac vice*)
700 Milam, Suite 1300
Houston, TX 77002
Telephone: (713) 715-1660
Facsimile: (713) 715-1699
Email:  lparkins@parkinsrubio.com
crubio@parkinsrubio.com
*Counsel to Ad Hoc Committee of*
*Supporting Counsel*

**Exhibit A**

ANDRES PEREIRA LAW FIRM
ANDRES PEREIRA
14709 CUSTER COURT
AUSTIN, TX 78734
apereira@andrespereirapc.com

ARCHER & GREINER, P.C.
ATTN: STEPHEN M. PACKMAN
1025 LAUREL OAK RD
VOORHEES, NJ 08043
spackman@archerlaw.com

ARNOLD & ITKIN LLP
KURT ARNOLD, CAJ BOATRIGHT,
ROLAND CHRISTENSEN & JASON
ITKIN
6009 MEMORIAL DRIVE
HOUSTON, TX 77007
cboatright@arnolditkin.com
christensen@arnolditkin.com
jitkin@arnolditkin.com

ASHCRAFT & GEREL, LLP
ATTN MICHELLE PARFITT
1825 K STREET, NW, STE 7000
WASHINGTON, DC 20006
mparfitt@ashcraftlaw.com

AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ PLLC
MARY PUTNICK & DANIEL
THORNBURGH
17 EAST MAIN ST., STE 200
P.O. BOX 12630
PENSACOLA, FL 32502
marybeth@putnicklegal.com
dthornburgh@awkolaw.com

BALLARD SPAHR LLP
ATTN TOBEY M DALUZ, LESLIE C
HEILMAN,
LAUREL D ROGLEN & MARGARET A
VESPER
919 N MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801-3034
daluzt@ballardspahr.com
heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com

BEASLEY ALLEN LAW FIRM
CHARLIE STERN
218 COMMERCE ST
MONTGOMERY, AL 36104
charlie.stern@beasleyallen.com

BEASLEY ALLEN LAW FIRM
ATTN LEIGH O'DELL
PO BOX 4160
MONTGOMERY, AL 36103
leigh.odell@beasleyallen.com

BLAKE, CASSELS & GRAYDON LLP
ATTN: LINC ROGERS
199 BAY STREET STE 4000
COMMERCE COURT WEST
TORONTO, ON M5L 1A9 CANADA
linc.rogers@blakes.com

BROWN RUDNICK LLP
ATTN DAVID J MOLTON,
MICHAEL S WINOGRAD,
SUSAN SIEGER-GRIMM &
KENNETH J AULET
SEVEN TIMES SQUARE
NEW YORK, NY 10036
dmolton@brownrudnick.com
mwinograd@brownrudnick.com
ssieger-grimm@brownrudnick.com
kaulet@brownrudnick.com

BROWN RUDNICK LLP
ATTN JEFFREY L JONAS,
SUNNI P BEVILLE &
ERIC R GOODMAN
ONE FINANCIAL CENTER
BOSTON, MA 02111
jjonas@brownrudnick.com
sbeville@brownrudnick.com
egoodman@brownrudnick.com

CHILDERS, SCHLUETER & SMITH LLC
RICHARD SCHLUETER
1932 N DRUID HILLS RD., STE. 100
ATLANTA, GA 30319
rschlueter@cssfirm.com

CLYDE & CO US LLP
ATTN KONRAD R KREBS
340 MT KEMBLE AVE, SUITE 300
MORRISTOWN, NJ 07960
konrad.krebs@clydeco.us

CLYDE & CO US LLP
ATTN CLINTON E CAMERON &
MEGHAN DALTON
55 WEST MONROE STREET
SUITE 3000
CHICAGO, IL 60603
clinton.cameron@clydeco.us
meghan.dalton@clydeco.us

COHEN, PLACITELLA & ROTH PC
ATTN CHRISTOPHER M PLACITELLA
127 MAPLE AVENUE
RED BANK, NJ 07701
cplacitella@cprlaw.com

CROWELL & MORING LLP
ATTN ARLEN PYENSON
590 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022-2524
apyenson@crowell.com

CROWELL & MORING LLP
ATTN MARK D PLEVIN
THREE EMBARCADERO CENTER,
26TH FL
SAN FRANCISCO, CA 94111
mplevin@crowell.com

CROWELL & MORING LLP
ATTN TACIE H YOON
1001 PENNSYLVANIA AVE., N.W.
WASHINGTON, DC 20004
tyoon@crowell.com

DAVID CHRISTIAN ATTORNEYS LLC
ATTN DAVID CHRISTIAN, ESQ
105 W MADISON ST., SUITE 1400
CHICAGO, IL 60602
dchristian@dca.law

DUANE MORRIS LLP
ATTN SOMMER L ROSS, ESQ
1940 ROUTE 70 EAST, SUITE 100
CHERRY HILL, NJ 08003-2171
slross@duanemorris.com

DUANE MORRIS LLP
ATTN PHILIP R MATTHEWS, ESQ.
SPEAR TOWER
ONE MARKET PLAZA, SUITE 2200
SAN FRANCISCO, CA 94105-1127
prmatthews@duanemorris.com

DUANE MORRIS LLP
ATTN JEFF D KAHANE, RUSSELL W
ROTTEN
ANDREW E MINA, NATHAN
REINHARDT,
865 S FIGUEROA ST, STE 3100
LOS ANGELES, CA 90017-5450
jkahane@duanemorris.com
rwroten@duanemorris.com
amina@duanemorris.com
nreinhardt@duanemorris.com

2

| | |
|---|---|
| FERRER, POIROT & WANSBROUGH<br>JESSE FERRER & CHRISTINA FELLER<br>2603 OAK LAWN AVE. #300<br>DALLAS, TX 75219<br>jferrer@lawyerworks.com<br>cfeller@lawyerworks.com | GIMIGLIANO MAURIELLO & MALONEY<br>ATTN JOHN MALONEY, STEPHEN V GIMIGLIANO & ROBIN RABINOWITZ<br>PO BOX 1449<br>MORRISTOWN, NJ 07962-1449<br>jmaloney@lawgmm.com<br>sgimigliano@lawgmm.com<br>rrabinowitz@lawgmm.com |
| GENOVA BURNS LLC<br>ATTN DANIEL M STOLZ, DONALD W CLARK<br>& GREGORY KINOIAN<br>110 ALLEN RD, STE 304<br>BASKING RIDGE, NJ 07920<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com | GOLOMB SPIRT GRUNFELD<br>ATTN RICHARD GOLOMB<br>1835 MARKET ST, STE 2900<br>PHILADELPHIA, PA 19103<br>rgolomb@golomblegal.com |
| GENOVA BURNS LLC<br>ATTN: DONALD W. CLARKE<br>494 BROAD STREET<br>NEWARK, NJ 07102<br>dclarke@genovaburns.com | GREENBERG TRAURIG, LLP<br>ATTN ALAN J BRODY, ESQ<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932<br>brodya@gtlaw.com |
| GEOFFREY B GOMPERS, PC<br>ATTN GEOFFREY B GOMPERS<br>1515 MARKET STREET, SUITE 1650<br>PHILADELPHIA, PA 19102<br>gompers@gomperslaw.com | HALPERIN BATTAGLIA BENZIJA, LLP<br>ATTN ALAN D HAPERIN, DONNA H LIEBERMAN<br>40 WALL STREET, 37TH FLOOR<br>NEW YORK, NY 10005<br>ahalperin@halperinlaw.net<br>dlieberman@halperinlaw.net |
| GERTLER LAW FIRM<br>ATTN HELEN H BABIN<br>935 GRAVIER STREET, SUITE 1900<br>NEW ORLEANS, LA 70112<br>hbabin@gertlerfirm.com | |
| GIBBONS P.C.<br>ATTN ROBERT K MALONE & KYLE P MCEVILLY<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102-5310<br>rmalone@gibbonslaw.com<br>kmcevilly@gibbonslaw.com | HILL CARTER FRANCO COLE & BLACK PC<br>(COUNSEL TO BCBS OF MASSACHUSETTS - OCTC)<br>ATTN ELIZABETH CARTER<br>425 PERRY STREET<br>MONTGOMERY, AL 36104<br>ecarter@hillhillcarter.com |

JOHNSON & JOHNSON
ATTN ERIC HAAS, ESQ &
ANDREW WHITE, ESQ
1 JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933
ehaas8@its.jnj.com
awhite23@its.jnj.com

JOHNSON LAW GROUP
BLAKE TANASE, BASIL ADHAM
2925 RICHMOND AVE., STE 1700
HOUSTON, TX 77098
badham@johnsonlawgroup.com

JONES DAY
ATTN: GREGORY M GORDON,
DAN B PIETRO & AMANDA S RUSH
2727 N HARWOOD STREET
DALLAS, TX 75201
gmgordon@jonesday.com
dpietro@jonesday.com
asrush@jonesday.com

JONES DAY
ATTN BRAD B ERENS
110 NORTH WACKER DRIVE
SUITE 4800
CHIACGO, IL 60606
bberens@joneday.com

KARST VON OISTE LLP
ATTN ERIK KARST
23923 GOSLING RD, STE A
SPRING, TX 77389
epk@karstvonoiste.com

KAZAN, MCCLAIN, SATTERLEY &
GREENWOOD, PLC
ATTN STEVEN KAZAN
55 HARRISON ST, STE 400
OAKLAND, CA 94607
skazan@kazanlaw.com

KING & SPALDING LLP
ATTN: KRISTIN R. FOURNIER
1185 AVENUE OF THE AMERICAS,
34TH FL
NEW YORK, NY 10036-2601
kfournier@kslaw.com

KTBS LAW LLP
ATTN ROBERT J PFISTER, NIR MOAZ,
MICHAEL L. TUCHIN, &
SAMUEL M. KIDDER
1801 CENTURY PARK EAST, 26TH
FLOOR
LOS ANGELES, CA 90067
rpfister@ktbslaw.com
nmaoz@ktbslaw.com
mtuchin@ktbslaw.com
skidder@ktbslaw.com

LAW FIRM OF BRIAN W HOFMEISTER
ATTN BRIAN W HOFMEISTER, ESQ
3131 PRINCETON PIKE, BUILDING 5,
SUITE 110
LAWRENCEVILLE, NJ 08648
bwh@hofmeisterfirm.com

LAW OFFICES OF MITCHELL J.
MALZBERG, LLC
ATTN: MITCHELL MALZBERG, ESQ.
P.O. BOX 5122
CLINTON, NJ 08809
mmalzberg@mjmalzberglaw.com

LEVIN PAPANTONIO RAFFERTY
ATTN CHRISTOPHER TISI
316 S BAYLEN ST, STE 600
PENSACOLA, FL 32502
ctisi@levinlaw.com

LEVY KONIGSBERG, LLP
ATTN MOSHE MAIMON
605 THIRD AVENUE, 33RD FLOOR
NEW YORK, NY 10158
mmaimon@levylaw.com

4

LEVY KONIGSBERG, LLP
ATTN JEROME H BLOCK, ESQ
605 THIRD AVENUE, 33RD FLOOR
NEW YORK, NY 10158
jblock@levylaw.com

LEX NOVA LAW LLC
ATTN E RICHARD DRESSEL, ESQ
10 E STOW ROAD, SUITE 250
MARLTON, NJ 08053
rdressel@lexnovalaw.com

LIAKOS LAW
955 DEEP VALLEY DR
SUITE 3900
JENN LIAKOS
PALOS VERDES PENINSULA, CA 90274
jenn@jennliakoslaw.com

LINVILLE LAW GROUP
1932 N DRUID HILLS RD NE, STE 200
GANDHI, VINITA
ATLANTA, GA 30319
info@linvillelawgroup.com
info@linvillefirm.com

LITE DEPALMA GREENBERG &
AFANADOR, LLC
ATTN ALLEN J UNDERWOOD II, ESQ.
570 BROAD STREET, SUITE 1201
NEWARK, NJ 07102
aunderwood@litedepalma.com

LOWENSTEIN SANDLER LLP
ATTN: KENNETH A. ROSEN,
MARY E. SEYMOUR
ONE LOWENSTEIN DR
ROSELAND, NJ 07068
krosen@lowenstein.com
mseymour@lowenstein.com

LTL MANAGEMENT LLC
ATTN: JOHN K KIM
501 GEORGE STREET
NEW BRUNSWICK, NJ 08933
jkim8@its.jnj.com

MASSEY & GAIL LLP
ATTN JONATHAN S MASSEY &
RACHEL S MORSE
1000 MAINE AVE. SW, SUITE 450
WASHINGTON, DC 20024
jmassey@masseygail.com
rmorse@masseygail.com

MAUNE RAICHLE HARTLEY
FRENCH & MUDD LLC
ATTN SUZANNE M RATCLIFFE &
CLAYTON L THOMPSON
150 WEST 30TH STREET, SUITE 201
NEW YORK, NY 10001
sratcliffe@mrhfmlaw.com
cthompson@mrhfmlaw.com

MCCARTER & ENGLISH, LLP
ATTN: THOMAS W. LADD & JOHN C.
GARDE
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
tladd@mccarter.com; jgarde@mccarter.com

MCDONALD WORLEY
DON WORLEY
1770 ST. JAMES PLACE, STE 100
HOUSTON, TX 77056
don@mcdonaldworley.com

MCMANIMON SCOTLAND &
BAUMANN, LLC
ATTN ANTHONY SODONO, III & SARI
B PLACONA
75 LIVINGSTON AVENUE, STE 201
ROSELAND, NJ 07068
splacona@msbnj.com
asodono@msbnj.com

MENDES & MOUNT LLP
ATTN EILEEN T MCCABE, STEPHEN T ROBERTS
750 SEVENTH AVENUE
NEW YORK, NY 10019
eileen.mccabe@mendes.com
stephen.roberts@mendes.com

MILLER FIRM, LLC
ATTN CURTIS G HOKE
108 RAILROAD AVE
ORANGE, VA 22960
choke@millerfirmllc.com

MOTLEY RICE LLC
ATTN DANIEL R LAPINSKI
210 LAKE DRIVE EAST, SUITE 101
CHERRY HILL, NJ 08002
dlapinski@motleyrice.com

NACHAWATI LAW GROUP
MAJED NACHAWATI
5489 BLAIR RD
DALLAS, TX 75231
mn@ntrial.com

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ATTN AUTUMN D HIGHSMITH, RACHEL R OBALDO
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548
autumn.highsmith@oag.texas.gov
rachel.obaldo@oag.texas.gov

OFFICE OF THE US TRUSTEE
ATTN LAUREN BIELSKIE & JEFFREY M. SPONDER
ONE NEWARK CENTER, STE 2100
NEWARK, NJ 07102
lauren.bielskie@usdoj.gov
jeffrey.m.sponder@usdoj.gov

ONDERLAW, LLC
JAMES ONDER
110 EAST LOCKWOOD, 2ND FL
ST. LOUIS, MO 63119
onder@onderlaw.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: ROBERT LOEB
COLUMBIA CENTER
1152 15TH STREET NW
WASHINGTON, DC 20005-1706
rloeb@orrick.com

OTTERBOURG P.C.
ATTN RICHARD G HADDAD & ADAM C SILVERSTEIN
230 PARK AVE
NEW YORK, NY 10169
rhaddad@otterbourg.com
asilverstein@otterbourg.com

OTTERBOURG PC
ATTN MELANIE L. CYGANOWSKI, JENNIFER S. FEENEY & MICHAEL R. MAIZEL
230 PARK AVENUE
NEW YORK, NY 10169
mcyganowski@otterbourg.com
jfeeney@otterbourg.com;
mmaizel@otterbourg.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTN LAURA DAVIS JONES, COLIN R ROBINSON
PETER J KEANE
919 N MARKET STREET, 17TH FL
WILMINGTON, DE 19801
ljones@pszjlaw.com
crobinson@pszjlaw.com
pkeane@pszjlaw.com

PARKINS & RUBIO LLP
ATTN LENARD M PARKINS &
CHARLES M RUBIO
700 MILAM, SUITE 1300
HOUSTON, TX 77002
lparkins@parkinsrubio.com
crubio@parkinsrubio.com

PASHMAN STEIN WALDER HAYDEN, P.C.
ATTN JOHN W WEISS
101 CRAWFORDS CORNER RD, STE 4202
HOLMDEL, NJ 07733
jweiss@pashmanstein.com

PAUL HASTINGS LLP
ATTN KRIS HANSEN
200 PARK AVENUE
NEW YORK, NY 10166
krishansen@paulhastings.com

PAUL HASTINGS LLP
ATTN MATTHEW M MURPHY &
MATTHEW MICHELI
71 SOUTH WACKER DRIVE, SUITE 4500
CHICAGO, IL 60606
mattmurphy@paulhastings.com
mattmicheli@paulhastings.com

PULASKI KHERKHER PLLC
ADAM PULASKI
2925 RICHMOND AVE, STE 1725
HOUSTON, TX 77098
adam@pulaskilawfirm.com

RANDI S ELLIS LLC
ATTN: RANDI S ELLIS
5757 INDIAN CIRCLE
HOUSTON, TX 77057
randi@randiellis.com

RAWLINGS & ASSOCIATES
ATTN MARK D FISCHER &
ROBERT C GRIFFITHS
1 EDEN PARKWAY
LA GRANGE, KY 40031
mdf@rawlingsandassociates.com
rcg@rawlingsandassociates.com

REED SMITH LLP
ATTN DEREK J BAKER
506 CARNEGIE CENTER, SUITE 300
PRINCETON, NJ 08543
dbaker@reedsmith.com

ROBINSON CALCAGNIE, INC.
ATTN MARK ROBINSON, JR
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH, CA 92660
mrobinson@robinsonfirm.com

ROSS FELLER CASEY, LLP
ATTN BRIAN J MCCORMICK, JR
ONE LIBERTY PLACE
1650 MARKET ST, 34TH FLOOR
PHILADELPHIA, PA 19103
bmccormick@rossfellercasey.com

RUEB STOLLER DANIEL, LLP
GREGORY D. RUEB
1990 N. CALIFORNIA BLVD.
8TH FLOOR
WALNUT CREEK, CA 94596
greg@lawrsd.com

SAIBER LLC
ATTN: JOHN M. AUGUST, ESQ.
18 COLUMBIA TURNPIKE, SUITE 200
FLORHAM PARK, NJ 07932
jaugust@saiber.com

SANDERS, PHILLIPS, GROSSMAN, LLC
MARC GROSSMAN
100 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
mgrossman@thesandersfirm.com

SHOOK, HARDY & BACON L.L.P.
ATTN: KATHLEEN A. FRAZIER
600 TRAVIS ST, STE 3400
HOUSTON, TX 77002
kfrazier@shb.com

SIMON GREENSTONE PANATIER PC
ATTN LEAH C KAGAN, ESQ.
1201 ELM STREET, SUITE 3400
DALLAS, TX 75270
lkagan@sgptrial.com

SIMPSON THACHER & BARTLETT LLP
ATTN ANDREW T FRANKEL
425 LEXINGTON AVENUE
NEW YORK, NY 10017
afrankel@stblaw.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN ALLISON M BROWN, ESQ.
ONE MANHATTAN WEST
NEW YORK, NY 10001
allison.brown@skadden.com

THE KELLY FIRM, P.C.
ATTN: ANDREW J. KELLY
1011 HIGHWAY 71, SUITE 200
SPRING LAKE, NJ 07762
akelly@kbtlaw.com

THE SHAPIRO LAW FIRM
ATTN JANET A SHAPIRO
325 N MAPLE DRIVE #15186
BEVERLY HILLS, CA 90209
jshapiro@shapirolawfirm.com

TRAMMELL PC
FLETCHER V. TRAMMELL
3262 WESTHEIMER RD., STE 423
HOUSTON, TX 77098
fletch@trammellpc.com

TRIF & MODUGNO, LLC
ATTN LOUIS A MODUGNO
89 HEADQUARTERS PLAZA
NORTH TOWER, SUITE 1201
MORRISTOWN, NJ 07960
lmodugno@tm-firm.com

US DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN J ZACHARY BALASKO
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875
john.z.balasko@usdoj.gov

US DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN BETHANY R THERIOT
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875
bethany.theriot@usdoj.gov

VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ
1114 AVE OF THE AMERICAS, 32ND FL
NEW YORK, NY 10036
sabramowitz@velaw.com

WAGSTAFF LAW FIRM
AIMEE WAGSTAFF
940 N. LINCOLN ST
DENVER, CO 80203
awagstaff@wagstafflawfirm.com

WALSH PIZZI O'REILLY FALANGA
ATTN MARK FALK
THREE GATEWAY CENTER
100 MULBERRY ST, 15TH FL
NEWARK, NJ 07102
mfalk@walsh.law

WATTS GUERRA LLP
MIKAL WATTS
4 DOMINION DR., BLD 3, STE 100
SAN ANTONIO, TX 78257
mcwatts@wattsguerra.com

WEIL, GOTSHAL & MANGES LLP
ATTN: DIANE SULLIVAN, RONIT BERKOVICH,
THEODORE TSEKERIDES &
MATTHEW P. GOREN
767 FIFTH AVENUE
NEW YORK, NY 10153
Diane.Sullivan@weil.com
Ronit.Berkovich@weil.com;
Theodore.Tsekerides@weil.com
Matthew.Goren@weil.com

WEITZ & LUXENBERG, PC
ATTN PERRY WEITZ & LISA NATHANSON BUSCH
700 BROADWAY
NEW YORK, NY 10003
pw@weitzlux.com; lbusch@weitzlux.com

WEITZ & LUXENBERG, PC
ATTN LISA NATHANSON BUSCH
700 BROADWAY
NEW YORK, NY 10003
lbusch@weitzlux.com

WHITE & CASE LLP
ATTN JESSICA C LAURIA, GLENN M KURTZ,
R PASIANOTTO & GREGORY STARNER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1095
jessica.lauria@whitecase.com
gkurtz@whitecase.com
ricardo.pasianotto@whitecase.com
gstarner@whitecase.com

WHITE & CASE LLP
ATTN MICHAEL C SHEPHERD & LAURA FEMINO
200 SOUTH BISCAYNE BLVD, STE 4900
MIAMI, FL 33131-2352
mshepherd@whitecase.com
laura.femino@whitecase.com

WHITE & CASE LLP
ATTN MATTHEW E LINDER & LAURA E BACCASH
111 SOUTH WACKER DR, STE 5100
CHICAGO, IL 60606-4302
mlinder@whitecase.com
laura.baccash@whitecase.com

WISNER BAUM
10940 WILSHIRE BLVD, STE 1600
WISNER, ROBERT BRENT
LOS ANGELES, CA 90024
rbwisner@wisnerbaum.com

WOLLMUTH MAHER & DEUTSCH LLP
ATTN JAMES N LAWLOR
90 WASHINGTON VALLEY ROAD
BEDMINISTER, NJ 07921
jlawlor@wmd-law.com

WOLLMUTH MAHER & DEUTSCH LLP
ATTN PAUL R DEFILIPPO, JOSPEH F PACELLI
& JAMES N LAWLOR
500 FIFTH AVENUE, 12TH FLOOR
NEW YORK, NY 10110
pdefilippo@wmd-law.com
jpacelli@wmd-law.com
jlawlor@wmd-law.com

WOMBLE BOND DICKINSON (US) LLP
ATTN ERICKA F. JOHNSON &
LISA BITTLE TANCREDI
1313 NORTH MARKET STREET, SUITE 1200
WILMINGTON, DE 19801
Ericka.Johnson@wbd-us.com
Lisa.Tancredi@wbd-us.com