**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC** | **BROWN RUDNICK LLP** |
| Daniel M. Stolz, Esq. | David J. Molton, Esq. |
| Donald W. Clarke, Esq. | Michael S. Winograd, Esq. |
| Gregory S. Kinoian, Esq. | Susan Sieger-Grimm, Esq. |
| dstolz@genovaburns.com | Kenneth J. Aulet, Esq. |
| dclarke@genovaburns.com | Eric R. Goodman, Esq. |
| gkinoian@genovaburns.com | dmolton@brownrudnick.com |
| 110 Allen Road, Suite 304 | mwinograd@brownrudnick.com |
| Basking Ridge, NJ 07920 | ssieger-grimm@brownrudnick.com |
| Tel: (973) 533-0777 | kaulet@brownrudnick.com |
| Fax: (973) 533-1112 | egoodman@brownrudnick.com |
| *Local Counsel for the Official* | Seven Times Square |
| *Committee of Talc Claimants* | New York, NY 10036 |
| | Tel: (212) 209-4800 |
| | Fax: (212) 209-4801 |
| | And- |
| | Jeffrey L. Jonas, Esq. |
| | Sunni P. Beville, Esq. |
| | jjonas@brownrudnick.com |
| | sbeville@brownrudnick.com |
| | One Financial Center |
| | Boston, MA 02111 |
| | Tel: (617) 856-8200 |
| | Fax: (617) 856-8201 |
| | *Co-Counsel for the* |
| | *Official Committee of Talc Claimants* |
| **OTTERBOURG PC** | **MASSEY & GAIL LLP** |
| Melanie L. Cyganowski, Esq. | Jonathan S. Massey, Esq. |
| Jennifer S. Feeney, Esq. | Rachel S. Morse, Esq. |
| Michael R. Maizel, Esq. | jmassey@masseygail.com |
| mcyganowski@otterbourg.com | rmorse@masseygail.com |
| jfeeney@otterbourg.com | 1000 Maine Ave. SW, Suite 450 |
| mmaizel@otterbourg.com | Washington, DC 20024 |
| 230 Park Avenue | Tel: (202) 652-4511 |
| New York, NY 10169 | Fax: (312) 379-0467 |
| Tel: (212) 905-3628 | *Co-Counsel for the* |
| Fax: (212) 682-6104 | *Official Committee of Talc Claimants* |
| *Co-Counsel for the Official* | |
| *Committee of Talc Claimants* | |
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br><div align="center">Debtor.</div> | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

---

[1]      The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is
501 George Street, New Brunswick, New Jersey 08933.

**MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION REGARDING
MONTHLY FEE STATEMENT OF ANDERSON KILL P.C., SPECIAL COUNSEL
TO OFFICIAL COMMITTEE OF TALC CLAIMANTS
FOR THE PERIOD OF JUNE 2023, DOCUMENT NO. 1136**

The Court authorized, under D.N.J. LBR 2016-3(a), the Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals [Dkt. No. 562], compensation to professionals on a monthly basis. Under said Order, objections to the Monthly Fee Statement filed on July 31, 2023 were to be filed and served not later than August 14, 2023.

I, Daniel M. Stolz, Esq. certify that, as of August 15, 2023, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date:  August 15, 2023                    _/s/ Daniel M. Stolz_____
                                          DANIEL M. STOLZ