## **EXHIBIT B**

Time and Expense Invoice



**INVOICE #**

**24324**

**Issue Date**
7/31/2023

**Billing Period**
7/1/2023 - 7/31/2023

**To**
Stephen V. Falanga, Esq.
Walsh Pizzi O'Reilly
Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102

**Via Email**
sfalanga@walsh.law

**IN RE:**                                              *Page 1 of 3*

**Johnson & Johnson Talcum Powder Litigation**

| Professional Services | Rate | Hrs. | Total |
|---|---|---|---|
| Hal Singer, Managing Director | $ 950 | 7.3 | $ 6,935.00 |
| Chris Sojourner, Economist | 560 | 21.1 | 11,816.00 |
| Augustus Urschel, Economist | 560 | 2.0 | 1,120.00 |
| Jacob Linger, Analyst | 340 | 70.3 | 23,902.00 |
| Subtotal for Professional Services | | | $ 43,773.00 |

**Total Due**    $    **43,773.00**

**TOTAL DUE UPON RECEIPT**

**PLEASE REMIT PAYMENT VIA WIRE OR ACH PER INSTRUCTIONS BELOW***

**Payment information:**
Pacific Western Bank
ABA Routing # 122238200
SWIFT Code: FNSDUS6D
Account # 1001729969
Beneficiary: Econ One Research

**If wire and ACH not possible, please remit check to:**
Econ One Research
550 South Hope Street, Suite 800
Los Angeles, CA 90071

Federal Taxpayer ID # 95-4639689

*\*When paying via Wire or ACH, please also email receivables@econone.com indicating amount being transferred and the invoice(s) being paid.*

**IN RE:**

**Johnson & Johnson Talcum Powder Litigation**



| Date | Hours | Description // Memo |
|---|---|---|
| **Hal Singer** | | |
| 07/03/2023 | 1.5 | Meeting |
| 07/07/2023 | 1.0 | Meeting |
| 07/11/2023 | 1.5 | Review materials |
| 07/17/2023 | 1.0 | Meeting |
| 07/19/2023 | 0.3 | Meeting |
| 07/27/2023 | 2.0 | Meeting |
| | | |
| **Chris Sojourner** | | |
| 07/03/2023 | 3.0 | Review materials // Review materials. |
| 07/06/2023 | 2.0 | Review materials // Review materials and modeling. |
| 07/07/2023 | 2.8 | Review materials // Review materials and modeling. |
| 07/11/2023 | 2.5 | Review materials // Call preparation and conference call. |
| 07/17/2023 | 1.5 | Review materials // Conference call and review. |
| 07/19/2023 | 1.5 | Review materials // Conference call and material review. |
| 07/27/2023 | 2.0 | Conference call // Conference call and call preparation. |
| 07/28/2023 | 1.8 | Conference call // Conference call and preparation. |
| 07/28/2023 | 4.0 | Data analysis // Data Analysis. |
| | | |
| **Augustus Urschel** | | |
| 07/06/2023 | 2.0 | Analysis for case // Research, meeting with economist. |
| | | |
| **Jacob Linger** | | |
| 07/05/2023 | 8.2 | Data analysis // Analyzed data. |
| 07/06/2023 | 7.1 | Data analysis // Analyzed data. |
| 07/06/2023 | 1.0 | Meeting // Met with economists. |

**Econ One Research**
550 South Hope Street, Suite 800
Los Angeles, CA 90071
Federal Taxpayer ID # 95-4639689

Inv. # 24324
Page 2 of 3

**IN RE:**

**Johnson & Johnson Talcum Powder Litigation**



| Date | Hours | Description // Memo |
|---|---|---|
| **Jacob Linger** | | |
| 07/07/2023 | 7.9 | Data analysis // Analyzed data. |
| 07/07/2023 | 0.9 | Meeting // Met with economists. |
| 07/09/2023 | 8.4 | Data analysis // Analyzed data. |
| 07/10/2023 | 8.1 | Data analysis // Analyzed data. |
| 07/10/2023 | 1.0 | Meeting // Met with economist. |
| 07/11/2023 | 2.2 | Data analysis // Analyzed data. |
| 07/13/2023 | 9.6 | Data analysis // Analyzed data. |
| 07/14/2023 | 5.9 | Data analysis // Analyzed data. |
| 07/16/2023 | 3.3 | Data analysis // Analyzed data. |
| 07/17/2023 | 1.0 | Data analysis // Analyzed data. |
| 07/17/2023 | 1.5 | Meeting // Met with economist. Met with counsel. |
| 07/18/2023 | 0.7 | Review materials // Reviewed document. |
| 07/19/2023 | 0.5 | Data analysis // Analyzed data. |
| 07/19/2023 | 0.5 | Meeting // Met with economist. Met with counsel. |
| 07/27/2023 | 1.9 | Meeting // Met with economists and counsel. |
| 07/28/2023 | 0.6 | Meeting // Met with economists and counsel. |

**Econ One Research**
550 South Hope Street, Suite 800
Los Angeles, CA 90071
Federal Taxpayer ID # 95-4639689

Inv. # 24324
Page 3 of 3