# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET FOR THE
## PERIOD JULY 1, 2023 THROUGH JULY 31, 2023

| | |
|---|---|
| Debtor:  LTL Management LLC | Applicant: Signal Interactive Media |
| Case No.:  23-12825-MBK | Client:  LTL Management LLC |
| Chapter:  11 | Case Filed:  April 4, 2023 (the "Petition Date") |

## SECTION 1
## FEE SUMMARY

☑ Interim Fee Application No. 3        or        ☐ Final Fee Application

Summary of Amounts Requested for the Period from July 1, 2023 through July 31, 2023 (the "Third Statement Period").

Total Fees: $2,000.00
Total Disbursements: $65,535.11
Total Fees Plus Disbursements: $67,535.11
Minus 20% Holdback of Fees: $400.00
**Amount Sought at this Time: $67,135.11**

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested: | $202,350.00 | $78,456.88 |
| Total Fees Allowed to Date: | $150,180.00 | $76,806.88 |
| Total Retainer (If Applicable): | $0 | $0 |
| Total Holdback (If Applicable): | $40,470.00 | $0 |
| Total Received by Applicant: | $150,180.00 | $76,806.88 |

**July 1, 2023 through July 31, 2023**

| Name of Professional & Title | Year Admitted | Hours | Rate | Fees |
|---|---|---|---|---|
| Shannon Wheatman, Notice Expert | N/A | 2.7 | $650/hr | $1,755.00 |
| Zack Stapf, Project Manager | N/A | .7 | $350/hr | $245.00 |

-3-

## SECTION II
## SUMMARY OF SERVICES

**July 1, 2023 through July 31, 2023**

| SERVICES RENDERED | HOURS | FEES |
|---|---|---|
| Expert Services | 2.7 | $1,755.00 |
| Project Management | .7 | $245.00 |
| **SERVICE TOTALS** | 3.4 | $2,000.00 |

# SECTION III
# SUMMARY OF DISBURSEMENTS

**July 1, 2023 through July 31, 2023**

| DISBURSEMENTS | AMOUNT |
|---|---|
| Media Survey Data – Nielsen | $65,535.11 |
| **DISBURSEMENTS TOTALS** | $65,535.11 |

## SECTION IV
## CASE HISTORY

1. Date of Retention: April 16, 2023, effective as of the Petition Date [Dkt. 768 ] (the "<u>Retention Order</u>").[1]

2. Summary explaining the nature of the work performed and the results achieved:

    - Review all relevant court documents.

    - Update notice materials.

    - Work on first and second monthly fee applications.

I certify under penalty of perjury that the above is true.

Date: August 17, 2023                                      *Shannon Wheatman*

---

[1] The Retention Order is attached hereto as <u>Exhibit A</u>.