# **EXHIBIT B**

Invoices

**Signal Interactive Media LLC**
1155 Connecticut Ave NW, Suite 400
Washington, DC  20036 US
signalinteractive.com



**BILL TO**
Attn**:** John Kim
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

**INVOICE 12412**

**DATE** 07/31/2023    **TERMS** Due on Receipt

**DUE DATE** 07/31/2023

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Consulting Services** <br> LTL Bankruptcy - July 2023 Consulting | 1 | 2,000.00 | 2,000.00 |
| **Expenses** <br> LTL Bankruptcy - Media Survey Data - Nielsen | 1 | 65,535.11 | 65,535.11 |

Please remit payment by ACH/Wire:

Signal Interactive Media LLC - Checking Account
Banking Institution: Amalgamated Bank
Account #: 116001272
Routing #: 026003379

TOTAL DUE

**USD**
**67,535.11**