| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel for the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Special Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Richard G. Haddad, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>David A. Castleman, Esq.<br>mcyganowski@otterbourg.com<br>rhaddad@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>dcastleman@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| In re:<br><br>**LTL MANAGEMENT LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan<br><br>Hearing Date: September 7, 2023, 10:00 a.m. |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**NOTICE OF MOTION OF THE AD HOC COMMITTEE OF CERTAIN TALC CLAIMANTS AND THE OFFICIAL COMMITTEE OF TALC CLAIMANTS FOR ALLOWANCE OF ADMINISTRATIVE CLAIMS FOR REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM APRIL 4, 2023 THROUGH APRIL 14, 2023 (PRIOR TO THE FORMATION OF THE OFFICIAL COMMITTEE OF TALC CLAIMANTS) THAT PROVIDED A SUBSTANTIAL CONTRIBUTION IN THE DEBTOR'S CASE OR, IN THE ALTERNATIVE, AUTHORIZING RETENTION OF THE TCC PROFESSIONALS EFFECTIVE AS OF THE PETITION DATE**

**PLEASE TAKE NOTICE** that the Ad Hoc Committeee of Certain Talc Claimants and the Official Committee of Talc Claimants (the "TCC") of LTL Management LLC, ("LTL" or the "Debtor"), by and through the TCC's counsel, shall move, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy Court, for the District of New Jersey, Courthouse, 402 East State Street, Trenton, New Jersey 08608 on ***September 7, 2023 at 10:00 a.m.***, seeking entry of an order, substantially in the form submitted with this motion, the allowance of administrative claims for reimbursement of expenses incurred for the period from April 4, 2023 through April 14, 2023 (prior to the formation of the Official Committee of Talc Claimants) that provided a substantial contribution in the Debtor's case or, in the alternative, authorizing retention of the TCC professionals effective as fo the Petition Date.

**PLEASE TAKE FURTHER NOTICE** that, the TCC shall rely upon the application filed herewith in support of the relief sought by this Motion, and that no brief is being filed herewith since the legal basis upon which relief should be granted is set forth in the supporting application filed with the Motion.

**PLEASE TAKE FURTHER NOTICE** that, oral argument is requested, unless the Court directs that no oral argument would be necessary.

**PLEASE TAKE FURTHER NOTICE**, that all objections, if any, must be made at least seven (7) days prior to the hearing date, in accordance with the Court's order entered with respect

to the Dismissal of the within Chapter 11 Case, and shall be filed with the Clerk of the United States Bankruptcy Court, for the District of New Jersey, Courthouse, 402 East State Street, Trenton, New Jersey 08608, and a copy thereof must simultaneously be served upon GENOVA BURNS, LLC., Attn: Daniel M. Stolz, Esq., 110 Allen Road, Suite 304, Basking Ridge, New Jersey 07920.

**PLEASE TAKE FURTHER NOTICE** that in the absence of any objections, the relief requested hereunder may be granted without further notice.

Dated: August 17, 2023

                        **GENOVA BURNS LLC**

                        By: */s/ Daniel M. Stolz*
                            Daniel M. Stolz, Esq.
                            Donald W. Clarke, Esq.
                            Gregory S. Kinoian, Esq.
                            110 Allen Rd., Suite 304
                        Basking Ridge, NJ 07920
                        Tel:   (973) 467-2700
                        Fax:  (973) 467-8126
                        Email: DStolz@genovaburns.com
                                DClarke@genovaburns.com
                                GKinoian@genovaburns.com

                        *Proposed Local Counsel for the Official*
                        *Committee of Talc Claimants*