# Exhibit A
## Summary of Substantial Contribution

| Service Provider | Summary of Substantial Contributions | Fees | Expenses |
|---|---|---|---|
| **Brown Rudnick LLP** | Brown Rudnick continued as co-lead bankruptcy counsel for the AHC and was primarily tasked with preparing the AHC's initial case statement and response to the Debtor's first day pleadings, arguing at the first day hearing, leading discovery efforts, and developing legal strategies for a motion to dismiss the bankruptcy case. Brown Rudnick prepared for and argued at the first day hearing and led several meetings with the AHC and its co-counsel. | $702,628.00 | $5,359.65 |
| **Otterbourg PC** | Otterbourg continued as co-lead bankruptcy counsel for the AHC and was primarily tasked with preparing the objection to the motion for preliminary injunction, assisting with discovery, including preparing for depositions, and researching issues relevant to motions to dismiss the case. Otterbourg also prepared for and attended the first day hearing and participated in several meetings with the AHC and its co-counsel. | $285,748.50 | $0.00 |
| **Genova Burns LLC** | Genova Burns continued as local counsel for the AHC and, as a New Jersey firm, and was relied on for its experience in developing legal strategy and compliance with local procedural requirements. Genova Burns prepared for and attended the first day hearing and participated in several meetings with the AHC and its co-counsel. | $85,635.00 | $369.70 |
| **Massey & Gail LLP** | Massey & Gail continued its role as special counsel for the AHC, relying on its mass tort and other appellate experience to assist with the objection to the preliminary injunction motion and to develop legal strategies for a motion to dismiss in reliance on the Third Circuit's decision dismissing LTL 1.0. Massey & Gail prepared for the first day hearing and participated in several meetings with the AHC and its co-counsel. | $145,755.50 | $471.56 |
| **FTI Consulting** | FTI Consulting continued in its role as financial advisor to the AHC and was primarily tasked with litigation support, including as to an analysis of the Debtor's post-dismissal transactions and impact on value available to creditors of LTL. FTI was also tasked with managing media inquiries to the AHC and developing appropriate responses thereto. | $106,920.50 | $746.66 |
| **Total Amounts** | | $1,326,687.50 | $6,947.57 |