**Exhibit B**

**Copies of Invoices**

See attached.