# OTTERBOURG P.C.

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

August 9, 2023
BILL NO. 233104

Client/Matter No.:    93174/0003
Matter Name:          PRE-RETENTION LTL TIME
Billing Partner:      RG HADDAD

For Services Rendered Through April 13, 2023:

---

Phase: L0005                    MEETINGS OF AND COMMUNICATIONS WITH COMM

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/05/23 JSF | Participate in Videoconference with Ad Hoc Committee re: Strategic Planning and Next Steps | 1.50 | 1,522.50 |
| 04/05/23 JB | Review emails TCC members re: reconstitution/meetings/strategy to oppose LTL 2.0 and emails with co-counsel | .60 | 543.00 |
| 04/05/23 MLC | [LTL 2] Conference call with ad hoc members and co-counsel re: preparation for first day hearing | 2.50 | 4,050.00 |
| 04/05/23 JVD | Participate in call with ad hoc committee (partial) | .50 | 507.50 |
| 04/06/23 JSF | Participate in Videoconference with Ad Hoc Committee and Co-Counsel re: Strategy | 1.10 | 1,116.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                    August 9, 2023
Page 2                                                         BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/06/23 MLC | [LTL 2] Correspondence with ad hoc members and co-counsel in preparation for first day hearings | .80 | 1,296.00 |
| 04/06/23 MLC | [LTL 2] Conference call with ad hoc members and co-counsel | 1.10 | 1,782.00 |
| 04/06/23 JVD | Participate in Committee call | 1.00 | 1,015.00 |
| 04/06/23 DAC | Call with ad hoc committee re LTL 2.0 strategy | 1.00 | 925.00 |
| 04/07/23 JVD | Participate in call with co-counsel re: motion to dismiss and objection to preliminary injunction and follow up re: same | .80 | 812.00 |
| 04/07/23 DAC | Emails with co-counsel and members of ad-hoc committee re case strategy and other matters | .50 | 462.50 |
| 04/07/23 DAC | Conference with committee and counsel re case strategy | .70 | 647.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                    August 9, 2023
Page 3                                                         BILL NO. 233104


| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/10/23 RGH | Zoom meeting with committee and co-counsel to prepare for filings and hearings | .80 | 992.00 |
| 04/10/23 JSF | Participate in Videoconference Meeting with Ad Hoc Committee re: Initial Statement and Hearing | .80 | 812.00 |
| 04/10/23 MLC | [LTL II] Ad hoc committee conference call meeting | 1.00 | 1,620.00 |
| 04/10/23 DAC | Conference with ad hoc committee and co-counsel re case strategy | .80 | 740.00 |
| 04/12/23 RGH | Strategy Zoom meeting with AHC attorneys | .60 | 744.00 |
| 04/12/23 JSF | Attend Videoconference with Co-Counsel and Ad Hoc Committee Reps re: Depositions and Litigation Strategy | .50 | 507.50 |
| 04/12/23 DAC | Call with ad hoc committee re various case strategy issues | .80 | 740.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                            August 9, 2023
Page 4                                                                  BILL NO. 233104

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/13/23<br>RGH | Call with Ad Hoc Committee re: discovery conference and discovery strategy | .70 | 868.00 |
| 04/13/23<br>RGH | Emails with clients and co-counsel re: discovery | .20 | 248.00 |
| 04/13/23<br>JSF | Participate in Call with Co-Counsel and Certain Member Representatives re: Preparation for Discovery and PI Hearing | .70 | 710.50 |
| 04/13/23<br>DAC | Emails with ad hoc committee and co-counsel re various case management and strategy issues | .90 | 832.50 |
| 04/13/23<br>DAC | Call with ad hoc committee and co-counsel re hearing and other discovery issues | .80 | 740.00 |

TOTAL PHASE L0005                                              20.70          $24,234.00

Phase: L0006                          MEETINGS OF AND COMMUNICATIONS WITH CO-C

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                          August 9, 2023
Page 5                                                               BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/04/23 JSF | Participate in Conference Call with D. Molton, S. Beville, G. Cicero, D. Clark, D. Stolz, MLC and JSF re: LTL Filing | .50 | 507.50 |
| 04/04/23 JSF | Participate in internal Meeting re: LTL Filing and First Day Pleadings, Initial Steps | 1.00 | 1,015.00 |
| 04/04/23 MLC | [LTL 2] Conference call with Molton, Stolz, Goodman, Beville, ACS and Stolz re: new filing | .50 | 810.00 |
| 04/04/23 DAC | Review emails among team re new LTL filing | .70 | 647.50 |
| 04/05/23 JSF | Participate in Call with Ad Hoc Co-Counsel re: Next Steps | .50 | 507.50 |
| 04/05/23 JB | Attend LTL 2.0 team call to assess work stream/next steps | .80 | 724.00 |
| 04/05/23 MLC | [LTL 2] Telephone call with Andy Vara and D. Molton re: LTL 2 | .30 | 486.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                    August 9, 2023
Page 6                                                         BILL NO. 233104

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/05/23<br>MLC | [LTL 2] Conference call with co-counsel re: preparation for first day hearing | .50 | 810.00 |
| 04/05/23<br>RCY | Review emails from counsel re open issues, strategy and next steps for LTL 2.0. | 2.20 | 1,694.00 |
| 04/05/23<br>JVD | Participate in Otterbourg team call | .50 | 507.50 |
| 04/05/23<br>DAC | Internal Conference re general strategy | .80 | 740.00 |
| 04/06/23<br>MLC | [LTL 2] Telephone call with Molton and Stolz re: LTL2 filings | .20 | 324.00 |
| 04/07/23<br>JSF | Call with Brown Rudnick, Otterbourg and Massey Attorneys re: Preparation of Motion to Dismiss and Objection to PI | .50 | 507.50 |
| 04/07/23<br>MLC | [LTL II]. Telephone call with Molton and Vara | .20 | 324.00 |
| 04/10/23<br>MLC | [LTL II] Telephone call with Vara and Molton | .30 | 486.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                          August 9, 2023
Page 7                                                               BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/10/23 MLC | [LTL II] Telephone call with Molton | .20 | 324.00 |
| 04/10/23 MLC | [LTL II]Telephone call with Stolz | .30 | 486.00 |
| 04/10/23 JVD | Brief call with internal team re: status and next steps | .50 | 507.50 |
| 04/13/23 JSF | Participate in Call with Co-Counsel re: Discovery Update | .60 | 609.00 |
| TOTAL PHASE L0006 | | 11.10 | $12,017.00 |

Phase: L0010                         CONTESTED MATTERS/LITIGATION (GENERAL)

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/04/23 JSF | Review of First Day Declaration and First Day Motions | 1.60 | 1,624.00 |
| 04/04/23 JSF | Prepare Outline of Possible Arguments and Motions for New LTL Case | 1.80 | 1,827.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                              August 9, 2023
Page 8                                                                   BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/04/23 JB | Review Kim declartion (LTL 2.0), Petition/Debtor statement re: new case) | 1.20 | 1,086.00 |
| 04/04/23 JB | Review emails TCC members/internal emails re: LTL 2.0 filing/next steps and preparation for First Days | .60 | 543.00 |
| 04/04/23 MLC | [LTL 2] Review of first day pleadings | 2.40 | 3,888.00 |
| 04/04/23 RCY | Review first day pleadings re: creditors and comparison to LTL 1.0 | 1.80 | 1,386.00 |
| 04/04/23 JKH | LTL II - monitor docket, review and circulate first day motions | 5.30 | 2,014.00 |
| 04/04/23 MRM | Review LTL II first day filings [LTL II] | 2.10 | 1,102.50 |
| 04/04/23 DAC | Review new filings in LTL-II bankruptcy | 2.30 | 2,127.50 |
| 04/05/23 JSF | Review of First Day Filings | .80 | 812.00 |

# OTTERBOURG P.C.

## 230 PARK AVENUE
## NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                      August 9, 2023
Page 9                                                           BILL NO. 233104

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/05/23<br>JSF | Review of Outline re: Motions and<br>Objections for Committee to Make | .50 | 507.50 |
| 04/05/23<br>MLC | [LTL 2] Conference call with OSHR team re:<br>preparation for first day hearing | 1.00 | 1,620.00 |
| 04/05/23<br>MLC | [LTL 2] Review of first day pleadings | 1.50 | 2,430.00 |
| 04/05/23<br>JKH | Review first day motions and prepare<br>document binders for hearing; calendar<br>upcoming hearings | 3.20 | 1,216.00 |
| 04/05/23<br>JKH | LTL II - calendar hearing dates | .20 | 76.00 |
| 04/05/23<br>MRM | Conduct research re: issues raised by first<br>day pleadings [LTL II] | 5.50 | 2,887.50 |
| 04/05/23<br>RW | Review and summarize first day motions | 2.30 | 747.50 |
| 04/05/23<br>RW | Summarize Dkt. No. 4 - Kim Declaration | 4.10 | 1,332.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                      August 9, 2023
Page 10                                                          BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/05/23 JVD | Review emails and prepare list of potential action items | 1.50 | 1,522.50 |
| 04/05/23 JVD | Review Brown Rudnick memo re: potential next steps and prepare and circulate potential additions | .80 | 812.00 |
| 04/05/23 DAC | Review and analysis of prior and current preliminary injunction, motion to dismiss, funding agreement, and appeal filings | 6.30 | 5,827.50 |
| 04/06/23 RGH | Review pleadings and background information on past and current filings | 2.20 | 2,728.00 |
| 04/06/23 RW | Review and summarize first day motions | .60 | 195.00 |
| 04/07/23 JSF | Review of Opening Brief of Ad Hoc Committee | 1.20 | 1,218.00 |
| 04/07/23 MLC | [LTL II] Review of first day motions and declaration | 2.20 | 3,564.00 |
| 04/07/23 MLC | [LTL II] Review of draft informational statement | 1.10 | 1,782.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:   93174/0003                                    August 9, 2023
Page 11                                                        BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/07/23 MRM | Cont. review of first day pleadings [LTL II] | .50 | 262.50 |
| 04/08/23 JSF | Review and Comment on Ad Hoc Committee Opening Statement re: LTL II | 2.10 | 2,131.50 |
| 04/08/23 JVD | Review revised draft informational brief and circulate comments and related follow up emails | 1.00 | 1,015.00 |
| 04/08/23 DAC | Review and comment on draft case statement | 2.30 | 2,127.50 |
| 04/09/23 JSF | Review Revised Initial Statement of Ad Hoc Committee | .80 | 812.00 |
| 04/10/23 RGH | Analysis of opening narrative brief | 1.10 | 1,364.00 |
| 04/10/23 RGH | Prepare for first day hearings | 1.80 | 2,232.00 |
| 04/10/23 JSF | Review of Final Opening Statement of Ad Hoc Committee re: Bankruptcy | .60 | 609.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                        August 9, 2023
Page 12                                                            BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/10/23 JSF | Review of Ad Hoc Committee Draft Objection to First Day Motions | .20 | 203.00 |
| 04/10/23 JB | Review status of first day issues/preparation for initial hearing (LTL 2.0) | .20 | 181.00 |
| 04/10/23 JB | Review objection to top law firm lists (LTL 2.0) | .20 | 181.00 |
| 04/10/23 JB | Review LTL 2.0 motion to retain Future Claims Representative (LTL 2.0) | .20 | 181.00 |
| 04/10/23 MLC | [LTL II] Prepared for first day hearing | 1.50 | 2,430.00 |
| 04/10/23 MLC | [LTL II] Revised informational brief (final) | 1.30 | 2,106.00 |
| 04/11/23 JB | Review additional filings in LTL 2.0 case in advance of first day hearing (LTL 2.0) | .20 | 181.00 |
| 04/11/23 MLC | [LTL II] Prepared for appearance at first day hearings | 1.50 | 2,430.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                          August 9, 2023
Page 13                                                              BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/11/23 JVD | Review materials re: direct appeals to Circuit Court of Appeals and prepare and circulate summary | 2.00 | 2,030.00 |
| 04/12/23 JKH | LTL II - Review and circulate documents on appellate docket | .60 | 228.00 |
| TOTAL PHASE L0010 | | 72.20 | $65,580.50 |

Phase: L0011                                                NON-WORKING TRAVEL @ 50%

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/10/23 MLC | [LTL II] Travel to Trenton (billed at half time) | 2.00 | 3,240.00 |
| 04/11/23 MLC | [LTL II] Return travel from Trenton (billed at half time) | 2.00 | 3,240.00 |
| TOTAL PHASE L0011 | | 4.00 | $6,480.00 |

Phase: L0015                                                  MEDIATION/SETTLEMENT

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                          August 9, 2023
Page 14                                                              BILL NO. 233104

| Date<br>Attorney | | Hours | Amount |
|---|---|---|---|
| 04/10/23<br>JSF | Review of Debtor's Motion to Appoint<br>Co-Mediators | .30 | 304.50 |
| TOTAL PHASE L0015 | | .30 | $304.50 |

---

| Phase: L0016 | | | COURT ATTENDANCE |
|---|---|---|---|

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/11/23<br>RGH | Appear at first day hearings; meetings at<br>courthouse pre and post hearing | 13.50 | 16,740.00 |
| 04/11/23<br>JSF | Attend via Videoconference First Day<br>Hearing (partial) | 3.50 | 3,552.50 |
| 04/11/23<br>JB | Attend portion of LTL 2.0 First Day<br>hearing/status of PI discovery/subpoenas<br>and depositions (LTL 2.0) | 3.40 | 3,077.00 |
| 04/11/23<br>MLC | [LTL II] Appearance at first day hearings | 7.00 | 11,340.00 |
| 04/11/23<br>JVD | Listen to Court hearing | 4.00 | 4,060.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                August 9, 2023
Page 15                                                     BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/11/23 DAC | Attend First Day Hearing for LTL 2.0 (virtually, via zoom) | 5.80 | 5,365.00 |
| 04/13/23 RGH | Emails and consideration of debtor's proposal re: hearing | .30 | 372.00 |
| TOTAL PHASE L0016 | | 37.50 | $44,506.50 |

Phase: L0017                          INJUNCTION LITIGATION IN ADVERSARY 23-01

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/04/23 JSF | Review of Motion for Preliminary Injunction | 1.40 | 1,421.00 |
| 04/04/23 JB | Review LTL 2.0 PI complaint/motion/order and prepare summary for opposition | 1.90 | 1,719.50 |
| 04/05/23 JSF | Review of Ex Parte TRO | .30 | 304.50 |
| 04/05/23 JSF | Review Motion in Support of TRO and PI | 1.20 | 1,218.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  93174/0003                                          August 9, 2023
Page 16                                                             BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/05/23 JSF | Examine Arguments for MTD and PI Objection | 1.40 | 1,421.00 |
| 04/05/23 JB | Further review of PI Complaint/Brief/Proposed Order and analysis of fraudulent conveyance claims | 1.20 | 1,086.00 |
| 04/05/23 JB | Review entered TRO (LTL 2.0) and emails with co-counsel | .40 | 362.00 |
| 04/06/23 JSF | Review Outline of Potential Arguments for MTD and PI Objection | 3.40 | 3,451.00 |
| 04/06/23 JSF | Examine TRO Implications | .90 | 913.50 |
| 04/06/23 MLC | [LTL 2] Conference call with Parfitt and Green re: the TRO | .20 | 324.00 |
| 04/06/23 DAC | Review record and briefs from LTL 1.0 re potential opposition to preliminary injunction | 4.20 | 3,885.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0003                                    August 9, 2023
Page 17                                                       BILL NO. 233104

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/07/23<br>RGH | Review pleadings and arguments to prepare for first day hearing and opposition to injunction | 3.30 | 4,092.00 |
| 04/07/23<br>JSF | Review of PI Papers re: Preparation of Arguments for PI Reply | 3.20 | 3,248.00 |
| 04/07/23<br>DAC | Draft outline of brief in opposition to preliminary injunction and related research and review of LTL 1.0 record | 7.70 | 7,122.50 |
| 04/08/23<br>RGH | Analysis of pleadings, prior decisions, moving papers and arguments for opposition to injunction and motion to dismiss | 3.40 | 4,216.00 |
| 04/08/23<br>JSF | LTL - Revisions to Outline for PI Objection | 2.30 | 2,334.50 |
| 04/08/23<br>JVD | Review draft outline of PI arguments and circulate comments and follow up re: same | 1.60 | 1,624.00 |
| 04/08/23<br>DAC | Draft outline of opposition to preliminary injunction and related emails and research | 8.90 | 8,232.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                    August 9, 2023
Page 18                                                         BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/09/23 DAC | Revisions to preliminary injunction opposition outline and related emails | 1.60 | 1,480.00 |
| 04/10/23 RGH | Review outline and issues for opposition to preliminary injunction | .80 | 992.00 |
| 04/10/23 JSF | Call with Otterbourg Team re: PI Brief and Preparation for Hearing | .80 | 812.00 |
| 04/10/23 JSF | Review of Outline and Arguments for Objection to PI | 1.80 | 1,827.00 |
| 04/10/23 JB | Review case status/information brief and potential depositions (LTL 2.0) | .40 | 362.00 |
| 04/10/23 JB | Review Valadez lift stay motion | .20 | 181.00 |
| 04/10/23 MLC | [LTL II] Conference call meeting with Otterbourg team (RGH, JSF, DC, JDV, MAP) to prepare for PI and first day hearing | .80 | 1,296.00 |
| 04/10/23 MRM | Review LTL I PI record; correspond with L. Benson (BR) re: same [LTL II - pre-TCC] | 1.10 | 577.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                    August 9, 2023
Page 19                                                        BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/10/23 DAC | Conferences with team re preliminary injunction opposition and general strategy issues | 1.00 | 925.00 |
| 04/10/23 DAC | Drafting of opposition brief to motion for preliminary injunction | 11.70 | 10,822.50 |
| 04/11/23 JSF | Preparation of Objection to PI - Review of Arguments for Inclusion | .80 | 812.00 |
| 04/11/23 DAC | Drafting of opposition brief to motion for preliminary injunction | 9.50 | 8,787.50 |
| 04/12/23 RGH | Litigation strategy Zoom meeting with co-counsel | .80 | 992.00 |
| 04/12/23 RGH | Discovery meet and confer Zoom with debtor's counsel | .60 | 744.00 |
| 04/12/23 RGH | Prepare brief in opposition to motion for preliminary injunction | 2.50 | 3,100.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                          August 9, 2023
Page 20                                                              BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/12/23 RGH | Prepare for depositions of Debtor witnesses | 1.80 | 2,232.00 |
| 04/12/23 RGH | Emails regarding deposition issues | .70 | 868.00 |
| 04/12/23 RGH | Multiple calls with Winograd re: discovery | .20 | 248.00 |
| 04/12/23 JSF | Review of Correspondence re: Status of Depositions and Litigation Strategy | .60 | 609.00 |
| 04/12/23 JSF | Review Draft of Objection to PI | 1.20 | 1,218.00 |
| 04/12/23 JB | Review PI deposition schedule/status of PI opposition and case filing in LTL 2.0 case | .40 | 362.00 |
| 04/12/23 MLC | [LTL II] Telephone call with ACS re: preparation for PI hearing | .60 | 972.00 |
| 04/12/23 MLC | [LTL II] Telephone call with RGH re: preparation for PI hearing | .20 | 324.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                    August 9, 2023
Page 21                                                        BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/12/23 MLC | [LTL II] Telephone call with Molton re: preparation for PI hearing | .20 | 324.00 |
| 04/12/23 MLC | [LTL II] Correspondence with litigation subgroup (ACS, RGH, Molton, Winograd, Jonas, Reining) re: preparation for PI hearing | .60 | 972.00 |
| 04/12/23 MLC | [LTL] Telephone call with Stolz re: preparation for PI hearing | .20 | 324.00 |
| 04/12/23 MLC | [LTL II] Review and comment upon document discovery outline and schedule | .60 | 972.00 |
| 04/12/23 DAC | Drafting of opposition brief to motion for preliminary injunction | 2.50 | 2,312.50 |
| 04/12/23 DAC | Conference with committee re discovery strategy and other strategic items | .80 | 740.00 |
| 04/12/23 DAC | Attend meet and confer with opposing counsel re discovery for preliminary injunction | .50 | 462.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                    August 9, 2023
Page 22                                                        BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/13/23 RGH | Prepare for discovery conference with Court | .50 | 620.00 |
| 04/13/23 RGH | Participate in discovery conference with Judge Kaplan | 1.00 | 1,240.00 |
| 04/13/23 RGH | Zoom discovery meet and confer with debtor's counsel | .50 | 620.00 |
| 04/13/23 RGH | Discovery call with Brown Rudnick | .20 | 248.00 |
| 04/13/23 RGH | Prepare brief in opposition to motion for preliminary injunction | 3.80 | 4,712.00 |
| 04/13/23 RGH | Review certain documents produced by debtor | 1.60 | 1,984.00 |
| 04/13/23 RGH | Prepare for depositions of debtor and settling counsel witnesses | 1.50 | 1,860.00 |
| 04/13/23 JSF | Review of Documents Produced by Debtors | 1.30 | 1,319.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                    August 9, 2023
Page 23                                                        BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/13/23 JSF | Review of Draft Objection to PI | .80 | 812.00 |
| 04/13/23 JSF | Examine Update on Deposition Status | .60 | 609.00 |
| 04/13/23 JSF | Review Background for Pulaski re: Upcoming Deposition by RGH | .80 | 812.00 |
| 04/13/23 JB | Review deposition schedule/coverage issues, documents produced and other matters related to PI trial preparation and filing of opposition to PI brief | .60 | 543.00 |
| 04/13/23 JKH | LTL II - Review docket and prepare for PI hearing | 1.30 | 494.00 |
| 04/13/23 DAC | Revisions to opposition brief to preliminary injunction and emails re same | 3.20 | 2,960.00 |
| TOTAL PHASE L0017 | | 110.10 | $112,459.00 |

Phase: L0018                              DISMISSAL/TRUSTEE/EXAMINER MATTERS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                        August 9, 2023
Page 24                                                            BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/04/23 JSF | Review of Entered Dismissal Order in LTL 1.0 | .20 | 203.00 |
| 04/04/23 JSF | Review of Research re: Frustration of Purpose | .30 | 304.50 |
| 04/04/23 MLC | [LTL 2] Review of dismissal order in LTL 1 | .80 | 1,296.00 |
| 04/04/23 RCY | Research issues re: Frustration of Purpose | 3.30 | 2,541.00 |
| 04/04/23 JVD | Review new LTL chapter pleadings and extensive discussion and emails re: various issues including frustration of purpose issues and funding agreement and comparison of firms on old and new creditor lists | 3.00 | 3,045.00 |
| 04/05/23 JSF | Review of Public Statements re: "Settlement" and PSA Parties | .70 | 710.50 |
| 04/05/23 JB | Review LTL 2.0 transaction agreements | .80 | 724.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0003                                    August 9, 2023
Page 25                                                        BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/05/23 RCY | Preliminary research re frustration of purpose issues in connection with LTL 2.0. | 1.60 | 1,232.00 |
| 04/05/23 MRM | Review revised funding agreement and support agreement [LTL II] | 2.10 | 1,102.50 |
| 04/06/23 JSF | Review of Restructuring Support Agreement | .60 | 609.00 |
| 04/06/23 JB | Review analysis of new funding agreement (LTL 2.0) | .40 | 362.00 |
| 04/06/23 JB | Review frustration of purpose research re: disavowal of original funding agreement (LTL 2.0) | .40 | 362.00 |
| 04/06/23 MLC | [LTL2] Review of case law re: frustration of purpose and related issues | 1.20 | 1,944.00 |
| 04/06/23 MRM | Prepare memo re research on issues related to new FA [LTL II] | 3.70 | 1,942.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0003                                    August 9, 2023
Page 26                                                        BILL NO. 233104

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/06/23 JVD | Attention to frustration of fundamental purpose research and various emails re: same and review draft memo and provide comments | 1.00 | 1,015.00 |
| 04/07/23 JVD | Research and review cases re: good faith filing | 1.00 | 1,015.00 |
| 04/09/23 JSF | Review of Draft Motion to Dismiss | .60 | 609.00 |
| 04/10/23 RGH | Review draft motion to dismiss | .60 | 744.00 |
| 04/13/23 JSF | Review of PSA | .40 | 406.00 |
| TOTAL PHASE L0018 | | 22.70 | $20,167.00 |
| | TOTAL FOR SERVICES | | $285,748.50 |
| | TOTAL THIS STATEMENT | | $285,748.50 |