# GENOVA BURNS LLC

**GENOVA BURNS LLC**

August 17, 2023
Invoice No.:    500111

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/04/23 | DWC | B110 | Rvw tens of emails, filed pleadings and news reports of LTL's second bankruptcy; emails re formation of ad hoc committee | 3.70 | 600.00 | 2,220.00 |
| 4/05/23 | DMS | B110 | Review Petition and first day pleadings and discuss with AH Committee. | 1.80 | 800.00 | 1,440.00 |
| 4/05/23 | DMS | B110 | Review PI Complaint and discuss with AH Committee and co-counsel. | 1.20 | 800.00 | 960.00 |
| 4/05/23 | DMS | B110 | Review J&J 8K and discuss with co-counsel, AH Committee and HL. | .60 | 800.00 | 480.00 |
| 4/05/23 | DMS | B110 | Review Kenvue and Old JJ1 filings regarding assets held by Holdco and discuss with co-counsel. | .50 | 800.00 | 400.00 |
| 4/05/23 | DMS | B110 | Emails with co-counsel and AH Committee regarding first day hearings. | .60 | 800.00 | 480.00 |
| 4/05/23 | DWC | B110 | Multiple zooms with co counsel and ad hoc members to discuss new LTL filing and strategy | 3.20 | 600.00 | 1,920.00 |
| 4/05/23 | GSK | B190 | Review complaint for injunction for non-debtor parties in LTL 2nd case; review complaint in LTL 1st case; review motion papers and proposed orders for TRO and preliminary injunction; review various corresp re same. | 2.00 | 600.00 | 1,200.00 |
| 4/05/23 | GSK | B110 | Attend multiple zoom conference calls re LTL's 2nd filing, etc. | 3.20 | 600.00 | 1,920.00 |
| 4/05/23 | GSK | B110 | Review various corresp among counsel re LTL's 2nd filing. | .50 | 600.00 | 300.00 |
| 4/05/23 | GSK | B110 | Review comparison of list of 20 from LTL 1 to LTL 2; review various corresp re same. | .20 | 600.00 | 120.00 |
| 4/05/23 | GSK | B110 | Review order scheduling hearing on 1st day matters; review various corresp re same. | .20 | 600.00 | 120.00 |
| 4/05/23 | GSK | B110 | Review signed TRO; review various corresp re same. | .20 | 600.00 | 120.00 |

GENOVA BURNS LLC

August 17, 2023
Invoice No.:    500111

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 4/05/23 | GSK | B110 | Review various articles re LTL's refiling, etc.; review various corresp re same. | .50 | 600.00 | 300.00 |
| 4/06/23 | DMS | B110 | Zoom meeting of AH Committee. | 2.10 | 800.00 | 1,680.00 |
| 4/06/23 | DMS | B110 | Numerous emails with co-counsel and AH Committee regarding preparation for first day and preparation of Initial AH statement. | 3.50 | 800.00 | 2,800.00 |
| 4/06/23 | DMS | B110 | Prepare Notice of Appearance and Pro Hac Vice. | .80 | 800.00 | 640.00 |
| 4/06/23 | DMS | B110 | Review FCR and mediator motions etc. and prepare opposition to same. | 1.10 | 800.00 | 880.00 |
| 4/06/23 | DWC | B110 | Email from and to Brattle re status and new case | .20 | 600.00 | 120.00 |
| 4/06/23 | GSK | B110 | Review various corresp among counsel re LTL 2, etc. | .50 | 600.00 | 300.00 |
| 4/07/23 | DMS | B110 | Emails with Aulet regarding FT theories. | .30 | 800.00 | 240.00 |
| 4/07/23 | DMS | B110 | Emails with co-counsel and AH Committee regarding discovery. | .90 | 800.00 | 720.00 |
| 4/07/23 | DMS | B110 | Review Falk letter regarding fees and discuss. | .20 | 800.00 | 160.00 |
| 4/07/23 | DMS | B110 | Review TRO and emails with co-counsel and AH Committee regarding same. | .80 | 800.00 | 640.00 |
| 4/07/23 | DMS | B110 | Emails regarding firms supporting debtor plan. | .50 | 800.00 | 400.00 |
| 4/07/23 | DMS | B110 | Review and approve deposition notices. | .10 | 800.00 | 80.00 |
| 4/07/23 | DMS | B110 | Review US Trustee posting regarding TCC formations and emails with AH Committee. | .50 | 800.00 | 400.00 |
| 4/07/23 | DMS | B110 | Numerous emails and calls to prepare for first day hearings. | 2.60 | 800.00 | 2,080.00 |
| 4/07/23 | DWC | B110 | Email with co counsel SSG re PHV, NOA and retention protocol/filing | .40 | 600.00 | 240.00 |
| 4/07/23 | GSK | B110 | Review LTL 2 dockets. | .10 | 600.00 | 60.00 |
| 4/08/23 | DMS | B110 | Emails regarding dissolving TRO. | .40 | 800.00 | 320.00 |

**GENOVA BURNS LLC**

August 17, 2023
Invoice No.:    500111

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/08/23 | DMS | B110 | Review revised case statement and edit. | .60 | 800.00 | 480.00 |
| 4/08/23 | DMS | B110 | Emails with AH Committee and counsel regarding FT issues. | 1.10 | 800.00 | 880.00 |
| 4/08/23 | DMS | B110 | Emails with Jonas and AH Committee regarding discovery. | .80 | 800.00 | 640.00 |
| 4/09/23 | DMS | B110 | More emails regarding discovery and preparation for April 11th. | .80 | 800.00 | 640.00 |
| 4/09/23 | DMS | B110 | Revisions to AH Committee statement. | 1.10 | 800.00 | 880.00 |
| 4/10/23 | DMS | B110 | Finalize infobrief, call with AH Committee and numerous emails in preparation for April 11th. | 4.90 | 800.00 | 3,920.00 |
| 4/10/23 | DMS | B110 | Meeting with GB attorneys and staff regarding coordination of filings. | .40 | 800.00 | 320.00 |
| 4/10/23 | DWC | B110 | Email re service of subpoenas; draft subpoenas for trial prep | .70 | 600.00 | 420.00 |
| 4/10/23 | DWC | B110 | Prep and review the informational brief; rvw emails re same | .80 | 600.00 | 480.00 |
| 4/10/23 | DWC | B110 | Several emails with co counsel re NOA and PHV; rvw and prep PHV and NOA for filing; email co counsel re procedure | .70 | 600.00 | 420.00 |
| 4/10/23 | DWC | B110 | Rvw emails from co counsel and member reps re multiple issues arising from LTL refiling | 1.30 | 600.00 | 780.00 |
| 4/10/23 | DWC | B110 | Rvw and circulate press | .60 | 600.00 | 360.00 |
| 4/10/23 | DWC | B110 | Rvw and prep first day objections, exhibits and motion to seal | 1.20 | 600.00 | 720.00 |
| 4/10/23 | DWC | B110 | 2 email objections to debtor request for short notice to chambers | .80 | 600.00 | 480.00 |
| 4/10/23 | DWC | B110 | Emails to chambers et al re first day appearances and presentations | .60 | 600.00 | 360.00 |

GENOVA BURNS LLC

August 17, 2023
Invoice No.:    500111

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 4/10/23 | LD | B110 | Prepare and file notices of appearance for DMS and DWC. | .60 | 250.00 | 150.00 |
| 4/10/23 | LD | B110 | Prepare and file status change forms to withdraw original appearances for DMS and DWC, and prepare refile update appearances for DMS and DWC. | .80 | 250.00 | 200.00 |
| 4/10/23 | LD | B110 | Finalize and file informational brief. | .30 | 250.00 | 75.00 |
| 4/10/23 | LD | B110 | Prepare PHV documents for M. Cyganowski, J. Feeney, J. Drew and D. Castleman of Otterbourg firm. | 2.00 | 250.00 | 500.00 |
| 4/10/23 | LD | B110 | Prepared draft PHV documents for S. Grimm, M. Winograd and J. Jonas of Brown Rudnick. | 2.00 | 250.00 | 500.00 |
| 4/10/23 | GSK | B110 | Review various corresp re filings; review Valadez stay relief motion; review Ad Hoc TCC statement; review Ad Hoc TCC objection to 1st day motions; review other opposition pleadings. | 1.20 | 600.00 | 720.00 |
| 4/10/23 | GSK | B110 | Review debtor's motion to appoint R. Ellis as FCR; review corresp re same. | .50 | 600.00 | 300.00 |
| 4/10/23 | GSK | B110 | Review debtor's motion for appointment of co-mediators; review various corresp re same. | .50 | 600.00 | 300.00 |
| 4/10/23 | GSK | B110 | Review Debtor's agenda for 4/11 1st day hearing. | .10 | 600.00 | 60.00 |
| 4/10/23 | GSK | B110 | Review Ad Hoc TCC's objection to debtor's motion to seal exhibits; review corresp re same. | .20 | 600.00 | 120.00 |
| 4/11/23 | DMS | B195 | Travel to and from US Bankruptcy Court ,Trenton, NJ from Basking Ridge, NJ | 2.60 | 800.00 | 2,080.00 |
| 4/11/23 | DMS | B110 | Meeting with co-counsel and AH Committee before and after hearings. | 1.20 | 800.00 | 960.00 |
| 4/11/23 | DMS | B110 | First Day Hearings. | 3.20 | 800.00 | 2,560.00 |
| 4/11/23 | DMS | B110 | Review and comment on agenda for AH Committee call. | .40 | 800.00 | 320.00 |
| 4/11/23 | DWC | B110 | First day hearings | 6.00 | 600.00 | 3,600.00 |

GENOVA BURNS LLC

August 17, 2023
Invoice No.:    500111

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/11/23 | DWC | B195 | First day hearings in trenton | 2.50 | 600.00 | 1,500.00 |
| 4/11/23 | DWC | B110 | Emails concerning subpoena service; to chambers re objection to short notice on pleadings; forward and rvw UST email objections; slides and coordination with chambers for hearing purposes; email co counsel re service of subpoenas; | 3.10 | 600.00 | 1,860.00 |
| 4/11/23 | LD | B110 | Finalize and file pro hac vice application for M. Winograd. | .50 | 250.00 | 125.00 |
| 4/11/23 | LD | B110 | Finalize and file pro hac vice documents for J. Massey. | .50 | 250.00 | 125.00 |
| 4/11/23 | LD | B110 | Finalize and file pro hac vice documents for R. Morse. | .50 | 250.00 | 125.00 |
| 4/11/23 | LD | B110 | Prepare notice of appearance in adversary case for DMS. | .30 | 250.00 | 75.00 |
| 4/11/23 | LD | B110 | Prepare notice of appearance in adversary case for DWC. | .30 | 250.00 | 75.00 |
| 4/11/23 | LD | B110 | Email to Guaranteed Subpoena regarding service of subpoenas on Watts and Pulaski. | .30 | 250.00 | 75.00 |
| 4/11/23 | GSK | B110 | Attend first-day hearing/status conference by zoom. | 6.50 | 600.00 | 3,900.00 |
| 4/11/23 | GSK | B110 | Review various corresp re 1st hearing; review docket minutes. | .20 | 600.00 | 120.00 |
| 4/12/23 | DMS | B110 | Call with litigation team regarding preparation for meet and confer. | .40 | 800.00 | 320.00 |
| 4/12/23 | DMS | B110 | Meet and confer with Debtor. | .50 | 800.00 | 400.00 |
| 4/12/23 | DMS | B110 | Review new funding agreement and term agreement of old one. | .70 | 800.00 | 560.00 |
| 4/12/23 | DMS | B110 | Emails with Bielski regarding February 14th Transcript. | .30 | 800.00 | 240.00 |
| 4/12/23 | DMS | B110 | Review docket entries regarding April 11th hearings. | .20 | 800.00 | 160.00 |
| 4/12/23 | DMS | B110 | Many emails regarding discovery. | 1.30 | 800.00 | 1,040.00 |
| 4/12/23 | DMS | B110 | Emails with co-counsel regarding PSA. | .30 | 800.00 | 240.00 |

GENOVA BURNS LLC

August 17, 2023
Invoice No.:   500111

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 4/12/23 | DMS | B110 | Emails with HL and co-counsel regarding valuations. | .60 | 800.00 | 480.00 |
| 4/12/23 | DMS | B110 | Review funding Agreement 2 and emails regarding April 11th Transcript. | .80 | 800.00 | 640.00 |
| 4/12/23 | DMS | B110 | Review MW memo regarding meet and confer. | .20 | 800.00 | 160.00 |
| 4/12/23 | DMS | B110 | Review term and subst. agreement and emails with co-counsel regarding same. | .80 | 800.00 | 640.00 |
| 4/12/23 | DMS | B110 | Review and comment on deposition outlines. | .40 | 800.00 | 320.00 |
| 4/12/23 | DMS | B110 | Emails regarding Canadian proc. | .30 | 800.00 | 240.00 |
| 4/12/23 | DMS | B110 | AH counsel and AH Committee preparation call. | 1.20 | 800.00 | 960.00 |
| 4/12/23 | DMS | B110 | Winograd email regarding LTL renegotiation on Murdica and Haas. | .20 | 800.00 | 160.00 |
| 4/12/23 | DMS | B110 | Email and calls with chambers regarding discovery dispute. | .50 | 800.00 | 400.00 |
| 4/12/23 | DMS | B110 | Review April 11th Transcript and send to co-counsel and AH Committee. | .90 | 800.00 | 720.00 |
| 4/12/23 | DMS | B110 | Emails regarding April 13th discovery conference. | .50 | 800.00 | 400.00 |
| 4/12/23 | DWC | B110 | Emails re service of subpoenas; | .80 | 600.00 | 480.00 |
| 4/12/23 | DWC | B110 | Rvw multiple emails from co counsel and committee reps re issues and action item agenda | 2.10 | 600.00 | 1,260.00 |
| 4/12/23 | DWC | B110 | Co counsel litigation strategy zoom | 1.40 | 600.00 | 840.00 |
| 4/12/23 | LD | B110 | Email to Guaranteed Subpoena for service of Watts subpoena and emails to stop service. | .40 | 250.00 | 100.00 |
| 4/12/23 | LD | B110 | Revisions to PHV for Otterbourg group. | .50 | 250.00 | 125.00 |
| 4/12/23 | LD | B110 | Finalize and file pro hac vice applications for M. Cyganowski, J. Feeney, J. Drew and D. Castleman. | 2.00 | 250.00 | 500.00 |
| 4/13/23 | DMS | B110 | Emails regarding letter and prepare for discovery conference. | .70 | 800.00 | 560.00 |

GENOVA BURNS LLC

August 17, 2023
Invoice No.:    500111

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/13/23 | DMS | B110 | Review Orders entered. | .20 | 800.00 | 160.00 |
| 4/13/23 | DMS | B110 | Emails with co-counsel regarding next steps. | .30 | 800.00 | 240.00 |
| 4/13/23 | DMS | B110 | Review links and schedules for depositions. | .70 | 800.00 | 560.00 |
| 4/13/23 | DMS | B110 | Report regarding Canadian hearing. | .20 | 800.00 | 160.00 |
| 4/13/23 | DMS | B110 | Numerous emails regarding AH Committee confidentiality agreements. | .80 | 800.00 | 640.00 |
| 4/13/23 | DMS | B110 | Emails with Jonas and AH Committee regarding debtor proposal regarding PI. | 1.10 | 800.00 | 880.00 |
| 4/13/23 | DMS | B110 | Emails with US Trustee and others regarding deposition schedule. | .60 | 800.00 | 480.00 |
| 4/13/23 | DMS | B110 | Review voluminous debtor document production. | 1.20 | 800.00 | 960.00 |
| 4/13/23 | DMS | B110 | Calls with Molton regarding depositions and other issues. | .60 | 800.00 | 480.00 |
| 4/13/23 | DMS | B110 | Email with US Trustee regarding creditor committee formation. | .20 | 800.00 | 160.00 |
| 4/13/23 | DMS | B110 | Research on frustration of purpose and send to Ad Hoc. | 1.00 | 800.00 | 800.00 |
| 4/13/23 | DWC | B110 | Co counsel and rep zoom meeting to discuss strategy, issues and second case filing | 1.50 | 600.00 | 900.00 |
| 4/13/23 | DWC | B110 | Rvw and prep subpoena for service on first day issues; emails re changes to same; emails from coc counsel and member reps | 1.40 | 600.00 | 840.00 |
| 4/13/23 | DWC | B110 | Committee co counsel and member rep zoom to discuss issues and strategy | 1.20 | 600.00 | 720.00 |
| 4/13/23 | LD | B110 | Letter to Chambers enclosing slides from presentation at hearing. | .40 | 250.00 | 100.00 |
| 4/13/23 | LD | B110 | Finalize and file J. Jonas pro hac vice application. | .50 | 250.00 | 125.00 |
| 4/13/23 | LD | B110 | Prepare and arrange for service of subpoena for A. Pulaski. | .40 | 250.00 | 100.00 |

GENOVA BURNS LLC

August 17, 2023
Invoice No.:    500111

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/13/23 | GSK | B110 | Review dockets; review Court notices. | .20 | 600.00 | 120.00 |
| 4/14/23 | DMS | B110 | Numerous emails and calls with co-counsel and Ad Hoc regarding next steps. | 1.70 | 800.00 | 1,360.00 |
| 4/14/23 | DMS | B110 | Emails with US Trustee regarding transcripts. | .30 | 800.00 | 240.00 |
| 4/14/23 | DMS | B110 | Emails with co-counsel regarding preparation for April 18th trial. | 1.40 | 800.00 | 1,120.00 |
| 4/14/23 | DMS | B110 | Haas and Kim Depositions. | 6.60 | 800.00 | 5,280.00 |
| 4/14/23 | DWC | B110 | Emails from co counsel and member reps re strategy and issues; confidentiality review and agreement | 1.70 | 600.00 | 1,020.00 |
| 4/14/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 4/14/23 | GSK | B110 | Review debtor's notice of agenda re 4/18 hearing; review corresp re same. | .20 | 600.00 | 120.00 |
| 4/14/23 | GSK | B110 | Review notice of appointment of official TCC; review corresp re same. | .20 | 600.00 | 120.00 |

**TOTAL PROFESSIONAL SERVICES**                                                              **$ 85,635.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Daniel M Stolz | Partner | 63.30 | 800.00 | 50,640.00 |
| Donald W. Clarke | Partner | 35.90 | 600.00 | 21,540.00 |
| Lorrie Denson | Paralegal | 12.30 | 250.00 | 3,075.00 |
| Gregory S. Kinoian | Counsel | 17.30 | 600.00 | 10,380.00 |
| **TOTALS** | | **128.80** | | **$ 85,635.00** |

GENOVA BURNS LLC

August 17, 2023
Invoice No.:    500111

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---:|
| 4/11/23 | Parking at US Bankruptcy Court in Trenton NJ | 12.00 |
| 4/11/23 | Water for Court Hearing | 17.41 |
| 4/13/23 | Photocopies .30 cents x 24  copies = $ 7.20. Copies to Judge Kaplan's chambers. | 7.20 |
| 4/13/23 | Photocopies .30 cents x 9  copies = $ 2.70; Subpoena to Pulaski. | 2.70 |
| 4/13/23 | Postage Expense of copies to Judge Kaplan's chambers. | 2.22 |
| 4/13/23 | Postage Expense  (CMRRR @$8.10; First Class Mail @$.60) | 8.70 |
| 4/13/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020571563 (Kherkher, PLLC, Adam Pulaski) | 39.57 |
| 4/27/23 | PACER SERVICE, U.S. Courts: PACER, 5252288-Q22023 | 279.90 |

**TOTAL DISBURSEMENTS**     **$ 369.70**

**TOTAL THIS INVOICE**     **$ 86,004.70**