# FTI CONSULTING

**EXHIBIT A**
**LTL MANAGEMENT LLC - CASE NO. 23-12825**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD APRIL 4, 2023 TO APRIL 14, 2023**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| **Restructuring** | | | | |
| Diaz, Matthew | Senior Managing Director | $1,325 | 2.4 | $3,180.00 |
| Tully, Conor | Senior Managing Director | 1,325 | 14.1 | 18,682.50 |
| Berkin, Michael | Managing Director | 1,055 | 29.2 | 30,806.00 |
| Eisenberg, Jacob | Senior Consultant | 695 | 25.2 | 17,514.00 |
| Hansen, Sean | Senior Consultant | 695 | 11.2 | 7,784.00 |
| Kim, Andrew | Consultant | 475 | 18.5 | 8,787.50 |
| **Strategic Communications** | | | | |
| Staples Miller, Citseko | Managing Director | 875 | 6.2 | 5,425.00 |
| Negron, Sabrina | Director | 525 | 3.9 | 2,047.50 |
| Weltman, Allison | Senior Consultant | 375 | 2.3 | 862.50 |
| Gregoire, Merzulie | Consultant | 400 | 3.9 | 1,560.00 |
| Hardey, Samantha | Consultant | 375 | 2.2 | 825.00 |
| **Compass Lexecon** | | | | |
| Austin Smith, Yvette | Senior Managing Director | $1,250 | 6.5 | $8,125.00 |
| Rinaudo, Alexander | Senior Vice President | 965 | 9.0 | 8,685.00 |
| Waye Azuero, Brandon | Senior Analyst | 585 | 3.4 | 1,989.00 |
| **SUBTOTAL** | | | **138.0** | **$116,273.00** |
| Less: Voluntary Reduction[1] | | | (16.1) | (9,352.50) |
| **GRAND TOTAL** | | | **121.9** | **$106,920.50** |

[1] The voluntary reduction represents an adjustment made by FTI for work that FTI believes may be construed as tangential to substantial contribution and has been excluded as such.

**EXHIBIT B**
**LTL MANAGEMENT LLC - CASE NO. 23-12825**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD APRIL 4, 2023 TO APRIL 14, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | AHC Litigation Support | 101.9 | $94,742.00 |
| 2 | Communications | 20.0 | 12,178.50 |
| 3 | Other Tasks – Substantial Contribution Claim Not Sought | 16.1 | 9,352.50 |
| | **SUBTOTAL** | **138.0** | **$116,273.00** |
| | Less: Voluntary Reduction[1] | (16.1) | (9,352.50) |
| | **GRAND TOTAL** | **121.9** | **$106,920.50** |

---

[1] The voluntary reduction represents an adjustment made by FTI for work that FTI believes may be construed as tangential to substantial contribution and has been excluded as such.

**EXHIBIT C**
**LTL MANAGEMENT LLC - CASE NO. 23-12825**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 4, 2023 TO APRIL 14, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 4/4/2023 | Tully, Conor | 1.3 | Review first day declaration to assess next steps re: Ad Hoc Committee ("AHC") objection to First Day Relief. |
| 1 | 4/4/2023 | Tully, Conor | 0.4 | Review correspondence from AHC Counsel re: second bankruptcy filing. |
| 1 | 4/4/2023 | Tully, Conor | 2.2 | Prepare internal workplan to support certain AHC litigation. |
| 1 | 4/4/2023 | Austin Smith, Yvette | 2.6 | Assist AHC and AHC Counsel in drafting disclosure language re: ovarian claim values. |
| 1 | 4/4/2023 | Berkin, Michael | 0.9 | Analyze list of creditors re: second bankruptcy filing per request of AHC Counsel. |
| 1 | 4/4/2023 | Berkin, Michael | 0.6 | Review internal workplan to assess next steps re: AHC objection to First Day Relief. |
| 1 | 4/4/2023 | Rinaudo, Alexander | 1.6 | Review first day motions to assess next steps. |
| 1 | 4/4/2023 | Eisenberg, Jacob | 1.4 | Review First Day Declaration to assess next steps re: AHC objection to First Day Relief. |
| 1 | 4/4/2023 | Hansen, Sean | 2.8 | Prepare analysis for AHC re: funding agreement comparison. |
| 1 | 4/4/2023 | Kim, Andrew | 0.4 | Review docket filing re: Debtor's Statement Regarding Refiling of Chapter 11 Case. |
| 1 | 4/4/2023 | Kim, Andrew | 3.4 | Prepare analysis for AHC re: funding agreement comparison. |
| 1 | 4/5/2023 | Tully, Conor | 0.3 | Review declaration of J. Kim. |
| 1 | 4/5/2023 | Tully, Conor | 0.8 | Review draft funding agreement comparison analysis in connection with the AHC objection. |
| 1 | 4/5/2023 | Tully, Conor | 0.4 | Continue to review draft funding agreement comparison analysis in connection with the AHC objection. |
| 1 | 4/5/2023 | Tully, Conor | 0.6 | Review first day motions in advance of call with AHC and AHC Counsel. |
| 1 | 4/5/2023 | Berkin, Michael | 1.8 | Review declaration of J. Kim. |
| 1 | 4/5/2023 | Berkin, Michael | 1.3 | Review funding agreement comparison analysis in connection with the AHC objection. |
| 1 | 4/5/2023 | Hansen, Sean | 1.3 | Prepare analysis for AHC re: funding agreement comparison. |

**EXHIBIT C**
**LTL MANAGEMENT LLC - CASE NO. 23-12825**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 4, 2023 TO APRIL 14, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 4/5/2023 | Hansen, Sean | 3.6 | Continue to prepare analysis for AHC re: funding agreement comparison. |
| 1 | 4/5/2023 | Kim, Andrew | 0.6 | Prepare summary re: first day motions. |
| 1 | 4/6/2023 | Berkin, Michael | 0.6 | Review draft funding agreement comparison analysis in connection with the AHC objection. |
| 1 | 4/6/2023 | Berkin, Michael | 0.8 | Review financial support at the request of AHC Counsel re: draft claims count analysis. |
| 1 | 4/6/2023 | Berkin, Michael | 1.3 | Continue to review financial support at the request of AHC Counsel re: draft claims count analysis. |
| 1 | 4/6/2023 | Hansen, Sean | 0.6 | Prepare claim count analysis per AHC's request. |
| 1 | 4/7/2023 | Berkin, Michael | 0.8 | Review updated claim count analysis prepared per AHC's request. |
| 1 | 4/7/2023 | Berkin, Michael | 2.2 | Continue to review updated claim count analysis prepared per AHC's request. |
| 1 | 4/7/2023 | Berkin, Michael | 0.6 | Prepare workplan re: objection to Preliminary Injunction ("PI") Motion. |
| 1 | 4/7/2023 | Hansen, Sean | 0.8 | Prepare updates to claim count analysis prepared per AHC's request. |
| 1 | 4/8/2023 | Berkin, Michael | 1.4 | Support AHC Counsel re: development of financial metrics in connection with the draft PI motion. |
| 1 | 4/8/2023 | Hansen, Sean | 2.1 | Prepare analysis for AHC re: changes in Debtor's parent's stock price in connection with the filing. |
| 1 | 4/9/2023 | Berkin, Michael | 1.1 | Continue to develop financial metrics supporting the draft PI motion. |
| 1 | 4/9/2023 | Eisenberg, Jacob | 0.8 | Prepare slides for First Day Hearing per request of AHC Counsel. |
| 1 | 4/9/2023 | Eisenberg, Jacob | 1.2 | Analyze next steps re: objection to PI Motion. |
| 1 | 4/10/2023 | Tully, Conor | 0.8 | Participate in call with AHC and AHC Counsel re: PI hearing. |
| 1 | 4/10/2023 | Berkin, Michael | 0.8 | Participate in call with AHC and AHC Counsel re: PI hearing. |
| 1 | 4/10/2023 | Eisenberg, Jacob | 2.3 | Update the First Day Hearing slides to reflect comments received from AHC Counsel. |

**EXHIBIT C**
**LTL MANAGEMENT LLC - CASE NO. 23-12825**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 4, 2023 TO APRIL 14, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 4/10/2023 | Kim, Andrew | 0.6 | Summarize the AHC's Informational Brief. |
| 1 | 4/11/2023 | Tully, Conor | 2.9 | Review summary of key takeaways re: First Day Hearing. |
| 1 | 4/11/2023 | Austin Smith, Yvette | 1.7 | Review AHC statement re: dismissal of LTL 1.0 Bankruptcy. |
| 1 | 4/11/2023 | Austin Smith, Yvette | 2.2 | Prepare outline for revised economic analysis re: claims and 2023 Funding Agreement. |
| 1 | 4/11/2023 | Berkin, Michael | 1.2 | Review MRHFM's Statement Against LTL's Second Bankruptcy Petition. |
| 1 | 4/11/2023 | Berkin, Michael | 3.6 | Participate (partially) in hearing re: First Day Hearing. |
| 1 | 4/11/2023 | Rinaudo, Alexander | 3.4 | Participate in First Day Hearing to inform revised claims analysis. |
| 1 | 4/11/2023 | Rinaudo, Alexander | 2.7 | Continue to participate in hearing re: First Day Hearing |
| 1 | 4/11/2023 | Eisenberg, Jacob | 3.4 | Summarize key takeaways re: First Day Hearing. |
| 1 | 4/11/2023 | Eisenberg, Jacob | 3.4 | Provide financial advisory support to AHC Counsel at the First Day Hearing. |
| 1 | 4/11/2023 | Eisenberg, Jacob | 3.4 | Continue to provide financial advisory support to AHC Counsel at the First Day Hearing. |
| 1 | 4/12/2023 | Diaz, Matthew | 0.8 | Review summary of key takeaways re: First Day Hearing. |
| 1 | 4/12/2023 | Tully, Conor | 1.2 | Develop forensic support workplan re: PI litigation. |
| 1 | 4/12/2023 | Tully, Conor | 0.3 | Review internal workplan re: objection to PI Motion. |
| 1 | 4/12/2023 | Berkin, Michael | 1.1 | Review correspondence from AHC Counsel re: First Day Hearing recap. |
| 1 | 4/12/2023 | Berkin, Michael | 1.3 | Review correspondence from AHC Counsel re: litigation updates. |
| 1 | 4/12/2023 | Rinaudo, Alexander | 1.3 | Prepare internal workplan to support certain AHC litigation. |
| 1 | 4/12/2023 | Eisenberg, Jacob | 0.2 | Analyze litigation workstreams next steps re: objection to PI Motion. |

**EXHIBIT C**
**LTL MANAGEMENT LLC - CASE NO. 23-12825**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 4, 2023 TO APRIL 14, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 4/12/2023 | Eisenberg, Jacob | 0.6 | Prepare correspondence with AHC Counsel re: key takeaways from First Day Hearing. |
| 1 | 4/12/2023 | Waye Azuero, Brandon | 3.4 | Review correspondence from AHC and AHC Counsel for preparation of economic analysis re: refiling. |
| 1 | 4/12/2023 | Kim, Andrew | 0.4 | Summarize Debtor's Motion for the Appointment of Randi Ellis as the Future Claimants Representative. |
| 1 | 4/13/2023 | Tully, Conor | 0.8 | Review correspondence from AHC Counsel re: litigation updates. |
| 1 | 4/13/2023 | Berkin, Michael | 0.7 | Review draft deposition questions re: PI Motion. |
| 1 | 4/13/2023 | Berkin, Michael | 0.8 | Continue to review draft deposition questions re: PI Motion. |
| 1 | 4/13/2023 | Kim, Andrew | 0.3 | Review docket filing re: List of Top 30 Creditors. |
| 1 | 4/14/2023 | Diaz, Matthew | 1.6 | Review first day motions to assess next steps re: support of AHC Counsel's litigation strategy. |
| 1 | 4/14/2023 | Tully, Conor | 0.8 | Review draft deposition questions re: PI Motion. |
| 1 | 4/14/2023 | Berkin, Michael | 0.7 | Review deposition schedule re: PI Motion. |
| 1 | 4/14/2023 | Berkin, Michael | 2.8 | Participate (partially) telephonically in deposition of J. Kim. |
| 1 | 4/14/2023 | Berkin, Michael | 1.2 | Participate (partially) telephonically in deposition of E. Haas. |
| 1 | 4/14/2023 | Eisenberg, Jacob | 3.3 | Participate telephonically in deposition of J. Kim. |
| 1 | 4/14/2023 | Eisenberg, Jacob | 3.3 | Participate telephonically in deposition of E. Haas. |
| **1 Total** | | | **101.9** | |
| 2 | 4/4/2023 | Negron, Sabrina | 2.1 | Review next steps re: creditor communications workstreams. |
| 2 | 4/5/2023 | Gregoire, Merzulie | 1.7 | Prepare media monitoring update in connection with creditor communications. |
| 2 | 4/5/2023 | Gregoire, Merzulie | 2.2 | Continue to prepare media monitoring update in connection with creditor communications. |

**EXHIBIT C**
**LTL MANAGEMENT LLC - CASE NO. 23-12825**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 4, 2023 TO APRIL 14, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 4/5/2023 | Hardey, Samantha | 0.8 | Monitor media for relevant news. |
| 2 | 4/5/2023 | Hardey, Samantha | 1.4 | Continue to monitor media for relevant news. |
| 2 | 4/5/2023 | Weltman, Allison | 2.3 | Monitor media for relevant news. |
| 2 | 4/9/2023 | Staples Miller, Citseko | 2.4 | Prepare updated communications workplan in connection with creditor communications. |
| 2 | 4/10/2023 | Tully, Conor | 0.4 | Review draft press release re: second bankruptcy filing. |
| 2 | 4/10/2023 | Berkin, Michael | 0.7 | Review draft press release re: second bankruptcy filing. |
| 2 | 4/10/2023 | Staples Miller, Citseko | 1.1 | Review media monitoring update. |
| 2 | 4/10/2023 | Negron, Sabrina | 1.2 | Prepare press release re: second bankruptcy filing. |
| 2 | 4/10/2023 | Negron, Sabrina | 0.6 | Continue to prepare press release re: second bankruptcy filing. |
| 2 | 4/11/2023 | Staples Miller, Citseko | 2.7 | Review draft press release re: second bankruptcy filing. |
| 2 | 4/11/2023 | Kim, Andrew | 0.4 | Summarize media coverage re: First Day Hearing. |
| **2 Total** | | | **20.0** | |
| **Grand Total** | | | **121.9** | |

**EXHIBIT D**
**LTL MANAGEMENT LLC - CASE NO. 23-12825**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD APRIL 4, 2023 TO APRIL 14, 2023**

| Expense Type | Amount |
|---|---:|
| Research Access | $250.00 |
| Transportation | 496.66 |
| **Total** | **$746.66** |

**EXHIBIT E**
**LTL MANAGEMENT LLC - CASE NO. 23-12825**
**EXPENSE DETAIL**
**FOR THE PERIOD APRIL 4, 2023 TO APRIL 14, 2023**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 04/10/23 | Taneisha Peralta | Research Access | Electronic subscriptions re: litigation research. | $250.00 |
| | | **Research Access Total** | | **$250.00** |
| 04/12/23 | Jacob Eisenberg | Transportation | Taxi from home to Trenton for First Day Hearing. | 237.79 |
| 04/12/23 | Jacob Eisenberg | Transportation | Taxi from Trenton to home for First Day Hearing. | 168.92 |
| 04/14/23 | Andrew Kim | Transportation | Taxi home while working late on the case. | 89.95 |
| | | **Transportation Total** | | **$496.66** |
| | | **Grand Total** | | **$746.66** |