**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE: LTL Management LLC            APPLICANT: Massey & Gail LLP

CASE NO.:  23-12825 (MBK)            CLIENT: Official Committee of Talc Claimants

CHAPTER:  11                         CASE FILED:  April 4, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

### SECTION I
### FEE SUMMARY

Monthly fee Statement Covering the Period
July 1, 2023 Through July 31, 2023

Interim Monthly Fee Statement No. 3

Summary of Accounts Requested for the Period from July 1, 2023 through July 31, 2023 (the "Third Statement Period"):

| | |
|---|---|
| Total fees: | $ 564,656.00 |
| Total disbursements: | $            -0- |
| Minus 20% Holdback of Fees: | $ 112,931.20 |
| Amount Sought at this Time: | $ 451,724.80 |

6796259.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Jonathan Massey | 1992 | $1160.00 | 226.9 | $263,204.00 |
| Rachel Morse | 2007 | $860.00 | 11.7 | $10,062.00 |
| Bret Vallacher | 2014 | $775.00 | 163.4 | $126,635.00 |
| Matthew Layden | 2019 | $500.00 | 153.2 | $76,600.00 |
| Usama Ibrahim | 2021 | $485.00 | 128.0 | $62,080.00 |
| Rob Aguirre | n/a | $320.00 | 76.0 | $24,320.00 |
| Larry Goldman | n/a | $90.00 | 15.5 | $1,395.00 |
| Kathy Martinez | n/a | $90.00 | 4.0 | $360.00 |
| TOTAL FEES | | | | $564,656.00 |
| BLENDED RATE | | $725.13 | 778.7 | |

Pursuant to the Amended Fee Procedures Order, currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $ 564,656.00 |
| Less: Holdback (20%) | -$ 112,931.20 |
| Total Fees Currently Payable | $ 451,724.80 |
| Add: Disbursements | $ 0.00 |
| **Total Payable This Invoice** | **$ 451,724.80** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---:|---:|
| Case Administration (B110) | 148.2 | $115,120.50 |
| Relief from Stay / Adequate Protection Proceedings (B140) | 47.3 | $33,780.00 |
| Fee/Employment Application (B160) | 10.6 | $6,125.00 |
| Other Contested Matters, including Committee's MTD and Other Motions (B190) | 571.4 | $408,238.50 |
| Plan and Disclosure Statement (including Business Plan) (B320) | 1.2 | $1,392.00 |
|  |  |  |
| **TOTAL** | **778.7** | **$564,656.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
| Out of Town Travel (E110) | $0.00 |
| **TOTAL DISBURSEMENTS** | **$0.00** |

I certify under penalty of perjury that the foregoing is true and correct.

/s/*Jonathan S. Massey*
Jonathan S. Massey

Dated:  August 17, 2023