# EXHIBIT C

## Summary of Expense Reimbursement Requested by Category

| Category | Amount |
|---|---|
| Filing/Court Fees | |
| Computer Assisted Legal Research | |
| Pacer Fees | $1,829.00 |
| Fax (with rates) | |
| Case Specific Telephone / Conference Call Charges | |
| In-House Reproduction Services | $97.60 |
| Outside Reproduction Services | |
| Other Research | |
| Court Reporting / Deposition Services | $3,385.20 |
| Travel/Mileage, Tolls, Airfare, Parking | $402.48 |
| Courier & Express Carriers | |
| Postage | |
| Other (specify): Discovery Data Services | $25,276.00 |
| **TOTAL:** | **$30,990.28** |

Case Name:  *In re LTL Management LLC*
Case Number:  23-12825-MBK
Applicant's Name:  Walsh Pizzi O'Reilly Falanga LLP
Date of Application:  August 17, 2023
Interim or Final:  Combined Monthly and Final

**EXHIBIT D**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(B)**<br><br>Mark Falk, Esq.<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>(973) 757-1100<br>*Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants* | |
| In re:<br><br>LTL Management, LLC,<br><br>                    Debtor. | Case No.: 23-12825<br>Judge: Michael B. Kaplan<br>Chapter: 11 |

**CERTIFICATION OF MARK FALK IN SUPPORT OF COMBINED MONTHLY AND FINAL APPLICATION OF WALSH PIZZI O'REILLY FALANGA LLP AS COUNSEL FOR RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD APRIL 5, 2023 THROUGH AUGUST 11, 2023**

Mark Falk, hereby certifies and states:

1. I am of Counsel with the firm of Walsh Pizzi O'Reilly Falanga LLP ("Walsh"), attorneys for Randi S. Ellis, Legal Representative for Future Talc Claimants ("FCR") in the above-captioned case. I submit this Certification in connection with Walsh's Combined Monthly and Final Application for an allowance of compensation for professional services rendered and reimbursement of expenses for the period April 5, 2023 through August 11, 2023 (the "Application").

2. In accordance with 18 U.S.C. § 155 and the Rules of this Court, neither I nor any attorney of my firm has entered into any agreement, written or oral, express or implied, with the

Debtor, any creditor, or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Debtor.

3. In accordance with section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm or any attorney thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the Court herein, nor will any division of fees prohibited by section 504 of the Bankruptcy Code be made by me, or any attorney of my firm.

I certify, under penalty of perjury, that the foregoing is true and correct.

Dated: August 17, 2023    *s/Mark Falk*
Mark Falk

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |  |
| **Caption in Compliance with D.N.J. LBR 9004-1(B)**<br><br>Mark Falk, Esq.<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>(973) 757-1100<br>*Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants* |  |
| In re:<br><br>LTL Management, LLC,<br><br>                              Debtor. | Case No.: 23-12825<br>Judge:    Michael B. Kaplan<br>Chapter: 11 |

**ORDER ALLOWING COMBINED MONTHLY AND FINAL APPLICATION OF WALSH PIZZI O'REILLY FALANGA LLP AS COUNSEL FOR RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD <u>APRIL 5, 2023 THROUGH AUGUST 11, 2023</u>**

The relief set forth on the following pages is hereby **ORDERED**.

**Page**       2
**Debtor:**    LTL Management LLC
**Case No.:**  23-12825 (MBK)
**Caption:**   ORDER ALLOWING COMBINED MONTHLY AND FINAL APPLICATION OF WALSH PIZZI O'REILLY FALANGA LLP AS COUNSEL FOR RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD APRIL 5, 2023 THROUGH AUGUST 11, 2023

Upon the *Combined Monthly and Final Application of Walsh Pizzi O'Reilly Falanga LLP as Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants, for the Period April 5, 2023 through August 11, 2023* (the "Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to Randi S. Ellis, Legal Representative for Future Talc Claimants ("FCR").

**IT IS HEREBY ORDERED** that:

1. Walsh's Combined Monthly and Final Application for Allowance of Compensation for Services Rendered to the FCR in the sum of $692,745.25 and Reimbursement of Expenses in the sum of $30,990.28 for the period of April 5, 2023 through August 11, 2023 shall be allowed as set forth herein.

2. Walsh shall be allowed fees in the amount of $692,745.25, plus disbursements of $30,990.28. The Debtor is authorized and directed to make payment of the unpaid portion of the allowed fees and disbursements, to wit, the sum of $261,221.33, to Walsh Pizzi O'Reilly Falanga LLP within five (5) days of the entry of this Order.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.