**EXHIBIT D**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(B)**<br><br>Mark Falk, Esq.<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>(973) 757-1100<br>*Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants* | |
| In re:<br><br>LTL Management, LLC,<br><br>       Debtor. | Case No.: 23-12825<br>Judge: Michael B. Kaplan<br>Chapter: 11 |

**CERTIFICATION OF MARK FALK IN SUPPORT OF COMBINED MONTHLY AND FINAL APPLICATION OF WALSH PIZZI O'REILLY FALANGA LLP AS COUNSEL FOR RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD APRIL 5, 2023 THROUGH AUGUST 11, 2023**

Mark Falk, hereby certifies and states:

1. I am of Counsel with the firm of Walsh Pizzi O'Reilly Falanga LLP ("Walsh"), attorneys for Randi S. Ellis, Legal Representative for Future Talc Claimants ("FCR") in the above-captioned case. I submit this Certification in connection with Walsh's Combined Monthly and Final Application for an allowance of compensation for professional services rendered and reimbursement of expenses for the period April 5, 2023 through August 11, 2023 (the "Application").

2. In accordance with 18 U.S.C. § 155 and the Rules of this Court, neither I nor any attorney of my firm has entered into any agreement, written or oral, express or implied, with the

Debtor, any creditor, or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Debtor.

3. In accordance with section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm or any attorney thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the Court herein, nor will any division of fees prohibited by section 504 of the Bankruptcy Code be made by me, or any attorney of my firm.

I certify, under penalty of perjury, that the foregoing is true and correct.

Dated: August 17, 2023                                       *s/Mark Falk*
                                                            Mark Falk