UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

Mark Falk, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
*Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants*

In re:

LTL Management, LLC,

                Debtor.

Case No.: 23-12825
Judge: Michael B. Kaplan
Chapter: 11

**ORDER ALLOWING COMBINED MONTHLY AND FINAL APPLICATION OF WALSH PIZZI O'REILLY FALANGA LLP AS COUNSEL FOR RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD <u>APRIL 5, 2023 THROUGH AUGUST 11, 2023</u>**

The relief set forth on the following pages is hereby **ORDERED**.

**Page** 2
**Debtor:** LTL Management LLC
**Case No.:** 23-12825 (MBK)
**Caption:** ORDER ALLOWING COMBINED MONTHLY AND FINAL APPLICATION OF WALSH PIZZI O'REILLY FALANGA LLP AS COUNSEL FOR RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD APRIL 5, 2023 THROUGH AUGUST 11, 2023

Upon the *Combined Monthly and Final Application of Walsh Pizzi O'Reilly Falanga LLP as Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants, for the Period April 5, 2023 through August 11, 2023* (the "Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to Randi S. Ellis, Legal Representative for Future Talc Claimants ("FCR").

**IT IS HEREBY ORDERED** that:

1. Walsh's Combined Monthly and Final Application for Allowance of Compensation for Services Rendered to the FCR in the sum of $692,745.25 and Reimbursement of Expenses in the sum of $30,990.28 for the period of April 5, 2023 through August 11, 2023 shall be allowed as set forth herein.

2. Walsh shall be allowed fees in the amount of $692,745.25, plus disbursements of $30,990.28. The Debtor is authorized and directed to make payment of the unpaid portion of the allowed fees and disbursements, to wit, the sum of $261,221.33, to Walsh Pizzi O'Reilly Falanga LLP within five (5) days of the entry of this Order.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.