# EXHIBIT C

## Summary of Expense Reimbursement Requested by Category

| Category | Amount |
|---|---|
| Filing/Court Fees | |
| Computer Assisted Legal Research | |
| Pacer Fees | |
| Fax (with rates) | |
| Case Specific Telephone / Conference Call Charges | |
| In-House Reproduction Services | |
| Outside Reproduction Services | |
| Other Research | |
| Court Reporting / Deposition Services | |
| Travel/Mileage, Tolls, Airfare, Parking | $3,150.30 |
| Courier & Express Carriers | |
| Postage | |
| Other (specify): Live Streaming | $750.00 |
| **TOTAL:** | **$3,900.30** |

Case Name:          *In re LTL Management LLC*
Case Number:        23-12825-MBK
Applicant's Name:   Randi S. Ellis, Legal Representative for Future Talc Claimants
Date of Application: August 17, 2023
Interim or Final:   Monthly and Final