UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

Mark Falk, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
*Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants*

In re:

LTL Management, LLC,

                Debtor.

Case No.: 23-12825-MBK
Judge: Michael B. Kaplan
Chapter: 11

**ORDER ALLOWING COMBINED MONTHLY AND FINAL APPLICATION OF RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD APRIL 5, 2023 THROUGH AUGUST 11, 2023**

The relief set forth on the following pages is hereby **ORDERED.**

**Page**         2
**Debtor:**      LTL Management LLC
**Case No.:**    23-12825 (MBK)
**Caption:**     ORDER ALLOWING COMBINED MONTHLY AND FINAL APPLICATION OF RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD APRIL 5, 2023 THROUGH AUGUST 11, 2023

Upon the *Combined Monthly and Final Application of Randi S. Ellis, Legal Representative for Future Talc Claimants, for the Period April 5, 2023 through August 11, 2023* (the "Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided by Randi S. Ellis, Legal Representative for Future Talc Claimants.

**IT IS HEREBY ORDERED** that:

1. FCR's Combined Monthly and Final Application for Allowance of Compensation for Professional Services Rendered in the sum of $387,092.25 and Reimbursement of Expenses Incurred in the sum of $3,900.30 for the period of April 5, 2023 through August 11, 2023 shall be allowed as set forth herein.

2. FCR shall be allowed fees in the amount of $387,092.25, plus disbursements of $3,900.30.  The Debtor is authorized and directed to make payment of the unpaid portion of the allowed fee, to wit, the sum of $201,836.05, to FCR within five (5) days of the entry of this Order.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.