## **EXHIBIT B**

Invoices



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE
Please write invoice number(s) on cheque

August 15, 2023

LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ  08933
U.S.A.

| | |
|---|---|
| Invoice: | 2394581 |
| Billing Lawyer | McKee, Gordon |
| HST/GST No.: | R119396778 |
| Client: | 00028109 |
| Matter: | 000001 |
| Reference: | JJL2021019389 |

Attention:  John Kim
            Legal Counsel

**Re:  Litigation Consulting - CCAA Recognition Proceedings**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended June 30, 2023, as follows:

| | | |
|---|---:|---|
| **Total Fees** | $ 42,118.70 | |
| **TOTAL DUE IN CANADIAN CURRENCY** | **$ 42,118.70** | **CAD** |
| *THIS INVOICE MAY BE PAID IN U.S. CURRENCY* | *$ 32,905.23* | *USD* |



Invoice: 2394581
Date: August 15, 2023
Page: 2

**Re:    Litigation Consulting - CCAA Recognition Proceedings    (000001)**

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 06/01/23 | McIntyre, Caitlin | Reviewing agenda for June 2 hearing. | 0.2 | 664.00 | 132.80 |
| 06/02/23 | McIntyre, Caitlin | Virtually attending hearing in US proceeding. | 1.4 | 664.00 | 929.60 |
| 06/09/23 | McIntyre, Caitlin | Email correspondence with G. McKee and I. Perez regarding Canadian claims. | 0.5 | 664.00 | 332.00 |
| 06/09/23 | Rogers, Linc | Email correspondence with working group regarding preliminary injunction matters. | 0.2 | 913.00 | 182.60 |
| 06/10/23 | Russell, Karine | Emails with C. McIntyre regarding plaintiff counsel matters in Canadian litigation. | 0.3 | 675.00 | 202.50 |
| 06/11/23 | Russell, Karine | Emails with C. McIntyre regarding correspondence and court filings from plaintiff counsel. | 0.5 | 675.00 | 337.50 |
| 06/12/23 | McIntyre, Caitlin | Email correspondence with I. Perez and K. Russell regarding Canadian claims. | 0.6 | 664.00 | 398.40 |
| 06/12/23 | McIntyre, Caitlin | Email correspondence with L. Rogers regarding pending Omnibus motion in Chapter 11 proceeding. | 0.2 | 664.00 | 132.80 |
| 06/12/23 | Rogers, Linc | Email correspondence with C. McIntyre regarding pending Omnibus motion in Chapter 11 proceeding. | 0.2 | 913.00 | 182.60 |
| 06/13/23 | McIntyre, Caitlin | Attending U.S. omnibus hearing. | 4.9 | 664.00 | 3,253.60 |
| 06/13/23 | McIntyre, Caitlin | Summarizing U.S. omnibus hearing for L. Rogers. | 0.7 | 664.00 | 464.80 |
| 06/13/23 | Rogers, Linc | Status discussion with counsel to Information Officer. | 0.4 | 913.00 | 365.20 |
| 06/13/23 | Rogers, Linc | Reviewing summary of U.S. omnibus hearing. | 0.1 | 913.00 | 91.30 |
| 06/14/23 | McIntyre, Caitlin | Call with N. Levine regarding Canadian litigation matters. | 0.2 | 664.00 | 132.80 |
| 06/15/23 | McIntyre, Caitlin | Providing comments on the draft second report of the Information Officer. | 0.8 | 664.00 | 531.20 |
| 06/15/23 | Rogers, Linc | Email correspondence regarding Information Officer report. | 0.3 | 913.00 | 273.90 |
| 06/16/23 | McIntyre, Caitlin | Providing comments on the draft second report of the Information Officer. | 0.3 | 664.00 | 199.20 |
| 06/18/23 | Rogers, Linc | Reviewing draft Information Officer's report. | 1.1 | 913.00 | 1,004.30 |



Invoice: 2394581
Date: August 15, 2023
Page: 3

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 06/19/23 | McIntyre, Caitlin | Drafting response to inquiry by class action counsel. | 0.5 | 664.00 | 332.00 |
| 06/19/23 | McIntyre, Caitlin | Providing comments on the draft second report of the Information Officer. | 0.4 | 664.00 | 265.60 |
| 06/19/23 | Rogers, Linc | Reviewing comments by Jones Day on draft Information Officer report. | 0.2 | 913.00 | 182.60 |
| 06/19/23 | Rogers, Linc | Email correspondence regarding next steps in Canadian talc litigation. | 0.2 | 913.00 | 182.60 |
| 06/20/23 | Rogers, Linc | Email correspondence with counsel to Information Officer regarding Canadian litigation matters. | 0.1 | 913.00 | 91.30 |
| 06/20/23 | Thompson, Nancy | E-mail message to A. Hoy forwarding current copy of the service list, as requested. | 0.2 | 378.00 | 75.60 |
| 06/21/23 | McIntyre, Caitlin | Reviewing agenda for hearing in US proceeding. | 0.2 | 664.00 | 132.80 |
| 06/21/23 | Rogers, Linc | Email correspondence from Information Officer's counsel regarding Canadian litigation. | 0.1 | 913.00 | 91.30 |
| 06/22/23 | McIntyre, Caitlin | Attending hearing in U.S. proceeding. | 3.1 | 664.00 | 2,058.40 |
| 06/22/23 | Rogers, Linc | Email exchange with C. McIntyre regarding LTL court hearing. | 0.2 | 913.00 | 182.60 |
| 06/26/23 | McIntyre, Caitlin | Reviewing bar date motion. | 1.8 | 664.00 | 1,195.20 |
| 06/26/23 | McIntyre, Caitlin | Email correspondence with A. Rush regarding bar date motion. | 0.3 | 664.00 | 199.20 |
| 06/26/23 | McKee, Gordon | Reviewing email correspondence from plaintiff counsel regarding litigation matters. | 0.3 | 1,070.00 | 321.00 |
| 06/26/23 | Rogers, Linc | Reviewing bar date motion. | 1.1 | 913.00 | 1,004.30 |
| 06/26/23 | Rogers, Linc | Discussion with C. McIntyre regarding bar date motion. | 0.2 | 913.00 | 182.60 |
| 06/26/23 | Rogers, Linc | Email correspondence with C. McIntyre regarding claims bar date motion. | 0.2 | 913.00 | 182.60 |
| 06/26/23 | Rogers, Linc | Email correspondence from plaintiff counsel regarding litigation matters. | 0.1 | 913.00 | 91.30 |
| 06/27/23 | McIntyre, Caitlin | Attending hearing on motions to dismiss. | 6.1 | 664.00 | 4,050.40 |
| 06/27/23 | McIntyre, Caitlin | Reviewing amended Plan. | 1.7 | 664.00 | 1,128.80 |
| 06/27/23 | McIntyre, Caitlin | Email correspondence with G. McKee and L. Rogers. | 0.3 | 664.00 | 199.20 |



Invoice: 2394581
Date: August 15, 2023
Page: 4

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 06/27/23 | McKee, Gordon | Emails with C. McIntyre and L. Rogers regarding discussion of bar date with Information Officer. | 0.3 | 1,070.00 | 321.00 |
| 06/27/23 | Rogers, Linc | Reviewing claims bar date motion. | 0.3 | 913.00 | 273.90 |
| 06/27/23 | Rogers, Linc | Email correspondence with C. McIntyre and G. McKee regarding claims bar date matters. | 0.3 | 913.00 | 273.90 |
| 06/27/23 | Rogers, Linc | Reviewing report from C. McIntyre on LTL dismissal hearing. | 0.2 | 913.00 | 182.60 |
| 06/28/23 | McIntyre, Caitlin | Attending hearing on motions to dismiss. | 7.0 | 664.00 | 4,648.00 |
| 06/28/23 | McIntyre, Caitlin | Discussion with G. McKee and L. Rogers regarding claims bar date related matters. | 0.4 | 664.00 | 265.60 |
| 06/28/23 | McKee, Gordon | Call with L. Rogers and C. McIntyre regarding bar date motion. | 0.4 | 1,070.00 | 428.00 |
| 06/28/23 | McKee, Gordon | Emails with C.McIntyre regarding claims bar date related matters. | 0.3 | 1,070.00 | 321.00 |
| 06/28/23 | Rogers, Linc | Discussion with G. McKee and C. McIntyre regarding claims bar date related matters. | 0.4 | 913.00 | 365.20 |
| 06/28/23 | Rogers, Linc | Reviewing draft email correspondence from C. McIntyre regarding claims bar date motion. | 0.2 | 913.00 | 182.60 |
| 06/29/23 | McIntyre, Caitlin | Attending hearing on motions to dismiss. | 7.8 | 664.00 | 5,179.20 |
| 06/29/23 | Rogers, Linc | Email correspondence with working group regarding bar date matters. | 0.3 | 913.00 | 273.90 |
| 06/30/23 | McIntyre, Caitlin | Attending hearing on motions to dismiss. | 6.8 | 664.00 | 4,515.20 |
| 06/30/23 | McKee, Gordon | Emails with L. Rogers regarding response on Canadian talc litigation matters. | 0.2 | 1,070.00 | 214.00 |
| 06/30/23 | Rogers, Linc | Email correspondence regarding automatic stay. | 0.2 | 913.00 | 182.60 |
| 06/30/23 | Rogers, Linc | Virtually attend part of Chapter 11 dismissal motion hearing. | 3.5 | 913.00 | 3,195.50 |
| | | **Total Fees for this Matter** | | | **$ 42,118.70** |

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| McIntyre, Caitlin | CAI | 46.2 | 664.00 | 30,676.80 |
| McKee, Gordon | SGM | 1.5 | 1,070.00 | 1,605.00 |
| Rogers, Linc | LCR | 10.1 | 913.00 | 9,221.30 |



| | Invoice: | 2394581 |
|---|---|---|
| | Date: | August 15, 2023 |
| | Page: | 5 |

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| Russell, Karine | KNO | 0.8 | 675.00 | 540.00 |
| Thompson, Nancy | NAB | 0.2 | 378.00 | 75.60 |
| | Total | 58.8 | | $ 42,118.70 |

| Total Due for this Matter in Canadian Currency | $ 42,118.70  CAD |
|---|---|



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE
Please write invoice number(s) on cheque

August 17, 2023

LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ  08933
U.S.A.

| | |
|---|---|
| Invoice: | 2395070 |
| Billing Lawyer | McKee, Gordon |
| HST/GST No.: | R119396778 |
| Client: | 00028109 |
| Matter: | 000002 |
| Reference: | JJL2021019389 |

Attention:  John Kim
            Legal Counsel

**Re:  Fee and Retention Applications**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended June 30, 2023, as follows:

| | |
|---|---|
| **Total Fees** | $ 13,057.70 |
| **TOTAL DUE IN CANADIAN CURRENCY** | **$ 13,057.70  CAD** |
| *THIS INVOICE MAY BE PAID IN U.S. CURRENCY* | *$ 10,201.33  USD* |



Invoice: 2395070
Date: August 17, 2023
Page: 2

Re:   Fee and Retention Applications    (000002)

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 06/01/23 | McKee, Gordon | Emails with N. Thompson regarding US Trustee questions. | 0.3 | 1,070.00 | 321.00 |
| 06/01/23 | Rogers, Linc | Reviewing email correspondence regarding retention application and requests made by US Trustee. | 0.4 | 913.00 | 365.20 |
| 06/01/23 | Rogers, Linc | Reviewing email correspondence from N. Thompson regarding retention application. | 0.2 | 913.00 | 182.60 |
| 06/01/23 | Thompson, Nancy | Reviewing response from G. McKee regarding updates to retention information. | 0.1 | 378.00 | 37.80 |
| 06/01/23 | Thompson, Nancy | Drafting supplemental certification. | 0.6 | 378.00 | 226.80 |
| 06/01/23 | Thompson, Nancy | Revising draft responses to the US Trustee. | 0.4 | 378.00 | 151.20 |
| 06/01/23 | Thompson, Nancy | Revising draft supplemental certification. | 0.3 | 378.00 | 113.40 |
| 06/01/23 | Thompson, Nancy | Lengthy reporting e-mail message to G. McKee and L. Rogers forwarding draft responses and supplemental certification and noting additional and outstanding questions and comments. | 1.2 | 378.00 | 453.60 |
| 06/02/23 | McKee, Gordon | Emails with N. Thompson and I. Perez regarding retention application and questions of US Trustee. | 0.4 | 1,070.00 | 428.00 |
| 06/02/23 | Rogers, Linc | Email correspondence from Jones Day regarding retention related matters. | 0.2 | 913.00 | 182.60 |
| 06/02/23 | Thompson, Nancy | Revising supplemental certification and draft responses to the US Trustee to incorporate comments received from G. McKee. | 0.6 | 378.00 | 226.80 |
| 06/02/23 | Thompson, Nancy | E-mail messages to and from L. Rogers and G. McKee regarding revised supplemental certification and responses. | 0.2 | 378.00 | 75.60 |
| 06/02/23 | Thompson, Nancy | E-mail message to I. Perez forwarding draft responses and supplemental certification for review and comment. | 0.3 | 378.00 | 113.40 |
| 06/02/23 | Thompson, Nancy | E-mail messages from and to I. Perez regarding US Trustee comments. | 0.3 | 378.00 | 113.40 |
| 06/02/23 | Thompson, Nancy | Revising draft responses to indicate agreement on US Trustee requests. | 0.2 | 378.00 | 75.60 |
| 06/02/23 | Thompson, Nancy | E-mail message to G. McKee and L. Rogers forwarding further revised responses and | 0.2 | 378.00 | 75.60 |



Invoice: 2395070
Date: August 17, 2023
Page: 3

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| | | supplemental certification. | | | |
| 06/04/23 | Thompson, Nancy | Preparing retention information. | 0.3 | 378.00 | 113.40 |
| 06/04/23 | Thompson, Nancy | E-mail message to L. Rogers and G. McKee forwarding retention information and requesting instructions. | 0.1 | 378.00 | 37.80 |
| 06/05/23 | McKee, Gordon | Review retention information and emails with N. Thompson regarding certification. | 0.5 | 1,070.00 | 535.00 |
| 06/05/23 | McKee, Gordon | Emails with I. Perez regarding declaration. | 0.2 | 1,070.00 | 214.00 |
| 06/05/23 | Rogers, Linc | Email correspondence regarding retention matters. | 0.3 | 913.00 | 273.90 |
| 06/05/23 | Rogers, Linc | Discussion with N. Thompson regarding retention matters. | 0.2 | 913.00 | 182.60 |
| 06/05/23 | Thompson, Nancy | Reviewing e-mail messages from and to I. Perez and G. McKee regarding retention matters. | 0.3 | 378.00 | 113.40 |
| 06/05/23 | Thompson, Nancy | Discussion with L. Rogers regarding retention matters. | 0.3 | 378.00 | 113.40 |
| 06/06/23 | McKee, Gordon | Call with N. Thompson and I. Perez regarding US Trustee questions. | 0.4 | 1,070.00 | 428.00 |
| 06/06/23 | Rogers, Linc | Communications with N. Thompson regarding retention matters. | 0.2 | 913.00 | 182.60 |
| 06/06/23 | Rogers, Linc | Reviewing draft supplemental certification and draft reply email to US Trustee. | 0.4 | 913.00 | 365.20 |
| 06/06/23 | Thompson, Nancy | E-mail messages to and from I. Perez with follow-up questions regarding retention matters. | 0.4 | 378.00 | 151.20 |
| 06/06/23 | Thompson, Nancy | Conference call with G. McKee and I. Perez to resolve final questions regarding the responses to the US Trustee and the supplemental declaration. | 0.4 | 378.00 | 151.20 |
| 06/06/23 | Thompson, Nancy | Revising the draft responses and supplemental certification to incorporate additional comments received. | 0.6 | 378.00 | 226.80 |
| 06/06/23 | Thompson, Nancy | E-mail message to I. Perez forwarding revised responses and supplemental certification. | 0.2 | 378.00 | 75.60 |
| 06/06/23 | Thompson, Nancy | E-mail message to L. Rogers and G. McKee regarding additional comment received from I. Perez and requesting instructions. | 0.4 | 378.00 | 151.20 |



Invoice: 2395070
Date: August 17, 2023
Page: 4

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 06/07/23 | Rogers, Linc | Discussion with I. Perez regarding supplementary certification for retention application. | 0.3 | 913.00 | 273.90 |
| 06/07/23 | Rogers, Linc | Discussion with N. Thompson regarding supplementary certification. | 0.3 | 913.00 | 273.90 |
| 06/07/23 | Thompson, Nancy | Follow-up e-mail message to L. Rogers regarding status of draft responses and supplemental certification. | 0.1 | 378.00 | 37.80 |
| 06/07/23 | Thompson, Nancy | Discussion with L. Rogers regarding supplementary certification. | 0.1 | 378.00 | 37.80 |
| 06/08/23 | McKee, Gordon | Emails with N. Thompson and J. Kim regarding US Trustee questions. | 0.4 | 1,070.00 | 428.00 |
| 06/08/23 | Rogers, Linc | Email correspondence from N. Thompson. | 0.1 | 913.00 | 91.30 |
| 06/08/23 | Rogers, Linc | Finalizing supplemental certification and responses to UST questions. | 0.3 | 913.00 | 273.90 |
| 06/08/23 | Thompson, Nancy | Discussion with L. Rogers regarding discussion with I. Perez and revisions to be made to responses to US Trustee and supplemental certification. | 0.2 | 378.00 | 75.60 |
| 06/08/23 | Thompson, Nancy | Revising the draft responses and supplemental certification. | 0.6 | 378.00 | 226.80 |
| 06/08/23 | Thompson, Nancy | E-mail message to L. Rogers forwarding revised draft responses and supplemental certification and noting final items to be resolved. | 0.3 | 378.00 | 113.40 |
| 06/09/23 | McKee, Gordon | Review final draft of J. Kim declaration regarding retention. | 0.2 | 1,070.00 | 214.00 |
| 06/09/23 | Rogers, Linc | Reviewing draft cover email to US Trustee and supplemental certification. | 0.4 | 913.00 | 365.20 |
| 06/09/23 | Rogers, Linc | Discussion with N. Thomson regarding finalizing retention application. | 0.3 | 913.00 | 273.90 |
| 06/09/23 | Thompson, Nancy | Preparing final draft of e-mail message to the US Trustee incorporating responses. | 0.3 | 378.00 | 113.40 |
| 06/09/23 | Thompson, Nancy | Discussion with L. Rogers to finalize responses to US Trustee and supplemental certification. | 0.3 | 378.00 | 113.40 |
| 06/12/23 | Rogers, Linc | Reviewing revised draft order and revised supplemental certification. | 0.2 | 913.00 | 182.60 |
| 06/12/23 | Rogers, Linc | Email correspondence with N. Thompson | 0.2 | 913.00 | 182.60 |



Invoice: 2395070
Date: August 17, 2023
Page: 5

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| | | regarding supplemental certification. | | | |
| 06/12/23 | Rogers, Linc | Discussion with US Trustee regarding supplemental certification. | 0.3 | 913.00 | 273.90 |
| 06/12/23 | Thompson, Nancy | E-mail message to L. Rogers forwarding information for discussion with US Trustee. | 0.2 | 378.00 | 75.60 |
| 06/12/23 | Thompson, Nancy | Attending call with US Trustee. | 0.3 | 378.00 | 113.40 |
| 06/12/23 | Thompson, Nancy | Revising supplemental certification to reflect revision required by the US Trustee. | 0.2 | 378.00 | 75.60 |
| 06/12/23 | Thompson, Nancy | E-mail message to L. Rogers forwarding revised supplemental certification. | 0.1 | 378.00 | 37.80 |
| 06/13/23 | Rogers, Linc | Discussion with N. Thompson regarding final certification and revised form of order. | 0.2 | 913.00 | 182.60 |
| 06/13/23 | Thompson, Nancy | Revising supplemental certification to reflect comments from L. Rogers. | 0.3 | 378.00 | 113.40 |
| 06/13/23 | Thompson, Nancy | Discussion with L. Rogers regarding final supplemental certification and revised form of order. | 0.2 | 378.00 | 75.60 |
| 06/13/23 | Thompson, Nancy | E-mail message to the US Trustee forwarding the revised supplemental certification and requesting confirmation that the US Trustee has no additional concerns or comments. | 0.1 | 378.00 | 37.80 |
| 06/13/23 | Thompson, Nancy | E-mail message to I. Perez forwarding final supplemental certification and confirming no additional comments on the form of order. | 0.2 | 378.00 | 75.60 |
| 06/14/23 | Rogers, Linc | Finalizing certification regarding retention. | 0.2 | 913.00 | 182.60 |
| 06/14/23 | Thompson, Nancy | E-mail messages with I. Perez and J. Pacelli arranging for the supplemental certification and revised order to be served and filed. | 0.2 | 378.00 | 75.60 |
| 06/27/23 | McKee, Gordon | Emails with N. Thompson regarding latest fee approval application. | 0.3 | 1,070.00 | 321.00 |
| 06/27/23 | Thompson, Nancy | Drafting monthly fee statements for (i) the period April 5 to 30, 2023 and (ii) May 2023. | 1.7 | 378.00 | 642.60 |
| 06/28/23 | Rogers, Linc | Reviewing and commenting on draft fee statement. | 0.3 | 913.00 | 273.90 |
| 06/28/23 | Rogers, Linc | Discussion with N. Thompson regarding monthly fee statement. | 0.3 | 913.00 | 273.90 |
| 06/28/23 | Thompson, Nancy | Discussion with L. Rogers regarding comments on draft monthly fee statements. | 0.3 | 378.00 | 113.40 |



Invoice: 2395070
Date: August 17, 2023
Page: 6

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 06/28/23 | Thompson, Nancy | Revising monthly fee statements to incorporate comments received from L. Rogers. | 0.5 | 378.00 | 189.00 |
| 06/28/23 | Thompson, Nancy | E-mail message to M. Bales at Jones Day forwarding draft monthly fee statements for privilege review. | 0.2 | 378.00 | 75.60 |
| 06/28/23 | Thompson, Nancy | E-mail message to G. McKee and L. Rogers forwarding revised monthly fee statements for review and comment and setting out additional information required. | 0.3 | 378.00 | 113.40 |
| | | **Total Fees for this Matter** | | | **$ 13,057.70** |

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| McKee, Gordon | SGM | 2.7 | 1,070.00 | 2,889.00 |
| Rogers, Linc | LCR | 5.3 | 913.00 | 4,838.90 |
| Thompson, Nancy | NAB | 14.1 | 378.00 | 5,329.80 |
| | Total | 22.1 | | $ 13,057.70 |

Total Due for this Matter in Canadian Currency                $ 13,057.70  CAD