# Exhibit A

# ML MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13349
August 18, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**INVOICE**
**For Services Through August 11, 2023**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | | Hours |
|---|---|---|---|
| 7/1/2023 | Lamken | Review draft PI appeal brief and comments/edits. | 0.50 |
| 7/1/2023 | Lamken | Revise brief. | 1.70 |
| 7/1/2023 | Lamken | Review trial transcripts. | 1.60 |
| 7/2/2023 | Lamken | Revise PI appeal brief. | 1.90 |
| 7/2/2023 | Lamken | Review R. Hashem edits to PI brief. | 0.40 |
| 7/2/2023 | Hashem | Revise PI appeal brief. | 4.50 |
| 7/4/2023 | Lamken | Emails regarding record citations and concessions. | 0.40 |
| 7/5/2023 | Lamken | Review outline of proposed findings of fact and conclusions of law. | 0.50 |
| 7/5/2023 | Lamken | Email regarding proposed findings of fact and conclusions of law. | 0.10 |
| 7/5/2023 | Lamken | Review emails and comments regarding proposed findings of fact and conclusions of law. | 0.20 |
| 7/5/2023 | Hashem | Attend LTL weekly pre-call. | 0.50 |
| 7/5/2023 | Hashem | Attend LTL weekly committee meeting. | 1.00 |
| 7/11/2023 | Lamken | Review emails re: draft bar date motion and emails regarding procedural issues. | 0.80 |
| 7/11/2023 | Lamken | Review estimation motion and emails regarding same. | 0.50 |
| 7/11/2023 | Lamken | Review draft MTD proposed findings and conclusions. | 0.80 |
| 7/11/2023 | Rubin | Coordinate bills with P. Southern & B. Wiltgen. | 0.70 |
| 7/12/2023 | Lamken | Prepare for committee call. | 0.30 |
| 7/12/2023 | Lamken | Committee call. | 0.90 |
| 7/12/2023 | Hashem | LTL 2.0 Professionals only Pre-Call. | 0.50 |
| 7/12/2023 | Hashem | LTL 2.0 Weekly Committee Meeting. | 1.00 |
| 7/12/2023 | Hashem | Review draft findings of fact and conclusions of law. | 5.00 |
| 7/13/2023 | Rubin | Emails with B. Wiltgen & R. Hashem re LEDES files. | 0.20 |

MoloLamken LLP

| 7/13/2023 | Hashem | Review draft findings of fact and conclusions of law. | 5.00 |
|---|---|---|---|
| 7/14/2023 | Lamken | Review Proposed Findings of Facts and Conclusions of Law and hearing transcript. | 3.10 |
| 7/16/2023 | Hashem | Review draft findings of fact and conclusions of law. | 3.00 |
| 7/17/2023 | Hashem | Review and edit draft findings of fact and conclusions of law. | 6.80 |
| 7/18/2023 | Lamken | Edit proposed Findings/Conclusions (including review and revision of R. Hashem proposed edits). | 3.60 |
| 7/18/2023 | Lamken | Emails on Valadez verdict. | 0.10 |
| 7/19/2023 | Lamken | Review LTL 2.0 Solicitation and correspondence regarding same. | 0.10 |
| 7/19/2023 | Hashem | LTL 2.0 Professionals only Pre-Call. | 0.50 |
| 7/19/2023 | Hashem | LTL 2.0 Weekly Committee Meeting. | 1.00 |
| 7/20/2023 | Lamken | Review LTL's proposed findings and conclusions. | 0.80 |
| 7/20/2023 | Lamken | Review emails regarding same. | 0.10 |
| 7/20/2023 | Rubin | Emails with B. Wiltgen, R. Hashem, & J. Markowitz re June fee statement. | 0.20 |
| 7/25/2023 | Rubin | Email to B. Wiltgen re fee statement preparations. | 0.70 |
| 7/26/2023 | Lamken | Professionals pre-call. | 0.40 |
| 7/26/2023 | Lamken | Committee call. | 1.00 |
| 7/26/2023 | Lamken | Follow up with team regarding potential stay motion, opposition, and certification issues. | 0.60 |
| 7/26/2023 | Lamken | Emails with R. Hashem re: Aearo. | 0.10 |
| 7/26/2023 | Rubin | Prepare June 2023 fee application. | 0.20 |
| 7/26/2023 | Hashem | LTL 2.0 Professionals only Pre-Call. | 0.50 |
| 7/26/2023 | Hashem | LTL 2.0 Weekly Committee Meeting. | 1.00 |
| 7/26/2023 | Hashem | Correspondence with J. Lamken re: Aearo. | 0.20 |
| 7/27/2023 | Lamken | Review draft skeleton for certification for direct appeal. | 0.30 |
| 7/27/2023 | Rubin | Prepare June 2023 fee statement. | 0.70 |
| 7/27/2023 | Rubin | Conference with R. Hashem re case management. | 0.20 |
| 7/28/2023 | Sokoloff | Review order on motion to dismiss. | 0.40 |
| 7/28/2023 | Sokoloff | Telephone conference with case team re: next steps following decision on motion to dismiss. | 0.70 |
| 7/28/2023 | Lamken | Call re: next appeal in anticipation of bankruptcy decision. | 0.70 |
| 7/28/2023 | Lamken | Call re: dismissal decision and next steps. | 0.60 |
| 7/28/2023 | Lamken | Review decision. | 1.80 |
| 7/28/2023 | Lamken | Review emails on decision and appeal issues. | 0.70 |
| 7/28/2023 | Walker | Review dismissal opinion. | 0.80 |
| 7/28/2023 | Walker | Phone conference with team re: appeal strategy. | 0.70 |
| 7/28/2023 | Rubin | Communicate re appeal with R. Hashem. | 0.10 |
| 7/28/2023 | Rubin | Coordinate fee application with R. Hashem. | 0.20 |
| 7/28/2023 | Rubin | Appeal strategy & planning call with J. Lamken, R. Hashem, L. Walker, E. Sokoloff, & C. Martinez. | 0.70 |
| 7/28/2023 | Rubin | Attend committee & professionals call. | 0.30 |

MoloLamken LLP

| | | | |
|---|---|---|---|
| 7/28/2023 | Rubin | Review motion to dismiss order. | 0.40 |
| 7/28/2023 | Hashem | Call re: next steps. | 1.00 |
| 7/28/2023 | Hashem | Work on appeal brief outline. | 6.60 |
| 7/28/2023 | Hashem | Review opinion on motion to dismiss. | 1.00 |
| 7/28/2023 | Hashem | Correspondence with J. Lamken, L. Walker and E. Sokoloff re: motion to dismiss. | 0.50 |
| 7/29/2023 | Sokoloff | Further review order on motion to dismiss. | 0.40 |
| 7/29/2023 | Lamken | Email to appellate team regarding dismissal decision and strategy in connection with potential appeal. | 0.40 |
| 7/29/2023 | Lamken | Strategy call re: appeal, order, potential stay request. | 1.10 |
| 7/29/2023 | Lamken | Emails with R. Hashem regarding draft dismissal order and post-dismissal issues. | 0.30 |
| 7/29/2023 | Rubin | Draft stay opposition background. | 2.80 |
| 7/29/2023 | Hashem | Professional post-opinion call. | 1.00 |
| 7/29/2023 | Hashem | Correspondence with J. Lamken re: motion to stay. | 0.50 |
| 7/29/2023 | Hashem | Correspondence with N. Rubin re: motion to stay. | 0.20 |
| 7/29/2023 | Hashem | Work on opposition to motion to stay. | 3.50 |
| 7/30/2023 | Lamken | Review and comment on draft dismissal order; emails with R. Hashem regarding potential stay motion and responses. | 0.40 |
| 7/30/2023 | Hashem | Work on opposition to motion to stay. | 4.00 |
| 7/30/2023 | Hashem | Review materials re: opposition to motion to stay from J. Massey. | 0.80 |
| 7/31/2023 | Rubin | Draft stay opposition. | 7.80 |
| 7/31/2023 | Rubin | Finalize and file June 2023 fee application. | 0.20 |
| 7/31/2023 | Hashem | Professional post-opinion call. | 1.00 |
| 7/31/2023 | Hashem | Work on opposition to motion to stay. | 8.40 |
| 8/1/2023 | Lamken | Emails regarding content of dismissal order and refiling prohibition. | 0.20 |
| 8/1/2023 | Lamken | Review memorandum regarding same. | 0.30 |
| 8/1/2023 | Rubin | Collaborate with R. Hashem & E. Sokoloff re LTL post dismissal-order issues. | 0.50 |
| 8/1/2023 | Hashem | Work on opposition to motion to stay. | 7.40 |
| 8/2/2023 | Sokoloff | Draft stay opposition. | 2.10 |
| 8/2/2023 | Rubin | Emails to R. Hashem re post-dismissal issues. | 0.20 |
| 8/2/2023 | Hashem | Correspondence with J. Lamken and E. Sokoloff re: stay motion. | 0.30 |
| 8/2/2023 | Hashem | Review MTD trial materials. | 3.00 |
| 8/2/2023 | Hashem | Work on stay opposition. | 9.50 |
| 8/3/2023 | Sokoloff | Revise draft opposition to stay motion. | 4.00 |
| 8/3/2023 | Lamken | Committee call. | 0.80 |
| 8/3/2023 | Lamken | Professionals pre-call re: post-dismissal issues. | 0.20 |
| 8/3/2023 | Lamken | Review Debtor's proposed dismissal order and markup of TCC proposal. | 0.20 |
| 8/3/2023 | Lamken | Work on revised opposition to motion to stay (sans Parts B-C). | 3.70 |
| 8/3/2023 | Rubin | Email to R. Hashem re post-dismissal issues. | 0.10 |

MoloLamken LLP                                                                                                    Page: 4

| 8/3/2023 | Rubin | Fact research re: 2021 Funding Agreement. | 0.50 |
|---|---|---|---|
| 8/3/2023 | Rubin | Attend committee call. | 0.80 |
| 8/3/2023 | Rubin | Professionals' post-dismissal call. | 0.20 |
| 8/3/2023 | Hashem | Participate in weekly committee. | 1.00 |
| 8/3/2023 | Hashem | Correspondence with N. Rubin re: stay opposition. | 0.40 |
| 8/3/2023 | Hashem | Correspondence with E. Sokoloff re: stay opposition. | 0.30 |
| 8/3/2023 | Hashem | Revise stay opposition background. | 3.80 |
| 8/3/2023 | Hashem | Work on stay opposition. | 10.50 |
| 8/3/2023 | Hashem | Conference re: dismissal. | 1.00 |
| 8/4/2023 | Sokoloff | Further revisions to stay opposition. | 1.60 |
| 8/4/2023 | Lamken | Work on revised opposition to motion to stay (Parts B-C). | 2.40 |
| 8/4/2023 | Lamken | Final edits to draft opposition to stay motion. | 1.30 |
| 8/4/2023 | Lamken | Draft cover note to appellate work team regarding draft and transmit same. | 0.20 |
| 8/4/2023 | Lamken | Review J. Massey proposed revisions to stay opposition. | 1.10 |
| 8/4/2023 | Lamken | Discuss proposed revisions with R. Hashem. | 0.40 |
| 8/4/2023 | Rubin | Revise stay opposition in preparation to send to client. | 2.90 |
| 8/4/2023 | Hashem | Work on stay opposition. | 9.80 |
| 8/4/2023 | Hashem | Conference with J. Lamken re: stay opposition. | 0.40 |
| 8/4/2023 | Hashem | Correspondence with E. Sokoloff re: stay opposition. | 0.20 |
| 8/4/2023 | Hashem | Revise stay opposition. | 3.70 |
| 8/4/2023 | Hashem | Correspondence with N. Rubin re: stay opposition. | 0.20 |
| 8/4/2023 | Hashem | Phone conferences with J. Lamken re: co-counsel revisions to stay opposition. | 0.60 |
| 8/4/2023 | Hashem | Revise stay opposition. | 5.20 |
| 8/5/2023 | Lamken | Further edits to draft. | 2.90 |
| 8/5/2023 | Lamken | Draft cover note and circulate to broader team. | 0.20 |
| 8/5/2023 | Hashem | Revise stay opposition. | 2.00 |
| 8/5/2023 | Hashem | Further revisions and proof of stay opposition. | 1.60 |
| 8/6/2023 | Lamken | Emails regarding proper disposition of pending district court appeals. | 0.20 |
| 8/6/2023 | Lamken | Review proposed revisions to stay opposition. | 0.40 |
| 8/6/2023 | Rubin | Revise draft stay opposition. | 1.00 |
| 8/6/2023 | Hashem | Correspondence with N. Rubin re: finalizing stay opposition. | 0.30 |
| 8/6/2023 | Hashem | Conference with J. Lamken re: stay opposition finalization. | 0.20 |
| 8/7/2023 | Rubin | Coordinate cite check with J. Morgan. | 0.50 |
| 8/7/2023 | Rubin | Input J. Morgan cite check. | 0.20 |
| 8/7/2023 | Hashem | Correspondence with J. Lamken and E. Sokoloff re: stay opposition. | 0.60 |
| 8/7/2023 | Hashem | Check and review docket filings. | 1.20 |
| 8/7/2023 | Hashem | Correspondence with co-counsel re: finalizing stay opposition. | 0.30 |
| 8/8/2023 | Martinez | Confer with R. Hashem and N. Rubin on legal research in preparation | 0.50 |

MoloLamken LLP                                                                                                           Page: 5

| | | | |
|---|---|---|---:|
| | | for dismissal of second bankruptcy. | |
| 8/8/2023 | Martinez | Conduct legal research in preparation for dismissal of second bankruptcy. | 1.70 |
| 8/8/2023 | Sokoloff | Telephone conference with R. Hashem re: further research items. | 0.10 |
| 8/8/2023 | Lamken | Emails with R. Hashem, et al., re: next steps. | 0.20 |
| 8/8/2023 | Rubin | Conference with R. Hashem & C. Martinez re fiduciary duty issues. | 0.60 |
| 8/8/2023 | Rubin | Legal research re fiduciary duty issues. | 4.30 |
| 8/8/2023 | Hashem | Correspondence with J. Lamken, N. Rubin, and C. Martinez re: next steps. | 0.50 |
| 8/8/2023 | Hashem | Research next steps. | 7.10 |
| 8/9/2023 | Lamken | Weekly committee meeting. | 0.80 |
| 8/9/2023 | Lamken | Call with co-counsel regarding outlines and next steps. | 0.60 |
| 8/9/2023 | Rubin | Update case file. | 0.70 |
| 8/9/2023 | Rubin | Review dismissal memo. | 0.30 |
| 8/9/2023 | Hashem | Work on memo re: next steps. | 5.50 |
| 8/9/2023 | Hashem | Phone conference with co-counsel re: next steps. | 0.60 |
| 8/9/2023 | Hashem | Participate in weekly committee meeting. | 1.00 |
| 8/11/2023 | Rubin | Coordinate July fee application with R. Hashem & B. Wiltgen. | 0.40 |

|  |  |
|---|---:|
| Total Hours | 221.70 |
| Total Fees | $243,618.50 |

### Timekeeper Summary

| | | |
|---|---|---:|
| Rayiner I. Hashem | 137.20 hours at $975.00/hr | $133,770.00 |
| Jeffrey Lamken | 42.90 hours at $1,750.00/hr | $75,075.00 |
| Catherine Martinez | 2.20 hours at $775.00/hr | $1,705.00 |
| Nathaniel Rubin | 28.60 hours at $775.00/hr | $22,165.00 |
| Eugene Sokoloff | 9.30 hours at $995.00/hr | $9,253.50 |
| Lucas Walker | 1.50 hours at $1,100.00/hr | $1,650.00 |

### Expenses

| Date | | Units |
|---|---|---:|
| 5/17/2023 | Mandamus Petition Printing & Reproduction. | $14,688.26 |
| | Total Costs | 14688.26 |

### Summary

| | |
|---|---:|
| Fees: | $243,618.50 |
| Expenses: | $14,688.26 |
| Total Current Billing: | $258,306.76 |
| Current Fee Amt To be Pd by Debtor (80%): | $194,894.80 |

MoloLamken LLP

| | |
|---|---|
| Current Holdback Amount (20%): | $48,723.70 |
| Previous Balance Due: | $0.00 |
| **Total Amount Due:** | **$209,583.06** |

MoloLamken LLP                                                                    Page: 7

# MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

                                                                    Invoice No. 13349
                                                                    August 18, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
    for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through August 11, 2023**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---:|
| Fees: | $243,618.50 |
| Expenses: | $14,688.26 |
| Total Current Billing: | $258,306.76 |
| Current Fee Amt To be Pd by Debtor (80%): | $194,894.80 |
| Current Holdback Amount (20%): | $48,723.70 |
| Previous Balance Due: | $0.00 |
| **Total Now Due:** | **$209,583.06** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info Signature Bank | Bank info Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ▮▮▮▮▮ | Account Number: ▮▮▮▮▮ |
| | International SWIFT: ▮▮▮▮▮ |

# Exhibit B

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|-----|------|-----|------|------|------|------|------|
| **Matter ID: 2023-002** | | | | | | | | | |
| 07/01/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review draft PI appeal brief and comments/edits | | T L500 | 0.50 | 1,750.00 | 875.00 | 0.00 | 875.00 |
| 07/01/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise brief | | T L500 | 1.70 | 1,750.00 | 2,975.00 | 0.00 | 2,975.00 |
| 07/01/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review trial transcripts | | T L500 | 1.60 | 1,750.00 | 2,800.00 | 0.00 | 2,800.00 |
| 07/02/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise PI appeal brief | | T L520 | 4.50 | 975.00 | 4,387.50 | 0.00 | 4,387.50 |
| 07/02/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise PI appeal brief | | T L500 | 1.90 | 1,750.00 | 3,325.00 | 0.00 | 3,325.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|---------------|-----------|
| 07/02/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review R. Hashem edits to PI brief | | T L500 | 0.40 | 1,750.00 | 700.00 | 0.00 | 700.00 |
| 07/04/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails regarding record citations and concessions | | T L500 | 0.40 | 1,750.00 | 700.00 | 0.00 | 700.00 |
| 07/05/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Attend LTL weekly pre-call. | | T L430 | 0.50 | 975.00 | 487.50 | 0.00 | 487.50 |
| 07/05/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Attend LTL weekly committee meeting. | | T L430 | 1.00 | 975.00 | 975.00 | 0.00 | 975.00 |

Statement number 13349 and fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 07/05/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review outline of proposed findings of fact and conclusions of law | | T L430 | 0.50 | 1,750.00 | 875.00 | 0.00 | 875.00 |
| 07/05/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Email regarding proposed findings of fact and conclusions of law. | | T L430 | 0.10 | 1,750.00 | 175.00 | 0.00 | 175.00 |
| 07/05/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review emails and comments regarding proposed findings of fact and conclusions of law, | | T L430 | 0.20 | 1,750.00 | 350.00 | 0.00 | 350.00 |
| 07/11/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Coordinate bills with P. Southern & B. Wiltgen. | | T B160 | 0.70 | 775.00 | 542.50 | 0.00 | 542.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|------|
| 07/11/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Review emails re: draft bar date motion and emails regarding procedural issues | | T L430 | 0.80 | 1,750.00 | 1,400.00 | 0.00 | 1,400.00 |
| 07/11/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Review estimation motion and emails regarding same | | T L430 | 0.50 | 1,750.00 | 875.00 | 0.00 | 875.00 |
| 07/11/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Review draft MTD proposed findings and conclusions | | T L430 | 0.80 | 1,750.00 | 1,400.00 | 0.00 | 1,400.00 |
| 07/12/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  LTL 2.0 Professionals only Pre-Call | | T L430 | 0.50 | 975.00 | 487.50 | 0.00 | 487.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|------|
| 07/12/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II LTL 2.0 Weekly Committee Meeting | | T L430 | 1.00 | 975.00 | 975.00 | 0.00 | 975.00 |
| 07/12/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review draft findings of fact and conclusions of law | | T L430 | 5.00 | 975.00 | 4,875.00 | 0.00 | 4,875.00 |
| 07/12/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Prepare for committee call | | T L430 | 0.30 | 1,750.00 | 525.00 | 0.00 | 525.00 |
| 07/12/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Committee call | | T L430 | 0.90 | 1,750.00 | 1,575.00 | 0.00 | 1,575.00 |
| 07/13/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails with B. Wiltgen & R. Hashem re LEDES files. | | T B160 | 0.20 | 775.00 | 155.00 | 0.00 | 155.00 |

Statement number 13349 and fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 07/13/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review draft findings of fact and conclusions of law | | T L430 | 5.00 | 975.00 | 4,875.00 | 0.00 | 4,875.00 |
| 07/14/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review Proposed Findings of Facts and Conclusions of Law and hearing transcript | | T L430 | 3.10 | 1,750.00 | 5,425.00 | 0.00 | 5,425.00 |
| 07/16/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review draft findings of fact and conclusions of law | | T L430 | 3.00 | 975.00 | 2,925.00 | 0.00 | 2,925.00 |
| 07/17/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review and edit draft findings of fact and conclusions of law | | T L430 | 6.80 | 975.00 | 6,630.00 | 0.00 | 6,630.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 07/18/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Edit proposed Findings/Conclusions (including review and revision of R. Hashem proposed edits) | | T L430 | 3.60 | 1,750.00 | 6,300.00 | 0.00 | 6,300.00 |
| 07/18/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails on Valadez verdict | | T L430 | 0.10 | 1,750.00 | 175.00 | 0.00 | 175.00 |
| 07/19/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II LTL 2.0 Professionals only Pre-Call | | T L430 | 0.50 | 975.00 | 487.50 | 0.00 | 487.50 |
| 07/19/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II LTL 2.0 Weekly Committee Meeting | | T L430 | 1.00 | 975.00 | 975.00 | 0.00 | 975.00 |

Statement number 13349 and fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|-----|-----|-----|-----|-----|-----|-----|-----|
| 07/19/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Review LTL 2.0 Solicitation and correspondence regarding same | | T L430 | 0.10 | 1,750.00 | 175.00 | 0.00 | 175.00 |
| 07/20/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails with B. Wiltgen, R. Hashem, & J. Markowitz re June fee statement. | | T B160 | 0.20 | 775.00 | 155.00 | 0.00 | 155.00 |
| 07/20/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Review LTL's proposed findings and conclusions | | T L430 | 0.80 | 1,750.00 | 1,400.00 | 0.00 | 1,400.00 |
| 07/20/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Review emails regarding same | | T L430 | 0.10 | 1,750.00 | 175.00 | 0.00 | 175.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|---------------|-----------|
| 07/25/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Email to B. Wiltgen re fee statement preparations. | | T B160 | 0.70 | 775.00 | 542.50 | 0.00 | 542.50 |
| 07/26/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Prepare June 2023 fee application. | | T B160 | 0.20 | 775.00 | 155.00 | 0.00 | 155.00 |
| 07/26/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  LTL 2.0 Professionals only Pre-Call | | T L430 | 0.50 | 975.00 | 487.50 | 0.00 | 487.50 |
| 07/26/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  LTL 2.0 Weekly Committee Meeting | | T L430 | 1.00 | 975.00 | 975.00 | 0.00 | 975.00 |

Statement number 13349 and fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|-----|-----|-----|-----|-----|-----|-----|-----|
| 07/26/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Correspondence with J. Lamken re: Aearo | | T L430 | 0.20 | 975.00 | 195.00 | 0.00 | 195.00 |
| 07/26/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Professionals pre-call | | T L430 | 0.40 | 1,750.00 | 700.00 | 0.00 | 700.00 |
| 07/26/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Committee call | | T L430 | 1.00 | 1,750.00 | 1,750.00 | 0.00 | 1,750.00 |
| 07/26/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Follow up with team regarding potential stay motion, opposition, and certification issues | | T L500 | 0.60 | 1,750.00 | 1,050.00 | 0.00 | 1,050.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|---------------|-----------|
| 07/26/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails with R. Hashem re: Aearo | | T L500 | 0.10 | 1,750.00 | 175.00 | 0.00 | 175.00 |
| 07/27/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Prepare June 2023 fee statement. | | T B160 | 0.70 | 775.00 | 542.50 | 0.00 | 542.50 |
| 07/27/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Conference with R. Hashem re case management. | | T L500 | 0.20 | 775.00 | 155.00 | 0.00 | 155.00 |
| 07/27/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Review draft skeleton for certification for direct appeal | | T L500 | 0.30 | 1,750.00 | 525.00 | 0.00 | 525.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 07/28/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Communicate re appeal with R. Hashem. | | T<br>L500 | 0.10 | 775.00 | 77.50 | 0.00 | 77.50 |
| 07/28/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate fee application with R. Hashem. | | T<br>B160 | 0.20 | 775.00 | 155.00 | 0.00 | 155.00 |
| 07/28/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Appeal strategy & planning call with J. Lamken, R. Hashem, L. Walker, E. Sokoloff, & C. Martinez. | | T<br>L500 | 0.70 | 775.00 | 542.50 | 0.00 | 542.50 |
| 07/28/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review dismissal opinion. | | T<br>L500 | 0.80 | 1,100.00 | 880.00 | 0.00 | 880.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|------|
| 07/28/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Attend committee & professionals call. | | T<br>L500 | 0.30 | 775.00 | 232.50 | 0.00 | 232.50 |
| 07/28/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review motion to dismiss order. | | T<br>L500 | 0.40 | 775.00 | 310.00 | 0.00 | 310.00 |
| 07/28/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review order on motion to dismiss. | | T<br>L500 | 0.40 | 995.00 | 398.00 | 0.00 | 398.00 |
| 07/28/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Telephone conference with case team re: next steps following decision on motion to dismiss. | | T<br>L500 | 0.70 | 995.00 | 696.50 | 0.00 | 696.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value | Write<br>Up/Down | Ext.<br>Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 07/28/2023 | RIH | 2023-002/ Official<br>Committee of Talc<br>Claimants<br>LTL Management / J&J<br>Bankruptcy II<br>Call re: next steps | | T<br>L500 | 1.00 | 975.00 | 975.00 | 0.00 | 975.00 |
| 07/28/2023 | RIH | 2023-002/ Official<br>Committee of Talc<br>Claimants<br>LTL Management / J&J<br>Bankruptcy II<br>Work on appeal brief<br>outline. | | T<br>L500 | 6.60 | 975.00 | 6,435.00 | 0.00 | 6,435.00 |
| 07/28/2023 | RIH | 2023-002/ Official<br>Committee of Talc<br>Claimants<br>LTL Management / J&J<br>Bankruptcy II<br>Review opinion on motion<br>to dismiss. | | T<br>L500 | 1.00 | 975.00 | 975.00 | 0.00 | 975.00 |
| 07/28/2023 | RIH | 2023-002/ Official<br>Committee of Talc<br>Claimants<br>LTL Management / J&J<br>Bankruptcy II<br>Correspondence with J.<br>Lamken, L. Walker and E.<br>Sokoloff re: motion to<br>dismiss. | | T<br>L500 | 0.50 | 975.00 | 487.50 | 0.00 | 487.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 07/28/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Call re: next appeal in anticipation of bankruptcy decision | | T L500 | 0.70 | 1,750.00 | 1,225.00 | 0.00 | 1,225.00 |
| 07/28/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Call re: dismissal decision and next steps | | T L500 | 0.60 | 1,750.00 | 1,050.00 | 0.00 | 1,050.00 |
| 07/28/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review decision | | T L500 | 1.80 | 1,750.00 | 3,150.00 | 0.00 | 3,150.00 |
| 07/28/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review emails on decision and appeal issues. | | T L500 | 0.70 | 1,750.00 | 1,225.00 | 0.00 | 1,225.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value | Write<br>Up/Down | Ext.<br>Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 07/28/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conference with team re: appeal strategy | | T<br>L500 | 0.70 | 1,100.00 | 770.00 | 0.00 | 770.00 |
| 07/29/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft stay opposition background. | | T<br>L430 | 2.80 | 775.00 | 2,170.00 | 0.00 | 2,170.00 |
| 07/29/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Professional post-opinion call | | T<br>L500 | 1.00 | 975.00 | 975.00 | 0.00 | 975.00 |
| 07/29/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Further review order on motion to dismiss. | | T<br>L430 | 0.40 | 995.00 | 398.00 | 0.00 | 398.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 07/29/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Correspondence with J. Lamken re: motion to stay. | | T L430 | 0.50 | 975.00 | 487.50 | 0.00 | 487.50 |
| 07/29/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Correspondence with N. Rubin re: motion to stay. | | T L430 | 0.20 | 975.00 | 195.00 | 0.00 | 195.00 |
| 07/29/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Work on opposition to motion to stay. | | T L430 | 3.50 | 975.00 | 3,412.50 | 0.00 | 3,412.50 |
| 07/29/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Email to appellate team regarding dismissal decision and strategy in connection with potential appeal | | T L500 | 0.40 | 1,750.00 | 700.00 | 0.00 | 700.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|---------------|-----------|
| 07/29/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Strategy call re: appeal, order, potential stay request | | T L430 | 1.10 | 1,750.00 | 1,925.00 | 0.00 | 1,925.00 |
| 07/29/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails with R. Hashem regarding draft dismissal order and post-dismissal issues | | T L500 | 0.30 | 1,750.00 | 525.00 | 0.00 | 525.00 |
| 07/30/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Work on opposition to motion to stay. | | T L430 | 4.00 | 975.00 | 3,900.00 | 0.00 | 3,900.00 |
| 07/30/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review materials re: opposition to motion to stay from J. Massey | | T L430 | 0.80 | 975.00 | 780.00 | 0.00 | 780.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|------|
| 07/30/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Review and comment on draft dismissal order; emails with R. Hashem regarding potential stay motion and responses. | | T L500 | 0.40 | 1,750.00 | 700.00 | 0.00 | 700.00 |
| 07/31/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Professional post-opinion call | | T L500 | 1.00 | 975.00 | 975.00 | 0.00 | 975.00 |
| 07/31/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Draft stay opposition. | | T L430 | 7.80 | 775.00 | 6,045.00 | 0.00 | 6,045.00 |
| 07/31/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Finalize and file June 2023 fee application. | | T B160 | 0.20 | 775.00 | 155.00 | 0.00 | 155.00 |

Statement number 13349 and fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|------|
| 07/31/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Work on opposition to motion to stay | | T L430 | 8.40 | 975.00 | 8,190.00 | 0.00 | 8,190.00 |
| 08/01/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Collaborate with R. Hashem & E. Sokoloff re LTL post dismissal-order issues. | | T L430 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |
| 08/01/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Work on opposition to motion to stay. | | T L430 | 7.40 | 975.00 | 7,215.00 | 0.00 | 7,215.00 |
| 08/01/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails regarding content of dismissal order and refiling prohibition | | T L430 | 0.20 | 1,750.00 | 350.00 | 0.00 | 350.00 |

Statement number 13349 and fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 08/01/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Review memorandum regarding same | | T L430 | 0.30 | 1,750.00 | 525.00 | 0.00 | 525.00 |
| 08/02/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails to R. Hashem re post-dismissal issues. | | T L430 | 0.20 | 775.00 | 155.00 | 0.00 | 155.00 |
| 08/02/2023 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Draft stay opposition. | | T L430 | 2.10 | 995.00 | 2,089.50 | 0.00 | 2,089.50 |
| 08/02/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Correspondence with J. Lamken and E. Sokoloff re: stay motion | | T L430 | 0.30 | 975.00 | 292.50 | 0.00 | 292.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 08/02/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Review MTD trial materials | | T L430 | 3.00 | 975.00 | 2,925.00 | 0.00 | 2,925.00 |
| 08/02/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Work on stay opposition | | T L430 | 9.50 | 975.00 | 9,262.50 | 0.00 | 9,262.50 |
| 08/03/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Email to R. Hashem re post-dismissal issues. | | T L430 | 0.10 | 775.00 | 77.50 | 0.00 | 77.50 |
| 08/03/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Fact research re: 2021 Funding Agreement. | | T L430 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |
| 08/03/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Attend committee call. | | T L430 | 0.80 | 775.00 | 620.00 | 0.00 | 620.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|-----|------|------|------|------|------|------|------|
| 08/03/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Professionals' post-dismissal call. | | T L430 | 0.20 | 775.00 | 155.00 | 0.00 | 155.00 |
| 08/03/2023 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise draft opposition to stay motion. | | T L430 | 4.00 | 995.00 | 3,980.00 | 0.00 | 3,980.00 |
| 08/03/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Participate in weekly committee | | T L430 | 1.00 | 975.00 | 975.00 | 0.00 | 975.00 |
| 08/03/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Correspondence with N. Rubin re: stay opposition | | T L430 | 0.40 | 975.00 | 390.00 | 0.00 | 390.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|---------------|-----------|
| 08/03/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with E. Sokoloff re: stay opposition | | T<br>L430 | 0.30 | 975.00 | 292.50 | 0.00 | 292.50 |
| 08/03/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise stay opposition background | | T<br>L430 | 3.80 | 975.00 | 3,705.00 | 0.00 | 3,705.00 |
| 08/03/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Work on stay opposition | | T<br>L430 | 10.50 | 975.00 | 10,237.50 | 0.00 | 10,237.50 |
| 08/03/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Conference re: dismissal | | T<br>L430 | 1.00 | 975.00 | 975.00 | 0.00 | 975.00 |
| 08/03/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Committee call | | T<br>L500 | 0.80 | 1,750.00 | 1,400.00 | 0.00 | 1,400.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 08/03/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Professionals pre-call re: post-dismissal issues | | T L500 | 0.20 | 1,750.00 | 350.00 | 0.00 | 350.00 |
| 08/03/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review Debtor's proposed dismissal order and markup of TCC proposal | | T L430 | 0.20 | 1,750.00 | 350.00 | 0.00 | 350.00 |
| 08/03/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Work on revised opposition to motion to stay (sans Parts B-C) | | T L430 | 3.70 | 1,750.00 | 6,475.00 | 0.00 | 6,475.00 |
| 08/04/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise stay opposition in preparation to send to client. | | T L430 | 2.90 | 775.00 | 2,247.50 | 0.00 | 2,247.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Further revisions to stay opposition. | | T L430 | 1.60 | 995.00 | 1,592.00 | 0.00 | 1,592.00 |
| 08/04/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Work on stay opposition | | T L430 | 9.80 | 975.00 | 9,555.00 | 0.00 | 9,555.00 |
| 08/04/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Conference with J. Lamken re: stay opposition | | T L430 | 0.40 | 975.00 | 390.00 | 0.00 | 390.00 |
| 08/04/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Correspondence with E. Sokoloff re: stay opposition | | T L430 | 0.20 | 975.00 | 195.00 | 0.00 | 195.00 |
| 08/04/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise stay opposition | | T L430 | 3.70 | 975.00 | 3,607.50 | 0.00 | 3,607.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value | Write<br>Up/Down | Ext.<br>Amt. |
|------|------|----------------------------------------------------------|------------------|------------------------|-------|-------|-------|------------------|--------------|
| 08/04/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with N. Rubin re: stay opposition | | T<br>L430 | 0.20 | 975.00 | 195.00 | 0.00 | 195.00 |
| 08/04/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conferences with J. Lamken re: co-counsel revisions to stay opposition | | T<br>L430 | 0.60 | 975.00 | 585.00 | 0.00 | 585.00 |
| 08/04/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise stay opposition | | T<br>L430 | 5.20 | 975.00 | 5,070.00 | 0.00 | 5,070.00 |
| 08/04/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Work on revised opposition to motion to stay (Parts B-C) | | T<br>L430 | 2.40 | 1,750.00 | 4,200.00 | 0.00 | 4,200.00 |

Statement number 13349 and fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Final edits to draft opposition to stay motion | | T L430 | 1.30 | 1,750.00 | 2,275.00 | 0.00 | 2,275.00 |
| 08/04/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Draft cover note to appellate work team regarding draft and transmit same | | T L500 | 0.20 | 1,750.00 | 350.00 | 0.00 | 350.00 |
| 08/04/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Review J. Massey proposed revisions to stay opposition. | | T L430 | 1.10 | 1,750.00 | 1,925.00 | 0.00 | 1,925.00 |
| 08/04/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Discuss proposed revisions with R. Hashem | | T L430 | 0.40 | 1,750.00 | 700.00 | 0.00 | 700.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|--------------------------------------------------|---------------|---------------------|-------|-------|-------|---------------|-----------|
| 08/05/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Revise stay opposition | | T L430 | 2.00 | 975.00 | 1,950.00 | 0.00 | 1,950.00 |
| 08/05/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Further revisions and proof of stay opposition | | T L430 | 1.60 | 975.00 | 1,560.00 | 0.00 | 1,560.00 |
| 08/05/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Further edits to draft | | T L430 | 2.90 | 1,750.00 | 5,075.00 | 0.00 | 5,075.00 |
| 08/05/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Draft cover note and circulate to broader team | | T L430 | 0.20 | 1,750.00 | 350.00 | 0.00 | 350.00 |
| 08/06/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise draft stay opposition. | | T L430 | 1.00 | 775.00 | 775.00 | 0.00 | 775.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 08/06/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Correspondence with N. Rubin re: finalizing stay opposition | | T L430 | 0.30 | 975.00 | 292.50 | 0.00 | 292.50 |
| 08/06/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Conference with J. Lamken re: stay opposition finalization | | T L430 | 0.20 | 975.00 | 195.00 | 0.00 | 195.00 |
| 08/06/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Emails regarding proper disposition of pending district court appeals | | T L500 | 0.20 | 1,750.00 | 350.00 | 0.00 | 350.00 |
| 08/06/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Review proposed revisions to stay opposition | | T L430 | 0.40 | 1,750.00 | 700.00 | 0.00 | 700.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value | Write<br>Up/Down | Ext.<br>Amt. |
|------|------|------|------|------|-------|-------|-------|------|------|
| 08/07/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate cite check with J. Morgan. | | T<br>L430 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |
| 08/07/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Input J. Morgan cite check. | | T<br>L430 | 0.20 | 775.00 | 155.00 | 0.00 | 155.00 |
| 08/07/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Correspondence with J. Lamken and E. Sokoloff re: stay opposition | | T<br>L430 | 0.60 | 975.00 | 585.00 | 0.00 | 585.00 |
| 08/07/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Check and review docket filings | | T<br>L430 | 1.20 | 975.00 | 1,170.00 | 0.00 | 1,170.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|---------------|-----------|
| 08/07/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Correspondence with co-counsel re: finalizing stay opposition | | T L430 | 0.30 | 975.00 | 292.50 | 0.00 | 292.50 |
| 08/08/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Conference with R. Hashem & C. Martinez re fiduciary duty issues. | | T L500 | 0.60 | 775.00 | 465.00 | 0.00 | 465.00 |
| 08/08/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Legal research re fiduciary duty issues. | | T L500 | 4.30 | 775.00 | 3,332.50 | 0.00 | 3,332.50 |
| 08/08/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Telephone conference with R. Hashem re: further research items. | | T L500 | 0.10 | 995.00 | 99.50 | 0.00 | 99.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | CM | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Confer with R. Hashem and N. Rubin on legal research in preparation for dismissal of second bankruptcy. | | T L500 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |
| 08/08/2023 | CM | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Conduct legal research in preparation for dismissal of second bankruptcy. | | T L500 | 1.70 | 775.00 | 1,317.50 | 0.00 | 1,317.50 |
| 08/08/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Correspondence with J. Lamken, N. Rubin, and C. Martinez re: next steps | | T L500 | 0.50 | 975.00 | 487.50 | 0.00 | 487.50 |
| 08/08/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Research next steps | | T L500 | 7.10 | 975.00 | 6,922.50 | 0.00 | 6,922.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|------|
| 08/08/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Emails with R. Hashem, et al., re: next steps | | T L500 | 0.20 | 1,750.00 | 350.00 | 0.00 | 350.00 |
| 08/09/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Update case file. | | T L500 | 0.70 | 775.00 | 542.50 | 0.00 | 542.50 |
| 08/09/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review dismissal memo. | | T L500 | 0.30 | 775.00 | 232.50 | 0.00 | 232.50 |
| 08/09/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Work on memo re: next steps | | T L500 | 5.50 | 975.00 | 5,362.50 | 0.00 | 5,362.50 |
| 08/09/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Phone conference with co-counsel re: next steps | | T L500 | 0.60 | 975.00 | 585.00 | 0.00 | 585.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 08/09/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Participate in weekly committee meeting | | T L500 | 1.00 | 975.00 | 975.00 | 0.00 | 975.00 |
| 08/09/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Weekly committee meeting | | T L500 | 0.80 | 1,750.00 | 1,400.00 | 0.00 | 1,400.00 |
| 08/09/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Call with co-counsel regarding outlines and next steps | | T L500 | 0.60 | 1,750.00 | 1,050.00 | 0.00 | 1,050.00 |
| 08/11/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Coordinate July fee application with R. Hashem & B. Wiltgen. | | T B160 | 0.40 | 775.00 | 310.00 | 0.00 | 310.00 |
| | | **Matter ID: 2023-002** | | | 221.70 | | 243,618.50 | 0.00 | 243,618.50 |
| | | **Grand Total:** | | | 221.70 | | $243,618.50 | $0.00 | $243,618.50 |