**|UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

### MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD
### AUGUST 1, 2023 THROUGH AUGUST 11, 2023

Debtor:     LTL Management LLC           Applicant:    Genova Burns LLC

Case No.:   21-30589(MBK)                Client:       Official Comm of Talc Claimant

Chapter:    11                           Case Filed:   April 4, 2023

## SECTION 1
## FEE SUMMARY

X   Monthly Fee Statement No. 4       or   ☐ Final Fee Application

Summary of Amounts Requested for the Period from August 1, 2023 through August 11, 2023 (the "Third Statement Period")

| | |
|---|---|
| Total Fees: | $ 53,342.50 |
| Total Disbursements: | $ 8,512.84 |
| Minus 20% holdback of Fees: | $ 10,668.50 |
| Amount Sought at this Time: | $ 51,186.84 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Daniel M. Stolz, Partner | 1980 | 39.40 | 800.00 | $31,520.00 |
| 2. Daniel M. Stolz, Parter | 1980 | 2.60 | 400.00 | $1,040.00 |
| 3. Donald W. Clarke, Partner | 2008 | 13.90 | 600.00 | $8,340.00 |
| 4. Gregory S. Kinoian, Counsel | 1992 | 3.40 | 600.00 | $2,040.00 |
| 5. Gregory S. Kinoian, Counsel | 1992 | 3.00 | 300.00 | $900.00 |
| 6. Sydney Schubert, Junior Associate | 2022 | 8.10 | 275.00 | $2,227.50 |
| 7. Lorrie Denson | Paralegal | 29.10 | 250.00 | $7,275.00 |

| | |
|---|---|
| Fee Totals: | $  53,342.50 |
| Disbursements Totals: | $   8,512.84 |
| Total Fee Application | $  61,855.34 |

## SECTION II SUMMARY
## OF SERVICES

| | SERVICES RENDERED | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 66.30 | 43,422.50 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 32.90 | 8,610.00 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 2.10 | 1.260.00 |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

2

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | 5.60 | 1,940.00 |
| **SERVICE TOTALS:** | | 106.90 | $55,232.50 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | 67.12 |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |

| | | |
|---|---|---:|
| e) | **Case Specific Telephone/Conference Call Charges** <br> Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services** <br> Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services** <br> Including scanning services. | |
| h) | **Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting** <br> Transcripts. | 86.40 |
| j) | **Travel** <br> Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers** <br> Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify) other professionals** | 8,359.32 |
| | **DISBURSEMENTS TOTAL:** | $8,512.84 |

I certify under penalty of perjury that the above is true.

Date:  August 24, 2023            */s/  Daniel M. Stolz*
                                  DANIEL M. STOLZ