# EXHIBIT A

GENOVA BURNS LLC

August 24, 2023
Invoice No.:    500371

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/01/23 | DMS | B110 | Review and edit letter to Judge regarding dismissal Order. | .40 | 800.00 | 320.00 |
| 8/01/23 | DMS | B110 | Email regarding Burian fee. | .20 | 800.00 | 160.00 |
| 8/01/23 | DMS | B110 | Emails with Winograd and TCC regarding meet and confer with Prieto. | .70 | 800.00 | 560.00 |
| 8/01/23 | DMS | B110 | Emails with co-counsel and TCC regarding preparation for August 2nd hearings. | .90 | 800.00 | 720.00 |
| 8/01/23 | DMS | B110 | Emails with Winograd and review memo regarding TCC continuation. | .60 | 800.00 | 480.00 |
| 8/01/23 | DMS | B110 | Emails with GSK and DWC regarding hearing preparation. | .30 | 800.00 | 240.00 |
| 8/01/23 | DMS | B110 | Review and edit letters regarding pending appeals. | .40 | 800.00 | 320.00 |
| 8/01/23 | DMS | B110 | Email with Court and TCC regarding August 2nd hearings | .50 | 800.00 | 400.00 |
| 8/01/23 | DMS | B110 | Review emails with Sharko, Golumb and O'Dell on new case filings. | .30 | 800.00 | 240.00 |
| 8/01/23 | DMS | B110 | Emails with Rosen regarding August 2nd hearing. | .20 | 800.00 | 160.00 |
| 8/01/23 | DMS | B110 | Review Order on Ellis DQ and send to TCC. | .30 | 800.00 | 240.00 |
| 8/01/23 | DMS | B110 | Emails with appellate team regarding ban on refiling. | .40 | 800.00 | 320.00 |
| 8/01/23 | DWC | B110 | Rvw emails from co counsel re status of pending motions; update on upcoming filing deadlines, next meetings and agendas | .70 | 600.00 | 420.00 |
| 8/01/23 | DWC | B110 | Emails from co counsel re dismissal order and certain terms | .60 | 600.00 | 360.00 |
| 8/01/23 | DWC | B110 | Rvw emails from co counsel re standing for committee post dismissal | .30 | 600.00 | 180.00 |

**GENOVA BURNS LLC**

August 24, 2023
Invoice No.:   500371

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 8/01/23 | DWC | B110 | Rvw letters to other courts re extension of appeal briefing schedule | .40 | 600.00 | 240.00 |
| 8/01/23 | DWC | B110 | Rvw and send to chambers afterhours | .50 | 600.00 | 300.00 |
| 8/01/23 | DWC | B110 | Rvw various emails from member reps re outcome motion to disqualify Ellis | .60 | 600.00 | 360.00 |
| 8/01/23 | LD | B160 | Prepare and file CNO re GB June fee statement. | .50 | 250.00 | 125.00 |
| 8/01/23 | SS | B110 | Reviewing communications regarding limiting refiling. | .20 | 275.00 | 55.00 |
| 8/02/23 | DMS | B195 | Travel to Trenton, New Jersey and back to Basking Ridge, NJ. | 2.60 | 400.00 | 1,040.00 |
| 8/02/23 | DMS | B110 | Court hearings and TCC meeting. | 3.20 | 800.00 | 2,560.00 |
| 8/02/23 | DMS | B110 | Review and approve final letters to District Court on appeals. | .30 | 800.00 | 240.00 |
| 8/02/23 | DMS | B110 | Emails with Court regarding creditor with questions and call with creditor. | .30 | 800.00 | 240.00 |
| 8/02/23 | DMS | B110 | Email with TCC and co-counsel regarding document destruction. | .30 | 800.00 | 240.00 |
| 8/02/23 | DMS | B110 | Email with reporters and TCC regarding Transcript. | .30 | 800.00 | 240.00 |
| 8/02/23 | DMS | B110 | Review various clean up orders and send to TCC. | .40 | 800.00 | 320.00 |
| 8/02/23 | DMS | B110 | Calls with Melanie and Molton regarding hearing etc. | .50 | 800.00 | 400.00 |
| 8/02/23 | DWC | B110 | Review and send letters to appellate court | .40 | 600.00 | 240.00 |
| 8/02/23 | DWC | B110 | Multiple emails from co counsel and member reps | .40 | 600.00 | 240.00 |
| 8/02/23 | LD | B160 | File COS re AK June fee statement. | .30 | 250.00 | 75.00 |
| 8/02/23 | LD | B160 | File COS re MoloLamken June fee statement. | .30 | 250.00 | 75.00 |
| 8/02/23 | LD | B110 | File extension letters in three district court appeal cases. | .60 | 250.00 | 150.00 |
| 8/02/23 | LD | B160 | Prepare and file CNOs for HL's April, May and June fee statements. | 1.20 | 250.00 | 300.00 |

GENOVA BURNS LLC

August 24, 2023  
Invoice No.:    500371

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/02/23 | SS | B110 | Reviewing communications regarding Debtor objections to dismissal order. | .20 | 275.00 | 55.00 |
| 8/02/23 | SS | B110 | Reviewing appeal letters. | .20 | 275.00 | 55.00 |
| 8/02/23 | SS | B110 | Reviewing docket updates for deadline and hearing changes. | .40 | 275.00 | 110.00 |
| 8/02/23 | SS | B110 | Reviewing docket for updating hearing schedule. | .20 | 275.00 | 55.00 |
| 8/02/23 | GSK | B195 | Travel to/from Trenton bankruptcy court for hearing/status conference. | 3.00 | 300.00 | 900.00 |
| 8/02/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/02/23 | GSK | B110 | Attend pre-hearing meeting with co-counsel (0.8); attend hearing/status conference before Judge Kaplan (1.8); attend post-hearing follow-up meeting with co-counsel (0.3). | 2.90 | 600.00 | 1,740.00 |
| 8/02/23 | GSK | B110 | Review various Court notices; review Court minutes. | .10 | 600.00 | 60.00 |
| 8/02/23 | GSK | B110 | Various corresp with DWC and LD re submission of letters to District Court re case management of pending appeals. | .10 | 600.00 | 60.00 |
| 8/02/23 | GSK | B110 | Review signed order extending deadline to remove actions. | .10 | 600.00 | 60.00 |
| 8/03/23 | DMS | B110 | Call with Molton. | .30 | 800.00 | 240.00 |
| 8/03/23 | DMS | B110 | Calls and emails with Molton and Beville regarding dismissal Order and review Rush redline. | .90 | 800.00 | 720.00 |
| 8/03/23 | DMS | B110 | Review and circulate August 3rd Transcript. | .80 | 800.00 | 640.00 |
| 8/03/23 | DMS | B110 | Call with TCC. | 1.00 | 800.00 | 800.00 |
| 8/03/23 | DMS | B110 | Emails regarding dismissal order. | .50 | 800.00 | 400.00 |
| 8/03/23 | DMS | B110 | Call with JD and US Trustee regarding dismissal order. | .50 | 800.00 | 400.00 |
| 8/03/23 | DMS | B110 | Call with Appellate counsel regarding briefing issues. | .50 | 800.00 | 400.00 |

**GENOVA BURNS LLC**

August 24, 2023
Invoice No.: 500371

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/03/23 | DWC | B150 | Committee zoom meeting | 1.10 | 600.00 | 660.00 |
| 8/03/23 | DWC | B150 | Co counsel zoom to discuss post dismissal issues | 1.00 | 600.00 | 600.00 |
| 8/03/23 | DWC | B110 | Rvw multiple emails from co counsel and member reps | .40 | 600.00 | 240.00 |
| 8/03/23 | LD | B160 | Prepare and file CNO re Otterbourg June fee statement. | .50 | 250.00 | 125.00 |
| 8/03/23 | SS | B110 | Reviewing Debtor's redline to dismissal order. | .30 | 275.00 | 82.50 |
| 8/03/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/04/23 | DMS | B110 | Calls with Molton regarding case closing issues. | .50 | 800.00 | 400.00 |
| 8/04/23 | DMS | B110 | Review and comment on dismissal letter brief. | .90 | 800.00 | 720.00 |
| 8/04/23 | DMS | B110 | Review comments from Massey, Melanie Molton et al to letter brief. | .80 | 800.00 | 640.00 |
| 8/04/23 | DMS | B110 | Review Wohlmuth monthly bill. | .20 | 800.00 | 160.00 |
| 8/04/23 | DMS | B110 | Review Grimm daily update. | .20 | 800.00 | 160.00 |
| 8/04/23 | DMS | B110 | Review numerous Court minutes and clean up orders. | .30 | 800.00 | 240.00 |
| 8/04/23 | DMS | B110 | Review draft letter regarding dismissal Order and edits. | .60 | 800.00 | 480.00 |
| 8/04/23 | DMS | B110 | Emails with TCC professionals regarding compensation for April 4 to April 14th. | .50 | 800.00 | 400.00 |
| 8/04/23 | DWC | B110 | Rvw multiple emails from co counsel and member reps | .60 | 600.00 | 360.00 |
| 8/04/23 | SS | B110 | Reviewing letter brief on dismissal order contention. | .30 | 275.00 | 82.50 |
| 8/04/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .50 | 275.00 | 137.50 |
| 8/05/23 | DMS | B110 | Review and comment on draft application to stay motion. | .50 | 800.00 | 400.00 |
| 8/05/23 | DMS | B110 | Review and comment on further draft of dismissal order. | .40 | 800.00 | 320.00 |
| 8/05/23 | DWC | B110 | Rvw revised draft dismissal order | .40 | 600.00 | 240.00 |

GENOVA BURNS LLC

August 24, 2023
Invoice No.: 500371

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/06/23 | DMS | B110 | Review and comment on several drafts of dismissal order. | .40 | 800.00 | 320.00 |
| 8/06/23 | DMS | B110 | Review and comment on update brief. | .70 | 800.00 | 560.00 |
| 8/06/23 | DMS | B110 | Discuss with Molton potential end of case statement. | .30 | 800.00 | 240.00 |
| 8/07/23 | DMS | B110 | Review town hall recording. | .30 | 800.00 | 240.00 |
| 8/07/23 | DMS | B110 | Emails with US Trustee, Malone and Thompson regarding submissions. | .60 | 800.00 | 480.00 |
| 8/07/23 | DMS | B110 | Emails with GB staff and co-counsel regarding letter brief filing. | .30 | 800.00 | 240.00 |
| 8/07/23 | DMS | B110 | Call with Molton, Melanie et al regarding closing issues. | .30 | 800.00 | 240.00 |
| 8/07/23 | DMS | B110 | Call with Plaintiff who called Court. | .30 | 800.00 | 240.00 |
| 8/07/23 | DMS | B110 | Email with US Trustee regarding dismissal Order. | .20 | 800.00 | 160.00 |
| 8/07/23 | DMS | B110 | Call with US Trustee regarding dismissal Order. | .30 | 800.00 | 240.00 |
| 8/07/23 | DMS | B110 | Call with co-counsel regarding dismissal Order issues. | .40 | 800.00 | 320.00 |
| 8/07/23 | DMS | B110 | Call with Molton and emails with Falanga, Prieto and Rush regarding Order. | .60 | 800.00 | 480.00 |
| 8/07/23 | DMS | B110 | Numerous redrafts and revisions to letter and Order. | .90 | 800.00 | 720.00 |
| 8/07/23 | DMS | B110 | Review Thompson letter and send to co-counsel. | .30 | 800.00 | 240.00 |
| 8/07/23 | DMS | B110 | Review US Trustee, Ad Hoc, Maimon letters regarding dismissal Order and discuss with co-counsel. | .80 | 800.00 | 640.00 |
| 8/07/23 | DMS | B110 | Finalize and instruct filing and service of TCC letter and Order. | .50 | 800.00 | 400.00 |
| 8/07/23 | DMS | B110 | Email with TCC member regarding various submissions. | .30 | 800.00 | 240.00 |
| 8/07/23 | DMS | B110 | Review Debtor letter brief and Order and emails with TCC regarding same. | .90 | 800.00 | 720.00 |

GENOVA BURNS LLC

August 24, 2023
Invoice No.: 500371

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/07/23 | LD | B160 | File Anderson Kill July fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 8/07/23 | LD | B110 | File letter to Hon. MBK and proposed order on the docket; email to Chambers. | .50 | 250.00 | 125.00 |
| 8/07/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 8/07/23 | SS | B110 | Reviewing communications regarding draft letter brief revisions. | .20 | 275.00 | 55.00 |
| 8/07/23 | SS | B110 | Reviewing draft opposition to motion to stay and related communications. | 1.00 | 275.00 | 275.00 |
| 8/07/23 | SS | B110 | Reviewing all filed dismissal letters and correspondence regarding same. | 1.40 | 275.00 | 385.00 |
| 8/07/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 8/08/23 | DMS | B110 | Call with Molton re debtor filing and next steps. | .30 | 800.00 | 240.00 |
| 8/08/23 | DMS | B110 | Review Grimm daily update. | .20 | 800.00 | 160.00 |
| 8/08/23 | DMS | B110 | Calls and emails re substantial contribution and draft declaration. | 2.30 | 800.00 | 1,840.00 |
| 8/08/23 | DMS | B110 | Review Thomson filing and emails re same. | .30 | 800.00 | 240.00 |
| 8/08/23 | LD | B160 | File COS re AK July fee statement. | .30 | 250.00 | 75.00 |
| 8/08/23 | SS | B110 | Reviewing court notices for docket and hearing updates. | .20 | 275.00 | 55.00 |
| 8/09/23 | DMS | B110 | Emails re O'Dell certification. | .30 | 800.00 | 240.00 |
| 8/09/23 | DMS | B110 | Review Grimm daily update. | .20 | 800.00 | 160.00 |
| 8/09/23 | DMS | B110 | TCC call with members. | .80 | 800.00 | 640.00 |
| 8/09/23 | DMS | B110 | Emails with members re expense reimbursement. | .40 | 800.00 | 320.00 |
| 8/09/23 | DMS | B110 | Review LTL supplemental letter and emails with co-counsel re response. | .50 | 800.00 | 400.00 |
| 8/09/23 | DMS | B110 | Calls with Molton re response to supplemental letter. | .40 | 800.00 | 320.00 |

GENOVA BURNS LLC

August 24, 2023
Invoice No.:    500371

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 8/09/23 | DMS | B110 | Review and edit TCC reply re untimely filing and arrange for filing. | .90 | 800.00 | 720.00 |
| 8/09/23 | DMS | B110 | Emails with TCC re response. | .40 | 800.00 | 320.00 |
| 8/09/23 | DMS | B110 | Emails with Melanie C. and David M. re docs and privileges. | .30 | 800.00 | 240.00 |
| 8/09/23 | DMS | B110 | Review and edit end of case memo to TCC. | .30 | 800.00 | 240.00 |
| 8/09/23 | DWC | B110 | Co counsel zoom meeting | 1.00 | 600.00 | 600.00 |
| 8/09/23 | DWC | B110 | Multiple emails from co counsel, professionals, and member reps re payment of LTL 1 and 2 member rep and expenses. | .40 | 600.00 | 240.00 |
| 8/09/23 | LD | B160 | Prepare charts of outstanding payments on LTL1 and LTL2. | .60 | 250.00 | 150.00 |
| 8/09/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/10/23 | DMS | B110 | Review article on Bestwall and 4th Circuit and send to TCC. | .20 | 800.00 | 160.00 |
| 8/10/23 | DMS | B110 | Review and edit drafts of substantial contribution motion. | .70 | 800.00 | 560.00 |
| 8/10/23 | DMS | B110 | Call with David M. re status. | .20 | 800.00 | 160.00 |
| 8/10/23 | DMS | B160 | Review and file July fee statement. | .30 | 800.00 | 240.00 |
| 8/10/23 | DMS | B160 | Review and file Otterbourg monthly, | .20 | 800.00 | 160.00 |
| 8/10/23 | DMS | B160 | Review and file FTI May statement. | .20 | 800.00 | 160.00 |
| 8/10/23 | DMS | B110 | Review Orders signed by Court and emails to TCC re same. | .40 | 800.00 | 320.00 |
| 8/10/23 | DWC | B110 | Review multiple emails from co counsel and member reps re expenses; how much; status of proofs; timing of submission; timing of payment | .80 | 600.00 | 480.00 |

GENOVA BURNS LLC

August 24, 2023
Invoice No.:    500371

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/10/23 | DWC | B110 | Rvw draft charts of LTL 1 and LTL 2 member expenses; rvw draft letter and sharefile; email memo re collection, payment and status of member rep expenses | .70 | 600.00 | 420.00 |
| 8/10/23 | DWC | B110 | Multiple emails from co counsel and member reps requesting follow up with debtor on expenses | .40 | 600.00 | 240.00 |
| 8/10/23 | DWC | B110 | Email Dan Prieto re payment of LTL 1 member expenses | .20 | 600.00 | 120.00 |
| 8/10/23 | DWC | B110 | Review file for member rep LTL 2 expenses; rvw file for confirmation of amounts; email remaining holdouts so LTL 2 expense request can be filed | .80 | 600.00 | 480.00 |
| 8/10/23 | DWC | B110 | Coordinate and assign sub contribution motion filing | .20 | 600.00 | 120.00 |
| 8/10/23 | DWC | B110 | Gather expenses claims and reimbursement demands; communicate to member reps and co counsel and request confirmation on amounts received | 1.20 | 600.00 | 720.00 |
| 8/10/23 | DWC | B110 | Email debtor regarding payment of member expenses | .20 | 600.00 | 120.00 |
| 8/10/23 | DWC | B110 | Email from debtor re payment of member expenses | .30 | 600.00 | 180.00 |
| 8/10/23 | DWC | B110 | Emails from member reps confirming expenses | .20 | 600.00 | 120.00 |
| 8/10/23 | LD | B160 | File Otterbourg July fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 8/10/23 | LD | B160 | Prepare and file CNO re FTI Consulting May fee statement. | .50 | 250.00 | 125.00 |
| 8/10/23 | LD | B160 | Prepare draft July fee statement for GB. | 1.00 | 250.00 | 250.00 |
| 8/10/23 | LD | B160 | Prepare draft July fee statement for Miller Thomson. | 1.00 | 250.00 | 250.00 |
| 8/10/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/10/23 | SS | B110 | Reviewing post-dismissal letter, motion, declaration, and memo, and related correspondence. | 1.60 | 275.00 | 440.00 |
| 8/11/23 | DMS | B110 | Email with Malone re dismissal issues. | .30 | 800.00 | 240.00 |

**GENOVA BURNS LLC**

August 24, 2023
Invoice No.:    500371

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 8/11/23 | DMS | B110 | Review dismissal order and emails with Molton & TCC re same. | 1.00 | 800.00 | 800.00 |
| 8/11/23 | DWC | B110 | Request final draft member expenses from LDenson for LTL 2 | .10 | 600.00 | 60.00 |
| 8/11/23 | LD | B160 | File BR July fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 8/11/23 | LD | B160 | File COS re GB, Otterbourg and Miller July fee statement. | .30 | 250.00 | 75.00 |
| 8/11/23 | LD | B160 | Preparation and processing of final monthly fee statements and fee applications to be filed for all professionals and expert witnesses. | 20.00 | 250.00 | 5,000.00 |
| 8/11/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 8/11/23 | SS | B110 | Reviewing dismissal order and related correspondence. | .20 | 275.00 | 55.00 |

**TOTAL PROFESSIONAL SERVICES**    **$ 53,342.50**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Daniel M Stolz | Partner | 2.60 | 400.00 | 1,040.00 |
| Daniel M Stolz | Partner | 39.40 | 800.00 | 31,520.00 |
| Donald W. Clarke | Partner | 13.90 | 600.00 | 8,340.00 |
| Lorrie Denson | Paralegal | 29.10 | 250.00 | 7,275.00 |
| Sydney Schubert | Junior Associate | 8.10 | 275.00 | 2,227.50 |
| Gregory S. Kinoian | Counsel | 3.00 | 300.00 | 900.00 |
| Gregory S. Kinoian | Counsel | 3.40 | 600.00 | 2,040.00 |
| **TOTALS** | | **99.50** | | **$ 53,342.50** |