**EXHIBIT "A"**



MILLER THOMSON LLP
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T  416.595.8500
F  416.595.8695

MILLERTHOMSON.COM

# Account Summary and Remittance Form

**August 17, 2023**

Invoice Number 3911154

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention:  David Molton, Counselor at Law

**Re:**    **Johnson & Johnson - Talc Litigation (2023)**
          **Our File No. 0265758.0002**

| | |
|---|---:|
| **Fees:** | $18,730.00 |
| **Total Amount Due** | $18,730.00 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



**August 17, 2023**

Invoice Number 3911154

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention: David Molton, Counselor at Law

To Professional Services Rendered in connection with the following matter(s) including:

**Re:**     Johnson & Johnson - Talc Litigation (2023)
Our File No. 0265758.0002

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/01/2023 | AI | Review emails from committee counsel regarding call with Jones Day and objections to draft dismissal order; | 0.40 |
| 08/01/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding FCR motion; | 0.10 |
| 08/01/2023 | JCC | Correspondence with Jonathan Massey, Moshe Maimon, Adam Silverstein, Susan Sieger-Grimm, James Drew, Dan Stolz, Sunni Beville regarding dismissal order; | 0.80 |
| 08/01/2023 | JCC | Correspondence with Michael Winograd, Bret Vallacher, Michelle Parfitt, Dan Stolz, Jerry Block, James Green, David Molton regarding TCC; | 0.70 |
| 08/02/2023 | GF | Review emails from TCC regarding court hearing and negotiations with debtor regarding stay  pending appeal of dismissal order; | 0.70 |
| 08/02/2023 | MF | Review correspondence from U.S. counsel regarding potential LTL motion to stay effectiveness of dismissal pending appeal and related issues; | 0.50 |
| 08/02/2023 | JCC | Correspondence with Mark Robinson, Joe Satterley, Chris Tisi, Mike Winograd regarding Dismissal Order; | 0.30 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/02/2023 | JCC | Correspondence with David Molton, Susan Sieger-Grimm regarding TCC meetings; | 0.20 |
| 08/03/2023 | MF | Correspondence with J Carhart and internal team regarding update on LTL case and upcoming meetings with U.S. counsel; | 0.40 |
| 08/03/2023 | MF | Emails regarding annual rate increase and notification letter regarding same for committee and counsel; | 0.30 |
| 08/03/2023 | GF | Review draft dismissal order and comments on same from debtor; | 0.50 |
| 08/03/2023 | GF | Communications regarding draft dismissal order and Canadian stay issues with J Carhart; | 0.20 |
| 08/03/2023 | GF | Review emails from TCC regarding dismissal of case and continuation of TCC during appeal period; | 0.60 |
| 08/03/2023 | GF | Attend at TCC post-dismissal decision call; | 0.40 |
| 08/03/2023 | JCC | Review transcript of August 2 hearing before Justice Kaplan; | 0.60 |
| 08/03/2023 | JCC | Correspondence with Sunni Beville/ Gavin Finlayson regarding Dismissal Order; | 0.30 |
| 08/03/2023 | JCC | Attend TCC meeting regarding August 2 hearing ; | 1.60 |
| 08/03/2023 | JCC | Attend additional TCC call regarding Dismissal Order; | 0.30 |
| 08/04/2023 | JCC | Correspondence with Mike Winograd, Susan Sieger-Grimm, David Molton, James Drew, Dan Stolz. Jonathan Massey. Adam Silverstein.  Melanie Cyganowski regarding Dismissal Order; | 1.20 |
| 08/05/2023 | JCC | Correspondence with Jeff Lamken, Sunni Beville regarding Opposition to Motion to Stay Dismissal Order; | 1.20 |
| 08/06/2023 | JCC | Correspondence with Sunni Beville, Dan Stoltz, Michelle Parfitt regarding Dismissal Order; | 0.40 |
| 08/06/2023 | JCC | Correspondence with Mike Winograd, Dan Stolz, Moshe Maimon, Leigh O'Dell regarding letter to Justice Kaplan; | 0.40 |
| 08/07/2023 | JCC | Correspondence with Susan Sieger-Grimm, Michael Reining regarding Town Hall meeting; | 0.40 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 3

Invoice 3911154

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/08/2023 | JCC | Correspondence with Sunni Beville, Dan Stolz, Harriet Cohen, Steve Kazan, Adam Silver, Mike Winograd, Susan Sieger-Grimm regarding Dismissal Order; | 0.70 |
| 08/08/2023 | JCC | Correspondence with Sunni Beville, Mike Winograd, Dan Stolz, Susan Sieger-Grimm regarding letters to Justice Kaplan; | 0.50 |
| 08/08/2023 | JCC | Correspondence with Isel Perez, Asim Iqbal regarding LTL accounts; | 0.30 |
| 08/09/2023 | GF | Review letter from Canadian Information Officer; | 0.20 |
| 08/09/2023 | GF | Attend at TCC meeting regarding dismissal of case and appeal by LTL; | 0.60 |
| 08/09/2023 | AI | Comment on dismissal order draft; | 0.60 |
| 08/09/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding TCC meeting; | 0.10 |
| 08/09/2023 | JCC | Attend TCC meeting to discuss Canadian strategic matters; | 1.20 |
| 08/09/2023 | JCC | Correspondence with Shayne Kukulowicz, Asim Iqbal, Gavin Finlayson regarding position of Information Officer; | 0.30 |
| 08/09/2023 | JCC | Correspondence with Richard Golomb, David Molton, Dan Stolz regarding reply briefs; | 0.20 |
| 08/10/2023 | JCC | Correspondence with Mike Winograd, Dan Stolz, Moshe Maimon, Richard Golomb, Melanie Cyganowski, Leigh O'Dell, Steve Kazan, Greg Kinoian, Liz Carter, Michelle Parfitt, Chris Tisi regarding LTL filing; | 1.20 |
| 08/10/2023 | GF | Review communications from TCC regarding pending appeal; | 1.30 |
| 08/11/2023 | MF | Review Justice Kaplan decision regarding Chapter 11 case; | 0.30 |
| 08/11/2023 | JCC | Correspondence with Harriet Cohen regarding correspondence by Robert Malone to Justice Kaplan; | 0.20 |
| 08/11/2023 | JCC | Correspondence with David Molton, Harriet Cohen, Sunni Beville, Chris Tisi, Michelle Parfitt, Jonathan Massey regarding Dismissal Order; | 0.70 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



Page 4

Invoice 3911154

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | | **20.90** |

**Our Fee:** 18,730.00

| TK ID | Initials | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---:|---:|---:|
| 01177 | AI | A. Iqbal | Partner | $720.00 | 1.00 | $720.00 |
| 01208 | GF | G. Finlayson | Partner | $990.00 | 4.50 | $4,455.00 |
| 00615 | JCC | J. Carhart | Partner | $925.00 | 13.90 | $12,857.50 |
| 02853 | MF | M. Faheim | Associate | $465.00 | 1.50 | $697.50 |

**Total Amount Due** $18,730.00

E.&O.E.

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.