**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

# NOTICE OF APPEAL

**Part 1: Identify the appellant**

*Name of appellant*: LTL Management LLC.

*Position of appellant in the bankruptcy case that is the subject of this appeal*:

LTL Management LLC is the debtor.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**Part 2:  Identify the subject of this appeal**

*Describe the judgment, order, or decree appealed from*:  Under 28 U.S.C. § 158 and Federal Rules of Bankruptcy Procedure 8002 and 8003, Appellant hereby gives notice of appeal to the United States District Court for the District of New Jersey from the Bankruptcy Court's *Memorandum Opinion* [Dkt. 1127], attached as Exhibit A to the *Declaration of Dan B. Prieto*, filed contemporaneously herewith (the "Counsel Declaration"), and implementing *Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. 1121(b); (II) Establishing Procedures With Respect to Requests for Compensation; and (III) Granting Related Relief* [Dkt. 1211] (the "Dismissal Order"), attached as Exhibit B to the Counsel Declaration.

*State the date on which the judgment, order, or decree was entered*:  The Dismissal Order was entered on August 11, 2023.  The court issued its Memorandum Opinion on July 28, 2023.

**Part 3:  Identify the other parties to the appeal**

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys are attached as Exhibit C to the Counsel Declaration.

**Part 4:  Optional election to have appeal heard by District Court**

Not applicable in this judicial district.

**Part 5:  Sign Below**

Dated:  August 24, 2023               **WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul DeFilippo*
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, NY 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*Attorneys for Debtor*

-3-