| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> **WOLLMUTH MAHER & DEUTSCH LLP** <br> Paul R. DeFilippo, Esq. <br> 500 Fifth Avenue <br> New York, New York 10110 <br> Telephone: (212) 382-3300 <br> Facsimile: (212) 382-0050 <br> pdefilippo@wmd-law.com <br><br> **JONES DAY** <br> Gregory M. Gordon, Esq. <br> Brad B. Erens, Esq. <br> Dan B. Prieto, Esq. <br> Amanda Rush, Esq. <br> 2727 N. Harwood Street <br> Dallas, Texas 75201 <br> Telephone: (214) 220-3939 <br> Facsimile: (214) 969-5100 <br> gmgordon@jonesday.com <br> bberens@jonesday.com <br> dbprieto@jonesday.com <br> asrush@jonesday.com <br> (Admitted *pro hac vice*) <br><br> *ATTORNEYS FOR DEBTOR* | |
| In re: <br><br><br> LTL MANAGEMENT LLC,[1] <br><br>                 Debtor. | Chapter 11 <br><br> Case No.: 23-12825 (MBK) <br><br> Judge: Michael B. Kaplan |

## DECLARATION OF DAN B. PRIETO REGARDING NOTICE OF APPEAL

I, Dan B. Prieto, hereby declare under penalty of perjury:

1.      I am partner of the law firm of Jones Day, and my office is located at

2727 North Harwood Street, Dallas, Texas 75201. I am a member in good standing of the Bar of

---

[1]      The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1537908674

the State of Texas. My application to appear *pro hac vice* in this case has been granted by this Court. There are no disciplinary proceedings pending against me.

2. I submit this declaration (the "Declaration") in connection with the *Notice of Appeal* filed contemporaneously herewith. I have personal knowledge of the matters set forth herein.

3. Attached hereto as Exhibit A is a true and correct copy of the *Memorandum Opinion*, dated July 28, 2023 [Dkt. 1127].

4. Attached hereto as Exhibit B is a true and correct copy of the *Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. 1121(b); (II) Establishing Procedures With Respect to Requests for Compensation; and (III) Granting Related Relief*, dated August 11, 2023 [Dkt. 1211].

5. Attached hereto as Exhibit C is a true and correct list of the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 24, 2023               Respectfully submitted,

                                     */s/ Dan B. Prieto*
                                     Dan B. Prieto