**<u>EXHIBIT C</u>**

| Party | Attorney |
|---|---|
| Movant – the Official Committee of Talc Claimants | **GENOVA BURNS, LLC**<br><br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 533-0777<br>Facsimile: (973) 467-8126<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br><br>**MASSEY & GAIL LLP**<br><br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467 |

(cont'd)

**BROWN RUDNICK LLP**

David J. Molton, Esq.
Jeffrey L. Jonas, Esq.
Michael S. Winograd, Esq.
Susan Sieger-Grimm, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
jjonas@brownrudnick.com
mwinograd@brownrudnick.com
ssieger-grimm@brownrudnick.com

and

Sunny P. Beville, Esq.
Eric R. Goodman, Esq.
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
sbeville@brownrudnick.com
egoodman@brownrudnick.com

**OTTERBOURG P.C**.

Melanie L. Cyganowski, Esq.
Richard G. Haddad, Esq.
Adam C. Silverstein, Esq.
Jennifer S. Feeney, Esq.
David A. Castleman, Esq.
mcyganowski@otterbourg.com
rhaddad@otterbourg.com
asilverstein@otterbourg.com
jfeeney@otterbourg.com
dcastleman@otterbourg.com
230 Park Avenue
New York, NY 10169
Tel: (212) 661-9100
Fax: (212) 682-6104

-2-

| | |
|---|---|
| Movant – Paul Crouch | **LEVY KONIGSBERG, LLP**<br><br>Moshe Maimon, Esq. (I.D. 042691986)<br>605 Third Avenue, 33rd FL<br>New York, NY 10158<br>Telephone: (212) 605-6200<br>Facsimile: (212) 605-6290<br>mmaimon@levylaw.com<br><br>**THE RUCKDESCHEL LAW FIRM, LLC**<br><br>Jonathan Ruckdeschel<br>8357 Main Street<br>Ellicott City, Maryland 21043<br>Telephone: (410) 750-7825<br>ruck@rucklawfirm.com |
| Movant – the Ad Hoc Group of Mesothelioma Claimants | **MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**<br><br>Clayton L. Thompson, Esq.<br>150 W. 30th Street, Suite 201<br>New York, NY 10001<br>Telephone: (800) 358-5922<br>cthompson@mrhfmlaw.com<br><br>**DEAN OMAR BRANHAM SHIRLEY, LLP**<br><br>J. Bradley Smith, Esq.<br>Bsmith@dobslegal.com<br>302 N. Market Road<br>Suite 300<br>Dallas, Texas 75202<br>Tel: (214) 722-5990<br><br>**COONEY & CONWAY**<br><br>Kathy Byrne, Esq.<br>kbyrne@cooneyconway.com<br>120 N. LaSalle Street, Suite 3000<br>Chicago, Illinois 60602<br>Tel: (312) 236-6166 |

NAI-1537908693

| | |
|---|---|
| Movant – mesothelioma claimants represented by Maune Raichle Hartley French & Mudd LLC | **MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**<br><br>Clayton L. Thompson, Esq.<br>150 W. 30th Street, Suite 201<br>New York, NY 10001<br>Telephone: (800) 358-5922<br>cthompson@mrhfmlaw.com |
| Movant – various mesothelioma claimants | **SIMON GREENSTONE PANATIER, PC**<br><br>Leah C. Kagan (NJ ID No. 013602009)<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270<br>Tel: (214) 276-7680<br>lkagan@sgptrial.com |
| Movant – the States of New Mexico and Mississippi | **GIBBONS P.C.**<br><br>Robert K. Malone, Esq.<br>David N. Crapo, Esq.<br>Kyle P. McEvilly, Esq.<br>One Gateway Center<br>Newark, New Jersey 07102<br>Telephone: (973) 596-4500<br>rmalone@gibbonslaw.com<br>dcrapo@gibbonslaw.com<br>kmcevilly@gibbonslaw.com |
| Movant – claimants represented by Arnold & Itkin LLP | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>Laura Davis Jones<br>Colin R. Robinson<br>Peter J. Keane<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>ljones@pszjlaw.com<br>crobinson@pszjlaw.com<br>pkeane@pszjlaw.com |

NAI-1537908693

| | |
|---|---|
| Movant – the Ad Hoc Committee of States Holding Consumer Protection Claims | **WOMBLE BOND DICKINSON (US) LLP**<br><br>Ericka F. Johnson (NJ Bar 032162007)<br>Lisa Bittle Tancredi (admitted *pro hac vice*)<br>1313 N. Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>ericka.johnson@wbd-us.com<br>lisa.tancredi@wbd-us.com |
| Movant – claimants represented by The Barnes Law Group | **McMANIMON, SCOTLAND & BAUMANN, LLC**<br><br>Anthony Sodono, III<br>Sari B. Placona<br>75 Livingston Avenue, Ste. 201<br>Roseland, NJ 07068<br>Telephone: (973) 622-1800<br>asodono@msbnj.com<br>splacona@msbnj.com |
| Movant – the Office of the United States Trustee for the District of New Jersey | **ANDREW R. VARA UNITED STATES TRUSTEE REGIONS 3 & 9**<br><br>Jeffrey M. Sponder<br>Lauren Bielskie<br>United States Department of Justice<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br><br>-and-<br><br>Linda Richenderfer<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>linda.richenderfer@usdoj.gov |

NAI-1537908693

| | |
|---|---|
| Movant – Robert Gendelman and Melissa Fleming | **GEOFFREY B. GOMPERS & ASSOCIATES, P.C.**<br><br>Geoffrey B. Gompers<br>1515 market Street, Suite 1650<br>Philadelphia PA  19102<br>Telephone: (215) 567-6600 |
| Interested party – the Ad Hoc Committee of Supporting Counsel | **COLE SCHOTZ P.C.**<br><br>Michael D. Sirota (NJ Bar 014321986)<br>Warren A. Usatine (NJ Bar 025881995)<br>Seth Van Aalten (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, NJ 07602-0800<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>svanaalten@coleschotz.com<br>jalberto@coleschotz.com<br><br>**PAUL HASTINGS LLP**<br><br>Kris Hansen (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>krishansen@paulhastings.com<br><br>Matthew M. Murphy (admitted *pro hac vice*)<br>Matthew Micheli (admitted *pro hac vice*)<br>71 South Wacker Drive, Suite 4500<br>Chicago, IL 60606<br>Telephone: (312) 499-6000<br>mattmurphy@paulhastings.com<br>mattmicheli@paulhastings.com |

NAI-1537908693

|  | (cont'd) |
|  | **PARKINS & RUBIO LLP** |
|  | Lenard M. Parkins (admitted *pro hac vice*) |
|  | Charles M. Rubio (admitted *pro hac vice*) |
|  | 700 Milam, Suite 1300 |
|  | Houston, TX 77002 |
|  | Telephone: (713) 715-1660 |
|  | lparkins@parkinsrubio.com |
|  | crubio@parkinsrubio.com |

NAI-1537908693