# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## FEE STATEMENT COVER SHEET FOR THE
## PERIOD APRIL 4, 2023 THROUGH AUGUST 11, 2023

| | |
|---|---|
| Debtor: LTL Management LLC ("**LTL**") | Name of Applicant: King & Spalding LLP ("**K&S**") |
| Case No.: 23-12825 (MBK) | Client: Special Counsel to LTL Management LLC |
| Chapter: 11 | Case Filed: April 4, 2023 (the "**Petition Date**") |

### SECTION I
### FEE SUMMARY

| | | |
|---|---|---|
| ☒ Combined Monthly Fee Application | ☐ Interim Fee Application | ☐ Final Fee Application |

Summary of Amounts Requested for the Period April 4, 2023 through August 11, 2023 (the "**Combined Statement Period**")

| | |
|---|---|
| **Total Fees for the LTL Debtor:** | $1,036,587.85 [1] |
| **Total Disbursements:** | $320,751.86 |
| **Total Fees Plus Disbursements:** | $1,357,339.71 |
| **Minus 20% Holdback of Fees** | $207,317.57 |
| **Amount Sought at this Time:** | $1,150,022.14 |

**Summary of Amounts Requested for Previous Periods:**

| | FEES | EXPENSES |
|---|---|---|
| **Total Previous Fee Requested:** | $0.00 | $0.00 |
| **Total Fees Allowed To Date:** | $0.00 | $0.00 |
| **Total Retainer (If Applicable):** | $0.00 | $0.00 |
| **Total Holdback (If Applicable):** | $0.00 | $0.00 |
| **Total Received By Applicant:** | $0.00 | $0.00 |

---

[1] The total amount of fees and expenses incurred by K&S during the Combined Statement Period for matters in which it is solely representing LTL or is representing LTL jointly with Johnson & Johnson is $1,934,972.31. Of this amount, as set forth in this fee statement, K&S is seeking payment in the amount of $1,036,587.85 in fees and $320,751.86 in expenses from LTL. K&S' fees for matters in which it is solely representing Johnson & Johnson are not reflected in this monthly fee statement.

**COMPENSATION BY PROFESSIONAL**
**APRIL 4, 2023 THROUGH AUGUST 11, 2023**

The attorneys who rendered professional services in these chapter 11 cases Combined Statement Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL† | YEAR ADMITTED | HOURLY RATE | TOTAL APRIL HOURS BILLED | TOTAL MAY HOURS BILLED | TOTAL JUNE HOURS BILLED | TOTAL JULY HOURS BILLED | TOTAL AUGUST HOURS BILLED | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|---|---|---|
| Bush, Matthew | 2012 | $890.00 | 2.8 | 30.2 | 34.1 | 0.2 | - | 67.3 | $59,897.00 |
| Calfo, Alex | 1991 | $1,120.00 | 3.0 | 5.5 | - | 0.5 | - | 9.0 | $10,080.00 |
| Fournier, Kristen | 2002 | $1,060.00 | 123.8 | 152.4 | 193.2 | 44.7 | - | 514.1 | $544,946.00 |
| Hynes, Kevin | 2013 | $890.00 | 8.8 | 5.7 | 7.9 | 0.3 | - | 22.7 | $20,203.00 |
| Johnson, Paul | 1984 | $1,120.00 | 3.9 | 7.8 | 1.3 | 7.2 | - | 20.2 | $22,624.00 |
| Romano, Julia | 2008 | $1,000.00 | 0.7 | 14.0 | 8.2 | 0.4 | - | 23.3 | $23,300.00 |
| Wilson, Thad | 2008 | $1,000.00 | 3.8 | 1.3 | 0.9 | - | - | 6.0 | $6,000.00 |
| Ashby, Matt* | 2000 | $865.00 | 2.6 | - | 3.4 | - | - | 6.0 | $5,190.00 |
| Davidson, Scott* | 1996 | $865.00 | 4.9 | 0.8 | - | - | - | 5.7 | $4,930.50 |
| Steinmann, Cori* | 2004 | $865.00 | 6.0 | - | 6.1 | - | - | 12.1 | $10,466.50 |
| **Total Partners and Counsel:** | | | **160.3** | **217.7** | **255.1** | **53.3** | **-** | **686.4** | **$707,637.00** |

† *Counsel

| NAME OF PROFESSIONAL ASSOCIATES† | YEAR ADMITTED | HOURLY RATE | TOTAL APRIL HOURS BILLED | TOTAL MAY HOURS BILLED | TOTAL JUNE HOURS BILLED | TOTAL JULY HOURS BILLED | TOTAL AUGUST HOURS BILLED | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|---|---|---|
| Baker, Britney | 2018 | $888.00 | 55.1 | 16.6 | 5.2 | - | 0.5 | 77.4 | $74,226.60 |
| Gascoine, Evan | 2008 | $510.00 | 23.9 | 5.5 | 36.0 | 0.6 | - | 66.0 | $48,840.00 |
| Hewgley IV, Cason | 2017 | $705.00 | - | - | 8.0 | - | - | 8.0 | $5,640.00 |
| King, Bryan | 2011 | $740.00 | 57.5 | 153.3 | 231.6 | 76.9 | - | 519.3 | $384,282.00 |
| Litzinger, Brittany | 2020 | $650.00 | 4.3 | 3.0 | 9.4 | - | - | 16.7 | $10,855.00 |
| McHugh, Jay | 2020 | $595.00 | - | - | 12.4 | - | - | 12.4 | $7,378.00 |
| Sims, Heather | 2021 | $560.00 | - | - | 16.6 | - | - | 16.6 | $9,296.00 |
| Tenkhoff, Paige | 2020 | $595.00 | - | - | 5.8 | 0.3 | - | 6.1 | $3,629.50 |
| Vives, Michael | 2014 | $740.00 | - | 10.6 | 12.7 | - | - | 23.3 | $17,242.00 |
| Kolli, Priya** | 2014 | $290.00 | - | 8.9 | 2.5 | - | - | 11.4 | $3,306.00 |
| **Total Associates:** | | | **140.8** | **197.9** | **340.2** | **77.8** | **0.5** | **757.2** | **$564,695.10** |

† **Staff Attorney

The paraprofessionals who rendered professional services in these chapter 11 cases during the Combined Statement Period are:

| NAME OF PARAPROFESSIONALS AND OTHER NON-LEGAL STAFF | HOURLY RATE | TOTAL APRIL HOURS BILLED | TOTAL MAY HOURS BILLED | TOTAL JUNE HOURS BILLED | TOTAL JULY HOURS BILLED | TOTAL AUGUST HOURS BILLED | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|---|---|
| Ritzert, Barbara | $385.00 | - | 39.9 | 5.4 | - | - | 45.3 | $17,440.50 |
| Coplen, David | $385.00 | - | - | 5.6 | - | - | 5.6 | $2,156.00 |
| Fermin, Luis | $385.00 | - | 2.5 | 1.5 | - | - | 4.0 | $1,540.00 |
| **Total Paraprofessionals & Other Non-Legal Staff:** | | **-** | **42.4** | **12.5** | **-** | **-** | **54.9** | **$21,136.50** |

The total fees for the Combined Statement Period are:

| PROFESSIONALS  TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel: | $1,030.94 | 686.4 | $707,637.00 |
| Associates: | $745.77 | 757.2 | $564,695.10 |
| Paraprofessionals and Other Non-Legal Staff: | $385.00 | 54.9 | $21,136.50 |
| **Blended Attorney Rate:** | $881.36 | | |
| **Blended Rate for All Timekeepers:** | $863.18 | | |
| **Total Fees Incurred:** | | **1,498.5** | **$1,293,468.60** |
| Less Fees for Johnson & Johnson Only Representation: | | | ($256,880.75)[2] |
| **Total LTL Debtor Fees:** | | | **$1,036,587.85** |

---

[2] For ease of reference, fees charged 100% to LTL, as well as those charged 50% to LTL and 50% to Johnson & Johnson, are broken down separately in Section II while disbursements are similarly distinguished in Section III.

SECTION II
SUMMARY OF SERVICES

COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY KING & SPALDING LLP
FOR THE PERIOD APRIL 4, 2023 THROUGH AUGUST 11, 2023

**100% LTL**

| TASK CODE | DESCRIPTION | APRIL HOURS | MAY HOURS | JUNE HOURS | JULY HOURS | AUGUST HOURS | TOTAL HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| L002 | Case Administration | 10.6 | 28.8 | 78.9 | 0.3 | - | 118.6 | $94,753.00 |
| L003 | Claims Administration and Objections | - | - | 6.1 | - | - | 6.1 | $5,276.50 |
| L004 | Fee/Employment Applications | 54.0 | 18.7 | 7.8 | - | 0.5 | 81.0 | $78,259.10 |
| L005 | Relief from Stay Proceedings | 2.6 | 2.6 | - | - | - | 5.2 | $5,005.00 |
| L006 | Litigation Consulting | 173.7 | 136.8 | 258.0 | 34.9 | - | 603.4 | $596,413.50 |
| **Totals:** | | **240.9** | **186.9** | **350.8** | **35.2** | **0.5** | **814.3** | **$779,707.10** |

**50% LTL / 50% Johnson & Johnson**

| TASK CODE | DESCRIPTION | APRIL HOURS | MAY HOURS | JUNE HOURS | JULY HOURS | AUGUST HOURS | TOTAL HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| L006 | Litigation Consulting | 60.2 | 271.1 | 257.0 | 95.9 | - | 684.2 | $513,761.50 |
| **Totals:** | | 60.2 | 271.1 | 257.0 | 95.9 | - | 684.2 | **$513,761.50** |
| | | | | | | Less Fees for Johnson & Johnson Only Representation: | | ($256,880.75) |
| | | | | | | **Total Fees Requested:** | | **$256,880.75** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

**DISBURSEMENT SUMMARY BY KING & SPALDING LLP**
**FOR THE PERIOD APRIL 4, 2023 THROUGH AUGUST 11, 2023**

**100% LTL**

| DISBURSEMENTS | APRIL AMOUNTS | MAY AMOUNTS | JUNE AMOUNTS | JULY AMOUNTS | AUGUST AMOUNTS | TOTAL AMOUNTS |
|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - |
| **Totals:** | **-** | **-** | - | - | - | **$0.00** |

**50% LTL / 50% Johnson & Johnson**

| DISBURSEMENTS | APRIL AMOUNTS | MAY AMOUNTS | JUNE AMOUNTS | JULY AMOUNTS | AUGUST AMOUNTS | TOTAL AMOUNTS |
|---|---|---|---|---|---|---|
| Court Reporter/Trial Transcripts | $11,222.27 | $27,315.00 | $31,583.42 | $119,154.58 | - | $189,275.27 |
| Document Delivery | - | $211.17 | - | $30.97 | - | $242.14 |
| Expert/Professional Fees | $6,045.70 | $23,738.98 | $12,678.58 | - | - | $42,463.26 |
| Filing Fees | $2,191.00 | $2,459.75 | $2,152.92 | - | - | $6,803.67 |
| Litigation Support Vendors | $36,733.72 | $262,718.00 | $61,057.57 | $31,754.50 | - | $392,263.79 |
| Travel | $91.69 | $2,373.49 | $5,221.04 | $2,769.36 | - | $10,455.58 |
| **Totals:** | **$56,284.38** | **$318,816.39** | **$112,693.53** | **$153,709.41** | **-** | **$ 641,503.71** |
| | | | | Less Expenses for Johnson & Johnson Only Representation: | | ($320,751.86) |
| | | | | | **Total Requested:** | **$320,751.86** |

# SECTION IV
# CASE HISTORY

| | |
|---|---|
| (1) Date cases filed: | April 4, 2023 |
| (2) Chapter under which case commenced: | Chapter 11 |
| (3) Date of retention: | June 6, 2023 *nunc pro tunc* to April 4, 2023 [Dkt. 709] (the "**Retention Order**")[3]. |
| (4) Summarize in brief the benefits to the estate and attach supplements as needed | SEE BELOW |

During the Combined Statement Period, King & Spalding LLP ("**King & Spalding**") provided the following services to the Debtor including, but not limited to, the following:

*Retention Application Preparation*

- Correspond with Jones Day to discuss retention application and supplemental declaration.
- Review interested parties list.
- Prepare and review retention application, disclosure schedule, supplemental declaration, and related exhibits.

*Case Administration*

- Review complaints to assist Epiq with service matters.
- Compile data related to talc litigation to assist in preparing materials for upcoming hearings.
- Review dismissal-related and similar filings in underlying cases.
- Prepare and revise materials related to motion to dismiss.

*Claims Administration and Objections*

- Analyze materials and gather information regarding talc claims.

*Litigation Counseling*

- Assist with various support materials for first day hearing.
- Discuss stay-related matters.
- Discuss and review plan-related materials.

---

[3] The Retention Order is attached hereto as Exhibit A.

- Coordinate with Jones Day to update TRO regarding appeals and communications with appellate team regarding same.

- Attend various witness preparation sessions and depositions.

- Attend hearings.

- Coordinate with the Debtor's professionals concerning ongoing work, deadlines, assignments, and data gathering (including with respect to expert materials).

- Review new complaints and other documents in underlying tort cases to assist bankruptcy counsel with miscellaneous briefing issues.

- Prepare, review, and revise pleadings and related materials for Moline and Emory matters.

- Assist with trial preparation and trial of Valadez (CA).

*Relief from Stay Proceedings*

- Respond to motion related to Valdez (CA).

- Assist with motions practice related to Janssen and Kenvue.

(5) Anticipated distribution to creditors:

| | |
|---|---|
| (a)  Administration expense: | Unknown at this time. |
| (b)  Secured creditors: | Unknown at this time. |
| (c)  Priority creditors: | Unknown at this time. |
| (d)  General unsecured creditors: | Unknown at this time. |

(6) Final disposition of case and percentage of dividend paid to creditors    Final dividend percentages are unknown at this time.

I certify under penalty of perjury that the above is true.

Date: August 25, 2023    */s/ Kristen R. Fournier*
　　　　　　　　　　　　　　　　　　　Kristen R. Fournier