**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

IN RE: <u>LTL Management LLC</u>          APPLICANT: <u>Massey & Gail LLP</u>

CASE NO.:  <u>23-12825 (MBK)</u>          CLIENT: <u>Official Committee of Talc Claimants</u>

CHAPTER:  <u>11</u>          CASE FILED:  <u>April 4, 2023</u>

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
<u>PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746</u>

---

**SECTION I**
**FEE SUMMARY**

---

Monthly fee Statement Covering the Period
August 1, 2023 Through August 11, 2023

Interim Monthly Fee Statement No. 4

Summary of Accounts Requested for the Period from August 1, 2023 through August 11, 2023
(the "Fourth Statement Period"):

| | |
|---|---|
| Total fees: | $ 102,692.00 |
| Total disbursements: | $      666.62 |
| Minus 20% Holdback of Fees: | $  20,538.40 |
| Amount Sought at this Time: | $  82,820.22 |

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Jonathan Massey | 1992 | $1160.00 | 32.4 | $37,584.00 |
| Jonathan Massey (Travel) | 1992 | $580.00 | 6.8 | $3,944.00 |
| Rachel Morse | 2007 | $860.00 | 3.3 | $2,838.00 |
| Bret Vallacher | 2014 | $775.00 | 33.5 | $25,962.50 |
| Matthew Layden | 2019 | $500.00 | 36.5 | $18,250.00 |
| Usama Ibrahim | 2021 | $485.00 | 29.1 | $14,113.50 |
| TOTAL FEES | | | | $102,692.00 |
| BLENDED RATE | | $725.23 | 141.6 | |

Pursuant to the Amended Fee Procedures Order, currently requested fees are net of a 20% holdback.  A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $ 102,692.00 |
| Less: Holdback (20%) | -$  20,538.40 |
| Total Fees Currently Payable | $  82,153.60 |
| | |
| Add: Disbursements | $ 666.62 |
| **Total Payable This Invoice** | **$ 82,820.22** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Case Administration (B110) | 4.3 | $4,521.50 |
| Relief from Stay / Adequate Protection Proceedings (B140) | 2.8 | $2,170.00 |
| Fee/Employment Application (B160) | 1.5 | $1,290.00 |
| Other Contested Matters, including Committee's MTD and Other Motions (B190) | 117.1 | $85,421.50 |
| Non-Working Travel (B195) | 6.8 | $3,944.00 |
| Appellate Briefs (L520) | 9.1 | $5,345.00 |
| | | |
| | | |
| **TOTAL** | **141.6** | **$102,692.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | AMOUNT |
|---|---|
| Out of Town Travel (E110) | $666.62 |
| **TOTAL DISBURSEMENTS** | **$666.62** |

I certify under penalty of perjury that the foregoing is true and correct.

/s/*Jonathan S. Massey*
Jonathan S. Massey

Dated:  August 25, 2023