# EXHIBIT A
# TIME DETAIL

2920452.1



50 E. Washington St.  
Suite 400  
Chicago, IL 60602  
(312) 283-1590

1000 Maine Ave. SW  
Suite 450  
Washington, D.C. 20024  
(202) 652-4511

# PRIVILEGED & CONFIDENTIAL

August 22, 2023

**Official Committee of Talc Claimants**  
In re LTL Management, No 23-12825  
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 08-01-2023 - 08-11-2023

**RE: LTL Management Bankruptcy Official TCC II**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-01-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.10 | 485.00 | 48.50 |
| | | Discussion with J. Massey and M. Layden re possible motion to dismiss appeal. | | | |
| 08-01-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 485.00 | 145.50 |
| | | Discussion with M. Layden re possible motion to dismiss appeal. | | | |
| 08-01-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 775.00 | 232.50 |
| | | Conference with J. Massey, M. Layden, and U. Ibrahim re appeals. | | | |
| 08-01-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.10 | 485.00 | 533.50 |
| | | Reviewing motion to dismiss Memorandum Opinion. | | | |
| 08-01-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 775.00 | 310.00 |
| | | Correspondence with local counsel re modifying scheduling order in interlocutory appeals. | | | |
| 08-01-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.70 | 775.00 | 542.50 |
| | | Revising memo in support of proposed dismissal order. | | | |
| 08-01-2023 | BV | B140 - Relief from Stay / Adequate Protection Proceedings | 2.70 | 775.00 | 2,092.50 |
| | | Drafting letters to the district court requesting modification to scheduling order in interlocutory appeals (3:23-CV-03935; 3:23-cv-02567; 3:23-cv-02918). | | | |
| 08-01-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 6.70 | 1,160.00 | 7,772.00 |
| | | Drafting portions of appellate brief in response to J&J announcement of appeal. | | | |
| 08-01-2023 | JSM | B195 - Non-Working Travel | 3.50 | 580.00 | 2,030.00 |
| | | Travel to Trenton for Aug 2 hearing. [BILLED AT 50%] | | | |
| 08-02-2023 | ML | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.40 | 500.00 | 1,200.00 |
| | | Researching legal issues associated with maintaining the TCC to defend the MTD opinion on appeal. | | | |
| 08-02-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.80 | 485.00 | 873.00 |
| | | Attendance in hearing before Judge Kaplan re post-dismissal proceedings. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-02-2023 | ML | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.80 | 500.00 | 900.00 |
| | | Attending hearing re MTD order. | | | |
| 08-02-2023 | ML | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.10 | 500.00 | 1,050.00 |
| | | Reviewing draft appellees' brief outline regarding motion to dismiss appeal. | | | |
| 08-02-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 485.00 | 145.50 |
| | | Meeting with M. Layden re hearing on post-dismissal proceedings. | | | |
| 08-02-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.90 | 485.00 | 921.50 |
| | | Revising outline of appellee's brief. | | | |
| 08-02-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.80 | 775.00 | 1,395.00 |
| | | Attending hearing on substantial contribution motions and form of dismissal order for LTL Management LLC, Case No. 23-12825 before the Honorable Michael B. Kaplan. | | | |
| 08-02-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.90 | 775.00 | 1,472.50 |
| | | Revising/supplementing draft appellee response brief drafted by J. Massey. | | | |
| 08-02-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.50 | 775.00 | 387.50 |
| | | Conference with J. Massey, U. Ibrahim, and M. Layden re legal research for dismissal order (including TCC's continued existence during appeals, provision preventing bankruptcy re-filing within 180 days) and for draft appellee response brief in support of the dismissal order. | | | |
| 08-02-2023 | ML | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.50 | 500.00 | 250.00 |
| | | Meeting with J. Massey, B. Vallacher, and U. Ibrahim regarding legal issues associated with maintaining the TCC to defend the MTD opinion on appeal. | | | |
| 08-02-2023 | ML | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 500.00 | 150.00 |
| | | Meeting with B. Vallacher and U. Ibrahim regarding legal definition of immediacy for MTD appeal. | | | |
| 08-02-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.80 | 485.00 | 388.00 |
| | | Meeting with B. Vallacher and M. Layden re research assignments for motion to dismiss appeal. | | | |
| 08-02-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.50 | 485.00 | 242.50 |
| | | Research re whether committee has been appointed for purposes of an appeal. | | | |
| 08-02-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 775.00 | 232.50 |
| | | Conference with U. Ibrahim, and M. Layden re legal research for dismissal order (including TCC's continued existence during appeals, provision preventing bankruptcy re-filing within 180 days) and for draft appellee response brief in support of the dismissal order. | | | |
| 08-02-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.60 | 775.00 | 465.00 |
| | | Conducting legal research re prohibitions on re-filing petitions for bankruptcy. | | | |
| 08-02-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.20 | 860.00 | 172.00 |
| | | Correspondence with co-counsel re dismissal issues. | | | |
| 08-02-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 5.50 | 1,160.00 | 6,380.00 |
| | | Drafting portions of appellate brief in response to J&J announcement of appeal. | | | |
| 08-02-2023 | JSM | B110 - Case Administration | 2.00 | 1,160.00 | 2,320.00 |
| | | Attending omnibus hearing in bankruptcy court. | | | |
| 08-02-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.60 | 1,160.00 | 696.00 |
| | | Meeting with TCC representatives and counsel in connection with omnibus hearing in bankruptcy court to discuss legal strategy and next steps. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-02-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.50 | 1,160.00 | 580.00 |
| | | Zoom with Massey & Gail team to discuss terms of dismissal order. | | | |
| 08-02-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with TCC counsel re draft opposition to expected motion for stay. | | | |
| 08-02-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with TCC counsel re proposed form of order. | | | |
| 08-02-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.50 | 1,160.00 | 580.00 |
| | | Reviewing research re proposed form of order regarding ban on refiling and TCC's continued existence. | | | |
| 08-03-2023 | ML | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.70 | 500.00 | 1,350.00 |
| | | Preparing section on Third Circuit's immediacy requirement for showing financial distress for MTD appeal brief. | | | |
| 08-03-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.90 | 775.00 | 697.50 |
| | | Conference with committee members, co-counsel, and representatives regarding form of dismissal order and next steps. | | | |
| 08-03-2023 | ML | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.90 | 500.00 | 450.00 |
| | | Attending weekly committee meeting discussing MTD order. | | | |
| 08-03-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.30 | 485.00 | 1,115.50 |
| | | Meeting with co-counsel and clients to discuss forthcoming legal strategy on motion to dismiss appeal. | | | |
| 08-03-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | | 485.00 | No Charge |
| | | Discussion with M. Layden re stay pending appeal. | | | |
| 08-03-2023 | ML | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.50 | 500.00 | 250.00 |
| | | Discussion with U. Ibrahim regarding legal issues associated with a stay of the MTD order pending appeal. | | | |
| 08-03-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 775.00 | 232.50 |
| | | Conference with co-counsel regarding memorandum in support of dismissal order and opposition to anticipated motion to stay dismissal pending appeal. | | | |
| 08-03-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.20 | 485.00 | 97.00 |
| | | Committee with co-counsel to discuss forthcoming legal strategy on possible opposition to motion to stay. | | | |
| 08-03-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.20 | 485.00 | 97.00 |
| | | Reviewing M. Winograd's draft TCC Memorandum in Support of the Dismissal Order. | | | |
| 08-03-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.60 | 485.00 | 1,261.00 |
| | | Research re whether committee has been appointed for purposes of an appeal. | | | |
| 08-03-2023 | RSM | B110 - Case Administration | 0.10 | 860.00 | 86.00 |
| | | Reviewed S. Grimm summary of recent case developments and upcoming case deadlines. | | | |
| 08-03-2023 | RSM | B110 - Case Administration | 0.10 | 860.00 | 86.00 |
| | | Reviewed portion of August 2 court hearing transcript. | | | |
| 08-03-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.70 | 860.00 | 602.00 |
| | | Conference with co-counsel re dismissal issues and appellate issues. | | | |
| 08-03-2023 | ML | B190 - Other Contested Matters (excluding assumption / rejection motions) | 3.70 | 500.00 | 1,850.00 |
| | | Researching legal issues associated with maintaining the TCC to defend the MTD opinion on appeal. | | | |
| 08-03-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 6.00 | 775.00 | 4,650.00 |
| | | Conducting legal research re prohibitions on re-filing petitions for bankruptcy. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-03-2023 | JSM | B195 - Non-Working Travel | 3.30 | 580.00 | 1,914.00 |
| | | Travel from Trenton for Aug 2 hearing. [BILLED AT 50%] | | | |
| 08-03-2023 | JSM | B110 - Case Administration | 1.00 | 1,160.00 | 1,160.00 |
| | | Zoom with TCC members and representatives re legal strategy and next steps. | | | |
| 08-03-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 1,160.00 | 348.00 |
| | | Zoom with TCC counsel to discuss dismissal order. | | | |
| 08-04-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.30 | 1,160.00 | 2,668.00 |
| | | Revising draft opposition to expected stay motion by debtor. | | | |
| 08-04-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.60 | 1,160.00 | 696.00 |
| | | Revising letter brief in support of TCC proposed order. | | | |
| 08-04-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.40 | 485.00 | 1,164.00 |
| | | Revise draft of opposition of motion to stay circulated by J. Lamken. | | | |
| 08-04-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.60 | 775.00 | 2,015.00 |
| | | Revising draft opposition to motion to stay dismissal order. | | | |
| 08-04-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.10 | 860.00 | 86.00 |
| | | Reviewed draft letter submission re dismissal issues. | | | |
| 08-04-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 3.60 | 485.00 | 1,746.00 |
| | | Research re whether committee has been appointed for purposes of an appeal. | | | |
| 08-04-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.80 | 775.00 | 1,395.00 |
| | | Revising letter to Judge Kaplan re dismissal order. | | | |
| 08-04-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.50 | 1,160.00 | 580.00 |
| | | Reviewing research re proposed form of order regarding ban on refiling and TCC's continued existence. | | | |
| 08-05-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.20 | 1,160.00 | 1,392.00 |
| | | Revising draft opposition to expected stay motion by debtor. | | | |
| 08-06-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing draft letter brief to accompany proposed TCC order. | | | |
| 08-06-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel re dismissal order. | | | |
| 08-07-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 1,160.00 | 348.00 |
| | | Zoom with TCC counsel re proposed order. | | | |
| 08-07-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing proposed TCC order. | | | |
| 08-07-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 1,160.00 | 464.00 |
| | | Reviewing letter brief in connection with proposed TCC order. | | | |
| 08-07-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 1,160.00 | 348.00 |
| | | Revising letter brief in connection with proposed TCC order. | | | |
| 08-07-2023 | ML | B190 - Other Contested Matters (excluding assumption / rejection motions) | 3.30 | 500.00 | 1,650.00 |
| | | Analyzing draft motion in opposition to Debtor's motion to stay the court's order dismissing the bankruptcy. | | | |
| 08-07-2023 | ML | B190 - Other Contested Matters (excluding | 2.10 | 500.00 | 1,050.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | assumption / rejection motions) | | | |
| | | Preparing exhibits for draft motion in opposition to Debtor's motion to stay the court's order dismissing the bankruptcy. | | | |
| 08-07-2023 | ML | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.80 | 500.00 | 400.00 |
| | | Discussion with U. Ibrahim re legal issues associate with opposition to potential motion to stay dismissal. | | | |
| 08-07-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.80 | 485.00 | 388.00 |
| | | Meeting with M. Layden re opposition to potential motion to stay dismissal. | | | |
| 08-07-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.10 | 485.00 | 48.50 |
| | | Drafting email communication to J. Massey re re opposition to potential motion to stay dismissal. | | | |
| 08-07-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.20 | 485.00 | 97.00 |
| | | Drafting email communication to R. Aguirre re opposition to potential motion to stay dismissal. | | | |
| 08-07-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.20 | 485.00 | 97.00 |
| | | Drafting email communication to local counsel re opposition to potential motion to stay dismissal. | | | |
| 08-07-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.20 | 485.00 | 1,067.00 |
| | | Revise draft of opposition of motion to stay circulated by J. Lamken. | | | |
| 08-07-2023 | BV | B140 - Relief from Stay / Adequate Protection Proceedings | 0.10 | 775.00 | 77.50 |
| | | Analyzing protective order filed re Kenvue discovery. | | | |
| 08-07-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.70 | 775.00 | 542.50 |
| | | Suggesting revisions to letter in support of proposed dismissal order. | | | |
| 08-07-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 775.00 | 310.00 |
| | | Reviewing correspondence from co-counsel for developments to craft potential responses. | | | |
| 08-07-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.90 | 775.00 | 1,472.50 |
| | | Conducting legal research re moving to hold the pending PI and FCR appeals in abeyance pending potential appeal of dismissal order. | | | |
| 08-07-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.50 | 775.00 | 387.50 |
| | | Conference with S. Beville, J. Massey, J. Lamken, A. Silverstein, and M. Winograd re proposed dismissal order. | | | |
| 08-07-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.90 | 775.00 | 1,472.50 |
| | | Supplementing the letter in support of our proposed dismissal order. | | | |
| 08-08-2023 | ML | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.30 | 500.00 | 650.00 |
| | | Research regarding the power of the bankruptcy court to issue a stay of its dismissal order after that order has already been issued. | | | |
| 08-08-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.90 | 775.00 | 697.50 |
| | | Reviewing proposed dismissal orders from Debtor and other parties along with letter-briefs in support of those proposed orders. | | | |
| 08-08-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.60 | 485.00 | 291.00 |
| | | Research re the viability of a stay of the case post-dismissal. | | | |
| 08-08-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.20 | 860.00 | 172.00 |
| | | Correspondence with co-counsel re dismissal order submissions. | | | |
| 08-09-2023 | ML | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.10 | 500.00 | 1,050.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Researching legal issues regarding the third circuit's good faith standard for draft appellee's brief to motion to dismiss. | | | |
| 08-09-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 1,160.00 | 464.00 |
| | | Reviewing LTL supplemental letter in connection with dismissal order. | | | |
| 08-09-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.80 | 1,160.00 | 928.00 |
| | | Drafting response to LTL supplemental letter in connection with dismissal order. | | | |
| 08-09-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel re LTL supplemental letter in connection with dismissal order. | | | |
| 08-09-2023 | ML | B190 - Other Contested Matters (excluding assumption / rejection motions) | 5.60 | 500.00 | 2,800.00 |
| | | Researching legal issues associated with the issuance of a stay of the order dismissing the bankruptcy after that order has been entered and taken effect. | | | |
| 08-09-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 3.20 | 485.00 | 1,552.00 |
| | | Research re the viability of a stay of the case post-dismissal. | | | |
| 08-09-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.90 | 485.00 | 436.50 |
| | | Meeting with B. Vallacher, M. Layden, J. Lamken, and M. Winograd re possible further actions by LTL. | | | |
| 08-09-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.90 | 775.00 | 697.50 |
| | | Conference with J. Lamken, M. Winograd, and R. Hashem re fiduciary duty and fraudulent transfer research. | | | |
| 08-09-2023 | UI | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.80 | 485.00 | 388.00 |
| | | Meeting with committee and co-counsel to discuss forthcoming legal strategy on possible opposition to motion to stay. | | | |
| 08-09-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.70 | 775.00 | 542.50 |
| | | Conference with committee members, co-counsel, and representatives regarding post dismissal topics, including privilege, destruction of documents, substantial contribution, and the TCC website. | | | |
| 08-09-2023 | ML | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.80 | 500.00 | 400.00 |
| | | Attending weekly committee meeting. | | | |
| 08-09-2023 | ML | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.70 | 500.00 | 350.00 |
| | | Conference with B. Vallacher, U. Ibrahim, J. Lamken, M. Winograd, and R. Hashem regarding fraudulent transfer research. | | | |
| 08-09-2023 | ML | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.80 | 500.00 | 400.00 |
| | | Preparing draft appellee's brief outline regarding legal standard for good faith that should apply. | | | |
| 08-09-2023 | BV | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.80 | 775.00 | 620.00 |
| | | Drafting language for inclusion in reply to debtor's "supplemental" brief letter. | | | |
| 08-10-2023 | UI | L520 - Appellate Briefs | 1.60 | 485.00 | 776.00 |
| | | Revising draft appellee brief. | | | |
| 08-10-2023 | UI | L520 - Appellate Briefs | 0.40 | 485.00 | 194.00 |
| | | Meeting with M. Layden re preparation of appellate brief for the motion to dismiss. | | | |
| 08-10-2023 | ML | L520 - Appellate Briefs | 4.10 | 500.00 | 2,050.00 |
| | | Preparing legal argument regarding good faith standard for draft appellee's brief for motion to dismiss appeal. | | | |
| 08-10-2023 | BV | B110 - Case Administration | 0.90 | 775.00 | 697.50 |
| | | Reviewing and revising substantial contribution motion. | | | |
| 08-10-2023 | BV | L520 - Appellate Briefs | 2.80 | 775.00 | 2,170.00 |
| | | Drafting portion of appellate brief in support of the dismissal opinion. | | | |
| 08-10-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 3.30 | 1,160.00 | 3,828.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Drafting outline of appellate brief in response to J&J announcement of appeal. | | | |
| 08-11-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.60 | 1,160.00 | 3,016.00 |
| | | Drafting outline of appellate brief in response to J&J announcement of appeal. | | | |
| 08-11-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel re dismissal order. | | | |
| 08-11-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing bankruptcy court dismissal order. | | | |
| 08-11-2023 | BV | L520 - Appellate Briefs | 0.20 | 775.00 | 155.00 |
| | | Responding to strategy questions from J. Massey re appellate brief. | | | |
| 08-11-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.20 | 860.00 | 172.00 |
| | | Correspondence with co-counsel and committee representatives re LTL supplemental brief re dismissal issues. | | | |
| 08-11-2023 | RSM | B110 - Case Administration | 0.20 | 860.00 | 172.00 |
| | | Reviewed analysis of end of case issues. | | | |
| 08-11-2023 | RSM | B160 - Fee/Employment Application | 0.10 | 860.00 | 86.00 |
| | | Correspondence with colleagues re July fee statement preparation. | | | |
| 08-11-2023 | RSM | B160 - Fee/Employment Application | 1.40 | 860.00 | 1,204.00 |
| | | Worked on monthly fee statement for July services. | | | |
| | | | | Total | 102,692.00 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Bret Vallacher | 33.50 | 25,962.50 |
| Jonathan Massey | 39.20 | 41,528.00 |
| Matthew Layden | 36.50 | 18,250.00 |
| Rachel Morse | 3.30 | 2,838.00 |
| Usama Ibrahim | 29.10 | 14,113.50 |
| Total | | 102,692.00 |

## Expenses

| Expense | Description | Amount |
|---|---|---|
| E110 - Out of town travel | JSM - Mileage reimbursement for trip to Trenton, NJ for 8/2 hearing. | 121.18 |
| E110 - Out of town travel | JSM - Lodging (2 nights) while in Trenton, NJ for 8/2 hearing. | 424.26 |
| E110 - Out of town travel | JSM - Mileage reimbursement for return trip from Trenton, NJ for 8/2 hearing. | 121.18 |
| | Total Expenses | 666.62 |
| | Total for this Invoice | 103,358.62 |