UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  :  Case no.: 23-12825
LTL Management LLC  :  Chapter: 11
 :
Debtor(s)  :  Adv. Pro. No.: _____
 :

## CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I  Wendy Quiles  , Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On  August 24, 2023  a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated  August 11, 2023  was filed.

A copy of the appeal was served on the following parties on  August 25, 2023  .

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) |  | Notice of Electronic Filing (NEF) |
| Daniel M. Stolz, Esq., attorney for the Official Committee of Talc Claimants | 110 Allen Road, Suite 304 Basking Ridge, NJ 07920 | ☒ Notice of Electronic Filing (NEF)<br>❏ U. S. Mail |
| Paul Crouch | Moshe Maimon, Esq. (I.D. 042691986) 605 Third Avenue, 33rd FL New York, NY 10158 | ☒ Notice of Electronic Filing (NEF)<br>❏ U. S. Mail |
| Clayton L. Thompson, Esq., attorney for the Ad Hoc Group of Mesothelioma Claimants | Clayton L. Thompson, Esq. 150 W. 30th Street, Suite 201 New York, NY 10001 | ☒ Notice of Electronic Filing (NEF)<br>❏ U. S. Mail |
| Clayton L. Thompson, Esq., mesothelioma claimants represented by Maune Raichle Hartley French & Mudd LLC | Clayton L. Thompson, Esq. 150 W. 30th Street, Suite 201 New York, NY 10001 | ❏ Notice of Electronic Filing (NEF)<br>❏ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: August 25, 2023           By: Wendy Quiles
                                    Deputy Clerk

*rev. 1/13/17*

Case 23-12825-MBK    Doc 1269    Filed 08/25/23    Entered 08/25/23 13:46:32    Desc Main
Document      Page 2 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                          : Case no.:         23-12825
LTL Management LLC                              :
                                                : Chapter:          11
                       Debtor(s)                :
                                                : Adv. Pro. No.:
                                                :

**CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL**

I _____Wendy Quiles_____, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On __August 24, 2023__ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated __August 11, 2023__ was filed.

A copy of the appeal was served on the following parties on __August 25, 2023__.

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| Leah C. Kagan, Esq. attorney for various mesothelioma claimants | Leah C. Kagan (NJ ID No. 013602009) 1201 Elm Street, Suite 3400 Dallas, TX 75270 | ☒ Notice of Electronic Filing (NEF) <br> ☐ U. S. Mail |
| Robert K. Malone, Esq. attorney for the States of New Mexico and Mississippi | Robert K. Malone, Esq. One Gateway Center Newark, New Jersey 07102 | ☒ Notice of Electronic Filing (NEF) <br> ☐ U. S. Mail |
| Laura Davis Jones, Esq, attorney for claimants represented by Arnold & Itkin LLP | Laura Davis Jones, Esq. 919 N. Market Street, 17th Floor P.O. Box 8705 Wilmington, DE 19899-8705 | ☒ Notice of Electronic Filing (NEF) <br> ☐ U. S. Mail |
| Ericka F. Johnson, Esq. attorney for the Ad Hoc Committee of States Holding Consumer Protection Claims | Ericka F. Johnson, Esq. 1313 N. Market Street, Suite 1200 Wilmington, Delaware 19801 | ☒ Notice of Electronic Filing (NEF) <br> ☐ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: August 25, 2023                    By: Wendy Quiles
                                              Deputy Clerk

*rev. 1/13/17*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case no.: 23-12825 |
| LTL Management LLC | : | Chapter: 11 |
| Debtor(s) | : | Adv. Pro. No.: |

## CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I  Wendy Quiles  , Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On  August 24, 2023  a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated  August 11, 2023  was filed.

A copy of the appeal was served on the following parties on  August 25, 2023  .

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| Anthony Sodono, III, attorney for claimants represented by The Barnes Law Group | Anthony Sodono, III, Esq. 75 Livingston Avenue, Ste. 201 Roseland, NJ 07068 | ☒ Notice of Electronic Filing (NEF) ☐ U. S. Mail |
| Geoffrey B. Gompers, attorney for Robert Gendelman and Melissa Fleming | Geoffrey B. Gompers 1515 market Street, Suite 1650 Philadelphia PA 19102 | ☒ Notice of Electronic Filing (NEF) ☐ U. S. Mail |
| Laura Davis Jones, Esq, attorney for claimants represented by Arnold & Itkin LLP | Michael D. Sirota, Esq. Court Plaza North, 25 Main Street Hackensack, NJ 07602-0800 | ☒ Notice of Electronic Filing (NEF) ☐ U. S. Mail |
| | | ☒ Notice of Electronic Filing (NEF) ☐ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: August 25, 2023          By: Wendy Quiles
                                   Deputy Clerk

*rev. 1/13/17*