UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re:                                                      Chapter:              _____

                                                 Case Number:   _____

                                                 Civil Number:     _____

                                                 Adversary Number: _____

                                                 Bankruptcy Judge: _____

**TRANSMITTAL OF DOCUMENT(S) TO:**
❑ **DISTRICT COURT**    ❑ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❑ Notice of Appeal    ❑ Order being Appealed    ❑ Designation of Record on Appeal

❑ Statement of Issues    ❑ Transcript    ❑ Transcript Ordered On: _____

❑ Motion for Leave to Appeal    ❑ Certification of Failure to File Designation    ❑ Motion to Withdraw the Reference

❑ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____. The parties to the appeal are:

Appellant(s):  _____    Appellee(s):  _____

Attorney:      _____    Attorney:     _____

Address:       _____    Address:      _____

               _____                  _____

Title of Order Appealed: Establishing Procedures With Respect to Requests For Compensation; and Granting Related Relief.

Date Entered On Docket: _____

❑  An appeal has not previously been filed in this case.

❑  The following list contains information regarding all appeals previously filed in this case:

| **District Court Case Number** | **District Court Judge Assigned** | **Date of Transmission of Record to District Court** |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

*rev. 8/28/17*