| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br><br>**PARKINS & RUBIO LLP**<br>Lenard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinsrubio.com<br>crubio@parkinsrubio.com<br>Pennzoil Place<br>700 Milan St., Suite 1300<br>Houston, TX  77002<br>Tel: (713) 715-1666<br><br>*Ad Hoc Committee of Supporting Counsel* | |
| In re:<br><br>**LTL MANAGEMENT LLC**<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

**MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF PARKINS & RUBIO LLP,  AD HOC COMMITTEE OF SUPPORTING COUNSEL, FOR THE PERIOD OF
JUNE 1, 2023 THROUGH JUNE 30, 2023**

---

The Court authorized, under D.N.J. LBR 2016-3(a), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Docket No. 562] (as modified, the "Interim Fee Procedures Order") compensation to professionals on a monthly basis. Under the Interim Compensation Procedures Order, parties have 14 days after service of a monthly fee statement to object to such statement.

On  August 7, 2023, Parkins & Rubio LLP caused to be filed its *Monthly Fee Statement of Parkins & Rubio LLP, Ad Hoc Committee of Supporting Counsel, For The Period June 1, 2023 Through June 30, 2023* [Dkt. No. 1168] (the "Subject Monthly Fee Statement").  The Subject Monthly Fee Statement was served on the notice parties on August 7, 2023. Accordingly,

2

objections to the Subject Monthly Fee Statement were to be filed and served no later than August 21, 2023.

I, Charles M. Rubio, certify that, as of August 24, 2023, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the Subject Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Dated: August 24, 2023

**PARKINS & RUBIO LLP**
*Counsel to the Ad Hoc Committee*
*of Supporting Counsel*

By: */s/ Charles M. Rubio*
    Charles M. Rubio