# EXHIBIT A

GENOVA BURNS LLC

August 24, 2023
Invoice No.:    500378

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/01/23 | DMS | B110 | Review and edit letter to Judge regarding dismissal Order. | .40 | 800.00 | 320.00 |
| 8/01/23 | DMS | B110 | Email regarding Burian fee. | .20 | 800.00 | 160.00 |
| 8/01/23 | DMS | B110 | Emails with Winograd and TCC regarding meet and confer with Prieto. | .70 | 800.00 | 560.00 |
| 8/01/23 | DMS | B110 | Emails with co-counsel and TCC regarding preparation for August 2nd hearings. | .90 | 800.00 | 720.00 |
| 8/01/23 | DMS | B110 | Emails with Winograd and review memo regarding TCC continuation. | .60 | 800.00 | 480.00 |
| 8/01/23 | DMS | B110 | Emails with GSK and DWC regarding hearing preparation. | .30 | 800.00 | 240.00 |
| 8/01/23 | DMS | B110 | Review and edit letters regarding pending appeals. | .40 | 800.00 | 320.00 |
| 8/01/23 | DMS | B110 | Email with Court and TCC regarding August 2nd hearings | .50 | 800.00 | 400.00 |
| 8/01/23 | DMS | B110 | Review emails with Sharko, Golumb and O'Dell on new case filings. | .30 | 800.00 | 240.00 |
| 8/01/23 | DMS | B110 | Emails with Rosen regarding August 2nd hearing. | .20 | 800.00 | 160.00 |
| 8/01/23 | DMS | B110 | Review Order on Ellis DQ and send to TCC. | .30 | 800.00 | 240.00 |
| 8/01/23 | DMS | B110 | Emails with appellate team regarding ban on refiling. | .40 | 800.00 | 320.00 |
| 8/01/23 | DWC | B110 | Rvw emails from co counsel re status of pending motions; update on upcoming filing deadlines, next meetings and agendas | .70 | 600.00 | 420.00 |
| 8/01/23 | DWC | B110 | Emails from co counsel re dismissal order and certain terms | .60 | 600.00 | 360.00 |
| 8/01/23 | DWC | B110 | Rvw emails from co counsel re standing for committee post dismissal | .30 | 600.00 | 180.00 |

GENOVA BURNS LLC

August 24, 2023
Invoice No.:   500378

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/01/23 | DWC | B110 | Rvw letters to other courts re extension of appeal briefing schedule | .40 | 600.00 | 240.00 |
| 8/01/23 | DWC | B110 | Rvw and send to chambers afterhours | .50 | 600.00 | 300.00 |
| 8/01/23 | DWC | B110 | Rvw various emails from member reps re outcome motion to disqualify Ellis | .60 | 600.00 | 360.00 |
| 8/01/23 | LD | B160 | Prepare and file CNO re GB June fee statement. | .50 | 250.00 | 125.00 |
| 8/01/23 | SS | B110 | Reviewing communications regarding limiting refiling. | .20 | 275.00 | 55.00 |
| 8/01/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 8/01/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/01/23 | GSK | B110 | Review agenda for 8/2 hearing. | .10 | 600.00 | 60.00 |
| 8/01/23 | GSK | B190 | Review order denying motion to disqualify FCR (0.1); emails to/from DMS and DWC re same (0.1). | .20 | 600.00 | 120.00 |
| 8/01/23 | GSK | B190 | Review research re issues for proposed dismissal order (0.5); review emails among co-counsel re same (0.2). | .70 | 600.00 | 420.00 |
| 8/01/23 | GSK | B110 | Emails from/to DMS re coverage for 8/2 hearing. | .10 | 600.00 | 60.00 |
| 8/01/23 | GSK | B110 | Review draft and revised drafts of proposed letter to District Court re briefing schedule for appeals (0.1); review emails among co-counsel and DMS re same (0.1). | .20 | 600.00 | 120.00 |
| 8/01/23 | GSK | B110 | Review email from co-counsel re preparations for 8/2 hearing (0.1); emails from/to DWC re same (0.1). | .20 | 600.00 | 120.00 |
| 8/01/23 | GSK | B190 | Review email from M. Winograd re discussion with D. Prieto re appeal of dismissal and related issues (0.1); review emails among co-counsel and DMS re same (0.1). | .20 | 600.00 | 120.00 |
| 8/01/23 | GSK | B110 | Prepare for 8/2 hearing. | .50 | 600.00 | 300.00 |
| 8/02/23 | DMS | B195 | Travel to Trenton, New Jersey and back to Basking Ridge, NJ. | 2.60 | 400.00 | 1,040.00 |

GENOVA BURNS LLC

August 24, 2023
Invoice No.:    500378

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 8/02/23 | DMS | B110 | Court hearings and TCC meeting. | 3.20 | 800.00 | 2,560.00 |
| 8/02/23 | DMS | B110 | Review and approve final letters to District Court on appeals. | .30 | 800.00 | 240.00 |
| 8/02/23 | DMS | B110 | Emails with Court regarding creditor with questions and call with creditor. | .30 | 800.00 | 240.00 |
| 8/02/23 | DMS | B110 | Email with TCC and co-counsel regarding document destruction. | .30 | 800.00 | 240.00 |
| 8/02/23 | DMS | B110 | Email with reporters and TCC regarding Transcript. | .30 | 800.00 | 240.00 |
| 8/02/23 | DMS | B110 | Review various clean up orders and send to TCC. | .40 | 800.00 | 320.00 |
| 8/02/23 | DMS | B110 | Calls with Melanie and Molton regarding hearing etc. | .50 | 800.00 | 400.00 |
| 8/02/23 | DWC | B110 | Review and send letters to appellate court | .40 | 600.00 | 240.00 |
| 8/02/23 | DWC | B110 | Multiple emails from co counsel and member reps | .40 | 600.00 | 240.00 |
| 8/02/23 | LD | B160 | File COS re AK June fee statement. | .30 | 250.00 | 75.00 |
| 8/02/23 | LD | B160 | File COS re MoloLamken June fee statement. | .30 | 250.00 | 75.00 |
| 8/02/23 | LD | B110 | File extension letters in three district court appeal cases. | .60 | 250.00 | 150.00 |
| 8/02/23 | LD | B160 | Prepare and file CNOs for HL's April, May and June fee statements. | 1.20 | 250.00 | 300.00 |
| 8/02/23 | SS | B110 | Reviewing communications regarding Debtor objections to dismissal order. | .20 | 275.00 | 55.00 |
| 8/02/23 | SS | B110 | Reviewing appeal letters. | .20 | 275.00 | 55.00 |
| 8/02/23 | SS | B110 | Reviewing docket updates for deadline and hearing changes. | .40 | 275.00 | 110.00 |
| 8/02/23 | SS | B110 | Reviewing docket for updating hearing schedule. | .20 | 275.00 | 55.00 |
| 8/02/23 | GSK | B195 | Travel to/from Trenton bankruptcy court for hearing/status conference. | 3.00 | 300.00 | 900.00 |
| 8/02/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

August 24, 2023
Invoice No.: 500378

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/02/23 | GSK | B110 | Attend pre-hearing meeting with co-counsel (0.8); attend hearing/status conference before Judge Kaplan (1.8); attend post-hearing follow-up meeting with co-counsel (0.3). | 2.90 | 600.00 | 1,740.00 |
| 8/02/23 | GSK | B110 | Review various Court notices; review Court minutes. | .10 | 600.00 | 60.00 |
| 8/02/23 | GSK | B110 | Various corresp with DWC and LD re submission of letters to District Court re case management of pending appeals. | .10 | 600.00 | 60.00 |
| 8/02/23 | GSK | B110 | Review signed order extending deadline to remove actions. | .10 | 600.00 | 60.00 |
| 8/02/23 | GSK | B110 | Review multiple articles re Judge Kaplan's decision re MTD and related matters (0.5); review corresp from FTI re same (0.1). | .60 | 600.00 | 360.00 |
| 8/03/23 | DMS | B110 | Call with Molton. | .30 | 800.00 | 240.00 |
| 8/03/23 | DMS | B110 | Calls and emails with Molton and Beville regarding dismissal Order and review Rush redline. | .90 | 800.00 | 720.00 |
| 8/03/23 | DMS | B110 | Review and circulate August 3rd Transcript. | .80 | 800.00 | 640.00 |
| 8/03/23 | DMS | B110 | Call with TCC. | 1.00 | 800.00 | 800.00 |
| 8/03/23 | DMS | B110 | Emails regarding dismissal order. | .50 | 800.00 | 400.00 |
| 8/03/23 | DMS | B110 | Call with JD and US Trustee regarding dismissal order. | .50 | 800.00 | 400.00 |
| 8/03/23 | DMS | B110 | Call with Appellate counsel regarding briefing issues. | .50 | 800.00 | 400.00 |
| 8/03/23 | DWC | B150 | Committee zoom meeting | 1.10 | 600.00 | 660.00 |
| 8/03/23 | DWC | B150 | Co counsel zoom to discuss post dismissal issues | 1.00 | 600.00 | 600.00 |
| 8/03/23 | DWC | B110 | Rvw multiple emails from co counsel and member reps | .40 | 600.00 | 240.00 |
| 8/03/23 | LD | B160 | Prepare and file CNO re Otterbourg June fee statement. | .50 | 250.00 | 125.00 |
| 8/03/23 | SS | B110 | Reviewing Debtor's redline to dismissal order. | .30 | 275.00 | 82.50 |
| 8/03/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |

GENOVA BURNS LLC

August 24, 2023
Invoice No.:    500378

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/03/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 8/03/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/03/23 | GSK | B190 | Review corresp from D. Molton re dismissal issues (0.1); review corresp among co-counsel and DMS re same (0.1). | .20 | 600.00 | 120.00 |
| 8/03/23 | GSK | B110 | Review corresp among co-counsel and DMS re transcript of 8/2 hearing. | .10 | 600.00 | 60.00 |
| 8/03/23 | GSK | B190 | Review debtor's mark-up of draft proposed dismissal order (0.2); review corresp from and among co-counsel re same (0.1). | .30 | 600.00 | 180.00 |
| 8/03/23 | GSK | B150 | Conf call with TCC members and professionals re 8/2 hearing and dismissal issues, etc. | .80 | 600.00 | 480.00 |
| 8/03/23 | GSK | B190 | Conf call with co-counsel and TCC professionals re dismissal issues. | .20 | 600.00 | 120.00 |
| 8/04/23 | DMS | B110 | Calls with Molton regarding case closing issues. | .50 | 800.00 | 400.00 |
| 8/04/23 | DMS | B110 | Review and comment on dismissal letter brief. | .90 | 800.00 | 720.00 |
| 8/04/23 | DMS | B110 | Review comments from Massey, Melanie Molton et al to letter brief. | .80 | 800.00 | 640.00 |
| 8/04/23 | DMS | B110 | Review Wohlmuth monthly bill. | .20 | 800.00 | 160.00 |
| 8/04/23 | DMS | B110 | Review Grimm daily update. | .20 | 800.00 | 160.00 |
| 8/04/23 | DMS | B110 | Review numerous Court minutes and clean up orders. | .30 | 800.00 | 240.00 |
| 8/04/23 | DMS | B110 | Review draft letter regarding dismissal Order and edits. | .60 | 800.00 | 480.00 |
| 8/04/23 | DMS | B110 | Emails with TCC professionals regarding compensation for April 4 to April 14th. | .50 | 800.00 | 400.00 |
| 8/04/23 | DWC | B110 | Rvw multiple emails from co counsel and member reps | .60 | 600.00 | 360.00 |
| 8/04/23 | SS | B110 | Reviewing letter brief on dismissal order contention. | .30 | 275.00 | 82.50 |

GENOVA BURNS LLC

August 24, 2023
Invoice No.:    500378

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 8/04/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .50 | 275.00 | 137.50 |
| 8/04/23 | GSK | B110 | Review various Court notices (0.1); review various Court minutes re open docket matters (0.1). | .10 | 600.00 | 60.00 |
| 8/04/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/04/23 | GSK | B190 | Review revised draft proposed letter to Judge Kaplan re proposed dismissal order and further revised drafts (0.2); review emails from and among co-counsel and DMS re same (0.1); review references to bankruptcy code and FRBP (0.1); review current version of proposed dismissal order (0.2). | .60 | 600.00 | 360.00 |
| 8/04/23 | GSK | B110 | Review articles re Judge Kaplan's dismissal order and related matters. | .20 | 600.00 | 120.00 |
| 8/05/23 | DMS | B110 | Review and comment on draft application to stay motion. | .50 | 800.00 | 400.00 |
| 8/05/23 | DMS | B110 | Review and comment on further draft of dismissal order. | .40 | 800.00 | 320.00 |
| 8/05/23 | DWC | B110 | Rvw revised draft dismissal order | .40 | 600.00 | 240.00 |
| 8/05/23 | GSK | B190 | Review draft memorandum re dismissal issues (0.5); review corresp from J. Lamken re same (0.1). | .60 | 600.00 | 360.00 |
| 8/06/23 | DMS | B110 | Review and comment on several drafts of dismissal order. | .40 | 800.00 | 320.00 |
| 8/06/23 | DMS | B110 | Review and comment on update brief. | .70 | 800.00 | 560.00 |
| 8/06/23 | DMS | B110 | Discuss with Molton potential end of case statement. | .30 | 800.00 | 240.00 |
| 8/06/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 8/06/23 | GSK | B190 | Review revised proposed dismissal order (0.1); review corresp from and among co-counsel and TCC members counsel re same (0.1). | .20 | 600.00 | 120.00 |

**GENOVA BURNS LLC**

August 24, 2023
Invoice No.:    500378

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/06/23 | GSK | B190 | Review comments to draft proposed letter to Judge Kaplan re proposed dismissal order (0.1); review corresp from and among co-counsel and TCC members counsel re same (0.1). | .20 | 600.00 | 120.00 |
| 8/07/23 | DMS | B110 | Review town hall recording. | .30 | 800.00 | 240.00 |
| 8/07/23 | DMS | B110 | Emails with US Trustee, Malone and Thompson regarding submissions. | .60 | 800.00 | 480.00 |
| 8/07/23 | DMS | B110 | Emails with GB staff and co-counsel regarding letter brief filing. | .30 | 800.00 | 240.00 |
| 8/07/23 | DMS | B110 | Call with Molton, Melanie et al regarding closing issues. | .30 | 800.00 | 240.00 |
| 8/07/23 | DMS | B110 | Call with Plaintiff who called Court. | .30 | 800.00 | 240.00 |
| 8/07/23 | DMS | B110 | Email with US Trustee regarding dismissal Order. | .20 | 800.00 | 160.00 |
| 8/07/23 | DMS | B110 | Call with US Trustee regarding dismissal Order. | .30 | 800.00 | 240.00 |
| 8/07/23 | DMS | B110 | Call with co-counsel regarding dismissal Order issues. | .40 | 800.00 | 320.00 |
| 8/07/23 | DMS | B110 | Call with Molton and emails with Falanga, Prieto and Rush regarding Order. | .60 | 800.00 | 480.00 |
| 8/07/23 | DMS | B110 | Numerous redrafts and revisions to letter and Order. | .90 | 800.00 | 720.00 |
| 8/07/23 | DMS | B110 | Review Thompson letter and send to co-counsel. | .30 | 800.00 | 240.00 |
| 8/07/23 | DMS | B110 | Review US Trustee, Ad Hoc, Maimon letters regarding dismissal Order and discuss with co-counsel. | .80 | 800.00 | 640.00 |
| 8/07/23 | DMS | B110 | Finalize and instruct filing and service of TCC letter and Order. | .50 | 800.00 | 400.00 |
| 8/07/23 | DMS | B110 | Email with TCC member regarding various submissions. | .30 | 800.00 | 240.00 |
| 8/07/23 | DMS | B110 | Review Debtor letter brief and Order and emails with TCC regarding same. | .90 | 800.00 | 720.00 |
| 8/07/23 | LD | B160 | File Anderson Kill July fee statement and arrange for service. | .50 | 250.00 | 125.00 |

GENOVA BURNS LLC

August 24, 2023
Invoice No.:    500378

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 8/07/23 | LD | B110 | File letter to Hon. MBK and proposed order on the docket; email to Chambers. | .50 | 250.00 | 125.00 |
| 8/07/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 8/07/23 | SS | B110 | Reviewing communications regarding draft letter brief revisions. | .20 | 275.00 | 55.00 |
| 8/07/23 | SS | B110 | Reviewing draft opposition to motion to stay and related communications. | 1.00 | 275.00 | 275.00 |
| 8/07/23 | SS | B110 | Reviewing all filed dismissal letters and correspondence regarding same. | 1.40 | 275.00 | 385.00 |
| 8/07/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 8/07/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/07/23 | GSK | B190 | Review signed order granting in part J&J's motion for protective order re consumer health info (re 5/30/2023 ruling). | .10 | 600.00 | 60.00 |
| 8/07/23 | GSK | B110 | Review email from FTI re updates. | .10 | 600.00 | 60.00 |
| 8/07/23 | GSK | B210 | Review email from M. Reining re LTL and J&J related entities. | .10 | 600.00 | 60.00 |
| 8/07/23 | GSK | B190 | Review letter to Judge Kaplan obo MRHFM re dismissal order (0.2); review corresp among co-counsel re same (0.1); review letter to Judge Kaplan from UST re dismissal order (0.1); review corresp among co-counsel re same (0.1); review letter to Judge Kaplan from M. Maimon re dismissal order (0.2); review corresp among co-counsel re same (0.1); review letter to Judge Kaplan obo AHG of supporting counsel re dismissal order (0.1); review corresp among co-counsel re same (0.1); review letter to Judge Kaplan obo MS and NM re dismissal order (0.1); review letter to Judge Kaplan from debtor's counsel and proposed dismissal order (0.5); review corresp among co-counsel and from DMS re same (0.2). | 1.80 | 600.00 | 1,080.00 |

GENOVA BURNS LLC

August 24, 2023
Invoice No.:    500378

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/07/23 | GSK | B190 | Review final versions of TCC's letter to Judge Kaplan re proposed dismissal order and proposed dismissal order (0.5); review corresp from and among co-counsel, DMS and LD re same (0.1); corresp to/from DMS and LD re same (0.1). | .70 | 600.00 | 420.00 |
| 8/08/23 | DMS | B110 | Call with Molton re debtor filing and next steps. | .30 | 800.00 | 240.00 |
| 8/08/23 | DMS | B110 | Review Grimm daily update. | .20 | 800.00 | 160.00 |
| 8/08/23 | DMS | B110 | Calls and emails re substantial contribution and draft declaration. | 2.30 | 800.00 | 1,840.00 |
| 8/08/23 | DMS | B110 | Review Thomson filing and emails re same. | .30 | 800.00 | 240.00 |
| 8/08/23 | LD | B160 | File COS re AK July fee statement. | .30 | 250.00 | 75.00 |
| 8/08/23 | SS | B110 | Reviewing court notices for docket and hearing updates. | .20 | 275.00 | 55.00 |
| 8/08/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 8/08/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/08/23 | GSK | B190 | Review emails from and among co-counsel re UST's 8/7 letter to Judge Kaplan re dismissal order. | .20 | 600.00 | 120.00 |
| 8/08/23 | GSK | B160 | Review emails from and among co-counsel and DMS re status of substantial contribution applications in LTL 2.0 (0.1); review omnibus substantial contribution motion filed in LTL 1.0 (0.5). | .60 | 600.00 | 360.00 |
| 8/08/23 | GSK | B110 | Review various signed orders granting prior/pending motions to seal and review related docket entries. | .30 | 600.00 | 180.00 |
| 8/09/23 | DMS | B110 | Emails re O'Dell certification. | .30 | 800.00 | 240.00 |
| 8/09/23 | DMS | B110 | Review Grimm daily update. | .20 | 800.00 | 160.00 |
| 8/09/23 | DMS | B110 | TCC call with members. | .80 | 800.00 | 640.00 |
| 8/09/23 | DMS | B110 | Emails with members re expense reimbursement. | .40 | 800.00 | 320.00 |

GENOVA BURNS LLC

August 24, 2023
Invoice No.:    500378

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/09/23 | DMS | B110 | Review LTL supplemental letter and emails with co-counsel re response. | .50 | 800.00 | 400.00 |
| 8/09/23 | DMS | B110 | Calls with Molton re response to supplemental letter. | .40 | 800.00 | 320.00 |
| 8/09/23 | DMS | B110 | Review and edit TCC reply re untimely filing and arrange for filing. | .90 | 800.00 | 720.00 |
| 8/09/23 | DMS | B110 | Emails with TCC re response. | .40 | 800.00 | 320.00 |
| 8/09/23 | DMS | B110 | Emails with Melanie C. and David M. re docs and privileges. | .30 | 800.00 | 240.00 |
| 8/09/23 | DMS | B110 | Review and edit end of case memo to TCC. | .30 | 800.00 | 240.00 |
| 8/09/23 | DWC | B110 | Co counsel zoom meeting | 1.00 | 600.00 | 600.00 |
| 8/09/23 | DWC | B110 | Multiple emails from co counsel, professionals, and member reps re payment of LTL 1 and 2 member rep and expenses. | .40 | 600.00 | 240.00 |
| 8/09/23 | LD | B160 | Prepare charts of outstanding payments on LTL1 and LTL2. | .60 | 250.00 | 150.00 |
| 8/09/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/09/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 8/09/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/09/23 | GSK | B190 | Review "supplemental letter" to Judge Kaplan from debtor's counsel re TCC's proposed dismissal order (0.2); review emails from and among co-counsel and DMS re same (0.2); review cases cited in letter (0.5). | .90 | 600.00 | 540.00 |

GENOVA BURNS LLC

August 24, 2023
Invoice No.:    500378

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/09/23 | GSK | B190 | Review proposed draft response to "supplemental" letter submitted to Judge Kaplan by debtor's counsel and revisions thereto (0.5); review emails from and among co-counsel and DMS re same and proposed revisions (0.2); review final version, prepare for filing, and file final version (0.2); emails to/from co-counsel re final filed version (0.1); email to Judge Kaplan's Chambers re filed response (0.1); emails to/from co-counsel re same (0.1); emails from/to DWC re same (0.1). | 1.30 | 600.00 | 780.00 |
| 8/09/23 | GSK | B160 | Review draft substantial contribution motion papers (0.5); review corresp from S. Beville re same (0.1). | .60 | 600.00 | 360.00 |
| 8/10/23 | DMS | B110 | Review article on Bestwall and 4th Circuit and send to TCC. | .20 | 800.00 | 160.00 |
| 8/10/23 | DMS | B110 | Review and edit drafts of substantial contribution motion. | .70 | 800.00 | 560.00 |
| 8/10/23 | DMS | B110 | Call with David M. re status. | .20 | 800.00 | 160.00 |
| 8/10/23 | DMS | B160 | Review and file July fee statement. | .30 | 800.00 | 240.00 |
| 8/10/23 | DMS | B160 | Review and file Otterbourg monthly, | .20 | 800.00 | 160.00 |
| 8/10/23 | DMS | B160 | Review and file FTI May statement. | .20 | 800.00 | 160.00 |
| 8/10/23 | DMS | B110 | Review Orders signed by Court and emails to TCC re same. | .40 | 800.00 | 320.00 |
| 8/10/23 | DWC | B110 | Review multiple emails from co counsel and member reps re expenses; how much; status of proofs; timing of submission; timing of payment | .80 | 600.00 | 480.00 |
| 8/10/23 | DWC | B110 | Rvw draft charts of LTL 1 and LTL 2 member expenses; rvw draft letter and sharefile; email memo re collection, payment and status of member rep expenses | .70 | 600.00 | 420.00 |
| 8/10/23 | DWC | B110 | Multiple emails from co counsel and member reps requesting follow up with debtor on expenses | .40 | 600.00 | 240.00 |
| 8/10/23 | DWC | B110 | Email Dan Prieto re payment of LTL 1 member expenses | .20 | 600.00 | 120.00 |

GENOVA BURNS LLC

August 24, 2023  
Invoice No.:    500378

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 8/10/23 | DWC | B110 | Review file for member rep LTL 2 expenses; rvw file for confirmation of amounts; email remaining holdouts so LTL 2 expense request can be filed | .80 | 600.00 | 480.00 |
| 8/10/23 | DWC | B110 | Coordinate and assign sub contribution motion filing | .20 | 600.00 | 120.00 |
| 8/10/23 | DWC | B110 | Gather expenses claims and reimbursement demands; communicate to member reps and co counsel and request confirmation on amounts received | 1.20 | 600.00 | 720.00 |
| 8/10/23 | DWC | B110 | Email debtor regarding payment of member expenses | .20 | 600.00 | 120.00 |
| 8/10/23 | DWC | B110 | Email from debtor re payment of member expenses | .30 | 600.00 | 180.00 |
| 8/10/23 | DWC | B110 | Emails from member reps confirming expenses | .20 | 600.00 | 120.00 |
| 8/10/23 | MAS | B160 | Email LEDES file to Debtor and US Trustee's office. | .20 | 250.00 | 50.00 |
| 8/10/23 | LD | B160 | File Otterbourg July fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 8/10/23 | LD | B160 | Prepare and file CNO re FTI Consulting May fee statement. | .50 | 250.00 | 125.00 |
| 8/10/23 | LD | B160 | Prepare draft July fee statement for GB. | 1.00 | 250.00 | 250.00 |
| 8/10/23 | LD | B160 | Prepare draft July fee statement for Miller Thomson. | 1.00 | 250.00 | 250.00 |
| 8/10/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/10/23 | SS | B110 | Reviewing post-dismissal letter, motion, declaration, and memo, and related correspondence. | 1.60 | 275.00 | 440.00 |
| 8/10/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 8/10/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/10/23 | GSK | B160 | Review emails from and among co-counsel re comments to draft substantial contribution motion papers (0.1); review proposed revisions (0.2). | .30 | 600.00 | 180.00 |

GENOVA BURNS LLC

August 24, 2023
Invoice No.:    500378

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 8/10/23 | GSK | B160 | Review emails from DWC re status of TCC members expense reimbursement requests. | .10 | 600.00 | 60.00 |
| 8/10/23 | GSK | B190 | Review signed order re prior motion to compel discovery re MTD. | .10 | 600.00 | 60.00 |
| 8/10/23 | GSK | B110 | Review signed order re prior/pending motion to seal. | .10 | 600.00 | 60.00 |
| 8/10/23 | GSK | B110 | Review articles re SCOTUS granting cert re appeal in Purdue re non-debtor releases; (0.2); review corresp among co-counsel re same and possible impact on LTL matter (0.1). | .30 | 600.00 | 180.00 |
| 8/10/23 | GSK | B190 | Review letter to Judge Kaplan obo MRHFM re debtor's "supplemental" letter re dismissal order. | .10 | 600.00 | 60.00 |
| 8/11/23 | DMS | B110 | Email with Malone re dismissal issues. | .30 | 800.00 | 240.00 |
| 8/11/23 | DMS | B110 | Review dismissal order and emails with Molton & TCC re same. | 1.00 | 800.00 | 800.00 |
| 8/11/23 | DWC | B110 | Request final draft member expenses from LDenson for LTL 2 | .10 | 600.00 | 60.00 |
| 8/11/23 | LD | B160 | File BR July fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 8/11/23 | LD | B160 | File COS re GB, Otterbourg and Miller July fee statement. | .30 | 250.00 | 75.00 |
| 8/11/23 | LD | B160 | Preparation and processing of final monthly fee statements and fee applications to be filed for all professionals and expert witnesses. | 20.00 | 250.00 | 5,000.00 |
| 8/11/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 8/11/23 | SS | B110 | Reviewing dismissal order and related correspondence. | .20 | 275.00 | 55.00 |
| 8/11/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 8/11/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

August 24, 2023
Invoice No.: 500378

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 8/11/23 | GSK | B190 | Review letter to Judge Kaplan obo MS and NM re debtor's "supplemental" letter re dismissal order. | .10 | 600.00 | 60.00 |
| 8/11/23 | GSK | B190 | Review signed order granting in part and denying in part prior motion in limine re alleged pre-petition settlements relating to MTD. | .10 | 600.00 | 60.00 |
| 8/11/23 | GSK | B110 | Conf call with TCC members, co-counsel and other professionals re status of dismissal and related matters. | .70 | 600.00 | 420.00 |
| 8/11/23 | GSK | B190 | Review final signed dismissal order (0.2); review emails from and among co-counsel and DMS re entry of same, etc. (0.1). | .30 | 600.00 | 180.00 |
| 8/11/23 | GSK | B190 | Review notices re commencement of actions against J&J, et al. in NJ state and fed district courts. | .10 | 600.00 | 60.00 |

**TOTAL PROFESSIONAL SERVICES** $ 63,472.50

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Daniel M Stolz | Partner | 2.60 | 400.00 | 1,040.00 |
| Daniel M Stolz | Partner | 39.40 | 800.00 | 31,520.00 |
| Donald W. Clarke | Partner | 13.90 | 600.00 | 8,340.00 |
| Maria A. Sousa | Paraprofessional | .20 | 250.00 | 50.00 |
| Lorrie Denson | Paralegal | 29.10 | 250.00 | 7,275.00 |
| Sydney Schubert | Junior Associate | 8.10 | 275.00 | 2,227.50 |
| Gregory S. Kinoian | Counsel | 3.00 | 300.00 | 900.00 |
| Gregory S. Kinoian | Counsel | 20.20 | 600.00 | 12,120.00 |
| **TOTALS** | | **116.50** | | **$ 63,472.50** |