# EXHIBIT B

GENOVA BURNS LLC

August 24, 2023
Invoice No.: 500378

## DISBURSEMENTS

| | Description | Amount |
|---|---|---|
| 7/30/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848772725 | 67.12 |
| 8/03/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-01669 - fee for Court Reporter, 1 Copy of 72 pgs Federal Court Daily on 8/2/23. Court: U.S. Bankruptcy Court, Trenton NJ (23-12825) | 86.40 |
| 8/16/23 | Other Professional, BMC Group, Inc., 429_LTL_20230815 - fee for LTL Management Noticing Production Period: 7/1/23 - 8/15/23. | 8,359.32 |
| | **TOTAL DISBURSEMENTS** | **$ 8,512.84** |