| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted pro hac vice)<br><br>*PROPOSED ATTORNEYS FOR DEBTOR* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>　　　　　　　　　Debtor. | Case No.: 23-12825 (MBK)<br><br>Chapter 11<br><br>Subchapter V: ☐ Yes ☒ No<br><br>Hearing Date: September 7, 2023<br><br>Judge: Michael B. Kaplan |

## ADJOURNMENT REQUEST

1.　　　I, James N. Lawlor,

　　　☒ am the attorney for: LTL Management LLC, the Debtor

　　　☐ am self-represented,

　　　And request an adjournment of the following hearing for the reason set forth below.

　　　Matter: *Joint Omnibus Motion of the Ad Hoc Committee of Certain Talc Claimants and the Official Committee of Talc Claimants for Allowance of Administrative Claims for Reimbursement of Expenses Incurred for the Period From April 4, 2023 Through April 14, 2023 (Prior to the Formation of the Official Committee of Talc Claimants) That Provided a Substantial Contribution in the Debtor's Case or, in the Alternative, Authorizing Retention of the TCC Professionals Effective as of the Petition Date* [Dkt. No. 1241].

---

[1]　　　The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1537050696v1

Current hearing date and time: September 7, 2023 at 10:00 a.m.

New date requested: September 20, 2023 at 11:30 a.m.

Reason for adjournment: The movant and Debtor have agreed to a two-week extension and believe efficiency would best be served for the Motion to be heard at that time.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: ___August 29, 2023___

/s/ James N. Lawlor
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 9/20/23 at 11:30 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

NAI-1537050696v1