# EXHIBIT "A"

docs-100626472.1

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000          EIN:13-2743351
E-Mail: Accounting@andersonkill.com

David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

| | |
|---|---|
| Invoice No. | 318152 |
| Invoice Date: | August 17, 2023 |
| Client Matter ID: | 107310.12093 |
| Billing Attorney: | Robert M Horkovich |

**Official Talc Claimants Committee**

**LTL II Insurance Coverage**

| | |
|---|---:|
| Professional Services: | $74,085.50 |
| Costs: | $104.25 |
| Total Current Invoice: | $74,189.75 |
| Outstanding Balance from Prior Invoices (see listing): | $170,102.00 |
| **Total Amount:** | **$244,292.65** |

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000          EIN:13-2743351
E-Mail: Accounting@andersonkill.com

August 17, 2023                                                                             Invoice No.   318152

**MATTER:** LTL II Insurance Coverage

<u>**INVOICE LIST**</u>

| **INVOICE** | **DATE** | **INVOICE TOTAL** |
|---|---|---|
| 317896 | 07/31/23 | $14,825.90 |
| 318005 | 08/07/23 | $155,277.00 |
| **OUTSTANDING BALANCE FROM PRIOR INVOICES** | | **$170,102.90** |

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000    EIN:13-2743351
E-Mail: Accounting@andersonkill.com

---

David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

Billing Attorney   Robert M Horkovich
Invoice No.   318152
Invoice Date   August 17, 2023

Client Matter #: 107310.12093
Official Talc Claimants Committee
RE: LTL II Insurance Coverage

**FOR PROFESSIONAL SERVICES RENDERED THROUGH August 11, 2023**

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 08/01/23 | MG | 1.00 | B120 | Insurance presentation re ongoing insurance-related issues re dismissal. | 950.00 |
| 08/01/23 | MG | 4.70 | B120 | Analyze ongoing insurance-related issues re dismissal. | 4,465.00 |
| 08/01/23 | RMH | 1.00 | B120 | Presentation to committee counsel. | 1,245.00 |
| 08/01/23 | RMH | 1.90 | B120 | Prepare for presentation to committee counsel. | 2,365.50 |
| 08/01/23 | RMH | 5.80 | B120 | Follow up re insurance case after dismissal. | 7,221.00 |
| 08/01/23 | MDS | 0.60 | B120 | Strategic analysis of appeal of dismissal order, stay, and related concerns as affecting insurance issues in case. | 570.00 |
| 08/01/23 | AHP | 2.20 | B160 | Continue and finalize June 2023 draft for 1st review. | 770.00 |
| 08/01/23 | AHP | 0.60 | B160 | Update relevant portions of monitoring chart. | 210.00 |
| 08/01/23 | IF | 1.10 | B120 | Updated information on insurance-related exclusions. | 506.00 |
| 08/01/23 | IF | 0.60 | B120 | Reviewed confidentiality-protective order. | 276.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 08/01/23 | HEG | 2.80 | B120 | Assist with updating LTL Committee presentation. | 1,120.00 |
| 08/02/23 | RMH | 2.00 | B120 | Hearing before Judge Kaplan. | 2,490.00 |
| 08/02/23 | RMH | 2.00 | B120 | ½ time for travel to and from Trenton. | 2,490.00 |
| 08/02/23 | MDS | 1.80 | B120 | Video attendance at motion calendar and status conference before Judge Kaplan. | 1,710.00 |
| 08/02/23 | MDS | 0.40 | B120 | Review of additional press accounts and analyses of decision on case dismissal. | 380.00 |
| 08/02/23 | MDS | 0.10 | B120 | Communications regarding impressions of hearing before Judge Kaplan. | 95.00 |
| 08/02/23 | IF | 0.90 | B120 | Reviewed insurance policies regarding coverage and discovery period. | 414.00 |
| 08/02/23 | IF | 1.30 | B120 | Analyzed insurance policies regarding specific language. | 598.00 |
| 08/02/23 | RMH | 4.40 | B120 | Confer with claimants' counsel regarding post-dismissal insurance aspects of case. | 5,478.00 |
| 08/02/23 | MG | 3.80 | B120 | Analyze ongoing insurance-related issues re dismissal. | 3,610.00 |
| 08/03/23 | RMH | 0.30 | B120 | Committee counsel call. | 373.50 |
| 08/03/23 | RMH | 1.80 | B120 | Follow up re insurance case after dismissal and confidentiality issues. | 2,241.00 |
| 08/03/23 | MG | 2.30 | B120 | Analyze ongoing insurance-related issues re dismissal. | 2,185.00 |
| 08/03/23 | IF | 1.20 | B120 | Reviewed insurance policy information regarding policy premiums. | 552.00 |
| 08/03/23 | IF | 1.60 | B120 | Analyzed insurance policies regarding specific clauses. | 736.00 |
| 08/03/23 | MDS | 1.20 | B120 | Review of presentation to Committee on insurance issues regarding exclusions and related policy provisions. | 1,140.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 08/03/23 | MDS | 0.20 | B120 | Review American Bankruptcy Institute's analysis of Judge Kaplan's opinion dismissing Chapter 11 case. | 190.00 |
| 08/04/23 | IF | 1.60 | B120 | Analyzed insurance policies regarding specific clauses. | 736.00 |
| 08/04/23 | RMH | 3.80 | B120 | Analysis of confidentiality concerns re document production after dismissal. | 4,731.00 |
| 08/04/23 | MG | 1.90 | B120 | Analyze ongoing insurance-related issues re dismissal. | 1,805.00 |
| 08/04/23 | AHP | 1.80 | B160 | Revise supporting documents for monthly fee application. | 630.00 |
| 08/04/23 | RMH | 0.80 | B120 | Analysis of letter to court re dismissal and related issues. | 996.00 |
| 08/07/23 | AHP | 1.90 | B160 | Draft 2nd monthly fee application for 1st review. | 665.00 |
| 08/07/23 | IF | 1.60 | B120 | Analyzed insurance policies regarding specific clauses. | 736.00 |
| 08/07/23 | HEG | 2.20 | B120 | Review policy coverage chart entries. | 880.00 |
| 08/07/23 | RMH | 2.70 | B120 | Attention to discovery received in insurance part of the case. | 3,361.50 |
| 08/08/23 | IF | 1.70 | B120 | Analyzed policies regarding specific language of clauses. | 782.00 |
| 08/08/23 | HEG | 2.20 | B120 | Update policy coverage chart. | 880.00 |
| 08/08/23 | AHP | 0.40 | B160 | Prepare for circulation, LEDES, PDF and Excel files of 2nd monthly fee application. | 140.00 |
| 08/08/23 | RMH | 1.80 | B120 | Review of insurance assets if case is dismissed. | 2,241.00 |
| 08/09/23 | IF | 1.40 | B120 | Analyzed insurance policies regarding specific provisions. | 644.00 |
| 08/09/23 | RMH | 0.30 | B120 | Confer with committee counsel Steve Kazan. | 373.50 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 08/09/23 | RMH | 2.20 | B120 | Review of discovery received in insurance portion of the case. | 2,739.00 |
| 08/10/23 | IF | 1.60 | B120 | Analyzed insurance policies regarding specific language. | 736.00 |
| 08/10/23 | HEG | 2.20 | B120 | Research re insurance policy chart. | 880.00 |
| 08/10/23 | RMH | 2.20 | B120 | Analysis of substantial contribution briefing. | 2,739.00 |
| 08/11/23 | IF | 1.40 | B120 | Analyzed insurance policies regarding specific provisions. | 644.00 |
| 08/11/23 | RMH | 1.90 | B120 | Analyze order of dismissal. | 2,365.50 |

**Total Fees:** **$74,085.50**

## SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Robert M Horkovich | 34.90 | 1,245.00 | 43,450.50 |
| Mark Garbowski | 13.70 | 950.00 | 13,015.00 |
| Mark D Silverschotz | 4.30 | 950.00 | 4,085.00 |
| Izak Feldgreber | 16.00 | 460.00 | 7,360.00 |
| Harris E Gershman | 9.40 | 400.00 | 3,760.00 |
| Arline H Pelton | 6.90 | 350.00 | 2,415.00 |
| | **85.20** | | **$74,085.50** |

## SUMMARY OF SERVICES BY ACTIVITY

| | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| **ACTIVITY CODE B120  ASSET ANALYSIS & RECOVERY** | | | |
| Horkovich, Robert M | 34.90 | 1,245.00 | $43,450.50 |
| Garbowski, Mark | 13.70 | 950.00 | $13,015.00 |
| Silverschotz, Mark D | 4.30 | 950.00 | $4,085.00 |
| Feldgreber, Izak | 16.00 | 460.00 | $7,360.00 |
| Gershman, Harris E | 9.40 | 400.00 | $3,760.00 |
| | **78.30** | | **$71,670.50** |
| **ACTIVITY CODE B160  FEE/EMPLOYMENT APPLICATIONS** | | | |
| Pelton, Arline H | 6.90 | 350.00 | $2,415.00 |
| | **6.90** | | **$2,415.00** |

**DISBURSEMENTS**

| Date | Type | Description | Amount |
|---|---|---|---|
| 08/02/2023 | SS | Vendor: SALVATORE A SALERMO; Date: 8/2/2023 - 107310.12093 - ADDITIONAL CHARGE FOR TRAIN FARE FOR TRAVEL TO TRENTON, NJ FOR LTL HEARING WITH BOB HORKOVICH | 38.00 |
| 08/02/2023 | RMH | Vendor: ROBERT M HORKOVICH; Date: 8/2/2023 - 107310.12093 BEVERAGE | 4.29 |
| 08/02/2023 | RMH | Vendor: ROBERT M HORKOVICH; 8/2/2023 - 107310.12093 8/2 TAXI FROM GRAND CENTRAL TO PENN STATION | 15.96 |
| 08/02/2023 | RMH | Vendor: ROBERT M HORKOVICH; Date: 8/2/2023 - 107310.12093 NYC SUBWAY | 3.00 |
| 08/02/2023 | RMH | Vendor: ROBERT M HORKOVICH; Date: 8/2/2023 - 107310.12093 TAXI FROM COURT TO TRAIN STATION | 5.00 |
| 08/02/2023 | KH | Vendor: ROBERT M HORKOVICH; Date: 8/2/2023 - 107310.12093 ADDITIONAL TRAIN FARE FOR KRISTEN HAND INSTEAD OF ORIGINAL TICKET (ATTENDED HEARING WITH BOB HORKOVICH) | 38.00 |

**Sub-Total Disbursements:** **$104.25**

**SUMMARY OF DISBURSEMENT BY TYPE**

| TYPE | WORK DESCRIPTIONS | AMOUNT |
|---|---|---|
| AR | Airfare/Rail Expense | $76.00 |
| LT | Local Travel | $23.96 |
| TS | Meals Away & Travel Expense | $4.29 |
| | | **$104.25** |

**TOTAL CURRENT BILLING:** **$74,189.75**

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000    EIN:13-2743351
E-Mail: Accounting@andersonkill.com

| | |
|---|---|
| David J. Molton, Esq.<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY  10036 | MATTER: 107310. 12093<br>INVOICE: 318152 |

August 17, 2023

Official Talc Claimants Committee

MATTER: LTL II Insurance Coverage

### REMITTANCE COPY

| | |
|---:|---:|
| Professional Services | $74,085.50 |
| Costs: | $104.25 |
| Total Current Invoice: | $74,189.75 |
| Outstanding Amount From Prior Invoices: | $170,102.90 |
| **TOTAL AMOUNT DUE:** | **$244,292.65** |

PLEASE SEND YOUR REMITTANCE TO US AT:      OR, IF MORE CONVENIENT, YOU MAY WIRE THE FUNDS TO

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020

BANK: WELLS FARGO BANK, N.A.
ABA NUMBER FOR WIRES:
ABA NUMBER FOR ACHs:
CREDIT TO: ANDERSON KILL P.C.
OPERATING ACCOUNT
ACCOUNT NUMBER:

KINDLY INDICATE:
  CLIENT NUMBER:    107310
  INVOICE NUMBER:   318152
  YOUR FIRM NAME:   Official Talc Claimants Committee

**THIS INVOICE IS PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**