# **EXHIBIT B**

Monthly Fee Statements

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET
## <u>FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023</u>

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | EconONE Research, Inc. |
| Case No.: | 23-12825-MBK | Client: | Randi S. Ellis, Legal Representative for Future Talc Claimants |
| Chapter: | 11 | Case Filed: | April 4, 2023 (the "<u>Petition Date</u>") |

---

## SECTION I
## FEE SUMMARY

☑ Monthly Fee Application No.  1                    ☐ Final Fee Application

Summary of Amounts Requested for the Period from June 1, 2023 through June 30, 2023.

| | |
|---|---|
| Total Fees: | $4,035.00 |
| Total Disbursements: | $0 |
| Total Fees Plus Disbursements: | $4,035.00 |
| Minus 20% Holdback of Fees: | $807.00 |
| **Amount Sought at this Time:** | **$3,228.00** |

| | <u>FEES</u> | <u>EXPENSES</u> |
|---|---|---|
| Total Previous Fee Requested: | $0 | $0 |
| Total Fees Allowed To Date: | $0.00 | $0.00 |
| Total Retainer (If Applicable): | N/A | N/A |
| Total Previous Holdback (If Applicable): | $0 | $0 |
| Total Received To Date: | $0 | $0 |

| NAME OF PROFESSIONAL | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Hal Singer | Managing Director | 1.3 | $950/hr | $1,235.00 |
| Chris Sojourner | Economist | 5 | $560/hr | $2,800.00 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Meetings /Conference Calls | 2.3 | $1,795.00 |
| Review Materials | 4 | $2,240.00 |
| **SERVICE TOTALS:** | **6.3** | **$4,035.00** |

**CASE HISTORY**

1.      On April 4, 2023 (the "Petition Date"), LTL Management LLC (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey thereby commencing the Chapter 11 Case. The Debtor continues to operate its business and manage its properties as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On May 18, 2023 (the "FCR Appointment"), this Court filed the Order Appointing Randi S. Ellis as Legal Representative for Future Talc Claimants [Docket No. 551].

3.      Following the FCR Appointment, Randi S. Ellis (the "FCR") selected EconONE Research, Inc. ("Econ One") to provide economic expert consulting services and analysis of talc claim liability for the FCR. Randi S. Ellis has also selected Walsh Pizzi O'Reilly Falanga LLP to serve as counsel ("FCR Counsel" or "Walsh").

4.      On June 26, 2023, the FCR filed the Application for the Retention of Econ One [Docket No. 892] (the "Retention Application"). On July 13, 2023, this Court entered an order, authorizing the retention of Econ One effective as of June 23, 2023 [Docket No. 1024] (the "Retention Order"), attached hereto as **Exhibit A**.

**RELIEF REQUESTED**

5.      In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals [Dkt. No. 562] (the "Interim Compensation Order"), and Econ One's Retention Order, Econ One hereby submits this first monthly fee statement ("Monthly Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as expert consultant to the FCR, for the period from June 1, 2023 through June 30, 2022 (the "Fee Period").  By this Monthly Statement, Econ One seeks, (a) payment in the amount of $3,228.00, which represents eighty percent (80%) of the total

3

compensation sought for actual and necessary services rendered during the Fee Period ($4,035.00) and (b) reimbursement of $0.00 for actual and necessary charges and disbursements incurred by Econ One during the Fee Period in the rendition of required professional services on behalf of the FCR.

## SERVICES RENDERED AND DISBURSEMENTS INCURRED

6.      Attached hereto as **Exhibit B** is the schedule of Econ One's time records for the Fee Period. These records include daily time logs describing the time spent by each Econ One's professional.

7.      Econ One also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Econ One is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

8.      Econ One respectfully submits that the economic expert services that it rendered on behalf of the FCR were necessary and have directly benefited the claimants represented by the Representative for Future Talc Claimants. Further, Econ One submits that the fees applied for herein for professional services rendered in performing services for the FCR in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, and the results obtained.

## NOTICE AND OBJECTION PROCEDURES

9.      Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served no later than August 14, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

10.     If no objections to this Monthly Statement are received by the Objection Deadline, the Debtor shall promptly pay Econ One 80% of the fees ($3,228.00) and 100% of expenses ($0.00) identified in this Monthly Statement.

I certify under penalty of perjury that the foregoing is true correct.


Executed: July 31, 2023                          EconONE Research, Inc.

                                                 By: *s/ Lisa Skylar*
                                                 _____
                                                      Lisa Skylar

## **EXHIBIT A**

Retention Order

**Order Filed on July 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

Mark Falk, Esq.
Liza M. Walsh, Esq.
Stephen V. Falanga, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
*Counsel for Randi S. Ellis, Legal Representative for
Future Talc Claimants*

---

In re:

LTL Management, LLC,

                Debtor.

Case No.: 23-12825

Judge: Michael B. Kaplan

Chapter: 11

**ORDER AUTHORIZING RETENTION OF
ECONONE RESEARCH, INC. EFFECTIVE AS OF JUNE 23, 2023 ON
BEHALF OF APPLICANT RANDI S. ELLIS, LEGAL
REPRESENTATIVE FOR FUTURE TALC CLAIMANTS**

The relief set forth on the following page is **ORDERED**.

**DATED: July 13, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the application of Randi S. Ellis, Legal Representative for Future Talc Claimants ("FCR") requesting authorization to retain EconONE Research, Inc. ("Econ One") to provide expert consulting services and analysis of talc claim liability for the FCR, it is hereby ORDERED:

1. The Application is GRANTED as set forth herein.

2. The FCR is authorized to retain EconONE Research, Inc in the professional capacity noted.

   The professional's address is:

   EconONE Research, Inc.
   550 South Hope Street
   Suite 800
   Los Angeles, CA 90071

3. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

4. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

5. The effective date of retention is June 23, 2023.

6. Econ One shall file monthly fee statements, interim fee applications and final fee applications for allowance of its compensation and expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the Compensation Guidelines and any applicable orders of the Court. The Debtor shall be solely responsible for paying all amounts due under this retention, subject to Court approval.

7. Notwithstanding anything to the contrary in the Engagement Letter (as that term is defined in the Application for Retention of EconONE Research, Inc.), Econ One's Engagement Letter may not be terminated unless by order of the Court.  Any such Order approving termination may be sought by motion on shortened notice and may be deemed retroactive to the date such motion or notice of termination is filed with the Court or such earlier date as may be appropriate.

8.  Econ One shall only bill 50% for non-working travel and shall not seek reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any of Econ One's fee applications in the Chapter 11 Case.

9.  Any additional services provided by Econ One, which were not specifically provided for in the Application, shall require further Court approval.

10. In the event Econ One seeks to use any of its affiliates to perform services for the FCR, the FCR shall seek and apply for the separate retention of any such affiliates.

11. In the event that, during the pendency of the Chapter 11 Case, Econ One seeks reimbursement for any attorneys' fees and/or expenses, the invoices and supporting time records from such attorneys shall be included in Econ One's fee applications and such invoices and time records shall be in compliance with the Local Bankruptcy Rules, and shall be subject to the Compensation Guidelines and approval of the Court under the standards of Bankruptcy Code sections 330 and 331, without regard to whether such attorney has been retained under Bankruptcy Code section 327. All rights are reserved to permit objection to any request for reimbursement of expenses, including but not limited to, any request for the reimbursement of legal fees of Econ One's independent legal counsel.

12. To the extent that there is any inconsistency between this Order and the Engagement Letter, the Application or the Certification of Lisa Skylar, the provisions of this Order shall govern.

13. In connection with any increase in Econ One's rates, Econ One shall provide ten (10) business days' notice to the FCR, the Debtor, the U.S. Trustee, and any official committee of creditors appointed in this case, prior to filing a fee statement or fee application reflecting such an increase, which shall set forth the requested rate increase and explain the basis for the requested rate increase. All parties-in-interest retain all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

14. The Court shall have exclusive jurisdiction over Econ One's engagement during the pendency of this Chapter 11 Case.

15. Econ One shall keep its time records in tenth-of-an-hour increments in accordance with Local Rule 2016-2 of this Court and shall otherwise comply with the requirements of that Local Rule, as well as Bankruptcy Rule 2016(a), and the United States Trustee Fee Guidelines.

16. Econ One shall provide any and all monthly fee statements, interim fee applications, and final fee applications in a searchable electronic format (Ledes or Excel) to the U.S. Trustee.

17. The Limitation of Liability provision in the Econ One Research, Inc. Standard Commercial Terms attached to the June 22, 2023, Engagement Letter and any other limitations of liability shall be null and void during the pendency of the Chapter 11 Case.

18. Econ One shall not charge a markup with respect to fees billed by contract attorneys or independent contractors or subcontractors who are hired by Econ One to provide services in this matter and shall ensure that any such contract attorneys or independent contractors or subcontractors are subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules.

19. Econ One shall use its best efforts to avoid duplication of services provided by any of the FCR's other retained professionals in this case.

20. If valuation of the Debtor is necessary, the FCR will use Bederson LLP or file a subsequent disclosure before seeking to use Econ One for that purpose.

## **EXHIBIT B**

Time and Expense Invoice

econ **ONE**

| | |
|---|---|
| **INVOICE #** | **IN RE:** |
| **24201** | *Page 1 of 2* |

**Johnson & Johnson Talcum Powder Litigation**

**Issue Date**
6/30/2023

**Billing Period**
6/1/2023 - 6/30/2023

| Professional Services | | Rate | Hrs. | | Total |
|---|---|---|---|---|---|
| Hal Singer, Managing Director | $ | 950 | 1.3 | $ | 1,235.00 |
| Chris Sojourner, Economist | | 560 | 5.0 | | 2,800.00 |
| | Subtotal for Professional Services | | | $ | 4,035.00 |
| | **Total Due** | | | **$** | **4,035.00** |

**To**
Stephen V. Falanga, Esq.
Walsh Pizzi O'Reilly
Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102

**Via Email**
sfalanga@walsh.law

<span style="color:red">**TOTAL DUE UPON RECEIPT**</span>

<span style="color:red">**PLEASE REMIT PAYMENT VIA WIRE OR ACH PER INSTRUCTIONS BELOW***</span>

**Payment information:**
Pacific Western Bank
ABA Routing # 122238200
SWIFT Code: FNSDUS6D
Account # 1001729969
Beneficiary: Econ One Research

**If wire and ACH not possible, please remit check to:**
Econ One Research
550 South Hope Street, Suite 800
Los Angeles, CA 90071

Federal Taxpayer ID # 95-4639689

*When paying via Wire or ACH, please also email receivables@econone.com indicating amount being transferred and the invoice(s) being paid.*

**IN RE:**

**Johnson & Johnson Talcum Powder Litigation**



| Date | Hours | Description // Memo |
|------|-------|---------------------|
| **Hal Singer** | | |
| 06/16/2023 | 0.8 | Meeting // Meet w/ team |
| 06/26/2023 | 0.5 | Meeting // Meet w/ BRG |
| | | |
| **Chris Sojourner** | | |
| 06/26/2023 | 1.0 | Conference call // Conference call. |
| 06/30/2023 | 4.0 | Review materials // Review materials. |

**Econ One Research**
550 South Hope Street, Suite 800
Los Angeles, CA 90071
Federal Taxpayer ID # 95-4639689

Inv. # 24201
Page 2 of 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**
**FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | EconONE Research, Inc. |
| Case No.: | 23-12825-MBK | Client: | Randi S. Ellis, Legal Representative for Future Talc Claimants |
| Chapter: | 11 | Case Filed: | April 4, 2023 (the "Petition Date") |

**SECTION I**
**FEE SUMMARY**

☑ Monthly Fee Application No.  2  ☐ Final Fee Application

Summary of Amounts Requested for the Period from July 1, 2023 through July 31, 2023.

| | |
|---|---|
| Total Fees: | $43,773.00 |
| Total Disbursements: | $0 |
| Total Fees Plus Disbursements: | $43,773.00 |
| Minus 20% Holdback of Fees: | $8,754.60 |
| **Amount Sought at this Time:** | **$35,018.40** |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $3,228.00 | $0 |
| Total Fees Allowed To Date: | $0 | $0 |
| Total Retainer (If Applicable): | N/A | N/A |
| Total Previous Holdback (If Applicable): | $807.00 | $0 |
| Total Received To Date: | $0 | $0 |

| NAME OF PROFESSIONAL | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Hal Singer | Managing Director | 7.3 | $950/hr | $6,935.00 |
| Chris Sojourner | Economist | 21.1 | $560/hr | $11,816.00 |
| Augustus Urschel | Economist | 2 | $560/hr | $1,120.00 |
| Jacob Linger | Analyst | 70.3 | $340/hr | $23,902.00 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Meetings /Conference Calls | 17 | $10,154.00 |
| Review Materials | 15.5 | $9,111.00 |
| Data Analysis | 68.2 | $24,508.00 |
| **SERVICE TOTALS:** | **100.7** | **$43,773.00** |

2

## CASE HISTORY

1.    On April 4, 2023 (the "Petition Date"), LTL Management LLC (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey thereby commencing the Chapter 11 Case. The Debtor continues to operate its business and manage its properties as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.    On May 18, 2023 (the "FCR Appointment"), this Court filed the Order Appointing Randi S. Ellis as Legal Representative for Future Talc Claimants [Docket No. 551].

3.    Following the FCR Appointment, Randi S. Ellis (the "FCR") selected EconONE Research, Inc. ("Econ One") to provide economic expert consulting services and analysis of talc claim liability for the FCR. Randi S. Ellis has also selected Walsh Pizzi O'Reilly Falanga LLP to serve as counsel ("FCR Counsel" or "Walsh").

4.    On June 26, 2023, the FCR filed the Application for the Retention of Econ One [Docket No. 892] (the "Retention Application"). On July 13, 2023, this Court entered an order, authorizing the retention of Econ One effective as of June 23, 2023 [Docket No. 1024] (the "Retention Order"), attached hereto as **Exhibit A**.

## RELIEF REQUESTED

5.    In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals [Dkt. No. 562] (the "Interim Compensation Order"), and Econ One's Retention Order, Econ One hereby submits this second monthly fee statement ("Monthly Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as expert consultant to the FCR, for the period from July 1, 2023 through July 31, 2023 (the "Fee Period"). By this Monthly Statement, Econ One seeks, (a) payment in the amount of $35,018.40, which represents eighty percent (80%) of the total

3

compensation sought for actual and necessary services rendered during the Fee Period ($43,773.00) and (b) reimbursement of $0 for actual and necessary charges and disbursements incurred by Econ One during the Fee Period in the rendition of required professional services on behalf of the FCR.

## SERVICES RENDERED AND DISBURSEMENTS INCURRED

6.     Attached hereto as **Exhibit B** is the schedule of Econ One's time records for the Fee Period. These records include daily time logs describing the time spent by each Econ One's professional.

7.     Econ One also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Econ One is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

8.     Econ One respectfully submits that the economic expert services that it rendered on behalf of the FCR were necessary and have directly benefited the claimants represented by the Representative for Future Talc Claimants. Further, Econ One submits that the fees applied for herein for professional services rendered in performing services for the FCR in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, and the results obtained.

## NOTICE AND OBJECTION PROCEDURES

9.     Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served no later than August 30, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

10.     If no objections to this Monthly Statement are received by the Objection Deadline, the Debtor shall promptly pay Econ One 80% of the fees ($35,018.40) and 100% of expenses ($0) identified in this Monthly Statement.

I certify under penalty of perjury that the foregoing is true correct.

Executed: August 16, 2023                    EconONE Research, Inc.

                                             By: *s/ Lisa Skylar*
                                                 Lisa Skylar

# **EXHIBIT A**

Retention Order

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on July 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

Mark Falk, Esq.
Liza M. Walsh, Esq.
Stephen V. Falanga, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
*Counsel for Randi S. Ellis, Legal Representative for
Future Talc Claimants*

---

In re:

LTL Management, LLC,

               Debtor.

Case No.: 23-12825

Judge: Michael B. Kaplan

Chapter: 11

## ORDER AUTHORIZING RETENTION OF
## ECONONE RESEARCH, INC. EFFECTIVE AS OF JUNE 23, 2023 ON
## BEHALF OF APPLICANT RANDI S. ELLIS, LEGAL
## REPRESENTATIVE FOR FUTURE TALC CLAIMANTS

The relief set forth on the following page is **ORDERED**.

**DATED: July 13, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the application of Randi S. Ellis, Legal Representative for Future Talc Claimants ("FCR") requesting authorization to retain EconONE Research, Inc. ("Econ One") to provide expert consulting services and analysis of talc claim liability for the FCR, it is hereby ORDERED:

1.  The Application is GRANTED as set forth herein.

2.  The FCR is authorized to retain EconONE Research, Inc in the professional capacity noted.

    The professional's address is:

    EconONE Research, Inc.
    550 South Hope Street
    Suite 800
    Los Angeles, CA 90071

3.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

4.  If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

5.  The effective date of retention is June 23, 2023.

6.  Econ One shall file monthly fee statements, interim fee applications and final fee applications for allowance of its compensation and expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the Compensation Guidelines and any applicable orders of the Court. The Debtor shall be solely responsible for paying all amounts due under this retention, subject to Court approval.

7.  Notwithstanding anything to the contrary in the Engagement Letter (as that term is defined in the Application for Retention of EconONE Research, Inc.), Econ One's Engagement Letter may not be terminated unless by order of the Court.  Any such Order approving termination may be sought by motion on shortened notice and may be deemed retroactive to the date such motion or notice of termination is filed with the Court or such earlier date as may be appropriate.

8. Econ One shall only bill 50% for non-working travel and shall not seek reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any of Econ One's fee applications in the Chapter 11 Case.

9. Any additional services provided by Econ One, which were not specifically provided for in the Application, shall require further Court approval.

10. In the event Econ One seeks to use any of its affiliates to perform services for the FCR, the FCR shall seek and apply for the separate retention of any such affiliates.

11. In the event that, during the pendency of the Chapter 11 Case, Econ One seeks reimbursement for any attorneys' fees and/or expenses, the invoices and supporting time records from such attorneys shall be included in Econ One's fee applications and such invoices and time records shall be in compliance with the Local Bankruptcy Rules, and shall be subject to the Compensation Guidelines and approval of the Court under the standards of Bankruptcy Code sections 330 and 331, without regard to whether such attorney has been retained under Bankruptcy Code section 327. All rights are reserved to permit objection to any request for reimbursement of expenses, including but not limited to, any request for the reimbursement of legal fees of Econ One's independent legal counsel.

12. To the extent that there is any inconsistency between this Order and the Engagement Letter, the Application or the Certification of Lisa Skylar, the provisions of this Order shall govern.

13. In connection with any increase in Econ One's rates, Econ One shall provide ten (10) business days' notice to the FCR, the Debtor, the U.S. Trustee, and any official committee of creditors appointed in this case, prior to filing a fee statement or fee application reflecting such an increase, which shall set forth the requested rate increase and explain the basis for the requested rate increase. All parties-in-interest retain all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

14. The Court shall have exclusive jurisdiction over Econ One's engagement during the pendency of this Chapter 11 Case.

15. Econ One shall keep its time records in tenth-of-an-hour increments in accordance with Local Rule 2016-2 of this Court and shall otherwise comply with the requirements of that Local Rule, as well as Bankruptcy Rule 2016(a), and the United States Trustee Fee Guidelines.

16. Econ One shall provide any and all monthly fee statements, interim fee applications, and final fee applications in a searchable electronic format (Ledes or Excel) to the U.S. Trustee.

17. The Limitation of Liability provision in the Econ One Research, Inc. Standard Commercial Terms attached to the June 22, 2023, Engagement Letter and any other limitations of liability shall be null and void during the pendency of the Chapter 11 Case.

18. Econ One shall not charge a markup with respect to fees billed by contract attorneys or independent contractors or subcontractors who are hired by Econ One to provide services in this matter and shall ensure that any such contract attorneys or independent contractors or subcontractors are subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules.

19. Econ One shall use its best efforts to avoid duplication of services provided by any of the FCR's other retained professionals in this case.

20. If valuation of the Debtor is necessary, the FCR will use Bederson LLP or file a subsequent disclosure before seeking to use Econ One for that purpose.

**EXHIBIT B**

Time and Expense Invoice



**INVOICE #**

**24324**

**Issue Date**
7/31/2023

**Billing Period**
7/1/2023 - 7/31/2023

**To**
Stephen V. Falanga, Esq.
Walsh Pizzi O'Reilly
Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102

**Via Email**
sfalanga@walsh.law

**IN RE:**                                          *Page 1 of 3*

**Johnson & Johnson Talcum Powder Litigation**

| Professional Services | Rate | Hrs. | Total |
|---|---|---|---|
| Hal Singer, Managing Director | $ 950 | 7.3 | $ 6,935.00 |
| Chris Sojourner, Economist | 560 | 21.1 | 11,816.00 |
| Augustus Urschel, Economist | 560 | 2.0 | 1,120.00 |
| Jacob Linger, Analyst | 340 | 70.3 | 23,902.00 |
| Subtotal for Professional Services | | $ | 43,773.00 |

**Total Due**  $  **43,773.00**

**TOTAL DUE UPON RECEIPT**

**PLEASE REMIT PAYMENT VIA WIRE OR ACH PER INSTRUCTIONS BELOW***

**Payment information:**
Pacific Western Bank
ABA Routing # 122238200
SWIFT Code: FNSDUS6D
Account # 1001729969
Beneficiary: Econ One Research

**If wire and ACH not possible, please remit check to:**
Econ One Research
550 South Hope Street, Suite 800
Los Angeles, CA 90071

Federal Taxpayer ID # 95-4639689

*\*When paying via Wire or ACH, please also email receivables@econone.com indicating amount
being transferred and the invoice(s) being paid.*

IN RE:



**Johnson & Johnson Talcum Powder Litigation**

| Date | Hours | Description // Memo |
|------|-------|---------------------|
| **Hal Singer** | | |
| 07/03/2023 | 1.5 | Meeting |
| 07/07/2023 | 1.0 | Meeting |
| 07/11/2023 | 1.5 | Review materials |
| 07/17/2023 | 1.0 | Meeting |
| 07/19/2023 | 0.3 | Meeting |
| 07/27/2023 | 2.0 | Meeting |
| | | |
| **Chris Sojourner** | | |
| 07/03/2023 | 3.0 | Review materials // Review materials. |
| 07/06/2023 | 2.0 | Review materials // Review materials and modeling. |
| 07/07/2023 | 2.8 | Review materials // Review materials and modeling. |
| 07/11/2023 | 2.5 | Review materials // Call preparation and conference call. |
| 07/17/2023 | 1.5 | Review materials // Conference call and review. |
| 07/19/2023 | 1.5 | Review materials // Conference call and material review. |
| 07/27/2023 | 2.0 | Conference call // Conference call and call preparation. |
| 07/28/2023 | 1.8 | Conference call // Conference call and preparation. |
| 07/28/2023 | 4.0 | Data analysis // Data Analysis. |
| | | |
| **Augustus Urschel** | | |
| 07/06/2023 | 2.0 | Analysis for case // Research, meeting with economist. |
| | | |
| **Jacob Linger** | | |
| 07/05/2023 | 8.2 | Data analysis // Analyzed data. |
| 07/06/2023 | 7.1 | Data analysis // Analyzed data. |
| 07/06/2023 | 1.0 | Meeting // Met with economists. |

**Econ One Research**
550 South Hope Street, Suite 800
Los Angeles, CA 90071
Federal Taxpayer ID # 95-4639689

**IN RE:**

**Johnson & Johnson Talcum Powder Litigation**



| Date | Hours | Description // Memo |
|------|-------|---------------------|
| **Jacob Linger** | | |
| 07/07/2023 | 7.9 | Data analysis // Analyzed data. |
| 07/07/2023 | 0.9 | Meeting // Met with economists. |
| 07/09/2023 | 8.4 | Data analysis // Analyzed data. |
| 07/10/2023 | 8.1 | Data analysis // Analyzed data. |
| 07/10/2023 | 1.0 | Meeting // Met with economist. |
| 07/11/2023 | 2.2 | Data analysis // Analyzed data. |
| 07/13/2023 | 9.6 | Data analysis // Analyzed data. |
| 07/14/2023 | 5.9 | Data analysis // Analyzed data. |
| 07/16/2023 | 3.3 | Data analysis // Analyzed data. |
| 07/17/2023 | 1.0 | Data analysis // Analyzed data. |
| 07/17/2023 | 1.5 | Meeting // Met with economist. Met with counsel. |
| 07/18/2023 | 0.7 | Review materials // Reviewed document. |
| 07/19/2023 | 0.5 | Data analysis // Analyzed data. |
| 07/19/2023 | 0.5 | Meeting // Met with economist. Met with counsel. |
| 07/27/2023 | 1.9 | Meeting // Met with economists and counsel. |
| 07/28/2023 | 0.6 | Meeting // Met with economists and counsel. |

**Econ One Research**
550 South Hope Street, Suite 800
Los Angeles, CA 90071
Federal Taxpayer ID # 95-4639689