**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| IN RE: | LTL Management LLC. | APPLICANT: | Otterbourg P.C. |
| CASE NO.: | 23-12825 (MBK) | CLIENT: | Co-Counsel for Official Committee of Talc Claimants |
| CHAPTER: | 11 | CASE FILED: | April 4, 2023 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER ATTACHED

### SECTION I
### FEE SUMMARY

**MONTHLY FEE STATEMENT COVERING THE PERIOD**
**AUGUST 1, 2023 THROUGH AUGUST 11, 2023**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL FEES/EXP PREVIOUSLY REQUESTED: | $3,390,970.00 | $30,410.99 |
| TOTAL FEES/EXP ALLOWED TO DATE: | $0.00 | $0.00 |
| TOTAL RETAINER (IF APPLICABLE): | N/A | N/A |
| TOTAL HOLDBACK TO DATE (IF APPLICABLE): | $678,193.80 | $0.00 |
| TOTAL RECEIVED BY APPLICANT TO DATE: | $2,285,699.00 | $20,316.61 |

7603837.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Member | 1982 | $1,620.00 | 32.6 | $52,812.00 |
| Richard G. Haddad ("RGH") Member | 1988 | $1,240.00 | 2.0 | $2,480.00 |
| Adam C. Silverstein ("ACS") Member | 1992 | $1,150.00 | 14.1 | $16,215.00 |
| Jennifer S. Feeney ("JSF") Member | 1998 | $1,015.00 | 24.3 | $24,664.50 |
| David A. Castleman ("DAC") Member | 2007 | $925.00 | 5.0 | $4,625.00 |
| John Bougiamas ("JB") Associate | 1993 | $905.00 | 11.3 | $10,226.50 |
| Robert C. Yan ("RCY") Associate | 2002 | $770.00 | 15.6 | $12,012.00 |
| Michael R. Maizel ("MRM") Associate | 2017 | $525.00 | 21.4 | $11,235.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $380.00 | 0.6 | $228.00 |
| **TOTAL FEES** | | | **126.9** | **$134,498.00** |
| **BLENDED RATE** | | **$1,059.87** | | |

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 562] (the "Interim Compensation Order"), currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $134,498.00 |
| Less: Holdback (20%) | - $26,899.60 |
| Total Fees Currently Payable | $107,598.40 |
| Add: Disbursements | $1,788.61 |
| **Total Payable This Invoice** | **$109,387.01** |

7603837.1

## SECTION II
## SUMMARY OF SERVICES

| PROJECT CATEGORY DESCRIPTION | PROJECT CODE | HOURS | FEE |
|---|---|---:|---:|
| Case Administration/General Services | L0001 | 5.9 | $6,708.50 |
| Meetings of and Communications with Committee | L0005 | 12.2 | $14,575.00 |
| Meetings of and Communications with Co-Counsel | L0006 | 1.4 | $1,818.00 |
| Fee/Employment Applications | L0008 | 4.8 | $3,560.00 |
| Fee/Employee Objections | L0009 | 0.5 | $810.00 |
| Contested Matters/Litigation (General) | L0010 | 1.5 | $1,319.50 |
| Non-Working Travel @ 50% | L0011 | 8.2 | $11,053.50 |
| Business Operations | L0012 | 0.4 | $308.00 |
| Court Attendance | L0016 | 12.0 | $15,390.00 |
| Injunction Litigation in Adversary Proceeding 23-01092 | L0017 | 0.7 | $666.50 |
| Dismissal/Trustee/Examiner Matters | L0018 | 79.3 | $78,289.00 |
| **TOTAL FEES:** | | **126.9** | **$134,498.00** |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| CATEGORY | AMOUNT |
|---|---:|
| Transportation | $568.61 |
| Process Service | $1,220.00 |
| **TOTAL DISBURSEMENTS:** | **$1,788.61** |

Otterbourg P.C. ("Otterbourg"), as co-counsel for the Official Committee of Talc Claimants, hereby submits its monthly fee statement for the period from August 1, 2023 through August 11, 2023 for the allowance of compensation for services rendered and reimbursement of expenses incurred (the "Monthly Fee Statement"), pursuant to the Interim Compensation Order.

WHEREFORE, Otterbourg respectfully requests the payment of the Monthly Fee Statement in the amount of $107,598.40 in fees (representing the amount of fees after a 20% holdback) and the reimbursement of $1,788.61 in expenses, for a total of $109,387.01, in accordance with the Interim Compensation Order.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 31, 2023                    /s/ *Melanie L. Cyganowski*
                                          Melanie L. Cyganowski, Esq.

7603837.1