# EXHIBIT B

# Time and Expense Detail

7603837.1

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

August 25, 2023
BILL NO. 233456

Client/Matter No.:    93174/0902
Matter Name:          LTL MANAGEMENT II
Billing Partner:      RG HADDAD

For Services Rendered Through August 11, 2023:

---

Phase: L0001                          CASE ADMINISTRATION/DISBURSEMENTS

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/02/23<br>MLC | Correspondence<br>Correspondence with Ericka Johnson re:<br>States | .30 | 486.00 |
| 08/09/23<br>JSF | Examine Documents<br>Review of End of Case Memo and Related<br>Issues | 1.10 | 1,116.50 |
| 08/09/23<br>JSF | Examine Documents<br>Review of End of Case Administrative Claim<br>Issues for Committee and Professionals | 1.80 | 1,827.00 |
| 08/10/23<br>MLC | Review Documents<br>Review of next steps post-dismissal | 1.30 | 2,106.00 |
| 08/10/23<br>MLC | Conference call(s)<br>Conference call with Beville re: fees<br>process and closing of case | .40 | 648.00 |
| 08/10/23<br>MRM | Review Documents<br>Review docs in connection with outstanding<br>Committee fee/expense issues | 1.00 | 525.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

Client/Matter:   93174/0902                                    August 25, 2023
Page 2                                                         BILL NO. 233456

TOTAL PHASE L0001                                    5.90          $6,708.50

---

Phase: L0005                        MEETINGS OF AND COMMUNICATIONS WITH COMM

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/01/23 MLC | Conference call(s) Conference call with TCC Reps and Harkovich | .60 | 972.00 |
| 08/01/23 ACS | Conference(s) w/ CoCounsel - Other Zoom with R Horkovich, MLC, E Goodman, M Maimon, S Kazan, M Parfitt and J Green re dismissal and insurance | 1.00 | 1,150.00 |
| 08/03/23 JSF | Telephone Call(s) Participate in Weekly Zoom Meeting with Committee Updates | .80 | 812.00 |
| 08/03/23 MLC | Conference call(s) Weekly meeting with TCC | 1.00 | 1,620.00 |
| 08/03/23 ACS | Conference(s) w/ CoCounsel - Other Zoom meeting with Committee Members, Member Reps and Counsel | .80 | 920.00 |
| 08/03/23 MRM | Telephone Call(s) Attend Committee meeting re: status and strategy | .80 | 420.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                        August 25, 2023
Page 3                                                            BILL NO. 233456

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/03/23 DAC | Telephone Call(s) Calls with committee, committee professionals, and co-counsel re post-decision strategy | 1.00 | 925.00 |
| 08/04/23 MLC | Prepare for Meeting Prepared for Town Hall | 1.10 | 1,782.00 |
| 08/04/23 MLC | Conference Out of Office Recorded Town Hall | .40 | 648.00 |
| 08/07/23 JB | Analysis of Legal Papers Review transcript of Town Hall with talc claimants | .40 | 362.00 |
| 08/07/23 MLC | Correspondence Correspondence with TCC re: dismissal order | .20 | 324.00 |
| 08/08/23 JB | Analysis of Legal Papers Review update to TCC re: status/filing of dismissal order | .60 | 543.00 |
| 08/08/23 MLC | Telephone Call(s) Telephone call with Molton re: TCC Meeting | .20 | 324.00 |
| 08/09/23 JB | Attendance at Conference Attend TCC weekly call re: privilege/appeal/dismissal issues | .60 | 543.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    August 25, 2023
Page 4                                                         BILL NO. 233456

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/09/23<br>MLC | Conference call(s)<br>Weekly committee meeting to discuss<br>appellate strategy and next steps | 1.00 | 1,620.00 |
| 08/09/23<br>ACS | Conference(s) w/ CoCounsel - Other<br>Zoom meeting with Committee Members,<br>Member Reps and Co-counsel | .70 | 805.00 |
| 08/09/23<br>MRM | Telephone Call(s)<br>Attend Committee meeting (partial) | .30 | 157.50 |
| 08/09/23<br>DAC | Telephone Call(s)<br>Call with committee re updates and<br>appellate strategy | .70 | 647.50 |
| TOTAL PHASE L0005 | | 12.20 | $14,575.00 |

Phase: L0006                          MEETINGS OF AND COMMUNICATIONS WITH CO-C

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/03/23<br>JSF | Telephone Call(s)<br>Participate in Zoom with Co-Counsel re:<br>Appellate Next Steps | .20 | 203.00 |
| 08/04/23<br>MLC | Conference call(s)<br>Conference call with FTI, Molton, Beville<br>and Leigh re: Town Hall prep | .50 | 810.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                          August 25, 2023
Page 5                                                               BILL NO. 233456

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/07/23 ACS | Conference(s) w/ CoCounsel - Other Zoom with S Beville, J Massey, B Vallacher, J Lamken, D Stolz and M Winograd re dismissal order | .30 | 345.00 |
| 08/07/23 ACS | Correspondence w/CoCounsel - Other E-mails from/to S Beville, D Stolz, B Vallacher, J Massey and M Winograd re revisions to letter to Judge re dismissal order | .40 | 460.00 |
| TOTAL PHASE L0006 | | 1.40 | $1,818.00 |

| Phase: L0008 | | FEE/EMPLOYMENT APPLICATIONS |
|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/08/23 JSF | Examine Documents Review of July Monthly Fee Statement | .40 | 406.00 |
| 08/08/23 RCY | Examine Documents Prepare July monthly statement and supporting materials. | 3.40 | 2,618.00 |
| 08/09/23 RCY | Examine Documents Revise monthly statement to prepare for filing. | .40 | 308.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    August 25, 2023
Page 6                                                         BILL NO. 233456

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/09/23<br>JKH | Prepare Papers<br>Prepare monthly statement | .60 | 228.00 |
| TOTAL PHASE L0008 | | 4.80 | $3,560.00 |

| Phase: L0009 | | | FEE/EMPLOYMENT OBJECTIONS |
|---|---|---|---|

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/07/23<br>MLC | Review Documents<br>Review of Debtor objection to FTI fees | .30 | 486.00 |
| 08/08/23<br>MLC | Review Documents<br>Review of Debtor objection to certain fees | .20 | 324.00 |
| TOTAL PHASE L0009 | | .50 | $810.00 |

| Phase: L0010 | | CONTESTED MATTERS/LITIGATION (GENERAL) |
|---|---|---|

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/01/23<br>JB | Analysis of Legal Papers<br>Review status of current hearing/upcoming<br>deadlines in view of dismissal and review<br>of Agenda for hearing | .30 | 271.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:   93174/0902                                        August 25, 2023
Page 7                                                             BILL NO. 233456

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/01/23 JB | Analysis of Legal Papers<br>Review order denying Ellis disqualification | .20 | 181.00 |
| 08/01/23 MRM | Review Documents<br>Review order denying motion to disqualify FCR | .10 | 52.50 |
| 08/02/23 JB | Examine Documents<br>Review order extending removal period | .10 | 90.50 |
| 08/09/23 JB | Analysis of Legal Papers<br>Review orders re: motion to seal | .30 | 271.50 |
| 08/09/23 JB | Analysis of Legal Papers<br>Assess privilege issues and continuation of TCC | .20 | 181.00 |
| 08/10/23 JB | Analysis of Legal Papers<br>Review Purdue Supreme Court order/release issue and interplay with potential LTL 3.0 | .30 | 271.50 |
| TOTAL PHASE L0010 | | 1.50 | $1,319.50 |

Phase: L0011                                          NON-WORKING TRAVEL @ 50%

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

# Otterbourg P.C.

230 Park Avenue
New York, NY 10169-0075

Client/Matter:  93174/0902                                  August 25, 2023
Page 8                                                      BILL NO. 233456

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/01/23 MLC | Travel Time<br>Travel to Princeton (half time) | 2.00 | 3,240.00 |
| 08/02/23 JSF | Travel time/Court<br>Travel to and From Court in Trenton (billed at half) | 1.90 | 1,928.50 |
| 08/02/23 MLC | Travel Time<br>Travel to Long Island (billed at half time) | 2.00 | 3,240.00 |
| 08/02/23 ACS | Travel time/Court (conference)<br>Travel to Trenton for hearing (billed at half) | 1.00 | 1,150.00 |
| 08/02/23 ACS | Travel time/Court (conference)<br>Travel to NYC from Trenton (delays) (billed at half) | 1.30 | 1,495.00 |
| **TOTAL PHASE L0011** | | **8.20** | **$11,053.50** |

| Phase: L0012 | | | BUSINESS OPERATIONS |
|---|---|---|---|
| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
| 08/02/23 RCY | Examine Documents<br>Review updated case-related summary memo. | .40 | 308.00 |
| **TOTAL PHASE L0012** | | **.40** | **$308.00** |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                          August 25, 2023
Page 9                                                              BILL NO. 233456

---

Phase: L0016                                                        COURT ATTENDANCE

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/01/23 MLC | Prepare for Court Appearance<br>Prepared for Court conference | 1.10 | 1,782.00 |
| 08/02/23 JSF | Attendance at Court (Motion)<br>Attendance at Court for Omnibus Hearing -<br>Status Conference and Substantial<br>Contribution | 2.80 | 2,842.00 |
| 08/02/23 MLC | Attendance at Court<br>Meetings at Court with Trustee, and Debtor<br>counsel | 2.50 | 4,050.00 |
| 08/02/23 MLC | Court Appearance - General<br>Court appearance | .70 | 1,134.00 |
| 08/02/23 MLC | Prepare for Court Appearance<br>Prepared for court appeance | 1.10 | 1,782.00 |
| 08/02/23 ACS | Preparation for Conference<br>Meet before hearing with Committee counsel<br>and member reps | .50 | 575.00 |
| 08/02/23 ACS | Attendance at Court (conference)<br>Appear at hearing | 1.80 | 2,070.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                      August 25, 2023
Page 10                                                         BILL NO. 233456

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/02/23 RCY | Attendance at Hearing<br>Attend Court hearing re substantial contribution applications and potential dismissal issues. | 1.50 | 1,155.00 |
| TOTAL PHASE L0016 | | 12.00 | $15,390.00 |

Phase: L0017                          INJUNCTION LITIGATION IN ADVERSARY 23-01

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/01/23 JB | Analysis of Legal Papers<br>Review PI appeal status in view of dismissal and schedule | .20 | 181.00 |
| 08/02/23 JSF | Examine Documents<br>Review of Letters to District Court Re: Status of Appeals | .30 | 304.50 |
| 08/02/23 JB | Analysis of Legal Papers<br>Review PI appeal order/request to District Court for stay | .20 | 181.00 |
| TOTAL PHASE L0017 | | .70 | $666.50 |

Phase: L0018                          DISMISSAL/TRUSTEE/EXAMINER MATTERS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                             August 25, 2023
Page 11                                                                 BILL NO. 233456


| Date | | | Hours | Amount |
|---|---|---|---|---|
| 08/01/23 | Examine Documents | | .80 | 812.00 |
| | JSF | Review of Updated Draft Dismissal Order | | |
| 08/01/23 | Examine Documents | | 1.30 | 1,319.50 |
| | JSF | Review of Draft Brief re: Continued Existence of TCC for Appeal and Related Case Review | | |
| 08/01/23 | Examine Documents | | .30 | 304.50 |
| | JSF | Review of UST Comments to Draft Dismissal Order | | |
| 08/01/23 | Research | | .60 | 543.00 |
| | JB | Undertake review of caselaw concerning injunction against further filings | | |
| 08/01/23 | Review/correct Correspondence | | .50 | 575.00 |
| | ACS | Review and comment on draft memo of law re continuation of TCC pending appeal of dismissal | | |
| 08/01/23 | Research | | 1.20 | 924.00 |
| | RCY | Review preliminary memo from co-counsel and supplement research of issues re dismissal with prejudice to refile. | | |
| 08/01/23 | Research | | .80 | 420.00 |
| | MRM | Conduct additional research re: dismissal order provisions/349(a) | | |
| 08/01/23 | Review Documents | | 1.50 | 787.50 |
| | MRM | Review Bankr. Ct. dismissal opinion | | |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                        August 25, 2023
Page 12                                                            BILL NO. 233456

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/01/23<br>MRM | Review Documents<br>Review and comment on memo of law in support<br>of TCC dismissal order/preservation | 3.00 | 1,575.00 |
| 08/02/23<br>RGH | Attendance at Court (conference)<br>Attend Zoom status conference on dismissal<br>and substantial contribution hearing | 1.70 | 2,108.00 |
| 08/02/23<br>JSF | Examine Documents<br>Review Current Draft of Proposed Dismissal<br>Order | .60 | 609.00 |
| 08/02/23<br>JB | Analysis of Legal Papers<br>Review comments to proposed dismissal<br>order/issues related to continuation of<br>TCC/injunction against further filing | .60 | 543.00 |
| 08/02/23<br>RCY | Draft/revise<br>Draft proposed language in connection with<br>dismissal re final fee application<br>processes. | 1.80 | 1,386.00 |
| 08/02/23<br>RCY | Examine Documents<br>Review proposed dismissal order comments. | .30 | 231.00 |
| 08/02/23<br>RCY | Examine Documents<br>Review emails from co-counsel re direct<br>certification. | .20 | 154.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    August 25, 2023
Page 13                                                         BILL NO. 233456

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/02/23 MRM | Telephone Call(s) Monitor post-dismissal status conference (telephonically) | 1.80 | 945.00 |
| 08/02/23 MRM | Research Conduct research re: committee preservation in connection with dismissal order | .80 | 420.00 |
| 08/02/23 DAC | Attend Court Hearing on Plan Attend August 2 LTL Omnibus Hearing (by Zoom) | 1.80 | 1,665.00 |
| 08/03/23 JSF | Examine Documents Review of Debtor's Proposed Revisions to Draft Dismissal Order | .80 | 812.00 |
| 08/03/23 JSF | Examine Documents Review of Draft Insert re: Interim Comp Procedures to Brief in Support of TCC Proposed Dismissal Order | .70 | 710.50 |
| 08/03/23 JSF | Telephone Call(s) Call with Sunni Beville re: Dismissal Order | .30 | 304.50 |
| 08/03/23 JSF | Examine Documents Review of TCC Draft Dismissal Order | .70 | 710.50 |
| 08/03/23 JB | Research Review caselaw re: grounds to stay dismissal order/opposition | 1.20 | 1,086.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    August 25, 2023
Page 14                                                        BILL NO. 233456

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/03/23 JB | Analysis of Legal Papers<br>Review Shipp order re: scheduling of appellate issues | .20 | 181.00 |
| 08/03/23 MLC | Revision of Documents<br>Review and revisions to draft dismissal order | 1.30 | 2,106.00 |
| 08/03/23 MLC | Correspondence<br>Correspondence re: revision to protective order | .30 | 486.00 |
| 08/03/23 MLC | Correspondence<br>Correspondence re: Moshe draft letter re: dismissal order | .20 | 324.00 |
| 08/03/23 MLC | Correspondence<br>Correspondence with co-counsel re: draft dismissal order | .20 | 324.00 |
| 08/03/23 MLC | Review Documents<br>Review of Debtor mark-up of dismissal order | 1.10 | 1,782.00 |
| 08/03/23 MLC | Conference call(s)<br>Conference call with co-counsel re: potential stay request | .50 | 810.00 |
| 08/03/23 ACS | Telephone Call(s) w/CoCounsel - Other<br>Telecon M Winograd re briefing on dismissal order | .20 | 230.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    August 25, 2023
Page 15                                                        BILL NO. 233456

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/03/23<br>ACS | Review/correct Suppl'l br'f for motion<br>Review and mark up Debtor's mark up of<br>proposed dismissal order | .50 | 575.00 |
| 08/03/23<br>RCY | Examine Documents<br>Revise proposed language for dismissal<br>order re fee applications and substantial<br>contributions claims. | 3.80 | 2,926.00 |
| 08/03/23<br>MRM | Research<br>Continued additional research re:<br>committee preservation | 3.70 | 1,942.50 |
| 08/03/23<br>MRM | Correct Papers<br>Review and revise draft brief section on<br>dismissal w/ prejudice | 1.60 | 840.00 |
| 08/04/23<br>JSF | Examine Documents<br>Review of Draft Dismissal Order | .90 | 913.50 |
| 08/04/23<br>JSF | Examine Documents<br>Review of Draft Letter and Mark-Ups in<br>Support of TCC Dismissal Order | 1.40 | 1,421.00 |
| 08/04/23<br>JB | Analysis of Legal Papers<br>Review draft dismissal order/legal<br>argument to court | .90 | 814.50 |
| 08/04/23<br>JB | Analysis of Legal Papers<br>Review LTL withdrawal of plan/disclosure<br>statement hearings re: dismissal status | .20 | 181.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    August 25, 2023
Page 16                                                        BILL NO. 233456

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/04/23 MLC | Revision of Documents<br>Reviewed and revised draft letter to court re: dismissal order | 1.20 | 1,944.00 |
| 08/04/23 MLC | Review Documents<br>Reviewed Massey comments to draft letter re: dismissal | .40 | 648.00 |
| 08/04/23 ACS | Review/correct Correspondence<br>Review and edit draft letter to Judge Kaplan re dismissal order | 1.30 | 1,495.00 |
| 08/04/23 MRM | Correct Papers<br>Review and revise letter brief in support of proposed order | .90 | 472.50 |
| 08/04/23 DAC | Draft/revise<br>Review and comment on dismissal order letter | 1.50 | 1,387.50 |
| 08/06/23 JSF | Examine Documents<br>Review of Letter Brief in Support of Dismissal Order | .60 | 609.00 |
| 08/06/23 JSF | Examine Documents<br>Review of Revised Draft Dismissal Order | .80 | 812.00 |
| 08/06/23 MLC | Review Documents<br>Review of proposed revisions to letter to leave re: dismissal order | 1.10 | 1,782.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                          August 25, 2023
Page 17                                              BILL NO. 233456

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/07/23 JSF | Examine Documents<br>Review of TCC Final Letter Brief and Proposed Dismissal Order | .60 | 609.00 |
| 08/07/23 JB | Analysis of Legal Papers<br>Assess potential stay motion of dismissal order/response | .30 | 271.50 |
| 08/07/23 MLC | Conference call(s)<br>Conference call with Molton, Beville, Stolz re: post-dismissal filing | .20 | 324.00 |
| 08/07/23 MLC | Conference call(s)<br>Conference call with UST re: dismissal order provisions | .50 | 810.00 |
| 08/07/23 MLC | Correspondence<br>Correspondence re: potential agreement with Debtors re: dismissal order provisions | .80 | 1,296.00 |
| 08/07/23 MLC | Telephone Call(s)<br>Telephone call with Sunni Beville re: proposed order | .20 | 324.00 |
| 08/07/23 MLC | Review Documents<br>Review of LTL response re: dismissal order | .90 | 1,458.00 |
| 08/07/23 ACS | Review/correct Legal doc for appeal<br>Review and comment on draft opposition to expected stay pending appeal motion | 2.30 | 2,645.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                August 25, 2023
Page 18                                                     BILL NO. 233456

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/07/23 ACS | Analysis of Correspondence Review Jones Day comments on dismissal order | .10 | 115.00 |
| 08/07/23 MRM | Correct Papers Final review of draft proposed order and letter in support | 1.00 | 525.00 |
| 08/08/23 JSF | Examine Documents Attention to post-dismissal issues per order: list of steps to be taken | 1.40 | 1,421.00 |
| 08/08/23 JSF | Examine Documents Review of Letter Briefs Submitted by MTD Parties and Debtor re: Dismissal Order Provisions | 1.40 | 1,421.00 |
| 08/08/23 JB | Analysis of Legal Papers Review US Trustee statement re: TCC continuation and LTL comments to proposed order | .40 | 362.00 |
| 08/08/23 JB | Analysis of Correspondence Review state submission re: dismissal | .20 | 181.00 |
| 08/08/23 JB | Analysis of Legal Papers Review LTL statement to Court re: dismissal | .40 | 362.00 |
| 08/08/23 JB | Analysis of Legal Papers Review Mauche Rainle/Crouch letter re: dismissal | .40 | 362.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                      August 25, 2023
Page 19                                                          BILL NO. 233456

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/08/23 MLC | Correspondence<br>Correspondence with TCC re: alternative dismissal orders | .20 | 324.00 |
| 08/08/23 MLC | Review Documents<br>Review of dismissal order submissions | 1.30 | 2,106.00 |
| 08/08/23 ACS | Analysis of Correspondence<br>Review debtor letter to Court re dismissal order | .20 | 230.00 |
| 08/08/23 ACS | Analysis of Correspondence<br>Review NM and Miss letter to Court re dismissal order | .10 | 115.00 |
| 08/08/23 ACS | Analysis of Correspondence<br>Review Crouch letter to Court re dismissal order | .10 | 115.00 |
| 08/08/23 ACS | Analysis of Correspondence<br>Review Ad Hoc Committee of Supporting Counsel letter to Court re dismissal order | .10 | 115.00 |
| 08/08/23 ACS | Analysis of Correspondence<br>Review MRHF&M letter to Court re dismissal order | .10 | 115.00 |
| 08/08/23 ACS | Analysis of Correspondence<br>Review UST letter to Court re dismissal order | .10 | 115.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    August 25, 2023
Page 20                                                        BILL NO. 233456

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/08/23 RCY | Examine Documents Review filings re proposed dismissal order addressing bar to refile and continued committee existence. | .70 | 539.00 |
| 08/08/23 MRM | Review Documents Review letters filed in support of dismissal orders | .50 | 262.50 |
| 08/09/23 JSF | Examine Documents Review of Supplemental Letter to Court re: Dismissal Order | .40 | 406.00 |
| 08/09/23 JB | Analysis of Legal Papers Review LTL supplemental response to dismissal | .30 | 271.50 |
| 08/09/23 JB | Analysis of Legal Papers Review emails TCC re: response to LTL supplement and draft response/comments | .50 | 452.50 |
| 08/09/23 MLC | Correspondence Correspondence with TCC re post-dismissal privilege and confidentiality issues | .60 | 972.00 |
| 08/09/23 MLC | Review Documents Review of reply brief filed by debtors in connection with proposed dismissal orders | .90 | 1,458.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:   93174/0902                                     August 25, 2023
Page 21                                                         BILL NO. 233456

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/09/23 MLC | Correspondence<br>Correspondence with TCC co-counsel re possible sur-reply in connection with proposed dismissal orders | .70 | 1,134.00 |
| 08/09/23 MLC | Review Documents<br>Review of and revision to draft sur-reply prepared by BR | 1.30 | 2,106.00 |
| 08/09/23 MLC | Correspondence<br>Follow up correspondence with TCC re: draft sur-reply | .40 | 648.00 |
| 08/09/23 MLC | Review Documents<br>Review of draft dismissal order in view of debtors' reply | 1.40 | 2,268.00 |
| 08/09/23 ACS | Analysis of Reply brief for motion<br>Review Debtor's "supplement" re dismissal order | .10 | 115.00 |
| 08/09/23 ACS | Analysis of Legal Papers<br>Review draft response to Debtor's "supplement" re dismissal order and e-mails to/from Committee Member Reps re same | .20 | 230.00 |
| 08/09/23 MRM | Research<br>Conduct additional research in connection with dismissal order pleadings/letters | 3.00 | 1,575.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  93174/0902                                    August 25, 2023
Page 22                                                       BILL NO. 233456

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/09/23 MRM | Review Documents Review end of case memo from BR | .30 | 157.50 |
| 08/09/23 MRM | Review Documents Review Debtor's letter "supplement" re: dismissal orders | .30 | 157.50 |
| 08/10/23 JSF | Examine Documents Review of Case Closing Matters and Administrative Issues Per Proposed Dismissal Order | 1.70 | 1,725.50 |
| 08/10/23 JB | Analysis of Legal Papers Review LTL/TCC response to LTL dismissal order | .60 | 543.00 |
| 08/10/23 ACS | Analysis of Correspondence E-mails to Court from MHFMH and Mississippi/New Mexico re Debtor's "supplement" re dismissal order | .20 | 230.00 |
| 08/10/23 ACS | Analysis of Order Review LTL dismissal order | .20 | 230.00 |
| 08/10/23 RCY | Examine Documents Provide comments re open administrative issues. | 1.60 | 1,232.00 |
| 08/11/23 RGH | Analysis of Order Review dismissal order and implications | .30 | 372.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    August 25, 2023
Page 23                                                        BILL NO. 233456

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/11/23 JSF | Examine Documents<br>Review of Entered Dismissal Order | .30 | 304.50 |
| 08/11/23 JB | Analysis of Legal Papers<br>Review Maune Rachle response to LTL<br>supplement | .30 | 271.50 |
| 08/11/23 JB | Analysis of Correspondence<br>Review states letter to Kaplan responding<br>to LTL supplemental submission | .30 | 271.50 |
| 08/11/23 JB | Analysis of Legal Papers<br>Review order diemissing case and assess<br>next steps/potential LTL 3.0 filing and<br>appeal issues | .50 | 452.50 |
| 08/11/23 RCY | Examine Documents<br>Review order dismissing case. | .30 | 231.00 |

TOTAL PHASE L0018                                    79.30        $78,289.00


                          TOTAL FOR SERVICES        $134,498.00

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                      August 25, 2023
Page 24                                                          BILL NO. 233456

DISBURSEMENTS FOR YOUR ACCOUNT

    Transportation                                                568.61

    Process Service                                             1,220.00
                                                            _____
                              TOTAL DISBURSEMENTS              1,788.61


                              TOTAL THIS STATEMENT         $136,286.61