**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE STATEMENT COVER SHEET FOR THE**
**PERIOD APRIL 4, 2023 THROUGH JUNE 30, 2023**

| Debtor: LTL Management LLC | Name of Applicant: Weil, Gotshal & Manges LLP |
|---|---|
| Case No.: 23-12825 (MBK) | Client: Special Counsel to LTL Management LLC |
| Chapter: 11 | Case Filed: April 4, 2023 (the "**Petition Date**") |

**SECTION I**
**FEE SUMMARY**

| ☒ Interim Fee Application No. 1 | ☐ Final Fee Application |
|---|---|

Summary of Amounts Requested for the Period April 4, 2023 through June 30, 2023 (the "**Fee Period**").

| **Total Fees for the LTL Debtor:** | $168,715.50 |
|---|---|
| **Total Disbursements:** | $262.77 |
| **Total Fees Plus Disbursements:** | $168,978.27 |
| **Minus 20% Holdback:** | $33,743.10 |
| **Amount Sought at this Time:** | $135,235.17 |

**Summary of Amounts Requested for Previous Periods:**

|  | **Fees** | **Expenses** |
|---|---|---|
| **Total Previously Requested:** | $0.00 | $0.00 |
| **Total Allowed to Date:** | $0.00 | $0.00 |
| **Total Retainer (If Applicable):** | $0.00 | $0.00 |
| **Remaining Holdback (If Applicable):** | $0.00 | $0.00 |
| **Total Received By Applicant:** | $0.00 | $0.00 |

## COMPENSATION BY PROFESSIONAL
## APRIL 4, 2023 THROUGH JUNE 30, 2023

The attorneys who rendered professional services in this chapter 11 case during the Fee Period are:

| NAME OF PROFESSIONAL: PARTNERS AND COUNSEL | DEPARTMENT[†] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Cailteux, Konrad L. | LIT | 1985 | $1,550.00 | 1.10 | $1,705.00 |
| Sullivan, Diane P. | LIT | 1987 | $1,550.00 | 15.30 | $23,715.00 |
| Tsekerides, Theodore E. | LIT | 1994 | $1,550.00 | 1.70 | $2,635.00 |
| Berkovich, Ronit J. | RES | 2002 | $1,550.00 | 16.90 | $26,195.00 |
| Goren, Matthew | RES | 2007 | $1,300.00 | 32.10 | $41,730.00 |
| **Total Partners and Counsel:** | | | | **67.10** | **$95,980.00** |

| NAME OF PROFESSIONAL: ASSOCIATES | DEPARTMENT[†] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | RES | 2003 | $775.00 | 6.10 | $4,727.50 |
| George, Jason | RES | 2019 | $970.00 | 83.90 | $81,383.00 |
| Rose, Alexandra Katherine | LIT | 2020 | $970.00 | 6.50 | $6,305.00 |
| Dobbs, Ashlynn | RES | 2023 | $605.00 | 98.80 | $59,774.00 |
| **Total Associates:** | | | | **195.30** | **$152,189.50** |

---

[†] RES – Restructuring; LIT – Litigation

The paraprofessionals who rendered professional services in this chapter 11 case during the Fee Period are:

| NAME OF PARAPROFESSIONALS: | DEPARTMENT[‡] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Lee, Kathleen Anne | RES | $395.00 | 10.10 | $3,989.50 |
| Fabsik, Paul | RES | $395.00 | 12.80 | $5,056.00 |
| **Total Paraprofessionals:** | | | **22.90** | **$9,045.50** |

The total fees for the Fee Period are:

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel: | $1,430.40 | 67.10 | $95,980.00 |
| Associates: | $779.26 | 195.30 | $152,189.50 |
| Paraprofessionals and Other Non-Legal Staff: | $395.00 | 22.90 | $9,045.50 |
| **Blended Attorney Rate:** | **$945.77** | | |
| **Blended Rate for All Timekeepers:** | **$901.62** | | |
| **Total Fees Incurred:** | | | **$257,215.00** |

---

[‡] RES – Restructuring

## SECTION II
## SUMMARY OF SERVICES

### COMPENSATION BY WORK TASK CODE FOR
### SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
### FOR THE PERIOD APRIL 4, 2023 THROUGH JUNE 30, 2023

| TASK CODE | DESCRIPTION | HOURS | AMOUNT | LTL % | LTL PORTION |
|---|---|---|---|---|---|
| L120 | Strategy | 101.40 | $119,932.00 | 50% | $59,966.00 |
| L320 | Document Collection & Production | 17.50 | $10,634.50 | 50% | $5,317.25 |
| L450 | Court Conferences & Hearings | 58.80 | $46,238.50 | 50% | $23,119.25 |
| L601 | Automatic Stay | 0.20 | $194.00 | 50% | $97.00 |
| L602 | Weil Retention/Fee Application Preparation | 106.80 | $79,286.00 | 100% | $79,286.00 |
| L604 | Imerys/ Cyrprus Info for LTL | 0.60 | $930.00 | 100% | $930.00 |
| **Total Fees Requested:** | | **285.30** | **$257,215.00** | | **$168,715.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

### DISBURSEMENT SUMMARY BY WEIL, GOTSHAL & MANGES LLP
### FOR THE PERIOD APRIL 4, 2023 THROUGH JUNE 30, 2023

| DISBURSEMENTS | AMOUNTS | LTL % | LTL PORTION |
|---|---|---|---|
| Online News Monitoring | $510.00 | 50% | $255.00 |
| Printing – B&W | $15.54 | 50% | $7.77 |
| **Total Disbursements Requested:** | **$525.54** | | **$262.77** |

## SECTION IV
## CASE HISTORY

| | |
|---|---|
| (1) Date case filed: | April 4, 2023 |
| (2) Chapter under which case commenced: | Chapter 11 |
| (3) Date of retention: | June 14, 2023 *nunc pro tunc* to April 4, 2023 [Dkt. 780] (the "**Retention Order**").[1] |
| (4) Summarize in brief the benefits to the estate and attach supplements as needed | SEE BELOW |

During the Fee Period, Weil, Gotshal & Manges LLP ("**Weil**") provided the following services to LTL Management LLC (the "**Debtor**") including, but not limited to, the following:

*Strategy*

- Monitored dockets of the chapter 11 cases of *Imerys Talc America, Inc., et al.*, Case No. 19-10289 (LSS), (Bankr. D. Del.) (the "**Imerys Bankruptcy Cases**"), *In re Cyprus Mines Corporation*, Case No. 21-10398 (LSS), (Bankr. D. Del.) (the "**Cyprus Bankruptcy Case**," and together with Imerys Bankruptcy Cases, "**Imerys/Cyprus Bankruptcy Cases**"), and the Debtor's bankruptcy case, reviewed relevant pleadings filed and orders issued therein to assess any potential impact on the Debtor and its strategy relating to the Imerys/Cyprus Bankruptcy Cases and to protect the Debtor's interests in the Imerys/Cyprus Bankruptcy Cases, and prepared updates to the Debtor regarding same.

- Participated in internal team conferences to discuss and analyze strategies and various workstreams in Imerys/Cyprus Bankruptcy Cases.

- Participated in conferences with clients regarding strategy and workstreams in Imerys/Cyprus Bankruptcy Cases

*Document Collection & Production*

- Prepared daily docket summaries of filings in the Imerys/Cyprus Bankruptcy Cases and Debtor's bankruptcy case.

- Reviewed documents and coordinated responses to document production request in connection with Debtor's chapter 11 case.

*Court Conferences & Hearings*

- Monitored hearings in the Imerys/Cyprus Bankruptcy Cases and the Debtor's bankruptcy case to determine the impact on the clients in the Imerys/Cyprus Bankruptcy Cases.

---

[1] The Retention Order entered on June 14, 2023 [Dkt. 780] is attached hereto as **Exhibit A**.

*Weil Retention / Fee Application Preparation*

- Prepared and filed Debtor's application to retain Weil as special counsel.

- Corresponded with the Office of the United States Trustee for Region 3 (the "**UST**") to discuss and address questions and issues raised by the UST with respect to Weil's retention application, and drafted and filed a revised proposed retention order in light of the UST's comments.

- Prepared and filed a supplemental certification in support of Weil's retention application..

| (5) Anticipated distribution to creditors: | |
|---|---|
| (a) Administration expense: | Unknown at this time. |
| (b) Secured creditors: | Unknown at this time. |
| (c) Priority creditors: | Unknown at this time. |
| (d) General unsecured creditors: | Unknown at this time. |
| (6) Final disposition of case and percentage of dividend paid to creditors: | Final dividend percentages are unknown at this time. |

I certify under penalty of perjury that the above is true.

Date: August 30, 2023                         /s/ *Ronit J. Berkovich*
                                              Ronit J. Berkovich