# Exhibit B

**April Invoice**

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 04/04/23 | Sullivan, Diane P. | 2.60 | 4,030.00 | L120 | 67391701 |
| | REVIEW LTL FILINGS FOR IMPACT ON IMERYS STRATEGY. | | | | |
| 04/04/23 | Goren, Matthew | 0.30 | 390.00 | L120 | 67410922 |
| | EMAILS RE: SECOND LTL FILING. | | | | |
| 04/04/23 | Berkovich, Ronit J. | 0.20 | 310.00 | L120 | 67391729 |
| | REVIEW NEW FILINGS FOR IMPACT ON IMERYS STRATEGY AND EMAILS WITH TEAM RE SAME. | | | | |
| 04/04/23 | George, Jason | 0.40 | 388.00 | L120 | 67409638 |
| | REVIEW CORRESPONDENCE RE: NEW LTL FILING AS RELATES TO IMERYS STRATEGY (0.2); CORRESPOND WITH WEIL TEAM RE: SAME (0.2). | | | | |
| 04/04/23 | Dobbs, Ashlynn | 0.40 | 242.00 | L120 | 67399127 |
| | REVIEW RECENT FILINGS IN LTL MATTER FOR IMPACT ON IMERYS/CYPRUS CASES. | | | | |
| 04/05/23 | Sullivan, Diane P. | 0.20 | 310.00 | L120 | 67397781 |
| | REVIEW TRO STAY ORDER AND PRELIMINARY INJUNCTION HEARING DATE AND COMMUNICATION FROM CLIENTS RE: SAME (.2). | | | | |
| 04/05/23 | Goren, Matthew | 0.80 | 1,040.00 | L120 | 67410874 |
| | REVIEW LTL FIRST DAY DECLARATION AS RELATES TO IMERYS STRATEGY (0.8). | | | | |
| 04/05/23 | George, Jason | 0.70 | 679.00 | L120 | 67409651 |
| | REVIEW LTL FILINGS FOR IMERYS-RELATED ISSUES (0.6); EMAIL P. FABSIK RE: LTL HEARINGS (0.1). | | | | |
| 04/06/23 | Goren, Matthew | 0.40 | 520.00 | L120 | 67410898 |
| | EMAILS WITH R. BERKOVICH AND J. GEORGE RE: LTL FILINGS AND IMPACT ON IMERYS (0.4). | | | | |
| 04/06/23 | Berkovich, Ronit J. | 0.10 | 155.00 | L120 | 67415112 |
| | EMAILS WITH M. GOREN AND J. GEORGE RE STRATEGY RE IMERYS IN LIGHT OF LTL FILING. | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 04/06/23 | George, Jason | 2.60 | 2,522.00 | L120 | 67409632 |
| | REVIEW PLEADINGS FILED IN NEW LTL CASE FOR IMPACT ON IMERYS (2.1); CORRESPOND WITH R. BERKOVICH AND M. GOREN RE: SAME (0.5). | | | | |
| 04/06/23 | George, Jason | 0.10 | 97.00 | L120 | 67409657 |
| | EMAIL R. BERKOVICH RE: NOTICE OF APPEARANCE (0.1). | | | | |
| 04/10/23 | Sullivan, Diane P. | 0.10 | 155.00 | L120 | 67422459 |
| | REVIEW CASE UPDATE TO ASSIST IN ADVISING CLIENTS (.1). | | | | |
| 04/10/23 | Goren, Matthew | 0.30 | 390.00 | L120 | 67455490 |
| | EMAILS WITH J. GEORGE AND R. BERKOVICH RE: LTL FIRST DAYS AND IMPACT ON IMERYS. | | | | |
| 04/10/23 | George, Jason | 1.20 | 1,164.00 | L120 | 67456436 |
| | REVIEW LTL FILINGS FOR IMPACT ON IMERYS STRATEGY (1.0); CORRESPOND WITH R. BERKOVICH AND M. GOREN RE: SAME (0.2). | | | | |
| 04/10/23 | George, Jason | 0.40 | 388.00 | L120 | 67456440 |
| | DRAFT WEEKLY UPDATE FOR CLIENTS (0.3); CORRESPOND WITH R. BERKOVICH AND CLIENTS RE: SAME (0.1). | | | | |
| 04/11/23 | Sullivan, Diane P. | 0.30 | 465.00 | L120 | 67436023 |
| | REVIEW SUMMARY OF FIRST DAY HEARING TO ASSIST IN ADVISING CLIENTS RE IMERYS STRATEGY (.3). | | | | |
| 04/11/23 | Goren, Matthew | 0.30 | 390.00 | L120 | 67843902 |
| | EMAILS WITH J. GEORGE AND R. BERKOVICH RE: LTL AND IMERYS IMPLICATIONS (.3). | | | | |
| 04/11/23 | Berkovich, Ronit J. | 0.20 | 310.00 | L120 | 67443680 |
| | REVIEW FILED PLEADINGS FOR RELEVANCE TO IMERYS AND EMAILS WITH TEAM RE SAME. | | | | |
| 04/12/23 | Sullivan, Diane P. | 0.20 | 310.00 | L120 | 67444580 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | COMMUNICATION WITH R. BERKOVICH RE: LTL FILING AND IMPACT ON IMERYS TO ASSIST IN ADVISING CLIENTS (.2). | | | | |
| 04/12/23 | Goren, Matthew | 0.10 | 130.00 | L120 | 67455485 |
| | EMAILS RE: LTL HEARING AND IMPACT ON IMERYS. | | | | |
| 04/12/23 | Berkovich, Ronit J. | 0.20 | 310.00 | L120 | 67452497 |
| | EMAILS WITH TEAM RE ISSUES IN THE LTL CASE RELATING TO IMERYS. | | | | |
| 04/17/23 | George, Jason | 0.50 | 485.00 | L120 | 67516911 |
| | DRAFT WEEKLY UPDATE OF IMERYS CASES FOR CLIENTS (0.5). | | | | |
| 04/18/23 | Sullivan, Diane P. | 0.30 | 465.00 | L120 | 67485345 |
| | REVIEW J. KIM TESTIMONY TO ASSIST IN ADVISING CLIENTS RE IMERYS STRATEGY (.3). | | | | |
| 04/18/23 | Sullivan, Diane P. | 0.30 | 465.00 | L120 | 67485466 |
| | REVIEW SUMMARY OF LTL PRELIMINARY INJUNCTION HEARING IN CONNECTION WITH ADVISING RE IMERYS STRATEGY (.3). | | | | |
| 04/18/23 | Goren, Matthew | 0.20 | 260.00 | L120 | 67512179 |
| | EMAILS WITH WEIL TEAM RE: PRELIMINARY INJUNCTION HEARING. | | | | |
| 04/19/23 | Sullivan, Diane P. | 0.40 | 620.00 | L120 | 67495299 |
| | COMMUNICATIONS WITH TEAM RE: LTL PRELIMINARY INJUNCTION HEARING AND ISSUES RE: SAME TO ASSIST IN ADVISING CLIENTS ON STRATEGY RELATING TO IMERYS (.4). | | | | |
| 04/19/23 | Berkovich, Ronit J. | 0.20 | 310.00 | L120 | 67499507 |
| | EMAILS WITH TEAM RE IMERYS ISSUES RELATING TO LTL. | | | | |
| 04/20/23 | Sullivan, Diane P. | 4.00 | 6,200.00 | L120 | 67503649 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | REVIEW LTL PRELIMINARY INJUNCTION BRIEFING AND HEARING TRANSCRIPT TO ASSIST IN ADVISING CLIENT (3.6); REVIEW PRELIMINARY INJUNCTION RULING TRANSCRIPT RE: IMPACT ON IMERYS PROCEEDING AND STRATEGY (0.4). | | | | |
| 04/20/23 | Goren, Matthew | 0.30 | 390.00 | L120 | 67512176 |
| | EMAILS WITH WEIL TEAM RE: LTL PRELIMINARY INJUNCTION DECISION AS RELATES TO IMERYS. | | | | |
| 04/20/23 | George, Jason | 0.50 | 485.00 | L120 | 67613963 |
| | REVIEW AND REVISE MEMO RE: INDEMNIFICATION MATTERS (0.5). | | | | |
| 04/20/23 | Dobbs, Ashlynn | 2.70 | 1,633.50 | L120 | 67521164 |
| | REVIEW HEARING TRANSCRIPTS AND LTL ADVERSARY PROCEEDING BRIEFING FOR MENTIONS OF IMERYS/CYPRUS. | | | | |
| 04/24/23 | Goren, Matthew | 4.10 | 5,330.00 | L120 | 67630528 |
| | REVIEW LTL MOTION TO DISMISS AS RELATES TO IMERYS (0.9); EMAILS WITH J. GEORGE AND R. BERKOVICH RE: SAME (0.3); CALL WITH CLIENTS RE: NEXT STEPS (0.6); FOLLOW UP CALLS AND EMAILS WITH WEIL TEAM RE: SAME (0.4); REVIEW DRAFT LTL PLAN AND CONSIDER IMERYS RELATED ISSUES (1.9). | | | | |
| 04/24/23 | Berkovich, Ronit J. | 0.80 | 1,240.00 | L120 | 67534381 |
| | CALL WITH J&J/LTL, JONES DAY, J. MURDICA, AND M. GOREN RE IMERYS STRATEGY (.5); CONFER WITH M. GOREN RE SAME (.3). | | | | |
| 04/24/23 | George, Jason | 1.10 | 1,067.00 | L120 | 67668435 |
| | REVIEW MOTION TO DISMISS AS RELATES TO IMERYS (0.5); REVIEW IMERYS AND CYPRUS DOCKETS IN CONNECTION WITH WEEKLY UPDATE WITH CLIENTS (0.1); CORRESPOND WITH R. BERKOVICH AND M. GOREN RE: SAME (0.1); CORRESPOND WITH R. BERKOVICH RE: LTL IMPACT ON IMERYS (0.2); CALL WITH M. GOREN RE: SAME (0.2). | | | | |
| 04/25/23 | Cailteux, Konrad L. | 0.40 | 620.00 | L120 | 67572218 |
| | CALLS WITH J. GEORGE RE INDEMNITY ISSUES (.4). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 04/25/23 | Cailteux, Konrad L. | 0.30 | 465.00 | L120 | 67572240 |
| | REVIEW AND COMMENT ON J. GEORGE'S EMAIL REGARDING INDEMNITY ISSUES (.3). | | | | |
| 04/25/23 | Cailteux, Konrad L. | 0.40 | 620.00 | L120 | 67572490 |
| | REVIEW AND COMMENT ON J. GEORGE'S MEMO REGARDING INDEMNITY ISSUES (.4). | | | | |
| 04/25/23 | Goren, Matthew | 3.90 | 5,070.00 | L120 | 67630489 |
| | REVIEW R. BERKOVICH COMMENTS ON DRAFT LTL PLAN AS RELATES TO IMERYS (0.2); EMAILS RE: SAME (0.1); WEIL TEAM MEETING RE: COMMENTS TO PLAN (1.5); FOLLOW-UP EMAILS WITH WEIL TEAM RE: SAME (0.2); CALL WITH CLIENTS RE: DRAFT PLAN AND NEXT STEPS (1.1); REVIEW AND REVISE MEMO ON PLAN MATTERS (0.8). | | | | |
| 04/25/23 | Berkovich, Ronit J. | 4.30 | 6,665.00 | L120 | 67608547 |
| | REVIEW PROPOSED PLAN FOR TREATMENT OF IMERYS-RELATED ISSUES AND EMAILS WITH TEAM RE SAME (1.4); MEETING WITH M. GOREN AND J. GEORGE RE STRATEGY AND PROPOSED PLAN FOR TREATMENT OF IMERYS-RELATED ISSUES (1.5); CONFER WITH J. GEORGE RE PROPOSED PLAN FOR TREATMENT OF IMERYS-RELATED ISSUES (.2); RESEARCH RE IMERYS ISSUES IN LTL PLAN AND EMAILS WITH TEAM RE SAME (.2); CALL WITH JONES DAY AND J&J/LTL RE IMERYS ISSUES IN LTL PLAN (1.0). | | | | |
| 04/25/23 | George, Jason | 5.70 | 5,529.00 | L120 | 67668384 |
| | REVIEW RESEARCH RE: INDEMNIFICATION (1.5); MEET WITH R. BERKOVICH AND M. GOREN TO DISCUSS IMERYS IN ISSUES IN LTL PLAN (1.5); CALL WITH R. BERKOVICH, M. GOREN AND CLIENTS RE: SAME (1.0); CORRESPOND WITH R. BERKOVICH AND M. GOREN RE: IMERYS ISSUES (0.5); DRAFT MEMO RE: IMERYS ISSUES (1.2). | | | | |
| 04/25/23 | Rose, Alexandra Katherine | 0.50 | 485.00 | L120 | 67610333 |
| | RESEARCH REGARDING IMERYS CLAIMS. | | | | |
| 04/26/23 | Goren, Matthew | 1.80 | 2,340.00 | L120 | 67630500 |
| | CALL WITH R. BERKOVICH AND J. GEORGE RE: MEMO ON PLAN MATTERS (0.6); REVIEW REVISED DRAFTS OF SAME (0.8); CONFER WITH J. GEORGE AND R BERKOVICH RE: SAME (0.4). | | | | |
| 04/26/23 | Berkovich, Ronit J. | 1.50 | 2,325.00 | L120 | 67619345 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|

REVIEW AND PROVIDE COMMENTS ON ANALYSIS OF IMERYS ISSUES IN LTL PLAN (.7); CALL WITH M. GOREN AND J. GEORGE RE COMMENTS ON ANALYSIS OF IMERYS ISSUES IN LTL PLAN (.5); EMAIL TO J. GEORGE RE COMMENTS ON ANALYSIS OF IMERYS ISSUES IN LTL PLAN (.1); REVIEW AND RESPOND TO CASE EMAILS WITH J. GEORGE (.1); CONFER WITH J. GEORGE RE COMMENTS ON ANALYSIS OF IMERYS ISSUES IN LTL PLAN (.1).

04/26/23    George, Jason    4.60    4,462.00    L120    67685929
REVISE DRAFT OF IMERYS/CYPRUS MEMO (1.1); CALL WITH R. BERKOVICH AND M. GOREN RE: SAME (0.5); EMAIL G. GORDON AND D. PRIETO RE: IMERYS AND CYPRUS (0.2); CONDUCT RESEARCH RE: IMERYS AND CYPRUS CLAIMS (0.9); EMAIL R. BERKOVICH AND M. GOREN RE: SAME (0.5); CALL WITH R. BERKOVICH RE: SAME (0.2); REVISE DRAFT OF LTL PLAN (1.2).

04/26/23    Rose, Alexandra Katherine    0.20    194.00    L120    67614209
RESEARCH REGARDING IMERYS CLAIMS.

04/27/23    Sullivan, Diane P.    0.40    620.00    L120    67623679
REVIEW RECENT DOCKET UPDATES AND COURT CONFERENCE AGENDA RE: CASE/PLAN STATUS TO ASSIST IN ADVISING CLIENTS RE: IMERYS-RELATED ISSUES (.4).

04/27/23    Goren, Matthew    1.10    1,430.00    L120    67630507
EMAILS WITH WEIL TEAM RE: LTL FILINGS AND IMPACT ON IMERYS (0.1); EMAILS AND CALLS WITH WEIL TEAM AND JONES DAY RE: IMERYS (0.3); REVIEW DRAFT PLAN AND EMAILS RE: SAME (0.7).

04/27/23    Berkovich, Ronit J.    1.20    1,860.00    L120    67628216
REVIEW J. GEORGE MARK-UP OF LTL CHAPTER 11 PLAN FOR IMERYS ISSUES (.3); CONFER WITH J. GEORGE RE MARK-UP OF LTL CHAPTER 11 PLAN FOR IMERYS ISSUES (.4); REVIEW AND REVISE ANALYSIS OF IMERYS ISSUES IN LTL PLAN (.3); CONFER WITH J. GEORGE RE ANALYSIS OF IMERYS ISSUES IN LTL PLAN (.2).

04/27/23    George, Jason    2.30    2,231.00    L120    67685916
REVISE MEMORANDUM RE: IMERYS AND CYPRUS STRATEGY (2.2); EMAIL R. BERKOVICH AND M. GOREN RE: SAME (0.1).

04/27/23    George, Jason    2.50    2,425.00    L120    67685932

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | REVISE DRAFT OF PLAN TO INCORPORATE IMERYS PROVISIONS (2.0); MEET WITH R. BERKOVICH RE: SAME (0.5). | | | | |
| 04/27/23 | Rose, Alexandra Katherine<br>MARKUP LTL PLAN. | 1.70 | 1,649.00 | L120 | 67632509 |
| 04/28/23 | Berkovich, Ronit J.<br>EMAILS WITH JONES DAY RE IMERYS ISSUES IN LTL PLAN (.1). | 0.10 | 155.00 | L120 | 67640090 |
| 04/28/23 | George, Jason<br>EMAIL TO JONES DAY TEAM RE: LTL PLAN (0.1). | 0.10 | 97.00 | L120 | 67685941 |
| 04/29/23 | Berkovich, Ronit J.<br>EMAILS WITH TEAM RE STRATEGY FOR IMERYS ISSUES IN LTL CASE (.1). | 0.10 | 155.00 | L120 | 67640088 |
| 04/29/23 | George, Jason<br>EMAIL T. TSEKERIDES RE: TRUST MATTERS (0.1). | 0.10 | 97.00 | L120 | 67685947 |
| 04/30/23 | Berkovich, Ronit J.<br>CONFER WITH D. PRIETO RE STRATEGY FOR IMERYS ISSUES IN LTL CASE (.4); EMAILS WITH JONES DAY RE STRATEGY FOR IMERYS ISSUES IN LTL CASE; (.1) CONFER WITH JONES DAY, LATHAM, AND C. KILOCK RE STRATEGY FOR IMERYS ISSUES IN LTL CASE (.4); EMAILS WITH TEAM RE STRATEGY FOR IMERYS ISSUES IN LTL CASE (.1). | 1.00 | 1,550.00 | L120 | 67655162 |
| **SUBTOTAL TASK L120 - Strategy:** | | **61.70** | **$74,689.50** | | |
| 04/04/23 | Fabsik, Paul<br>PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | 0.20 | 79.00 | L320 | 67385610 |
| 04/05/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67391247 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 04/06/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67398897 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 04/07/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67409527 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 04/10/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67416514 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 04/11/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67423899 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 04/12/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67437818 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 04/13/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67444921 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 04/14/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67456608 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 04/17/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67462291 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 04/18/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67477280 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 04/19/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67486630 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 04/20/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67499885 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|

PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1).

04/21/23    Fabsik, Paul    0.20    79.00    L320    67518438
PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1).

04/24/23    Fabsik, Paul    0.20    79.00    L320    67522199
PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1).

04/25/23    Fabsik, Paul    0.20    79.00    L320    67536344
PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1).

04/26/23    Fabsik, Paul    0.20    79.00    L320    67610734
PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1).

04/27/23    Fabsik, Paul    0.20    79.00    L320    67617936
PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1).

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 04/28/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67628528 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| **SUBTOTAL TASK L320 - Document Collection & Production:** | | **3.80** | **$1,501.00** | | |
| 04/11/23 | George, Jason | 4.60 | 4,462.00 | L450 | 67456447 |
| | MONITOR LTL FIRST DAY HEARING (PARTIAL) (4.4); CORRESPOND WITH R. BERKOVICH AND M. GOREN RE: SAME (0.2). | | | | |
| 04/11/23 | Dobbs, Ashlynn | 1.50 | 907.50 | L450 | 67435932 |
| | LISTEN-IN ON LTL FIRST DAY HEARING (PARTIAL). | | | | |
| 04/18/23 | George, Jason | 6.50 | 6,305.00 | L450 | 67516802 |
| | MONITOR LTL HEARING (PARTIAL) (6.0); CORRESPOND WITH WEIL TEAM RE: SAME (0.5). | | | | |
| 04/18/23 | Dobbs, Ashlynn | 4.00 | 2,420.00 | L450 | 67483889 |
| | LISTEN-IN ON LTL MANAGEMENT PRELIMINARY INJUNCTION HEARING AND TAKE NOTES OF SAME (PARTIAL). | | | | |
| 04/20/23 | George, Jason | 0.70 | 679.00 | L450 | 67613960 |
| | ATTEND HEARING ON BENCH RULING RE: PRELIMINARY INJUNCTION MOTION (0.7). | | | | |
| **SUBTOTAL TASK L450 - Court Conferences & Hearings:** | | **17.30** | **$14,773.50** | | |
| 04/05/23 | Goren, Matthew | 0.30 | 390.00 | L602 | 67410932 |
| | EMAILS WITH R. BERKOVICH AND A. DOBBS RE: WEIL RETENTION APPLICATION. | | | | |
| 04/05/23 | Dobbs, Ashlynn | 0.60 | 363.00 | L602 | 67414524 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | REVIEW RETENTION APPLICATION MATERIALS. | | | | |
| 04/06/23 | Goren, Matthew | 0.20 | 260.00 | L602 | 67410937 |
| | EMAILS WITH R. BERKOVICH, J. GEORGE AND A. DOBBS RE: RETENTION ORDER. | | | | |
| 04/06/23 | Berkovich, Ronit J. | 0.10 | 155.00 | L602 | 67415031 |
| | EMAILS WITH TEAM RE RETENTION ISSUES. | | | | |
| 04/06/23 | George, Jason | 0.20 | 194.00 | L602 | 67409653 |
| | EMAIL A. DOBBS RE: WEIL RETENTION APPLICATION FOR NEW LTL FILING (0.2). | | | | |
| 04/06/23 | Dobbs, Ashlynn | 0.50 | 302.50 | L602 | 67414397 |
| | REVIEW PRIOR RETENTION APPLICATION MATERIALS. | | | | |
| 04/07/23 | Dobbs, Ashlynn | 1.20 | 726.00 | L602 | 67414425 |
| | DRAFT RETENTION APPLICATION AND DECLARATION. | | | | |
| 04/10/23 | Dobbs, Ashlynn | 2.60 | 1,573.00 | L602 | 67436032 |
| | PREPARE WEIL RETENTION APPLICATION; CONFER WITH J. GEORGE RE SAME. | | | | |
| 04/12/23 | George, Jason | 0.20 | 194.00 | L602 | 67456495 |
| | CALL WITH A. DOBBS RE: NEW LTL RETENTION. | | | | |
| 04/12/23 | Dobbs, Ashlynn | 3.10 | 1,875.50 | L602 | 67456944 |
| | REVISE RETENTION APPLICATION (2.9); CALL WITH J. GEORGE RE RETENTION APPLICATION (0.2). | | | | |
| 04/13/23 | Lee, Kathleen Anne | 0.40 | 158.00 | L602 | 67486416 |
| | CONFER WITH J. GEORGE RE: DISCLOSURE (.2); CONFER WITH A. DOBBS RE: SAME (.2). | | | | |
| 04/17/23 | George, Jason | 0.10 | 97.00 | L602 | 67516700 |
| | CALL WITH I. PEREZ RE: WEIL RETENTION (0.1). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 04/17/23 | Dobbs, Ashlynn | 0.50 | 302.50 | L602 | 67473228 |
| | REVISE RETENTION APPLICATION WITH JONES DAY EDITS. | | | | |
| 04/18/23 | Dobbs, Ashlynn | 0.50 | 302.50 | L602 | 67483899 |
| | REVIEW RETENTION APPLICATION DISCLOSURE OF PAYMENT SCHEDULE AND UPDATE RETENTION APPLICATION. | | | | |
| 04/18/23 | Lee, Kathleen Anne | 2.50 | 987.50 | L602 | 67486458 |
| | ASSIST A. DOBBS WITH FINALIZING WEIL RETENTION APPLICATION (2.5). | | | | |
| 04/19/23 | George, Jason | 2.20 | 2,134.00 | L602 | 67517009 |
| | CALL WITH A. DOBBS TO DISCUSS WEIL'S RETENTION APPLICATION (0.3); REVIEW AND REVISE DRAFT OF WEIL RETENTION APPLICATION (1.9). | | | | |
| 04/19/23 | Dobbs, Ashlynn | 4.00 | 2,420.00 | L602 | 67507105 |
| | REVISE RETENTION APPLICATION (3.0); CALL WITH J. GEORGE RE SAME (.4); CALL WITH JONES DAY RE SAME (.2); SEND EMAILS TO J. GEORGE RE SAME (.4). | | | | |
| 04/20/23 | Goren, Matthew | 0.10 | 130.00 | L602 | 67512163 |
| | EMAILS WITH J. GEORGE RE: RETENTION APPLICATION AND 327 ISSUES. | | | | |
| 04/20/23 | George, Jason | 0.60 | 582.00 | L602 | 67613957 |
| | CALL WITH A. DOBBS RE: RETENTION APPLICATION (0.3); EMAIL WITH R. BERKOVICH AND M. GOREN RE: SAME (0.1); EMAIL R. BERKOVICH AND D. SEGAL RE: WEIL'S MONTHLY FEE ESTIMATE (0.2). | | | | |
| 04/20/23 | Dobbs, Ashlynn | 0.20 | 121.00 | L602 | 67521141 |
| | CALL WITH JONES DAY RE RETENTION APPLICATION (0.1); REVIEW EDITS TO RETENTION APPLICATION (0.1). | | | | |
| 04/20/23 | Dobbs, Ashlynn | 1.90 | 1,149.50 | L602 | 67521195 |
| | REVISE RETENTION APPLICATION (1.6); DISCUSS SAME WITH J. GEORGE AND JONES DAY (.3). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 04/21/23 | George, Jason | 0.20 | 194.00 | L602 | 67614098 |
| | CALL WITH A. DOBBS RE: WEIL RETENTION APPLICATION (0.2). | | | | |
| 04/21/23 | Dobbs, Ashlynn | 1.90 | 1,149.50 | L602 | 67521279 |
| | CALL WITH J. GEORGE RE RETENTION APPLICATION (.2); COMMUNICATE WITH WEIL TEAM RE RETENTION APPLICATION (.4); REVISE RETENTION APPLICATION (.8); DRAFT FIRM INQUIRY (.5). | | | | |
| 04/21/23 | Fabsik, Paul | 0.70 | 276.50 | L602 | 67513545 |
| | ASSIST WITH RETENTION APPLICATION AS PER ATTORNEY REQUEST. | | | | |
| 04/24/23 | George, Jason | 0.90 | 873.00 | L602 | 67668456 |
| | REVISE DRAFT OF WEIL RETENTION APPLICATION (0.7); CALL WITH A. DOBBS RE: RETENTION APPLICATION (0.2). | | | | |
| 04/24/23 | Dobbs, Ashlynn | 2.50 | 1,512.50 | L602 | 67533174 |
| | REVIEW PRECEDENT 327E RETENTION APPLICATIONS (.5); CALL WITH J. GEORGE (.1); LIAISE WITH BILLING DEPARTMENT (.4); REVISE WEIL RETENTION APPLICATION (1.3); RESPOND TO J. GEORGE EMAIL RE RETENTION APPLICATION (.2). | | | | |
| 04/25/23 | Berkovich, Ronit J. | 0.10 | 155.00 | L602 | 67608444 |
| | CONFER WITH J. FRIEDMAN RE RETENTION APPLICATION. | | | | |
| 04/25/23 | George, Jason | 0.70 | 679.00 | L602 | 67668478 |
| | CALL WITH A. DOBBS AND L. LEONE RE: PREPETITION FEES (0.2); REVISE RETENTION APPLICATION (0.5). | | | | |
| 04/25/23 | Dobbs, Ashlynn | 4.40 | 2,662.00 | L602 | 67606265 |
| | REVISE RETENTION APPLICATION (3.1); CALLS WITH K. LEE (.3); CALLS WITH J. GEORGE (.4); DRAFT GENERAL INQUIRY EMAIL (.4); SEND INTERNAL EMAILS RE SAME (.2). | | | | |
| 04/25/23 | Lee, Kathleen Anne | 1.50 | 592.50 | L602 | 67624757 |
| | ASSIST WITH FINALIZING RETENTION APPLICATION (1.1); COMPARE AGAINST PREVIOUS RETENTION AS PER A. DOBBS (.4). | | | | |

**Weil, Gotshal & Manges LLP**

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 04/26/23 | Goren, Matthew | 1.50 | 1,950.00 | L602 | 67630514 |
| | REVIEW DRAFT RETENTION APPLICATION AND EMAILS WITH A. DOBBS RE: SAME (1.2); CALLS AND EMAILS WITH J. FRIEDMAN RE: SAME (0.3). | | | | |
| 04/26/23 | Friedman, Julie T. | 1.10 | 852.50 | L602 | 67668680 |
| | REVIEW RETENTION APPLICATION AND COMMENT ON SAME. | | | | |
| 04/26/23 | George, Jason | 0.30 | 291.00 | L602 | 67685896 |
| | CALL WITH J. FRIEDMAN AND L. LEONE RE: RETENTION APPLICATION (0.2); CALL WITH A. DOBBS RE: SAME (0.1). | | | | |
| 04/26/23 | Dobbs, Ashlynn | 3.10 | 1,875.50 | L602 | 67627797 |
| | REVISE RETENTION APPLICATION AND RESPONSES TO M. GOREN'S QUESTIONS AND COMMENTS RE SAME (2.4); MULTIPLE CALL WITH JONES DAY (.4); CALL WITH J. GEORGE (.3). | | | | |
| 04/26/23 | Lee, Kathleen Anne | 0.90 | 355.50 | L602 | 67619399 |
| | ASSIST A. DOBBS WITH RETENTION APPLICATION (0.4); REVISE DISCLOSURE SCHEDULE (0.1); RESEARCH DISCLOSURE ISSUE FOR A. DOBBS (0.2); RESEARCH JUDGE KAPLAN RULES FOR A. DOBBS AND P. FABSIK (0.2). | | | | |
| 04/26/23 | Fabsik, Paul | 0.30 | 118.50 | L602 | 67607281 |
| | CONDUCT RESEARCH RE: RETENTION APPLICATIONS FOR LTL. | | | | |
| 04/27/23 | Goren, Matthew | 0.50 | 650.00 | L602 | 67630501 |
| | CONFERENCE WITH J. GEORGE AND A. DOBBS RE: DRAFT RETENTION APPLICATION AND OPEN ISSUES. | | | | |
| 04/27/23 | George, Jason | 1.90 | 1,843.00 | L602 | 67685893 |
| | MEET WITH M. GOREN AND A. DOBBS RE: WEIL RETENTION APPLICATION (0.5); MEET WITH A. DOBBS RE: SAME (0.1); REVISE DRAFT OF RETENTION APPLICATION (1.3). | | | | |
| 04/27/23 | Dobbs, Ashlynn | 2.10 | 1,270.50 | L602 | 67627896 |

**Weil, Gotshal & Manges LLP**

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | MEETING WITH M. GOREN AND J. GEORGE RE RETENTION APPLICATION (.5); REVISE RETENTION APPLICATION WITH M. GOREN'S COMMENTS (1.4); CORRESPOND WITH J. GEORGE RE SAME (.2). | | | | |
| 04/28/23 | Goren, Matthew | 0.90 | 1,170.00 | L602 | 67630518 |
| | REVIEW AND REVISE UPDATED DRAFT RETENTION APPLICATION (0.7); EMAILS WITH A. DOBBS RE: SAME (0.2). | | | | |
| 04/28/23 | Dobbs, Ashlynn | 3.50 | 2,117.50 | L602 | 67631722 |
| | REVISE RETENTION APPLICATION (.9); SEND GENERAL INQUIRY EMAIL (.2); ATTENTION TO EMAIL RE OUTSTANDING ISSUE (.3); CALL WITH J. GEORGE (.3); COMPILE AND SEND APPLICATION FOR R. BERKOVICH REVIEW (1.8). | | | | |
| 04/28/23 | Lee, Kathleen Anne | 3.00 | 1,185.00 | L602 | 67637423 |
| | RESEARCH DISCLOSURE ISSUES FOR J. GEORGE (1.6); ASSIST WITH FINALIZING WEIL RETENTION (1.4). | | | | |
| 04/29/23 | Friedman, Julie T. | 1.60 | 1,240.00 | L602 | 67631102 |
| | REVIEW FEE APPLICATION AND COMMENT ON SAME. | | | | |
| 04/29/23 | George, Jason | 0.20 | 194.00 | L602 | 67685937 |
| | REVIEW REVISED DRAFT OF RETENTION APPLICATION (0.1); EMAIL M. GOREN AND A. DOBBS RE: SAME (0.1). | | | | |
| 04/29/23 | Dobbs, Ashlynn | 1.50 | 907.50 | L602 | 67631712 |
| | REVISE RETENTION APPLICATION (1.0); ATTENTION TO EMAIL RE SAME (.3); CALL WITH J. GEORGE RE SAME (.2). | | | | |
| 04/30/23 | Berkovich, Ronit J. | 0.50 | 775.00 | L602 | 67655068 |
| | REVIEW AND PROVIDE COMMENTS ON DRAFT WEIL RETENTION APPLICATION (.5). | | | | |
| 04/30/23 | George, Jason | 0.70 | 679.00 | L602 | 67685944 |
| | REVIEW REVISED RETENTION APPLICATION (0.2); CALL WITH A. DOBBS RE: SAME (0.5). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 04/30/23 | Dobbs, Ashlynn<br>REVISE RETENTION APPLICATION WITH R. BERKOVICH'S EDITS (2.3); ATTENTION TO EMAIL RE OUTSTANDING ISSUES ON RETENTION APPLICATION (.5). | 2.80 | 1,694.00 | L602 | 67633608 |
| **SUBTOTAL TASK L602 - Weil Retention/Fee Application Preparation:** | | **61.30** | **$41,679.50** | | |
| 04/25/23 | Tsekerides, Theodore E.<br>CONSIDER TRUST ISSUES (0.6). | 0.60 | 930.00 | L604 | 67640050 |
| **SUBTOTAL TASK L604 - Imerys/Cyprus info for LTL:** | | **0.60** | **$930.00** | | |
| **Total Fees Due** | | **144.70** | **$133,573.50** | | |