**Exhibit C**

**May Invoice**

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 05/01/23 | Goren, Matthew | 0.80 | 1,040.00 | L120 | 67682622 |
| | REVIEW TALKING POINTS FOR TRANSMISSION TO IMERYS COUNSEL (0.3); EMAILS RE: SAME (0.3); EMAILS WITH R. BERKOVICH, JONES DAY AND CLIENTS RE: UPDATE AND PROCESS (0.2). | | | | |
| 05/01/23 | Berkovich, Ronit J. | 1.40 | 2,170.00 | L120 | 67656956 |
| | EMAILS WITH J&J, JONES DAY, AND J. MURDICA RE IMERYS/CYPRUS ISSUES IN LTL PLAN (.4); EMAILS WITH M. GOREN AND J. GEORGE RE IMERYS/CYPRUS ISSUES IN LTL PLAN (.1); CONFER WITH J. GEORGE RE IMERYS/CYPRUS ISSUES IN LTL PLAN (.2); EMAILS WITH G. GORDON AND CYPRUS COUNSEL RE IMERYS/CYPRUS ISSUES IN LTL PLAN (.1); REVIEW AND REVISE BULLETS TO IMERYS RE IMERYS/CYPRUS ISSUES IN LTL PLAN (.2); CALL WITH P. SINGER (CYPRUS COUNSEL) AND G. GORDON RE IMERYS/CYPRUS ISSUES IN LTL PLAN (.4). | | | | |
| 05/01/23 | George, Jason | 1.40 | 1,358.00 | L120 | 67689296 |
| | CALL WITH R. BERKOVICH RE: DISCUSSIONS WITH IMERYS COUNTERPARTIES (0.2); DRAFT DISCUSSION POINTS RE: SAME (1.2). | | | | |
| 05/01/23 | Rose, Alexandra Katherine | 1.00 | 970.00 | L120 | 67652387 |
| | CONFER WITH T. TSEKERIDES AND MARKUP LTL PLAN. | | | | |
| 05/02/23 | Goren, Matthew | 0.40 | 520.00 | L120 | 67682726 |
| | EMAILS RE: TCC APPEAL TO THIRD CIRCUIT AND IMPACT ON IMERYS (0.1); EMAILS RE: CYPRUS TALKING POINTS. (0.1); EMAILS WITH WEIL TEAM RE: LTL PLAN COMMENTS (0.2). | | | | |
| 05/02/23 | Berkovich, Ronit J. | 0.20 | 310.00 | L120 | 67665516 |
| | REVIEW CHANGES TO LTL PLAN (FOR IMERYS-RELATED ISSUES) AND EMAIL TO TEAM RE SAME (.2). | | | | |
| 05/02/23 | George, Jason | 1.20 | 1,164.00 | L120 | 67689179 |
| | REVIEW LTL PLAN FOR IMERYS AND CYPRUS RELATED ISSUES (0.5); CORRESPOND WITH R. BERKOVICH AND M. GOREN RE: SAME (0.2); EMAIL G. GORDON AND D. PRIETO RE: IMERYS AND CYPRUS (0.1); REVIEW MANDAMUS PETITION IN RELATION TO IMERYS ISSUES (0.3); CORRESPOND WITH WEIL TEAM RE: SAME (0.1). | | | | |
| 05/03/23 | Goren, Matthew | 0.70 | 910.00 | L120 | 67682665 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | CALL WITH J. GEORGE AND R. BERKOVITCH RE: LTL PLAN (0.4); FOLLOW-UP CALLS AND EMAILS RE: SAME (0.3). | | | | |
| 05/03/23 | Berkovich, Ronit J. | 1.10 | 1,705.00 | L120 | 67673241 |
| | EMAILS WITH M. GOREN AND J. GEORGE RE IMERYS ISSUES IN LTL PLAN (.2); CONFER WITH M. GOREN AND J. GEORGE RE IMERYS ISSUES IN LTL PLAN (.3); CALL WITH J. GEORGE AND D. PRIETO RE IMERYS ISSUES IN LTL PLAN (.3); CONFER WITH J. GEORGE RE IMERYS ISSUES IN LTL PLAN (.1); CONFER WITH J. GEORGE RE IMERYS ISSUES IN LTL PLAN (.1); EMAIL TO J&J/LTL RE IMERYS ISSUES IN LTL PLAN (.1). | | | | |
| 05/03/23 | George, Jason | 0.60 | 582.00 | L120 | 67689399 |
| | CALL WITH R. BERKOVICH AND M. GOREN RE: LTL PLAN (0.4); CALL WITH A. ROSE RE: SAME (0.2). | | | | |
| 05/03/23 | George, Jason | 0.80 | 776.00 | L120 | 67689438 |
| | CALL WITH D. PRIETO AND R. BERKOVICH RE: IMERYS (0.4); REVISE DRAFT OF IMERYS MEMO (0.2); EMAIL R. BERKOVICH RE: SAME (0.2). | | | | |
| 05/03/23 | George, Jason | 1.60 | 1,552.00 | L120 | 67689466 |
| | RESEARCH RE: PLAN MATTERS (1.4); CORRESPOND WITH T. TSEKERIDES AND A. ROSE RE: SAME (0.2). | | | | |
| 05/03/23 | Rose, Alexandra Katherine | 1.10 | 1,067.00 | L120 | 67668754 |
| | MARKUP LTL PLAN. | | | | |
| 05/04/23 | Tsekerides, Theodore E. | 1.10 | 1,705.00 | L120 | 67686890 |
| | REVIEW EMAIL AND MARKUP RE: REVISIONS TO LTL PLAN TO INCORPORATE ISSUES RAISED IN LTL (0.6); CONFERENCE CALL WITH A. ROSE RE: MARKUP FOR LTL ON PLAN TO INCORPORATE IMERYS LANGUAGE (0.5). | | | | |
| 05/04/23 | Sullivan, Diane P. | 1.00 | 1,550.00 | L120 | 67677071 |
| | REVIEW RECENT DOCKET UPDATES AND HEARING SUMMARIES TO ASSIST IN ADVISING CLIENTS (0.6); REVIEW RECENT DOCKET UPDATES RE: PLANS AND CASE STATUS TO ASSIST IN ADVISING CLIENTS (0.4). | | | | |
| 05/04/23 | Goren, Matthew | 0.20 | 260.00 | L120 | 67682621 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | EMAILS WITH WEIL TEAM RE: STATUS OF LTL PLAN MARK-UP. | | | | |
| 05/04/23 | Berkovich, Ronit J. | 0.30 | 465.00 | L120 | 67678328 |
| | EMAILS WITH M. GOREN AND J. GEORGE RE LTL PLAN (IMERYS ISSUES) (.2); EMAILS WITH TEAM RE LTL PLAN (IMERYS ISSUES) (.1). | | | | |
| 05/04/23 | George, Jason | 0.20 | 194.00 | L120 | 67701215 |
| | CORRESPOND WITH INTERESTED PARTIES RE: IMERYS AND CYPRUS (0.2). | | | | |
| 05/04/23 | George, Jason | 0.30 | 291.00 | L120 | 67701525 |
| | CALL WITH A. ROSE RE: PLAN MATTERS (0.1); CORRESPOND WITH R. BERKOVICH AND M. GOREN RE: SAME (0.1); EMAIL JONES DAY TEAM RE: LTL PLAN (0.1). | | | | |
| 05/04/23 | Rose, Alexandra Katherine | 1.30 | 1,261.00 | L120 | 67677875 |
| | MARKUP LTL PLAN AND CONFER WITH T. TSEKERIDES REGARDING SAME. | | | | |
| 05/08/23 | Sullivan, Diane P. | 0.30 | 465.00 | L120 | 67705684 |
| | REVIEW CYRPRUS DEADLINE EXTENSION ORDER AND REVIEW IMERYS DOCKET UPDATE TO ASSIST IN ADVISING CLIENTS (.3). | | | | |
| 05/08/23 | George, Jason | 0.70 | 679.00 | L120 | 67740340 |
| | REVIEW FILINGS RE: MADAMUS (0.5); REVIEW IMERYS AND CYPRUS DOCKETS IN CONNECTION WITH WEEKLY UPDATE FOR CLIENTS (0.2). | | | | |
| 05/09/23 | Goren, Matthew | 0.50 | 650.00 | L120 | 67733314 |
| | REVIEW RESPONSE TO TCC MANDAMUS PETITION (0.3); EMAILS WITH WEIL TEAM RE: SAME (0.2). | | | | |
| 05/09/23 | George, Jason | 0.30 | 291.00 | L120 | 67740376 |
| | REVIEW LTL RESPONSE TO MANDAMUS PETITION (0.2); EMAIL R. BERKOVICH AND M. GOREN RE: SAME (0.1). | | | | |
| 05/10/23 | Goren, Matthew | 0.20 | 260.00 | L120 | 67733269 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | EMAILS WITH J. GEORGE RE: OMNIBUS HEARING AND STATUS OF MANDAMUS PETITION. | | | | |
| 05/11/23 | Dobbs, Ashlynn<br>LISTEN-IN ON 341 MEETING (2.0); DRAFT EMAIL SUMMARY (.7). | 2.70 | 1,633.50 | L120 | 67779688 |
| 05/15/23 | Sullivan, Diane P.<br>(LTL) REVIEW TCC DERIVATIVE STANDING MOTION TO ASSIST IN ADVISING CLIENTS (1.2). | 1.20 | 1,860.00 | L120 | 67783044 |
| 05/15/23 | Goren, Matthew<br>REVIEW FILINGS IN LTL REGARDING PLAN MATTERS. | 0.20 | 260.00 | L120 | 67803768 |
| 05/16/23 | Goren, Matthew<br>REVIEW LTL PLAN AND DISCLOSURE STATEMENT (RE IMERYS ISSUES) (0.9); EMAILS WITH WEIL TEAM RE: SAME (0.2); CONFER WITH J. GEORGE RE: LTL HEARING AND IMERYS IMPLICATIONS (0.2). | 1.30 | 1,690.00 | L120 | 67803897 |
| 05/16/23 | George, Jason<br>EMAIL WITH A. DOBBS RE: LTL PLAN (RE IMERYS ISSUES) (0.1); REVIEW LTL PLAN (0.5); CORRESPOND WITH R. BERKOVICH AND M. GOREN RE: SAME (0.5). | 1.10 | 1,067.00 | L120 | 67816843 |
| 05/17/23 | Goren, Matthew<br>EMAILS WITH J. GEORGE RE: CHANGES TO LTL PLAN AND IMERYS IMPLICATIONS. | 0.20 | 260.00 | L120 | 67803749 |
| 05/19/23 | Sullivan, Diane P.<br>(LTL) REVIEW DOCKET UPDATE SUMMARIES RE: CASE FILINGS/ISSUES TO ASSIST IN ADVISING CLIENTS (.4). | 0.40 | 620.00 | L120 | 67823385 |
| 05/22/23 | George, Jason<br>CORRESPOND WITH LATHAM AND REED SMITH TEAMS RE: IMERYS AND CYPRUS-RELATED ISSUES (0.1). | 0.10 | 97.00 | L120 | 67866386 |
| 05/24/23 | Berkovich, Ronit J.<br>REVIEW IMERYS FILING RELEVANT TO J&J/LTL (.1). | 0.10 | 155.00 | L120 | 67879744 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 05/25/23 | Sullivan, Diane P. | 0.40 | 620.00 | L120 | 67859951 |
| | REVIEW RECENT DOCKET UPDATES RE: CASE/PLAN STATUS TO ASSIST IN ADVISING CLIENTS (.4). | | | | |
| 05/25/23 | Goren, Matthew | 0.90 | 1,170.00 | L120 | 67857886 |
| | CALL WITH WEIL TEAM, JONES DAY AND IMERYS AND CYPRUS COUNSEL RE: NEXT STEPS (0.7): CONFER WITH J GEORGE RE: SUMMARY FOR CLIENT (0.2). | | | | |
| 05/25/23 | Berkovich, Ronit J. | 0.80 | 1,240.00 | L120 | 67880448 |
| | REVIEW PREVIOUS PROPOSAL TO IMERYS/CYPRUS AND LTL PLAN TO PREPARE FOR CALL WITH IMERYS/CYRPUS (.2); CALL WITH COUNSEL TO IMERYS/CYPRUS AND JONES DAY RE PLAN PROPOSAL (.5); EMAILS WITH M. GOREN AND J. GEORGE RE SUMMARY OF CALL (.1). | | | | |
| 05/25/23 | George, Jason | 1.20 | 1,164.00 | L120 | 67866693 |
| | CALL WITH LATHAM, REED SMITH, JONES DAY, AND WEIL TEAMS RE: IMERYS AND CYPRUS DISCUSSION POINTS (0.7); DRAFT COMMUNICATION TO CLIENTS RE: SAME (0.5). | | | | |
| 05/26/23 | Sullivan, Diane P. | 0.20 | 310.00 | L120 | 67871739 |
| | REVIEW COURT CONFERENCE AGENDA IN CYPRUS CASE (.2). | | | | |
| 05/28/23 | Dobbs, Ashlynn | 0.40 | 242.00 | L120 | 67949913 |
| | REVIEW DOCKET FOR UPCOMING DATES (.4). | | | | |
| 05/30/23 | Dobbs, Ashlynn | 0.40 | 242.00 | L120 | 68003185 |
| | REVIEW AND COMPILE UPCOMING CASE DATES (.4). | | | | |
| **SUBTOTAL TASK L120 - Strategy:** | | **30.30** | **$34,825.50** | | |
| 05/02/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67655188 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 05/03/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67664014 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 05/04/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67674763 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 05/05/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67688078 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 05/08/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67698092 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 05/09/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67704662 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 05/10/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67715759 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 05/11/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67731752 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 05/12/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67740766 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 05/15/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67773274 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 05/16/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67789386 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 05/17/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67800298 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 05/18/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67807301 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 05/19/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67815429 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 05/20/23 | George, Jason | 0.10 | 97.00 | L320 | 67816920 |
| | EMAIL WITH JONES DAY TEAM RE: DISCOVERY REQUESTS (0.1). | | | | |
| 05/22/23 | Goren, Matthew | 0.30 | 390.00 | L320 | 67853900 |
| | CONFER WITH J. GEORGE RE: LTL DISCOVERY REQUEST. | | | | |
| 05/22/23 | George, Jason | 0.90 | 873.00 | L320 | 67866342 |
| | REVIEW RESPONSIVE DOCUMENTS TO TCC'S DOCUMENT PRODUCTION REQUESTS (0.7); CORRESPOND WITH WEIL TEAM RE: SAME (0.1); CALL WITH I. PEREZ RE: DISCOVERY REQUESTS (0.1). | | | | |
| 05/22/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67829891 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 05/23/23 | Goren, Matthew | 1.10 | 1,430.00 | L320 | 67853994 |
| | REVIEW DOCUMENT REQUESTED IN DISCOVERY FOR PRIVILEGE (0.9); EMAILS WITH J. GEORGE AND J FRIEDMAN RE: SAME (0.2). | | | | |
| 05/23/23 | George, Jason | 1.10 | 1,067.00 | L320 | 67866339 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | REVIEW DOCUMENTS IN RESPONSE TO DISCOVERY REQUESTS (0.6) AND CORRESPOND WITH WEIL TEAM RE: SAME (0.4); EMAIL WITH D. VILLALBA RE: DOCUMENT PRODUCTION (0.1). | | | | |
| 05/23/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67838693 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 05/24/23 | Goren, Matthew | 0.30 | 390.00 | L320 | 67853951 |
| | REVIEW DOCUMENT FOR DOCUMENT PRODUCTION AND EMAILS WITH WEIL TEAM RE: SAME. | | | | |
| 05/24/23 | George, Jason | 0.30 | 291.00 | L320 | 67866636 |
| | CORRESPOND WITH R. BERKOVICH, M. GOREN, AND L. LEONE RE: DISCOVERY REQUESTS (0.3). | | | | |
| 05/24/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67845046 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 05/25/23 | Goren, Matthew | 0.20 | 260.00 | L320 | 68250038 |
| | EMAILS WITH J. GEORGE RE: LTL DISCOVERY (0.2). | | | | |
| 05/25/23 | George, Jason | 0.20 | 194.00 | L320 | 67866670 |
| | CORRESPOND WITH WEIL TEAM AND JONES DAY TEAM RE: TCC DOCUMENT PRODUCTION REQUESTS (0.2). | | | | |
| 05/25/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67853315 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 05/26/23 | Dobbs, Ashlynn | 0.50 | 302.50 | L320 | 68250039 |
| | COORDINATE DOCUMENTS IN CONNECTION WITH MOTION TO DISMISS DISCOVERY REQUEST (.5). | | | | |
| 05/26/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67863222 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 05/30/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67872752 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 05/31/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67900452 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| **SUBTOTAL TASK L320 - Document Collection & Production:** | | **9.20** | **$6,953.50** | | |
| 05/03/23 | George, Jason | 4.00 | 3,880.00 | L450 | 67689384 |
| | ATTEND LTL HEARING (PARTIAL) (4.0). | | | | |
| 05/03/23 | Dobbs, Ashlynn | 2.20 | 1,331.00 | L450 | 67692166 |
| | LISTEN-IN ON MAY 3 LTL HEARING FOR REFERENCES TO IMERYS/CYPRUS (PARTIAL). | | | | |
| 05/09/23 | George, Jason | 1.10 | 1,067.00 | L450 | 67740334 |
| | ATTEND LTL HEARING (PARTIAL) (1.0); EMAIL R. BERKOVICH AND M. GOREN RE: SAME (0.1). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 05/09/23 | Dobbs, Ashlynn | 2.80 | 1,694.00 | L450 | 67779680 |
| | LISTEN-IN ON HEARING AND TAKE NOTES (PARTIAL). | | | | |
| 05/16/23 | Dobbs, Ashlynn | 3.90 | 2,359.50 | L450 | 67789876 |
| | LISTEN-IN ON LTL HEARING AND TAKE NOTES (PARTIAL) (3.0); DRAFT SUMMARY ON SAME (.7); ATTENTION TO EMAIL RE LTL FILED CHAPTER 11 PLAN (.2). | | | | |
| **SUBTOTAL TASK L450 - Court Conferences & Hearings:** | | **14.00** | **$10,331.50** | | |
| 05/08/23 | George, Jason | 0.20 | 194.00 | L601 | 67740374 |
| | EMAIL B. KAHN RE: IMERYS AUTOMATIC STAY (0.2). | | | | |
| **SUBTOTAL TASK L601 - Automatic Stay:** | | **0.20** | **$194.00** | | |
| 05/01/23 | Goren, Matthew | 0.50 | 650.00 | L602 | 67682603 |
| | EMAILS AND CALLS WITH J. FRIEDMAN, A. DOBBS AND J. GEORGE RE: STATUS OF RETENTION APPLICATION AND CERTIFICATIONS (0.5). | | | | |
| 05/01/23 | Berkovich, Ronit J. | 0.30 | 465.00 | L602 | 67657205 |
| | CALL WITH J. GEORGE AND A. DOBBS RE WEIL RETENTION APPLICATION IN LTL CASE (.3). | | | | |
| 05/01/23 | Friedman, Julie T. | 0.20 | 155.00 | L602 | 67650283 |
| | REVIEW RETENTION APPLICATION AND COMMENT ON SAME. | | | | |
| 05/01/23 | George, Jason | 0.80 | 776.00 | L602 | 67689167 |
| | CALL WITH R. BERKOVICH AND A. DOBBS RE: WEIL RETENTION APPLICATION (0.3); REVISE RETENTION APPLICATION (0.2); CORRESPOND WITH J. FRIEDMAN, R. BERKOVICH AND M. GOREN RE: RETENTION APPLICATION (0.1); CORRESPOND WITH I. PEREZ RE: RETENTION MATTERS (0.2). | | | | |
| 05/01/23 | Dobbs, Ashlynn | 1.10 | 665.50 | L602 | 67663719 |

Weil, Gotshal & Manges LLP

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | CALL WITH R. BERKOVICH AND J. GEORGE RE OPEN ISSUES ON RETENTION APPLICATION (.4); REVISE RETENTION APPLICATION (.4); SEND RETENTION APPLICATION TO DEBTOR'S COUNSEL FOR REVIEW (.1); ATTENTION TO EMAIL (.2). | | | | |
| 05/03/23 | Dobbs, Ashlynn | 0.20 | 121.00 | L602 | 67692256 |
| | CALL WITH JONES DAY RE RETENTION APPLICATION (.1); SEND UPDATE EMAIL TO WEIL TEAM RE RETENTION APPLICATION STATUS (.1). | | | | |
| 05/04/23 | Goren, Matthew | 1.70 | 2,210.00 | L602 | 67682696 |
| | REVIEW FINAL DRAFTS OF RETENTION APPLICATION (0.9); EMAILS WITH A. DOBBS AND J. GEORGE RE: SAME (0.6); REVIEW JONES DAY COMMENTS TO SAME (0.2). | | | | |
| 05/04/23 | Berkovich, Ronit J. | 0.10 | 155.00 | L602 | 67678444 |
| | REVIEW AND PROVIDE COMMENTS RE RETENTION APPLICATION (.1). | | | | |
| 05/04/23 | George, Jason | 0.70 | 679.00 | L602 | 67701483 |
| | REVIEW AND REVISE RETENTION APPLICATION (0.4); CALL WITH I. PEREZ RE: WEIL RETENTION APPLICATION (0.1); MEET WITH A. DOBBS RE: RETENTION APPLICATION (0.2). | | | | |
| 05/04/23 | Dobbs, Ashlynn | 2.40 | 1,452.00 | L602 | 67704609 |
| | REVISE RETENTION APPLICATION (.8); REVIEW RETENTION APPLICATION FOR FILING (.9); ATTENTION TO EMAIL RE SAME (.3); CALLS WITH J. GEORGE AND JONES DAY RE SAME (.4). | | | | |
| 05/08/23 | Dobbs, Ashlynn | 0.10 | 60.50 | L602 | 67704451 |
| | RESPOND TO TEAM EMAILS RE OBJECTION DEADLINE AND HEARING DATE. | | | | |
| 05/10/23 | George, Jason | 0.10 | 97.00 | L602 | 67740400 |
| | REVIEW CORRESPONDENCE RE: EXTENSION OF OBJECTION DEADLINE FOR WEIL RETENTION APPLICATION AND CORRESPOND WITH R. BERKOVICH AND M. GOREN RE: SAME (0.1). | | | | |
| 05/11/23 | Goren, Matthew | 0.30 | 390.00 | L602 | 67733274 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | EMAILS WITH J. GEORGE AND JONES DAY RE: UST OBJECTION DEADLINE (0.1); EMAILS WITH A. DOBBS RE: 341 MEETING SUMMARY (0.2). | | | | |
| 05/11/23 | George, Jason | 0.20 | 194.00 | L602 | 67740405 |
| | CORRESPOND WITH R. BERKOVICH AND M. GOREN RE: OBJECTION DEADLINE FOR WEIL'S RETENTION APPLICATION (0.1); EMAIL I. PEREZ RE: SAME (0.1). | | | | |
| 05/17/23 | George, Jason | 0.20 | 194.00 | L602 | 67816934 |
| | CORRESPOND WITH WEIL TEAM AND D. SEGAL RE: MONTHLY FEE MATTERS (0.2). | | | | |
| 05/23/23 | Goren, Matthew | 1.10 | 1,430.00 | L602 | 67854020 |
| | REVIEW UST RETENTION REQUESTS AND EMAILS WITH WEIL TEAM RE: SAME (0.4); WEIL TEAM CALL RE: SAME (0.7). | | | | |
| 05/23/23 | Berkovich, Ronit J. | 0.90 | 1,395.00 | L602 | 67878768 |
| | EMAILS WITH TEAM RE UST QUESTIONS RE WEIL RETENTION (.2); CALL WITH TEAM RE WEIL RETENTION (.6); EMAILS WITH TEAM AND U.S. TRUSTEE RE WEIL RETENTION (.1). | | | | |
| 05/23/23 | Friedman, Julie T. | 0.90 | 697.50 | L602 | 67847173 |
| | MEET WITH TEAM RE: US TRUSTEE RESPONSE TO RETENTION APPLICATION (.7); FOLLOW UP FROM SAME (.2). | | | | |
| 05/23/23 | George, Jason | 1.00 | 970.00 | L602 | 67866371 |
| | MEET WITH A. DOBBS RE: WEIL RETENTION APPLICATION (0.3); CALL WITH WEIL TEAM RE: U.S. TRUSTEE REQUESTS IN RESPONSE TO WEIL RETENTION APPLICATION (0.6); CALL WITH I. PEREZ RE: U.S. TRUSTEE REQUESTS (0.1). | | | | |
| 05/23/23 | Dobbs, Ashlynn | 2.10 | 1,270.50 | L602 | 67842161 |
| | DISCUSS RESPONSES TO UST QUESTIONS/REQUESTS WITH MEMBERS OF WEIL TEAM (.5); REVIEW LTL I AND LTL II CERTIFICATIONS (.4); REVIEW LTL 2 RETENTION APPLICATION (.3); DRAFT RESPONSES TO UST (.9). | | | | |
| 05/24/23 | Goren, Matthew | 0.10 | 130.00 | L602 | 67853878 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|------|----------------------|-------|--------|------|-------|
| | CONFER WITH A. DOBBS RE: UST QUESTIONS ON RETENTION APPLICATION. | | | | |
| 05/24/23 | Friedman, Julie T. | 1.00 | 775.00 | L602 | 67871646 |
| | REVIEW AND REVISE RESPONSE TO US TRUSTEE RE: WEIL RETENTION APPLICATION. | | | | |
| 05/24/23 | George, Jason | 0.20 | 194.00 | L602 | 67866631 |
| | CORRESPOND WITH A. DOBBS RE: SUPPLEMENTAL DECLARATION (0.2). | | | | |
| 05/24/23 | Dobbs, Ashlynn | 2.00 | 1,210.00 | L602 | 67857998 |
| | PREPARE RESPONSES TO UST QUESTIONS (.7); PREPARE SUPPLEMENTAL CERTIFICATION IN SUPPORT OF RETENTION APPLICATION (1.0); PREPARE REVISED PROPOSED RETENTION ORDER (.3). | | | | |
| 05/24/23 | Lee, Kathleen Anne | 0.50 | 197.50 | L602 | 67860982 |
| | ASSIST A. DOBBS WITH FIRST SUPPLEMENTAL DISCLOSURE. | | | | |
| 05/25/23 | Goren, Matthew | 0.50 | 650.00 | L602 | 67857958 |
| | REVIEW AND REVISE DRAFT SUPPLEMENTAL CERTIFICATION (0.4); EMAILS WITH A. DOBBS RE: SAME (0.1). | | | | |
| 05/25/23 | Friedman, Julie T. | 0.70 | 542.50 | L602 | 67871689 |
| | REVIEW AND REVISE RESPONSE TO US TRUSTEE RE: WEIL RETENTION APPLICATION. | | | | |
| 05/25/23 | Dobbs, Ashlynn | 4.90 | 2,964.50 | L602 | 67858260 |
| | PREPARE AND REVISE SUPPLEMENTAL CERTIFICATION (2.7); PREPARE AND REVISE RESPONSES TO UST QUESTIONS (1.6); PREPARE REVISED PROPOSED RETENTION ORDER (.6). | | | | |
| 05/25/23 | Lee, Kathleen Anne | 0.90 | 355.50 | L602 | 67860970 |
| | REVIEW ORIGINAL RETENTION AND CROSS REFERENCE SUPPLEMENTAL (.5); CORRESPOND WITH A. DOBBS RE: SUPPLEMENTAL DISCLOSURE (.2); REVIEW SUPPLEMENTAL DISCLOSURES FILED (.2). | | | | |
| 05/26/23 | Goren, Matthew | 0.70 | 910.00 | L602 | 67869068 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | EMAILS WITH WEIL TEAM RE: UST DISCLOSURE REQUESTS (0.3); REVIEW AND REVISE UPDATED DISCLOSURE CERTIFICATION AND UST RESPONSES (0.4). | | | | |
| 05/26/23 | Friedman, Julie T. | 0.60 | 465.00 | L602 | 67871754 |
| | REVIEW AND REVISED RESPONSE TO US TRUSTEE AND CALL WITH A. DOBBS RE: SAME. | | | | |
| 05/26/23 | Dobbs, Ashlynn | 2.50 | 1,512.50 | L602 | 67863816 |
| | REVISE RESPONSES TO UST (1); REVISE SUPPLEMENTAL CERTIFICATION (.7); COORDINATE WITH WEIL TEAM RE SAME (.7); REVISE PROPOSED RETENTION ORDER (.1). | | | | |
| 05/26/23 | Lee, Kathleen Anne | 0.40 | 158.00 | L602 | 67910494 |
| | ASSIST A. DOBBS WITH FINALIZING SUPPLEMENTAL DISCLOSURE (.4). | | | | |
| 05/27/23 | Goren, Matthew | 0.20 | 260.00 | L602 | 67868999 |
| | EMAILS WITH WEIL TEAM RE: UST COMMENTS AND SUPPLEMENTAL CERTIFICATION. | | | | |
| 05/27/23 | George, Jason | 0.10 | 97.00 | L602 | 67866675 |
| | EMAIL WEIL TEAM RE: REVISED PROPOSED ORDER FOR WEIL RETENTION APPLICATION (0.1). | | | | |
| 05/27/23 | Dobbs, Ashlynn | 0.50 | 302.50 | L602 | 67863832 |
| | PREPARE REVISED RETENTION ORDER (.1); REVISE SUPPLEMENTAL CERTIFICATION (.2); REVISE RESPONSES TO UST INFORMAL QUESTIONS (.2). | | | | |
| 05/28/23 | Goren, Matthew | 0.10 | 130.00 | L602 | 67869009 |
| | EMAILS WITH WEIL TEAM RE: UST QUESTIONS AND SUPPLEMENTAL CERTIFICATION. | | | | |
| 05/28/23 | George, Jason | 0.30 | 291.00 | L602 | 67981540 |
| | CORRESPOND WITH WEIL TEAM RE: RESPONSES TO U.S. TRUSTEE INQUIRIES REGARDING WEIL RETENTION APPLICATION (0.3). | | | | |
| 05/28/23 | Dobbs, Ashlynn | 0.30 | 181.50 | L602 | 68250040 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|

SEND INTERNAL COMMUNICATIONS RE UST INFORMAL QUESTIONS ON RETENTION APPLICATION (.1); REVISE PROPOSED RETENTION ORDER (.1); SEND EMAIL RE REVISED PROPOSED RETENTION ORDER AND SUPPLEMENTAL CERTIFICATION (.1).

05/29/23    Goren, Matthew    0.20    260.00    L602    67869057
EMAILS WITH WEIL TEAM RE: UST OBJECTION EXTENSION AND SUPPLEMENTAL CERTIFICATION.

05/29/23    Berkovich, Ronit J.    0.30    465.00    L602    67914619
EMAILS WITH TEAM RE RESPONSE TO UST POINTS RE WEIL RETENTION APPLICATION (.1); REVIEW PROPOSED RESPONSE TO U.S. TRUSTEE RE WEIL RETENTION APPLICATION AND DRAFT SUPPLEMENTAL CERTIFICATION RE SAME AND EMAIL TO TEAM RE SAME (.2).

05/29/23    George, Jason    0.10    97.00    L602    67981600
EMAIL WITH I. PEREZ RE: EXTENSION TO U.S. TRUSTEE'S OBJECTION DEADLINE FOR WEIL'S RETENTION APPLICATION (0.1).

05/29/23    Dobbs, Ashlynn    0.40    242.00    L602    68003200
REVISE SUPPLEMENTAL CERTIFICATION (.2); REVISE PROPOSED RETENTION ORDER (.2).

05/30/23    Goren, Matthew    0.20    260.00    L602    67902517
MULTIPLE EMAILS WITH WEIL TEAM RE: UST QUESTIONS AND RETENTION APPLICATION.

05/30/23    Berkovich, Ronit J.    0.10    155.00    L602    67914905
EMAILS WITH TEAM RE FEE APPLICATION (.1).

05/30/23    George, Jason    1.20    1,164.00    L602    67981602
REVISE RESPONSES TO U.S. TRUSTEE INQUIRIES RE: WEIL RETENTION APPLICATION AND CORRESPOND WITH WEIL TEAM RE: SAME (1.2).

05/31/23    Goren, Matthew    0.20    260.00    L602    67902343
EMAILS WITH WEIL TEAM RE: JONES DAY INQUIRY RE RETENTION (0.2).

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 05/31/23 | Berkovich, Ronit J. | 0.10 | 155.00 | L602 | 67923990 |
| | CONFER WITH J. GEORGE RE WEIL RETENTION APPLICATION (.1). | | | | |
| 05/31/23 | George, Jason | 0.50 | 485.00 | L602 | 67981605 |
| | CALL WITH R. BERKOVICH RE: RESPONSES TO U.S. TRUSTEE INQUIRES TO WEIL RETENTION APPLICATION (0.1); EMAIL WITH I. PEREZ RE: SAME (0.1); EMAIL J. FRIEDMAN RE: RETENTION ISSUES (0.1); REVISE SUPPLEMENTAL CERTIFICATION RE: WEIL RETENTION (0.2). | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **SUBTOTAL TASK L602 - Weil Retention/Fee Application Preparation:** | | 34.70 | $28,896.50 | | |
| **Total Fees Due** | | 88.40 | $81,201.00 | | |