# Exhibit D

## June Invoice

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010404

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 06/01/23 | Sullivan, Diane P. | 0.30 | 465.00 | L120 | 67916062 |
| | REVIEW RECENT DOCKET UPDATES RE: CASE/PLAN STATUS TO ASSIST IN ADVISING CLIENTS (.3). | | | | |
| 06/05/23 | Sullivan, Diane P. | 1.20 | 1,860.00 | L120 | 67943759 |
| | REVIEW TCC MOTION TO TERMINATE EXCLUSIVITY AND FILE TCC PLAN TO ASSESS IMPACT ON IMERYS AND ASSIST IN ADVISING CLIENTS. | | | | |
| 06/05/23 | Goren, Matthew | 0.30 | 390.00 | L120 | 67995090 |
| | EMAILS WITH WEIL TEAM RE: LTL TCC MOTION TO TERMINATE EXCLUSIVITY. | | | | |
| 06/05/23 | George, Jason | 0.20 | 194.00 | L120 | 68020309 |
| | REVIEW EXCLUSIVITY TERMINATION MOTION (0.1); CORRESPOND WITH WEIL TEAM RE: SAME (0.1). | | | | |
| 06/07/23 | Sullivan, Diane P. | 0.40 | 620.00 | L120 | 67961075 |
| | REVIEW CYPRUS MOTION TO INCREASE DIP LOAN TO ASSIST IN ADVISING CLIENTS. | | | | |
| 06/07/23 | Dobbs, Ashlynn | 0.80 | 484.00 | L120 | 68003484 |
| | REVIEW AND SUMMARIZE IMERYS AND CYPRUS DOCKET UPDATES. | | | | |
| 06/08/23 | Sullivan, Diane P. | 0.10 | 155.00 | L120 | 67978042 |
| | REVIEW ORDER EXTENDING MEDIATION TIME TO ASSIST IN ADVISING CLIENTS (.1). | | | | |
| 06/08/23 | Dobbs, Ashlynn | 0.70 | 423.50 | L120 | 68016221 |
| | REVIEW CERTIFICATION OF COUNSEL AND MEDIATION EXTENSION ORDER ENTERED FOR CYPRUS / IMERYS (.5); DRAFT UPDATE TEAM EMAIL RE SAME (.2). | | | | |
| 06/12/23 | Sullivan, Diane P. | 0.10 | 155.00 | L120 | 68002406 |
| | REVIEW CASE STATUS REPORT TO ASSIST IN ADVISING CLIENTS. | | | | |
| 06/12/23 | George, Jason | 0.60 | 582.00 | L120 | 68024009 |
| | REVIEW IMERYS AND CYPRUS DOCKETS (0.3); DRAFT UPDATE TO CLIENTS RE: SAME (0.3). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010404

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 06/13/23 | Dobbs, Ashlynn<br>REVIEW DOCKET UPDATES (.1). | 0.10 | 60.50 | L120 | 68250041 |
| 06/14/23 | Sullivan, Diane P.<br>REVIEW SUMMARY OF HEARING AND SCHEDULE AND COMMUNICATION WITH J. GEORGE TO ASSIST IN ADVISING CLIENTS (.3). | 0.30 | 465.00 | L120 | 68020706 |
| 06/14/23 | George, Jason<br>CORRESPOND WITH WEIL TEAM RE: MEDIATION MOTIONS AND LTL UPDATES (0.5). | 0.50 | 485.00 | L120 | 68024001 |
| 06/20/23 | George, Jason<br>REVIEW IMERYS AND CYPRUS DOCKETS AND PREPARE WEEKLY UPDATE FOR CLIENTS (0.6). | 0.60 | 582.00 | L120 | 68083358 |
| 06/22/23 | Sullivan, Diane P.<br>REVIEW DRAFT CLIENT UPDATE (0.1). | 0.10 | 155.00 | L120 | 68250042 |
| 06/22/23 | Berkovich, Ronit J.<br>REVIEW IMERYS RESPONSE TO INSURER MEDIATION MOTION (.1). | 0.10 | 155.00 | L120 | 68105281 |
| 06/22/23 | George, Jason<br>REVIEW RESPONSES TO INSURERS' MEDIATION MOTION IN IMERYS AND CYPRUS (0.3). | 0.30 | 291.00 | L120 | 68151278 |
| 06/23/23 | Dobbs, Ashlynn<br>REVIEW LTL MOTION TO DISMISS PLEADINGS (.4). | 0.40 | 242.00 | L120 | 68102578 |
| 06/26/23 | Sullivan, Diane P.<br>REVIEW DOCKET UPDATES RE: CASE STATUS TO ASSIST ADVISING CLIENTS (.2). | 0.20 | 310.00 | L120 | 68114290 |
| 06/27/23 | Goren, Matthew<br>EMAILS WITH J. GEORGE AND R. BERKOVICH RE: AMENDED LTL PLAN AND CYPRUS/IMERYS MATTERS (0.3). | 0.30 | 390.00 | L120 | 68138817 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010404

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 06/27/23 | George, Jason | 0.50 | 485.00 | L120 | 68153254 |
| | REVIEW REVISED LTL CHAPTER 11 PLAN (0.3); CORRESPOND WITH R. BERKOVICH AND M. GOREN RE: SAME (0.2). | | | | |
| 06/28/23 | Sullivan, Diane P. | 0.30 | 465.00 | L120 | 68135912 |
| | REVIEW HEARING AGENDA AND RECENT FILINGS IN CYPRUS CASE TO ASSIST IN ADVISING CLIENTS (.3). | | | | |
| 06/28/23 | George, Jason | 0.70 | 679.00 | L120 | 68153292 |
| | DRAFT CLIENT UPDATE RE: IMERYS/CYPRUS HEARING (0.5); CORRESPOND WITH A. DOBBS RE: LTL HEARING (0.2). | | | | |
| 06/29/23 | Goren, Matthew | 0.10 | 130.00 | L120 | 68158186 |
| | REVIEW SUMMARY OF 1ST DAY OF LTL MOTION TO DISMISS HEARING,. | | | | |
| 06/29/23 | George, Jason | 0.20 | 194.00 | L120 | 68153310 |
| | EMAIL CLIENTS RE: IMERYS/CYPRUS HEARING (0.1); EMAIL WITH A. DOBBS RE: LTL HEARING (0.1). | | | | |
| **SUBTOTAL TASK L120 - Strategy:** | | **9.40** | **$10,417.00** | | |
| 06/01/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67908933 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 06/02/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67927666 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 06/07/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67955448 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010404

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 06/08/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67965171 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 06/09/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67979908 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 06/12/23 | Rose, Alexandra Katherine | 0.70 | 679.00 | L320 | 68054555 |
| | RESEARCH AND RESPOND TO T. TSEKERDIES QUESTIONS REGARDING CONFIDENTIALITY OF C. MULLIN REPORT. | | | | |
| 06/12/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 67995807 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 06/13/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68004211 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 06/14/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68016300 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010404

ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 06/15/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68027192 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 06/16/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68032271 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 06/20/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68061482 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 06/21/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68070120 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 06/22/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68080063 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010404

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 06/23/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68095268 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 06/26/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68105594 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 06/27/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68115932 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 06/28/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68128065 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 06/29/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68141146 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 06/30/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68150629 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010404

ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| **SUBTOTAL TASK L320 - Document Collection & Production:** | | **4.50** | **$2,180.00** | | |
| 06/02/23 | George, Jason | 1.30 | 1,261.00 | L450 | 68020223 |
| | ATTEND LTL HEARING (1.3). | | | | |
| 06/13/23 | George, Jason | 2.50 | 2,425.00 | L450 | 68023877 |
| | MONITOR LTL HEARING (2.5). | | | | |
| 06/22/23 | George, Jason | 2.90 | 2,813.00 | L450 | 68151271 |
| | MONITOR LTL HEARING (2.9). | | | | |
| 06/27/23 | George, Jason | 1.50 | 1,455.00 | L450 | 68153231 |
| | MONITOR MOTION TO DISMISS HEARING (1.5). | | | | |
| 06/27/23 | Dobbs, Ashlynn | 4.80 | 2,904.00 | L450 | 68151365 |
| | LISTEN-IN AND TAKE NOTES ON LTL MOTION TO DISMISS TRIAL. | | | | |
| 06/28/23 | Berkovich, Ronit J. | 0.20 | 310.00 | L450 | 68138160 |
| | REVIEW SUMMARY OF IMERYS HEARING AND EMAIL J. GEORGE RE SAME (.1); REVIEW AND PROVIDE COMMENTS ON SUMMARY OF IMERYS HEARING (.1). | | | | |
| 06/28/23 | George, Jason | 1.60 | 1,552.00 | L450 | 68153296 |
| | ATTEND HEARING IN IMERYS AND CYPRUS RE: MEDIATION (1.2); CORRESPOND WITH R. BERKOVICH AND M. GOREN RE: SAME (0.4). | | | | |
| 06/28/23 | Dobbs, Ashlynn | 4.60 | 2,783.00 | L450 | 68151329 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010404

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | LISTEN-IN AND TAKE NOTES ON LTL MOTION TO DISMISS TRIAL (3.8); DRAFT UPDATE EMAIL RE SAME (.8). | | | | |
| 06/29/23 | Dobbs, Ashlynn | 3.70 | 2,238.50 | L450 | 68151362 |
| | LISTEN-IN AND TAKE NOTES ON LTL MOTION TO DISMISS TRIAL (3.2); DRAFT EMAIL UPDATE SUMMARY ON SAME (.5). | | | | |
| 06/30/23 | George, Jason | 2.00 | 1,940.00 | L450 | 68153306 |
| | MONITOR LTL HEARING (PARTIAL) (2.0). | | | | |
| 06/30/23 | Dobbs, Ashlynn | 2.40 | 1,452.00 | L450 | 68151378 |
| | LISTEN-IN AND TAKE NOTES ON LTL MOTION TO DISMISS TRIAL (PARTIAL) (1.5); DRAFT EMAIL UPDATE SUMMARY ON MOTION TO DISMISS TRIAL (.9). | | | | |
| **SUBTOTAL TASK L450 - Court Conferences & Hearings:** | | **27.50** | **$21,133.50** | | |
| 06/02/23 | Goren, Matthew | 0.30 | 390.00 | L602 | 67929027 |
| | EMAILS WITH J. GEORGE AND R. BERKOVICH RE: UST RESPONSES AND SUPPLEMENTAL CERTIFICATION. | | | | |
| 06/02/23 | Berkovich, Ronit J. | 0.20 | 310.00 | L602 | 67938191 |
| | REVIEW AND REVISE RESPONSES TO US TRUSTEE QUESTIONS REGARDING WEIL RETENTION APPLICATION. | | | | |
| 06/02/23 | George, Jason | 1.00 | 970.00 | L602 | 68020141 |
| | REVISE DRAFT OF CERTIFICATION FOR WEIL RETENTION APPLICATION AND RESPONSES TO U.S. TRUSTEE QUESTIONS (0.6); CORRESPOND WITH WEIL TEAM RE: SAME (0.2); CORRESPOND WITH U.S. TRUSTEE OFFICE RE: SAME (0.2). | | | | |
| 06/05/23 | Goren, Matthew | 0.30 | 390.00 | L602 | 67995292 |
| | EMAILS WITH UST AND WEIL TEAM RE: SUPPLEMENTAL CERTIFICATION. | | | | |
| 06/05/23 | George, Jason | 0.20 | 194.00 | L602 | 68020450 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010404

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | CORRESPOND WITH R. BERKOVICH AND M. GOREN RE: U.S. TRUSTEE EXTENSION REQUEST (0.1); EMAIL I. PEREZ RE: SAME (0.1). | | | | |
| 06/06/23 | Goren, Matthew<br>EMAILS WITH J. GEORGE RE: RESPONSE TO UST QUESTIONS. | 0.20 | 260.00 | L602 | 67995121 |
| 06/06/23 | George, Jason<br>CORRESPOND WITH R. BERKOVICH AND M. GOREN RE: U.S. TRUSTEE REQUESTS (0.4). | 0.40 | 388.00 | L602 | 68020655 |
| 06/07/23 | Goren, Matthew<br>EMAILS WITH WEIL TEAM RE: SUPPLEMENTAL CERTIFICATION. | 0.20 | 260.00 | L602 | 67995266 |
| 06/07/23 | Berkovich, Ronit J.<br>REVIEW AND REVISE SUPPLEMENTAL WEIL RETENTION DOCUMENTS. | 0.10 | 155.00 | L602 | 67977089 |
| 06/07/23 | George, Jason<br>CALL WITH A. DOBBS RE: RESPONSES TO U.S. TRUSTEE REQUESTS REGARDING WEIL RETENTION APPLICATION (0.5). | 0.50 | 485.00 | L602 | 68023686 |
| 06/07/23 | Dobbs, Ashlynn<br>REVISE PROPOSED RETENTION ORDER (.9); REVISE SUPPLEMENTAL CERTIFICATION (1.2); REVIEW AND REVISE OMNIBUS DECLARATION (1); REVIEW AND RESPOND TO EMAIL RE: RETENTION APPLICATION (.3). | 3.40 | 2,057.00 | L602 | 68003080 |
| 06/08/23 | Dobbs, Ashlynn<br>FINALIZE REVISED PROPOSED RETENTION ORDER AND SUPPLEMENTAL CERTIFICATION (.8); FINALIZE WEIL COMMENTS TO OMNIBUS DECLARATION (.2); ROUNDS OF EMAILS WITH TEAM RE SAME (.2); DRAFT EMAIL TO UST (.3). | 1.50 | 907.50 | L602 | 68016223 |
| 06/09/23 | Goren, Matthew<br>EMAILS WITH JONES DAY AND UST RE: SUPPLEMENTAL CERTIFICATION AND ORDER. | 0.20 | 260.00 | L602 | 68006477 |
| 06/12/23 | George, Jason | 0.20 | 194.00 | L602 | 68024075 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010404

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | CORRESPOND WITH L. RICHENDERFER RE: WEIL RETENTION (0.1); EMAIL A. DOBBS RE: SAME (0.1). | | | | |
| 06/13/23 | Dobbs, Ashlynn | 1.20 | 726.00 | L602 | 68031813 |
| | EMAILS WITH TEAM RE SUPPLEMENTAL CERT AND REVISED PROPOSED RETENTION ORDER (.3); REVIEW SUPPLEMENTAL CERT FOR FILING (.5); REVIEW REVISED PROPOSED RETENTION ORDER FOR FILING (.3); EMAILS WITH DEBTOR COUNSEL RE WEIL RETENTION (.1). | | | | |
| 06/14/23 | George, Jason | 0.40 | 388.00 | L602 | 68023952 |
| | REVIEW AND FINALIZE WEIL'S PROPOSED RETENTION ORDER AND SUPPLEMENTAL CERTIFICATION (0.2); EMAIL WITH A. DOBBS RE: SAME (0.1); CALL WITH A. DOBBS RE: SAME; EMAIL WITH I. PEREZ RE: REVISED PROPOSED ORDER AND SUPPLEMENTAL CERTIFICATION (0.1). | | | | |
| 06/14/23 | Dobbs, Ashlynn | 0.30 | 181.50 | L602 | 68031857 |
| | REVISE SUPPLEMENTAL CERTIFICATION AND REVISED PROPOSED RETENTION ORDER (.2); CALL WITH J. GEORGE RE SAME (.1). | | | | |
| 06/20/23 | George, Jason | 0.20 | 194.00 | L602 | 68083360 |
| | EMAIL WITH D. SEGAL, R BERKOVICH, AND L. LEONE RE: FEE MATTERS (0.2). | | | | |
| **SUBTOTAL TASK L602 - Weil Retention/Fee Application Preparation:** | | **10.80** | **$8,710.00** | | |
| **Total Fees Due** | | **52.20** | **$42,440.50** | | |