## Exhibit E

**April Expenses**

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023008312

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/19/23 | Sullivan, Diane P. COMPUTERIZED RESEARCH NEWSWIRE SERVICE - MARCH 2023 FOR TALC/POWDER STUDIES ON 01/08/2020 | S064 | 41438166 | 85.00 |
| 04/19/23 | George, Jason COMPUTERIZED RESEARCH NEWSWIRE SERVICE - MARCH 2023 FOR IMERYS TALC NEWS ALERT ON 03/11/2019 | S064 | 41438089 | 85.00 |
| | **SUBTOTAL DISB TYPE S064:** | | | **$170.00** |
| 04/12/23 | WGM, Firm DUPLICATING 195 PRINT(S) MADE IN NEW YORK BETWEEN 04/06/2023 TO 04/11/2023 | S117 | 41448997 | 13.65 |
| | **SUBTOTAL DISB TYPE S117:** | | | **$13.65** |
| | **TOTAL DISBURSEMENTS** | | | **$183.65** |