# Exhibit F

## May Expenses

**Weil, Gotshal & Manges LLP**

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010403

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 05/25/23 | Sullivan, Diane P. <br> COMPUTERIZED RESEARCH <br> NEWSWIRE SERVICE - APRIL 2023 FOR TALC/POWDER STUDIES ON 01/08/2020 | S064 | 41499957 | 85.00 |
| 05/25/23 | George, Jason <br> COMPUTERIZED RESEARCH <br> NEWSWIRE SERVICE - APRIL 2023 FOR IMERYS TALC NEWS ALERT ON 03/11/2019 | S064 | 41499873 | 85.00 |
| **SUBTOTAL DISB TYPE S064:** | | | | **$170.00** |
| 05/31/23 | WGM, Firm <br> DUPLICATING <br> 27 PRINT(S) MADE IN NEW YORK BETWEEN 05/25/2023 TO 05/25/2023 | S117 | 41504240 | 1.89 |
| **SUBTOTAL DISB TYPE S117:** | | | | **$1.89** |
| **TOTAL DISBURSEMENTS** | | | | **$171.89** |