**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET
FOR THE PERIOD JULY 1 TO JULY 31, 2023**

| | |
|---|---|
| Debtor: LTL Management LLC | Applicant: **Blake, Cassels & Graydon LLP** |
| Case No.: 23-12825-MBK | Client: LTL Management LLC ("LTL") |
| Chapter: 11 | Case Filed: April 4, 2023 (the "Petition Date") |

**SECTION 1
FEE SUMMARY**

☐ Interim Fee Application No. _____    or    ☐ Final Fee Application

Summary of Amounts Requested for the Period from July 1 to 31, 2023 (the "Fourth Statement Period").

| | CAD |
|---|---:|
| Total Fees: | $22,433.20 |
| Total Disbursements: | $0.00 |
| Total Fees and Disbursements: | $21,798.20 |
| Minus 20% Holdback of Fees: | ($4,86.64) |
| Amount Sought at this Time: | **$17,946.56** |

| | FEES | EXPENSES |
|---|---:|---:|
| Total Previously Requested: | $266,071.10 | $1,260.00 |
| Total Allowed to Date: | $0.00 | $0.00 |
| Total Retainer (If Applicable)[1]: | | |
| Total Holdback (If Applicable): | ($53,214.22) | $0.00 |
| Total Received by Applicant[2]: | $0.00 | $0.00 |

---

[1] Reconciliation of the pre-dismissal amounts and post-dismissal amounts received from LTL will be provided in Blakes' Final Fee Application.

[2] Payment of the permitted 80% of fees and 100% of disbursements is anticipated to be deducted from the pre-dismissal amounts and post-dismissal amounts, to the extent any such amounts are available, once the objection period for the relevant monthly fee statement has expired.

-2-

| Name of Professional & Title | Year Admitted | Hours | Rate (CAD) | Fees (CAD) |
|---|---|---|---|---|
| Gordon McKee<br>Partner, Litigation & Dispute Resolution (Toronto) | 1988 | 4.4 | $1,070.00 | $4,708.00 |
| Linc Rogers<br>Partner, Restructuring & Insolvency (Toronto) | 2000 | 10.6 | $913.00 | $9,677.80 |
| Jessica Lam<br>Partner, Litigation & Dispute Resolution (Toronto) | 2014 | .2 | $749 | $149.80 |
| Caitlin McIntyre<br>Associate, Restructuring & Insolvency (Toronto) | 2017 | 10.3 | $664.00 | $6,839.20 |
| Nancy Thompson<br>Law Clerk, Restructuring & Insolvency (Toronto) | N/A | 2.8 | $378.00 | $1,058.40 |

| | | | | |
|---|---|---|---|---|
| **Blended Hourly Rate:**<br>[Excluding Nancy Thompson and Filing Clerks] | | | | **$838.23** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | | HOURS | FEES (CAD) |
|---|---|---|---|
| 1. | **Litigation Consulting: CCAA Recognition Proceeding** <br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 24.9 | $20,827.00 |
| 2. | **Fee and Retention Application** <br> Preparation of employment and fee applications for self or others; motions to establish interim procedures | 3.4 | $1,606.20 |
| 3. | **Litigation: Canadian Actions** <br> Other than Avoidance Action Litigation | | |
| 8. | **Litigation: General / All Class Actions** <br> Other than Avoidance Action Litigation | | |
| **SERVICE TOTALS:** | | **28.3** | **$22,433.20** |

*Note: Fees for No. 3 are allocated 33.33% to LTL and 66.67% to J&J, which allocation is reflected in the breakdown of amounts set out on page 1*

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Matter No. | DISBURSEMENTS | AMOUNT (CAD) |
|---|---|---|
|  | N/A |  |
|  |  |  |
|  |  |  |
|  | **DISBURSEMENTS TOTALS** |  |

*Note: Disbursements for matter No. 3 are allocated 33.33% to LTL and 66.67% to J&J, which allocation is reflected in the breakdown of amounts set out on page 1*

# SECTION IV
# CASE HISTORY

1. Date of Retention: June 15, 2023, effective as of the Petition Date [Dkt. 791] (the "Retention Order").[3]

2. Summary explaining the nature of the work performed and the results achieved:

- Monitoring the Chapter 11 proceeding, and considering impact on the CCAA recognition proceeding;

- Communication with plaintiff counsel regarding talc-related matters and the CCAA stay;

- Reviewing bar date motion, considering impact on the CCAA recognition proceeding and related communication with the Information Officer;

- Reviewing the draft plan and disclosure statement, considering the impact on the CCAA recognition proceeding, and related communication with the Information Officer;

- Reviewing correspondence from counsel to the TCC and considering response;

- Reviewing dismissal decision and related communication with the Information Officer; and

- Preparing and finalizing monthly fee statements.

I certify under penalty of perjury that the above is true.

Date: August 31, 2023               */s/ Linc Rogers*
                                    Linc Rogers
                                    **Blake, Cassels & Graydon LLP**

---

[3] The Retention Order is attached hereto as Exhibit A.