# **EXHIBIT B**

Invoices



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE
Please write invoice number(s) on cheque

August 30, 2023

LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ  08933
U.S.A.

| | |
|---|---|
| Invoice: | 2397396 |
| Billing Lawyer | McKee, Gordon |
| HST/GST No.: | R119396778 |
| Client: | 00028109 |
| Matter: | 000001 |
| Reference: | JJL2021019389 |

Attention:  John Kim
            Legal Counsel

**Re:  Litigation Consulting - CCAA Recognition Proceedings**

FOR PROFESSIONAL SERVICES RENDERED
as set out in the attached printout:

**BALANCE DUE IN CANADIAN CURRENCY**           **$ 20,827.00**  CAD

*THIS INVOICE MAY BE PAID IN U.S. CURRENCY*    *$ 16,020.77*  USD

---

**\* \* \* Terms: Due and Payable Upon Receipt \* \* \***

If paying by cheque, please make cheque payable to **Blake, Cassels & Graydon LLP**. Please remit this page with payment. If wiring funds, please refer to the appropriate section below for instructions: For payment by Etransfer email etransfer@blakes.com

**Canadian Funds Payment Instructions:**
Canadian Imperial Bank of Commerce
Main Branch, Commerce Court West
Toronto, ON CA
Institution No.: 0010
Transit No.: 00002

Swiftcode: CIBCCATT
Beneficiary: Blake Cassels & Graydon LLP
Account No.: 1602012
Reference: Invoice No. 2397396

**USD Funds Wiring Instructions:**
**Intermediary Bank**
Wells Fargo Bank, N.A.
New York, NY US
BIC/SWIFT: PNBPUS3NNYC
CHIPS ID: 0509
ABA #026005092

**For Further Credit to:**
Canadian Imperial Bank of Commerce
Main Branch, Commerce Court West
Toronto, ON CA

Swiftcode: CIBCCATT
Institution No.: 0010
Transit No.: 00002
Final Beneficiary: Blake Cassels & Graydon LLP
Account No.: 0235113
Reference: Invoice No. 2397396

For further instructions please email Accounts Receivable at Cash.receipts@blakes.com or telephone 416-863-4012

Interest at the rate of 4.5% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

REMITTANCE PAGE



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE

Please write invoice number(s) on cheque

August 30, 2023

LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ  08933
U.S.A.

| | |
|---|---|
| Invoice: | 2397396 |
| Billing Lawyer | McKee, Gordon |
| HST/GST No.: | R119396778 |
| Client: | 00028109 |
| Matter: | 000001 |
| Reference: | JJL2021019389 |

Attention:  John Kim
             Legal Counsel

**Re: Litigation Consulting - CCAA Recognition Proceedings**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended July 31, 2023, as follows:

|  |  |
|---|---|
| Total Fees | $ 20,827.00 |
| **TOTAL DUE IN CANADIAN CURRENCY** | **$ 20,827.00**  CAD |
| *THIS INVOICE MAY BE PAID IN U.S. CURRENCY* | $ 16,020.77  USD |



Invoice: 2397396
Date: August 30, 2023
Page: 2

**Re:   Litigation Consulting - CCAA Recognition Proceedings   (000001)**

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 07/04/23 | Lam, Jessica | Email correspondence with C. McIntyre regarding draft letter. | 0.1 | 749.00 | 74.90 |
| 07/04/23 | McIntyre, Caitlin | Call with Information Officer's counsel regarding bar date motion. | 0.6 | 664.00 | 398.40 |
| 07/04/23 | McIntyre, Caitlin | Reviewing bar date motion in advance of call with Information Officer regarding same. | 1.3 | 664.00 | 863.20 |
| 07/04/23 | McIntyre, Caitlin | Status discussion with L. Rogers. | 0.2 | 664.00 | 132.80 |
| 07/04/23 | McKee, Gordon | Emails with C. McIntyre regarding draft letter to plaintiff counsel. | 0.3 | 1,070.00 | 321.00 |
| 07/04/23 | Rogers, Linc | Attending conference call with counsel to Information Officer. | 0.4 | 913.00 | 365.20 |
| 07/04/23 | Rogers, Linc | Reviewing revised plan and considering impact on Canadian proceeding. | 0.9 | 913.00 | 821.70 |
| 07/04/23 | Rogers, Linc | Status discussion with C. McIntyre. | 0.2 | 913.00 | 182.60 |
| 07/04/23 | Rogers, Linc | Email correspondence with working group regarding pre-trial procedural matters. | 0.5 | 913.00 | 456.50 |
| 07/05/23 | Rogers, Linc | Email correspondence regarding talc claims. | 0.4 | 913.00 | 365.20 |
| 07/05/23 | Rogers, Linc | Email correspondence regarding automatic stay. | 0.3 | 913.00 | 273.90 |
| 07/06/23 | Lam, Jessica | Email correspondence with C. McIntyre regarding draft letter to plaintiff class counsel. | 0.1 | 749.00 | 74.90 |
| 07/06/23 | McIntyre, Caitlin | Reviewing case materials. | 0.2 | 664.00 | 132.80 |
| 07/06/23 | Rogers, Linc | Correspondence regarding automatic stay. | 0.3 | 913.00 | 273.90 |
| 07/10/23 | McIntyre, Caitlin | Reviewing reservation of rights by official committee. | 0.2 | 664.00 | 132.80 |
| 07/12/23 | McIntyre, Caitlin | Reviewing revised plan and disclosure statement. | 1.5 | 664.00 | 996.00 |
| 07/13/23 | McIntyre, Caitlin | Call with N. Levine regarding revised plan and disclosure statement. | 0.2 | 664.00 | 132.80 |
| 07/14/23 | McIntyre, Caitlin | Drafting email to L. Rogers and G. McKee providing an update on recent motions by the TCC and the revised disclosure statement and plan. | 1.3 | 664.00 | 863.20 |
| 07/14/23 | McIntyre, Caitlin | Call with N. Levine regarding plan and | 0.3 | 664.00 | 199.20 |



Invoice: 2397396
Date: August 30, 2023
Page: 3

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| | | disclosure statement. | | | |
| 07/14/23 | Rogers, Linc | Reviewing email correspondence from working group regarding latest developments. | 0.3 | 913.00 | 273.90 |
| 07/15/23 | McKee, Gordon | Review recent talc-related materials and C. McIntyre summary of same. | 0.4 | 1,070.00 | 428.00 |
| 07/20/23 | McIntyre, Caitlin | Email correspondence with D. Prieto and A. Rush regarding plan matters. | 0.2 | 664.00 | 132.80 |
| 07/20/23 | Rogers, Linc | Reviewing email correspondence from Canadian counsel to TCC. | 0.3 | 913.00 | 273.90 |
| 07/20/23 | Rogers, Linc | Email correspondence with working group regarding correspondence received from Canadian counsel to TCC. | 0.3 | 913.00 | 273.90 |
| 07/20/23 | Rogers, Linc | Reviewing email counsel from C. McIntryre to Jones Day regarding proposed plan. | 0.1 | 913.00 | 91.30 |
| 07/20/23 | Rogers, Linc | Reviewing plan in consideration of correspondence received from Canadian counsel to TCC. | 0.8 | 913.00 | 730.40 |
| 07/21/23 | McKee, Gordon | Review letter from TCC to Information Officer and consider response. | 0.6 | 1,070.00 | 642.00 |
| 07/21/23 | Rogers, Linc | Email correspondence with working group regarding letter from counsel to TCC. | 0.3 | 913.00 | 273.90 |
| 07/21/23 | Rogers, Linc | Further review and consideration of letter from counsel to TCC. | 0.3 | 913.00 | 273.90 |
| 07/24/23 | McIntyre, Caitlin | Reviewing letter from Canadian counsel to the TCC. | 1.1 | 664.00 | 730.40 |
| 07/24/23 | McIntyre, Caitlin | Call with L. Rogers and G. McKee regarding letter from counsel to TCC. | 0.7 | 664.00 | 464.80 |
| 07/24/23 | McIntyre, Caitlin | Drafting email to Jones Day regarding letter from Canadian counsel to the TCC. | 0.8 | 664.00 | 531.20 |
| 07/24/23 | McIntyre, Caitlin | Status discussion with L. Rogers. | 0.1 | 664.00 | 66.40 |
| 07/24/23 | McKee, Gordon | Call with L. Rogers and C. McIntyre regarding TCC letter. | 0.7 | 1,070.00 | 749.00 |
| 07/24/23 | McKee, Gordon | Email with L. Rogers and C. McIntyre regarding TCC letter. | 0.2 | 1,070.00 | 214.00 |
| 07/24/23 | Rogers, Linc | Attending conference call with C. McIntyre and G. McKee regarding letter from counsel to TCC. | 0.5 | 913.00 | 456.50 |
| 07/24/23 | Rogers, Linc | Reviewing email correspondence regarding | 0.2 | 913.00 | 182.60 |



Invoice: 2397396
Date: August 30, 2023
Page: 4

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| | | letter from counsel to TCC. | | | |
| 07/24/23 | Rogers, Linc | Status discussion with C. McIntyre. | 0.1 | 913.00 | 91.30 |
| 07/26/23 | McIntyre, Caitlin | Email correspondence with J. Lam regarding the bankruptcy stay. | 0.3 | 664.00 | 199.20 |
| 07/26/23 | McKee, Gordon | Emails with L. Rogers and D. Pietro regarding plan matters. | 0.3 | 1,070.00 | 321.00 |
| 07/26/23 | Rogers, Linc | Email correspondence with Jones Day regarding letter from counsel to TCC. | 0.3 | 913.00 | 273.90 |
| 07/26/23 | Rogers, Linc | Email correspondence regarding letter from TCC. | 0.3 | 913.00 | 273.90 |
| 07/26/23 | Rogers, Linc | Reviewing background information regarding letter from TCC. | 0.3 | 913.00 | 273.90 |
| 07/27/23 | Rogers, Linc | Email correspondence regarding letter from Canadian counsel to TCC. | 0.1 | 913.00 | 91.30 |
| 07/28/23 | McIntyre, Caitlin | Reviewing dismissal opinion. | 0.7 | 664.00 | 464.80 |
| 07/28/23 | McKee, Gordon | Office conference with J. Lam regarding dismissal matters. | 0.2 | 1,070.00 | 214.00 |
| 07/28/23 | McKee, Gordon | Emails regarding US dismissal opinion. | 0.3 | 1,070.00 | 321.00 |
| 07/28/23 | Rogers, Linc | Preliminary review of LTL dismissal opinion. | 0.3 | 913.00 | 273.90 |
| 07/28/23 | Rogers, Linc | Email correspondence regarding letter from Canadian counsel to TCC. | 0.3 | 913.00 | 273.90 |
| 07/28/23 | Rogers, Linc | Email correspondence regarding LTL dismissal opinion. | 0.2 | 913.00 | 182.60 |
| 07/31/23 | McIntyre, Caitlin | Coordinating call with the Information Officer to discuss next steps. | 0.6 | 664.00 | 398.40 |
| 07/31/23 | McKee, Gordon | Review Judge Kaplan decision dismissing US appeal, and other matters related to the same. | 1.2 | 1,070.00 | 1,284.00 |
| 07/31/23 | McKee, Gordon | Emails with Information Officer counsel regarding update. | 0.2 | 1,070.00 | 214.00 |
| 07/31/23 | Rogers, Linc | Reviewing LTL dismissal opinion. | 1.7 | 913.00 | 1,552.10 |
| 07/31/23 | Rogers, Linc | Email correspondence with D. Prieto regarding dismissal. | 0.2 | 913.00 | 182.60 |
| 07/31/23 | Rogers, Linc | Email correspondence with counsel to Information Officer. | 0.1 | 913.00 | 91.30 |
| | | **Total Fees for this Matter** | | | **$ 20,827.00** |



Invoice: 2397396
Date: August 30, 2023
Page: 5

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| Lam, Jessica | LSL | 0.2 | 749.00 | 149.80 |
| McIntyre, Caitlin | CAI | 10.3 | 664.00 | 6,839.20 |
| McKee, Gordon | SGM | 4.4 | 1,070.00 | 4,708.00 |
| Rogers, Linc | LCR | 10.0 | 913.00 | 9,130.00 |
| | Total | 24.9 | | $ 20,827.00 |

Total Due for this Matter in Canadian Currency $ 20,827.00 CAD



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE

Please write invoice number(s) on cheque

August 30, 2023

LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ  08933
U.S.A.

Invoice: 2397397
Billing Lawyer: McKee, Gordon
HST/GST No.: R119396778
Client: 00028109
Matter: 000002
Reference: JJL2021019389

Attention:  John Kim
            Legal Counsel

**Re:  Fee and Retention Applications**

FOR PROFESSIONAL SERVICES RENDERED
as set out in the attached printout:

**BALANCE DUE IN CANADIAN CURRENCY**       $ 1,606.20  CAD

*THIS INVOICE MAY BE PAID IN U.S. CURRENCY*       $ 1,235.54  USD

### * * * Terms: Due and Payable Upon Receipt * * *

If paying by cheque, please make cheque payable to **Blake, Cassels & Graydon LLP**. Please remit this page with payment. If wiring funds, please refer to the appropriate section below for instructions: For payment by Etransfer email etransfer@blakes.com

**Canadian Funds Payment Instructions:**
Canadian Imperial Bank of Commerce
Main Branch, Commerce Court West
Toronto, ON CA
Institution No.: 0010
Transit No.: 00002

Swiftcode: CIBCCATT
Beneficiary: Blake Cassels & Graydon LLP
Account No.: 1602012
Reference: Invoice No. 2397397

**USD Funds Wiring Instructions:**

| **Intermediary Bank** | **For Further Credit to:** | Swiftcode: CIBCCATT |
|---|---|---|
| Wells Fargo Bank, N.A. | Canadian Imperial Bank of Commerce | Institution No.: 0010 |
| New York, NY US | Main Branch, Commerce Court West | Transit No.: 00002 |
| BIC/SWIFT: PNBPUS3NNYC | Toronto, ON CA | Final Beneficiary: Blake Cassels & Graydon LLP |
| CHIPS ID: 0509 | | Account No.: 0235113 |
| ABA #026005092 | | Reference: Invoice No. 2397397 |

For further instructions please email Accounts Receivable at Cash.receipts@blakes.com or telephone 416-863-4012

Interest at the rate of 4.5% per annum will be charged on all amounts not paid within one month of delivery of this invoice.

REMITTANCE PAGE



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE

Please write invoice number(s) on cheque

|  |  |
|---|---|
| LTL MANAGEMENT LLC | August 30, 2023 |
| 501 George Street | Invoice: 2397397 |
| New Brunswick, NJ  08933 | Billing Lawyer: McKee, Gordon |
| U.S.A. | HST/GST No.: R119396778 |
|  | Client: 00028109 |
|  | Matter: 000002 |
|  | Reference: JJL2021019389 |

Attention:  John Kim
            Legal Counsel

**Re:  Fee and Retention Applications**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended July 31, 2023, as follows:

|  |  |
|---|---|
| Total Fees | $ 1,606.20 |
| **TOTAL DUE IN CANADIAN CURRENCY** | **$ 1,606.20** CAD |
| *THIS INVOICE MAY BE PAID IN U.S. CURRENCY* | *$ 1,235.54* USD |

TORONTO    CALGARY    VANCOUVER    MONTRÉAL    OTTAWA    NEW YORK    LONDON

Blake, Cassels & Graydon LLP  |  blakes.com



| | | Invoice: | 2397397 |
|---|---|---|---|
| | | Date: | August 30, 2023 |
| | | Page: | 2 |

**Re:    Fee and Retention Applications    (000002)**

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 07/05/23 | Rogers, Linc | Reviewing revised fee statements with N. Thompson. | 0.4 | 913.00 | 365.20 |
| 07/05/23 | Thompson, Nancy | Discussion with L. Rogers regarding comments on monthly fee statements. | 0.4 | 378.00 | 151.20 |
| 07/06/23 | Thompson, Nancy | Revising the draft monthly fee statements. | 0.2 | 378.00 | 75.60 |
| 07/17/23 | Thompson, Nancy | Reviewing and revising monthly fee statements. | 0.2 | 378.00 | 75.60 |
| 07/20/23 | Thompson, Nancy | E-mail message to M. Bales forwarding final monthly fee statements for April 5 to 30 and for May and requesting assistance with service and filing. | 0.1 | 378.00 | 37.80 |
| 07/20/23 | Thompson, Nancy | Finalizing the monthly fee statements for April 5 to 30 and for May. | 0.2 | 378.00 | 75.60 |
| 07/21/23 | Rogers, Linc | Email correspondence from N. Thompson regrading corrected fee statement. | 0.2 | 913.00 | 182.60 |
| 07/21/23 | Thompson, Nancy | E-mail message to M. Bales forwarding corrected monthly fee statement for April 5 to 30, 2023 and requesting assistance with service and filing. | 0.2 | 378.00 | 75.60 |
| 07/24/23 | Thompson, Nancy | Discussion with LTL respresentative regarding matters related to monthly fee statements and providing additional information related to the same. | 0.7 | 378.00 | 264.60 |
| 07/27/23 | Thompson, Nancy | E-mail message to L. Rogers and G. McKee forwarding draft June monthly fee statement for review and comment. | 0.1 | 378.00 | 37.80 |
| 07/27/23 | Thompson, Nancy | E-mail message to M. Bales forwarding draft June monthly fee statement for privilege review. | 0.1 | 378.00 | 37.80 |
| 07/27/23 | Thompson, Nancy | Drafting June monthly fee statement. | 0.6 | 378.00 | 226.80 |
| | | **Total Fees for this Matter** | | | **$ 1,606.20** |

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| Rogers, Linc | LCR | 0.6 | 913.00 | 547.80 |
| Thompson, Nancy | NAB | 2.8 | 378.00 | 1,058.40 |



Invoice: 2397397
Date: August 30, 2023
Page: 3

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| | Total | 3.4 | | $ 1,606.20 |

Total Due for this Matter in Canadian Currency  $ 1,606.20  CAD

TORONTO   CALGARY   VANCOUVER   MONTRÉAL   OTTAWA   NEW YORK   LONDON

Blake, Cassels & Graydon LLP  |  blakes.com