**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE**
**PERIOD MAY 1, 2023 THROUGH JULY 31, 2023**

Debtor:  LTL Management LLC

Case No.:  23-12825-MBK

Chapter:  11

Applicant: Bates White, LLC

Client:  LTL Management LLC

Case Filed:  April 4, 2023 (the "Petition Date")

**SECTION 1**
**FEE SUMMARY**

☐ Interim Fee Application No. _____    or   ☐ Final Fee Application

Summary of Amounts Requested for the Period from May 1, 2023 through July 31, 2023 (the "Second Statement Period").

| | |
|---|---:|
| Total Fees – LTL Bankruptcy: | $2,867,231.75 |
| Total Fees – Imerys Bankruptcy (50% of total): | + $0.00 |
| Total Fees: | $2,867,231.75 |
| Total Disbursements: | + $2,274.64 |
| Total Fees Plus Disbursements: | $2,869,506.39 |
| Minus 20% Holdback of Fees: | − $573,446.35 |
| Amount Sought at this Time: | $2,296,060.04 |

| | FEES | EXPENSES | TOTAL |
|---|---:|---:|---:|
| Total Previous Fees Requested: | $125,033.00 | $0.00 | $125,033.00 |
| Total Fees Allowed to Date: | $0.00 | $0.00 | $0.00 |
| Total Retainer (If Applicable): | $347,805.00[1] | N/A | $347,805.00 |
| Total Holdback (If Applicable): | $25,006.60 | $0.00 | $25,006.60 |
| Total Received by Applicant: | $447,831.40 | $0.00 | $447,831.40 |

---

[1]    Prior to this bankruptcy filing, Bates White received a payment from LTL of $350,000.00. From April 1 through April 4, 2023, Bates White incurred $2,195.00 in professional fees for services provided to the Debtor, which were to be paid by deducting those fees from the pre-filing payment.

**Summary by timekeeper included in this Fee Application – LTL Bankruptcy**

| Name of Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Chandler, Kathleen | Partner | $825 | 25.2 | $20,790.00 |
| Evans, Andrew | Partner | $1,000 | 284.0 | $284,000.00 |
| Gallardo-Garcia, Jorge | Partner | $1,000 | 2.9 | $2,900.00 |
| Lobel, Scott | Partner | $875 | 259.4 | $226,975.00 |
| Mullin, Charles | Partner | $1,375 | 190.0 | $255,406.25 |
| Scher, Benjamin | Partner | $1,000 | 7.5 | $7,500.00 |
| Kennedy, Pauline | Principal | $800 | 8.4 | $6,720.00 |
| Xu, Alicia | Managing Economist | $625 | 1.6 | $1,000.00 |
| Duncan, Taylor | Managing Consultant | $550 | 0.3 | $165.00 |
| Peters, Sarah | Managing Consultant | $675 | 403.8 | $271,282.50 |
| Leander, Ellen | Managing Research Specialist | $480 | 4.7 | $2,256.00 |
| Lin, Dajun | Senior Economist | $550 | 64.7 | $35,585.00 |
| Wang, Jinwen | Senior Economist | $575 | 20.5 | $11,787.50 |
| Malkov, Egor | Economist | $525 | 418.1 | $219,502.50 |
| Odio-Zuniga, Mariana | Economist | $525 | 427.3 | $224,332.50 |
| Habiger, Conor | Senior Consultant | $500 | 123.4 | $61,700.00 |
| Sherman, Samuel | Senior Consultant | $480 | 38.4 | $18,432.00 |
| Stewart, Samantha | Senior Consultant | $520 | 471.7 | $244,842.00 |
| Wieman, Christopher | Senior Data Engineer | $625 | 3.5 | $2,187.50 |
| Post, Douglas | Data Engineer II | $500 | 32.4 | $16,200.00 |
| Coleman, Nathan | Consultant II | $465 | 271.3 | $126,154.50 |
| Morey, Austin | Consultant II | $435 | 430.4 | $187,224.00 |
| Osgood, Jessie | Consultant II | $450 | 1.1 | $495.00 |
| Swope, Madison | Consultant II | $435 | 501.1 | $217,978.50 |
| McBride, Hannah | Consultant | $410 | 422.9 | $173,389.00 |
| Newcomb, Benjamin | Consultant | $395 | 72.4 | $28,598.00 |
| Villani, Joseph | Consultant | $410 | 430.5 | $176,505.00 |
| Dittbrenner, Susan | Senior Project Assistant | $480 | 5.5 | $2,640.00 |
| Arbor, Mary | Project Coordinator | $280 | 2.0 | $560.00 |
| Downey, Marguerite | Project Coordinator | $280 | 1.0 | $280.00 |
| Jain, Mahima | Data Specialist | $280 | 131.5 | $36,820.00 |
| Krombach, Jennifer Kim | Research Specialist | $280 | 10.8 | $3,024.00 |
| **TOTAL** | | | **5,068.3** | **$2,867,231.75** |

**Summary by timekeeper included in this Fee Application – Imerys Bankruptcy**

| Name of Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| N/A | | | N/A | N/A |
| **TOTAL** | | | **0.0** | **$0.00** |
| **50% OF TOTAL** | | | **0.0** | **$0.00** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED – LTL BANKRUPTCY | HOURS | FEES |
|---|---|---|
| Analysis | 2,354.1 | $1,395,390.50 |
| Client Communication | 174.9 | $140,058.00 |
| Data Analysis | 620.3 | $264,827.00 |
| Data Gathering & Processing | 452.7 | $204,873.50 |
| Fee Request Preparation | 44.4 | $31,566.50 |
| Project Management | 110.9 | $85,989.50 |
| Report | 776.6 | $474,077.50 |
| Research | 476.5 | $219,647.00 |
| Testimony | 43.9 | $43,234.00 |
| Travel (billed at 50% of hourly rate) | 14.0 | $7,568.25 |
| **SERVICE TOTALS** | **5,068.3** | **$2,867,231.75** |

| SERVICES RENDERED – IMERYS BANKRUPTCY | HOURS | FEES |
|---|---|---|
| N/A | N/A | N/A |
| **SERVICES TOTAL** | **0.0** | **$0.00** |
| **50% OF SERVICES TOTAL** | **0.0** | **$0.00** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| DISBURSEMENT TYPE – LTL BANKRUTPCY | AMOUNT |
|---|---|
| Billable Lodging | $900.96 |
| Billable Travel | $1,046.18 |
| Mileage | $327.50 |
| **DISBURSEMENTS TOTAL** | **$2,274.64** |

| DISBURSEMENT TYPE – IMERYS BANKRUTPCY | AMOUNT |
|---|---|
| N/A | N/A |
| **DISBURSEMENTS TOTAL** | **$0.00** |

**SECTION IV**
**CASE HISTORY**

1.     Case Filed:  April 4, 2023 (the "Petition Date")

2.     Chapter under which case commenced: Chapter 11

3.     Date of Retention:  June 7, 2023, effective as of the Petition Date [Dkt. 723]
       (the "Retention Order").[2]

4.     Summary explaining the nature of the work performed and the results achieved:[3]

       During the Second Statement Period, Bates White provided the following services
       including, but not limited to:

- Preparing Dr. Mullin's initial and rebuttal expert reports in preparation for hearing on the motions to dismiss.

- Responding to analysis from opposing experts and preparing Dr. Mullin's rebuttal expert report (including supporting analyses) in preparation for the hearing on the motions to dismiss.

- Preparing for and attending Dr. Mullin's deposition and hearing testimony on the motions to dismiss.

- Developing and implementing framework for analyzing current and future claims.

- Processing and analyzing data related to talc claims.

- Processing and analyzing publicly available disease incidence data.

- Assisting Debtor's counsel on matters related to the plan and proposed trust.

I certify under penalty of perjury that the above is true.

---

[2]     The Retention Order is attached hereto as Exhibit B.

[3]     The invoice detail and expense detail submitted hereto as Exhibit C and Exhibit D, respectively, includes detailed time entries and expense entries summarizing the professional services rendered by Bates White, LLC as talc consultants to the Debtor in the LTL Bankruptcy.

Dated:  September 1, 2023
       Washington, DC

Respectfully submitted,

/s/ Scott M. Lobel
Scott M. Lobel
BATES WHITE, LLC
2001 K Street NW
North Building, Suite 500
Washington, DC 20006
Telephone:  (202) 408-6110
Facsimile:  (202) 408-7838
E-mail:  scott.lobel@bateswhite.com

TALC CONSULTANTS FOR DEBTOR