## **EXHIBIT A**

Bates White Invoices for Second Monthly Fee Application



2001 K Street, NW, North Building, Suite 500, Washington, DC 20006   main 202.408.6110  fax 202.408.7838

LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933

August 31, 2023  
Matter No. 1383-0001  
Invoice No: 29923

Re:   In re Bankruptcy proceedings for LTL Management LLC

For professional services rendered by Bates White, LLC between May 1, 2023 and May 31, 2023 in connection with the above referenced matter.

|  | Total |
|---|---:|
| Total Fees – LTL Bankruptcy: | $902,270.00 |
| Total Fees – Imerys Bankruptcy (50% of total): | $0.00 |
| Total Fees: | $902,270.00 |
| Total Disbursements: | $0.00 |
| Total Fees Plus Disbursements: | $902,270.00 |
| Minus 20% Holdback of Fees: | $180,454.00 |
| **Interim Amount:** | $721,816.00 |
| Prompt-payment discount applied (pre-petition fees and invoice #29724)[4] | ($6,361.40) |
| **Amount to be deducted from pre-petition payment** | ($347,805.00) |
| **TOTAL AMOUNT DUE** | $367,649.60 |

For Payment by US mail:

**Bates White, LLC**  
Attn: Accounts Receivable  
2001 K Street, NW  
North Building, Suite 500  
Washington, DC 20006

EIN: 52-2183096  
SWIFT: SNTRUS3A

For ACH payment or wire transfer

**Bates White, LLC**  
ABA 061000104  
Account 1000195670509  
SunTrust Bank  
8330 Boone Boulevard  
Vienna, VA 22182

---

4   The prompt-payment discount includes: (i) $109.75 for prompt payment of pre-petition fees ($2,195.00 × 5% = $109.75), plus (ii) $6,251.65 for prompt payment of the Interim Amount from invoice #29724 ($125,033.00 × 5% = $6,251.65).

LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933

August 31, 2023  
Matter No. 1383-0001  
Invoice No: 29941

Re:   In re Bankruptcy proceedings for LTL Management LLC

For professional services rendered by Bates White, LLC between June 1, 2023 and June 30, 2023 in connection with the above referenced matter.

|  | Total |
|---|---:|
| Total Fees – LTL Bankruptcy: | $1,161,563.75 |
| Total Fees – Imerys Bankruptcy (50% of total): | $0.00 |
| Total Fees: | $1,161,563.75 |
| Total Disbursements: | $2,274.64 |
| Total Fees Plus Disbursements: | $1,163,838.39 |
| Minus 20% Holdback of Fees: | $232,312.75 |
| **Interim Amount:** | $931,525.64 |
| **TOTAL AMOUNT DUE** | $931,525.64 |

For Payment by US mail:

**Bates White, LLC**  
Attn: Accounts Receivable  
2001 K Street, NW  
North Building, Suite 500  
Washington, DC 20006

EIN: 52-2183096  
SWIFT: SNTRUS3A

For ACH payment or wire transfer

**Bates White, LLC**  
ABA 061000104  
Account 1000195670509  
SunTrust Bank  
8330 Boone Boulevard  
Vienna, VA 22182

LTL Management LLC  
501 George Street  
New Brunswick, NJ 08933

August 31, 2023  
Matter No. 1383-0001  
Invoice No: 30084

Re:    In re Bankruptcy proceedings for LTL Management LLC

For professional services rendered by Bates White, LLC between July 1, 2023 and July 31, 2023 in connection with the above referenced matter.

|  | Total |
|---|---:|
| Total Fees – LTL Bankruptcy: | $803,398.00 |
| Total Fees – Imerys Bankruptcy (50% of total): | $0.00 |
| Total Fees: | $803,398.00 |
| Total Disbursements: | $0.00 |
| Total Fees Plus Disbursements: | $803,398.00 |
| Minus 20% Holdback of Fees: | $160,679.60 |
| **Interim Amount:** | $642,718.40 |
| **TOTAL AMOUNT DUE** | $642,718.40 |

For Payment by US mail:

**Bates White, LLC**  
Attn: Accounts Receivable  
2001 K Street, NW  
North Building, Suite 500  
Washington, DC 20006

EIN: 52-2183096  
SWIFT: SNTRUS3A

For ACH payment or wire transfer

**Bates White, LLC**  
ABA 061000104  
Account 1000195670509  
SunTrust Bank  
8330 Boone Boulevard  
Vienna, VA 22182