## **EXHIBIT D**

Expense detail – LTL Bankruptcy

| Date incurred | Employee | Category | Notes | Disbursements |
|---|---|---|---|---|
| 6/27/2023 | Peters, Sarah | Billable Travel | Train ticket from WAS to TRE (Sarah Peters) | $225.00 |
| 6/27/2023 | Stewart, Samantha | Billable Travel | Train ticket from WAS to TRE (Samantha Stewart) | $225.00 |
| 6/28/2023 | Mullin, Charles | Mileage | Mileage from Wilmington, VT to Princeton, NJ for trial appearance. | $163.75 |
| 6/28/2023 | Peters, Sarah | Billable Travel | Train ticket from TRE to WAS (Sarah Peters) | $206.00 |
| 6/28/2023 | Peters, Sarah | Billable Travel | Transportation from Train station to hotel (Sarah Peters and Samantha Stewart) | $118.80 |
| 6/29/2023 | Stewart, Samantha | Billable Travel | Amtrak ticket from Princeton, NJ to Newark Airport | $119.00 |
| 6/29/2023 | Peters, Sarah | Billable Travel | Train ticket (additional charge) from train fare from TRE for WAS (Sarah Peters) | $19.00 |
| 6/30/2023 | Mullin, Charles | Mileage | Mileage from Princeton, NJ to Wilmington, VT. | $163.75 |
| 6/30/2023 | Mullin, Charles | Billable Lodging | Hotel room in Princeton, NJ (2 nights + taxes and fee). | $444.75 |
| 6/30/2023 | Stewart, Samantha | Billable Lodging | Hotel room in Princeton, NJ (2 nights + taxes and fee) | $456.21 |
| 6/30/2023 | Stewart, Samantha | Billable Travel | Cab ride from hotel to Princeton, NJ train station | $11.88 |
| 6/30/2023 | Peters, Sarah | Billable Travel | Cab ride from hotel to TRE train station (Sarah Peters) | $121.50 |
| | | | **Total** | **$2,274.64** |