## **EXHIBIT B**

Invoices



LTL Management LLC
501 George Street
New Brunswick, NJ 08933                                             August 31, 2023
Attn: John K. Kim                                                   Client No. 14740
Chief Legal Officer                                                 Invoice No. 2117988

Orrick Contact: Lisa T. Simpson

| | | |
|---|---|---|
| FOR SERVICES RENDERED through June 30, 2023 in connection with the matters described on the attached pages: | $ | 5,333.14 |
| DISBURSEMENTS as per attached pages: | | 0.00 |
| **Total Fees & Disbursements Owed by LTL 100%** | **$** | **5,333.14** |
| **Holdback of Fees 20%** | | **(1,066.63)** |
| **Amount Sought at this Time** | **$** | **4,266.51** |

Matter(s): 14740/2026 – Bankruptcy – LTL
JJL2021019389

**DUE UPON RECEIPT**

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704. Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>2121 Main Street<br>Wheeling, WV 26003<br>Reference: 14740/ Invoice: 2117988 | *ACH & Wire Transfers:*<br>**ABA Number 121000248**<br>**SWIFT CODE: WFBIUS6S**<br>**Account Number: 4123701088**<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA 94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 14740/ Invoice: 2117988*<br>*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP<br>2121 Main Street<br>Wheeling, WV 26003<br>(304) 231-2703<br>Reference: 14740/ Invoice: 2117988 |

**To pay online visit www.e-billexpress.com/ebpp/Orrick/**



LTL Management LLC
501 George Street
New Brunswick, NJ 08933
Attn:  John K. Kim
Chief Legal Officer

August 31, 2023
Client No. 14740
Invoice No. 2117988

Orrick Contact: Lisa T. Simpson

For Legal Services Rendered Through June 30, 2023 in Connection With:

**Matter:  2026 - Bankruptcy – LTL**
**Matter: JJL2021019389**

**PHASE B100 – ADMINISTRATION**

*Task B160 – Fee/Employment Applications*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 06/01/23 | M. Naulo | Email with Jones Day (1.3) and Orrick (.4) re retention application. | 1.70 | 1,420.45 |
| 06/02/23 | M. Naulo | Email with Orrick and Jones Day teams re next steps re retention application. | 0.60 | 501.34 |
| 06/04/23 | M. Naulo | Email with Jones Day re Trustee response re retention. | 0.10 | 83.56 |
| 06/05/23 | M. Naulo | Email with Orrick team and Jones Day re Retention application. | 1.00 | 835.56 |
| 06/07/23 | M. Naulo | Email with Orrick and Jones Day re Trustee response. | 0.40 | 334.22 |
| 06/14/23 | M. Naulo | Email with Orrick and trustee re next steps (.4); discuss same with Jones Day (.1). | 0.50 | 417.78 |
| 06/16/23 | M. Naulo | Email with Orrick and Jones Day to coordinate filing of retention application. | 0.70 | 584.89 |
| | | *B160 – Fee/Employment Applications Total* | *5.00* | *4,177.80* |

*Task B190 – Other Contested Matters*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 06/19/23 | L. Weber | (Gutierrez) Draft status report regarding bankruptcy proceedings. | 0.60 | 479.36 |



| | | | | |
|---|---|---|---|---|
| LTL Management LLC - 14740 | | | | August 31, 2023 |
| page 2 | | | | Invoice No. 2117988 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/20/23 | L. Weber | (Gutierrez) Revise court-mandated status report. | 0.20 | 159.79 |
| 06/22/23 | L. Weber | (Gutierrez) Coordinate filing of status report. | 0.20 | 159.79 |
| 06/22/23 | S. Harrison | (Gutierrez) Review status report. | 0.30 | 356.40 |
| | | *B190 – Other Contested Matters Total* | *1.30* | *1,155.34* |
| **PHASE B100 – ADMINISTRATION TOTAL** | | | **6.30** | **5,333.14** |
| | | Total Hours | 6.30 | |
| | | Total For Services | | $5,333.14 |

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | |
| B160 | Fee/Employment Applications | 5.00 | 4,177.80 |
| B190 | Other Contested Matters | 1.30 | 1,155.34 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | **6.30** | **5,333.14** |
| | Totals | 6.30 | $5,333.14 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Stacy W. Harrison | 0.30 | 1,200.00 | 360.00 |
| Mariya Naulo | 5.00 | 844.00 | 4,220.00 |
| Lauren A. Weber | 1.00 | 807.00 | 807.00 |
| Total All Timekeepers | 6.30 | | $5,387.00 |
| | | Volume Discount 1% | (53.86) |
| | | Total Fees | $5,333.14 |

| | |
|---|---|
| **Total For This Matter** | **$5,333.14** |
| **Holdback of Fees 20%** | **(1,066.63)** |
| **Amount Sought at this Time** | **$4,266.51** |



LTL Management LLC
501 George Street
New Brunswick, NJ 08933                                    August 31, 2023
Attn: John K. Kim                                          Client No. 14740
Chief Legal Officer                                        Invoice No. 2117987LTL

Orrick Contact: Lisa T. Simpson

| | | |
|---|---:|---:|
| FOR SERVICES RENDERED through June 30, 2023 in connection with the matters described on the attached pages: | $ | 302,674.81 |
| DISBURSEMENTS as per attached pages: | | 1,532.32 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** | **$** | **304,207.13** |
| **Portion Billed to LTL Bankruptcy (J&J) 50%** | | **(152,103.57)** |
| **Portion Owed by LTL 50%** | **$** | **152,103.56** |
| **Holdback of Fees 20%** | | **(30,267.48)** |
| **Amount Sought at this Time** | **$** | **121,836.08** |

Matter(s):  14740/2027 – Bankruptcy – LTL
            JJL2021019389

### DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|:---:|:---:|:---:|
| Orrick, Herrington & Sutcliffe LLP | *ACH & Wire Transfers:* | Orrick, Herrington & Sutcliffe LLP |
| *2121 Main Street* | **ABA Number 121000248** | *2121 Main Street* |
| *Wheeling, WV 26003* | **SWIFT CODE:  WFBIUS6S** | *Wheeling, WV 26003* |
| *Reference: 14740/ Invoice: 2117987* | **Account Number: 4123701088** | *(304) 231-2703* |
| | *Wells Fargo* | *Reference: 14740/ Invoice: 2117987* |
| | *420 Montgomery Street* | |
| | *San Francisco, CA  94104* | |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 14740/ Invoice: 2117987* | |
| | *E.I.N. 94-2952627* | |

**To pay online visit www.e-billexpress.com/ebpp/Orrick/**



LTL Management LLC
501 George Street
New Brunswick, NJ 08933
Attn: John K. Kim
Chief Legal Officer

August 31, 2023
Client No. 14740
Invoice No. 2117987LTL

Orrick Contact: Lisa T. Simpson

For Legal Services Rendered Through June 30, 2023 in Connection With:

**Matter: 2027 - Bankruptcy – LTL**
**Matter: JJL2021019389**

### PHASE B100 – ADMINISTRATION

*Task B190 – Other Contested Matters*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 06/01/23 | A. Barnard-Yanni | Prudencio (CA): Continue reviewing and revising asbestiform talc section of draft reply brief in light of comments from N. Scotten. | 4.90 | 4,094.24 |
| 06/01/23 | B. Wegrzyn | General Nationwide -- continue research regarding bankruptcy-related issues. | 1.60 | 1,336.90 |
| 06/01/23 | N. Scotten | Prudencio (CA): Work on reply brief, with focus on Longo and cleavage fragments argument. | 6.80 | 6,126.12 |
| 06/01/23 | G. Shaw | Prudencio (CA): Draft and revise causations section of draft brief (3.2) and related communications with Orrick team (.6). | 3.80 | 3,175.13 |
| 06/01/23 | U. Bhatti | Prudencio (CA): Review record and draft arguments concerning Longo's chrysotile findings. | 5.40 | 4,512.02 |
| 06/02/23 | N. Scotten | Prudencio (CA): Work on reply brief, with focus on Longo and cleavage fragments argument. | 3.60 | 3,243.24 |
| 06/02/23 | P. Pavone | Prudencio (NJ): review documents involving testing-related issues for reply brief. | 0.60 | 501.34 |



| | | | | |
|---|---|---|---|---|
| LTL Management LLC - 14740 | | | | August 31, 2023 |
| page 2 | | | | Invoice No. 2117987LTL |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---:|---:|
| 06/02/23 | E. Walker | Prudencio (CA): Review appeal Record for specific documents regarding testing issues for U. Bhatti review for appeal. | 5.30 | 1,967.63 |
| 06/02/23 | A. Gerrish | Prudencio: Research testing method documents in the appellate record at the request of U. Bhatti. | 1.30 | 482.63 |
| 06/02/23 | U. Bhatti | Prudencio (CA): Review record and draft arguments concerning Longo's chrysotile findings. | 2.60 | 2,172.46 |
| 06/02/23 | U. Bhatti | Prudencio (CA): Discuss arguments with N. Scotten concerning Longo's chrysotile findings and the record. | 0.80 | 668.45 |
| 06/03/23 | E. Walker | Prudencio (CA): Review appeal Record for Dr. Longo for U. Bhatti review for appeal. | 0.50 | 185.63 |
| 06/03/23 | U. Bhatti | Prudencio (CA): Review record and draft arguments concerning Longo's chrysotile findings. | 1.90 | 1,587.56 |
| 06/04/23 | N. Scotten | Prudencio (CA): Work on reply brief, with focus on Longo and cleavage fragments argument. | 1.30 | 1,171.17 |
| 06/04/23 | A. Barnard-Yanni | Prudencio (CA): Review N. Scotten's comments on the cleavage-fragment section of the draft reply brief. | 0.10 | 83.56 |
| 06/05/23 | N. Scotten | Prudencio (CA): Work on reply brief, with focus on Longo argument. | 6.10 | 5,495.49 |
| 06/05/23 | A. Barnard-Yanni | Prudencio Revise cleavage-fragment section of the draft reply brief in light of comments from N. Scotten. | 1.30 | 1,086.23 |
| 06/05/23 | E. Walker | Prudencio (CA): Review appeal Record for specific documents referenced during M. Sanchez testimony for U. Bhatti review for appeal. | 2.60 | 965.25 |
| 06/05/23 | A. Gerrish | [Prudencio] Research slides used during Sanchez testimony. | 0.50 | 185.63 |
| 06/05/23 | U. Bhatti | Prudencio (CA): Review record and draft arguments concerning Longo's chrysotile findings. | 1.70 | 1,420.45 |
| 06/06/23 | N. Scotten | Prudencio (CA): Work on full reply brief. | 6.20 | 5,585.58 |
| 06/06/23 | A. Barnard-Yanni | Prudencio (CA): Review N. Scotten's further edits to the draft reply brief. | 0.30 | 250.67 |
| 06/06/23 | B. Wegrzyn | General Nationwide - additional research regarding bankruptcy-related issues. | 2.10 | 1,754.68 |
| 06/06/23 | G. Shaw | Prudencio (CA): Revise draft causation section of appellate brief (1.2), perform associated record review (1.0), and related communications with Orrick team (.6). | 2.80 | 2,339.57 |



LTL Management LLC - 14740  
page 3

August 31, 2023  
Invoice No. 2117987LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/06/23 | U. Bhatti | Prudencio (CA): Review record and draft arguments concerning Longo's chrysotile findings. | 2.20 | 1,838.23 |
| 06/07/23 | N. Scotten | Prudencio (CA): Work on full reply brief. | 4.00 | 3,603.60 |
| 06/07/23 | A. Barnard-Yanni | Prudencio (CA): Review and revise asbestiform-talc section of reply brief in light of further comments from N. Scotten. | 4.30 | 3,592.91 |
| 06/07/23 | A. Gerrish | [Prudencio] Research documents at the request of U. Bhatti regarding Longo Chrysotile testimony. | 2.30 | 853.88 |
| 06/07/23 | E. Walker | Prudencio (CA): Review appeal Record for specific documents referenced during Dr. Longo's and testimony for U. Bhatti review for appeal. | 2.30 | 853.86 |
| 06/07/23 | R. Loeb | Prudencio (CA) -- Review, revisions, edits, and comments to draft reply brief. | 6.30 | 7,484.40 |
| 06/07/23 | P. Kunkler | Prudencio (CA): Review and analyze appellate record to identify exhibits and testimony for attorney use in connection with drafting of reply brief on appeal. | 3.30 | 1,225.13 |
| 06/07/23 | U. Bhatti | Prudencio (CA): Review record and draft arguments concerning Longo's chrysotile findings. | 5.80 | 4,846.25 |
| 06/08/23 | N. Scotten | Prudencio (CA): Work on reply brief, with focus on Longo and cleavage fragments argument. | 8.90 | 8,018.01 |
| 06/08/23 | N. Scotten | General appellate strategy. Email with J. Stengel regarding post-bankruptcy analysis. | 0.10 | 90.09 |
| 06/08/23 | R. Loeb | Prudencio (CA) -- Review, revisions, edits, and comments to draft reply brief. | 6.70 | 7,959.60 |
| 06/08/23 | E. Walker | Prudencio (CA): Review appeal Record and appendix for specific documents and reference cites for U. Bhatti's review and use with reply brief. | 2.80 | 1,039.50 |
| 06/08/23 | A. Gerrish | [Prudencio] Review Reply brief and adjust citations to California Style. | 2.30 | 853.88 |
| 06/08/23 | A. Barnard-Yanni | Prudencio (CA): Continue revising all sections of draft reply brief in light of further comments from N. Scotten to finalize for J. Rosenkranz's review. | 3.30 | 2,757.35 |
| 06/08/23 | G. Shaw | Prudencio (CA): Revise draft causation section of appellate brief (.3) and related communications with Orrick team (.1). | 0.40 | 334.22 |



LTL Management LLC - 14740  
page 4

August 31, 2023  
Invoice No. 2117987LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/23 | P. Kunkler | Prudencio (CA): Review record on appeal to identify information regarding testing and expert-related issues in connection with reply briefing on appeal. | 3.50 | 1,299.38 |
| 06/08/23 | A. Savin | Review all talc cases currently pending on appeal or in post-trial motions and draft case summaries in support of national coordinating counsel role. | 1.00 | 835.56 |
| 06/08/23 | U. Bhatti | Prudencio (CA): Review record and draft arguments concerning Longo's chrysotile findings. | 2.00 | 1,671.12 |
| 06/09/23 | R. Loeb | Prudencio (CA) -- Review, revisions, edits, and comments to draft reply brief. | 0.80 | 950.40 |
| 06/09/23 | E. Walker | Prudencio (CA): Review appeal Record and appendix for specific documents and reference cites for U. Bhatti's review and use with reply brief. | 4.20 | 1,559.25 |
| 06/09/23 | A. Gerrish | [Prudencio] Research various questions from U. Bhatti regarding Longo and Chrysotile testimony. | 4.30 | 1,596.35 |
| 06/09/23 | A. Barnard-Yanni | Prudencio (CA): Revise draft reply brief in light of final comments from N. Scotten. | 0.30 | 250.67 |
| 06/09/23 | P. Kunkler | Prudencio (CA): Review record on appeal to identify information regarding testing and expert-related issues in connection with reply briefing on appeal. | 2.00 | 742.50 |
| 06/09/23 | N. Scotten | Prudencio (CA): Work on reply brief, with focus on Longo and cleavage fragments argument. | 2.80 | 2,522.52 |
| 06/09/23 | U. Bhatti | Prudencio (CA): Review record and draft arguments concerning Longo's chrysotile findings. | 3.80 | 3,175.13 |
| 06/10/23 | A. Barnard-Yanni | Prudencio (CA): Compile relevant documents and sources and send to J. Rosenkranz to assist with his review of the draft reply brief. | 0.20 | 167.11 |
| 06/10/23 | J. Rosenkranz | Prudencio (CA): Edit reply brief. | 4.20 | 4,989.60 |
| 06/10/23 | N. Scotten | Prudencio (CA): Strategize with J. Rosenkranz regarding brief and analyze case materials regarding same. | 1.20 | 1,081.08 |
| 06/10/23 | U. Bhatti | Prudencio (CA): Review record and draft arguments regarding testing and expert-related issues. | 1.10 | 919.12 |
| 06/11/23 | J. Stengel | E-mails with team re bankruptcy-related issues. | 0.50 | 594.00 |



| | | | | |
|---|---|---|---|---|
| LTL Management LLC - 14740 | | | | August 31, 2023 |
| page 5 | | | | Invoice No. 2117987LTL |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/12/23 | P. Kunkler | Prudencio (CA): Review and analyze appellate appendix to identify whether demonstrative exhibits used by Plaintiff were admitted into evidence or otherwise made a part of the appellate record. | 3.00 | 1,113.75 |
| 06/12/23 | P. Kunkler | Prudencio (CA): Review and analyze record on appeal regarding testing and expert-related issues. | 3.50 | 1,299.38 |
| 06/12/23 | A. Gerrish | [Prudencio] Research findings in trial exhibits, testimony and depositions and prepare pro hac vice application for J. Rosenkranz. | 3.30 | 1,225.12 |
| 06/12/23 | N. Scotten | Prudencio (CA): Work on Longo section of reply brief. | 0.10 | 90.09 |
| 06/12/23 | J. Stengel | Analysis of bankruptcy-related issues. | 1.00 | 1,188.00 |
| 06/12/23 | J. Rosenkranz | Prudencio (CA): Edit reply brief. | 4.40 | 5,227.20 |
| 06/12/23 | U. Bhatti | Prudencio (CA): Review record and revise arguments regarding testing and expert-related issues. | 6.50 | 5,431.14 |
| 06/13/23 | A. Barnard-Yanni | Prudencio (CA): Review portions of trial transcript relevant to brief and draft analysis for N. Scotten on same. | 0.70 | 584.89 |
| 06/13/23 | N. Scotten | Prudencio (CA): Work on full reply brief. | 0.40 | 360.36 |
| 06/13/23 | J. Rosenkranz | Prudencio (CA): Edit reply brief. | 0.70 | 831.60 |
| 06/13/23 | U. Bhatti | Prudencio (CA): Review record and revise arguments regarding testing and expert-related issues. | 2.60 | 2,172.46 |
| 06/14/23 | J. Rosenkranz | Prudencio (CA): Edit reply brief. | 2.20 | 2,613.60 |
| 06/14/23 | A. Barnard-Yanni | Prudencio (CA): Revise sections of draft reply brief in light of J. Rosenkranz's comments and edits. | 0.70 | 584.89 |
| 06/14/23 | U. Bhatti | Prudencio (CA): Review record and revise arguments regarding testing and expert-related issues. | 2.70 | 2,256.01 |
| 06/15/23 | Z. Hennessee | Hayes (KY S. Ct.): Review latest filings on bankruptcy docket and begin drafting status update. | 0.30 | 224.53 |
| 06/15/23 | A. Barnard-Yanni | Prudencio (CA): Revise sections of draft reply brief in light of further edits and comments from J. Rosenkranz and prepare draft for circulation to trial counsel for comment. | 1.30 | 1,086.23 |
| 06/15/23 | J. Rosenkranz | Prudencio (CA): Edit reply brief. | 3.70 | 4,395.60 |
| 06/15/23 | R. Loeb | Prudencio (CA) -- Edits to draft reply brief (.2) and related communications with Orrick team re issues and record (.1). | 0.30 | 356.40 |



LTL Management LLC - 14740  
page 6

August 31, 2023  
Invoice No. 2117987LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/15/23 | N. Scotten | Prudencio (CA): Strategize with team regarding draft brief. | 2.00 | 1,801.80 |
| 06/15/23 | U. Bhatti | Prudencio (CA): Review record and revise arguments regarding testing and expert-related issues. | 6.20 | 5,180.47 |
| 06/16/23 | J. Rosenkranz | Olson (NY): Correspondence with clients regarding reargument motion; conversation with T. Kurland regarding same. | 0.50 | 594.00 |
| 06/16/23 | Z. Hennessee | Hayes (KY S. Ct.): Revise and finalize bankruptcy status update and coordinate filing. | 0.30 | 224.53 |
| 06/16/23 | G. Shaw | Olson (NY): Review and analyze Plaintiffs' motion for reargument (.4), perform associated research (.7), and related communications with Orrick team (.1). | 1.20 | 1,002.67 |
| 06/16/23 | U. Bhatti | Prudencio (CA): Review record and revise arguments regarding testing and expert-related issues. | 0.50 | 417.78 |
| 06/17/23 | A. Barnard-Yanni | Prudencio (CA): Draft response to questions from J. Rosenkranz regarding draft reply brief. | 0.20 | 167.11 |
| 06/17/23 | U. Bhatti | Prudencio (CA): Review record and revise arguments regarding testing and expert-related issues. | 1.80 | 1,504.01 |
| 06/17/23 | J. Rosenkranz | Prudencio (CA): Edit reply brief. | 3.00 | 3,564.00 |
| 06/18/23 | J. Rosenkranz | Prudencio (CA): Edit reply brief. | 7.60 | 9,028.80 |
| 06/19/23 | J. Rosenkranz | Prudencio (CA): Re-read response brief (1.0) and correspondence re same (.5); edit reply brief (1.5). | 3.00 | 3,564.00 |
| 06/19/23 | A. Barnard-Yanni | Prudencio (CA): Call with N. Scotten to discuss J. Rosenkranz's proposed reorganization of the draft reply brief (.5), and revise asbestiform talc section of reply brief in light of comments from J. Rosenkranz (6.1). | 6.60 | 5,514.70 |
| 06/19/23 | N. Scotten | Prudencio (CA): Strategize with team regarding draft brief. | 0.90 | 810.81 |
| 06/20/23 | A. Barnard-Yanni | Prudencio (CA): Continue revising asbestos-definition section of draft reply brief in light of comments from J. Rosenkranz. | 1.10 | 919.12 |
| 06/20/23 | J. Rosenkranz | Prudencio (CA): Edit reply brief (3.6), correspondence re strategy on harmless error (.6). | 4.20 | 4,989.60 |
| 06/20/23 | N. Scotten | Prudencio (CA): Strategize with team regarding draft brief. | 0.80 | 720.72 |



| | | | | |
|---|---|---|---|---|
| LTL Management LLC - 14740 | | | | August 31, 2023 |
| page 7 | | | | Invoice No. 2117987LTL |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/20/23 | A. Gerrish | [Prudencio] finalize pro hac vice admission application for J. Rosenkranz and forward to P. Johnson for filing; cite check Reply brief. | 7.30 | 2,710.12 |
| 06/20/23 | U. Bhatti | Prudencio (CA): Review record and revise arguments regarding testing and expert-related issues. | 4.10 | 3,425.80 |
| 06/21/23 | B. Wegrzyn | Additional research regarding bankruptcy-related issues. | 1.20 | 1,002.67 |
| 06/21/23 | J. Rosenkranz | Prudencio (CA): Edit reply brief. | 5.30 | 6,296.40 |
| 06/21/23 | E. Walker | Prudencio (CA): Review database files for expert-related issues for U. Bhatti review for appeal. | 1.30 | 482.63 |
| 06/21/23 | A. Barnard-Yanni | Prudencio (CA): Review and revise cleavage-fragment section of draft opening brief in light of comments from J. Rosenkranz. | 1.20 | 1,002.67 |
| 06/21/23 | N. Scotten | Prudencio (CA): Strategize with team regarding draft brief. | 1.90 | 1,711.71 |
| 06/21/23 | A. Gerrish | [Prudencio] File J. Rosenkranz's Pro Hac Vice application with the California Bar; cite check reply brief. | 6.80 | 2,524.49 |
| 06/21/23 | U. Bhatti | Prudencio (CA): Review record and revise arguments regarding testing and expert-related issues. | 8.60 | 7,185.82 |
| 06/22/23 | A. Barnard-Yanni | Prudencio (CA): Revise section of draft reply brief on asbestos definitions in light of further comments from J. Rosenkranz (1.7), revise harmless-error discussion in the draft reply brief in light of further comments from J. Rosenkranz and N. Scotten (.3), discuss technical questions with N. Scotten (.2), and draft analysis for J. Rosenkranz on historical testing documents in the record (.4). | 2.60 | 2,172.46 |
| 06/22/23 | J. Rosenkranz | Prudencio (CA): Edit reply brief. | 3.00 | 3,564.00 |
| 06/22/23 | N. Scotten | Prudencio (CA): Strategize with team regarding draft brief. | 1.80 | 1,621.62 |
| 06/22/23 | A. Gerrish | [Prudencio] Cite check Reply Brief and enter proofing edits. | 2.50 | 928.13 |
| 06/22/23 | U. Bhatti | Prudencio (CA): Review record and revise arguments regarding testing and expert-related issues. | 4.90 | 4,094.24 |
| 06/23/23 | E. Walker | Prudencio (CA): Review trial transcripts for testing and expert-related issues for U. Bhatti review for appeal. | 1.20 | 445.50 |



LTL Management LLC - 14740  
page 8

August 31, 2023  
Invoice No. 2117987LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/23/23 | A. Barnard-Yanni | Prudencio (CA): Call with J. Rosenkranz and U. Bhatti to discuss expert testimony standards (.6), and revise draft opening brief in light of same (1.6). | 2.20 | 1,838.23 |
| 06/23/23 | J. Rosenkranz | Prudencio (CA): Edit reply brief (6.0); telephone conference with team re strategy (.5). | 6.50 | 7,722.00 |
| 06/23/23 | U. Bhatti | Prudencio (CA): Review record and revise arguments regarding testing and expert-related issues. | 2.80 | 2,339.57 |
| 06/23/23 | U. Bhatti | Prudencio (CA): Attend call with J. Rosenkranz and A. Barnard-Yanni to discuss edits to the arguments regarding testing and expert-related issues. | 0.50 | 417.78 |
| 06/24/23 | A. Gerrish | [Prudencio] Review latest draft of reply brief and prepare table of authorities. | 3.10 | 1,150.87 |
| 06/24/23 | J. Rosenkranz | Prudencio (CA): Edit reply brief. | 1.90 | 2,257.20 |
| 06/24/23 | U. Bhatti | Prudencio (CA): Review record and revise arguments regarding testing and expert-related issues. | 3.30 | 2,757.35 |
| 06/25/23 | A. Barnard-Yanni | Prudencio (CA): Revise draft opening brief in light of further comments from J. Rosenkranz, N. Scotten, and U. Bhatti. | 1.50 | 1,253.34 |
| 06/25/23 | N. Scotten | Prudencio (CA): Review and revise draft brief. | 1.80 | 1,621.62 |
| 06/25/23 | J. Rosenkranz | Prudencio (CA): Edit reply brief. | 2.10 | 2,494.80 |
| 06/25/23 | P. Kunkler | Prudencio (CA): Review record on appeal and case files concerning testing and expert-related issues for attorney review in connection with briefing on appeal. | 0.60 | 222.75 |
| 06/25/23 | U. Bhatti | Prudencio (CA): Revise and review brief, including cite-check, to prepare for filing. | 3.70 | 3,091.57 |
| 06/26/23 | A. Barnard-Yanni | Prudencio (CA): Make modest revisions to the draft reply in light of comments from N. Scotten and prepare a revised draft for client circulation. | 0.40 | 334.22 |
| 06/26/23 | J. Rosenkranz | Prudencio (CA): Review edits on reply brief (1.2); correspondence re same (.5). | 1.70 | 2,019.60 |
| 06/26/23 | A. Gerrish | Pridencio: Cite check Reply brief and respond to questions from U. Bhatti regarding same. | 1.30 | 482.63 |
| 06/26/23 | E. Walker | Prudencio (CA): Review trial transcripts for testimony cites for use with reply as requested by U. Bhatti for appeal. | 4.40 | 1,633.50 |
| 06/26/23 | N. Scotten | Prudencio (CA): Strategize with team regarding draft brief. | 0.40 | 360.36 |



LTL Management LLC - 14740  
page 9

August 31, 2023  
Invoice No. 2117987LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/26/23 | G. Shaw | Prudencio (CA): Review and analyze comments on draft brief (.7), communicate with Orrick team (.3), and perform substantive cite check (.9). | 1.90 | 1,587.56 |
| 06/26/23 | U. Bhatti | Prudencio (CA): Revise and review brief, including cite-check, to prepare for filing. | 5.30 | 4,428.47 |
| 06/27/23 | A. Barnard-Yanni | Prudencio (CA): Conduct substantive citecheck of sections of draft reply brief to confirm accuracy of citations, ensure cited sources do not undermine our arguments, and identify additional helpful material to highlight in the brief. | 3.80 | 3,175.13 |
| 06/27/23 | A. Gerrish | [Prudencio] Cite check reply brief. | 2.30 | 853.88 |
| 06/27/23 | G. Shaw | Prudencio (CA): Perform substantive cite check of draft brief (2.1) and revise brief in communication with Orrick team (1.2). | 3.30 | 2,757.35 |
| 06/27/23 | U. Bhatti | Prudencio (CA): Revise and review brief, including cite-check, to prepare for filing. | 4.40 | 3,676.46 |
| 06/28/23 | N. Scotten | Prudencio (CA): Full read-through of reply brief and related materials, revise brief and strategize with team regarding same. | 6.30 | 5,675.67 |
| 06/28/23 | A. Barnard-Yanni | Prudencio (CA): Conduct substantive citecheck of harmless-error section of reply brief. | 2.40 | 2,005.34 |
| 06/28/23 | A. Gerrish | [Prudencio] review redlines of reply brief and coordinate proof-reading. | 2.50 | 928.13 |
| 06/28/23 | P. Bicks | Prudencio - Review reply brief. | 1.00 | 1,188.00 |
| 06/28/23 | G. Shaw | Prudencio (CA): Perform substantive cite check (1.2) and communicate with Orrick team (5). | 1.70 | 1,420.45 |
| 06/28/23 | U. Bhatti | Prudencio (CA): Revise and review brief, including cite-check, to prepare for filing. | 3.00 | 2,506.68 |
| 06/29/23 | A. Gerrish | [Prudencio] Review reply brief and tables and make arrangements for filing and service. | 1.50 | 556.88 |
| 06/29/23 | A. Barnard-Yanni | Prudencio (CA): Coordinate with Orrick team to finalize draft reply brief for filing. | 1.50 | 1,253.34 |
| 06/29/23 | J. Rosenkranz | Prudencio (CA): Review final edits on reply brief. | 0.80 | 950.40 |
| 06/29/23 | N. Scotten | Prudencio (CA): Finalize reply brief. | 0.70 | 630.63 |
| 06/29/23 | U. Bhatti | Prudencio (CA): Revise and review brief, including cite-check, to prepare for filing. | 5.20 | 4,344.91 |
| 06/30/23 | A. Barnard-Yanni | Prudencio (CA): Correspond with A. Gerrish regarding outstanding items to finalize reply brief for filing. | 0.10 | 83.56 |



LTL Management LLC - 14740  
page 10

August 31, 2023  
Invoice No. 2117987LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/30/23 | R. Loeb | Prudencio: Review of draft brief (.8) and related communications re same (.5). | 1.30 | 1,544.40 |
| 06/30/23 | N. Scotten | Prudencio (CA): Strategize with team regarding reply brief. | 0.80 | 720.72 |
| 06/30/23 | G. Shaw | Prudencio (CA): Review near-final brief in anticipation of filing. | 0.40 | 334.22 |
| 06/30/23 | A. Gerrish | Prudencio: Finalize reply brief. | 1.10 | 408.38 |
| 06/30/23 | U. Bhatti | Prudencio (CA): Revise and review brief to prepare for filing. | 1.60 | 1,336.90 |
| | | *B190 – Other Contested Matters Total* | *373.10* | *302,674.81* |
| **PHASE B100 – ADMINISTRATION TOTAL** | | | **373.10** | **302,674.81** |

Total Hours 373.10  
Total For Services $302,674.81

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | |
| B190 | Other Contested Matters | 373.10 | 302,674.81 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | **373.10** | **302,674.81** |
| | Totals | 373.10 | $302,674.81 |



LTL Management LLC - 14740                                                            August 31, 2023
page 11                                                                         Invoice No. 2117987LTL

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---|---|---|
| Peter A. Bicks | 1.00 | 1,200.00 | 1,200.00 |
| Robert Loeb | 15.40 | 1,200.00 | 18,480.00 |
| Joshua Rosenkranz | 54.80 | 1,200.00 | 65,760.00 |
| James L. Stengel | 1.50 | 1,200.00 | 1,800.00 |
| Naomi J. Scotten | 58.90 | 910.00 | 53,599.00 |
| Alyssa Barnard-Yanni | 41.00 | 844.00 | 34,604.00 |
| Upnit K. Bhatti | 95.00 | 844.00 | 80,180.00 |
| Paige Pavone | 0.60 | 844.00 | 506.40 |
| Anne Savin | 1.00 | 844.00 | 844.00 |
| Geoffrey Shaw | 15.50 | 844.00 | 13,082.00 |
| Brian Wegrzyn | 4.90 | 844.00 | 4,135.60 |
| Zachary Hennessee | 0.60 | 756.00 | 453.60 |
| Amy S. Gerrish | 42.40 | 375.00 | 15,900.00 |
| Patrick P. Kunkler | 15.90 | 375.00 | 5,962.50 |
| Elizabeth Y. Walker | 24.60 | 375.00 | 9,225.00 |
| Total All Timekeepers | 373.10 | | $305,732.10 |
| | | Less Discount 1% | (3,057.29) |
| | | Total Fees | $302,674.81 |

Disbursements
    Outside Services                                               1,532.32
                                        Total Disbursements                        $1,532.32

Disbursements:
| | | | |
|---|---|---|---|
| 06/28/23 | Outside Services | Vendor: Legal Printers, LLC; Invoice#: 230110; Date: 2/28/2023 - SH - Print & Bind 1/30/2023 ***CPR** By: L. Simpson | 1,418.55 |
| 06/30/23 | Outside Services | Vendor: CourtAlert.com, Inc; Invoice#: 280559-2306; Date: 6/30/2023 - PK - Payment of fees for service in the month of June 2023    Cust# 404165 By: A. Savin | 113.77 |

                                                    Disbursements Total              $1,532.32

                            **Total For This Matter**                              **$304,207.13**
            **Portion Billed to LTL Bankruptcy (J&J) 50%**                    **(152,103.57)**
                            **Portion Owed by LTL 50%**                          **$152,103.56**
                            **Holdback of Fees 20%**                              **(30,267.48)**
                            **Amount Sought at this Time**                        **$121,836.08**

orrick

LTL Management LLC - 14740  August 31, 2023
page 12  Invoice No. 2117987LTL