**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE**
**PERIOD JULY 1, 2023 THROUGH JULY 31, 2023**

| | |
|---|---|
| Debtor:  LTL Management LLC | Applicant: Orrick, Herrington & Sutcliffe LLP |
| Case No.:  23-12825-MBK | Client:  LTL Management LLC |
| Chapter:  11 | Case Filed:  April 4, 2023 (the "Petition Date") |

**SECTION 1**
**FEE SUMMARY**

☒ Monthly Fee Application No. 4     or     ☐ Final Fee Application

Summary of Amounts Requested for the Period from July 1, 2023 through July 31, 2023 (the "Fourth Statement Period").

| | |
|---|---|
| Total Fees: | $18,751.54[1] |
| Total Disbursements: | $125.38 |
| Total Fees Plus Disbursements: | $18,876.92 |
| Minus 20% Holdback of Fees: | $3,750.30 |
| Amount Sought at this Time: | $15,126.62 |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested: | $343,280.04 | $874.75 |
| Total Fees Allowed to Date: | | |
| Total Retainer (If Applicable): | $0.00 | $0.00 |
| Total Holdback (If Applicable): | $68,656.01 | $0.00 |
| Total Received by Applicant: | $0.00 | $0.00 |

---

[1] The total amount of fees and expenses incurred by Orrick during the Fourth Statement Period for matters in which it is solely representing the Debtor (invoice number 2125654) or is representing the Debtor jointly with Johnson & Johnson ("J&J") (invoice number 2125656LTL accounting for the portion allocated to the Debtor) is $18,751.54 in fees and $125.38 in expenses. Of this amount, as set forth in this fee statement, Orrick is seeking payment in the amount of $15,126.62 from the Debtor. Orrick's fees for matters in which it is solely representing J&J are not reflected in this monthly fee statement.

### COMPENSATION BY: PROFESSIONAL JULY 1, 2023 THROUGH JULY 31, 2023

The attorneys who rendered professional services in this chapter 11 case during the Fourth Statement Period are:

**Invoice 2125654 (for services rendered on behalf of the Debtor):**

| Name of Professional: Associates | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| **Naulo, Mariya** | 2014 | Restructuring | $844.00 | 4.50 | $3,798.00 |
| **Grand Total** | | | | **4.50** | **$3,798.00** |

| Professionals | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Associate | $844.00 | 4.50 | $3,798.00 |
| **Grand Total** | **$844.00** | **4.50** | **$3,798.00** |
| Volume Discount | | | (75.96) |
| **Grand Total** | | | **$3,722.04** |

**Invoice 2125656LTL (for services rendered on behalf of the Debtor and J&J):**

| Name of Professional: Partners | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| **Loeb, Robert** | 1987 | Supreme Court and Appellate | $1,200.00 | 1.20 | $1,440.00 |
| **Scotten, Naomi** | 2011 | Supreme Court and Appellate | $910.00 | 0.60 | $546.00 |
| **Grand Total** | | | | **1.80** | **$1,986.00** |

| Name of Professional: Associates | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| **Barnard-Yanni, Alyssa** | 2015 | Supreme Court and Appellate | $844.00 | 15.00 | $12,660.00 |
| **Bhatti, Upnit K.** | 2015 | Complex Litigation and Dispute Resolution | $844.00 | 12.50 | $10,550.00 |

| Name | Year | Department | Hourly Rate | Hours | Total |
|---|---|---|---|---|---|
| **Savin, Anne** | 2001 | Supreme Court and Appellate | $844.00 | 1.90 | $1,603.60 |
| **Shaw, Geoffrey** | 2016 | Supreme Court and Appellate | $844.00 | 4.10 | $3,460.40 |
| **Grand Total** | | | | **33.50** | **$28,274.00** |

| Name of Professional: Paralegals | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| **Gerrish, Amy S.** | Supreme Court and Appellate | $375.00 | 1.10 | $412.50 |
| **Grand Total** | | | **1.10** | **$412.50** |

| Professionals | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Partner | $1,103.33 | 1.80 | $1,986.00 |
| Associate | $844.00 | 33.50 | $28,274.00 |
| Paralegal | $375.00 | 1.10 | $412.50 |
| Total | **$842.65** | **36.40** | **$30,672.50** |
| **Volume Discount** | | | **(613.49)** |
| **Total** | | | **$30,059.01** |
| Portion Billed to J&J | | | (15,029.51) |
| **Grand Total** | | | **$15,029.50** |

# SECTION II
# SUMMARY OF SERVICES

## COMPENSATION BY WORK TASK CODE FOR SERVICES

## RENDERED BY ORRICK, HERRINGTON & SUTCLIFFE LLP
## FOR THE PERIOD JULY 1, 2023 THROUGH JULY 31, 2023

**Invoice 2125654 (for services rendered on behalf of the Debtor):**

| DESCRIPTION | HOURS | FEES |
|---|---:|---:|
| Fee/Employment Applications | 4.50 | $3,722.04 |
| **Total Fees Requested** | **4.50** | **$3,722.04** |

**Invoice 2125656LTL (for services rendered on behalf of the Debtor and J&J)**

| DESCRIPTION | HOURS | FEES |
|---|---:|---:|
| Litigation | 36.40 | $30,059.01 |
| Portion Billed to J&J | | (15,029.51) |
| **Total Fees Requested** | | **$15,029.50** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

### DISBURSEMENT SUMMARY BY ORRICK, HERRINGTON & SUTCLIFFE LLP
### FOR THE PERIOD JULY 1, 2023 THROUGH JULY 31, 2023

| DISBURSEMENTS | AMOUNT |
|---|---|
| Court Filing Fee (Charged By Court) | $51.25 |
| Outside Services | $199.50 |
| **DISBURSEMENTS TOTALS** | $250.75 |
| **Portion Billed to J&J** | $(125.37) |
| **DISBURSEMENTS TOTALS** | $125.38 |

## SECTION IV
## CASE HISTORY

(1) Date Case Filed            April 4, 2023

(2) Chapter Under Which Case Commenced:            Chapter 11

(3) Date of Retention:            June 16, 2023 *nunc pro tunc* to April 4, 2023 [Dkt. 801] (the "Retention Order")[2]

(4) Summarize in brief the benefits to the estate and attach supplements as needed            SEE BELOW

During the Fourth Statement Period, Orrick, Herrington & Sutcliffe LLP ("Orrick") provided the following services to the Debtor including, but not limited to, the following:

*Litigation*

- Communicated and coordinated with team and co-counsel on case status and fee applications.

*Litigation*

- Prepared for oral argument in California litigation.

- Reviewed and analyzed pleadings, and performed associated legal research and record review.

- Communicated and coordinated with team and client on case status.

(5) Anticipated distribution to creditors:

| | |
|---|---|
| (a) Administrative expense | Unknown at this time. |
| (b) Secured creditors | Unknown at this time. |
| (c) Priority creditors | Unknown at this time. |
| (d) General unsecured creditors | Unknown at this time. |

---

[2]      The Retention Order is attached hereto as Exhibit A.

| | |
|---|---|
| (6) Final disposition of case and percentage of dividend paid to creditors: | Final dividend percentages are unknown at this time. |

I certify under penalty of perjury that the above is true.

Date: September 5, 2023                             */s/ Robert Loeb*