## **EXHIBIT B**

Invoices



LTL Management LLC
501 George Street
New Brunswick, NJ 08933　　　　　　　　　　　　　　　　　　　　September 5, 2023
Attn:  John K. Kim　　　　　　　　　　　　　　　　　　　　　　　　Client No. 14740
Chief Legal Officer　　　　　　　　　　　　　　　　　　　　　　　Invoice No. 2125654

　　　　　　　　　　　　　　　　　　　　　　　　　　Orrick Contact: Lisa T. Simpson

| | | |
|---|---:|---:|
| FOR SERVICES RENDERED through July 31, 2023 in connection with the matters described on the attached pages: | $ | 3,722.04 |
| DISBURSEMENTS as per attached pages: | | 0.00 |
| **Total Fees & Disbursements Owed by LTL 100%** | **$** | **3,722.04** |
| **Holdback of Fees 20%** | | **(744.40)** |
| **Amount Sought at this Time** | **$** | **2,977.64** |

Matter(s):  14740/2026 – Bankruptcy – LTL
　　　　　　JJL2021019389

### DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|:---:|:---:|:---:|
| Orrick, Herrington & Sutcliffe LLP | ***ACH & Wire Transfers:*** | Orrick, Herrington & Sutcliffe LLP |
| 2121 Main Street | **ABA Number 121000248** | 2121 Main Street |
| Wheeling, WV 26003 | **SWIFT CODE:  WFBIUS6S** | Wheeling, WV 26003 |
| Reference: 14740/ Invoice: 2125654 | **Account Number: 4123701088** | (304) 231-2703 |
| | *Wells Fargo* | Reference: 14740/ Invoice: 2125654 |
| | *420 Montgomery Street* | |
| | *San Francisco, CA  94104* | |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 14740/ Invoice: 2125654* | |
| | *E.I.N. 94-2952627* | |

**To pay online visit www.e-billexpress.com/ebpp/Orrick/**



LTL Management LLC
501 George Street
New Brunswick, NJ 08933
Attn:  John K. Kim
Chief Legal Officer

September 5, 2023
Client No. 14740
Invoice No. 2125654

Orrick Contact: Lisa T. Simpson

For Legal Services Rendered Through July 31, 2023 in Connection With:

**Matter:  2026 - Bankruptcy – LTL**
**Matter: JJL2021019389**

### PHASE B100 – ADMINISTRATION

*Task B160 – Fee/Employment Applications*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 07/13/23 | M. Naulo | Email with Orrick (.2) and Jones Day (Melina Bales (.1)) re current status and next steps re billing. | 0.30 | 248.14 |
| 07/14/23 | M. Naulo | Communicate with team re billing. | 0.20 | 165.42 |
| 07/20/23 | M. Naulo | Draft fee applications, including emailing with Orrick and Jones Day re same. | 2.90 | 2,398.65 |
| 07/21/23 | M. Naulo | Email with Orrick and Jones Day re fee applications. | 0.40 | 330.85 |
| 07/28/23 | M. Naulo | Review fee applications and email with Orrick team re same | 0.70 | 578.98 |
| | | *B160 – Fee/Employment Applications Total* | *4.50* | *3,722.04* |
| **PHASE B100 – ADMINISTRATION TOTAL** | | | **4.50** | **3,722.04** |
| | | Total Hours | 4.50 | |
| | | Total For Services | | $3,722.04 |



| | |
|---|---|
| LTL Management LLC - 14740 | September 5, 2023 |
| page 2 | Invoice No. 2125654 |

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | |
| B160 | Fee/Employment Applications | 4.50 | 3,722.04 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | 4.50 | 3,722.04 |
| | Totals | 4.50 | $3,722.04 |

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---|---|---|
| Mariya Naulo | 4.50 | 844.00 | 3,798.00 |
| Total All Timekeepers | 4.50 | | $3,798.00 |
| | | Volume Discount 2% | (75.96) |
| | | Total Fees | $3,722.04 |

| | |
|---|---|
| **Total For This Matter** | **$3,722.04** |
| **Holdback of Fees 20%** | **(744.40)** |
| **Amount Sought at this Time** | **$2,977.64** |



LTL Management LLC
501 George Street
New Brunswick, NJ 08933　　　　　　　　　　　　　　　　　　　　September 5, 2023
Attn:  John K. Kim　　　　　　　　　　　　　　　　　　　　　　　　Client No. 14740
Chief Legal Officer　　　　　　　　　　　　　　　　　　　　　　Invoice No. 2125656LTL

Orrick Contact: Lisa T. Simpson

| | | |
|---|---:|---:|
| FOR SERVICES RENDERED through July 31, 2023 in connection with the matters described on the attached pages: | $ | 30,059.01 |
| DISBURSEMENTS as per attached pages: | | 250.75 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** | **$** | **30,309.76** |
| **Portion Billed to LTL Bankruptcy (J&J) 50%** | | **(15,154.88)** |
| **Portion Owed by LTL 50%** | **$** | **15,154.88** |
| **Holdback of Fees 20%** | | **(3,005.90)** |
| **Amount Sought at this Time** | **$** | **12,148.98** |

Matter(s):  14740/2027 – Bankruptcy – LTL
JJL2021019389

**DUE UPON RECEIPT**

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|:---:|:---:|:---:|
| Orrick, Herrington & Sutcliffe LLP | ***ACH & Wire Transfers:*** | Orrick, Herrington & Sutcliffe LLP |
| 2121 Main Street | ***ABA Number 121000248*** | 2121 Main Street |
| Wheeling, WV 26003 | ***SWIFT CODE:  WFBIUS6S*** | Wheeling, WV 26003 |
| Reference: 14740/ Invoice: 2125656 | ***Account Number: 4123701088*** | (304) 231-2703 |
| | *Wells Fargo* | Reference: 14740/ Invoice: 2125656 |
| | *420 Montgomery Street* | |
| | *San Francisco, CA  94104* | |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 14740/ Invoice: 2125656* | |
| | *E.I.N. 94-2952627* | |

**To pay online visit www.e-billexpress.com/ebpp/Orrick/**



LTL Management LLC
501 George Street
New Brunswick, NJ 08933
Attn: John K. Kim
Chief Legal Officer

September 5, 2023
Client No. 14740
Invoice No. 2125656LTL

Orrick Contact: Lisa T. Simpson

For Legal Services Rendered Through July 31, 2023 in Connection With:

**Matter:  2027 - Bankruptcy – LTL**
**Matter: JJL2021019389**

### PHASE B100 – ADMINISTRATION

*Task B190 – Other Contested Matters*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 07/03/23 | A. Gerrish | [Prudencio] File and coordinate the service of Reply Brief. | 0.50 | 183.75 |
| 07/03/23 | U. Bhatti | Prudencio (CA): Review reply brief to prepare for filing. | 1.60 | 1,323.39 |
| 07/05/23 | N. Scotten | Analyze status of current appeals. | 0.10 | 89.18 |
| 07/05/23 | A. Savin | Updated case statuses for all cases pending on post-trial matters or on appeal to facilitate national appellate oversight role. | 0.50 | 413.56 |
| 07/05/23 | A. Gerrish | [Prudencio] Prepare Oral Argument Request. | 0.30 | 110.25 |
| 07/06/23 | U. Bhatti | Prudencio (CA): Review and revise oral argument request and prepare for filing. | 1.20 | 992.54 |
| 07/06/23 | A. Gerrish | [Prudencio] File Oral Argument request for J. Rosenkranz. | 0.30 | 110.25 |
| 07/07/23 | A. Savin | Research case status of trial in Valadez matter, Alameda County Superior Court, in preparation for post-trial/appellate oversight. | 0.60 | 496.27 |
| 07/07/23 | A. Barnard-Yanni | Prudencio (CA): Review guidance from J. Rosenkranz regarding oral argument preparation materials. | 0.40 | 330.85 |
| 07/09/23 | U. Bhatti | Prudencio (CA): Review briefing, record, and sample prep material to draft materials for oral argument prep. | 1.60 | 1,323.39 |



LTL Management LLC - 14740  
page 2

September 5, 2023  
Invoice No. 2125656LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/10/23 | A. Barnard-Yanni | Prudencio (CA): Begin preparing materials for J. Rosenkranz's oral argument preparation. | 0.80 | 661.70 |
| 07/10/23 | U. Bhatti | Prudencio (CA): Review briefing, record, and sample prep material to draft materials for oral argument prep. | 0.60 | 496.27 |
| 07/11/23 | A. Barnard-Yanni | Prudencio (CA): Circulate initial oral argument preparation materials to U. Bhatti and G. Shaw and preview workstreams. | 0.20 | 165.42 |
| 07/11/23 | U. Bhatti | Prudencio (CA): Review briefing, record, and sample prep material to draft materials for oral argument prep. | 0.90 | 744.41 |
| 07/13/23 | N. Scotten | Prudencio (CA): Strategize with team regarding oral argument preparation. | 0.50 | 445.90 |
| 07/13/23 | A. Savin | Review daily docket and minute order in Valadez matter, Alameda County Superior Court, California, in anticipation of post-trial motions and appeal. | 0.20 | 165.42 |
| 07/13/23 | A. Barnard-Yanni | Prudencio (CA): Call with N. Scotten, G. Shaw, and U. Bhatti to discuss preparation for J. Rosenkranz's oral argument (.4), and begin preparing materials for same(.2). | 0.60 | 496.27 |
| 07/13/23 | G. Shaw | Prudencio (CA): Confer with Orrick team regarding oral argument preparation and strategy (.5), and prepare oral argument preparation materials (3.6). | 4.10 | 3,391.19 |
| 07/13/23 | U. Bhatti | Prudencio (CA): Review briefing, record, and sample prep material to draft materials for oral argument prep. | 2.10 | 1,736.95 |
| 07/13/23 | U. Bhatti | Prudencio (CA): Review briefing, record, and sample prep material to draft materials for oral argument prep. | 0.30 | 248.14 |
| 07/13/23 | U. Bhatti | Prudencio (CA): Participate in Orrick team call to discuss timeline, tasks, and division of arguments for oral argument prep. | 0.40 | 330.85 |
| 07/14/23 | A. Savin | Review daily docket and minute order in trial in Valadez matter, Alameda County Superior Court, California in anticipation of post-trial motions and appeal. | 0.20 | 165.42 |
| 07/14/23 | U. Bhatti | Prudencio (CA): Review briefing, record, and sample prep material and draft materials for oral argument prep. | 0.60 | 496.27 |
| 07/18/23 | A. Savin | Review docket and daily minute order in Valadez in preparation for verdict and post-trial motions and appellate matters. | 0.20 | 165.42 |



LTL Management LLC - 14740  
page 3

September 5, 2023  
Invoice No. 2125656LTL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/19/23 | R. Loeb | (CA-Valadez) Communications re judgment, timing and bankruptcy stay. | 0.80 | 940.80 |
| 07/19/23 | R. Loeb | (Nationwide) Call with co-counsel re bankruptcy issues and related cases. | 0.40 | 470.40 |
| 07/20/23 | A. Savin | Review trial docket in Valadez in anticipation of post-trial motion deadlines and appellate matters. | 0.20 | 165.42 |
| 07/25/23 | A. Barnard-Yanni | Prudencio (CA): Prepare materials for J. Rosenkranz's oral argument preparation. | 5.10 | 4,218.31 |
| 07/26/23 | A. Barnard-Yanni | Prudencio (CA): Continue preparing materials and notes for J. Rosenkranz's oral argument preparation. | 4.20 | 3,473.90 |
| 07/26/23 | U. Bhatti | Prudencio (CA): Review briefing, record, and sample prep material to draft materials for oral argument prep. | 0.60 | 496.27 |
| 07/27/23 | A. Barnard-Yanni | Prudencio (CA): Continue preparing materials and notes for J. Rosenkranz's oral argument preparation. | 3.70 | 3,060.34 |
| 07/31/23 | U. Bhatti | Prudencio (CA): Review briefing, record, and sample prep material and draft materials for oral argument prep concerning testing and expert-related issues and historical facts. | 2.60 | 2,150.51 |
| | | *B190 – Other Contested Matters Total* | *36.40* | *30,059.01* |

**PHASE B100 – ADMINISTRATION TOTAL**  36.40  30,059.01

Total Hours  36.40  
Total For Services  $30,059.01

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | |
| B190 | Other Contested Matters | 36.40 | 30,059.01 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | 36.40 | 30,059.01 |
| | Totals | 36.40 | $30,059.01 |



| | | |
|---|---|---|
| LTL Management LLC - 14740 | | September 5, 2023 |
| page 4 | | Invoice No. 2125656LTL |

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---|---|---|
| Robert Loeb | 1.20 | 1,200.00 | 1,440.00 |
| Naomi J. Scotten | 0.60 | 910.00 | 546.00 |
| Alyssa Barnard-Yanni | 15.00 | 844.00 | 12,660.00 |
| Upnit K. Bhatti | 12.50 | 844.00 | 10,550.00 |
| Anne Savin | 1.90 | 844.00 | 1,603.60 |
| Geoffrey Shaw | 4.10 | 844.00 | 3,460.40 |
| Amy S. Gerrish | 1.10 | 375.00 | 412.50 |
| Total All Timekeepers | 36.40 | | $30,672.50 |
| | | Volume Discount 2% | (613.49) |
| | | Total Fees | $30,059.01 |

Disbursements
  Court Filing Fee (Charged By Court)          51.25
  Outside Services                            199.50
                    Total Disbursements                    $250.75

Disbursements:

| Date | Description | Detail | Amount |
|---|---|---|---|
| 07/21/23 | Court Filing Fee (Charged By Court) | Vendor: JPMorgan Chase Bank, N.A.; Invoice#: 062723-NY; Date: 6/27/2023 - JN - JP Morgan bank statement for June 2023; NY Group corporate card purchases - CC Fee By: J. Rosenkranz | 1.25 |
| 07/21/23 | Court Filing Fee (Charged By Court) | Vendor: JPMorgan Chase Bank, N.A.; Invoice#: 062723-NY; Date: 6/27/2023 - JN - JP Morgan bank statement for June 2023; NY Group corporate card purchases - PHV Filing Fee By: J. Rosenkranz | 50.00 |
| 07/02/23 | Outside Services | Vendor: JPMorgan Chase Bank, N.A.; Invoice#: 062723-PAGH; Date: 6/27/2023 - JN - JP Morgan bank statement for June 2023; D. Pagh corporate card purchases - ARTICLE PURCHASED FOR N. SCOTTEN By: N. Scotten | 15.00 |
| 07/10/23 | Outside Services | Vendor: Williams Lea Inc.; Invoice#: US004-120001933; Date: 7/10/2023 - SH - CIC chharges By: A. Gerrish | 81.07 |



LTL Management LLC - 14740  September 5, 2023
page 5  Invoice No. 2125656LTL

| 07/31/23 | Outside Services | Vendor: CourtAlert.com, Inc; Invoice#: 280559-2307; Date: 7/31/2023  -  SH- services rendered 7/2023 By: R. Loeb | 103.43 |

Disbursements Total  $250.75

**Total For This Matter**  **$30,309.76**
**Portion Billed to LTL Bankruptcy (J&J)**  **(15,154.88)**
**Portion Owed by LTL 50%**  **$15,154.88**
**Holdback of Fees 20%**  **(3,005.90)**
**Amount Sought at this Time**  **$12,148.98**