**EXHIBIT B**

**Time Details**

Epiq Corporate Restructuting, LLC
Time Details

| Associate Name | Seniority Level | Activity Description | Date | Hours | Current Contract Rate | Total Amount | Additional Comments |
|---|---|---|---|---|---|---|---|
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/1/2023 | 0.4 | 200.00 | 80.00 | RESPOND TO DEBTOR'S COUNSEL WITH INFORMATION FOR SOLICITATION |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/2/2023 | 1.3 | 200.00 | 260.00 | EXCHANGE COMMUNICATIONS WITH EPIQ TEAM ON PROPOSED SOLICITATION TIMING (.2); REVIEW DRAFT DOCUMENTS (1.1) |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/3/2023 | 2.1 | 200.00 | 420.00 | REVIEW DRAFT SOLICITATION DOCUMENTS |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/4/2023 | 4.3 | 200.00 | 860.00 | REVIEW DOCUMENTS FOR COMMENTS, MODIFY SOLICITATION DOCUMENT AND FORM AND RUN REDLINE OF SAME |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/4/2023 | 1.1 | 200.00 | 220.00 | DRAFT EMAIL WITH SOLICITATION COMMENTS AND FORWARD SAME TO DEBTOR'S COUNSEL |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/5/2023 | 1 | 200.00 | 200.00 | EXCHANGE COMMUNICATIONS WITH PRODUCTION TEAM ON TIMING FOR ORDERING AND PRODUCING FLASH DRIVES (.6); PREPARE REQUEST FOR BUSINESS REPLY ENVELOPE (.4) |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/6/2023 | 1.4 | 200.00 | 280.00 | CALL WITH K.TRAN REGARDING FILED SCHEDULES, AND SOLICITATION MATTERS; REVIEW UPDATED DRAFTS FOR SOLICITATION MAILING |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 5/8/2023 | 0.9 | 215.00 | 193.50 | ATTEND TELEPHONE CONFERENCE RELATING TO SOLICITATION AND RELATED FOLLOW UP (.9) |
| John Chau | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/8/2023 | 0.3 | 200.00 | 60.00 | REVIEW AND VERIFY SOLICITATION PROCEDURES |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/8/2023 | 4.4 | 200.00 | 880.00 | REVIEW DOCUMENTS, ATTEND CALLS WITH DEBTOR'S COUNSEL AND WITH EPIQ TEAM MEMBERS REGARDING SOLICITATION |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/8/2023 | 0.6 | 200.00 | 120.00 | REACH OUT TO PRODUCTION AND OTHERS REGARDING FLASH DRIVE TIMING AND PRODUCTION |
| John Chau | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/9/2023 | 0.5 | 200.00 | 100.00 | REVIEW AND VERIFY SOLICITATION PROCEDURES |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/9/2023 | 3.2 | 200.00 | 640.00 | REVIEW DRAFT DOCUMENTS AND REVISE SOLICITATION DOCUMENTS AND FORWARD SAME TO EPIQ TEAM FOR REVIEW |
| Jane Sullivan | Practice Director | 495 Balloting/Solicitation Consultation | 5/10/2023 | 1 | 215.00 | 215.00 | PARTICIPATE IN 2PM CALL AND RELATED FOLLOW UP |
| John Chau | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/10/2023 | 0.7 | 200.00 | 140.00 | PARTICIPATE IN INTERNAL CONFERENCE CALL IN PREPARATION FOR GENERATING SOLICITATION PLAN CLASS ASSIGNMENTS |
| Joseph Arena | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/10/2023 | 0.6 | 200.00 | 120.00 | SOLICITATION PREPARATION MEETING |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/10/2023 | 4.3 | 200.00 | 860.00 | EXCHANGE COMMUNICATIONS WITH EPIQ TEAM AND DEBTOR'S COUNSEL AND MODIFY PROCEDURES AND FORMS FOR SOLICITATION DOCUMENTS |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/11/2023 | 1.4 | 200.00 | 280.00 | REVIEW AND RESPOND TO DEBTOR'S COUNSEL WITH COMMENTS ON SOLICITATION DOCUMENTS |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/13/2023 | 0.1 | 200.00 | 20.00 | RESPOND TO DEBTOR'S COUNSEL REGARDING INFORMATION FOR SOLICITATION |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/14/2023 | 0.2 | 200.00 | 40.00 | RESPOND TO DEBTOR'S COUNSEL ON SOLICITATION INQUIRIES |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/16/2023 | 0.3 | 200.00 | 60.00 | ATTN TO STATUS OF SOL TIMELINE |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 5/16/2023 | 0.9 | 200.00 | 180.00 | PREPARE FOR AND ATTEND CALL WITH DEBTOR'S COUNSEL, EXCHANGE COMMUNICATIONS WITH EPIQ TEAM MEMBERS REGARDING CASE STATUS |

**Total Time for May:**     **31.0**     **6,228.50**

Epiq Corporate Restructuting, LLC
Time Details

| Associate Name | Seniority Level | Activity Description | Date | Hours | Current Contract Rate | Total Amount | Additional Comments |
|---|---|---|---|---|---|---|---|
| Kathryn Tran | Director/V.P. Consulting | 495 Balloting/Solicitation Consultation | 6/14/2023 | 0.5 | 200.00 | 100.00 | REVIEW EMAIL FROM DEBTOR'S COUNSEL; TELEPHONE CALL WITH S KJONTVEDT REGARDING SAME |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 6/14/2023 | 0.5 | 200.00 | 100.00 | EXCHANGE COMMUNICATIONS WITH K.TRAN REGARDING SOLICITATION AND OPEN ITEMS |
| Kathryn Tran | Director/V.P. Consulting | 495 Balloting/Solicitation Consultation | 6/15/2023 | 1 | 200.00 | 200.00 | READ AND REPLY TO EMAIL FROM DEBTOR'S COUNSEL RE SOLICITATION TIMING AND VOTING PROCEDURES |
| Kathryn Tran | Director/V.P. Consulting | 495 Balloting/Solicitation Consultation | 6/26/2023 | 0.2 | 200.00 | 40.00 | REVIEW EMAIL FROM DEBTOR'S COUNSEL AND SEND EMAIL TO J CHAU REGARDING SUBMISSION OF BALLOTS TO E-PORTAL |
| Kathryn Tran | Director/V.P. Consulting | 495 Balloting/Solicitation Consultation | 6/26/2023 | 0.2 | 200.00 | 40.00 | RETURN EMAIL TO DEBTOR'S COUNSEL REGARDING CERTAIN SOLICITATION MATTERS |
| **Total Time for June:** | | | | **2.4** | | **480.00** | |

Epiq Corporate Restructuring, LLC
Time Details

| Associate Name | Seniority Level | Activity Description | Date | Hours | Current Contract Rate | Total Amount | Additional Comments |
|---|---|---|---|---|---|---|---|
| Kathryn Tran | Director/V.P. Consulting | 495 Balloting/Solicitation Consultation | 7/7/2023 | 0.2 | 200.00 | 40.00 | TELEPHONE CALL WITH S KJONVEDT AND REPLY TO EMAIL FROM DEBTOR'S COUNSEL REGARDING SOLICITATION PROCEDURES |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 7/7/2023 | 0.3 | 200.00 | 60.00 | EXCHANGE COMMUNICATIONS WITH K.TRAN AND WITH E.YOUNG REGARDING SOLICITATION PROCEDURES |
| Kathryn Tran | Director/V.P. Consulting | 495 Balloting/Solicitation Consultation | 7/10/2023 | 0.5 | 200.00 | 100.00 | REVIEW SOLICITATION DOCUMENTS (0.3); TELEPHONE CALL WITH S KJONVEDT AND E YOUNG REGARDING COMMENTS TO SOLICITATION PROCEDURES (0.2) |
| Kathryn Tran | Director/V.P. Consulting | 495 Balloting/Solicitation Consultation | 7/10/2023 | 0.4 | 200.00 | 80.00 | REVIEW OF SOLICITATION DOCUMENTS WITH E YOUNG RE SOLICITATION OPTIONS (0.2); SEND EMAIL TO REGARDING UPDATED FORM (0.2) |
| Kathryn Tran | Director/V.P. Consulting | 495 Balloting/Solicitation Consultation | 7/10/2023 | 0.1 | 200.00 | 20.00 | RETURN EMAIL TO S KJONTVEDT REGARDING TIMING FOR SOLICITATION |
| Kathryn Tran | Director/V.P. Consulting | 495 Balloting/Solicitation Consultation | 7/10/2023 | 0.1 | 200.00 | 20.00 | CONFER WITH S KJONVEDT REGARDING SOLICITATION TIMELINE |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 7/10/2023 | 2.9 | 200.00 | 580.00 | REVIEW PROPOSED SOLICITATION DOCUMENTS AND TIMING, CONFER WITH EPIQ TEAM AND RESPOND TO COUNSEL ON SAME |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 7/11/2023 | 1 | 200.00 | 200.00 | REVIEW DRAFT MATERIALS IN RE SOL PREP |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 7/11/2023 | 0.8 | 200.00 | 160.00 | REVIEW AND RESPOND TO COUNSEL REGARDING PROPOSED UPDATE FOR SOLICITATION TIMING AND COMMENTS TO SOLICITATION DOCUMENTS |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 7/12/2023 | 0.8 | 200.00 | 160.00 | REVIEW COMMUNICATIONS WITH COUNSEL AND EPIQ TEAM ON SERVICE OF SOLICITATION MOTION, AND OTHER DOCUMENTS |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 7/13/2023 | 1 | 200.00 | 200.00 | REVIEW COMMUNICATIONS REGARDING SERVICE OF SOLICITATION DOCUMENTS AND ON PUBLICATIONS |
| Emily Young | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 7/14/2023 | 1 | 200.00 | 200.00 | ATTN TO PLANNING FOR SOLICITATION MAILING SETUP. |
| Jeremy Rackauckas | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 7/14/2023 | 0.1 | 200.00 | 20.00 | DISCUSS AND REVIEW CLIENT SERVICES RELATED TO SOLICITATION |
| Jeremy Rackauckas | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 7/21/2023 | 0.1 | 200.00 | 20.00 | DISCUSS AND REVIEW CLIENT SERVICES RELATED TO SOLICITATION |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 7/27/2023 | 0.2 | 200.00 | 40.00 | CALL WITH K.TRAN REGARDING SOLICITATION |
| Jeremy Rackauckas | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 7/28/2023 | 0.1 | 200.00 | 20.00 | DISCUSS AND REVIEW CLIENT SERVICES RELATED TO SOLICITATION |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 7/31/2023 | 0.5 | 200.00 | 100.00 | SUBMIT REQUEST FOR BUSINESS REPLY ENVELOPE FOR SOLICITATION |
| | | **Total Time for July:** | | **10.1** | | **2,020.00** | |

Epiq Corporate Restructuting, LLC
Time Details

| Associate Name | Seniority Level | Activity Description | Date | Hours | Current Contract Rate | Total Amount | Additional Comments |
|---|---|---|---|---|---|---|---|
| Jeremy Rackauckas | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 8/4/2023 | 0.1 | 200.00 | 20.00 | DISCUSS AND REVIEW CLIENT SERVICES RELATED TO SOLICITATION |
| Stephenie Kjontvedt | Solicitation Consultant | 495 Balloting/Solicitation Consultation | 8/10/2023 | 0.2 | 200.00 | 40.00 | REVIEW CREDITOR INQUIRY AND EXCHANGE COMMUNICATIONS WITH K.TRAN REGARDING CASE STATUS |
| | | **Total Time for August:** | | **0.3** | | **60.00** | |