-8-

## **EXHIBIT C**

**Certification of Kathryn Tran**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>**Hearing Date and Time:**<br>October 18, 2023 at 10 a.m. |

**CERTIFICATION OF KATHRYN TRAN IN SUPPORT OF
FINAL FEE APLICATION OF EPIQ CORPORATE RESTRUCTURING,
LLC, SOLICITATION AND BALLOT AGENT TO THE DEBTOR, FOR
FINAL ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES**

I, Kathryn Tran, under penalty of perjury, certify as follows:

1.     I am a Consulting Director at Epiq Corporate Restructuring, LLC ("Epiq"), a company specializing in the administration of large bankruptcy cases.

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2. I make this declaration in support of the *Final Fee Application of Epiq Corporate Restructuring, LLC, Solicitation and Ballot Agent to the Debtor, for Final Allowance of fees and Reimbursement of Expenses* (the "Application").[2]

3. I am thoroughly familiar with the work performed on behalf of the Debtor as Solicitation and Balloting Agent by the professionals of Epiq Corporate Restructuring, LLC.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

5. In accordance with 18 U.S.C. § 155 and the Rules of this Court, neither I nor any employee of Epiq has entered into any agreement, written or oral, express or implied, with the Debtor, any creditor, or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Debtor.

6. In accordance with section 504 of the Bankruptcy Code, no agreement or understanding exists between me, Epiq or any employee thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as Epiq may receive from the Court herein, nor will any division of fees prohibited by section 504 of the Bankruptcy Code be made by me, or any employee of Epiq.

7. I have reviewed the requirements of D.N.J. LBR 2016-3, the Revised UST Guidelines and the Interim Compensation Order, and certify to the best of my knowledge and belief that this Application substantially complies with such local rule, order and guidelines.

I certify under penalty of perjury that the above information is true.

Dated: September 5, 2023         */s/ Kathryn Tran*
                                 Kathryn Tran
                                 Epiq Corporate Restructuring, LLC

---

[2] Capitalized terms used herein but not otherwise defined have the meanings given to them in the Application.