**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**JOINT CERTIFICATION TO THE COURT OF APPEALS**
**BY ALL APPELLANTS AND APPELLEES**

A notice of appeal having been filed in the above-captioned chapter 11 case on August 24, 2023, from the order described below, all of the appellants and all of the appellees hereby certify to the court under 28 U.S.C. § 158(d)(2)(A) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

The appellants are LTL Management LLC and the Ad Hoc Committee of Supporting Counsel.

The appellees are the Official Committee of Talc Claimants; Paul Crouch; the Ad Hoc Group of Mesothelioma Claimants; mesothelioma claimants represented by Maune Raichle Hartley French & Mudd LLC; the States of New Mexico and Mississippi; claimants represented by Arnold & Itkin LLP; the Ad Hoc Committee of States Holding Consumer Protection Claims; claimants represented by The Barnes Law Group; and the Office of the United States Trustee for the District of New Jersey.

Leave to appeal in this matter is not required under 28 U.S.C. § 158(a).

This certification arises in an appeal from a final judgment, order, or decree of the United States Bankruptcy Court for the District of New Jersey entered on August 11, 2023, dismissing this bankruptcy case. Dkt. 1211.

The judgment, order, or decree involves a matter of public importance. *See* 28 U.S.C. § 158(d)(2)(A)(i). In addition, an immediate appeal from the judgment, order, or decree may materially advance the progress of the case or proceeding in which the appeal is taken. *See* 28 U.S.C. § 158(d)(2)(A)(iii).

Dated: September 6, 2023

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul DeFilippo*
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, NY 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*Attorneys for Debtor*

**COLE SCHOTZ P.C.**

*/s/ Michael D. Sirota*
Michael D. Sirota (NJ Bar 014321986)
Warren A. Usatine (NJ Bar 025881995)
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, NJ 07602-0800
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
svanaalten@coleschotz.com
jalberto@coleschotz.com

**PAUL HASTINGS LLP**

Kris Hansen (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
krishansen@paulhastings.com

Matthew M. Murphy (admitted *pro hac vice*)
Matthew Micheli (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
mattmurphy@paulhastings.com
mattmicheli@paulhastings.com

**PARKINS & RUBIO LLP**

Lenard M. Parkins (admitted *pro hac vice*)
Charles M. Rubio (admitted *pro hac vice*)
700 Milam, Suite 1300
Houston, TX 77002
Telephone: (713) 715-1660
lparkins@parkinsrubio.com
crubio@parkinsrubio.com

*Counsel to Ad Hoc Committee of Supporting Counsel*

3

**GENOVA BURNS, LLC**

*/s/ Daniel M. Stolz*
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 533-0777
Facsimile: (973) 467-8126
dstolz@genovaburns.com
dclarke@genovaburns.com

**MASSEY & GAIL LLP**

Jonathan S. Massey, Esq.
Rachel S. Morse, Esq.
Bret R. Vallacher, Esq.
jmassey@masseygail.com
rmorse@masseygail.com
1000 Maine Ave. SW, Suite 450
Washington, DC 20024
Tel: (202) 652-4511
Fax: (312) 379-0467

**BROWN RUDNICK LLP**

David J. Molton, Esq.
Jeffrey L. Jonas, Esq.
Michael S. Winograd, Esq.
Susan Sieger-Grimm, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
jjonas@brownrudnick.com
mwinograd@brownrudnick.com
ssieger-grimm@brownrudnick.com

and

Sunny P. Beville, Esq.
Eric R. Goodman, Esq.
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
sbeville@brownrudnick.com
egoodman@brownrudnick.com

**OTTERBOURG P.C**.

Melanie L. Cyganowski, Esq.
Richard G. Haddad, Esq.
Adam C. Silverstein, Esq.
Jennifer S. Feeney, Esq.
David A. Castleman, Esq.
mcyganowski@otterbourg.com
rhaddad@otterbourg.com
asilverstein@otterbourg.com
jfeeney@otterbourg.com
dcastleman@otterbourg.com
230 Park Avenue
New York, NY 10169
Tel: (212) 661-9100
Fax: (212) 682-6104

*Attorneys to the Official Committee of Talc Claimants*

**LEVY KONIGSBERG, LLP**

*/s/ Moshe Maimon*
Moshe Maimon, Esq. (I.D. 042691986)
605 Third Avenue, 33rd FL
New York, NY 10158
Telephone: (212) 605-6200
Facsimile: (212) 605-6290
mmaimon@levylaw.com

*Attorneys for Talc Claimant Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch*

-and-

**THE RUCKDESCHEL LAW FIRM, LLC**

Jonathan Ruckdeschel
8357 Main Street
Ellicott City, Maryland 21043
Email: ruck@rucklawfirm.com

*Attorneys for Talc Claimant Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch*

**MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**

*/s/ Clayton Thompson*
Clayton L. Thompson, Esq.
150 W. 30th Street, Suite 201
New York, NY 10001
Telephone: (800) 358-5922
cthompson@mrhfmlaw.com

*Attorneys for Mesothelioma Claimants Katherine Tollefson, Sandra Weathers, Mary Jackson, Elizabeth Meikle, Marzena Zachara, Robert Radin, and Christine Woodfin*

**COONEY & CONWAY**

*/s/ Kathy Byrne*
Kathy Byrne, Esq.
kbyrne@cooneyconway.com
120 N. LaSalle Street, Suite 3000
Chicago, Illinois 60602
Tel: (312) 236-6166
*Attorneys for Mesothelioma Claimant Giovanni Sosa*
*Admitted Pro Hac Vice

**GIBBONS P.C.**

*/s/ Robert Malone*
Robert K. Malone, Esq.
David N. Crapo, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
rmalone@gibbonslaw.com
dcrapo@gibbonslaw.com
kmcevilly@gibbonslaw.com

*Attorneys for the States of New Mexico and Mississippi*

**DEAN OMAR BRANHAM SHIRLEY, LLP**

*/s/ J. Bradley Smith*
J. Bradley Smith, Esq.
Bsmith@dobslegal.com
302 N. Market Road
Suite 300
Dallas, Texas 75202
Tel: (214) 722-5990
*Attorneys for Mesothelioma Claimant Evan Plotkin*
*Admitted Pro Hac Vice

5

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **McMANIMON, SCOTLAND & BAUMANN, LLC** |
| */s/ Colin Robinson* | */s/ Sari Placona* |
| Laura Davis Jones | Anthony Sodono, III |
| Colin R. Robinson | Sari B. Placona |
| Peter J. Keane | 75 Livingston Avenue, Ste. 201 |
| 919 N. Market Street, 17th Floor | Roseland, NJ 07068 |
| P.O. Box 8705 | Telephone: (973) 622-1800 |
| Wilmington, DE 19899-8705 (Courier 19801) | asodono@msbnj.com |
| Telephone: (302) 652-4100 | splacona@msbnj.com |
| Facsimile: (302) 652-4400 | |
| ljones@pszjlaw.com | *Attorneys for Claimants Represented by Barnes Law Group, LLC* |
| crobinson@pszjlaw.com | |
| pkeane@pszjlaw.com | |

*Counsel to Arnold & Itkin LLP, on Behalf of Certain Personal Injury Claimants represented by Arnold & Itkin LLP*

| | |
|---|---|
| **WOMBLE BOND DICKINSON (US) LLP** | **ANDREW R. VARA UNITED STATES TRUSTEE REGIONS 3 & 9** |
| */s/ Ericka Johnson* | */s/ Jeffrey Sponder* |
| Ericka F. Johnson (NJ Bar 032162007) | Jeffrey M. Sponder |
| Lisa Bittle Tancredi (admitted *pro hac vice*) | Lauren Bielskie |
| 1313 N. Market Street, Suite 1200 | United States Department of Justice |
| Wilmington, Delaware 19801 | Office of the United States Trustee |
| Telephone: (302) 252-4320 | One Newark Center, Suite 2100 |
| ericka.johnson@wbd-us.com | Newark, NJ 07102 |
| lisa.tancredi@wbd-us.com | |
| | -and- |
| *Counsel for the Ad Hoc Committee of States Holding Consumer Protection Claims* | Linda Richenderfer |
| | Trial Attorney |
| | United States Department of Justice |
| | Office of the United States Trustee |
| | J. Caleb Boggs Federal Building |
| | 844 King Street, Suite 2207, Lockbox 35 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 573-6491 |
| | linda.richenderfer@usdoj.gov |
| | |
| | *Counsel for the Office of the United States Trustee* |

6