**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE**
**PERIOD AUGUST 1, 2023 THROUGH AUGUST 11, 2023**

Debtor: LTL Management LLC            Applicant: Bates White, LLC

Case No.: 23-12825-MBK                 Client: LTL Management LLC

Chapter: 11                            Case Filed: April 4, 2023 (the "Petition Date")

**SECTION 1**
**FEE SUMMARY**

☐ Interim Fee Application No. ____    or    ☐ Final Fee Application

Summary of Amounts Requested for the Period from August 1, 2023 through August 11, 2023 (the "Third Statement Period").

| | |
|---|---:|
| Total Fees – LTL Bankruptcy: | $162,161.00 |
| Total Fees – Imerys Bankruptcy (50% of total): | + $0.00 |
| Total Fees: | $162,161.00 |
| Total Disbursements: | + $39.49 |
| Total Fees Plus Disbursements: | $162,200.49 |
| Minus 20% Holdback of Fees: | − $32,432.20 |
| Amount Sought at this Time: | $129,768.29 |

| | FEES | EXPENSES | TOTAL |
|---|---:|---:|---:|
| Total Previous Fees Requested: | $2,992,264.75 | $2,274.64 | $2,994,539.39 |
| Total Fees Allowed to Date: | $0.00 | $0.00 | $0.00 |
| Total Retainer (If Applicable): | $0.00[1] | N/A | $0.00 |
| Total Holdback (If Applicable): | $598,452.95 | $0.00 | $598,452.95 |
| Total Received by Applicant: | $447,831.40 | $0.00 | $447,831.40 |

---

[1] Consistent with paragraph 2(g) of the Interim Compensation Order, Bates White has drawn its requested 80% of fees in its Second Monthly Fee Statement from the payment Bates White received from LTL prior to this bankruptcy filing. The amount of Bates White's Second Monthly Fee Statement exhausted the balance of $347,805.00 reported previously.

-2-

**Summary by timekeeper included in this Fee Application – LTL Bankruptcy**

| Name of Professional | Title[2] | Rate | Hours | Fees |
|---|---|---|---|---|
| Chandler, Kathleen | Partner | $825 | 4.7 | $3,877.50 |
| Evans, Andrew | Partner | $1,000 | 6.6 | $6,600.00 |
| Lobel, Scott | Partner | $875 | 5.0 | $4,375.00 |
| Mullin, Charles | Partner | $1,375 | 4.3 | $5,912.50 |
| Scher, Benjamin | Partner | $1,000 | 3.9 | $3,900.00 |
| Kennedy, Pauline | Principal | $800 | 0.5 | $400.00 |
| Peters, Sarah | Managing Consultant | $675 | 32.4 | $21,870.00 |
| Lin, Dajun | Senior Economist | $550 | 19.9 | $10,945.00 |
| Odio-Zuniga, Mariana | Senior Economist | $550 | 27.4 | $15,070.00 |
| Malkov, Egor | Economist | $525 | 12.1 | $6,352.50 |
| Coleman, Nathan | Senior Consultant | $480 | 8.7 | $4,176.00 |
| Habiger, Conor | Senior Consultant | $500 | 16.5 | $8,250.00 |
| Stewart, Samantha | Senior Consultant | $520 | 8.8 | $4,576.00 |
| Post, Douglas | Data Engineer II | $500 | 2.5 | $1,250.00 |
| McBride, Hannah | Consultant II | $425 | 35.1 | $14,917.50 |
| Morey, Austin | Consultant II | $435 | 4.6 | $2,001.00 |
| Swope, Madison | Consultant II | $435 | 8.8 | $3,828.00 |
| Villani, Joseph | Consultant II | $425 | 62.2 | $26,435.00 |
| Newcomb, Benjamin | Consultant | $395 | 34.6 | $13,667.00 |
| Downey, Marguerite | Project Coordinator | $280 | 0.6 | $168.00 |
| Slom, Sam | Project Coordinator | $230 | 15.0 | $3,450.00 |
| Jain, Mahima | Data Specialist | $280 | 0.5 | $140.00 |
| **TOTAL** | | | **314.7** | **$162,161.00** |

**Summary by timekeeper included in this Fee Application – Imerys Bankruptcy**

| Name of Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| N/A | | | N/A | N/A |
| **TOTAL** | | | **0.0** | **$0.00** |
| **50% OF TOTAL** | | | **0.0** | **$0.00** |

---

[2] As described in Dkt. 1006, the standard hourly rates for the timekeepers listed below were adjusted effective August 1, 2023 to reflect their promotions:

- Mariana Odio-Zuniga was promoted from Economist to Senior Economist;
- Nathan Coleman was promoted from Consultant II to Senior Consultant;
- Hannah McBride was promoted from Consultant to Consultant II; and
- Joseph Villani was promoted from Consultant to Consultant II.

-3-

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED – LTL BANKRUPTCY | HOURS | FEES |
|---|---|---|
| Analysis | 149.2 | $82,423.50 |
| Client Communication | 8.1 | $6,055.00 |
| Data Analysis | 38.6 | $16,512.00 |
| Data Gathering & Processing | 63.7 | $26,467.50 |
| Fee Request Preparation | 42.3 | $22,213.50 |
| Project Management | 12.8 | $8,489.50 |
| **SERVICES TOTAL** | **314.7** | **$162,161.00** |

| SERVICES RENDERED – IMERYS BANKRUPTCY | HOURS | FEES |
|---|---|---|
| N/A | N/A | N/A |
| **SERVICES TOTAL** | **0.0** | **$0.00** |
| **50% OF SERVICES TOTAL** | **0.0** | **$0.00** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| DISBURSEMENT TYPE – LTL BANKRUTPCY | AMOUNT |
|---|---|
| Billable Travel | $39.49 |
| **DISBURSEMENTS TOTAL** | **$39.49** |

| DISBURSEMENT TYPE – IMERYS BANKRUTPCY | AMOUNT |
|---|---|
| N/A | N/A |
| **DISBURSEMENTS TOTAL** | **$0.00** |

## SECTION IV
## CASE HISTORY

1. Case Filed: April 4, 2023 (the "Petition Date")

2. Chapter under which case commenced: Chapter 11

3. Date of Retention: June 7, 2023, effective as of the Petition Date [Dkt. 723] (the "Retention Order").[3]

4. Summary explaining the nature of the work performed and the results achieved:[4]

    During the Third Statement Period, Bates White provided the following services including, but not limited to:

    - Assessing workplan with counsel given case status.

    - Continuing to develop analysis of current and future claims.

    - Reviewing and analyzing data related to talc claims.

    - Compiling fee materials and preparing Second Monthly Fee Statement.

I certify under penalty of perjury that the above is true.

Dated: September 7, 2023　　　　　　　Respectfully submitted,
　　　　　Washington, DC

　　　　　　　　　　　　　　　　　　　　/s/ Scott M. Lobel
　　　　　　　　　　　　　　　　　　　　Scott M. Lobel
　　　　　　　　　　　　　　　　　　　　BATES WHITE, LLC
　　　　　　　　　　　　　　　　　　　　2001 K Street NW
　　　　　　　　　　　　　　　　　　　　North Building, Suite 500
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 408-6110
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 408-7838
　　　　　　　　　　　　　　　　　　　　E-mail: scott.lobel@bateswhite.com

　　　　　　　　　　　　　　　　　　　　TALC CONSULTANTS FOR DEBTOR

---

[3] The Retention Order is attached hereto as Exhibit B.

[4] The invoice detail and expense detail submitted hereto as Exhibit C and Exhibit D, respectively, includes detailed time entries and expense entries summarizing the professional services rendered by Bates White, LLC as talc consultants to the Debtor in the LTL Bankruptcy.