# **EXHIBIT C**

Invoice detail – LTL Bankruptcy

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 8/1/2023 | Evans, Andrew | Project Management | Coordination of documentation related to current work and planning with counsel regarding same | 0.3 | $300.00 |
| 8/1/2023 | Lin, Dajun | Analysis | Document workstream status. | 0.9 | $495.00 |
| 8/1/2023 | Lin, Dajun | Analysis | Updating scripts related to future claims analysis | 3.1 | $1,705.00 |
| 8/1/2023 | Odio-Zuniga, Mariana | Analysis | Updating scripts related to future claims analysis | 0.6 | $330.00 |
| 8/1/2023 | Odio-Zuniga, Mariana | Analysis | Preparing documentation for future claims analysis. | 2.0 | $1,100.00 |
| 8/1/2023 | Odio-Zuniga, Mariana | Project Management | Assessing workstream progress | 0.7 | $385.00 |
| 8/1/2023 | Stewart, Samantha | Project Management | Prioritizing team workstreams | 0.4 | $208.00 |
| 8/1/2023 | Post, Douglas | Analysis | Updating analysis code | 2.5 | $1,250.00 |
| 8/1/2023 | McBride, Hannah | Analysis | Updating documentation of historical claims analysis | 1.1 | $467.50 |
| 8/1/2023 | Villani, Joseph | Analysis | Updating materials for claim analysis | 1.4 | $595.00 |
| 8/1/2023 | Villani, Joseph | Analysis | Reviewing case filings | 1.0 | $425.00 |
| 8/1/2023 | Villani, Joseph | Data Gathering & Processing | Updating claims processing documentation | 0.8 | $340.00 |
| 8/1/2023 | Downey, Marguerite | Fee Request Preparation | Working on information for monthly fee statement | 0.3 | $84.00 |
| 8/2/2023 | Evans, Andrew | Analysis | Planning on workstreams given case status | 1.1 | $1,100.00 |
| 8/2/2023 | Evans, Andrew | Client Communication | Update call on case status (Evans; Mullin; Peters; Prieto; Erens) | 0.4 | $400.00 |
| 8/2/2023 | Evans, Andrew | Project Management | Continue planning workstreams given case updates | 0.1 | $100.00 |
| 8/2/2023 | Lobel, Scott | Fee Request Preparation | Review request from client re fee matters | 0.4 | $350.00 |
| 8/2/2023 | Mullin, Charles | Client Communication | Call with counsel (Erens, Prieto, Peters, Evans, Mullin) regarding work plan | 0.4 | $550.00 |
| 8/2/2023 | Peters, Sarah | Analysis | QC updates to claims analysis | 1.2 | $810.00 |
| 8/2/2023 | Peters, Sarah | Client Communication | Call with counsel on case status (Evans, Mullin, Peters, Prieto, Erens) | 0.4 | $270.00 |
| 8/2/2023 | Peters, Sarah | Fee Request Preparation | Compile summary of outstanding fees and expenses | 0.5 | $337.50 |
| 8/2/2023 | Peters, Sarah | Project Management | Prepare summary of workstreams for counsel | 0.3 | $202.50 |
| 8/2/2023 | Odio-Zuniga, Mariana | Analysis | Summarizing and documenting future claims analysis. | 1.6 | $880.00 |
| 8/2/2023 | Odio-Zuniga, Mariana | Analysis | Preparing materials related to future claims analysis. | 1.4 | $770.00 |
| 8/2/2023 | Odio-Zuniga, Mariana | Fee Request Preparation | Preparing workstreams summaries for counsel. | 1.1 | $605.00 |
| 8/2/2023 | Coleman, Nathan | Data Gathering & Processing | Outline analysis of historical claims data | 2.6 | $1,248.00 |
| 8/2/2023 | Habiger, Conor | Analysis | Review updates to claim analysis | 0.5 | $250.00 |
| 8/2/2023 | McBride, Hannah | Analysis | Work on analysis of historical claims data | 2.6 | $1,105.00 |
| 8/2/2023 | McBride, Hannah | Analysis | QC scripts that process incidence data | 1.6 | $680.00 |
| 8/2/2023 | Swope, Madison | Data Gathering & Processing | Update claims data processing for analysis | 0.9 | $391.50 |
| 8/2/2023 | Villani, Joseph | Data Analysis | Analyze claims data | 2.5 | $1,062.50 |
| 8/2/2023 | Villani, Joseph | Data Analysis | Continue preparing analysis of claims data | 2.7 | $1,147.50 |
| 8/2/2023 | Villani, Joseph | Data Analysis | QC and compare updates to claims data processing | 1.8 | $765.00 |
| 8/2/2023 | Villani, Joseph | Data Gathering & Processing | Process claims data | 2.8 | $1,190.00 |
| 8/3/2023 | Chandler, Kathleen | Analysis | Prioritize workstreams and next steps | 0.5 | $412.50 |
| 8/3/2023 | Chandler, Kathleen | Analysis | Outline State AG analysis | 0.2 | $165.00 |
| 8/3/2023 | Chandler, Kathleen | Analysis | Research historical litigation matters related to state AG analysis | 0.9 | $742.50 |
| 8/3/2023 | Chandler, Kathleen | Analysis | Summarize historical litigation matters related to state AG analysis | 0.2 | $165.00 |
| 8/3/2023 | Evans, Andrew | Analysis | Working session to set workstream priorities | 0.6 | $600.00 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 8/3/2023 | Evans, Andrew | Client Communication | Working session with counsel on claim analysis - left early (Villani, Habiger, Peters, Lounsberry, Kim, Erens, Gorsich) | 0.4 | $400.00 |
| 8/3/2023 | Evans, Andrew | Project Management | Planning and coordination related to workstreams | 0.3 | $300.00 |
| 8/3/2023 | Mullin, Charles | Analysis | Assessed workstreams and related materials | 1.3 | $1,787.50 |
| 8/3/2023 | Scher, Benjamin | Analysis | Evaluate historical litigation matters related to State AG analyses | 0.8 | $800.00 |
| 8/3/2023 | Scher, Benjamin | Project Management | Review case updates and workstreams | 0.4 | $400.00 |
| 8/3/2023 | Peters, Sarah | Analysis | QC updates to claim analyses | 1.6 | $1,080.00 |
| 8/3/2023 | Peters, Sarah | Analysis | Summarize status of epidemiological literature for claims analysis | 0.8 | $540.00 |
| 8/3/2023 | Peters, Sarah | Analysis | Review case status and workplan | 0.4 | $270.00 |
| 8/3/2023 | Peters, Sarah | Analysis | Outline claims analyses | 0.3 | $202.50 |
| 8/3/2023 | Peters, Sarah | Client Communication | Call with counsel on claims analysis (Villani, Habiger, Evans (left early), Lounsberry, Kim, Erens, Gorsich) | 1.0 | $675.00 |
| 8/3/2023 | Peters, Sarah | Fee Request Preparation | Prepare fee statement exhibits | 1.2 | $810.00 |
| 8/3/2023 | Coleman, Nathan | Analysis | Summarize tasks for historical claims analysis | 0.4 | $192.00 |
| 8/3/2023 | Habiger, Conor | Analysis | QC claims data analysis | 2.4 | $1,200.00 |
| 8/3/2023 | Habiger, Conor | Analysis | Review claims processing scripts | 0.7 | $350.00 |
| 8/3/2023 | Habiger, Conor | Analysis | Outline claims data processing | 0.8 | $400.00 |
| 8/3/2023 | Habiger, Conor | Client Communication | Call with counsel on claims analysis (Villani, Peters, Evans (left early), Lounsberry, Kim, Erens, Gorsich) | 1.0 | $500.00 |
| 8/3/2023 | Stewart, Samantha | Analysis | Considering strategy following case updates | 0.4 | $208.00 |
| 8/3/2023 | McBride, Hannah | Analysis | Work on scripts to analyze historical claims data | 2.9 | $1,232.50 |
| 8/3/2023 | McBride, Hannah | Analysis | QC output for analysis of historical claims data | 2.7 | $1,147.50 |
| 8/3/2023 | Villani, Joseph | Analysis | Draft documentation for claims analysis | 0.5 | $212.50 |
| 8/3/2023 | Villani, Joseph | Client Communication | Call with counsel on claims analysis (Peters, Habiger, Evans (left early), Lounsberry, Kim, Erens, Gorsich) | 1.0 | $425.00 |
| 8/3/2023 | Villani, Joseph | Data Analysis | Generate scripts for claim analysis | 2.8 | $1,190.00 |
| 8/3/2023 | Villani, Joseph | Data Analysis | Review and analyze claim factors | 2.4 | $1,020.00 |
| 8/3/2023 | Villani, Joseph | Data Analysis | Prepare summary for analysis of disease incidence | 2.1 | $892.50 |
| 8/3/2023 | Villani, Joseph | Data Gathering & Processing | Update scripts to process historic claims data | 1.8 | $765.00 |
| 8/3/2023 | Slom, Sam | Fee Request Preparation | Prepared exhibits for monthly fee statement | 3.2 | $736.00 |
| 8/4/2023 | Chandler, Kathleen | Analysis | Research historical litigation matters related state AG analysis | 0.6 | $495.00 |
| 8/4/2023 | Chandler, Kathleen | Analysis | Outline research related to State AG analysis | 0.9 | $742.50 |
| 8/4/2023 | Chandler, Kathleen | Analysis | Continue to outline research related to State AG analysis | 0.3 | $247.50 |
| 8/4/2023 | Evans, Andrew | Project Management | Input on management of case workstreams | 0.1 | $100.00 |
| 8/4/2023 | Coleman, Nathan | Project Management | Organize workstreams for state AG claims | 0.2 | $96.00 |
| 8/4/2023 | Coleman, Nathan | Project Management | Review workstreams for state AG claims | 0.9 | $432.00 |
| 8/4/2023 | Habiger, Conor | Analysis | Assess state of claims analysis workstreams | 0.4 | $200.00 |
| 8/4/2023 | Habiger, Conor | Analysis | Outline updates to claims analysis | 0.9 | $450.00 |
| 8/4/2023 | McBride, Hannah | Analysis | Read and review case filings | 0.9 | $382.50 |
| 8/4/2023 | McBride, Hannah | Analysis | Work on scripts that process historical incidence data | 2.7 | $1,147.50 |
| 8/4/2023 | McBride, Hannah | Analysis | Outline updates to scripts that process incidence data | 0.7 | $297.50 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 8/4/2023 | Villani, Joseph | Analysis | Outline claims analysis matters | 1.2 | $510.00 |
| 8/4/2023 | Villani, Joseph | Data Analysis | Prepare summary of claims data | 2.7 | $1,147.50 |
| 8/4/2023 | Villani, Joseph | Data Analysis | Review and analyze claims data | 1.9 | $807.50 |
| 8/4/2023 | Villani, Joseph | Data Analysis | Continue to review and analyze various characteristics in claims data | 1.0 | $425.00 |
| 8/4/2023 | Newcomb, Benjamin | Data Gathering & Processing | Documenting research on historical litigation matters | 1.4 | $553.00 |
| 8/4/2023 | Newcomb, Benjamin | Data Gathering & Processing | Continued to work on documenting research related to historical litigation matters | 0.6 | $237.00 |
| 8/7/2023 | Evans, Andrew | Analysis | Planning and coordination of workstreams | 0.7 | $700.00 |
| 8/7/2023 | Peters, Sarah | Analysis | QC updates to claims analysis | 0.6 | $405.00 |
| 8/7/2023 | Peters, Sarah | Fee Request Preparation | Coordinate on preparing exhibits for monthly fee statements | 0.2 | $135.00 |
| 8/7/2023 | Peters, Sarah | Fee Request Preparation | Prepare monthly fee statement materials | 1.1 | $742.50 |
| 8/7/2023 | Peters, Sarah | Fee Request Preparation | Continue reviewing July fee statement exhibits | 2.4 | $1,620.00 |
| 8/7/2023 | Peters, Sarah | Fee Request Preparation | QC updates to May fee statement exhibits | 1.6 | $1,080.00 |
| 8/7/2023 | Peters, Sarah | Project Management | Review case status and consider workstreams | 0.5 | $337.50 |
| 8/7/2023 | Peters, Sarah | Project Management | Follow up with counsel on outstanding workstreams | 0.5 | $337.50 |
| 8/7/2023 | Coleman, Nathan | Data Gathering & Processing | Review workstreams for state AG claims | 0.7 | $336.00 |
| 8/7/2023 | Habiger, Conor | Analysis | QC updates to claims data analysis | 1.8 | $900.00 |
| 8/7/2023 | Stewart, Samantha | Project Management | Reviewing status of workstreams | 0.5 | $260.00 |
| 8/7/2023 | McBride, Hannah | Analysis | Update scripts that analyze historical claims data | 2.7 | $1,147.50 |
| 8/7/2023 | McBride, Hannah | Analysis | QC output of scripts that summarize historical claims data | 1.2 | $510.00 |
| 8/7/2023 | McBride, Hannah | Analysis | Write scripts to process historical claims data for analysis | 0.9 | $382.50 |
| 8/7/2023 | McBride, Hannah | Analysis | Continue to QC scripts that summarize historical claims | 1.6 | $680.00 |
| 8/7/2023 | McBride, Hannah | Analysis | Continue to work on scripts for claims analysis | 1.8 | $765.00 |
| 8/7/2023 | Villani, Joseph | Analysis | Outline updates to claims analysis | 1.7 | $722.50 |
| 8/7/2023 | Villani, Joseph | Data Analysis | Analyze claims data | 1.8 | $765.00 |
| 8/7/2023 | Villani, Joseph | Data Analysis | Summarize claims data | 2.2 | $935.00 |
| 8/7/2023 | Villani, Joseph | Data Analysis | QC scripts related to claims analysis | 0.6 | $255.00 |
| 8/7/2023 | Newcomb, Benjamin | Data Gathering & Processing | Worked on documentation of research related to historical litigation matters | 2.7 | $1,066.50 |
| 8/7/2023 | Newcomb, Benjamin | Data Gathering & Processing | Continued work on documentation of research related to historical litigation matters | 2.3 | $908.50 |
| 8/7/2023 | Newcomb, Benjamin | Data Gathering & Processing | Analyze historical litigation matters | 1.6 | $632.00 |
| 8/7/2023 | Newcomb, Benjamin | Data Gathering & Processing | Analyze historical litigation matters continued | 0.4 | $158.00 |
| 8/7/2023 | Slom, Sam | Fee Request Preparation | Prepare exhibits for monthly fee statement | 2.8 | $644.00 |
| 8/7/2023 | Slom, Sam | Fee Request Preparation | Prepare exhibits for monthly fee statement, continued. | 1.9 | $437.00 |
| 8/7/2023 | Slom, Sam | Fee Request Preparation | QC updates to exhibits for monthly fee statement | 1.4 | $322.00 |
| 8/8/2023 | Evans, Andrew | Analysis | Consideration of workstreams | 0.3 | $300.00 |
| 8/8/2023 | Evans, Andrew | Analysis | Refinements to work plan for team | 0.4 | $400.00 |
| 8/8/2023 | Evans, Andrew | Client Communication | Working session on workstreams for Bates White -- Mullin; Evans; Peters; Stewart; Prieto; Gordon; Fournier | 0.5 | $500.00 |
| 8/8/2023 | Evans, Andrew | Client Communication | Call with counsel related to claims analysis (BW: Peters, Villani, Lounsberry, Kim) | 0.5 | $500.00 |
| 8/8/2023 | Lobel, Scott | Fee Request Preparation | Work on summary of fee matters per client request | 1.4 | $1,225.00 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 8/8/2023 | Lobel, Scott | Fee Request Preparation | Continue to work on fee summary per client request | 2.6 | $2,275.00 |
| 8/8/2023 | Mullin, Charles | Client Communication | Call with counsel (Prieto, Gordon, Fournier, Evans, Peters, Stewart, Mullin) regarding work plan | 0.5 | $687.50 |
| 8/8/2023 | Peters, Sarah | Analysis | Debrief from call with counsel | 0.3 | $202.50 |
| 8/8/2023 | Peters, Sarah | Analysis | QC updates to claims analyses | 0.9 | $607.50 |
| 8/8/2023 | Peters, Sarah | Client Communication | Call with counsel related to claims analysis (BW: Evans, Villani, Lounsberry, Kim) | 0.5 | $337.50 |
| 8/8/2023 | Peters, Sarah | Client Communication | Call with counsel on case status (BW: Mullin, Evans, Stewart, Counsel: Gordon, Fournier, Prieto) | 0.5 | $337.50 |
| 8/8/2023 | Peters, Sarah | Fee Request Preparation | Prepare monthly fee statements and related exhibits | 2.8 | $1,890.00 |
| 8/8/2023 | Peters, Sarah | Fee Request Preparation | Review materials related to fee statements, per client's request | 0.6 | $405.00 |
| 8/8/2023 | Peters, Sarah | Fee Request Preparation | QC updates to June proforma | 1.4 | $945.00 |
| 8/8/2023 | Peters, Sarah | Project Management | Prepare summary of recent workstreams for counsel | 0.2 | $135.00 |
| 8/8/2023 | Odio-Zuniga, Mariana | Fee Request Preparation | Preparing summary of workstreams for counsel. | 1.2 | $660.00 |
| 8/8/2023 | Habiger, Conor | Analysis | Review updates to claim analysis. | 0.4 | $200.00 |
| 8/8/2023 | Habiger, Conor | Analysis | Continue to QC claim analysis | 2.9 | $1,450.00 |
| 8/8/2023 | Stewart, Samantha | Client Communication | Call with counsel re workplan (DPrieto, GGordon, KFournier, AEvans, CMullin, SPeters, SStewart) | 0.5 | $260.00 |
| 8/8/2023 | Stewart, Samantha | Data Gathering & Processing | Preparing incidence data | 0.4 | $208.00 |
| 8/8/2023 | Stewart, Samantha | Fee Request Preparation | QCing invoice preparation | 0.6 | $312.00 |
| 8/8/2023 | Stewart, Samantha | Project Management | Outlining workstreams | 0.7 | $364.00 |
| 8/8/2023 | McBride, Hannah | Analysis | Work on scripts that analyze publicly available incidence data | 2.9 | $1,232.50 |
| 8/8/2023 | McBride, Hannah | Analysis | QC scripts that process incidence data for analyses | 2.6 | $1,105.00 |
| 8/8/2023 | Villani, Joseph | Analysis | Continue to QC and update scripts for claims analysis | 0.7 | $297.50 |
| 8/8/2023 | Villani, Joseph | Client Communication | Call with counsel related to claims analysis (BW: Peters, Evans, Lounsberry, Kim) | 0.5 | $212.50 |
| 8/8/2023 | Villani, Joseph | Data Analysis | Review code for claims analysis | 2.1 | $892.50 |
| 8/8/2023 | Villani, Joseph | Data Analysis | QC and update scripts for claims analysis | 2.3 | $977.50 |
| 8/8/2023 | Newcomb, Benjamin | Data Gathering & Processing | Analyze data related to historical litigation matters | 2.8 | $1,106.00 |
| 8/8/2023 | Newcomb, Benjamin | Data Gathering & Processing | Analyze data related to historical litigation matters continued | 2.9 | $1,145.50 |
| 8/8/2023 | Newcomb, Benjamin | Data Gathering & Processing | Document analysis of historical litigation matters | 2.1 | $829.50 |
| 8/8/2023 | Downey, Marguerite | Fee Request Preparation | Working on monthly fee statement | 0.3 | $84.00 |
| 8/8/2023 | Slom, Sam | Fee Request Preparation | Review monthly fee request statement | 2.2 | $506.00 |
| 8/8/2023 | Slom, Sam | Fee Request Preparation | Review monthly fee request statement, continued | 1.1 | $253.00 |
| 8/9/2023 | Chandler, Kathleen | Analysis | Prioritize workplan for team | 0.5 | $412.50 |
| 8/9/2023 | Evans, Andrew | Project Management | Coordination of workplan for team | 0.4 | $400.00 |
| 8/9/2023 | Lobel, Scott | Fee Request Preparation | Prepare fee materials per client request | 0.4 | $350.00 |
| 8/9/2023 | Mullin, Charles | Analysis | Assessment of workstreams for evaluating talc claims | 1.7 | $2,337.50 |
| 8/9/2023 | Scher, Benjamin | Project Management | Prioritize workplan | 0.5 | $500.00 |
| 8/9/2023 | Kennedy, Pauline | Analysis | Update on case status and workplan | 0.5 | $400.00 |
| 8/9/2023 | Peters, Sarah | Analysis | Review claims data | 0.6 | $405.00 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 8/9/2023 | Peters, Sarah | Fee Request Preparation | prepare and QC invoice summary per counsel's request | 2.9 | $1,957.50 |
| 8/9/2023 | Peters, Sarah | Fee Request Preparation | Review and compile fee materials, per counsel request | 0.9 | $607.50 |
| 8/9/2023 | Peters, Sarah | Project Management | Review status of workstreams | 1.4 | $945.00 |
| 8/9/2023 | Lin, Dajun | Analysis | Review workstream updates | 0.6 | $330.00 |
| 8/9/2023 | Lin, Dajun | Analysis | Update scripts related to future claims analysis. | 3.2 | $1,760.00 |
| 8/9/2023 | Odio-Zuniga, Mariana | Analysis | Modifying scripts related to future claims analysis. | 2.1 | $1,155.00 |
| 8/9/2023 | Odio-Zuniga, Mariana | Analysis | Summarizing status of future claims analysis. | 1.1 | $605.00 |
| 8/9/2023 | Odio-Zuniga, Mariana | Project Management | Planning for workstreams and prioritization. | 0.5 | $275.00 |
| 8/9/2023 | Odio-Zuniga, Mariana | Project Management | Outlining tasks for future claims analysis. | 1.1 | $605.00 |
| 8/9/2023 | Malkov, Egor | Analysis | Consider future claims analysis | 0.4 | $210.00 |
| 8/9/2023 | Malkov, Egor | Analysis | Outline claims data processing matters | 0.3 | $157.50 |
| 8/9/2023 | Coleman, Nathan | Data Analysis | Review workstreams for state AG claims | 1.2 | $576.00 |
| 8/9/2023 | Habiger, Conor | Analysis | Assess case status and review workplan | 0.3 | $150.00 |
| 8/9/2023 | Habiger, Conor | Analysis | Summarize status of claims data processing | 0.5 | $250.00 |
| 8/9/2023 | Habiger, Conor | Analysis | Outline next steps in claims data processing | 1.2 | $600.00 |
| 8/9/2023 | Habiger, Conor | Analysis | Process claims data | 2.7 | $1,350.00 |
| 8/9/2023 | Stewart, Samantha | Analysis | Exploring next steps across analyses | 0.5 | $260.00 |
| 8/9/2023 | Stewart, Samantha | Analysis | Reviewing status of workstreams | 0.4 | $208.00 |
| 8/9/2023 | Stewart, Samantha | Data Gathering & Processing | Updating claims data processing | 0.6 | $312.00 |
| 8/9/2023 | Stewart, Samantha | Fee Request Preparation | Reviewing invoices | 0.3 | $156.00 |
| 8/9/2023 | McBride, Hannah | Analysis | Review future claims analysis | 0.6 | $255.00 |
| 8/9/2023 | Morey, Austin | Data Analysis | Reviewing work plan for claims analyses | 0.4 | $174.00 |
| 8/9/2023 | Swope, Madison | Analysis | Review claims analysis | 1.6 | $696.00 |
| 8/9/2023 | Villani, Joseph | Data Analysis | QC-ing claims data processing | 2.5 | $1,062.50 |
| 8/9/2023 | Villani, Joseph | Data Analysis | QC inputs to future claims analysis | 1.3 | $552.50 |
| 8/9/2023 | Villani, Joseph | Data Gathering & Processing | Identify claims data processing matters | 1.6 | $680.00 |
| 8/9/2023 | Villani, Joseph | Data Gathering & Processing | Prepare scripts to analyze claims data | 0.8 | $340.00 |
| 8/9/2023 | Newcomb, Benjamin | Data Gathering & Processing | Analyze data related to historical litigation matters | 2.7 | $1,066.50 |
| 8/9/2023 | Newcomb, Benjamin | Data Gathering & Processing | Analyze data related to historical litigation matters continued | 1.8 | $711.00 |
| 8/9/2023 | Jain, Mahima | Analysis | Reviewed workplan | 0.5 | $140.00 |
| 8/10/2023 | Chandler, Kathleen | Analysis | Review workplan | 0.5 | $412.50 |
| 8/10/2023 | Evans, Andrew | Analysis | Planning for analyses | 0.5 | $500.00 |
| 8/10/2023 | Lobel, Scott | Fee Request Preparation | Review additional request from client re fee statements | 0.2 | $175.00 |
| 8/10/2023 | Mullin, Charles | Project Management | Reviewed workplan and set priorities for the next week | 0.4 | $550.00 |
| 8/10/2023 | Peters, Sarah | Analysis | Coordinate workstreams with team | 0.9 | $607.50 |
| 8/10/2023 | Peters, Sarah | Analysis | Review case status and develop work plan | 0.7 | $472.50 |
| 8/10/2023 | Lin, Dajun | Analysis | Incorporating refinements to the future claims analysis. | 1.1 | $605.00 |
| 8/10/2023 | Lin, Dajun | Analysis | Continue incorporating refinements to the future claims analysis. | 2.9 | $1,595.00 |
| 8/10/2023 | Odio-Zuniga, Mariana | Analysis | QC scripts related to future claims analysis | 2.8 | $1,540.00 |
| 8/10/2023 | Odio-Zuniga, Mariana | Analysis | Reviewing future claims analysis. | 2.6 | $1,430.00 |
| 8/10/2023 | Odio-Zuniga, Mariana | Project Management | Reviewing work streams and distribution of tasks. | 0.6 | $330.00 |
| 8/10/2023 | Malkov, Egor | Analysis | Outline the next steps in analysis of disease incidence | 0.3 | $157.50 |
| 8/10/2023 | Malkov, Egor | Analysis | Process public incidence data | 1.3 | $682.50 |
| 8/10/2023 | Malkov, Egor | Analysis | Analyze disease incidence data | 1.0 | $525.00 |
| 8/10/2023 | Malkov, Egor | Analysis | Continue to analyze disease incidence data | 1.7 | $892.50 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 8/10/2023 | Malkov, Egor | Analysis | Continue processing public incidence data | 1.6 | $840.00 |
| 8/10/2023 | Coleman, Nathan | Project Management | Coordinate workstreams historical claims processing | 0.9 | $432.00 |
| 8/10/2023 | Stewart, Samantha | Analysis | Considering workplan | 0.4 | $208.00 |
| 8/10/2023 | Stewart, Samantha | Analysis | Outlining incidence analysis | 0.7 | $364.00 |
| 8/10/2023 | Stewart, Samantha | Analysis | Documenting analysis of disease incidence | 0.4 | $208.00 |
| 8/10/2023 | Stewart, Samantha | Analysis | Work on claims analysis and related materials | 0.7 | $364.00 |
| 8/10/2023 | Stewart, Samantha | Data Gathering & Processing | Summarizing status of claims data processing | 0.5 | $260.00 |
| 8/10/2023 | McBride, Hannah | Analysis | Update analysis of claims data | 2.1 | $892.50 |
| 8/10/2023 | McBride, Hannah | Analysis | Continue to work on analysis of claims data | 0.9 | $382.50 |
| 8/10/2023 | Morey, Austin | Analysis | Preparing work plan for claims analysis | 1.7 | $739.50 |
| 8/10/2023 | Morey, Austin | Data Analysis | Updating future claims analysis scripts | 1.4 | $609.00 |
| 8/10/2023 | Swope, Madison | Data Analysis | Review analysis of claims | 1.2 | $522.00 |
| 8/10/2023 | Swope, Madison | Data Gathering & Processing | Review processing of claims data | 0.4 | $174.00 |
| 8/10/2023 | Villani, Joseph | Analysis | Review claims analysis | 0.7 | $297.50 |
| 8/10/2023 | Villani, Joseph | Data Gathering & Processing | Process claims data | 2.7 | $1,147.50 |
| 8/10/2023 | Villani, Joseph | Data Gathering & Processing | Update structure of claims processing | 1.4 | $595.00 |
| 8/10/2023 | Villani, Joseph | Data Gathering & Processing | QC updates to claims data analysis | 1.8 | $765.00 |
| 8/10/2023 | Newcomb, Benjamin | Data Gathering & Processing | Process historical claims data | 1.1 | $434.50 |
| 8/10/2023 | Newcomb, Benjamin | Data Gathering & Processing | Document historical claims data | 3.0 | $1,185.00 |
| 8/10/2023 | Newcomb, Benjamin | Data Gathering & Processing | Continued documenting historical claims data | 2.7 | $1,066.50 |
| 8/10/2023 | Slom, Sam | Fee Request Preparation | Prepare materials for monthly fee statement | 2.4 | $552.00 |
| 8/11/2023 | Chandler, Kathleen | Analysis | Outline research related to state AG claims | 0.1 | $82.50 |
| 8/11/2023 | Scher, Benjamin | Analysis | Generate outline of workstreams regarding State claims | 2.2 | $2,200.00 |
| 8/11/2023 | Peters, Sarah | Analysis | QC updates to analyses | 0.3 | $202.50 |
| 8/11/2023 | Peters, Sarah | Fee Request Preparation | Prepare materials for counsel fee statements | 2.9 | $1,957.50 |
| 8/11/2023 | Lin, Dajun | Analysis | Update scripts to refine the analysis of future claims. | 2.7 | $1,485.00 |
| 8/11/2023 | Lin, Dajun | Analysis | Continue updating scripts to refine analysis of future claims | 2.4 | $1,320.00 |
| 8/11/2023 | Lin, Dajun | Analysis | QC updates to future claims analysis scripts | 1.3 | $715.00 |
| 8/11/2023 | Lin, Dajun | Analysis | Continue to QC updates to future claims analysis scripts | 1.7 | $935.00 |
| 8/11/2023 | Odio-Zuniga, Mariana | Analysis | Implementing refinements related to future claims analysis. | 3.0 | $1,650.00 |
| 8/11/2023 | Odio-Zuniga, Mariana | Analysis | Reviewing potential methodology regarding future claims analysis. | 2.8 | $1,540.00 |
| 8/11/2023 | Odio-Zuniga, Mariana | Analysis | QC'ing updated future claims analysis. | 1.3 | $715.00 |
| 8/11/2023 | Odio-Zuniga, Mariana | Project Management | Defining work plan for analysis of future claims | 0.9 | $495.00 |
| 8/11/2023 | Malkov, Egor | Analysis | Consider analysis of disease incidence | 0.5 | $262.50 |
| 8/11/2023 | Malkov, Egor | Analysis | Work on public incidence data | 1.9 | $997.50 |
| 8/11/2023 | Malkov, Egor | Analysis | Update scripts for incidence data processing | 0.6 | $315.00 |
| 8/11/2023 | Malkov, Egor | Analysis | Summarize disease incidence data | 0.8 | $420.00 |
| 8/11/2023 | Malkov, Egor | Analysis | Continue to summarize disease incidence data | 1.7 | $892.50 |
| 8/11/2023 | Coleman, Nathan | Analysis | Review processing of public incidence data | 0.7 | $336.00 |
| 8/11/2023 | Coleman, Nathan | Analysis | Review workstreams for state ag claims | 1.1 | $528.00 |
| 8/11/2023 | Stewart, Samantha | Data Gathering & Processing | Analyze disease incidence data | 0.8 | $416.00 |
| 8/11/2023 | McBride, Hannah | Analysis | QC scripts that analyze claims data | 2.6 | $1,105.00 |
| 8/11/2023 | Morey, Austin | Data Analysis | Outlining future claims analysis | 1.1 | $478.50 |
| 8/11/2023 | Swope, Madison | Analysis | QC script for future claims analysis | 1.3 | $565.50 |
| 8/11/2023 | Swope, Madison | Analysis | Continue updating analysis of claims | 1.4 | $609.00 |
| 8/11/2023 | Swope, Madison | Data Gathering & Processing | Review processing of claims data | 2.0 | $870.00 |

| Date incurred | Employee | Category | Notes | Hours | Professional fees |
|---|---|---|---|---|---|
| 8/11/2023 | Villani, Joseph | Data Analysis | Review and analyze claims data | 0.6 | $255.00 |
| 8/11/2023 | Villani, Joseph | Data Gathering & Processing | Identify historic claims analyses matters | 1.5 | $637.50 |
| 8/11/2023 | Villani, Joseph | Data Gathering & Processing | QC processing of claims data | 2.4 | $1,020.00 |
| 8/11/2023 | Villani, Joseph | Data Gathering & Processing | Update claims data processing scripts | 2.6 | $1,105.00 |
| 8/11/2023 | Newcomb, Benjamin | Data Gathering & Processing | Reviewing workplan on processing historical claims data | 2.6 | $1,027.00 |
| 8/11/2023 | Newcomb, Benjamin | Data Gathering & Processing | Continued to process historical claims data | 2.3 | $908.50 |
| 8/11/2023 | Newcomb, Benjamin | Data Gathering & Processing | Document information related historical talc matters | 0.4 | $158.00 |
| 8/11/2023 | Newcomb, Benjamin | Data Gathering & Processing | QC updates to historical claims data processing | 1.2 | $474.00 |
| | | | TOTAL | 314.7 | $162,161.00 |