# **EXHIBIT D**

Expense detail – LTL Bankruptcy

Bates White, LLC

| Date incurred | Employee | Category | Notes | Disbursements |
|---|---|---|---|---|
| 6/27/2023 | Peters, Sarah | Billable Travel | Cab to train station (for travel to MTD hearing) | $39.49 |
| | | | **Total** | **$39.49** |