UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  
LTL Management LLC

Debtor(s)

Case no.: 23-12825

Chapter: 11

Adv. Pro. No.: _____

### CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I ____Wendy Quiles____, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On ____September 5, 2023____ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated ____August 11, 2023____ was filed.

A copy of the appeal was served on the following parties on ____September 5, 2023____

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| Daniel M. Stolz, Esq., attorney for the Official Committee of Talc Claimants | 110 Allen Road, Suite 304 Basking Ridge, NJ 07920 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| Paul Crouch | Moshe Maimon, Esq. (I.D. 042691986) 605 Third Avenue, 33rd FL New York, NY 10158 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| Clayton L. Thompson, Esq., attorney for the Ad Hoc Group of Mesothelioma Claimants | Clayton L. Thompson, Esq. 150 W. 30th Street, Suite 201 New York, NY 10001 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| Clayton L. Thompson, Esq., mesothelioma claimants represented by Maune Raichle Hartley French & Mudd LLC | Clayton L. Thompson, Esq. 150 W. 30th Street, Suite 201 New York, NY 10001 | ☐ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: September 5, 2023

By: Wendy Quiles  
Deputy Clerk

rev. 1/13/17

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>LTL Management LLC<br><br>Debtor(s) | Case no.: 23-12825<br>Chapter: 11<br>Adv. Pro. No.: _____ |

### CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I ____Wendy Quiles____, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On ____September 5, 2023____ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated ____August 11, 2023____ was filed.

A copy of the appeal was served on the following parties on _____ September 5, 2023.

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| Leah C. Kagan, Esq. attorney for various mesothelioma claimants | Leah C. Kagan (NJ ID No. 013602009) 1201 Elm Street, Suite 3400 Dallas, TX 75270 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| Robert K. Malone, Esq. attorney for the States of New Mexico and Mississippi | Robert K. Malone, Esq. One Gateway Center Newark, New Jersey 07102 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| Laura Davis Jones, Esq, attorney for claimants represented by Arnold & Itkin LLP | Laura Davis Jones, Esq. 919 N. Market Street, 17th Floor P.O. Box 8705 Wilmington, DE 19899-8705 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| Ericka F. Johnson, Esq. attorney for the Ad Hoc Committee of States Holding Consumer Protection Claims | Ericka F. Johnson, Esq. 1313 N. Market Street, Suite 1200 Wilmington, Delaware 19801 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: September 5, 2023          By: Wendy Quiles
                                      Deputy Clerk

*rev. 1/13/17*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  
LTL Management LLC

Debtor(s)

Case no.: 23-12825

Chapter: 11

Adv. Pro. No.: _____

### CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I _____Wendy Quiles_____, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On _____September 5, 2023_____ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated _____August 11, 2023_____ was filed.

A copy of the appeal was served on the following parties on _____September 5, 2023_____.

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
| --- | --- | --- |
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| Anthony Sodono, III, attorney for claimants represented by The Barnes Law Group | Anthony Sodono, III, Esq. 75 Livingston Avenue, Ste. 201 Roseland, NJ 07068 | ☒ Notice of Electronic Filing (NEF) ☐ U. S. Mail |
| Geoffrey B. Gompers, attorney for Robert Gendelman and Melissa Fleming | Geoffrey B. Gompers 1515 market Street, Suite 1650 Philadelphia PA 19102 | ☒ Notice of Electronic Filing (NEF) ☐ U. S. Mail |
| Laura Davis Jones, Esq, attorney for claimants represented by Arnold & Itkin LLP | Michael D. Sirota, Esq. Court Plaza North, 25 Main Street Hackensack, NJ 07602-0800 | ☒ Notice of Electronic Filing (NEF) ☐ U. S. Mail |
| | | ☒ Notice of Electronic Filing (NEF) ☐ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: September 5, 2023

By: Wendy Quiles
Deputy Clerk

*rev. 1/13/17*