**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE PERIOD FROM**
**JULY 1, 2023 THROUGH AUGUST 11, 2023**

REGARDING McCARTER & ENGLISH, LLP'S SERVICES RELATED TO INSURANCE MATTERS
AND IN THE NEW JERSEY MESOTHELIOMA TALC-RELATED LITIGATION

| | |
|---|---|
| Debtor: LTL Management LLC | Applicant: McCarter & English, LLP |
| Case No.: 23-12825-MBK | Client: LTL Management LLC |
| Chapter: 11 | Case Filed: April 4, 2023 (the "Petition Date") |

**SECTION 1**
**FEE SUMMARY**

☒ Monthly Fee Application No. 3    ☐ Interim Fee Application    ☐ Final Fee Application

Summary of Amounts Requested for the Period from July 1, 2023 through August 11, 2023 (the "Third Statement Period").[1]

| | |
|---|---|
| Total Fees Owed by LTL: | $27,000.00 |
| Total Disbursements Owed by LTL: | $0.00 |
| Total Fees Plus Disbursements: | $27,000.00 |
| Minus 20% Holdback of Fees: | $5,400.00 |
| Amount Sought at this Time: | $21,600.00 |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested to LTL: | $122,944.00 | $0 |
| Total Fees Allowed to Date: | $0 | $0 |
| Total Retainer (If Applicable): | $0 | $0 |
| Total Holdback (If Applicable): | $24,588.80 | $0 |
| Total Received by Applicant: | $98,355.20 | $0 |

---

[1] The amounts in this Third Statement Period represent combined amounts of legal services with respect to representation of the Debtor related to insurance matters and in the NJ Mesothelioma Cases.

| Name of Professional & Title | Year Admitted | Hours[2] | Rate | Fees |
|---|---|---|---|---|
| Thomas W. Ladd, Esq., Partner | 1986 | 26.80 | $880 | $23,584.00 |
| Deborah Brown, Paralegal | | 0.40 | $305 | $122.00 |
| Carla Landry, other | | 10.80 | $305 | $3,294.00 |
| **Totals** | | **38** | | **$27,000.00** |

---

[2] The hours and respective fees indicated in this chart include amounts charged to Johnson & Johnson given McCarter & English, LLP's joint representation of the Debtor and Johnson & Johnson in insurance matters and in the NJ Mesothelioma Cases and are further detailed in the invoices attached hereto as Exhibit B and Exhibit C.

## SECTION II
## SUMMARY OF SERVICES[3]

| SERVICES RENDERED | HOURS | FEES |
|---|---|---|
| a) Asset Analysis and Recovery: Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) Asset Disposition: Sales, leases, abandonment and related transaction work. | | |
| c) Avoidance Action Litigation: Preference and fraudulent transfer litigation. | | |
| d) Business Operations: Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) Case Administration: Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | | |
| f) Claims Administration and Objections: Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) Employee Benefits/Pensions: Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) Fee/Employment Applications: Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 22.60 | $13,678.00 |
| i) Fee/Employment Objections: Review of an objections to the employment and fee applications of others. | | |
| j) Financing: Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) Litigation: Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) Meetings of Creditors: Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |

---

[3] The hours and respective fees indicated in this chart include amounts charged to Johnson & Johnson given McCarter & English, LLP's joint representation of the Debtor and Johnson & Johnson in insurance matters and in the NJ Mesothelioma Cases and are further detailed in the invoices attached hereto as Exhibit B and Exhibit C.

| SERVICES RENDERED | HOURS | FEES |
|---|---|---|
| m) Plan and Disclosure Statement: Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |
| n) Relief from Stay Proceedings: Matters relating to termination or continuation of automatic stay under 362. | | |
| o) Accounting/Auditing: Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) Business Analysis: Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) Corporate Finance: Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) Data Analysis: Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) Litigation Consulting: Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 15.40 | $13,322.00 |
| t) Reconstruction Accounting: Reconstructing books and records from past transactions and brining accounting current. | | |
| u) Tax Issues: Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) Valuation: Appraise or review appraisals of assets. | | |
| w) Travel Time: Please note that non-working travel time must be billed at 50% of cost. | | |
| | | |
| **SERVICE TOTALS** | **38.0** | **$27,000.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| Photocopies | $0.00 |
| Library Research | $0.00 |
| **DISBURSEMENTS TOTALS** | **$0.00** |

## SECTION IV
## CASE HISTORY

Date of Retention:  June 14, 2023, effective as of the Petition Date [Dkt. 771] (the "Retention Order").[4]

Summary explaining the nature of the work performed and the results achieved:[5]

During the Third Statement Period, McCarter & English professionals and paraprofessionals performed the following work on behalf of the Debtor:

- Analyzed case materials with respect to insurance coverage issues arising in bankruptcy;
- Assisted with preparation of responses to insurer information and document requests;
- Communicated with other Debtor counsel as appropriate regarding various insurance coverage issues and related strategy;
- Reviewed Dismissal Opinion and Order and determined next steps;
- Communicated regarding the Monthly and Final Fee Applications.

In connection with the NJ Mesothelioma Cases, on behalf of the Debtor:

- Reviewed Dismissal Opinion and Order and determined next steps;
- Communicated regarding the Monthly and Final Fee Applications.

I certify under penalty of perjury that the above is true.

Date:  September 7, 2023

*/s/ Thomas W. Ladd*
Thomas W. Ladd

*/s/ John C. Garde*
John C. Garde

---

[4]  The Retention Order is attached hereto as Exhibit A.
[5]  The summary set forth below is qualified in its entirety by reference to the time and services detail in the invoices attached hereto as Exhibit B and Exhibit C.