## **EXHIBIT B**

Insurance Invoices



LTL Management LLC
LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ 08933

Invoice Date: August 20, 2023
Invoice Number: 9060350
Matter Number: 136731-00001

Client**:**   LTL Management LLC
Matter:   INSURANCE COUNSELING
Client Reference:  Payor for - 136731-00001

*For professional services rendered through July 31, 2023*

Currency: USD

Fees                                                                                            $17,577.50

Total Due This Invoice                                                              $17,577.50

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

| *Mail To:* | *Electronic Payment Instructions:* |
|---|---|
| McCarter & English, LLP | AccountsReceivable@McCarter.com |
| Four Gateway Center | *Account Name:  McCarter & English, LLP* |
| 100 Mulberry Street | *Account Number: 2020080016953* |
| Newark, NJ 07102 | *Financial Institution:  Wells Fargo Bank, N.A.* |
| Tel 973.622.4444 | *ACH ABA: 021200025* |
| Fax 973.624.7070 | *Wire Transfer ABA: 121000248* |
| www.mccarter.com | *SWIFT: WFBIUS6S  (International payments)* |
| *Tax I.D. # 22-1534652* | **(Please Reference Invoice Number)** |



**MULTIPAYOR BREAKDOWN**

TOTAL DUE FOR FEES LTL MANAGEMENT LLC (80.00%).................................................................... .........$14,062.00

TOTAL DUE FOR COSTS LTL MANAGEMENT LLC................................................................................ ..................$0.00

TOTAL DUE FOR FEES HOLDBACK (20.00%)...... ............$3,515.50

TOTAL DUE FOR COSTS HOLDBACK................... ..................$0.00

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

| *Mail To:* | *Electronic Payment Instructions:* |
|---|---|
| *McCarter & English, LLP* | AccountsReceivable@McCarter.com |
| *Four Gateway Center* | *Account Name:  McCarter & English, LLP* |
| *100 Mulberry Street* | *Account Number: 2020080016953* |
| *Newark, NJ 07102* | *Financial Institution:  Wells Fargo Bank, N.A.* |
| *Tel  973.622.4444* | *ACH ABA: 021200025* |
| *Fax 973.624.7070* | *Wire Transfer ABA: 121000248* |
| *www.mccarter.com* | *SWIFT: WFBIUS6S  (International payments)* |
| *Tax I.D. # 22-1534652* | **(Please Reference Invoice Number)** |

Client:  LTL Management LLC
Matter: INSURANCE COUNSELING

Invoice Date: August 20, 2023
Invoice Number: 9060350
Matter Number: 136731-00001

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/03/23 | Carla Landry | Correspondence regarding and coordination of First Monthly Fee Application. | 0.10 | 30.50 |
| 07/05/23 | Thomas W. Ladd | Conferred with Jones Day regarding requests from special insurance counsel to Official Committee of Talc Claimants. | 0.40 | 352.00 |
| 07/05/23 | Thomas W. Ladd | Reviewed information requests from special insurance counsel to Official Committee of Talc Claimants. | 0.60 | 528.00 |
| 07/05/23 | Carla Landry | Correspondence regarding and coordination of First Monthly Fee Application. | 0.10 | 30.50 |
| 07/06/23 | Thomas W. Ladd | Finalized monthly fee statement. | 0.40 | 352.00 |
| 07/06/23 | Thomas W. Ladd | Communicated with Carla Landry regarding finalization of monthly fee statement. | 0.40 | 352.00 |
| 07/07/23 | Thomas W. Ladd | Commenced preparation of second monthly fee application. | 0.50 | 440.00 |
| 07/07/23 | Carla Landry | Correspondence regarding and coordination of First Monthly Fee Application. | 0.10 | 30.50 |
| 07/11/23 | Carla Landry | Correspondence regarding and coordination of First Monthly Fee Application. | 0.10 | 30.50 |
| 07/11/23 | Thomas W. Ladd | Communicated with insurer counsel regarding responses to information requests. | 0.40 | 352.00 |
| 07/11/23 | Thomas W. Ladd | Reviewed documents potentially responsive to information requests. | 0.60 | 528.00 |
| 07/11/23 | Thomas W. Ladd | Communicated with M. Rasmussen regarding responses to information requests. | 0.30 | 264.00 |
| 07/12/23 | Carla Landry | Finalize First Monthly Fee Application and related Exhibits. | 0.60 | 183.00 |
| 07/12/23 | Carla Landry | Correspondence regarding and coordination of Second Monthly Fee Application. | 0.10 | 30.50 |
| 07/12/23 | Thomas W. Ladd | Conferred with C. Landry regarding status of monthly fee application. | 0.30 | 264.00 |
| 07/13/23 | Carla Landry | Draft Second Monthly Fee Application and related Exhibits. | 0.40 | 122.00 |

Client: LTL Management LLC
Matter: INSURANCE COUNSELING

Invoice Date: August 20, 2023
Invoice Number: 9060350
Matter Number: 136731-00001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/13/23 | Carla Landry | Correspondence regarding and coordination of Second Monthly Fee Application. | 0.10 | 30.50 |
| 07/13/23 | Thomas W. Ladd | Reviewed various submissions in bankruptcy proceedings in connection with insurance efforts. | 0.70 | 616.00 |
| 07/14/23 | Carla Landry | Finalize draft of Second Monthly Fee Application and forward same to Jones Day for review. | 0.30 | 91.50 |
| 07/14/23 | Thomas W. Ladd | Reviewed monthly fee statement. | 0.40 | 352.00 |
| 07/14/23 | Thomas W. Ladd | Communicated with M. Rasmussen regarding insurer information requests. | 0.30 | 264.00 |
| 07/14/23 | Thomas W. Ladd | Communicated with C. Landry regarding finalization of monthly fee application. | 0.60 | 528.00 |
| 07/19/23 | Thomas W. Ladd | Reviewed various documents in responses to insurer information requests. | 0.80 | 704.00 |
| 07/19/23 | Thomas W. Ladd | Reviewed correspondence from insurers regarding information requests. | 0.30 | 264.00 |
| 07/19/23 | Thomas W. Ladd | Communicated with M. Rasmussen regarding insurer information requests. | 0.40 | 352.00 |
| 07/20/23 | Carla Landry | Correspondence regarding Second Monthly Fee Application; follow up with team. | 0.10 | 30.50 |
| 07/20/23 | Carla Landry | Revise Second Monthly Fee Application and related Exhibits. | 0.20 | 61.00 |
| 07/20/23 | Thomas W. Ladd | Reviewed conclusions of law and findings of fact regarding motions to dismiss in connection with evaluation of insurance issues. | 1.00 | 880.00 |
| 07/20/23 | Thomas W. Ladd | Reviewed amendments to monthly fee statement. | 0.40 | 352.00 |
| 07/20/23 | Thomas W. Ladd | Communicated with J. Farina regarding review of findings of fact and conclusions of law on motions to dismiss in connection with insurance issues. | 0.60 | 528.00 |
| 07/21/23 | Thomas W. Ladd | Communicated with C. Landry regarding status of monthly fee statements. | 0.30 | 264.00 |
| 07/21/23 | Thomas W. Ladd | Communicated with LTL regarding status of monthly fee statements. | 0.40 | 352.00 |
| 07/24/23 | Carla Landry | Finalize Second Monthly Fee Application and related Exhibits; forward same for filing. | 0.20 | 61.00 |
| 07/24/23 | Thomas W. Ladd | Reviewed documents responsive to insurer information requests. | 0.70 | 616.00 |

Client: LTL Management LLC
Matter: INSURANCE COUNSELING

Invoice Date: August 20, 2023
Invoice Number: 9060350
Matter Number: 136731-00001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/24/23 | Thomas W. Ladd | Conferred with C. Landry regarding filing of monthly fee statement. | 0.30 | 264.00 |
| 07/24/23 | Thomas W. Ladd | Reviewed various submissions in bankruptcy proceedings in connection with insurance issues. | 0.50 | 440.00 |
| 07/24/23 | Thomas W. Ladd | Reviewed correspondence with insurers regarding responses to information requests. | 0.40 | 352.00 |
| 07/25/23 | Thomas W. Ladd | Communicated with M. Rasmussen regarding responses to insurer information requests. | 0.30 | 264.00 |
| 07/25/23 | Thomas W. Ladd | Communicated with B. Kahn regarding review of historical data in connection with insurer information requests. | 0.60 | 528.00 |
| 07/25/23 | Thomas W. Ladd | Reviewed historical documents in connection with responses to insurer information requests. | 1.00 | 880.00 |
| 07/26/23 | Thomas W. Ladd | Continued review of documents in connection with responses to insurer information requests. | 0.40 | 352.00 |
| 07/26/23 | Thomas W. Ladd | Reviewed submissions in bankruptcy proceedings in connection with insurance issues. | 0.60 | 528.00 |
| 07/27/23 | Thomas W. Ladd | Communicated with C. Landry regarding status of monthly fee statements. | 0.40 | 352.00 |
| 07/27/23 | Thomas W. Ladd | Reviewed certification of no objection/related correspondence in connection with monthly fee statement. | 0.20 | 176.00 |
| 07/28/23 | Thomas W. Ladd | Communicated with M. Rasmussen regarding insurer information requests. | 0.40 | 352.00 |
| 07/28/23 | Thomas W. Ladd | Communicated with C. Landry regarding status of monthly fee statements. | 0.30 | 264.00 |
| 07/28/23 | Thomas W. Ladd | Reviewed Bankruptcy Court's opinion on motions to dismiss in connection with evaluation of insurance issues. | 0.60 | 528.00 |
| 07/28/23 | Carla Landry | Review correspondence regarding Judge Kaplan's opinion to determine next steps. | 0.10 | 30.50 |
| 07/28/23 | Carla Landry | Review Judge Kaplan's opinion to determine next steps. | 0.50 | 152.50 |
| 07/31/23 | Thomas W. Ladd | Communicated with I. Perez regarding status of bankruptcy proceedings in connection with decision on motions to dismiss. | 0.60 | 528.00 |

Client: LTL Management LLC
Matter: INSURANCE COUNSELING

Invoice Date: August 20, 2023
Invoice Number: 9060350
Matter Number: 136731-00001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/31/23 | Thomas W. Ladd | Communicated with C. Landry regarding procedures relating to bankruptcy submissions. | 0.40 | 352.00 |
| 07/31/23 | Thomas W. Ladd | Continued review of submissions in bankruptcy proceedings in connection with evaluation of insurance issues. | 0.70 | 616.00 |
| 07/31/23 | Thomas W. Ladd | Reviewed insurer information requests in connection with dismissal of bankruptcy proceedings. | 0.40 | 352.00 |
| 07/31/23 | Carla Landry | Further correspondence regarding Judge Kaplan's opinion to determine next steps. | 0.10 | 30.50 |
| **Total Hourly** | | | **22.00** | **$17,577.50** |
| **Total Fees** | | | **22.00** | **$17,577.50** |

### Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Carla Landry | Other | 3.10 | 305.00 | 945.50 |
| Thomas W. Ladd | Partner | 18.90 | 880.00 | 16,632.00 |
| **Total** | | **22.00** | | **$17,577.50** |



LTL Management LLC  
LTL MANAGEMENT LLC  
501 George Street  
New Brunswick, NJ 08933  

Invoice Date: August 20, 2023  
Invoice Number: 9060350  
Matter Number: 136731-00001  

**REMITTANCE COPY**

**INSURANCE COUNSELING**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|

Current Invoice

| 08/20/23 | 9060350 | $14,062.00 |
|---|---|---|
| **Balance Due** | | **$14,062.00** |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

| *Mail To:* | *Electronic Payment Instructions:* |
|---|---|
| *McCarter & English, LLP* | AccountsReceivable@McCarter.com |
| *Four Gateway Center* | *Account Name: McCarter & English, LLP* |
| *100 Mulberry Street* | *Account Number: 2020080016953* |
| *Newark, NJ 07102* | *Financial Institution: Wells Fargo Bank, N.A.* |
| *Tel 973.622.4444* | *ACH ABA: 021200025* |
| *Fax 973.624.7070* | *Wire Transfer ABA: 121000248* |
| *www.mccarter.com* | *SWIFT: WFBIUS6S (International payments)* |
| *Tax I.D. # 22-1534652* | **(Please Reference Invoice Number)** |



LTL Management LLC
LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ 08933

Invoice Date: August 21, 2023
Invoice Number: 9060352
Matter Number: 136731-00001

Client**:**    LTL Management LLC
Matter:    INSURANCE COUNSELING
Client Reference:  Payor for - 136731-00001

*For professional services rendered through August 11, 2023*

Currency: USD

Fees                                                                                                         $7,745.00

Total Due This Invoice                                                                            $7,745.00

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel 973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**



LTL Management LLC  
LTL MANAGEMENT LLC  
501 George Street  
New Brunswick, NJ 08933

Invoice Date: August 21, 2023  
Invoice Number: 9060352  
Matter Number: 136731-00001

### MULTIPAYOR BREAKDOWN

TOTAL DUE FOR FEES LTL MANAGEMENT LLC (80.00%) ...........................................................................$6,196.00

TOTAL DUE FOR COSTS LTL MANAGEMENT LLC ................................................................................$0.00

TOTAL DUE FOR FEES HOLDBACK (20.00%) ................$1,549.00

TOTAL DUE FOR COSTS HOLDBACK ................................$0.00

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*  
*McCarter & English, LLP*  
*Four Gateway Center*  
*100 Mulberry Street*  
*Newark, NJ 07102*  
*Tel 973.622.4444*  
*Fax 973.624.7070*  
*www.mccarter.com*  
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*  
AccountsReceivable@McCarter.com  
*Account Name: McCarter & English, LLP*  
*Account Number: 2020080016953*  
*Financial Institution: Wells Fargo Bank, N.A.*  
*ACH ABA: 021200025*  
*Wire Transfer ABA: 121000248*  
*SWIFT: WFBIUS6S (International payments)*  
**(Please Reference Invoice Number)**

Client:  LTL Management LLC
Matter: INSURANCE COUNSELING

Invoice Date: August 21, 2023
Invoice Number: 9060352
Matter Number: 136731-00001

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/02/23 | Thomas W. Ladd | Reviewed correspondence relating to dismissal of bankruptcy proceedings. | 0.50 | 440.00 |
| 08/02/23 | Thomas W. Ladd | Communicated with I. Perez regarding monthly fee statements. | 0.40 | 352.00 |
| 08/02/23 | Thomas W. Ladd | Prepared submission for monthly fee statements. | 0.60 | 528.00 |
| 08/02/23 | Thomas W. Ladd | Communicated with C. Landry regarding monthly fee statements. | 0.40 | 352.00 |
| 08/02/23 | Carla Landry | Revised correspondence regarding monthly statements and fee matters. | 0.30 | 91.50 |
| 08/03/23 | Thomas W. Ladd | Reviewed submission in bankruptcy court regarding dismissal in connection with insurance issues. | 0.50 | 440.00 |
| 08/07/23 | Deborah Brown | Review materials in connection with insurers' information requests. | 0.40 | 122.00 |
| 08/07/23 | Carla Landry | Prepared correspondence regarding fee matters. | 0.20 | 61.00 |
| 08/08/23 | Carla Landry | Revised correspondence regarding fee matters. | 0.40 | 122.00 |
| 08/08/23 | Thomas W. Ladd | Reviewed correspondence to Court/proposed form of order on dismissal order and related objections in connection with insurance issues. | 0.60 | 528.00 |
| 08/09/23 | Carla Landry | Revised correspondence regarding fee matters. | 0.40 | 122.00 |
| 08/09/23 | Thomas W. Ladd | Finalized LTL submission regarding fee statements. | 0.40 | 352.00 |
| 08/09/23 | Thomas W. Ladd | Communicated with D. Segal regarding status of fee statements and related matters. | 0.40 | 352.00 |
| 08/10/23 | Carla Landry | Prepared correspondence regarding fee matters. | 0.20 | 61.00 |
| 08/10/23 | Thomas W. Ladd | Communicated with D. Segal regarding fee matters. | 0.70 | 616.00 |
| 08/10/23 | Thomas W. Ladd | Reviewed materials/related correspondence in connection with fee matters. | 0.60 | 528.00 |
| 08/10/23 | Thomas W. Ladd | Communicated with C. Landry regarding submission of monthly fee statements and related documents. | 0.40 | 352.00 |
| 08/11/23 | Carla Landry | Revised correspondence regarding fee matters. | 0.10 | 30.50 |

Client:  LTL Management LLC  
Matter: INSURANCE COUNSELING

Invoice Date: August 21, 2023  
Invoice Number: 9060352  
Matter Number: 136731-00001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/11/23 | Carla Landry | Review Dismissal Order/outline next steps to prepare Applications. | 0.60 | 183.00 |
| 08/11/23 | Thomas W. Ladd | Reviewed bankruptcy dismissal order in connection with evaluation of insurance issues. | 0.50 | 440.00 |
| 08/11/23 | Thomas W. Ladd | Communicated with D. Prieto regarding bankruptcy dismissal order and insurance issues. | 0.40 | 352.00 |
| 08/11/23 | Thomas W. Ladd | Reviewed procedures for closure of bankruptcy proceedings in connection with insurance issues. | 0.60 | 528.00 |
| 08/11/23 | Thomas W. Ladd | Communicated with I. Perez regarding closure of bankruptcy proceedings. | 0.30 | 264.00 |
| 08/11/23 | Thomas W. Ladd | Conferred with C. Landry regarding finalization of various bankruptcy fee submissions. | 0.60 | 528.00 |
| **Total Hourly** | | | 10.50 | **$7,745.00** |
| | | | | |
| **Total Fees** | | | 10.50 | **$7,745.00** |

### Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Carla Landry | Other | 2.20 | 305.00 | 671.00 |
| Deborah Brown | Paralegal | 0.40 | 305.00 | 122.00 |
| Thomas W. Ladd | Partner | 7.90 | 880.00 | 6,952.00 |
| **Total** | | 10.50 | | **$7,745.00** |



LTL Management LLC
LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ 08933

Invoice Date: August 21, 2023
Invoice Number: 9060352
Matter Number: 136731-00001

**REMITTANCE COPY**

**INSURANCE COUNSELING**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 08/21/23 | 9060352 | $6,196.00 |
| **Balance Due** | | $6,196.00 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*  *Electronic Payment Instructions:*
*McCarter & English, LLP*  AccountsReceivable@McCarter.com
*Four Gateway Center*  *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*  *Account Number: 2020080016953*
*Newark, NJ 07102*  *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel  973.622.4444*  *ACH ABA: 021200025*
*Fax 973.624.7070*  *Wire Transfer ABA: 121000248*
*www.mccarter.com*  *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*  **(Please Reference Invoice Number)**