# **EXHIBIT C**

**New Jersey Talc Mesothelioma Case Invoices**



| | |
|---|---|
| LTL Management LLC<br>LTL MANAGEMENT LLC<br>501 George Street<br>New Brunswick, NJ 08933 | Invoice Date: August 20, 2023<br>Invoice Number: 9060349<br>Matter Number: 136731-00504 |

Client: LTL Management LLC
Matter: LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES
Client Reference: Payor for - 136731-00504

Claim Case Number: JJL2021019364

*For professional services rendered through July 31, 2023*

Currency: USD

| | |
|---|---|
| Fees | $1,006.50 |
| Total Due This Invoice | $1,006.50 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

| *Mail To:* | *Electronic Payment Instructions:* |
|---|---|
| *McCarter & English, LLP* | AccountsReceivable@McCarter.com |
| *Four Gateway Center* | *Account Name: McCarter & English, LLP* |
| *100 Mulberry Street* | *Account Number: 2020080016953* |
| *Newark, NJ 07102* | *Financial Institution: Wells Fargo Bank, N.A.* |
| *Tel 973.622.4444* | *ACH ABA: 021200025* |
| *Fax 973.624.7070* | *Wire Transfer ABA: 121000248* |
| *www.mccarter.com* | *SWIFT: WFBIUS6S (International payments)* |
| *Tax I.D. # 22-1534652* | **(Please Reference Invoice Number)** |



LTL Management LLC
LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ 08933

Invoice Date: August 20, 2023
Invoice Number: 9060349
Matter Number: 136731-00504

**MULTIPAYOR BREAKDOWN**

TOTAL DUE FOR LTL MANAGEMENT LLC
(80.00%)............................................................ ...............$805.20

TOTAL DUE FOR HOLDBACK (20.00%)................. ...............$201.30

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: WFBIUS6S  (International payments)
**(Please Reference Invoice Number)**

Client:  LTL Management LLC
Matter:  LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES

Invoice Date: August 20, 2023
Invoice Number: 9060349
Matter Number: 136731-00504

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/03/23 | Carla Landry | Correspondence regarding and coordination of First Monthly Fee Application. | 0.10 | 30.50 |
| 07/05/23 | Carla Landry | Correspondence regarding and coordination of First Monthly Fee Application. | 0.10 | 30.50 |
| 07/07/23 | Carla Landry | Correspondence regarding and coordination of First Monthly Fee Application. | 0.10 | 30.50 |
| 07/11/23 | Carla Landry | Correspondence regarding and coordination of First Monthly Fee Application. | 0.10 | 30.50 |
| 07/11/23 | Carla Landry | Draft Invoice for Second Monthly Fee Application. | 0.20 | 61.00 |
| 07/12/23 | Carla Landry | Revise and finalize First Monthly Fee Application and related Exhibits; forward same for filing. | 0.60 | 183.00 |
| 07/12/23 | Carla Landry | Correspondence regarding and coordination of Second Monthly Fee Application. | 0.10 | 30.50 |
| 07/13/23 | Carla Landry | Correspondence regarding and coordination of Second Monthly Fee Application. | 0.10 | 30.50 |
| 07/13/23 | Carla Landry | Draft Second Monthly Fee Application and related Exhibits. | 0.40 | 122.00 |
| 07/14/23 | Carla Landry | Finalize draft of Second Monthly Fee Application and forward same to Jones Day for review. | 0.30 | 91.50 |
| 07/20/23 | Carla Landry | Revise Second Monthly Fee Application and related Exhibits. | 0.20 | 61.00 |
| 07/20/23 | Carla Landry | Correspondence regarding Second Monthly Fee Application; follow up with team. | 0.10 | 30.50 |
| 07/24/23 | Carla Landry | Finalize Second Monthly Fee Application and related Exhibits; forward same for filing. | 0.20 | 61.00 |
| 07/28/23 | Carla Landry | Correspondence regarding Judge Kaplan's opinion to determine next steps. | 0.10 | 30.50 |
| 07/28/23 | Carla Landry | Review Judge Kaplan's opinion to determine next steps. | 0.50 | 152.50 |
| 07/31/23 | Carla Landry | Further correspondence regarding Judge Kaplan's opinion to determine next steps. | 0.10 | 30.50 |
| **Total Hourly** | | | **3.30** | **$1,006.50** |

Client:  LTL Management LLC
Matter: LTL BANKRUPTCY (J&J) - NEW JERSEY TALC
MESOTHELIOMA CASES

Invoice Date: August 20, 2023
Invoice Number: 9060349
Matter Number: 136731-00504

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| **Total Fees** | | | **3.30** | **$1,006.50** |

## Timekeeper Summary

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Carla Landry | Other | 3.30 | 305.00 | 1,006.50 |
| **Total** | | **3.30** | | **$1,006.50** |



LTL Management LLC  
LTL MANAGEMENT LLC  
501 George Street  
New Brunswick, NJ 08933

Invoice Date: August 20, 2023  
Invoice Number: 9060349  
Matter Number: 136731-00504

**REMITTANCE COPY**

**LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|

Current Invoice

| | | |
|---|---|---|
| 08/20/23 | 9060349 | $805.20 |
| **Balance Due** | | $805.20 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*      *Electronic Payment Instructions:*  
*McCarter & English, LLP*      AccountsReceivable@McCarter.com  
*Four Gateway Center*      *Account Name:  McCarter & English, LLP*  
*100 Mulberry Street*      *Account Number: 2020080016953*  
*Newark, NJ 07102*      *Financial Institution:  Wells Fargo Bank, N.A.*  
*Tel  973.622.4444*      *ACH ABA: 021200025*  
*Fax 973.624.7070*      *Wire Transfer ABA: 121000248*  
*www.mccarter.com*      *SWIFT: WFBIUS6S  (International payments)*  
*Tax I.D. # 22-1534652*      **(Please Reference Invoice Number)**



| | |
|---|---|
| LTL Management LLC<br>LTL MANAGEMENT LLC<br>501 George Street<br>New Brunswick, NJ 08933 | Invoice Date: August 21, 2023<br>Invoice Number: 9060351<br>Matter Number: 136731-00504 |

Client**:** LTL Management LLC
Matter: LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES
Client Reference: Payor for - 136731-00504

Claim Case Number:  JJL2021019364

*For professional services rendered through August 11, 2023*

Currency: USD

| | |
|---|---:|
| Fees | $671.00 |
| Total Due This Invoice | $671.00 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**



LTL Management LLC  
LTL MANAGEMENT LLC  
501 George Street  
New Brunswick, NJ 08933  

Invoice Date: August 21, 2023  
Invoice Number: 9060351  
Matter Number: 136731-00504  

### MULTIPAYOR BREAKDOWN

TOTAL DUE FOR LTL MANAGEMENT LLC (80.00%) ........................................................... ...............$536.80

TOTAL DUE FOR HOLDBACK (20.00%) .................. ...............$134.20

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*     *Electronic Payment Instructions:*  
*McCarter & English, LLP*     AccountsReceivable@McCarter.com  
*Four Gateway Center*     *Account Name:  McCarter & English, LLP*  
*100 Mulberry Street*     *Account Number: 2020080016953*  
*Newark, NJ 07102*     *Financial Institution:  Wells Fargo Bank, N.A.*  
*Tel  973.622.4444*     *ACH ABA: 021200025*  
*Fax 973.624.7070*     *Wire Transfer ABA: 121000248*  
*www.mccarter.com*     *SWIFT: WFBIUS6S  (International payments)*  
*Tax I.D. # 22-1534652*     **(Please Reference Invoice Number)**

Client:  LTL Management LLC
Matter: LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES

Invoice Date: August 21, 2023
Invoice Number: 9060351
Matter Number: 136731-00504

**Time Detail**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/02/23 | Carla Landry | Correspondence regarding fee matters; follow up with Jones Day regarding same. | 0.30 | 91.50 |
| 08/07/23 | Carla Landry | Correspondence regarding fee matters; begin drafting same. | 0.20 | 61.00 |
| 08/08/23 | Carla Landry | Correspondence regarding fee matters ; further drafting of same. | 0.40 | 122.00 |
| 08/09/23 | Carla Landry | Correspondence regarding fee matters; drafting of same. | 0.40 | 122.00 |
| 08/10/23 | Carla Landry | Correspondence regarding fee matters; further drafting of same. | 0.20 | 61.00 |
| 08/11/23 | Carla Landry | Correspondence regarding fee matters; further drafting of same. | 0.10 | 30.50 |
| 08/11/23 | Carla Landry | Review Dismissal Order and outline next steps to prepare Applications; correspondence regarding same. | 0.60 | 183.00 |
| **Total Hourly** | | | **2.20** | **$671.00** |
| **Total Fees** | | | **2.20** | **$671.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Carla Landry | Other | 2.20 | 305.00 | 671.00 |
| **Total** | | **2.20** | | **$671.00** |



LTL Management LLC
LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ 08933

Invoice Date: August 21, 2023
Invoice Number: 9060351
Matter Number: 136731-00504

**REMITTANCE COPY**

**LTL BANKRUPTCY (J&J) - NEW JERSEY TALC MESOTHELIOMA CASES**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 08/21/23 | 9060351 | $536.80 |
| **Balance Due** | | $536.80 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

| *Mail To:* | *Electronic Payment Instructions:* |
|---|---|
| *McCarter & English, LLP* | AccountsReceivable@McCarter.com |
| *Four Gateway Center* | *Account Name:  McCarter & English, LLP* |
| *100 Mulberry Street* | *Account Number: 2020080016953* |
| *Newark, NJ 07102* | *Financial Institution:  Wells Fargo Bank, N.A.* |
| *Tel  973.622.4444* | *ACH ABA: 021200025* |
| *Fax 973.624.7070* | *Wire Transfer ABA: 121000248* |
| *www.mccarter.com* | *SWIFT: WFBIUS6S  (International payments)* |
| *Tax I.D. # 22-1534652* | **(Please Reference Invoice Number)** |