# EXHIBIT A

Customary and Comparable Compensation Disclosures with Fee Applications

| Category of Timekeeper | Blended Hourly Rate | |
| --- | --- | --- |
| | **Billed Preceding Year, Excluding Bankruptcy** | **Billed this Application** |
| Partners | $1,235.54 | $1,037.90 |
| Counsel | $1,142.90 | $865.00 |
| Associates | $845.13 | $745.77 |
| Paraprofessionals | $388.46 | $385.00 |
| All Timekeepers Aggregated | $944.07 | $863.18 |

Case Name:            In re LTL Management LLC
Case Number:         23-12825 (MBK)
Applicant's Name:    King & Spalding LLP
Date of Application: September 7, 2023
Interim or Final:    Final