# **EXHIBIT B**

Summary of Timekeepers Included in this Application

| NAME OF PROFESSIONAL | DEPARTMENT | YEAR ADMITTED[1] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| *Partners* | | | | | |
| Bush, Matthew | Litigation | 2012 | $890.00 | 67.3 | $59,897.00 |
| Calfo, Alex | Litigation | 1991 | $1,120.00 | 9.0 | $10,080.00 |
| Fournier, Kristen | Litigation | 2002 | $1,060.00 | 514.1 | $544,946.00 |
| Hynes, Kevin | Litigation | 2013 | $890.00 | 22.7 | $20,203.00 |
| Johnson, Paul | Litigation | 1984 | $1,120.00 | 20.2 | $22,624.00 |
| Romano, Julia | Litigation | 2008 | $1,000.00 | 23.3 | $23,300.00 |
| Wilson, Thad | Bankruptcy | 2008 | $1,000.00 | 6.0 | $6,000.00 |
| *Counsel* | | | | | |
| Ashby, Matt | Litigation | 2000 | $865.00 | 6.0 | $5,190.00 |
| Davidson, Scott | Litigation | 1996 | $865.00 | 5.7 | $4,930.50 |
| Steinmann, Cori | Litigation | 2004 | $865.00 | 12.1 | $10,466.50 |
| *Associates* | | | | | |
| Baker, Britney | Bankruptcy | 2018 | $959 | 77.4 | $74,226.60 |
| Gascoine, Evan | Litigation | 2008 | $740 | 66.0 | $48,840.00 |
| Hewgley IV, Cason | Litigation | 2017 | $705 | 8.0 | $5,640.00 |
| King, Bryan | Litigation | 2011 | $740 | 519.3 | $384,282.00 |
| Litzinger, Brittany | Litigation | 2020 | $650 | 16.7 | $10,855.00 |
| McHugh, Jay | Litigation | 2020 | $595 | 12.4 | $7,378.00 |
| Sims, Heather | Litigation | 2021 | $560 | 16.6 | $9,296.00 |
| Tenkhoff, Paige | Litigation | 2020 | $595 | 6.1 | $3,629.50 |
| Vives, Michael | Litigation | 2014 | $740 | 23.3 | $17,242.00 |
| Kolli, Priya* | Litigation | 2014 | $290 | 11.4 | $3,306.00 |
| *Paraprofessional* | | | | | |
| Ritzert, Barbara | Litigation | N/A | $385.00 | 45.3 | $17,440.50 |
| Coplen, David | Litigation | N/A | $385.00 | 5.6 | $2,156.00 |
| Fermin, Luis | Litigation | N/A | $385.00 | 4.0 | $1,540.00 |
| | | | **TOTALS:** | **1,498.5** | **$1,293,468.60** |
| | | Less Fees for Johnson & Johnson Only Representation: | | | ($256,880.75) |
| | | | **TOTAL FEES REQUESTED:** | | **$1,036,587.85** |

Case Name:           In re LTL Management LLC
Case Number:         23-12825 (MBK)
Applicant's Name:    King & Spalding LLP
Date of Application: September 7, 2023
Interim or Final:    Final

---

[1] *Staff Attorney.