# EXHIBIT C

Summary of Compensation Requested by Task Code

**100% LTL**

| Task Code | Description | Hours Billed | Fees Sought |
|---|---|---|---|
| L002 | Case Administration | 118.6 | $94,753.00 |
| L003 | Claims Administration and Objections | 6.1 | $5,276.50 |
| L004 | Fee/Employment Applications | 81.0 | $78,259.10 |
| L005 | Relief from Stay Proceedings | 5.2 | $5,005.00 |
| L006 | Litigation Consulting | 603.4 | $596,413.50 |
| **Totals:** | | **814.3** | **$779,707.10** |

**50% LTL / 50% Johnson & Johnson**

| Task Code | Description | Hours Billed | Fees Sought |
|---|---|---|---|
| L006 | Litigation Consulting | 684.2 | $513,761.50 |
| **Totals:** | | **684.2** | **$513,761.50** |
| Less Fees for Johnson & Johnson Only Representation: | | | ($256,880.75) |
| **Total Fees Requested:** | | | **$256,880.75** |

| | |
|---|---|
| Case Name: | In re LTL Management LLC |
| Case Number: | 23-12825 (MBK) |
| Applicant's Name: | King & Spalding LLP |
| Date of Application: | September 7, 2023 |
| Interim or Final: | Final |