# **EXHIBIT D**

Summary of Expense Reimbursement Requested by Category

**100% LTL**

| Category | Amount |
|---|---|
| - | - |
| **Total:** | **$0.00** |

**50% LTL / 50% Johnson & Johnson**

| Category | Amount |
|---|---|
| Court Reporter/Trial Transcripts | $189,275.27 |
| Document Delivery | $242.14 |
| Expert/Professional Fees | $42,463.26 |
| Filing Fees | $6,803.67 |
| Litigation Support Vendors | $392,263.79 |
| Travel | $10,455.58 |
| **Total:** | **$641,503.71** |
| Less Expenses for Johnson & Johnson Only Representation: | ($320,751.86) |
| **TOTAL REQUESTED:** | **$320,751.86** |

Case Name:           In re LTL Management LLC
Case Number:         23-12825 (MBK)
Applicant's Name:    King & Spalding LLP
Date of Application: September 7, 2023
Interim or Final:    Final