# EXHIBIT A

Customary and Comparable Compensation Disclosures with Fee Applications

| CATEGORY OF TIMEKEEPER | BLENDED RATE 2023 |
|---|---|
| Notice Expert | $650.00 |
| Media Planner | $350.00 |
| Project Management | $350.00 |
| **All Timekeepers Aggregated** | **$482.64** |

| | |
|---|---|
| Case Name: | In re: LTL Management LLC |
| Cases Number: | 23-12825-MBK |
| Applicant's Name | Signal Interactive Media LLC |
| Date of Application | September 7, 2023 |
| Interim or Final | Final |