# EXHIBIT B

Summary of Timekeepers Included in this Fee Application

| NAME OF PROFESSIONAL | HOURLY RATE 2023 | HOURS 2023 (APR 4 – JULY 31) | FEES |
|---|---|---|---|
| Adrian Durbin, Media Planner | $350 | 1 | $350 |
| Annie Parker, Media Planner | $350 | 0.4 | $140 |
| Christine Killian, Media Planner | $350 | 21 | $7,350 |
| Danielle Spencer, Media Planner | $350 | 3.4 | $1,190 |
| Gabrielle Quintana Greenfield, Media Planner | $350 | 5.8 | $2,030 |
| Grace Turke-Martinez, Project Manager | $350 | 3.3 | $1,155 |
| Jordan Fox, Media Planner | $350 | 65 | $22,750 |
| Justin Washington, Media Planner | $350 | 42.6 | $14,910 |
| Kate Thomas, Media Planner | $350 | 1.7 | $595 |
| Kristen Davis, Media Planner | $350 | 57.3 | $20,055 |
| Liza Bray, Project Manager | $350 | 3.1 | $1,085 |
| Miles King, Media Planner | $350 | 14 | $4,900 |
| Precious McKinney, Media Planner | $350 | 12.5 | $4,375 |
| Scott Kennedy, Media Planner | $350 | 0.9 | $315 |
| Shannon Wheatman, Notice Expert | $650 | 187.2 | $121,680 |
| Zack Stapf, Project Manager | $350 | 4.2 | $1,470 |
| **TOTAL** | | **423.4** | **$204,350** |

| | |
|---|---|
| Case Name: | In re: LTL Management LLC |
| Cases Number: | 23-12825-MBK |
| Applicant's Name | Signal Interactive Media LLC |
| Date of Application | September 7, 2023 |
| Interim or Final | Final |