## **EXHIBIT C**

Summary of Expense Reimbursement Requested by Category

| DISBURSEMENT TYPE | AMOUNT |
|---|---|
| Media Survey Data | $142,067.11 |
| Website | $1,662.00 |
| Stock Images | $262.88 |
| **DISBURSEMENTS TOTALS** | **$143,991.99** |

| | |
|---|---|
| Case Name: | In re: LTL Management LLC |
| Cases Number: | 23-12825-MBK |
| Applicant's Name | Signal Interactive Media LLC |
| Date of Application | September 7, 2023 |
| Interim or Final | Final |