**EXHIBIT D**

Summary Cover Sheet of Fee Application

| | |
|---|---|
| Name of applicant: | Signal Interactive Media LLC |
| Name of client: | LTL Management LLC |
| Time period covered by this application: | Start: 4/4/2023 End 7/31/2023 |
| Total compensation sought this period: | $204,350.00 |
| Total expenses sought this period: | $143,991.99 |
| Petition date: | April 4, 2023 |
| Retention date: | April 16, 2023 |
| Date of order approving employment: | June 14, 2023 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date: | $0.00 |
| Total allowed compensation paid to date: | $0.00 |
| Total allowed expenses paid to date: | $0.00 |
| Blended rate in this application for all timekeepers: | $482.64 |
| Compensation sought in this application already paid pursuit to a monthly compensation order but not yet allowed: | $161,880.00 |
| Expenses sought in this application already paid pursuit to a monthly compensation order but not yet allowed: | $78,456.88 |
| Number of professionals included in this application | 16 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If application, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period: | 11 |
| Are any rates higher than those approved or disclosed at retention: If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application: | No |

| | |
|---|---|
| Case Name: | In re: LTL Management LLC |
| Cases Number: | 23-12825-MBK |
| Applicant's Name | Signal Interactive Media LLC |
| Date of Application | September 7, 2023 |
| Interim or Final | Final |