## **EXHIBIT E - CERTIFICATION**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR*<br><br>In re:<br><br>LTL MANAGEMENT LLC,[2]<br><br>                 Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

### **CERTIFICATION OF SHANNON R. WHEATMAN**

**SHANNON R. WHEATMAN**, certifies pursuant to 28 U.S.C. § 1746, as follows:

---

[2] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1. I am an Executive Direction Signal Interactive Media, LLC ("Signal"), plan notice consultant to the Debtor in the above-captioned matter. I submit this Certification in connection with Signal's Final Application for an allowance of compensation for professional services rendered and reimbursement of expenses for the period from April 4, 2023 through July 31, 2023 (the "Application").

2. In accordance with 18 U.S.C. § 155 and the Rules of this Court, neither I nor any employee of my firm has entered into any agreement, written or oral, express or implied, with the Debtor, any creditor, or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Debtor.

3. In accordance with section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm or any attorney thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the Court herein, nor will any division of fees prohibited by section 504 of the Bankruptcy Code be made by me, or any attorney of my firm.

4. I have reviewed the requirements of D.N.J. LBR 2016-1, the Revised UST Guidelines and the Compensation Order,[3] and certify to the best of my knowledge and belief that this Application substantially complies with such local rule, order and guidelines. I certify, under penalty of perjury, that the foregoing statements made by me are true and correct, to the best of my knowledge, information, and belief.

*/s/ Shannon Wheatman*
Shannon Wheatman

Dated: September 7, 2023

---

[3] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.