**Exhibit F – Expense Detail**

Detailed Description of Expenses Incurred

| Date incurred | Category | Notes | Disbursements |
|---|---|---|---|
| 4/30/2023 | Media Survey Data | comScore (US) – online measurement | $40,280.00 |
| 5/16/2023 | Media Survey Data | comScore (Canada) – online measurement | $36,252.00 |
| 5/15/2023 | Website | Website Domain | $12.00 |
| 5/15/2023 | Stock Images | Stock Images for Publication Notice | $262.88 |
| 6/1/2023 | Website | Creative – Website Landing Page Wireframe | $1,650.00 |
| 7/31/2023 | Media Survey Data | Nielsen – TV/radio measurement | $65,535.11 |
| | | **TOTAL** | $143,991.99 |