**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

In re:

LTL MANAGEMENT LLC,[4]

                Debtor.

Chapter 11

Case No.: 23-12825(MBK)

Judge: Michael B. Kaplan

**ORDER ALLOWING FINAL APPLICATION OF SIGNAL INTERACTIVE MEDIA LLC AS PLAN NOTICE CONSULTANT TO THE DEBTOR AND DEBTOR IN POSSESSION FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM APRIL 4, 2023 THROUGH JULY 31, 2023**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

---

[4] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Page 2
Debtor: LTL Management, LLC
Case No.: 23-12825-MBK
Caption: Order Allowing Final Application of Signal Interactive Media LLC As Plan Notice Consultant to the Debtor and Debtor in Possession for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From April 4, 2023 Through July 31, 2023

Upon the *First and Final Application of Signal Interactive Media LLC ("Signal") as Plan Notice Consultant To The Debtor and Debtor in Possession For Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Expenses Incurred For The Period From April 4, 2023 Through July 31, 2023* (the "Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Debtor and Debtor in Possession.

**IT IS HEREBY ORDERED** that:

1. The Application is granted on a final basis as set forth herein.

2. Signal shall be allowed, on a final basis, fees in the amount of $204,350.00, plus disbursements of $143,991.99.

3. The Debtor is authorized and directed to make payment of the unpaid portion of the allowed fee, to wit, the sum of $262,705.96, to Signal Interactive Media LLC.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.