**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE STATEMENT COVER SHEET FOR THE**
**PERIOD APRIL 5, 2023 THROUGH AUGUST 11, 2023**

| | |
|---|---|
| Debtor: LTL Management LLC ("**LTL**") | Name of Applicant: Shook, Hardy & Bacon, L.L.P. ("**Shook**") |
| Case No.: 23-12825 (MBK) | Client: Special Counsel to LTL Management LLC |
| Chapter: 11 | Case Filed: April 5, 2023 (the "**Petition Date**") |

**SECTION I**
**FEE SUMMARY**

| | | | |
|---|---|---|---|
| ☒  Monthly Fee Statement No. 1 | | ☐  Final Fee Application | |

Summary of Amounts Requested for the Period April 5, 2023 through August 11, 2023 (the "**First Statement Period**").

| | |
|---|---|
| **Total Fees for the LTL Debtor:** | $60,531.84 |
| **Total Disbursements:** | $0.00 |
| **Total Fees Plus Disbursements:** | $60,531.84 |
| **Minus 20% Holdback of Fees** | $12,106.37 |
| **Amount Sought at this Time:** | $48,425.4716 |

**Summary of Amounts Requested for Previous Periods:**

| | FEES | EXPENSES |
|---|---|---|
| **Total Previous Fee Requested:** | | |
| **Total Fees Allowed To Date:** | | |
| **Total Retainer (If Applicable):** | | |
| **Total Holdback (If Applicable):** | | |
| **Total Received By Applicant:** | | |

**COMPENSATION BY PROFESSIONAL**
**APRIL 5, 2023 THROUGH AUGUST 11, 2023**

The attorneys who rendered professional services in these chapter 11 cases from April 5, 2023 through August 11, 2023 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Frazier, Kathleen | 2004 | $487.90 | 120.3 | $58,694.37 |
| James, Scott | 2001 | $475.60 | 0.2 | $95.12 |
| Ahern, Hunter | 2005 | $498.16 | 0.3 | $149.45 |
| Mangrum, Michelle | 1986 | $630.00 | 1.3 | $819.00 |
| Fields, Jeff | 1998 | $366.96 | 0.1 | $36.70 |
| **Total Partners and Counsel:** | | **$489.32** | **122.2** | **$59,794.64** |

| NAME OF PROFESSIONAL: ASSOCIATES: | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| N/A | | | | |
| **Total Associates:** | | **N/A** | **0** | **$0.00** |

The paraprofessionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PARAPROFESSIONALS AND OTHER NON-LEGAL STAFF | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Lingor, Stephanie | $188.00 | 2.5 | $470.00 |
| Stufflebean, Kerry | $164.00 | 1.5 | $229.60 |
| Lewis, Deborah | $188.00 | .2 | $37.60 |
| **Total Paraprofessionals & Other Non-Legal Staff:** | **$175.52** | **4.2** | **$737.20** |

The total fees for the Fee Period are:

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel: | $489.32 | 122.2 | $59,794.64 |
| Associates: | N/A | N/A | N/A |
| Paraprofessionals and Other Non-Legal Staff: | $175.52 | 4.2 | $737.20 |
| **Blended Attorney Rate:** | **$486.93** | **122.2** | **$59,794.64** |
| **Blended Rate for All Timekeepers:** | **$478.89** | **126.4** | **$60,531.84** |
| **Total Fees Incurred:** | | | **$60,531.84** |

## SECTION II
## SUMMARY OF SERVICES

### COMPENSATION BY WORK TASK CODE FOR
### SERVICES RENDERED BY SHOOK, HARDY & BACON, L.L.P.
### FOR THE PERIOD APRIL 5, 2023 THROUGH AUGUST 11, 2023

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B190 | Litigation Consulting | 96.7 | $46,041.21 |
| B160 | Fee/Employment Applications | 29.7 | $14,490.63 |
| **Total Fees Requested:** | | **126.4** | **$60,531.84** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

**DISBURSEMENT SUMMARY BY SHOOK, HARDY & BACON L.L.P.**
**FOR THE PERIOD APRIL 5, 2023 THROUGH AUGUST 11, 2023**

| DISBURSEMENTS | AMOUNTS |
|---|---|
| N/A | $0.00 |
| **Total Disbursements Requested:** | **$0.00** |

## SECTION IV
## CASE HISTORY

( 1 ) Date case filed: April 4, 2023

( 2 ) Chapter under which case commenced: Chapter 11

( 3 ) Date of retention: June 14, 2023 *nunc pro tunc* to April 4, 2023 [Dkt. 769] (the "Retention Order")[1].

( 4 ) Summarize in brief the benefits to the estate and attach supplements as needed    SEE BELOW

During the First Statement Period, Shook, Hardy & Bacon L.L.P. provided the following services to the Debtor including, but not limited to, the following:

*Litigation Counseling*

- Updated pending ovarian case lists and other materials for bankruptcy teams.

- Assisted Jones Day with matters relating to the motion to dismiss and other pleadings.

- Addressed issues and other matters relating to talc-related litigation involving ovarian cancer.

*Fee / Employment Application Preparation*

- Reviewed invoices for purposes of preparing first monthly fee statement in accordance with Interim Compensation Order.

- Responded to questions from the Office of the United States Trustee in connection with retention application.

(5) Anticipated distribution to creditors:

| | |
|---|---|
| (a) Administration expense: | Unknown at this time. |
| (b) Secured creditors: | Unknown at this time. |
| (c) Priority creditors: | Unknown at this time. |
| (d) General unsecured creditors: | Unknown at this time. |

(6) Final disposition of case and percentage of dividend paid to creditors    Final dividend percentages are unknown at this time.

I certify under penalty of perjury that the above is true.

Date: September 7, 2023            */s/ Kathleen A. Frazier*
                                   Kathleen A. Frazier

---

[1] The Retention Order is attached hereto as Exhibit A.