# EXHIBIT B



**Shook, Hardy & Bacon L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550

| | |
|---|---|
| **LTL MANAGEMENT LLC** | **Invoice No:** 3024854 |
| JOHN KIM, ESQ. | Invoice Date: 09/06/2023 |
| 501 GEORGE STREET | Matter Number: 13008.377775 |
| NEW BRUNSWICK, NJ 08933-1161 | Billing Attorney: Kathleen A. Frazier |

**Summary of Invoice**

For Professional services and disbursements thru **April 30, 2023**

LTL Bankruptcy (LTL, LLC)
Electronic Number:  JJL2021019389

| | |
|---|---|
| Current Fees | $26,361.55 |
| **Total Amount Due** | **$26,361.55** |

## REMITTANCE INFORMATION

*Please verify your records reflect our new Wiring Instructions and Remit Address.*

**Wiring Instructions**
Commerce Bank
1000 Walnut
Kansas City, MO 64106
ABA Number: 101000019
SWIFT: CBKCUS44
Account Number: 43056

**Remit Address**
Shook, Hardy & Bacon L.L.P.
PO Box 843718
Kansas City, MO 64184-3718

**Federal Tax ID:**
44-0585497

Payments received after April 30, 2023 may not be reflected herein.



13008.377775  3024854  09/06/2023

## Invoice Detail

For Professional services and disbursements thru *April 30, 2023*

LTL Bankruptcy (LTL, LLC)
Electronic Number:  JJL2021019389

**Professional Services**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| **B160** | **Fee/Employment Applications** | | | |
| 04/06/23 | KAF | Correspondences with client (0.3) and with D. Prieto and L. Rogers (0.2) regarding bankruptcy proceeding and next steps. | 0.50 | $243.95 |
| 04/14/23 | KAF | Analyze fee matters (2.4) and correspond with N. Brown regarding same (0.5). | 2.90 | 1,414.91 |
| 04/20/23 | KAF | Correspond with D. Villalba regarding retention application matters. | 0.30 | 146.37 |
| 04/20/23 | KAF | Correspond with B. Morgan (0.3) and with client (0.1) regarding April fee matters. | 0.40 | 195.16 |
| 04/27/23 | KAF | Prepare correspondence to client regarding bankruptcy retention and next steps. | 0.30 | 146.37 |
| 04/27/23 | KAF | Correspond with D. Villalba regarding retention application. | 0.20 | 97.58 |
| 04/28/23 | KAF | Correspond with client regarding retention matters and follow up with D. Villalba regarding same. | 0.40 | 195.16 |
| 04/28/23 | KAF | Correspondences with K. Fournier and I. Perez regarding retention matters and next steps. | 0.60 | 292.74 |
| 04/29/23 | KAF | Work on retention application. | 0.90 | 439.11 |
| **Subtotal for B160** | | **Fee/Employment Applications** | **6.50** | **$3,171.35** |
| **B190** | **Other Contested Matters** | | | |
| 04/05/23 | KAF | Correspondences (8) with M. Healy regarding bankruptcy court developments and next steps. | 0.70 | $341.53 |
| 04/05/23 | KAF | Correspondences (3) with J. McLoone regarding bankruptcy court developments and next steps. | 0.30 | 146.37 |
| 04/05/23 | KAF | Correspond with I. Perez regarding bankruptcy court pleadings. | 0.30 | 146.37 |
| 04/06/23 | KAF | Correspondences (4) with S. Sharko regarding bankruptcy proceeding matters. | 0.60 | 292.74 |
| 04/06/23 | KAF | Correspond with I. Perez (0.1) and with S. Saum (0.3) regarding retention matters. | 0.40 | 195.16 |
| 04/06/23 | KAF | Correspond with K. Fournier regarding bankruptcy proceeding matters. | 0.30 | 146.37 |
| 04/06/23 | KAF | Correspondences (3) with K. Stufflebean and S. Lingor regarding bankruptcy proceeding matters. | 0.60 | 292.74 |



13008.377775  3024854  09/06/2023

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 04/06/23 | KSY | Review court pleadings and correspond with vendor regarding same. | 0.20 | 32.80 |
| 04/06/23 | KAF | Correspond with D. Prieto regarding TRO. | 0.30 | 146.37 |
| 04/06/23 | KAF | Review bankruptcy court pleadings and consider next steps. | 0.30 | 146.37 |
| 04/07/23 | KAF | Correspond with client (0.2) and with A. Rush (0.2) regarding indemnification matters and bankruptcy court proceeding. | 0.40 | 195.16 |
| 04/07/23 | KAF | Review Canadian case filings (0.2) and correspond with Blakes and Jones Day regarding next steps (0.1). | 0.30 | 146.37 |
| 04/07/23 | KAF | Correspond with I. Perez (0.3) and with E. Gascoine (0.1) regarding bankruptcy court pleadings. | 0.40 | 195.16 |
| 04/10/23 | KAF | Attend bankruptcy team strategy call with Jones Day, Wolmuth, King & Spalding, and client. | 0.90 | 439.11 |
| 04/10/23 | KAF | Review recent bankruptcy court filings. | 0.30 | 146.37 |
| 04/10/23 | KAF | Follow up with S. Sharko regarding bankruptcy case status and next steps. | 0.20 | 97.58 |
| 04/10/23 | KAF | Correspond with K. Stufflebean regarding bankruptcy case status and next steps. | 0.20 | 97.58 |
| 04/10/23 | SSL | Communicate with K. Frazier regarding bankruptcy court proceeding. | 0.10 | 18.80 |
| 04/11/23 | KAF | Attend portions of bankruptcy court hearing pertaining to matters relevant to ovarian litigation. | 1.40 | 683.06 |
| 04/11/23 | KAF | Correspond with I. Perez regarding bankruptcy case proceeding and next steps. | 0.20 | 97.58 |
| 04/11/23 | KAF | Correspond with L. Rogers regarding Canadian matters and bankruptcy case proceeding. | 0.30 | 146.37 |
| 04/12/23 | KAF | Correspond with L. Rogers regarding Canadian case status and bankruptcy court developments. | 0.30 | 146.37 |
| 04/12/23 | KAF | Assist in preparing for next steps in bankruptcy matter (7.1) and correspond with K. Fournier (0.6), K. Stufflebean (0.2), and S. Sharko (0.3) regarding same. | 8.20 | 4,000.78 |
| 04/13/23 | KAF | Correspondences with L. Rogers (0.4) and with vendor (0.3) regarding Canadian matters. | 0.70 | 341.53 |
| 04/13/23 | KAF | Correspond with H. Ahern and S. James regarding bankruptcy case matters and next steps. | 0.40 | 195.16 |
| 04/13/23 | SAJY | Correspond with K. Frazier regarding litigation and bankruptcy proceeding status. | 0.20 | 95.12 |
| 04/13/23 | KAF | Correspondences (8) with K. Fournier and S. Sharko regarding talc litigation and bankruptcy case matters. | 1.20 | 585.48 |
| 04/14/23 | KAF | Correspond with A. Rush regarding bankruptcy case proceedings and next steps. | 0.30 | 146.37 |
| 04/14/23 | KAF | Correspond with L. Rogers regarding Canadian litigation and bankruptcy case matters. | 0.40 | 195.16 |



13008.377775  3024854  09/06/2023

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 04/15/23 | KAF | Work on deposition matters (3.5) and correspond with K. Fournier regarding same (0.3). | 3.80 | 1,854.02 |
| 04/16/23 | KAF | Continue to work on deposition matters (3.2) and correspond with A. Brown regarding same (0.7). | 3.90 | 1,902.81 |
| 04/18/23 | KAF | Correspondences (3) with G. Ghaul regarding talc ovarian case information. | 0.40 | 195.16 |
| 04/18/23 | KAF | Correspond with S. Sharko regarding bankruptcy case matters. | 0.30 | 146.37 |
| 04/18/23 | KAF | Correspondences (5) with ovarian local counsels regarding bankruptcy case matters. | 0.40 | 195.16 |
| 04/18/23 | KAF | Follow up with L. Rogers and vendor regarding Canadian talc matters. | 0.30 | 146.37 |
| 04/19/23 | KAF | Correspond with L. Rogers regarding status of bankruptcy court proceeding and Canadian litigation. | 0.20 | 97.58 |
| 04/19/23 | KAF | Correspond with J. Fields (0.8) and with G. Ghaul (0.3) regarding talc ovarian case information. | 1.10 | 536.69 |
| 04/19/23 | KAF | Attend bankruptcy team call with Jones Day, Skadden, and client. | 0.50 | 243.95 |
| 04/20/23 | KAF | Attend bankruptcy team strategy calls with Jones Day, Skadden, and client. | 0.80 | 390.32 |
| 04/20/23 | KAF | Attend bankruptcy court hearing/ruling. | 0.50 | 243.95 |
| 04/20/23 | KSY | Conduct research regarding ovarian case information (1.0) and correspond with K. Tran regarding same (0.2). | 1.20 | 196.80 |
| 04/20/23 | KAF | Follow up with G. Ghaul regarding talc ovarian case information. | 0.40 | 195.16 |
| 04/20/23 | KAF | Follow up with L. Rogers regarding Canadian litigation matters and bankruptcy case proceeding. | 0.30 | 146.37 |
| 04/20/23 | KAF | Call with P. Johnson regarding bankruptcy case matters and litigation proceedings. | 0.40 | 195.16 |
| 04/20/23 | KAF | Correspond with S. Sharko (0.1) and with D. Prieto (0.1) regarding bankruptcy case matters and MDL case matters. | 0.20 | 97.58 |
| 04/20/23 | KAF | Correspond with P. Johnson regarding bankruptcy case proceedings and talc litigation proceeding. | 0.20 | 97.58 |
| 04/20/23 | KAF | Correspond with bankruptcy team, including Jones Day, King & Spalding, Skadden, and client regarding bankruptcy case matters. | 0.80 | 390.32 |
| 04/20/23 | KAF | Analyze hearing transcript related to court rulings. | 0.30 | 146.37 |
| 04/20/23 | KAF | Correspond with I. Perez regarding next steps in bankruptcy court proceeding. | 0.30 | 146.37 |
| 04/20/23 | KAF | Correspondences (3) with K. Stufflebean regarding communication with vendor regarding bankruptcy case matters. | 0.30 | 146.37 |
| 04/21/23 | KAF | Correspond with J. Fields (0.2) and with G. Ghaul (0.2) regarding ovarian case information. | 0.40 | 195.16 |



13008.377775  3024854  09/06/2023

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 04/21/23 | KAF | Review bankruptcy court matters and correspond with M. Healy regarding same. | 0.30 | 146.37 |
| 04/21/23 | KAF | Follow up with K. Stufflebean regarding ovarian case information and bankruptcy court proceeding. | 0.20 | 97.58 |
| 04/21/23 | KAF | Call with I. Perez and A. Rush regarding next steps in bankruptcy court proceeding. | 0.50 | 243.95 |
| 04/21/23 | KAF | Follow up with S. Sharko regarding MDL matters and bankruptcy case proceedings. | 0.20 | 97.58 |
| 04/21/23 | KAF | Review bankruptcy court pleading and correspond with D. Prieto regarding same. | 0.30 | 146.37 |
| 04/24/23 | DRL | Review ovarian case information (0.1) and correspond with K. Frazier regarding same (0.1). | 0.20 | 37.60 |
| 04/24/23 | MRM | Correspond with retail defendant regarding indemnity matters. | 0.20 | 126.00 |
| 04/24/23 | MRM | Correspond with K. Frazier and D. Lewis regarding bankruptcy case matters. | 0.10 | 63.00 |
| 04/24/23 | KAF | Work on Schedule matters (0.2) and correspond with M. Mangrum (0.2), T. Locke (0.3), and with I. Perez (0.2) regarding same. | 0.90 | 439.11 |
| 04/24/23 | KAF | Correspond with client regarding bankruptcy case proceedings and next steps. | 0.20 | 97.58 |
| 04/25/23 | KAF | Correspond with K. Fournier regarding talc litigation matters and bankruptcy case proceedings. | 0.20 | 97.58 |
| 04/25/23 | KAF | Attend bankruptcy team call with Jones Day, Wolmuth, King & Spalding, Skadden, and client. | 1.10 | 536.69 |
| 04/25/23 | KAF | Correspond with client (0.1) and with vendor (0.2) regarding talc ovarian case information. | 0.30 | 146.37 |
| 04/25/23 | KAF | Review bankruptcy court orders and follow up with D. Prieto regarding same. | 0.70 | 341.53 |
| 04/26/23 | MRM | Review case materials and correspond with retail defendant regarding indemnity matters. | 0.40 | 252.00 |
| 04/27/23 | KAF | Correspond with D. Prieto regarding ovarian litigation pleadings and bankruptcy court matters. | 0.40 | 195.16 |
| 04/27/23 | KAF | Correspondences (4) with bankruptcy team regarding preliminary injunction matters. | 0.40 | 195.16 |
| 04/27/23 | KAF | Revise pro hac vice motion (0.1) and correspond with Wolmuth regarding same (0.1). | 0.20 | 97.58 |
| 04/28/23 | KAF | Correspond with P. Sullivan regarding OCP matters. | 0.20 | 97.58 |
| 04/28/23 | KAF | Attend bankruptcy team strategy call with Jones Day, Wolmuth, King & Spalding, Skadden, and client. | 1.20 | 585.48 |
| 04/28/23 | KAF | Correspond with I. Perez regarding bankruptcy matters and talc litigation. | 0.20 | 97.58 |
| 04/28/23 | MRM | Correspond with second retail defendant regarding indemnity matters. | 0.20 | 126.00 |
| 04/28/23 | MRM | Review and analyze correspondence from retail defendant. | 0.10 | 63.00 |



13008.377775  3024854  09/06/2023

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 04/28/23 | MRM | Correspond with retail defendant regarding indemnity matters. | 0.20 | 126.00 |
| 04/28/23 | KAF | Call with Jones Day regarding bankruptcy court pleadings. | 0.40 | 195.16 |
| 04/28/23 | KAF | Correspond with K. Tran regarding ovarian litigation matters. | 0.30 | 146.37 |
| 04/28/23 | KAF | Correspond with B. Bauer regarding OCP matters. | 0.20 | 97.58 |
| 04/28/23 | KAF | Correspond with S. Sharko regarding OCP matters. | 0.20 | 97.58 |
| 04/28/23 | KAF | Correspond with A. Sacks regarding OCP matters. | 0.20 | 97.58 |
| 04/28/23 | KAF | Call with B. Bauer (0.3) and follow-up emails (0.4) regarding bankruptcy case proceeding and next steps. | 0.70 | 341.53 |
| **Subtotal for B190** | | **Other Contested Matters** | **48.30** | **$23,190.20** |
| **Total** | | | **54.80** | **$26,361.55** |

**Timekeeper Summary**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Michelle R. Mangrum | Partner | 1.20 | $630.00 | $756.00 |
| Kathleen A. Frazier | Partner | 51.70 | 487.90 | 25,224.43 |
| Scott A. James | Partner | 0.20 | 475.60 | 95.12 |
| Deborah R. Lewis | Senior Analyst | 0.20 | 188.00 | 37.60 |
| Stephanie S. Lingor | Senior Analyst | 0.10 | 188.00 | 18.80 |
| Kerry Stufflebean | Paralegal | 1.40 | 164.00 | 229.60 |
| **Total** | | **54.80** | | **$26,361.55** |

| | **Total Amount Due** | **$26,361.55** |
|---|---|---|



**Shook, Hardy & Bacon L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550

**LTL MANAGEMENT LLC**  
JOHN KIM, ESQ.  
501 GEORGE STREET  
NEW BRUNSWICK, NJ 08933-1161

| | |
|---|---:|
| **Invoice No:** | 3024855 |
| Invoice Date: | 09/06/2023 |
| Matter Number: | 13008.377775 |
| Billing Attorney: | Kathleen A. Frazier |

**Summary of Invoice**

For Professional services and disbursements thru **May 31, 2023**

LTL Bankruptcy (LTL, LLC)  
Electronic Number:  JJL2021019389

| | |
|---|---:|
| Current Fees | $18,899.97 |
| **Total Amount Due** | **$18,899.97** |

## REMITTANCE INFORMATION

*Please verify your records reflect our new Wiring Instructions and Remit Address.*

**Wiring Instructions**  
Commerce Bank  
1000 Walnut  
Kansas City, MO 64106  
ABA Number: 101000019  
SWIFT: CBKCUS44  
Account Number: 43056

**Remit Address**  
Shook, Hardy & Bacon L.L.P.  
PO Box 843718  
Kansas City, MO 64184-3718

**Federal Tax ID:**  
44-0585497

Payments received after May 31, 2023 may not be reflected herein.



13008.377775  3024855  09/06/2023

## Invoice Detail

For Professional services and disbursements thru *May 31, 2023*

LTL Bankruptcy (LTL, LLC)
Electronic Number:  JJL2021019389

**Professional Services**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| **B160** | **Fee/Employment Applications** | | | |
| 05/01/23 | KAF | Correspond with D. Villalba regarding retention matters. | 0.20 | $97.58 |
| 05/01/23 | KAF | Call with B. Morgan and J. Siedlik regarding retention application. | 0.30 | 146.37 |
| 05/01/23 | KAF | Correspond with B. Ansell regarding bankruptcy case retention. | 0.20 | 97.58 |
| 05/02/23 | KAF | Continue to prepare retention application (3.1) and correspond with B. Ansell (0.4) and with D. Villalba (0.2) regarding same. | 3.60 | 1,756.44 |
| 05/04/23 | KAF | Correspond with D. Villalba regarding finalization and filing of retention application. | 0.20 | 97.58 |
| 05/11/23 | KAF | Review fee matters. | 0.40 | 195.16 |
| 05/11/23 | KAF | Correspond with I. Perez regarding request by U.S. Trustee. | 0.10 | 48.79 |
| 05/16/23 | KAF | Correspond with K. Fournier regarding fee matters. | 0.20 | 97.58 |
| 05/18/23 | KAF | Correspond with B. Morgan regarding client's request regarding fee matters. | 0.20 | 97.58 |
| 05/19/23 | KAF | Correspond with client regarding fee matters. | 0.20 | 97.58 |
| 05/20/23 | KAF | Correspond with D. Villalba regarding fee matters. | 0.20 | 97.58 |
| 05/21/23 | KAF | Address fee matters. | 3.70 | 1,805.23 |
| 05/22/23 | KAF | Work on fee matters (3.8) and correspond with N. Brown regarding same (0.4). | 4.20 | 2,049.18 |
| 05/23/23 | KAF | Continue to work on fee matters (5.7) and correspondences with N. Brown regarding same (0.5). | 6.20 | 3,024.98 |
| 05/23/23 | KAF | Review and analysis of correspondence from U.S. Trustee regarding fee retention application. | 0.60 | 292.74 |
| 05/24/23 | KAF | Continue to work on fee matters (0.9) and correspond with N. Brown regarding same (0.2). | 1.10 | 536.69 |
| 05/24/23 | KAF | Correspond with D. Villalba regarding fee matters. | 0.20 | 97.58 |
| 05/25/23 | KAF | Follow up with N. Brown regarding fee matters. | 0.20 | 97.58 |
| 05/26/23 | KAF | Continue to work on fee matters (0.6) and correspond with N. Brown (0.2) and with I. Perez (0.1) regarding same. | 0.90 | 439.11 |



13008.377775  3024855  09/06/2023

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 05/30/23 | KAF | Continue to work on fee matters and correspond with Jones Day regarding same. | 0.60 | 292.74 |
| **Subtotal for B160** | | **Fee/Employment Applications** | **23.50** | **$11,465.65** |
| **B190** | **Other Contested Matters** | | | |
| 05/01/23 | KAF | Correspond with T. Locke (0.3) and with I. Perez (0.2) regarding bankruptcy case matters. | 0.50 | $243.95 |
| 05/01/23 | KAF | Correspond with C. Tinsley regarding bankruptcy proceeding status and talc matters. | 0.20 | 97.58 |
| 05/01/23 | KAF | Review ovarian litigation materials in connection with bankruptcy court pleadings. | 0.40 | 195.16 |
| 05/01/23 | KAF | Correspond with S. Sharko regarding bankruptcy case proceeding and next steps. | 0.30 | 146.37 |
| 05/01/23 | KAF | Correspondences with D. Merrett (0.3), A. Brown (0.3), and with S. Sharko (0.8) regarding bankruptcy court pleadings and ovarian litigation matters. | 1.40 | 683.06 |
| 05/01/23 | KAF | Correspond with K. Fournier and with G. Ghaul regarding bankruptcy pleadings and ovarian case matters. | 0.30 | 146.37 |
| 05/02/23 | KAF | Correspondences (3) with bankruptcy team regarding ovarian litigation matters and bankruptcy court pleadings. | 0.40 | 195.16 |
| 05/02/23 | KAF | Attend weekly bankruptcy team strategy meeting with Jones Day, Wolmuth, King & Spalding, Skadden, and client. | 1.00 | 487.90 |
| 05/05/23 | KAF | Review discovery requests (0.4) and correspondence from D. Torborg (0.2) regarding same. | 0.60 | 292.74 |
| 05/05/23 | KAF | Correspondences with J. Fields (0.3) and with G. Ghaul (0.2) regarding ovarian case information. | 0.50 | 243.95 |
| 05/05/23 | KAF | Correspond with K. Tran regarding ovarian case information. | 0.20 | 97.58 |
| 05/09/23 | KAF | Correspond with D. Prieto regarding bankruptcy court pleadings and ovarian litigation information. | 0.30 | 146.37 |
| 05/10/23 | KAF | Correspond with K. Tran regarding ovarian case information. | 0.30 | 146.37 |
| 05/14/23 | KAF | Analyze talc litigation information (0.6) and correspond with client regarding same (0.2). | 0.80 | 390.32 |
| 05/15/23 | MRM | Correspond with retail defense counsel regarding indemnity matters. | 0.10 | 63.00 |
| 05/15/23 | KAF | Analyze talc ovarian information (0.6) and correspond with K. Fournier regarding same (0.2). | 0.80 | 390.32 |
| 05/15/23 | KAF | Continue to analyze talc litigation information (0.8) and correspond with Jones Day regarding same (0.3). | 1.30 | 634.27 |
| 05/15/23 | KAF | Correspondences (2) with S. Sharko regarding talc litigation information. | 0.30 | 146.37 |



13008.377775  3024855  09/06/2023

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 05/15/23 | SSL | Collate talc litigation information for bankruptcy team. | 0.60 | 112.80 |
| 05/16/23 | SSL | Continue to collate talc litigation information for bankruptcy team. | 0.20 | 37.60 |
| 05/16/23 | KAF | Attend bankruptcy team strategy call with Jones Day and client. | 0.50 | 243.95 |
| 05/16/23 | KAF | Correspond with J. Sinnott (0.2) and with A. Rush (0.1) regarding bankruptcy-related pleadings. | 0.30 | 146.37 |
| 05/17/23 | KAF | Follow up with A. Rush regarding pleadings related to bankruptcy case status. | 0.20 | 97.58 |
| 05/23/23 | KAF | Attend weekly bankruptcy team call with Wolmuth, Jones Day, Skadden, and client. | 1.00 | 487.90 |
| 05/24/23 | KAF | Analyze talc litigation matters (0.8) and correspondences with client regarding same (0.3). | 1.10 | 536.69 |
| 05/24/23 | KAF | Correspond with J. Fields (0.2) and with E. Gascoine (0.2) regarding pleadings matters. | 0.40 | 195.16 |
| 05/30/23 | KAF | Attend weekly bankruptcy team strategy call with Wolmuth, Jones Day, King & Spalding, and client. | 0.90 | 439.11 |
| 05/31/23 | KAF | Call with expert regarding bankruptcy case matters. | 0.60 | 292.74 |
| 05/31/23 | KAF | Correspond with I. Perez regarding bankruptcy case matters. | 0.20 | 97.58 |
| **Subtotal for B190** | | **Other Contested Matters** | **15.70** | **$7,434.32** |
| **Total** | | | **39.20** | **$18,899.97** |

**Timekeeper Summary**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Michelle R. Mangrum | Partner | 0.10 | $630.00 | $63.00 |
| Kathleen A. Frazier | Partner | 38.30 | 487.90 | 18,686.57 |
| Stephanie S. Lingor | Senior Analyst | 0.80 | 188.00 | 150.40 |
| **Total** | | **39.20** | | **$18,899.97** |

| | | | **Total Amount Due** | **$18,899.97** |
|---|---|---|---|---|



**Shook, Hardy & Bacon L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550

| | |
|---|---|
| **LTL MANAGEMENT LLC** | **Invoice No:** 3024857 |
| JOHN KIM, ESQ. | Invoice Date: 09/06/2023 |
| 501 GEORGE STREET | Matter Number: 13008.377775 |
| NEW BRUNSWICK, NJ 08933-1161 | Billing Attorney: Kathleen A. Frazier |

**Summary of Invoice**

For Professional services and disbursements thru *June 30, 2023*

LTL Bankruptcy (LTL, LLC)
Electronic Number:  JJL2021019389

| | |
|---|---:|
| Current Fees | $9,544.49 |
| **Total Amount Due** | **$9,544.49** |

## REMITTANCE INFORMATION

*Please verify your records reflect our new Wiring Instructions and Remit Address.*

**Wiring Instructions**
Commerce Bank
1000 Walnut
Kansas City, MO 64106
ABA Number: 101000019
SWIFT: CBKCUS44
Account Number: 43056

**Remit Address**
Shook, Hardy & Bacon L.L.P.
PO Box 843718
Kansas City, MO 64184-3718

**Federal Tax ID:**
44-0585497

Payments received after June 30, 2023 may not be reflected herein.



13008.377775  3024857  09/06/2023

## Invoice Detail
For Professional services and disbursements thru *June 30, 2023*

LTL Bankruptcy (LTL, LLC)
Electronic Number:  JJL2021019389

**Professional Services**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| **B160** | **Fee/Employment Applications** | | | |
| 06/03/23 | KAF | Continue to work on fee matters and correspond with I. Perez regarding same. | 0.80 | $390.32 |
| 06/04/23 | KAF | Continue to work on fee matters and correspond with B. Morgan regarding same. | 0.50 | 243.95 |
| 06/05/23 | KAF | Follow up with B. Morgan regarding fee matters. | 0.30 | 146.37 |
| 06/06/23 | KAF | Follow up with B. Morgan regarding fee matters. | 0.30 | 146.37 |
| 06/07/23 | KAF | Continue to work on fee matters (0.7) and correspond with B. Morgan (0.2), I. Perez (0.2), and with L. Bielskie (0.2) regarding same. | 1.30 | 634.27 |
| 06/08/23 | KAF | Correspondences with I. Perez (0.1) and with L. Bielskie (0.2) regarding retention matters. | 0.30 | 146.37 |
| 06/10/23 | KAF | Address April and May 2023 fee matters. | 1.20 | 585.48 |
| 06/13/23 | KAF | Correspond with I. Perez regarding retention matters. | 0.20 | 97.58 |
| 06/17/23 | KAF | Correspond with B. Morgan regarding fee matters. | 0.20 | 97.58 |
| 06/22/23 | KAF | Correspondences with B. Morgan (0.2) and with client (0.1) regarding fee matters. | 0.30 | 146.37 |
| **Subtotal for B160** | | **Fee/Employment Applications** | **5.40** | **$2,634.66** |
| **B190** | **Other Contested Matters** | | | |
| 06/01/23 | KAF | Correspondences (3) with K. Stufflebean and S. Lingor regarding talc cases and bankruptcy matters. | 0.30 | $146.37 |
| 06/02/23 | KAF | Call with B. Erens and G. Ghaul regarding bankruptcy case matters. | 0.40 | 195.16 |
| 06/02/23 | KAF | Prepare for call with B. Erens and G. Ghaul regarding bankruptcy case matters. | 0.40 | 195.16 |
| 06/05/23 | KAF | Review and respond to correspondences (2) from I. Perez regarding bankruptcy case matters. | 0.40 | 195.16 |
| 06/05/23 | KAF | Attend weekly bankruptcy team call with Wolmuth, Jones Day, King & Spalding, and client. | 0.50 | 243.95 |
| 06/05/23 | KAF | Correspond with S. Lingor regarding ovarian case materials requested. | 0.20 | 97.58 |
| 06/05/23 | SSL | Compile ovarian case information for bankruptcy team. | 1.20 | 225.60 |



13008.377775  3024857  09/06/2023

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 06/06/23 | KAF | Prepare correspondence to B. Erens regarding ovarian litigation information. | 1.10 | 536.69 |
| 06/06/23 | KAF | Analyze talc litigation materials for bankruptcy team. | 1.20 | 585.48 |
| 06/06/23 | KAF | Correspond with K. Stufflebean regarding ovarian case information and vendor matters. | 0.20 | 97.58 |
| 06/07/23 | KAF | Follow up emails (2) with G. Ghaul regarding talc litigation matters and bankruptcy case matters. | 0.40 | 195.16 |
| 06/08/23 | KAF | Correspond with J. Fields (0.2) and with E. Gascoine (0.2) regarding talc litigation case matters. | 0.40 | 195.16 |
| 06/12/23 | KAF | Correspondences with expert (0.2) and with J. Fields (0.2) regarding talc litigation information. | 0.40 | 195.16 |
| 06/15/23 | KAF | Correspondences with expert (0.2) and with K. Fournier (0.1) regarding bankruptcy proceeding and next steps. | 0.30 | 146.37 |
| 06/16/23 | KAF | Correspond with K. Tran regarding bankruptcy case matters. | 0.20 | 97.58 |
| 06/20/23 | KAF | Review materials in preparation for call with expert. | 2.30 | 1,122.17 |
| 06/20/23 | KAF | Attend weekly bankruptcy team strategy call with Jones Day, Wolmuth, and client. | 1.00 | 487.90 |
| 06/20/23 | KAF | Participate in call with expert regarding talc litigation matters. | 1.00 | 487.90 |
| 06/22/23 | KAF | Correspondences with K. Fournier (0.2) and with J. Fields (0.5) regarding talc litigation information. | 0.70 | 341.53 |
| 06/22/23 | KAF | Correspond with J. Jones regarding talc litigation matters. | 0.20 | 97.58 |
| 06/24/23 | KAF | Correspond with K. Fournier regarding talc litigation matters. | 0.60 | 292.74 |
| 06/25/23 | KAF | Correspond with K. Fournier regarding talc litigation matters. | 0.20 | 97.58 |
| 06/25/23 | KAF | Analyze talc litigation information (1.0) and correspond with K. Fournier regarding same (0.3). | 1.30 | 634.27 |
| **Subtotal for B190** | | **Other Contested Matters** | **14.90** | **$6,909.83** |
| **Total** | | | **20.30** | **$9,544.49** |

**Timekeeper Summary**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kathleen A. Frazier | Partner | 19.10 | $487.90 | $9,318.89 |
| Stephanie S. Lingor | Senior Analyst | 1.20 | 188.00 | 225.60 |
| **Total** | | **20.30** | | **$9,544.49** |

| | | |
|---|---|---|
| | **Total Amount Due** | **$9,544.49** |



**Shook, Hardy & Bacon L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550

**LTL MANAGEMENT LLC**
JOHN KIM, ESQ.
501 GEORGE STREET
NEW BRUNSWICK, NJ 08933-1161

| | |
|---|---|
| **Invoice No:** | 3024858 |
| Invoice Date: | 09/06/2023 |
| Matter Number: | 13008.377775 |
| Billing Attorney: | Kathleen A. Frazier |

**Summary of Invoice**

For Professional services and disbursements thru *July 31, 2023*

LTL Bankruptcy (LTL, LLC)
Electronic Number:  JJL2021019389

| | |
|---|---:|
| Current Fees | $5,102.75 |
| **Total Amount Due** | **$5,102.75** |

## REMITTANCE INFORMATION

*Please verify your records reflect our new Wiring Instructions and Remit Address.*

**Wiring Instructions**
Commerce Bank
1000 Walnut
Kansas City, MO 64106
ABA Number: 101000019
SWIFT: CBKCUS44
Account Number: 43056

**Remit Address**
Shook, Hardy & Bacon L.L.P.
PO Box 843718
Kansas City, MO 64184-3718

**Federal Tax ID:**
44-0585497

Payments received after July 31, 2023 may not be reflected herein.



13008.377775  3024858  09/06/2023

## Invoice Detail

For Professional services and disbursements thru *July 31, 2023*

LTL Bankruptcy (LTL, LLC)
Electronic Number:  JJL2021019389

**Professional Services**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| **B160** | **Fee/Employment Applications** | | | |
| 07/07/23 | KAF | Work on fee matters and correspond with N. Brown regarding same. | 1.10 | $536.69 |
| 07/20/23 | KAF | Correspond with B. Morgan and with client regarding fee matters. | 0.20 | 97.58 |
| 07/21/23 | KAF | Analyze fee matters (0.6) and correspond with B. Morgan (0.2), B. Ansell (0.3), and with client (0.2) regarding same. | 1.30 | 634.27 |
| **Subtotal for B160** | | **Fee/Employment Applications** | **2.60** | **$1,268.54** |
| **B190** | **Other Contested Matters** | | | |
| 07/08/23 | SSL | Correspond with vendor regarding ovarian case materials. | 0.20 | $37.60 |
| 07/11/23 | KAF | Attend weekly bankruptcy team call with Wolmuth, Jones Day, Skadden, King & Spalding, and client. | 1.10 | 536.69 |
| 07/13/23 | KAF | Correspond with H. Ahern and S. James regarding talc litigation matters and bankruptcy court proceeding. | 0.40 | 195.16 |
| 07/13/23 | KAF | Analyze memorandum from A. Rush regarding talc ovarian matters (0.3) and follow up with A. Rush regarding same (0.1). | 0.40 | 195.16 |
| 07/13/23 | HKA | Correspond with K. Frazier regarding bankruptcy court proceeding. | 0.30 | 149.45 |
| 07/14/23 | KAF | Analyze talc ovarian matters (2.8) and correspond with A. Rush regarding same (0.3). | 3.10 | 1,512.49 |
| 07/18/23 | KAF | Attend weekly bankruptcy team call with Wolmuth, Jones Day, Skadden, and client. | 0.70 | 341.53 |
| 07/21/23 | KAF | Correspond with L. Rogers regarding bankruptcy proceeding matters. | 0.10 | 48.79 |
| 07/25/23 | KAF | Attend weekly bankruptcy team call with Jones Day, Wolmuth, Skadden, King & Spalding, and client. | 0.50 | 243.95 |
| 07/28/23 | KAF | Revise bankruptcy court pleadings and correspond with I. Perez regarding same. | 0.90 | 439.11 |
| 07/28/23 | KAF | Correspond with client regarding bankruptcy court opinion. | 0.20 | 97.58 |



13008.377775  3024858  09/06/2023

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 07/29/23 | JWF | Analyze ovarian case information and correspond with Kat Frazier and bankruptcy team regarding same. | 0.10 | 36.70 |
| **Subtotal for B190** | | **Other Contested Matters** | **8.00** | **$3,834.21** |
| **Total** | | | **10.60** | **$5,102.75** |

**Timekeeper Summary**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Hunter K. Ahern | Partner | 0.30 | $498.16 | $149.45 |
| Kathleen A. Frazier | Partner | 10.00 | 487.90 | 4,879.00 |
| Jeff W. Fields | Counsel | 0.10 | 366.96 | 36.70 |
| Stephanie S. Lingor | Senior Analyst | 0.20 | 188.00 | 37.60 |
| **Total** | | **10.60** | | **$5,102.75** |

| | **Total Amount Due** | | | **$5,102.75** |
|---|---|---|---|---|



**Shook, Hardy & Bacon L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550

**LTL MANAGEMENT LLC**　　　　　　　　　　　　**Invoice No:**　　　　　　　　　3024859
JOHN KIM, ESQ.　　　　　　　　　　　　　　　Invoice Date:　　　　　　　　　09/06/2023
501 GEORGE STREET　　　　　　　　　　　　　Matter Number:　　　　　　　　13008.377775
NEW BRUNSWICK, NJ 08933-1161　　　　　　　　Billing Attorney:　　　　　　　Kathleen A. Frazier

**Summary of Invoice**

For Professional services and disbursements thru **August 11, 2023**

LTL Bankruptcy (LTL, LLC)
Electronic Number:　JJL2021019389

Current Fees　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$623.08

**Total Amount Due**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$623.08**

## REMITTANCE INFORMATION

*Please verify your records reflect our new Wiring Instructions and Remit Address.*

**Wiring Instructions**　　　　　　　　　　　　**Remit Address**
Commerce Bank　　　　　　　　　　　　　　　Shook, Hardy & Bacon L.L.P.
1000 Walnut　　　　　　　　　　　　　　　　PO Box 843718
Kansas City, MO 64106　　　　　　　　　　　Kansas City, MO 64184-3718
ABA Number: 101000019
SWIFT: CBKCUS44　　　　　　　　　　　　　**Federal Tax ID:**
Account Number: 43056　　　　　　　　　　　44-0585497

Payments received after August 11, 2023 may not be reflected herein.



13008.377775  3024859  09/06/2023

## Invoice Detail

For Professional services and disbursements thru *August 11, 2023*

LTL Bankruptcy (LTL, LLC)
Electronic Number:  JJL2021019389

**Professional Services**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| **B160** | **Fee/Employment Applications** | | | |
| 08/08/23 | KAF | Review draft memorandum regarding fee matters and follow up with B. Ansell regarding same. | 0.30 | $146.37 |
| 08/09/23 | KAF | Follow up with B. Ansell regarding fee matters. | 0.20 | 97.58 |
| **Subtotal for B160** | | **Fee/Employment Applications** | **0.50** | **$243.95** |
| **B190** | **Other Contested Matters** | | | |
| 08/02/23 | SSL | Correspond with vendor regarding ovarian case materials. | 0.20 | $37.60 |
| 08/08/23 | KAF | Attend weekly bankruptcy team call with Jones Day, Wolmuth, Skadden, and client. | 0.70 | 341.53 |
| **Subtotal for B190** | | **Other Contested Matters** | **0.90** | **$379.13** |
| **Total** | | | **1.40** | **$623.08** |

**Timekeeper Summary**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kathleen A. Frazier | Partner | 1.20 | $487.90 | $585.48 |
| Stephanie S. Lingor | Senior Analyst | 0.20 | 188.00 | 37.60 |
| **Total** | | **1.40** | | **$623.08** |

| | |
|---|---|
| **Total Amount Due** | **$623.08** |