# EXHIBIT A

Customary and Comparable Compensation Disclosures with Fee Applications

| Category of Timekeeper | Blended Hourly Rate |
|---|---:|
| Partner | $1,030 |
| Principal | $800 |
| Managing Economist | $625 |
| Managing Consultant | $672 |
| Managing Research Specialist | $480 |
| Senior Economist | $554 |
| Economist | $525 |
| Senior Consultant | $513 |
| Senior Data Engineer | $625 |
| Data Engineer II | $500 |
| Consultant II | $440 |
| Consultant | $408 |
| Senior Project Assistant | $480 |
| Project Coordinator | $240 |
| Data Specialist | $280 |
| Research Specialist | $280 |
| **All Timekeepers Aggregated** | **$568** |

Case Name:           In Re: LTL Management, LLC
Cases Number:        23-12825-MBK
Applicant's Name     Bates White, LLC
Date of Application  September 7, 2023
Interim or Final     Final