# EXHIBIT B

Summary of Timekeepers Included in this Fee Application

| Name of Professional | Title | Hourly rate | Hours worked | Fees |
|---|---|---|---|---|
| Chandler, Kathleen | Partner | $825 | 29.9 | $24,667.50 |
| Evans, Andrew | Partner | $1,000 | 328.8 | $328,800.00 |
| Gallardo-Garcia, Jorge | Partner | $1,000 | 2.9 | $2,900.00 |
| Lobel, Scott | Partner | $875 | 301.1 | $263,462.50 |
| Mullin, Charles | Partner | $1,375 | 200.8 | $270,256.25 |
| Scher, Benjamin | Partner | $1,000 | 11.4 | $11,400.00 |
| Kennedy, Pauline | Principal | $800 | 8.9 | $7,120.00 |
| Xu, Alicia | Managing Economist | $625 | 1.6 | $1,000.00 |
| Duncan, Taylor | Managing Consultant | $550 | 0.3 | $165.00 |
| Peters, Sarah | Managing Consultant | $675 | 448.3 | $301,320.00 |
| Leander, Ellen | Managing Research Specialist | $480 | 4.7 | $2,256.00 |
| Lin, Dajun | Senior Economist | $550 | 84.6 | $46,530.00 |
| Odio-Zuniga, Mariana | Senior Economist | $550 | 27.4 | $15,070.00 |
| Odio-Zuniga, Mariana | Economist | $525 | 434.9 | $228,322.50 |
| Wang, Jinwen | Senior Economist | $575 | 20.5 | $11,787.50 |
| Malkov, Egor | Economist | $525 | 430.2 | $225,855.00 |
| Coleman, Nathan | Senior Consultant | $480 | 8.7 | $4,176.00 |
| Coleman, Nathan | Consultant II | $465 | 272.6 | $126,759.00 |
| Habiger, Conor | Senior Consultant | $500 | 139.9 | $69,950.00 |
| Sherman, Samuel | Senior Consultant | $480 | 38.4 | $18,432.00 |
| Stewart, Samantha | Senior Consultant | $520 | 507.8 | $263,614.00 |
| Wieman, Christopher | Senior Data Engineer | $625 | 3.5 | $2,187.50 |
| Post, Douglas | Data Engineer II | $500 | 34.9 | $17,450.00 |
| McBride, Hannah | Consultant II | $425 | 35.1 | $14,917.50 |
| McBride, Hannah | Consultant | $410 | 444.2 | $182,122.00 |
| Morey, Austin | Consultant II | $435 | 442.7 | $192,574.50 |
| Osgood, Jessie | Consultant II | $450 | 1.1 | $495.00 |
| Swope, Madison | Consultant II | $435 | 525.4 | $228,549.00 |
| Villani, Joseph | Consultant II | $425 | 62.2 | $26,435.00 |
| Villani, Joseph | Consultant | $410 | 430.5 | $176,505.00 |
| Newcomb, Benjamin | Consultant | $395 | 107.0 | $42,265.00 |
| Dittbrenner, Susan | Senior Project Assistant | $480 | 5.5 | $2,640.00 |
| Arbor, Mary | Project Coordinator | $280 | 2.0 | $560.00 |
| Downey, Marguerite | Project Coordinator | $280 | 1.6 | $448.00 |
| Slom, Sam | Project Coordinator | $230 | 15.0 | $3,450.00 |
| Jain, Mahima | Data Specialist | $280 | 132.0 | $36,960.00 |
| Krombach, Jennifer Kim | Research Specialist | $280 | 10.8 | $3,024.00 |
| **TOTAL** | | | **5,557.2** | **$3,154,425.75** |

-15-

| | |
|---|---|
| Case Name: | In Re: LTL Management, LLC |
| Cases Number: | 23-12825-MBK |
| Applicant's Name | Bates White, LLC |
| Date of Application | September 7, 2023 |
| Interim or Final | Final |