# EXHIBIT C

Summary of Compensation Requested by Project Category

| SERVICES RENDERED | HOURS | FEES |
|---|---|---|
| Analysis | 2,608.5 | $1,553,454.00 |
| Client Communication | 196.2 | $156,731.00 |
| Data Analysis | 658.9 | $281,339.00 |
| Data Gathering & Processing | 527.5 | $236,274.50 |
| Fee Request Preparation | 86.9 | $53,884.00 |
| Project Management | 149.1 | $117,442.50 |
| Report | 776.6 | $474,077.50 |
| Research | 495.6 | $230,421.00 |
| Testimony | 43.9 | $43,234.00 |
| Travel | 14.0 | $7,568.25 |
| Analysis | 2,608.5 | $1,553,454.00 |
| Client Communication | 196.2 | $156,731.00 |
| **SERVICE TOTALS** | **5,557.2** | **$3,154,425.75** |

| | |
|---|---|
| Case Name: | In Re: LTL Management, LLC |
| Cases Number: | 23-12825-MBK |
| Applicant's Name | Bates White, LLC |
| Date of Application | September 7, 2023 |
| Interim or Final | Final |