# **EXHIBIT D**

Summary of Expense Reimbursement Requested by Category

| DISBURSEMENT TYPE | AMOUNT |
|---|---:|
| Billable Lodging | $900.96 |
| Billable Travel | $1,085.67 |
| Mileage | $327.50 |
| **DISBURSEMENTS TOTALS** | **$2,314.13** |

| | |
|---|---|
| Case Name: | In Re: LTL Management, LLC |
| Cases Number: | 23-12825-MBK |
| Applicant's Name | Bates White, LLC |
| Date of Application | September 7, 2023 |
| Interim or Final | Final |