## <u>EXHIBIT E</u>

Summary Cover Sheet of Fee Application

| | |
|---|---|
| Name of applicant: | Bates White, LLC |
| Name of client: | Debtor |
| Time period covered by this application: | Start: 4/4/2023 End 8/11/2023 |
| Total compensation sought this period: | $3,154,425.75 |
| Total expenses sought this period: | $2,314.13 |
| Petition date: | April 4, 2023 |
| Retention date: | June 7, 2023, *nunc pro tunc* to April 4, 2023 |
| Date of order approving employment: | June 7, 2023 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date: | $0.00 |
| Total allowed compensation paid to date: | $0.00 |
| Total allowed expenses paid to date: | $0.00 |
| Blended rate in this application for all timekeepers: | $568 |
| Compensation sought in this application already paid pursuit to a monthly compensation order but not yet allowed: | $447,831.40 |
| Expenses sought in this application already paid pursuit to a monthly compensation order but not yet allowed: | $0.00 |
| Number of professionals included in this application | 33 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If application, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period: | 12 |
| Are any rates higher than those approved or disclosed at retention: If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application: | Yes. Bill rates for certain members of the Bates White staff were increased on August 1, 2023 after their promotions (see Exhibit B).

Had bill rates not increased for these promotions, Bates White's total compensation sought this period would be $3,152,150.75. |

| | |
|---|---|
| Case Name: | In Re: LTL Management, LLC |
| Cases Number: | 23-12825-MBK |
| Applicant's Name | Bates White, LLC |
| Date of Application | September 7, 2023 |
| Interim or Final | Final |