# EXHIBIT B

**W|M|D** WOLLMUTH MAHER & DEUTSCH LLP
500 FIFTH AVENUE
NEW YORK, NY 10110
TAXPAYER I.D 13-3997794

| **Bill To:** | | **Invoice Date** | 9/7/2023 |
|---|---|---|---|
| LTL Bankruptcy (LTL, LLC) - JJL2021019389 | | **Invoice Number** | 00003026 |

In reference to: 2285-002 | LTL Management | New Chapter 11

## Professional Services Rendered

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/1/2023 | JNL | A108 Correspondence Reviewed Follow up w SAW on status of June WMD MFS invoice | 0.1 | $910.00 | $91.00 |
| 8/1/2023 | JNL | A108 Review & Analyze Docs, Pleadings, Transcripts Review TCC CNO for Genova Burns | 0.1 | $910.00 | $91.00 |
| 8/1/2023 | JNL | A111 Legal Research Review redline comments to TCC Dismissal order | 0.2 | $910.00 | $182.00 |
| 8/1/2023 | JNL | A111 Preparation of Pleadings and Briefs Review TCC letter and proposed order re: version of dismissal order from TCC | 0.2 | $910.00 | $182.00 |
| 8/1/2023 | JNL | A111 Preparation of Pleadings and Briefs Review revised letter re: appellate extension and approve for filing | 0.2 | $910.00 | $182.00 |
| 8/1/2023 | JNL | A105 Correspondence Reviewed Review email from S. Wilson re: Agenda for 8-2 | 0.1 | $910.00 | $91.00 |
| 8/1/2023 | JNL | A111 Correspondence Reviewed Emails from/to DP, JFP, SAW, B. Wrienga re: appeal extension | 0.5 | $910.00 | $455.00 |
| 8/1/2023 | JNL | A111 Correspondence Reviewed Follow up email to SAW re Draft letter re: appellate schedule | 0.1 | $910.00 | $91.00 |
| 8/1/2023 | JNL | A111 Preparation of Pleadings and Briefs Review TCC comments to draft letter re: appellate schedule | 0.1 | $910.00 | $91.00 |
| 8/1/2023 | JNL | A105 Correspondence Reviewed Review and respond to emails from SAW re: PHV status in appeals | 0.2 | $910.00 | $182.00 |
| 8/1/2023 | JNL | A111 Legal Research Review appellate dockets to confirm status of multi-appeals | 0.2 | $910.00 | $182.00 |
| 8/1/2023 | JNL | A111 Preparation of Pleadings and Briefs Review and revise proposed draft letter to J. Shipp re: extension of appellate deadlines | 0.3 | $910.00 | $273.00 |
| 8/1/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review Order denying FCR DQ | 0.1 | $910.00 | $91.00 |
| 8/1/2023 | JFP | A111 Correspondence/Memorandum Drafted w/SAW, JNL and JD re: letter re: extension in PI appeal | 0.2 | $635.00 | $127.00 |
| 8/1/2023 | JFP | A108 Review & Analyze Docs, Pleadings, Transcripts re: AWKO response re: substantial contribution | 0.2 | $635.00 | $127.00 |
| 8/1/2023 | JFP | A105 Correspondence/Memorandum Drafted w/JD and RF re: 8/2 hearing | 0.2 | $635.00 | $127.00 |
| 8/1/2023 | JFP | A109 Correspondence/Memorandum Drafted w/PRD and SAW re: letter response re: FTI | 0.3 | $635.00 | $190.50 |
| 8/1/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: order denying FCR disqualification mot. | 0.1 | $635.00 | $63.50 |
| | | A111 Correspondence/Memorandum Drafted to JD and WMD | | | |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/1/2023 | LRL | teams re: Court's denying MRHFM's motion to disqualify R. Ellis as FCR | 0.1 | $440.00 | $44.00 |
| 8/1/2023 | LRL | A108 Preparation of Pleadings and Briefs re: review and prepare timekeeping for July MFS | 7.4 | $440.00 | $3,256.00 |
| 8/1/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: Court's denying MRHFM's motion to disqualify R. Ellis as FCR | 0.1 | $440.00 | $44.00 |
| 8/1/2023 | PRD | A109 Correspondence/Memorandum Drafted w/ client re: FTI fees | 0.7 | $975.00 | $682.50 |
| 8/1/2023 | RF | A111 Review & Analyze Docs, Pleadings, Transcripts Print agendas for 8/2 hearing | 0.2 | $235.00 | $47.00 |
| 8/1/2023 | RF | A105 Correspondence/Memorandum Drafted Emails w/ JFP re 8/2 hearing logistics | 0.1 | $235.00 | $23.50 |
| 8/1/2023 | SAW | A108 Preparation of Pleadings and Briefs re: WMD MFS | 5.0 | $440.00 | $2,200.00 |
| 8/1/2023 | SAW | A109 Telephone Calls w/JFP re: LTL I document re: final fee apps objection | 0.1 | $440.00 | $44.00 |
| 8/1/2023 | SAW | A111 Correspondence/Memorandum Drafted w/JFP, JNL and JD re: letter requesting extension of PI appeals deadlines | 0.9 | $440.00 | $396.00 |
| 8/1/2023 | SAW | A111 Preparation of Pleadings and Briefs re: letter requesting extension of deadlines in PI appeal case | 1.6 | $440.00 | $704.00 |
| 8/1/2023 | SAW | A109 Review & Analyze Docs, Pleadings, Transcripts re: LTL I final fee apps objection letter | 0.7 | $440.00 | $308.00 |
| 8/2/2023 | JNL | A108 Correspondence Reviewed Review email from D. Segal re; payment analysis | 0.1 | $910.00 | $91.00 |
| 8/2/2023 | JNL | A108 Correspondence Reviewed w/internal team re: payment of fees | 0.3 | $910.00 | $273.00 |
| 8/2/2023 | JNL | A108 Correspondence/Memorandum Drafted Emails from/to B. Maring re: recent MFS payment and changes to billing/payment ledger | 0.2 | $910.00 | $182.00 |
| 8/2/2023 | JNL | A108 Internal Office Mtgs, with Applicants' Staff O/c SAW re: D. Segal email and request for analysis of fees | 0.1 | $910.00 | $91.00 |
| 8/2/2023 | JNL | A105 Internal Office Mtgs, with Applicants' Staff O/c PRD re: case status | 0.1 | $910.00 | $91.00 |
| 8/2/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review Court notices addressing pending motions post-dismissal | 0.3 | $910.00 | $273.00 |
| 8/2/2023 | JNL | A111 Legal Research re: dismissal order | 1.5 | $910.00 | $1,365.00 |
| 8/2/2023 | JNL | A108 Court Appearance Attend status conference and sub contrib motions hearing | 2.3 | $910.00 | $2,093.00 |
| 8/2/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review Order denying DQ of FCR | 0.1 | $910.00 | $91.00 |
| 8/2/2023 | JFP | A108 Correspondence/Memorandum Drafted w/PRD re: FTI fees | 0.1 | $635.00 | $63.50 |
| 8/2/2023 | JFP | A109 Out of Office Meetings w/M. Cyganowski and D. Prieto re: FTI fees | 0.1 | $635.00 | $63.50 |
| 8/2/2023 | JFP | A105 Telephone Calls w/RF re: prep for 8/2 hearing | 0.1 | $635.00 | $63.50 |
| 8/2/2023 | JFP | A108 Correspondence/Memorandum Drafted w/JNL and SAW re: WMD fees | 0.2 | $635.00 | $127.00 |
| 8/2/2023 | JFP | A108 Court Appearance re: hearing on substantial contribution mots. | 1.8 | $635.00 | $1,143.00 |
| 8/2/2023 | JFP | A111 Out of Office Meetings w/client and JD re: post-hearing conference | 0.8 | $635.00 | $508.00 |
| 8/2/2023 | JFP | A111 Out of Office Meetings w/client and JD re: pre-hearing conference | 0.9 | $635.00 | $571.50 |
| 8/2/2023 | JFP | A123 Travel Time re: travel to/from court for 8/2 hearing | 3.0 | $317.50 | $952.50 |
| 8/2/2023 | JFP | A105 Correspondence/Memorandum Drafted w/transcriber re: transcript for 8/2 hearing | 0.1 | $635.00 | $63.50 |
| 8/2/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: letter extension in initial PI appeal | 0.1 | $635.00 | $63.50 |
| 8/2/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: letter extension in subsequent PI appeal | 0.1 | $635.00 | $63.50 |
| | | A111 Review & Analyze Docs, Pleadings, Transcripts re: letter | | | |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/2/2023 | JFP | extension in initial FCR appeal | 0.1 | $635.00 | $63.50 |
| 8/2/2023 | JFP | A108 Review & Analyze Docs, Pleadings, Transcripts re: response re: substantial contribution mots. | 0.4 | $635.00 | $254.00 |
| 8/2/2023 | JFP | A111 Correspondence/Memorandum Drafted w/LRL re: clerk's quality control message in DC appeal | 0.1 | $635.00 | $63.50 |
| 8/2/2023 | JFP | A105 Correspondence/Memorandum Drafted w/PRD and SAW re: attendance at 8/2 hearing | 0.1 | $635.00 | $63.50 |
| 8/2/2023 | JFP | A106 Review & Analyze Docs, Pleadings, Transcripts re: order granting mot. to extend removal actions | 0.1 | $635.00 | $63.50 |
| 8/2/2023 | JFP | A105 Correspondence/Memorandum Drafted w/C. Smith and LRL re: matters to be heard on 8/22 | 0.2 | $635.00 | $127.00 |
| 8/2/2023 | JFP | A105 Review & Analyze Docs, Pleadings, Transcripts re: ECF entries adjourning matters to 8/22 | 0.1 | $635.00 | $63.50 |
| 8/2/2023 | JFP | A105 Review & Analyze Docs, Pleadings, Transcripts re: ECF entries re: 8/2 hearing | 0.1 | $635.00 | $63.50 |
| 8/2/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: TCC's letter requesting deadline extensions in the PI appeal | 0.1 | $440.00 | $44.00 |
| 8/2/2023 | LRL | A106 Review & Analyze Docs, Pleadings, Transcripts re: Court's granting Debtor's motion to extend the period within which the Debtor may remove actions | 0.1 | $440.00 | $44.00 |
| 8/2/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: TCC's letter requesting deadline extensions in the PI appeal | 0.1 | $440.00 | $44.00 |
| 8/2/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: TCC's letter requesting deadline extensions in the FCR appeal | 0.1 | $440.00 | $44.00 |
| 8/2/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: TCC's letter requesting deadline extensions in the FCR appeal | 0.1 | $440.00 | $44.00 |
| 8/2/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: TCC's letter requesting deadline extensions in the PI extension appeal | 0.1 | $440.00 | $44.00 |
| 8/2/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: TCC's letter requesting deadline extensions in the PI extension appeal | 0.1 | $440.00 | $44.00 |
| 8/2/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: the Court's minutes from the 8/2 hearing | 0.1 | $440.00 | $44.00 |
| 8/2/2023 | LRL | A106 Correspondence/Memorandum Drafted w/JD and WMD teams, JFP, and Epiq re: Court's granting Debtor's motion to extend the period within which the Debtor may remove actions | 0.2 | $440.00 | $88.00 |
| 8/2/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: reviewing Court's docket entry re: resubmission of document w/electronic signature | 0.1 | $440.00 | $44.00 |
| 8/2/2023 | LRL | A111 Correspondence/Memorandum Drafted w/JFP re: reviewing docket for pending matters for which orders have not yet been submitted | 0.2 | $440.00 | $88.00 |
| 8/2/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: reviewing docket for pending matters for which orders have not yet been submitted | 1.6 | $440.00 | $704.00 |
| 8/2/2023 | LRL | A108 Preparation of Pleadings and Briefs re: reviewing and preparing timekeeping for July MFS | 3.9 | $440.00 | $1,716.00 |
| 8/2/2023 | LRL | A108 Review & Analyze Docs, Pleadings, Transcripts re: the Court's reservation of decision on the substantial contribution claims in the 2021 case | 0.1 | $440.00 | $44.00 |
| 8/2/2023 | LRL | A108 Correspondence/Memorandum Drafted to JD and WMD teams re: the Court's reservation of decision on the substantial contribution claims in the 2021 case | 0.1 | $440.00 | $44.00 |
| 8/2/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: the Court's rescheduling motions to be heard at the 8/2 and 8/22 hearings | 0.2 | $440.00 | $88.00 |
| 8/2/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: the Court's rescheduling motions to be heard at the 8/2 and 8/22 hearings | 0.2 | $440.00 | $88.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/2/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: the Court's minutes from the 8/2 hearing | 0.1 | $440.00 | $44.00 |
| 8/2/2023 | RF | A105 Telephone Calls w/ JFP re: prep for 8/2 hearing | 0.1 | $235.00 | $23.50 |
| 8/2/2023 | RF | A123 Travel Time Travel time to/from court for 8/2 hearing | 2.9 | $117.50 | $340.75 |
| 8/2/2023 | RF | A111 Out of Office Meetings w/ client and JD re: pre-hearing conference | 0.9 | $235.00 | $211.50 |
| 8/2/2023 | RF | A111 Out of Office Meetings w/ client and JD re: post-hearing conference | 0.8 | $235.00 | $188.00 |
| 8/2/2023 | RF | A108 Court Appearance re: hearing on substantial contribution mots. | 1.8 | $235.00 | $423.00 |
| 8/2/2023 | SAW | A108 Preparation of Pleadings and Briefs re: WMD MFS | 0.9 | $440.00 | $396.00 |
| 8/2/2023 | SAW | A108 Preparation of Pleadings and Briefs re: spreadsheet of payments applied to retainer for client | 1.6 | $440.00 | $704.00 |
| 8/3/2023 | JNL | A108 Correspondence Reviewed Review final June MFS for WMD for priv and form and approve for filing | 0.5 | $910.00 | $455.00 |
| 8/3/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review letter orders from District Court re: prior appeals rescheduling | 0.3 | $910.00 | $273.00 |
| 8/3/2023 | JNL | A111 Correspondence Reviewed Review draft dismissal order | 0.3 | $910.00 | $273.00 |
| 8/3/2023 | JNL | A111 Correspondence Reviewed Emails to/from JFP re Dismissal Order | 0.2 | $910.00 | $182.00 |
| 8/3/2023 | JNL | A109 Legal Research Review 8-2 transcript for sub contrib analysis | 0.3 | $910.00 | $273.00 |
| 8/3/2023 | JNL | A111 Legal Research Review docket in dismissal matter for potential appeal issues | 1.5 | $910.00 | $1,365.00 |
| 8/3/2023 | JNL | A106 Correspondence Reviewed Emails from/to JFP re: appropriate procedure for continuation of claims agent | 0.2 | $910.00 | $182.00 |
| 8/3/2023 | JFP | A111 Telephone Calls w/TCC, JD, and UST re: dismissal order | 0.7 | $635.00 | $444.50 |
| 8/3/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: extension order in initial PI DC appeal | 0.1 | $635.00 | $63.50 |
| 8/3/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: extension order in subsequent PI DC appeal | 0.1 | $635.00 | $63.50 |
| 8/3/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: extension order in FCR DC appeal | 0.1 | $635.00 | $63.50 |
| 8/3/2023 | JFP | A108 Preparation of Pleadings and Briefs re: June MFS | 0.8 | $635.00 | $508.00 |
| 8/3/2023 | JFP | A108 Correspondence/Memorandum Drafted w/SAW and DD re: WMD invoice | 0.2 | $635.00 | $127.00 |
| 8/3/2023 | JFP | A108 Internal Office Mtgs, with Applicants' Staff w/SAW re: June MFS | 0.2 | $635.00 | $127.00 |
| 8/3/2023 | JFP | A105 Review & Analyze Docs, Pleadings, Transcripts re: recent media coverage | 0.4 | $635.00 | $254.00 |
| 8/3/2023 | JFP | A108 Correspondence/Memorandum Drafted w/SAW re: June WMD MFS | 0.1 | $635.00 | $63.50 |
| 8/3/2023 | JFP | A111 Telephone Calls w/JNL re: dismissal order | 0.1 | $635.00 | $63.50 |
| 8/3/2023 | JFP | A111 Correspondence/Memorandum Drafted w/JD, PRD, and JNL re: proposed dismissal order | 0.4 | $635.00 | $254.00 |
| 8/3/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: proposed dismissal order | 0.4 | $635.00 | $254.00 |
| 8/3/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: S. Beville letter re: TCC's proposed dismissal order | 0.1 | $635.00 | $63.50 |
| 8/3/2023 | JFP | A105 Review & Analyze Docs, Pleadings, Transcripts re: 8/2 hearing transcript | 0.1 | $635.00 | $63.50 |
| 8/3/2023 | JFP | A105 Correspondence/Memorandum Drafted w/internal team and transcriber re: 8/2 hearing transcript | 0.1 | $635.00 | $63.50 |
| 8/3/2023 | PRD | A111 Preparation of Pleadings and Briefs Review and revise draft dismissal order | 0.8 | $975.00 | $780.00 |
| 8/3/2023 | SAW | A108 Preparation of Pleadings and Briefs re: WMD June MFS | 0.3 | $440.00 | $132.00 |
| 8/3/2023 | SAW | A105 Internal Office Mtgs, with Applicants' Staff w/JFP re: upcoming assignments and appeals process | 0.2 | $440.00 | $88.00 |
|  |  | A105 Correspondence/Memorandum Drafted w/JD and WMD |  |  |  |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/3/2023 | SAW | teams re: circulation of recently filed documents | 0.3 | $440.00 | $132.00 |
| 8/4/2023 | JNL | A108 Preparation of Pleadings and Briefs Review Draft CNO for ALix MFS and approve same for filing | 0.1 | $910.00 | $91.00 |
| 8/4/2023 | JNL | A108 Preparation of Pleadings and Briefs Review final draft June WMD MFS for priv and form and approve for filing | 0.4 | $910.00 | $364.00 |
| 8/4/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review Sealing Order for LTL submissions | 0.1 | $910.00 | $91.00 |
| 8/4/2023 | JNL | A108 Review & Analyze Docs, Pleadings, Transcripts Review CNO re: Ad Hoc MFS | 0.1 | $910.00 | $91.00 |
| 8/4/2023 | JNL | A108 Correspondence Reviewed Follow up with SAW re: June MFS, May payment, trust balance | 0.3 | $910.00 | $273.00 |
| 8/4/2023 | JNL | A108 Preparation of Pleadings and Briefs Review fee analysis draft requested by D. Segal | 0.5 | $910.00 | $455.00 |
| 8/4/2023 | JNL | A108 Preparation of Pleadings and Briefs Review Orrick MFS for priv and form and approve for filing | 0.1 | $910.00 | $91.00 |
| 8/4/2023 | JNL | A105 Review & Analyze Docs, Pleadings, Transcripts Review Minute Docket entries for 8-22 withdrawn hearings | 0.2 | $910.00 | $182.00 |
| 8/4/2023 | JFP | A105 Correspondence/Memorandum Drafted w/SAW re: ECF notifications noting withdrawal of pending matters | 0.1 | $635.00 | $63.50 |
| 8/4/2023 | JFP | A105 Review & Analyze Docs, Pleadings, Transcripts re: ECF notifications noting withdrawal of pending matters | 0.1 | $635.00 | $63.50 |
| 8/4/2023 | JFP | A108 Correspondence/Memorandum Drafted w/SAW and BAM re: WMD fees | 0.1 | $635.00 | $63.50 |
| 8/4/2023 | JFP | A108 Preparation of Pleadings and Briefs re: WMD June MFS | 0.1 | $635.00 | $63.50 |
| 8/4/2023 | JFP | A109 Preparation of Pleadings and Briefs re: letter re: FTI fees in LTL I | 0.4 | $635.00 | $254.00 |
| 8/4/2023 | JFP | A109 Correspondence/Memorandum Drafted w/PRD re: letter re: FTI fees in LTL I | 0.2 | $635.00 | $127.00 |
| 8/4/2023 | JFP | A111 Correspondence/Memorandum Drafted w/court re: order on mot. to seal | 0.1 | $635.00 | $63.50 |
| 8/4/2023 | JFP | A108 Correspondence/Memorandum Drafted w/SAW and BAM re: WMD June LEDES file | 0.1 | $635.00 | $63.50 |
| 8/4/2023 | JFP | A108 Preparation of Pleadings and Briefs re: WMD June LEDES file | 0.1 | $635.00 | $63.50 |
| 8/4/2023 | JFP | A111 Correspondence/Memorandum Drafted w/SAW re: service of entered mot. to seal | 0.1 | $635.00 | $63.50 |
| 8/4/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: entered order granting mot. to seal | 0.1 | $635.00 | $63.50 |
| 8/4/2023 | JFP | A105 Telephone Calls w/clerk re: withdrawal of pending matters | 0.1 | $635.00 | $63.50 |
| 8/4/2023 | JFP | A108 Correspondence/Memorandum Drafted w/SAW, JNL, and RF re: WMD June MFS | 0.1 | $635.00 | $63.50 |
| 8/4/2023 | JFP | A108 Correspondence/Memorandum Drafted w/SAW re: Alix CNO | 0.1 | $635.00 | $63.50 |
| 8/4/2023 | JFP | A108 Preparation of Pleadings and Briefs re: Alix CNO | 0.1 | $635.00 | $63.50 |
| 8/4/2023 | JFP | A105 Correspondence/Memorandum Drafted w/JD re: withdrawal of pending matters and orders to be submitted | 0.7 | $635.00 | $444.50 |
| 8/4/2023 | RF | A108 Preparation of Pleadings and Briefs File June MFS on behalf of WMD | 0.3 | $235.00 | $70.50 |
| 8/4/2023 | RF | A108 Correspondence/Memorandum Drafted Service of MFS to Epiq, SAW, JFP, M. Bales, I. Perez, and A. Rush | 0.2 | $235.00 | $47.00 |
| 8/4/2023 | RF | A108 Preparation of Pleadings and Briefs File CNO for Third MFS on behalf of AlixPartners | 0.2 | $235.00 | $47.00 |
| 8/4/2023 | RF | A108 Correspondence/Memorandum Drafted Service of CNO to Epiq, SAW, JFP, I. Perez, A. Rush, and M. Bales | 0.1 | $235.00 | $23.50 |
| 8/4/2023 | RF | A105 Review & Analyze Docs, Pleadings, Transcripts Upload as filed documents to system | 0.2 | $235.00 | $47.00 |
| 8/4/2023 | SAW | A108 Correspondence/Memorandum Drafted w/JNL, ATC and RFF re: WMD MFS approval, filing and service | 0.4 | $440.00 | $176.00 |
| | | A108 Preparation of Pleadings and Briefs re: LEDES for WMD | | | |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/4/2023 | SAW | MFS | 0.4 | $440.00 | $176.00 |
| 8/4/2023 | SAW | A108 Correspondence/Memorandum Drafted w/JFP, JD team, and internal billing team re: LEDES for WMD MFSs | 0.3 | $440.00 | $132.00 |
| 8/4/2023 | SAW | A108 Correspondence/Memorandum Drafted w/JFP, JD team re: AlixPartners CNO | 0.1 | $440.00 | $44.00 |
| 8/4/2023 | SAW | A105 Review & Analyze Docs, Pleadings, Transcripts re: review dockets for filings to circulate | 0.2 | $440.00 | $88.00 |
| 8/4/2023 | SAW | A111 Correspondence/Memorandum Drafted w/Epiq, LTL internal team and JD re: circulation and service of Order Granting Debtors Motion For An Order Authorizing The Debtor To (i) File An Unredacted Version Of Its Sur-reply Under Seal And (ii) Submit Certain Confidential Exhibits To The Same Under Seal And Granting Related Relief | 0.3 | $440.00 | $132.00 |
| 8/4/2023 | SAW | A111 Correspondence/Memorandum Drafted w/LTL internal team and JD team re: withdrawn matters | 0.4 | $440.00 | $176.00 |
| 8/4/2023 | SAW | A111 Legal Research re: appeal issues | 3.2 | $440.00 | $1,408.00 |
| 8/4/2023 | SAW | A108 Preparation of Pleadings and Briefs re: fee balance sheet for client | 0.2 | $440.00 | $88.00 |
| 8/4/2023 | SAW | A108 Preparation of Pleadings and Briefs re: WMD MFS | 0.2 | $440.00 | $88.00 |
| 8/4/2023 | SAW | A108 Preparation of Pleadings and Briefs re: AlixPartners CNO | 0.2 | $440.00 | $88.00 |
| 8/4/2023 | SAW | A108 Correspondence/Memorandum Drafted w/JNL and BM re: WMD invoices for fee balance sheet for client | 0.4 | $440.00 | $176.00 |
| 8/7/2023 | JNL | A111 Preparation of Pleadings and Briefs Review entered protective order for Debtor submission | 0.1 | $910.00 | $91.00 |
| 8/7/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review MS, NM letter to J. Kaplan re: dismissal order | 0.1 | $910.00 | $91.00 |
| 8/7/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review UST letter opposing dismissal order fee provisions | 0.1 | $910.00 | $91.00 |
| 8/7/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review Ad Hoc Committee re: dismissal order | 0.1 | $910.00 | $91.00 |
| 8/7/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review Crouch letter submission re: Dismissal order | 0.1 | $910.00 | $91.00 |
| 8/7/2023 | JNL | A111 Legal Research Review case law cited by TCC in Letter brief | 0.7 | $910.00 | $637.00 |
| 8/7/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review TCC Letter Brief re: dismissal order and revised dismissal order | 0.3 | $910.00 | $273.00 |
| 8/7/2023 | JNL | A111 Legal Research Review case law cited in MR Letter brief | 0.3 | $910.00 | $273.00 |
| 8/7/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review Maune Raichle letter re: dismissal order | 0.2 | $910.00 | $182.00 |
| 8/7/2023 | JNL | A111 Correspondence Reviewed Review emails from JFP, PRD, I. Perez re: letter for C.J. Kaplan | 0.3 | $910.00 | $273.00 |
| 8/7/2023 | JNL | A111 Preparation of Pleadings and Briefs Review revised letter to J. Kaplan re: LTL's Proposed Dismissal Order | 0.2 | $910.00 | $182.00 |
| 8/7/2023 | JNL | A111 Correspondence Reviewed Review S. Falanga. D. Prieto emails re: issues with Dismissal Order language, FCR appeal | 0.3 | $910.00 | $273.00 |
| 8/7/2023 | JNL | A111 Correspondence Reviewed Review emails from/to A. Rush, S. Beville re: Dismissal order language | 0.3 | $910.00 | $273.00 |
| 8/7/2023 | JNL | A111 Preparation of Pleadings and Briefs Review revised proposed order of dismissal | 0.2 | $910.00 | $182.00 |
| 8/7/2023 | JNL | A108 Review & Analyze Docs, Pleadings, Transcripts Review Anderson Kill MFS | 0.1 | $910.00 | $91.00 |
| 8/7/2023 | JNL | A108 Preparation of Pleadings and Briefs Review draft Orrick MFS for priv and form and approve for filing | 0.2 | $910.00 | $182.00 |
| 8/7/2023 | JNL | A108 Preparation of Pleadings and Briefs Review Orrick and McCarter CNOs | 0.1 | $910.00 | $91.00 |
| 8/7/2023 | JNL | A111 Legal Research re: dismissal order | 0.2 | $910.00 | $182.00 |
| 8/7/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: entered order re: J&J mot. re: protective order | 0.1 | $635.00 | $63.50 |
| 8/7/2023 | JFP | A105 Correspondence Reviewed w/LRL re: case calendar | 0.1 | $635.00 | $63.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/7/2023 | JFP | A111 Telephone Calls w/clerk re: letter re: dismissal order | 0.2 | $635.00 | $127.00 |
| 8/7/2023 | JFP | A111 Correspondence/Memorandum Drafted w/JD, SAW, and court re: letter re: dismissal order | 0.9 | $635.00 | $571.50 |
| 8/7/2023 | JFP | A111 Correspondence Reviewed w/JD, TCC, and FCR re: dismissal order | 0.2 | $635.00 | $127.00 |
| 8/7/2023 | JFP | A109 Preparation of Pleadings and Briefs re: revise and finalize letter to FTI re: professional fees | 0.1 | $635.00 | $63.50 |
| 8/7/2023 | JFP | A108 Correspondence/Memorandum Drafted w/JD, JNL, and SAW re: Orrick MFS | 0.1 | $635.00 | $63.50 |
| 8/7/2023 | JFP | A108 Preparation of Pleadings and Briefs re: Orrick MFS | 0.1 | $635.00 | $63.50 |
| 8/7/2023 | JFP | A111 Preparation of Pleadings and Briefs re: letter re: dismissal order | 0.7 | $635.00 | $444.50 |
| 8/7/2023 | JFP | A109 Correspondence/Memorandum Drafted w/JD, PRD and FTI re: letter to FTI re: professional fees | 0.2 | $635.00 | $127.00 |
| 8/7/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: Court's granting J&J parties' motion to seal | 0.1 | $440.00 | $44.00 |
| 8/7/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: Court's granting J&J parties' motion to seal | 0.1 | $440.00 | $44.00 |
| 8/7/2023 | LRL | A105 Review & Analyze Docs, Pleadings, Transcripts re: reviewing dates and deadlines on docket to update calendar | 0.6 | $440.00 | $264.00 |
| 8/7/2023 | PRD | A109 Preparation of Pleadings and Briefs Prepare response letter re FTI fees in LTL I | 1.0 | $975.00 | $975.00 |
| 8/7/2023 | RF | A108 Review & Analyze Docs, Pleadings, Transcripts Upload as filed version of MFS to system | 0.1 | $235.00 | $23.50 |
| 8/7/2023 | RF | A108 Correspondence/Memorandum Drafted Service of MFS to Epiq, SAW, JFP, A. Rush, M. Bales, and I. Perez | 0.2 | $235.00 | $47.00 |
| 8/7/2023 | RF | A108 Preparation of Pleadings and Briefs File April MFS on behalf of Orrick, Herrington & Sutcliffe | 0.3 | $235.00 | $70.50 |
| 8/7/2023 | SAW | A108 Correspondence/Memorandum Drafted w/ATC, RFF, JFP and JNL re: Orrick MFS | 0.3 | $440.00 | $132.00 |
| 8/7/2023 | SAW | A108 Preparation of Pleadings and Briefs re: Orrick MFS | 0.2 | $440.00 | $88.00 |
| 8/7/2023 | SAW | A111 Preparation of Pleadings and Briefs re: filing letter to Judge | 0.2 | $440.00 | $88.00 |
| 8/7/2023 | SAW | A111 Correspondence/Memorandum Drafted w/Epiq, JFP and JD team re: approval, finalization and filing of letter submission and service of same | 0.6 | $440.00 | $264.00 |
| 8/7/2023 | SAW | A108 Preparation of Pleadings and Briefs re: WMD MFS | 0.8 | $440.00 | $352.00 |
| 8/8/2023 | JNL | A111 Correspondence Reviewed Review email from I. Perez re: status of reply letter | 0.1 | $910.00 | $91.00 |
| 8/8/2023 | JNL | A111 Correspondence Reviewed Review and respond to email from JFP re: sealing order | 0.2 | $910.00 | $182.00 |
| 8/8/2023 | JNL | A111 Telephone Calls Conf. call with JFP re: status of sealing issues from MTD trial, proper submissions and coverage | 0.2 | $910.00 | $182.00 |
| 8/8/2023 | JNL | A108 Correspondence Reviewed Review email from SAW re: Orrick LEDES file | 0.1 | $910.00 | $91.00 |
| 8/8/2023 | JNL | A108 Correspondence Reviewed Follow up emails on July WMD MFS status and May MFS payment application with SAW | 0.3 | $910.00 | $273.00 |
| 8/8/2023 | JNL | A108 Internal Office Mtgs, with Applicants' Staff Review May MFS hold back with WMD accounting team | 0.2 | $910.00 | $182.00 |
| 8/8/2023 | JNL | A111 Correspondence Reviewed w/JFP and JD re: dismissal order | 1.0 | $910.00 | $910.00 |
| 8/8/2023 | JNL | A108 Review & Analyze Docs, Pleadings, Transcripts Review Anderson Kill MFS | 0.1 | $910.00 | $91.00 |
| 8/8/2023 | JNL | A108 Preparation of Pleadings and Briefs Review McCarter CNO | 0.1 | $910.00 | $91.00 |
| 8/8/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review Court's multiple orders on motions to seal | 0.3 | $910.00 | $273.00 |
| 8/8/2023 | JNL | A111 Correspondence Reviewed Review emails from JFP, D. Prieto re: potential response letter on dismissal order issues | 0.2 | $910.00 | $182.00 |
| 8/8/2023 | JNL | A111 Correspondence Reviewed Review follow up emails from JFP, D. Prieto re: potential response letter | 0.1 | $910.00 | $91.00 |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/8/2023 | JNL | A111 Correspondence Reviewed Emails from/to JFP re: UST submission re: Dismissal Order | 0.2 | $910.00 | $182.00 |
| 8/8/2023 | JFP | A108 Correspondence/Memorandum Drafted w/SAW and JD re: Blakes CNOs | 0.1 | $635.00 | $63.50 |
| 8/8/2023 | JFP | A108 Preparation of Pleadings and Briefs re: McCarter CNO | 0.1 | $635.00 | $63.50 |
| 8/8/2023 | JFP | A108 Correspondence/Memorandum Drafted w/SAW and JD re: McCarter CNO | 0.1 | $635.00 | $63.50 |
| 8/8/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: TCC letter re: dismissal order | 0.3 | $635.00 | $190.50 |
| 8/8/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: MRHFM letter re: dismissal order | 0.3 | $635.00 | $190.50 |
| 8/8/2023 | JFP | A111 Correspondence/Memorandum Drafted w/court, JD and JNL re: MTD exhibits | 0.4 | $635.00 | $254.00 |
| 8/8/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: joint stip re: admission of exhibits at MTD trial | 0.1 | $635.00 | $63.50 |
| 8/8/2023 | JFP | A111 Telephone Calls w/JNL re: MTD exhibits | 0.2 | $635.00 | $127.00 |
| 8/8/2023 | JFP | A111 Telephone Calls w/JD re: pending matters | 0.3 | $635.00 | $190.50 |
| 8/8/2023 | JFP | A111 Telephone Calls w/clerk re: pending orders | 0.1 | $635.00 | $63.50 |
| 8/8/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: UST letter re: dismissal order | 0.2 | $635.00 | $127.00 |
| 8/8/2023 | JFP | A111 Correspondence/Memorandum Drafted w/JNL re: UST letter re: dismissal order | 0.1 | $635.00 | $63.50 |
| 8/8/2023 | JFP | A111 Correspondence/Memorandum Drafted w/court and JD re: pending orders | 0.1 | $635.00 | $63.50 |
| 8/8/2023 | JFP | A111 Correspondence/Memorandum Drafted w/D. Prieto re: letter response | 0.2 | $635.00 | $127.00 |
| 8/8/2023 | JFP | A111 Internal Office Mtgs, with Applicants' Staff w/SAW re: dismissal order | 0.2 | $635.00 | $127.00 |
| 8/8/2023 | JFP | A108 Preparation of Pleadings and Briefs re: Blakes May CNO | 0.1 | $635.00 | $63.50 |
| 8/8/2023 | JFP | A108 Preparation of Pleadings and Briefs re: Blakes April CNO | 0.1 | $635.00 | $63.50 |
| 8/8/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: letters re: proposed dismissal orders from MRHFM, the UST, Paul Crouch, the TCC, the AHC, and MS and NM | 0.1 | $440.00 | $44.00 |
| 8/8/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: J&J parties' motion to seal re: its protective order motion | 0.1 | $440.00 | $44.00 |
| 8/8/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: J&J parties' motion to seal re: its protective order motion | 0.1 | $440.00 | $44.00 |
| 8/8/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: AHC's motion to seal its omnibus response to the MTD replies | 0.1 | $440.00 | $44.00 |
| 8/8/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: AHC's motion to seal its omnibus response to the MTD replies | 0.1 | $440.00 | $44.00 |
| 8/8/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: A&I's motion to seal its reply in support of its MTD | 0.1 | $440.00 | $44.00 |
| 8/8/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: A&I's motion to seal its reply in support of its MTD | 0.1 | $440.00 | $44.00 |
| 8/8/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: letters re: proposed dismissal orders from MRHFM, the UST, Paul Crouch, the TCC, the AHC, and MS and NM | 0.2 | $440.00 | $88.00 |
| 8/8/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: TCC's motions to seal re: its MTD reply and its objection to the appointment of Randi Ellis as FCR | 0.1 | $440.00 | $44.00 |
| 8/8/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: TCC's motions to seal re: its MTD reply and its objection to the appointment of Randi Ellis as FCR | 0.1 | $440.00 | $44.00 |
| 8/8/2023 | PRD | A105 Review & Analyze Docs, Pleadings, Transcripts Review WIP memo | 0.5 | $975.00 | $487.50 |
| 8/8/2023 | PRD | A111 Review & Analyze Docs, Pleadings, Transcripts Review briefs re dispute over dismissal order and read selected cases | 2.8 | $975.00 | $2,730.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/8/2023 | PRD | A111 Telephone Calls WIP call w/ client and client's professionals re: work in process t/c | 0.9 | $975.00 | $877.50 |
| 8/8/2023 | RF | A108 Preparation of Pleadings and Briefs File CNO for McCarter June MFS | 0.1 | $235.00 | $23.50 |
| 8/8/2023 | RF | A108 Correspondence/Memorandum Drafted Service of CNO to Epiq, SAW, JFP, I. Perez, M. Bales, and A. Rush | 0.1 | $235.00 | $23.50 |
| 8/8/2023 | RF | A108 Review & Analyze Docs, Pleadings, Transcripts Save as filed CNO to system | 0.1 | $235.00 | $23.50 |
| 8/8/2023 | RF | A108 Preparation of Pleadings and Briefs File Blake, Cassels & Graydon April CNO | 0.2 | $235.00 | $47.00 |
| 8/8/2023 | RF | A108 Review & Analyze Docs, Pleadings, Transcripts Organize Files Upload as filed CNOs to system | 0.1 | $235.00 | $23.50 |
| 8/8/2023 | RF | A108 Preparation of Pleadings and Briefs File Blake, Cassels & Graydon May CNO | 0.2 | $235.00 | $47.00 |
| 8/8/2023 | RF | A108 Correspondence/Memorandum Drafted Service of CNOs to Epiq, SAW, JFP, I. Perez, M. Bales, and A. Rush | 0.1 | $235.00 | $23.50 |
| 8/8/2023 | SAW | A108 Correspondence/Memorandum Drafted w/JFP and JD re: Blakes and McCarter CNOs | 0.2 | $440.00 | $88.00 |
| 8/8/2023 | SAW | A108 Correspondence/Memorandum Drafted w/UST re: service of Orrick MFS and LEDES file | 0.1 | $440.00 | $44.00 |
| 8/8/2023 | SAW | A108 Preparation of Pleadings and Briefs re: McCarter CNO for MFS | 0.1 | $440.00 | $44.00 |
| 8/8/2023 | SAW | A108 Preparation of Pleadings and Briefs re: MFS | 0.5 | $440.00 | $220.00 |
| 8/8/2023 | SAW | A108 Correspondence/Memorandum Drafted w/JNL re: holdback for May WMD invoice | 0.1 | $440.00 | $44.00 |
| 8/8/2023 | SAW | A108 Preparation of Pleadings and Briefs re: Blakes CNOs for first and second MFS | 0.2 | $440.00 | $88.00 |
| 8/8/2023 | SAW | A108 Preparation of Pleadings and Briefs re: review of time entries for WMD MFS | 6.0 | $440.00 | $2,640.00 |
| 8/9/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review Corrected TCC seal orders | 0.1 | $910.00 | $91.00 |
| 8/9/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review Corrected AHC seal order | 0.1 | $910.00 | $91.00 |
| 8/9/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review revised supp. dismissal letter draft and comments to same; review revised supp letter | 0.5 | $910.00 | $455.00 |
| 8/9/2023 | JNL | A111 Legal Research Review case law in Supp. Letter | 0.2 | $910.00 | $182.00 |
| 8/9/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review TCC objection to debtor's supp dismissal letter | 0.1 | $910.00 | $91.00 |
| 8/9/2023 | JNL | A111 Internal Office Mtgs, with Applicants' Staff Follow up with PRD re: status of dismissal order, potential case conf. on same | 0.1 | $910.00 | $91.00 |
| 8/9/2023 | JNL | A111 Internal Office Mtgs, with Applicants' Staff O/c JFP re: status of submissions related to dismissal order | 0.1 | $910.00 | $91.00 |
| 8/9/2023 | JNL | A108 Preparation of Pleadings and Briefs Review draft CNO for signal MFS | 0.1 | $910.00 | $91.00 |
| 8/9/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: corrected order granting TCC mot. to seal re: MTD reply | 0.1 | $635.00 | $63.50 |
| 8/9/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: order granting UST mot. to seal | 0.1 | $635.00 | $63.50 |
| 8/9/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: NM/MS letter re: dismissal order | 0.1 | $635.00 | $63.50 |
| 8/9/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: AHCSC letter re: dismissal order | 0.2 | $635.00 | $127.00 |
| 8/9/2023 | JFP | A109 Correspondence/Memorandum Drafted w/PRD and M. Cyganowski re: FTI fees | 0.1 | $635.00 | $63.50 |
| 8/9/2023 | JFP | A111 Correspondence/Memorandum Drafted w/JNL re: dismissal order | 0.1 | $635.00 | $63.50 |
| 8/9/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: corrected order granting TCC mot. to seal re: FCR objection | 0.1 | $635.00 | $63.50 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/9/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: corrected order granting AHCSC mot. to seal | 0.1 | $635.00 | $63.50 |
| 8/9/2023 | JFP | A109 Telephone Calls w/M. Cyganowski and PRD re: FTI fees | 0.2 | $635.00 | $127.00 |
| 8/9/2023 | JFP | A109 Review & Analyze Docs, Pleadings, Transcripts re: review debtor's response letter to FTI re: fees | 0.1 | $635.00 | $63.50 |
| 8/9/2023 | JFP | A111 Preparation of Pleadings and Briefs re: response letter re: dismissal order | 0.3 | $635.00 | $190.50 |
| 8/9/2023 | JFP | A111 Correspondence/Memorandum Drafted w/JD, PRD, JNL and SAW re: response letter re: dismissal order | 0.2 | $635.00 | $127.00 |
| 8/9/2023 | JFP | A105 Internal Office Mtgs, with Applicants' Staff w/LRL re: case calendar | 0.1 | $635.00 | $63.50 |
| 8/9/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: order on TCC mot. to seal re: MTD | 0.1 | $635.00 | $63.50 |
| 8/9/2023 | JFP | A105 Correspondence/Memorandum Drafted w/JD re: WMD coverage | 0.1 | $635.00 | $63.50 |
| 8/9/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: order on J&J mot. to seal | 0.1 | $635.00 | $63.50 |
| 8/9/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: order on AHCSC mot. to seal | 0.1 | $635.00 | $63.50 |
| 8/9/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: order on TCC mot. to seal re: FCR objection | 0.1 | $635.00 | $63.50 |
| 8/9/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: order on A&I mot. to seal | 0.1 | $635.00 | $63.50 |
| 8/9/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: P. Crouch letter re: dismissal | 0.2 | $635.00 | $127.00 |
| 8/9/2023 | JFP | A108 Correspondence/Memorandum Drafted w/SAW and JD re: Signal CNO | 0.1 | $635.00 | $63.50 |
| 8/9/2023 | JFP | A108 Preparation of Pleadings and Briefs re: Signal CNO | 0.1 | $635.00 | $63.50 |
| 8/9/2023 | JFP | A105 Correspondence/Memorandum Drafted w/SAW and LRL re: case calendar | 0.1 | $635.00 | $63.50 |
| 8/9/2023 | LRL | A105 Internal Office Mtgs, with Applicants' Staff w/CR, JFP, and SAW re: calendar of upcoming dates and deadlines | 0.2 | $440.00 | $88.00 |
| 8/9/2023 | LRL | A105 Correspondence/Memorandum Drafted w/CR, JFP, SAW, and W. Sing re: calendar of upcoming dates and deadlines | 0.2 | $440.00 | $88.00 |
| 8/9/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: UST's motion to seal its objection to the Debtor's motion to appoint R. Ellis as FCR | 0.1 | $440.00 | $44.00 |
| 8/9/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: Court's corrected order granting TCC's motion to seal its objection to the Debtor's motion to appoint R. Ellis as FCR | 0.1 | $440.00 | $44.00 |
| 8/9/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: Court's corrected order granting TCC's motion to seal its reply in support of its motion to dismiss | 0.1 | $440.00 | $44.00 |
| 8/9/2023 | LRL | A105 Review & Analyze Docs, Pleadings, Transcripts re: reviewing docket for dates and deadlines to add to calendar | 1.2 | $440.00 | $528.00 |
| 8/9/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: Court's corrected order granting the AHC's motion to seal its omnibus response to the replies in support of the motions to dismiss | 0.1 | $440.00 | $44.00 |
| 8/9/2023 | PRD | A111 Preparation of Pleadings and Briefs Review/revise letter to court re dismissal order | 1.2 | $975.00 | $1,170.00 |
| 8/9/2023 | PRD | A109 Telephone Calls Call w Melanie C re FTI fee settlement | 0.5 | $975.00 | $487.50 |
| 8/9/2023 | SAW | A108 Preparation of Pleadings and Briefs re: Signal CNO for MFS | 0.4 | $440.00 | $176.00 |
| 8/9/2023 | SAW | A111 Preparation of Pleadings and Briefs re: supplemental letter | 0.9 | $440.00 | $396.00 |
| 8/9/2023 | SAW | A108 Correspondence/Memorandum Drafted w/JFP, JD and RFF re: approval, filing and service of Signal CNO | 0.2 | $440.00 | $88.00 |
| 8/9/2023 | SAW | A108 Preparation of Pleadings and Briefs re: MFS | 0.5 | $440.00 | $220.00 |
| 8/9/2023 | SAW | A111 Correspondence/Memorandum Drafted w/JFP, JD and Epiq re: approval, filing and service of supplemental letter | 0.5 | $440.00 | $220.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/10/2023 | JNL | A108 Review & Analyze Docs, Pleadings, Transcripts Review Otterbourg MFS | 0.2 | $910.00 | $182.00 |
| 8/10/2023 | JNL | A108 Review & Analyze Docs, Pleadings, Transcripts Review Miller Thomson MFS | 0.1 | $910.00 | $91.00 |
| 8/10/2023 | JNL | A111 Legal Research Research and review stay pending appeal case law from 3d Cir | 2.3 | $910.00 | $2,093.00 |
| 8/10/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review final order granting Debtor's motion to seal | 0.1 | $910.00 | $91.00 |
| 8/10/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review Order compelling production to TCC | 0.1 | $910.00 | $91.00 |
| 8/10/2023 | JNL | A108 Review & Analyze Docs, Pleadings, Transcripts Review Supp Dec of Miller Thomson re: fee rate update | 0.1 | $910.00 | $91.00 |
| 8/10/2023 | JFP | A111 Correspondence/Memorandum Drafted w/LRL re: service of order to seal | 0.1 | $635.00 | $63.50 |
| 8/10/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: MRHFM letter re: TCC continuation | 0.1 | $635.00 | $63.50 |
| 8/10/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: TCC letter re: TCC continuation | 0.1 | $635.00 | $63.50 |
| 8/10/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: Debtor's order to seal | 0.1 | $635.00 | $63.50 |
| 8/10/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: TCC's objection to the Debtor's supplemental submission re: TCC's continuation | 0.1 | $440.00 | $44.00 |
| 8/10/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: TCC's objection to the Debtor's supplemental submission re: TCC's continuation | 0.1 | $440.00 | $44.00 |
| 8/10/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: Court's granting Debtor's motion to seal redacted portions of its omnibus reply in support of its motion to appoint R. Ellis as FCR | 0.1 | $440.00 | $44.00 |
| 8/10/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams and Epiq re: Court's granting Debtor's motion to seal redacted portions of its omnibus reply in support of its motion to appoint R. Ellis as FCR | 0.1 | $440.00 | $44.00 |
| 8/10/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: Court's granting in part and denying in part TCC's motion to compel Debtor to produce documents re: the 2021 Funding Agreement | 0.1 | $440.00 | $44.00 |
| 8/10/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: Court's granting in part and denying in part TCC's motion to compel Debtor to produce documents re: the 2021 Funding Agreement | 0.1 | $440.00 | $44.00 |
| 8/10/2023 | LRL | A105 Review & Analyze Docs, Pleadings, Transcripts re: reviewing dockets for upcoming deadlines and matters to be heard | 1.9 | $440.00 | $836.00 |
| 8/10/2023 | LRL | A105 Correspondence/Memorandum Drafted to WMD team re: case calendar | 0.5 | $440.00 | $220.00 |
| 8/10/2023 | LRL | A108 Review & Analyze Docs, Pleadings, Transcripts re: TCC's supplemental declaration re: Miller Thomson's rate increase | 0.1 | $440.00 | $44.00 |
| 8/10/2023 | LRL | A108 Correspondence/Memorandum Drafted to JD and WMD teams re: TCC's supplemental declaration re: Miller Thomson's rate increase | 0.1 | $440.00 | $44.00 |
| 8/10/2023 | PRD | A111 Review & Analyze Docs, Pleadings, Transcripts Review TCC response to letter re dismissal order | 0.6 | $975.00 | $585.00 |
| 8/10/2023 | SAW | A108 Preparation of Pleadings and Briefs re: review of time entries for WMD MFS | 4.2 | $440.00 | $1,848.00 |
| 8/11/2023 | JNL | A108 Correspondence Reviewed Review final analysis of trust deposits for LTL | 0.3 | $910.00 | $273.00 |
| 8/11/2023 | JNL | A108 Correspondence Reviewed Review email from M. Bates re: missing LEDES file | 0.1 | $910.00 | $91.00 |
| 8/11/2023 | JNL | A111 Review & Analyze Docs, Pleadings, Transcripts Review in limine Order | 0.1 | $910.00 | $91.00 |
| | | A111 Review & Analyze Docs, Pleadings, Transcripts Review | | | |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 8/11/2023 | JNL | Maune Raichle response to Debtor letter on dismissal order terms | 0.1 | $910.00 | $91.00 |
| 8/11/2023 | JNL | A108 Correspondence Reviewed Forward trust analysis to D. Segal | 0.1 | $910.00 | $91.00 |
| 8/11/2023 | JNL | A108 Correspondence Reviewed Review SAW analysis summary | 0.2 | $910.00 | $182.00 |
| 8/11/2023 | JFP | A111 Review & Analyze Docs, Pleadings, Transcripts re: NM/MS letter re: dismissal order | 0.1 | $635.00 | $63.50 |
| 8/11/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: MRHFM's objection to the Debtor's supplemental submission re: TCC's continuation | 0.1 | $440.00 | $44.00 |
| 8/11/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts to JD and WMD teams re: MRHFM's objection to the Debtor's supplemental submission re: TCC's continuation | 0.1 | $440.00 | $44.00 |
| 8/11/2023 | LRL | A108 Preparation of Pleadings and Briefs re: reviewing timekeeping for August MFS | 0.9 | $440.00 | $396.00 |
| 8/11/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: MS and NM's objection to the Debtor's supplemental submission re: TCC's continuation | 0.1 | $440.00 | $44.00 |
| 8/11/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts to JD and WMD teams re: MS and NM's objection to the Debtor's supplemental submission re: TCC's continuation | 0.1 | $440.00 | $44.00 |
| 8/11/2023 | LRL | A111 Correspondence/Memorandum Drafted to JD and WMD teams re: Court's granting in part and denying in part Paul Crouch's motion in limine to exclude evidence of an alleged settlement w/third-party payors | 0.1 | $440.00 | $44.00 |
| 8/11/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: Court's granting in part and denying in part Paul Crouch's motion in limine to exclude evidence of an alleged settlement w/third-party payors | 0.1 | $440.00 | $44.00 |
| 8/11/2023 | LRL | A111 Review & Analyze Docs, Pleadings, Transcripts re: Court's order dismissing the Chapter 11 Petition, establishing procedures with respect to requests for compensation, and granting related relief | 0.2 | $440.00 | $88.00 |
| 8/11/2023 | SAW | A108 Preparation of Pleadings and Briefs re: WMD MFS | 0.6 | $440.00 | $264.00 |

**Net Services Total**    **$73,687.75**

## Disbursements

| Date | Description | Quantity | Price | Total |
|---|---|---|---|---|
| 8/2/2023 | Parking at Court-JFP | 1.0 | $12.00 | $12.00 |
| 8/2/2023 | Travel from Court on 8/2 (46.8 mi. * $0.655)-JFP | 1.0 | $30.65 | $30.65 |
| 8/2/2023 | Travel to Court on 8/2 (46.8 mi. * $0.655)-JFP | 1.0 | $30.65 | $30.65 |
| 8/2/2023 | Uber ride home from 8/2 hearing in NJ Bankruptcy court-RFF | 1.0 | $148.78 | $148.78 |
| 8/2/2023 | Dunkin coffee and munchkins for pre-hearing conference-RFF | 1.0 | $40.37 | $40.37 |
| 8/2/2023 | NYC to Trenton NJ-RFF | 1.0 | $285.77 | $285.77 |
| 8/3/2023 | J & J Court Transcribers inv # 2023-01666 Transcript | 1.0 | $435.60 | $435.60 |

**Disbursements Total**    **$983.82**

**Monthly Total Balance Due**    **$74,671.57**



**WOLLMUTH MAHER & DEUTSCH LLP**

500 FIFTH AVENUE

NEW YORK, NY 10110

TAXPAYER I.D 13-3997794

If you wish to make payment by wire transfer, our account information is:

