**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

**ORDER GRANTING FINAL FEE APPLICATION OF
JONES DAY FOR ALLOWANCE OF FEES AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR
FOR THE PERIOD FROM APRIL 5, 2023 THROUGH AUGUST 11, 2023**

The relief set forth on the following pages is hereby **ORDERED**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor:  LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order Granting Final Fee Application of Jones Day for Allowance of Fees and Reimbursement of Expenses as Counsel to the Debtor for the Period From April 5, 2023 Through August 11, 2023

Upon the *Final Fee Application of Jones Day for Allowance of Fees and Reimbursement of Expenses as Counsel to the Debtor for the Period From April 5, 2023 Through August 11, 2023* (the "Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Debtor;

**IT IS HEREBY ORDERED** that:

1. The Application is granted on a final bases as set forth herein.

2. Jones Day shall be allowed, on a final basis, fees in the amount of $14,369,318.75, plus expenses of $258,005.70.

3. The Debtor is authorized and directed to make payment of the outstanding amount of such sums allowed to Jones Day.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

NAI-1537952369