**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**DEBTOR'S STATEMENT OF ISSUES ON APPEAL AND
DESIGNATION OF ITEMS TO BE INCLUDED IN THE
<u>RECORD ON APPEAL AS TO DISMISSAL OPINION AND ORDER</u>**

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, LTL Management LLC, the debtor in the above-captioned case (the "<u>Debtor</u>"), submits the following statement of issues to be presented on appeal and designation of items for inclusion in the record on appeal in connection with the Debtor's appeal from the following opinion and order: the July 28, 2023

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1537985628v5

*Memorandum Opinion* [Dkt. 1127] (the "Dismissal Opinion") and the related August 11, 2023 *Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. § 1112(b); (II) Establishing Procedures with Respect to Requests for Compensation; and (III) Granting Related Relief* [Dkt. 1211] (the "Dismissal Order and, together with the Dismissal Opinion, the "Opinion and Order").

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Did the Bankruptcy Court reversibly err in dismissing LTL's bankruptcy petition "for cause" under 11 U.S.C. § 1112(b) by determining that LTL lacked good faith in filing its chapter 11 petition because it was not in imminent financial distress? This question includes the following subsidiary legal questions:

   a. Does 11 U.S.C. § 1112(b) include an implicit requirement of good faith?

   b. Does the Bankruptcy Code include any requirement of financial distress, let alone imminent financial distress, for a chapter 11 debtor?

   c. Does any implicit imminent-financial-distress requirement for a chapter 11 debtor apply to mass-tort cases, especially cases involving 11 U.S.C. § 524(g)?

   d. Does the Third Circuit's test for good faith under § 1112(b) accord with the Bankruptcy Code?

   e. Does the Third Circuit's financial-distress test equate to an insolvency requirement and thereby conflict with the Bankruptcy Code and precedent?

   f. Did the Bankruptcy Court correctly interpret the Third Circuit's test for financial distress, including the extent to which a debtor must be in "immediate" or "imminent" financial distress and the level of "certainty" of future insolvency required to warrant a chapter 11 filing?

-2-

      g.      Which party bears the burden of proof regarding cause under § 1112(b), and did Congress overturn Third Circuit precedent on this question?

      h.      Did the Bankruptcy Court err in holding that 11 U.S.C. § 1112(b)(2) did not apply to prevent dismissal?

2.      Did the Bankruptcy Court reversibly err in authorizing the continued existence of the Talc Claimants' Committee and requiring LTL to pay its ongoing fees and expenses notwithstanding the dismissal of LTL's bankruptcy case?

## DESIGNATION OF THE RECORD ON APPEAL

Without waiving any arguments on appeal, and in addition to those items automatically included in the record on appeal under Bankruptcy Rule 8009(a)(4), the Debtor designates each of the following documents for inclusion in the record on appeal (including any exhibit, annex, appendix, addendum, or schedule thereto). In addition, the Debtor incorporates by reference all documents designated by other appellants seeking review of the Opinion and Order to the extent not already included herein. The Debtor reserves the right to supplement this designation and the record on appeal.

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| *In re LTL Management LLC*, 23-12825 (MBK) | | | |
| 1. | 1 | N/A | Chapter 11 Voluntary Petition |
| 2. | 3 | N/A | Debtor's Statement Regarding Refiling of Chapter 11 Case |
| 3. | 4 | N/A | Declaration of John K. Kim in Support of First Day Pleadings |
| 4. | 8 | N/A | Adversary case 23-01092. Complaint by LTL Management LLC against Those Parties Listed on Appendix A to the Complaint and John and Jane Does 1-1000 |
| 5. | 262 | N/A | Transcript regarding Hearing Held 04/18/23 |

NAI-1537985628v5

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 6. | 263 | N/A | Transcript regarding Hearing Held 04/20/23 |
| 7. | 396 | N/A | Supplemental Declaration of John K. Kim Regarding Plan Support Agreements |
| 8. | 933 | N/A | Transcript regarding Hearing Held 06/27/23 |
| 9. | 956 | N/A | Transcript regarding Hearing Held 06/28/23 AM SESSION |
| 10. | 957 | N/A | Transcript regarding Hearing Held 06/28/23 PM SESSION |
| 11. | 968 | N/A | Transcript regarding Hearing Held 06/29/23 AM SESSION |
| 12. | 999 | N/A | Transcript regarding Hearing Held 06/29/23 PM SESSION - REVISED |
| 13. | 1000 | N/A | Transcript regarding Hearing Held 06/30/23 REVISED |
| 14. | 1028 | N/A | Transcript regarding Hearing Held 06/29/23 PM SESSION - REVISED |
| 15. | 1100 | N/A | *Joint Stipulation and Agreed Order Regarding the Admission of Exhibits and Deposition Designations In Connection with Motion to Dismiss Hearing* |
| 16. | N/A | D-1 | John Kim Direct Testimony Declaration and Exhibits |
| 17. | N/A | D-2 | Richard Dickinson Direct Testimony Declaration and Exhibits |
| 18. | N/A | D-3 | Robert Wuesthoff Direct Testimony Declaration and Exhibits |
| 19. | N/A | D-4 | Adam Lisman Direct Testimony Declaration and Exhibits |
| 20. | N/A | D-5 | Jim Murdica Direct Testimony Declaration and Exhibits |
| 21. | N/A | D-6 | Mikal Watts Direct Testimony Declaration and Exhibits |
| 22. | N/A | D-7 | James Onder Direct Testimony Declaration and Exhibits |
| 23. | N/A | D-64 | Expert Report of Charles H Mullin, PhD – June 7, 2023 |
| 24. | N/A | D-65 | Rebuttal Expert Report of Charles H. Mullin, PhD – June 14, 2023 |

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 25. | N/A | D-66 | Expert Report of Gregory K. Bell, Ph.D. – June 7, 2023 |
| 26. | N/A | D-67 | Supplemental Expert Report of Gregory K. Bell, Ph.D. – June 20, 2023 |
| 27. | N/A | D-68 | Expert Report of Sheila L. Birnbaum – June 14, 2023 |
| 28. | N/A | D-170 | Article entitled, "'What Cancer Victim Would Agree to That?': Opposition Brewing Over Talc Powder Deal" dated April 6, 2023 |
| 29. | N/A | D-175 | Article entitled, "J&J Disguises Second Bankruptcy As Sham Settlement" dated April 5, 2023 |
| 30. | N/A | D-176 | Article entitled, "Beasley Allen/Ashcraft & Gerel Law Firs: Talc MDL Leadership Rejects Johnson & Johnson's Second Attempt to Abuse Bankruptcy Process" dated April 6, 2023 |
| 31. | N/A | D-177 | Article entitled, "Cancer Victims' Lawyers Vow to Fight J&J Proposed Settlement" dated April 6, 2023 |
| 32. | N/A | D-183 | Term Sheet with Exhibit A |
| 33. | N/A | D-184 | 310Ba - Worldwide Dividend Policy.docx |
| 34. | N/A | D-198 | Group Holdings Ownership Structure (2022) |
| 35. | N/A | D-199 | J&J HoldCo (NA) Org Chart (February 2022) |
| 36. | N/A | D-219 | JIFC to GTSC Loans.docx |
| 37. | N/A | D-385 | Royalty A&M five-year cashflow projection |
| 38. | N/A | D-386 | Holdco Organizational Chart |
| 39. | N/A | D-387 | Holdco legal entities and valuations |
| 40. | N/A | D-388 | JJFC loans to Global Treasury Services Center ("GTSC") |
| 41. | N/A | D-389 | KPMG summary of GH Biotech legal entities fair market value |
| 42. | N/A | D-390 | Holdco dividends |
| 43. | N/A | D-392 | J&J and Holdco Facility Agreement* |

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 44. | N/A | D-393 | 7 - LTL0030450_LTL0030207-LTL0031327 (JJCI Valuation).pdf |
| 45. | N/A | D-395 | JJ HoldCo NA Chart (prelim valuations) (1).xlsx |
| 46. | N/A | D-405 | JIFC _ETC - 2022 Amended and Restated Facility.pdf |
| 47. | N/A | D-478 | Ad Hoc Committee of States' Responses and Objections to the Debtor's First Set of Interrogatories and Executed Verification |
| 48. | N/A | D-480 | Beasley Allen's Responses and Objections to the Debtor's First Set of Interrogatories |
| 49. | N/A | D-481 | TCC's Verified Responses and Objections to the Debtor's First Set of Interrogatories |
| 50. | N/A | D-483 | TCC's Verified Supplemental Responses to Debtor's Interrogatory Nos. 6 & 8 |
| 51. | N/A | D-484 | Second Supplemental Responses and Objections to Interrogatory Nos. 2, 4, and 10 in the Debtor's First Set of Interrogatories to the Official Committee of Talc Claimants, dated June 23, 2023 |
| 52. | N/A | D-486 | First Supplemental Verified Statement of Paul Hastings LLP, Cole Schotz P.C. and Parkins & Rubio LLP Pursuant to Bankruptcy Rule 2019 (Dkt. 807, 23-12825-MBK) |
| 53. | N/A | D-487 | *Bestwall* (No. 17-31795-LTB, Bankr. W.D.N.C.), January 19, 2022 Hearing Transcript |
| 54. | N/A | D-488 | *Bestwall* (No. 17-31795-LTB, Bankr. W.D.N.C.), March 3, 2023 Hearing Transcript |
| 55. | N/A | D-489 | *Bestwall* (No. 17-31795-LTB, Bankr. W.D.N.C.), April 6, 2022 Hearing Transcript |
| 56. | N/A | D-490 | *Bestwall* (No. 17-31795-LTB, Bankr. W.D.N.C.), September 19, 2019 Hearing Transcript |
| 57. | N/A | D-491 | *Bestwall* (No. 17-31795-LTB, Bankr. W.D.N.C.), September 24, 2020 Hearing Transcript |
| 58. | N/A | D-493 | 2021-01-28 – Imerys 9th Amended Plan and TDPs |
| 59. | N/A | D-517 | Compass Lexecon memo to Brown Rudnick re: "Duplication of Records in PSA Claimant and Ad Hoc Committee Lists," dated June 23, 2023 |
| 60. | N/A | D-518 | Apsis – J&J HoldCo – JNJ – Letter of direction in respect of intercompany funding flows |

NAI-1537985628v5

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 61. | N/A | D-520 | Apsis – Minutes of the sole shareholder's decision (approval FY 2022) – CMS review 21062023 |
| 62. | N/A | D-529 | Sixth Monthly Fee Statement of Houlihan Lokey Capital, Inc. (Dkt. 2628, No. 21-30589-MBK) |
| 63. | N/A | D-538 | Tenth Monthly Fee Statement of Houlihan Lokey Capital, Inc. (Dkt. 3262, No. 21-30589-MBK) |
| 64. | N/A | D-543 | Fee Application Cover Sheet the Period June 1, 2022 through September 30, 2022 for the Brattle Group, Inc. (Dkt. 3387, No. 21-30589-MBK) |
| 65. | N/A | D-544 | Third Interim Fee Application of FTI Consulting, Inc. (Dkt. 3390, No. 21-30589-MBK) |
| 66. | N/A | D-552 | LTL II – Summary Exhibit re Claims Estimation |
| 67. | N/A | D-553 | TCC's Exclusivity Slides from June 13, 2023 Hr'g |
| 68. | N/A | D-554 | Barnes Law Group's Second Supplemental Response to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding), dated June 22, 2023 |
| 69. | N/A | D-555 | Weitz & Luxenberg, PC's Response and Objections to Request for Production No. 1 in the Debtor's Request for Production, dated June 22, 2023 |
| 70. | N/A | D-556 | Levy Konigsberg Letter to Mark Rasmussen, Esq. re Response to Interrogatory No. 1, dated June 21, 2023 |
| 71. | N/A | D-557 | Dean Omar's Supplemental Response to Debtor's First Set of Interrogatories to Dean Omar Branham Shirley, LLP and Dean Omar Branham Shirley, LLP Acting for Dean Omar Talc Claimants, dated June 23, 2023 |
| 72. | N/A | D-558 | Arnold & Itkin's Supplemental Response to Interrogatory No. 1, dated June 23, 2023 |
| 73. | N/A | D-559 | MRHFM Verified 2019.1 Disclosure |
| 74. | N/A | D-560 | 2023-05-22 Ruckdeschel letter to Wall regarding discovery |
| 75. | N/A | D-561 | Amended Chapter 11 Plan (Dkt. 912, 23-12825-MBK) |
| 76. | N/A | D-562 | Redlines of Amended Plan and Exhibits in Support of Amended Chapter 11 Plan (Dkt. 913, 23-12825-MBK) |

NAI-1537985628v5

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 77. | N/A | D-563 | Verified Statement of Paul Hastings LLP, Cole Schotz P.C. and Parkins & Rubio LLP Pursuant to Bankruptcy Rule 2019 (Dkt. 470, 23-12825-MBK) |
| 78. | N/A | D-564 | In re: Third Party Payor Talc Litigation Lien and/or Subrogation Interests Confidential Settlement Agreement Term Sheet, dated June 20, 2023 |
| 79. | N/A | D-565 | July 10, 2023 Trial Transcript, Valadez v. Johnson & Johnson, et al., No. 22-cv-012759 (Cal. Super., Alameda County) |
| 80. | N/A | D-566 | July 18, 2023 Jury Verdict Transcript, Valadez v. Johnson & Johnson, et al., No. 22-cv-012759 (Cal. Super., Alameda County) |
| 81. | N/A | D-567 | July 18, 2023 Jury Verdict Form, Valadez v. Johnson & Johnson, et al., No. 22-cv-012759 (Cal. Super., Alameda County) |
| 82. | N/A | 2 | Form 10-Q for the period ending 10.3.2021 |
| 83. | N/A | 9 | Approval Request for Restructuring of JJCI – Memo of Approval – Oct. 11, 2021 |
| 84. | N/A | 10 | Email re: Final Materials for Today – May 19, 2020 |
| 85. | N/A | 23 | Minutes of Board of Managers - October 14, 2021 |
| 86. | N/A | 26 | J&J Press Release Re: Johnson & Johnson Announces Plans to Accelerate Innovation, Serve Patients and Consumers, and Unlock Value through Intent to Separate Consumer Health Business |
| 87. | N/A | 68 | JJCI Valuation |
| 88. | N/A | 110 | Email re: Litigation follow-up – July 19, 2021 |
| 89. | N/A | 161 | Debtor's Supplemental Response to Official Committee of Talc Claimants' RPD No. 40 |
| 90. | N/A | 259 | Verdict Form, Teresa Leavitt v. Johnson & Johnson et al, California Superior Court, Alameda Co., Case No. RG17882401; March 13, 2019. |
| 91. | N/A | 263 | Jury Verdict Sheets - Amended, Douglas and Roslyn Barden, et al v. Johnson & Johnson et al., New Jersey Superior Court, Middlesex County, Docket No.: MID-L-1809-17 AS; September 11, 2019. |
| 92. | N/A | 300 | Email re: Project Plato – Oct. 7, 2021 |

NAI-1537985628v5

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 93. | N/A | 342 | Debtor's Objection to MTD Chapter 11 Case - Case No. 21-30589-MBK (Doc 956) |
| 94. | N/A | 511 | Email from Michelle Ryan to Michael Levesque re: Litigation follow-up – July 19, 2021 |
| 95. | N/A | 514 | Declaration of John Kim in Support of First Day Pleadings, US Bankruptcy Court W District of North Carolina, 10/14/21, Case 21-30589 Doc #5 |
| 96. | N/A | 559 | First Day Dec. of Alexandra Picard, In re Imerys Talc America, Inc., et al. (Bankr. Del. 19-10289), Doc. No. 10 |
| 97. | N/A | 750 | LTL's Monthly Operating Report for Reporting Period Ended 02/28/2023 (Case No. 21-30589 (Dkt 3886)) |
| 98. | N/A | 751 | Term Sheet (Exhibit B to PSA) |
| 99. | N/A | 752 | Minutes of LTL Board of Managers – Mar. 16, 2023 |
| 100. | N/A | 755 | Master Creditors List - Case No. 21-30589 (Dkt 4); |
| 101. | N/A | 756 | Schedules of Assets and Liabilities for LTL Management LLC - Case No. 23-12825 (Dkt 450) |
| 102. | N/A | 758 | Pulaski Kherkher Article: Were You Diagnosed With Ovarian Cancer, Fallopian Cancer, or Peritoneal Cancer After Regular Baby Powder Use? |
| 103. | N/A | 759 | Plan Support Agreement signed by Adam Pulaski |
| 104. | N/A | 760 | Chapter 11 Plan of Reorganization of LTL Management LLC - Case No. 23-12825 (Dkt 525) |
| 105. | N/A | 763 | Onder Law Article: $8.9B J&J Talc Resolution: Questions and Answers |
| 106. | N/A | 765 | Email from James Onder to Allen Smith re: Onder Law Referral Network Update – May 19, 2023 |
| 107. | N/A | 766 | Watts LTL/J&J Deposition Prep Notes |
| 108. | N/A | 768 | Transcript of Oral Argument Before Third Circuit (10.4.2022) Case No. 22-2003 Dkt. 148 |
| 109. | N/A | 769 | In re LTL - Third Circuit Opinion (highlighted version) |
| 110. | N/A | 780 | S&P Credit Agency Meeting - Johnson & Johnson |

NAI-1537985628v5

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 111. | N/A | 781 | Emails Between S&P and J&J re: S&P Global Ratings Draft Bulletin for Review – April 5, 2023 |
| 112. | N/A | 782 | Emails Between S&P and J&J re: A couple of questions – Apr. 26, 2023 |
| 113. | N/A | 783 | Draft of S&P Global Rating Bulletin – Johnson & Johnson's Proposed $8.9B Settlement Plan Increases Debt Leverage; Credit Quality is Unaffected – Apr. 5, 2023 |
| 114. | N/A | 784 | Refinitiv StreetEvents Edited Transcript - JNJ.N - Johnson & Johnson Earnings Call – April 18, 2023 |
| 115. | N/A | 785 | J&J Form 10-Q - April 28, 2023 |
| 116. | N/A | 786 | J&J News Release: Johnson & Johnson Subsidiary LTL Management LLC ("LTL") Re-Files for Voluntary Chapter 11 to Equitably Resolve All Current and Future Talc Claims – Apr. 4, 2023 |
| 117. | N/A | 790 | Statement on TCC Standing Motion to Dismiss |
| 118. | N/A | 791 | LTL 2023 Voluntary Petition for Non-Individuals Filing for Bankruptcy 23-12825-MBK (Dkt 1) |
| 119. | N/A | 792 | Amended and Restated Funding Agreement – October 12, 2021 |
| 120. | N/A | 794 | 2023 Declaration of John K. Kim In Support of First Day Pleadings |
| 121. | N/A | 795 | Plan Support Agreement Signed by James Onder |
| 122. | N/A | 800 | Minutes of LTL Board of Managers – March 16, 2023 |
| 123. | N/A | 801 | Minutes of Board of Managers – March 28, 2023 |
| 124. | N/A | 802 | Presentation to Board of Managers of LTL Management – Mar. 28, 2023 |
| 125. | N/A | 803 | Presentation to Board of Managers of LTL Management LLC – March 28, 2023 |
| 126. | N/A | 804 | Minutes of Board of Managers – April 2, 2023 |
| 127. | N/A | 805 | Presentation to Board of Managers of LTL Management LLC – April 2, 2023 |
| 128. | N/A | 806 | KPMG Presentation - J&J - Fair Market Value of Certain Legal Entities of GH Biotech Holdings Limited |

-10-

NAI-1537985628v5

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 129. | N/A | 807 | Form 8-K dated Apr. 4, 2023 |
| 130. | N/A | 809 | Notice of Debtor's Motion for An Order Directing Plaintiff Law Firms to Disclose Third-Party Funding Arrangements – Case No. 21-30589 (Dkt 3551) |
| 131. | N/A | 811 | Federal Appellate Court Rejects Controversial J&J Ploy to Dodge Talc Cancer Lawsuits |
| 132. | N/A | 812 | Majed Nachawati and Michael Gorwitz - *Bankrupting the Civil Justice System* - ALM Law.com Article |
| 133. | N/A | 813 | Plan Support Agreement (PSA) signed by Majed Nachawati |
| 134. | N/A | 814 | Text Thread with Majed Nachawati (May 10) |
| 135. | N/A | 815 | BeasleyAllen Article — J&J Disguises Second Bankruptcy As Sham Settlement |
| 136. | N/A | 816 | Beasley Allen Law Firm Article - "Cancer Victims Uniting to Oppose Johnson & Johnson's Latest Bankruptcy Ploy" |
| 137. | N/A | 817 | Beasley Allen/Arnold & Itkin Law Firms: On Eve of J&J Bankruptcy Dismissal, Cancer Victims Prepare to Enter Civil Court System |
| 138. | N/A | 818 | ALM Law.com Article by Adolfo Pesquera - What Cancer Victim Would Agree to That? Opposition Brewing Over Talc Powder Deal |
| 139. | N/A | 819 | Email from Beasley Allen to [Redacted] RE: Johnson & Johnson Second Talc Bankruptcy is Another Sham |
| 140. | N/A | 822 | Plan Support Agreement (PSA) signed by Basil Adham |
| 141. | N/A | 828 | Onder Law Article: Appeals Court Denies J&J Talc Bankruptcy Strategy |
| 142. | N/A | 830 | Talcum Powder Ovarian Cancer Litigation – OnderLaw Criteria |
| 143. | N/A | 831 | Onder Law Blog 8.9B J&J Talc Lawsuits Resolution Reached |
| 144. | N/A | 832 | OnderLaw Blog Talc Q&A |
| 145. | N/A | 836 | Notice of Debtor's Motion for An Order Authorizing It to Enter An Expense Reimbursement Agreement with AHC of Supporting Counsel – Case No. 23-12825 (575) |

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 146. | N/A | 838 | TCC Notice of Deposition of Johnson & Johnson |
| 147. | N/A | 839 | Johnson & Johnson HoldCo (NA) Inc.'s R&Os to the TCC's Notice of Deposition of Johnson & Johnson |
| 148. | N/A | 841 | Johnson & Johnson GH Biotech Distribution 2022 - Bible of Documentation - France / Germany Steps |
| 149. | N/A | 843 | Johnson & Johnson Holdco (NA) Inc. (US - 6101) ("Old JJCI") Structure Chart As of February 7, 2023 (PPT) |
| 150. | N/A | 844 | Johnson & Johnson Worldwide Financial Procedures - 310Ba - Worldwide Dividend Policy |
| 151. | N/A | 845 | Johnson & Johnson Worldwide Financial Procedures - 310Ga - Non-US Affiliate Approved Borrowing Limits |
| 152. | N/A | 847 | Johnson & Johnson - Opinion of FMV - Equity Value Summary - Johnson & Johnson Urban Renewal Associates (LE 6093) - Excel Sheet |
| 153. | N/A | 848 | Johnson & Johnson - Summary of Values - LE 7825 (Pharmaceutical business) - Excel Sheet |
| 154. | N/A | 849 | Johnson & Johnson - Diligent Entities Export - Excel Sheet |
| 155. | N/A | 850 | Johnson & Johnson - Summary - Excel Sheet |
| 156. | N/A | 851 | Johnson & Johnson - Opinion of FMV - Summary of Values - Johnson & Johnson Financial Services GmbH (7905) - Excel Sheet |
| 157. | N/A | 852 | Kenvue Inc. Form S-1 |
| 158. | N/A | 853 | Johnson & Johnson Treasury Services |
| 159. | N/A | 856 | Richard (Rich) Dickinson LinkedIn |
| 160. | N/A | 857 | Richard Dickinson Offer Letter to join Johnson & Johnson Services Inc. and be Seconded to LTL Management LLC as CFO |
| 161. | N/A | 858 | LTL Monthly Operating Report - Reporting Period Ended 3.31.2023 |
| 162. | N/A | 859 | LTL Monthly Operating Report - Reporting Period Ended 10.31.2021 |
| 163. | N/A | 860 | LTL 2021 Voluntary Petition for Non-Individuals Filing for Bankruptcy 21-30589-MBK (Dkt 1) |

NAI-1537985628v5

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 164. | N/A | 867 | Email from David Kaplan to Shannon Murphy re: JNJ talc (dated 1.31.2023) |
| 165. | N/A | 868 | Email from Duane Van Arsdale to David Kaplan re: Scheduling our annual Meeting in |
| 166. | N/A | 869 | S&P Global – Management Meeting or Phone Notes |
| 167. | N/A | 870 | Email from David Kaplan to Shannon Murphy, Arthur Wong, and Patrick Bell re: JNJ proposed increase in talc settlement |
| 168. | N/A | 871 | S&P Global Ratings Bulletin: Johnson & Johnson's Proposed $8.9B Legal Settlement Plan Increases Debt Leverage; Credit Quality if Unaffected |
| 169. | N/A | 876 | Expert Report of Saul E. Burian |
| 170. | N/A | 912 | Informational Brief of LTL Management LLC - Case No. 21-30589 (Dkt 3) |
| 171. | N/A | 924 | Johnson & Johnson Form 10-K- Annual Report for FY ending Jan, 1, 2023 |
| 172. | N/A | 966 | Expert Report of D. Theodore Rave |
| 173. | N/A | 967 | Supplemental and/or Rebuttal Expert Report of D. Theodore Rave |
| 174. | N/A | 980 | Expert Report of Hon. Royal Furgeson (Ret.) |
| 175. | N/A | 1012 | OnderLaw Client Talc Litigation Bankruptcy Update |
| 176. | N/A | 1014 | Brief for Andrew R. Vara, United States Trustee, as Amicus Curiae In Support of Appellant's and Supporting Reversal (6/30/2022) |
| 177. | N/A | 1016 | J.P. Morgan – Johnson & Johnson: Quick Thoughts on Today's Talc Update (North American Equity Research) |
| 178. | N/A | 1022 | OnderLaw Talc Litigation Update |
| 179. | N/A | 1056 | Shareholder's Resolution of Johnson & Johnson Holding GmbH |
| 180. | N/A | 1059 | Opinion of Fair Market Value - Johnson & Jonson Medical GmbH (LE 7930) - Excel Sheet |
| 181. | N/A | 1060 | Opinion of Fair Market Value - Johnson & Johnson Medical SAS (LE 7840) - Excel Sheet |

-13-

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 182. | N/A | 1061 | Valuation - Janssen-Cilag - Pharmaceutical Business (LE 7825) - Excel Sheet |
| 183. | N/A | 1062 | Opinion of Fair Market Value - Janssen-Cilag GmbH (LE 8000) - Excel Sheet |
| 184. | N/A | 1063 | J&J Worldwide Financial Procedures 310Ha - Borrowing Policy |
| 185. | N/A | 1073 | Direct Declaration of John K. Kim |
| 186. | N/A | 1081 | Exhibit D to John Kim Declaration - Termination & Substitution Agreement |
| 187. | N/A | 1082 | Exhibit E to John Kim Declaration - 2023 Funding Agreement |
| 188. | N/A | 1083 | Exhibit F to John Kim Declaration - J&J Support Agreement |
| 189. | N/A | 1087 | Minutes of Board of Managers – February 23, 2023 |
| 190. | N/A | 1112 | Rebuttal Expert Report of Saul Burian |
| 191. | N/A | 1124 | Products Liability and Mass Torts - Dechert LLP |
| 192. | N/A | 1125 | Health Care - Dechert LLP |
| 193. | N/A | 1126 | Crisis Management Practice Group Page - Dechert LLP |
| 194. | N/A | 1127 | Debtor's Motion For an Order Authorizing the Retention and Compensation of Professionals Utilized by the Debtor in the Ordinary Course of Business |
| 195. | N/A | 1150 | Bloomberg - J&J Begins 'Audacious' Return to Failed Cancer Settlement Tactic – April 5, 2023 |
| 196. | N/A | N/A | Exhibits A-D to Declaration of Laura Davis Jones in Support of Motion to Dismiss Bankruptcy Case (subject to terms of A&I Joint Stipulation) |
| 197. | N/A | N/A | Exhibits 1-6 to Declaration of Laura Davis Jones in Support of Reply in Support of Motion of Arnold & Itkin, on Behalf of Certain Talc Claimants, to Dismiss Chapter 11 Case (subject to terms of A&I Joint Stipulation) |
| 198. | N/A | N/A | Combined Deposition Designations for Deposition of Andy Birchfield (4/17/2023) |

-14-

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 199. | N/A | N/A | Combined Deposition Designations for Deposition of Andy Birchfield (5/30/2023) |
| 200. | N/A | N/A | Combined Deposition Designations for Deposition of Nabil Nachawati (5/24/2023) |
| 201. | N/A | N/A | Combined Deposition Designations for Deposition of Erik Haas (4/14/2023) |
| 202. | N/A | N/A | Combined Deposition Designations for Deposition of Erik Haas (6/7/2023) |
| 203. | N/A | N/A | Combined Deposition Designations for Deposition of Arthur Wong (6/12/2023) |
| 204. | N/A | N/A | Combined Deposition Designations for Deposition of Adam Pulaski (6/14/2023) |
| 205. | 1079 | N/A | Debtor's Proposed Findings of Fact and Conclusions of Law Regarding Motions to Dismiss Chapter 11 Case |
| 206. | 1127 | N/A | Opinion Granting Motions to Dismiss |
| 207. | 1211 | N/A | ORDER (I) DISMISSING DEBTOR'S CHAPTER 11 PETITION PURSUANT TO 11 U.S.C. 1112(b); (II) ESTABLISHING PROCEDURES WITH RESPECT TO REQUESTS FOR COMPENSATION; AND (III) GRANTING RELATED RELIEF |
| 208. | 1262 | N/A | Debtor's Notice of Appeal to District Court |
| 209. | 1310 | N/A | Joint Certification (Form 24) to the Court of Appeals by All Parties |
| *In re LTL Management LLC*, Adv. Pro. No. 23-01092 (MBK) | | | |
| 210. | 1 | N/A | Complaint by LTL Management LLC against Those Parties Listed on Appendix A to the Complaint and John and Jane Does 1-1000 |
| 211. | 2 | N/A | Debtor's Motion for an Order (I) Declaring That the Automatic Stay Applies or Extends to Certain Actions Against Non-Debtors, (II) Preliminarily Enjoining Such Actions, and (III) Granting a Temporary Restraining Order Ex Parte Pending a Hearing on a Preliminary Injunction |
| 212. | 5 | N/A | Declaration of Daniel J. Merrett in Support of Debtor's Complaint for Injunctive Relief and Related Motion |

-15-

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 213. | 7 | N/A | Supplemental Declaration of Daniel J. Merrett in Support of Debtor's Complaint for Injunctive Relief and Related Motion |
| 214. | 70 | N/A | Debtor's Amended Deposition Designations |
| 215. | 91 | N/A | ORDER DISSOLVING TEMPORARY RESTRAINING ORDER, EXTENDING THE AUTOMATIC STAY, AND GRANTING LIMITED PRELIMINARY RESTRAINTS |
| 216. | 94 | N/A | OPINION DISSOLVING TEMPORARY RESTRAINING ORDER, EXTENDING THE AUTOMATIC STAY, AND GRANTING LIMITED PRELIMINARY RESTRAINTS |
| 217. | 203 | N/A | ORDER EXTENDING THE PRELIMINARY INJUNCTION |
| *In re LTL Management, LLC*, Case No. 21-30589 (MBK) | | | |
| 218. | 5 | N/A | Declaration of John K. Kim in Support of First Day Pleadings |
| 219. | 128 | N/A | Debtor's Complaint for Declaratory and Injunctive Relief (I) Declaring That the Automatic Stay Applies to Certain Actions Against Non-Debtors or, (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing. Adversary case 21-03032. |
| 220. | 390 | N/A | Transcript for Hearing/Trial held on 11/4/21 |
| 221. | 391 | N/A | Transcript for Hearing/Trial held on 11/5/21 |
| 222. | 392 | N/A | Transcript for Hearing/Trial held on 11/10/21 |
| 223. | 409 | N/A | Exhibit List from Hearing Held on 11/10/2021 |
| 224. | 1481 | N/A | Transcript regarding Hearing Held 02/14/22 |
| 225. | 1494 | N/A | Transcript regarding Hearing Held 02/15/22 |
| 226. | 1497 | N/A | Joint Stipulation and Agreed Order Between Movants and Debtor Regarding the Admission of Exhibits at Motion to Dismiss Trial |

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 227. | 1516 | N/A | Joint Stipulation and Agreed Order Between the Official Committee of Talc Claimants I, the Official Committee of Talc Claimants II, and the Debtor Regarding the Evidentiary Record in Preliminary Injunction Adversary Proceeding and Trial on Motions to Dismiss |
| 228. | 1518 | N/A | Transcript regarding Hearing Held 02/16/22 |
| 229. | 1528 | N/A | Transcript regarding Hearing Held 02/17/22 - AM Session |
| 230. | 1529 | N/A | Transcript regarding Hearing Held 02/17/22 - PM Session |
| 231. | 1553 | N/A | Transcript regarding Hearing Held 02/18/22 |
| 232. | 1566 | N/A | Joint Stipulation and Agreed Order Between Movants and Debtor Regarding the Admission of Deposition Designations at Motion to Dismiss Trial |
| 233. | 1573 | N/A | Memorandum Opinion (Denying Motions to Dismiss) |
| 234. | 1575 | N/A | Memorandum Opinion (Granting Preliminary Injunction and Resolving Adversary Proceeding in Debtor's Favor) |
| 235. | 1603 | N/A | Order Denying Motions to Dismiss |
| 236. | 1635 | N/A | Order (I) Declaring that Automatic Stay Applies to Certain Actions Against Non-Debtors and (II) Preliminarily Enjoining Certain Actions |
| 237. | N/A | N/A | Expert Report of Gregory K. Bell, Ph.D., January 28, 2022 |
| 238. | N/A | N/A | Expert Report of John R. Castellano, January 28, 2022 |
| 239. | N/A | N/A | Expert Report of Charles H. Mullin, October 29, 2021 |
| 240. | 3932 | N/A | End of Case Statement by the Official Committee of Talc Claimants |
| 241. | 3938 | N/A | Order (I) Dismissing Debtor's Chapter 11 Case Pursuant to 11 U.S.C. § 112(b); (II) Establishing Procedures with Respect to Requests for Compensation; and (III) Granting Related Relief |

NAI-1537985628v5

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description | | |
|---|---|---|---|---|---|
| 242. | N/A | 1 | 2021 Corporate Restructuring closing binder, which includes eighty individual documents. | | |
| | | | 1 | LTL 0001058 | LTL 0001061 |
| | | | 2 | LTL 0001062 | LTL 0001074 |
| | | | 3 | LTL 0001075 | LTL 0001076 |
| | | | 4 | LTL 0001077 | LTL 0001078 |
| | | | 5 | LTL 0001079 | LTL 0001091 |
| | | | 6 | LTL 0001092 | LTL 0001111 |
| | | | 7 | LTL 0001112 | LTL 0001113 |
| | | | 8 | LTL 0001114 | LTL 0001115 |
| | | | 9 | LTL 0001116 | LTL 0001119 |
| | | | 10 | LTL 0001120 | LTL 0001134 |
| | | | 11 | LTL 0001135 | LTL 0001144 |
| | | | 12 | LTL 0001145 | LTL 0001146 |
| | | | 13 | LTL 0001147 | LTL 0001150 |
| | | | 14 | LTL 0001151 | LTL 0001158 |
| | | | 15 | LTL 0001159 | LTL 0001176 |
| | | | 16 | LTL 0001177 | LTL 0001191 |
| | | | 17 | LTL 0001192 | LTL 0001204 |
| | | | 18 | LTL 0001205 | LTL 0001221 |
| | | | 19 | LTL 0001222 | LTL 0001234 |
| | | | 20 | LTL 0001235 | LTL 0001254 |
| | | | 21 | LTL 0001255 | LTL 0001266 |
| | | | 22 | LTL 0001267 | LTL 0001302 |
| | | | 23 | LTL 0001303 | LTL 0001326 |
| | | | 24 | LTL 0001327 | LTL 0001390 |
| | | | 25 | LTL 0001391 | LTL 0001817 |
| | | | 26 | LTL 0001818 | LTL 0001828 |
| | | | 27 | LTL 0001829 | LTL 0001831 |
| | | | 28 | LTL 0001832 | LTL 0001846 |
| | | | 29 | LTL 0001847 | LTL 0001849 |
| | | | 30 | LTL 0001850 | LTL 0001866 |
| | | | 31 | LTL 0001867 | LTL 0001873 |
| | | | 32 | LTL 0001874 | LTL 0001889 |
| | | | 33 | LTL 0001890 | LTL 0001900 |
| | | | 34 | LTL 0001901 | LTL 0001969 |
| | | | 35 | LTL 0001970 | LTL 0002036 |
| | | | 36 | LTL 0002037 | LTL 0002056 |
| | | | 37 | LTL 0002057 | LTL 0002098 |
| | | | 38 | LTL 0002099 | LTL 0002117 |
| | | | 39 | LTL 0002118 | LTL 0002131 |

NAI-1537985628v5

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description | | |
|---|---|---|---|---|---|
| | | | 40 | LTL 0002132 | LTL 0002162 |
| | | | 41 | LTL 0002163 | LTL 0002173 |
| | | | 42 | LTL 0002174 | LTL 0002181 |
| | | | 43 | LTL 0002182 | LTL 0002185 |
| | | | 44 | LTL 0002186 | LTL 0002201 |
| | | | 45 | LTL 0002202 | LTL 0002215 |
| | | | 46 | LTL 0002216 | LTL 0002231 |
| | | | 47 | LTL 0002232 | LTL 0002245 |
| | | | 48 | LTL 0002246 | LTL 0002274 |
| | | | 49 | LTL 0002275 | LTL 0002278 |
| | | | 50 | LTL 0002279 | LTL 0002282 |
| | | | 51 | LTL 0002283 | LTL 0002299 |
| | | | 52 | LTL 0002300 | LTL 0002320 |
| | | | 53 | LTL 0002321 | LTL 0002327 |
| | | | 54 | LTL 0002328 | LTL 0002343 |
| | | | 55 | LTL 0002344 | LTL 0002357 |
| | | | 56 | LTL 0002358 | LTL 0002368 |
| | | | 57 | LTL 0002369 | LTL 0002380 |
| | | | 58 | LTL 0002381 | LTL 0002413 |
| | | | 59 | LTL 0002414 | LTL 0002445 |
| | | | 60 | LTL 0002446 | LTL 0002465 |
| | | | 61 | LTL 0002466 | LTL 0002476 |
| | | | 62 | LTL 0002477 | LTL 0002482 |
| | | | 63 | LTL 0002483 | LTL 0002486 |
| | | | 64 | LTL 0002487 | LTL 0002491 |
| | | | 65 | LTL 0002492 | LTL 0002508 |
| | | | 66 | LTL 0002509 | LTL 0002540 |
| | | | 67 | LTL 0002541 | LTL 0002571 |
| | | | 68 | LTL 0002572 | LTL 0002602 |
| | | | 69 | LTL 0002603 | LTL 0002631 |
| | | | 70 | LTL 0002632 | LTL 0002646 |
| | | | 71 | LTL 0002647 | LTL 0002662 |
| | | | 72 | LTL 0002663 | LTL 0002670 |
| | | | 73 | LTL 0002671 | LTL 0002687 |
| | | | 74 | LTL 0002688 | LTL 0002772 |
| | | | 75 | LTL 0002773 | LTL 0002791 |
| | | | 76 | LTL 0002792 | LTL 0002978 |
| | | | 77 | LTL 0002979 | LTL 0003012 |
| | | | 78 | LTL 0003013 | LTL 0003047 |
| | | | 79 | LTL 0003048 | LTL 0003066 |
| | | | 80 | LTL 0003067 | LTL 0003086 |

NAI-1537985628v5

# **CERTIFICATION REGARDING TRANSCRIPTS**

Federal Rule of Bankruptcy Procedure 8009(b)(1) requires an appellant to either: (a) order from the reporter a transcript of such parts of the proceedings not already on file as the appellant considers necessary for the appeal and file a copy of the order with the bankruptcy clerk, or (b) file with the bankruptcy clerk a certificate stating that the appellant is not ordering a transcript. Appellant hereby certifies to the Clerk of Court that it is not ordering any transcripts that are not already included in the record on appeal.

Dated: September 7, 2023

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (Admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*