**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE STATEMENT COVER SHEET FOR THE**
**PERIOD JULY 1, 2023 THROUGH AUGUST 11, 2023**

| | |
|---|---|
| Debtor: LTL Management LLC | Name of Applicant: Weil, Gotshal & Manges LLP |
| Case No.: 23-12825 (MBK) | Client: Special Counsel to LTL Management LLC |
| Chapter: 11 | Case Filed: April 4, 2023 (the "**Petition Date**") |

## SECTION I
## FEE SUMMARY

| | |
|---|---|
| ☒ Interim Fee Application No. 2 | ☐ Final Fee Application |

Summary of Amounts Requested for the Period July 1, 2023 through August 11, 2023 (the **"Fee Period"**).

| | |
|---|---|
| **Total Fees for the LTL Debtor:** | $29,735.75 |
| **Total Disbursements:** | $381.51 |
| **Total Fees Plus Disbursements:** | $30,117.26 |
| **Minus 20% Holdback:** | $5,947.15 |
| **Amount Sought at this Time:** | $24,170.11 |

**Summary of Amounts Requested for Previous Periods:**

| | Fees | Expenses |
|---|---|---|
| **Total Previously Requested:** | $168,715.50 | $262.77 |
| **Total Allowed to Date:** | $0.00 | $0.00 |
| **Remaining Holdback (If Applicable):** | $33,743.10 | $0.00 |
| **Total Received By Applicant:** | $0.00 | $0.00 |

**COMPENSATION BY PROFESSIONAL**
**JULY 1, 2023 THROUGH AUGUST 11, 2023**

The attorneys who rendered professional services in this chapter 11 case during the Fee Period are:

| NAME OF PROFESSIONAL: PARTNERS AND COUNSEL | DEPARTMENT[†] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Sullivan, Diane P. | LIT | 1987 | $1,550.00 | 6.90 | $10,695.00 |
| Tsekerides, Theodore E. | LIT | 1994 | $1,550.00 | 4.30 | $6,665.00 |
| Berkovich, Ronit J. | RES | 2002 | $1,550.00 | 4.70 | $7,285.00 |
| Goren, Matthew | RES | 2007 | $1,300.00 | 3.80 | $4,940.00 |
| **Total Partners and Counsel:** | | | | **19.70** | **$29,585.00** |

| NAME OF PROFESSIONAL: ASSOCIATES | DEPARTMENT[†] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | RES | 2003 | $775.00 | 2.20 | $1,705.00 |
| George, Jason | RES | 2019 | $970.00 | 5.10 | $4,947.00 |
| Dobbs, Ashlynn | RES | 2023 | $605.00 | 22.60 | $13,673.00 |
| **Total Associates:** | | | | **29.90** | **$20,325.00** |

---

[†] RES – Restructuring; LIT – Litigation

The paraprofessionals who rendered professional services in this chapter 11 case during the Fee Period are:

| NAME OF PARAPROFESSIONALS: | DEPARTMENT‡ | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Fabsik, Paul | RES | $395.00 | 6.90 | $2,725.50 |
| **Total Paraprofessionals:** | | | **6.90** | **$2,725.50** |

The total fees for the Fee Period are:

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel: | $1,501.78 | 19.70 | $29,585.00 |
| Associates: | $679.77 | 29.90 | $20,325.00 |
| Paraprofessionals | $395.00 | 6.90 | $2,725.50 |
| **Blended Attorney Rate:** | **$1,006.25** | | |
| **Blended Rate for All Timekeepers:** | **$931.60** | | |
| **Total Fees Incurred:** | | | **$52,635.50** |

---

‡ RES – Restructuring

# SECTION II
# SUMMARY OF SERVICES

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
## FOR THE PERIOD JULY 1, 2023 THROUGH AUGUST 11, 2023

| TASK CODE | DESCRIPTION | HOURS | AMOUNT | LTL % | LTL PORTION |
|---|---|---|---|---|---|
| L120 | Strategy | 40.90 | $43,128.00 | 50% | $21,564.00 |
| L320 | Document Collection & Production | 5.20 | $2,054.00 | 50% | $1,027.00 |
| L450 | Court Conferences & Hearings | 0.90 | $617.50 | 50% | $308.75 |
| L602 | Weil Retention/Fee Application Preparation | 9.50 | $6,836.00 | 100% | $6,836.00 |
| **Total Fees Requested:** | | **56.50** | **$52,635.50** | | **$29,735.75** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

### DISBURSEMENT SUMMARY BY WEIL, GOTSHAL & MANGES LLP
### FOR THE PERIOD JULY 1, 2023 THROUGH AUGUST 11, 2023

| DISBURSEMENTS | AMOUNTS | LTL % | LTL PORTION |
|---|---|---|---|
| Court Reporting | $420.50 | 50% | $210.25 |
| Online News Monitoring | $340.00 | 50% | $170.00 |
| Printing – B&W | $2.52 | 50% | $1.26 |
| **Total Disbursements Requested:** | **$763.02** | | **$381.51** |

## SECTION IV
## CASE HISTORY

| | |
|---|---|
| (1) Date case filed: | April 4, 2023 |
| (2) Chapter under which case commenced: | Chapter 11 |
| (3) Date of retention: | June 14, 2023 *nunc pro tunc* to April 4, 2023 [Dkt. 780] (the "**Retention Order**").[1] |
| (4) Summarize in brief the benefits to the estate and attach supplements as needed | SEE BELOW |

During the Fee Period, Weil, Gotshal & Manges LLP ("**Weil**") provided the following services to LTL Management LLC (the "**Debtor**") including, but not limited to, the following:

*Strategy*

- Monitored dockets of the chapter 11 cases of *Imerys Talc America, Inc., et al.*, Case No. 19-10289 (LSS), (Bankr. D. Del.) (the "**Imerys Bankruptcy Cases**"), *In re Cyprus Mines Corporation*, Case No. 21-10398 (LSS), (Bankr. D. Del.) (the "**Cyprus Bankruptcy Case**," and together with Imerys Bankruptcy Cases, "**Imerys/Cyprus Bankruptcy Cases**"), and the Debtor's bankruptcy case, reviewed relevant pleadings filed and orders issued therein to assess any potential impact on the Debtor and its strategy relating to the Imerys/Cyprus Bankruptcy Cases and to protect the Debtor's interests in the Imerys/Cyprus Bankruptcy Cases, and prepared updates to the Debtor regarding same.

- Analyzed and reviewed provisions of the Debtor's proposed amended chapter 11 plan relevant to Imerys/Cyprus Bankruptcy Cases and strategies.

- Participated in internal team conferences and client conferences regarding strategies and workstreams in Imerys/Cyprus Bankruptcy Cases.

*Document Collection & Production*

- Prepared daily docket summaries of filings in the Imerys/Cyprus Bankruptcy Cases and Debtor's bankruptcy case.

*Weil Retention / Fee Application Preparation*

- Prepared monthly fee statement.

---

[1] The Retention Order entered on June 14, 2023 [Dkt. 780] is attached hereto as **Exhibit A**.

| | |
|---|---|
| (5) Anticipated distribution to creditors: | |
| (a) Administration expense: | Unknown at this time. |
| (b) Secured creditors: | Unknown at this time. |
| (c) Priority creditors: | Unknown at this time. |
| (d) General unsecured creditors: | Unknown at this time. |
| (6) Final disposition of case and percentage of dividend paid to creditors: | Final dividend percentages are unknown at this time. |

I certify under penalty of perjury that the above is true.

Date: September 7, 2023            /s/ Ronit J. Berkovich
                                   Ronit J. Berkovich