**Exhibit B**

**July Invoice**

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023009929

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 07/05/23 | Sullivan, Diane P. | 0.30 | 465.00 | L120 | 68185845 |
| | REVIEW DOCKET UPDATED RE: CASE STATUS TO ASSIST IN ADVISING CLIENTS (.3). | | | | |
| 07/05/23 | Dobbs, Ashlynn | 0.20 | 121.00 | L120 | 68216542 |
| | REVIEW LTL DOCKET FOR ISSUES THAT MAY BE RELEVANT TO IMERYS (.2). | | | | |
| 07/06/23 | Dobbs, Ashlynn | 0.30 | 181.50 | L120 | 68217016 |
| | REVIEW LTL, IMERYS, AND CYPRUS DOCKETS FOR UPDATES. | | | | |
| 07/07/23 | Sullivan, Diane P. | 0.60 | 930.00 | L120 | 68218008 |
| | REVIEW RECENT FILINGS TO ASSIST IN ADVISING CLIENTS (.6). | | | | |
| 07/07/23 | Dobbs, Ashlynn | 0.20 | 121.00 | L120 | 68297769 |
| | REVIEW DOCKET UPDATES. | | | | |
| 07/08/23 | Berkovich, Ronit J. | 0.10 | 155.00 | L120 | 68218823 |
| | REVIEW IMERYS FILING FOR RELEVANCE TO J&J/LTL (.1). | | | | |
| 07/10/23 | Sullivan, Diane P. | 0.90 | 1,395.00 | L120 | 68226569 |
| | REVIEW RECENT CASE LAW RELEVANT TO INDEMNITY MATTERS. | | | | |
| 07/10/23 | Berkovich, Ronit J. | 0.10 | 155.00 | L120 | 68236889 |
| | REVIEW LAW RELEVANT TO IMERYS CASE (.1). | | | | |
| 07/10/23 | Dobbs, Ashlynn | 0.10 | 60.50 | L120 | 68294287 |
| | REVIEW DOCKET UPDATES. | | | | |
| 07/12/23 | Goren, Matthew | 0.30 | 390.00 | L120 | 68247947 |
| | REVIEW AMENDED LTL PLAN AND DISCLOSURE STATEMENT AS RELEVANT TO IMERYS AND EMAILS WITH WEIL TEAM RE: SAME. | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023009929

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 07/12/23 | George, Jason | 0.20 | 194.00 | L120 | 68285754 |
| | CORRESPOND WITH WEIL TEAM RE: ESTIMATION AND BAR DATE MOTIONS (0.2). | | | | |
| 07/12/23 | Dobbs, Ashlynn | 0.80 | 484.00 | L120 | 68297703 |
| | REVIEW LTL DISCLOSURE STATEMENT CHANGES AS RELEVANT TO IMERYS (.6); REVIEW DOCKET UPDATES (.2). | | | | |
| 07/13/23 | Goren, Matthew | 0.30 | 390.00 | L120 | 68272282 |
| | REVIEW TCC ESTIMATION AND BAR DATE MOTIONS. | | | | |
| 07/13/23 | Dobbs, Ashlynn | 1.10 | 665.50 | L120 | 68297690 |
| | REVIEW AMENDED DISCLOSURE STATEMENT (.2); REVIEW AND REVISE SUMMARY ON SAME (.7); ATTENTION TO EMAIL RE SAME (.1); REVIEW DOCKET UPDATES (.1). | | | | |
| 07/15/23 | Berkovich, Ronit J. | 0.20 | 310.00 | L120 | 68278295 |
| | REVIEW AND RESPOND TO CASE EMAILS RE IMERYS STRATEGY (.2). | | | | |
| 07/17/23 | Goren, Matthew | 0.50 | 650.00 | L120 | 68326573 |
| | CALL WITH WEIL TEAM AND JONES DAY RE: POTENTIAL PLAN MATTERS. | | | | |
| 07/17/23 | Berkovich, Ronit J. | 0.50 | 775.00 | L120 | 68297887 |
| | CONFER WITH WEIL AND JONES DAY RE IMERYS ISSUES IN LTL PLAN (.5). | | | | |
| 07/17/23 | George, Jason | 0.50 | 485.00 | L120 | 68351966 |
| | CALL WITH WEIL AND JONES DAY RE: IMERYS STRATEGY (0.5). | | | | |
| 07/17/23 | Dobbs, Ashlynn | 0.10 | 60.50 | L120 | 68535545 |
| | REVIEW DOCKET UPDATES (.1). | | | | |
| 07/18/23 | Sullivan, Diane P. | 0.40 | 620.00 | L120 | 68309727 |
| | REVIEW RECENT FILINGS TO ASSIST IN ADVISING CLIENTS (.4). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023009929

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 07/18/23 | George, Jason | 0.30 | 291.00 | L120 | 68351975 |
| | REVIEW SUMMARY OF REVISED DISCLOSURE STATEMENT AND CORRESPOND WITH WEIL TEAM RE: SAME (0.3). | | | | |
| 07/19/23 | Dobbs, Ashlynn | 1.20 | 726.00 | L120 | 68535567 |
| | REVISE SUMMARY RE DEBTOR'S AMENDED DISCLOSURE STATEMENT (1.2). | | | | |
| 07/20/23 | Sullivan, Diane P. | 1.90 | 2,945.00 | L120 | 68346085 |
| | REVIEW ADDITIONAL TALC DATA (.9); REVIEW DRAFT WEEKLY CLIENT UPDATE (.1); REVIEW RECENT FILINGS IN CYPRUS BANKRUPTCY TO ASSIST IN ADVISING CLIENTS (.3); OUTLINE FOR TEAM POINTS FOR CLIENT MEMO (.6). | | | | |
| 07/20/23 | Dobbs, Ashlynn | 0.10 | 60.50 | L120 | 68382297 |
| | REVIEW DOCKET UPDATES FOR LTL/IMERYS/CYPRUS (.1). | | | | |
| 07/21/23 | Dobbs, Ashlynn | 0.20 | 121.00 | L120 | 68382293 |
| | REVIEW DOCKET UPDATES (.2). | | | | |
| 07/24/23 | Goren, Matthew | 0.10 | 130.00 | L120 | 68386504 |
| | EMAILS WITH WEIL TEAM RE: HEARING ON TCC ESTIMATION MOTION. | | | | |
| 07/24/23 | Dobbs, Ashlynn | 0.10 | 60.50 | L120 | 68383878 |
| | REVIEW DOCKET UPDATES FOR IMERYS/CYPRUS (.1). | | | | |
| 07/25/23 | Sullivan, Diane P. | 0.20 | 310.00 | L120 | 68384714 |
| | REVIEW RECENT FILINGS TO ASSIST IN ADVISING CLIENTS (.2). | | | | |
| 07/27/23 | George, Jason | 0.20 | 194.00 | L120 | 68406244 |
| | CORRESPOND WITH B. KAHN RE: MEDIATION STATUS (0.2). | | | | |
| 07/28/23 | Sullivan, Diane P. | 1.40 | 2,170.00 | L120 | 68412897 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023009929

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | REVIEW OPINION DISMISSING LTL BANKRUPTCY (1.0); COMMUNICATIONS WITH R. BERKOVICH ON IMPLICATIONS OF DISMISSAL AND RE: STRATEGIC OPTIONS TO ADVISE CLIENTS (.4). | | | | |
| 07/28/23 | Goren, Matthew<br>EMAILS WITH WEIL TEAM RE: LTL DISMISSAL OPINION. | 0.20 | 260.00 | L120 | 68420436 |
| 07/28/23 | Dobbs, Ashlynn<br>REVIEW IMERYS PRESENTATION MATERIALS. | 0.20 | 121.00 | L120 | 68446029 |
| 07/29/23 | Berkovich, Ronit J.<br>REVIEW AND PROVIDE COMMENTS ON PRESENTATION TO J&J/LTL RE IMERYS FOLLOWING LTL DISMISSAL DECISION (1.0). | 1.00 | 1,550.00 | L120 | 68418703 |
| 07/29/23 | Dobbs, Ashlynn<br>REVISE IMERYS PRESENTATION MATERIALS. | 1.30 | 786.50 | L120 | 68446034 |
| 07/30/23 | Dobbs, Ashlynn<br>REVISE IMERYS PRESENTATION MATERIALS (1.5); RESEARCH ISSUES RE SAME (2.6). | 4.10 | 2,480.50 | L120 | 68445938 |
| 07/31/23 | Tsekerides, Theodore E.<br>REVIEW NJ BANKRUPTCY DECISION IN LTL AND CONSIDER IMPACT FOR NEXT STEPS IN IMERYS (0.8); CONSIDER STRATEGIES FOR IMERYS BASED ON LTL DISMISSAL (0.6); REVIEW PRIOR FILINGS ON INSURANCE ISSUES (0.3). | 1.70 | 2,635.00 | L120 | 68432733 |
| 07/31/23 | Goren, Matthew<br>REVIEW UPDATED IMERYS PRESENTATION AND EMAILS WITH WEIL TEAM RE: SAME (.9); REVIEW LTL DISMISSAL OPINION (0.3); EMAILS RE: SAME (0.2). | 1.40 | 1,820.00 | L120 | 68478405 |
| 07/31/23 | Berkovich, Ronit J.<br>REVIEW AND REVISE PRESENTATION RE IMERYS (.4); EMAILS WITH TEAM RE IMERYS STRATEGY (.1); REVIEW LTL DISMISSAL DECISION (.1). | 0.60 | 930.00 | L120 | 68448528 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023009929

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 07/31/23 | George, Jason | 1.80 | 1,746.00 | L120 | 68428526 |
| | REVISE PRESENTATION RE: IMERYS/CYPRUS (1.5); EMAIL WITH A. DOBBS RE: SAME (0.3). | | | | |
| 07/31/23 | Dobbs, Ashlynn | 4.80 | 2,904.00 | L120 | 68470907 |
| | REVISE PRESENTATION TO CLIENTS RE IMERYS CASE AFTER MULTIPLE ROUNDS OF COMMENTS (4.5); ATTENTION TO EMAIL RE SAME (.3). | | | | |
| **SUBTOTAL TASK L120 - Strategy:** | | **30.50** | **$30,849.00** | | |
| 07/05/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68178998 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 07/06/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68190978 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 07/07/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68204349 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 07/10/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68220705 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 07/11/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68227493 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023009929

ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 07/12/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68242997 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 07/13/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68249879 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 07/14/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68263177 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 07/17/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68283078 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 07/18/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68294288 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |

Weil, Gotshal & Manges LLP

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023009929

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|------|----------------------|-------|--------|------|-------|
| 07/19/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68308621 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 07/20/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68344462 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 07/25/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68382095 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 07/26/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68386772 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 07/27/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68396941 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 07/28/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68408246 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023009929

### ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 07/31/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68414263 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| **SUBTOTAL TASK L320 - Document Collection & Production:** | | **3.40** | **$1,343.00** | | |
| 07/01/23 | George, Jason | 0.20 | 194.00 | L450 | 68153325 |
| | REVIEW AND REVISE SUMMARY OF LTL HEARINGS (0.1); EMAIL WITH A. DOBBS RE: SAME (0.1). | | | | |
| 07/01/23 | Dobbs, Ashlynn | 0.60 | 363.00 | L450 | 68216772 |
| | PREPARE AND FINALIZE EMAIL SUMMARY RE LTL MOTION TO DISMISS TRIAL. | | | | |
| 07/20/23 | Dobbs, Ashlynn | 0.10 | 60.50 | L450 | 68535570 |
| | COORDINATE FOR IMERYS HEARING (.1). | | | | |
| **SUBTOTAL TASK L450 - Court Conferences & Hearings:** | | **0.90** | **$617.50** | | |
| 07/12/23 | Friedman, Julie T. | 1.60 | 1,240.00 | L602 | 68343911 |
| | REVIEW INVOICE FOR COMPLIANCE WITH US TRUSTEE GUIDELINES. | | | | |
| 07/13/23 | Fabsik, Paul | 0.80 | 316.00 | L602 | 68256394 |
| | PREPARE LTL'S FIRST MONTHLY FEE APPLICATION. | | | | |
| 07/17/23 | George, Jason | 0.30 | 291.00 | L602 | 68351977 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023009929

ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | CORRESPOND WITH R. BERKOVICH AND A. DOBBS RE: RETAINER (0.3). | | | | |
| 07/18/23 | Dobbs, Ashlynn<br>MEET WITH J. GEORGE RE FEE STATEMENT (.1); REVIEW FEE STATEMENT (.2). | 0.30 | 181.50 | L602 | 68382193 |
| 07/19/23 | Dobbs, Ashlynn<br>PREPARE WEIL'S FIRST FEE STATEMENT (.8). | 0.80 | 484.00 | L602 | 68382149 |
| 07/21/23 | Dobbs, Ashlynn<br>PREPARE FIRST MONTHLY FEE STATEMENT (.6). | 0.60 | 363.00 | L602 | 68382289 |
| 07/23/23 | George, Jason<br>EMAIL TO D. SEGAL RE: WEIL FEES (0.1). | 0.10 | 97.00 | L602 | 68382238 |
| 07/24/23 | Berkovich, Ronit J.<br>REVIEW AND PROVIDE COMMENTS ON WEIL FEE INVOICE (.3). | 0.30 | 465.00 | L602 | 68381527 |
| 07/24/23 | George, Jason<br>REVIEW AND COMMENT ON WEIL'S FIRST MONTHLY STATEMENT (0.2); CORRESPOND WITH A. DOBBS RE: SAME (0.1). | 0.30 | 291.00 | L602 | 68406245 |
| 07/24/23 | Dobbs, Ashlynn<br>REVISE FEE STATEMENT (.2); MEET WITH J. GEORGE RE SAME (.1); EMAILS WITH R. BERKOVICH RE SAME (.1). | 0.40 | 242.00 | L602 | 68383866 |
| 07/25/23 | Dobbs, Ashlynn<br>REVISE FIRST FEE STATEMENT (.2). | 0.20 | 121.00 | L602 | 68382302 |
| 07/26/23 | Fabsik, Paul<br>REVISE LTL'S FIRST MONTHLY FEE STATEMENT. | 0.40 | 158.00 | L602 | 68389470 |
| 07/27/23 | Fabsik, Paul | 0.50 | 197.50 | L602 | 68399085 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023009929

ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | REVISE LTL'S FIRST MONTHLY FEE STATEMENT. | | | | |
| **SUBTOTAL TASK L602 - Weil Retention/Fee Application Preparation:** | | **6.60** | **$4,447.00** | | |
| **Total Fees Due** | | **41.40** | **$37,256.50** | | |