## Exhibit C

**August Invoice**

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010618

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|------|----------------------|-------|--------|------|-------|
| 08/01/23 | Tsekerides, Theodore E. | 0.90 | 1,395.00 | L120 | 68466121 |
| | REVIEW AND COMMENT ON DRAFT IMERYS PRESENTATION MATERIALS. | | | | |
| 08/01/23 | Goren, Matthew | 0.70 | 910.00 | L120 | 68471947 |
| | REVIEW LATEST VERSION OF IMERYS PRESENTATION MATERIALS AND EMAILS WITH WEIL TEAM RE: SAME. | | | | |
| 08/01/23 | Berkovich, Ronit J. | 0.80 | 1,240.00 | L120 | 68448571 |
| | REVISE IMERYS PRESENTATION MATERIALS (.8). | | | | |
| 08/01/23 | Dobbs, Ashlynn | 1.90 | 1,149.50 | L120 | 68470915 |
| | REVISE IMERYS PRESENTATION MATERIALS (1.7); REVIEW DOCKET UPDATES FOR PRESENTATION (.2). | | | | |
| 08/02/23 | Tsekerides, Theodore E. | 1.10 | 1,705.00 | L120 | 68466406 |
| | CALL WITH R. BERKOVICH RE: IMERYS PRESENTATION MATERIALS (0.2); FURTHER REVISIONS AND ANALYSIS OF STRATEGIES FOR SAME (0.9). | | | | |
| 08/02/23 | Goren, Matthew | 0.30 | 390.00 | L120 | 68472068 |
| | EMAILS WITH WEIL TEAM RE: UPDATED DISCUSSION MATERIALS. | | | | |
| 08/02/23 | Berkovich, Ronit J. | 0.60 | 930.00 | L120 | 68462493 |
| | EMAILS WITH T. TSEKERIDES RE IMERYS STRATEGY AND PRESENTATION; (.1) CALL WITH T. TSEKERIDES AND A. DOBBS RE PRESENTATION TO CLIENTS RE IMERYS (.3); UPDATE PRESENTATION TO CLIENTS RE IMERYS (.2). | | | | |
| 08/02/23 | Dobbs, Ashlynn | 1.80 | 1,089.00 | L120 | 68471061 |
| | DRAFT EMAIL RE LTL CASE UPDATES (.3) ; REVISE IMERYS PRESENTATION MATERIALS (1.2); CALL WITH R. BERKOVICH AND T. TSEKERIDES RE IMERYS PRESENTATION (.3). | | | | |
| 08/03/23 | Tsekerides, Theodore E. | 0.60 | 930.00 | L120 | 68468409 |
| | REVIEW AND PROVIDE FURTHER COMMENTS ON IMERYS PRESENTATION MATERIALS (0.6). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010618

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|------|----------------------|-------|--------|------|-------|
| 08/04/23 | Sullivan, Diane P. | 0.80 | 1,240.00 | L120 | 68470841 |
| | REVIEW FINAL OUTLINE DECK TO ASSIST IN ADVISING CLIENTS (.8). | | | | |
| 08/04/23 | Berkovich, Ronit J. | 0.30 | 465.00 | L120 | 68474664 |
| | FINALIZE PRESENTATION ON IMERYS/CYPRUS AND EMAIL J&J/LTL RE SAME (.3). | | | | |
| 08/07/23 | Dobbs, Ashlynn | 0.10 | 60.50 | L120 | 68503828 |
| | REVIEW DOCKET UPDATES. | | | | |
| 08/09/23 | Berkovich, Ronit J. | 0.10 | 155.00 | L120 | 68495464 |
| | REVIEW IMERYS FILINGS (.1). | | | | |
| 08/11/23 | Sullivan, Diane P. | 0.40 | 620.00 | L120 | 68509778 |
| | REVIEW LTL DISMISSAL OPINION TO ASSESS TIMING AND IMPACT ON IMERYS STRATEGY (.4). | | | | |

| **SUBTOTAL TASK L120 - Strategy:** | **10.40** | **$12,279.00** |
|---|---|---|

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|------|----------------------|-------|--------|------|-------|
| 08/01/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68431175 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 08/02/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68448554 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 08/03/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68456089 |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010618

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|------|----------------------|-------|--------|------|-------|
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 08/04/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68464509 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 08/07/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68475363 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 08/08/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68487580 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 08/09/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68490604 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| 08/10/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68496393 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010618

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|------|----------------------|-------|--------|------|-------|
| 08/11/23 | Fabsik, Paul | 0.20 | 79.00 | L320 | 68503550 |
| | PREPARE IMERYS/CYPRUS DAILY DOCKET UPDATE AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1); PREPARE LTL DOCKET UPDATES AND DISTRIBUTE TO TEAM FOR PURPOSES OF ALERTING ATTORNEYS TO RECENT FILINGS AND DEADLINES (.1). | | | | |
| **SUBTOTAL TASK L320 - Document Collection & Production:** | | **1.80** | **$711.00** | | |
| 08/09/23 | Friedman, Julie T. | 0.60 | 465.00 | L602 | 68519364 |
| | REVIEW INVOICE FOR COMPLIANCE WITH US TRUSTEE GUIDELINES. | | | | |
| 08/09/23 | George, Jason | 0.50 | 485.00 | L602 | 68545575 |
| | REVIEW SCHEDULE RE: WEIL FEES (0.3); CALL WITH J. FRIEDMAN RE: SAME (0.1); CORRESPOND WITH D. SEGAL RE: SAME (0.1). | | | | |
| 08/09/23 | Dobbs, Ashlynn | 0.60 | 363.00 | L602 | 68529220 |
| | REVIEW FEE CHART REQUESTED BY CLIENT (.4); CALLS WITH J. FRIEDMAN RE SAME (.1); CORRESPOND WITH WEIL TEAM RE SAME (.1). | | | | |
| 08/10/23 | Berkovich, Ronit J. | 0.10 | 155.00 | L602 | 68503089 |
| | CONFER WITH J. GEORGE RE FEE APPLICATION ISSUES (.1). | | | | |
| 08/10/23 | George, Jason | 0.50 | 485.00 | L602 | 68545579 |
| | CALL WITH D. SEGAL RE: FEE MATTERS (0.5). | | | | |
| 08/11/23 | George, Jason | 0.20 | 194.00 | L602 | 68545627 |
| | CORRESPOND WITH D. SEGAL RE: FEE MATTERS (0.2). | | | | |
| 08/11/23 | Dobbs, Ashlynn | 0.40 | 242.00 | L602 | 68530729 |
| | REVIEW LTL 2 DISMISSAL ORDER (.2); CORRESPOND WITH WEIL TEAM RE POST-DISMISSAL FEE PROCESS (.2). | | | | |

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010618

**ITEMIZED SERVICES - 54966.0222 - Imerys Bankruptcy/indemnity and mass tort claims**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|------|----------------------|-------|--------|------|-------|
| **SUBTOTAL TASK L602 - Weil Retention/Fee Application Preparation:** | | **2.90** | **$2,389.00** | | |
| **Total Fees Due** | | **15.10** | **$15,379.00** | | |