# Exhibit D

## July Expenses

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023009929

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 07/24/23 | Fabsik, Paul<br>COURT REPORTING<br>PAYEE: RELIABLE WILMINGTON (18280-03); INVOICE#: WL111416; DATE: 06/30/2023 - HEARING TRANSCRIPT | H103 | 41579205 | 420.50 |
| **SUBTOTAL DISB TYPE H103:** | | | | **$420.50** |
| 07/18/23 | WGM, Firm<br>DUPLICATING<br>36 PAGES SCANNED IN NEW YORK CITY BETWEEN 07/12/2023 TO 07/12/2023 | S016 | 41593231 | 2.52 |
| **SUBTOTAL DISB TYPE S016:** | | | | **$2.52** |
| 07/26/23 | Sullivan, Diane P.<br>COMPUTERIZED RESEARCH<br>NEWSWIRE SERVICE - JUNE 2023 FOR TALC/POWDER STUDIES ON 01/08/2020 | S064 | 41583715 | 85.00 |
| 07/26/23 | George, Jason<br>COMPUTERIZED RESEARCH<br>NEWSWIRE SERVICE - JUNE 2023 FOR IMERYS TALC NEWS ALERT ON 03/11/2019 | S064 | 41583704 | 85.00 |
| **SUBTOTAL DISB TYPE S064:** | | | | **$170.00** |
| **TOTAL DISBURSEMENTS** | | | | **$593.02** |