**Exhibit E**

**August Expenses**

Johnson & Johnson - Imerys Bankruptcy/indemnity and mass tort claims
54966.0222
2023010618

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 08/21/23 | Sullivan, Diane P.<br>COMPUTERIZED RESEARCH<br>NEWSWIRE SERVICE - JULY 2023 FOR TALC/POWDER STUDIES ON 01/08/2020 | S064 | 41628803 | 85.00 |
| 08/21/23 | George, Jason<br>COMPUTERIZED RESEARCH<br>NEWSWIRE SERVICE - JULY 2023 FOR IMERYS TALC NEWS ALERT ON 03/11/2019 | S064 | 41628684 | 85.00 |

**SUBTOTAL DISB TYPE S064:** **$170.00**

**TOTAL DISBURSEMENTS** **$170.00**