## **EXHIBIT B**

Invoices



LTL Management LLC
501 George Street
New Brunswick, NJ 08933　　　　　　　　　　　　　　　　　　　　　　　September 5, 2023
Attn:  John K. Kim　　　　　　　　　　　　　　　　　　　　　　　　　　　Client No. 14740
Chief Legal Officer　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice No. 2126640

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Orrick Contact: Lisa T. Simpson

FOR SERVICES RENDERED through August 11, 2023 in connection
with the matters described on the attached pages:　　　　　　　$　　　1,819.67

DISBURSEMENTS as per attached pages:　　　　　　　　　　　　　　　　　0.00

**Total Fees & Disbursements Owed by LTL 100%**　　　　　　　$　　　**1,819.67**
**Holdback of Fees 20%**　　　　　　　　　　　　　　　　　　　　　　　**(363.93)**
**Amount Sought at this Time**　　　　　　　　　　　　　　　　$　　　**1,455.74**

　Matter(s):  14740/2026 – Bankruptcy – LTL
　　　　　　　JJL2021019389

### DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | ***ACH & Wire Transfers:*** | Orrick, Herrington & Sutcliffe LLP |
| 2121 Main Street | ***ABA Number 121000248*** | 2121 Main Street |
| Wheeling, WV 26003 | ***SWIFT CODE:  WFBIUS6S*** | Wheeling, WV 26003 |
| Reference: 14740/ Invoice: 2126640 | ***Account Number: 4123701088*** | (304) 231-2703 |
| | *Wells Fargo* | Reference: 14740/ Invoice: 2126640 |
| | *420 Montgomery Street* | |
| | *San Francisco, CA  94104* | |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 14740/ Invoice: 2126640* | |
| | *E.I.N. 94-2952627* | |

**To pay online visit www.e-billexpress.com/ebpp/Orrick/**



LTL Management LLC
501 George Street
New Brunswick, NJ 08933
Attn: John K. Kim
Chief Legal Officer

September 5, 2023
Client No. 14740
Invoice No. 2126640

Orrick Contact: Lisa T. Simpson

For Legal Services Rendered Through August 11, 2023 in Connection With:

**Matter:  2026 - Bankruptcy – LTL**
**Matter: JJL2021019389**

### PHASE B100 – ADMINISTRATION

*Task B160 – Fee/Employment Applications*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 08/01/23 | M. Naulo | Revise fee applications and email with team re same. | 0.80 | 661.70 |
| 08/02/23 | M. Naulo | Review fee application revisions and email with Orrick team re same. | 0.60 | 496.27 |
| 08/03/23 | M. Naulo | Email with team re fee applications. | 0.80 | 661.70 |
| | | *B160 – Fee/Employment Applications Total* | *2.20* | *1,819.67* |
| **PHASE B100 – ADMINISTRATION TOTAL** | | | **2.20** | **1,819.67** |
| | | Total Hours | 2.20 | |
| | | Total For Services | | $1,819.67 |

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE B100 – ADMINISTRATION** | | | |
| B160 | Fee/Employment Applications | 2.20 | 1,819.67 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | **2.20** | **1,819.67** |
| | Totals | 2.20 | $1,819.67 |



LTL Management LLC - 14740  September 5, 2023
page 2  Invoice No. 2126640

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---|---|---|
| Mariya Naulo | 2.20 | 844.00 | 1,856.80 |
| **Total All Timekeepers** | 2.20 | | $1,856.80 |
| | | Volume Discount 2% | (37.13) |
| | | Total Fees | $1,819.67 |

| | |
|---|---|
| **Total For This Matter** | **$1,819.67** |
| **Holdback of Fees 20%** | **(363.93)** |
| **Amount Sought at this Time** | **$1,455.74** |



LTL Management LLC
501 George Street
New Brunswick, NJ 08933                                              September 5, 2023
Attn: John K. Kim                                                  Client No. 14740
Chief Legal Officer                                         Invoice No. 2125657LTL

Orrick Contact: Lisa T. Simpson

| | | |
|---|---:|---:|
| FOR SERVICES RENDERED through August 11, 2023 in connection with the matters described on the attached pages: | $ | 63,561.44 |
| DISBURSEMENTS as per attached pages: | | 0.00 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** | **$** | **63,561.44** |
| **Portion Billed to LTL Bankruptcy (J&J) 50%** | | **(31,780.72)** |
| **Portion Owed by LTL 50%** | **$** | **31,780.72** |
| **Holdback of Fees 20%** | | **(6,356.14)** |
| **Amount Sought at this Time** | **$** | **25,424.58** |

Matter(s): 14740/2027 – Bankruptcy – LTL
JJL2021019389

### DUE UPON RECEIPT

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704. Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|:---:|:---:|:---:|
| Orrick, Herrington & Sutcliffe LLP | ***ACH & Wire Transfers:*** | Orrick, Herrington & Sutcliffe LLP |
| 2121 Main Street | **ABA Number 121000248** | 2121 Main Street |
| Wheeling, WV 26003 | **SWIFT CODE: WFBIUS6S** | Wheeling, WV 26003 |
| Reference: 14740/ Invoice: 2125657 | **Account Number: 4123701088** | (304) 231-2703 |
| | *Wells Fargo* | Reference: 14740/ Invoice: 2125657 |
| | *420 Montgomery Street* | |
| | *San Francisco, CA 94104* | |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 14740/ Invoice: 2125657* | |
| | *E.I.N. 94-2952627* | |

**To pay online visit www.e-billexpress.com/ebpp/Orrick/**



LTL Management LLC
501 George Street
New Brunswick, NJ 08933
Attn: John K. Kim
Chief Legal Officer

September 5, 2023
Client No. 14740
Invoice No. 2125657LTL

Orrick Contact: Lisa T. Simpson

For Legal Services Rendered Through August 11, 2023 in Connection With:

**Matter: 2027 - Bankruptcy – LTL**
**Matter: JJL2021019389**

### PHASE B100 – ADMINISTRATION

*Task B190 – Other Contested Matters*

| Date | Names | Description of services rendered | Hours | Amount |
|---|---|---|---|---|
| 08/02/23 | A. Savin | Update case statuses of all cases pending on post-trial motions or appeal in support of national appellate counsel supervision. | 0.90 | 744.41 |
| 08/02/23 | J. Rosenkranz | Valadez (CA): Prepare for internal meeting re next steps. | 0.30 | 352.80 |
| 08/02/23 | J. Rosenkranz | Valadez (CA): Attend meeting with Skadden. | 0.60 | 705.60 |
| 08/02/23 | R. Loeb | Valadez (CA) -- Call with Orrick team re post-trial motions and planning for appeal, and related prep for call (.4). Call with trial counsel re planning for post-trial motions and potential issues for appeal. (.6) Follow up communications with trial counsel, and analysis of record (2.3). | 3.30 | 3,880.80 |
| 08/02/23 | N. Scotten | Valadez (CA): Strategy call re post-trial motions. | 0.60 | 535.08 |
| 08/02/23 | G. Shaw | Prudencio (CA): Prepare oral argument preparation materials and perform associated review and analysis. | 1.20 | 992.54 |
| 08/03/23 | R. Loeb | Valadez (CA) -- Analysis of trial record and pleadings (4.1). | 4.10 | 4,821.60 |



| | | | | |
|---|---|---|---|---|
| LTL Management LLC - 14740 | | | September 5, 2023 | |
| page 2 | | | Invoice No. 2125657LTL | |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 08/03/23 | G. Shaw | Prudencio (CA): Prepare oral argument preparation materials and perform associated review and analysis. | 2.60 | 2,150.51 |
| 08/04/23 | R. Loeb | Valadez (CA) -- Analysis of trial record and pleadings. | 3.40 | 3,998.40 |
| 08/05/23 | G. Shaw | Prudencio (CA): Prepare oral argument preparation materials and perform associated review and analysis. | 3.40 | 2,812.21 |
| 08/06/23 | A. Barnard-Yanni | Prudencio (CA): Continue preparing flashcards and notes for J. Rosenkranz's oral argument preparation. | 2.80 | 2,315.94 |
| 08/07/23 | A. Barnard-Yanni | Prudencio (CA): Complete first round of flashcards for J. Rosenkranz regarding asbestiform talc issues. | 8.90 | 7,361.37 |
| 08/07/23 | M. Hallums | Valadez (CA): Read trial transcript of plaintiff's opening statement. | 1.00 | 827.12 |
| 08/07/23 | R. Loeb | Valadez (CA) -- Analysis of trial record and pleadings (3.6). | 3.60 | 4,233.60 |
| 08/07/23 | N. Scotten | Call regarding status of all cases in the wake of the bankruptcy and follow up regarding same. | 0.90 | 802.62 |
| 08/07/23 | G. Shaw | Prudencio (CA): Prepare oral argument preparation materials and perform associated review and analysis. | 4.30 | 3,556.62 |
| 08/08/23 | A. Barnard-Yanni | Prudencio (CA): Prepare summaries of pertinent case law for oral argument preparation for J. Rosenkranz. | 2.30 | 1,902.38 |
| 08/08/23 | M. Hallums | Valadez (CA): Read trial transcript of plaintiff's opening statement (.3); read trial transcript of defendants' opening statements (1.4); review emails re draft post-trial motions (.1) . | 1.80 | 1,488.82 |
| 08/08/23 | R. Loeb | Valadez (CA) -- Review and edits to draft post trial motion, and related analysis of trial record and pleadings (3.8). | 3.80 | 4,468.80 |
| 08/08/23 | U. Bhatti | Valadez (CA): Review and edit post-trial motions and provide comments to trial team. | 2.90 | 2,398.65 |
| 08/09/23 | M. Hallums | Valadez (CA): Review and edit draft post-trial motions. | 4.90 | 4,052.89 |
| 08/09/23 | R. Loeb | Valadez (CA) -- Review and edits to draft post trial motion, and related analysis of trial record and pleadings (5.7). | 5.70 | 6,703.20 |
| 08/09/23 | U. Bhatti | Valadez (CA): Review and edit post-trial motions and provide comments to trial team. | 2.70 | 2,233.22 |
| 08/09/23 | Z. Hennessee | Hayes (KY S. Ct.): Analyze R. Loeb's procedural question regarding appeal. | 0.30 | 222.26 |



LTL Management LLC - 14740  
page 3

September 5, 2023  
Invoice No. 2125657LTL

|  | | Hours | Amount |
|---|---|---:|---:|
| | *B190 – Other Contested Matters Total* | *66.30* | *63,561.44* |
| **PHASE B100 – ADMINISTRATION TOTAL** | | **66.30** | **63,561.44** |
| | Total Hours | 66.30 | |
| | Total For Services | | $63,561.44 |

| Task Code | Description | Hours | Billed Amount |
|---|---|---:|---:|
| **PHASE B100 – ADMINISTRATION** | | | |
| B190 | Other Contested Matters | 66.30 | 63,561.44 |
| **PHASE B100 – ADMINISTRATION TOTALS** | | **66.30** | **63,561.44** |
| | Totals | 66.30 | $63,561.44 |

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---:|---:|---:|
| Robert Loeb | 23.90 | 1,200.00 | 28,680.00 |
| Joshua Rosenkranz | 0.90 | 1,200.00 | 1,080.00 |
| Naomi J. Scotten | 1.50 | 910.00 | 1,365.00 |
| Alyssa Barnard-Yanni | 14.00 | 844.00 | 11,816.00 |
| Upnit K. Bhatti | 5.60 | 844.00 | 4,726.40 |
| Melanie R. Hallums | 7.70 | 844.00 | 6,498.80 |
| Anne Savin | 0.90 | 844.00 | 759.60 |
| Geoffrey Shaw | 11.50 | 844.00 | 9,706.00 |
| Zachary Hennessee | 0.30 | 756.00 | 226.80 |
| Total All Timekeepers | 66.30 | | $64,858.60 |
| | | Volume Discount 2% | (1,297.16) |
| | | Total Fees | $63,561.44 |

| | |
|---|---:|
| **Total For This Matter** | **$63,561.44** |
| **Portion Billed to LTL Bankruptcy (J&J)** | **(31,780.72)** |
| **Portion Owed by LTL 50%** | **$31,780.72** |
| **Holdback of Fees 20%** | **(6,356.14)** |
| **Amount Sought at this Time** | **$25,424.58** |