# UNITED STATES BANKRUPTCY COURT

## District of New Jersey

In re:                                  Chapter: _____

                                        Case Number: _____

                                        Civil Number: _____

                                        Adversary Number: _____

                                        Bankruptcy Judge: _____

### TRANSMITTAL OF DOCUMENT(S) TO:
❏ **DISTRICT COURT**    ❏ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❏ Notice of Appeal            ❏ Order being Appealed        ❏ Designation of Record on Appeal

❏ Statement of Issues         ❏ Transcript                 ❏ Transcript Ordered On: _____

❏ Motion for Leave to Appeal  ❏ Certification of Failure to File Designation    ❏ Motion to Withdraw the Reference

❏ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____.    The parties to the appeal are:

Appellant(s): _____        Appellee(s): _____

Attorney: _____            Attorney: _____

Address: _____             Address: _____

         _____                      _____

Title of Order Appealed: _____
Establishing Procedures With Respect to Requests For Compensation; and Granting Related Relief.
Date Entered On Docket: _____

❏   An appeal has not previously been filed in this case.

❏   The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Court Clerk: Please complete the information below and return a copy of this form to _____within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____