**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**
**FOR THE PERIOD AUGUST 1 TO AUGUST 11, 2023**

| | |
|---|---|
| Debtor:  LTL Management LLC | Applicant:  **Blake, Cassels & Graydon LLP** |
| Case No.:  23-12825-MBK | Client:  LTL Management LLC ("LTL") |
| Chapter:  11 | Case Filed:  April 4, 2023 (the "Petition Date") |

**SECTION 1**
**FEE SUMMARY**

☐ Interim Fee Application No. _____    or    ☐ Final Fee Application

Summary of Amounts Requested for the Period from August 1 to 11, 2023 (the "Fifth Statement Period").

| | CAD |
|---|---|
| Total Fees: | $6,702.70 |
| Total Disbursements: | $0.00 |
| Total Fees and Disbursements: | $6,702.70 |
| Minus 20% Holdback of Fees: | ($1,340.54) |
| Amount Sought at this Time: | **$5,362.16** |

| | FEES | EXPENSES |
|---|---|---|
| Total Previously Requested: | $288,504.30 | $1,260.00 |
| Total Allowed to Date: | $0.00 | $0.00 |
| Total Retainer (If Applicable)[1]: | | |
| Total Holdback (If Applicable): | ($57,700.86) | $0.00 |
| Total Received by Applicant[2]: | $0.00 | $0.00 |

---

[1] Reconciliation of the pre-dismissal amounts and post-dismissal amounts received from LTL will be provided in Blakes' Final Fee Application.

[2] Payment of the permitted 80% of fees and 100% of disbursements is anticipated to be deducted from the pre-dismissal amounts and post-dismissal amounts, to the extent any such amounts are available, once the objection period for the relevant monthly fee statement has expired.

-2-

| Name of Professional & Title | Year Admitted | Hours | Rate (CAD) | Fees (CAD) |
|---|---|---|---|---|
| Gordon McKee<br>Partner, Litigation & Dispute Resolution (Toronto) | 1988 | 0.2 | $1,070.00 | $214.00 |
| Linc Rogers<br>Partner, Restructuring & Insolvency (Toronto) | 2000 | 3.7 | $913.00 | $3,378.10 |
| Caitlin McIntyre<br>Associate, Restructuring & Insolvency (Toronto) | 2017 | 4.4 | $664.00 | $2,921.60 |
| Nancy Thompson<br>Law Clerk, Restructuring & Insolvency (Toronto) | N/A | 0.5 | $378.00 | $189.00 |
| **Blended Hourly Rate:**<br>[Excluding Nancy Thompson and Filing Clerks] | | | | **$784.78** |

## SECTION II
## SUMMARY OF SERVICES

| | SERVICES RENDERED | HOURS | FEES (CAD) |
|---|---|---|---|
| 1. | **Litigation Consulting: CCAA Recognition Proceeding**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 8.3 | $6,513.70 |
| 2. | **Fee and Retention Application**<br>Preparation of employment and fee applications for self or others; motions to establish interim procedures | 0.5 | $189.00 |
| 3. | **Litigation: Canadian Actions**<br>Other than Avoidance Action Litigation | | |
| 8. | **Litigation: General / All Class Actions**<br>Other than Avoidance Action Litigation | | |
| **SERVICE TOTALS:** | | **8.8** | **$6,702.70** |

*Note: Fees for No. 3 are allocated 33.33% to LTL and 66.67% to J&J, which allocation is reflected in the breakdown of amounts set out on page 1*

-3-

# SECTION III
# SUMMARY OF DISBURSEMENTS

| Matter No. | DISBURSEMENTS | AMOUNT (CAD) |
|---|---|---|
|  | N/A |  |
|  |  |  |
|  |  |  |
|  | **DISBURSEMENTS TOTALS** |  |

*Note: Disbursements for matter No. 3 are allocated 33.33% to LTL and 66.67% to J&J, which allocation is reflected in the breakdown of amounts set out on page 1*

# SECTION IV
# CASE HISTORY

1. Date of Retention: June 15, 2023, effective as of the Petition Date [Dkt. 791] (the "Retention Order").[3]

2. Summary explaining the nature of the work performed and the results achieved:

   - Monitoring the Chapter 11 proceeding, virtually attending the omnibus hearing on August 2, and considering impact on the CCAA recognition proceeding;

   - Communication with US counsel and counsel to the Information Officer regarding status of the CCAA recognition proceeding and considering next steps; and

   - Providing comments on correspondence from the Information Officer to counsel to the TCC and related communication with the Information Officer.

I certify under penalty of perjury that the above is true.

Date: September 8, 2023      */s/ Linc Rogers*
                             Linc Rogers
                             **Blake, Cassels & Graydon LLP**

---

[3] The Retention Order is attached hereto as Exhibit A.