# **EXHIBIT B**

Invoices



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9 Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE
Please write invoice
number(s) on cheque

September 8, 2023

LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ  08933
U.S.A.

| | |
|---|---|
| Invoice: | 2398536 |
| Billing Lawyer | McKee, Gordon |
| HST/GST No.: | R119396778 |
| Client: | 00028109 |
| Matter: | 000001 |
| Reference: | JJL2021019389 |

Attention: John Kim
            Legal Counsel

**Re: Litigation Consulting - CCAA Recognition Proceedings**

FOR PROFESSIONAL SERVICES RENDERED
as set out in the attached printout:

**BALANCE DUE IN CANADIAN CURRENCY**          **$ 6,513.70 CAD**

*THIS INVOICE MAY BE PAID IN U.S. CURRENCY*          *$ 5,049.38 USD*

---

**\* \* \* Terms: Due and Payable Upon Receipt \* \* \***

If paying by cheque, please make cheque payable to **Blake, Cassels & Graydon LLP**. Please remit this page with payment.
If wiring funds, please refer to the appropriate section below for instructions: For payment by Etransfer email
etransfer@blakes.com

**Canadian Funds Payment Instructions:**

| | |
|---|---|
| Canadian Imperial Bank of Commerce | Swiftcode: CIBCCATT |
| Main Branch, Commerce Court West | Beneficiary: Blake Cassels & Graydon LLP |
| Toronto, ON CA | Account No.: 1602012 |
| Institution No.: 0010 | Reference: Invoice No. 2398536 |
| Transit No.: 00002 | |

**USD Funds Wiring Instructions:**

| **Intermediary Bank** | **For Further Credit to:** | Swiftcode: CIBCCATT |
|---|---|---|
| Wells Fargo Bank, N.A. | Canadian Imperial Bank of | Institution No.: 0010 |
| New York, NY US | Commerce | Transit No.: 00002 |
| BIC/SWIFT: PNBPUS3NNYC | Main Branch, Commerce Court West | Final Beneficiary: Blake Cassels & Graydon |
| CHIPS ID: 0509 | Toronto, ON CA | LLP |
| ABA #026005092 | | Account No.: 0235113 |
| | | Reference: Invoice No. 2398536 |

For further instructions please email Accounts Receivable at Cash.receipts@blakes.com or telephone 416-863-4012

Interest at the rate of 4.5% per annum will be charged on all amounts not paid within one month of delivery of this invoice.



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE

Please write invoice
number(s) on cheque

---

September 8, 2023

LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ  08933
U.S.A.

| | |
|---|---|
| Invoice: | 2398536 |
| Billing Lawyer | McKee, Gordon |
| HST/GST  No.: | R119396778 |
| Client: | 00028109 |
| Matter: | 000001 |
| Reference: | JJL2021019389 |

Attention:  John Kim
            Legal Counsel

**Re:  Litigation Consulting - CCAA Recognition Proceedings**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended August 11, 2023, as follows:

|  |  |
|---|---|
| **Total Fees** | $ 6,513.70 |
| **TOTAL DUE IN CANADIAN  CURRENCY** | **$ 6,513.70  CAD** |

*THIS INVOICE MAY BE PAID IN U.S. CURRENCY*     *$ 5,049.38  USD*



| | Invoice: | 2398536 |
|---|---|---|
| | Date: | September 8, 2023 |
| | Page: | 2 |

**Re:   Litigation Consulting - CCAA Recognition Proceedings**   (000001)

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 08/02/23 | McIntyre, Caitlin | Virtually attending omnibus hearing. | 2.3 | 664.00 | 1,527.20 |
| 08/02/23 | Rogers, Linc | Virtually attending US Omnibus hearing. | 2.3 | 913.00 | 2,099.90 |
| 08/02/23 | Rogers, Linc | Reviewing dismissal opinion. | 0.6 | 913.00 | 547.80 |
| 08/03/23 | McIntyre, Caitlin | Drafting email correspondence with D. Prieto and L. Rogers regarding next steps. | 0.6 | 664.00 | 398.40 |
| 08/03/23 | Rogers, Linc | Attending meeting with Information Officer and counsel regarding next steps in Canadian proceeding. | 0.5 | 913.00 | 456.50 |
| 08/03/23 | Rogers, Linc | Email correspondence with C. McIntyre regarding dismissal order and next steps in Canadian case. | 0.3 | 913.00 | 273.90 |
| 08/04/23 | McIntyre, Caitlin | Email correspondence with L. Rogers regarding status of Canadian proceeding. | 0.9 | 664.00 | 597.60 |
| 08/08/23 | McIntyre, Caitlin | Commenting on letter drafted by the Information Officer. | 0.6 | 664.00 | 398.40 |
| 08/08/23 | McKee, Gordon | Review draft letter from Information Officer to Talc committee. | 0.2 | 1,070.00 | 214.00 |
| | | **Total Fees for this Matter** | | | **$ 6,513.70** |

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| McIntyre, Caitlin | CAI | 4.4 | 664.00 | 2,921.60 |
| McKee, Gordon | SGM | 0.2 | 1,070.00 | 214.00 |
| Rogers, Linc | LCR | 3.7 | 913.00 | 3,378.10 |
| | **Total** | **8.3** | | **$ 6,513.70** |

**Total Due for this Matter in Canadian Currency**                    $ 6,513.70  CAD



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9 Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE

Please write invoice
number(s) on cheque

September 8, 2023

LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ  08933
U.S.A.

| | |
|---|---|
| Invoice: | 2398537 |
| Billing Lawyer | McKee, Gordon |
| HST/GST No.: | R119396778 |
| Client: | 00028109 |
| Matter: | 000002 |
| Reference: | JJL2021019389 |

Attention:  John Kim
            Legal Counsel

**Re:  Fee and Retention Applications**

FOR PROFESSIONAL SERVICES RENDERED
as set out in the attached printout:

**BALANCE DUE IN CANADIAN CURRENCY**        **$ 189.00  CAD**

*THIS INVOICE MAY BE PAID IN U.S. CURRENCY*        *$ 146.51  USD*

REMITTANCE PAGE

---

**\* \* \* Terms: Due and Payable Upon Receipt \* \* \***

If paying by cheque, please make cheque payable to **Blake, Cassels & Graydon LLP**. Please remit this page with payment.
If wiring funds, please refer to the appropriate section below for instructions: For payment by Etransfer email
etransfer@blakes.com

**Canadian Funds Payment Instructions:**

Canadian Imperial Bank of Commerce
Main Branch, Commerce Court West
Toronto, ON CA
Institution No.: 0010
Transit No.: 00002

Swiftcode: CIBCCATT
Beneficiary: Blake Cassels & Graydon LLP
Account No.: 1602012
Reference: Invoice No. 2398537

**USD Funds Wiring Instructions:**

**Intermediary Bank**
Wells Fargo Bank, N.A.
New York, NY US
BIC/SWIFT:  PNBPUS3NNYC
CHIPS ID: 0509
ABA #026005092

**For Further Credit to:**
Canadian Imperial Bank of
Commerce
Main Branch, Commerce Court West
Toronto, ON CA

Swiftcode: CIBCCATT
Institution No.: 0010
Transit No.: 00002
Final Beneficiary: Blake Cassels & Graydon
LLP
Account No.: 0235113
Reference: Invoice No. 2398537

For further instructions please email Accounts Receivable at Cash.receipts@blakes.com or telephone 416-863-4012

Interest at the rate of 4.5% per annum will be charged on all amounts not paid within one month of delivery of this invoice.



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trademark Agents
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON  M5L 1A9  Canada
Tel: 416-863-2400  Fax: 416-863-2653

# INVOICE

Please write invoice
number(s) on cheque

September 8, 2023

LTL MANAGEMENT LLC
501 George Street
New Brunswick, NJ  08933
U.S.A.

| | |
|---|---|
| Invoice: | 2398537 |
| Billing Lawyer | McKee, Gordon |
| HST/GST No.: | R119396778 |
| Client: | 00028109 |
| Matter: | 000002 |
| Reference: | JJL2021019389 |

Attention:  John Kim
            Legal Counsel

**Re:  Fee and Retention Applications**

FOR PROFESSIONAL SERVICES RENDERED
during the period ended August 11, 2023, as follows:

|  |  |
|---|---|
| **Total Fees** | $ 189.00 |
| **TOTAL DUE IN CANADIAN CURRENCY** | **$ 189.00** CAD |

*THIS INVOICE MAY BE PAID IN U.S. CURRENCY*                    $ 146.51  USD



| Invoice: | 2398537 |
|---|---|
| Date: | September 8, 2023 |
| Page: | 2 |

**Re:   Fee and Retention Applications**   (000002)

| Date (m/d/y) | Timekeeper | Description | Hours | Rate | Amount ($) |
|---|---|---|---|---|---|
| 08/03/23 | Thompson, Nancy | Conference call with LTL representative regarding fee matters. | 0.5 | 378.00 | 189.00 |
| | | **Total Fees for this Matter** | | | **$ 189.00** |

| Matter Timekeeper Summary | ID | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|
| Thompson, Nancy | NAB | 0.5 | 378.00 | 189.00 |
| | **Total** | **0.5** | | **$ 189.00** |

**Total Due for this Matter in Canadian Currency**                                        **$ 189.00  CAD**