**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No. 23-12825 (MBK) |
| Debtor. | **Ref. Docket Nos. 1305 & 1307** |

**CERTIFICATE OF SERVICE**

I, LACK LAWRENCE, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 5, 2023, I caused to be served the:

   a. "Fee Application Cover Sheet for the Period June 1, 2023 Through June 30, 2023," dated September 5, 2023 [Docket No. 1305], and

   b. "Fee Application Cover Sheet for the Period July 1, 2023 to July 31, 2023," dated September 5, 2023 [Docket No. 1307],

by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

   ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Jack Lawrence</i><br>
Jack Lawrence

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ANDRES PEREIRA LAW FIRM | 14709 CUSTER COURT ANDRES PEREIRA AUSTIN TX 78734 |
| ARNOLD & ITKIN LLP | KURT ARNOLD, CAJ BOATRIGHT, ROLAND CHRISTENSEN & JASON ITKIN 6009 MEMORIAL DRIVE HOUSTON TX 77007 |
| ASHCRAFT & GEREL, LLP | (COUNSEL TO REBECCA LOVE – OCTC) ATTN MICHELLE PARFITT 1825 K STREET, NW, STE 7000 WASHINGTON DC 20006 |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | MARY PUTNICK & DANIEL THORNBURGH 17 EAST MAIN ST., STE 200 PO BOX 12630 PENSACOLA FL 32502 |
| BALLARD SPAHR LLP | (COUNSEL TO ALBERTSONS COMPANIES, INC) ATTN TOBEY M DALUZ, LESLIE C HEILMAN, LAUREL D ROGLEN & MARGARET A VESPER 919 N MARKET STREET, 11TH FLOOR WILMINGTON DE 19801-3034 |
| BEASLEY ALLEN LAW FIRM | (COUNSEL TO ALISHIA LANDRUM – OCTC) ATTN LEIGH O'DELL PO BOX 4160 MONTGOMERY AL 36103 |
| BEASLEY ALLEN LAW FIRM | CHARLIE STERN 218 COMMERCE ST MONTGOMERY AL 36104 |
| BLAKE, CASSELS & GRAYDON LLP | (SPECIAL COUNSEL TO DEBTOR) ATTN: LINC ROGERS 199 BAY STREET STE 4000 COMMERCE COURT WEST TORONTO ON M5L 1A9 CANADA |
| BROWN RUDNICK LLP | (CO-COUNSEL TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS) ATTN DAVID J MOLTON, MICHAEL S WINOGRAD, SUSAN SIEGER-GRIMM & KENNETH J AULET SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (CO-COUNSEL TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS) ATTN JEFFREY L JONAS, SUNNI P BEVILLE & ERIC R GOODMAN ONE FINANCIAL CENTER BOSTON MA 02111 |
| CHILDERS, SCHLUETER & SMITH LLC | RICHARD SCHLUETER 1932 N DRUID HILLS RD., STE. 100 ATLANTA GA 30319 |
| CLYDE & CO US LLP | (COUNSEL TO THE CONTINENTAL INSURANCE COMPANY) ATTN CLINTON E CAMERON & MEGHAN DALTON 55 WEST MONROE STREET, SUITE 3000 CHICAGO IL 60603 |
| COLE SCHOTZ PC | (COUNSEL TO AD HOC GROUP OF SUPPORTING COUNSEL) ATTN: MICHAEL D SIROTA; WARREN A USATINE; SETH VAN AALTEN; JUSTIN ALBERTO COURT PLAZA NORTH 25 MAIN STREET PO BOX 800 HACKENSACK NJ 07601-0800 |
| CROWELL & MORING LLP | (COUNSEL TO ALLIANZ & CENTURY INSURERS) ATTN TACIE H YOON 1001 PENNSYLVANIA AVE., N.W. WASHINGTON DC 20004 |
| CROWELL & MORING LLP | (COUNSEL TO ALLIANZ & CENTURY INSURERS) ATTN MARK D PLEVIN THREE EMBARCADERO CENTER, 26TH FL SAN FRANCISCO CA 94111 |
| DAVID CHRISTIAN ATTORNEYS LLC | (COUNSEL TO THE CONTINENTAL INSURANCE COMPANY) ATTN DAVID CHRISTIAN, ESQ 105 W MADISON ST., SUITE 1400 CHICAGO IL 60602 |
| DUANE MORRIS LLP | (COUNSEL TO REPUBLIC INDEMNITY COMPANY OF AMERICA) ATTN PHILIP R MATTHEWS, ESQ. SPEAR TOWER ONE MARKET PLAZA, SUITE 2200 SAN FRANCISCO CA 94105-1127 |
| FERRER, POIROT & WANSBROUGH | JESSE FERRER & CHRISTINA FELLER 2603 OAK LAWN AVE. #300 DALLAS TX 75219 |
| GIBBONS P.C. | (COUNSEL TO MISSISSIPPI & NEW MEXICO ATTORNEY GENERAL) ATTN ROBERT K MALONE & KYLE P MCEVILLY ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GOLOMB SPIRT GRUNFELD | (COUNSEL TO BRANDI CARL – OCTC) ATTN RICHARD GOLOMB 1835 MARKET ST, STE 2900 PHILADELPHIA PA 19103 |
| HALPERIN BATTAGLIA BENZIJA, LLP | (COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC) ATTN ALAN D HAPERIN, ESQ, DONNA H LIEBERMAN, ESQ 40 WALL STREET, 37TH FLOOR NEW YORK NY 10005 |
| HILL CARTER FRANCO COLE & BLACK PC | (COUNSEL TO BCBS OF MASSACHUSETTS – OCTC) ATTN ELIZABETH CARTER 425 PERRY STREET MONTGOMERY AL 36104 |
| JOHNSON & JOHNSON | ATTN ERIC HAAS, ESQ & ANDREW WHITE, ESQ 1 JOHNSON & JOHNSON PLAZA NEW BRUNSWICK NJ 08933 |
| JOHNSON LAW GROUP | BLAKE TANASE, BASIL ADHAM 2925 RICHMOND AVE., STE 1700 HOUSTON TX 77098 |
| JONES WALKER LLP | (CO-MEDIATOR) ATTN GARY RUSSO SUITE 1600, 600 JEFFERSON STREET LAFAYETTE LA 70501 |
| KARST VON OISTE LLP | (COUNSEL TO TONYA WHETSEL AS ESTATE REP OF BRANDON WHETSEL – OCTC) ATTN ERIK KARST 23923 GOSLING RD, STE A SPRING TX 77389 |
| KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, PLC | (COUNSEL TO KRISTIE DOYLE ESTATE REP OF DAN DOYLE – OCTC) ATTN STEVEN KAZAN 55 HARRISON ST, STE 400 OAKLAND CA 94607 |
| LEVIN PAPANTONIO RAFFERTY | (COUNSEL TO WILLIAM HENRY ESTATE REP OF DEBRA HENRY – OCTC) ATTN CHRISTOPHER |

| Claim Name | Address Information |
|---|---|
| LEVIN PAPANTONIO RAFFERTY | TISI 316 S BAYLEN ST, STE 600 PENSACOLA FL 32502 |
| LIAKOS LAW | 955 DEEP VALLEY DR SUITE 3900 JENN LIAKOS PALOS VERDES PENINSULA CA 90274 |
| LINVILLE LAW GROUP | 1932 N DRUID HILLS RD NE, STE 200 GANDHI, VINITA ATLANTA GA 30319 |
| MASSEY & GAIL LLP | (CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF TALC CLAIMANTS) ATTN JONATHAN S MASSEY & RACHEL S MORSE 1000 MAINE AVE. SW, SUITE 450 WASHINGTON DC 20024 |
| MCCARTER & ENGLISH, LLP | (SPECIAL COUNSEL TO DEBTOR) ATTN: THOMAS W. LADD & JOHN C. GARDE FOUR GATEWAY CENTER 100 MULBERRY STREET NEWARK NJ 07102 |
| MCDONALD WORLEY | DON WORLEY 1770 ST. JAMES PLACE, STE 100 HOUSTON TX 77056 |
| MILLER FIRM, LLC | ATTN CURTIS G HOKE 108 RAILROAD AVE ORANGE VA 22960 |
| NACHAWATI LAW GROUP | MAJED NACHAWATI 5489 BLAIR RD DALLAS TX 75231 |
| NAPOLI SHKOLNIK PLLC | JAMES HEISMAN, CHRISTOPHER LOPALO 360 LEXINGTON AVE, 11TH FLOOR NEW YORK NY 10017 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | (COUNSEL TO THE STATE OF TEXAS) ATTN AUTUMN D HIGHSMITH, RACHEL R OBALDO BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE US TRUSTEE | ATTN LAUREN BIELSKIE & JEFFREY M. SPONDER ONE NEWARK CENTER, STE 2100 NEWARK NJ 07102 |
| ONDERLAW, LLC | JAMES ONDER 110 EAST LOCKWOOD, 2ND FL ST. LOUIS MO 63119 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | (SPECIAL COUNSEL TO DEBTOR) ATTN: ROBERT LOEB COLUMBIA CENTER 1152 15TH STREET NW WASHINGTON DC 20005-1706 |
| OTTERBOURG PC | (CO-COUNSEL TO OFF COMMITTEE OF TALC CLAIMANTS) ATTN MELANIE L. CYGANOWSKI, JENNIFER S. FEENEY & MICHAEL R. MAIZEL 230 PARK AVENUE NEW YORK NY 10169 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO ARNOLD & ITKIN PLAINTIFFS) ATTN LAURA DAVIS JONES, COLIN R ROBINSON PETER J KEANE 919 N MARKET STREET, 17TH FL WILMINGTON DE 19801 |
| PARKINS & RUBIO LLP | (COUNSEL TO THE AD HOC GROUP OF SUPPORTING COUNSEL) ATTN LENARD M PARKINS & CHARLES M RUBIO 700 MILAM, SUITE 1300 HOUSTON TX 77002 |
| PULASKI KHERKHER PLLC | ADAM PULASKI 2925 RICHMOND AVE, STE 1725 HOUSTON TX 77098 |
| RANDI S ELLIS LLC | (FUTURE TALC CLAIMANTS REPRESENTATIVE) ATTN: RANDI S ELLIS 5757 INDIAN CIRCLE HOUSTON TX 77057 |
| RAWLINGS & ASSOCIATES | (COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC) ATTN MARK D FISCHER, ESQ & ROBERT C GRIFFITHS 1 EDEN PARKWAY LA GRANGE KY 40031 |
| RESOLUTIONS, LLC | (CO-MEDIATOR) ATTN ERIC D GREEN 30 MONUMENT SQUARE, SUITE 245 CONCORD MA 01742 |
| ROBINSON CALCAGNIE, INC. | (COUNSEL TO APRIL FAIR – OCTC) ATTN MARK ROBINSON, JR 19 CORPORATE PLAZA DRIVE NEWPORT BEACH CA 92660 |
| RUEB STOLLER DANIEL, LLP | GREGORY D. RUEB 1990 N. CALIFORNIA BLVD. 8TH FLOOR WALNUT CREEK CA 94596 |
| SANDERS, PHILLIPS, GROSSMAN, LLC | MARC GROSSMAN 100 GARDEN CITY PLAZA GARDEN CITY NY 11530 |
| SHOOK, HARDY & BACON L.L.P. | (SPECIAL COUNSEL TO DEBTOR) ATTN: KATHLEEN A. FRAZIER 600 TRAVIS ST, STE 3400 HOUSTON TX 77002 |
| SLATER SLATER SCHULMAN | 445 BROADHOLLOW RD, STE 419 SLATER, ADAM MELVILLE NY 11747 |
| TRAMMELL PC | FLETCHER V. TRAMMELL 3262 WESTHEIMER RD., STE 423 HOUSTON TX 77098 |
| WAGSTAFF LAW FIRM | AIMEE WAGSTAFF 940 N. LINCOLN ST DENVER CO 80203 |
| WATTS GUERRA LLP | MIKAL WATTS 4 DOMINION DR., BLD 3, STE 100 SAN ANTONIO TX 78257 |
| WEIL, GOTSHAL & MANGES LLP | (SPECIAL COUNSEL TO DEBTOR) ATTN: DIANE SULLIVAN, RONIT BERKOVICH, THEODORE TSEKERIDES & MATTHEW P. GOREN 767 FIFTH AVENUE NEW YORK NY 10153 |
| WEITZ & LUXENBERG, PC | (COUNSEL TO PATRICIA COOK – OCTC) ATTN PERRY WEITZ & LISA NATHANSON BUSCH 700 BROADWAY NEW YORK NY 10003 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN JESSICA C LAURIA, GLENN M KURTZ, R PASIANOTTO & GREGORY STARNER 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1095 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN  MATTHEW E LINDER & LAURA E BACCASH 111 SOUTH WACKER DR, STE 5100 CHICAGO IL 60606-4302 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN MICHAEL C SHEPHERD & LAURA FEMINO 200 SOUTH BISCAYNE BLVD, STE 4900 MIAMI FL 33131-2352 |

| Claim Name | Address Information |
|---|---|
| WISNER BAUM | 10940 WILSHIRE BLVD, STE 1600 WISNER, ROBERT BRENT LOS ANGELES CA 90024 |

**Total Creditor count  61**

**EXHIBIT B**

LTL MANAGEMENT LLC - Case No. 23-12825 (MBK)
Master Email Service List

| NAME | CONTACT | EMAIL |
|---|---|---|
| ANDRES PEREIRA LAW FIRM | ANDRES PEREIRA | apereira@andrespereirapc.com |
| ARCHER & GREINER, P.C. | ATTN: STEPHEN M. PACKMAN | spackman@archerlaw.com |
| ARNOLD & ITKIN LLP | KURT ARNOLD, CAJ BOATRIGHT, ROLAND CHRISTENSEN & JASON ITKIN | cboatright@arnolditkin.com; christensen@arnolditkin.com; jitkin@arnolditkin.com |
| ASHCRAFT & GEREL, LLP | ATTN MICHELLE PARFITT | mparfitt@ashcraftlaw.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | MARY PUTNICK & DANIEL THORNBURGH | marybeth@putnicklegal.com; dthornburgh@awkolaw.com |
| BALLARD SPAHR LLP | ATTN TOBEY M DALUZ, LESLIE C HEILMAN, LAUREL D ROGLEN & MARGARET A VESPER | daluzt@ballardspahr.com; heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| BEASLEY ALLEN LAW FIRM | CHARLIE STERN | charlie.stern@beasleyallen.com |
| BEASLEY ALLEN LAW FIRM | ATTN LEIGH O'DELL | leigh.odell@beasleyallen.com |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: LINC ROGERS | linc.rogers@blakes.com |
| BROWN RUDNICK LLP | ATTN DAVID J MOLTON, MICHAEL S WINOGRAD, SUSAN SIEGER-GRIMM & KENNETH J AULET | dmolton@brownrudnick.com; mwinograd@brownrudnick.com; ssieger-grimm@brownrudnick.com; kaulet@brownrudnick.com |
| BROWN RUDNICK LLP | ATTN JEFFREY L JONAS, SUNNI P BEVILLE & ERIC R GOODMAN | jjonas@brownrudnick.com; sbeville@brownrudnick.com; egoodman@brownrudnick.com |
| CHILDERS, SCHLUETER & SMITH LLC | RICHARD SCHLUETER | rschlueter@cssfirm.com |
| CLYDE & CO US LLP | ATTN CLINTON E CAMERON & MEGHAN DALTON | clinton.cameron@clydeco.us; meghan.dalton@clydeco.us |
| CLYDE & CO US LLP | ATTN KONRAD R KREBS | konrad.krebs@clydeco.us |
| COHEN, PLACITELLA & ROTH PC | ATTN CHRISTOPHER M PLACITELLA ESQ | cplacitella@cprlaw.com |
| COLE SCHOTZ PC | ATTN: MICHAEL D SIROTA; WARREN A USATINE; SETH VAN AALTEN; JUSTIN ALBERTO | msirota@coleschotz.com; wusatine@coleschotz.com; svanaalten@coleschotz.com; jalberto@coleschotz.com |
| CROWELL & MORING LLP | ATTN ARLEN PYENSON | apyenson@crowell.com |
| CROWELL & MORING LLP | ATTN MARK D PLEVIN | mplevin@crowell.com |
| CROWELL & MORING LLP | ATTN TACIE H YOON | tyoon@crowell.com |
| DAVID CHRISTIAN ATTORNEYS LLC | ATTN DAVID CHRISTIAN, ESQ | dchristian@dca.law |
| DUANE MORRIS LLP | ATTN JEFF D KAHANE, ESQ; RUSSELL W ROTTEN, ESQ; ANDREW E MINA, ESQ, NATHAN REINHARDT, ESQ | jkahane@duanemorris.com; rwroten@duanemorris.com; amina@duanemorris.com; nreinhardt@duanemorris.com |
| DUANE MORRIS LLP | ATTN PHILIP R MATTHEWS, ESQ. | prmatthews@duanemorris.com |
| DUANE MORRIS LLP | ATTN SOMMER L ROSS, ESQ | slross@duanemorris.com |
| FERRER, POIROT & WANSBROUGH | JESSE FERRER & CHRISTINA FELLER | jferrer@lawyerworks.com; cfeller@lawyerworks.com |
| GENOVA BURNS LLC | ATTN: DONALD W. CLARKE | dclarke@genovaburns.com |
| GENOVA BURNS LLC | ATTN DANIEL M STOLZ, DONALD W CLARK & GREGORY KINOIAN | dstolz@genovaburns.com; dclarke@genovaburns.com; gkinoian@genovaburns.com |
| GEOFFREY B GOMPERS, PC | ATTN GEOFFREY B GOMPERS | gompers@gomperslaw.com |
| GERTLER LAW FIRM | ATTN HELEN H BABIN | hbabin@gertlerfirm.com |
| GIBBONS P.C. | ATTN ROBERT K MALONE & KYLE P MCEVILLY | rmalone@gibbonslaw.com; kmcevilly@gibbonslaw.com |
| GIMIGLIANO MAURIELLO & MALONEY | ATTN JOHN MALONEY, STEPHEN V GIMIGLIANO & ROBIN RABINOWITZ | jmaloney@lawgmm.com; sgimigliano@lawgmm.com; rrabinowitz@lawgmm.com |
| GOLOMB SPIRT GRUNFELD | ATTN RICHARD GOLOMB | rgolomb@golomblegal.com |
| GREENBERG TRAURIG, LLP | ATTN ALAN J BRODY, ESQ | brodya@gtlaw.com |
| HALPERIN BATTAGLIA BENZIJA, LLP | ATTN ALAN D HAPERIN, ESQ, DONNA H LIEBERMAN, ESQ | ahalperin@halperinlaw.net; dlieberman@halperinlaw.net |

LTL MANAGEMENT LLC - Case No. 23-12825 (MBK)
Master Email Service List

| NAME | CONTACT | EMAIL |
|---|---|---|
| HILL CARTER FRANCO COLE & BLACK PC | ATTN ELIZABETH CARTER | ecarter@hillhillcarter.com |
| JOHNSON & JOHNSON | ATTN ERIC HAAS, ESQ & ANDREW WHITE, ESQ | ehaas8@its.jnj.com; awhite23@its.jnj.com |
| JOHNSON LAW GROUP | BLAKE TANASE, BASIL ADHAM | badham@johnsonlawgroup.com |
| KARST VON OISTE LLP | ATTN ERIK KARST | epk@karstvonoiste.com |
| KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, PLC | ATTN STEVEN KAZAN | skazan@kazanlaw.com |
| KING & SPALDING LLP | ATTN: KRISTIN R. FOURNIER | kfournier@kslaw.com |
| KTBS LAW LLP | ATTN ROBERT J PFISTER, ESQ., NIR MOAZ, ESQ., MICHAEL L. TUCHIN, ESQ. & SAMUEL M. KIDDER, ESQ. | rpfister@ktbslaw.com; nmaoz@ktbslaw.com; mtuchin@ktbslaw.com; skidder@ktbslaw.com |
| LAW FIRM OF BRIAN W HOFMEISTER | ATTN BRIAN W HOFMEISTER, ESQ | bwh@hofmeisterfirm.com |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC | ATTN: MITCHELL MALZBERG, ESQ. | mmalzberg@mjmalzberglaw.com |
| LEVIN PAPANTONIO RAFFERTY | ATTN CHRISTOPHER TISI | ctisi@levinlaw.com |
| LEVY KONIGSBERG, LLP | ATTN JEROME H BLOCK, ESQ | jblock@levylaw.com |
| LEVY KONIGSBERG, LLP | ATTN MOSHE MAIMON | mmaimon@levylaw.com |
| LEX NOVA LAW LLC | ATTN E RICHARD DRESSEL, ESQ | rdressel@lexnovalaw.com |
| LIAKOS LAW | JENN LIAKOS | jenn@jennliakoslaw.com |
| LINVILLE LAW GROUP | GANDHI, VINITA | info@linvillelawgroup.com; info@linvillefirm.com |
| LITE DEPALMA GREENBERG & AFANADOR, LLC | ATTN ALLEN J UNDERWOOD II, ESQ. | aunderwood@litedepalma.com |
| LOWENSTEIN SANDLER LLP | ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR | krosen@lowenstein.com; mseymour@lowenstein.com |
| LTL MANAGEMENT LLC | ATTN: JOHN K KIM | jkim8@its.jnj.com |
| MASSEY & GAIL LLP | ATTN JONATHAN S MASSEY & RACHEL S MORSE | jmassey@masseygail.com; rmorse@masseygail.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | ATTN SUZANNE M RATCLIFFE & CLAYTON L THOMPSON | sratcliffe@mrhfmlaw.com; cthompson@mrhfmlaw.com |
| MCCARTER & ENGLISH, LLP | ATTN: THOMAS W. LADD & JOHN C. GARDE | tladd@mccarter.com; jgarde@mccarter.com |
| MCDONALD WORLEY | DON WORLEY | don@mcdonaldworley.com |
| MCMANIMON SCOTLAND & BAUMANN, LLC | ATTN ANTHONY SODONO, III & SARI B PLACONA | splacona@msbnj.com; asodono@msbnj.com |
| MENDES & MOUNT LLP | ATTN EILEEN T MCCABE, STEPHEN T ROBERTS | eileen.mccabe@mendes.com; stephen.roberts@mendes.com |
| MILLER FIRM, LLC | ATTN CURTIS G HOKE | choke@millerfirmllc.com |
| MOTLEY RICE LLC | ATTN DANIEL R LAPINSKI | dlapinski@motleyrice.com |
| NACHAWATI LAW GROUP | MAJED NACHAWATI | mn@ntrial.com |
| NAPOLI SHKOLNIK PLLC | JAMES HEISMAN, CHRISTOPHER LOPALO | clopalo@napolibern.com; jheisman@napolilaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN AUTUMN D HIGHSMITH, RACHEL R OBALDO | autumn.highsmith@oag.texas.gov; rachel.obaldo@oag.texas.gov |
| OFFICE OF THE US TRUSTEE | ATTN LAUREN BIELSKIE & JEFFREY M. SPONDER | lauren.bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |
| ONDERLAW, LLC | JAMES ONDER | onder@onderlaw.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: ROBERT LOEB | rloeb@orrick.com |
| OTTERBOURG P.C. | ATTN RICHARD G HADDAD & ADAM C SILVERSTEIN | rhaddad@otterbourg.com; asilverstein@otterbourg.com |
| OTTERBOURG PC | ATTN MELANIE L. CYGANOWSKI, JENNIFER S. FEENEY & MICHAEL R. MAIZEL | mcyganowski@otterbourg.com; jfeeney@otterbourg.com; mmaizel@otterbourg.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN LAURA DAVIS JONES, COLIN R ROBINSON, PETER J KEANE | ljones@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com |

| NAME | CONTACT | EMAIL |
| --- | --- | --- |
| PARKINS & RUBIO LLP | ATTN LENARD M PARKINS & CHARLES M RUBIO | lparkins@parkinsrubio.com; crubio@parkinsrubio.com |
| PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN JOHN W WEISS | jweiss@pashmanstein.com |
| PULASKI KHERKHER PLLC | ADAM PULASKI | adam@pulaskilawfirm.com |
| RANDI S ELLIS LLC | ATTN: RANDI S ELLIS | randi@randiellis.com |
| RAWLINGS & ASSOCIATES | ATTN MARK D FISCHER, ESQ & ROBERT C GRIFFITHS | mdf@rawlingsandassociates.com; rcg@rawlingsandassociates.com |
| REED SMITH LLP | ATTN DEREK J BAKER | dbaker@reedsmith.com |
| ROBINSON CALCAGNIE, INC. | ATTN MARK ROBINSON, JR | mrobinson@robinsonfirm.com |
| ROSS FELLER CASEY, LLP | ATTN BRIAN J MCCORMICK, JR | bmccormick@rossfellercasey.com |
| RUEB STOLLER DANIEL, LLP | GREGORY D. RUEB | greg@lawrsd.com |
| SAIBER LLC | ATTN: JOHN M. AUGUST, ESQ. | jaugust@saiber.com |
| SANDERS, PHILLIPS, GROSSMAN, LLC | MARC GROSSMAN | mgrossman@thesandersfirm.com |
| SHOOK, HARDY & BACON L.L.P. | ATTN: KATHLEEN A. FRAZIER | kfrazier@shb.com |
| SIMON GREENSTONE PANATIER PC | ATTN LEAH C KAGAN, ESQ. | lkagan@sgptrial.com |
| SIMPSON THACHER & BARTLETT LLP | ATTN ANDREW T FRANKEL | afrankel@stblaw.com |
| THE KELLY FIRM, P.C. | ATTN: ANDREW J. KELLY | akelly@kbtlaw.com |
| THE SHAPIRO LAW FIRM | ATTN JANET A SHAPIRO | jshapiro@shapirolawfirm.com |
| TRAMMELL PC | FLETCHER V. TRAMMELL | fletch@trammellpc.com |
| TRIF & MODUGNO, LLC | ATTN LOUIS A MODUGNO | lmodugno@tm-firm.com |
| US DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN BETHANY R THERIOT | bethany.theriot@usdoj.gov |
| US DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN J ZACHARY BALASKO | john.z.balasko@usdoj.gov |
| VINSON & ELKINS LLP | ATTN STEVEN M ABRAMOWITZ | sabramowitz@velaw.com |
| WAGSTAFF LAW FIRM | AIMEE WAGSTAFF | awagstaff@wagstafflawfirm.com |
| WALSH PIZZI O'REILLY FALANGA | ATTN MARK FALK | mfalk@walsh.law |
| WATTS GUERRA LLP | MIKAL WATTS | mcwatts@wattsguerra.com |
| WEIL, GOTSHAL & MANGES LLP | ATTN: DIANE SULLIVAN, RONIT BERKOVICH, THEODORE TSEKERIDES & MATTHEW P. GOREN | diane.sullivan@weil.com; ronit.berkovich@weil.com; theodore.tsekerides@weil.com; matthew.goren@weil.com |
| WEITZ & LUXENBERG, PC | ATTN LISA NATHANSON BUSCH | lbusch@weitzlux.com |
| WEITZ & LUXENBERG, PC | ATTN PERRY WEITZ & LISA NATHANSON BUSCH | pw@weitzlux.com; lbusch@weitzlux.com |
| WHITE & CASE LLP | ATTN JESSICA C LAURIA, GLENN M KURTZ, R PASIANOTTO & GREGORY STARNER | jessica.lauria@whitecase.com; gkurtz@whitecase.com; ricardo.pasianotto@whitecase.com; gstarner@whitecase.com |
| WHITE & CASE LLP | ATTN  MATTHEW E LINDER & LAURA E BACCASH | mlinder@whitecase.com; laura.baccash@whitecase.com |
| WHITE & CASE LLP | ATTN MICHAEL C SHEPHERD & LAURA FEMINO | mshepherd@whitecase.com; laura.femino@whitecase.com |
| WISNER BAUM | WISNER, ROBERT BRENT | rbwisner@wisnerbaum.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN ERICKA F. JOHNSON & LISA BITTLE TANCREDI | ericka.johnson@wbd-us.com; lisa.tancredi@wbd-us.com |

LTL MANAGEMENT LLC – Case No. 23-12825 (MBK)
Interim Comp Email Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| LTL MANAGEMENT LLC | ATTN: JOHN K. KIM | jkim8@its.jnj.com |
| JONES DAY | ATTN: DAN B. PRIETO, AMANDA RUSH & MELINA N. BALES | dbprietro@jonesday.com; asrush@jonesday.com; mbales@jonesday.com |
| WOLLMUTH MAHER & DEUTSCH LLP | ATTN: JAMES N. LAWLOR | jlawlor@wmd-law.com |