**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE PERIOD
APRIL 4, 2023 THROUGH AUGUST 11, 2023**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Genova Burns LLC |
| Case No.: | 22-12825(MBK) | Client: | Official Comm of Talc Claimant |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

### SECTION 1
### FEE SUMMARY

Interim Fee Application No. _____ or  X  Final Fee Application[1]

Summary of Amounts Requested for the Period from April 4, 2023 through August 11, 2023[2]

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ 0.00 | $ 0.00 |
| Total Fees Allowed To Date: | $ 0.00 | $ 0.00 |
| Total Retainer (If Applicable) | $ N/A | $ N/A |
| Total Holdback (If Applicable) | $ 210,306.00 | $ 0.00 |
| Total Received By Applicant | $ 647,502.00 | $ 18,943.37 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Angelo J. Genova, Partner | 1979 | .50 | 900.00 | 450.00 |
| 2. Daniel M. Stolz, Partner | 1980 | 703.40 | 800.00 | 562,720.00 |
| 3. Daniel M. Stolz, Partner | 1980 | 17.80 | 400.00 | 7,120.00 |
| 4. Donald W. Clarke, Partner | 2008 | 464.10 | 600.00 | 278,460.00 |
| 5. Donald W. Clarke, Partner | 2008 | 13.30 | 300.00 | 3,990.00 |
| 6. Scott S. Rever, Counsel | 1994 | 32.10 | 600.00 | 19,260.00 |
| 7. Gregory S. Kinoian, Counsel | 1992 | 327.90 | 600.00 | 196,740.00 |

---

[1] Additional fees may be sought for services related to appeals, pursuant to the August 11, 2023 Dismissal Order.
[2] The within final fee application includes time and expenses for the period 4/4/23 through 4/14/23, as a motion is pending before the court to make the effective date of the retention of TCC professionals 4/4/23, or to allow the fees and expenses for such period as a substantial contribution to this bankruptcy case.

| | | | | |
|---|---|---|---|---|
| 8.  Gregory S. Kinoian, Counsel | 1992 | 9.00 | 300.00 | 2,700.00 |
| 9.  Sydney S. Schubert, Junior Associate | 2022 | 46.70 | 275.00 | 12,842.50 |
| 10. Sydney S. Schubert, Junior Associate | 2022 | 2.60 | 137.50 | 357.50 |
| 11. Lorrie Denson | Paralegal | 164.80 | 250.00 | 41,200.00 |
| 12. Silas H. Lam | Paralegal | 1.70 | 250.00 | 425.00 |
| 13. Denise Sichenze | Paralegal | 9.80 | 250.00 | 2,450.00 |
| 14. Patti McCurrie | Paralegal | 17.00 | 250.00 | 4,250.00 |
| 15. Maria A. Sousa | Paraprofessional | 16.90 | 250.00 | 4,200.00 |

Fee Totals:              $ 1,137,165.00

Disbursements Totals:    $      32,548.92

Total Fee Application    $ 1,169,713.92

## SECTION II SUMMARY
## OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | .10 | 60.00 |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 1,406.70 | 916,932.50 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 1.60 | 400.00 |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 92.90 | 26,200.00 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | .10 | 60.00 |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 131.20 | 78,870.00 |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 8.40 | 5,040.00 |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 14.10 | 9,260.00 |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | .90 | 540.00 |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | 42.70 | 14,167.50 |
| **SERVICE TOTALS:** | | 1,698.70 | $1,137,165.00 |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | 596.00 |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | 2,286.17 |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |

3

63188919.1

| | | |
|---|---|---|
| e) | **Case Specific Telephone/Conference Call Charges** <br> Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services** <br> Exclusive of overhead charges. | 517.50 |
| g) | **Outside Reproduction Services** <br> Including scanning services. | |
| h) | **Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting** <br> Transcripts. | 3,212.40 |
| j) | **Travel** <br> Mileage, tolls, airfare, parking. | 839.27 |
| k) | **Courier & Express Carriers** <br> Overnight and personal delivery. | 252.11 |
| l) | **Postage** | 202.21 |
| m) | **Other (specify) Meals, subpoenas, litigation support vendors, other professionals** | 24,643.26 |
| | **DISBURSEMENTS TOTAL:** | $32,548.92 |

I certify under penalty of perjury that the above is true.

Date:  September 8, 2023               */s/   Daniel M. Stolz*
                                        DANIEL M. STOLZ

4

63188919.1