**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE PERIOD**
**APRIL 14, 2023 THROUGH AUGUST 11, 2023**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Massey & Gail LLP |
| Case No.: | 23-12825(MBK) | Client: | Official Committee of Talc Claimants |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

**SECTION 1**
**FEE SUMMARY**

Interim Fee Application No. _____ or **X** Final Fee Application

Summary of Amounts Requested for the Period from April 4, 2023 through August 11, 2023 (the "Final Statement Period")

| | |
|---|---|
| Total Fees: | $ 2,137,547.00 |
| Total Disbursements: | $     8,110.75 |
| **Total Application:** | **$ 2,145,657.75** |
| Amounts Paid To Date: | $ 1,066,507.37 |
| **Amount Due:** | **$ 1,079,150.38** |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Jonathan Massey (Partner) | 1992 | 933.6 | $1,160.00 | $1,082,976.00 |
| 2.  Jonathan Massey (travel) | 1992 | 47.3 | $580.00 | $27,434.00 |
| 3.  Matthew Collette (Partner) | 1991 | 6.2 | $1,000.00 | $6,200.00 |
| 4.  Rachel Morse (Partner) | 2007 | 225.3 | $860.00 | $193,758.00 |
| 5.  Jeremy Mallory (Counsel) | 2007 | 19.0 | $800.00 | $15,200.00 |
| 6.  Bret Vallacher (Partner) | 2014 | 417.8 | $775.00 | $323,795.00 |
| 7.  Bret Vallacher (travel) | 2014 | 6.8 | $387.50 | $2,635.00 |
| 8.  Alethea Anne Swift (Associate) | 2016 | 5.3 | $595.00 | $3,153.50 |
| 9.  Kate Bjorklund (Associate) | 2019 | 3.7 | $500.00 | $1,850.00 |
| 10. Schuyler Davis (Associate) | 2019 | 25.2 | $500.00 | $12,600.00 |
| 11. Matthew Layden (Associate) | 2019 | 356.6 | $500.00 | $178,300.00 |

63188919.1

| | | | | |
|---|---|---|---|---|
| 12. Christopher Walling (Associate) | 2019 | 2 | $500.00 | $1,000.00 |
| 13. Usama Ibrahim (Associate) | 2021 | 487.1 | $485.00 | $236,243.50 |
| 14. Usama Ibrahim (travel) | 2021 | 9.2 | $242.50 | $2,231.00 |
| 15. Robert Aguirre (Paralegal) | 29 | 151.3 | $320.00 | $48,416.00 |
| 16. Larry Goldman (Case Assistant) | 1 | 15.5 | $90.00 | $1,395.00 |
| 17. Kathy Martinez (Case Assistant) | 1 | 4 | $90.00 | $360.00 |

Fee Totals:              $ 2,137,547.00

Disbursements Totals:    $     8,110.75

Total Fee Application    $ 2,145,657.75

63188919.1

## SECTION II SUMMARY
## OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a)  Case Administration (B110) | 362.7 | $305,716.00 |
| b)  Relief from Stay/Opposition to Debtor's PI Motion to Extend the Stay (B140) | 462.0 | $424,380.50 |
| c)  Fee/Employment Applications (B160) | 50.4 | $37,492.50 |
| d)  Avoidance Action Analysis (B180) | 6.0 | $4,800.00 |
| e)  Other Contested Matters, Including Committee's MTD and Other Motions (B190) | 1,734.6 | $1,305,334.00 |
| f)  Non-working Travel (B195) | 63.3 | $32,300.00 |
| g)  Claims Administration and Objections (B310) | 0.6 | $696.00 |
| h)  Plan and Disclosure Statement (B320) | 13.0 | $14,566.00 |
| i)  General Bankruptcy Advise/Opinions (B410) | 2.0 | $1,000.00 |
| j)  Trial and Hearing Attendance (B450) | 12.2 | $5,917.00 |
| k)  Appellate Briefs (L520) | 9.1 | $5,345.00 |
| SERVICES TOTAL | 2,715.9 | $2,137,547.00 |

63188919.1

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | $150.00 |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | |
| j) | **Travel**<br>Mileage, tolls, airfare, parking, hotel. | $7,960.75 |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify)** | |
| **DISBURSEMENTS TOTAL:** | | **$8,110.75** |

I certify under penalty of perjury that the above is true.

Date: September 11, 2023            /s/ Jonathan S. Massey
                                    JONATHAN S. MASSEY

3

63188919.1