# Exhibit A

# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(*See* Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

| | CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|---|
| | | BILLED OR COLLECTED<br><br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br><br>In this fee application |
| Delete | Sr./Equity Partner/Shareholder | $1,048.05 | $1,160.00 |
| Delete | Jr./Equity Partner/Shareholder | $717.05 | $806.64 |
| Delete | Counsel | $724.12 | $800.00 |
| Delete | Sr. Associate (7 or more years since first admission) | | |
| Delete | Associate (4-6 years since first admission) | $490.62 | $501.28 |
| Delete | Jr. Associate (1-3 years since first admission) | $407.17 | $485.00 |
| Delete | Staff Attorney | | |
| Delete | Contract Attorney | | |
| Delete | Paralegal | $255.78 | $320.00 |
| Delete | Case Assistant | | $90.00 |
| Delete | All attorneys aggregated (excluding travel time) | | $828.06 |
| Add | *Click Add button to add additional timekeeper category* | | |
| | All timekeepers aggregated | $654.00 | $793.65 |

Case Name:         LTL Management LLC
Case Number:       23-12825 (MBK) (Bankr. D.N.J.)
Applicant's Name:  Massey & Gail LLP
Date of Application: 09/11/2023
Interim or Final:  Final

UST Form 11-330-A (2013)