# Exhibit B

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| Delete | Jonathan Massey | Sr. Partner | | 04/01/1992 | $1,082,976.00 | 933.6 | $1,160.00 | | 0 |
| Delete | Jonathan Massey (Travel) | Sr. Partner | | 04/01/1992 | $27,434.00 | 47.3 | $580.00 | | 0 |
| Delete | Matthew Collette | Partner | | 03/08/1991 | $6,200.00 | 6.2 | $1,000.00 | | 0 |
| Delete | Rachel Morse | Partner | | 11/08/2007 | $193,758.00 | 225.3 | $860.00 | | 0 |
| Delete | Jeremy Mallory | Counsel | | 11/08/2007 | $15,200.00 | 19 | $800.00 | | 0 |
| Delete | Bret Vallacher | Partner | | 04/28/2014 | $323,795.00 | 417.8 | $775.00 | | 0 |
| Delete | Bret Vallacher (Travel) | Partner | | 04/28/2014 | $2,635.00 | 6.8 | $387.50 | | 0 |
| Delete | Alethea Anne Swift | Associate | | 11/04/2016 | $3,153.50 | 5.3 | $595.00 | | 0 |
| Delete | Kate Bjorklund | Associate | | 10/23/2019 | $1,850.00 | 3.7 | $500.00 | | 0 |
| Delete | Schuyler Davis | Associate | | 11/07/2019 | $12,600.00 | 25.2 | $500.00 | | 0 |
| Delete | Matthew Layden | Associate | | 09/18/2019 | $178,300.00 | 356.6 | $500.00 | | 0 |
| Delete | Christopher Walling | Associate | | 11/07/2019 | $1,000.00 | 2 | $500.00 | | 0 |
| Delete | Usama Ibrahim | Associate | | 01/14/2021 | $236,243.50 | 487.1 | $485.00 | | 0 |

Case Name: LTL Management LLC
Case Number: 23-12825 (MBK) (Bankr. D.N.J.)
Applicant's Name: Massey & Gail LLP
Date of Application: 09/11/2023
Interim or Final: Final

UST Form 11-330-B (2013)

EXHIBIT B  (Continued)

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED | HOURS BILLED | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | IN THIS APPLICATION | IN THIS APPLICATION | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | SINCE CASE INCEPTION |
| Delete | Robert Aguirre | Paralegal | | | $48,416.00 | 151.3 | $320.00 | | 0 |
| Delete | Larry Goldman | Case Assistant | | | $1,395.00 | 15.5 | $90.00 | | 0 |
| Delete | Kathy Martinez | Case Assistant | | | $360.00 | 4 | $90.00 | | 0 |
| Add | Click Add button to add additional timekeeper | | | | | | | | |

[1] If applicable

Case Name: LTL Management LLC
Case Number: 23-12825 (MBK) (Bankr. D.N.J.)
Applicant's Name: Massey & Gail LLP
Date of Application: 09/11/2023
Interim or Final: Final

UST Form 11-330-B (2013)