# Exhibit D

**EXHIBIT D -1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

(*See* Guidelines ¶ C.8. for project category information.)

|   | PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
|   | Asset Analysis and Recovery |   |   |   |   |
|   | Asset Disposition |   |   |   |   |
|   | Assumption and Rejection of Leases and Contracts |   |   |   |   |
|   | Avoidance Action Analysis |   |   | 6.00 | $4,800.00 |
|   | Budgeting (Case) |   |   |   |   |
|   | Business Operations |   |   |   |   |
|   | Case Administration |   |   | 362.70 | $305,716.00 |
|   | Claims Administration and Objections |   |   | 0.60 | $696.00 |
|   | Corporate Governance and Board Matters |   |   |   |   |
|   | Employee Benefits and Pensions |   |   |   |   |
|   | Employment and Fee Applications |   |   | 50.40 | $37,492.50 |
|   | Employment and Fee Application Objections |   |   |   |   |
|   | Financing and Cash Collateral |   |   |   |   |
|   | Litigation: Contested Matters and Adversary Proceedings (not otherwise within a specific project category) - identify each separately by caption and adversary number, or title of motion or application and docket number |   |   |   |   |
| Delete | Committee's motion to dismiss and related contested matters |   |   | 1,734.60 | $1,305,334.00 |
| Delete | General Bankruptcy Advise/Opinions |   |   | 2.00 | $1,000.00 |
| Delete | Trial and Hearing Attendance |   |   | 12.20 | $5,917.00 |
| Delete | Appellate Briefs |   |   | 9.10 | $5,345.00 |
| Add | *Click Add button to add a litigation entry* |   |   |   |   |
|   | Meetings and Communications with Creditors |   |   |   |   |
|   | Non-Working Travel |   |   | 63.30 | $32,300.00 |
|   | Plan and Disclosure Statement |   |   | 13.00 | $14,566.00 |
|   | Real Estate |   |   |   |   |
|   | Relief from Stay and Adequate Protection |   |   | 462.00 | $424,380.50 |
|   | Reporting |   |   |   |   |
|   | Tax |   |   |   |   |
|   | Valuation |   |   |   |   |

Case Name:        LTL Management LLC
Case Number:      23-12825 (MBK) (Bankr. D.N.J.)
Applicant's Name: Massey & Gail LLP
Date of Application: 09/11/2023
Interim or Final: Final

UST Form 11-330-D (2013)

**EXHIBIT D -1 (Continued)**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

(*See* Guidelines ¶ C.8. for project category information.)

| | PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| | **TOTAL** | | | 2,715.90 | $2,137,547.00 |
| [1] If applicable | | | | | |

| | |
|---|---|
| Case Name: | LTL Management LLC |
| Case Number: | 23-12825 (MBK) (Bankr. D.N.J.) |
| Applicant's Name: | Massey & Gail LLP |
| Date of Application: | 09/11/2023 |
| Interim or Final: | Final |

UST Form 11-330-D (2013)

**EXHIBIT D-2**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(*See* Guidelines ¶ C.8. for project category information.)

| | CATEGORY | AMOUNT |
|---|---|---|
| | Copies | |
| | Outside Printing | |
| | Telephone | |
| | Facsimile | |
| | Online Research | |
| | Delivery Services/Couriers | |
| | Postage | |
| | Local Travel | |
| | Out-of-Town Travel: | |
| | (a) Transportation | $497.80 |
| | (b) Hotel | $4,428.87 |
| | (c) Meals | $80.98 |
| | (d) Ground Transportation | $2,953.10 |
| Delete | (e) Other (please specify) | |
| Add | *Click Add button to add an out of town travel category* | |
| | Meals (local) | |
| | Court Fees | |
| | Subpoena Fees | |
| | Witness Fees | |
| | Deposition Transcripts | |
| | Trial Transcripts | |
| | Trial Exhibits | |
| | Litigation Support Vendors | |
| | Experts | |
| | Investigators | |
| | Arbitrators/Mediators | |
| Delete | NJ Attorney Fees | $150.00 |
| Add | *Click Add button to add another category* | |

Case Name:           LTL Management LLC
Case Number:         23-12825 (MBK) (Bankr. D.N.J.)
Applicant's Name:    Massey & Gail LLP
Date of Application: 09/11/2023
Interim or Final:    Final

UST Form 11-330-D (2013)