# Exhibit F



50 E. Washington St.  
Suite 400  
Chicago, IL 60602  
(312) 283-1590

1000 Maine Ave. SW  
Suite 450  
Washington, D.C. 20024  
(202) 652-4511

## PRIVILEGED & CONFIDENTIAL

July 31, 2023

**Ad Hoc Committee of Talc Claimants**  
In re LTL Management, No 21-30589  
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 04-04-2023 - 04-14-2023

**RE: LTL Management Bankruptcy II**

### Expenses

| Expense | Description | Amount |
|---|---|---|
| E110 - Out of town travel | JSM - Two nights of lodging in Princeton for 4/11 hearing in Trenton. | 369.10 |
| E110 - Out of town travel | JSM - Rental car and parking to attend 4/11 hearing in Trenton. | 102.46 |
| | **Total Expenses** | 471.56 |



50 E. Washington St.  
Suite 400  
Chicago, IL 60602  
(312) 283-1590

1000 Maine Ave. SW  
Suite 450  
Washington, D.C. 20024  
(202) 652-4511

## *PRIVILEGED & CONFIDENTIAL*

June 29, 2023

**Official Committee of Talc Claimants**  
In re LTL Management, No 23-12825  
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 04-14-2023 - 05-31-2023

**RE: LTL Management Bankruptcy Official TCC II**

### Expenses

| Expense | Description | Amount |
|---|---|---:|
| E110 - Out of town travel | JSM - Amtrak for travel to Trenton to attend NJ bankruptcy PI hearing. | 393.00 |
| E110 - Out of town travel | JSM - lodging while in NJ for PI hearing. | 223.52 |
| E110 - Out of town travel | JSM - local transportation while in Trenton for PI hearing. | 114.78 |
| E112 - Court fees | US Bankruptcy Court, District of New Jersey - pro hac vice fee for Jonathan Standish Massey. | 150.00 |
| E110 - Out of town travel | JSM - Amtrak for travel to Trenton to attend 5/9 NJ bankruptcy hearing. | 339.00 |
| E110 - Out of town travel | JSM - Airfare for travel to Trenton to attend 5/9 NJ bankruptcy hearing. | 268.90 |
| E110 - Out of town travel | JSM - Local travel for Trenton, NJ bankruptcy hearing. | 109.22 |
| E110 - Out of town travel | JSM - Meal while in Trenton to attend NJ bankruptcy hearing. | 34.50 |
| E110 - Out of town travel | JSM - Lodging while in Trenton to attend NJ bankruptcy hearing. | 435.81 |
| E110 - Out of town travel | JSM -Airfare for NYC Brown Rudnick meeting. | 228.90 |
| E110 - Out of town travel | JSM -Amtrak for NYC Brown Rudnick meeting. | 337.00 |
| E110 - Out of town travel | JSM - Local travel while in NYC for Brown Rudnick meeting. | 152.95 |
| E110 - Out of town travel | UI -Amtrak DC to NYC to New York City for in-person strategy session. | 206.00 |
| E110 - Out of town travel | UI -Lodging while in NYC for Brown Rudnick meeting. | 312.17 |
| E110 - Out of town travel | UI -Meal while in NYC for Brown Rudnick meeting. | 16.09 |
| E110 - Out of town travel | JSM - Lodging while in Trenton to attend NJ bankruptcy hearing. | 642.37 |
| E110 - Out of town travel | UI -Return trip from NYC for Brown Rudnick meeting. | 208.97 |
| | **Total Expensés** | 4,173.18 |



50 E. Washington St.
Suite 400
Chicago, IL 60602
(312) 283-1590

1000 Maine Ave. SW
Suite 450
Washington, D.C. 20024
(202) 652-4511

## *PRIVILEGED & CONFIDENTIAL*

July 13, 2023

**Official Committee of Talc Claimants**
In re LTL Management, No 23-12825
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 06-01-2023 - 06-30-2023

**RE: LTL Management Bankruptcy Official TCC II**

### Expenses

| Expense | Description | Amount |
|---|---|---|
| E110 - Out of town travel | JSM - Round trip mileage reimbursement for 6/13 bankruptcy hearing in Trenton, NJ. | 242.35 |
| E110 - Out of town travel | JSM - Meal while in Trenton, NJ for 6/13 bankruptcy hearing. | 30.39 |
| E110 - Out of town travel | JSM - Lodging (2 nights) while in Trenton, NJ for 6/13 bankruptcy hearing. | 420.68 |
| E110 - Out of town travel | BV - Mileage reimbursement for trip to NJ for 6/27 - 6/30 MTD trial in Trenton. | 131.00 |
| E110 - Out of town travel | JSM - Round trip mileage reimbursement for 6/27 - 6/30 trial in Trenton, NJ. | 242.36 |
| E110 - Out of town travel | BV - Lodging (4 nights) in Trenton, NJ for 6/27 - 6/30 MTD trial. | 914.53 |
| E110 - Out of town travel | BV - Mileage reimbursement for return from NJ for 6/27 - 6/30 MTD trial in Trenton. | 131.65 |
| E110 - Out of town travel | JSM - Lodging (3 nights) in Trenton, NJ for 6/27 - 6/30 MTD trial. | 686.43 |
| | **Total Expenses** | **2,799.39** |



50 E. Washington St.　　　　　　　　　　　　　　　　　　　　　　　　1000 Maine Ave. SW
Suite 400　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 450
Chicago, IL 60602　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20024
(312) 283-1590　　　　　　　　　　　　　　　　　　　　　　　　　　(202) 652-4511

## *PRIVILEGED & CONFIDENTIAL*

August 22, 2023

**Official Committee of Talc Claimants**
In re LTL Management, No 23-12825
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 08-01-2023 - 08-11-2023

**RE: LTL Management Bankruptcy Official TCC II**

### Expenses

| Expense | Description | Amount |
|---|---|---|
| E110 - Out of town travel | JSM - Mileage reimbursement for trip to Trenton, NJ for 8/2 hearing. | 121.18 |
| E110 - Out of town travel | JSM - Lodging (2 nights) while in Trenton, NJ for 8/2 hearing. | 424.26 |
| E110 - Out of town travel | JSM - Mileage reimbursement for return trip from Trenton, NJ for 8/2 hearing. | 121.18 |
| | **Total Expenses** | **666.62** |