# Exhibit G



50 E. Washington St.  
Suite 400  
Chicago, IL 60602  
(312) 283-1590

1000 Maine Ave. SW  
Suite 450  
Washington, D.C. 20024  
(202) 652-4511

# PRIVILEGED & CONFIDENTIAL

July 31, 2023

**Ad Hoc Committee of Talc Claimants**  
In re LTL Management, No 21-30589  
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 04-04-2023 - 04-14-2023

**RE: LTL Management Bankruptcy II**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-04-2023 | RSM | B110 - Case Administration | 0.10 | 860.00 | 86.00 |
| | | Reviewed FCR's submission re dismissal order. | | | |
| 04-04-2023 | RSM | B110 - Case Administration | 1.30 | 860.00 | 1,118.00 |
| | | Analyzed strategic issues re LTL's new Court filings. | | | |
| 04-04-2023 | RSM | B110 - Case Administration | 0.70 | 860.00 | 602.00 |
| | | Correspondence with co-counsel and committee member representatives re LTL's new Court filings. | | | |
| 04-05-2023 | RSM | B110 - Case Administration | 0.40 | 860.00 | 344.00 |
| | | Correspondence with clients and co-counsel re strategies for dealing with LTL's new filings. | | | |
| 04-05-2023 | RSM | B110 - Case Administration | 0.50 | 860.00 | 430.00 |
| | | Zoom conference with co-counsel re next steps for LTL II bankruptcy. | | | |
| 04-05-2023 | RSM | B110 - Case Administration | 1.50 | 860.00 | 1,290.00 |
| | | Zoom conference with clients and co-counsel re next steps and strategies for LTL II bankruptcy. | | | |
| 04-05-2023 | RSM | B110 - Case Administration | 0.40 | 860.00 | 344.00 |
| | | Reviewed analysis of new LTL filings and potential arguments in opposition. | | | |
| 04-05-2023 | CMW | B410 - General Bankruptcy Advice / Opinions | 2.00 | 500.00 | 1,000.00 |
| | | Analyzed case law on the ability to seek mandamus of a bankruptcy court directly at the circuit court level. | | | |
| 04-05-2023 | JSM | B110 - Case Administration | 0.80 | 1,160.00 | 928.00 |
| | | Reviewing new bankruptcy petition filed by LTL. | | | |
| 04-05-2023 | JSM | B110 - Case Administration | 2.10 | 1,160.00 | 2,436.00 |
| | | Reviewing John Kim first-day declaration. | | | |
| 04-05-2023 | JSM | B110 - Case Administration | 1.90 | 1,160.00 | 2,204.00 |
| | | Reviewing motion for stay relief filed by LTL. | | | |
| 04-05-2023 | JSM | B110 - Case Administration | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with counsel to Ad Hoc committee regarding legal strategy. | | | |
| 04-05-2023 | JSM | B110 - Case Administration | 1.00 | 1,160.00 | 1,160.00 |
| | | Zoom with representatives on Ad Hoc committee to discuss legal strategy. | | | |
| 04-05-2023 | JSM | B110 - Case Administration | 0.50 | 1,160.00 | 580.00 |
| | | Zoom with counsel to Ad Hoc committee to discuss legal strategy. | | | |
| 04-05-2023 | JSM | B110 - Case Administration | 0.60 | 1,160.00 | 696.00 |
| | | Revising legal strategy outline for Ad Hoc committee. | | | |
| 04-05-2023 | RA | B110 - Case Administration | 0.40 | 320.00 | 128.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Execute docket searches for prior relevant cases. | | | |
| 04-06-2023 | KB | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 500.00 | 200.00 |
| | | Review bankruptcy petition plus first-day filings. | | | |
| 04-06-2023 | AS | B140 - Relief from Stay / Adequate Protection Proceedings | 2.00 | 595.00 | 1,190.00 |
| | | Review LTL filing in advance of strategy meeting. | | | |
| 04-06-2023 | JSM | B110 - Case Administration | 0.50 | 1,160.00 | 580.00 |
| | | Revising legal strategy outline for Ad Hoc committee. | | | |
| 04-06-2023 | JSM | B110 - Case Administration | 1.00 | 1,160.00 | 1,160.00 |
| | | Zoom with representatives on Ad Hoc committee to discuss legal strategy. | | | |
| 04-06-2023 | JSM | B110 - Case Administration | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with Gerard Cicero of Brown Rudnick to discuss legal strategy. | | | |
| 04-06-2023 | JSM | B110 - Case Administration | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with Mike Winograd of Brown Rudnick to discuss legal strategy. | | | |
| 04-06-2023 | JSM | B140 - Relief from Stay / Adequate Protection Proceedings | 4.60 | 1,160.00 | 5,336.00 |
| | | Drafting legal arguments to oppose LTL motion for stay relief. | | | |
| 04-06-2023 | RSM | B110 - Case Administration | 0.10 | 860.00 | 86.00 |
| | | Correspondence with clients and co-counsel re LTL's proposed settlement. | | | |
| 04-06-2023 | JSM | B110 - Case Administration | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with counsel to Ad Hoc committee regarding legal strategy. | | | |
| 04-06-2023 | KB | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.10 | 500.00 | 50.00 |
| | | Correspond with J. Massey regarding upcoming research regarding the motion to dismiss. | | | |
| 04-07-2023 | JSM | B110 - Case Administration | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with counsel to Ad Hoc committee regarding legal strategy. | | | |
| 04-07-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.60 | 1,160.00 | 696.00 |
| | | Zoom with counsel to Ad Hoc committee to discuss motion to dismiss. | | | |
| 04-07-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 5.20 | 1,160.00 | 6,032.00 |
| | | Drafting Ad Hoc committee motion to dismiss. | | | |
| 04-07-2023 | JSM | B140 - Relief from Stay / Adequate Protection Proceedings | 3.90 | 1,160.00 | 4,524.00 |
| | | Drafting opposition to LTL motion for stay relief. | | | |
| 04-07-2023 | AS | B140 - Relief from Stay / Adequate Protection Proceedings | 0.60 | 595.00 | 357.00 |
| | | Call with Brown Rudnick and Otterbourg re MTD and PI. | | | |
| 04-07-2023 | AS | B140 - Relief from Stay / Adequate Protection Proceedings | 0.10 | 595.00 | 59.50 |
| | | Teleconference with J. Massey re follow-up to call with Brown Rudnick and Otterbourg re MTD and PI. | | | |
| 04-07-2023 | AS | B140 - Relief from Stay / Adequate Protection Proceedings | 2.30 | 595.00 | 1,368.50 |
| | | Legal research re mandate rule. | | | |
| 04-07-2023 | AS | B140 - Relief from Stay / Adequate Protection Proceedings | 0.10 | 595.00 | 59.50 |
| | | Email R. Morse and K. Bjorklund re case status and strategy. | | | |
| 04-07-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.20 | 860.00 | 172.00 |
| | | Correspondence with colleagues re potential legal arguments in support of motion to dismiss. | | | |
| 04-08-2023 | JSM | B110 - Case Administration | 0.60 | 1,160.00 | 696.00 |
| | | Review draft information brief. | | | |
| 04-08-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 4.90 | 1,160.00 | 5,684.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Drafting Ad Hoc committee motion to dismiss. | | | |
| 04-08-2023 | RSM | B110 - Case Administration | 0.20 | 860.00 | 172.00 |
| | | Reviewed client comments on draft AHC statement. | | | |
| 04-08-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.20 | 860.00 | 172.00 |
| | | Analyzed outline of arguments for motion to dismiss. | | | |
| 04-08-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.20 | 860.00 | 172.00 |
| | | Reviewed K. Bjorklund research re debtor's pre-filing duties to maximize value. | | | |
| 04-08-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.10 | 860.00 | 86.00 |
| | | Correspondence with K. Bjorklund re further research avenues re debtor's pre-filing duties to maximize value. | | | |
| 04-08-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.10 | 860.00 | 86.00 |
| | | Correspondence with J. Massey re potential factual arguments related to frustration of purpose | | | |
| 04-08-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.20 | 860.00 | 172.00 |
| | | Reviewed legal analysis of LTL's frustration of purpose argument. | | | |
| 04-08-2023 | JSM | B110 - Case Administration | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with counsel to Ad Hoc committee regarding legal strategy. | | | |
| 04-08-2023 | KB | B190 - Other Contested Matters (excluding assumption / rejection motions) | 3.20 | 500.00 | 1,600.00 |
| | | Research whether fraudulent transfers may be unwound or nullified and whether declining to pursue fraudulent transfer litigation constitutes a failure of a debtor's duty to maximize the value of the bankruptcy estate. | | | |
| 04-09-2023 | JSM | B110 - Case Administration | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with counsel to Ad Hoc committee regarding legal strategy. | | | |
| 04-09-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 7.30 | 1,160.00 | 8,468.00 |
| | | Drafting Ad Hoc committee motion to dismiss. | | | |
| 04-09-2023 | JSM | B110 - Case Administration | 0.40 | 1,160.00 | 464.00 |
| | | Review draft information brief. | | | |
| 04-09-2023 | JSM | B195 - Non-Working Travel | 3.20 | 580.00 | 1,856.00 |
| | | Travel to Trenton for first-day hearing. [BILLED AT 50% OF RATE] | | | |
| 04-09-2023 | AS | B140 - Relief from Stay / Adequate Protection Proceedings | 0.20 | 595.00 | 119.00 |
| | | Review draft motion to dismiss. | | | |
| 04-10-2023 | JSM | B110 - Case Administration | 0.30 | 1,160.00 | 348.00 |
| | | Review draft information brief. | | | |
| 04-10-2023 | JSM | B110 - Case Administration | 0.30 | 1,160.00 | 348.00 |
| | | Review PHV motion for new bankruptcy case. | | | |
| 04-10-2023 | JSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.80 | 1,160.00 | 3,248.00 |
| | | Revising draft motion to dismiss second LTL bankruptcy petition. | | | |
| 04-10-2023 | RA | B110 - Case Administration | 0.80 | 320.00 | 256.00 |
| | | Draft Pro Hac Vice applications for J. Massey and R. Morse. | | | |
| 04-10-2023 | JSM | B110 - Case Administration | 1.00 | 1,160.00 | 1,160.00 |
| | | Zoom with representatives on Ad Hoc committee to discuss legal strategy. | | | |
| 04-10-2023 | JSM | B140 - Relief from Stay / Adequate Protection Proceedings | 4.70 | 1,160.00 | 5,452.00 |
| | | Drafting legal arguments to oppose LTL motion for stay relief. | | | |
| 04-10-2023 | JSM | B110 - Case Administration | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with counsel to Ad Hoc committee regarding legal strategy. | | | |
| 04-10-2023 | RSM | B110 - Case Administration | 0.80 | 860.00 | 688.00 |
| | | Participated in Zoom with clients and co-counsel re motion to dismiss, informational brief, and upcoming first day hearing. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-10-2023 | RSM | B110 - Case Administration | 0.10 | 860.00 | 86.00 |
| | | Reviewed LTL's filing in response to MRHFM objection. | | | |
| 04-10-2023 | RSM | B110 - Case Administration | 0.10 | 860.00 | 86.00 |
| | | Reviewed draft Omnibus Objection to Debtor's First Day Relief. | | | |
| 04-10-2023 | RSM | B110 - Case Administration | 0.10 | 860.00 | 86.00 |
| | | Reviewed Kazan McClain opposition to Debtor's motion for order authorizing filing list of top law firms. | | | |
| 04-10-2023 | RSM | B110 - Case Administration | 0.60 | 860.00 | 516.00 |
| | | Reviewed draft informational brief of the ad hoc Committee re LTL second bankruptcy filing. | | | |
| 04-10-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.30 | 860.00 | 258.00 |
| | | Correspondence with J. Massey re avenues for gathering factual support for motion to dismiss. | | | |
| 04-10-2023 | RSM | B110 - Case Administration | 0.20 | 860.00 | 172.00 |
| | | Revised motion for admission pro hac vice. | | | |
| 04-10-2023 | RSM | B110 - Case Administration | 0.20 | 860.00 | 172.00 |
| | | Correspondence with local counsel re motions for admission pro hac vice. | | | |
| 04-10-2023 | RSM | B140 - Relief from Stay / Adequate Protection Proceedings | 0.30 | 860.00 | 258.00 |
| | | Correspondence with J. Massey re preliminary injunction opposition. | | | |
| 04-11-2023 | RSM | B110 - Case Administration | 2.40 | 860.00 | 2,064.00 |
| | | Attended remotely portions of first day hearing of new LTL bankruptcy. | | | |
| 04-11-2023 | JSM | B110 - Case Administration | 7.40 | 1,160.00 | 8,584.00 |
| | | Attend first-day hearing in LTL 2.0. | | | |
| 04-11-2023 | JSM | B195 - Non-Working Travel | 4.50 | 580.00 | 2,610.00 |
| | | Travel for first-day hearing in LTL 2.0.   [BILLED AT 50% OF RATE] | | | |
| 04-11-2023 | JSM | B110 - Case Administration | 0.60 | 1,160.00 | 696.00 |
| | | Email communication with Ad Hoc counsel regarding legal strategy. | | | |
| 04-12-2023 | JSM | B110 - Case Administration | 0.60 | 1,160.00 | 696.00 |
| | | Email communication with Ad Hoc counsel regarding legal strategy. | | | |
| 04-12-2023 | JSM | B140 - Relief from Stay / Adequate Protection Proceedings | 5.30 | 1,160.00 | 6,148.00 |
| | | Revising preliminary injunction stay relief opposition brief. | | | |
| 04-12-2023 | JSM | B110 - Case Administration | 0.50 | 1,160.00 | 580.00 |
| | | Further email communication with Ad Hoc counsel regarding legal strategy. | | | |
| 04-12-2023 | JGM | B180 - Avoidance Action Analysis | 0.20 | 800.00 | 160.00 |
| | | Communicate with R. Morse re avoidance action research. | | | |
| 04-12-2023 | JGM | B180 - Avoidance Action Analysis | 5.80 | 800.00 | 4,640.00 |
| | | Legal research re avoiding fraudulent transfers or unwinding mergers in bankruptcy. | | | |
| 04-12-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 860.00 | 344.00 |
| | | Correspondence with colleagues re legal research re responding to Debtor's argument re solvency. | | | |
| 04-12-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.70 | 860.00 | 602.00 |
| | | Analyzed legal arguments for unwinding funding agreement surrender. | | | |
| 04-12-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.20 | 860.00 | 172.00 |
| | | Conference with J. Mallory re legal research and analysis re responding to Debtor's argument re surrender of funding agreement. | | | |
| 04-12-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.90 | 860.00 | 774.00 |
| | | Conference with co-counsel re strategy for motion to dismiss and injunctive relief motion. | | | |
| 04-12-2023 | RSM | B140 - Relief from Stay / Adequate Protection Proceedings | 0.30 | 860.00 | 258.00 |
| | | Correspondence with co-counsel re meet and confer re discovery negotiations. | | | |
| 04-12-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 860.00 | 344.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Correspondence with clients re potential arguments and strategies for motion to dismiss. | | | |
| 04-12-2023 | RSM | B140 - Relief from Stay / Adequate Protection Proceedings | 0.80 | 860.00 | 688.00 |
| | | Participated in Zoom with clients and co-counsel re discovery strategy and plan. | | | |
| 04-13-2023 | RSM | B140 - Relief from Stay / Adequate Protection Proceedings | 0.40 | 860.00 | 344.00 |
| | | Correspondence with colleagues re work on preliminary injunction opposition brief. | | | |
| 04-13-2023 | RSM | B140 - Relief from Stay / Adequate Protection Proceedings | 0.80 | 860.00 | 688.00 |
| | | Zoom conference with clients and co-counsel re discovery disputes and strategies. | | | |
| 04-13-2023 | RSM | B110 - Case Administration | 0.10 | 860.00 | 86.00 |
| | | Reviewed M. Watts video message re J&J settlement plan. | | | |
| 04-13-2023 | RSM | B110 - Case Administration | 0.30 | 860.00 | 258.00 |
| | | Communication with clients and co-counsel re issues re LTL proposed plan and settlement. | | | |
| 04-13-2023 | RSM | B140 - Relief from Stay / Adequate Protection Proceedings | 0.30 | 860.00 | 258.00 |
| | | Revised draft opposition to preliminary injunction motion. | | | |
| 04-13-2023 | RSM | B140 - Relief from Stay / Adequate Protection Proceedings | 0.30 | 860.00 | 258.00 |
| | | Analyzed legal and factual arguments in support of preliminary injunction opposition brief. | | | |
| 04-13-2023 | MC | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.40 | 1,000.00 | 1,400.00 |
| | | Review draft of objection to motion to apply automatic stay to non-debtors and for preliminary injunction and provide comments to Jonathan Massey. | | | |
| 04-13-2023 | JGM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 4.30 | 800.00 | 3,440.00 |
| | | Revise draft preliminary injunction opposition. | | | |
| 04-13-2023 | JGM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 0.40 | 800.00 | 320.00 |
| | | Communicate with team re insolvency and financial distress. | | | |
| 04-13-2023 | JSM | B110 - Case Administration | 0.50 | 1,160.00 | 580.00 |
| | | Further email communication with Ad Hoc counsel regarding legal strategy. | | | |
| 04-13-2023 | JSM | B140 - Relief from Stay / Adequate Protection Proceedings | 3.60 | 1,160.00 | 4,176.00 |
| | | Revising draft motion to dismiss. | | | |
| 04-13-2023 | JSM | B140 - Relief from Stay / Adequate Protection Proceedings | 5.20 | 1,160.00 | 6,032.00 |
| | | Revising preliminary injunction stay relief opposition brief. | | | |
| 04-13-2023 | JSM | B140 - Relief from Stay / Adequate Protection Proceedings | 0.90 | 1,160.00 | 1,044.00 |
| | | Zoom with outside counsel to Ad Hoc committee to discuss discovery strategy. | | | |
| 04-13-2023 | JSM | B140 - Relief from Stay / Adequate Protection Proceedings | 0.70 | 1,160.00 | 812.00 |
| | | Reviewing fraudulent conveyance research to include in preliminary injunction opposition. | | | |
| 04-13-2023 | JSM | B110 - Case Administration | 0.60 | 1,160.00 | 696.00 |
| | | Email communication with Ad Hoc counsel regarding legal strategy. | | | |
| 04-14-2023 | JSM | B110 - Case Administration | 0.60 | 1,160.00 | 696.00 |
| | | Email communication with Ad Hoc counsel regarding legal strategy. | | | |
| 04-14-2023 | JSM | B140 - Relief from Stay / Adequate Protection Proceedings | 3.40 | 1,160.00 | 3,944.00 |
| | | Revising preliminary injunction opposition. | | | |
| 04-14-2023 | JSM | B140 - Relief from Stay / Adequate Protection Proceedings | 3.20 | 1,160.00 | 3,712.00 |
| | | Revising draft motion to dismiss. | | | |
| 04-14-2023 | JSM | B110 - Case Administration | 0.80 | 1,160.00 | 928.00 |
| | | Litigation strategy zoom with Ad Hoc committee. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 04-14-2023 | JSM | B110 - Case Administration | 0.50 | 1,160.00 | 580.00 |
| | | Further email communication with Ad Hoc counsel regarding legal strategy. | | | |
| 04-14-2023 | JGM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 2.60 | 800.00 | 2,080.00 |
| | | Revise draft preliminary injunction opposition. | | | |
| 04-14-2023 | JGM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 3.30 | 800.00 | 2,640.00 |
| | | Review new documents from LTL. | | | |
| 04-14-2023 | RA | B110 - Case Administration | 0.60 | 320.00 | 192.00 |
| | | Review documentation received from co-counsel. | | | |
| 04-14-2023 | MC | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.20 | 1,000.00 | 1,200.00 |
| | | Review documents in debtor's production. | | | |
| 04-14-2023 | RSM | B140 - Relief from Stay / Adequate Protection Proceedings | 0.50 | 860.00 | 430.00 |
| | | Zoom conference with clients and co-counsel re Debtor's proposed agreement re preliminary injunction scope. | | | |
| 04-14-2023 | RSM | B140 - Relief from Stay / Adequate Protection Proceedings | 1.60 | 860.00 | 1,376.00 |
| | | Revised draft opposition brief re preliminary injunction relief. | | | |
| 04-14-2023 | RSM | B140 - Relief from Stay / Adequate Protection Proceedings | 0.80 | 860.00 | 688.00 |
| | | Confer with colleagues re analyzing facts to support motion to dismiss and opposition to preliminary injunction relief. | | | |
| 04-14-2023 | RSM | B190 - Other Contested Matters (excluding assumption / rejection motions) | 1.20 | 860.00 | 1,032.00 |
| | | Analyzed Debtor's documents for purposes of developing factual support for motion to dismiss. | | | |
| 04-14-2023 | RSM | B140 - Relief from Stay / Adequate Protection Proceedings | 2.70 | 860.00 | 2,322.00 |
| | | Attended portion of Haas deposition for purposes of developing factual record for opposition to preliminary injunction relief. | | | |
| 04-14-2023 | RSM | B110 - Case Administration | 0.50 | 860.00 | 430.00 |
| | | Attended Court conference re protective order issues. | | | |
| 04-14-2023 | RSM | B140 - Relief from Stay / Adequate Protection Proceedings | 2.80 | 860.00 | 2,408.00 |
| | | Attended portion of Kim deposition for purposes of developing factual record for opposition to preliminary injunction relief. | | | |
| | | **Total** | | | **145,755.50** |

## Time Summary

| Professional | Hours | Amount |
|---|---:|---:|
| Anne Swift | 5.30 | 3,153.50 |
| Christopher Walling | 2.00 | 1,000.00 |
| Jeremy Mallory | 16.60 | 13,280.00 |
| Jonathan Massey | 89.90 | 99,818.00 |
| Kate Bjorklund | 3.70 | 1,850.00 |
| Matthew Collette | 2.60 | 2,600.00 |
| Rachel Morse | 27.30 | 23,478.00 |
| Rob Aguirre | 1.80 | 576.00 |
| **Total** | | **145,755.50** |

## Expenses

| Expense | Description | Amount |
|---|---|---:|
| E110 - Out of town travel | JSM - Two nights of lodging in Princeton for 4/11 hearing in Trenton. | 369.10 |
| E110 - Out of town travel | JSM - Rental car and parking to attend 4/11 hearing in Trenton. | 102.46 |

| Expense | Description | Amount |
|---|---|---|
| | **Total Expenses** | 471.56 |
| | **Total for this Invoice** | 146,227.06 |