# **EXHIBIT A**

Customary and Comparable Compensation Disclosures with Fee Applications

| **Category of Timekeeper** | **Blended Hourly Rate** | |
|---|---|---|
| | **Billed Preceding Year, Excluding Bankruptcy** | **Billed this Application** |
| Partners | $557.21 | $489.42 |
| Counsel | $434.04 | $366.96 |
| Associates | $438.94 | N/A |
| Paraprofessionals | $166.79 | $175.52 |
| All Timekeepers Aggregated | $398.36 | $478.89 |

Case Name:           In re LTL Management LLC
Case Number:         23-12825 (MBK)
Applicant's Name:    Shook, Hardy & Bacon L.L.P.
Date of Application: September 8, 2023
Interim or Final:    Final