**EXHIBIT B**

Summary of Timekeepers Included in this Application

| NAME OF PROFESSIONAL AND TITLE | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| *Partners* | | | | |
| Frazier, Kathleen | 2004 | $487.90 | 120.3 | $58,694.37 |
| James, Scott | 2001 | $475.60 | 0.2 | $95.12 |
| Ahern, Hunter | 2005 | $498.16 | 0.3 | $149.45 |
| Mangrum, Michelle | 1986 | $630.00 | 1.3 | $819.00 |
| *Counsel* | | | | |
| Fields, Jeff | 1998 | $366.96 | 0.1 | $36.70 |
| *Associates* | | | | |
| N/A | | | | |
| *Paraprofessionals* | | | | |
| Lingor, Stephanie | | $188.00 | 2.5 | $470.00 |
| Stufflebean, Kerry | | $164.00 | 1.5 | $229.60 |
| Lewis, Deborah | | $188.00 | .2 | $37.60 |
| | | TOTALS: | 124.9 | **$60,531.84** |

Case Name:            In re LTL Management LLC
Case Number:          23-12825 (MBK)
Applicant's Name:     Shook, Hardy & Bacon L.L.P.
Date of Application:  September 8, 2023
Interim or Final:     Final