## **EXHIBIT C**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B160 | Fee/Employment Applications | 29.7 | $14,490.63 |
| B190 | Litigation Consulting | 96.7 | $46,490.63 |
| **Total Fees Requested:** | | **126.4** | **$60,531.84** |

| | |
|---|---|
| Case Name: | In re LTL Management LLC |
| Case Number: | 23-12825 (MBK) |
| Applicant's Name: | Shook, Hardy & Bacon L.L.P. |
| Date of Application: | September 8, 2023 |
| Interim or Final: | Final |