# EXHIBIT D

Summary of Expense Reimbursement Requested by Category

| DISBURSEMENTS | AMOUNTS |
|---|---|
| N/A | $0.00 |
| **Total Disbursements Requested:** | **$0.00** |

Case Name:           In re LTL Management LLC
Case Number:         23-12825 (MBK)
Applicant's Name:    Shook, Hardy & Bacon L.L.P.
Date of Application: September 8, 2023
Interim or Final:    Final