**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE STATEMENT COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Parkins & Rubio LLP |
| Case No.: | 23-12825 (MBK) | Client: | Ad Hoc Committee of Supporting Counsel |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

**SECTION I**
**FEE SUMMARY**

Monthly Fee Statement Covering the Period
July 1, 2023 through August 11, 2023

| | |
|---|---|
| Total Fees: | $ 72,157.50 |
| Total Disbursements: | $ 234.98 |
| Minus % holdback of Fees: | $ 14,431.50 |
| **Amount Sought at this Time** | **$ 57,960.98** |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Lenard Parkins, Partner | 1976 | 32.0 | $1,150.00 | $36,800.00 |
| 2. Charles Rubio, Partner | 2008 | 38.5 | $775.00 | $29,837.50 |
| 3. Moira Rankin Cooper, Associate | 1990 | 1.2 | $450.00 | $540.00 |
| 4. Gloria Jackson, Paralegal | N/A | 19.4 | $200.00 | $3,880.00 |
| 5. Jennifer Cook, Paralegal | N/A | 5.5 | $200.00 | $1,100.00 |

## SECTION II
## SUMMARY OF SERVICES

| **SERVICES RENDERED** | **HOURS** | **FEE** |
|---|---|---|
| a) **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | 0 | $0 |
| b) **Asset Disposition** Sales, leases (section 365 matters), abandonment and related transaction work related to asset disposition. | 0 | $0 |
| c) **Assumption and Rejection of Leases and Contracts** Analysis of leases and executory contracts and preparation of motions specifically to assume or reject. | 0 | $0 |
| d) **Avoidance Action Analysis** Review of potential avoiding actions under Sections 544–549 of the Code to determine whether adversary proceedings are warranted. | 0 | $0 |
| e) **Budgeting (Case)** Preparation, negotiation, and amendment to budgets for applicant. | 0 | $0 |
| f) **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0 | $0 |
| g) **Case Administration** Coordination and compliance activities not specifically covered by another category. | 6.9 | $6,697.50 |
| h) **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowances of claims. | 0 | $0 |
| i) **Corporate Governance and Board Matters** Preparation for and attendance at Board of Directors meetings; analysis and advice regarding corporate governance issues, including trustee, examiner, and CRO issues; review and preparation of corporate documents (e.g., articles and bylaws, etc.). | 0 | $0 |
| j) **Employee Benefits and Pensions** Review and preparation related to employee and retiree benefit issues, including compensation, bonuses, severance, insurance benefits, and 401K, pensions, or other retirement plans. | 0 | $0 |
| k) **Employment and Fee Applications** Preparation of employment and fee applications for self or others; motions to establish interim procedures. | 17.3 | $3,977.50 |

| | | | |
|---|---|---|---|
| l) | **Employment and Fee Application Objections**<br>Review of and objections to the employment and fee applications of others. | 0 | $0 |
| m) | **Litigation**<br>Contested Matters and Adversary Proceedings (not otherwise within a specific project category), each identified separately by caption and adversary number, or title of motion or application and docket number, and using the Uniform Task Based Management System (''UTBMS'') Litigation Task Code Set. | 11.8 | $10,105.00 |
| n) | **Meetings and Communications with Creditors**<br>Preparation for and attendance at section 341(a) meeting and any other meetings with creditors and creditors' committees. | 0 | $0 |
| o) | **Non-Working Travel**<br>Non-working travel where the court reimburses at less than full hourly rates. | 0 | $0 |
| p) | **Plan and Disclosure Statement**<br>Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the allowance and objections to allowance of claims. | 60.6 | $51,377.50 |
| q) | **Real Estate**<br>Review and analysis of real estate-related matters, including purchase agreements and lease provisions (e.g., common area maintenance clauses). | 0 | $0 |
| r) | **Relief from Stay and Adequate Protection**<br>Matters relating to termination or continuation of automatic stay under 11 U.S.C. 362 and motions for adequate protection under 11 U.S.C. 361. | 0 | $0 |
| s) | **Reporting**<br>Statement of financial affairs, schedules, monthly operating reports, and any other accounting or reporting activities; contacts with the United States Trustee not included in other categories. | 0 | $0 |
| t) | **Tax**<br>Analysis of tax issues and preparation of federal and state tax returns. | 0 | $0 |
| u) | **Valuation**<br>Appraise or review appraisals of assets. | 0 | $0 |
| | **SERVICE TOTALS:** | 96.6 | $72,157.50 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | DISBURSEMENTS | AMOUNT |
|---|---|---|
| a) | **Copies** | $0 |
| b) | **Outside Printing** | $0 |
| c) | **Telephone** | $0 |
| d) | **Facsimile** | $0 |
| e) | **Online Research** | $0 |
| f) | **Delivery Services/Couriers** | $0 |
| g) | **Postage** | $0 |
| h) | **Local Travel** | $0 |
| i) | **Out-of-town Travel** | $0 |
| j) | **Out-of-town Travel: Transportation** | $0 |
| k) | **Out-of-town Travel: Hotel** | $234.98 |
| l) | **Out-of-town Travel: Meals** | $0 |
| m) | **Out-of-town Travel: Ground Transportation** | $0 |
| n) | **Out-of-town Travel: Other** | $0 |
| o) | **Meals (local)** | $0 |
| p) | **Court Fees** | $0 |
| q) | **Subpoena Fees** | $0 |
| r) | **Witness Fees** | $0 |
| s) | **Deposition Transcripts** | $0 |
| t) | **Trial Transcripts** | $0 |
| u) | **Trial Exhibits** | $0 |
| v) | **Litigation Support Vendors** | $0 |
| w) | **Experts** | $0 |
| x) | **Investigators** | $0 |
| y) | **Arbitrators/Mediators** | $0 |
| z) | **Other** | $0 |
| | **DISBURSEMENTS TOTAL:** | $234.98 |

I certify under penalty of perjury that the above is true.

Date:    August 28, 2023

4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PARKINS & RUBIO LLP**<br>Lenard M. Parkins, Esq.<br>Charles M. Rubio, Esq.<br>lparkins@parkinsrubio.com<br>crubio@parkinsrubio.com<br>Pennzoil Place<br>700 Milam St., Suite 1300<br>Houston, TX  77002<br>Tel: (713) 715-1666<br><br>*Ad Hoc Committee of Supporting Counsel* | |
| In re:<br><br>LTL Management LLC,<br>                    Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

**MONTHLY FEE STATEMENT OF PARKINS & RUBIO LLP,
AD HOC COMMITTEE OF SUPPORTING COUNSEL, FOR THE PERIOD
JULY 1, 2023 THROUGH AUGUST 11, 2023**

---

Parkins & Rubio LLP ("P&R") submits this Monthly Fee Statement (the "Statement") for services rendered and expenses incurred as Ad Hoc Committee of Supporting Counsel[1] for the period commencing July 1, 2023 and ending August 11, 2023 (the "Statement Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Docket No. 562] (as modified, the "Interim Fee Procedures Order").

The billing invoices, along with a detailed breakdown of all out-of-pocket disbursements necessarily incurred by P&R for the Statement Period are annexed hereto. These invoices detail the services performed by PR.

---

[1] On June 20, 2023, the Bankruptcy Court entered the *Order Authorizing the Debtor to Enter into an Expense Reimbursement Agreement with Ad Hoc Committee of Supporting Counsel* [Docket. 838]  that provides for the period of April 18, 2023, through the termination of the Reimbursement Agreement (together, the "Fees and Expenses").

The fees payment and the expense reimbursement requested in this Statement is as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $72,157.50 | $14,431.50 | $57,726.00 | $234.98 |

WHEREFORE, P&R respectfully requests payment of fees for the Statement Period of $57,960.98 (80% of total fees and 100% of expenses) in accordance with the Interim Fee Procedures Order.

Dated:    August 28, 2023                    */s/: Charles M. Rubio*
                                              **PARKINS & RUBIO LLP**
                                              *Ad Hoc Committee of Supporting Counsel*

# Summary of Invoices



**Parkins & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinsrubio.com

LTL (AD HOC COMMITTEE OF SUPPORTING COUNSEL)

| Invoice | Project Category | Invoice Amount |
|---|---|---:|
| **Invoice #942** | Case Administration | $6,697.50 |
| **Invoice #943** | Employment and Fee Applications | $3,977.50 |
| **Invoice #944** | Litigation | $10,105.00 |
| **Invoice #945** | Plan and Disclosure Statement | $51,377.50 |

| | |
|---:|---:|
| Fees | $72,157.50 |
| Less 20% | $14,431.50 |
| Fee Payment Requested | $57,960.98 |
| Expense Reimbursement(100%) | $234.98 |
| **Fee Payment Requested Plus Expense Reimbursement** | **$57,960.98** |

Case 23-12825-MBK    Doc 1345    Filed 09/08/23    Entered 09/08/23 16:23:38    Desc Main
Document      Page 8 of 18

## Payment Instructions

| | |
|---|---|
| **Check Payment Information** | |
| Remit checks to: | Parkins & Rubio LLP<br>700 Milam Street, Suite 1300<br>Houston, Texas 77002 |
| **Wire Transfer and Online Payment Information** | |
| Bank Name/Address: | JPMorgan Chase Bank, N.A.<br>dba Chase Bank<br>8 East Pkwy, Scarsdale, NY 10583 |
| Bank ABA/Routing #: | ABA Number 021000021 (For international transfers: CHASUS33) |
| Name/Account #: | Parkins & Rubio LLP<br>Operating Account<br>Account Number 761958377 |



# INVOICE

P&R Internal Reference # 942
Date: 08/22/2023

**Parkins & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinsrubio.com

LTL (Ad Hoc Committee)

**Project Category: Case Administration**

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 08/01/2023 | LMP | Call with J. Onder on case dismissal issue (0.3); Steering Committee call to discuss case dismissal issues (1.0). | 1.30 | $1,150.00 | $1,495.00 |
| 08/01/2023 | CMR | Steering Committee call to discuss case dismissal issues. | 1.00 | $775.00 | $775.00 |
| 08/02/2023 | LMP | Attend hearing on motions for substantial contribution and discussion of dismisal order and related dismissal issues (1.8); review TCC draft dismissal order and discuss needed changes with C. Rubio for transmission to Paul Hastings (0.5). | 2.30 | $1,150.00 | $2,645.00 |
| 08/02/2023 | CMR | Attend hearing on motions for substantial contribution and discussion of dismisal order and related dismissal issues (1.8); review TCC draft dismissal order and discuss needed changes with L. Parkins and send marked up version to Paul Hastings (0.5). | 2.30 | $775.00 | $1,782.50 |
|  |  | **Quantity Subtotal** |  |  | **6.9** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Lenard M Parkins | 3.6 | $1,150.00 | $4,140.00 |

Page 1 of 2

| | | | |
|---|---|---|---|
| Charles Rubio | 3.3 | $775.00 | $2,557.50 |
| | | Quantity Total | 6.9 |
| | | Subtotal | $6,697.50 |
| | | Total | $6,697.50 |

Minus 20% Holdback Fee in the amount of $1,339.50.



# INVOICE

P&R Internal Reference # 943
Date: 08/22/2023

**Parkins & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinsrubio.com

LTL (Ad Hoc Committee)

**Project Category: Employment and Fee Applications**

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 07/10/2023 | GJ | Draft Fee Statements for April 2023 through May 2023 and forward the same to C. Rubio to make comments. | 6.50 | $200.00 | $1,300.00 |
| 07/11/2023 | GJ | Begin preparation work for the June 2023 Fee Statement. | 4.30 | $200.00 | $860.00 |
| 07/12/2023 | GJ | Review and revise April, 2023, May, 2023 and June, 2023 Fee Statements and forward to C. Rubio to finalize. | 4.40 | $200.00 | $880.00 |
| 07/20/2023 | CMR | Prepare materials requested by Jones Day in connection with the April and May fee statements and send to I. Perez. | 0.40 | $775.00 | $310.00 |
| 07/20/2023 | GJ | Pull LEDES files for April 2023, May 2023 and Beneficiary Confirmation form to C. Rubio to review. | 0.40 | $200.00 | $80.00 |
| 08/02/2023 | GJ | Review and prepare CNO for Fee Statements and circulate the same to C. Rubio to review and finalize. | 0.60 | $200.00 | $120.00 |
| 08/02/2023 | CMR | Review draft dismissal order and order providing for reimbursement of AHC professional fees and draft proposed insert to dismissal order and send to L. Parkins for comments. | 0.50 | $775.00 | $387.50 |
| 08/11/2023 | GJ | Pull and circulate LEDES files for June 2023 fee statement. | 0.20 | $200.00 | $40.00 |

|  | Quantity Subtotal | 17.3 |
|---|---|---|

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Charles Rubio | 0.9 | $775.00 | $697.50 |
| Gloria Jackson | 16.4 | $200.00 | $3,280.00 |
|  |  | **Quantity Total** | **17.3** |
|  |  | **Subtotal** | **$3,977.50** |
|  |  | **Total** | **$3,977.50** |

Minus 20% Holdback Fee in the amount of $795.50.



# INVOICE

P&R Internal Reference # 944
Date: 08/22/2023

**Parkins & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinsrubio.com

LTL (Ad Hoc Committee)

**Project Category: Litigation**

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 07/20/2023 | CMR | Review Debtor's proposed findings of facts and conclusions of law in connection with MTD. | 0.90 | $775.00 | $697.50 |
| 07/28/2023 | LMP | Calls with J. Onder on order dismissing chapter 11 case (.5); review dismissal decision (1.6). | 2.10 | $1,150.00 | $2,415.00 |
| 07/29/2023 | CMR | Analyze order granting motions to dismiss. | 2.20 | $775.00 | $1,705.00 |
| 08/01/2023 | CMR | Further review and analyze order on motion to dismiss to prepare for hearing with AHC Steerco on next steps (.6); internal meeting with L. Parkins and M. Cooper to discuss MTD standard for Honx case (asbestos case in S.D. Tex. Bankr.) in connection with analyzing next steps for the Debtor and the AHC (1.2). | 1.80 | $775.00 | $1,395.00 |
| 08/01/2023 | LMP | Internal meeting with C. Rubio and M. Cooper to discuss MTD standard for Honx case (asbestos case in S.D. Tex. Bankr.) in connection with analyzing next steps for the Debtor and the AHC (1.2). | 1.20 | $1,150.00 | $1,380.00 |
| 08/01/2023 | MRC | Internal meeting with L. Parkins and C. Rubio to discuss MTD standard for Honx case (asbestos case in S.D. Tex. Bankr.) in connection with analyzing next steps for the Debtor and the AHC. | 1.20 | $450.00 | $540.00 |

| Date | Initials | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 08/02/2023 | CMR | Attend hearing on motions for substantial contribution. | 1.80 | $775.00 | $1,395.00 |
| 08/07/2023 | CMR | Review and make comments to letter to Kaplan regarding dismissal order and send back to Paul Hastings. | 0.30 | $775.00 | $232.50 |
| 08/07/2023 | LMP | Review and make comments to letter to Kaplan regarding dismissal order and send to C. Rubio to incorporate comments. | 0.30 | $1,150.00 | $345.00 |
| | | | **Quantity Subtotal** | | **11.8** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Lenard M Parkins | 3.6 | $1,150.00 | $4,140.00 |
| Moira Rankin Cooper | 1.2 | $450.00 | $540.00 |
| Charles Rubio | 7.0 | $775.00 | $5,425.00 |
| | **Quantity Total** | | **11.8** |
| | | **Subtotal** | **$10,105.00** |
| | | **Total** | **$10,105.00** |

Minus 20% Holdback Fee in the amount of $2,021.00.



# INVOICE

P&R Internal Reference # 945
Date: 08/22/2023

**Parkins & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinsrubio.com

LTL (Ad Hoc Committee)

**Project Category: Plan and Disclosure Statement**

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 07/10/2023 | CMR | Review Debtor's revised disclosure statement (3.4); call with L. Parkins to discuss same (.6); follow up email with co-counsel regarding same (.2). | 4.20 | $775.00 | $3,255.00 |
| 07/10/2023 | LMP | Review and comment on newly delivered draft of disclosure statement for filing by Debtor-LTL (3.1); call with C. Rubio regarding comments (.6). | 3.70 | $1,150.00 | $4,255.00 |
| 07/11/2023 | LMP | Review and comment on new updated TDP's sent by Debtor for filing along with disclosure statement (7.1) call with C. Rubio regarding same (.4); call with J. Onder regarding same (.3). | 7.80 | $1,150.00 | $8,970.00 |
| 07/11/2023 | GJ | Prepare binders for the revised TDP and forward the same to L. Parkins to review. | 0.60 | $200.00 | $120.00 |
| 07/11/2023 | CMR | Detailed review of revised TDP and prepare updated TDP issues list and email to J. Onder (8.8); call with L. Parkins regarding same (.4) | 9.20 | $775.00 | $7,130.00 |
| 07/12/2023 | GJ | Print Amended Disclosure Statement, create binders and forward to L. Parkins to review. | 0.70 | $200.00 | $140.00 |
| 07/12/2023 | CMR | Call with L. Parkins (1.0) and J. Onder regarding TDP | 1.60 | $775.00 | $1,240.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | issues (,4); prepare email to Steerco and co-counsel to set up call regarding TDP issues (.2). | | | |
| 07/12/2023 | | LMP | Call with C. Rubio to go over comments to new TDP from debtor (1.0); call with J. Onder regarding new TDP and issues regarding it (.4). | 1.40 | $1,150.00 | $1,610.00 |
| 07/16/2023 | | CMR | Call with J. Onder, R. Siko and co-counsel to discuss revised TDP issues list (1.5); further revise TDP issues list and circulate to Steerco and co-counsel and set up follow up call (1.5). | 3.00 | $775.00 | $2,325.00 |
| 07/16/2023 | | LMP | Extended Zoom call with committee counsel and steering committee to discuss TDP status and updates (1.5). | 1.40 | $1,150.00 | $1,610.00 |
| 07/18/2023 | | CMR | Coordinate meeting time on plan and TDP issues with M. Michelli (.2); call with L. Parkins regarding outstanding TDP issues and next steps (.3). | 0.50 | $775.00 | $387.50 |
| 07/18/2023 | | LMP | Call with C. Rubio regarding outstanding TDP issues and next steps (.3). | 0.30 | $1,150.00 | $345.00 |
| 07/19/2023 | | GJ | Prepare Disclosure Statement and Notice of Disclosure Hearing binders for L. Parkins to review. | 1.70 | $200.00 | $340.00 |
| 07/19/2023 | | CMR | Call with K. Lounsberry and AHC Co-counsel to review TDP and Plan issues (3.1); call with Steerco to discuss TDP issues (1.4). | 4.50 | $775.00 | $3,487.50 |
| 07/19/2023 | | LMP | Extended call with counsel for J&J and Debtor to review TDP issues (3.1); call with steering committee of AHOC to discuss TDP issues and plan issues (1.0); memo to committee co-chair on strategy (.4). | 4.50 | $1,150.00 | $5,175.00 |
| 07/21/2023 | | JC | Review docket and gather and assemble bar date pleadings for L. Parkins review; forward same for review. | 3.30 | $200.00 | $660.00 |
| 07/22/2023 | | JC | Review docket and gather and assemble pleading regarding estimation proceedings for review for L. Parkins; forward same for review. | 2.20 | $200.00 | $440.00 |
| 07/24/2023 | | CMR | Review Imerys Settlement term sheet (1.1); call with L. Parkins to discuss same (.9). | 2.00 | $775.00 | $1,550.00 |
| 07/24/2023 | | LMP | Review plan issues list from Paul Hastings and draft of Settlement term Sheet for IMERYS/Cyprus and LTL (1.0); call with C. Rubio regarding term sheet settlement structure (.9); transmit same to J. Onder and M. Nachawati (.3). | 2.20 | $1,150.00 | $2,530.00 |

| Date | TK | Description | Qty | Rate | Total |
|---|---|---|---|---|---|
| 07/25/2023 | CMR | Review updated plan issues list from Paul Hastings (.5); call with L. Parkins to discuss plan issues, Imerys term sheet (.6); call with Streerco and co-counsel to discuss same (1.0); follow up email to Steerco regarding interrogatories for claim portfolio (.2). | 2.30 | $775.00 | $1,782.50 |
| 07/25/2023 | LMP | Review updated plan issues list from Paul Hastings (.5); review new settlement term sheet for deal with LTL and Imerys/Cyprus (.8); call with J. Onder regarding Imerys/Cyprus term sheet (.6); call with Steerco to discuss plan issues list and draft of proposed settlement term sheet for IMERYS - LTL deal discussion (1.0); call with C. Rubio to discuss plan issues, Imerys term sheet (.6). | 3.50 | $1,150.00 | $4,025.00 |
| | | | **Quantity Subtotal** | | **60.6** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Lenard M Parkins | 24.8 | $1,150.00 | $28,520.00 |
| Charles Rubio | 27.3 | $775.00 | $21,157.50 |
| Jennifer Cook | 5.5 | $200.00 | $1,100.00 |
| Gloria Jackson | 3.0 | $200.00 | $600.00 |
| | **Quantity Total** | | **60.6** |
| | | **Subtotal** | **$51,377.50** |
| | | **Total** | **$51,377.50** |

Minus 20% Holdback Fee in the amount of $10,275.50.



# INVOICE

P&R Internal Reference # 946
Date: 08/22/2023

**Parkins & Rubio LLP**
700 Milam Street, Suite 1300
Houston, Texas 77002
United States
www.parkinsrubio.com

LTL (Ad Hoc Committee)

**Project Category: Expenses**

| Type | Attorney | Date | Description | Total |
|---|---|---|---|---|
| Expense | LMP | 06/12/2023 | Hotel stay for court hearing. | $234.98 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| | | Subtotal | $234.98 |
| | | Total | $234.98 |

Page 1 of 1