| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> **WOLLMUTH MAHER & DEUTSCH LLP** <br> Paul R. DeFilippo, Esq. <br> 500 Fifth Avenue <br> New York, New York 10110 <br> Telephone: (212) 382-3300 <br> Facsimile: (212) 382-0050 <br> pdefilippo@wmd-law.com <br> **JONES DAY** <br> Gregory M. Gordon, Esq. <br> Brad B. Erens, Esq. <br> Dan B. Prieto, Esq. <br> Amanda Rush, Esq. <br> 2727 N. Harwood Street <br> Dallas, Texas 75201 <br> Telephone: (214) 220-3939 <br> Facsimile: (214) 969-5100 <br> gmgordon@jonesday.com <br> bberens@jonesday.com <br> dbprieto@jonesday.com <br> asrush@jonesday.com <br> (Admitted *pro hac vice*) <br> *ATTORNEYS FOR DEBTOR* | |
| In re: <br><br> LTL MANAGEMENT LLC,[1] <br><br>                                Debtor. | Chapter 11 <br><br> Case No.: 23-12825 (MBK) <br><br> Judge: Michael B. Kaplan |

### ORDER ALLOWING FIRST AND FINAL FEE APPLICATION OF WOLLMUTH MAHER & DEUTSCH LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL FOR CHAPTER 11 DEBTOR FOR THE PERIOD FROM APRIL 4, 2023 THROUGH AUGUST 11, 2023

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption: Order Allowing First and Final Fee Application of Wollmuth Maher & Deutsch LLP for Allowance of Fees and Reimbursement of Expenses Incurred as Counsel for Chapter 11 Debtor for the Period from April 4, 2023 Through August 11, 2023

Upon the First and Final Fee Application of Wollmuth Maher & Deutsch, LLP for Allowance Fees and Reimbursement of Expenses Incurred as Counsel for Chapter 11 Debtor for the Period From April 4, 2023 Through August 11, 2023 (the "Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Debtor.

**IT IS HEREBY ORDERED** that:

1. The Application is granted on a final basis as provided herein.

2. Applicant shall be allowed, on a final basis, fees in the amount of $1,547,686.00, plus disbursements of $24,326.62.

3. The Debtor is authorized and directed to make payment of the outstanding amount of such sums allowed to Wollmuth Maher & Deutsch, LLP.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.