**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

## FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Houlihan Lokey Capital, Inc. |
| Case No.: | 23-12825 (MBK) | Client: | Official Committee of Talc Claimants |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

### SECTION I
### FEE SUMMARY

Interim Fee Application No. _____ or  [X] Final Fee Application

| | FEES | EXPENSES |
|---|---|---|
| Total Fees and Expenses Previously Requested (4.14 – 6.30)[1] | $1,200,000.00 | - |
| Monthly Fees and Expenses for 7.1-8.11[2] | $163,709.68 | $2,786.36 |
| Net Discretionary Fee[3] | $2,000,000.00 | - |
| **Total Fees Requested for Final Approval** | **$3,363,709.68** | **$2,786.36** |

Note:

| | |
|---|---|
| Total Received by Applicant[4] | $960,000.00 |
| Total Holdback Outstanding[5] | $240,000.00 |
| **Total Fee Application - Final** | **$3,366,496.04** |

---

[1] See [Doc. No. 1054, 1055, and 1056] for Houlihan Lokey's monthly fee statements for April, May, and June of 2023

[2] Pursuant to section 3(i) of Houlihan Lokey's Engagement Agreement, Houlihan Lokey's monthly fee is billed in advance each month, beginning on April 14. Monthly Fees for the period of July 1, 2023 through August 11, 2023 represent a prorated amount of Houlihan Lokey's $175,000 monthly fee payable on July 14 2023, through dismissal on August 11, 2023

[3] Pursuant to section 3(iii) of Houlihan Lokey's Engagement Agreement, a net discretionary fee of $2,000,000 was approved by the Committee using its business judgement based on the extraordinary services provided to the Committee by Houlihan Lokey

[4] $960,000 was paid to Houlihan Lokey on August 8, 2023 for monthly fee statements covering April, May, and June of 2023 that were unobjected

[5] As of the date of this application, $240,000 in holdbacks remain outstanding from Houlihan Lokey's April, May, and June 2023 monthly fee statements

## SECTION I *(Continued)*
## FEE SUMMARY

| NAME OF PROFESSIONAL | TITLE | HOURS |
|---|---|---|
| 1.  Saul Burian | Managing Director | 209.0 |
| 2.  Tom Hedus | Director | 328.5 |
| 3.  Tim Petersen | Vice President | 525.5 |
| 4.  Tope Odusanya | Associate | 446.0 |
| 5.  Danny Gendler | Analyst | 408.5 |
| 6.  Charlie Vrattos | Analyst | 568.5 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS |
|---|---:|
| a)  Case Administration/Disbursements | 4.0 |
| b)  Asset Analysis and Recovery | 0.0 |
| c)  Asset Disposition | 0.0 |
| d)  Relief from Stay/Adequate Protection Proceedings | 12.0 |
| e)  Meetings of and Communications with Committee/Creditors | 40.0 |
| f)  Meetings of and Communications with Co-Counsel | 183.5 |
| g)  Other | 8.0 |
| h)  Fee/Employment Applications | 167.0 |
| i)  Fee/Employment Objections | 0.5 |
| j)  Contested Matters/Litigations (General) | 374.5 |
| k)  Non-Working Travel | 9.0 |
| l)  Business Operations | 0.0 |
| m) Claims Administration and Objections | 0.0 |
| n)  Plan and Disclosure Statement | 102.5 |
| o)  Mediation/Settlement | 5.5 |
| p)  Court Attendance | 240.0 |
| q)  Injunction Litigation in Adversary and Related Appeals | 14.5 |
| r)  Dismissal/Trustee/Examiner Matters | 1,021.5 |
| s)  Financial Due Diligence | 267.0 |
| t)  Document Review | 36.5 |
| **SERVICES TOTAL:** | 2,486.0 |

## SECTION III
## SUMMARY OF EXPENSES

| EXPENSES | AMOUNT |
|---|---:|
| a)  Lodging, Travel and Overtime Meals | $519.67 |
| b)  Telephone and Data | $25.35 |
| c)  Transportation | $2,241.34 |
| **EXPENSES TOTAL:** | **$2,786.36** |

I certify under penalty of perjury that the above is true.

Date: September 8, 2023

_____
Signature
Saul E. Burian