**EXHIBIT B**
Summary of Timekeepers Included in this Fee Application

| Name | Title | 4/14/23 – 8/11/23 Hours |
|---|---|---|
| Saul Burian | Managing Director | 209.0 |
| Tom Hedus | Director | 328.5 |
| Tim Petersen | Vice President | 525.5 |
| Tope Odusanya | Associate | 446.0 |
| Danny Gendler | Analyst | 408.5 |
| Charlie Vrattos | Analyst | 568.5 |
|  | **TOTALS:** | **2,486.0** |

| | |
|---|---|
| Case Name: | LTL Management LLC |
| Case Number: | 23-12825 |
| Applicant's Name: | Houlihan Lokey Capital, Inc. |
| Date of Application: | September 8, 2023 |
| Interim or Final: | Final |

Detailed Timekeepers Included in this Fee Application

*Detailed schedules of timekeepers previously submitted via the monthly fee statements for April, May, and June 2023 are not included*

**LTL Management LLC**
*Houlihan Lokey Work Hours Summary*                                                                                                                                                            *(Jul. 01, 2023 - Jul. 31, 2023)*

**Houlihan Lokey - LTL Management LLC Work Hours Summary**
**(Jul. 01, 2023 - Jul. 31, 2023)**

| Employee | 001 | 002 | 003 | 004 | 005 | 006 | 007 | 008 | 009 | 010 | 011 | 012 | 013 | 014 | 015 | 016 | 017 | 018 | 019 | 020 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Saul Burian | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 3.5 | 0.0 | 0.0 | 0.0 | 1.5 | 0.0 | 0.0 | 0.0 | 4.0 | 0.5 | 0.0 | 1.0 | 2.5 | 3.5 | 0.0 | 18.5 |
| Tom Hedus | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 6.5 | 0.0 | 3.0 | 0.0 | 1.5 | 0.0 | 0.0 | 0.0 | 10.5 | 0.5 | 0.0 | 1.0 | 3.0 | 5.5 | 0.0 | 33.5 |
| Tim Petersen | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 4.5 | 0.0 | 4.0 | 0.0 | 1.5 | 0.0 | 0.0 | 0.0 | 10.0 | 0.5 | 0.0 | 1.0 | 3.0 | 6.5 | 0.0 | 33.0 |
| Tope Odusanya | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 5.0 | 0.0 | 4.0 | 0.0 | 1.5 | 0.0 | 0.0 | 0.0 | 13.0 | 0.5 | 0.0 | 1.0 | 3.0 | 11.0 | 0.0 | 41.0 |
| Charlie Vrattos | 0.5 | 0.0 | 0.0 | 0.0 | 2.0 | 4.0 | 0.0 | 21.5 | 0.0 | 1.5 | 0.0 | 0.0 | 0.0 | 14.0 | 0.5 | 0.0 | 1.0 | 3.0 | 13.0 | 0.0 | 61.0 |
| **Total** | **0.5** | **0.0** | **0.0** | **0.0** | **10.0** | **23.5** | **0.0** | **32.5** | **0.0** | **7.5** | **0.0** | **0.0** | **0.0** | **51.5** | **2.5** | **0.0** | **5.0** | **14.5** | **39.5** | **0.0** | **187.0** |

**Legend**

| | |
|---|---|
| 001 | Case Administration/Disbursements |
| 002 | Asset Analysis and Recovery |
| 003 | Asset Disposition |
| 004 | Relief from Stay/Adequate Protection Proceedings |
| 005 | Meetings and Communications with Committee/Creditors |
| 006 | Meetings and Communications with Co-Counsel |
| 007 | Other |
| 008 | Fee/Employment Applications |
| 009 | Fee/Employment Objections |
| 010 | Contested Matters/Litigation (General) |
| 011 | Non-Working Travel |
| 012 | Business Operations |
| 013 | Claims Administration and Objections |
| 014 | Plan and Disclosure Statement |
| 015 | Mediation/Settlement |
| 016 | Court Attendance |
| 017 | Injunction Litigation in Adversary and Related Appeals |
| 018 | Dismissal/Trustee/Examiner Matters |
| 019 | Financial Due Diligence |
| 020 | Document Review |

**LTL Management LLC**
*Houlihan Lokey Time Sheet*                                                                                          (Jul. 01, 2023 - Jul. 31, 2023)

|  |  |
|---|---|
| Hours for: | **Saul Burian** |
| Month of: | **July 2023** |
| Total Hours: | **18.5** |

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, July 7, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of draft TCC motion for entry of an order authorizing an estimation of current talc claims for voting purposes |
| Friday, July 7, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of draft TCC motion for entry of an order establishing a deadline for filing proofs of claim |
| Tuesday, July 11, 2023 | 014 | Plan and Disclosure Statement | 1.0 | Review of Debtor's solicitation procedure motion |
| Tuesday, July 11, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of TCC motion for entry of an order authorizing an estimation of current talc claims for voting purposes |
| Wednesday, July 12, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Thursday, July 13, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of Kenvue filings |
| Monday, July 17, 2023 | 014 | Plan and Disclosure Statement | 1.0 | Review of trust distribution procedures |
| Tuesday, July 18, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of order extending the preliminary injunction |
| Wednesday, July 19, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Wednesday, July 19, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of application for order shortening time and certain other relief |
| Wednesday, July 19, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft letter to debtor counsel demanding withdrawal of solicitation directive |
| Wednesday, July 19, 2023 | 015 | Mediation/Settlement | 0.5 | Review of Law360 article regarding Emory Hernandez Valadez verdict |
| Wednesday, July 19, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of TCC's proposed findings of facts and conclusions in support of its motion to dismiss |
| Thursday, July 20, 2023 | 019 | Financial Due Diligence | 1.5 | Research and analysis in connection with Kenvue spinoff |
| Friday, July 21, 2023 | 019 | Financial Due Diligence | 1.0 | Review of J&J earnings release |
| Friday, July 21, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of letter to Judge Michael Kaplan regarding Debtor's improper solicitation |
| Friday, July 21, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of notice of appeal of order extending the preliminary injunction |
| Saturday, July 22, 2023 | 019 | Financial Due Diligence | 1.0 | Review of Kenvue earnings release |
| Monday, July 24, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors regarding estimation |
| Wednesday, July 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Friday, July 28, 2023 | 005 | Meetings and Communications with | 1.0 | Call with Advisors and Members |
| Friday, July 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of Johnson & Johnson press release regarding appeal of bankruptcy court ruling |
| Friday, July 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.5 | Review of memorandum opinion dismissing the second bankruptcy of LTL Management |
| Monday, July 31, 2023 | 005 | Meetings and Communications with | 1.0 | Call with Advisors and Members |

LTL Management LLC
*Houlihan Lokey Time Sheet*                                                                                                              (Jul. 01, 2023 - Jul. 31, 2023)

|  |  |
|---|---|
| Hours for: | Tom Hedus |
| Month of: | July 2023 |
| Total Hours: | 33.5 |

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, July 7, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of draft TCC motion for entry of an order authorizing an estimation of current talc claims for voting purposes |
| Friday, July 7, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of draft TCC motion for entry of an order establishing a deadline for filing proofs of claim |
| Tuesday, July 11, 2023 | 014 | Plan and Disclosure Statement | 1.0 | Review of Debtor's solicitation procedure motion |
| Tuesday, July 11, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of TCC motion for entry of an order authorizing an estimation of current talc claims for voting purposes |
| Wednesday, July 12, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Wednesday, July 12, 2023 | 008 | Fee/Employment Applications | 1.0 | Fee statement review |
| Thursday, July 13, 2023 | 008 | Fee/Employment Applications | 1.0 | Fee statement review |
| Thursday, July 13, 2023 | 014 | Plan and Disclosure Statement | 1.0 | Review of Kenvue filings |
| Monday, July 17, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Coordination with Advisors regarding analysis of trust distribution procedures |
| Monday, July 17, 2023 | 008 | Fee/Employment Applications | 1.0 | Fee statement review |
| Monday, July 17, 2023 | 014 | Plan and Disclosure Statement | 1.0 | Review of disclosure statement |
| Monday, July 17, 2023 | 014 | Plan and Disclosure Statement | 1.0 | Review of Kenvue filings |
| Monday, July 17, 2023 | 014 | Plan and Disclosure Statement | 1.0 | Review of trust distribution procedures |
| Tuesday, July 18, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of order extending the preliminary injunction |
| Wednesday, July 19, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Wednesday, July 19, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of application for order shortening time and certain other relief |
| Wednesday, July 19, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft letter to debtor counsel demanding withdrawal of solicitation directive |
| Wednesday, July 19, 2023 | 015 | Mediation/Settlement | 0.5 | Review of Law360 article regarding Emory Hernandez Valadez verdict |
| Wednesday, July 19, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of TCC's proposed findings of facts and conclusions in support of its motion to dismiss |
| Thursday, July 20, 2023 | 019 | Financial Due Diligence | 1.5 | Research and analysis in connection with Kenvue spinoff |
| Friday, July 21, 2023 | 019 | Financial Due Diligence | 1.0 | Review of J&J earnings release |
| Friday, July 21, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of letter to Judge Michael Kaplan regarding Debtor's improper solicitation |
| Friday, July 21, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of notice of appeal of order extending the preliminary injunction |
| Saturday, July 22, 2023 | 019 | Financial Due Diligence | 1.0 | Review of Kenvue earnings release |
| Monday, July 24, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors regarding estimation |
| Monday, July 24, 2023 | 019 | Financial Due Diligence | 1.0 | Monthly operating report review and analysis with respect to LTL and RAM |
| Monday, July 24, 2023 | 019 | Financial Due Diligence | 1.0 | Research and analysis in connection with Kenvue spinoff |
| Tuesday, July 25, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Coordination with Advisors regarding monthly operating report review and analysis |
| Wednesday, July 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Wednesday, July 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Thursday, July 27, 2023 | 014 | Plan and Disclosure Statement | 2.0 | Review of precedent cases |
| Friday, July 28, 2023 | 005 | Meetings and Communications with | 1.0 | Call with Advisors and Members |
| Friday, July 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of Johnson & Johnson press release regarding appeal of bankruptcy court ruling |
| Friday, July 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.5 | Review of memorandum opinion dismissing the second bankruptcy of LTL Management |
| Friday, July 28, 2023 | 014 | Plan and Disclosure Statement | 2.0 | Review of precedent cases |
| Saturday, July 29, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Saturday, July 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft dismissal order |
| Monday, July 31, 2023 | 005 | Meetings and Communications with | 1.0 | Call with Advisors and Members |

**LTL Management LLC**
*Houlihan Lokey Time Sheet*                                                                                                                      (Jul. 01, 2023 - Jul. 31, 2023)

| | |
|---:|:---|
| Hours for: | Tim Petersen |
| Month of: | July 2023 |
| Total Hours: | 33.0 |

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, July 7, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of draft TCC motion for entry of an order authorizing an estimation of current talc claims for voting purposes |
| Friday, July 7, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of draft TCC motion for entry of an order establishing a deadline for filing proofs of claim |
| Sunday, July 9, 2023 | 008 | Fee/Employment Applications | 1.0 | Fee statement preparation |
| Tuesday, July 11, 2023 | 014 | Plan and Disclosure Statement | 1.0 | Review of Debtor's solicitation procedure motion |
| Tuesday, July 11, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of TCC motion for entry of an order authorizing an estimation of current talc claims for voting purposes |
| Wednesday, July 12, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Wednesday, July 12, 2023 | 008 | Fee/Employment Applications | 1.0 | Fee statement review |
| Thursday, July 13, 2023 | 008 | Fee/Employment Applications | 1.0 | Fee statement review |
| Monday, July 17, 2023 | 008 | Fee/Employment Applications | 1.0 | Fee statement review |
| Monday, July 17, 2023 | 014 | Plan and Disclosure Statement | 2.5 | Review of disclosure statement |
| Monday, July 17, 2023 | 014 | Plan and Disclosure Statement | 1.0 | Review of trust distribution procedures |
| Tuesday, July 18, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of order extending the preliminary injunction |
| Wednesday, July 19, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Wednesday, July 19, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of application for order shortening time and certain other relief |
| Wednesday, July 19, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft letter to debtor counsel demanding withdrawal of solicitation directive |
| Wednesday, July 19, 2023 | 015 | Mediation/Settlement | 0.5 | Review of Law360 article regarding Emory Hernandez Valadez verdict |
| Wednesday, July 19, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of TCC's proposed findings of facts and conclusions in support of its motion to dismiss |
| Thursday, July 20, 2023 | 019 | Financial Due Diligence | 1.5 | Research and analysis in connection with Kenvue spinoff |
| Friday, July 21, 2023 | 019 | Financial Due Diligence | 1.0 | Review of J&J earnings release |
| Friday, July 21, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of letter to Judge Michael Kaplan regarding Debtor's improper solicitation |
| Friday, July 21, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of notice of appeal of order extending the preliminary injunction |
| Saturday, July 22, 2023 | 019 | Financial Due Diligence | 1.0 | Review of Kenvue earnings release |
| Monday, July 24, 2023 | 019 | Financial Due Diligence | 2.0 | Monthly operating report review and analysis with respect to LTL and RAM |
| Monday, July 24, 2023 | 019 | Financial Due Diligence | 1.0 | Research and analysis in connection with Kenvue spinoff |
| Tuesday, July 25, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Coordination with Advisors regarding monthly operating report review and analysis |
| Wednesday, July 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Thursday, July 27, 2023 | 014 | Plan and Disclosure Statement | 2.0 | Review of precedent cases |
| Friday, July 28, 2023 | 005 | Meetings and Communications with | 1.0 | Call with Advisors and Members |
| Friday, July 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of Johnson & Johnson press release regarding appeal of bankruptcy court ruling |
| Friday, July 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.5 | Review of memorandum opinion dismissing the second bankruptcy of LTL Management |
| Friday, July 28, 2023 | 014 | Plan and Disclosure Statement | 2.0 | Review of precedent cases |
| Saturday, July 29, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Saturday, July 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft dismissal order |
| Monday, July 31, 2023 | 005 | Meetings and Communications with | 1.0 | Call with Advisors and Members |

**LTL Management LLC**
*Houlihan Lokey Time Sheet*                                                                               (Jul. 01, 2023 - Jul. 31, 2023)

|  |  |
|---|---|
| Hours for: | Tope Odusanya |
| Month of: | July 2023 |
| Total Hours: | 41.0 |

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, July 7, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of draft TCC motion for entry of an order authorizing an estimation of current talc claims for voting purposes |
| Friday, July 7, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of draft TCC motion for entry of an order establishing a deadline for filing proofs of claim |
| Tuesday, July 11, 2023 | 014 | Plan and Disclosure Statement | 1.0 | Review of Debtor's solicitation procedure motion |
| Tuesday, July 11, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of TCC motion for entry of an order authorizing an estimation of current talc claims for voting purposes |
| Wednesday, July 12, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Wednesday, July 12, 2023 | 008 | Fee/Employment Applications | 1.0 | Fee statement review |
| Thursday, July 13, 2023 | 008 | Fee/Employment Applications | 1.0 | Fee statement review |
| Monday, July 17, 2023 | 008 | Fee/Employment Applications | 1.0 | Fee statement preparation |
| Monday, July 17, 2023 | 008 | Fee/Employment Applications | 1.0 | Fee statement review |
| Monday, July 17, 2023 | 014 | Plan and Disclosure Statement | 2.5 | Review of disclosure statement |
| Monday, July 17, 2023 | 014 | Plan and Disclosure Statement | 2.0 | Review of trust distribution procedures |
| Tuesday, July 18, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of order extending the preliminary injunction |
| Wednesday, July 19, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Wednesday, July 19, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of application for order shortening time and certain other relief |
| Wednesday, July 19, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft letter to debtor counsel demanding withdrawal of solicitation directive |
| Wednesday, July 19, 2023 | 015 | Mediation/Settlement | 0.5 | Review of Law360 article regarding Emory Hernandez Valadez verdict |
| Wednesday, July 19, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of TCC's proposed findings of facts and conclusions in support of its motion to dismiss |
| Thursday, July 20, 2023 | 019 | Financial Due Diligence | 3.0 | Research and analysis in connection with Kenvue spinoff |
| Friday, July 21, 2023 | 019 | Financial Due Diligence | 2.0 | Review of J&J earnings release |
| Friday, July 21, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of letter to Judge Michael Kaplan regarding Debtor's improper solicitation |
| Friday, July 21, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of notice of appeal of order extending the preliminary injunction |
| Saturday, July 22, 2023 | 019 | Financial Due Diligence | 2.0 | Review of Kenvue earnings release |
| Monday, July 24, 2023 | 019 | Financial Due Diligence | 3.0 | Monthly operating report review and analysis with respect to LTL and RAM |
| Monday, July 24, 2023 | 019 | Financial Due Diligence | 1.0 | Research and analysis in connection with Kenvue spinoff |
| Wednesday, July 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Wednesday, July 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Thursday, July 27, 2023 | 014 | Plan and Disclosure Statement | 3.0 | Review of precedent cases |
| Friday, July 28, 2023 | 005 | Meetings and Communications with | 1.0 | Call with Advisors and Members |
| Friday, July 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of Johnson & Johnson press release regarding appeal of bankruptcy court ruling |
| Friday, July 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.5 | Review of memorandum opinion dismissing the second bankruptcy of LTL Management |
| Friday, July 28, 2023 | 014 | Plan and Disclosure Statement | 3.0 | Review of precedent cases |
| Saturday, July 29, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Saturday, July 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft dismissal order |
| Monday, July 31, 2023 | 005 | Meetings and Communications with | 1.0 | Call with Advisors and Members |

**LTL Management LLC**
*Houlihan Lokey Time Sheet* (Jul. 01, 2023 - Jul. 31, 2023)

Hours for: **Charlie Vrattos**
Month of: **July 2023**
Total Hours: **61.0**

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, July 3, 2023 | 001 | Case Administration/Disbursements | 0.5 | Case administration |
| Wednesday, July 5, 2023 | 008 | Fee/Employment Applications | 3.0 | Fee statement preparation |
| Thursday, July 6, 2023 | 008 | Fee/Employment Applications | 2.0 | Fee statement preparation |
| Friday, July 7, 2023 | 008 | Fee/Employment Applications | 3.0 | Fee statement preparation |
| Friday, July 7, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of draft TCC motion for entry of an order authorizing an estimation of current talc claims for voting purposes |
| Friday, July 7, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of draft TCC motion for entry of an order establishing a deadline for filing proofs of claim |
| Saturday, July 8, 2023 | 008 | Fee/Employment Applications | 2.0 | Fee statement preparation |
| Sunday, July 9, 2023 | 008 | Fee/Employment Applications | 2.5 | Fee statement preparation |
| Monday, July 10, 2023 | 008 | Fee/Employment Applications | 2.5 | Fee statement preparation |
| Tuesday, July 11, 2023 | 014 | Plan and Disclosure Statement | 1.0 | Review of Debtor's solicitation procedure motion |
| Tuesday, July 11, 2023 | 014 | Plan and Disclosure Statement | 0.5 | Review of TCC motion for entry of an order authorizing an estimation of current talc claims for voting purposes |
| Wednesday, July 12, 2023 | 006 | Meetings and Communications with Co-Counsel | 0.5 | Call with Advisors |
| Wednesday, July 12, 2023 | 008 | Fee/Employment Applications | 4.0 | Fee statement preparation |
| Monday, July 17, 2023 | 008 | Fee/Employment Applications | 2.0 | Fee statement preparation |
| Monday, July 17, 2023 | 014 | Plan and Disclosure Statement | 2.5 | Review of disclosure statement |
| Monday, July 17, 2023 | 014 | Plan and Disclosure Statement | 3.0 | Review of trust distribution procedures |
| Tuesday, July 18, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of order extending the preliminary injunction |
| Wednesday, July 19, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Wednesday, July 19, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of application for order shortening time and certain other relief |
| Wednesday, July 19, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of draft letter to debtor counsel demanding withdrawal of solicitation directive |
| Wednesday, July 19, 2023 | 015 | Mediation/Settlement | 0.5 | Review of Law360 article regarding Emory Hernandez Valadez verdict |
| Wednesday, July 19, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of TCC's proposed findings of facts and conclusions in support of its motion to dismiss |
| Thursday, July 20, 2023 | 019 | Financial Due Diligence | 3.0 | Research and analysis in connection with Kenvue spinoff |
| Friday, July 21, 2023 | 019 | Financial Due Diligence | 2.5 | Review of J&J earnings release |
| Friday, July 21, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of letter to Judge Michael Kaplan regarding Debtor's improper solicitation |
| Friday, July 21, 2023 | 017 | Injunction Litigation in Adversary and Related Appeals | 0.5 | Review of notice of appeal of order extending the preliminary injunction |
| Saturday, July 22, 2023 | 019 | Financial Due Diligence | 2.5 | Review of Kenvue earnings release |
| Monday, July 24, 2023 | 019 | Financial Due Diligence | 4.0 | Monthly operating report review and analysis with respect to LTL and RAM |
| Monday, July 24, 2023 | 019 | Financial Due Diligence | 1.0 | Research and analysis in connection with Kenvue spinoff |
| Tuesday, July 25, 2023 | 008 | Fee/Employment Applications | 0.5 | Fee statement preparation |
| Wednesday, July 26, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.5 | Call with Advisors |
| Thursday, July 27, 2023 | 014 | Plan and Disclosure Statement | 3.0 | Review of precedent cases |
| Friday, July 28, 2023 | 005 | Meetings and Communications with | 1.0 | Call with Advisors and Members |
| Friday, July 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of Johnson & Johnson press release regarding appeal of bankruptcy court ruling |
| Friday, July 28, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.5 | Review of memorandum opinion dismissing the second bankruptcy of LTL Management |
| Friday, July 28, 2023 | 014 | Plan and Disclosure Statement | 3.0 | Review of precedent cases |
| Saturday, July 29, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Saturday, July 29, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft dismissal order |
| Monday, July 31, 2023 | 005 | Meetings and Communications with | 1.0 | Call with Advisors and Members |

**LTL Management LLC**
*Houlihan Lokey Work Hours Summary*                                                                                                                                          *(Aug. 01, 2023 - Aug. 11, 2023)*

**Houlihan Lokey - LTL Management LLC Work Hours Summary**
**(Aug. 01, 2023 - Aug. 11, 2023)**

| Employee | 001 | 002 | 003 | 004 | 005 | 006 | 007 | 008 | 009 | 010 | 011 | 012 | 013 | 014 | 015 | 016 | 017 | 018 | 019 | 020 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Saul Burian | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.5 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 | 0.5 | 0.0 | 4.5 |
| Tom Hedus | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 2.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.5 | 3.0 | 0.0 | 9.0 |
| Tim Petersen | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 2.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.5 | 3.0 | 0.0 | 9.0 |
| Tope Odusanya | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 4.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.5 | 6.0 | 0.0 | 15.0 |
| Charlie Vrattos | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 7.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.5 | 8.0 | 0.0 | 21.0 |
| **Total** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **5.0** | **0.0** | **15.5** | **0.0** | **2.5** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **15.0** | **20.5** | **0.0** | **58.5** |

**Legend**

| | |
|---|---|
| 001 | Case Administration/Disbursements |
| 002 | Asset Analysis and Recovery |
| 003 | Asset Disposition |
| 004 | Relief from Stay/Adequate Protection Proceedings |
| 005 | Meetings and Communications with Committee/Creditors |
| 006 | Meetings and Communications with Co-Counsel |
| 007 | Other |
| 008 | Fee/Employment Applications |
| 009 | Fee/Employment Objections |
| 010 | Contested Matters/Litigation (General) |
| 011 | Non-Working Travel |
| 012 | Business Operations |
| 013 | Claims Administration and Objections |
| 014 | Plan and Disclosure Statement |
| 015 | Mediation/Settlement |
| 016 | Court Attendance |
| 017 | Injunction Litigation in Adversary and Related Appeals |
| 018 | Dismissal/Trustee/Examiner Matters |
| 019 | Financial Due Diligence |
| 020 | Document Review |

**LTL Management LLC**
*Houlihan Lokey Time Sheet*                                                                                                              (Aug. 01, 2023 - Aug. 11, 2023)

|  |  |
|---|---|
| Hours for: | **Saul Burian** |
| Month of: | **August 2023** |
| **Total Hours:** | **4.5** |

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, August 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft memo in support of proposed dismissal order |
| Tuesday, August 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft order dismissing Debtor's chapter 11 petition |
| Tuesday, August 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of order denying motion to disqualify Randi Ellis |
| Thursday, August 3, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Thursday, August 3, 2023 | 019 | Financial Due Diligence | 0.5 | Review of J&J 10-Q |
| Monday, August 7, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft TCC letter to Court regarding dismissal order |
| Thursday, August 10, 2023 | 008 | Fee/Employment Applications | 0.5 | Review of draft substantial contribution motion |
| Friday, August 11, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of order dismissing Debtor's chapter 11 petition |

**LTL Management LLC**
*Houlihan Lokey Time Sheet*                                                                                  (Aug. 01, 2023 - Aug. 11, 2023)

|  |  |
|---|---|
| Hours for: | Tom Hedus |
| Month of: | August 2023 |
| Total Hours: | 9.0 |

### Task Reference Table

| Code | Task | Code | Task |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, August 1, 2023 | 008 | Fee/Employment Applications | 0.5 | Fee statement preparation |
| Tuesday, August 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft memo in support of proposed dismissal order |
| Tuesday, August 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft order dismissing Debtor's chapter 11 petition |
| Tuesday, August 1, 2023 | 019 | Financial Due Diligence | 1.0 | Review of J&J 10-Q |
| Tuesday, August 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of order denying motion to disqualify Randi Ellis |
| Thursday, August 3, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Thursday, August 3, 2023 | 008 | Fee/Employment Applications | 1.0 | Fee statement preparation and review |
| Thursday, August 3, 2023 | 019 | Financial Due Diligence | 1.0 | Review of J&J 10-Q |
| Thursday, August 3, 2023 | 019 | Financial Due Diligence | 1.0 | Review of Kenvue 10-Q |
| Monday, August 7, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft TCC letter to Court regarding dismissal order |
| Thursday, August 10, 2023 | 008 | Fee/Employment Applications | 0.5 | Review of draft substantial contribution motion |
| Friday, August 11, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Review of order dismissing Debtor's chapter 11 petition |

**LTL Management LLC**
*Houlihan Lokey Time Sheet* (Aug. 01, 2023 - Aug. 11, 2023)

| | |
|---:|:---|
| Hours for: | Tim Petersen |
| Month of: | August 2023 |
| Total Hours: | 9.0 |

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, August 1, 2023 | 008 | Fee/Employment Applications | 0.5 | Fee statement preparation |
| Tuesday, August 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft memo in support of proposed dismissal order |
| Tuesday, August 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft order dismissing Debtor's chapter 11 petition |
| Tuesday, August 1, 2023 | 019 | Financial Due Diligence | 1.0 | Review of J&J 10-Q |
| Tuesday, August 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of order denying motion to disqualify Randi Ellis |
| Thursday, August 3, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Thursday, August 3, 2023 | 008 | Fee/Employment Applications | 1.0 | Fee statement preparation and review |
| Thursday, August 3, 2023 | 019 | Financial Due Diligence | 1.0 | Review of J&J 10-Q |
| Thursday, August 3, 2023 | 019 | Financial Due Diligence | 1.0 | Review of Kenvue 10-Q |
| Monday, August 7, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft TCC letter to Court regarding dismissal order |
| Thursday, August 10, 2023 | 008 | Fee/Employment Applications | 0.5 | Review of draft substantial contribution motion |
| Friday, August 11, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 1.0 | Review of order dismissing Debtor's chapter 11 petition |

**LTL Management LLC**
*Houlihan Lokey Time Sheet* (Aug. 01, 2023 - Aug. 11, 2023)

|  |  |
|---|---|
| Hours for: | **Tope Odusanya** |
| Month of: | **August 2023** |
| **Total Hours:** | **15.0** |

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, August 1, 2023 | 008 | Fee/Employment Applications | 1.5 | Fee statement preparation |
| Tuesday, August 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft memo in support of proposed dismissal order |
| Tuesday, August 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft order dismissing Debtor's chapter 11 petition |
| Tuesday, August 1, 2023 | 019 | Financial Due Diligence | 2.0 | Review of J&J 10-Q |
| Tuesday, August 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of order denying motion to disqualify Randi Ellis |
| Wednesday, August 2, 2023 | 019 | Financial Due Diligence | 2.0 | Review of Kenvue 10-Q |
| Thursday, August 3, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Thursday, August 3, 2023 | 008 | Fee/Employment Applications | 2.0 | Fee statement preparation and review |
| Thursday, August 3, 2023 | 019 | Financial Due Diligence | 2.0 | Review of J&J 10-Q |
| Monday, August 7, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft TCC letter to Court regarding dismissal order |
| Thursday, August 10, 2023 | 008 | Fee/Employment Applications | 0.5 | Review of draft substantial contribution motion |
| Friday, August 11, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 2.0 | Review of order dismissing Debtor's chapter 11 petition |

**LTL Management LLC**
*Houlihan Lokey Time Sheet*                                                                                          (Aug. 01, 2023 - Aug. 11, 2023)

|  | |
|---|---|
| Hours for: | **Charlie Vrattos** |
| Month of: | **August 2023** |
| Total Hours: | **21.0** |

### Task Reference Table

| | | | |
|---|---|---|---|
| 001 | Case Administration/Disbursements | 011 | Non-Working Travel |
| 002 | Asset Analysis and Recovery | 012 | Business Operations |
| 003 | Asset Disposition | 013 | Claims Administration and Objections |
| 004 | Relief from Stay/Adequate Protection Proceedings | 014 | Plan and Disclosure Statement |
| 005 | Meetings and Communications with Committee/Creditors | 015 | Mediation/Settlement |
| 006 | Meetings and Communications with Co-Counsel | 016 | Court Attendance |
| 007 | Other | 017 | Injunction Litigation in Adversary and Related Appeals |
| 008 | Fee/Employment Applications | 018 | Dismissal/Trustee/Examiner Matters |
| 009 | Fee/Employment Objections | 019 | Financial Due Diligence |
| 010 | Contested Matters/Litigation (General) | 020 | Document Review |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, August 1, 2023 | 008 | Fee/Employment Applications | 3.5 | Fee statement preparation |
| Tuesday, August 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft memo in support of proposed dismissal order |
| Tuesday, August 1, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft order dismissing Debtor's chapter 11 petition |
| Tuesday, August 1, 2023 | 019 | Financial Due Diligence | 2.5 | Review of J&J 10-Q |
| Tuesday, August 1, 2023 | 010 | Contested Matters/Litigation (General) | 0.5 | Review of order denying motion to disqualify Randi Ellis |
| Wednesday, August 2, 2023 | 019 | Financial Due Diligence | 2.5 | Review of Kenvue 10-Q |
| Thursday, August 3, 2023 | 006 | Meetings and Communications with Co-Counsel | 1.0 | Call with Advisors |
| Thursday, August 3, 2023 | 008 | Fee/Employment Applications | 3.0 | Fee statement preparation and review |
| Thursday, August 3, 2023 | 019 | Financial Due Diligence | 3.0 | Review of J&J 10-Q |
| Monday, August 7, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 0.5 | Review of draft TCC letter to Court regarding dismissal order |
| Thursday, August 10, 2023 | 008 | Fee/Employment Applications | 0.5 | Review of draft substantial contribution motion |
| Friday, August 11, 2023 | 018 | Dismissal/Trustee/Examiner Matters | 3.0 | Review of order dismissing Debtor's chapter 11 petition |

Summary of Services Performed by Project Category

| Project Category | 4/14/23 – 8/11/23 Hours |
|---|---|
| Case Administration/Disbursements | 4.0 |
| Asset Analysis and Recovery | 0.0 |
| Asset Disposition | 0.0 |
| Relief from Stay/Adequate Protection Proceedings | 12.0 |
| Meetings of and Communications with Committee/Creditors | 40.0 |
| Meetings of and Communications with Co-Counsel | 183.5 |
| Other | 8.0 |
| Fee/Employment Applications | 167.0 |
| Fee/Employment Objections | 0.5 |
| Contested Matters/Litigations (General) | 374.5 |
| Non-Working Travel | 9.0 |
| Business Operations | 0.0 |
| Claims Administration and Objections | 0.0 |
| Plan and Disclosure Statement | 102.5 |
| Mediation/Settlement | 5.5 |
| Court Attendance | 240.0 |
| Injunction Litigation in Adversary and Related Appeals | 14.5 |
| Dismissal/Trustee/Examiner Matters | 1,021.5 |
| Financial Due Diligence | 267.0 |
| Document Review | 36.5 |
| **TOTAL** | **2,486.0** |

Case Name:             LTL Management LLC
Case Number:           23-12825
Applicant's Name:      Houlihan Lokey Capital, Inc.
Date of Application:   September 8, 2023
Interim or Final:      Final