# EXHIBIT C

Summary of Expense Reimbursement Requested by Category

| Category | 4/14/23 – 8/11/23 Amount |
|---|---|
| Lodging, Travel and Overtime Meals | $519.67 |
| Telephone and Data | $25.35 |
| Transportation | $2,241.34 |
| TOTAL | $2,786.36 |

Case Name:           LTL Management LLC
Case Number:         23-12825
Applicant's Name:    Houlihan Lokey Capital, Inc.
Date of Application: September 8, 2023
Interim or Final:    Final

Detailed Expense Reimbursement

| | |
|---|---|
| Case Name: | LTL Management LLC |
| Case Number: | 23-12825 |
| Applicant's Name: | Houlihan Lokey Capital, Inc. |
| Date of Application: | September 8, 2023 |
| Interim or Final: | Final |

| Expense Date | Expenditure Type | Amount | Employee | Vendor |
|---|---|---|---|---|
| 6/7/2023 | Lodging, Travel, and Overtime Meals | 14.61 | Burian, Saul E. | Tamam |
| 6/28/2023 | Lodging, Travel, and Overtime Meals | 199.00 | Petersen, Timothy Norman | Princeton Marriott |
| 6/28/2023 | Lodging, Travel, and Overtime Meals | 29.10 | Petersen, Timothy Norman | Princeton Marriott |
| 6/28/2023 | Lodging, Travel, and Overtime Meals | 199.00 | Burian, Saul E. | Marriott Hotels |
| 6/28/2023 | Lodging, Travel, and Overtime Meals | 29.10 | Burian, Saul E. | Marriott Hotels |
| 6/28/2023 | Lodging, Travel, and Overtime Meals | 33.86 | Petersen, Timothy Norman | Princeton Marriott |
| 6/29/2023 | Lodging, Travel, and Overtime Meals | 10.00 | Petersen, Timothy Norman | Princeton Marriott |
| 6/29/2023 | Lodging, Travel, and Overtime Meals | 5.00 | Petersen, Timothy Norman | Princeton Marriott |
|  | **Lodging, Travel, and Overtime Meals** | **519.67** |  |  |
| 4/23/2023 | Telephone and Data | 17.55 | Burian, Saul E. | verizon |
| 6/23/2023 | Telephone and Data | 7.80 | Burian, Saul E. | verizon |
|  | **Telephone and Data** | **25.35** |  |  |
| 5/30/2023 | Transportation | 1,200.00 | Burian, Saul E. | La Compagnie |
| 6/28/2023 | Transportation | 65.00 | Petersen, Timothy Norman | AMTRAK |
| 6/12/2023 | Transportation | 18.87 | Burian, Saul E. | Curb |
| 6/22/2023 | Transportation | 40.89 | Burian, Saul E. | Uber Technologies, Inc |
| 6/28/2023 | Transportation | 31.92 | Petersen, Timothy Norman | Uber |
| 6/29/2023 | Transportation | 27.33 | Petersen, Timothy Norman | Uber |
| 6/29/2023 | Transportation | 13.80 | Petersen, Timothy Norman | Uber |
| 6/21/2023 | Transportation | 152.90 | Hedus, Thomas | Uber |
| 6/29/2023 | Transportation | 167.59 | Burian, Saul E. | Uber Technologies, Inc |
| 6/13/2023 | Transportation | 152.05 | Hedus, Thomas | Uber |
| 5/31/2023 | Transportation | 150.36 | Hedus, Thomas | Uber |
| 6/5/2023 | Transportation | 139.13 | Hedus, Thomas | Uber |
| 6/5/2023 | Transportation | 16.50 | Burian, Saul E. | Curb |
| 6/27/2023 | Transportation | 32.50 | Petersen, Timothy Norman | CTM |
| 6/29/2023 | Transportation | 32.50 | Petersen, Timothy Norman | CTM |
|  | **Transportation** | **2,241.34** |  |  |
|  | **Total** | **2,786.36** |  |  |