**Exhibit "C"**



MILLER THOMSON LLP
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T  416.595.8500
F  416.595.8695

MILLERTHOMSON.COM

# Account Summary and Remittance Form

**August 31, 2023**

Invoice Number 3913628

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention:  David Molton, Counselor at Law

**Re:**   **Johnson & Johnson - Talc Litigation (2023)**
         **Our File No. 0265758.0002**

| | |
|---|---:|
| **Fees:** | $3,510.00 |
| **Total Amount Due** | $3,510.00 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



MILLER THOMSON LLP
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T 416.595.8500
F 416.595.8695

MILLERTHOMSON.COM

**August 31, 2023**

Invoice Number 3913628

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention: David Molton, Counselor at Law

To Professional Services Rendered in connection with the following matter(s) including:

**Re:** Johnson & Johnson - Talc Litigation (2023)
Our File No. 0265758.0002

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/13/2023 | GF | Attendance at Canadian recognition hearing for LTL 2 and associated preparation | 3.60 |
| | | **Total Hours** | **3.60** |

**Our Fee:** 3,510.00

| TK ID | Initials | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 01208 | GF | G. Finlayson | Partner | $975.00 | 3.60 | $3,510.00 |

**Total Amount Due** $3,510.00

E.&O.E.

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.