**<u>EXHIBIT A</u>**

## EXHIBIT A

Customary and Comparable Compensation Disclosures with Fee Applications

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Preceding Year, Excluding Bankruptcy[5] | Billed this Fee Application |
| Partner/Of Counsel | $1,143.08 | $1,021.57 |
| Associate | $802.37 | $836.89 |
| Paralegal | $358.61 | $371.32 |
| All Others | $0.00 | $0.00 |
| All Timekeepers Aggregated | $893.13 | $860.97 |

Case Name:              *In re* LTL Management LLC
Case Number:            23-12825-MBK
Applicant's Name:       Orrick, Herrington & Sutcliffe LLP
Date of Application:    September 8, 2023
Interim or Final:       Final

---

[5] Reflects the rates Orrick billed Debtor from September 6, 2022 to the Petition Date.