**EXHIBIT B**

# EXHIBIT B

Summary of Timekeepers Included in this Fee Application

**For Services Rendered Solely on Behalf of the Debtor**

| Name | Title | Department | Date of 1st Admission | Fees Billed | Number of Rate Increases | Hourly Rate Billed In this Application |
|---|---|---|---|---|---|---|
| Stacy W. Harrison | Partner | Complex Litigation and Dispute Resolution | 1994 | $1,320.00 | 0 | $1,200.00 |
| Lisa T. Simpson | Partner | Complex Litigation and Dispute Resolution | 1994 | $8,760.00 | 0 | $1,200.00 |
| James L. Stengel | Partner | Complex Litigation and Dispute Resolution | 1980 | $11,760.00 | 0 | $1,200.00 |
| Robert Trust | Partner | Restructuring | 1998 | $2,760.00 | 0 | $1,200.00 |
| Naomi J. Scotten | Partner | Supreme Court and Appellate | 2011 | $728.00 | 0 | $910.00 |
| Lauren A. Weber | Associate | Supreme Court and Appellate | 2017 | $3,147.30 | 0 | $807.00 |
| Mariya Naulo | Associate | Restructuring | 2014 | $36,123.20 | 0 | $844.00 |
| **Totals** | | | | **$64,598.50** | | |
| **Volume Discount** | | | | **(166.95)** | | |
| **TOTALS** | | | | **$64,431.55** | | |

**For Services Rendered on Behalf of the Debtor and J&J**

| Name | Title | Department | Date of 1st Admission | Fees Billed | Number of Rate Increases | Hourly Rate Billed In this Application |
|---|---|---|---|---|---|---|
| Peter A. Bicks | Partner | Complex Litigation and Dispute Resolution | 1986 | $5,520.00 | 0 | $1,200.00 |
| Robert Loeb | Partner | Supreme Court and Appellate | 1987 | $56,880.00 | 0 | $1,200.00 |
| Joshua Rosenkranz | Partner | Supreme Court and Appellate | 1986 | $71,400.00 | 0 | $1,200.00 |
| Naomi J. Scotten | Partner | Supreme Court and Appellate | 2011 | $176,631.00 | 0 | $910.00 |
| James L. Stengel | Partner | Complex Litigation and Dispute Resolution | 1980 | $1,800.00 | | $1,200.00 |
| Alyssa Barnard-Yanni | Associate | Supreme Court and Appellate | 2015 | $82,374.40 | 0 | $844.00 |
| Upnit K. Bhatti | Associate | Supreme Court and Appellate | 2015 | $136,052.80 | 0 | $844.00 |
| Melanie Hallumus | Associate | Supreme Court and Appellate | 1998 | $6,752.00 | 0 | $844.00 |
| Zachary Hennessee | Associate | Supreme Court and Appellate | 2018 | $1,436.40 | 0 | $756.00 |
| Paige Pavone | Associate | Complex Litigation and Dispute Resolution | 2015 | $506.40 | 0 | $844.00 |
| Anne Savin | Associate | Supreme Court and Appellate | 2001 | $3,713.60 | 0 | $844.00 |

| Name | Title | Department | Date of 1st Admission | Fees Billed | Number of Rate Increases | Hourly Rate Billed In this Application |
|---|---|---|---|---|---|---|
| Geoffrey Shaw | Associate | Supreme Court and Appellate | 2016 | $68,870.40 | 0 | $844.00 |
| Brian Wegrzyn | Associate | Financial and Fintech Advisory | 2009 | $22,956.80 | 0 | $844.00 |
| Amy S. Gerrish | Paralegal | Supreme Court and Appellate | | $16,987.50 | 0 | $375.00 |
| Patrick Kunkler | Paralegal | Litigation General | | $6,262.50 | 0 | $375.00 |
| Elizabeth Y. Walker | Paralegal | Litigation General | | $9,225.00 | 0 | $375.00 |
| | | | **TOTALS** | **$667,368.80** | | |
| | | | **Volume Discount** | **(4,967.94)** | | |
| | | | **Total Fees** | **$662,400.86** | | |
| | | | **LESS 50% PORTION OWED BY J&J** | **(331,200.44)** | | |
| | | | **TOTAL FEES** | **$331,200.42** | | |

| | |
|---|---|
| **GRAND TOTAL** | **$395,631.97** |

Case Name: In re LTL Management LLC
Case Number: 23-12825-MBK
Applicant's Name: Orrick, Herrington & Sutcliffe LLP
Date of Application: September 8, 2023
Interim or Final: Final