# **EXHIBIT C**

# EXHIBIT C

Summary of Compensation Requested by Project Category

### For Services Rendered Solely on Behalf of the Debtor

| Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| Asset Analysis and Recovery | 0.00 | $0.00 |
| Asset Disposition | 0.00 | $0.00 |
| Avoidance Action Litigation | 0.00 | $0.00 |
| Business Operations | 0.00 | $0.00 |
| Case Administration | 0.00 | $0.00 |
| Claims Administration & Objections | 0.00 | $0.00 |
| Employee Benefits/Pensions | 0.00 | $0.00 |
| Fee/Employment Applications | 52.70 | $47,760.91 |
| Fee/Employment Objections | 0.00 | $0.00 |
| Financing | 0.00 | $0.00 |
| Litigation | 15.30 | $16,670.64 |
| Meetings of Creditors | 0.00 | $0.00 |
| Plan & Disclosure Statement | 0.00 | $0.00 |
| Relief from Stay Proceedings | 0.00 | $0.00 |
| Accounting/Auditing | 0.00 | $0.00 |
| Business Analysis | 0.00 | $0.00 |
| Corporate Finance | 0.00 | $0.00 |
| Data Analysis | 0.00 | $0.00 |
| Litigation Consulting | 0.00 | $0.00 |
| Reconstruction Accounting | 0.00 | $0.00 |
| Tax Issues | 0.00 | $0.00 |
| Valuation | 0.00 | $0.00 |
| Travel Time | 0.00 | $0.00 |
| **Totals:** | **68.00** | **$64,431.55** |

### For Services Rendered on Behalf of the Debtor and J&J

| Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| Asset Analysis and Recovery | 0.00 | $0.00 |
| Asset Disposition | 0.00 | $0.00 |
| Avoidance Action Litigation | 0.00 | $0.00 |
| Business Operations | 0.00 | $0.00 |
| Case Administration | 0.00 | $0.00 |
| Claims Administration & Objections | 0.00 | $0.00 |
| Employee Benefits/Pensions | 0.00 | $0.00 |
| Fee/Employment Applications | 0.00 | $0.00 |
| Fee/Employment Objections | 0.00 | $0.00 |
| Financing | 0.00 | $0.00 |
| Litigation | 776.20 | $662,400.86 |

| Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| Meetings of Creditors | 0.00 | $0.00 |
| Plan & Disclosure Statement | 0.00 | $0.00 |
| Relief from Stay Proceedings | 0.00 | $0.00 |
| Accounting/Auditing | 0.00 | $0.00 |
| Business Analysis | 0.00 | $0.00 |
| Corporate Finance | 0.00 | $0.00 |
| Data Analysis | 0.00 | $0.00 |
| Litigation Consulting | 0.00 | $0.00 |
| Reconstruction Accounting | 0.00 | $0.00 |
| Tax Issues | 0.00 | $0.00 |
| Valuation | 0.00 | $0.00 |
| Travel Time | 0.00 | $0.00 |
| **Totals:** | **776.20** | **$662,400.86** |
| **Less 50% Portion Owed by J&J:** | | **(331,200.44)** |
| **Total Fees:** | | **$331,200.42** |
| | | |
| **Grand Total:** | **844.20** | **$395,631.97** |

| | |
|---|---|
| Case Name: | In re LTL Management LLC |
| Case Number: | 23-12825-MBK |
| Applicant's Name: | Orrick, Herrington & Sutcliffe LLP |
| Date of Application: | September 8, 2023 |
| Interim or Final: | Final |