## **EXHIBIT D**

**EXHIBIT D**

Summary of Expense Reimbursement Requested by Category

| Category | Amount |
|---|---|
| Court Filing Fee (Charged By Court) | $51.25 |
| Outside Services | $1,949.02 |
| | |
| **TOTAL:** | **$2,000.27** |
| **Portion Billed to J&J** | **(1,000.14)** |
| **TOTAL:** | **$1,000.13** |

Case Name:             In re LTL Management LLC
Case Number:           23-12825-MBK
Applicant's Name:      Orrick, Herrington & Sutcliffe LLP
Date of Application:   September 8, 2023
Interim or Final:      Final