**EXHIBIT E**

# EXHIBIT E

Summary Cover Sheet of Fee Application

| Name of applicant: | Orrick, Herrington & Sutcliffe LLP |
|---|---|
| Name of client: | LTL Management LLC |
| Time period covered by this application: | Start: 4/5/2023 End: 08/11/2023 |
| Total compensation sought this period: | $395,631.97 |
| Total expenses sought this period: | $1,000.13 |
| Petition date: | April 4, 2023 |
| Retention date: | April 4, 2023 |
| Date of order approving employment: | June 16, 2023 |
| Total compensation approved by interim order to date: | $0.00 |
| Total expenses approved by interim order to date: | $0.00 |
| Total allowed compensation paid to date: | $0.00 |
| Total allowed expenses paid to date: | $0.00 |
| Blended rate in this application for all attorneys: | $916.94 |
| Blended rate in this application for all timekeepers: | $860.97 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $71,165.84 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $108.59 |
| Number of professionals included in this application: | 21 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period: | 10 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application. | ☒ No<br>☐ Yes |

| | |
|---|---|
| Case Name: | In re LTL Management LLC |
| Case Number: | 23-12825-MBK |
| Applicant's Name: | Orrick, Herrington & Sutcliffe LLP |
| Date of Application: | September 8, 2023 |
| Interim or Final: | Final |