**EXHIBIT F**

**EXHIBIT F**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> **WOLLMUTH MAHER & DEUTSCH LLP** <br><br> Paul R. DeFilippo, Esq. <br> 500 Fifth Avenue <br> New York, New York 10110 <br> Telephone: (212) 382-3300 <br> Facsimile: (212) 382-0050 <br> pdefilippo@wmd-law.com <br><br> **JONES DAY** <br> Gregory M. Gordon, Esq. <br> Brad B. Erens, Esq. <br> Dan B. Prieto, Esq. <br> Amanda Rush, Esq. <br> 2727 N. Harwood Street <br> Dallas, Texas 75201 <br> Telephone: (214) 220-3939 <br> Facsimile: (214) 969-5100 <br> gmgordon@jonesday.com <br> bberens@jonesday.com <br> dbprieto@jonesday.com <br> asrush@jonesday.com <br> (Admitted *pro hac vice*) <br><br> ATTORNEYS FOR DEBTOR | **ORRICK, HERRINGTON & SUTCLIFFE LLP** <br> Robert Loeb, Esq. <br> Columbia Center <br> 1152 15th Street, N.W. <br> Washington, D.C. 20005 <br> Telephone: (202) 339-8400 <br> Facsimile: (202) 339-8500 <br> rloeb@orrick.com <br><br> SPECIAL TALC LITIGATION APPELLATE COUNSEL FOR DEBTOR |
| In re: <br><br> LTL MANAGEMENT LLC,[1] <br><br>                       Debtor. | Chapter 11 <br><br> Case No.: 23-12825 (MBK) <br><br> Judge: Michael B. Kaplan <br><br> Hearing Date: October 18, 2023 |

**CERTIFICATION OF ROBERT LOEB, ESQ.**

    **ROBERT LOEB**, certifies pursuant to 28 U.S.C. § 1746, as follows:

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1. I am a Partner of Orrick, Herrington & Sutcliffe LLP ("Orrick"), special talc litigation appellate counsel to LTL Management LLC (the "Debtor") in the above-captioned matter. I submit this Certification in connection with Orrick's first and final application for allowance of compensation for professional services rendered and reimbursement of expenses for the period of April 5, 2023 through August 11, 2023 (the "Application").

2. In accordance with 18 U.S.C. § 155 and the Rules of this Court, neither I nor any attorney of my firm has entered into any agreement, written or oral, express or implied, with the Debtor, any creditor, or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Debtor.

3. In accordance with section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm or any attorney thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the Court herein, nor will any division of fees prohibited by section 504 of the Bankruptcy Code be made by me, or any attorney of my firm.

5. I have reviewed the requirements of D.N.J. LBR 2016-3, the Revised UST Guidelines and the Compensation Procedures Order[2], and certify to the best of my knowledge and belief that this Application substantially complies with such local rule, order and guidelines.

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

I certify, under penalty of perjury, that the foregoing statements made by me are true and correct, to the best of my knowledge, information, and belief.

Date:  September 8, 2023         */s/ Robert Loeb*
                                 Robert Loeb
                                 **Orrick, Herrington & Sutcliffe LLP**
                                 Columbia Center
                                 1152 15th Street, N.W.
                                 Washington, D.C. 20005
                                 Telephone:  (202) 339-8475
                                 Facsimile:  (202) 339-8500
                                 Email:  rloeb@orrick.com

                                 *SPECIAL TALC LITIGATION APPELLATE COUNSEL FOR DEBTOR*