## **Exhibit B**

**Fourth Monthly Fee Statement**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted pro hac vice)

*Attorneys for the Chapter 11 Debtor*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.:  23-12825 (MBK) |
| Debtor. | Honorable Michael B. Kaplan |
| | **Objection Deadline**: September 29, 2023 |

**FOURTH MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP,**
**FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTOR, FOR**
**ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD FROM JULY 1, 2023 THROUGH AUGUST 11, 2023**

AlixPartners, LLP, financial advisor to LTL Management, LLC, the above-captioned

debtor and debtor-in-possession (the "Debtor"), submits this fourth monthly fee statement for

professional services rendered and reimbursement of expenses for the period from July 1, 2023

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is
        501 George Street, New Brunswick, New Jersey 08933.

through August 11, 2023 (the "<u>Fourth Monthly Fee Statement</u>") pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* (the "<u>Interim Compensation Order</u>") [Docket No. 562].

Pursuant to the Interim Compensation Order, objections to the Fourth Monthly Fee Statement, if any, are due by September 29, 2023.

Dated:   September 8, 2023

ALIXPARTNERS, LLP
300 N. LaSalle Street
Chicago, IL 60654


*/s/  John R. Castellano*
By:  John R. Castellano
      Partner & Managing Director

*Financial Advisor to the Chapter 11 Debtor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| IN RE: | LTL Management LLC[1] | APPLICANT: | AlixPartners, LLP |
| CASE NO.: | 23-12825 (MBK) | CLIENT: | Chapter 11 Debtor |
| CHAPTER: | 11 | CASE FILED: | April 4, 2023 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**FOURTH MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP
FOR THE PERIOD FROM JULY 1, 2023 THROUGH AUGUST 11, 2023**

### SECTION I
### FEE SUMMARY

| | **FEES** | **EXPENSES** |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | **$385,744.50** | **$0.00** |
| TOTAL FEES ALLOWED TO DATE: | **$0.00** | **$0.00** |
| TOTAL RETAINER REMAINING (IF APPLICABLE) | **$992.60** | **$0.00** |
| TOTAL PREVIOUS HOLDBACK (IF APPLICABLE) | **$77,148.90** | **$0.00** |
| TOTAL RECEIVED BY ALIXPARTNERS, LLP | **$308,595.60** | **$0.00** |

| | |
|---|---|
| FEE TOTALS | $ 35,341.00 |
| DISBURSEMENTS TOTALS | + $20.99 |
| TOTAL FEE APPLICATION | $ 35,361.99 |
| MINUS 20% HOLDBACK | - $ 7,068.20 |
| AMOUNT SOUGHT AT THIS TIME | $ 28,293.79 |

---

[1]   The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| John R Castellano | Partner & Managing Director | $1,400 | 1.5 | $ 2,100.00 |
| Jarod E Clarrey | Director | $950 | 26.1 | 24,795.00 |
| Mark Barnett | Senior Vice President | $805 | 5.7 | 4,588.50 |
| Heather E Saydah | Senior Vice President | $550 | 0.4 | 220.00 |
| Jennifer A Bowes | Vice President | $485 | 7.5 | 3,637.50 |
| **Total Fees and Hours for Professionals** | | | **41.2** | **$ 35,341.00** |
| Less 20% Holdback | | | | (7,068.20) |
| **Total Fees for Professionals Less Holdback** | | | | **$ 28,272.80** |

Average Billing Rate  $      857.79

## SECTION II
## SUMMARY OF SERVICES

| Matter Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 1.1 | Chapter 11 Process / Case Management | 16.7 | $ 16,540.00 |
| 1.5 | U.S. Trustee / Court Reporting Requirements | 14.0 | 12,502.50 |
| 1.20 | Fee Statements & Fee Applications | 9.5 | 5,377.50 |
| 1.22 | Meetings with Management and Advisors | 1.0 | 921.00 |
| **Total Hours and Fees by Matter Category** | | **41.2** | **$ 35,341.00** |

Average Billing Rate  $      857.79

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Expense Category | Amount |
|---|---|
| Internet | 20.99 |
| **Total  Expenses** | **$        20.99** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)   DATE CASE FILED: April 4, 2023

(2)   CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)   DATE OF RETENTION:  June 7, 2023, effective as of April 4, 2023 [Docket No. 717].

(4)   SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH
      SUPPLEMENTS AS NEEDED:

   a)   AlixPartners assisted with the preparation of the Debtor's Statement of
        Financial Affairs, Schedules of Assets and Liabilities, and Monthly
        Operating Reports, as required by an order of the court, the Bankruptcy
        Code or other applicable rules or guidelines.

   b)   AlixPartners provided the Debtor with support in addressing pending
        litigation, including review of certain filed objections, replies and related
        documents, attendance of hearings, and other related analyses.

   c)   AlixPartners provided support to the Debtor with regard to the professional
        fee administration process, including maintaining detailed records of court
        filings, coordination with the Jones Day team, developing supporting
        documentation, and coordinating payment administration with the Debtor.

   d)   AlixPartners assisted the Debtor in coordinating and providing
        administrative support and organization in connection with the bankruptcy
        case, including coordination with the Debtor directly, with the Jones Day
        team, and with the Wollmuth Maher & Deutsch LLP team on matters
        related to scheduling, compliance and overall case administration.

(5)   ANTICIPATED DISTRIBUTION TO CREDITORS:

   (A)   ADMINISTRATION EXPENSES:          (unknown at this time)
   (B)   SECURED CREDITORS:                (unknown at this time)
   (C)   PRIORITY CREDITORS:               (unknown at this time)
   (D)   GENERAL UNSECURED CREDITORS:      (unknown at this time)

(6)   FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO
      CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at
      this time.

(7)   I certify under penalty of perjury that the foregoing is true and correct.


Dated:  September 8, 2023                    /s/ *John R Castellano*
                                            John R Castellano

## **EXHIBITS**

Annexed hereto are the following Exhibits for the AlixPartners, LLP's Fourth Monthly Fee Statement for the Period from July 1, 2023 through August 11, 2023

**Exhibit A - AlixPartners, LLP's Retention Order**

**Exhibit B - Detailed Description of Fees and Hours by Matter Category**

**Exhibit C - Summary and Detailed Description of AlixPartners' Expenses**

## <u>Exhibit A</u>

**AlixPartners, LLP Retention Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

Order Filed on June 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re: | Chapter 11 |
|---|---|
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**ORDER AUTHORIZING RETENTION OF ALIXPARTNERS, LLP, AS**
**FINANCIAL ADVISOR FOR THE DEBTOR EFFECTIVE AS OF THE PETITION DATE**

The relief set forth on the following pages is hereby **ORDERED**.

DATED: June 7, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

1   The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is
501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor:  LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order Authorizing Retention of AlixPartners, LLP as Financial Advisor for the Debtor
Effective as of the Petition Date

Upon the Application[2] of LTL Management LLC (the "<u>Debtor</u>" or "<u>LTL Management</u>"), requesting authorization to retain AlixPartners, LLP ("<u>AlixPartners</u>") as financial advisor effective as of the Petition Date, it is hereby **ORDERED**:

1. The Application is GRANTED to the extent set forth below.

2. Pursuant to section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Bankruptcy Rules 2014-1 and 2016-1, the Debtor is authorized to employ and retain AlixPartners as its financial advisor in the Chapter 11 Case effective as of the Petition Date, in accordance with the terms and conditions set forth in the Application, Engagement Letter and the attachments thereto, except as provided by this Order.

3. AlixPartners shall file monthly, interim and final fee requests for allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Bankruptcy Rules, the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (Appendix A to C.F.R. § 58), and any other applicable procedures and orders of this Court, including any Interim Compensation Order.  The rights of all parties in interest with respect to any such fee requests are fully preserved.  For billing purposes, AlixPartners shall keep its time in one-tenth (1/10) hour increments in accordance with the Guidelines.

4. The indemnification provisions included in the Engagement Letter and its attachments are approved, subject during the pendency of this Chapter 11 Case to the following:

   a. No AlixPartners Party (as that term is defined in the Engagement Letter) shall be entitled to indemnification, contribution, or reimbursement pursuant to the Engagement Letter for services, unless such services and the indemnification, contribution, or reimbursement therefore are approved by the Court.

   b. Notwithstanding any provision of the Engagement Letter to the contrary, the Debtor shall have no obligation to indemnify any AlixPartners Party, or provide contribution or reimbursement to any AlixPartners Party, for any claim or expense to the extent it is either: (i) judicially determined (the determination having become final and no longer subject to appeal) to have arisen from the AlixPartners Party's breach of the Engagement Letter, gross negligence, bad faith, fraud, willful misconduct or self-dealing to which the Debtor has not consented; (ii) for a contractual dispute in which the Debtor alleges breach of AlixPartners Party's obligations to maintain the confidentiality of non-public information, unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to <u>In re United Artists</u>

---

[2]  Capitalized terms used herein but not otherwise defined have the meanings given to them in the Application.

(Page 3)
Debtor:  LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order Authorizing Retention of AlixPartners, LLP as Financial Advisor for the Debtor
Effective as of the Petition Date

<u>Theater Co.</u>, 315 F. 3d 217 (3d Cir. 2003); or (iii) settled without the Debtor's consent prior to a judicial determination as to AlixPartners Party's breach of the Engagement Letter, gross negligence, fraud, bad faith, willful misconduct or self-dealing but determined by this Court after notice and a hearing to be a claim or expense for which the AlixPartners Party should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Letter, as modified by this Order.

c.  If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in this Chapter 11 Case (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing this Chapter 11 Case, an AlixPartners Party believes that it is entitled to the payment of any amounts by the Debtor on account of the Debtor's indemnification, contribution and/or reimbursement obligations under the Engagement Letter (as modified by this Order), including, without limitation, the advancement of defense costs, the AlixPartners Party must file an application therefor in the Court, and the Debtor may not pay any such amounts to the AlixPartners Party before the entry of an order by the Court approving the payment.  This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by any AlixPartners Party for indemnification, contribution and/or reimbursement, and is not a provision limiting the duration of the Debtor's obligation to indemnify, or make contributions or reimbursements to, the AlixPartners Parties.  All parties in interest shall retain the right to object to any demand by any AlixPartners Party for indemnification, contribution and/or reimbursement.

5.  During the course of this bankruptcy case, any limitation of liability provisions in the Engagement Letter or in the General Terms and Conditions attached to the Engagement Letter shall have no force or effect.

6.  Notwithstanding anything to the contrary in the Engagement Letter or this Order, the definition of "AlixPartners Parties" is hereby modified to refer solely to AlixPartners.

7.  During the pendency of the Chapter 11 Case, paragraphs 8 of the General Terms and Conditions attached to the Engagement Letter requiring arbitration shall not be applicable.  The Court shall have exclusive jurisdiction over AlixPartners' engagement during the pendency of this Chapter 11 Case.

8.  AlixPartners shall provide at least ten (10) days' notice of the next billing rate increase to the Debtor and the Office of the United States Trustee only.  For any subsequent rate increases, AlixPartners shall file a supplemental declaration with the Court and provide ten business days' notice to the United States Trustee and any official committee.

(Page 4)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption: Order Authorizing Retention of AlixPartners, LLP as Financial Advisor for the Debtor
Effective as of the Petition Date

9.    Section 9 of the General Terms and Conditions attached to the Engagement Letter is revised to reflect that termination will only be allowed upon entry of an Order by the Bankruptcy Court.

10.   If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

11.   AlixPartners shall use its reasonable best efforts to avoid duplication of services provided by any of the Debtor's other retained professionals in the Chapter 11 Case.

12.   To the extent that there is any inconsistency between this Order and the Engagement Letter, the General Terms and Conditions attached to the Engagement Letter, the Application or the Castellano Certification, the provisions of this Order shall govern.

13.   In the event that, during the pendency of the Chapter 11 Case, AlixPartners seeks reimbursement for any attorneys' fees and/or expenses, the invoices and supporting time records from such attorneys shall be included in AlixPartners' fee applications and such invoices and time records shall be in compliance with the Local Bankruptcy Rules, and shall be subject to the Compensation Guidelines and approval of the Court under the standards of Bankruptcy Code sections 330 and 331, without regard to whether such attorney has been retained under Bankruptcy Code section 327.  All rights are reserved to object to any request for reimbursement of expenses, including but not limited to any request for the reimbursement of legal fees of AlixPartners' independent legal counsel.

14.   To the extent AlixPartners uses the services of independent contractors (the "Contractors") in the Chapter 11 Case, AlixPartners shall: (a) pass through the cost of such Contractors to the Debtor at the same rate that AlixPartners pays the Contractors; (b) seek reimbursement for actual costs incurred; (c) require the Contractors to file Rule 2014 affidavits indicating that the Contractors have reviewed the Parties in Interest List in this case, disclose the Contractors' relationships, if any, with Parties in Interest List and indicate that they are disinterested; (d) confirm that the Contractors remain disinterested during the time that AlixPartners is involved in providing services to the Debtor; (e) require the Contractors to represent that they will not work for the Debtor or other parties-in-interest in this case during the time AlixPartners is involved in providing services to the Debtor; and (f) attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in this case.

15.   None of the fees payable to AlixPartners shall constitute a "bonus" or fee enhancement under applicable law, except where authorized by this Order.

16.   In the event AlixPartners seeks to use any of its affiliates to perform services for the Debtor, the Debtor shall seek the separate retention of any such affiliates.

(Page 5)
Debtor:  LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order Authorizing Retention of AlixPartners, LLP as Financial Advisor for the Debtor
Effective as of the Petition Date

17.    Any additional services provided by AlixPartners, which were not provided for in the Application, shall require further Court approval.  In addition, paragraph 5g of the Application and page 2 of the Engagement Letter that provide "[a]ssist with such other matters as may be requested that fall within AlixPartners' expertise and that are mutually agreeable," will require further Court approval.

18.    Notwithstanding anything to the contrary in the Application or the Castellano Certification, AlixPartners shall not seek reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any of AlixPartners' fee applications in the Chapter 11 Case.

19.    Notwithstanding anything to the contrary in the Application or the Castellano Certification, AlixPartners will only bill 50% for non-working travel.

20.    This Order shall immediately be effective and enforceable upon its entry.

21.    The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Court in accordance with the Application.

22.    This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, interpretation or enforcement of this Order.

**<u>Exhibit B</u>**

**Detailed Description of AlixPartners' Hours
and Professional Fees by Matter Category**

**Alix**Partners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:         Chapter 11 Process / Case Management
Code:       20005188PA0002.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 07/05/2023 | JEC | Continue compiling professional fee payment support to facilitate communications to LTL team regarding payment administration | 2.6 |
| 07/07/2023 | JEC | Continue compiling professional fee payment support to facilitate communications to LTL team regarding payment administration | 1.1 |
| 07/12/2023 | JEC | Review professional fee information to support ongoing administration | 0.8 |
| 07/13/2023 | JEC | Review professional fee information to support ongoing administration | 0.7 |
| 07/18/2023 | JEC | Continue compiling professional fee payment support to facilitate communications to LTL team regarding payment administration | 1.2 |
| 07/25/2023 | JEC | Continue compiling professional fee payment support to facilitate communications to LTL team regarding payment administration | 0.9 |
| 07/26/2023 | JEC | Update professional fee tracking information to support ongoing administration | 0.3 |
| 07/28/2023 | JRC | Review judge's opinion issued | 1.5 |
| 07/28/2023 | JEC | Continue compiling professional fee payment support to facilitate communications to LTL team regarding payment administration | 1.8 |
| 07/31/2023 | JEC | Continue compiling professional fee payment support to facilitate communications to LTL team regarding payment administration | 0.7 |
| 07/31/2023 | JEC | Update professional fee tracking information to support ongoing administration | 0.4 |
| 08/04/2023 | JEC | Continue compiling professional fee payment support to facilitate communications to LTL team regarding payment administration | 1.9 |
| 08/07/2023 | JEC | Coordinate with Jones Day and AlixPartners teams on case administration matters | 0.2 |
| 08/09/2023 | JEC | Review information to support billing-related inquiry from company | 0.2 |
| 08/09/2023 | JEC | Continue compiling professional fee payment support to facilitate communications to LTL team regarding payment administration | 1.5 |
| 08/10/2023 | JEC | Review information related to professional fee reconciliation | 0.4 |
| 08/11/2023 | JEC | Continue compiling professional fee payment support to facilitate communications to LTL team regarding payment administration | 0.3 |
| 08/11/2023 | JEC | Coordinate with company and AlixPartners teams on professional fee reconciliation | 0.2 |
| **Total Professional Hours** | | | **16.7** |

**Alix**Partners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:                          Chapter 11 Process / Case Management
Code:                        20005188PA0002.1.1

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| John R Castellano | $1,400 | 1.5 | 2,100.00 |
| Jarod E Clarrey | $950 | 15.2 | 14,440.00 |
| **Total Professional Hours and Fees** | | **16.7** | **$ 16,540.00** |

**AlixPartners**

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:     U.S. Trustee / Court Reporting Requirements
Code:   20005188PA0002.1.5

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|-------------|------------------------|-------|
| 07/06/2023 | MB | Review the June month end financial statements for the June MOR | 0.5 |
| 07/07/2023 | MB | Generate Schedule 1 for the June MOR attachments | 0.2 |
| 07/07/2023 | MB | Review the financial statements for the June MOR | 0.3 |
| 07/07/2023 | MB | Develop the disbursements support schedule for the June MOR | 0.5 |
| 07/10/2023 | MB | Review the June financial statements for the June MOR | 0.2 |
| 07/10/2023 | JEC | Update SOFAs/Schedules amendment information to address request from Jones Day team | 1.1 |
| 07/10/2023 | JEC | Review information related to potential SOFAs/Schedules amendments | 0.8 |
| 07/11/2023 | MB | Generate the June MOR and support schedules | 2.2 |
| 07/11/2023 | JEC | Review professional fee information to support MOR preparation | 2.3 |
| 07/13/2023 | MB | Review follow up questions from D. Segal on the June MOR | 0.5 |
| 07/13/2023 | JEC | Update MOR analysis to support inquiry from company | 0.6 |
| 07/14/2023 | MB | Correspond with D. Segal and I. Perez (Jones Day) regarding the June MOR | 0.5 |
| 07/17/2023 | JEC | Research MOR support inquiries from company | 1.1 |
| 07/17/2023 | JEC | Review MOR supporting information to support inquiry from company | 0.6 |
| 07/17/2023 | JEC | Update analysis of professional fees to support MOR preparation | 0.8 |
| 07/18/2023 | MB | Update the June MOR based on changes discussed with the LTL and Jones Day teams | 0.3 |
| 07/18/2023 | JEC | Update analysis of MOR support based on discussion with company | 1.2 |
| 07/21/2023 | MB | Finalize the June MOR prior to filing | 0.3 |
| **Total Professional Hours** | | | **14.0** |

**Alix**Partners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:                        U.S. Trustee / Court Reporting Requirements
Code:                      20005188PA0002.1.5

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Jarod E Clarrey | $950 | 8.5 | 8,075.00 |
| Mark Barnett | $805 | 5.5 | 4,427.50 |
| **Total Professional Hours and Fees** | | **14.0** | **$      12,502.50** |

# **Alix**Partners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:        Fee Statements & Fee Applications
Code:      20005188PA0002.1.20

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 07/03/2023 | JAB | Prepare professional fees for May 2023 Monthly Fee Statement | 0.2 |
| 07/06/2023 | JAB | Prepare Second Monthly Fee Statement (May 2023) | 1.6 |
| 07/06/2023 | HES | Review second monthly fee statement | 0.2 |
| 07/07/2023 | JAB | Create LEDES file for May 2023 monthly fee statement | 0.7 |
| 07/07/2023 | JEC | Review draft of monthly fee application to provide feedback to AlixPartners team | 0.4 |
| 07/10/2023 | JAB | Prepare professional fees for June 2023 Monthly Fee Statement | 0.2 |
| 07/10/2023 | JAB | Develop email to I. Perez, M. Bales, A. Rush (all Jones Day) attaching the Second Monthly Fee Statement for filing with the court | 0.2 |
| 07/10/2023 | JAB | Finalize Second Monthly Fee Statement (May 2023) | 0.4 |
| 07/11/2023 | JAB | Revise Second Monthly Fee Statement (May 2023) | 1.4 |
| 07/11/2023 | JAB | Develop email to I. Perez, M. Bales, A. Rush (all Jones Day) attaching the updated Second Monthly Fee Statement for filing with the court | 0.2 |
| 07/12/2023 | JAB | Prepare 3rd Monthly Fee Statement (June 2023) | 1.6 |
| 07/12/2023 | JEC | Review professional fee detail to support preparation of monthly fee application | 0.3 |
| 07/13/2023 | JAB | Develop email to I. Perez, M. Bales, A. Rush (all Jones Day) attaching the Third Monthly Fee Statement for filing with the court | 0.2 |
| 07/13/2023 | JAB | Finalize Third Monthly Fee Statement (June 2023) | 0.4 |
| 07/13/2023 | JEC | Review draft of monthly fee application to provide feedback to AlixPartners team | 0.6 |
| 07/13/2023 | HES | Review June 2023 monthly fee statement | 0.2 |
| 07/20/2023 | JAB | Revise Monthly Fee Statement (June 2023) per Jones Day | 0.4 |
| 08/07/2023 | JEC | Review professional fee detail to support preparation of monthly fee application | 0.3 |
| **Total Professional Hours** | | | **9.5** |

**Alix**Partners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:                              Fee Statements & Fee Applications
Code:                            20005188PA0002.1.20

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Jarod E Clarrey | $950 | 1.6 | 1,520.00 |
| Heather E Saydah | $550 | 0.4 | 220.00 |
| Jennifer A Bowes | $485 | 7.5 | 3,637.50 |
| **Total Professional Hours and Fees** | | **9.5** | **$ 5,377.50** |

**Alix**Partners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:         Meetings with Management and Advisors
Code:       20005188PA0002.1.22

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 07/13/2023 | MB | Meeting with I. Perez (Jones Day) regarding the June MOR | 0.2 |
| 07/18/2023 | JEC | Call with D. Segal to discuss MOR supporting information | 0.6 |
| 07/26/2023 | JEC | Call with D. Segal to discuss professional fees and quarterly fee payments | 0.2 |
| **Total Professional Hours** | | | **1.0** |

# **Alix**Partners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Re:                          Meetings with Management and Advisors
Code:                        20005188PA0002.1.22

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Jarod E Clarrey | $950 | 0.8 | 760.00 |
| Mark Barnett | $805 | 0.2 | 161.00 |
| **Total Professional Hours and Fees** | | **1.0** | **$      921.00** |

**<u>Exhibit C</u>**

**Summary and Detailed Description of AlixPartners' Expenses**

**Alix**Partners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933


Re:         Expenses
Code:       20005188P00001.1.25

| Date | Description | Amount |
|------|-------------|--------|
| 8/11/2023 | Internet Access Jarod Clarrey | 20.99 |
| **Total** | | **20.99** |

**Alix**Partners

Mr. John K. Kim
Chief Legal Officer
LTL Management LLC
501 George Street
New Brunswick, NJ 08933

Client: 20005188Pa0002

| Expenses | Amount |
|---|---|
| Internet | 20.99 |
| **Total Disbursements** | **$      20.99** |