# Exhibit C

## Certification of John R. Castellano

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted pro hac vice)

*Attorneys for the Chapter 11 Debtor*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Honorable Michael B. Kaplan |

### CERTIFICATION OF JOHN R. CASTELLANO

I, John R. Castellano, pursuant to 28 U.S.C. § 1746, state as follows:

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

-1-

1. I am a Partner and Managing Director in the firm of AlixPartners, LLP ("AlixPartners"), with offices at 300 N. LaSalle Street, Chicago, IL 60654. AlixPartners serves as financial advisor to LTL Management LLC (the "Debtor") in this Chapter 11 Case.[2]

2. I reviewed *AlixPartners, LLP's Combined (I) Fourth Monthly Fee Statement for the Period from July 1, 2023 Through August 11, 2023, and (II) Final Fee Application for the Period from April 5, 2023 Through August 11, 2023 for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Chapter 11 Debtor* (the "Application").

3. To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted June 11, 2013 (the "U.S. Trustee Guidelines") and the *Local Rules of the United States Bankruptcy Court District of New Jersey*, adopted August 11, 2021 (the "Local Rules").

4. In accordance with 18 U.S.C. § 155 of the Bankruptcy Code and the Rules of this Court, neither I nor any member of my firm has entered into any agreement, written or oral, express or implied, with the Debtor, any creditor, or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Debtor.

5. In accordance with 11 U.S.C. § 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm or any attorney thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

Debtor herein, nor will any division of fees prohibited by 11 U.S.C. § 504 of the Bankruptcy Code be made by me, or any employee of my firm.

6. I have reviewed the requirements of Local Bankruptcy Rule 2016-3, the Interim Compensation Order and the U.S. Trustee Guidelines and certify to the best of my knowledge, information and belief that this Application complies with the U.S. Trustee Guidelines, Local Rules and Interim Compensation Order.

7. I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information, and belief.

Dated: September 8, 2023

*/s/ John R. Castellano*
By: John R. Castellano
Partner & Managing Director