## EXHIBIT D – Budget & Staffing Plan

### Budget for Compensation Period

|  | Project Category Description | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1. | Litigation Consulting: CCAA Recognition Proceedings | 450 | CAD $300,000.00 |
| 2. | Fee and Retention Application | 75 | CAD $40,000.00 |
| 3. | Litigation: Canadian Actions | 0 | |
| 8. | Litigation: General / All Class Actions | 0 | |

### Staffing Plan

| Category of Timekeeper | Projected Number of Timekeepers during the Compensation Period | Actual Number of Timekeepers During the Compensation Period | Average Hourly Billing Rate |
|---|---|---|---|
| Partner | 6 | 5 | CAD $841.40 |
| Associate | 6 | 5 | CAD $526.40 |
| Paralegal | 1 | 1 | CAD $378.00 |
| Articling Student | 3 | 2 | CAD $290.50 |