**EXHIBIT E – Summary Cover Sheet of Fee Application**

| | |
|---|---|
| Name of Applicant: | Blake, Cassels & Graydon LLP |
| Name of Client: | LTL Management LLC |
| Time Period Covered by This Application: | April 5, 2023 to August 11, 2023 |
| Total Compensation Sought This Period: | CAD $295,207.00 |
| Total Expenses Sought This Period: | CAD $1,260.00 |
| Petition Date: | April 4, 2023 |
| Retention Date: | June 15, 2023, effective as of April 4, 2023 |
| Date of Order Approving Employment: | June 15, 2023 |
| Total Compensation Approved by Interim Orders to Date: | N/A |
| Total Expenses and Taxes Approved by Interim Orders to Date: | N/A |
| Total Allowed Compensation Paid to Date: | N/A |
| Total Allowed Expenses and Taxes Paid to Date: | N/A |
| Blended Rate in this Application for all Attorneys: | CAD $693.15 |
| Blended Rate in this Application for All Timekeepers: | CAD $645.76 |
| Compensation Sought in This Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | CAD $168,715.76 |
| Expenses and Taxes Sought in This Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | CAD $1,260.00 |
| Number of Professionals Included in This Application: | 13 |

| | |
|---|---|
| If Applicable, Number of Professionals in this Application not Included in Staffing Plan Approved by Client | 0 |
| If Applicable, Difference Between Fees Budgeted and Compensation Sought for this Period: | N/A |
| Number of Professionals Billing Fewer than 15 Hours to the Case During this Period: | 7 |
| Are any Rates Higher Than Those Approved or Disclosed at Retention:  If yes, Calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application: | No. |

**Case Name and Number:**      **LTL Management LLC**
Chapter 11
Case No.:  23-12825 (MBK)

**Applicant's Name:**      **Blake, Cassels & Graydon LLP**
Date of Application:      September 8, 2023
Interim or Final:      Final (for the period from April 5, 2023 through August 11, 2023).