**Exhibit B**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed by timekeepers in New York, excluding bankruptcy[1] | Billed in this fee application |
| Partner | $1,450.00 | $1,447.00 |
| Counsel | $1,161.00 | N/A |
| Senior Associate (7 years or more since first admission) | $1,115.00 | $775.00 |
| Mid-level Associate (4-6 years since first admission) | $1,020.00 | $970.00 |
| Junior Associate (0-3 years since first admission) | $769.00 | $605.00 |
| Staff Attorney | $444.00 | N/A |
| Paralegal | $368.00 | $395.00 |
| Other | $399.00 | N/A |
| **All timekeepers** | **$1,010.00** | **$907.00** |

---

[1] In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013,* preceding year is a rolling 12 months year ending August 31, 2023; blended rates reflect work performed in preceding year in each of the domestic offices in which timekeepers collectively billed at least 10% of the hours to the case during the application period, excluding all data from bankruptcy law matters.