**Exhibit C**

**BUDGETED AND ACTUAL FEES**

| Task Code | Task Description | LTL% | Estimated Total Hours | Estimated LTL Fees | Total Hours Billed[1] | LTL Fees Sought |
|---|---|---|---|---|---|---|
| L110 | Company/Product & General Factual Information | 50% | 5.00 | $5,000.00 | 0.00 | $0.00 |
| L120 | Strategy | 50% | 175.00 | $130,000.00 | 142.30 | $81,530.00 |
| L130 | Experts & Science | 50% | 0.00 | $0.00 | 0.00 | $0.00 |
| L140 | Database & Document Management | 50% | 5.00 | $5,000.00 | 0.00 | $0.00 |
| L210 | Pleadings, Legal Research, etc. | 50% | 20.00 | $15,000.00 | 0.00 | $0.00 |
| L300 | Plaintiff Information | 50% | 0.00 | $0.00 | 0.00 | $0.00 |
| L320 | Document Collection & Production | 50% | 25.00 | $10,000.00 | 22.70 | $6,344.25 |
| L330 | Depositions | 50% | 0.00 | $0.00 | 0.00 | $0.00 |
| L400 | Trial | 50% | 0.00 | $0.00 | 0.00 | $0.00 |
| L450 | Court Conferences & Hearings | 50% | 60.00 | $30,000.00 | 59.70 | $23,428.00 |
| L500 | Appeals & Mandamus | 50% | 0.00 | $0.00 | 0.00 | $0.00 |
| L601 | Automatic Stay | 50% | 5.00 | $5,000.00 | 0.20 | $97.00 |
| L602 | Weil Retention/Fee Application Preparation | 100% | 120.00 | $90,000.00 | 116.30 | $86,122.00 |
| L603 | Non-Working Travel | 50% | 0.00 | $0.00 | 0.00 | $0.00 |
| L604 | Imerys/Cyprus info for LTL | 100% | 5.00 | $5,000 | 0.60 | $930.00 |
| L606 | NJ Consolidated Talc Cases | 50% | 0.00 | $0.00 | 0.00 | $0.00 |
| **Total:** | | | **420.00** | **$295,000.00** | **341.80** | **$198,451.25** |

---

[1] Represents the total number of hours for the work performed solely for LTL and jointly for LTL and J&J.