**Exhibit D**

**STAFFING PLAN OF WEIL, GOTSHAL & MANGES LLP PROVIDED TO
THE DEBTOR FOR THE PERIOD APRIL 4, 2023 THROUGH AUGUST 11, 2023**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS PROJECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 5 | $1,500 |
| Associates | 5 | $850 |
| Paralegals | 2 | $395 |