# EXHIBIT A

Customary and Comparable Compensation Disclosures with Fee Applications

| Category of Timekeeper | Blended Hourly Rate | |
| --- | --- | --- |
|  | Billed Preceding Year, Excluding Bankruptcy | Billed this Fee Application |
| Partner | $1,699.54 | $1,292.59 |
| Counsel | $1,299.49 | $1,128.00 |
| Associate | $925.36 | $661.98 |
| Paralegal | $387.48 | $310.62 |
| All Others | $471.08 | $476.00 |
| All Timekeepers Aggregated | $1,0280.69 | $765.97 |

| | |
| --- | --- |
| Case Name: | *In re LTL Management LLC* |
| Case Number: | 23-12825-MBK |
| Applicant's Name: | Skadden, Arps, Slate, Meagher & Flom LLP |
| Date of Application: | September 8, 2023 |
| Interim or Final: | Final |