**EXHIBIT B**

Summary of Timekeepers Included in this Fee Application

| Name | Title | Department | Date of 1st Admission | Fees Billed | Number of Rate Increases | Hourly Rate Billed |
|---|---|---|---|---|---|---|
| Richard T. Bernardo | Partner | Mass Torts/Insurance | 1988 | $24,084.50 | 0 | $1,595.00 |
| Allison M. Brown | Partner | Mass Torts/Insurance | 2004 | $281,166.60 | 0 | $1,356.00/ $678.00[11] |
| Christopher D. Cox | Partner | Mass Torts/Insurance | 1998 | $99,489.60 | 0 | $1,128.00 |
| Jessica Davidson | Partner | Mass Torts/Insurance | 1996 | $43,384.00 | 0 | $1,595.00 |
| Nina R. Rose | Partner | Mass Torts/Insurance | 2006 | $38,390.00 | 0 | $1,100.00 |
| Geoffrey M. Wyatt | Partner | Mass Torts/Insurance | 2005 | $39,052.80 | 0 | $1,356.00 |
| Patricia A. McNulty | Counsel | Mass Torts/Insurance | 1986 | $338.40 | 0 | $1,128.00 |
| Jordan M. Schwartz | Counsel | Mass Torts/Insurance | 2009 | $6,768.00 | 0 | $1,128.00 |
| Anthony Balzano | Associate | Mass Torts/Insurance | 2019 | $12,710.00 | 0 | $820.00 |
| Prue E. Brady | Associate | Mass Torts/Insurance | 2023 | $68,376.00 | 0 | $440.00 |
| Joseph A. Caruso | Associate | Mass Torts/Insurance | 2023 | $23,628.00 | 0 | $440.00 |
| Sydney Cogswell | Associate | Mass Torts/Insurance | 2022 | $19,195.00 | 0 | $550.00 |
| Jordan Einstein | Associate | Mass Torts/Insurance | 2023 | $10,120.00 | 0 | $440.00 |
| Paden Gallagher | Associate | Mass Torts/Insurance | 2021 | $17,420.00 | 0 | $650.00 |
| Andrew M. Karp | Associate | Mass Torts/Insurance | 2017 | $74,389.50 | 0 | $915.00 |
| Alexander Kasparie | Associate | Mass Torts/Insurance | 2016 | $23,241.00 | 0 | $915.00 |
| Zachary W. Martin | Associate | Mass Torts/Insurance | 2016 | $6,405.00 | 0 | $915.00 |
| Catherine I. Mullaley | Associate | Mass Torts/Insurance | 2019 | $103,935.00 | 0 | $820.00/ $410.00[12] |
| Christopher Santoli | Associate | Mass Torts/Insurance | 2014 | $24,697.50 | 0 | $925.00 |
| Joshua J. Schoch | Associate | Mass Torts/Insurance | 2020 | $25,725.00 | 0 | $750.00 |
| Robert A. Silverstein | Associate | Mass Torts/Insurance | 2020 | $22,800.00 | 0 | $750.00 |

---

[11] 50% rate charged for travel time

[12] 50% rate charged for travel time.

| Name | Title | Department | Date of 1st Admission | Fees Billed | Number of Rate Increases | Hourly Rate Billed |
|---|---|---|---|---|---|---|
| Amy St. Amand | Associate | Mass Torts/Insurance | 2006 | $13,320.00 | 0 | $925.00 |
| Benjamin Suksomnil | Associate | Mass Torts/Insurance | 2003 | $8,470.00 | 0 | $550.00 |
| Carolyn Taglienti | Associate | Mass Torts/Insurance | 2021 | $585.00 | 0 | $650.00 |
| Asher Trangle | Associate | Mass Torts/Insurance | 2023 | $13,728.00 | 0 | $440.00 |
| Brian Baggetta | Staff Attorney | Mass Torts/Insurance | 2005 | $7,568.40 | 0 | $476.00 |
| Levon Alexanian | Legal Assistant | L/A Mass Torts General | N/A | $1,139.00 | 0 | $335.00 |
| Anna Brier | Legal Assistant | L/A Mass Torts General | N/A | $242.00 | 0 | $220.00 |
| Christopher Heaney | Legal Assistant | L/A Corporate Restructuring | N/A | $11,323.00 | 0 | $335.00 |
| Wendy K. LaManna | Legal Assistant | L/A Corporate Restructuring | N/A | $10,251.00 | 0 | $335.00 |
| Alex Leibovitz | Legal Assistant | L/A Mass Torts General | N/A | $7,612.00 | 0 | $220.00 |
| Wandy Liu | Legal Assistant | L/A Mass Torts General | N/A | $2,784.80 | 0 | $236.00 |
| Katrina Loffelman | Legal Assistant | L/A Mass Torts General | N/A | $5,192.50 | 0 | $335.00 |
| Vikram Mahadevan | Legal Assistant | L/A Mass Torts General | N/A | $3,960.00 | 0 | $220.00 |
| Stephanie E. Martin | Legal Assistant | L/A Mass Torts General | N/A | $51,724.00 | 0 | $335.00 |
| Jason Skorupka | Legal Assistant | L/A Managing Law Clerks | N/A | $15.20 | 0 | $76.00 |
| | | Total Hourly Fees Incurred | | $1,103,230.80 | | |
| | | Flat Fee for Anthony Valadez Pretrial Services[13] | | $1,300,000.00 | | |
| | | Flat Fee for Anthony Valadez Trial Services[14] | | $4,750,000.00 | | |
| | | Total Fees Incurred | | $7,153,230.80 | | |
| | | Less Fees for Johnson & Johnson Only Representation | | ($3,287,018.60) | | |
| | | **TOTAL LTL DEBTOR FEES** | | **$3,866,212.20** | | |

| | |
|---|---|
| Case Name: | *In re LTL Management LLC* |
| Case Number: | 23-12825-MBK |
| Applicant's Name: | Skadden, Arps, Slate, Meagher & Flom LLP |
| Date of Application: | September 8, 2023 |
| Interim or Final: | Final |

---

13  The pretrial flat fee was agreed to be $2,000,000 for 60 days of pretrial services. See Brown Certification ¶ 7. This has been prorated to reflect the 39 days of services performed during the Combined Statement Period.

14  The trial flat fee was agreed to be $2,500,000 for 30 days of trial services. See Brown Certification ¶ 7. This has been prorated to reflect the 57 days of services performed during the Combined Statement Period.