**EXHIBIT C**

Summary of Compensation Requested by Project Category

**100% LTL**

| Project Category | Hours Billed | Fees Sought |
|---|---|---|
| Fee/Employment Applications | 153.70 | $81,660.20 |
| Litigation Consulting | 644.60 | $486,544.60 |
| Travel Time[15] | 20.20 | $10,988.80 |
| **Totals:** | **818.50** | **$579,193.60** |

**50% LTL / 50% Johnson & Johnson**

| Project Category | Hours Billed | Fees Sought |
|---|---|---|
| Litigation Consulting | 621.80 | $524,037.20 |
| **Totals:** | **621.80** | **$524,037.20** |
| Flat Fee for Anthony Valadez Pretrial Services[16] | | $1,300,000.00 |
| Flat Fee for Anthony Valadez Trial Services[17] | | $4,750,000.00 |
| **Total Fees Incurred** | | **$6,574,037.20** |
| Less Fees for Johnson & Johnson Only Representation | | ($3,287,018.60) |
| **Total Fees Requested** | | **$3,287,018.60** |

| | |
|---|---|
| Case Name: | *In re LTL Management LLC* |
| Case Number: | 23-12825-MBK |
| Applicant's Name: | Skadden, Arps, Slate, Meagher & Flom LLP |
| Date of Application: | September 8, 2023 |
| Interim or Final: | Final |

---

[15] This has been billed at 50% of the hourly rate of the applicable professional.

16  The pretrial flat fee was agreed to be $2,000,000 for 60 days of pretrial services. See Brown Certification ¶ 7. This has been prorated to reflect the 39 days of services performed during the Combined Statement Period.

17  The trial flat fee was agreed to be $2,500,000 for 30 days of trial services. See Brown Certification ¶ 7. This has been prorated to reflect the 57 days of services performed during the Combined Statement Period.