# EXHIBIT D

Summary of Expense Reimbursement Requested by Category

**100% LTL**

| Category | Amount |
|---|---|
| Out-Of-Town Travel: | |
| (a) Transportation | $1,229.53 |
| (b) Hotel | $1,292.20 |
| (c) Ground Transportation | $589.79 |
| Business Meals | $1,170.76 |
| Deposition Transcripts | $28,322.03 |
| Delivery Services/Courier | $67.71 |
| Other Out-Of-Pocket | $2,331.24 |
| Outside Research | $717.90 |
| Other Electronic Document Management | $539.28 |
| Reproduction – color | $42.14 |
| **TOTAL REQUESTED:** | **$36,302.58** |

**50% LTL / 50% Johnson & Johnson**

| Category | Amount |
|---|---|
| Out-Of-Town Travel: | |
| (a) Transportation | $84,467.63 |
| (b) Hotel | $2,815.22 |
| (c) Ground Transportation | $5,976.59 |
| Business Meals | $741.27 |
| Court Fees | $114.35 |
| Deposition Transcripts | $29,863.16 |
| Delivery Services/Courier | $1,676.65 |
| Experts | $6,594.40 |
| Filing Fees | $51.25 |
| Other Out-Of-Pocket | $85.00 |
| Outside Research | $1,572.38 |
| Other Electronic Document Management | $319.97 |
| Outside Reproduction & Binding & Specialty Printing | $46,556.21 |
| Reproduction | $24.36 |
| Reproduction – color | $639.10 |
| **Total:** | **$181,497.54** |
| Less Expenses for Johnson & Johnson Only Representation: | ($90,748.77) |
| **TOTAL REQUESTED:** | **$90,748.77** |

| | |
|---|---|
| Case Name: | *In re LTL Management LLC* |
| Case Number: | 23-12825-MBK |
| Applicant's Name: | Skadden, Arps, Slate, Meagher & Flom LLP |
| Date of Application: | September 8, 2023 |
| Interim or Final: | Final |