**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| IN RE: | LTL Management LLC. | APPLICANT: | Otterbourg P.C. |
| CASE NO.: | 23-12825 (MBK) | CLIENT: | Co-Counsel for Official Committee of Talc Claimants |
| CHAPTER: | 11 | CASE FILED: | April 4, 2023 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER ATTACHED

**SECTION I**
**FEE SUMMARY**

**FIRST INTERIM AND FINAL FEE APPLICATION COVERING THE PERIOD APRIL 4, 2023 THROUGH AUGUST 11, 2023**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL FEES/EXP PREVIOUSLY REQUESTED: | $3,525,468.00 | $32,199.60 |
| TOTAL FEES/EXP ALLOWED TO DATE: | $0.00 | $0.00 |
| TOTAL RETAINER (IF APPLICABLE): | N/A | N/A |
| TOTAL HOLDBACK TO DATE (IF APPLICABLE): | $705,093.40 | $0.00 |
| TOTAL RECEIVED BY APPLICANT TO DATE: | $2,712,776.00 | $30,410.99 |

| | |
|---|---|
| TOTAL FEES | $3,828,953.00 |
| TOTAL EXPENSES | $32,533.60 |
| TOTAL FEE APPLICATION | $3,861,486.60 |

7612418.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Member | 1982 | $1,620.00 | 589.9 | $955,638.00 |
| Richard G. Haddad ("RGH") Member | 1988 | $1,240.00 | 155.7 | $193,068.00 |
| Adam C. Silverstein ("ACS") Member | 1992 | $1,150.00 | 486.9 | $559,935.00 |
| Jennifer S. Feeney ("JSF") Member | 1998 | $1,015.00 | 553.9 | $562,208.50 |
| James V. Drew ("JVD") Member | 2002 | $1,015.00 | 296.5 | $300,947.50 |
| David A. Castleman ("DAC") Member | 2007 | $925.00 | 583.2 | $539,460.00 |
| Pauline McTernan ("PM") Member | 2009 | $795.00 | 7.3 | $5,803.50 |
| John Bougiamas ("JB") Associate | 1993 | $905.00 | 209.2 | $189,326.00 |
| Robert C. Yan ("RCY") Associate | 2002 | $770.00 | 284.3 | $218,911.00 |
| Michael R. Maizel ("MRM") Associate | 2017 | $525.00 | 301.9 | $158,497.50 |
| Michael A Pantzer ("MAP") Associate | 2017 | $525.00 | 101.6 | $53,340.00 |
| Roselyn Wu ("RW") Awaiting Admission | N/A | $325.00 | 52.6 | $17,095.00 |
| Julia P. Forster ("JPF") Summer Associate | N/A | $325.00 | 55.6 | $18,070.00 |
| Chaim B. Aronov ("CBA") Summer Associate | N/A | $325.00 | 34.1 | $11,082.50 |
| George P. Alchas ("GPA") Summer Associate | N/A | $325.00 | 3.3 | $1,072.50 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $380.00 | 117.1 | $44,498.00 |
| **TOTAL FEES** | | | **3833.1** | **$3,828,953.00** |
| **BLENDED RATE** | | **$998.91** | | |

7612418.1

# SECTION II
# SUMMARY OF SERVICES

| PROJECT CATEGORY DESCRIPTION | PROJECT CODE | HOURS | FEE |
|---|---|---|---|
| Case Administration/General Services | L0001 | 35.4 | $27,458.50 |
| Asset Analysis and Recovery | L0002 | 1.1 | $729.50 |
| Meetings of and Communications with Committee | L0005 | 224.4 | $263,857.00 |
| Meetings of and Communications with Co-Counsel | L0006 | 124.4 | $138,171.00 |
| Committee Governance and Organizational | L0007 | 2.4 | 3159.00 |
| Fee/Employment Applications | L0008 | 82.0 | $69,543.50 |
| Fee/Employee Objections | L0009 | 2.1 | $2,504.50 |
| Contested Matters/Litigation (General) | L0010 | 180.1 | $176,909.00 |
| Non-Working Travel @ 50% | L0011 | 61.8 | $80,812.50 |
| Business Operations | L0012 | 6.0 | $4,718.00 |
| Claims Administration and Objections | L0013 | 51.5 | $58,551.50 |
| Plan and Disclosure Statement | L0014 | 415.7 | $383,343.00 |
| Mediation/Settlement | L0015 | 8.9 | $12,120.00 |
| Court Attendance | L0016 | 199.4 | $223,527.50 |
| Injunction Litigation in Adversary Proceeding 23-01092 | L0017 | 593.7 | $607,885.50 |
| Dismissal/Trustee/Examiner Matters | L0018 | 1,844.2 | $1,775,663.00 |
| **TOTAL FEES:** | | **3,833.1** | **$3,828,953.00** |

7612418.1

# SECTION III
# SUMMARY OF DISBURSEMENTS

| CATEGORY | AMOUNT |
|---|---:|
| Court Reporting Services | $6,098.08 |
| Filing Fees, Court | $783.85 |
| Meals, Chargeable (Dinner/Lunch) | $450.91 |
| Electronic Research | $10,792.78 |
| Air Freight | $315.35 |
| Transportation | $2,923.19 |
| Postage, Excess | $28.75 |
| Process Service | $1,220.00 |
| Travel-Out of Town-Lodging, etc. | $9,647.99 |
| Photocopies | $272.70 |
| **TOTAL DISBURSEMENTS:** | **$32,533.60** |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 8, 2023                          /s/ *Melanie L. Cyganowski*
                                                  Melanie L. Cyganowski, Esq.