# **EXHIBIT D**
## **Comparable Compensation Disclosure**

**CUSTOMARY AND COMPARABLE COMPENSATION**
**DISCLOSURES WITH FEE APPLICATION**

|                          | Blended Hourly Rate                                  |                              |
| ------------------------ | ---------------------------------------------------- | ---------------------------- |
| **Category of Timekeeper** | **Billed Preceding Year, Excluding Bankruptcy** | **Billed this Fee Application** |
| Partner                  | $1,127.90                                            | $1,165.95                    |
| Of Counsel               | $905.47                                              | NA                           |
| Associate                | $493.18                                              | $691.28                      |
| Paralegal                | $377.08                                              | $349.52                      |
| All Timekeepers Aggregated | $750.79                                            | $998.91                      |

| | |
|---|---|
| Case Name: | In re LTL Management LLC |
| Case No.: | 23-12825 |
| Applicant's Name: | Otterbourg P.C. |
| Date of Application: | September 8, 2023 |
| Interim or Final: | First Interim and Final |

7612419.1