# EXHIBIT E
## Summary of Timekeepers

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Professional/Paraprofessional Title or Position | Year Admitted | Department | Rate Per Hour (in this Application) | Rate Per Hour (in First Interim Application) | No. of Hrs. | Total Compensation |
|---|---|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Member | 1982 | Bankruptcy | $1,620.00 | $1,620.00 | 589.9 | $955,638.00 |
| Richard G. Haddad ("RGH") Member | 1988 | Litigation | $1,240.00 | $1,240.00 | 155.7 | $193,068.00 |
| Adam C. Silverstein ("ACS") Member | 1992 | Litigation | $1,150.00 | $1,150.00 | 486.9 | $559,935.00 |
| Jennifer S. Feeney ("JSF") Member | 1998 | Bankruptcy | $1,015.00 | $1,015.00 | 553.9 | $562,208.50 |
| James V. Drew ("JVD") Member | 2002 | Bankruptcy | $1,015.00 | $1,015.00 | 296.5 | $300,947.50 |
| David A. Castleman ("DAC") Member | 2007 | Bankruptcy | $925.00 | $925.00 | 583.2 | $539,460.00 |
| Pauline McTernan ("PM") Member | 2009 | Litigation | $795.00 | $795.00 | 7.3 | $5,803.50 |
| John Bougiamas ("JB") Associate | 1993 | Litigation | $905.00 | $905.00 | 209.2 | $189,326.00 |
| Robert C. Yan ("RCY") Associate | 2002 | Bankruptcy | $770.00 | $770.00 | 284.3 | $218,911.00 |
| Michael R. Maizel ("MRM") Associate | 2017 | Bankruptcy | $525.00 | $525.00 | 301.9 | $158,497.50 |
| Michael A Pantzer ("MAP") Associate | 2017 | Bankruptcy | $525.00 | $525.00 | 101.6 | $53,340.00 |
| Roselyn Wu ("RW") Awaiting Admission | N/A | Bankruptcy | $325.00 | $325.00 | 52.6 | $17,095.00 |
| Julia P. Forster ("JPF") Summer Associate | N/A | N/A | $325.00 | $325.00 | 55.6 | $18,070.00 |
| Chaim B. Aronov ("CBA") Summer Associate | N/A | N/A | $325.00 | $325.00 | 34.1 | $11,082.50 |
| George P. Alchas ("GPA") Summer Associate | N/A | N/A | $325.00 | $325.00 | 3.3 | $1,072.50 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | Bankruptcy | $380.00 | $380.00 | 117.1 | $44,498.00 |
| **TOTAL FEES** | | | | | **3833.1** | **$3,828,953.00** |

Case Name:              In re LTL Management LLC
Case No.:               23-12825
Applicant's Name:       Otterbourg P.C.
Date of Application:    September 8, 2023
Interim or Final:       First Interim and Final

7612419.1