# **EXHIBIT F**
## **Budget and Staffing Plan**

**BUDGET**

| PROJECT CATEGORY | PROJECT CODE | BUDGETED HOURS | ACTUAL HOURS | ESTIMATED FEES | ACTUAL FEES |
|---|---|---|---|---|---|
| Case Administration/General Services | L0001 | 35.0 | 35.4 | $35,000 | $27,458.50 |
| Asset Analysis and Recovery | L0002 | 60.0 | 1.1 | $65,000 | $729.50 |
| Asset Disposition | L0003 | 10.0 | | $10,000 | |
| Relief from Stay / Adequate Protection Proceedings | L0004 | 25.0 | | $20,000 | |
| Meetings of and Communications with Committee | L0005 | 225.0 | 224.4 | $250,000 | $263,857.00 |
| Meetings of and Communications with Co-Counsel | L0006 | 275.0 | 124.4 | $300,000 | $138,171.00 |
| Committee Governance and Organizational | L0007 | 25.0 | 2.4 | $25,000 | 3159.00 |
| Fee/Employment Applications | L0008 | 65.0 | 82.0 | $60,000 | $69,543.50 |
| Fee/Employee Objections | L0009 | 25.0 | 2.1 | $20,000 | $2,504.50 |
| Contested Matters/Litigation (General) | L0010 | 200.0 | 180.1 | $225,000 | $176,909.00 |
| Non-Working Travel @ 50% | L0011 | 75.0 | 61.8 | $50,000 | $80,812.50 |
| Business Operations | L0012 | 15.0 | 6.0 | $15,000 | $4,718.00 |
| Claims Administration and Objections | L0013 | 160.0 | 51.5 | $160,000 | $58,551.50 |
| Plan and Disclosure Statement | L0014 | 300.0 | 415.7 | $300,000 | $383,343.00 |
| Mediation/Settlement | L0015 | 110.0 | 8.9 | $140,000 | $12,120.00 |
| Court Attendance | L0016 | 450.0 | 199.4 | $475,000 | $223,527.50 |
| Injunction Litigation in Adversary Proceeding 23-01092 | L0017 | 200.0 | 593.7 | $200,000 | $607,885.50 |
| Dismissal/Trustee/Examiner Matters | L0018 | 1,800.0 | 1,844.2 | $1,750,000 | $1,775,663.00 |
| | TOTALS | 4,055.0 | 3,833.1 | $4,100,000.00 | $3,828,953.00 |

Case Name:            In re LTL Management LLC
Case No.:             23-12825
Applicant's Name:     Otterbourg P.C.
Date of Application:  September 8, 2023
Interim or Final:     First Interim and Final

7612419.1

**STAFFING PLAN**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON MATTER DURING BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partner | 7 | $1,1085.57 |
| Of Counsel | NA | NA |
| Associate | 6 | $681.25 |
| Paralegal | 1 | $336.00 |

Case Name:            In re LTL Management LLC
Case No.:             23-12825
Applicant's Name:     Otterbourg P.C.
Date of Application:  September 8, 2023
Interim or Final:     First Interim and Final

7612419.1