# **EXHIBIT G**
**Project Code Summary**

## SUMMARY OF COMPENSATION BY PROJECT CODE

| PROJECT CATEGORY DESCRIPTION | PROJECT CODE | HOURS | FEE |
|---|---|---|---|
| Case Administration/General Services | L0001 | 35.4 | $27,458.50 |
| Asset Analysis and Recovery | L0002 | 1.1 | $729.50 |
| Meetings of and Communications with Committee | L0005 | 224.4 | $263,857.00 |
| Meetings of and Communications with Co-Counsel | L0006 | 124.4 | $138,171.00 |
| Committee Governance and Organizational | L0007 | 2.4 | $3,159.00 |
| Fee/Employment Applications | L0008 | 82.0 | $69,543.50 |
| Fee/Employee Objections | L0009 | 2.1 | $2,504.50 |
| Contested Matters/Litigation (General) | L0010 | 180.1 | $176,909.00 |
| Non-Working Travel @ 50% | L0011 | 61.8 | $80,812.50 |
| Business Operations | L0012 | 6.0 | $4,718.00 |
| Claims Administration and Objections | L0013 | 51.5 | $58,551.50 |
| Plan and Disclosure Statement | L0014 | 415.7 | $383,343.00 |
| Mediation/Settlement | L0015 | 8.9 | $12,120.00 |
| Court Attendance | L0016 | 199.4 | $223,527.50 |
| Injunction Litigation in Adversary Proceeding 23-01092 | L0017 | 593.7 | $607,885.50 |
| Dismissal/Trustee/Examiner Matters | L0018 | 1,844.2 | $1,775,663.00 |
| **TOTAL FEES:** | | **3,833.1** | **$3,828,953.00** |

Case Name:          In re LTL Management LLC
Case No.:           23-12825
Applicant's Name:   Otterbourg P.C.
Date of Application: September 8, 2023
Interim or Final:   First Interim and Final

7612419.1