# EXHIBIT I
## Summary of Expenses

| | |
|---|---|
| Case Name: | In re LTL Management LLC |
| Case No.: | 23-12825 |
| Applicant's Name: | Otterbourg P.C. |
| Date of Application: | September 8, 2023 |
| Interim or Final: | First Interim and Final |

7612419.1

**SUMMARY OF EXPENSE REIMBURSEMENT**
**REQUESTED BY CATEGORY**

| CATEGORY | AMOUNT |
|---|---|
| Court Reporting Services | $6,098.08 |
| Filing Fees, Court | $783.85 |
| Meals, Chargeable (Dinner/Lunch) | $450.91 |
| Electronic Research | $10,792.78 |
| Air Freight | $315.35 |
| Transportation | $2,923.19 |
| Postage, Excess | $28.75 |
| Process Service | $1,220.00 |
| Travel-Out of Town-Lodging, etc. | $9,647.99 |
| Photocopies | $272.70 |
| **TOTAL DISBURSEMENTS:** | **$32,533.60** |

Case Name:          In re LTL Management LLC
Case No.:           23-12825
Applicant's Name:   Otterbourg P.C.
Date of Application: September 8, 2023
Interim or Final:   First Interim and Final

7612419.1