# **EXHIBIT J**
## **Computer Generated Expense Detail**

| | |
|---|---|
| Case Name: | In re LTL Management LLC |
| Case No.: | 23-12825 |
| Applicant's Name: | Otterbourg P.C. |
| Date of Application: | September 8, 2023 |
| Interim or Final: | First Interim and Final |

7612419.1

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

```
Client/Matter:  93174/0902                                September 7, 2023
Page 381                                                     BILL NO. 233587


DISBURSEMENTS FOR YOUR ACCOUNT

   Court Reporting Services                                       6,098.08

   Filing Fees, Court                                                783.85

   Meals,Chargeable(Dinner/Lunch)                                    450.91

   Electronic Research                                            10,792.78

   Air Freight                                                       315.35

   Transportation                                                  2,923.19

   Postage, Excess                                                    28.75

   Process Service                                                 1,220.00

   Travel-Out of Town-lodging,etc                                  9,647.99

   Photocopies                                                       272.70
                                                              _____
                                  TOTAL DISBURSEMENTS            32,533.60
```