# EXHIBIT A

Order Filed on June 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT  DISTRICT OF NEW JERSEY | |
|---|---|
| In re:  LTL MANAGEMENT LLC,[1]  Debtor. | Chapter 11  Case No.: 23-12825 (MBK)  Honorable Michael B. Kaplan |

### AMENDED ORDER AUTHORIZING RETENTION OF HONORABLE ROYAL FURGESON (RET.) AS EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS EFFECTIVE MAY 19, 2023

The relief set forth on the following pages is **ORDERED**.

**DATED: June 15, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel for the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>Kenneth J. Aulet, Esq.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>kaulet@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>And-<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |

Upon the application (the "Application") of the Official Committee of Talc Claimants (the "TCC") for authorization to retain Honorable Royal Furgeson (Ret.) as expert witness and consultant on multi-district process, it is hereby ORDERED:

1. The Application is granted as set forth herein

2. Honorable Royal Furgeson (Ret.) is authorized to render professional services to the TCC as described in the Application effective as of May 19, 2023.  Any additional services proposed to be provided by Honorable Royal Furgeson (Ret.) shall require further Court approval.

3. Honorable Royal Furgeson (Ret.) shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with this case in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines, and any other applicable procedures and orders of this Court; provided however, that if Honorable Royal Furgeson (Ret.) seeks to redact his time records to protect any privileges asserted it shall first apply to this Court for permission to do so under Section 107 of the Bankruptcy Code.

4. The Debtor's estate shall be directly liable for all fees and expenses of Honorable Royal Furgeson (Ret.).

5. If Honorable Royal Furgeson (Ret.) seeks to utilize any third-party service providers to perform services for the TCC, Honorable Royal Furgeson (Ret.) or the TCC shall seek the separate retention of any such third-party service providers.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.