# EXHIBIT B



**INVOICE NO. 1226**

Date: July 16, 2023

Re: *In re LTL Management LLC*; Case No. 23-12825 (MBK)

From: FurgesonMalouf Law PLLC
Royal Furgeson
royal@furgesonlaw.com
(214) 934-7647

To: Don Clarke
dclark@genovaburns.com
Adam Silverstein
asilverstein@otterbourg.com
Lorrie Denson
ldenson@genovaburns.com

For: Fees and expenses in connection with expert testimony, as shown on appendix.

| | |
|---|---:|
| Fees ($1,000 per hour x 94.4 hours) | $ 94,400.00 |
| Expenses (receipts attached) | 1,960.82 |
| **Total Due:** | **$ 96,360.82** |

Appendix with Billing Details

*In re LTL Management LLC*; Case No. 23-12825 (MBK)

| Date | Description | Hours |
| --- | --- | --- |
| 05/19/2023 | Telephone call with Jeffrey Jonas about testimony in LTL Bankruptcy as expert witness. Agreed to participate. | 0.3 |
| 05/22/2023 | ZOOM call with Adam Silverstein and others about expert testimony regarding the JPML. | 1.0 |
| 05/23/2023 | Email exchange with Adam Silverstein about preparation of expert report regarding the JPML. | 0.4 |
| 05/24/2023 | ZOOM call with Adam Silverstein and others about responsibility to formulate expert report on expedited basis. | 0.8 |
| 05/25/2023 | Began reviewing general authorities on multidistrict litigation and began outlining thoughts for expert report. | 2.7 |
| 05/26/2023 | Continued general review of authorities and basic outline. | 1.8 |
| 05/26/2023 | Reviewed application regarding retention in bankruptcy. Reviewed certification form, retention application form, retention order form and case parties list. | 0.8 |
| 05/27/2023 | Finished basic outline for expert report. Began preparation of draft report. Continued general review of authorities. | 4.4 |
| 05/29/2023 | Continued preparation of draft report and general review of authorities. | 3.7 |
| 05/30/2023 | Conferred with Adam Silverstein and others to explain progress on draft. | 0.5 |
| 05/30/2023 | Continued preparation of draft report and general review of authorities. | 2.3 |
| 05/30/2023 | Asked for input from Judges Goodwin, Fallon, Barbier and Kinkeade. | 0.3 |
| 05/31/2023 | Continued preparation of draft report and general review of authorities. | 3.6 |
| 06/01/2023 | Conferred with Adam Silverstein ad others to explain progress on draft. | 0.7 |
| 06/02/2023 | Talked to Judge Kinkeade about hip replacement MDL. | 0.4 |
| 06/03/2023 | Talked to Judge Barbier about Deepwater Horizon MDL. | 0.7 |
| 06/03/2023 | Continued preparation of draft report. | 5.6 |
| 06/04/2023 | Continued preparation of draft report. | 4.8 |
| 06/04/2023 | Conferred with Adam Silverstein and others to explain progress on draft. | 0.8 |
| 06/05/2023 | Completed draft. | 4.7 |
| 06/05/2023 | Conferred with Adam Silverstein and others to explain completed draft. | 1.0 |
| 06/06/2023 | Made final revisions on draft of expert report. Coordinated with Adam Silverstein about getting report filed. | 2.3 |

| Date | Description | Hours |
|---|---|---|
| 06/07/2023 | Signed expert report. Authorized Adam Silverstein to file expert report. | 0.5 |
| 06/13/2023 | Began re-reading authorities to prepare for deposition. | 1.5 |
| 06/14/2023 | Continued re-reading authorities to prepare for deposition. | 2.2 |
| 06/15/2023 | Briefing with Adam Silverstein and others to prepare for deposition. | 1.5 |
| 06/16/2023 | Briefing with Adam Silverstein and others to prepare for deposition. | 1.5 |
| 06/16/2023 | Continued re-reading authorities to prepare for deposition. | 2.7 |
| 06/17/2023 | Briefing with Adam Silverstein and others to prepare for deposition. | 1.0 |
| 06/17/2023 | Continued re-reading authorities and reading other expert reports to prepare for deposition. | 3.0 |
| 06/19/2023 | Briefing with Adam Silverstein and others to prepare for deposition. | 1.0 |
| 06/22/2023 | Completed preparation for deposition. Gave Deposition. | 2.5 |
| 06/22/2023 | Conference with Adam Silverstein for de-briefing. | 0.4 |
| 06/23/2023 | Began review of expert report and all materials for preparation for court testimony. | 3.0 |
| 06/24/2023 | Continued review of expert report and all materials for preparation for court testimony. Received and reviewed deposition transcript. | 4.3 |
| 06/26/2023 | Completed review for preparation for court testimony. Continued review of deposition transcript. | 3.7 |
| 06/27/2023 | Travel to Trenton. | 4.0 |
| 06/27/2023 | Conference with Adam Silverstein to begin final preparation for court testimony. | 1.0 |
| 06/28/2023 | Attend court hearing. | 8.0 |
| 06/28/2023 | Conference with Adam Silverstein to complete final preparation for court testimony. | 1.0 |
| 06/29/2023 | Attend court hearing. Gave court testimony. | 4.0 |
| 06/29/2023 | Travel back to Dallas. | 4.0 |
| | Total Hours | 94.4 |
| | Total Fees ($1,000 per hour x 94.4) | $ 94,400.00 |
| | Expenses (receipts attached): | |
| | Airfare $ 1,294.80 | |
| | Ground Transportation (to/from DFW Airport) $ 178.16 | |
| | Hotel/Meals $ 487.86 | |
| | Total Expenses | $ 1,960.82 |
| | **TOTAL FEES AND EXPENSES** | **$ 96,360.82** |