# EXHIBIT C

, 2023 at 17:27:56 Central Daylight Time

**Subject:** Your trip confirmation (DFW - PHL)
**Date:** Friday, June 16, 2023 at 8:50:06 PM Central Daylight Time
**From:** American Airlines
**To:** Stacy Littrell

Issued: June 17, 2023

## Your trip confirmation and receipt

We charged $1,294.80 to your card ending in 4837 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator: DEYPMM**

### Tuesday, June 27, 2023

**DFW**  AA 1995
Dallas/Fort Worth
1:33 PM

**PHL**
Philadelphia
5:49 PM

Seat: **4F**
Class: **Business (R)**
Meals: **Lunch**

### Friday, June 30, 2023

**PHL**  AA 998
Philadelphia
12:47 PM

**DFW**
Dallas/Fort Worth
3:19 PM

Seat: **4C**
Class: **Business (R)**
Meals: **Lunch**

Page 1 of 5

**Manage your trip**

# Earn 50,000 Bonus Miles

Plus great travel benefits. Terms Apply.

Learn more



## Your purchase

**William Furgeson - AAdvantage® #: 188******

| | |
|---|---|
| New ticket (0012456129705) | $1,294.80 |
| [$1,176.74+ Taxes & carrier-imposed fees $118.06] | |
| **Total cost** | **$1,294.80** |

## Your payment

| | |
|---|---|
| MasterCard (ending 4837) | $1,294.80 |
| **Total paid** | **$1,294.80** |

## Bag information

### Checked Bag (Airport)

| | |
|---|---|
| 1st bag | No charge |
| 2nd bag | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

| | |
|---|---|
| **Subject:** | FW: Your recent trip with Alto |
| **Date:** | Monday, July 3, 2023 at 2:10:41 PM Central Daylight Time |
| **From:** | Royal Furgeson |
| **To:** | Stacy Littrell |

FYI for New Jersey invoice.

**From:** Alto Receipts <no-reply@receipts.ridealto.com>
**Sent:** Thursday, June 29, 2023 10:31 PM
**To:** Royal Furgeson <royal@furgesonlaw.com>
**Subject:** Your recent trip with Alto

Alto Thank you

## Royal Furgeson, we value your membership

| Total | $90.68 |
|---|---|
| Trip Fare (32 minutes, 23.8 miles) | $71.45 |
| Wait Time (9 minutes) | $5.40 |

| | |
|---|---:|
| Subtotal | $76.85 |
| Service Charge* (18%) | $13.83 |
| Charge:<br>Charged card ending in 9536 | $90.68 |

*supports driver pay and health benefits

# YOUR TRIP
provided by Alto Operations Texas LLC (TX TNC LIC 111)

TUU2371 trip on Thu, Jun 29, 2023 at 9:40pm CDT

**Driver:** Thelonius Wease

Your Alto Driver:

**Origin:** DFW Airport - Terminal A - Gates A6-A16 (Door A16)

**Destination:** Point near 3444 Milton Ave, Dallas, TX 75205, USA

Your trip

**Subject:** FW: Your recent trip with Alto
**Date:** Monday, July 3, 2023 at 2:10:54 PM Central Daylight Time
**From:** Royal Furgeson
**To:** Stacy Littrell

FYI for New jersey invoice.

**From:** Alto Receipts <no-reply@receipts.ridealto.com>
**Sent:** Tuesday, June 27, 2023 11:54 AM
**To:** Royal Furgeson <royal@furgesonlaw.com>
**Subject:** Your recent trip with Alto

Alto Thank you

## Royal Furgeson, we value your membership

| Total | $87.48 |
|---|---|
| Trip Fare (35 minutes, 23.9 miles) | $68.20 |
| Subtotal | $68.20 |
| Service Charge* (18%) | $12.28 |
| Location Fees: | |
|   DFW Airport Fee | $7.00 |

Charge: $87.48
Charged card ending in 9536

*supports driver pay and health benefits*

## YOUR TRIP
provided by Alto Operations Texas LLC (TX TNC LIC 111)

SGG4630 trip on Tue, Jun 27, 2023 at 11:08am CDT

Driver: Lawrence Miles

Your Alto Driver:

**Origin:** 3441 Westminster Ave, Dallas, TX 75205, USA

**Destination:** DFW Airport - Terminal A - A12 Security Checkpoint

Your trip



**PRINCETON MARRIOTT FORRESTAL**                                    **GUEST FOLIO**

| 2200<br>ROOM | FURGESON/ROYAL<br>NAME | 199.00<br>RATE | 06/29/23<br>DEPART | 12:14<br>TIME | 57130<br>ACCT# | 54411<br>GROUP |
|---|---|---|---|---|---|---|
| GK<br>TYPE | US DISTRICT COURT<br>3441 WESTMINSTER AVE | | 06/27/23<br>ARRIVE | 19:35<br>TIME | | |
| 57<br>ROOM CLERK | DALLAS TX 752051336<br>ADDRESS | | MCXXXXXXXXXXXX0810<br>PAYMENT | | MBV#: | 537838815 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 06/27 | IRON&IVY | 33962200 | 31.66 | | |
| 06/27 | GP ROOM | 2200, 1 | 199.00 | | |
| 06/27 | ROOM TAX | 2200, 1 | 13.18 | | |
| 06/27 | OCC TAX | 2200, 1 | 9.95 | | |
| 06/27 | MUNI TX | 2200, 1 | 5.97 | | |
| 06/28 | GP ROOM | 2200, 1 | 199.00 | | |
| 06/28 | ROOM TAX | 2200, 1 | 13.18 | | |
| 06/28 | OCC TAX | 2200, 1 | 9.95 | | |
| 06/28 | MUNI TX | 2200, 1 | 5.97 | | |
| 06/29 | CCARD-MC | | | 487.86 | |

PAYMENT RECEIVED BY: MASTERCARD          XXXXXXXXXXXX0810
************ AUTHORIZATION *************
APPROVED
Total: $834.27 Card Type: MASTERCARD Card Entry: CHIP Acct #: ************0810 Approval Code: 22671E
*********** EMV AUTHORIZATION ************
App Label: MasterCard Mode: Issuer
AID: A0000000041010 TVR: 0000008000 IAD: 01106070012200004C0300000000000000FF TSI: E800 ARC: 00
AC: FD94C68BEEBEAA2A CVM: 1E0300

| 06/29 | CASH | | .00 | | |
| | | | | | .00 |

See our "Privacy & Cookie Statement" on Marriott.com



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X