# EXHIBIT B

D. Theodore Rave - Timesheet for Expert Witness Work on LTL Management Bankruptcy
May 19, 2023 - June 30, 2023

| Date | Hours worked | Task | Rate | Total |
|---|---|---|---|---|
| 5/19/2023 | 0.2 | Phone call with J. Jonas re: retention | $875.00 | $175.00 |
| 5/22/2023 | 0.8 | Review Garretson 3M testimony | $875.00 | $700.00 |
| 5/22/2023 | 1.2 | Zoom with A. Silverstein, S. Bellville, D. Castleman, L. O'Dell re: testimony | $875.00 | $1,050.00 |
| 5/22/2023 | 0.7 | Draft outline of export report | $875.00 | $612.50 |
| 5/23/2023 | 0.9 | Draft outline of export report | $875.00 | $787.50 |
| 5/23/2023 | 5.3 | Research | $875.00 | $4,637.50 |
| 5/24/2023 | 0.3 | Prep for call | $875.00 | $262.50 |
| 5/24/2023 | 0.8 | Zoom with A. Silverstein, S. Bellville, D. Castleman re: expert report | $875.00 | $700.00 |
| 5/24/2023 | 1 | Review sample report | $875.00 | $875.00 |
| 5/24/2023 | 1.1 | Review LTL 1.0 opinions | $875.00 | $962.50 |
| 5/25/2023 | 2.2 | Review LTL 1.0 opinions | $875.00 | $1,925.00 |
| 5/25/2023 | 1.5 | Research | $875.00 | $1,312.50 |
| 5/25/2023 | 1.3 | Draft outline of export report | $875.00 | $1,137.50 |
| 5/26/2023 | 2.5 | Research | $875.00 | $2,187.50 |
| 5/26/2023 | 0.4 | Phone call with D. Clarke re: retention | $875.00 | $350.00 |
| 5/26/2023 | 0.7 | Review potentially interested parties and retention documents | $875.00 | $612.50 |
| 5/26/2023 | 1.3 | Prepare disclosures and retention documents | $875.00 | $1,137.50 |
| 5/26/2023 | 2.2 | Research | $875.00 | $1,925.00 |
| 5/26/2023 | 4.3 | Draft outline of export report | $875.00 | $3,762.50 |
| 5/27/2023 | 2.2 | Research | $875.00 | $1,925.00 |
| 5/28/2023 | 1.3 | Research | $875.00 | $1,137.50 |
| 5/29/2023 | 0.5 | Email A. Silverstein re: MDL articles | $875.00 | $437.50 |
| 5/29/2023 | 0.4 | Research | $875.00 | $350.00 |
| 5/29/2023 | 1.1 | Draft expert report | $875.00 | $962.50 |
| 5/31/2023 | 0.4 | Review disclosures and retention documents | $875.00 | $350.00 |
| 5/31/2023 | 8.2 | Draft expert report | $875.00 | $7,175.00 |
| 6/1/2023 | 0.1 | Email A. Silverstein re: expert report | $875.00 | $87.50 |
| 6/1/2023 | 12.7 | Draft expert report | $875.00 | $11,112.50 |
| 6/2/2023 | 7.8 | Draft expert report | $875.00 | $6,825.00 |
| 6/4/2023 | 0.4 | Email A. Silverstein re: expert report | $875.00 | $350.00 |
| 6/4/2023 | 2.2 | Draft expert report | $875.00 | $1,925.00 |
| 6/4/2023 | 1.2 | Zoom with A. Silverstein, L. O'Dell, M. Parfitt re: expert report | $875.00 | $1,050.00 |
| 6/4/2023 | 0.9 | Research | $875.00 | $787.50 |
| 6/5/2023 | 4.9 | Review LTL informational brief and first day disclosures | $875.00 | $4,287.50 |
| 6/5/2023 | 4 | Research | $875.00 | $3,500.00 |
| 6/5/2023 | 4.7 | Draft expert report | $875.00 | $4,112.50 |
| 6/6/2023 | 17 | Draft expert report | $875.00 | $14,875.00 |
| 6/7/2023 | 1.7 | Draft expert report | $875.00 | $1,487.50 |
| 6/7/2023 | 0.2 | Email A. Silverstein re: expert report | $875.00 | $175.00 |
| 6/7/2023 | 1 | Zoom with A. Silverstein, D. Castleman, L. O'Dell, C. Tisi, A. Birchfield re: expert report | $875.00 | $875.00 |
| 6/7/2023 | 1.3 | Review Daubert ruling | $875.00 | $1,137.50 |
| 6/7/2023 | 1.6 | Compile schedule of materials considered | $875.00 | $1,400.00 |
| 6/7/2023 | 4.3 | Edit and finalize expert report | $875.00 | $3,762.50 |
| 6/8/2023 | 1.8 | Review Mullin expert report | $875.00 | $1,575.00 |
| 6/9/2023 | 5 | Review Mullin expert report | $875.00 | $4,375.00 |
| 6/9/2023 | 0.8 | Research | $875.00 | $700.00 |
| 6/9/2023 | 0.8 | Zoom with A. Silverstein re: rebuttal report | $875.00 | $700.00 |
| 6/10/2023 | 0.5 | Review Mullin expert report | $875.00 | $437.50 |
| 6/10/2023 | 0.7 | Phone call with A. Silverstein re: rebuttal report | $875.00 | $612.50 |
| 6/11/2023 | 0.2 | Review Mullin expert report | $875.00 | $175.00 |
| 6/11/2023 | 0.8 | Zoom with A. Silverstein, D. Castleman, L. O'Dell, C. Tisi, A. Birchfield, M. Winograd, J. Fe | $875.00 | $700.00 |
| 6/12/2023 | 0.1 | Email A. Silverstein re: deposition prep | $875.00 | $87.50 |
| 6/12/2023 | 0.3 | Review email re: rebuttal | $875.00 | $262.50 |
| 6/12/2023 | 2.2 | Draft outline of supplemental/rebuttal report | $875.00 | $1,925.00 |
| 6/12/2023 | 0.4 | Zoom with A. Silverstein, J. Feeney, D. Castleman re: rebuttal report | $875.00 | $350.00 |
| 6/12/2023 | 4.4 | Draft supplemental/rebuttal report | $875.00 | $3,850.00 |
| 6/13/2023 | 0.1 | Review disclosures and retention documents | $875.00 | $87.50 |
| 6/13/2023 | 4.7 | Draft supplemental/rebuttal report | $875.00 | $4,112.50 |
| 6/14/2023 | 6.3 | Edit and finalize supplemental/rebuttal report | $875.00 | $5,512.50 |

| Date | Hours | Description | Rate | Amount |
|---|---|---|---|---|
| 6/14/2023 | 0.9 | Review Mullin and Birnbaum rebuttal reports | $875.00 | $787.50 |
| 6/15/2023 | 1.9 | Review Mullin and Birnbaum rebuttal reports | $875.00 | $1,662.50 |
| 6/15/2023 | 1.9 | Zoom with A. Silverstein, M. Parfitt, D. Castleman, L. O'Dell re: deposition prep | $875.00 | $1,662.50 |
| 6/15/2023 | 2.3 | Review documents for deposition prep | $875.00 | $2,012.50 |
| 6/16/2023 | 2.2 | Review documents for deposition prep | $875.00 | $1,925.00 |
| 6/16/2023 | 1.9 | Zoom with A. Silverstein, M. Parfitt, D. Castleman, L. O'Dell re: deposition prep | $875.00 | $1,662.50 |
| 6/19/2023 | 2.9 | Review documents for deposition prep | $875.00 | $2,537.50 |
| 6/19/2023 | 1 | Zoom with A. Silverstein, M. Parfitt, D. Castleman, C. Tisi re: deposition prep | $875.00 | $875.00 |
| 6/20/2023 | 6 | Review documents for deposition prep | $875.00 | $5,250.00 |
| 6/20/2023 | 1.4 | Zoom with A. Silverstein, D. Castleman, C. Tisi re: deposition prep | $875.00 | $1,225.00 |
| 6/21/2023 | 2.5 | Review documents for deposition prep | $875.00 | $2,187.50 |
| 6/21/2023 | 3.5 | Sit for deposition | $875.00 | $3,062.50 |
| 6/21/2023 | 0.2 | Phone call with A. Silverstein re: deposition | $875.00 | $175.00 |
| 6/22/2023 | 2 | Email A. Silverstein re: rebuttal expert witnesses | $875.00 | $1,750.00 |
| 6/23/2023 | 3.5 | Attend Birnbaum deposition | $875.00 | $3,062.50 |
| 6/23/2023 | 3.7 | Attend Mullin deposition | $875.00 | $3,237.50 |
| 6/25/2023 | 0.4 | Review Murdica declaration | $875.00 | $350.00 |
| 6/26/2023 | 0.7 | Review Kim declaration | $875.00 | $612.50 |
| 6/26/2023 | 2.5 | Research | $875.00 | $2,187.50 |
| 6/26/2023 | 2.8 | Travel to New Jersey | $437.50 | $1,225.00 |
| 6/26/2023 | 1.6 | Prep for MTD hearing | $875.00 | $1,400.00 |
| 6/27/2023 | 8 | Court appearance: Motion to dismiss hearing | $875.00 | $7,000.00 |
| 6/27/2023 | 6.6 | Prep for MTD hearing | $875.00 | $5,775.00 |
| 6/28/2023 | 7 | Court appearance: Motion to dismiss hearing | $875.00 | $6,125.00 |
| 6/28/2023 | 10 | Prep for MTD hearing | $875.00 | $8,750.00 |
| 6/29/2023 | 8 | Court appearance: Motion to dismiss hearing | $875.00 | $7,000.00 |
| 6/29/2023 | 2.8 | Prep for MTD hearing | $875.00 | $2,450.00 |
| 6/30/2023 | 7 | Court appearance: Motion to dismiss hearing | $875.00 | $6,125.00 |
| 6/30/2023 | 1.8 | Prep for MTD hearing | $875.00 | $1,575.00 |
| 6/30/2023 | 4 | Travel home from New Jersey | $437.50 | $1,750.00 |
| **Totals:** | **238.9** | | | **$206,062.50** |

D. Theodore Rave - Timesheet for Expert Witness Work on LTL Management Bankruptcy

| Date | Hours worked | Task | Rate | Total |
|------|-------------|------|------|-------|
| 7/5/2023 | 2 | Compile timesheets | $875.00 | $1,750.00 |
| 7/7/2023 | 0.3 | Prepare fee statement and cover sheet | $875.00 | $262.50 |
| 7/12/2023 | 0.9 | Fill out forms for J&J payment processing | $875.00 | $787.50 |
| 7/24/2023 | 0.3 | Email Jones Day Lawyers re: LEDES files | $875.00 | $262.50 |
| 7/31/2023 | 0.3 | Compile timesheets | $875.00 | $262.50 |
| **Totals:** | **3.8** | | | **$3,325.00** |