**EXHIBIT B**

**AFFIDAVIT OF MATTHEW DIAZ**

| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel to the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>100 Main Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Special Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Richard G. Haddad, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>David A. Castleman, Esq.<br>mcyganowski@otterbourg.com<br>rhaddad@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>dcastleman@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |

| | |
|---|---|
| In Re: | Chapter 11 |
| **LTL MANAGEMENT, LLC[1],** | Case No.: 23-12825 (MBK) |
| Debtor. | Honorable Michael B. Kaplan |

## CERTIFICATION OF MATTHEW DIAZ

I, Matthew Diaz, of full age, certifies as follows:

I. I am a Senior Managing Director of FTI Consulting, Inc. ("FTI"), which serves as Financial Advisor to the Official Committee of Talc Claimants ("TCC") in the chapter 11 case of the Debtor.

II. I respectfully submit this certification in support of the Pre-Dismissal Final Fee Application for compensation and reimbursement of expenses of FTI.

III. In accordance with 18 U.SC. § 155 and the Rules of this Court, neither I nor any member of the FTI engagement team serving the Committee has entered into any agreement, either written or oral, express or implied, with the TCC or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of fees or other compensation to be allowed out of, or paid from the assets of the Debtor or its estate.

IV. In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, FTI, or any member of the FTI engagement team serving the Committee, for a division of such compensation as this firm may receive from the Court herein. No division of fees, as prohibited by Section 504 of the Bankruptcy Code, will be made by me or any member of the FTI engagement team serving the Committee.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

V.  I have reviewed the requirements of D.N.J. LBR 2016-3, the Revised UST Guidelines and Compensation Procedures Order, and certify to the best of my knowledge and belief that this Application substantially complies with such local rule, order and guidelines.

I hereby certify that the forgoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: September 8, 2023　　　　　　　　　　　　　　　　**FTI CONSULTING, INC.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Matthew Diaz*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Matthew Diaz