**EXHIBIT C**

**SUMMARY OF HOURS BY PROFESSIONAL**

**EXHIBIT C**
**LTL MANAGEMENT LLC - CASE NO. 23-12825**
**SUMMARY OF HOURS BY PROFESSIONAL**
**NOT PREVIOUSLY SOUGHT**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Heeb, Randal | Senior Managing Director | $1,450 | 1.8 | $2,610.00 |
| Austin Smith, Yvette[1] | Senior Managing Director | 1,250 | (7.1) | (8,875.00) |
| Maki, Jennifer | Managing Director | 1,045 | 23.5 | 24,557.50 |
| Izen, Alex | Senior Director | 750 | 0.4 | 300.00 |
| Weltman, Allison | Consultant | 525 | 0.9 | 472.50 |
| **GRAND TOTAL** | | | **19.5** | **$19,065.00** |

[1] Additional hours and fees in excess of Ms. Austin Smith's actual worked amounts were inadvertently billed on FTI's Fourth Monthly Fee Statement, and as such are being reversed.