**EXHIBIT D**

**SUMMARY OF HOURS BY TASK**

**EXHIBIT D**
**LTL MANAGEMENT LLC - CASE NO. 23-12825**
**SUMMARY OF HOURS BY TASK**
**NOT PREVIOUSLY SOUGHT**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 18 | Potential Avoidance Actions & Litigation Matters | 7.1 | $7,419.50 |
| 26 | Communications | 1.3 | 772.50 |
| 27 | Mesothelioma Claims Estimation | 18.2 | 19,748.00 |
| 29 | Ovarian Claims Estimation[1] | (7.1) | (8,875.00) |
| | **GRAND TOTAL** | **19.5** | **$19,065.00** |

---

[1] Certain hours were inadvertently billed to Task Code 29 – Ovarian Claims Estimation on FTI's Fourth Monthly Fee Statement, and as such are being reversed.