**EXHIBIT F**

**SUMMARY OF EXPENSES**

**EXHIBIT F**
**LTL MANAGEMENT LLC - CASE NO. 23-12825**
**SUMMARY OF EXPENSES**
**NOT PREVIOUSLY SOUGHT**

| **Expense Type** | **Amount** |
|---|---:|
| Purchased Services | $1,020.00 |
| Research Access | 4,927.88 |
| **Total** | **$5,947.88** |