**EXHIBIT G**

**EXPENSE DETAIL**

**EXHIBIT G**
**LTL MANAGEMENT LLC - CASE NO. 23-12825**
**EXPENSE DETAIL**
**NOT PREVIOUSLY SOUGHT**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 07/31/23 | Hawk, James | Purchased Services | Website hosting re: Town Hall Meeting. | $1,020.00 |
| | | **Purchased Services Total** | | **$1,020.00** |
| 07/17/23 | Guo, Sherry | Research Access | Electronic subscriptions re: litigation research. | 4,927.88 |
| | | **Research Access Total** | | **$4,927.88** |
| | | **Grand Total** | | **$5,947.88** |