# Exhibit A



430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13385
September 7, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
  for the District of New Jersey

**INVOICE**
**For Services Through August 31, 2023**

2023-001: LTL Management / J&J Bankruptcy

**Professional Fees**

| Date | Professional | Description | Hours |
|---|---|---|---|
| 4/6/2023 | Rubin | Email to R. Hashem re briefs. | 0.10 |
| 4/6/2023 | Hashem | Review first day filings. | 2.50 |
| 4/11/2023 | Rubin | Legal & fact research in preparation for final fee statement. | 2.00 |
| 4/12/2023 | Rubin | Prepare revised holdback statement and final fee application. | 1.50 |
| 4/12/2023 | Rubin | Conference with B. Wiltgen re revised fee statement. | 0.40 |
| 4/12/2023 | Hashem | Correspondence with N. Rubin re: fee statement. | 0.10 |
| 4/13/2023 | Rubin | Review draft holdback statement in preparation to send to debtor. | 1.40 |
| 4/14/2023 | Rubin | Emails with R. Hashem & J. Belle re fee deadline. | 0.10 |

Total Hours    8.10
Total Fees    $6,797.50

**Timekeeper Summary**

| | | |
|---|---|---|
| Rayiner I. Hashem | 2.60 hours at $975.00/hr | $2,535.00 |
| Nathaniel Rubin | 5.50 hours at $775.00/hr | $4,262.50 |

**Summary**

Fees:    $6,797.50
Expenses:    $0.00
Total Current Billing:    $6,797.50
Current Fee Amt To be Pd by Debtor (80%):    $5,438.00
Current Holdback Amount (20%):    $1,359.50
Previous Balance Due:    $0.00

MoloLamken LLP                                                                                                          Page: 2

**Total Amount Due:**                                                                                           **$5,438.00**

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13385
September 7, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through August 31, 2023**

2023-001: LTL Management / J&J Bankruptcy

| | |
|---:|---:|
| Total Fees This Statement: | $6,797.50 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $6,797.50 |
| Current Amt To be Pd by Debtor (80%): | $5,438.00 |
| Current Holdback Amount (20%): | $1,359.50 |
| Previous Balance Due: | $0.00 |
| **Total Now Due:** | **$5,438.00** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info: Signature Bank | Bank info: Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ▓▓▓▓▓▓ | Account Number: ▓▓▓▓▓▓ |
| | International SWIFT: ▓▓▓▓▓▓ |