# Exhibit B

# MoloLamken LLP

## ML - Listing Narrative only

| Date | Prof | Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Client Sort: Official Committee of Talc Claimants**

| Date | Prof | Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/06/2023 | NFR | Email to R. Hashem re briefs. | T | L510 | 0.10 | 775.00 | 77.50 |
| 04/11/2023 | NFR | Legal & fact research in preparation for final fee statement. | T | B160 | 2.00 | 775.00 | 1,550.00 |
| 04/12/2023 | NFR | Prepare revised holdback statement and final fee application. | T | B160 | 1.50 | 775.00 | 1,162.50 |
| 04/12/2023 | NFR | Conference with B. Wiltgen re revised fee statement. | T | B160 | 0.40 | 775.00 | 310.00 |
| 04/13/2023 | NFR | Review draft holdback statement in preparation to send to debtor. | T | B160 | 1.40 | 775.00 | 1,085.00 |
| 04/14/2023 | NFR | Emails with R. Hashem & J. Belle re fee deadline. | T | B160 | 0.10 | 775.00 | 77.50 |
| 04/06/2023 | RIH | Review first day filings. | T | B160 | 2.50 | 975.00 | 2,437.50 |
| 04/12/2023 | RIH | Correspondence with N. Rubin re: fee statement. | T | B160 | 0.10 | 975.00 | 97.50 |
| | | **Client Sort: Official Committee of Talc Claimants** | | | **8.10** | | **6,797.50** |
| | | **Grand Total:** | | | **8.10** | | **$6,797.50** |