| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Kristopher M. Hansen (admitted *pro hac vice*)<br>Ryan P. Montefusco (admitted *pro hac vice*)<br><br>PAUL HASTINGS LLP<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Matthew M. Murphy (admitted *pro hac vice*)<br>Matthew Micheli (admitted *pro hac vice*)<br><br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Michael D. Sirota<br>Warren A. Usatine<br>Seth Van Aalten *(admitted pro hac vice)*<br>Justin Alberto (admitted *pro hac vice*)<br><br>PARKINS & RUBIO LLP<br>700 Milam, Suite 1300<br>Houston, Texas 77002<br>Lenard M. Parkins (admitted *pro hac vice*)<br>Charles M. Rubio (admitted *pro hac vice*)<br><br>*Counsel to*<br>*Ad Hoc Committee of Supporting Counsel* |

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br>                               Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

66055/0001-46097604v1

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, the (i) First Interim and Final Fee Application of Cole Schotz P.C., Ad Hoc Committee of Supporting Counsel, for the Period April 18, 2023 Through August 11, 2023 [Docket No. 1364]; (ii) Final Application for Allowance of Compensation and Reimbursement of Expenses of Parkins & Rubio LLP, Ad Hoc Committee of Supporting Counsel for the Period from April 18, 2023 Through August 11, 2023 [Docket No. 1365] and (iii) First Interim and Final Fee Application of Paul Hastings LLP, Counsel to Ad Hoc Committee of Supporting Counsel, for the Period from April 18, 2023 Through August 11, 2023 [Docket No. 1367], were electronically filed with the Court, using the Court's electronic filing system, and served *via* (i) the Court's CM/ECF system on the parties that have consented to electronic service of all filings; and (ii) electronic mail on the parties listed on the attached **Exhibit A**.

Dated: September 13, 2023 **COLE SCHOTZ P.C.**

 /s/ *Michael D. Sirota*
Michael D. Sirota (NJ Bar No. 014321986)
Warren A. Usatine (NJ Bar No. 025881995)
Seth Van Aalten (admitted *pro hac vice*)
Justin Alberto (admitted *pro hac vice*)
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
Email:  msirota@coleschotz.com
            wusatine@coleschotz.com
            svanaalten@coleschotz.com
            jalberto@coleschotz.com

– and –

2

66055/0001-46097604v1

**PAUL HASTINGS LLP**
Kristopher M. Hansen (admitted *pro hac vice*)
Ryan P. Montefusco (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email:   krishansen@paulhastings.com
         ryanmontefusco@paulhastings.com

Matthew M. Murphy (admitted *pro hac vice*)
Matthew Micheli (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email:   mattmurphy@paulhastings.com
         mattmicheli@paulhastings.com

– and –

**PARKINS & RUBIO LLP**
Lenard M. Parkins (admitted *pro hac vice*)
Charles M. Rubio (admitted *pro hac vice*)
700 Milam, Suite 1300
Houston, TX 77002
Telephone: (713) 715-1660
Facsimile: (713) 715-1699
Email:   lparkins@parkinsrubio.com
         crubio@parkinsrubio.com
*Counsel to Ad Hoc Committee of
Supporting Counsel*

3

## EXHIBIT A – EMAIL SERVICE LIST

| **NAME** | **EMAIL** |
|---|---|
| ANDRES PEREIRA LAW FIRM | apereira@andrespereirapc.com |
| ARCHER & GREINER, P.C. | spackman@archerlaw.com |
| ARNOLD & ITKIN LLP | CBOATRIGHT@ARNOLDITKIN.COM; CHRISTENSEN@ARNOLDITKIN.COM; JITKIN@ARNOLDITKIN.COM |
| ASHCRAFT & GEREL, LLP | mparfitt@ashcraftlaw.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | MARYBETH@PUTNICKLEGAL.COM; DTHORNBURGH@AWKOLAW.COM |
| BALLARD SPAHR LLP | daluzt@ballardspahr.com; heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| BEASLEY ALLEN LAW FIRM | CHARLIE.STERN@BEASLEYALLEN.COM |
| BEASLEY ALLEN LAW FIRM | leigh.odell@beasleyallen.com |
| BLAKE, CASSELS & GRAYDON LLP | linc.rogers@blakes.com |
| BROWN RUDNICK LLP | dmolton@brownrudnick.com; mwinograd@brownrudnick.com; ssieger-grimm@brownrudnick.com; kaulet@brownrudnick.com |
| BROWN RUDNICK LLP | jjonas@brownrudnick.com; sbeville@brownrudnick.com; egoodman@brownrudnick.com |
| CHILDERS, SCHLUETER & SMITH LLC | RSCHLUETER@CSSFIRM.COM |
| CLYDE & CO US LLP | konrad.krebs@clydeco.us |
| CLYDE & CO US LLP | clinton.cameron@clydeco.us; meghan.dalton@clydeco.us |
| COHEN, PLACITELLA & ROTH PC | cplacitella@cprlaw.com |
| COLE SCHOTZ PC | msirota@coleschotz.com; wusatine@coleschotz.com; svanaalten@coleschotz.com; jalberto@coleschotz.com |
| CROWELL & MORING LLP | apyenson@crowell.com |
| CROWELL & MORING LLP | mplevin@crowell.com |
| CROWELL & MORING LLP | tyoon@crowell.com |
| DAVID CHRISTIAN ATTORNEYS LLC | dchristian@dca.law |
| DUANE MORRIS LLP | slross@duanemorris.com |
| DUANE MORRIS LLP | prmatthews@duanemorris.com |

| NAME | EMAIL |
|---|---|
| DUANE MORRIS LLP | JKAHANE@DUANEMORRIS.COM; RWROTEN@DUANEMORRIS.COM; AMINA@DUANEMORRIS.COM; NREINHARDT@DUANEMORRIS.COM |
| FERRER, POIROT & WANSBROUGH | JFERRER@LAWYERWORKS.COM; CFELLER@LAWYERWORKS.COM |
| GENOVA BURNS LLC | dstolz@genovaburns.com; dclarke@genovaburns.com; gkinoian@genovaburns.com |
| GENOVA BURNS LLC | dclarke@genovaburns.com |
| GEOFFREY B GOMPERS, PC | gompers@gomperslaw.com |
| GERTLER LAW FIRM | hbabin@gertlerfirm.com |
| GIBBONS P.C. | rmalone@gibbonslaw.com; kmcevilly@gibbonslaw.com |
| GIMIGLIANO MAURIELLO & MALONEY | jmaloney@lawgmm.com; sgimigliano@lawgmm.com; rrabinowitz@lawgmm.com |
| GOLOMB SPIRT GRUNFELD | rgolomb@golomblegal.com |
| GREENBERG TRAURIG, LLP | brodya@gtlaw.com |
| HALPERIN BATTAGLIA BENZIJA, LLP | ahalperin@halperinlaw.net; dlieberman@halperinlaw.net |
| HILL CARTER FRANCO COLE & BLACK PC | ecarter@hillhillcarter.com |
| JOHNSON & JOHNSON | ehaas8@its.jnj.com; awhite23@its.jnj.com |
| JOHNSON LAW GROUP | BADHAM@JOHNSONLAWGROUP.COM |
| JONES DAY | gmgordon@jonesday.com; dpietro@jonesday.com; asrush@jonesday.com |
| JONES DAY | bberens@joneday.com |
| KARST VON OISTE LLP | epk@karstvonoiste.com |
| KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, PLC | skazan@kazanlaw.com |
| KING & SPALDING LLP | kfournier@kslaw.com |
| KTBS LAW LLP | rpfister@ktbslaw.com; nmaoz@ktbslaw.com; mtuchin@ktbslaw.com; skidder@ktbslaw.com |
| LAW FIRM OF BRIAN W HOFMEISTER | bwh@hofmeisterfirm.com |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC | mmalzberg@mjmalzberglaw.com |
| LEVIN PAPANTONIO RAFFERTY | ctisi@levinlaw.com |
| LEVY KONIGSBERG, LLP | mmaimon@levylaw.com |
| LEVY KONIGSBERG, LLP | jblock@levylaw.com |
| LEX NOVA LAW LLC | rdressel@lexnovalaw.com |
| LIAKOS LAW | JENN@JENNLIAKOSLAW.COM |

| NAME | EMAIL |
|---|---|
| LINVILLE LAW GROUP | info@linvillelawgroup.com; info@linvillefirm.com |
| LITE DEPALMA GREENBERG & AFANADOR, LLC | aunderwood@litedepalma.com |
| LOWENSTEIN SANDLER LLP | KROSEN@LOWENSTEIN.COM; MSEYMOUR@LOWENSTEIN.COM |
| LTL MANAGEMENT LLC | jkim8@its.jnj.com |
| MASSEY & GAIL LLP | jmassey@masseygail.com; rmorse@masseygail.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | sratcliffe@mrhfmlaw.com; cthompson@mrhfmlaw.com |
| MCCARTER & ENGLISH, LLP | tladd@mccarter.com; jgarde@mccarter.com |
| MCDONALD WORLEY | DON@MCDONALDWORLEY.COM |
| MCMANIMON SCOTLAND & BAUMANN, LLC | splacona@msbnj.com; asodono@msbnj.com |
| MENDES & MOUNT LLP | eileen.mccabe@mendes.com; stephen.roberts@mendes.com |
| MILLER FIRM, LLC | choke@millerfirmllc.com |
| MOTLEY RICE LLC | dlapinski@motleyrice.com |
| NACHAWATI LAW GROUP | MN@NTRIAL.COM |
| NAPOLI SHKOLNIK PLLC | CLOPALO@NAPOLIBERN.COM; JHEISMAN@NAPOLILAW.COM |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | autumn.highsmith@oag.texas.gov; rachel.obaldo@oag.texas.gov |
| OFFICE OF THE US TRUSTEE | LAUREN.BIELSKIE@USDOJ.GOV; JEFFREY.M.SPONDER@USDOJ.GOV |
| ONDERLAW, LLC | ONDER@ONDERLAW.COM |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | rloeb@orrick.com |
| OTTERBOURG P.C. | rhaddad@otterbourg.com; asilverstein@otterbourg.com |
| OTTERBOURG PC | mcyganowski@otterbourg.com; jfeeney@otterbourg.com; mmaizel@otterbourg.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com |
| PARKINS & RUBIO LLP | lparkins@parkinsrubio.com; crubio@parkinsrubio.com |
| PASHMAN STEIN WALDER HAYDEN, P.C. | jweiss@pashmanstein.com |
| PAUL HASTINGS LLP | krishansen@paulhastings.com |
| PAUL HASTINGS LLP | mattmurphy@paulhastings.com; mattmicheli@paulhastings.com |
| PULASKI KHERKHER PLLC | ADAM@PULASKILAWFIRM.COM |

| NAME | EMAIL |
|---|---|
| RANDI S ELLIS LLC | randi@randiellis.com |
| RAWLINGS & ASSOCIATES | mdf@rawlingsandassociates.com; rcg@rawlingsandassociates.com |
| REED SMITH LLP | dbaker@reedsmith.com |
| ROBINSON CALCAGNIE, INC. | MROBINSON@ROBINSONFIRM.COM |
| ROSS FELLER CASEY, LLP | bmccormick@rossfellercasey.com |
| RUEB STOLLER DANIEL, LLP | GREG@LAWRSD.COM |
| SAIBER LLC | jaugust@saiber.com |
| SANDERS, PHILLIPS, GROSSMAN, LLC | MGROSSMAN@THESANDERSFIRM.COM |
| SHOOK, HARDY & BACON L.L.P. | kfrazier@shb.com |
| SIMON GREENSTONE PANATIER PC | lkagan@sgptrial.com |
| SIMPSON THACHER & BARTLETT LLP | afrankel@stblaw.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | allison.brown@skadden.com |
| THE KELLY FIRM, P.C. | AKELLY@KBTLAW.COM |
| THE SHAPIRO LAW FIRM | jshapiro@shapirolawfirm.com |
| TRAMMELL PC | FLETCH@TRAMMELLPC.COM |
| TRIF & MODUGNO, LLC | lmodugno@tm-firm.com |
| US DEPARTMENT OF JUSTICE | john.z.balasko@usdoj.gov |
| US DEPARTMENT OF JUSTICE | bethany.theriot@usdoj.gov |
| VINSON & ELKINS LLP | sabramowitz@velaw.com |
| WAGSTAFF LAW FIRM | AWAGSTAFF@WAGSTAFFLAWFIRM.COM |
| WALSH PIZZI O'REILLY FALANGA | mfalk@walsh.law |
| WATTS GUERRA LLP | MCWATTS@WATTSGUERRA.COM |
| WEIL, GOTSHAL & MANGES LLP | Diane.Sullivan@weil.com; Ronit.Berkovich@weil.com; Theodore.Tsekerides@weil.com; Matthew.Goren@weil.com |
| WEITZ & LUXENBERG, PC | pw@weitzlux.com; lbusch@weitzlux.com |
| WEITZ & LUXENBERG, PC | lbusch@weitzlux.com |

| **NAME** | **EMAIL** |
|---|---|
| WHITE & CASE LLP | JESSICA.LAURIA@WHITECASE.COM; GKURTZ@WHITECASE.COM; RICARDO.PASIANOTTO@WHITECASE.COM; GSTARNER@WHITECASE.COM |
| WHITE & CASE LLP | MSHEPHERD@WHITECASE.COM; LAURA.FEMINO@WHITECASE.COM |
| WHITE & CASE LLP | MLINDER@WHITECASE.COM; LAURA.BACCASH@WHITECASE.COM |
| WISNER BAUM | rbwisner@wisnerbaum.com |
| WOLLMUTH MAHER & DEUTSCH LLP | jlawlor@wmd-law.com |
| WOLLMUTH MAHER & DEUTSCH LLP | pdefilippo@wmd-law.com; jpacelli@wmd-law.com; jlawlor@wmd-law.com |
| WOMBLE BOND DICKINSON (US) LLP | Ericka.Johnson@wbd-us.com; Lisa.Tancredi@wbd-us.com |

66055/0001-46097604v1