

# Affidavit of Service

Firm: _____Cole Schotz_____    Reference No. LTL Management (66055-0001)

I, _____Michael W. Lewis_____, declare as follows:
(**Please Print** Name of Employee)

I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801. I am an authorized representative of Parcels, Inc.

The following document(s), _____D.I. 1367_____, in the following case, _____23-12825-MBK_____, was/were delivered by the following method(s):

Quantity Sent (Check any that apply):

| | | |
|---|---|---|
| [X] | 5 | First Class Mail |
| [ ] | ____ | Priority Mail |
| [ ] | ____ | Express Mail |
| [ ] | ____ | International Mail |
| [ ] | ____ | Federal Express |
| [ ] | ____ | Hand Delivery |
| [ ] | ____ | Email |
| [ ] | ____ | Fax |

I declare, under penalty of perjury, that the above statements are true and correct. The above action(s) was/were executed on _____September 11, 2023_____ in Wilmington, DE.

_____[signature]_____ Parcels, Inc., Representative.
*(Employee Signature)*

Gary Russo
Jones Walker LLP
Suite 1600, 600 Jefferson Street
Lafayette, LA 70501

Eric D Green
Resolutions, LLC
30 Monument Square, Suite 245
Concord, MA 01742

Adam Slater
Slater Slater Schulman
445 Broadhollow Rd, Ste 419
Melville, NY 11747

Lauren Bielskie and Jeffrey M. Sponder
Office of the US Trustee
One Newark Center, Ste 2100
Newark, NJ 07102

James Heisman and Christopher Lopalo
Napoli Shkolnik PLLC
360 Lexington Ave
New York, NY 10017