**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE: LTL Management LLC  APPLICANT: Massey & Gail LLP

CASE NO.: 23-12825 (MBK)  CLIENT: Official Committee of Talc Claimants

CHAPTER: 11  CASE FILED: April 4, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

### SECTION I
### FEE SUMMARY

First Post Dismissal Monthly Fee Statement Covering the Period
August 12, 2023 Through August 31, 2023

Post Dismissal Monthly Fee Statement No. 1

Summary of Accounts Requested for the Period from August 12, 2023 through August 31, 2023 (the "First Post Dismissal Statement Period"):

| | |
|---|---|
| Total fees: | $ 73,351.00 |
| Total disbursements: | $      0.00 |
| Minus 20% Holdback of Fees: | $ 14,670.20 |
| Amount Sought at this Time: | $ 58,680.80 |

6796259.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Jonathan Massey | 1992 | $1160.00 | 27.0 | $31,320.00 |
| Rachel Morse | 2007 | $860.00 | 3.8 | $3,268.00 |
| Bret Vallacher | 2014 | $775.00 | 18.1 | $14,027.50 |
| Matthew Layden | 2019 | $500.00 | 23.4 | $11,700.00 |
| Usama Ibrahim | 2021 | $485.00 | 24.7 | $11,979.50 |
| Rob Aguirre | N/A | $320.00 | 3.3 | $1,056.00 |
| **TOTAL FEES** | | | | $73,351.00 |
| **BLENDED RATE** | | $731.32 | 100.3 | |

Pursuant to the Amended Fee Procedures Order, currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $ 73,351.00 |
| Less: Holdback (20%) | -$ 14,670.20 |
| Total Fees Currently Payable | $ 58,680.80 |
| Add: Disbursements | $ 0.00 |
| **Total Payable This Invoice** | **$ 58,680.80** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---:|---:|
| Fee/Employment Application (B160) | 4.8 | $2,346.00 |
| Appellate Briefs (L520) | 95.5 | $71,005.00 |
|  |  |  |
|  |  |  |
| **TOTAL** | **100.3** | **$73,351.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
|  | 0.00 |
| **TOTAL DISBURSEMENTS** | **0.00** |

I certify under penalty of perjury that the foregoing is true and correct.

/s/*Jonathan S. Massey*
Jonathan S. Massey

Dated: September 15, 2023