# EXHIBIT A

# TIME DETAIL

2920452.1



50 E. Washington St.  
Suite 400  
Chicago, IL 60602  
(312) 283-1590

1000 Maine Ave. SW  
Suite 450  
Washington, D.C. 20024  
(202) 652-4511

# PRIVILEGED & CONFIDENTIAL

September 11, 2023

**Official Committee of Talc Claimants**  
In re LTL Management, No 23-12825  
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 08-12-2023 - 08-31-2023

**RE: LTL Management Bankruptcy Official TCC II**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-12-2023 | JSM | L520 - Appellate Briefs | 1.30 | 1,160.00 | 1,508.00 |
| | | Drafting outline of appellate brief in response to J&J announcement of appeal. | | | |
| 08-13-2023 | JSM | L520 - Appellate Briefs | 1.40 | 1,160.00 | 1,624.00 |
| | | Further drafting outline of appellate brief in response to J&J announcement of appeal. | | | |
| 08-13-2023 | RSM | B160 - Fee/Employment Application | 0.30 | 860.00 | 258.00 |
| | | Further work on monthly fee statement for July services. | | | |
| 08-14-2023 | BV | L520 - Appellate Briefs | 0.60 | 775.00 | 465.00 |
| | | Revising letters to district court regarding appeals to incorporate feedback from J. Lamken and M. Winograd. | | | |
| 08-14-2023 | BV | L520 - Appellate Briefs | 0.40 | 775.00 | 310.00 |
| | | Reviewing correspondence from co-counsel for developments to craft potential responses. | | | |
| 08-14-2023 | UI | L520 - Appellate Briefs | 4.70 | 485.00 | 2,279.50 |
| | | Research re appellate standard for review of Judge Kaplan's ruling on financial distress. | | | |
| 08-14-2023 | BV | L520 - Appellate Briefs | 2.40 | 775.00 | 1,860.00 |
| | | Drafting letters to district court regarding appeals in compliance with dismissal order. | | | |
| 08-14-2023 | BV | L520 - Appellate Briefs | 0.70 | 775.00 | 542.50 |
| | | Analyzing dismissal order for the purpose of drafting letters to district court regarding appeals. | | | |
| 08-14-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel re strategy for appeal. | | | |
| 08-14-2023 | JSM | L520 - Appellate Briefs | 1.90 | 1,160.00 | 2,204.00 |
| | | Further drafting outline of TCC appellee's brief in preparation for CA3 appeal. | | | |
| 08-14-2023 | RSM | L520 - Appellate Briefs | 0.20 | 860.00 | 172.00 |
| | | Correspondence with co-counsel re appeal of dismissal order. | | | |
| 08-15-2023 | JSM | L520 - Appellate Briefs | 2.80 | 1,160.00 | 3,248.00 |
| | | Further drafting outline of TCC appellee's brief in preparation for CA3 appeal. | | | |
| 08-15-2023 | UI | L520 - Appellate Briefs | 0.70 | 485.00 | 339.50 |
| | | Meeting with M. Layden re appellate standard for review of Judge Kaplan's ruling on financial distress. | | | |
| 08-15-2023 | BV | L520 - Appellate Briefs | 0.20 | 775.00 | 155.00 |
| | | Conference with R. Hashem and J. Lamken re MTD appeal. | | | |
| 08-15-2023 | BV | L520 - Appellate Briefs | 0.70 | 775.00 | 542.50 |
| | | Conference with R. Hashem, M. Winograd, and J. Lamken re MTD appeal. | | | |
| 08-15-2023 | RSM | B160 - Fee/Employment Application | 0.20 | 860.00 | 172.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Correspondence with colleagues and co-counsel re final fee applications. | | | |
| 08-16-2023 | RSM | L520 - Appellate Briefs | 0.80 | 860.00 | 688.00 |
| | | Conference with co-counsel, committee member, and representatives re appeal next steps. | | | |
| 08-16-2023 | RA | B160 - Fee/Employment Application | 0.70 | 320.00 | 224.00 |
| | | Revise third interim monthly fee statement for July 1, 2023 - July 31, 2023. | | | |
| 08-16-2023 | UI | L520 - Appellate Briefs | 0.90 | 485.00 | 436.50 |
| | | Meeting with committee and co-counsel to discuss forthcoming legal strategy re Third Circuit appeal. | | | |
| 08-16-2023 | ML | L520 - Appellate Briefs | 0.90 | 500.00 | 450.00 |
| | | Attending committee meeting regarding appellate strategy. | | | |
| 08-16-2023 | BV | L520 - Appellate Briefs | 0.90 | 775.00 | 697.50 |
| | | Conference with committee members, co-counsel, and representatives regarding appeal strategy. | | | |
| 08-16-2023 | JSM | L520 - Appellate Briefs | 2.10 | 1,160.00 | 2,436.00 |
| | | Further drafting outline of TCC appellee's brief in preparation for CA3 appeal. | | | |
| 08-16-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with Massey & Gail team re appellate brief. | | | |
| 08-16-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with TCC counsel re strategy for appeal. | | | |
| 08-16-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with Massey & Gail team re strategy for appeal. | | | |
| 08-17-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with Massey & Gail team re strategy for appeal. | | | |
| 08-17-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with Massey & Gail team re appellate brief. | | | |
| 08-17-2023 | JSM | L520 - Appellate Briefs | 3.10 | 1,160.00 | 3,596.00 |
| | | Further drafting outline of TCC appellee's brief in preparation for CA3 appeal. | | | |
| 08-17-2023 | BV | L520 - Appellate Briefs | 1.30 | 775.00 | 1,007.50 |
| | | Formulating arguments for M. Layden and U. Ibrahim to research and draft in appellee response brief. | | | |
| 08-17-2023 | BV | L520 - Appellate Briefs | 0.40 | 775.00 | 310.00 |
| | | Revising letters to district court regarding appeals to incorporate feedback from committee counsel. | | | |
| 08-17-2023 | UI | L520 - Appellate Briefs | 3.00 | 485.00 | 1,455.00 |
| | | Researching caselaw re basis for reversal pertaining to exceptions to dismissal under 1112(b)(2). | | | |
| 08-17-2023 | RSM | B160 - Fee/Employment Application | 0.20 | 860.00 | 172.00 |
| | | Revised fee statement for July services. | | | |
| 08-17-2023 | RA | B160 - Fee/Employment Application | 0.40 | 320.00 | 128.00 |
| | | Finalize third interim monthly fee statement for July 1, 2023 - July 31, 2023 for filing. | | | |
| 08-18-2023 | BV | L520 - Appellate Briefs | 0.10 | 775.00 | 77.50 |
| | | Correspondence with TCC re filing letters to district court regarding appeals. | | | |
| 08-18-2023 | JSM | L520 - Appellate Briefs | 4.10 | 1,160.00 | 4,756.00 |
| | | Further drafting outline of TCC appellee's brief in preparation for CA3 appeal. | | | |
| 08-18-2023 | UI | L520 - Appellate Briefs | 2.70 | 485.00 | 1,309.50 |
| | | Researching caselaw re basis for reversal pertaining to exceptions to dismissal under 1112(b)(2). | | | |
| 08-18-2023 | BV | L520 - Appellate Briefs | 0.10 | 775.00 | 77.50 |
| | | Instructing local counsel re filing letters to district court regarding appeals. | | | |
| 08-18-2023 | BV | L520 - Appellate Briefs | 0.40 | 775.00 | 310.00 |
| | | Discussing research topics for the appeal brief with M. Layden. | | | |
| 08-19-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with Massey & Gail team re appellate brief. | | | |
| 08-19-2023 | JSM | L520 - Appellate Briefs | 2.20 | 1,160.00 | 2,552.00 |
| | | Revising outline of TCC appellee's brief in preparation for CA3 appeal. | | | |
| 08-20-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with Massey & Gail team re appellate brief. | | | |
| 08-20-2023 | JSM | L520 - Appellate Briefs | 3.30 | 1,160.00 | 3,828.00 |
| | | Further revising outline of TCC appellee's brief in preparation for CA3 appeal. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-21-2023 | BV | L520 - Appellate Briefs | 6.90 | 775.00 | 5,347.50 |
| | | Revising appeal brief outline drafted by J. Massey. | | | |
| 08-21-2023 | UI | L520 - Appellate Briefs | 0.70 | 485.00 | 339.50 |
| | | Meeting with M. Layden re CA3 cases deferring to lower-court determinations on expert credibility. | | | |
| 08-21-2023 | UI | L520 - Appellate Briefs | 5.60 | 485.00 | 2,716.00 |
| | | Researching CA3 cases deferring to lower-court determinations on expert credibility. | | | |
| 08-21-2023 | UI | L520 - Appellate Briefs | 0.40 | 485.00 | 194.00 |
| | | Revising motion to dismiss appeal brief outline. | | | |
| 08-21-2023 | UI | L520 - Appellate Briefs | 0.30 | 485.00 | 145.50 |
| | | Drafting email communication to J. Massey, B. Vallacher, and M. Layden re CA3 cases reviewing lower-court determinations on expert credibility. | | | |
| 08-21-2023 | RSM | B160 - Fee/Employment Application | 0.30 | 860.00 | 258.00 |
| | | Worked on monthly fee statement for August services, pre-dismissal. | | | |
| 08-21-2023 | RSM | B160 - Fee/Employment Application | 0.10 | 860.00 | 86.00 |
| | | Correspondence with colleagues re monthly fee statement for August services. | | | |
| 08-21-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Communication with Massey & Gail team re draft outline of appellees' brief. | | | |
| 08-21-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC appellate counsel re appellees' brief. | | | |
| 08-21-2023 | ML | L520 - Appellate Briefs | 2.90 | 500.00 | 1,450.00 |
| | | Analyzing draft MTD appeal brief outline. | | | |
| 08-21-2023 | ML | L520 - Appellate Briefs | 4.30 | 500.00 | 2,150.00 |
| | | Researching legal issues associated with the appointment of a trustee pursuant to Section 1112 | | | |
| 08-22-2023 | ML | L520 - Appellate Briefs | 1.40 | 500.00 | 700.00 |
| | | Further researching legal issues associated with the appointment of a trustee pursuant to Section 1112. | | | |
| 08-22-2023 | ML | L520 - Appellate Briefs | 4.90 | 500.00 | 2,450.00 |
| | | Drafting memo relating to the appointment of a trustee pursuant to Section 1112. | | | |
| 08-22-2023 | UI | L520 - Appellate Briefs | 0.80 | 485.00 | 388.00 |
| | | Meeting with M. Layden re appellate decisions deferring to the district court on findings of financial distress. | | | |
| 08-22-2023 | UI | L520 - Appellate Briefs | 1.40 | 485.00 | 679.00 |
| | | Research re appellate decisions deferring to district court findings regarding financial distress. | | | |
| 08-22-2023 | RA | B160 - Fee/Employment Application | 1.10 | 320.00 | 352.00 |
| | | Draft fourth interim monthly fee statement for August 1, 2023 - August 11, 2023. | | | |
| 08-23-2023 | BV | L520 - Appellate Briefs | 1.30 | 775.00 | 1,007.50 |
| | | Drafting memorandum to appellate team regarding cross-appeals. | | | |
| 08-23-2023 | UI | L520 - Appellate Briefs | 1.00 | 485.00 | 485.00 |
| | | Meeting with committee and co-counsel to discuss forthcoming legal strategy re possible Third Circuit appeal. | | | |
| 08-23-2023 | UI | L520 - Appellate Briefs | 0.30 | 485.00 | 145.50 |
| | | Meeting with M. Layden re the substantive issues discussed in Purdue. | | | |
| 08-23-2023 | RSM | L520 - Appellate Briefs | 1.00 | 860.00 | 860.00 |
| | | Participated in weekly conference with co-counsel and committee representatives re appellate issues and strategies. | | | |
| 08-23-2023 | RSM | L520 - Appellate Briefs | 0.30 | 860.00 | 258.00 |
| | | Correspondence with colleagues re question re scope of appellate work. | | | |
| 08-23-2023 | ML | L520 - Appellate Briefs | 1.00 | 500.00 | 500.00 |
| | | Attending weekly committee meeting regarding appellate strategy. | | | |
| 08-23-2023 | ML | L520 - Appellate Briefs | 0.30 | 500.00 | 150.00 |
| | | Discussion with U. Ibrahim regarding substantive legal issue being appealed in Purdue case. | | | |
| 08-23-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with TCC appellate counsel re appellees' brief. | | | |
| 08-23-2023 | ML | L520 - Appellate Briefs | 5.30 | 500.00 | 2,650.00 |
| | | Drafting memo relating to the appointment of a trustee pursuant to Section 1112. | | | |
| 08-23-2023 | RA | B160 - Fee/Employment Application | 0.40 | 320.00 | 128.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Work on final fee application. | | | |
| 08-24-2023 | ML | L520 - Appellate Briefs | 1.70 | 500.00 | 850.00 |
| | | Further drafting memo relating to the appointment of a trustee pursuant to Section 1112. | | | |
| 08-24-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC appellate counsel re appellees' brief. | | | |
| 08-24-2023 | RSM | B160 - Fee/Employment Application | 0.20 | 860.00 | 172.00 |
| | | Worked on fee statement for August 1-11 services. | | | |
| 08-25-2023 | BV | L520 - Appellate Briefs | 0.40 | 775.00 | 310.00 |
| | | Analyzing question from J. Lamken re potential cross-appeals. | | | |
| 08-25-2023 | UI | L520 - Appellate Briefs | 0.20 | 485.00 | 97.00 |
| | | Reviewing LTL's notice of appeal circulated by Susan Sieger-Grimm. | | | |
| 08-25-2023 | UI | L520 - Appellate Briefs | 0.30 | 485.00 | 145.50 |
| | | Research re appellate decisions deferring to the district court on findings of financial distress. | | | |
| 08-25-2023 | RA | B160 - Fee/Employment Application | 0.70 | 320.00 | 224.00 |
| | | Finalize for filing Massey & Gail's August 2023 Fee Application. | | | |
| 08-25-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with TCC counsel re CA3 appeal schedule and procedure. | | | |
| 08-27-2023 | RSM | B160 - Fee/Employment Application | 0.10 | 860.00 | 86.00 |
| | | Correspondence with colleagues re final fee application. | | | |
| 08-27-2023 | RSM | B160 - Fee/Employment Application | 0.10 | 860.00 | 86.00 |
| | | Correspondence with co-counsel re final fee application. | | | |
| 08-29-2023 | BV | L520 - Appellate Briefs | 0.40 | 775.00 | 310.00 |
| | | Corresponding with J. Massey re D. Stolz memo. | | | |
| 08-29-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel re CA3 appeal schedule and procedure. | | | |
| 08-30-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel re CA3 appeal schedule and procedure. | | | |
| 08-30-2023 | BV | L520 - Appellate Briefs | 0.20 | 775.00 | 155.00 |
| | | Communicate with J. Massey re weekly meeting with committee and co-counsel re legal strategy for appeal. | | | |
| 08-30-2023 | UI | L520 - Appellate Briefs | 0.90 | 485.00 | 436.50 |
| | | Meeting with M. Layden and B. Vallacher to discuss appeal strategy. | | | |
| 08-30-2023 | BV | L520 - Appellate Briefs | 0.70 | 775.00 | 542.50 |
| | | Weekly meeting with committee representatives and co-counsel re legal strategy for appeal. | | | |
| 08-30-2023 | UI | L520 - Appellate Briefs | 0.80 | 485.00 | 388.00 |
| | | Meeting with committee and co-counsel to discuss forthcoming legal strategy re possible Third Circuit appeal. | | | |
| 08-30-2023 | ML | L520 - Appellate Briefs | 0.70 | 500.00 | 350.00 |
| | | Attending TCC committee meeting concerning CA3 appeal strategy. | | | |
| | | Total | | | 73,351.00 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Bret Vallacher | 18.10 | 14,027.50 |
| Jonathan Massey | 27.00 | 31,320.00 |
| Matthew Layden | 23.40 | 11,700.00 |
| Rachel Morse | 3.80 | 3,268.00 |
| Rob Aguirre | 3.30 | 1,056.00 |
| Usama Ibrahim | 24.70 | 11,979.50 |
| Total | | 73,351.00 |

| | | |
|---|---|---|
| | Total for this Invoice | 73,351.00 |