| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> **WOLLMUTH MAHER & DEUTSCH LLP** <br> Paul R. DeFilippo, Esq. <br> 500 Fifth Avenue <br> New York, New York 10110 <br> Telephone: (212) 382-3300 <br> Facsimile: (212) 382-0050 <br> pdefilippo@wmd-law.com <br><br> **JONES DAY** <br> Gregory M. Gordon, Esq. <br> Brad B. Erens, Esq. <br> Dan B. Prieto, Esq. <br> Amanda Rush, Esq. <br> 2727 N. Harwood Street <br> Dallas, Texas 75201 <br> Telephone: (214) 220-3939 <br> Facsimile: (214) 969-5100 <br> gmgordon@jonesday.com <br> bberens@jonesday.com <br> dbprieto@jonesday.com <br> asrush@jonesday.com <br> (Admitted *pro hac vice*) <br> ATTORNEYS FOR DEBTOR | |
| In re: <br><br> LTL MANAGEMENT LLC,[1] <br><br><div style="text-align:center">Debtor.</div> | Chapter 11 <br><br> Case No.: 23-12825 (MBK) <br><br> Judge: Michael B. Kaplan |

<div style="text-align:center">

**MODIFIED LOCAL FORM**
**CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF WEIL, GOTSHAL & MANGES LLP FOR THE PERIOD OF APRIL 4, 2023 THROUGH JUNE 30, 2023**
**DOCUMENT NO. 1294**

</div>

The court authorized, under D.N.J. LBR 2016-3(a), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [Dkt. No. 562] (the "Order"), compensation to professionals on a monthly basis. Under the Order, objections to the Monthly Fee Statement filed on August 31, 2023 were to be filed and served not later than September 14, 2023. I, Paul R. DeFilippo certify that, as of September 18, 2023, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date: September 18, 2023                              ___/s/ Paul R. DeFilippo_____
                                                                    Signature

*rev.8/1/15*