**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Kristopher M. Hansen (*admitted pro hac vice*)

PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Matthew M. Murphy (*admitted pro hac vice*)
Matthew Micheli (*admitted pro hac vice*)

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten (*admitted pro hac vice*)
Justin Alberto (*admitted pro hac vice*)

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, Texas 77002
Lenard M. Parkins (*admitted pro hac vice*)
Charles M. Rubio (*admitted pro hac vice*)

*Counsel to Ad Hoc Committee of Supporting Counsel*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**AD HOC COMMITTEE OF SUPPORTING COUNSEL'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON <u>APPEAL AS TO DISMISSAL OPINION AND ORDER</u>**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Appellant, the Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel" or the "Appellant"), by and through its counsel, Paul Hastings LLP, Cole Schotz P.C., and Parkins & Rubio LLP, hereby submits, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the following statement of issues to be presented on appeal and designation of items to be included in the record on appeal in connection with the Debtor's appeal from the Bankruptcy Court's July 28, 2023 *Memorandum Opinion* [Dkt. 1127] (the "Dismissal Opinion") and the related August 11, 2023 *Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. § 1112(b); (II) Establishing Procedures with Respect to Requests for Compensation; and (III) Granting Related Relief* [Dkt. 1211] (the "Dismissal Order and, together with the Dismissal Opinion, the "Opinion and Order").

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Appellant respectfully joins in the Debtor's statement of issues to be presented on appeal as set forth in the *Debtor's Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal as to Dismissal Opinion and Order* [Bankr. Docket No. 1329].

## DESIGNATION OF RECORD ON APPEAL

Appellant respectfully joins in the Debtor's Designation of the Record as set forth in the *Debtor's Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal as to Dismissal Opinion and Order* [Bankr. Docket No. 1328].

## CERTIFICATION REGARDING TRANSCRIPTS

Appellant hereby certifies to the Clerk of Court that it is not ordering any transcripts that are not already included in the record on appeal.

## **RESERVATION OF RIGHTS**

Appellant expressly reserves the right to (i) withdraw, supplement, amend or modify this statement of issues on appeal and designation of items to be included in the record and (ii) move to strike any items included by the Appellees in their *Counter-Designation of Items to be Included in the Record on Appeal*. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections

Dated: September 18, 2023                                                **COLE SCHOTZ P.C.**

       */s/ Michael D. Sirota*
Michael D. Sirota (NJ Bar No. 014321986)
Warren A. Usatine (NJ Bar No. 025881995)
Seth Van Aalten (*admitted pro hac vice*)
Justin Alberto (*admitted pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, NJ 07602-0800
(201) 489-3000
Email:  msirota@coleschotz.com
            wusatine@coleschotz.com
            svanaalten@coleschotz.com
            jalberto@coleschotz.com

– and –

**PAUL HASTINGS LLP**

Kristopher M. Hansen (*admitted pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Email:  krishansen@paulhastings.com

Matthew M. Murphy (*admitted pro hac vice*)
Matthew Micheli (*admitted pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Email:  mattmurphy@paulhastings.com
            mattmicheli@paulhastings.com

– and –

**PARKINS & RUBIO LLP**

Lenard M. Parkins (*admitted pro hac vice*)
Charles M. Rubio (*admitted pro hac vice*)
700 Milam, Suite 1300
Houston, TX 77002
Telephone: (713) 715-1660
Email:   lparkins@parkinsrubio.com
             crubio@parkinsrubio.com

*Counsel to AHC of Supporting Counsel*