| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 533-1112<br>*Local Counsel for the Official*<br>*Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>Kenneth J. Aulet, Esq.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>kaulet@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br>And-<br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official*<br>*Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Co-Counsel for the Official Committee of Talc Claimants* |
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

# STATEMENT FOR REIMBURSEMENT OF EXPENSES OF MEMBER REPRESENTATIVES OF TALC CLAIMANTS FROM APRIL THROUGH JULY, 2023

Genova Burns LLC ("Genova") submits this Statement for Reimbursement of Expenses, on behalf of Member Representatives of Talc Claimants, for the period April through July, 2023 (the "Statement Period"), pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals by Order of this Court entered on May 22, 2023 (the "Interim Compensation Order").

The following member representatives seek reimbursement of expenses:

| | |
|---|---|
| Member Representative #1-Richard Golomb, Esq. | $5,805.03 |
| Member Representative #2-Beasley Allen Law Firm | $20,191.01 |
| Member Representative #3-Motley Rice LLC | $3,400.63 |
| Member Representative #4-Robinson Calcagnie, Inc. | $40,618.64 |
| Member Representative #5-Ashcraft & Gerel LLP | $3,885.19 |
| Member Representative #6-Levin Papantonio Rafferty | $9,466.88 |
| Member Representative #7-Hill Hill Carter | $6,973.81 |

**WHEREFORE,** Genova Burns respectfully requests that the member representative expenses be paid directly to the respective representative in accordance with the terms of the Interim Compensation Order.

        **GENOVA BURNS LLC**
        **LOCAL COUNSEL FOR OFFICIAL**
        **COMMITTEE OF TALC CLAIMANTS**

Dated: September 18, 2023        By: */s/ Donald W. Clarke*
                                            DONALD W. CLARKE