EXHIBIT MEMBER #1

Richard Golomb - $5,805.03

| Dates: | Destination | | |
|---|---|---|---|
| **April 16-17** | **New York** | | |
| | | Train | $330.00 |
| | | Parking | $12.00 |
| | | **TOTAL** | **$342.00** |
| **April 24-25** | **Washington, DC** | | |
| | | Train | $85.00 |
| | | Cab/Uber | $24.44 |
| | | Hotel | $948.03 |
| | | **TOTAL** | **$1,057.47** |
| **May 1-2** | **New York** | | |
| | | Train | $377.00 |
| | | **TOTAL** | **$377.00** |
| **May 16-17** | **Washington, DC** | | |
| | | Train | $405.00 |
| | | Cab/Uber | $40.39 |
| | | Hotel | $789.62 |
| | | Meals | $276.17 |
| | | **TOTAL** | **$1,511.18** |
| **May 30-31** | **New York** | | |
| | | Train | $326.00 |
| | | Cab/Uber | $105.08 |
| | | Hotel | $571.52 |
| | | **TOTAL** | **$1,002.60** |
| **June 28-29** | **Princeton** | | |
| | | Hotel | $1,171.18 |
| | | Meals | $343.60 |
| | | **TOTAL** | **$1,514.78** |
| | | **GRAND TOTAL** | **$5,805.03** |

ACCOUNT ENDING - 08005

**Business Platinum Card®**

CARD MEMBER

RICHARD GOLOMB

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| Apr 16 | **AMTRAK.COM**<br>1 MASSACHUSETTS AVE<br>NORTH WEST<br>4TH FLOOR WEST<br>WASHINGTON<br>DC<br>20001<br>(800) 872-7245<br>https://www.amtrak.com/ | **AMTRAK INT WASHINGTON DC**<br>Will appear on your May 8, 2023 statement as AMTRAK INT WASHINGTON DC<br><br>CARD<br>RICHARD GOLOMB<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases      **165**<br><br>TRAIN ITINERARY<br>PHL - NYP<br>TICKET NUMBER<br>1060613016602<br><br>ADDITIONAL INFORMATION<br>51619C AMTRAK | $165.00 |

7/11/23, 9:58 AM

Case 23-12825-MBK    Doc 1391-1    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #1    Page 4 of 29

ACCOUNT ENDING - 08005

Business Platinum Card®

CARD MEMBER

RICHARD GOLOMB

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| Apr 17 | **AMTRAK QUIK TRAK** | **AMTRAK SST NEW YORK NY** | $165.00 |
| | 1 MASSACHUSETTS AVE NORTH WEST 4TH FLOOR WEST WASHINGTON DC 20001 (800) 872-7245 http://amtrak.com | Will appear on your May 8, 2023 statement as AMTRAK SST NEW YORK NY | |
| | | CARD RICHARD GOLOMB | |
| | | MEMBERSHIP REWARDS POINTS 1X on Other purchases                    **165** | |
| | | TRAIN ITINERARY NYP - PHL TICKET NUMBER 1079927086598 | |
| | | ADDITIONAL INFORMATION 52B825 AMTRAK | |

ACCOUNT ENDING - 08005

Business Platinum Card®

CARD MEMBER

RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Apr 18 | **TPA 110 N WARREN**<br>110 NORTH WARREN ST | **TPA 110 N WARREN 084TRENTON NJ** | **$12.00** |
| | | Will appear on your May 8, 2023 statement as TPA 110 N WARREN 084TRENTON NJ | |
| | TRENTON | CARD | |
| | NJ | RICHARD GOLOMB | |
| | 08608-1308 | | |
| | (609) 393-3469 | MEMBERSHIP REWARDS POINTS | |
| | http://www.trenton-downtown.com | 1X on Other purchases | 12 |
| | | ADDITIONAL INFORMATION | |
| | | 73011003109 6093933469 | |

7/11/23, 9:59 AM

Case 23-12825-MBK    Doc 1391-1    Filed 09/19/23 - Administration    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #1    Page 6 of 29

ACCOUNT ENDING - 08005

**Business Platinum Card®**

CARD MEMBER

RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Apr 25 | **AMTRAK QUIK TRAK** <br> 1 MASSACHUSETTS AVE <br> NORTH WEST <br> 4TH FLOOR WEST <br> WASHINGTON <br> DC <br> 20001 <br> (800) 872-7245 <br> http://amtrak.com | **AMTRAK SST WASHINGTON DC** <br><br> Will appear on your May 8, 2023 statement as AMTRAK SST <br> WASHINGTON DC <br><br> CARD <br> RICHARD GOLOMB <br><br> MEMBERSHIP REWARDS POINTS <br> 1X on Other purchases      85 <br><br> TRAIN ITINERARY <br> WAS - PHL <br> TICKET NUMBER <br> 1159948065381 <br><br> ADDITIONAL INFORMATION <br> 599D49 AMTRAK | **$85.00** |

ACCOUNT ENDING - 08005                                                                      CARD MEMBER

Business Platinum Card®                                                      RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Apr 26 | **UBER**<br>1455 Market St 400<br>-<br><br>SAN FRANCISCO<br>CA<br>94103<br>(866) 576-1039<br>https://www.uber.com/ | **UBER**<br>Will appear on your May 8, 2023 statement as Uber Trip<br>help.uber.com CA<br><br>CARD<br>RICHARD GOLOMB<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                                                24<br><br>ADDITIONAL INFORMATION<br>6P9VV1ZZ IFVXDD6O 20002 | $24.44 |

**AMERICAN EXPRESS**

ACCOUNT ENDING - 08005

Business Platinum Card®

CARD MEMBER

RICHARD GOLOMB

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| Apr 25 | **FAIRMONT**<br>2401 M ST NORTH WEST | $948.03 |

**FAIRMONT HOTELS WASHWASHINGTON DC**

Will appear on your May 8, 2023 statement as FAIRMONT HOTELS WASHWASHINGTON DC

WASHINGTON
DC
20037
(202) 429-2400
https://www.fairmont.com/

CARD

RICHARD GOLOMB

MEMBERSHIP REWARDS POINTS

1X on Other purchases                948

THANK YOU FOR YOUR STAY

CHECK-IN
April 24, 2023

CHECK-OUT
April 25, 2023

ADDITIONAL INFORMATION
00001971 416-874-2363
LODGING

7/11/23, 10:03 AM

Case 23-12825-MBK    Doc 1391-1    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #1    Page 9 of 29

AMERICAN EXPRESS

ACCOUNT ENDING - 08905

Business Platinum Card®

CARD MEMBER

RICHARD GOLOMB

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| May 1 | **AMTRAK.COM**<br>1 MASSACHUSETTS AVE<br>NORTH WEST<br>4TH FLOOR WEST<br>WASHINGTON<br>DC<br>20001<br>(800) 872-7245<br>https://www.amtrak.com/ | **AMTRAK INT WASHINGTON DC**<br><br>Will appear on your May 8, 2023 statement as AMTRAK INT WASHINGTON DC<br><br>CARD<br>RICHARD GOLOMB<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                165<br><br>TRAIN ITINERARY<br>PHL - NYP<br>TICKET NUMBER<br>1210645013701<br><br>ADDITIONAL INFORMATION<br>5E88F3 AMTRAK | $165.00 |

ACCOUNT ENDING - 08005

**Business Platinum Card®**

CARD MEMBER

RICHARD GOLOMB

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| May 2 | **AMTRAK QUIK TRAK**<br>1 MASSACHUSETTS AVE<br>NORTH WEST<br>4TH FLOOR WEST<br>WASHINGTON<br>DC<br>20001<br>(800) 872-7245<br>http://amtrak.com | **AMTRAK SST NEW YORK NY**<br>Will appear on your May 8, 2023 statement as AMTRAK SST<br>NEW YORK NY<br><br>CARD<br>RICHARD GOLOMB<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                          **212**<br><br>TRAIN ITINERARY<br>NYP - PHL<br>TICKET NUMBER<br>1229926084777<br><br>ADDITIONAL INFORMATION<br>600E38 AMTRAK | $212.00 |

AMERICAN EXPRESS

ACCOUNT ENDING - 08005

Business Platinum Card®

CARD MEMBER

RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| May 16 | **AMTRAK QUIK TRAK** | **AMTRAK SST WASHINGTON DC** | $240.00 |
| | 1 MASSACHUSETTS AVE | Will appear on your Jun 7, 2023 statement as AMTRAK SST | |
| | NORTH WEST | WASHINGTON DC | |
| | 4TH FLOOR WEST | | |
| | WASHINGTON | CARD | |
| | DC | RICHARD GOLOMB | |
| | 20001 | | |
| | (800) 872-7245 | MEMBERSHIP REWARDS POINTS | |
| | http://amtrak.com | 1X on Other purchases       240 | |
| | | TRAIN ITINERARY | |
| | | WAS - PHL | |
| | | TICKET NUMBER | |
| | | 1369948074446 | |
| | | ADDITIONAL INFORMATION | |
| | | 6CE0FA AMTRAK | |

AMERICAN EXPRESS

ACCOUNT ENDING - 08005

Business Platinum Card®

CARD MEMBER

RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|------|------|------|------|
| May 11 | **AMTRAK.COM**<br>1 MASSACHUSETTS AVE.,<br>NW<br>4TH FLOOR WEST<br>WASHINGTON<br>DC<br>20001<br>000002029062196 | **AMTRAK INT WASHINGTON DC**<br>Will appear on your Jun 7, 2023 statement as AMTRAK INT<br>WASHINGTON DC | $165.00 |
| | | CARD<br>RICHARD GOLOMB | |
| | | MEMBERSHIP REWARDS POINTS<br>1X on Other purchases | 165 |
| | | TRAIN ITINERARY<br>PHL - WAS<br>TICKET NUMBER<br>1310613039413 | |
| | | ADDITIONAL INFORMATION<br>68385D AMTRAK | |

ACCOUNT ENDING - 08005

CARD MEMBER

Business Platinum Card®

RICHARD GOLOMB

| DATE | | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| May 17 | **UBER**<br>1455 Market St 400<br>-<br><br>SAN FRANCISCO<br>CA<br>94103<br>(866) 576-1039<br>https://www.uber.com/ | **UBER**<br>Will appear on your Jun 7, 2023 statement as Uber Trip<br>help.uber.com CA<br><br>CARD<br>RICHARD GOLOMB<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases<br><br>ADDITIONAL INFORMATION<br>9AJ9HN80 V2D5H3DC 19103 | 15 | $15.39 |

6/14/23, 11:01 AM

Case 23-12825-MBK    Doc 1391-1    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #1    Page 14 of 29

AMERICAN
EXPRESS

ACCOUNT ENDING - 08005

Business Platinum Card®

CARD MEMBER

RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| May 16 | **GRAND CAB**<br>3001 EARL PL NORTH<br>EAST<br><br>WASHINGTON<br>DC<br>20018<br>(202) 269-6690<br>http://www.grandcab.com | **GRAND CAB LLC Washington DC**<br>Will appear on your Jun 7, 2023 statement as GRAND CAB<br>LLC Washington DC<br><br>CARD<br>RICHARD GOLOMB<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                           13<br><br>ADDITIONAL INFORMATION<br>IemUeCQuAwz squareup.com/receipts | $13.00 |

6/14/23, 11:00 AM

Case 23-12825-MBK    Doc 1391-1    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #1    Page 15 of 29

ACCOUNT ENDING - 08005

Business Platinum Card®

CARD MEMBER

RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|------|--|-------------|--------|
| May 15 | **UVC**<br>4705 67TH AVE<br><br>HYATTSVILLE<br>MD<br>20784<br>(240) 832-4564 | **UVC Washington DC**<br>Will appear on your Jun 7, 2023 statement as UVC<br>Washington DC<br><br>CARD<br>RICHARD GOLOMB<br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                                   12<br>ADDITIONAL INFORMATION<br>IKoyoZuF21A squareup.com/receipts | $12.00 |

ACCOUNT ENDING - 08005

CARD MEMBER

Business Platinum Card®

RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| May 17 | **JW MARRIOTT** | **JW MARRIOTT WASHINGTON DC** | $789.62 |
| | 1331 PENNSYLVANIA AVENUE NW | Will appear on your Jun 7, 2023 statement as JW MARRIOTT WASHINGTON DC | |
| | - | | |
| | WASHINGTON DC | CARD | |
| | 20004-1710 | RICHARD GOLOMB | |
| | (202) 393-2000 | MEMBERSHIP REWARDS POINTS | |
| | marriott.com | 1X on Other purchases | 790 |
| | | ADDITIONAL INFORMATION | |
| | | 26095 4703393 20004 | |

AMERICAN EXPRESS

ACCOUNT ENDING - 08005

Business Platinum Card®

CARD MEMBER

RICHARD GOLOMB

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| May 16 | **MASTROS STEAKHOUSE DC**<br>600 13TH ST NW<br>WASHINGTON<br>DC<br>20005<br>000007133867153 | **MASTRO'S-WASHINGTON WASHINGTON DC**<br>Will appear on your Jun 7, 2023 statement as MASTRO'S-WASHINGTON WASHINGTON DC<br><br>CARD<br>RICHARD GOLOMB<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                                          276<br><br>ADDITIONAL INFORMATION<br>50012 50012 20005<br>RESTAURANT | **$276.17** |

6/14/23, 11:04 AM

Case 23-12825-MBK    Doc 1391-1    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #1    Page 18 of 29

AMERICAN EXPRESS

ACCOUNT ENDING - 08005

Business Platinum Card®

CARD MEMBER

RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| May 26 | **AMTRAK.COM**<br>1 MASSACHUSETTS AVE<br>NORTH WEST<br>4TH FLOOR WEST<br>WASHINGTON<br>DC<br>20001<br>(800) 872-7245<br>https://www.amtrak.com/ | **AMTRAK INT WASHINGTON DC**<br>Will appear on your Jun 7, 2023 statement as AMTRAK INT<br>WASHINGTON DC<br><br>CARD<br>RICHARD GOLOMB<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases<br><br>TRAIN ITINERARY<br>PHL - NYP<br>TICKET NUMBER<br>1460601015915<br><br>ADDITIONAL INFORMATION<br>75BD8E AMTRAK | $212.00<br><br><br><br><br><br>212 |

ACCOUNT ENDING - 08005                                              CARD MEMBER

Business Platinum Card®                                             RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| May 31 | **AMTRAK QUIK TRAK** | **AMTRAK SST NEW YORK NY** | $114.00 |
| | 1 MASSACHUSETTS AVE | Will appear on your Jun 7, 2023 statement as AMTRAK SST | |
| | NORTH WEST | NEW YORK NY | |
| | 4TH FLOOR WEST | | |
| | WASHINGTON | CARD | |
| | DC | RICHARD GOLOMB | |
| | 20001 | | |
| | (800) 872-7245 | MEMBERSHIP REWARDS POINTS | |
| | http://amtrak.com | 1X on Other purchases | 114 |
| | | TRAIN ITINERARY | |
| | | NYP - PHL | |
| | | TICKET NUMBER | |
| | | 1519926042902 | |
| | | ADDITIONAL INFORMATION | |
| | | 7A36EC AMTRAK | |

6/14/23, 11:10 AM

Case 23-12825-MBK    Doc 1391-1    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #1    Page 20 of 29

ACCOUNT ENDING - 08005

Business Platinum Card®

CARD MEMBER

RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Jun 1 | **UBER**<br>1455 Market St 400<br>-<br><br>SAN FRANCISCO<br>CA<br>94103<br>(866) 576-1039<br>https://www.uber.com/ | **UBER**<br>Will appear on your Jun 7, 2023 statement as Uber Trip<br>help.uber.com CA<br><br>CARD<br>RICHARD GOLOMB<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                  **31**<br><br>ADDITIONAL INFORMATION<br>AJZW1806 RFRKSOXZ 10065 | $30.85 |

ACCOUNT ENDING - 08005

CARD MEMBER

Business Platinum Card®

RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Jun 1 | **UBER**<br>1455 Market St 400<br>-<br><br>SAN FRANCISCO<br>CA<br>94103<br>(866) 576-1039<br>https://www.uber.com/ | **UBER**<br>Will appear on your Jun 7, 2023 statement as Uber Trip<br>help.uber.com CA<br><br>CARD<br>RICHARD GOLOMB<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases              12<br><br>ADDITIONAL INFORMATION<br>DE05H8T9 X2Y4I5BN 10036 | $12.35 |

6/14/23, 11:09 AM

Case 23-12825-MBK    Doc 1391-1    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #1    Page 22 of 29

ACCOUNT ENDING - 08005

Business Platinum Card®

CARD MEMBER

RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Jun 1 | **UBER**<br>1455 Market St 400<br>-<br><br>SAN FRANCISCO<br>CA<br>94103<br>(866) 576-1039<br>https://www.uber.com/ | **UBER**<br>Will appear on your Jun 7, 2023 statement as Uber Trip<br>help.uber.com CA<br><br>CARD<br>RICHARD GOLOMB<br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                              **31**<br><br>ADDITIONAL INFORMATION<br>8DJ882EN ZBDOXGDU 10036 | $30.88 |

6/14/23, 11:08 AM

Case 23-12825-MBK    Doc 1391-1    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #1    Page 23 of 29

ACCOUNT ENDING - 08005

CARD MEMBER

Business Platinum Card®

RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|------|--|-------------|--------|
| May 31 | **VTS PHILADELPHIA**<br>700 PACKER AVE<br>PHILADELPHIA<br>PA<br>19148-5320<br>000007187521656 | **VERIFONE TRANS TAXI PHILADELPHIA PA**<br>Will appear on your Jun 7, 2023 statement as VERIFONE<br>TRANS TAXI PHILADELPHIA PA<br><br>CARD<br>RICHARD GOLOMB<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                    10<br><br>ADDITIONAL INFORMATION<br>00730624742 718-786-8585 | $10.00 |

6/14/23, 11:06 AM

Case 23-12825-MBK    Doc 1391-1    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #1    Page 24 of 29

ACCOUNT ENDING - 08005

Business Platinum Card®

CARD MEMBER

RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| May 30 | **CREATIVE MOBILE TECHNOLOGIES** 42-32 21ST STREET LONG ISLAND CITY NY 11101 (877) 268-2947 https://www.cmtgroup.com/ | **NYC TAXI 1246 460010LONG ISLAND C NY** Will appear on your Jun 7, 2023 statement as NYC TAXI 1246 460010LONG ISLAND C NY CARD RICHARD GOLOMB MEMBERSHIP REWARDS POINTS 1X on Other purchases                                    **21** ADDITIONAL INFORMATION 005630142 718-9374444 | $21.00 |

ACCOUNT ENDING - 08005

Business Platinum Card®

CARD MEMBER

RICHARD GOLOMB

| DATE | | DESCRIPTION | | AMOUNT |
|------|--|-------------|--|--------|
| May 31 | **KNICKERBOCKER HOTEL**<br>6 TIMES SQ | **KNICKERBOCKER HOTEL NEW YORK NY** | | $571.52 |
| | | Will appear on your Jun 7, 2023 statement as<br>KNICKERBOCKER HOTEL NEW YORK NY | | |
| | NEW YORK<br>NY<br>10018<br>(212) 204-4980<br>https://theknickerbocker.com/ | CARD<br>RICHARD GOLOMB | | |
| | | MEMBERSHIP REWARDS POINTS<br>1X on Other purchases | 572 | |
| | | THANK YOU FOR YOUR STAY<br>CHECK-IN<br>May 30, 2023 | CHECK-OUT<br>May 31, 2023 | |
| | | ADDITIONAL INFORMATION<br>23831755 8558656425<br>LODGING | | |

ACCOUNT ENDING - 08005

CARD MEMBER

Business Platinum Card®

RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| May 30 | **FORESTAL MARRIOTT**<br>100 COLLEGE RD E<br>-<br><br>PRINCETON<br>NJ<br>08540-6613<br>(609) 452-7800<br>www.marriott.com | **Princeton Marriott aPrinceton NJ**<br>Will appear on your Jun 7, 2023 statement as Princeton<br>Marriott aPrinceton NJ<br><br>CARD<br>RICHARD GOLOMB<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases          1,197<br><br>ADDITIONAL INFORMATION<br>52992 2809739 08540 | $1,196.70 |

7/11/23, 10:10 AM

Case 23-12825-MBK   Doc 1391-1   Filed 09/19/23 · Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #1   Page 27 of 29

ACCOUNT ENDING - 08005

Business Platinum Card®

CARD MEMBER

RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|------|------|------|------|
| Jun 30<br>Credit | **FORESTAL MARRIOTT**<br>100 COLLEGE RD E<br>- <br><br>PRINCETON<br>NJ<br>08540-6613<br>(609) 452-7800<br>www.marriott.com | **Princeton Marriott aPrinceton NJ**<br>Will appear on your Jul 7, 2023 statement as Princeton<br>Marriott aPrinceton NJ<br><br>CARD<br>RICHARD GOLOMB<br><br>MEMBERSHIP REWARDS POINTS<br>Points debited due to a return or merchant credit          -26<br><br>ADDITIONAL INFORMATION<br>52992 241794 08540 | -$25.52 |

**AMERICAN EXPRESS**

ACCOUNT ENDING - 08005

Business Platinum Card®

CARD MEMBER

RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Jun 28 | **RUTHS CHRIS STEAK HOUSE**<br>2 VLG BLVD<br><br>PRINCETON<br>NJ<br>08540-5740<br>(609) 452-0041<br>www.ruthschris.com | **RUTH'S CHRIS STEAK HPRINCETON NJ**<br>Will appear on your Jul 7, 2023 statement as RUTH'S CHRIS STEAK HPRINCETON NJ<br><br>CARD<br>RICHARD GOLOMB<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases          **211**<br><br>ADDITIONAL INFORMATION<br>897212 1515 08540 | $211.14 |

7/11/23, 10:09 AM

Case 23-12825-MBK    Doc 1391-1    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #1    Page 29 of 29

ACCOUNT ENDING - 08005

CARD MEMBER

Business Platinum Card®

RICHARD GOLOMB

| DATE | | DESCRIPTION | AMOUNT |
|------|--|-------------|--------|
| Jun 29 | **ENO TERRA**<br>4484 NJ 27<br><br>KINGSTON<br>NJ<br>08528<br>(609) 497-1777<br>http://www.enoterra.com | **ENO TERRA 0217700217KINGSTON NJ**<br><br>Will appear on your Jul 7, 2023 statement as ENO TERRA<br>0217700217KINGSTON NJ<br><br>CARD<br>RICHARD GOLOMB<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases      132<br><br>ADDITIONAL INFORMATION<br>730110031810010016866 08528 | $132.46 |