EXHIBIT MEMBER #2

Beasley Allen - $20,191.01

**Case Name:**  In re LTL Management, LLC Case No.:

### SCHEDULE OF EXPENSES FOR MEMBERS AND MEMBERS' REPRESENTATIVES OF THE OFFICIAL TALC CLAIMANTS COMMITTEE OF LTL MANAGEMENT, LLC

**Applicant Name:  Leigh O'Dell, Committee Representative for** ▨▨▨▨▨▨

**Role:  Co-Chair**                                             **Total Expenses Requested:  $ 8,495.17**

| SCHEDULE OF EXPENSES | | |
|---|---|---|
| **Date(s) Incurred** | **Expense Detail (e.g. , hotel, airfare and reason)** | **Expense Amount** |
| 4/16/2023 | Flights to NYC for LTL meetings, NJ for hearing (Leigh O'Dell) | 1,102.80 |
| 4/16/2023 | Agent fee; Flights to NYC for LTL meetings, NJ for hearing (Leigh O'Dell) | 25.00 |
| 4/22/2023 | Flight to NJ for LTL hearing (Leigh O'Dell) | 168.90 |
| 4/22/2023 | Agent fee; Flight to NJ for LTL hearing (Leigh O'Dell) | 25.00 |
| 4/16/2023 | Flights to NYC for LTL meetings, NJ for hearing (Andy Birchfield) | 1,102.80 |
| 4/16/2023 | Agent fee; Flights to NYC for LTL meetings, NJ for hearing (Andy Birchfield) | 25.00 |
| 4/22/2023 | Flight to NJ for LTL hearing (Andy Birchfield) | 337.81 |
| 4/22/2023 | Agent fee; Flight to NJ for LTL hearing (Andy Birchfield) | 25.00 |
| 4/25/2023 | Agent fee; Flight to DC for LTL meeting (Ted Meadows) | 25.00 |
| 4/21/2023 | Agent fee; Flight to DC for LTL meeting (Ted Meadows) | 25.00 |
| 4/22/2023 | Flight to NJ for hearing (Ted Meadows) | 337.81 |
| 4/22/2023 | Agent fee; Flight to NJ for hearing (Ted Meadows) | 25.00 |
| 4/21/2023 | NJ Pro Hac Admission Fee (Andy Birchfield) | 150.00 |
| 4/17/2023 | Hotel; NYC LTL meetings (Leigh O'Dell) | 344.88 |
| 4/19/2023 | Hotel; LTL hearing in NJ (Leigh O'Dell) | 654.51 |
| 4/17/2023 | Hotel; NYC LTL meetings (Andy Birchfield) | 344.88 |
| 4/19/2023 | Hotel; LTL hearing in NJ (Andy Birchfield) | 562.81 |
| 4/17/2023 | Hotel; NYC LTL meetings (Ted Meadows) | 344.88 |
| 4/19/2023 | Hotel; LTL Hearing in NJ (Ted Meadows) | 562.81 |
| 4/17/2023 | Mileage Reimbursement; LTL depos in NYC (Andy Birchfield) | 212.50 |
| 4/22/2023 | Meal; LTL hearing in NJ (Andy Birchfield) | 42.96 |
| 4/23/2023 | Meal; LTL NYC meetings (Ted Meadows, Andy Birchfield) | 11.80 |
| 4/23/2023 | Meal (LTL NYC meetings (Leigh O'Dell) | 9.62 |
| 4/23/2023 | Meal; LTL hearing in NJ (Ted Meadows, Leigh O'Dell, Andy Birchfield, Chris Tisi) | 213.00 |
| 4/19/2023 | Cash Tip reimbursement; NYC LTL meetings (Ted Meadows) | 10.00 |
| 4/26/2023 | Cash Tip reimbursement; NJ LTL hearing (Ted Meadows) | 10.00 |
| 4/21/2023 | Internal Printing charge | 0.03 |
| 4/19/2023 | Airport parking; LTL depositions and hearing (Andy Birchfield) | 57.00 |
| 4/16/2023 | Ground Transportation; NYC depos (Leigh O'Dell) | 154.26 |
| 4/17/2023 | Ground Transportation; NYC depos (Leigh O'Dell) | 288.18 |
| 4/18/2023 | Ground Transportation; LTL hearing in NJ (Leigh O'Dell) | 23.99 |
| 4/18/2023 | Ground Transportation; LTL hearing in NJ (Leigh O'Dell) | 95.96 |
| 4/18/2023 | Ground Transportation; LTL hearing in NJ (Leigh O'Dell) | 21.99 |
| 4/18/2023 | Ground Transportation; LTL hearing in NJ (Leigh O'Dell) | 141.92 |
| 4/19/2023 | Ground Transportation; LTL hearing in NJ (Leigh O'Dell) | 46.41 |
| 4/19/2023 | Ground Transportation; LTL hearing in NJ (Leigh O'Dell) | 185.66 |
| 4/23/2023 | Ground Transportation; LTL meetings in NYC (Ted Meadows) | 780.00 |
| | | 8,495.17 |

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2   Page 3 of 146

**24a**

202300014948

5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

LTL meeting in NYC and Hearing in NJ

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 14 April 2023 | **Booking Ref.:** | LYPEWG S-B30C |
| **Invoice No:** | 5262441 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### AIR - Sunday, April 16 2023
#### Delta Air Lines Flight DL929  First Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:10 PM Sunday, April 16 2023 |
| Arrive: | LaGuardia Airport, TERMINAL C |
| | New York, New York, United States |
| | 09:29 PM Sunday, April 16 2023 |
| Duration: | 2 hour(s) and 19 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JM6TRK |
| Equipment: | Airbus Industrie A321 |
| Seat: | 03D Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | 2 Piece(s) |

### HOTEL - Sunday, April 16 2023
#### The Knickerbocker

| | |
|---|---|
| Address: | 6 Times Square, |
| | New York, NY 10036 |
| | United States |
| Tel: | +1 (212) 204-4980 |
| Fax: | +1 (212) 204-4981 |
| Check In/Check Out: | Sunday, April 16 2023 - Monday, April 17 2023 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 297.50 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 6925SE035967 |
| Cancellation Policy: | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

**24b**

## CAR - Monday, April 17 2023

### Budget Rent A Car

| | |
|---|---|
| Pick Up: | West 49th Street |
| | 304 West 49th Street Between 8th and 9th Avenues |
| | New York, New York 10019-7391 |
| | United States |
| | 01:00 PM Monday, April 17 2023 |
| Tel: | +1 (212) 397-4375 |
| Fax: | +1 (212) 582-7602 |
| Drop Off: | Newark Liberty Intl Apo |
| | 134 Lindbergh Rd |
| | Newark, New Jersey 07114-0000 |
| | United States |
| | 08:00 AM Wednesday, April 19 2023 |
| Tel: | +1 (973) 961-2990 |
| Fax: | +1 (973) 643-4805 |
| Type: | Full Size SUV |
| Status: | Confirmed |
| Daily Rate: | USD 255.60 Plus Taxes and/or Fees |
| Estimated Total: | USD 617.91 |
| Extra Hour Fee: | USD 191.71 |
| Extra Charges: | 106.71 |
| Confirmation: | 28910195US6 |
| Corp. Discount: | S191444 |
| Frequent Renter ID: | T505800 |

## HOTEL - Monday, April 17 2023

### Princeton Marriott at Forrestal

| | |
|---|---|
| Address: | 100 College Road East, |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Monday, April 17 2023 - Wednesday, April 19 2023 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 270.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 93977803 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, April 19 2023

### Delta Air Lines  Flight DL2198  Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 10:20 AM Wednesday, April 19 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:45 PM Wednesday, April 19 2023 |
| Duration: | 2 hour(s) and 25 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JM6TRK |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 19F Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

FIRST CLASS ONLY AVAILABLE ON THE ATL-LGA FLIGHT FARE - 878.90
IF AVAILABLE...COACH FARE WOULD HAVE BEEN IN COACH-LGA
MARRIOTT RATE SPLITS - 221.00/17APR 270.00/18APR - AVG 245.50/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE --
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

# Invoice

Total Invoice Amount: $1,127.80 USD
Electronic Ticket Number: 0067962084520
Invoice No.: 5262441
Ticket Amount: $1,102.80 USD
Form of Payment: VI***********9213

Service Fee Number: 8900848380705
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202300014948

LTL meeting in NYC and Hearing in NJ

5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

# 25a

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 14 April 2023 | **Booking Ref.:** | LYPEWG S-B30C |
| **Invoice No:** | 5262441 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Sunday, April 16 2023
### Delta Air Lines  Flight DL929  First Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:10 PM Sunday, April 16 2023 |
| Arrive: | LaGuardia Airport, TERMINAL C |
| | New York, New York, United States |
| | 09:29 PM Sunday, April 16 2023 |
| Duration: | 2 hour(s) and 19 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JM6TRK |
| Equipment: | Airbus Industrie A321 |
| Seat: | 03D Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | 2 Piece(s) |

## HOTEL - Sunday, April 16 2023
### The Knickerbocker

| | |
|---|---|
| Address: | 6 Times Square, |
| | New York, NY 10036 |
| | United States |
| Tel: | +1 (212) 204-4980 |
| Fax: | +1 (212) 204-4981 |
| Check In/Check Out: | Sunday, April 16 2023 - Monday, April 17 2023 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 297.50 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 6925SE035967 |
| Cancellation Policy: | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## CAR - Monday, April 17 2023
### Budget Rent A Car

| | |
|---|---|
| Pick Up: | West 49th Street |
| | 304 West 49th Street Between 8th and 9th Avenues |
| | New York, New York 10019-7391 |
| | United States |
| | 01:00 PM Monday, April 17 2023 |
| Tel: | +1 (212) 397-4375 |
| Fax: | +1 (212) 582-7602 |
| Drop Off: | Newark Liberty Intl Apo |
| | 134 Lindbergh Rd |
| | Newark, New Jersey 07114-0000 |
| | United States |
| | 08:00 AM Wednesday, April 19 2023 |
| Tel: | +1 (973) 961-2990 |
| Fax: | +1 (973) 643-4805 |
| Type: | Full Size SUV |
| Status: | Confirmed |
| Daily Rate: | USD 255.60 Plus Taxes and/or Fees |
| Estimated Total: | USD 617.91 |
| Extra Hour Fee: | USD 191.71 |
| Extra Charges: | 106.71 |
| Confirmation: | 28910195US6 |
| Corp. Discount: | S191444 |
| Frequent Renter ID: | T505800 |

## HOTEL - Monday, April 17 2023
### Princeton Marriott at Forrestal

| | |
|---|---|
| Address: | 100 College Road East, |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Monday, April 17 2023 - Wednesday, April 19 2023 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 270.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 93977803 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, April 19 2023
### Delta Air Lines  Flight DL2198  Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 10:20 AM Wednesday, April 19 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:45 PM Wednesday, April 19 2023 |
| Duration: | 2 hour(s) and 25 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JM6TRK |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 19F Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

25b

## Remarks

FIRST CLASS ONLY AVAILABLE ON THE ATL/LGA FLIGHT FARE - 878.80
IF AVAILABLE...COACH FARE WOULD HAVE BEEN 650.00 USA
MARRIOTT RATE SPLITS - 221.00/17APR 270.00/18APR - AVG 245.50/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQUIRES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE --
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

Total Invoice Amount: $1,127.80 USD
Electronic Ticket Number: 0067962084520
Invoice No.: 5262441
Ticket Amount: $1,102.80 USD
Form of Payment: VI***********9213

Service Fee Number: 8900848390705
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202300014948
LTL hearing in NJ

5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

# 40a

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 22 April 2023 | **Booking Ref.:** | CJHTZP S-B30C |
| **Invoice No:** | 5264498 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Tuesday, May 2 2023
### Delta Air Lines  Flight DL2647  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>01:50 PM Tuesday, May 2 2023 |
| Arrive: | Newark Liberty International, TERMINAL B<br>Newark, New Jersey, United States<br>04:00 PM Tuesday, May 2 2023 |
| Duration: | 2 hour(s) and 10 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HOU3Z9 |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | Assigned at Check-in |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |

## CAR - Tuesday, May 2 2023
### Hertz Rent-A-Car

| | |
|---|---|
| Pick Up: | Hertz Newark Liberty Airport<br>Newark Airport Building 23<br>Newark, New Jersey 07114<br>United States<br>04:00 PM Tuesday, May 2 2023 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Drop Off: | Hertz Newark Liberty Airport<br>Newark Airport Building 23<br>Newark, New Jersey 07114<br>United States<br>04:00 PM Wednesday, May 3 2023 |
| Tel: | +1 (973) 621-2000 |
| Fax: | +1 (973) 961-3519 |
| Type: | Full Size 2/4 Door |
| Status: | Confirmed |
| Daily Rate: | USD 80.90 Plus Taxes and/or Fees |
| Estimated Total: | USD 118.70 |
| Extra Hour Fee: | USD 27.50 |
| Extra Charges: | 37.80 |
| Confirmation: | K4703160867GOLD |
| Corp. Discount: | 2120375 |
| Frequent Renter ID: | ¤XXXXXX1568 |

## HOTEL - Tuesday, May 2 2023
### Princeton Marriott at Forrestal

| | |
|---|---|
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Tuesday, May 2 2023 - Wednesday, May 3 2023 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 275.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 87389512 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, May 3 2023
### Delta Air Lines  Flight DL2178  Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:00 PM Wednesday, May 3 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 05:20 PM Wednesday, May 3 2023 |
| Duration: | 2 hour(s) and 20 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HB6I8N |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 18A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

## AIR - Wednesday, May 3 2023
### Delta Air Lines  Flight DL1861  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:55 PM Wednesday, May 3 2023 |
| Arrive: | Luis Munoz Marin International, TERMINAL B |
| | San Juan, Puerto Rico |
| | 10:23 PM Wednesday, May 3 2023 |
| Duration: | 3 hour(s) and 28 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HB6I8N |
| Meal: | Food For Purchase |
| Equipment: | Boeing 757 Passenger |
| Seat: | 26A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

## HOTEL - Wednesday, May 3 2023
### San Juan Marriott Resort and Stellaris Casino

| | |
|---|---|
| Address: | 1309 Ashford Ave. |
| | San Juan 00907 |
| | Puerto Rico |
| Tel: | 1-787-7227000 |
| Fax: | 1-787-7226800 |
| Check In/Check Out: | Wednesday, May 3 2023 - Friday, May 5 2023 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 626.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 87400052 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Friday, May 5 2023
### Delta Air Lines  Flight DL1763  Economy Class

| | |
|---|---|
| Depart: | Luis Munoz Marin International, TERMINAL B |
| | San Juan, Puerto Rico |
| | 07:25 AM Friday, May 5 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 11:20 AM Friday, May 5 2023 |
| Duration: | 3 hour(s) and 55 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HPMLML |
| Meal: | Food For Purchase |
| Equipment: | Boeing 757 Passenger |
| Seat: | Assigned at Check-in |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |

MARRIOTT SAN JUAN RATE SPLITS-531.00/03MAY 626.00/04MAY AVG 578.50/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE..PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**

Total Invoice Amount: $1,439.80 USD
Electronic Ticket Number: 0067963865980
Ticket Amount: $168.90 USD
Form of Payment: VI************9213

Electronic Ticket Number: 0067963865982
Invoice No.: 5264498
Ticket Amount: $741.70 USD
Form of Payment: VI************9213

Service Fee Number: 8900848786645
Service Fee Amount: $25.00 USD

Electronic Ticket Number: 0067963865981
Ticket Amount: $504.20 USD
Form of Payment: VI************9213

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

202300014948
LTL hearing in NJ

5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

# 44a

| | | | |
|---|---|---|---|
| **Passenger(s):** | **ODELL/PATRICIA LEIGH** | | |
| **Date:** | 22 April 2023 | **Booking Ref.:** | CJHTZP S-B30C |
| **Invoice No:** | 5264498 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | LEIGH ODELL |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Tuesday, May 2 2023
### Delta Air Lines  Flight DL2647  Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:50 PM Tuesday, May 2 2023 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:00 PM Tuesday, May 2 2023 |
| **Duration:** | 2 hour(s) and 10 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HOU3Z9 |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | Assigned at Check-in |
| **FF Number:** | DL2193943038 - ODELL/PATRICIA LEIGH |

## CAR - Tuesday, May 2 2023
### Hertz Rent-A-Car

| | |
|---|---|
| **Pick Up:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 04:00 PM Tuesday, May 2 2023 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Drop Off:** | Hertz Newark Liberty Airport |
| | Newark Airport Building 23 |
| | Newark, New Jersey 07114 |
| | United States |
| | 04:00 PM Wednesday, May 3 2023 |
| **Tel:** | +1 (973) 621-2000 |
| **Fax:** | +1 (973) 961-3519 |
| **Type:** | Full Size 2/4 Door |
| **Status:** | Confirmed |
| **Daily Rate:** | USD 80.90 Plus Taxes and/or Fees |
| **Estimated Total:** | USD 118.70 |
| **Extra Hour Fee:** | USD 27.50 |
| **Extra Charges:** | 37.80 |
| **Confirmation:** | K4703160867GOLD |
| **Corp. Discount:** | 2120375 |
| **Frequent Renter ID:** | ¤XXXXXX1568 |

## HOTEL - Tuesday, May 2 2023

### Princeton Marriott at Forrestal

| | |
|---|---|
| Address: | 100 College Road East |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Tuesday, May 2 2023 - Wednesday, May 3 2023 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 275.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 87389512 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, May 3 2023

### Delta Air Lines  Flight DL2178  Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 03:00 PM Wednesday, May 3 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 05:20 PM Wednesday, May 3 2023 |
| Duration: | 2 hour(s) and 20 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HB6I8N |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 18A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

## AIR - Wednesday, May 3 2023

### Delta Air Lines  Flight DL1861  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:55 PM Wednesday, May 3 2023 |
| Arrive: | Luis Munoz Marin International, TERMINAL B |
| | San Juan, Puerto Rico |
| | 10:23 PM Wednesday, May 3 2023 |
| Duration: | 3 hour(s) and 28 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HB6I8N |
| Meal: | Food For Purchase |
| Equipment: | Boeing 757 Passenger |
| Seat: | 26A Confirmed |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |
| Baggage Allowance: | NIL |

## HOTEL - Wednesday, May 3 2023

### San Juan Marriott Resort and Stellaris Casino

| | |
|---|---|
| Address: | 1309 Ashford Ave. |
| | San Juan 00907 |
| | Puerto Rico |
| Tel: | 1-787-7227000 |
| Fax: | 1-787-7226800 |
| Check In/Check Out: | Wednesday, May 3 2023 - Friday, May 5 2023 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 626.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 87400052 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Friday, May 5 2023

### Delta Air Lines  Flight DL1763  Economy Class

| | |
|---|---|
| Depart: | Luis Munoz Marin International, TERMINAL B |
| | San Juan, Puerto Rico |
| | 07:25 AM Friday, May 5 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 11:20 AM Friday, May 5 2023 |
| Duration: | 3 hour(s) and 55 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HPMLML |
| Meal: | Food For Purchase |
| Equipment: | Boeing 757 Passenger |
| Seat: | Assigned at Check-in |
| FF Number: | DL2193943038 - ODELL/PATRICIA LEIGH |

**44c**

MARRIOTT SAN JUAN RATE SPLITS-$318.00/NIGHT.... MAY 620.00/NIGHT AVG 578.50/N
IMPORTANT-PLEASE BE AWARE OF CHANGING NUMBER FOR HER
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**

**Total Invoice Amount: $1,439.80 USD**
Electronic Ticket Number: 0067963865980
Ticket Amount: $168.90 USD
Form of Payment: VI************9213

Electronic Ticket Number: 0067963865982
Invoice No.: 5264498
Ticket Amount: $741.70 USD
Form of Payment: VI************9213

Service Fee Number: 8900848786645
Service Fee Amount: $25.00 USD

Electronic Ticket Number: 0067963865981
Ticket Amount: $504.20 USD
Form of Payment: VI************9213

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

202300014948

5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

**25a**

LTL meeting in NYC and Hearing in NJ

| | | | |
|---|---|---|---|
| Passenger(s): | BIRCHFIELD/ANTHONY DOW | Booking Ref.: | MBWPFP S-B30C |
| Date: | 14 April 2023 | Customer: | 011677 |
| Invoice No: | 5262443 | Delivery | ANDY BIRCHFIELD |
| Billing: | BEASLEY ALLEN LAW FIRM | Address: | |
| | 4160 PO BOX | | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Sunday, April 16 2023
### Delta Air Lines  Flight DL929  First Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:10 PM Sunday, April 16 2023 |
| Arrive: | LaGuardia Airport, TERMINAL C |
| | New York, New York, United States |
| | 09:29 PM Sunday, April 16 2023 |
| Duration: | 2 hour(s) and 19 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JNKEOK |
| Equipment: | Airbus Industrie A321 |
| Seat: | 03C Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | 2 Piece(s) |

## HOTEL - Sunday, April 16 2023
### The Knickerbocker

| | |
|---|---|
| Address: | 6 Times Square, |
| | New York, NY 10036 |
| | United States |
| Tel: | +1 (212) 204-4980 |
| Fax: | +1 (212) 204-4981 |
| Check In/Check Out: | Sunday, April 16 2023 - Monday, April 17 2023 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 297.50 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 6925SE035968 |
| Cancellation Policy: | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## HOTEL - Monday, April 17 2023
### Princeton Marriott at Forrestal

| | |
|---|---|
| Address: | 100 College Road East, |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Monday, April 17 2023 - Wednesday, April 19 2023 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 270.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 93974116 |
| Frequent Guest ID: | 660926961 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

AIR - Wednesday, April 19 2023 12:12:59 Desc
Case 2:23-cv-01991-E Filed 05/15/23 Entered 05/15/23
WITNESS - MEMBER REPRESENTATIVE #2 - Page 16 of 146

25b

**AIR - Wednesday, April 19 2023**

**Delta Air Lines Flight DL2198 Economy Class**

| | |
|---|---|
| Depart: | Newark Liberty International TERMINAL B<br>Newark, New Jersey, United States<br>10:20 AM Wednesday, April 19 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>12:45 PM Wednesday, April 19 2023 |
| Duration: | 2 hour(s) and 25 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JNKEOK |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 28C Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

**Remarks**

FIRST CLASS -ONLY- AVAILABLE ON THE ATL-LGA FLIGHT FARE - 878.90
IF AVAILABLE...COACH FARE WOULD HAVE BEEN 628.00 ATL-LGA
MARRIOTT RATE SPLITS - 221.00/17APR 270.00/18APR - AVG 245.50/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQUIRES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**
Total Invoice Amount: $1,127.80 USD
Electronic Ticket Number: 00679620845
Invoice No.: 5262443
Ticket Amount: $1,102.80 USD
Form of Payment: Vi************1756

Service Fee Number: 8900848380707
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202300014948

5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

**26a**

LTL meeting in NYC and Hearing in NJ

| | | | |
|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | |
| **Date:** | 14 April 2023 | **Booking Ref.:** | MBWPFP S-B30C |
| **Invoice No:** | 5262443 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Sunday, April 16 2023
### Delta Air Lines  Flight DL929  First Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>07:10 PM Sunday, April 16 2023 |
| **Arrive:** | LaGuardia Airport, TERMINAL C<br>New York, New York, United States<br>09:29 PM Sunday, April 16 2023 |
| **Duration:** | 2 hour(s) and 19 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: JNKEOK |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 03C Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | 2 Piece(s) |

## HOTEL - Sunday, April 16 2023
### The Knickerbocker

| | |
|---|---|
| **Address:** | 6 Times Square,<br>New York, NY 10036<br>United States |
| **Tel:** | +1 (212) 204-4980 |
| **Fax:** | +1 (212) 204-4981 |
| **Check In/Check Out:** | Sunday, April 16 2023 - Monday, April 17 2023 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 297.50 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 6925SE035968 |
| **Cancellation Policy:** | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## HOTEL - Monday, April 17 2023
### Princeton Marriott at Forrestal

| | |
|---|---|
| **Address:** | 100 College Road East,<br>Princeton, NJ 08540<br>United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Monday, April 17 2023 - Wednesday, April 19 2023 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 270.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 93974116 |
| **Frequent Guest ID:** | 660926981 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

**Delta Air Lines Flight DL2198 Economy Class**

| | |
|---|---|
| Depart: | Newark Liberty International TERMINAL B<br>Newark, New Jersey, United States<br>10:20 AM Wednesday, April 19 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>12:45 PM Wednesday, April 19 2023 |
| Duration: | 2 hour(s) and 25 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JNKEOK |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 28C Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

## Remarks

FIRST CLASS -ONLY- AVAILABLE ON THE ATL-LGA FLIGHT FARE - 878.90
IF AVAILABLE...COACH FARE WOULD HAVE BEEN 628.00 ATL-LGA
MARRIOTT RATE SPLITS - 221.00/17APR 270.00/18APR - AVG 245.50/NT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQUIRES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**

Total Invoice Amount: $1,127.80 USD
Electronic Ticket Number: 0067982084525
Invoice No.: 5262443
Ticket Amount: $1,102.80 USD
Form of Payment: VI************1756

Service Fee Number: 8900848380707
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202300014948 LTL
hearing in NJ

5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

**34a**

| | | | |
|---|---|---|---|
| **Passenger(s):** | BIRCHFIELD/ANTHONY DOW | | |
| **Date:** | 22 April 2023 | | |
| **Invoice No:** | 5264481 | **Booking Ref.:** | HFXRGE S-B30C |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Customer:** | 011677 |
| | 4160 PO BOX | **Delivery** | ANDY BIRCHFIELD |
| | MONTGOME RY 36103 | **Address:** | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Tuesday, May 2 2023
### Delta Air Lines  Flight DL2647  Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>01:50 PM Tuesday, May 2 2023 |
| **Arrive:** | Newark Liberty International, TERMINAL B<br>Newark, New Jersey, United States<br>04:00 PM Tuesday, May 2 2023 |
| **Duration:** | 2 hour(s) and 10 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HKCCUP |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 18C Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

## HOTEL - Tuesday, May 2 2023
### Princeton Marriott at Forrestal

| | |
|---|---|
| **Address:** | 100 College Road East.<br>Princeton, NJ 08540<br>United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Tuesday, May 2 2023 - Wednesday, May 3 2023 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 275.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 87396664 |
| **Frequent Guest ID:** | 859397861 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Wednesday, May 3 2023
### Delta Air Lines  Flight DL2647  Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B<br>Newark, New Jersey, United States<br>05:00 PM Wednesday, May 3 2023 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>07:20 PM Wednesday, May 3 2023 |
| **Duration:** | 2 hour(s) and 20 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HKCCUP |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 27D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL MEMBER
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

Total Invoice Amount: $362.81 USD
Electronic Ticket Number: 0067963865961
Invoice No.: 5264481
Ticket Amount: $337.81 USD
Form of Payment: VI***********1756

Service Fee Number: 8900848786634
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202300014948 LTL
hearing in NJ

5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

**35a**

**Passenger(s):** **BIRCHFIELD/ANTHONY DOW**
**Date:** 22 April 2023
**Invoice No:** 5264481
**Billing:** BEASLEY ALLEN LAW FIRM
4160 PO BOX
MONTGOME RY 36103

**Booking Ref.:** HFXRGE S-B30C
**Customer:** 011677
**Delivery** ANDY BIRCHFIELD
**Address:**

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### AIR - Tuesday, May 2 2023
#### Delta Air Lines  Flight DL2647  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:50 PM Tuesday, May 2 2023 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:00 PM Tuesday, May 2 2023 |
| Duration: | 2 hour(s) and 10 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HKCCUP |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 18C Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

### HOTEL - Tuesday, May 2 2023
#### Princeton Marriott at Forrestal

| | |
|---|---|
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Tuesday, May 2 2023 - Wednesday, May 3 2023 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 275.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 87396664 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

### AIR - Wednesday, May 3 2023
#### Delta Air Lines  Flight DL2647  Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 05:00 PM Wednesday, May 3 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:20 PM Wednesday, May 3 2023 |
| Duration: | 2 hour(s) and 20 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HKCCUP |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 27D Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

## Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

Total Invoice Amount: $362.81 USD
Electronic Ticket Number: 0067963865961
Invoice No.: 5264481
Ticket Amount $337.81 USD
Form of Payment: VI************1756

Service Fee Number: 8900848786634
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

4/14/23, 9:09 AM

3 A

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

**202300014948 JNJ Bankruptcy 2 Master**
**Booking fee ($25.00)**

| | | | |
|---|---|---|---|
| **Passenger(s):** | **MEADOWS/TED GORDON** | | |
| **Date:** | 12 April 2023 | **Booking Ref.:** | MSKJSZ S-B30C |
| **Invoice No:** | 5261735 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery Address:** | TED MEADOWS |
| | 4160 PO BOX | | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### AIR - Tuesday, April 25 2023

**Delta Air Lines  Flight DL759  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:19 PM Tuesday, April 25 2023 |
| **Arrive:** | Ronald Reagan National, TERMINAL 2 |
| | Washington, District of Columbia, United States |
| | 01:59 PM Tuesday, April 25 2023 |
| **Duration:** | 1 hour(s) and 40 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: **JMPHEN** |
| **Equipment:** | Airbus Industrie A320 |
| **Seat:** | 29D Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

### AIR - Thursday, April 27 2023

**Delta Air Lines  Flight DL781  Economy Class**

| | |
|---|---|
| **Depart:** | Ronald Reagan National, TERMINAL 2 |
| | Washington, District of Columbia, United States |
| | 11:50 AM Thursday, April 27 2023 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:50 PM Thursday, April 27 2023 |
| **Duration:** | 2 hour(s) and 0 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: **JMPHEN** |
| **Equipment:** | Airbus Industrie A320 |
| **Seat:** | 18A Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

3 B

## Remarks

```
FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 500.80
EXCHANGED FOR CANCELLED 517.81 NEWARK DL TKT 0067958829109
RESIDUAL 17.81 ON FILE FOR FUTURE TRAVEL CREDIT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY
```

## Invoice

```
Total Invoice Amount: $25.00 USD
Electronic Ticket Number: 0067961522584
Invoice No.: 5261735
Ticket Amount: $0.00 USD
Form of Payment: VI************4404

Electronic Ticket Number: 8900848262637
Ticket Amount: $25.00 USD
Form of Payment: VI************4404
```

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2   Page 27 of 146

10 A

**202300014948 - JJ Bankruptcy 2 Master
Booking Fee ($25.00)**

| From: | Katie Tucker |
|---|---|
| To: | Amber Fee |
| Subject: | FW: [EXT] Apr 24-26 - Confirmation - Ted Meadows |
| Date: | Friday, April 21, 2023 10:43:58 AM |
| Attachments: | Invoice - Itinerary Communication Attachment - MSKJSZ - April 24 2023 15141399.html |
| | DL Flight Number 455 ATL DCA Departs 255 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 392 DCA ATL Departs 1010 AM (Local Time)TED GORDON MEADOWS.ics |

**Katie Tucker**

Paralegal to Ted G. Meadows

334.495.1300 direct

**From:** Clay Nottrodt <claynot@msn.com>
**Sent:** Friday, April 21, 2023 10:28 AM
**To:** Katie Tucker <Katie.Tucker@BeasleyAllen.com>
**Subject:** [EXT] Apr 24-26 - Confirmation - Ted Meadows

**[XTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | MEADOWS/TED GORDON | | |
|---|---|---|---|
| Date: | 21 April 2023 | Booking Ref.: | MSKJSZ S-B30C |
| Invoice No: | 5264169 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:                                    Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/              http://exploreflightfees.com/

**AIR - Monday, April 24 2023**

**Delta Air Lines  Flight DL455  Economy Class**

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 02:55 PM Monday, April 24 2023 |
| Arrive: | Ronald Reagan National, TERMINAL 2 |
| | Washington, District of Columbia, United States |

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 28 of 146

10 B

04:41 PM Monday, April 24 2023

| | |
|---|---|
| Duration: | 1 hour(s) and 46 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JMPHEN |
| Equipment: | Airbus Industrie A320 |
| Seat: | 29E Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

**AIR - Wednesday, April 26 2023**

**Delta Air Lines Flight DL392 Economy Class**

| | |
|---|---|
| Depart: | Ronald Reagan National, TERMINAL 2 |
| | Washington, District of Columbia, United States |
| | 10:10 AM Wednesday, April 26 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:05 PM Wednesday, April 26 2023 |
| Duration: | 1 hour(s) and 55 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JMPHEN |
| Equipment: | Airbus Industrie A321 |
| Seat: | 35D Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

**Remarks**

FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 678.80
EXCHD FOR CHGD DL 500.80 TKT 0067961522584 AND RESIDUAL 17.01 CREDIT

PREVIOUSLY...
FARE THIS ITINEARY BEFORE TICKET EXCHANGE - 500.80
EXCHANGED FOR CANCELLED 517.81 NEWARK DL TKT 0067958829109
RESIDUAL 17.81 ON FILE FOR FUTURE TRAVEL CREDIT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL.
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 29 of 146

10 C

CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $185.99 USD**
Electronic Ticket Number: 0067983715806
Invoice No.: 5264169
Ticket Amount: $160.99 USD
Form of Payment: VI************4404

Service Fee Number: 8900848728784
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 30 of 146

11 A

**202300014948 - JJ Bankruptcy 2 Master Flight for TGM ($337.81)**

| | |
|---|---|
| **From:** | Clay Nottrodt |
| **To:** | Amber Fee |
| **Cc:** | Leigh O'Dell |
| **Subject:** | [EXT] May 2-3 - Confirmation - Ted Meadows |
| **Date:** | Saturday, April 22, 2023 4:26:30 PM |
| **Attachments:** | Invoice - Itinerary Communication Attachment - AVPNZQ - May 2 2023 18400053.html |
| | DL Flight Number 2647 ATL EWR Departs 150 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2647 EWR ATL Departs 500 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 87397968 TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **MEADOWS/TED GORDON** | | |
| **Date:** | 22 April 2023 | **Booking Ref.:** | AVPNZQ S-B30C |
| **Invoice No:** | 5264478 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

### AIR - Tuesday, May 2 2023

**Delta Air Lines  Flight DL2647  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:50 PM Tuesday, May 2 2023 |
| **Arrive:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:00 PM Tuesday, May 2 2023 |
| **Duration:** | 2 hour(s) and 10 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HJZ6QE |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 30D Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

Weather

### HOTEL - Tuesday, May 2 2023

**Princeton Marriott at Forrestal**

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Tuesday, May 2 2023 - Wednesday, May 3 2023 |

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2   Page 31 of 146

11 B

| | |
|---|---|
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 275.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 87397988 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, May 3 2023

### Delta Air Lines  Flight DL2647  Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 05:00 PM Wednesday, May 3 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:20 PM Wednesday, May 3 2023 |
| Duration: | 2 hour(s) and 20 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HJZ6QE |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 26C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

### Weather

### Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL

NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2   Page 32 of 146

11 C

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $362.81 USD**
Electronic Ticket Number: 0067963865959
Invoice No.: 5264478
Ticket Amount: $337.81 USD
Form of Payment: VI************4404

Service Fee Number: 8900848786633
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2   Page 33 of 146

12 A

| From: | Clay Nottrodt |
|---|---|
| To: | Amber Fee |
| Cc: | Leigh O'Dell |
| Subject: | [EXT] May 2-3 - Confirmation - Ted Meadows |
| Date: | Saturday, April 22, 2023 4:26:30 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - AVPNZQ - May 2 2023 18400053.html |
| | DL Flight Number 2647 ATL EWR Departs 150 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2647 EWR ATL Departs 500 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 87397968 TED GORDON MEADOWS.ics |

**202300014948 - JJ Bankruptcy 2 master
Booking Fee ($25.00)**

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| Passenger(s): | **MEADOWS/TED GORDON** | | |
| Date: | 22 April 2023 | Booking Ref.: | AVPNZQ S-B30C |
| Invoice No: | 5264478 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

| AIR - Tuesday, May 2 2023 | |
|---|---|
| **Delta Air Lines  Flight DL2647  Economy Class** | |
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:50 PM Tuesday, May 2 2023 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:00 PM Tuesday, May 2 2023 |
| Duration: | 2 hour(s) and 10 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HJZ6QE |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 30D Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |
| **Weather** | |

| HOTEL - Tuesday, May 2 2023 | |
|---|---|
| **Princeton Marriott at Forrestal** | |
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Tuesday, May 2 2023 - Wednesday, May 3 2023 |

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 34 of 146

12 B

| | |
|---|---|
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 275.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 87397968 |
| Frequent Guest ID: | 859397881 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, May 3 2023

### Delta Air Lines  Flight DL2647  Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 05:00 PM Wednesday, May 3 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:20 PM Wednesday, May 3 2023 |
| Duration: | 2 hour(s) and 20 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HJZ6QE |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 26C Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

### Weather

### Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 35 of 146

12 C

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $362.81 USD**
Electronic Ticket Number: 0067963865959
Invoice No.: 5264478
Ticket Amount: $337.81 USD
Form of Payment: VI************4404

Service Fee Number: 8900848786633
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102
973-645-4764



| NJ Bar ID: 033262009 |
| NY Bar ID: 5383963 |

To:        Andy D. Birchfield, Jr., Esq.

Re:        Pro Hac Vice Fee

Case Name/No.:    23-12825 MBK LTL Management LLC

Dear Sir/Madam:

This letter confirms approval of your Application for Admission of Andy D. Birchfield, Jr., Esq. to appear Pro Hac Vice in the above referenced case. Our records indicate that the fee required by D.N.J. L. Civ. R. 101(c)(3) in the amount of $150.00 is unpaid. Payment is due within 20 days of entry of the Pro Hac Vice Order, dated 5/03/2023 . This is a one-time fee, which is separate and distinct from the annual *New Jersey Lawyer's Fund for Client Protection*. Fee is due regardless of current case status and shall remain outstanding until paid in full.

Credit card payments are accepted by calling the District Court cashier directly at 973-622-4810. Please make check/money order payable to **U.S. District Court** and mail promptly to the address below.

**UNITED STATES DISTRICT COURT**
**Martin Luther King, Jr. Federal Building and U.S. Courthouse**
**50 Walnut Street, Room 4015**
**Newark, New Jersey 07102**

Dated: 5/4/2023                                             /s/Edith Valentin
                                                                 Deputy Clerk
                                                                 Jeanne Naughton, Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**KLEHR HARRISON HARVEY
BRANZBURG, LLP**
**A Pennsylvania Limited Liability Partnership**
Carol Ann Slocum, Esquire
10000 Lincoln Drive East, Suite 201
Marlton, New Jersey 08053
(856) 486-6961
cslocum@klehr.com
Attorneys for Andy D. Birchfield, Jr.

Order Filed on May 3, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

LTL MANAGEMENT, LLC,

Debtor

Case No.: 23-12825 (MBK)

Chapter: 11

The Honorable Michael B. Kaplan,
Chief Judge

## ORDER FOR ADMISSION *PRO HAC VICE* OF ANDY D. BIRCHFIELD, JR.

The relief set forth on the following page is **ORDERED**.

**DATED: May 3, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

10472402.v1

Debtor:         LTL Management, LLC
Case No.:       23-12825 (MBK)
Caption:        Order for Admission of Andy D. Birchfield, Jr. *Pro Hac Vice*

This matter having been brought before the Court on application for an Order For Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Andy D. Birchfield, Jr. be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101.1(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court District of New Jersey
Martin Luther King, Jr. Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

2

10472402.v1

202300014948
NYC for depos

**27**

# THE KNICKERBOCKER

Patricia Leigh Odell

| | |
|---|---|
| Room No. | : 0802 |
| Arrival | : 04-16-23 |
| Departure | : 04-17-23 |
| Page No. | : 1 of 1 |
| Folio No. | : 302053 |

**INVOICE**

| | |
|---|---|
| Conf. No. | : 141183489 |
| Cashier No. | : 209 |
| Custom Ref. | : |

Guest Name       :
Company Name  : Internova Worldwide Hotel Program
Group Name     :

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-16-23 | Room Charge | 297.50 | |
| 04-16-23 | City Occupancy Tax - Room | 2.00 | |
| 04-16-23 | City Sales Tax - Room - 5.875% | 17.48 | |
| 04-16-23 | State Sales Tax - Room - 8.875% | 26.40 | |
| 04-16-23 | City Javits Center Tax - Room | 1.50 | |
| 04-17-23 | Visa Payment | | 344.88 |
| | XXXXXXXXXXXX9213 XX/XX | | |

| | | |
|---|---|---|
| Total Charges | 344.88 | |
| Total Credits | | 344.88 |
| Balance | | 0.00 |

| | | | |
|---|---|---|---|
| Merchant ID | | Credit Card # | XXXXXXXXXXXX9213 |
| Transaction ID | 23665280 | Credit Card Expiry | XX/XX |
| Approval Code | 040057 | Capture Method | Manual |
| Approval Amount | 344.88 | Transaction Amount | 344.88 |

**Guest Signature:** _____        **Date:** _____

6 Times Square / New York, NY 10036 / Tel 212.204.4980 / Fax 212.204.4981 / theknickerbocker.com

**35**



**PRINCETON MARRIOTT FORRESTAL**                                    **GUEST FOLIO**

| 3311 | ODELL/PATRICIA/LEIGH | 270.00 | 04/19/23 | 07:44 | | 47991 |
|---|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| GD | | | 04/17/23 | 19:32 | | |
| TYPE | | | ARRIVE | TIME | | |
| 5 | | | | | | |
| ROOM CLERK | ADDRESS | VSXXXXXXXXXXXX9213 PAYMENT | | | | MBV#: 859397861 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 04/17 | M CLUB | ML | 80.00 | | |
| 04/17 | ROOM TAX | ML | 5.30 | | |
| 04/17 | OCC TAX | ML | 4.00 | | |
| 04/17 | MUNI TX | ML | 2.40 | | |
| 04/17 | TR ROOM | 3311, 1 | 221.00 | | |
| 04/17 | ROOM TAX | 3311, 1 | 14.64 | | |
| 04/17 | OCC TAX | 3311, 1 | 11.05 | | |
| 04/17 | MUNI TX | 3311, 1 | 6.63 | | |
| 04/18 | TR ROOM | 3311, 1 | 270.00 | | |
| 04/18 | ROOM TAX | 3311, 1 | 17.89 | | |
| 04/18 | OCC TAX | 3311, 1 | 13.50 | | |
| 04/18 | MUNI TX | 3311, 1 | 8.10 | | |
| 04/19 | CCARD-VS | | | 654.51 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXX9213 | | | .00 |

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2   Page 41 of 146

**27**

# THE KNICKERBOCKER

Anthony Dow Birchfield

| | |
|---|---|
| Room No. | : 1512 |
| Arrival | : 04-16-23 |
| Departure | : 04-17-23 |
| Page No. | : 1 of 1 |
| Folio No. | : 302052 |

INFORMATION INVOICE

| | |
|---|---|
| Conf. No. | : 141183992 |
| Cashier No. | : 209 |
| Custom Ref. | : |

| | |
|---|---|
| Guest Name | : |
| Company Name | : Internova Worldwide Hotel Program |
| Group Name | : |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-16-23 | Room Charge | 297.50 | |
| 04-16-23 | City Occupancy Tax - Room | 2.00 | |
| 04-16-23 | City Sales Tax - Room - 5.875% | 17.48 | |
| 04-16-23 | State Sales Tax - Room - 8.875% | 26.40 | |
| 04-16-23 | City Javits Center Tax - Room | 1.50 | |
| 04-17-23 | Visa Payment | | 344.88 |
| | XXXXXXXXXXXX1756 XX/XX | | |

| | | |
|---|---|---|
| Total Charges | 344.88 | |
| Total Credits | | 344.88 |
| Balance | | 0.00 |

| | | | | |
|---|---|---|---|---|
| Merchant ID | | Credit Card # | XXXXXXXXXXXX1756 |
| Transaction ID | 23665407 | Credit Card Expiry | XX/XX |
| Approval Code | 039780 | Capture Method | Manual |
| Approval Amount | 344.88 | Transaction Amount | 344.88 |

Guest Signature: _____     Date: _____

**30**

202300014948
LTL hearing



**PRINCETON MARRIOTT FORRESTAL**                    **GUEST FOLIO**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3519 ROOM | BIRCHFIELD/ANDY NAME | 270.00 RATE | 04/19/23 DEPART | 07:43 TIME | | 47989 ACCT# |
| EK TYPE | XXX | | 04/17/23 ARRIVE | 19:29 TIME | | |
| 11 ROOM CLERK | 234 COMMERCE ST MONTGOMERY AL 361042540 ADDRESS | | VSXXXXXXXXXXX1756 PAYMENT | | | MBV#:  660926981 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 04/17 | TR ROOM        3519, 1 | 221.00 | | |
| 04/17 | ROOM TAX      3519, 1 | 14.64 | | |
| 04/17 | OCC TAX        3519, 1 | 11.05 | | |
| 04/17 | MUNI TX        3519, 1 | 6.63 | | |
| 04/18 | TR ROOM        3519, 1 | 270.00 | | |
| 04/18 | ROOM TAX      3519, 1 | 17.89 | | |
| 04/18 | OCC TAX        3519, 1 | 13.50 | | |
| 04/18 | MUNI TX        3519, 1 | 8.10 | | |
| 04/19 | CCARD-VS | | 562.81 | |
| | PAYMENT RECEIVED BY: VISA    XXXXXXXXXXX1756 | | | .00 |

======================================== EXP. REPORT SUMMARY ========================================

| | | | |
|---|---|---|---|
| 04/17 | TR ROOM | 221.00 | |
| | ROOM TAX | 14.64 | |
| | OCC TAX | 11.05 | |
| | MUNI TX | 6.63 | |
| 04/18 | TR ROOM | 270.00 | |
| | ROOM TAX | 17.89 | |
| | OCC TAX | 13.50 | |
| | MUNI TX | 8.10 | |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 43 of 146

8

# THE KNICKERBOCKER

202300014948 - JJ Bankruptcy 2
Hotel for TGM ($344.88)

Guest Name        :
**Ted Gordon Meadows**

| | |
|---|---|
| Room No. | : 1615 |
| Arrival | : 04-16-23 |
| Departure | : 04-17-23 |
| Page No. | : 1 of 1 |
| Folio No. | : 302115 |

COPY OF INVOICE

| | |
|---|---|
| Conf. No. | : 141183484 |
| Cashier No. | : 109 |
| Custom Ref. | : |

Company Name   : Internova Worldwide Hotel Program
Group Name       :

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-16-23 | Room Charge | 297.50 | |
| 04-16-23 | City Occupancy Tax - Room | 2.00 | |
| 04-16-23 | City Sales Tax - Room - 5.875% | 17.48 | |
| 04-16-23 | State Sales Tax - Room - 8.875% | 26.40 | |
| 04-16-23 | City Javits Center Tax - Room | 1.50 | |
| 04-17-23 | Visa Payment | | 344.88 |
| | XXXXXXXXXXXX4404 XX/XX | | |

| | | |
|---|---|---|
| Total Charges | 344.88 | |
| Total Credits | | 344.88 |
| Balance | | 0.00 |

Guest Signature: _____        Date: _____

6 Times Square / New York, NY 10036 / Tel 212.204.4980 / Fax 212.204.4981 / theknickerbocker.com

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 44 of 146

9 A



202300014948 - JJ Bankruptcy Master 2
Hotel for TGM ($775.81)

**PRINCETON MARRIOTT FORRESTAL**

GUEST FOLIO

| 1406 | MEADOWS/TED | 270.00 | 04/19/23 | 07:43 | 47961 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| CK | NO COMPANY | | 04/17/23 | 19:28 | |
| TYPE | 218 COMMERCE ST | | ARRIVE | TIME | |
| 11 | MONTGOMERY  AL  36104-2540 | | | | |
| ROOM CLERK | ADDRESS | | VSXXXXXXXXXXXX4404 PAYMENT | | MBV#:   345029743 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 04/17 | TR ROOM | 1406, 1 | 221.00 | | |
| 04/17 | ROOM TAX | 1406, 1 | 14.64 | | |
| 04/17 | OCC TAX | 1406, 1 | 11.05 | | |
| 04/17 | MUNI TX | 1406, 1 | 6.63 | | |
| 04/18 | IRON&IVY | 33211406 | 213.00 | | |
| 04/18 | TR ROOM | 1406, 1 | 270.00 | | |
| 04/18 | ROOM TAX | 1406, 1 | 17.89 | | |
| 04/18 | OCC TAX | 1406, 1 | 13.50 | | |
| 04/18 | MUNI TX | 1406, 1 | 8.10 | | |
| 04/19 | CCARD-VS | | | 775.81 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXX4404 | | | |
| | | | | | .00 |

====================================== EXP. REPORT SUMMARY ======================================

| 04/17 | TR ROOM | 221.00 |
|---|---|---|
| | ROOM TAX | 14.64 |
| | OCC TAX | 11.05 |
| | MUNI TX | 6.63 |
| 04/18 | IRON&IVY | 213.00 |
| | TR ROOM | 270.00 |
| | ROOM TAX | 17.89 |
| | OCC TAX | 13.50 |
| | MUNI TX | 8.10 |

# Hotel fees, minus meal charge = 562.81 to charge to bankruptcy

See our "Privacy & Cookie Statement" on Marriott.com

Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your
Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy
benefits.



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 4/25/2023 |
| **EMPLOYEE:** | Andy Birchfield |
| **MATTER ID \*:** | 202300014948 |
| **MATTER DESCRIPTION:** | Talc JNJ Bankruptcy 2 |
| **TRAVEL DATES:** | 4/16/2023 - 4/17/2023 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

## APPROVAL:  ADB

## DESCRIPTION:  LTL depos in NYC - airport mileage

# EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| **MILEAGE: $0.625/PER MILE** | 340 | 212.50 |

| | DETAILS | TOTAL |
|---|---|---|
| **PARKING:** | | |
| **AIR TRANSPORTATION** | | |
| **GROUND TRANSPORTATION:** | | |
| **HOTEL/LODGING:** | | |
| **MEALS:** | | |
| **ENTERTAINMENT:** | | |
| **DUES/REGISTRATION FEES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **REIMBURSEMENT TOTAL:** | | $ 212.50 |

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 46 of 146

**28**

Chick -Fil-A $42.96
ADB misplaced receipt
LTL hearing in NJ
202300014948

**202300014948 - JJ**
**Bankruptcy Master 2**
The Knickerbocker Hotel
Coffee for Ted Meadows and
lakes
Andy Birchfield ($11.80)
6 Times Square
New York, NY 10036
212.204.4980
17 Apr '23 7:44 AM

TABLE#      0
SERVER      1001/Saiful
CHECK#      57931
        2023/04/17 07:48:47
        *****Authorize*****
REF No: 310711333251 CHIP
CT No:  XXXXXXXXXXXX4404
EXP:    XX/XX
CARD:   VISA
CheckNo:57931
TableNo:0
APPROVAL CODE: 043128
        EMV Receipt Section
AID: A0000000031010
AID: A0000000031010
AID-NM:VISA CREDIT
AC:  D150A79E3AADA7B9
TVR: 8080008000
IAD: 06010A03A08000
TSI: 6B00
ARC: 00
AID: A0000000031010
AUTH MODE: Issuer

                Subtotal: $9.80

            Tip: 2.00

        Total: 11.80

X_____
        Signature
    CUSTOMER COPY

    THE BANK
    COPPE FOR

    I agree to pay above total
    according to my card issuer
            agreement.

    ANDY & TED

202300014948 - JJ Bankruptcy
Master 2 Coffee for Leigh O'Dell

The Knickerbocker Hotel  ($9.62)
Jakos
6 Times Square
New York, NY 10036
212.204.4980
17 Apr '23 7:45 AM

TABLE#        0
SERVER        1001/Saiful
CHECK#        57932
2023/04/17 07:49:25
        *****Authorize*****
REF No: 310711000937 CHIP
CT No:  XXXXXXXXXXXX4404
EXP:    XX/XX
CARD:   VISA
CheckNo:57932
TableNo:0
APPROVAL CODE: 006988
        EMV Receipt Section
AID: A0000000031010
AID: A0000000031010
AID-NM:VISA CREDIT
AC:  1BD53312941F8F3B
TVR: 8080008000
IAD: 06010A03A08000
TSI: 6800
ARC: 00
AID: A0000000031010
AUTH MODE: Issuer
                Subtotal: $7.62

        Tip: 2.00

        Total: 9.62

X_____
        Signature
        MERCHANT COPY

TMC BANK
COFFEE FOR LEIGH

I agree to pay above total
according to my card issuer
agreement.

9 B

**Dinner for Andy Birchfield,
Leigh O'Dell, Ted Meadows,
and Chris Tisi**

PRINCETON NEW JERSEY
**** IRON & IVY ****

(609) 452-7800

41621 THOMAS

CHK 3321        TBL 14/1
                    GST 4

R1406
18 Apr '23 8:24 PM

| | |
|---|---|
| 1 HOUSE CABERNET | 10.00 |
| 1 S MIST | 3.00 |
| 1 APEROL | 14.00 |
| 1 BONELESS WINGS | 16.00 |
| BBQ | |
| 1 CRABCAKE APP | 14.00 |
| 1 3 COURSE DINNER | 0.00 |
| 1 BBQ PULLED CHX | 19.00 |
| FRIES | |
| TYPE IN | |
| NO COLESLAW | |
| 1 NY STRIP | 38.00 |
| MEDIUM | |
| 1 FRENCH CHICKEN BREAST | 28.00 |
| 1 MUSHROOM RAVIOLI | 24.00 |

Subtotal:        $166.00
Tax:              $11.00
9:44 PM
    TOTAL DUE: $177.00

PLEASE COMPLETE FOR ROOM CHARGES

GRATUITY_____ 36.00

TOTAL_____ 213.00

ROOM NUMBER_____ 1406
   PRINT LAST NAME MEADOWS
SIGNATURE_____

For your convenience we are
providing the following
gratuity calculations:

20% is $33.20
18% is $29.88
15% is $24.90

18% GRATUITY WILL BE ADDED TO TABLES OF
SIX OR MORE

# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 4/20/2023 |
| **EMPLOYEE:** | Ted Meadows |
| **MATTER ID \*:** | 202100017080 |
| **MATTER DESCRIPTION:** | J&J Bankruptcy Master |
| **TRAVEL DATES:** | 4/16/2023-4/19/2023 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

## DESCRIPTION:

### MILEAGE: $0.625/PER MILE

| DESCRIPTION | DATE | MATTER ID | MILES | TOTAL |
|---|---|---|---|---|
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

### EXPENSE DETAILS

| EXPENSE | DETAILS | TOTAL |
|---|---|---|
| PARKING: | | |
| AIR TRANSPORTATION: | | |
| GROUND TRANSPORTATION: | | |
| HOTEL/LODGING: | | |
| MEALS: | | |
| ENTERTAINMENT: | | |
| DUES/REGISTRATION FEES: | | |
| OTHER CHARGES: | Cash Tips while traveling for J&J bankruptcy | $10.00 |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| TOTAL FROM ADDITIONAL PAGE | | $0.00 |
| **REIMBURSEMENT TOTAL:** | | $10.00 |

# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 4/26/2023 |
| **EMPLOYEE:** | Ted Meadows |
| **MATTER ID \*:** | 202300014948 |
| **MATTER DESCRIPTION:** | J&J Bankruptcy 2 Master |
| **TRAVEL DATES:** | 4/24/2023-4/26/2023 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

## DESCRIPTION:

### MILEAGE: $0.625/PER MILE

| DESCRIPTION | DATE | MATTER ID | MILES | TOTAL |
|---|---|---|---|---|
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

### EXPENSE DETAILS

| EXPENSE | DETAILS | TOTAL |
|---|---|---|
| PARKING: | | |
| AIR TRANSPORTATION | | |
| GROUND TRANSPORTATION: | | |
| HOTEL/LODGING: | | |
| MEALS: | | |
| ENTERTAINMENT: | | |
| DUES/REGISTRATION FEES: | | |
| OTHER  CHARGES: | Cash tips while traveling for J&J bankruptcy | $10.00 |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| OTHER  CHARGES: | | |
| TOTAL FROM ADDITIONAL PAGE | | $0.00 |
| **REIMBURSEMENT TOTAL:** | | $10.00 |

Hartsfield-Jackson
Atlanta International Airport

202100007080
CTU depot and hearing

RECEIPT

SOUTHLAND PRINTING · SHREVEPORT, LA.

825023

LTL depos in NYC

| | |
|---|---|
| **From:** | Leigh O'Dell |
| **To:** | Lindsay Moore |
| **Subject:** | FW: [EXT] [Personal] Your Sunday evening trip with Uber |
| **Date:** | Sunday, April 16, 2023 10:41:15 PM |
| **Attachments:** | image001.png |

**P. Leigh O'Dell**
Principal
334.269.2343

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Sunday, April 16, 2023 10:19 PM
**To:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Subject:** [EXT] [Personal] Your Sunday evening trip with Uber

**[EXTERNAL]**

Total
**$154.26**
April 16,
2023

# Total          $154.26

Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive.

| | |
|---|---:|
| Distance | $47.11 |
| Base Fare | $13.25 |
| Time | $35.68 |
| **Normal Fare** | **$96.04** |
| Surge | $9.60 |
| Subtotal | $105.64 |
| RFK Bridge Manhattan to Queens/Bronx | $6.55 |
| Wait Time | $1.86 |
| LGA Airport Surcharge | $2.50 |
| NY Congestion Fee | $2.75 |
| Tips | $21.12 |
| Sales Tax | $10.34 |
| NY State Black Car Fund | $3.50 |

**Payments**

**American Express ••••2003**     $154.26
4/16/23 10:18 PM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

**Switch Payment
Method**

Download
PDF

## You rode with Yuchen

4.98 Rating          ⬚   Has passed a multi-step safety screen

License Plate: T786761C

FHV License Number: 5895145

Driver's TLC License Number:
5852771

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ⟩**

---

Black SUV    11.66 miles | 29 min

**9:34 PM**
Terminal C, LaGuardia
Airport (LGA), Queens, NY
11371, US

**10:04 PM**
6 Cnr 42nd St and Broadway,
New York City, NY 10036, US

deposition and hearing in NJ. Unable to get
rental car due to offices closing after
depositions concluded so had to book car
service

**Lindsay Moore**

| | |
|---|---|
| From: | Leigh O'Dell |
| Sent: | Monday, April 17, 2023 11:05 AM |
| To: | Lindsay Moore |
| Subject: | FW: [EXT] Your Receipt For Carmel Reservation #15084123 |

# 26

**P. Leigh O'Dell**
Principal
334.269.2343

**From:** reservations@carmellimo.com <reservations@carmellimo.com>
**Sent:** Monday, April 17, 2023 11:49 AM
**To:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Subject:** [EXT] Your Receipt For Carmel Reservation #15084123

**[EXTERNAL]**

| *Trip Receipt* | | | |
|---|---|---|---|
| *Date:* | 4/17/23 | | |
| *Time:* | 6:00PM | | |
| *From:* | 7 Times Sq (W 43 St / Broadway): Brown Rudnick | | |
| *To:* | Princeton: 100 College Rd E: Marriott | | |
| *Fare:* | $221.00 | | |
| *Tolls:* | $22.98 | | |
| *Gratuity:* | $44.20 | | |
| *Total:* | $288.18 | | |
| **Charge Summary** | | | |
| *Time* | *Charge Description for Trip # 15084123* | *Form of Payment* | *Amount* |
| *Apr 17 11:48AM* | *Credit Card* | *Visa 47*********59213* | *$288.18* |
| *Thank you for choosing Carmel.* | | | |
| Company: Carmel TLC Lic. #: B00256 | | | |

**** PLEASE DON'T REPLY TO THIS EMAIL. ****

1

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2   Page 57 of 146
LTL hearing

28a

**Lindsay Moore**

| | |
|---|---|
| **From:** | Leigh O'Dell |
| **Sent:** | Tuesday, April 18, 2023 9:03 AM |
| **To:** | Lindsay Moore |
| **Subject:** | FW: [EXT] [Business] Your Tuesday morning trip with Uber |

**P. Leigh O'Dell**
Principal
334.269.2343

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Tuesday, April 18, 2023 9:20 AM
**To:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Subject:** [EXT] [Business] Your Tuesday morning trip with Uber

**[EXTERNAL]**

Total **$119.95**
April 18, 2023

# Total                  $119.95

Trip fare                                    $74.96

1

# 28b

| | |
|---|---|
| Subtotal | $74.96 |
| Reservation Fee | $11.00 |
| Booking Fee | $10.00 |
| Tips | $23.99 |

**Payments**

| | | |
|---|---|---|
| Visa ••••9213<br>4/18/23 9:11 AM | | $95.96 |
| Visa ••••9213<br>4/18/23 9:20 AM | | $23.99 |

**A temporary hold of $95.96 was placed on your payment method •••• 9213. This is not a charge and will be removed. It should disappear from your bank statement shortly.** Learn More

**Switch Payment Method**

**Download PDF**

## You rode with Aydin

4.97  Rating

Has passed a multi-step safety screen

2

LTL hearing

# 29a

**Lindsay Moore**

| | |
|---|---|
| **From:** | Leigh O'Dell |
| **Sent:** | Tuesday, April 18, 2023 9:03 AM |
| **To:** | Lindsay Moore |
| **Subject:** | FW: [EXT] [Business] Your Tuesday morning trip with Uber |

## P. Leigh O'Dell
Principal
334.269.2343

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Tuesday, April 18, 2023 9:20 AM
**To:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Subject:** [EXT] [Business] Your Tuesday morning trip with Uber

**[EXTERNAL]**



Total **$119.95**
April 18, 2023

# Total                        $119.95

Trip fare                                          $74.96

1

**29b**

| | |
|---|---|
| Subtotal | $74.96 |
| Reservation Fee | $11.00 |
| Booking Fee | $10.00 |
| Tips | $23.99 |

**Payments**

| | | |
|---|---|---|
| ☒ | **Visa ••••9213**<br>4/18/23 9:11 AM | $95.96 |
| ☒ | **Visa ••••9213**<br>4/18/23 9:20 AM | $23.99 |

**A temporary hold of $95.96 was placed on your payment method •••• 9213. This is not a charge and will be removed. It should disappear from your bank statement shortly.** Learn More

**Switch Payment Method**

**Download PDF**

## You rode with Aydin

4.97 ⬚ Rating          ⬚ Has passed a multi-step safety screen

20230001 4940
LTL hearing

**Lindsay Moore**

# 31a

| | |
|---|---|
| **From:** | Leigh O'Dell |
| **Sent:** | Tuesday, April 18, 2023 9:24 PM |
| **To:** | Lindsay Moore |
| **Subject:** | FW: [EXT] [Business] Your Tuesday evening trip with Uber |

**P. Leigh O'Dell**
Principal
334.269.2343

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Tuesday, April 18, 2023 8:06 PM
**To:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Subject:** [EXT] [Business] Your Tuesday evening trip with Uber

**[EXTERNAL]**

Total **$163.91**
April 18, 2023

# Total                    $163.91

| | |
|---|---|
| Base Fare | $8.07 |
| Time | $82.08 |

1

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 62 of 146

31b

| | |
|---|---|
| Distance | $30.77 |
| | |
| Subtotal | $120.92 |
| Reservation Fee | $11.00 |
| Booking Fee | $10.00 |
| Tips | $21.99 |

**Payments**

| | | |
|---|---|---|
| ☒ | **Visa ••••9213**<br>4/18/23 8:03 PM | $141.92 |
| ☒ | **Visa ••••9213**<br>4/18/23 8:05 PM | $21.99 |

**A temporary hold of $87.99 was placed on your payment method •••• 9213. This is not a charge and will be removed. It should disappear from your bank statement shortly.** Learn More

**Switch Payment Method**

**Download PDF**

# You rode with Marc

2

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2   2023000 Page 63 of 146
LTL hearing

**32a**

**Lindsay Moore**

| | |
|---|---|
| **From:** | Leigh O'Dell |
| **Sent:** | Tuesday, April 18, 2023 9:24 PM |
| **To:** | Lindsay Moore |
| **Subject:** | FW: [EXT] [Business] Your Tuesday evening trip with Uber |

**P. Leigh O'Dell**
Principal
334.269.2343

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Tuesday, April 18, 2023 8:06 PM
**To:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Subject:** [EXT] [Business] Your Tuesday evening trip with Uber

**[EXTERNAL]**

Total **$163.91**
April 18, 2023

# Total                          $163.91

| | |
|---|---|
| Base Fare | $8.07 |
| Time | $82.08 |

1

**32b**

| | |
|---|---|
| Distance | $30.77 |

| | |
|---|---|
| Subtotal | $120.92 |
| Reservation Fee | $11.00 |
| Booking Fee | $10.00 |
| Tips | $21.99 |

## Payments

| | |
|---|---|
| **Visa ••••9213** 4/18/23 8:03 PM | $141.92 |

| | |
|---|---|
| **Visa ••••9213** 4/18/23 8:05 PM | $21.99 |

A temporary hold of $87.99 was placed on your payment method •••• 9213. This is not a charge and will be removed. It should disappear from your bank statement shortly. Learn More

**Switch Payment Method**

**Download PDF**

## You rode with Marc

**33a**

| | |
|---|---|
| **From:** | Leigh O'Dell |
| **To:** | Lindsay Moore |
| **Subject:** | Fwd: [EXT] [Business] Your Wednesday morning trip with Uber |
| **Date:** | Wednesday, April 19, 2023 8:26:11 AM |

Get Outlook for iOS



**P. Leigh O'Dell**
Principal
800.898.2034

Leigh.ODell@BeasleyAllen.com
BeasleyAllen.com | My bio
**Learn more about our ongoing litigation.**



CONFIDENTIALITY & PRIVILEGE NOTICE

---

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Wednesday, April 19, 2023 9:25:10 AM
**To:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Subject:** [EXT] [Business] Your Wednesday morning trip with Uber

**[EXTERNAL]**

Total $232.07
April 19, 2023

# Thanks for tipping, Leigh

Here's your updated Wednesday morning ride receipt.



# Total                    $232.07

# 33b

| | |
|---|---|
| Trip fare | $157.96 |

| | |
|---|---|
| Subtotal | $157.96 |
| New Jersey New Brunswick 9 to Newark Airport Elizabeth Seaport 13A ⌊⌋ | $4.20 |
| Reservation Fee | $11.00 |
| Booking Fee ⌊⌋ | $10.00 |
| EWR Airport Surcharge | $2.50 |
| Tips | $46.41 |

## Payments

| | | |
|---|---|---|
| | **Visa ••••9213**<br>4/19/23 8:41 AM | $185.66 |
| | **Visa ••••9213**<br>4/19/23 9:25 AM | $46.41 |

**A temporary hold of $185.66 was placed on your payment method •••• 9213. This is not a charge and will be
removed. It should disappear from your bank statement shortly.** Learn More

Switch Payment Method

Download PDF

## You rode with GENNARO

4.99 ⌊⌋ Rating

�· ⌟ Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

 Premier   36.73 miles | 50 min

**34a**

| | |
|---|---|
| **From:** | Leigh O"Dell |
| **To:** | Lindsay Moore |
| **Subject:** | Fwd: [EXT] [Business] Your Wednesday morning trip with Uber |
| **Date:** | Wednesday, April 19, 2023 8:26:11 AM |

Get Outlook for iOS



**P. Leigh O'Dell**
Principal
800.898.2034

Leigh.ODell@BeasleyAllen.com
BeasleyAllen.com | My bio

**Learn more about our ongoing litigation.**

CONFIDENTIALITY & PRIVILEGE NOTICE

---

**From:** Uber Receipts <noreply@uber.com>
**Sent:** Wednesday, April 19, 2023 9:25:10 AM
**To:** Leigh O'Dell <Leigh.ODell@BeasleyAllen.com>
**Subject:** [EXT] [Business] Your Wednesday morning trip with Uber

**[EXTERNAL]**

Total $232.07
April 19, 2023

# Thanks for tipping, Leigh

Here's your updated Wednesday morning ride receipt.

# Total                    $232.07

| | |
|---|---|
| Trip fare | $157.96 |

# 34b

| | |
|---|---|
| Subtotal | $157.96 |
| New Jersey New Brunswick 9 to Newark Airport Elizabeth Seaport 13A | $4.20 |
| Reservation Fee | $11.00 |
| Booking Fee | $10.00 |
| EWR Airport Surcharge | $2.50 |
| Tips | $46.41 |

## Payments

| | | |
|---|---|---|
| | **Visa ••••9213**<br>4/19/23 8:41 AM | $185.66 |
| | **Visa ••••9213**<br>4/19/23 9:25 AM | $46.41 |

**A temporary hold of $185.66 was placed on your payment method •••• 9213. This is not a charge and will be removed. It should disappear from your bank statement shortly.** Learn More

Switch Payment Method

Download PDF

## You rode with GENNARO

4.99 Rating

 Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

Premier    36.73 miles | 50 min

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 69 of 146

13 C

**Central Alabama's Premiere Airport & Car Service**
"Our goal is to make you feel important and appreciated!"

Thank you for choosing **CONCIERGE SERVICES, INC.**

**CSI iNVOICE # BALAWTMEADOWS0424-2023  (PAID)**

**Pickup Date:**  Monday, April 24, 2023 (Delta)
**Pickup Time:**  10 AM (departure 255 PM)

**Pickup Date:**  Wednesday, April 26, 2023 (please provide flight info)
**Pickup Time:**  1205 PM

**Passenger:**  Mr. Ted Meadows  334-451-0867

**# of Passengers:**  1

**Service Type:**  Roundtrip

**Vehicle Description:**  Sedan

**Trip Description:**  Montgomery, AL to Atlanta, GA

**Pickup:**  9800 Wyncrest Circle, Montgomery, AL

**Drop-off:**  Atlanta Airport, South Terminal, curbside door S6

**\*\*\*Rate & Charges\*\*\***
Roundtrip Flat Rate = $750
\*4% processing fee for all card payments

**Total Paid: $780**

**payment is confirmed...Thank You!!!**

This is only an initial confirmation of the trip(s) and may not include some
charges incurred during the performance of the trip(s) but not limited to
passenger request extra stops, tolls and parking.

**Case Name:    In re LTL Management, LLC Case No.:**

<u>SCHEDULE OF EXPENSES FOR MEMBERS AND MEMBERS' REPRESENTATIVES OF THE
OFFICIAL TALC CLAIMANTS COMMITTEE OF LTL MANAGEMENT, LLC</u>

**Applicant Name:  <u>Leigh O'Dell, Committee Representative for</u> ▇▇▇▇▇▇**
**Role:  Co-Chair**                                    **Total Expenses Requested:  $ 11,695.84**

| SCHEDULE OF EXPENSES | | |
|---|---|---|
| Date(s) Incurred | Expense Detail (*e.g.* , hotel, airfare and reason) | Expense Amount |
| 4/28/2023 | Agent fee; Flights to NYC for LTL meetings and NJ for LTL hearing (Andy Birchfield) | 25.00 |
| 5/3/2023 | Hotel; LTL hearing (Andy Birchfield) | 367.01 |
| 4/28/2023 | Flights to NYC for LTL meetings and NJ for hearing (Andy Birchfield) | 339.99 |
| 5/3/2023 | Agent fee; Return flight change from LTL hearing (Andy Birchfield) | 25.00 |
| 5/5/2023 | Agent fee; NYC for LTL meetings and NJ for LTL hearing (Andy Birchfield) | 25.00 |
| 5/3/2023 | Flight change; Later flight return from NJ hearing (Andy Birchfield) | 51.00 |
| 5/10/2023 | Agent fee; DC LTL meetings (Andy Birchfield) | 25.00 |
| 5/11/2023 | Flight; DC LTL meetings (Andy Birchfield) | 883.80 |
| 5/11/2023 | Agent fee; DC LTL meetings (Andy Birchfield) | 25.00 |
| 5/18/2023 | Flight; LTL meetings in Chicago (Andy Birchfield) | 529.80 |
| 5/18/2023 | Agent fee; LTL meetings in Chicago (Andy Birchfield) | 25.00 |
| 4/21/2023 | Flight; Bankruptcy meetings in Chicago (Ted Meadows) | 160.99 |
| 5/3/2023 | Agent fee; Flights to NJ for LTL hearing (Ted Meadows) | 25.00 |
| 5/5/2023 | Flights to NYC & NJ for LTL meeting and hearing (Ted Meadows) | 592.80 |
| 5/5/2023 | Agent fee; flights to NYC & NJ for LTL meeting and hearing (Ted Meadows) | 25.00 |
| 5/3/2023 | Flight; NJ for LTL hearing (Ted Meadows) | 105.99 |
| 5/11/2023 | Agent fee; LTL meetings in Chicago (Ted Meadows) | 25.00 |
| 5/11/2023 | Flights; LTL meetings in Chicago (Ted Meadows) | 425.00 |
| 5/5/2023 | Flights; NYC & NJ for LTL meeting and hearing (Andy Birchfield) | 592.20 |
| 5/2/2023 | Hotel, less meal charges; LTL meetings in NYC (Andy Birchfield) | 466.80 |
| 5/9/2023 | Hotel; LTL hearing (Andy Birchfield) | 272.81 |
| 5/17/2023 | Hotel; LTL meetings in DC (Andy Birchfield) | 1,585.03 |
| 4/26/2023 | Hotel; LTL meetings in DC (Ted Meadows) | 902.10 |
| 5/3/2023 | Hotel; LTL hearing (Ted Meadows) | 315.22 |
| 5/16/2023 | Hotel; LTL meetings in DC (Ted Meadows) | 778.72 |
| 5/3/2023 | Mileage reimbursement; NYC meeting // NJ hearing (Andy Birchfield) | 212.50 |
| 5/17/2023 | Mileage reimbursement; LTL Meeting in DC (Andy Birchfield) | 212.50 |
| 5/2/2023 | Hotel Meals; NYC LTL meetings (Andy Birchfield) | 61.73 |
| 5/8/2023 | Meal; NYC LTL meeting (Leigh O'Dell & Andy Birchfield) | 40.80 |
| 5/16/2023 | Meal; LTL meeting in DC (Andy Birchfield, Ken Feinberg, Peter Emerson, Jim Green) | 353.38 |
| 4/23/2023 | Meal; LTL meeting in Chicago (Ted Meadows) | 12.64 |
| 5/15/2023 | Meal; LTL meetings in DC (Ted Meadows, Andy Birchfield, Richard Golomb, Chris Tisi, Jim | 276.17 |
| 5/16/2023 | Meal; LTL meetings in DC (Ted Meadows, Leigh O'Dell) | 24.15 |
| 5/16/2023 | Cash Reimubrsement; Tips while traveling, Chicago LTL meetings (Ted Meadows) | 10.00 |
| 5/17/2023 | Parking; Chicago LTL meeting (Leigh O'Dell) | 38.00 |
| 4/26/2023 | Ground Transportation; DC LTL meetings (Ted Meadows) | 137.36 |
| 5/2/2023 | Ground Transportation; LTL hearing (Ted Meadows) | 780.00 |
| 5/2/2023 | Ground Transportation; LTL hearing (Ted Meadows, Andy Birchfield) | 355.00 |
| 5/3/2023 | Ground Transportation; LTL hearing (Ted Meadows) | 391.44 |
| 5/15/2023 | Ground Transportation; LTL meetings in DC (Ted Meadows) | 67.42 |
| 5/16/2023 | Ground Transportation; LTL meetings in DC (Ted Meadows) | 72.48 |
| 5/26/2023 | In-House print charges; LTL deposition prep notebooks | 56.01 |

                                                                **11,695.84**

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2   Page 71 of 146

9a
flight change
NYC meetings and NJ LTL hearing

## Lindsay Moore

| | |
|---|---|
| **From:** | Clay Nottrodt <claynot@msn.com> |
| **Sent:** | Friday, April 28, 2023 2:53 PM |
| **To:** | Lindsay Moore |
| **Subject:** | [EXT] May 1 Air Change Hotel Added - Andy Birchfield |
| **Attachments:** | Invoice – Itinerary Communication Attachment - HFXRGE - May 1 2023 18373543.html; DL Flight Number 885 ATL LGA Departs 930 PM (Local Time)ANTHONY DOW BIRCHFIELD.ics; DL Flight Number 2647 EWR ATL Departs 500 PM (Local Time)ANTHONY DOW BIRCHFIELD.ics; Hotel Confirmation Number 6925SE036955 ANTHONY DOW BIRCHFIELD.ics; Hotel Confirmation Number 87396664 ANTHONY DOW BIRCHFIELD.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | |
| **Date:** | 28 April 2023 | **Booking Ref.:** | HFXRGE S-B30C |
| **Invoice No:** | 5266015 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

| AIR - Monday, May 1 2023 | |
|---|---|
| **Delta Air Lines  Flight DL885  First Class** | |
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:30 PM Monday, May 1 2023 |
| **Arrive:** | LaGuardia Airport, TERMINAL C |
| | New York, New York, United States |
| | 11:44 PM Monday, May 1 2023 |
| **Duration:** | 2 hour(s) and 14 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HKCCUP |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 04B Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | 2 Piece(s) |
| Weather | |
| **HOTEL - Monday, May 1 2023** | |
| **The Knickerbocker** | |
| **Address:** | 6 Times S uare. |
| | New York, NY 10036 |
| | United States |
| **Tel:** | +1 (212) 204-4980 |
| **Fax:** | +1 (212) 204-4981 |

1

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 72 of 146

9b

| Check In/Check Out: | Monday, May 1 2023 - Tuesday, May 2 2023 |
|---|---|
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 403.75 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 6925SE036955 |
| Frequent Guest ID: | 9223419 |
| Cancellation Policy: | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## HOTEL - Tuesday, May 2 2023

### Princeton Marriott at Forrestal

| Address: | 100 College Road East. |
|---|---|
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Tuesday, May 2 2023 - Wednesday, May 3 2023 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 275.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 87396664 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, May 3 2023

### Delta Air Lines  Flight DL2647  Economy Class

| Depart: | Newark Liberty International, TERMINAL B |
|---|---|
| | Newark, New Jersey, United States |
| | 05:00 PM Wednesday, May 3 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:20 PM Wednesday, May 3 2023 |
| Duration: | 2 hour(s) and 20 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HKCCUP |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 27D Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

### Weather
### Remarks

FARE THIS ITINERARY BEFORE TICKET EXCHANGE 677.80
EXCHANGED FOR CHANGED 377.81 DL TKT 0067963865961
COACH FARE THIS ITINERARY AT TIME OF BOOKING - 477.81
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF CHECK.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 73 of 146

9c

INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $364.99 USD**
Electronic Ticket Number: 0067965368426
Invoice No.: 5266015
Ticket Amount: $339.99 USD
Form of Payment: VI***********1756

Electronic Ticket Number: 8900849095318
Ticket Amount: $25.00 USD
Form of Payment: VI***********1756

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2   Page 74 of 146
LTL hearing

14



**PRINCETON MARRIOTT FORRESTAL**                              **GUEST FOLIO**

| 1314 ROOM | BIRCHFIELD/ANTHONY/DOW NAME | 275.00 RATE | 05/03/23 DEPART | 08:37 TIME | 49250 ACCT# |
|---|---|---|---|---|---|
| EK TYPE | | | 05/02/23 ARRIVE | 18:22 TIME | |
| 11 ROOM CLERK | ADDRESS | VSXXXXXXXXXXXX1756 PAYMENT | | | MBV#:  660926981 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 05/02 | M CLUB | M CLUB | 40.00 | | |
| 05/02 | ROOM TAX | M CLUB | 2.65 | | |
| 05/02 | OCC TAX | M CLUB | 2.00 | | |
| 05/02 | MUNI TX | M CLUB | 1.20 | | |
| 05/02 | TR ROOM | 1314, 1 | 275.00 | | |
| 05/02 | ROOM TAX | 1314, 1 | 18.22 | | |
| 05/02 | OCC TAX | 1314, 1 | 13.75 | | |
| 05/02 | MUNI TX | 1314, 1 | 8.25 | | |
| 05/03 | CCARD-VS | | | 361.07 | |
| | PAYMENT RECEIVED BY: VISA | XXXXXXXXXXXX1756 | | | .00 |

======================================== EXP. REPORT SUMMARY ========================================

| 05/02 | M CLUB | 40.00 |
|---|---|---|
| | ROOM TAX | 20.87 |
| | OCC TAX | 15.75 |
| | MUNI TX | 9.45 |
| | TR ROOM | 275.00 |

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

Case 23-12825-MBK Doc 1391-2 Filed 09/19/23 Entered 09/19/23 12:12:59 Desc
Exhibit MEMBER REPRESENTATIVE #2 Page 75 of 146
06796388590f same matter id

flight change
NYC meetings and NJ LTL hearing

15a

# Lindsay Moore

| | |
|---|---|
| **From:** | Clay Nottrodt <claynot@msn.com> |
| **Sent:** | Friday, April 28, 2023 2:53 PM |
| **To:** | Lindsay Moore |
| **Subject:** | [EXT] May 1 Air Change Hotel Added - Andy Birchfield |
| **Attachments:** | Invoice - Itinerary Communication Attachment - HFXRGE - May 1 2023 18373543.html; DL Flight Number 885 ATL LGA Departs 930 PM (Local Time)ANTHONY DOW BIRCHFIELD.ics; DL Flight Number 2647 EWR ATL Departs 500 PM (Local Time)ANTHONY DOW BIRCHFIELD.ics; Hotel Confirmation Number 6925SE036955 ANTHONY DOW BIRCHFIELD.ics; Hotel Confirmation Number 87396664 ANTHONY DOW BIRCHFIELD.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | |
| **Date:** | 28 April 2023 | **Booking Ref.:** | HFXRGE S-B30C |
| **Invoice No:** | 5266015 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Monday, May 1 2023

### Delta Air Lines Flight DL885 First Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:30 PM Monday, May 1 2023 |
| **Arrive:** | LaGuardia Airport, TERMINAL C |
| | New York, New York, United States |
| | 11:44 PM Monday, May 1 2023 |
| **Duration:** | 2 hour(s) and 14 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HKCCUP |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 04B Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | 2 Piece(s) |

### Weather

## HOTEL - Monday, May 1 2023

### The Knickerbocker

| | |
|---|---|
| **Address:** | 6 Times S uare. |
| | New York, NY 10036 |
| | United States |
| **Tel:** | +1 (212) 204-4980 |
| **Fax:** | +1 (212) 204-4981 |

1

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2   Page 76 of 146

15b

| | |
|---|---|
| **Check In/Check Out:** | Monday, May 1 2023 - Tuesday, May 2 2023 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 403.75 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 6925SE036955 |
| **Frequent Guest ID:** | 9223419 |
| **Cancellation Policy:** | 01D CANCEL 1 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## HOTEL - Tuesday, May 2 2023

**Princeton Marriott at Forrestal**

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Tuesday, May 2 2023 - Wednesday, May 3 2023 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 275.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 87396664 |
| **Frequent Guest ID:** | 859397861 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Wednesday, May 3 2023

**Delta Air Lines  Flight DL2647  Economy Class**

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 05:00 PM Wednesday, May 3 2023 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 07:20 PM Wednesday, May 3 2023 |
| **Duration:** | 2 hour(s) and 20 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HKCCUP |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 27D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

Weather

## Remarks

FARE THIS ITINERARY BEFORE TICKET EXCHANGE 677.80
EXCHANGED FOR CHANGED 377.81 DL TKT 0067963865961
COACH FARE THIS ITINERARY AT TIME OF BOOKING - 477.81
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED

15c

INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**

**Total Invoice Amount: $364.99 USD**
Electronic Ticket Number: 0067965368426
Invoice No.: 5266015
Ticket Amount: $339.99 USD
Form of Payment: VI************1756

Electronic Ticket Number: 8900849095318
Ticket Amount: $25.00 USD
Form of Payment: VI************1756

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the
aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2   Page 78 of 146

16a

202300014948
Flight change for later return

5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | | |
|---|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | | |
| **Date:** | 03 May 2023 | **Booking Ref.:** | HFXRGE S-B30C | |
| **Invoice No:** | 5267092 | **Customer:** | 011677 | |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD | |
| | 4160 PO BOX | **Address:** | | |
| | MONTGOME RY 36103 | | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Monday, May 1 2023 (Flown)
### Delta Air Lines  Flight DL885  First Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL |
| | Atlanta, Georgia, United States |
| | 09:30 PM Monday, May 1 2023 |
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |
| | 11:44 PM Monday, May 1 2023 |
| **Duration:** | 2 hour(s) and 14 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HKCCUP |
| **Seat:** | Assigned at Check-in |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | 2 Piece(s) |

## HOTEL - Tuesday, May 2 2023
### Princeton Marriott at Forrestal

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Tuesday, May 2 2023 - Wednesday, May 3 2023 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 275.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 87396664 |
| **Frequent Guest ID:** | 859397861 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Wednesday, May 3 2023
### Delta Air Lines  Flight DL2226  Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:59 PM Wednesday, May 3 2023 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL. |
| | Atlanta, Georgia, United States |
| | 09:24 PM Wednesday, May 3 2023 |
| **Duration:** | 2 hour(s) and 25 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HKCCUP |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 18C Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

CHANGED RETURN FLIGHT EXCHANGED FOR DL TKT 0067963865428 Filed 09/15/25 Entered 09/15/25 12:12:59 Desc
Exhibit MEMBER REPRESENTATIVE #2 Page 79 of 146

16b

## Remarks

CHANGED RETURN FLIGHT EXCHANGED FOR DL TKT
PREVIOUSLY...
FARE THIS ITINERARY BEFORE TICKET EXCHANGE 677.80
EXCHANGED FOR CHANGED 377.81 DL TKT 0067963865961
COACH FARE THIS ITINERARY AT TIME OF BOOKING – 477.81
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT—PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

Total Invoice Amount: $76.00 USD
Electronic Ticket Number: 0067968609752
Invoice No.: 5267092
Ticket Amount: $51.00 USD
Form of Payment: VI************1756

Service Fee Number: 8900849333153
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202300014948
NYC for meetings at Brown Rudnick and NJ for hearing

5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

17a

| | |
|---|---|
| **Passenger(s):** | BIRCHFIELD/ANTHONY DOW |
| **Date:** | 05 May 2023 |
| **Invoice No:** | 5267666 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | ARBIHG S-B30C |
| **Customer:** | 011677 |
| **Delivery** | ANDY BIRCHFIELD |
| **Address:** | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Monday, May 8 2023
### Delta Air Lines  Flight DL876  Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 11:00 AM Monday, May 8 2023 |
| **Arrive:** | LaGuardia Airport, TERMINAL C |
| | New York, New York, United States |
| | 01:13 PM Monday, May 8 2023 |
| **Duration:** | 2 hour(s) and 13 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HKCXP2 |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 34A Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

## HOTEL - Monday, May 8 2023
### Princeton Marriott at Forrestal

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Monday, May 8 2023 - Tuesday, May 9 2023 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 238.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 92473081 |
| **Frequent Guest ID:** | 660926981 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Tuesday, May 9 2023
### Delta Air Lines  Flight DL2226  Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 07:05 PM Tuesday, May 9 2023 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:32 PM Tuesday, May 9 2023 |
| **Duration:** | 2 hour(s) and 27 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HKCXP2 |
| **Equipment:** | Boeing 737-900 Passenger |
| **Seat:** | 19D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

## Remarks

FARE THIS ITINERARY BEFORE TICKET EXCHANGE
EXCHANGED FOR PARTIAL TICKET CREDIT ON THE SAME AIRLINE
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL.

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $352.30 USD**
Electronic Ticket Number: 0067967007204
Invoice No.: 5267686
Ticket Amount: $327.30 USD
Form of Payment: VI************1756

Electronic Ticket Number: 8900849461350
Ticket Amount: $25.00 USD
Form of Payment: VI************1756

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202300014948
Flight change for later return

5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

21a

| | |
|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** |
| **Date:** | 03 May 2023 |
| **Invoice No:** | 5267092 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | HFXRGE S-B30C |
| **Customer:** | 011677 |
| **Delivery** | ANDY BIRCHFIELD |
| **Address:** | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Monday, May 1 2023 (Flown)
### Delta Air Lines  Flight DL885  First Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL |
| | Atlanta, Georgia, United States |
| | 09:30 PM Monday, May 1 2023 |
| **Arrive:** | LaGuardia Airport |
| | New York, New York, United States |
| | 11:44 PM Monday, May 1 2023 |
| **Duration:** | 2 hour(s) and 14 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HKCCUP |
| **Seat:** | Assigned at Check-in |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | 2 Piece(s) |

## HOTEL - Tuesday, May 2 2023
### Princeton Marriott at Forrestal

| | |
|---|---|
| **Address:** | 100 College Road East, |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Tuesday, May 2 2023 – Wednesday, May 3 2023 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 275.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 87396664 |
| **Frequent Guest ID:** | 859397881 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Wednesday, May 3 2023
### Delta Air Lines  Flight DL2226  Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:59 PM Wednesday, May 3 2023 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:24 PM Wednesday, May 3 2023 |
| **Duration:** | 2 hour(s) and 25 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HKCCUP |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 18C Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |

## Remarks

CHANGED RETURN FLIGHT EXCHANGED FOR DL TKT 0067365858428
PREVIOUSLY...
FARE THIS ITINERARY BEFORE TICKET EXCHANGE 677.80
EXCHANGED FOR CHANGED 377.81 DL TKT 0067963865961
COACH FARE THIS ITINERARY AT TIME OF BOOKING - 477.81
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $76.00 USD**
Electronic Ticket Number: 0067966609752
Invoice No.: 5267092
Ticket Amount: $51.00 USD
Form of Payment: VI***********1756

Service Fee Number: 8900849333153
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

## Lindsay Moore

| | |
|---|---|
| **From:** | Clay Nottrodt <claynot@msn.com> |
| **Sent:** | Wednesday, May 10, 2023 4:31 PM |
| **To:** | Lindsay Moore |
| **Subject:** | [EXT] May 15-16 - Confirmation - Andy Birchfield |
| **Attachments:** | Invoice - Itinerary Communication Attachment - VNACYD - May 15 2023 21042149.html; DL Flight Number 455 ATL DCA Departs 212 PM (Local Time)ANTHONY DOW BIRCHFIELD.ics; DL Flight Number 455 DCA ATL Departs 500 PM (Local Time)ANTHONY DOW BIRCHFIELD.ics; Hotel Confirmation Number 77588025 ANTHONY DOW BIRCHFIELD.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | BIRCHFIELD/ANTHONY DOW | | |
| **Date:** | 10 May 2023 | **Booking Ref.:** | VNACYD S-B30C |
| **Invoice No:** | 5268859 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

| AIR - Monday, May 15 2023 | |
|---|---|
| **Delta Air Lines  Flight DL455  Economy Class** | |
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 02:12 PM Monday, May 15 2023 |
| Arrive: | Ronald Reagan National, TERMINAL 2 |
| | Washington, District of Columbia, United States |
| | 04:00 PM Monday, May 15 2023 |
| Duration: | 1 hour(s) and 48 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HYECGI |
| Equipment: | Airbus Industrie A320 |
| Seat: | 29E Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |
| Weather | |

| HOTEL - Monday, May 15 2023 | |
|---|---|
| **Jw Marriott Washington DC** | |
| Address: | 1331 Pennsylvania Ave NW |
| | Washington, DC 20004 |
| | United States |
| Tel: | +1 (202) 393-2000 |
| Fax: | +1 (202) 626-6991 |
| Check In/Check Out: | Monday, May 15 2023 - Tuesday, May 16 2023 |

1

23b

| | |
|---|---|
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 512.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 77588025 |
| **Frequent Guest ID:** | 660926981 |
| **Cancellation Policy:** | 03D CANCEL 3 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | NONSMOKING |

## AIR - Tuesday, May 16 2023

### Delta Air Lines  Flight DL455  Economy Class

| | |
|---|---|
| **Depart:** | Ronald Reagan National, TERMINAL 2 |
| | Washington, District of Columbia, United States |
| | 05:00 PM Tuesday, May 16 2023 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:55 PM Tuesday, May 16 2023 |
| **Duration:** | 1 hour(s) and 55 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HYECGI |
| **Equipment:** | Airbus Industrie A320 |
| **Seat:** | 30A Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

### Weather

### Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.

23c

CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $1,042.80 USD**
Electronic Ticket Number: 0067968300715
Invoice No.: 5268859
Ticket Amount: $1,017.80 USD
Form of Payment: VI************1756

Service Fee Number: 8900849685586
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Case 23-12825-MBK  Doc 1391-2  Filed 09/19/23  Entered 09/19/23 12:12:59  Desc
Exhibit MEMBER REPRESENTATIVE #2 20230919473 of 146
Page 87 of 146

26a

LTL meeting in DC

**Lindsay Moore**

| | |
|---|---|
| **From:** | Clay Nottrodt <claynot@msn.com> |
| **Sent:** | Thursday, May 11, 2023 3:29 PM |
| **To:** | Lindsay Moore |
| **Subject:** | [EXT] May 15-17 - Confirmation - Andy Birchfield |
| **Attachments:** | Invoice - Itinerary Communication Attachment - VNACYD - May 15 2023 20183268.html; DL Flight Number 455 ATL DCA Departs 212 PM (Local Time)ANTHONY DOW BIRCHFIELD.ics; DL Flight Number 410 DCA ATL Departs 800 AM (Local Time)ANTHONY DOW BIRCHFIELD.ics; Hotel Confirmation Number 42505543 ANTHONY DOW BIRCHFIELD.ics |

[EXTERNAL]

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **BIRCHFIELD/ANTHONY DOW** | | |
| **Date:** | 11 May 2023 | **Booking Ref.:** | VNACYD S-B30C |
| **Invoice No:** | 5269112 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | ANDY BIRCHFIELD |
| | 4160 PO BOX | **Address:** | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

**AIR - Monday, May 15 2023**

**Delta Air Lines  Flight DL455  Economy Class**

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 02:12 PM Monday, May 15 2023 |
| Arrive: | Ronald Reagan National, TERMINAL 2 |
| | Washington, District of Columbia, United States |
| | 04:00 PM Monday, May 15 2023 |
| Duration: | 1 hour(s) and 48 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HYECGI |
| Equipment: | Airbus Industrie A320 |
| Seat: | 29E Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

Weather

**HOTEL - Monday, May 15 2023**

**Willard Intercontinental**

| | |
|---|---|
| Address: | 1401 Pennsylvania Avenue NW |
| | Washington, DC 20004 |
| | United States |
| Tel: | +1 (202) 628-9100 |
| Fax: | +1 (202) 637-7326 |
| Check In/Check Out: | Monday, May 15 2023 - Wednesday, May 17 2023 |
| Status: | Confirmed |
| Number of Rooms: | 1 |

1

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 88 of 146

26b

| Number of Persons: | 1 |
|---|---|
| Number of Nights: | 2 |
| Rate per night: | USD 733.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 42505543 |
| Cancellation Policy: | NOR CANCEL NO REFUND |
| Additional Information: | NONSMOKING |

## AIR - Wednesday, May 17 2023

### Delta Air Lines  Flight DL410  Economy Class

| Depart: | Ronald Reagan National, TERMINAL 2 |
|---|---|
| | Washington, District of Columbia, United States |
| | 08:00 AM Wednesday, May 17 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:53 AM Wednesday, May 17 2023 |
| Duration: | 1 hour(s) and 53 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HYECGI |
| Equipment: | Airbus Industrie A320 |
| Seat: | 26F Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

### Weather
### Remarks

JW MARRIOTT CANCELLATION NUMBER - 47588025
WILLARD IS PREPAID-NONREFUNDABLE.RATE SPLITS 634/15MAY 733/16MAY
AVG PER NIGHT - 683.50
PREVIOUS TICKET 0067968300715 WAS VOIDED...
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT....
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -

26c

THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $908.80 USD**
Electronic Ticket Number: 0067968576878
Invoice No.: 5269112
Ticket Amount: $883.80 USD
Form of Payment: VI************1756

Service Fee Number: 8900849742694
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2 2023 3009 90 Page 90 of 146

27a

LTL meeting in DC

**Lindsay Moore**

| | |
|---|---|
| **From:** | Clay Nottrodt <claynot@msn.com> |
| **Sent:** | Thursday, May 11, 2023 3:29 PM |
| **To:** | Lindsay Moore |
| **Subject:** | [EXT] May 15-17 - Confirmation - Andy Birchfield |
| **Attachments:** | Invoice - Itinerary Communication Attachment - VNACYD - May 15 2023 20183268.html; DL Flight Number 455 ATL DCA Departs 212 PM (Local Time)ANTHONY DOW BIRCHFIELD.ics; DL Flight Number 410 DCA ATL Departs 800 AM (Local Time)ANTHONY DOW BIRCHFIELD.ics; Hotel Confirmation Number 42505543 ANTHONY DOW BIRCHFIELD.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | BIRCHFIELD/ANTHONY DOW | | |
| **Date:** | 11 May 2023 | **Booking Ref.:** | VNACYD S-B30C |
| **Invoice No:** | 5269112 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery Address:** | ANDY BIRCHFIELD |
| | 4160 PO BOX | | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

**AIR - Monday, May 15 2023**

**Delta Air Lines  Flight DL455  Economy Class**

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 02:12 PM Monday, May 15 2023 |
| Arrive: | Ronald Reagan National, TERMINAL 2 |
| | Washington, District of Columbia, United States |
| | 04:00 PM Monday, May 15 2023 |
| Duration: | 1 hour(s) and 48 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HYECGI |
| Equipment: | Airbus Industrie A320 |
| Seat: | 29E Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

Weather

**HOTEL - Monday, May 15 2023**

**Willard Intercontinental**

| | |
|---|---|
| Address: | 1401 Pennsylvania Avenue NW |
| | Washington, DC 20004 |
| | United States |
| Tel: | +1 (202) 628-9100 |
| Fax: | +1 (202) 637-7326 |
| Check In/Check Out: | Monday, May 15 2023 - Wednesday, May 17 2023 |
| Status: | Confirmed |
| Number of Rooms: | 1 |

1

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 91 of 146

27b

| | |
|---|---|
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 733.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 42505543 |
| **Cancellation Policy:** | NOR CANCEL NO REFUND |
| **Additional Information:** | NONSMOKING |

## AIR - Wednesday, May 17 2023

### Delta Air Lines  Flight DL410  Economy Class

| | |
|---|---|
| **Depart:** | Ronald Reagan National, TERMINAL 2 |
| | Washington, District of Columbia, United States |
| | 08:00 AM Wednesday, May 17 2023 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:53 AM Wednesday, May 17 2023 |
| **Duration:** | 1 hour(s) and 53 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HYECGI |
| **Equipment:** | Airbus Industrie A320 |
| **Seat:** | 26F Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

**Weather**

**Remarks**

JW MARRIOTT CANCELLATION NUMBER - 47588025
WILLARD IS PREPAID-NONREFUNDABLE.RATE SPLITS 634/15MAY 733/16MAY
AVG PER NIGHT - 683.50
PREVIOUS TICKET 0067968300715 WAS VOIDED...
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 92 of 146

27c

THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**

**Total Invoice Amount: $908.80 USD**
Electronic Ticket Number: 0067968576878
Invoice No.: 5269112
Ticket Amount: $883.80 USD
Form of Payment: VI************1756

Service Fee Number: 8900849742694
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

20230001948
Bankruptcy meetings in Chicago

5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| Passenger(s): | BIRCHFIELD/ANTHONY DOW | | |
| Date: | 18 May 2023 | Booking Ref.: | HCPFED S-B30C |
| Invoice No: | 5270947 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | ANDY BIRCHFIELD |
| | 4160 PO BOX | Address: | |
| | MONTGOME RY 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Monday, May 22 2023
### Delta Air Lines  Flight DL2473  Economy Class

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:15 PM Monday, May 22 2023 |
| Arrive: | Midway |
| | Chicago, Illinois, United States |
| | 02:05 PM Monday, May 22 2023 |
| Duration: | 1 hour(s) and 50 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GV9KBT |
| Equipment: | Airbus Industrie A320 |
| Seat: | 29D Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

## HOTEL - Monday, May 22 2023
### Palmer House a Hilton Hotel

| | |
|---|---|
| Address: | 17 East Monroe Street |
| | Chicago, IL 60603 |
| | United States |
| Tel: | +1 (312) 726-7500 |
| Fax: | +1 (312) 917-1707 |
| Check In/Check Out: | Monday, May 22 2023 - Wednesday, May 24 2023 |
| Status: | Confirmed |
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 383.20 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 3382274707 |
| Frequent Guest ID: | 995434897 |
| Cancellation Policy: | 07D CANCEL 7 DAYS PRIOR TO ARRIVAL |
| Additional Information: | ZD000021711-KING NONSMOKING |

## AIR - Wednesday, May 24 2023
### Delta Air Lines  Flight DL1178  Economy Class

| | |
|---|---|
| Depart: | O'Hare International, TERMINAL 5 INTERNATIONAL |
| | Chicago, Illinois, United States |
| | 09:30 AM Wednesday, May 24 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:29 PM Wednesday, May 24 2023 |
| Duration: | 1 hour(s) and 59 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: GV9KBT |
| Equipment: | Boeing 757 Passenger |
| Seat: | 29A Confirmed |
| FF Number: | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| Baggage Allowance: | NIL |

## Remarks

PALMER HOUSE RATE SPLITS - 383.20/23MAY 287.16/23MAY AVG - 335.18
NOTE - YOU ARE FLYING INTO CHICAGO MIDWAY MDW
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $554.80 USD**
Electronic Ticket Number: 0067970161981
Invoice No.: 5270947
Ticket Amount: $529.80 USD
Form of Payment: VI************1756

Service Fee Number: 8900850077485
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

# 32a

| | |
|---|---|
| **Passenger(s):** | BIRCHFIELD/ANTHONY DOW |
| **Date:** | 18 May 2023 |
| **Invoice No:** | 5270947 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | HCPFED S-B30C |
| **Customer:** | 011677 |
| **Delivery Address:** | ANDY BIRCHFIELD |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Monday, May 22 2023
### Delta Air Lines  Flight DL2473  Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:15 PM Monday, May 22 2023 |
| **Arrive:** | Midway |
| | Chicago, Illinois, United States |
| | 02:05 PM Monday, May 22 2023 |
| **Duration:** | 1 hour(s) and 50 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GV9KBT |
| **Equipment:** | Airbus Industrie A320 |
| **Seat:** | 29D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

## HOTEL - Monday, May 22 2023
### Palmer House a Hilton Hotel

| | |
|---|---|
| **Address:** | 17 East Monroe Street |
| | Chicago, IL 60603 |
| | United States |
| **Tel:** | +1 (312) 726-7500 |
| **Fax:** | +1 (312) 917-1707 |
| **Check In/Check Out:** | Monday, May 22 2023 - Wednesday, May 24 2023 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 2 |
| **Rate per night:** | USD 383.20 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 3382274707 |
| **Frequent Guest ID:** | 995434697 |
| **Cancellation Policy:** | 07D CANCEL 7 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | ZD000021711-KING NONSMOKING |

## AIR - Wednesday, May 24 2023
### Delta Air Lines  Flight DL1178  Economy Class

| | |
|---|---|
| **Depart:** | O'Hare International, TERMINAL 5 INTERNATIONAL |
| | Chicago, Illinois, United States |
| | 09:30 AM Wednesday, May 24 2023 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 12:29 PM Wednesday, May 24 2023 |
| **Duration:** | 1 hour(s) and 59 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: GV9KBT |
| **Equipment:** | Boeing 757 Passenger |
| **Seat:** | 28A Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

## Remarks

PALMER HOUSE 3PLTS <303.28/22MAY AVG 287.16/23MAY AVG 365.18

NOTE - YOU ARE FLYING INTO CHICAGO MIDWAY...

PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70,00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE'S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

Total Invoice Amount: $554.80 USD
Electronic Ticket Number: 0067970161981
Invoice No.: 5270947
Ticket Amount: $529.80 USD
Form of Payment: VI************1756

Service Fee Number: 8900850077485
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202300014948 - JJ Bankruptcy 2
Flight for TGM ($160.99)

| From: | Katie Tucker |
|---|---|
| To: | Amber Fee |
| Subject: | FW: [EXT] Apr 24-26 - Confirmation - Ted Meadows |
| Date: | Friday, April 21, 2023 10:43:58 AM |
| Attachments: | Invoice - Itinerary Communication Attachment - MSKJSZ - April 24 2023 15141399.html |
| | DL Flight Number 455 ATL DCA Departs 255 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 392 DCA ATL Departs 1010 AM (Local Time)TED GORDON MEADOWS.ics |

**Katie Tucker**
Paralegal to Ted G. Meadows
334.495.1300 direct

**From:** Clay Nottrodt <claynot@msn.com>
**Sent:** Friday, April 21, 2023 10:28 AM
**To:** Katie Tucker <Katie.Tucker@BeasleyAllen.com>
**Subject:** [EXT] Apr 24-26 - Confirmation - Ted Meadows

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-360
Birmingham, AL 35244
Phone: 206-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 21 April 2023 | **Booking Ref.:** | MSKJSZ S-B30C |
| Invoice No: | 5264169 | **Customer:** | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

**AIR - Monday, April 24 2023**
**Delta Air Lines  Flight DL455  Economy Class**

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 02:55 PM Monday, April 24 2023 |
| Arrive: | Ronald Reagan National, TERMINAL 2 |
| | Washington, District of Columbia, United States |

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 98 of 146

6 B

|  | 04:41 PM Monday, April 24 2023 |
|---|---|
| Duration: | 1 hour(s) and 46 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JMPHEN |
| Equipment: | Airbus Industrie A320 |
| Seat: | 29E Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

**AIR - Wednesday, April 26 2023**

**Delta Air Lines  Flight DL392  Economy Class**

| Depart: | Ronald Reagan National, TERMINAL 2 |
|---|---|
|  | Washington, District of Columbia, United States |
|  | 10:10 AM Wednesday, April 26 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|  | Atlanta, Georgia, United States |
|  | 12:05 PM Wednesday, April 26 2023 |
| Duration: | 1 hour(s) and 55 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: JMPHEN |
| Equipment: | Airbus Industrie A321 |
| Seat: | 35D Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

**Remarks**

FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 678.80
EXCHD FOR CHGD DL 500.80 TKT 0067961522584 AND RESIDUAL 17.01 CREDIT

PREVIOUSLY...
FARE THIS ITINEARY BEFORE TICKET EXCHANGE - 500.80
EXCHANGED FOR CANCELLED 517.81 NEWARK DL TKT 0067958829109
RESIDUAL 17.81 ON FILE FOR FUTURE TRAVEL CREDIT
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 99 of 146

6 C

CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $185.99 USD**
Electronic Ticket No.: 0067963715806
Invoice No.: 5264169
Ticket Amount: $160.99 USD
Form of Payment: VI************4404

Service Fee Number: 8900848728784
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2   Page 100 of 146

13 A

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Amber Fee |
| Subject: | [EXT] May 3 - Confirmation - Ted Meadows (Later Return Flight) |
| Date: | Wednesday, May 3, 2023 2:04:51 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - AVPNZQ - May 2 2023_18592666.html |
| | DL Flight Number 2647 ATL EWR Departs 150 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2226 EWR ATL Departs 659 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 87397968 TED GORDON MEADOWS.ics |

202300014948 - JJ Bankruptcy 2
Agent booking fee ($25.00)

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| Passenger(s): | **MEADOWS/TED GORDON** | | |
| Date: | 03 May 2023 | Booking Ref.: | AVPNZQ S-B30C |
| Invoice No: | 5267093 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

**AIR - Tuesday, May 2 2023**

**Delta Air Lines  Flight DL2647  Premium Economy Class**

| | |
|---|---|
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:50 PM Tuesday, May 2 2023 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:00 PM Tuesday, May 2 2023 |
| Duration: | 2 hour(s) and 10 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HJZ6QE |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 10A Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Weather | |

**HOTEL - Tuesday, May 2 2023**

**Princeton Marriott at Forrestal**

| | |
|---|---|
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Tuesday, May 2 2023 - Wednesday, May 3 2023 |
| Status: | Confirmed |

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 101 of 146

13 B

| | |
|---|---|
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 275.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 87397968 |
| **Frequent Guest ID:** | 859397861 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Wednesday, May 3 2023

### Delta Air Lines  Flight DL2226  Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:59 PM Wednesday, May 3 2023 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:24 PM Wednesday, May 3 2023 |
| **Duration:** | 2 hour(s) and 25 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HJZ6QE |
| **Equipment:** | Boeing 737-800 Passenger |
| **Seat:** | 29E Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

**Weather**

## Remarks

CHANGED RETURN FLIGHT...EXCHANGED FOR DL TKT 0067963865959
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 102 of 146

13 C

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $130.99 USD**
Electronic Ticket Number: 0067966609753
Invoice No.: 5267093
Ticket Amount: $105.99 USD
Form of Payment: VI************4404

Service Fee Number: 8900849333154
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

202300014948 - JJ Bankruptcy 2
Flight for TGM ($592.80)

| From: | Clay Nottrodt |
|---|---|
| To: | Lindsay Moore; Ted Meadows |
| Cc: | Amber Fee |
| Subject: | [EXT] May 8-9 - Confirmation - Ted Meadows |
| Date: | Friday, May 5, 2023 1:24:35 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - CFHMXC - May 8 2023 18133200.html |
| | DL Flight Number 876 ATL LGA Departs 1100 AM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2226 EWR ATL Departs 705 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 93872499 TED GORDON MEADOWS.ics |

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 05 May 2023 | Booking Ref.: | CFHMXC S-B30C |
| Invoice No: | 5267646 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

**AIR - Monday, May 8 2023**

**Delta Air Lines  Flight DL876  Economy Class**

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 11:00 AM Monday, May 8 2023 |
| Arrive: | LaGuardia Airport, TERMINAL C |
| | New York, New York, United States |
| | 01:13 PM Monday, May 8 2023 |
| Duration: | 2 hour(s) and 13 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HJ4HYZ |
| Equipment: | Airbus Industrie A321 |
| Seat: | 35A Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

**HOTEL - Monday, May 8 2023**

**Princeton Marriott at Forrestal**

| Address: | 100 College Road East. |
|---|---|
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Monday, May 8 2023 - Tuesday, May 9 2023 |
| Status: | Confirmed |

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 104 of 146

15 B

| | |
|---|---|
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 238.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 93872499 |
| Frequent Guest ID: | 345029743 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Tuesday, May 9 2023

### Delta Air Lines Flight DL2226 Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 07:05 PM Tuesday, May 9 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:32 PM Tuesday, May 9 2023 |
| Duration: | 2 hour(s) and 27 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HJ4HYZ |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 31D Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

### Weather

### Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST

24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $617.80 USD**
Electronic Ticket Number: 0067967007182
Invoice No.: 5267646
Ticket Amount: $592.80 USD
Form of Payment: VI************4404

Service Fee Number: 8900849442869
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| | |
|---|---|
| **From:** | Clay Nottrodt |
| **To:** | Lindsay Moore; Ted Meadows |
| **Cc:** | Amber Fee |
| **Subject:** | [EXT] May 8-9 - Confirmation - Ted Meadows |
| **Date:** | Friday, May 5, 2023 1:24:35 PM |
| **Attachments:** | Invoice - Itinerary Communication Attachment - CFHMXC - May 8 2023 18133200.html |
| | DL Flight Number 876 ATL LGA Departs 1100 AM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2226 EWR ATL Departs 705 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 93872499 TED GORDON MEADOWS.ics |

202300014948 - JJ Bankruptcy 2 Agent
booking fee ($25.00)

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| | | | |
|---|---|---|---|
| **Passenger(s):** | **MEADOWS/TED GORDON** | | |
| **Date:** | 05 May 2023 | **Booking Ref.:** | CFHMXC S-B30C |
| **Invoice No:** | 5267646 | **Customer:** | 011677 |
| **Billing:** | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:                          Airline baggage and ancillary fee information:
http://www.tsa.gov/traveler-information/        http://exploreflightfees.com/

**AIR - Monday, May 8 2023**

**Delta Air Lines  Flight DL876  Economy Class**

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 11:00 AM Monday, May 8 2023 |
| **Arrive:** | LaGuardia Airport, TERMINAL C |
| | New York, New York, United States |
| | 01:13 PM Monday, May 8 2023 |
| **Duration:** | 2 hour(s) and 13 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HJ4HYZ |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 35A Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

**Weather**

**HOTEL - Monday, May 8 2023**

**Princeton Marriott at Forrestal**

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Monday, May 8 2023 - Tuesday, May 9 2023 |
| **Status:** | Confirmed |

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 107 of 146

16 B

| | |
|---|---|
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 238.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 93872499 |
| Frequent Guest ID: | 345029743 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Tuesday, May 9 2023

### Delta Air Lines Flight DL2226 Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 07:05 PM Tuesday, May 9 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:32 PM Tuesday, May 9 2023 |
| Duration: | 2 hour(s) and 27 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HJ4HYZ |
| Equipment: | Boeing 737-900 Passenger |
| Seat: | 31D Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

### Weather

### Remarks

IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 108 of 146

16 C

24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $617.80 USD**
Electronic Ticket Number: 0067967007182
Invoice No.: 5287646
Ticket Amount: $592.80 USD
Form of Payment: VI************4404

Service Fee Number: 8900849442869
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2   Page 109 of 146

17 A

| From: | Clay Nottrodt |
|---|---|
| To: | Ted Meadows |
| Cc: | Amber Fee |
| Subject: | [EXT] May 3 - Confirmation - Ted Meadows (Later Return Flight) |
| Date: | Wednesday, May 3, 2023 2:04:51 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - AVPNZO - May 2 2023 18592666.html |
| | DL Flight Number 2647 ATL EWR Departs 150 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 2226 EWR ATL Departs 659 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 87397968 TED GORDON MEADOWS.ics |

202300014948 - JJ Bankruptcy 2
Flight for TGM ($105.99)

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 03 May 2023 | Booking Ref.: | AVPNZQ S-B30C |
| Invoice No: | 5267093 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

| AIR - Tuesday, May 2 2023 | |
|---|---|
| **Delta Air Lines  Flight DL2647  Premium Economy Class** | |
| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 01:50 PM Tuesday, May 2 2023 |
| Arrive: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 04:00 PM Tuesday, May 2 2023 |
| Duration: | 2 hour(s) and 10 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HJZ6QE |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 10A Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| **Weather** | |

| HOTEL - Tuesday, May 2 2023 | |
|---|---|
| **Princeton Marriott at Forrestal** | |
| Address: | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| Tel: | +1 (609) 452-7800 |
| Fax: | +1 (609) 452-7883 |
| Check In/Check Out: | Tuesday, May 2 2023 - Wednesday, May 3 2023 |
| Status: | Confirmed |

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 110 of 146

17 B

| | |
|---|---|
| Number of Rooms: | 1 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 275.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 87397968 |
| Frequent Guest ID: | 859397861 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | KING NONSMOKING |

## AIR - Wednesday, May 3 2023

### Delta Air Lines  Flight DL2226  Economy Class

| | |
|---|---|
| Depart: | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 06:59 PM Wednesday, May 3 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:24 PM Wednesday, May 3 2023 |

| | |
|---|---|
| Duration: | 2 hour(s) and 25 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HJZ6QE |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 29E Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

   Weather

## Remarks

CHANGED RETURN FLIGHT...EXCHANGED FOR DL TKT 0067963865959
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2   Page 111 of 146

17 C

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**

**Total Invoice Amount: $130.99 USD**
Electronic Ticket Number: 0067966609753
Invoice No.: 5267093
Ticket Amount: $105.99 USD
Form of Payment: VI************4404

Service Fee Number: 8900849333154
Service Fee Amount: $25.00 USD

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Clay Nottrodt |
|---|---|
| To: | Lindsay Moore; Amber Fee |
| Subject: | [EXT] May 15 - DC Hotel Changed- Ted Meadows |
| Date: | Thursday, May 11, 2023 3:30:49 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - CFHMXC - May 15 2023 20225381.html |
| | DL Flight Number 455 ATL DCA Departs 212 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 455 DCA ATL Departs 500 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 61387049 TED GORDON MEADOWS.ics |

202300014948 - JJ Bankruptcy 2
Booking Fee ($25.00)

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 11 May 2023 | **Booking Ref.:** | CFHMXC S-B30C |
| Invoice No: | 5268863 | **Customer:** | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | **Delivery** | TED MEADOWS |
| | 4160 PO BOX | **Address:** | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

**AIR - Monday, May 15 2023**

**Delta Air Lines  Flight DL455  Economy Class**

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 02:12 PM Monday, May 15 2023 |
| Arrive: | Ronald Reagan National, TERMINAL 2 |
| | Washington, District of Columbia, United States |
| | 04:00 PM Monday, May 15 2023 |
| Duration: | 1 hour(s) and 48 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HJ4HYZ |
| Equipment: | Airbus Industrie A320 |
| Seat: | 28E Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

Weather

**HOTEL - Monday, May 15 2023**

**Willard Intercontinental**

| Address: | 1401 Pennsylvania Avenue NW |
|---|---|
| | Washington, DC 20004 |
| | United States |
| Tel: | +1 (202) 628-9100 |
| Fax: | +1 (202) 637-7326 |
| Check In/Check Out: | Monday, May 15 2023 - Tuesday, May 16 2023 |
| Status: | Confirmed |
| Number of Rooms: | 1 |

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 113 of 146

18 B

| | |
|---|---|
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 682.88 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 61387049 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | NONSMOKING |

## AIR - Tuesday, May 16 2023

### Delta Air Lines  Flight DL455  Economy Class

| | |
|---|---|
| **Depart:** | Ronald Reagan National, TERMINAL 2<br>Washington, District of Columbia, United States<br>05:00 PM Tuesday, May 16 2023 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL<br>Atlanta, Georgia, United States<br>06:55 PM Tuesday, May 16 2023 |
| **Duration:** | 1 hour(s) and 55 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HJ4HYZ |
| **Equipment:** | Airbus Industrie A320 |
| **Seat:** | 29F Confirmed |
| **FF Number:** | DL2353000801 - MEADOWS/TED GORDON |
| **Baggage Allowance:** | NIL |

### Weather

### Remarks

JW MARRIOTT CANCELLATION NUMBER- 47562011
FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 1017.80
EXCHANGED FOR CANCELLED 592.80 DL TKT 0067967007182
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 114 of 146

18 C

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

**Invoice**

**Total Invoice Amount: $450.00 USD**
Electronic Ticket Number: 0067968300722
Invoice No.: 5288863
Ticket Amount: $425.00 USD
Form of Payment: VI***********4404

Electronic Ticket Number: 8900849685589
Ticket Amount: $25.00 USD
Form of Payment: VI***********4404

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

| From: | Clay Nottrodt |
|---|---|
| To: | Lindsay Moore; Amber Fee |
| Subject: | [EXT] May 15 - DC Hotel Changed- Ted Meadows |
| Date: | Thursday, May 11, 2023 3:30:49 PM |
| Attachments: | Invoice - Itinerary Communication Attachment - CFHMXC - May 15 2023 20225381.html |
| | DL Flight Number 455 ATL DCA Departs 212 PM (Local Time)TED GORDON MEADOWS.ics |
| | DL Flight Number 455 DCA ATL Departs 500 PM (Local Time)TED GORDON MEADOWS.ics |
| | Hotel Confirmation Number 61387049 TED GORDON MEADOWS.ics |

202300014948 - JJ Bankruptcy 2
Flight for TGM ($425.00)

**[EXTERNAL]**

Priority Travel LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

| Passenger(s): | **MEADOWS/TED GORDON** | | |
|---|---|---|---|
| Date: | 11 May 2023 | Booking Ref.: | CFHMXC S-B30C |
| Invoice No: | 5268863 | Customer: | 011677 |
| Billing: | BEASLEY ALLEN LAW FIRM | Delivery | TED MEADOWS |
| | 4160 PO BOX | Address: | |
| | MONTGOMERY AL 36103 | | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

**AIR - Monday, May 15 2023**

**Delta Air Lines  Flight DL455  Economy Class**

| Depart: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
|---|---|
| | Atlanta, Georgia, United States |
| | 02:12 PM Monday, May 15 2023 |
| Arrive: | Ronald Reagan National, TERMINAL 2 |
| | Washington, District of Columbia, United States |
| | 04:00 PM Monday, May 15 2023 |
| Duration: | 1 hour(s) and 48 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HJ4HYZ |
| Equipment: | Airbus Industrie A320 |
| Seat: | 28E Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

**HOTEL - Monday, May 15 2023**

**Willard Intercontinental**

| Address: | 1401 Pennsylvania Avenue NW |
|---|---|
| | Washington, DC 20004 |
| | United States |
| Tel: | +1 (202) 628-9100 |
| Fax: | +1 (202) 637-7326 |
| Check In/Check Out: | Monday, May 15 2023 - Tuesday, May 16 2023 |
| Status: | Confirmed |
| Number of Rooms: | 1 |

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 116 of 146

26 B

| Number of Persons: | 1 |
|---|---|
| Number of Nights: | 1 |
| Rate per night: | USD 682.88 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 61387049 |
| Cancellation Policy: | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| Additional Information: | NONSMOKING |

**AIR - Tuesday, May 16 2023**

**Delta Air Lines  Flight DL455  Economy Class**

| Depart: | Ronald Reagan National, TERMINAL 2 |
|---|---|
| | Washington, District of Columbia, United States |
| | 05:00 PM Tuesday, May 16 2023 |
| Arrive: | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 06:55 PM Tuesday, May 16 2023 |
| Duration: | 1 hour(s) and 55 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HJ4HYZ |
| Equipment: | Airbus Industrie A320 |
| Seat: | 29F Confirmed |
| FF Number: | DL2353000801 - MEADOWS/TED GORDON |
| Baggage Allowance: | NIL |

**Weather**

**Remarks**

JW MARRIOTT CANCELLATION NUMBER- 47562011
FARE THIS ITINERARY BEFORE TICKET EXCHANGE - 1017.80
EXCHANGED FOR CANCELLED 592.80 DL TKT 0067967007182
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL.

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQUIRES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $450.00 USD**
Electronic Ticket Number: 0067968300722
Invoice No.: 5288863
Ticket Amount: $425.00 USD
Form of Payment: VI***********4404

Electronic Ticket Number: 8900849685589
Ticket Amount: $25.00 USD
Form of Payment: VI***********4404

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on
the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's
prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for
transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Priority Travel, LLC
5184 Caldwell Mill Rd #204-350
Birmingham, AL 35244
Phone: 205-982-1500

22a

| | |
|---|---|
| **Passenger(s):** | BIRCHFIELD/ANTHONY DOW |
| **Date:** | 05 May 2023 |
| **Invoice No:** | 5267666 |
| **Billing:** | BEASLEY ALLEN LAW FIRM |
| | 4160 PO BOX |
| | MONTGOME RY 36103 |

| | |
|---|---|
| **Booking Ref.:** | ARBIHG S-B30C |
| **Customer:** | 011677 |
| **Delivery** | ANDY BIRCHFIELD |
| **Address:** | |

Traveler Information:
http://www.tsa.gov/traveler-information/

Airline baggage and ancillary fee information:
http://exploreflightfees.com/

## AIR - Monday, May 8 2023

### Delta Air Lines  Flight DL876  Economy Class

| | |
|---|---|
| **Depart:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 11:00 AM Monday, May 8 2023 |
| **Arrive:** | LaGuardia Airport, TERMINAL C |
| | New York, New York, United States |
| | 01:13 PM Monday, May 8 2023 |
| **Duration:** | 2 hour(s) and 13 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HKCXP2 |
| **Equipment:** | Airbus Industrie A321 |
| **Seat:** | 34A Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

## HOTEL - Monday, May 8 2023

### Princeton Marriott at Forrestal

| | |
|---|---|
| **Address:** | 100 College Road East. |
| | Princeton, NJ 08540 |
| | United States |
| **Tel:** | +1 (609) 452-7800 |
| **Fax:** | +1 (609) 452-7883 |
| **Check In/Check Out:** | Monday, May 8 2023 - Tuesday, May 9 2023 |
| **Status:** | Confirmed |
| **Number of Rooms:** | 1 |
| **Number of Persons:** | 1 |
| **Number of Nights:** | 1 |
| **Rate per night:** | USD 238.00 plus tax and/or additional fees |
| **Guaranteed:** | Yes |
| **Confirmation:** | 92473081 |
| **Frequent Guest ID:** | 660926981 |
| **Cancellation Policy:** | 02D CANCEL 2 DAYS PRIOR TO ARRIVAL |
| **Additional Information:** | KING NONSMOKING |

## AIR - Tuesday, May 9 2023

### Delta Air Lines  Flight DL2226  Economy Class

| | |
|---|---|
| **Depart:** | Newark Liberty International, TERMINAL B |
| | Newark, New Jersey, United States |
| | 07:05 PM Tuesday, May 9 2023 |
| **Arrive:** | Hartsfield-Jackson ATL, SOUTH TERMINAL |
| | Atlanta, Georgia, United States |
| | 09:32 PM Tuesday, May 9 2023 |
| **Duration:** | 2 hour(s) and 27 minute(s) Non-stop |
| **Status:** | Confirmed - Delta Air Lines Booking Reference: HKCXP2 |
| **Equipment:** | Boeing 737-900 Passenger |
| **Seat:** | 19D Confirmed |
| **FF Number:** | DL2223443819 - BIRCHFIELD/ANTHONY DOW |
| **Baggage Allowance:** | NIL |

## Remarks

FARE THIS ITINERARY BEFORE TICKET EXCHANGE 282.85
EXCHANGED FOR PARTIAL TICKET CREDIT 3A EMVB53Y
IMPORTANT-PLEASE BE AWARE OF COVID REQUIREMENTS FOR YOUR
DESTINATION...CHECK ONLINE OR ASK YOUR TRAVEL AGENT
EFFECTIVE 17NOV22 SERVICE FEES WILL NOW SHOW ITG ON THE
TRAVELERS CREDIT CARD INSTEAD OF NEXION.
REAL-ID IS COMING MAY 7 2023. SEE WWW.TSA.GOV/REAL-ID
PLEASE CHECK THIS ITINERARY FOR ACCURACY UPON RECEIPT
PLEASE ADVISE AS SOON AS POSSIBLE IF YOU NOTICE
ANY INCORRECT INFORMATION.
THANK YOU FOR USING PRIORITY TRAVEL
NOTE-TICKET INFO
YOU ARE CONFIRMED ON AN ELECTRONIC TICKETLESS
RESERVATION...TAKE THIS TICKET CONFIRMATION WITH YOU.

WE ADVISE ARRIVING AT THE AIRPORT TWO HOURS PRIOR TO
DEPARTURE FOR DOMESTIC FLIGHTS...AND AT LEAST THREE
HOURS PRIOR TO DEPARTURE FOR INTERNATIONAL FLIGHTS...
DUE TO ENHANCED TSA SECURITY PROCEDURES.

AIRLINE CHECK IN....
THE GATE AGENT WILL ASK YOU FOR A GOVT ISSUED PHOTO ID
THAT MUST MATCH YOUR TICKET EXACTLY FOR DOMESTIC TRAVEL

FOR INTERNATIONAL TRAVEL...A VALID PASSPORT IS REQUIRED
INSURE YOUR PASSPORT IS VALID 6 MONTHS PAST TRAVEL.
THIS TRAVEL REQURES A PASSPORT BOOK...NOT THE PASSPORT CARD.

NOTE-BAGGAGE INFORMATION...IMPORTANT---PLEASE READ
FOR UPDATES ON CARRY-ON REGULATIONS AND BANNED ITEMS
AND THE LATEST ON AIRPORT SECURITY SEE WWW.TSA.GOV
MANY AIRLINES NOW CHARGE FOR CHECKED LUGGAGE...SOME
CHARGE 25.00-35.00 FOR THE FIRST PIECE AND UP TO 70.00
FOR THE 2ND PIECE. ADDITIONAL CHARGES FOR MORE BAGS
OVERWEIGHT AND OVERSIZED PIECES HAVE HIGHER CHARGES.
FEES MAY BE WAIVED FOR FREQUENT FLYERS WITH STATUS
CURRENTLY...THERE IS NO CHARGE FOR ONE CARRY-ON.
PLEASE CHECK THE AIRLINES WEBSITE UNDER BAGGAGE FEES
FOR MORE INFORMATION.

WE ADVISE CHECKING YOUR AIRLINE*S WEBSITE AT LEAST
24 HRS PRIOR TO FLIGHTS FOR POSSIBLE SCHEDULE CHANGES.
YOUR CONFIRMATION IS THE REF CODE IN RED ABOVE.
MOST AIRLINES NOW ALLOW YOU TO PRINT YOUR BOARDING
PASSES 24 HOURS PRIOR TO YOUR FLIGHT...
CHECK THE AIRLINES WEBSITE...USE YOUR 6 CHARACTER REF
CODE IN RED AT THE END OF EACH FLIGHT LINE TO LOG IN.
NOTE -
THIS TICKET IS NON-REFUNDABLE AND NON-TRANSFERABLE.
CHANGES MAY BE MADE PRIOR TO ORIGINATING FLIGHT
CANCEL PRIOR TO ORIGINATING FLIGHT...TICKET VALUE CAN
BE APPLIED TO FUTURE TRAVEL ON THE SAME AIRLINE
FOR TRAVEL UP TO ONE YEAR FROM ORIGINAL DATE OF ISSUE...PLUS
POSSIBLE DIFFERENCE IN AIRFARE BASED ON NEW TICKET COST
FOR MORE SPECIFIC FARE PENALTIES ASK YOUR AGENT.
IF YOU ARE NOT GOING TO USE THIS TICKET...PLEASE
CONTACT YOUR TRAVEL AGENT OR THE AIRLINE TO CANCEL...
SOME AIRLINES WILL NOT APPLY CREDIT IF NOT CANCELLED
OR RE-BOOKED PRIOR TO YOUR ORIGINATING FLIGHT...
COMPLETE FARE RULES ARE AVAILABLE FROM THE AIRLINE...
OR YOUR TRAVEL AGENT
GOVERNMENT ISSUED PHOTO ID IS REQUIRED FOR YOUR JOURNEY

## Invoice

**Total Invoice Amount: $352.30 USD**
Electronic Ticket Number: 0067967007204
Invoice No.: 5287666
Ticket Amount: $327.30 USD
Form of Payment: VI************1756

Electronic Ticket Number: 8900849461350
Ticket Amount: $25.00 USD
Form of Payment: VI************1756

Whether or not the flight itinerary selected is subject to insecticide spraying prior to the flight or while you are on the aircraft, Federal law requires that I refer you to DOT's disinfection website at:
http://www.dot.gov/office-policy/aviation-policy/aircraft-disinsection-requirements

Under federal law, passengers are prohibited from bringing hazardous materials on the aircraft. Please visit FAA's prohibited items webpage for more information.
http://www.faa.gov/about/initiatives/hazmat_safety

This travel agency acts only as agent in all matters connected with the making and securing of reservations for transportation. Important information and notifications can be found at:
https://nexion.com/wp-content/uploads/sites/69/2020/02/IATA_CONDITIONS_OF_CONTRACTS.pdf
https://nexion.com/wp-content/uploads/sites/69/2020/02/Carriage_By_Air_Acts_Montreal_Convention.pdf

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2   Page 120 of 146

13a

# THE KNICKERBOCKER

| Guest Name | : | | | |
|---|---|---|---|---|
| **Mr. Anthony Dow Birchfield** | | | | |

| | | |
|---|---|---|
| Room No. | : | 0322 |
| Arrival | : | 05-01-23 |
| Departure | : | 05-02-23 |
| Page No. | : | 1 of 1 |
| Folio No. | : | |

**INFORMATION INVOICE**

| | | |
|---|---|---|
| Conf. No. | : | 141862019 |
| Cashier No. | : | 301 |
| Custom Ref. | : | |

Company Name  : Internova Worldwide Hotel Program
Group Name       :

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-01-23 | Room Charge | 403.75 | |
| 05-01-23 | City Sales Tax - Room - 5.875% | 23.72 | |
| 05-01-23 | State Sales Tax - Room - 8.875% | 35.83 | |
| 05-01-23 | City Javits Center Tax - Room | 1.50 | |
| 05-01-23 | City Occupancy Tax - Room | 2.00 | |
| 05-02-23 | Jake's @ the Knick - Breakfast | 6.44 | |
| | Room# 0322 : CHECK# 0059420 | | |
| 05-02-23 | Charlie Palmer at the Knick  Breakfast NO TAX | 55.29   no receipt | |
| | Room# 0322 : CHECK# 0068580 | | |
| 05-02-23 | Visa Payment | | 528.53 |
| | XXXXXXXXXXXX1756 XX/XX | | |

| | | |
|---|---|---|
| Hotel fee, less meal charges = 466.80 | Total Charges | 528.53 |
| | Total Credits | 528.53 |
| | Balance | 0.00 |

**Guest Signature:** _____        **Date:** _____

6 Times Square / New York, NY 10036 / Tel 212.204.4980 / Fax 212.204.4981 / theknickerbocker.com



**PRINCETON MARRIOTT FORRESTAL**                                    **GUEST FOLIO**

| 3530 | BIRCHFIELD/ANDY | 238.00 | 05/09/23 | 10:56 | 50842 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| GKA | XXX | | 05/08/23 | 19:44 | |
| TYPE | 234 COMMERCE ST | | ARRIVE | TIME | |
| 11 | MONTGOMERY AL 361042540 | | | | |
| ROOM CLERK | ADDRESS | | VSXXXXXXXXXXXX1756 PAYMENT | | MBV#:  660926981 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 05/08 | TR ROOM          3530, 1 | 238.00 | | |
| 05/08 | ROOM TAX       3530, 1 | 15.77 | | |
| 05/08 | OCC TAX        3530, 1 | 11.90 | | |
| 05/08 | MUNI TX        3530, 1 | 7.14 | | |
| 05/09 | CCARD-VS | | 272.81 | |
| | PAYMENT RECEIVED BY: VISA    XXXXXXXXXXXX1756 | | | .00 |

================================= EXP. REPORT SUMMARY ================================================

| 05/08 | TR ROOM | 238.00 |
|---|---|---|
| | ROOM TAX | 15.77 |
| | OCC TAX | 11.90 |
| | MUNI TX | 7.14 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

|  |  | 170 | 05/17/23 |
|---|---|---|---|

**Anthony Dow Birchfield**
9813 wynchase
Montgomery AL 36117
United States

| | |
|---|---|
| Folio No.        : | **1291889** |
| A/R Number    : | |
| Group Code    : | |
| Company        : | |
| Membership No. : | |
| Invoice No.     : | |

| | |
|---|---|
| Room No.  : | **1023** |
| Arrival        : | **05/15/23** |
| Departure  : | **05/17/23** |
| Conf. No.  : | **42505543** |
| Rate Code  : | **IDAP0** |
| Page No.  : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05/15/23 | Room Charge | 634.00 | |
| 05/15/23 | Room Tax | 101.12 | |
| 05/16/23 | Room Charge | 733.00 | |
| 05/16/23 | Room Tax | 116.91 | |
| 05/17/23 | Visa | | 1,585.03 |
| | XXXXXXXXXXXX1756 | | |
| | **Total** | **1,585.03** | **1,585.03** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

WILLARD INTERCONTINENTAL
1401 Pennsylvania Avenue, NW
Washington, DC  20004-1010
Telephone: (202) 628-9100  Fax: (202) 637-7326

# *Fairmont*
## WASHINGTON, D.C.
### GEORGETOWN

2401 M Street, NW
Washington, DC  USA 20037
T (202) 429-2400  F (202) 457-5010

| | |
|---|---|
| **Room** : | 0531    202300014948 - JJ Bankruptcy 2 |
| **Folio #** : | 948296    Hotel for TGM ($902.10) |
| **Cashier #** : | 227610 |
| **Page #** : | 1 of 1 |
| Group Name | HarrisMartin Publishing |

**HarrisMartin Publishing**
**Ted Meadows**
**Unknown**

| | |
|---|---|
| **Arrival** : | 04-24-23 |
| **Departure** : | 04-26-23 |

| Date | Description | Additional Information | | Charges | Credits |
|------|-------------|------------------------|--|---------|---------|
| 04-24-23 | Room Charge | | | 389.00 | |
| 04-24-23 | Room Tax | | | 62.05 | |
| 04-25-23 | Room Charge | | | 389.00 | |
| 04-25-23 | Room Tax | | | 62.05 | |
| 04-26-23 | Visa | XXXXXXXXXXXX4404 | EXP | | 902.10 |
| | | **Total** | | **902.10** | **902.10** |
| | | **Balance Due** | | **0.00** | |

Thank you for choosing to stay at Fairmont Washington D.C., Georgetown.
To provide feedback about your stay, please contact Mark Huntley, General Manager, at Mark.Huntley@fairmont.com.
Additionally, we welcome feedback about your memorable stay on Trip Advisor at www.tripadvisor.com, or via our community forum at
http://www.fairmontmoments.com/. We hope to be your D.C. hotel-of-choice again in the future!

For Information or reservations, visit us at
www.fairmont.com or call Fairmont Hotels & Resorts from:
United States or Canada    1 800-441-1414

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company, travel agent or association fails to pay for the full amount of the charges. Overdue balance subject to a surcharge at the rate of 1.5% per month (19.56% per annum). All accounts deemed delinquent may be subject to legal fees and all other costs associated with the bill.  Account is payable on presentation or departure.

## Thank you for choosing to stay with Fairmont Hotels & Resorts



202300014948 -JJ Bankruptcy 2
Hotel for TGM ($315.22)

**PRINCETON MARRIOTT FORRESTAL**                                    **GUEST FOLIO**

| 2525 ROOM | MEADOWS/TED/GORDON NAME | 275.00 RATE | 05/03/23 DEPART | | DUPLICATEL 11:45 | 49252 ACCT# |
|---|---|---|---|---|---|---|
| GKA TYPE | N | | 05/02/23 ARRIVE | TIME | | |

| ROOM CLERK | ADDRESS | VSXXXXXXXXXXXX4404 PAYMENT | | | MB#: 345029743 |
|---|---|---|---|---|---|

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 05/02 | TELECOM        FREEHSIA | .00 | | |
| 05/02 | TR ROOM       2525, 1 | 275.00 | | |
| 05/02 | ROOM TAX    2525, 1 | 18.22 | | |
| 05/02 | OCC TAX       2525, 1 | 13.75 | | |
| 05/02 | MUNI TX       2525, 1 | 8.25 | | |
| 05/03 | CCARD-VS | | 315.22 | |
| | VSXXXXXXXXXXXX4404 | | | .00 |



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

# INTERCONTINENTAL.
## WASHINGTON D.C.

202300014948 - JJ Bankruptcy 2
Hotel for TGM ($778.72)

|  |  | 13 |  | 06/07/23 |
|---|---|---|---|---|

| **Ted Gordon Meadows** | Folio No.        | : **1291851** | Room No.  : | **0925** |
|---|---|---|---|---|
| **United States** | A/R Number       | : | Arrival      : | **05/15/23** |
|  | Group Code       | : | Departure    : | **05/16/23** |
|  | Company          | : **Internova Worldwide Program** | Conf. No.    : | **61387049** |
|  | Membership No. : | | Rate Code  : | **IPTT1** |
|  | Invoice No.      | : | Page No.     : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05/15/23 | Room Rate | 682.88 |  |
| 05/15/23 | Room Tax | 95.84 |  |
| 05/16/23 | Visa | | 778.72 |
|  | XXXXXXXXXXXX4404 | | |
|  | **Total** | **778.72** | **778.72** |
|  | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

WILLARD INTERCONTINENTAL
1401 Pennsylvania Avenue, NW
Washington, DC  20004-1010
Telephone: (202) 628-9100  Fax: (202) 637-7326



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 3530 | BIRCHFIELD/ANDY | 238.00 | 05/09/23 | 10:56 | 50842 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| GKA | XXX | | 05/08/23 | 19:44 | |
| TYPE | 234 COMMERCE ST | | ARRIVE | TIME | |
| 11 | MONTGOMERY AL 361042540 | | | | |
| ROOM CLERK | ADDRESS | | VSXXXXXXXXXXXX1756 PAYMENT | | MBV#:  660926981 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 05/08 | TR ROOM     3530, 1 | 238.00 | | |
| 05/08 | ROOM TAX    3530, 1 | 15.77 | | |
| 05/08 | OCC TAX     3530, 1 | 11.90 | | |
| 05/08 | MUNI TX     3530, 1 | 7.14 | | |
| 05/09 | CCARD-VS | | 272.81 | |
| | PAYMENT RECEIVED BY: VISA   XXXXXXXXXXXX1756 | | | .00 |

================================ EXP. REPORT SUMMARY ================================

| 05/08 | TR ROOM | 238.00 |
|---|---|---|
| | ROOM TAX | 15.77 |
| | OCC TAX | 11.90 |
| | MUNI TX | 7.14 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

|  |  |  | 170 |  | 05/17/23 |
|---|---|---|---|---|---|

**Anthony Dow Birchfield**
9813 wynchase
Montgomery AL 36117
United States

| Folio No. | : | **1291889** |
|---|---|---|
| A/R Number | : | |
| Group Code | : | |
| Company | : | |
| Membership No. | : | |
| Invoice No. | : | |

| Room No. | : | **1023** |
|---|---|---|
| Arrival | : | **05/15/23** |
| Departure | : | **05/17/23** |
| Conf. No. | : | **42505543** |
| Rate Code | : | **IDAP0** |
| Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05/15/23 | Room Charge | 634.00 | |
| 05/15/23 | Room Tax | 101.12 | |
| 05/16/23 | Room Charge | 733.00 | |
| 05/16/23 | Room Tax | 116.91 | |
| 05/17/23 | Visa | | 1,585.03 |
| | XXXXXXXXXXXX1756 | | |
| | **Total** | **1,585.03** | **1,585.03** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

WILLARD INTERCONTINENTAL
1401 Pennsylvania Avenue, NW
Washington, DC  20004-1010
Telephone:  (202) 628-9100  Fax:  (202) 637-7326

# *Fairmont*
## WASHINGTON, D.C.
### GEORGETOWN

2401 M Street, NW
Washington, DC  USA 20037
T (202) 429-2400  F (202) 457-5010

**HarrisMartin Publishing**
**Ted Meadows**
**Unknown**

| | |
|---|---|
| **Room** : | 0531 |
| **Folio #** : | 948296 |
| **Cashier #** : | 227610 |
| **Page #** : | 1 of 1 |
| Group Name | HarrisMartin Publishing |

202300014948 - JJ Bankruptcy 2
Hotel for TGM ($902.10)

| | |
|---|---|
| **Arrival** : | 04-24-23 |
| **Departure** : | 04-26-23 |

| Date | Description | Additional Information | | Charges | Credits |
|------|-------------|------------------------|---|---------|---------|
| 04-24-23 | Room Charge | | | 389.00 | |
| 04-24-23 | Room Tax | | | 62.05 | |
| 04-25-23 | Room Charge | | | 389.00 | |
| 04-25-23 | Room Tax | | | 62.05 | |
| 04-26-23 | Visa | XXXXXXXXXXXX4404 | EXP | | 902.10 |

| | | | |
|---|---|---|---|
| **Total** | | 902.10 | 902.10 |
| **Balance Due** | | 0.00 | |

Thank you for choosing to stay at Fairmont Washington D.C., Georgetown.
To provide feedback about your stay, please contact Mark Huntley, General Manager, at Mark.Huntley@fairmont.com.
Additionally, we welcome feedback about your memorable stay on Trip Advisor at www.tripadvisor.com, or via our community forum at
http://www.fairmontmoments.com/. We hope to be your D.C. hotel-of-choice again in the future!

For information or reservations, visit us at
www.fairmont.com or call Fairmont Hotels & Resorts from:
United States or Canada   1 800-441-1414

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated
person, company, travel agent or association fails to pay for the full amount of the charges. Overdue balance subject to a
surcharge at 1 ha rate of 1.5% per month. (18.56% per annum). All accounts deemed delinquent may be subject to legal
fees and all other costs associated with the bill. Account is payable on presentation or departure.

## Thank you for choosing to stay with Fairmont Hotels & Resorts

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 129 of 146

12



202300014948 -JJ Bankruptcy 2
Hotel for TGM ($315.22)

### PRINCETON MARRIOTT FORRESTAL

**GUEST FOLIO**

| 2525 | MEADOWS/TED/GORDON | 275.00 | 05/03/23 | | DUPLICATEL 11:45 | 49252 |
|---|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| GKA | N | | 05/02/23 | | | |
| TYPE | | | ARRIVE | TIME | | |

| ROOM CLERK | ADDRESS | VSXXXXXXXXXXXX4404 PAYMENT | | | MB#: | 345029743 |
|---|---|---|---|---|---|---|

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 05/02 | TELECOM     FREEHSIA | .00 | | |
| 05/02 | TR ROOM     2525, 1 | 275.00 | | |
| 05/02 | ROOM TAX    2525, 1 | 18.22 | | |
| 05/02 | OCC TAX     2525, 1 | 13.75 | | |
| 05/02 | MUNI TX     2525, 1 | 8.25 | | |
| 05/03 | CCARD-VS | | 315.22 | |
| | VSXXXXXXXXXXXXX4404 | | | .00 |



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

# InterContinental.

## WASHINGTON D.C.

202300014948 - JJ Bankruptcy 2
Hotel for TGM ($778.72)

|  |  | 13 |  | 06/07/23 |
|--|--|----|--|----------|

| **Ted Gordon Meadows**<br>**United States** | Folio No.       | : **1291851** | Room No.  : | **0925** |
|--|--|--|--|--|
|  | A/R Number      | : | Arrival    : | **05/15/23** |
|  | Group Code      | : | Departure  : | **05/16/23** |
|  | Company         | : **Internova Worldwide Program** | Conf. No.  : | **61387049** |
|  | Membership No. : | | Rate Code : | **IPTT1** |
|  | Invoice No.     | : | Page No.   : | **1 of 1** |

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 05/15/23 | Room Rate | 682.88 | |
| 05/15/23 | Room Tax | 95.84 | |
| 05/16/23 | Visa | | 778.72 |
| | XXXXXXXXXXXX4404 | | |
| | **Total** | **778.72** | **778.72** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

2023-05-10-23-rj



# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

**TODAY'S DATE:** 5/9/2023
**EMPLOYEE:** Andy Birchfield
**MATTER ID *:** 202300014948
**MATTER DESCRIPTION:** Talc JNJ Bankruptcy 2
**TRAVEL DATES:** 5/1/2023 - 5/3/2023
**OFFICE EXPENSE:**

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

## APPROVAL:   ADB

## DESCRIPTION:  LTL meeting in NYC // LTL hearing in NJ

# EXPENSE BREAKDOWN

|  | MILES | TOTAL |
|---|---|---|
| MILEAGE: $0.625/PER MILE | 340 | 212.50 |

|  | DETAILS | TOTAL |
|---|---|---|
| PARKING: | | |
| AIR TRANSPORTATION | | |
| GROUND TRANSPORTATION: | | |
| HOTEL/LODGING: | | |
| MEALS: | | |
| ENTERTAINMENT: | | |
| DUES/REGISTRATION FEES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |

## REIMBURSEMENT TOTAL:                    $ 212.50

2023-05-19-10-rj



# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| **TODAY'S DATE:** | 5/17/2023 |
| **EMPLOYEE:** | Andy Birchfield |
| **MATTER ID \*:** | 202300014948 |
| **MATTER DESCRIPTION:** | Talc JNJ Bankruptcy 2 |
| **TRAVEL DATES:** | 5/15/2023 - 5/17/2023 |
| **OFFICE EXPENSE:** | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

## APPROVAL:    ADB

## DESCRIPTION:  LTL meetings in DC

# EXPENSE BREAKDOWN

| | MILES | TOTAL |
|---|---|---|
| **MILEAGE: $0.625/PER MILE** | 340 | 212.50 |

| | DETAILS | TOTAL |
|---|---|---|
| **PARKING:** | | |
| **AIR TRANSPORTATION** | | |
| **GROUND TRANSPORTATION:** | | |
| **HOTEL/LODGING:** | | |
| **MEALS:** | | |
| **ENTERTAINMENT:** | | |
| **DUES/REGISTRATION FEES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **OTHER CHARGES:** | | |
| **REIMBURSEMENT TOTAL:** | | $ 212.50 |

Case 23-12825-MBK   Doc 1391-2   Filed 09/19/23   Entered 09/19/23 12:12:59   Desc
Exhibit MEMBER REPRESENTATIVE #2   Page 133 of 146

13a

# THE KNICKERBOCKER

| Guest Name | : | | |
|---|---|---|---|
| **Mr. Anthony Dow Birchfield** | | | |

| | | |
|---|---|---|
| Room No. | : | 0322 |
| Arrival | : | 05-01-23 |
| Departure | : | 05-02-23 |
| Page No. | : | 1 of 1 |
| Folio No. | : | |

**INFORMATION INVOICE**

| | | |
|---|---|---|
| Conf. No. | : | 141862019 |
| Cashier No. | : | 301 |
| Custom Ref. | : | |

Company Name  : Internova Worldwide Hotel Program
Group Name    :

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05-01-23 | Room Charge | 403.75 | |
| 05-01-23 | City Sales Tax - Room - 5.875% | 23.72 | |
| 05-01-23 | State Sales Tax - Room - 8.875% | 35.83 | |
| 05-01-23 | City Javits Center Tax - Room | 1.50 | |
| 05-01-23 | City Occupancy Tax - Room | 2.00 | |
| 05-02-23 | Jake's @ the Knick - Breakfast Room# 0322 : CHECK# 0059420 | 6.44 | |
| 05-02-23 | Charlie Palmer at the Knick Breakfast NO TAX Room# 0322 : CHECK# 0068580 | 55.29    no receipt | |
| 05-02-23 | Visa Payment XXXXXXXXXXXX1756 XX/XX | | 528.53 |

| | | |
|---|---|---|
| Total Charges | 528.53 | |
| Total Credits | | 528.53 |
| Balance | | 0.00 |

**Guest Signature:** _____     **Date:** _____

6 Times Square / New York, NY 10036 / Tel 212.204.4980 / Fax 212.204.4981 / theknickerbocker.com



PARIS BAGUETTE
BAKERY CAFE

1450 Broadway
New York, NY 10018
516-595-0404
Location Number: 1021

-----------------------------------------

## To Go

-----------------------------------------

Server: MARTIN E
Check #567
Ordered:                          5/8/23 2:17 PM

Miss Vickie's Sea Salt Chips           $1.49
Turkey Avocado Sandwich                $8.99
Grilled Chicken Caesar Salad          $10.59
Coconut Chia Seed Pudding              $5.49
2 San Pellegrino Sparkling             $5.58

Subtotal                              $32.14
Tax                                    $2.23
Tip                                    $6.43
Total                                 $40.80

Input Type                  C (EMV Chip Read)
VISA CREDIT                     xxxxxxxx1756

Transaction Type                        Sale
Authorization                       Approved
Approval Code                         022602
Payment ID                      JfKTtgPqMkRF
Application ID             A000000031010
Application Label               VISA CREDIT
Terminal ID             4c7c617e28d8621b
Card Reader                           BBPOS

        ANDY D BIRCHFIELD

-----------------------------------------

DB Ken Feinberg Retail Print Out Collection

28

# *Ocean Prime - Washington D.C.*
## 1341 G St NW
## (202) 393-0313

Ticket # 50007
Server:                    Order
131 Samuel            2023-06-16
Guest: 0                 17:51:07
Table: 21

5 WATER                  $0.00
1 Botanist              $15.50
2 Blk Snapper           $60.00
1 Spanish Gin & Tonic   $15.00
1 Shellfish Cobb Salad  $27.00
1 SODA                  $4.50
1 Mary's Chicken        $62.00
1 Asparagus             $16.00
1 Baked Potato          $16.00

Subtotal               $257.00
Tax                     $25.70

Total                  $282.70
Tip                     _____
Grand Total            _____

Date                    _____

VOID (6/16) ??

202300014948 - JJ Bankruptcy 2
Food for TGM ($12.64)

507 St James Blvd
Valley  AL 36854
(05  66-5600

154 Amanda S
-----------------------------
Chk 1931          TED
         Apr26 23 01:44PM
-----------------------------
TO GO
FR:04/26/2   :44.49
1 Sauce Summary          0.00
1 Plate Meal             0.00
   (6) Flng Plate        11.49
   Fries
   Slaw
   SM Drink

Visa                     12.64

Subtotal                 11.49
Tax                       1.15
Payment                  12.64
---------154 Check Closed-----------
---------Apr26 23 01:45PM-----------

Thank you! Please come again!
Merchant :
Terminal ID:
******    Purchase    ******

Card #       ***********4404 C
Exp Date          **/**
Response Code     00

Total             U      12.64

Mode
AID: A000000   10
TVR: 8000008  00
TSI: 6800
IAD: 06010A0
ARC: 00

Mastro's Steakhouse DC

22 A

600 13th Street NW

Server: Jagjit                          DOB: 05/15/2023
08:53 PM                                     05/15/2023
Table 231/1                                   5/50012

Sale
202300014948 - JJ Bankruptcy 2
VISA                Dinner for Andy Birchfield, Richard Golomb,
Card #: ************4404     Chris Tisi, Jim Green ($276.17)
Card Entry Method: CHIP
******            EMV PURCHASE              ******
App Label:                            VISA CREDIT
Mode:                                     Issuer
AID: a0000000031010
TVR: 8000008000
TSI: 6800
IAD: 06011203602000
ARC: 00

Approval: 043726

                           Amount::      USD $230.17

                            + Tip:: _____

                          = Total:: 276.17

X _____
              MEADOWS/TED G

Thank You!
Please visit us again soon.

Customer Copy

24

202300014948 - JJ Bankruptcy 2
Food for Ted Meadows & Leigh O'Dell ($24.15)

Welcome to Chick-fil-A
Truett's Newnan (# 70045)
Newnan, GA
General Manager: Randy Burgess
(770) 502-9502
truettsnewnan.com
CUSTOMER COPY
5/16/2023 8:23:06 PM
DRIVE THRU
Order Number:   4404797

| | |
|---|---|
| 1  Meal-CFASan | 9.59 |
| CFA Sand | |
| 1  -  White Bun | (0.25) |
| +  Mltgrn Brio Bun | 0.55 |
| Fries MD | |
| Dt Limde MD | 0.34 |
| 1  SWSld Cold SpcyGRL | 9.69 |
| +  Crmy Salsa | |
| 1  Saltines | 0.00 |
| 1  Dt Coke LG | 2.65 |

| | |
|---|---|
| Sub. Total: | $22.57 |
| Tax: | $1.58 |
| Total: | $24.15 |
| Change | $0.00 |
| Visa: | $24.15 |

Register:57        Tran Seq No: 4404797
Cashier:Joseph
It was our pleasure serving you!
Have a wonderful day.
Forgot to scan your Chick-fil-A One App?
Register your visit by going to
one.chick-fil-a.com/forgot2scan

May 16 2023 8:23 pm

| | | |
|---|---|---|
| Card Number | : | ***********4404 |
| Card Type | : | VISA |
| Approval | : | 025205 |
| AID | : | A0000000031010 |

# ATTORNEY/STAFF EXPENSE REIMBURSEMENT FORM

| | |
|---|---|
| TODAY'S DATE: | 5/16/2023 |
| EMPLOYEE: | Ted Meadows |
| MATTER ID *: | 202300014948 |
| MATTER DESCRIPTION: | J&J Bankruptcy 2 Master |
| TRAVEL DATES: | 5/15/2023-5/16/2023 |
| OFFICE EXPENSE: | |

*\* If there is more than 1 matter for this expense report, please include the matter ID in the details below.*

## DESCRIPTION:

### MILEAGE: $0.625/PER MILE

| DESCRIPTION | DATE | MATTER ID | MILES | TOTAL |
|---|---|---|---|---|
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |

### EXPENSE DETAILS

| EXPENSE | DETAILS | TOTAL |
|---|---|---|
| PARKING: | | |
| AIR TRANSPORTATION | | |
| GROUND TRANSPORTATION: | | |
| HOTEL/LODGING: | | |
| MEALS: | | |
| ENTERTAINMENT: | | |
| DUES/REGISTRATION FEES: | | |
| OTHER CHARGES: | Cash tips while traveling for J&J bankruptcy | $10.00 |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| OTHER CHARGES: | | |
| TOTAL FROM ADDITIONAL PAGE | | $0.00 |

## REIMBURSEMENT TOTAL: | | ($10.00)

Hartsfield-Jackson
Atlanta International Airport

1755-9450 -01 21 38 05/17/23 10129-000 03-5708 00

202300014948

# RECEIPT

SOUTHLAND PRINTING - SHREVEPORT, LA.

825029

202300014948 - JJ Bankruptcy 2
Travel for TGM ($137.36)

# BLACKLANE

Customer no.            3281647
Booking no.            771250270
Booking date            2023-04-26
Invoice no.            US1417053KE
Invoice date            2023-04-27

Ted Meadows

## Invoice

| # | Quantity | Description | Price |
|---|---|---|---|
| 1 | 1 | Transfer Ride starting at 26/04/2023, 08:00 from Fairmont Washington Dc, M Street North West 2401, 20037 Washington, West End to Ronald Reagan Washington National Airport (DCA), South Smith Blvd 2401, VA 22202 Washington (Business Class) | 137.36 USD |
| | | Price total | 137.36 USD |

The amount has been charged to your credit card: ************4404

No VAT-duty in Germany.

Thank you very much for using our services. We are looking forward to welcoming you again soon.

Best regards,
Your Blacklane team

Blacklane GmbH | Feurigstrasse 59 | 10827 Berlin | T: +49(0)30.20163020 | F: +49(0)30.202363189 | billing@blacklane.com
Bank Details | EUR | IBAN DE98 1204 0000 0181 2304 00 | BIC COBADEFFXXX | Commerzbank Berlin | A/C No. 181 230 400
Bank Details | GBP | IBAN DE16 1204 0000 0181 2304 21 | BIC COBADEFFXXX | Commerzbank Berlin | A/C No. 181 230 421
Bank Details | USD | IBAN DE43 1204 0000 0181 2304 20 | BIC COBADEFFXXX | Commerzbank Berlin | A/C No. 181 230 420
Bank Details | SEK | IBAN DE59 1204 0000 0181 2304 23 | BIC COBADEFFXXX | Commerzbank Berlin | A/C No. 181 230 423
Bank Details | NZD | IBAN DE32 1204 0000 0181 2304 24 | BIC COBADEFFXXX | Commerzbank Berlin | A/C No. 181 230 424
Bank Details | AED | IBAN DE98 1204 0000 0181 2304 00 | BIC COBADEFFXXX | Commerzbank Berlin | A/C No. 181 230 400
Managing Directors | Dr. Jens Wohltorf, Dr. Sascha Meskendahl
Register Court Berlin, HRB 136941 | VAT ID. No.: DE281637869

202300014948 - JJ Bankruptcy 2
Travel for TGM ($780.00)

**Central Alabama's Premiere Airport & Car Service**
"Our goal is to make you feel important and appreciated!"

Thank you for choosing **CONCIERGE SERVICES, INC.**

**CSI iNVOICE # BALAWTMEADOWS0502-2023  (PAID)**

**Pickup Date:** Tuesday, May 02, 2023 (DL2647)
**Pickup Time:** 9 AM  (departure 150 PM)

**Pickup Date:** Wednesday, May 03, 2023 (DL2647)
**Return Time:** 720 PM
*Drop TM off at home and Andy off at 2076 Wyngate Loop, Montgomery, AL

**Passenger:** Mr. Ted Meadows  334-451-0867

**# of Passengers:** 1, 2

**Service Type:** Roundtrip

**Vehicle Description:** Sedan

**Trip Description:** Montgomery, AL to Atlanta, GA

**Pickup:** 9800 Wyncrest Circle, Montgomery, AL

**Drop-off:** Atlanta Airport, South Terminal, curbside

***Rate & Charges***
One-way Flat Rate = $750
*4% processing fee for all card payments

**Total Paid: $780**

**payment is confirmed...Thank You!!!**

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 143 of 146

10

# BLACKLANE

202300014948 - JJ Bankruptcy 2
Travel for TGM ($355.00)

| | |
|---|---|
| Customer no. | 3281647 |
| Booking no. | 260498095 |
| Booking date | 2023-05-02 |
| Invoice no. | US1423958KE |
| Invoice date | 2023-05-03 |

Ted Meadows

## Invoice

| # | Quantity | Description | Price |
|---|---|---|---|
| 1 | 1 | Transfer Ride starting at 02/05/2023, 16:30 from Newark Liberty International Airport (EWR), All terminals, Exit after baggage claim, 07114 Newark, New Jersey to Princeton Marriott at Forrestal, College Road East 100, 08540 Princeton, New Jersey (Business Class) | 355.00 USD |
| | | **Price total** | **355.00 USD** |

The amount has been charged to your credit card: ************4404

No VAT-duty in Germany.

Thank you very much for using our services. We are looking forward to welcoming you again soon.

Best regards,
Your Blacklane team

Blacklane GmbH | Feurigstrasse 59 | 10827 Berlin | T: +49(0)30.20163020 | F: +49(0)30.202363189 | billing@blacklane.com
Bank Details | EUR | IBAN DE98 1204 0000 0181 2304 00 | BIC COBADEFFXXX | Commerzbank Berlin | A/C No. 181 230 400
Bank Details | GBP | IBAN DE16 1204 0000 0181 2304 21 | BIC COBADEFFXXX | Commerzbank Berlin | A/C No. 181 230 421
Bank Details | USD | IBAN DE43 1204 0000 0181 2304 20 | BIC COBADEFFXXX | Commerzbank Berlin | A/C No. 181 230 420
Bank Details | SEK | IBAN DE59 1204 0000 0181 2304 23 | BIC COBADEFFXXX | Commerzbank Berlin | A/C No. 181 230 423
Bank Details | NZD | IBAN DE32 1204 0000 0181 2304 24 | BIC COBADEFFXXX | Commerzbank Berlin | A/C No. 181 230 424
Bank Details | AED | IBAN DE98 1204 0000 0181 2304 00 | BIC COBADEFFXXX | Commerzbank Berlin | A/C No. 181 230 400
Managing Directors | Dr. Jens Wohltorf, Dr. Sascha Meskendahl
Register Court Berlin, HRB 136941 | VAT ID. No.: DE281637869

| | |
|---|---|
| **From:** Ted Meadows | 202300014948 - JJ Bankruptcy 2 |
| **To:** Amber Fee | Travel for TGM ($391.44) |
| **Cc:** Katie Tucker | |
| **Subject:** Fwd: [EXT] [Business] Your Wednesday afternoon trip with Uber | |
| **Date:** Wednesday, May 3, 2023 4:22:34 PM | |

Jj bank 2

Ride for Andy and me



**Ted G. Meadows**
Principal
800.898.2034

Ted.Meadows@BeasleyAllen.com
BeasleyAllen.com | My bio

**Learn more about our ongoing litigation.**

CONFIDENTIALITY & PRIVILEGE NOTICE

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** May 3, 2023 at 4:58:10 PM EDT
> **To:** Ted Meadows <Ted.Meadows@beasleyallen.com>
> **Subject: [EXT] [Business] Your Wednesday afternoon trip with Uber**

[EXTERNAL]



Total $391.44
May 3, 2023

# Thanks for tipping, Ted

Here's your updated Wednesday
afternoon ride receipt.

## Total                    $391.44

Your upfront price has been adjusted due to unanticipated tolls or
surcharges on this trip. Please see the receipt breakdown for details.

| From: | Ted Meadows | 202300014948 - JJ Bankruptcy 2 |
|---|---|---|
| To: | Amber Fee | Travel for TGM ($67.42) |
| Cc: | Katie Tucker | |
| Subject: | Fwd: [EXT] [Business] Your Monday evening trip with Uber | |
| Date: | Monday, May 15, 2023 10:09:25 PM | |

Jj bank 2



**Ted G. Meadows**
Principal
800.898.2034

Ted.Meadows@BeasleyAllen.com
BeasleyAllen.com | My bio
**Learn more about our ongoing litigation.**

   

CONFIDENTIALITY & PRIVILEGE NOTICE

Begin forwarded message:

> **From:** Uber Receipts <noreply@uber.com>
> **Date:** May 15, 2023 at 10:45:33 PM EDT
> **To:** Ted Meadows <Ted.Meadows@beasleyallen.com>
> **Subject: [EXT] [Business] Your Monday evening trip with Uber**

[EXTERNAL]

Total $67.42
May 15, 2023

# Thanks for tipping, Ted

Here's your updated Monday
evening ride receipt.

# Total                              $67.42

Trip fare                                      $48.94

Case 23-12825-MBK    Doc 1391-2    Filed 09/19/23    Entered 09/19/23 12:12:59    Desc
Exhibit MEMBER REPRESENTATIVE #2    Page 146 of 146

23 A

| From: | Ted Meadows |
| To: | Amber Fee |
| Cc: | Katie Tucker |
| Subject: | Fwd: [EXT] [Business] Your Tuesday afternoon trip with Uber |
| Date: | Tuesday, May 16, 2023 3:34:42 PM |

202300014948 - JJ Bankruptcy 2
Travel for TGM ($72.48)



**Ted G. Meadows**
Principal
800.898.2034

Ted.Meadows@BeasleyAllen.com
BeasleyAllen.com | My bio
**Learn more about our ongoing litigation.**

CONFIDENTIALITY & PRIVILEGE NOTICE

Begin forwarded message:

**From:** Uber Receipts <noreply@uber.com>
**Date:** May 16, 2023 at 4:33:37 PM EDT
**To:** Ted Meadows <Ted.Meadows@beasleyallen.com>
**Subject: [EXT] [Business] Your Tuesday afternoon trip with Uber**

**[EXTERNAL]**

Total $72.48
May 16, 2023

# Thanks for tipping, Ted

Here's your updated Tuesday
afternoon ride receipt.

| Total | $72.48 |
|---|---|

| Trip fare | $49.76 |