EXHIBIT MEMBER #3


Motley Rice - $3,400.63

| | MR Case ID | Case Title | Bill Date | Description | Category Name | Amount |
|---|---|---|---|---|---|---|
| 1 | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 4/27/2023 | New Jersey Lawyers Fund for Client Protection \| NJ 2023 assessment for PHV admission for John Baden in bankruptcy matter 23-12825-MBK | Court Costs | 239.00 |
| 2 | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 5/8/2023 | Daniel Lapinski\|12962\|TRENTON PARKING AUTHORITY\|Travel to/from hearing on preliminary injunction  \|Trenton, NJ\|Apr 18, 2023 - Apr 18, 2023 | Ground Transportation (rental car,taxi,Uber) | 12.00 |
| 3 | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 5/8/2023 | Daniel Lapinski\|12962\|Taxicab\|Travel to DC for TCC mtg  \|Washington, DC\|Apr 24, 2023 - Apr 24, 2023 | Ground Transportation (rental car,taxi,Uber) | 22.00 |
| 4 | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 5/8/2023 | Daniel Lapinski\|12962\|Taxi\|Travel to DC for TCC mtg  \|Washington, DC\|Apr 25, 2023 - Apr 25, 2023 | Ground Transportation (rental car,taxi,Uber) | 20.00 |
| 5 | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 5/8/2023 | Daniel Lapinski\|12962\|61501 - AMTRAK  - NORTH\|Travel to DC for TCC mtg \|Washington, DC\|Apr 25, 2023 - Apr 25, 2023 | Ground Transportation (rental car,taxi,Uber) | 40.00 |
| 6 | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 5/8/2023 | Daniel Lapinski\|12962\|AMTRAK .COM 1130735053880\|Travel to DC for TCC mtg \|Washington, DC\|Apr 24, 2023 - Apr 25, 2023 | Ground Transportation (rental car,taxi,Uber) | 293.00 |
| 7 | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 5/8/2023 | Daniel Lapinski\|12962\|EZ Pass\|Travel to DC for mtg  \|Washington, DC\|Apr 24, 2023 - Apr 25, 2023 | Ground Transportation (rental car,taxi,Uber) | 5.00 |
| 10 | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 5/8/2023 | Daniel Lapinski\|12962\|\|Hearing on PI/TRO \|Trenton, NJ\|Apr 18, 2023 - Apr 18, 2023 | Mileage | 45.85 |
| 11 | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 5/8/2023 | Daniel Lapinski\|12962\|\|Travel to DC to meet with TCC  \|Washington, DC\|Apr 24, 2023 - Apr 24, 2023 | Mileage | 17.69 |
| 12 | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 5/8/2023 | Daniel Lapinski\|12962\|\|Travel from TCC meeting  \|Washington, DC\|Apr 25, 2023 - Apr 25, 2023 | Mileage | 17.69 |
| 14 | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 5/8/2023 | Daniel Lapinski\|12962\|FAIRMONT HOTELS WASH\|TCC meeting  \|Washington, DC\|Apr 24, 2023 - Apr 25, 2023 | Hotel Expense | 451.05 |

| | | | | | |
|---|---|---|---|---|---|
| **16** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 6/12/2023 | Daniel Lapinski\|13051\|Hilton Garden Inn\|TCC meeting \|Washington, DC\|May 15, 2023 - May 16, 2023 | Meals | 29.20 |
| **17** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 6/12/2023 | Daniel Lapinski\|13051\|1515 BROADWAY GAR\|Travel to Brown Rudnick for mtg \|New York, NY\|May 02, 2023 - May 02, 2023 | Ground Transportation (rental car,taxi,Uber) | 42.00 |
| **18** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 6/12/2023 | Daniel Lapinski\|13051\|EZ Pass\|Travel to Brown Rudnick for Mtg \|New York, NY\|May 02, 2023 - May 02, 2023 | Ground Transportation (rental car,taxi,Uber) | 18.76 |
| **19** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 6/12/2023 | Daniel Lapinski\|13051\|Trenton Parking\|LTL Court Hearing \|Trenton, NJ\|May 09, 2023 - May 09, 2023 | Ground Transportation (rental car,taxi,Uber) | 12.00 |
| **20** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 6/12/2023 | Daniel Lapinski\|13051\|EZ Pass\|TCC Meeting in DC \|Washington, DC\|May 15, 2023 - May 16, 2023 | Ground Transportation (rental car,taxi,Uber) | 5.00 |
| **21** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 6/12/2023 | Daniel Lapinski\|13051\|WPA TRAIN STATION\|TCC Meeting in DC \|Washington, DC\|May 15, 2023 - May 16, 2023 | Ground Transportation (rental car,taxi,Uber) | 22.00 |
| **22** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 6/12/2023 | Daniel Lapinski\|13051\|Amtrak\|TCC Meeting in DC \|Washington, DC\|May 15, 2023 - May 16, 2023 | Ground Transportation (rental car,taxi,Uber) | 118.00 |
| **23** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 6/12/2023 | Daniel Lapinski\|13051\|Amtrak\|TCC meeting in DC \|Washington, DC\|May 15, 2023 - May 16, 2023 | Ground Transportation (rental car,taxi,Uber) | 208.00 |
| **24** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 6/12/2023 | Daniel Lapinski\|13051\|\|Travel to Brown Rudnick for mtg \|New York, NY\|May 02, 2023 - May 02, 2023 | Mileage | 108.08 |
| **25** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 6/12/2023 | Daniel Lapinski\|13051\|\|LTL Hearing \|Trenton, NJ\|May 09, 2023 - May 09, 2023 | Mileage | 45.85 |
| **26** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 6/12/2023 | Daniel Lapinski\|13051\|\|TCC Meeting in DC \|Washington, DC\|May 15, 2023 - May 16, 2023 | Mileage | 35.37 |
| **27** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 6/12/2023 | Daniel Lapinski\|13051\|\|TTC Meeting in DC \|Washington, DC\|May 15, 2023 - May 16, 2023 | Mileage | 35.37 |

| | | | | | |
|---|---|---|---|---|---:|
| **28** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 6/12/2023 | Daniel Lapinski\|13051\|Hilton Hotels\|TCC meeting in DC  \|Washington, DC\|May 15, 2023 - May 16, 2023 | Hotel Expense | 462.85 |
| **29** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 7/10/2023 | Daniel Lapinski\|13286\|Iron & Ivory\|Motion to Dismiss Hearings  \|Trenton, NJ\|Jun 27, 2023 - Jun 30, 2023 | Meals | 50.65 |
| **30** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 7/10/2023 | Daniel Lapinski\|13286\|\|travel to/from court hearing  \|Trenton, NJ\|Jun 12, 2023 - Jun 13, 2023 | Mileage | 45.85 |
| **31** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 7/10/2023 | Daniel Lapinski\|13286\|\|Motion to Dismiss Hearings  \|Trenton, NJ\|Jun 27, 2023 - Jun 30, 2023 | Mileage | 45.85 |
| **32** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 7/10/2023 | Daniel Lapinski\|13286\|MARRIOTT DORALFORRESTA\|Hearing on various bankruptcy issues  \|Trenton, NJ\|Jun 12, 2023 - Jun 13, 2023 | Hotel Expense | 268.22 |
| **33** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 7/10/2023 | Daniel Lapinski\|13286\|Marriott Hotels\|Motion to Dismiss Hearings \|Trenton, NJ\|Jun 27, 2023 - Jun 30, 2023 | Hotel Expense | 228.10 |
| **34** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 7/10/2023 | Daniel Lapinski\|13286\|Marriott Hotels\|Motion to Dismiss Hearings \|Trenton, NJ\|Jun 27, 2023 - Jun 30, 2023 | Hotel Expense | 228.10 |
| **35** | 0999604.123 | LTL Management LLC \| J&J Subsidiary | 7/10/2023 | Daniel Lapinski\|13286\|Marriott Hotels\|Motion to Dismiss Hearings \|Trenton, NJ\|Jun 27, 2023 - Jun 30, 2023 | Hotel Expense | 228.10 |
| | | | | | **3,400.63** |

178988

Motley Rice LLC (843) 216-9000
28 Bridgeside Blvd
Mt. Pleasant, SC 29464
*** Void After 180 Days ***

Operating Account 0107 W
Wells Fargo Bank, N.A.
67-776/532

| Date | Amount |
|------|--------|
| 04/27/23 | ***$239.00 |

Pay Exactly    Two Hundred Thirty Nine and 00/100 Dollars

Pay to the
Order Of    New Jersey Lawyers' Fund for Client Protection

NJ Lawyers Fund
PO Box 961
Trenton, NJ 08625-0961

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑆178988⑆ ⑈

| Check Num: | 178988 | | Check Date | 4/27/2023 |
|------------|--------|--|-----------|-----------|
| MR-10128199 | New Jersey Lawyers Fund for Client Protection | Baden-042720 | | 239.00 |
| 0999604.123 | LTL Management LLC \| J&J Subsidiary | | | 239.00 |
| Total | | | | 239.00 |



**MotleyRice** LLC
ATTORNEYS AT LAW
www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

210 Lake Dr. East, Ste 101
Cherry Hill, NJ 08002
**o.** 856.667.0500 **f.** 856.667.5133

**Helena V. Fonseca**
*Legal Assistant*
direct: 856.382.4668
hfonseca@motleyrice.com

April 26, 2023

NJ Lawyers' Fund
P.O. Box 961
Trenton, NJ 08625

**Re:      In Re: LTL Management LLC**
**U.S. Bankruptcy Court, District of New Jersey; Case No. 3:23-bk-12825-MBK**

Dear Sir/Madam:

Enclosed please find a check in the amount of $239.00 and completed 2023 Assessment form for John A. Baden IV, Esquire in regard to the above-captioned matter.  I have also enclosed the Order signed by the Honorable Michael B. Kaplan, U.S. Bankruptcy Judge on April 26, 2023, granting *Pro Hac Vice* admission to Mr. Baden in this matter.

Very truly yours,

By: _Helena V. Fonseca_

Helena V. Fonseca
Legal Assistant

/hvf
Enclosures

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | WASHINGTON, DC | NEW YORK, NY
MORGANTOWN, WV | CHARLESTON, WV | PHILADELPHIA, PA | CHERRY HILL, NJ

*Motley Rice LLC, a South Carolina Limited Liability Corporation, engaged in the New Jersey practice of law through*
*Motley Rice New Jersey LLC. Esther Berezofsky attorney responsible for New Jersey practice.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Daniel R. Lapinski, Esq.
Motley Rice LLC
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Tel: 856-382-4670
Fax: 856-667-5133
Email: dlapinski@motleyrice.com
Attorneys for Talcum Powder Claimants

Order Filed on April 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
LTL Management LLC

| | |
|---|---|
| Case No.: | 3:23-bk-12825-MBK |
| Adv. No.: | 3:23-ap-1092-MBK |
| Chapter: | 11 |
| Judge: | Michael B. Kaplan |

## ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is **ORDERED**.

DATED: April 26, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that _____ John A. Baden IV _____ be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt.  Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J.  L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further  ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev. 8/1/15*

2



```
*********************
*********************
*

TUE 04-18-23 07:42 P

FEE[BASE]        $ 12.00
Total            $ 12.00

Card No.  XXXX XXXX 2519
Charge Amount    $ 12.00
-------------------------
Change           $  0.00
```



TAXICAB RECEIPT

Time: _____
Date: ٤/٢٩/٢٣

Origin of trip: _____
Destination: _____

Fare: 22
Sign: _____



# Receipt

L/R #13
T/D #02

A Payment No.0015692
Ticket No.036456
Entry Time    04/24/2023 (Mon) 17:02
Paid Time     04/25/2023 (Tue) 17:36
Parking Time            1Day    0:34
Parking Fee     Rate C     $40.00

VISA
Account #     *****************2519
Slip #                         15861
Auth Code                0000081250
Credit Card Amount           $40.00
===============================
Total                        $40.00

Thank You for Your Visit
Please Come Again !

===============================

Union Station parking
for TCC entity

## Lapinski, Daniel

| | |
|---|---|
| **From:** | dlapinski <dlapinski@verizon.net> |
| **Sent:** | Wednesday, April 26, 2023 3:10 PM |
| **To:** | Lapinski, Daniel |
| **Subject:** | FW: Amtrak: eTicket and Receipt for Your 04/24/2023 Trip - DANIEL LAPINSKI |
| **Attachments:** | Lapinski Daniel 202304231736530087.pdf |

CAUTION:EXTERNAL

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: etickets@amtrak.com
Date: 4/23/23 5:36 PM (GMT-05:00)
To: DLAPINSKI@VERIZON.NET
Subject: Amtrak: eTicket and Receipt for Your 04/24/2023 Trip - DANIEL LAPINSKI

SALES RECEIPT



Purchased: 04/23/2023 2:36 PM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Show the QR code on the attached eTicket to the conductor or use the Amtrak app.

Merchant ID 007351 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

Reservation Number - 57D5BDPhiladelphia, PA - William H Gray III 30th St. Sta. to Washington, DC - Union Station (Round-Trip)APRIL 23, 2023
Billing Information
DANIEL LAPINSKI28 BRIDGESIDE BLVD.MOUNT PLEASANT, SC 29464

Visa ending in 2519 (Purchase)Authorization Code 078293
Total $293.00

Purchase Summary - Ticket Number 1130735053880
TRAIN 2167: Philadelphia, PA - William H Gray III 30th St. Sta. to Washington, DC - Union Station (Round-Trip)Depart 6:08 PM, Monday, April 24, 2023
1 ACELA BUSINESS CLASS SEAT
$132.00
Car 6 - Seat 7D
Ticket Terms & Conditions CANCELLATION FEE MAY APPLY.ACELA SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE
Subtotal

$132.00

TRAIN 2126: Washington, DC - Union Station to Philadelphia, PA - William H Gray III 30th St. Sta. (Round-Trip)Depart 6:55 PM, Tuesday, April 25, 2023

1 ACELA BUSINESS CLASS SEAT

$161.00

Car 3 - Seat 5A

Ticket Terms & Conditions CANCELLATION FEE MAY APPLY.ACELA SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE

Subtotal

$161.00

Total Charged by Amtrak

$293.00

Passengers

Daniel Lapinski

Important Information

---

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare.  Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply.  If your travel plans change, contact us before departure to change your reservation.  If you do not board your train, your entire reservation from that point will be canceled.  If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation.  For more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions:  Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified.  Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator.  Tickets sold or issued by an unauthorized third party will be voided by Amtrak.  This ticket is a contract of carriage which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder.  The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html.  Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions?  Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

# Receipt 7 – EZ Pass 5.00 – No Receipt

## Receipt 10 – Mileage 45.85 – No Receipt

**Receipt 11 – Mileage 17.69 – No Receipt**

## Receipt 12 – Mileage 17.69 – No Receipt

# *Fairmont*
## WASHINGTON, D.C.
### GEORGETOWN

2401 M Street, NW
Washington, DC  USA 20037
T (202) 429-2400  F (202) 457-5010

**HarrisMartin Publishing**
**Dan Lapinski**
**Unknown**

| | |
|---|---|
| Room | : 0821 |
| Folio # | : |
| Cashier # | : 5842 |
| Page # | : 1 of 1 |
| Group Name | HarrisMartin Publishing |
| Arrival | : 04-24-23 |
| Departure | : 04-25-23 |

| Date | Description | Additional Information | | Charges | Credits |
|---|---|---|---|---|---|
| 04-24-23 | Room Charge | | | 389.00 | |
| 04-24-23 | Room Tax | | | 62.05 | |
| 04-25-23 | Visa | XXXXXXXXXXXX2519 | XX/XX | | 451.05 |
| | | **Total** | | **451.05** | **451.05** |
| | | **Balance Due** | | **0.00** | |

Thank you for choosing to stay at Fairmont Washington D.C., Georgetown.
To provide feedback about your stay, please contact Mark Huntley, General Manager, at Mark.Huntley@fairmont.com.
Additionally, we welcome feedback about your memorable stay on Trip Advisor at www.tripadvisor.com, or via our community forum at
http://www.fairmontmoments.com/. We hope to be your D.C. hotel-of-choice again in the future!

For information or reservations, visit us at
www.fairmont.com or call Fairmont Hotels & Resorts from:
United States or Canada    1 800-441-1414

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated
person, company, travel agent or association fails to pay for the full amount of the charges. Overdue balance subject to a
surcharge at the rate of 1.5% per month. (19.56% per annum). All accounts deemed delinquent may be subject to legal
fees and all other costs associated with the bill. Account is payable on presentation or departure.

## Thank you for choosing to stay with Fairmont Hotels & Resorts



FOOD, DRINK & The & CIVIL DEBATE
14TH ST
THIRD RAIL

05/15/23          18:45

SALES DRAFT

HILTON GARDEN INN
815 14TH ST NW
WASHINGTON, DC, 20005

MERCH ID:
SERVER: Glynn
TERMINAL: 629

American Express

NAME:       LAPINSKI/DANIEL R
NUMBER:     XXXXXXXXXXX1000
EXPIRE:     XX/XX
AUTH:       860703
AMOUNT:     24.20

CHECK:      6295243
TABLE:      71

TOTAL:      24.20

GRATUITY:   [ 29 7? ]

TOTAL:

I agree to pay above total
amount according to my card
issuer agreement.

X_____
SIGNATURE

Customer Copy



1515 Broadway Garage LLC
1515 Broadway
New York, NY 10003
DCA License: 2098314
(646) 442-9263

Ticket: 956430
          C90FMZ
Gray Lexus
STANDARD

Enter:    05/02/2023 12:26PM Rate:      $35.48
Exit:     05/02/2023 04:39PM Tax:        $6.52
Duration:              4h12m Total:     $42.00

                    PAYMENTS

Credit (Visa)                            $42.00

DATETIME:2023/05/02 04:39:27 PM
TRANS TYPE:SALE         ENTRY METHOD:Chip Read
CARD TYPE:Visa          APP LABEL:VISA CREDIT
APPROVAL:026044         STATUS:A
REF:12260705963         TVR:0080008000
CVM:Signature
PAN:2519                EXP:**/**
NAME:LAPINSKI/DAN

AMOUNT Approval
        USD $42.00

I agree to pay above total amount according to
          card issuer agreement.

                LAPINSKI/DAN

Please allow up to 45min for your car to be deli
                    vered.

                CUSTOMER COPY

**Receipt 18 – EZPass 18.00 – No Receipt**



```
*************
*************
*

TUE 05-09-23 05:09 P

FEE[BASE]        $ 12.00
Token Credit     $ 12.00
Total            $  0.00

-------------------------

Change           $  0.00
```

## Receipt 20 – EZPass 5.00 – No Receipt



PURCHASE RECEIPT
Ticket Coupon
01 of 01
AMTRAK
PURCHASE RECEIPT

I acknowledge
accept billing to the credit card identified below

X
Name of Passenger
LAPINSKI/DANIEL
16May230316PM
From
To    2172 WAS-WIL 16May23 $ 208.00

Date of Issue    Place of Issue    Res. #
WAS
800-USA-RAIL
RES# 6CE9A0-160523
TKT# 1366799055326

Riders    AMTRAK    Baggage
Name of Passenger
WASHINGTON,DC

PLEASE REFER TO YOUR ETICKET TRAVEL DOCUMENT FOR ADDITIONAL FARE RESTRICTION INFORMATION
Form of Payment AX 1000 $208.00
MERCH ID    Fare Plan    AUTH CODE    Tkt. Ptr.
06799    Pricing B07697    NOT VALID FOR TRAVEL
Accom Charge
        098191866776
Total Charge    SEE REVERSE SIDE FOR CONDITIONS OF CONTRACT.
$208.00    NRPT 96    STOCK CONTROL NO.    TKT NO - DO NOT MARK OR STAMP IN THIS BLOCK

REFUND/EXCHNGE PENALTIES MAY APPLY
OTHER TERMS AND CONDITIONS APPLY
PASSENGER RECEIPT

---

PURCHASE RECEIPT
Ticket Coupon
01 of 01
AMTRAK
PURCHASE RECEIPT

I acknowledge
accept billing to the credit card identified below

X
Name of Passenger
LAPINSKI/DANIEL
15May230113PM
From
To    125    WIL-WAS 15May23 $ 118.00

Date of Issue    Place of Issue    Res. #
WIL
800-USA-RAIL
RES# 6BB357-150523
TKT# 1359984053081

Riders    AMTRAK    Baggage
Name of Passenger
WASHINGTON,DC

PLEASE REFER TO YOUR ETICKET TRAVEL DOCUMENT FOR ADDITIONAL FARE RESTRICTION INFORMATION
Form of Payment AX 1000 $118.00
MERCH ID    Fare Plan    AUTH CODE    Tkt. Ptr.
09984    Pricing PL61011    NOT VALID FOR TRAVEL
Accom Charge
        068010255202
Total Charge    SEE REVERSE SIDE FOR CONDITIONS OF CONTRACT.
$118.00    NRPT 68    STOCK CONTROL NO.    TKT NO - DO NOT MARK OR STAMP IN THIS BLOCK

REFUND/EXCHANGE PENALTIES MAY APPLY
OTHER TERMS AND CONDITIONS APPLY
PASSENGER RECEIPT

---

The Wilmington Parking Authority
625 Orange Street
Wilmington, DE
19801

Receipt 6576/0662/662 05/16/23 17:11:14

010100 Pay Parking Ticket $   22.00
05/15/23 13:06 - 05/16/23 17:11
Length of stay: 1 Dy. 4 Hr. 5 Min.
029913778500116131354719502?

Total Amount    $   22.00

Credit Visa    $   22.00

Visa

LAPINSKI/DAN    0
Customer No. XXXX XXXX XXXX 2519
Amount = $ 22.00

*****************************
**    Thank you    **
**    Open 24 hours    **
*****************************



**PURCHASE RECEIPT**

Ticket Coupon 01 of 01

**AMTRAK**

Name of Passenger
WASHINGTON, DC

800-USA-RAIL
RES# 6CE9A0-160523
TKT# 1366799055326

Name of Passenger
LAPINSKI/DANIEL
16May230316PM
From 2172 WAS-WIL 16May23 $208.00

PLEASE REFER TO YOUR ETICKET TRAVEL DOCUMENT FOR ADDITIONAL FARE RESTRICTION INFORMATION

Form of Payment AX 1000 $208.00

MERCH ID
06799
Accom Charge

Fare Plan AUTH CODE
Pricing 507697          NOT VALID FOR TRAVEL

REFUND/EXCHNGE PENALTIES MAY APPLY
OTHER TERMS AND CONDITIONS APPLY

Total Charge
$208.00

098191866776
SEE REVERSE SIDE FOR CONDITIONS OF CONTRACT.
NRPT 96   STOCK CONTROL NO.     TKT NO - DO NOT MARK OR STAMP IN THIS BLOCK

PASSENGER RECEIPT

---

**AMTRAK**
**PURCHASE RECEIPT**

Ticket Coupon 01 of 01

PURCHASE RECEIPT

Name of Passenger
WASHINGTON, DC

800-USA-RAIL
RES# 6BB357-150523
TKT# 1359984053081

Name of Passenger
LAPINSKI/DANIEL
15May230113PM
From 125 WIL-WAS 15May23 $118.00

PLEASE REFER TO YOUR ETICKET TRAVEL DOCUMENT FOR ADDITIONAL FARE RESTRICTION INFORMATION

Form of Payment AX 1000 $118.00

MERCH ID
09984
Accom Charge

Fare Plan AUTH CODE
Pricing PL61011          NOT VALID FOR TRAVEL

REFUND/EXCHANGE PENALTIES MAY APPLY
OTHER TERMS AND CONDITIONS APPLY

Total Charge
$118.00

068010255202
SEE REVERSE SIDE FOR CONDITIONS OF CONTRACT.
NRPT 68   STOCK CONTROL NO.     TKT NO - DO NOT MARK OR STAMP IN THIS BLOCK

PASSENGER RECEIPT

---

The Wilmington Parking Authority
625 Orange Street
Wilmington, DE
19801

Receipt 05676/0662/662  05/16/23 17:11:14

010100 Pay Parking Ticket $   22.00
05/15/23 13:06 - 05/16/23 17:11
Length of stay: 1 Dy. 4 Hr. 5 Min.
0291377850011613354719502?

Total Amount      $   22.00

Credit Visa       $   22.00

                  Visa

LAPINSKI/DAN    0
Customer No. XXXX XXXX XXXX 2519
Amount = $ 22.00

***********************************
**        Thank you              **
**      Open 24 hours            **
***********************************



**PURCHASE RECEIPT**
Ticket Coupon
01 of 01

AMTRAK

WAS

800-USA-RAIL
RES# 6CE9A0-160523
TKT# 1366799055326

16May230316PM

LAPINSKI/DANIEL
2172 WAS-WIL 16May23 $ 208.00

Name of Passenger
WASHINGTON,DC

PLEASE REFER TO YOUR ETICKET TRAVEL DOCUMENT FOR ADDITIONAL FARE RESTRICTION INFORMATION

Form of Payment AX 1000 $208.00

MERCH ID
06799

AUTH CODE
Pricing 507697    NOT VALID FOR TRAVEL

Total Charge
$208.00

098191866776
SEE REVERSE SIDE FOR CONDITIONS OF CONTRACT.
NRPT 96   STOCK CONTROL NO.

REFUND/EXCHNGE PENALTIES MAY APPLY
OTHER TERMS AND CONDITIONS APPLY

PASSENGER RECEIPT

---

**PURCHASE RECEIPT**
Ticket Coupon
01 of 01

AMTRAK

WIL
800-USA-RAIL
RES# 6BB357-150523
TKT# 1359984053081

15May230113PM

LAPINSKI/DANIEL
125  WIL-WAS  15May23 $ 118.00

Name of Passenger
WASHINGTON,DC

PLEASE REFER TO YOUR ETICKET TRAVEL DOCUMENT FOR ADDITIONAL FARE RESTRICTION INFORMATION

Form of Payment AX 1000 $118.00

MERCH ID
09984

AUTH CODE
Pricing PL61011   NOT VALID FOR TRAVEL

Total Charge
$118.00

068010255202
SEE REVERSE SIDE FOR CONDITIONS OF CONTRACT.
NRPT 68   STOCK CONTROL NO.

REFUND/EXCHANGE PENALTIES MAY APPLY
OTHER TERMS AND CONDITIONS APPLY

PASSENGER RECEIPT

---

The Wilmington Parking Authority
625 Orange Street
Wilmington, DE
19801

Receipt 6576/0662/662  05/16/23 17:11:14

010100 Pay Parking Ticket $   22.00
05/15/23 13:06 - 05/16/23 17:11
Length of stay: 1 Dy. 4 Hr. 5 Min.
029913778500116131354719502?

Total Amount      $   22.00

Credit Visa       $   22.00

Visa

LAPINSKI/DAN    0
Customer No. XXXX XXXX XXXX 2519
Amount = $ 22.00

***********************************
**         Thank you             **
**       Open 24 hours           **
***********************************

**Receipt 24 – Mileage 108.08 – No Receipt**

**Receipt 25 – Mileage 45.85 – No Receipt**

## Receipt 26 – Mileage 35.37 – No Receipt

## Receipt 27 – Mileage 35.37 – No Receipt

HILTON GARDEN INN WASHINGTON DC - DOWNTOWN
815 14TH NW
WASHINGTON, DC  20005
United States of America
TELEPHONE 202-783-7800   • FAX 202-783-7801
Reservations
www.hilton.com or 1 800 HILTONS

LAPINSKI, DANIEL

UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 808/Q2 |
| Arrival Date: | 5/15/2023  3:38:00 PM |
| Departure Date: | 5/16/2023 1:59:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | MRODBHAJON1 |
| Room Rate: | 399.18 |
| AL: | |
| HH # | 218523792 GOLD |
| VAT # | |
| Folio No/Che | 1210673 A |

Confirmation Number: 3383756686

HILTON GARDEN INN WASHINGTON DC - DOWNTOWN 5/16/2023 1:58:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 5/15/2023 | 6084445 | GUEST ROOM | $399.18 |
| 5/15/2023 | 6084445 | WASHINGTON, DC ROOM TAX | $63.67 |
| 5/16/2023 | 6084765 | AX *1000 | ($462.85) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 809041 | MERCHANT ID | 0000059899 |
| CARD NUMBER | AX *1000 | EXP DATE | 12/26 |
| TRANSACTION ID | 6084765 | TRANS TYPE | Sale |



Princeton Marriott at Forrestal
Iron & Ivy
100 College Road East
Princeton, New Jersey 08540

Check No      : 3737
Table No      : 0
Server        : 191547 LINDSAY
Name on Card  :
Acct Num      : XXXXXXXXXXX1000
Expiry Date   : **/**
Card Type     : AMEX
Trans Type    : Authorize
Trans Date    : 6/29/2023
Trans Time    : 6:07 PM
Entry Mode    : Chip
Auth Code     : 885597
Resp Code     : 00
Mode          : Issuer
App Label     : AMERICAN EXPRESS
AID           : A000000025010801
ARC           : 00
TVR           : 0000008000
TSI           : F800
IAD           : 0658010360A806

00      Approved - Thank You      000

Subtotal     : USD$          42.65

Gratuity :          1.-

Total :             50.65

X_____
              Signature
I Agree to pay total amount as
per the Card Issuer Agreement.
        Merchant Copy

## Receipt 30 – Mileage 45.85 – No Receipt

## Receipt 31 – Mileage 45.85 – No Receipt



**PRINCETON MARRIOTT FORRESTAL**                                    **GUEST FOLIO**

| 1412 | LAPINSKI/D | 234.00 | 06/13/23 | 12:00 | 56087 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| CK | OT TRAVEL | | 06/12/23 | 19:32 | |
| TYPE | | | ARRIVE | TIME | |
| 93 | | | | | |

| ROOM CLERK | ADDRESS | PAYMENT | | | MBV#:    XXXXX8654 |
|---|---|---|---|---|---|

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 06/12 | TR ROOM    1412, 1 | 234.00 | | |
| 06/12 | ROOM TAX   1412, 1 | 15.50 | | |
| 06/12 | OCC TAX    1412, 1 | 11.70 | | |
| 06/12 | MUNI TX    1412, 1 | 7.02 | | |
| 06/13 | VS CARD | | $268.22 | |

TO BE SETTLED TO:    VISA        CURRENT BALANCE   .00

THANK YOU FOR CHOOSING PRINCETON MARRIOTT FORRESTAL
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2130<br>ROOM | LAPINSKI/DANIEL<br>NAME | 199.00<br>RATE | 06/30/23<br>DEPART | 11:02<br>TIME | | 57347<br>ACCT# |
| GDA<br>TYPE | LTL TRIAL | | 06/27/23<br>ARRIVE | 21:28<br>TIME | | 54411<br>GROUP |
| 11<br>ROOM<br>CLERK | 19 BRIAR COURT<br>SOUTH ORANGE  NJ  07079<br>ADDRESS | | AXXXXXXXXXXXXX1000<br>PAYMENT | | MBV#: | |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 06/27 | GP ROOM          2130, 1 | 199.00 | | |
| 06/27 | ROOM TAX         2130, 1 | 13.18 | | |
| 06/27 | OCC TAX          2130, 1 | 9.95 | | |
| 06/27 | MUNI TX          2130, 1 | 5.97 | | |
| 06/28 | GP ROOM          2130, 1 | 199.00 | | |
| 06/28 | ROOM TAX         2130, 1 | 13.18 | | |
| 06/28 | OCC TAX          2130, 1 | 9.95 | | |
| 06/28 | MUNI TX          2130, 1 | 5.97 | | |
| 06/29 | GP ROOM          2130, 1 | 199.00 | | |
| 06/29 | ROOM TAX         2130, 1 | 13.18 | | |
| 06/29 | OCC TAX          2130, 1 | 9.95 | | |
| 06/29 | MUNI TX          2130, 1 | 5.97 | | |
| 06/30 | CCARD-AX | | 684.30 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXX1000
*********** AUTHORIZATION *************
APPROVED Card Type: AMEX Card Entry: CHIP Acct #: ***********1000 Approval Code: 809276
********** EMV AUTHORIZATION **********
App Label: AMERICAN EXPRESS Mode: Issuer
AID: A000000025010801 TVR: 0000008000 IAD: 0658010360A406 TSI: E800 ARC: 00 AC: DEB9A700805C5FB2
CVM: 5E0300

.00

=============================== EXP. REPORT SUMMARY ===============================

| | | |
|---|---|---|
| 06/27 | GP ROOM | 199.00 |
| | ROOM TAX | 13.18 |
| | OCC TAX | 9.95 |
| | MUNI TX | 5.97 |
| 06/28 | GP ROOM | 199.00 |
| | ROOM TAX | 13.18 |
| | OCC TAX | 9.95 |
| | MUNI TX | 5.97 |
| 06/29 | GP ROOM | 199.00 |
| | ROOM TAX | 13.18 |
| | OCC TAX | 9.95 |
| | MUNI TX | 5.97 |

**See our "Privacy & Cookie Statement" on Marriott.com**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X