EXHIBIT MEMBER REPRESENTATIVE #4

Robinson Calcagnie, Inc. - $40,618.64

| Case Name: In re LTL Management, LLC 2.0 | | | |
|---|---|---|---|
| Case No.:  23-01092 (MBK) | | | |
| | | | |
| **SCHEDULE OF EXPENSES FOR MEMBERS AND MEMBERS' REPRESENTATIVES** | | | |
| **OF THE OFFICIAL TALC CLAIMANTS COMMITTEE OF LTL MANAGEMENT, LLC** | | | |
| | | | |
| Applicant Name:__Robinson Calcagnie, Inc.___ | | | |
| Role: _____ | Total Expenses Requested: | **40,618.64** | |
| | | | |
| **SCHEDULE OF EXPENSES** | | | |
| Date(s) Incurred | Expense Detail (e.g., hotel, airfair and reason) | Expense Amount | |
| 04/17/2023 | MPRobinson Car svc JFK/Htl 4/17/23 Limolink | 500.53 | |
| 04/18/2023 | MPRobinson Air AA SNA/JFK 4/17/23 | 1,654.90 | |
| 04/18/2023 | MPRobinson Air Delta JFK/SNA 4/18/23 | 1,378.90 | |
| 04/18/2023 | MPRobinson Car Svc LAX to residence 4/18/23 Limolink | 173.50 | |
| 04/18/2023 | MPRobinson car svc 4/18/23 EWR Htl/Chouse/JFK Limolink | 1,174.86 | |
| 04/18/2023 | Tracy Hughes AA SNA/JFK 4/17/23 RT | 3,277.81 | |
| 04/18/2023 | MPRobinson Hotel-Princeton Marriott Forrestal | 296.88 | |
| 04/18/2023 | Tracy Hughes-Princeton Marriott Forrestal | 296.88 | |
| 05/01/2023 | MPRobinson car svc 5/1/23 Hotel-Knickerbocker | 805.88 | |
| 05/01/2023 | MPRobinson car svc NYC JFK/htl 5/1/23 Limolink | 233.76 | |
| 05/01/2023 | MPRobinson Air AA SNA/JFK 5/1/23 | 3,197.80 | |
| 05/15/2023 | MPRobinson car Svc IAD 5/15/23 Limolink | 209.15 | |
| 05/15/2023 | Hughes/Tracy tkt fee 5/15/23 | 27.00 | |
| 05/15/2023 | Hughes/T Air IAD/LAX UA 5/15/23 | 1,198.91 | |
| 05/16/2023 | Tracy Hughes-Airport Food LAX | 17.72 | |
| 05/16/2023 | Tracy Hughes-Airport Food | 8.87 | |
| 05/16/2023 | Tracy Hughes-wifi United Device 1 | 8.00 | |
| 05/16/2023 | Tracy Hughes-United Device 2 | 10.00 | |
| 05/16/2023 | Tracy Hughes-Uber LAX to home | 319.96 | |
| 05/16/2023 | Tracy Hughes-Taxi Reagan National to Willard Hotel | 17.79 | |
| 05/16/2023 | Tracy Hughes-wifi Alaska device 1 | 8.00 | |
| 05/16/2023 | Tracy Hughes-wifi Alaska Device 2 | 8.00 | |
| 05/16/2023 | Tracy Hughes-Tip for Porter | 5.00 | |
| 05/16/2023 | Tracy Hughes-Lodging - Willard | 835.56 | |
| 05/16/2023 | Tracy Hughes-Tip for Bag Keeper | 5.00 | |
| 05/16/2023 | Tracy Hughes-Taxi to Washington Dulles | 76.45 | |
| 05/16/2023 | Tracy Hughes-Uber NB to LAX | 83.36 | |
| 05/16/2023 | Hughes/T Air LAX/DCA AS 5/16/23 | 1,598.90 | |
| 05/16/2023 | MPRobinson Air IAD/LAx UA 5/16/23 | 1,198.91 | |
| 05/17/2023 | MPRobinson Air DCA/LAX 5/17/23 | 1,308.90 | |
| 5/17/2023 | Mark Robinson-Willard Intercontinental | 4,408.84 | |
| 04/17/2023 | MPRobinson tkt fee 4/17/23 | 27.00 | |
| 05/01/2023 | MPRobinson tkt fee 5/01/23/23 | 27.00 | |
| 05/16/2023 | MPRobinson tkt fee 5/16/23 | 27.00 | |
| 06/12/2023 | Hughes/Tracy tkt fee 6/12/23 | 27.00 | |
| 06/12/2023 | MPRobinson tkt fee 6/12/23 | 27.00 | |
| 06/12/2023 | Tracy Hughes-Marriott Tip for Housekeeper | 5.00 | |
| 06/12/2023 | Tracy Hughes-United wifi | 8.00 | |
| 06/12/2023 | Tracy Hughes-United wifi | 8.00 | |
| 06/12/2023 | Tracy Hughes-Water/Snacks @ Airport | 12.80 | |
| 06/12/2023 | Tracy-Hughes-Food, Water @ Airport | 18.06 | |
| 06/12/2023 | Tracy & Mark Dinner @ Airport | 29.85 | |
| 06/12/2023 | Tracy Hughes-Forrestal Marriott - Lodging | 309.86 | |
| 06/12/2023 | MPRobinson Air SNA/EWR RT UA 6/12/23 | 2,557.79 | |
| 06/12/2023 | Hughes/Tracy  Air SNA/EWR RT UA 6/12/23 | 2,557.79 | |
| 06/13/2023 | MPRobinson Car Svc SNA to residence 6/13/2023 Limolink | 128.60 | |
| 6/13/2023 | MPRobinson & Tracy Hughes car Service EWR 6/13/2023 Prodan Limousine | 1,110.85 | |
| 6/13/2023 | Mark Robinson-Princeton Marriott Forrestal | 285.42 | |
| 06/28/2023 | MPRobinson tkt fee 6/26/23 | 27.00 | |
| 06/28/2023 | Hughes/Tracy tkt fee 6/26/2023 | 27.00 | |
| 06/28/2023 | MPRobinson Air SNA/EWR RT UA 6/26/23 | 2,087.79 | |
| 06/28/2023 | Hughes/Tracy Air SNA/EWR RT UA 6/26/23 | 2,087.79 | |
| 6/28/2023 | MPRobinson car Service EWR 6/26 to 6/28/23 Prodan Limousine- Tracy & Mark Robinson | 2,150.00 | |
| 06/30/2023 | Tracy Hughes-United wifi | 10.00 | |
| 06/30/2023 | Tracy Hughes-Unoted wifi Denver to SNA | 10.00 | |
| 06/30/2023 | Tracy-Hughes-Internet American Airlines | 25.00 | |
| 06/30/2023 | Tracy Hughes-Forestal Marriott Lodging | 1,003.66 | |

| | | | |
|---|---|---|---|
| 6/30/2023 | MPRobinson car Service EWR 6/29 to 6/30/23 Prodan Limousine- Tracy & Mark Robinson | 665.00 | |
| 6/30/2023 | Mark Robinson-Princeton Marriott Forrestal | 1,012.36 | |

**limolink®**
*driven to be there for you.*

**Receipt**

3375 Armar Drive
Marion IA 52302
Accounting : 1-877-789-6328
E-MAIL : accounting@limolink.com

| Reservation Number: | 3704297-001 |
|---|---|
| Date: | 04/19/2023 |
| Page: | 1 |

*Talc*
*478661*

Paid By :

Kathryn Thompson
KT Travel

Booked By :

Kathy Thompson
KT Travel
325 Ave D
Snohomish, WA 98290

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3704297-001 | BA: Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|
| **Cust Ref:** | | | Transfer | | $850.00 |
| | | | Tolls | | $40.87 |
| Mark P Robinson | 4/17/2023 9:43:00 PM    SUV | | AirportFee | | $2.50 |
| | | | Parking | | $12.00 |
| **Pick Up:** | **Drop Off:** | | WaitTime | 29 Minutes @ 3.30 | $95.70 |
| AIRPORT: JFK, John F. Kennedy | Princeton Marriott at Forrestal | | Payment | Paid By Visa 4544 | ($1,001.07) |
| International Airport | 100 College Rd E | | | | |
| AIRLINE: American | Princeton, New Jersey, 08540 | | | USD    Total | $0.00 |
| FLIGHT#: 976 | United States | | | | |
| ARRIVING: 9:43 PM | | | | | |
| FROM: SNA | | | | | |
| **Stops:** | | | | | |
| | | | | | |
| **On Board:** 10:42 PM | **Drop:** | | | | |

*1/2 Invoice = $500.53*

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents
to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate
of 1.5% per month.

# ALTOUR

**ALTOUR NEWPORT BEACH**
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

---

## Electronic Invoice

**Prepared For:**

**ROBINSON/MARK PARKER**

Ref: **CASE TALC 48661**

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0135828 |
| INVOICE ISSUE DATE | 12 Apr 2023 |
| RECORD LOCATOR | RPCUPA |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
-------------------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
-------------------------------------------------

## DATE: Mon, Apr 17

**Flight AMERICAN AIRLINES 976**

| | | | |
|---|---|---|---|
| From | SANTA ANA, CA | Departs | 1:41pm |
| To | NEW YORK JFK, NY | Arrives | 9:59pm |
| | | Arrival Terminal | 8 |
| Duration | 5hr(s) 18min(s) | | |
| Type | | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 01F | AA  - XXXXX 58 |

## DATE: Tue, Apr 18

**Flight UNITED AIRLINES 1342**

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 6:29pm |
| To | SANTA ANA, CA | Arrives | 9:45pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 16min(s) | | |
| Type | | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 01E | UA  - XXXXXX 41 |

*(handwritten: Did not take flight)*

## DATE: Mon, Sep 18

**Others**

| | |
|---|---|
| | SANTA ANA |
| | RETAIN |

## Ticket Information

| Ticket Number | AA 7959829809 | Passenger | ROBINSON MARK PARKER | | |
|---|---|---|---|---|---|
| Ticket Number | UA 7959829810 | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 4,762.90 |
| | | Passenger | ROBINSON MARK PARKER | | |
| Service Fee | XD 0848210858 | Billed to: | VI XXXXXXXXXXXX4544 | USD | * ~~1,737.90~~ *RFD* |
| | | Passenger | ROBINSON MARK PARKER | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

| | | |
|---|---|---|
| **SubTotal** | USD 6,527.80 |
| **Net Credit Card Billing** | * USD 6,527.80 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
LOWEST UNRESTRICTED COACH FARE ON ABOVE ITIN INCL ~~TAX 3277.81~~ → *1 way SNA/JFK $1,654.90*
*******************************************
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

**limolink®**
Driven to be there for you.

3375 Armar Drive
Marion IA 52302
Accounting : 1-877-789-6328
E-MAIL : accounting@limolink.com

**Receipt**

| Reservation Number: | 3707408-001 |
|---|---|
| Date: | 04/20/2023 |
| Page: | 1 |

**Paid By :**

Kathryn Thompson
KT Travel

**Booked By :**

Kathy Thompson
KT Travel
325 Ave D
Snohomish, WA 98290

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3707408-001 | BA: Kathy Thompson | | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | Transfer | | $333.00 |
| | | | | AirportFee | | $5.00 |
| Mark P Robinson | 4/18/2023 5:00:00 PM | Sedan | | Parking | | $9.00 |
| | | | | Payment | Paid By Visa 4544 | ($347.00) |
| **Pick Up:** | **Drop Off:** | | | | | |
| AIRPORT: LAX, Los Angeles International Airport | 103 Bayside Pl | | | USD   Total | | $0.00 |
| AIRLINE: Delta | Corona Del Mar, California, 92625 | | | | | |
| FLIGHT#: 685 | United States | | | | | |
| ARRIVING: 5:00 PM | | | | | | |
| FROM: JFK | | | | | | |
| **Stops:** | | | | | | |
| **On Board: 5:30 PM** | **Drop:** | | | | | |

1/2 Invoice = $ 173.50

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.

# Receipt



3375 Armar Drive
Marion IA 52302
Accounting : 1-877-789-6328
E-MAIL : accounting@limolink.com

| Reservation Number: | 3704297-002 |
|---|---|
| Date: | 04/19/2023 |
| Page: | 1 |

**Paid By :**

Kathryn Thompson
KT Travel

**Booked By :**

Kathy Thompson
KT Travel
325 Ave D
Snohomish, WA 98290

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3704297-002 | BA: Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|
| **Cust Ref:** | | | Hourly | 11.50 Hours @ 198.00 | $2,277.00 |
| | | | Tolls | | $67.22 |
| Mark P Robinson | 4/18/2023 7:30:00 AM | SUV | AirportFee | | $2.50 |
| **Pick Up:** | **Drop Off:** | | Parking | | $3.00 |
| Princeton Marriott at Forrestal | AIRPORT: EWR, Newark Liberty | | Payment | Paid By Visa 4544 | ($2,349.72) |
| 100 College Rd E | International Airport | | | | |
| Princeton, New Jersey, 08540 | AIRLINE: United | | | USD    Total | $0.00 |
| United States | FLIGHT#: 1342 | | | | |
| | DEPARTING: 6:29 PM | | | | |
| | TO: SNA | | | | |
| **Stops:** | | | | | |
| 1. Federal Courthouse, 402 E State St, Trenton, New Jersey, 08608, United States | | | | | |
| **On Board:** 8:59 AM      **Drop:** 5:09 PM | | | | | |

1/2  Invoice =   $1,174.86

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents
to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate
of 1.5% per month.

# ALTOUR

ALTOUR NEWPORT BEACH
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**

**ROBINSON/MARK PARKER**                Ref:  **CASE TALC 48661**

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0135879 |
| INVOICE ISSUE DATE | 18 Apr 2023 |
| RECORD LOCATOR | EISDHY |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes  *Lowest 1 way coach. $ 1378.90*

ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS

## DATE: Tue, Apr 18

**Flight DELTA AIR LINES INC 685**

| | | | |
|---|---|---|---|
| From | NEW YORK JFK, NY | Departs | 1:45pm |
| To | LOS ANGELES, CA | Arrives | 5:00pm |
| Departure Terminal | 4 | Arrival Terminal | 3 |
| Duration | 6hr(s) 15min(s) | Cabin | Business |
| Type | BOEING 767-300 WINGLETS | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 09B | DL  - XXXXXXXX 18 |

## DATE: Mon, Sep 18

**Others**

LOS ANGELES
RETAIN

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| Ticket Number | DL 7959829860 | Passenger | ROBINSON MARK PARKER | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 1,198.91 |
| Service Fee | XD 0848351045 | Passenger | ROBINSON MARK PARKER | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

SubTotal   USD 1,225.91
Net Credit Card Billing   * USD 1,225.91

# ALTOUR

**ALTOUR NEWPORT BEACH**
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**

**HUGHES/TRACY ELIZABETH**                  Ref: **CASE TALC 48661**

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0135829 |
| INVOICE ISSUE DATE | 12 Apr 2023 |
| RECORD LOCATOR | FOBFWJ |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
------------------------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
------------------------------------------------

### DATE: Mon, Apr 17

**Flight AMERICAN AIRLINES 976**

| | | | |
|---|---|---|---|
| From | SANTA ANA, CA | Departs | 1:41pm |
| To | NEW YORK JFK, NY | Arrives | 9:59pm |
| | | Arrival Terminal | 8 |
| Duration | 5hr(s) 18min(s) | | |
| Type | | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | HUGHES/TRACY ELIZABETH | Seat(s) - 01A | AA - XXXXX 20 |

### DATE: Tue, Apr 18

**Flight UNITED AIRLINES 1342**

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 6:29pm |
| To | SANTA ANA, CA | Arrives | 9:45pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 16min(s) | | |
| Type | | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | HUGHES/TRACY ELIZABETH | | UA - XXXXXX 18 |

### DATE: Mon, Sep 18

**Others**

| | |
|---|---|
| | SANTA ANA |
| | RETAIN |

## Ticket Information

| | | | | | | |
|---|---|---|---|---|---|---|
| **Ticket Number** | UA 7959829811 | **Passenger** | HUGHES TRACY ELIZABETH | | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 1,737.90 |
| **Ticket Number** | AA 7959829812 | **Passenger** | HUGHES TRACY ELIZABETH | | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 4,762.90 |
| **Service Fee** | XD 0848210859 | **Passenger** | HUGHES TRACY ELIZABETH | | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

| | | |
|---|---|---|
| **SubTotal** | USD | 6,527.80 |
| **Net Credit Card Billing** | * USD | 6,527.80 |
| | | ---------- |
| **Total Amount Due** | USD | 0.00 |

**ITINERARY NOTES:**
LOWEST UNRESTRICTED COACH FARE ON ABOVE ITIN INCL TAX..3277.81 — Roundtrip
LOWEST UNRESTRICTED COACH FARE ON ABOVE ITIN INCL TAX..3277.81
**********************************************
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.



**MARRIOTT**

PRINCETON MARRIOTT FORRESTAL

**GUEST FOLIO**

| 1121 ROOM | HUGHES/TRACYELIZABET NAME | 259.00 RATE | 04/18/23 DEPART | TIME | DUPLICATEL 19:06 | 48227 ACCT# |
|---|---|---|---|---|---|---|
| GDA TYPE | ROBINSON CALCAGNIE 19 CORPORATE PLAZA NEWPORT BEACNCA | | 04/17/23 ARRIVE | TIME | | |
| ROOM CLERK | 92660 ADDRESS | AXXXXXXXXXXXXX1004 PAYMENT | | | MB#: | 200342132 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 04/17 | TELECOM        FREEHSIA | .00 | | |
| 04/17 | TR ROOM        1121, 1 | 259.00 | | |
| 04/17 | ROOM TAX       1121, 1 | 17.16 | | |
| 04/17 | OCC TAX        1121, 1 | 12.95 | | |
| 04/17 | MUNI TX        1121, 1 | 7.77 | | |
| 04/18 | CCARD-AX | | 296.88 | |

AXXXXXXXXXXXXX1004
************ AUTHORIZATION *************
APPROVED
Total: $309.00 Card Type: AMEX Card Entry: CHIP Acct #: ***********1004 Approval Code: 879491
********* EMV AUTHORIZATION ***********
App Label: AMERICAN EXPRESS Mode: Issuer
AID: A000000025010801 TVR: 0000008000 IAD: 065A010360A002 TSI: F800 ARC: 00 AC: 6E4D973934E776DB
CVM: 5E0300

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 04/18 | FEDEX          ITEM#232 | 10.00 | | |
| 04/18 | CCARD-AX | | 10.00 | |

AXXXXXXXXXXXXX1004

.00



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



PRINCETON MARRIOTT FORRESTAL                    GUEST FOLIO

| 130 ROOM | ROBINSON/MARK/MR NAME | 259.00 RATE | 04/18/23 DEPART | TIME | DUPLICATEL 19:06 | 48228 ACCT# |
| GD TYPE | ROBINSON CALCAGNIE | | 04/17/23 ARRIVE | TIME | | |
| | 19 CORPORATE PLAZA | | | | | |
| | NEWPORT BEACNCA | | | | | |
| ROOM CLERK | 92660 ADDRESS | VSXXXXXXXXXXXX4459 PAYMENT | | | MB#: | 354251170 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|------|-----------|---------|---------|--------------|
| 04/17 | TR ROOM        130, 1 | 259.00 | | |
| 04/17 | ROOM TAX       130, 1 | 17.16 | | |
| 04/17 | OCC TAX        130, 1 | 12.95 | | |
| 04/17 | MUNI TX        130, 1 | 7.77 | | |
| 04/18 | CCARD-VS | | 296.88 | |

VSXXXXXXXXXXXX4459
*********** AUTHORIZATION *************
APPROVED
Total: $309.00 Card Type: VISA Card Entry: CHIP Acct #: ************4459 Approval Code: 145095
********** EMV AUTHORIZATION **********
App Label: VISA DEBIT Mode: Issuer
AID: A0000000031010 TVR: 8000008000 IAD: 06021203608000 TSI: 6800 ARC: 00 AC: 0C17941F0B87C32A CVM: 5E0000
.00



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

# ALTOUR

**ALTOUR NEWPORT BEACH**
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**
ROBINSON/MARK PARKER                          Ref:    CASE TALC 48661

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0135879 |
| INVOICE ISSUE DATE | 18 Apr 2023 |
| RECORD LOCATOR | EISDHY |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes

ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS

## DATE: Tue, Apr 18

**Flight DELTA AIR LINES INC 685**

| | | | |
|---|---|---|---|
| From | NEW YORK JFK, NY | Departs | 1:45pm |
| To | LOS ANGELES, CA | Arrives | 5:00pm |
| Departure Terminal | 4 | Arrival Terminal | 3 |
| Duration | 6hr(s) 15min(s) | Cabin | Business |
| Type | BOEING 767-300 WINGLETS | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 09B | DL - XXXXXXXX 18 |

## DATE: Mon, Sep 18

Others

LOS ANGELES
RETAIN

## Ticket Information

| Ticket Number | DL 7959829860 | Passenger | ROBINSON MARK PARKER | | | |
|---|---|---|---|---|---|---|
| | | Billed to: | VI XXXXXXXXXXXX4544 | | USD | * 1,198.91 |
| Service Fee | XD 0848351045 | Passenger | ROBINSON MARK PARKER | | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | | USD | * 27.00 |
| | | | | SubTotal | USD 1,225.91 | |
| | | | | Net Credit Card Billing | * USD 1,225.91 | |



**limolink®**
Driven to be there for you.

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

### Receipt

| Reservation Number: | 3701982-007 |
|---|---|
| Date: | 05/03/2023 |
| Page: | 1 |

Paid By :

Kathryn Thompson
KT Travel

Booked By :

Kathy Thompson
KT Travel
325 Ave D
Snohomish, WA 98290

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3701982-007 | BA: Kathy Thompson | | | Item | Description | Ext Price |
|---|---|---|---|---|---|---|
| **Cust Ref:** | | | | Transfer | | $303.00 |
| Mark P Robinson | | | | Tolls | | $10.17 |
| | 5/1/2023 10:33:00 PM | SUV | | AirportFee | | $2.50 |
| **Pick Up:** | **Drop Off:** | | | Parking | | $12.00 |
| AIRPORT: JFK, John F. Kennedy | The Knickerbocker | | | WaitTime | 30 Minutes @ 3.30 | $99.00 |
| International Airport | 6 Times Square | | | SalesTax | New York Sales Tax | $38.11 |
| AIRLINE: American | New York, New York, 10036 | | | CongestionSurcharge | | $2.75 |
| FLIGHT#: 976 | United States | | | Payment | Paid By Visa 4544 | ($467.53) |
| ARRIVING: 10:33 PM | | | | | | |
| FROM: SNA | | | | | | |
| **Stops:** | | | | | USD   Total | $0.00 |
| | | | | | | |
| **On Board:** 11:33 PM | **Drop:** | | | | | |

1/2 Invoice = $ 233.76

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents
to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate
of 1.5% per month.

# ALTOUR

**ALTOUR NEWPORT BEACH**
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**
ROBINSON/MARK PARKER

Ref:  **CASE TALC LTL 48661**

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0135966 |
| INVOICE ISSUE DATE | 02 May 2023 |
| RECORD LOCATOR | DZRNBN |
| CUSTOMER NUMBER | 567937 |

**Client Address**
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

**Notes**
--------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
--------------------------

## DATE: Tue, May 02

**Flight AMERICAN AIRLINES 306**

| | | | |
|---|---|---|---|
| From | NEW YORK JFK, NY | Departs | 4:55pm |
| To | LOS ANGELES, CA | Arrives | 8:09pm |
| Departure Terminal | 8 | | |
| Duration | 6hr(s) 14min(s) | Cabin | First |
| Type | 32B | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 07F | AA - XXXXX.58 |

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| Ticket Number | AA 7959829956 | Passenger | ROBINSON MARK PARKER | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | *4,124.90 |
| Service Fee | XD 0849063789 | Passenger | ROBINSON MARK PARKER | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

|  |  |
|---|---|
| **SubTotal** | USD 4,151.90 |
| **Net Credit Card Billing** | * USD 4,151.90 |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
*****************************************
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.

**ALTOUR**

**ALTOUR NEWPORT BEACH**
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**
**ROBINSON/MARK PARKER**

Ref: **CASE TALC LTL 48661**

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0135945 |
| INVOICE ISSUE DATE | 27 Apr 2023 |
| RECORD LOCATOR | VVPDMX |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
-----------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
-----------------------

## DATE: Mon, May 01

### Flight AMERICAN AIRLINES 976

| | | | |
|---|---|---|---|
| From | SANTA ANA, CA | Departs | 1:41pm |
| To | NEW YORK JFK, NY | Arrives | 9:59pm |
| | | Arrival Terminal | 8 |
| Duration | 5hr(s) 18min(s) | Cabin | First |
| Type | 32B | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 02F | AA - XXXXX 58 |

## DATE: Wed, May 03

### Flight UNITED AIRLINES 1342

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 6:29pm |
| To | SANTA ANA, CA | Arrives | 9:45pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 16min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 02E | UA - XXXXXX 41 |

## DATE: Tue, Oct 03

### Others

SANTA ANA

| **Refunded** | UA 7892955121 | **Passenger** | ROBINSON MARK PARKER | | |
|---|---|---|---|---|---|
| **Ticket Refund Original Invoice** | 0135566 | | | | |
| **Ticket Refund Original Invoice** | 0135566 | **Refunded** | VI XXXXXXXXXXXXX4544 | **USD** | - 4,308.79 |
| | | | Refunded to Credit Card | | |

| | Less Refund Amount | USD - 4,308.79 |
|---|---|---|
| | Total Amount Due | USD 0.00 |

**ITINERARY NOTES:**
LOWEST COACH UNRESTRICTED AIRFARE INCL ALL TAXES. 3197.80 PP
*****************************************
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

# This is your receipt

*Talc*
*LTL*
*#48061*

## Your details

Name                      Kathy Thompson obo Mark Robinson

Date                      Apr 27, 2023

Booking number            2645692007

Property name             The Knickerbocker

Property address          6 Times Square
                          New York (New York), United States of America
                          NY 10036

Check-in                  Monday, May 1, 2023

Check-out                 Tuesday, May 2, 2023

**Amount paid on Apr 27,**                              **US$805.88**
**2023**

Your receipt is automatically generated
This is proof of your transaction – you can't use it to claim VAT.
Note: This isn't an invoice
A valid invoice for tax purposes can only be issued by the property

# limolink®
Driven to be there for you.

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

**Receipt**

48661

| Reservation Number: | 3720124-001 |
|---|---|
| Date: | 05/15/2023 |
| Page: | 1 |

**Paid By :**

Kathryn Thompson
KT Travel

**Booked By :**

Kathy Thompson
KT Travel
325 Ave D
Snohomish,WA 98290

**Payment Terms**

**Credit Card Receipt**

| Res No: 3720124-001 | BA: Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|
| **Cust Ref:** | | | Transfer | | $357.80 |
| | | | AirportFee | | $5.00 |
| Mark P Robinson | 5/15/2023 2:48:00 PM | SUV | Parking | | $6.00 |
| **Pick Up:** | **Drop Off:** | | WaitTime | 15 Minutes @ 3.30 | $49.50 |
| AIRPORT: IAD, Dulles International Airport | Willard InterContinental Hotel | | Payment | Paid By Visa 4544 | ($418.30) |
| AIRLINE: United | 1401 Pennsylvania Ave NW | | | | |
| FLIGHT#: 229 | Washington, District of Columbia, 20004 | | | USD    Total | $0.00 |
| ARRIVING: 2:48 PM | United States | | | | |
| FROM: DUB | | | | | |
| **Stops:** | | | | | |
| | | | | | |
| **On Board: 3:33 PM** | **Drop:** | | | | |

1/2 INVOICE = $209.15

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents
to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate
of 1.6% per month.

# ALTOUR

**ALTOUR NEWPORT BEACH**
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**
**HUGHES/TRACY ELIZABETH**                    Ref: **CASE TALC 48661**

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0136030 |
| INVOICE ISSUE DATE | 10 May 2023 |
| RECORD LOCATOR | YFREYX |
| CUSTOMER NUMBER | 567937 |

**Client Address**
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

**Notes**
-------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
-------------------

## DATE: Mon, May 15

**Flight ALASKA AIRLINES 6**

| | | | |
|---|---|---|---|
| From | LOS ANGELES, CA | Departs | 1:00pm |
| To | WASHINGTON REAGAN, DC | Arrives | 8:59pm |
| Departure Terminal | 6 | Arrival Terminal | 2 |
| Duration | 4hr(s) 59min(s) | Cabin | Business |
| Type | BOEING 737 800 JET | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | HUGHES/TRACY ELIZABETH | Seat(s) - 01A | AS  - XXXXXXX 66 |

## DATE: Tue, May 16

**Flight UNITED AIRLINES 2276**

| | | | |
|---|---|---|---|
| From | WASHINGTON DULLES, DC | Departs | 6:05pm |
| To | LOS ANGELES, CA | Arrives | 8:39pm |
| | | Arrival Terminal | 7 |
| Duration | 5hr(s) 34min(s) | Cabin | First |
| Type | BOEING 787-9 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | HUGHES/TRACY ELIZABETH | Seat(s) - 09F | UA  - XXXXXX 18 |

## DATE: Mon, Oct 16

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| Ticket Number | UA 7967328281 | Passenger | HUGHES TRACY ELIZABETH | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 1,001.90 |
| Ticket Number | AS 7967328282 | Passenger | HUGHES TRACY ELIZABETH | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 1,898.90 |
| Service Fee | XD 0849566339 | Passenger | HUGHES TRACY ELIZABETH | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

*Unrestricted Coach outbound 1198.91*
*" " Return 1598.90*
*2,797.81*

| | |
|---|---|
| SubTotal | USD 2,927.80 |
| Net Credit Card Billing | * USD 2,927.80 |
| Total Amount Due | USD 0.00 |

**ITINERARY NOTES:**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

# ALTOUR

**ALTOUR NEWPORT BEACH**
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**
ROBINSON/MARK PARKER
ROBINSON/MELODY ANN

*TALC 48661*

Ref:   ~~ABOTA 7000~~
Ref:   ABOTA 7000

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0136061 |
| INVOICE ISSUE DATE | 15 May 2023 |
| RECORD LOCATOR | CDQSQN |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes

ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS

## DATE: Fri, May 05

**Flight AIR FRANCE 65**

| | | | |
|---|---|---|---|
| From | LOS ANGELES, CA | Departs | 3:20pm |
| To | PARIS DE GAULLE, FRANCE | Arrives | 11:10am |
| Duration | 10hr(s) 50min(s) | | |
| Type | | Meal | |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 01F | DL  - XXXXXXXX 18 |
| | ROBINSON/MELODY ANN | Seat(s) - 01L | DL  - XXXXXXXX 20 |

## DATE: Sat, May 06

**Flight AIR FRANCE 1094**

| | | | |
|---|---|---|---|
| From | PARIS DE GAULLE, FRANCE | Departs | 12:35pm |
| To | CORK, IRELAND | Arrives | 1:25pm |
| Duration | 1hr(s) 50min(s) | | |
| Type | | Meal | |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 01C | DL  - XXXXXXXX 18 |
| | ROBINSON/MELODY ANN | Seat(s) - 01A | DL  - XXXXXXXX 20 |

## DATE: Mon, May 15

**Flight UNITED AIRLINES 229**

| | | | |
|---|---|---|---|
| From | DUBLIN, IRELAND | Departs | 12:15pm |
| To | WASHINGTON DULLES, DC | Arrives | 3:10pm |
| Departure Terminal | 2 | | |
| Duration | 7hr(s) 55min(s) | | |
| Type | | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 06A | UA - XXXXXX 41 |
| | ROBINSON/MELODY ANN | Seat(s) - 06D | UA - XXXXXX 03 |

## DATE: Wed, May 17

**Flight ALASKA AIRLINES 5**

| | | | |
|---|---|---|---|
| From | WASHINGTON REAGAN, DC | Departs | 9:10am |
| To | LOS ANGELES, CA | Arrives | 11:52am |
| Departure Terminal | 2 | Arrival Terminal | 6 |
| Duration | 5hr(s) 42min(s) | | |
| Type | | Meal | Breakfast |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 03A | AA - XXXXX 58 |
| | ROBINSON/MELODY ANN | Seat(s) - 03C | AS - XXXXXXX 70 |

## DATE: Tue, Jul 25

**Others**

LOS ANGELES
RETAIN

## Ticket Information

| | | Passenger | | | | |
|---|---|---|---|---|---|---|
| Ticket Number | AS 7967328314 | Passenger | ROBINSON MARK PARKER | | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 1,308.90 |
| Ticket Number | AS 7967328315 | Passenger | ROBINSON MELODY ANN | | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 1,308.90 |
| Service Fee | XD 0849769153 | Passenger | ROBINSON MARK PARKER | | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |
| Service Fee | XD 0849769154 | Passenger | ROBINSON MELODY ANN | | | |
| | | Billed to: | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

| | | |
|---|---|---|
| SubTotal | USD 2,671.80 |
| Net Credit Card Billing | * USD 2,671.80 |
| Total Amount Due | USD 0.00 |

**ITINERARY NOTES:**
*******************************************
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT
LOWEST 1 WAY IADLAX REFUNDABLE COACH FARE 1197.80

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV
CN/567937

1 way unrestricted Fare LAX/DC    $1198.91

*Talc 48661*



WILLARD
# InterContinental.
WASHINGTON D.C.

|  |  |  | 182 |  | 07/17/23 |
|---|---|---|---|---|---|

**Mark Robinson**
**19 Corporate Plaza**
**Newport Beach  92660**
**United States**

| Folio No. | : | **1291905** |
|---|---|---|
| A/R Number | : | |
| Group Code | : | |
| Company | : | |
| Membership No. : | **PC** | **264277995** |
| Invoice No. | : | |

| Room No. | : | **0640** |
|---|---|---|
| Arrival | : | **05/15/23** |
| Departure | : | **05/17/23** |
| Conf. No. | : | **41221168** |
| Rate Code | : | **IDME0** |
| Page No. | : | **1 of 2** |

| Date | Description |  | Charges | Credits |
|---|---|---|---|---|
| 05/15/23 | Round Robin Food | Room# 0640 : CHECK# 393992 | 145.40 | |
| 05/15/23 | Round Robin Food | Room# 0640 : CHECK# 394136 | 97.40 | |
| 05/15/23 | Room Charge | | 804.13 | |
| 05/15/23 | Room Tax | | 128.26 | |
| 05/15/23 | Special Room Charge | | 800.00 | |
| 05/15/23 | Room Tax | | 127.60 | |
| 05/16/23 | Private Dining Breakfast Food | Room# 0640 : CHECK# 394222 | 62.68 | |
| 05/16/23 | Spa Services | spa | 444.00 | |
| 05/16/23 | Round Robin Food | Room# 0640 : CHECK# 394595 | 235.80 | |
| 05/16/23 | Room Charge | | 852.63 | |
| 05/16/23 | Room Tax | | 135.99 | |
| 05/16/23 | Special Room Charge | | 800.00 | |
| 05/16/23 | Room Tax | | 127.60 | |
| 05/17/23 | American Express | XXXXXXXXXXXX2001 | | 4,761.49 |
| 05/17/23 | Cafe du Parc To Go Breakfast | Room# 0640 : CHECK# 394737 | 40.75 | |
| 05/17/23 | American Express | XXXXXXXXXXXX2001 | | 40.75 |
| 05/17/23 | Refreshment Center | st. francis cab | 50.60 | |
| 05/17/23 | American Express | XXXXXXXXXXXX2001 | | 50.60 |

WILLARD INTERCONTINENTAL
1401 Pennsylvania Avenue, NW
Washington, DC  20004-1010



WILLARD
INTERCONTINENTAL.
WASHINGTON D.C.

|  |  | 182 |  | 07/17/23 |

| | |
|---|---|
| **Mark Robinson** <br> **19 Corporate Plaza** <br> **Newport Beach  92660** <br> **United States** | Folio No.    :   **1291905** <br> A/R Number  : <br> Group Code   : <br> Company       : <br> Membership No. :  **PC    264277995** <br> Invoice No.     : |

| | |
|---|---|
| Room No.  :  **0640** |
| Arrival     :  **05/15/23** |
| Departure  :  **05/17/23** |
| Conf. No.  :  **41221168** |
| Rate Code :  **IDME0** |
| Page No.  :  **2 of 2** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon. | | |
| | **Total**      4,852.84 | | 4,852.84 |
| | **Balance**      0.00 | | *4,408.84* |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

**Kathy Thompson**

| | |
|---|---|
| **From:** | Prodan Jino LLC <messenger@messaging.squareup.com> |
| **Sent:** | Friday, June 16, 2023 11:01 AM |
| **To:** | Kathy Thompson |
| **Subject:** | You paid an invoice! (#000295) |

## Prodan Jino LLC

Invoice Paid

# $2,221.70

Charged to Visa 4544 on file on June 16, 2023 at 2:01
PM

**Invoice for Mark Robinson 06/12/23-06/13/23**

Invoice #000295

June 16, 2023

**Customer**

Mark Robinson

Kthompson@robinsonfirm.com

949-632-7569

$1/2 = \$1,110.85$

Download Invoice PDF

**Message**

Thank You

### Invoice summary

| | |
|---|---|
| **06/12/23 3 25 pm EWR -Princeton NJ** | **$500.00** |
| ($125.00/hr) x 4.00 hr | |

1

*4 hours total [ 2 h drive ]*
*125/h*

**06/13/23 8 00 am Princeton NJ - Trenton NJ -**    **$1,250.00**
**EWR**
*($125.00/hr) x 10.00 hr*
*Hourly charter 8 am - 4 30 pm*
*10 hours 1.5 h drive*

**STG [Standard transportation charges] 15%**    **$262.50**

**Service fee 10%**    **$175.00**

**Tolls&Park**    **$34.20**

Subtotal    $2,221.70

**Total Paid**    **$2,221.70**

Charged to Visa 4544    06/16/23, 2:01 PM

**Send estimates or invoices for your business?**
Process $1,000 in sales free when you sign up for Square.

Get Started

**Prodan Jino LLC**
29 Avon Pl

2

# limolink®
Driven to be there for you.

**Receipt**

3375 Armar Drive
Marion IA 52302
Accounting :1-877-789-6328
E-MAIL : accounting@limolink.com

| Reservation Number: | 3734333-001 |
|---|---|
| Date: | 06/14/2023 |
| Page: | 1 |

**Paid By :**

Kathryn Thompson
KT Travel

**Booked By :**

Kathy Thompson
KT Travel
325 Ave D
Snohomish,WA 98290

| Payment Terms |
|---|
| **Credit Card Receipt** |

| Res No: 3734333-001 | BA: Kathy Thompson | | Item | Description | Ext Price |
|---|---|---|---|---|---|
| **Cust Ref:** | | | Transfer | | $220.00 |
| | | | Tolls | | $2.20 |
| Mark P Robinson | 6/13/2023 9:34:00 PM | Sedan | AirportFee | | $3.00 |
| | | | Parking | | $2.00 |
| **Pick Up:** | **Drop Off:** | | StopFee | 1.00 Each @ 30.00 | $30.00 |
| AIRPORT: SNA, John Wayne Airport | | | Payment | Paid By Visa 4544 | ($257.20) |
| AIRLINE: United | 103 Bayside Pl | | | | |
| FLIGHT#: 1342 | Corona Del Mar, California, 92625 | | | USD    Total | $0.00 |
| ARRIVING: 9:34 PM | United States | | | | |
| FROM: EWR | | | | | |
| **Stops:** | | | | | |
| 1. 1944 Port Laurent Pl, Newport Beach, California, 92660, United States | | | | | |
| **On Board:** 9:55 PM | **Drop:** | | | | |

*(handwritten)* Airport to residence – Tracy
– Mack

*(handwritten)* 1/2 Invoice to $128.60

**If you have any questions please contact LimoLink's accounting department at (877) 789-6328**

All disputes shall be within the exclusive jurisdiction of the state and/or federal courts located in the State of Iowa. The "Bill To" party identified above consents to such exclusive jurisdiction and waives any objections to venue therein. Iowa law shall control. Amounts not paid when due shall accrue interest at the rate of 1.5% per month.

**ALTOUR NEWPORT BEACH**
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

# ALTOUR

## Electronic Invoice

**Prepared For:**
ROBINSON/MARK PARKER
HUGHES/TRACY ELIZABETH

Ref:  CASE TALC LTL 48661
Ref:  CASE TAL LTL 48661

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0136104 |
| INVOICE ISSUE DATE | 23 May 2023 |
| RECORD LOCATOR | FVIOZR |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes
--------------------------------
ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS
--------------------------------

## DATE: Mon, Jun 12

### Flight UNITED AIRLINES 1887

| | | | |
|---|---|---|---|
| From | SANTA ANA, CA | Departs | 7:00am |
| To | NEWARK, NJ | Arrives | 3:25pm |
| | | Arrival Terminal | C |
| Duration | 5hr(s) 25min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Breakfast |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 02F | UA  - XXXXXX 41 |
| | HUGHES/TRACY ELIZABETH | Seat(s) - 02E | UA  - XXXXXX 18 |

## DATE: Tue, Jun 13

### Flight UNITED AIRLINES 1342

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 7:13pm |
| To | SANTA ANA, CA | Arrives | 10:14pm |
| Departure Terminal | C | | |
| Duration | 6hr(s) 1min(s) | Cabin | First |
| Type | BOEING 737-700 JET | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 03F | UA - XXXXXX 41 |
| | HUGHES/TRACY | Seat(s) - 03E | UA - XXXXXX 18 |

Others

SANTA ANA
RETAIN

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | UA 7967328374 | **Passenger** | ROBINSON MARK PARKER | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 3,555.80 |
| **Ticket Number** | UA 7967328375 | **Passenger** | HUGHES TRACY ELIZABETH | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 3,555.80 |
| **Service Fee** | XD 0850149457 | **Passenger** | ROBINSON MARK PARKER | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 27.00 |
| **Service Fee** | XD 0850149458 | **Passenger** | HUGHES TRACY ELIZABETH | | |
| | | **Billed to:** | VI XXXXXXXXXXXX4544 | USD | * 27.00 |

|  |  |
|---|---|
| **SubTotal** | USD 7,165.60 |
| **Net Credit Card Billing** | * USD 7,165.60 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
LOWEST UNRESTRICTED COACH FARE INCL TAX..2557.79 PP ~~PT~~
~~LOWEST UNRESTRICTED COACH FARE INCL TAX...3277.81 PP~~
********************************************
TSA USES UNPREDICTABLE SECURITY MEASURES THROUGHOUT THE AIRPORT.
NO INDIVIDUAL IS GUARANTEED EXPEDITED SCREENING.
FOR MORE INFO VISIT WWW.TSA.GOV/PRECHECK.
DUE TO INCREASED SECURITY AT AIRPORTS
ALL PASSENGERS ARE REQUIRED TO PROVIDE PICTURE ID
AND A VALID TICKET OR VALID ELECTRONIC RECEIPT

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV
CN/567937

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

Talc 48261



## MARRIOTT

PRINCETON MARRIOTT FORRESTAL

GUEST FOLIO

| 3123 ROOM | HUGHES/TRACYELIZABET NAME | 249.00 RATE | 06/13/23 DEPART | TIME | DUPLICATE1 17:29 | 54750 ACCT# |
| GD TYPE | ROBINSON CALCAGNIE | | 06/12/23 ARRIVE | TIME | | |
| | 19 CORPORATE PLAZA | | | | | |
| | NEWPORT BEACNCA | | | | | |
| ROOM CLERK | 92660 ADDRESS | | AXXXXXXXXXXXXX1004 PAYMENT | | | MB#:   200342132 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 06/12 | TELECOM | FREEHSIA | .00 | | |
| 06/12 | MARKET | 44803123 | 5.85 | | |
| 06/12 | MARKET | 45003123 | 3.93 | | |
| 06/12 | TR ROOM | 3123, 1 | 249.00 | | |
| 06/12 | ROOM TAX | 3123, 1 | 16.50 | | |
| 06/12 | OCC TAX | 3123, 1 | 12.45 | | |
| 06/12 | MUNI TX | 3123, 1 | 7.47 | | |
| 06/13 | IRON&IVY | 33633123 | 14.66 | | |
| 06/13 | CCARD-AX | | | 309.86 | |

AXXXXXXXXXXXXX1004
*********** AUTHORIZATION ***************
APPROVED
Total: $335.40 Card Type: AMEX Card Entry: CHIP Acct #: ***********1004 Approval Code: 844881
*********** EMV AUTHORIZATION ***********
App Label: AMERICAN EXPRESS Mode: Issuer
AID: A000000025010801 TVR: 0000008000 IAD: 065A0103602002 TSI: F800 ARC: 00 AC: 891DB020E909A9FB
CVM: 5E0300

.00

## MARRIOTT

PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, is the event payment is not made within 26 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the

*TALC*
*48661*



**PRINCETON MARRIOTT FORRESTAL**                                    **GUEST FOLIO**

| 1402<br>ROOM | ROBINSON/M<br>NAME | | 249.00<br>RATE | 06/13/23<br>DEPART | 12:00<br>TIME | | 54791<br>ACCT# |
|---|---|---|---|---|---|---|---|
| CK<br>TYPE | ROBINSON CALCAGNIE | | | 06/12/23<br>ARRIVE | 16:42<br>TIME | | |
| 93<br>ROOM<br>CLERK | ADDRESS | | PAYMENT | | | | MBV#:   XXXXX1170 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 06/12 | TR ROOM | 1402, 1 | 249.00 | | |
| 06/12 | ROOM TAX | 1402, 1 | 16.50 | | |
| 06/12 | OCC TAX | 1402, 1 | 12.45 | | |
| 06/12 | MUNI TX | 1402, 1 | 7.47 | | |
| 06/13 | AX CARD | | | $285.42 | |

TO BE SETTLED TO:   AMERICAN EXPRESS CURRENT BALANCE .00

THANK YOU FOR CHOOSING PRINCETON MARRIOTT FORRESTAL
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

See our "Privacy & Cookie Statement" on Marriott.com

Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your
Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy
benefits.



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us each amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

**Kathy Thompson**

| | |
|---|---|
| **From:** | Prodan Jino LLC <messenger@messaging.squareup.com> |
| **Sent:** | Thursday, June 29, 2023 6:56 AM |
| **To:** | Kathy Thompson |
| **Subject:** | You paid an invoice! (#000299) |

4586061



## Prodan Jino LLC

Invoice Paid

# $4,300.00

Charged to Visa 4544 on file on June 29, 2023 at 9:55 AM

Invoice for Mark Robinson 06/26/23 – 06/26/28
Invoice #000299
June 29, 2023

**Customer**
Mark Robinson
Kthompson@robinsonfirm.com
949-632-7569

½   Invoice = $2,150.00

Download Invoice PDF

**Message**
Thank You

**Invoice summary**

| | |
|---|---|
| **06/26/23 10 47 pm JFK - Princeton NJ** | **$590.00** |
| 4 75 hours 125/h | |

1

**06/27/23 8 00 am Princeton NJ Hourly charter $1,500.00**

*8 00 am - 5 30 pm 125/h*

*12 hours [2.5 drive]*

**06/28/23 7 45 am Princeton NJ Hourly charter $1,437.50**

*7 45 am - 5 00 pm 125/h*

*11.5 hours [2.25 drive]*

**STG [Standard transportation charges] 10% $352.75**

**Service fee 10% $352.75**

**Tolls&Park $67.00**

Subtotal $4,300.00

**Total Paid** $4,300.00

Charged to Visa 4544 06/29/23,
9:55 AM

**Send estimates or invoices for your business?**

Process $1,000 in sales free when you sign up for Square.

Get Started

**Prodan Jino LLC**
29 Avon Pl

2

Kathy Thompson

**From:** Prodan Jino LLC <messenger@messaging.squareup.com>
**Sent:** Saturday, July 1, 2023 5:27 AM
**To:** Kathy Thompson
**Subject:** You paid an invoice! (#000301)

48666

## Prodan Jino LLC

Invoice Paid

# $1,330.00

Charged to Visa 4544 on file on July 1, 2023 at 8:26 AM

Invoice for Mark Robinson 06/29/23-06/30/23
Invoice #000301
July 1, 2023

**Customer**
Mark Robinson
Kthompson@robinsonfirm.com
949-632-7569

1/2 = $665.00

Download Invoice PDF

**Message**
Thank You

## Invoice summary

**06/29/23 6 30 am Princeton NJ -JFK**          $500.00
transfer for Mark

1

**06/30/23 11 00 am Princeton NJ - JFK**    $500.00

*transfer for Tracy*

**STG [Standard transportation charges] 15%**    $150.00

**Service 10%**    $100.00

**Tolls&Park**    $80.00

Subtotal    $1,330.00

**Total Paid**    $1,330.00

Charged to Visa 4544    07/01/23,
8:26 AM

**Send estimates or invoices for your business?**
Process $1,000 in sales free when you sign up for Square.

Get Started

**Prodan Jino LLC**
29 Avon Pl
North Arlington, NJ 07031 United States

To manage your payment method, visit your card dashboard
or contact Prodan Jino LLC using the information above.

Please contact Prodan Jino LLC about its privacy practices.

2

**ALTOUR**

**ALTOUR NEWPORT BEACH**
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**
ROBINSON/MARK PARKER                    Ref:  CASE TALC 48661

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0136285 |
| INVOICE ISSUE DATE | 28 Jun 2023 |
| RECORD LOCATOR | WTOIKB |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes

ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS

### DATE: Thu, Jun 29

**Flight DELTA AIR LINES INC 685**

| | | | |
|---|---|---|---|
| From | NEW YORK JFK, NY | Departs | 10:05am |
| To | LOS ANGELES, CA | Arrives | 1:05pm |
| Departure Terminal | 4 | Arrival Terminal | 3 |
| Duration | 6hr(s) 0min(s) | Cabin | Business |
| Type | BOEING 767-300 WINGLETS | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 04D | DL - XXXXXXXX 18 |

### DATE: Wed, Nov 29

**Others**

LOS ANGELES
RETAIN

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| Ticket Number | DL 7976657565 | Passenger | ROBINSON MARK PARKER | | |
| | | Billed to: | VI XXXXXXXXXXX4544 | USD | * 3,298.90 |
| Service Fee | XD 0851703128 | Passenger | ROBINSON MARK PARKER | | |
| | | Billed to: | VI XXXXXXXXXXX4544 | USD | * 27.00 |

| | |
|---|---|
| SubTotal | USD 3,325.90 |
| Net Credit Card Billing | * USD 3,325.90 |
| Total Amount Due | USD 0.00 |

1 way unrestricted Coach fare $1378.90

ITINERARY NOTES:

# ALTOUR

**ALTOUR NEWPORT BEACH**
Phone: 1-949-261-8660
ALTOURNewportBeach@ALTOUR.COM

## Electronic Invoice

**Prepared For:**
ROBINSON/MARK PARKER            Ref: **CASE TALC 48661**
HUGHES/TRACY ELIZABETH          Ref: **CASE TALC 48661**

| | |
|---|---|
| SALES PERSON | CV |
| INVOICE NUMBER | 0136229 |
| INVOICE ISSUE DATE | 13 Jun 2023 |
| RECORD LOCATOR | TTQMJO |
| CUSTOMER NUMBER | 567937 |

Client Address
ROBINSON, CALCAGNIE AND ROBINSON
19 CORPORATE PLAZA DRIVE
NEWPORT BEACH CA 92660

Notes

ENHANCED SECURITY CHECKS REQUIRE YOU TO
PROVIDE INFORMATION TO THE AIRLINES IN
ADVANCE OF YOUR TRAVEL PLANS
GO TO WWW.TSA.GOV AND SELECT - WHAT WE DO OPTION -
FOLLOWED BY THE - SECURE FLIGHT OPTION -
OR ASK YOUR AGENT FOR FURTHER DETAILS

## DATE: Mon, Jun 26

**Flight AMERICAN AIRLINES 976**

| | | | |
|---|---|---|---|
| From | SANTA ANA, CA | Departs | 1:24pm |
| To | NEW YORK JFK, NY | Arrives | 9:57pm |
| | | Arrival Terminal | 8 |
| Duration | 5hr(s) 33min(s) | Cabin | Business |
| Type | 32B | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 09D | AA - XXXXX 58 |
| | HUGHES/TRACY ELIZABETH | Seat(s) - 09F | AA - XXXXX 20 |

## DATE: Fri, Jun 30

**Flight AMERICAN AIRLINES 306**

| | | | |
|---|---|---|---|
| From | NEW YORK JFK, NY | Departs | 4:25pm |
| To | LOS ANGELES, CA | Arrives | 7:36pm |
| Departure Terminal | 8 | | |
| Duration | 6hr(s) 11min(s) | Cabin | Business |
| Type | 32B | Meal | Dinner |
| Stop(s) | Non Stop | | |
| Seat(s) Details | ROBINSON/MARK PARKER | Seat(s) - 10A | AA - XXXXX 58 |
| | HUGHES/TRACY ELIZABETH | Seat(s) - 10D | AA - XXXXX 20 |

LOS ANGELES

RETAIN

# Ticket Information

| Ticket Number | AA 7967328486 | **Passenger** | ROBINSON MARK PARKER | | |
|---|---|---|---|---|---|
| | | **Billed to:** | VI XXXXXXXXXXXXX4544 | USD | * 1,553.90 |
| Ticket Number | AA 7967328487 | **Passenger** | HUGHES TRACY ELIZABETH | | |
| | | **Billed to:** | VI XXXXXXXXXXXXX4544 | USD | * 1,553.90 |
| Ticket Number | AA 7967328488 | **Passenger** | ROBINSON MARK PARKER | | |
| | | **Billed to:** | VI XXXXXXXXXXXXX4544 | USD | * 1,848.90 |
| Ticket Number | AA 7967328489 | **Passenger** | HUGHES TRACY ELIZABETH | | |
| | | **Billed to:** | VI XXXXXXXXXXXXX4544 | USD | * 1,848.90 |
| Service Fee | XD 0850947665 | **Passenger** | ROBINSON MARK PARKER | | |
| | | **Billed to:** | VI XXXXXXXXXXXXX4544 | USD | * 27.00 |
| Service Fee | XD 0850947666 | **Passenger** | HUGHES TRACY ELIZABETH | | |
| | | **Billed to:** | VI XXXXXXXXXXXXX4544 | USD | * 27.00 |

*RFD 6/30*
*RFD 6/30*

|  |  |
|---|---|
| **SubTotal** | USD 6,859.60 |
| **Net Credit Card Billing** | * USD 6,859.60 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
UNRESTRICTED COACH FARE INCLUDING ALL TAXES...2087.79 EACH    *RT*

**INVOICE NOTES:**
HU
BA/EA6BCV
TA/EA6BCV

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

Tale
48661

| 3302<br>ROOM | ROBINSON/MARK/MR.<br>NAME | 199.00<br>RATE | 06/30/23<br>DEPART | TIME | DUPLICATEL 14:26 | 57194<br>ACCT# | 54411<br>GROUP |
|---|---|---|---|---|---|---|---|
| EK<br>TYPE | ROBINSON CALCAGNIE<br>19 CORPORATE PLAZA<br>NEWPORT BEACNCA | | 06/26/23<br>ARRIVE | TIME | | | |
| ROOM<br>CLERK | 92660<br>ADDRESS | | AXXXXXXXXXXXXXX2001<br>PAYMENT | | | MB#: | 354251170 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 06/26 | GP ROOM        3302, 1 | 199.00 | | |
| 06/26 | ROOM TAX      3302, 1 | 13.18 | | |
| 06/26 | OCC TAX       3302, 1 | 9.95 | | |
| 06/26 | MUNI TX       3302, 1 | 5.97 | | |
| 06/27 | IRON&IVY      33593302 | 94.64 | | |
| 06/27 | GP ROOM       3302, 1 | 199.00 | | |
| 06/27 | ROOM TAX      3302, 1 | 13.18 | | |
| 06/27 | OCC TAX       3302, 1 | 9.95 | | |
| 06/27 | MUNI TX       3302, 1 | 5.97 | | |
| 06/28 | MARKET        43953302 | 5.32 | | |
| 06/28 | GP ROOM       3302, 1 | 199.00 | | |
| 06/28 | ROOM TAX      3302, 1 | 13.18 | | |
| 06/28 | OCC TAX       3302, 1 | 9.95 | | |
| 06/28 | MUNI TX       3302, 1 | 5.97 | | |
| 06/29 | GP ROOM       3302, 1 | 199.00 | | |
| 06/29 | ROOM TAX      3302, 1 | 13.18 | | |
| 06/29 | OCC TAX       3302, 1 | 9.95 | | |
| 06/29 | MUNI TX       3302, 1 | 5.97 | | |
| 06/30 | CCARD-AX | | 1012.36 | |

AXXXXXXXXXXXXX2001
\*\*\*\*\*\*\*\*\*\*\* AUTHORIZATION \*\*\*\*\*\*\*\*\*\*\*\*
APPROVED
\*\*\*\*\*\*\*\*\*\* EMV AUTHORIZATION \*\*\*\*\*\*\*\*\*\*\*
Total: $1,112.36 Card Type: AMEX Card Entry: CHIP Acct #: \*\*\*\*\*\*\*\*\*\*\*2001 Approval Code: 823033
App Label: AMERICAN EXPRESS Mode: Issuer
AID: A000000025010801 TVR: 0000008000 IAD: 065A010360A002 TSI: F800 ARC: 00 AC: 240FA840D7977916
CVM: 5E0300

.00



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ 08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry to the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the

Talc
48661



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 2520 ROOM | HUGHES/TRACYELIZABET NAME | 199.00 RATE | 06/30/23 DEPART | DUPLICATEL 14:27 TIME | 57140 ACCT# | 54411 GROUP |
|---|---|---|---|---|---|---|
| CK TYPE | ROBINSON CALCAGNIE 19 CORPORATE PLAZA NEWPORT BEACNCA | | 06/28/23 ARRIVE | TIME | | |
| ROOM CLERK | 92660 ADDRESS | | AXXXXXXXXXXXXXX1004 PAYMENT | | MB#: | 200342132 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 06/26 | TELECOM      FREEHSIA | .00 | | |
| 06/26 | TR ROOM      2520, 1 | 259.00 | | |
| 06/26 | ROOM TAX     2520, 1 | 17.16 | | |
| 06/26 | OCC TAX      2520, 1 | 12.95 | | |
| 06/26 | MUNI TX      2520, 1 | 7.77 | | |
| 06/27 | IRON&IVY     32972520 | 11.46 | | |
| 06/27 | IRON&IVY     33272520 | 2.50 | | |
| 06/27 | TELECOM      FREEHSIA | .00 | | |
| 06/27 | GP ROOM      2520, 1 | 199.00 | | |
| 06/27 | ROOM TAX     2520, 1 | 13.18 | | |
| 06/27 | OCC TAX      2520, 1 | 9.95 | | |
| 06/27 | MUNI TX      2520, 1 | 5.97 | | |
| 06/28 | TELECOM      FREEHSIA | .00 | | |
| 06/28 | GP ROOM      2520, 1 | 199.00 | | |
| 06/28 | ROOM TAX     2520, 1 | 13.18 | | |
| 06/28 | OCC TAX      2520, 1 | 9.95 | | |
| 06/28 | MUNI TX      2520, 1 | 5.97 | | |
| 06/29 | TELECOM      FREEHSIA | .00 | | |
| 06/29 | GP ROOM      2520, 1 | 199.00 | | |
| 06/29 | ROOM TAX     2520, 1 | 13.18 | | |
| 06/29 | OCC TAX      2520, 1 | 9.95 | | |
| 06/29 | MUNI TX      2520, 1 | 6.97 | | |
| 06/30 | MARKET       44772520 | 8.52 | | |
| 06/30 | CCARD-AX | | 1003.66 | |

AXXXXXXXXXXXXXX1004
*********** AUTHORIZATION ************
APPROVED
Total: $1,330.16 Card Type: AMEX Card Entry: CHIP Acct #: ***********1004 Approval Code: 892016
********** EMV AUTHORIZATION ***********
App Label: AMERICAN EXPRESS Mode: Issuer
AID: A000000025010801 TVR: 0000008000 IAD: 065A010360A802 TSI: F800 ARC: 00 AC: 7086D5438514B657
CVM: 5E0300

| 07/03 | CCARD-AX | .00 | | |

AXXXXXXXXXXXXXX1004



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the

PENSE

**2023 expense report**  **5/15/23-5/16/23 Washington DC Talc Settlement Proposal Meeting**  NAME: Tracy Hughes

| Date of Activity | Client name | Client no. | Receipt no. Description | Miles traveled | Mileage Dollar Amount | Parking Valet | Office Supplies | Meals Entertainment | Photocopies Postage | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/15/23 | LTL/Talc | 48661 | 1 Uber: NB to LAX | | - | | | | | 83.36 |
| 5/15/23 | LTL/Talc | 48661 | 2 airport food LAX | | - | | | 17.72 | | |
| 5/15/23 | LTL/Talc | 48661 | 3 wifi Alaska device 1 | | - | | | | | 8.00 |
| 5/15/23 | LTL/Talc | 48661 | 4 wifi Alaska device 2 | | - | | | | | 8.00 |
| 5/15/23 | LTL/Talc | 48661 | 5 taxi Reagan National to Willard Hotel | | - | | | | | 17.79 |
| 5/15/23 | LTL/Talc | 48661 | tip, porter | | - | | | | | 5.00 |
| 5/15/23 | LTL/Talc | 48661 N/A | 6 Lodging, Willard | | - | | | | | 835.56 |
| 5/15/23 | LTL/Talc | 48661 | tip, bag keeper | | - | | | | | 5.00 |
| 5/16/23 | LTL/Talc | 48661 | 7 Taxi to Washington Dulles | | - | | | | | 76.45 |
| 5/16/23 | LTL/Talc | 48661 | 8 Airport Food | | - | | | 8.87 | | |
| 5/16/23 | LTL/Talc | 48661 | 9 Wifi United device 1 | | - | | | | | 8.00 |
| 5/16/23 | LTL/Talc | 48661 | 10 wifi, united device 2 | | - | | | | | 10.00 |
| 5/16/23 | LTL/Talc | 48661 | 11 Uber LAX to home | | - | | | | | 319.96 |
| | | | Meeting of TCC Ovarian Cancer Team re LTL2 and settlement op | | - | | | | | |
| | | | | | - | | | | | |
| | | | | | - | | | | | |
| | | | | | - | | | | | |
| | | | | | - | | | | | |
| | | | | | - | | | | | |
| | | | | | - | | | | | |
| | | | | | - | | | | | |
| | | | | | - | | | | | |
| | | | **Totals** | 0 | $0.00 | $0.00 | $0.00 | $26.59 | $0.00 | $1,377.12 |

Total to be Reimbursed  $1,403.71

8:46                     



# Receipt

### Receipt including tip                    ⌄



May 15, 2023
### Here's your updated ride receipt

## Total                    $83.36

| | |
|---|---|
| Trip fare | $58.04 |

| | |
|---|---|
| Subtotal | $58.04 |
| Marketplace Fee 🌐 | $10.00 |
| Access for All Fee 🔘 | $0.10 |

**8:47**



# Transaction D

Card Ending - 110

## Merchandise & Supplies - Gen

# POINT THE WAY CAFE I

# $17.72

## May 15, 2023

**Pending**

This is a Pending Transaction. Pend
purchases or Card pre-authorizatio
on your Account balance.

2

**8:43**



# Transaction D
### Card Ending - 110

# Communications - Other Telec

# WIFIONBOARD ALASK

# $8.00

# May 15, 2023

**Pending**

This is a Pending Transaction. Pend
purchases or Card pre-authorizatior
on your Account balance.

2

# 8:59



# Transaction D
## Card Ending - 110

# Transportation - Taxis & Coac

# UVC

# $17.79

# May 15, 2023

**Pending**

This is a Pending Transaction. Pend
purchases or Card pre-authorizatior
on your Account balance.

2

# 9:00



# Transaction D

### Card Ending - 110

# Travel - Lodging

# INTERCONTINENTAL H

# $835.56

# May 15, 2023

**Pending**

This is a Pending Transaction. Pend
purchases or Card pre-authorizatioi
on your Account balance.

2

**7:01**



# Transaction D

Card Ending - 110

## Transportation - Taxis & Coac

# GRAND CAB COMPANY

# $76.45

## May 16, 2023

**Pending**

This is a Pending Transaction. Pend
purchases or Card pre-authorizatio
on your Account balance.

# 7:02



# Transaction D

Card Ending - 110

## Merchandise & Supplies - Gro

# DUNKIN

# $8.87

## May 16, 2023

### Pending

This is a Pending Transaction. Pend
purchases or Card pre-authorizatio
on your Account balance.

2

## Julie Regalado

**From:** Tracy Hughes
**Sent:** Tuesday, May 16, 2023 6:23 PM
**To:** Tracy Hughes
**Subject:** Screenshot 2023-05-16 at 7.21.39 PM

7:21



### Transaction Details
Card Ending – 11258

Travel – Airline

### UNITED ELECTRONIC TICKETNG
# $8.00

May 16, 2023

Pending

This is a Pending Transaction. Pending Transactions are
purchases or Card pre-authorizations that are yet to appear
on your Account balance.



### Transaction Details



UNITED ELECTRONIC TICKETNG

HSCAC – 12TH
FLOOR 609 MAIN STREET
HOUSTON
TX
77002
UNITED STATES

📞  (855) 829-3610

💬  https://www.unitedmaangupugler US/content/C...

Sent from my iPhone

## Julie Regalado

**From:** Tracy Hughes
**Sent:** Tuesday, May 16, 2023 6:21 PM
**To:** Tracy Hughes
**Subject:** Screenshot 2023-05-16 at 7.20.13 PM

7:20  $0S 🛜 📶⁾

< **Transaction Details**
Card Ending - 51934

Travel – Airline

**UNITED ELECTRONIC TICKETNG**

# $10.00

May 16, 2023

 Pending

This is a Pending Transaction. Pending Transactions are
purchases or Card pre-authorizations that are yet to appear
on your Account balance.



## Transaction Details



UNITED ELECTRONIC TICKETNG

HSCAC – 12TH
FLOOR 609 MAIN STREET
HOUSTON
TX
77002
UNITED STATES

📞 (855) 820-3610

🖥 https://www................ US/content/C...

Sent from my iPhone



4:35

Receipt

Original receipt #2

May 16, 2023

Here's your
receipt for your
ride, tracy

Total          $304.96

$15.00 of your Amex Benefit has been
applied to this trip.

reward

$319.96

PENSE

## 2023 Expense Report LTL Talc Bankruptcy Hearing with MPR, Trenton, NJ 4-17-23-4-18-23

NAME: Tracy Hughes

| Date of Activity | Client name | Client no. | Receipt no. | Description | Miles traveled | Mileage Dollar Amount | Parking Valet | Office Supplies | Meals Entertainment | Photocopies Postage | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/10/23 | LTL/Talc | 48661 | 1 | viasat full flight American Wifi | | - | | | | | 25.00 |
| 4/10/23 | LTL/Talc | 48661 | 2 | airport water, food | | - | | | 16.92 | | |
| 4/10/23 | LTL/Talc | 48661 | 3 | Lodging | | - | | | | | 296.88 |
| 4/11/23 | LTL/Talc | 48661 | 4 | terrestal food | | - | | | 10.00 | | |
| 4/11/23 | LTL/Talc | 48661 | 5 | Food, Newark Airport | | - | | | 15.97 | | |
| 4/11/23 | LTL/Talc | 48661 | 6 | Food | | - | | | 7.20 | | |
| 4/11/23 | LTL/Talc | 48661 | 7 | Food | | - | | | 4.93 | | |
| 4/11/23 | LTL/Talc | 48661 | 8 | united wifi | | - | | | | | 8.00 |
| | | | | | | - | | | | | |
| | | | | Totals | 0 | $0.00 | $0.00 | $0.00 | $55.02 | $0.00 | $329.88 |

| Total to be Reimbursed | $384.90 |
|---|---|

ENTERED

# 1:02



# Transaction D

## Card Ending - 110

# Communications - Cable & Int

# VIASAT IN-FLIGHT WI-

# $25.00

# Apr 17, 2023

On your statement as VIASAT IN-FL



2





Tracy Hughes
To   Tracy Hughes

5:35



**Transaction Details**
Card Ending - 11004



Merchandise & Supplies - Book Stores



**HUDSON NEWS**

**$16.92**

Apr 17, 2023

On your statement as HUDSONNNEWS ST1378 1SANTA
ANA CA



TH

To   Tracy Hughes

Tracy Hughes

5:32



**Transaction Details**

Card Ending - 11004

**Travel - Lodging**

# $296.88

# FORESTAL MARRIOTT

**Apr 19, 2023**

On your statement as Princeton Marriott aPrinceton NJ



Tracy Hughes
To   Tracy Hughes

10:24



**Transaction Details**

Card Ending - 11004

Travel - Lodging

**Princeton Marriott aPrinceton NJ**

# $10.00

Apr 19, 2023

On your statement as Princeton Marriott aPrinceton NJ



Tracy Hughes
To   Tracy Hughes

5:31



**Transaction Details**
Card Ending - 11004

Restaurant – Bar & Café

**FOOD HALL DINING KIOSK**

**$15.97**

Apr 19, 2023

On your statement as C3 FOOD HALL – EMV NEWARK NJ

5:34



TH

Tracy Hughes

To   Tracy Hughes

# Transaction Details

Card Ending - 11004



Restaurant - Bar & Café



# MONTYS CAFE

# $7.20

Apr 18, 2023

On your statement as MONTY'S CAFE TRENTON NJ



Tracy Hughes
To  Tracy Hughes

5:31



**Transaction Details**

Card Ending - 11004



< 

Merchandise & Supplies - General Retail

**CIBO MARKET GATE**

# $4.93

Apr 19, 2023

On your statement as C3 CIBO EXPRESS C131NEWARK NJ

# Transaction Details

Card Ending - 11004

Travel - Airline

# UNITED AIRLINES

# $8.00

Apr 18, 2023

On your statement as UNITED AIRLINES HOUSTON TX

Talc Motion to Dismiss Trial with MPR 6-26-23—3-23

NAME: Tracy Hughes

| Date of Activity | Client name | Client no. | Receipt no. | Description | Miles traveled | Mileage Dollar Amount | Parking Valet | Office Supplies | Meals Entertainment | Photocopies Postage | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/12/23 | LTL/Talc | | 48661 | 1 food, water, airport | | | | | 18.06 | | 8.00 |
| 6/12/23 | LTL/Talc | | 48661 | 2 United Wifi | | | | | | | |
| 6/13/23 | LTL/Talc | | 48661 | 3 Forrestal Marriott | | | | | | | 309.86 |
| 6/13/23 | LTL/Talc | | 48661 | Marriott no room | | | | | | | |
| 6/13/23 | LTL/Talc | | 48661 | 4 water/snack airport | | | | | | | 5.00 |
| 6/13/23 | LTL/Talc | | 48661 | 5 Dinner airport MPR and TH | | | | | 12.80 | | |
| 6/13/23 | LTL/Talc | | 48661 | 6 United Wifi | | | | | 29.85 | | 8.00 |
| | | | | **Totals** | 0 | $0.00 | $0.00 | $0.00 | $60.71 | $0.00 | $330.86 |

Total to be Reimbursed    $391.57

**2:27**



    ## Transaction Details
Card Ending - 11004

Merchandise & Supplies - General Retail

# FRESH MARKET
# $18.06

Jun 12, 2023

On your statement as Farmers Market SNA 1Santa Ana CA

**18 Membership Rewards® Points**


**Split It**


**Pay It**


**Use Points**

## Transaction Details



FRESH MARKET

18601 AIRPORT WAY
STE 135
SANTA ANA
CA
92707-5209
UNITED STATES

(949) 252-6125



## Transaction Details
Card Ending ~ 11004

Airline

D AIRLINES
0

)23

ement as UNITED AIRLINES HOUSTON TX

ship Rewards® Points

Pay It

Use Points



n Details

U S

H
FL
H STREET
TX
77
UN

PENSE... tic Bankruptcy Hearing with MPR, ... Talc Motion to Dismiss Trial with MPR 6-26-23-7-3-23

NAME: Tracy Hughes

| Date of Activity | Client name | Client no. | Receipt no. | Description | Miles traveled | Mileage Dollar Amount | Parking Valet | Office Supplies | Meals Entertainment | Photocopies Postage | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/12/23 | LTL/Talc | 48661 | 1 | food, water airport | | | | | 18.06 | | 8.00 |
| 6/12/23 | LTL/Talc | 48661 | 2 | United Wifi | | | | | | | 309.86 |
| 6/13/23 | LTL/Talc | 48661 | 3 | Forrestal Marriott | | | | | | | 5.00 |
| 6/13/23 | LTL/Talc | 48661 | | Marriot tip room | | | | | | | |
| 6/13/23 | LTL/Talc | 48661 | 4 | water/snack airport | | | | | 12.80 | | |
| 6/13/23 | LTL/Talc | 48661 | 5 | Dinner airport MPR and TH | | | | | 29.85 | | |
| 6/13/23 | LTL/Talc | 48661 | 6 | United Wifi | | | | | | | 8.00 |
| | | | | Totals | 0 | $0.00 | $0.00 | $0.00 | $60.71 | $0.00 | $330.86 |

Total to be Reimbursed   $391.57

**2:27** 

 ## Transaction Details
Card Ending - 11004

Merchandise & Supplies - General Retail

# FRESH MARKET
# $18.06

### Jun 12, 2023

On your statement as Farmers Market SNA 1Santa Ana CA

### 18 Membership Rewards® Points



**Split It**



**Pay It**



**Use Points**

## Transaction Details



**FRESH MARKET**

**18601 AIRPORT WAY**
**STE 135**
**SANTA ANA**
**CA**
**92707-5209**
**UNITED STATES**

📞  (949) 252-6125

**2:28**



## Transaction Details
Card Ending - 11004

Travel - Airline

# UNITED AIRLINES
# $8.00

### Jun 12, 2023

On your statement as UNITED AIRLINES HOUSTON TX

**40 Membership Rewards® Points**

5X at Airfare





**Split It**          **Pay It**          **Use Points**

## Transaction Details



**UNITED AIRLINES**

**HSCAC - 12TH
FLOOR 609 MAIN STREET
HOUSTON
TX
77002
UNITED STATES**



**MARRIOTT**

### PRINCETON MARRIOTT FORRESTAL

**GUEST FOLIO**

| 3123 | HUGHES/TRACYELIZABET | 249.00 | 06/13/23 | | DUPLICATEL 11:27 | 54750 |
|------|----------------------|--------|----------|---|------------------|-------|
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| GD | ROBINSON CALCAGNIE | | 06/12/23 | | | |
| TYPE | 19 CORPORATE PLAZA | | ARRIVE | TIME | | |
| | NEWPORT BEACNCA | | | | | |
| ROOM | 92660 | | AXXXXXXXXXXXXX1004 | | | MB#:  200342132 |
| CLERK | ADDRESS | | PAYMENT | | | |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|------|-----------|--|---------|---------|--------------|
| 06/12 | TELECOM | FREEHSIA | .00 | | |
| 06/12 | MARKET | 44803123 | 5.85 | | |
| 06/12 | MARKET | 45003123 | 3.93 | | |
| 06/12 | TR ROOM | 3123, 1 | 249.00 | | |
| 06/12 | ROOM TAX | 3123, 1 | 16.50 | | |
| 06/12 | OCC TAX | 3123, 1 | 12.45 | | |
| 06/12 | MUNI TX | 3123, 1 | 7.47 | | |
| 06/13 | IRON&IVY | 33833123 | 14.66 | | |
| 06/13 | CCARD-AX | | | 309.86 | |

AXXXXXXXXXXXXX1004
*********** AUTHORIZATION *************
APPROVED
Total: $335.40 Card Type: AMEX Card Entry: CHIP Acct #: ***********1004 Approval Code: 844881
*********** EMV AUTHORIZATION ***********
App Label: AMERICAN EXPRESS Mode: Issuer
AID: A000000025010801 TVR: 0000008000 IAD: 065A0103602002 TSI: F800 ARC: 00 AC: 891D8020E909A9FB
CVM: 5E0300

.00



**MARRIOTT**

PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ 08540
609-452-7800

### Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above, (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

**2:27**



‹ **Transaction Details**
Card Ending - 11004

Merchandise & Supplies - Groceries    )))

# C2 HAPPY CLAM MARKET
# $12.80

**Jun 13, 2023**

On your statement as C2 HAPPY CLAM MARKETNEWARK NJ

**13 Membership Rewards® Points**

          

**Split It**     **Pay It**     **Use Points**

## Transaction Details



**C2 HAPPY CLAM MARKET**

**3 BREWSTER RD**
**NEWARK**
**NJ**
**07114**
**UNITED STATES**

📞  **(866) 508-3558**

2:27    

< **Transaction Details**
Card Ending - 11004

Restaurant - Restaurant

# GARDEN STATE DINER
# $29.85

Jun 13, 2023

On your statement as GARDEN STATE DINER 0NEWARK NJ

**30 Membership Rewards® Points**



**Split It**



**Pay It**



**Use Points**

## Transaction Details



**GARDEN STATE DINER**

**3 BREWSTER RD**
**NEWARK**
**NJ**
**07114**
**UNITED STATES**

📞  (973) 648-6791

**2:26** 



## Transaction Details
Card Ending - 11004

**Travel - Airline**

## UNITED AIRLINES
# $8.00

**Jun 13, 2023**

On your statement as UNITED AIRLINES HOUSTON TX

**40 Membership Rewards® Points**

**5X at Airfare**

        

**Split It**          **Pay It**          **Use Points**

## Transaction Details



**UNITED AIRLINES**

**HSCAC - 12TH
FLOOR 609 MAIN STREET
HOUSTON
TX
77002
UNITED STATES**

PENSE, jlc Bankruptcy Hearing with MPR,    Talc Motion to Dismiss Trial with MPR 6-26-23-7-3-23

NAME:                                    Tracy Hughes

| Date of Activity | Client name | Client no. | Receipt no. | Description | Miles traveled | Mileage Dollar Amount | Parking Valet | Office Supplies | Meals Entertainment | Photocopies Postage | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/26/23 | LTL/Talc | 48661 | 1 | Internet American Airlines/viasat | | - | | | | | 25.00 |
| 6/27/23 | LTL/Talc | 48661 | 2 | Lodging, Forrestal Marriott 6-26-6/30/2023 | | - | | | | | |
| 6/28/23 | LTL/Talc | 48661 | | | | - | | | | | |
| 6/29/23 | LTL/Talc | 48661 | | | | - | | | | | |
| 6/30/23 | LTL/Talc | 48661 | 3 | United Wifi leg 1 of trip | | - | | | | | 1,003.66 |
| 7/3/23 | LTL/Talc | 48661 | 4 | United Wifi Denver to SNA | | - | | | | | 10.00 |
| | | | | | | - | | | | | 10.00 |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | | - | | | | | |
| | | | | | Totals | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,048.66 |

Total to be Reimbursed    $1,048.66





**MARRIOTT**                    **PRINCETON MARRIOTT FORRESTAL**                         **GUEST FOLIO**

| 2520 ROOM | HUGHES/TRACYELIZABETH/MS NAME | 199.00 RATE | 06/30/23 DEPART | 10:51 TIME | 57140 ACCT# | 54411 GROUP |
|---|---|---|---|---|---|---|
| CK TYPE | ROBINSON CALCAGNIE | | 06/26/23 ARRIVE | 00:51 TIME | | |
| 11 ROOM CLERK | 19 CORPORATE PLAZA NEWPORT BEAC CA 92660 ADDRESS | | AXXXXXXXXXXXXX1004 PAYMENT | | MBV#: | 200342132 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 06/26 | TR ROOM          2520, 1 | 259.00 | | |
| 06/26 | ROOM TAX         2520, 1 | 17.16 | | |
| 06/26 | OCC TAX          2520, 1 | 12.95 | | |
| 06/26 | MUNI TX          2520, 1 | 7.77 | | |
| 06/27 | IRON&IVY         32972520 | 11.46 | | |
| 06/27 | IRON&IVY         33272520 | 2.50 | | |
| 06/27 | GP ROOM          2520, 1 | 199.00 | | |
| 06/27 | ROOM TAX         2520, 1 | 13.18 | | |
| 06/27 | OCC TAX          2520, 1 | 9.95 | | |
| 06/27 | MUNI TX          2520, 1 | 5.97 | | |
| 06/28 | GP ROOM          2520, 1 | 199.00 | | |
| 06/28 | ROOM TAX         2520, 1 | 13.18 | | |
| 06/28 | OCC TAX          2520, 1 | 9.95 | | |
| 06/28 | MUNI TX          2520, 1 | 5.97 | | |
| 06/29 | GP ROOM          2520, 1 | 199.00 | | |
| 06/29 | ROOM TAX         2520, 1 | 13.18 | | |
| 06/29 | OCC TAX          2520, 1 | 9.95 | | |
| 06/29 | MUNI TX          2520, 1 | 5.97 | | |
| 06/30 | MARKET           44772520 | 8.52 | | |
| 06/30 | CCARD-AX | | 1003.66 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXXX1004
*********** AUTHORIZATION *************
APPROVED
Total: $1,330.16 Card Type: AMEX Card Entry: CHIP Acct #: ***********1004 Approval Code: 892016
*********** EMV AUTHORIZATION ***********
App Label: AMERICAN EXPRESS Mode: Issuer
AID: A000000025010801 TVR: 0000008000 IAD: 065A010360A802 TSI: F800 ARC: 00 AC: 7066D5438514B657
CVM: 5E0300

| 07/03 | CCARD-AX | | .00 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXXX1004

|  |  |  |  | .00 |

============================== EXP. REPORT SUMMARY ==============================

| 06/26 | TR ROOM | 259.00 | | |
| | ROOM TAX | 17.16 | | |
| | OCC TAX | 12.95 | | |
| | MUNI TX | 7.77 | | |
| 06/27 | IRON&IVY | 13.96 | | |
| | GP ROOM | 199.00 | | |
| | ROOM TAX | 13.18 | | |
| 06/27 | OCC TAX | 9.95 | | |



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



**PRINCETON MARRIOTT FORRESTAL**

**GUEST FOLIO**

| 2520 ROOM | HUGHES/TRACYELIZABETH/MS NAME | 199.00 RATE | 06/30/23 DEPART | 10:51 TIME | | 57140 ACCT# | 54411 GROUP |
|---|---|---|---|---|---|---|---|
| CK TYPE | ROBINSON CALCAGNIE | | 06/26/23 ARRIVE | 00:51 TIME | | | |
| 11 ROOM CLERK | 19 CORPORATE PLAZA NEWPORT BEAC CA 92660 | | | | | | |
| | ADDRESS | | AXXXXXXXXXXXXX1004 PAYMENT | | | MBV#: | 200342132 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| | ===================== EXP. REPORT SUMMARY ===================== | | | |
| | MUNI TX | 5.97 | | |
| 06/28 | GP ROOM | 199.00 | | |
| | ROOM TAX | 13.18 | | |
| | OCC TAX | 9.95 | | |
| | MUNI TX | 5.97 | | |
| 06/29 | GP ROOM | 199.00 | | |
| | ROOM TAX | 13.18 | | |
| | OCC TAX | 9.95 | | |
| | MUNI TX | 5.97 | | |
| 06/30 | MARKET | 8.52 | | |

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



< **Transaction Details**

Travel - Airline

## UNITED AIRLINES
# $10.00

**Jul 3, 2023**

On your statement as UNITED AIRLINES HOUSTON TX

You'll be able to see Rewards information for an eligible charge within 5 days of the charge posting to your account. Please check back later.



| Split It | Pay It | Use Points |

**Transaction Details**



**UNITED AIRLINES**

**HSCAC - 12TH**
**FLOOR 609 MAIN STREET**
**HOUSTON**
**TX**
**77002**
**UNITED STATES**

 

 **Transaction Details**

Travel - Airline

## UNITED AIRLINES
# $10.00

Jul 3, 2023

On your statement as UNITED AIRLINES HOUSTON TX

You'll be able to see Rewards information for an eligible charge within 5 days of the charge posting to your account. Please check back later.

            

Split It           Pay It           Use Points

## Transaction Details



**UNITED AIRLINES**

HSCAC - 12TH
FLOOR 609 MAIN STREET
HOUSTON
TX
77002
UNITED STATES