EXHIBIT MEMBER REPRESENTATIVE #5

Ashcraft & Gerel LLP - $3,885.19

# Fairmont
## WASHINGTON, D.C.
### GEORGETOWN

HarrisMartin Publishing  
Vicki Gilbreath  
920 Cassat Road  
200 Berwyn Park Suite 210  
Berwyn, PA 19312

The Fairmont Washington, DC  
2401 M Street NW  
Washington DC 20037  
Tel: (202) 429 2400  
Fax:

**Business Block Name:** HarrisMartin Meeting - Block ID 10312557  
**Arrival:** Sunday, 23 April 2023  
**Departure:** Thursday, 27 April 2023

| | Qty | Curr. | Orig.Unit Price | Discount % | Unit Price | Total |
|---|---|---|---|---|---|---|
| **Monday, 24 April 2023** | | | | | | |
| **Dinner - Event ID  25094380 - Latrobe** | | | | | | |
| Dinner | 13 | USD | 109.00 | | 109.00 | 1,417.00 |
| Wine List | 13 | USD | | | | |
| Cakebread Chardonnay | 1 | USD | 128.00 | | 128.00 | 128.00 |
| Estancia Cabernet Sauvignon, Paso Robles, California | 4 | USD | 58.00 | | 58.00 | 232.00 |
| Service Charge for Groups Under 15 People | 1 | USD | 75.00 | | 75.00 | 75.00 |
| **Tuesday, 25 April 2023** | | | | | | |
| **All Day Beverages - Event ID  25076132 - Longworth** | | | | | | |
| Full Day Beverage Package | 13 | USD | 50.00 | | 50.00 | 650.00 |
| **Meeting - Event ID  24803895 - Longworth** | | | | | | |
| Longworth | 1 | USD | 2,000.00 | | 2,000.00 | 2,000.00 |
| Wireless High Speed Internet Access | 1 | USD | 150.00 | | 150.00 | 150.00 |
| **Breakfast - Event ID  24803893 - Latrobe Foyer** | | | | | | |
| Continental Breakfast Buffet | 13 | USD | 45.00 | | 45.00 | 585.00 |
| **Lunch - Event ID  24803897 - Latrobe** | | | | | | |
| Luncheon | 13 | USD | 73.00 | | 73.00 | 949.00 |
| Service Charge for Groups Under 15 People | 1 | USD | 75.00 | | 75.00 | 75.00 |

**Summary by Revenue Type**

| | | | |
|---|---|---|---|
| Food | | USD | 3,601.00 |
| High Speed Internet | | USD | 150.00 |
| Rental | | USD | 2,000.00 |
| Sundry | | USD | 150.00 |
| Wine | | USD | 360.00 |
| **Total** | | USD | **6,261.00** |
| Surcharge added at 25% | | | 990.25 |
| Tax to be added at 10% | | | 510.14 |
| Tax to be added at 6% | | | 9.00 |
| **Total incl. Tax** | | | **7,770.39** |
| Deposits Paid | | | 9,450.00 |
| **Due** | | USD | **- 1,679.61** |

| Deposit | % | Deposit Req. | Due Date | Paid Deposit | Due Amount | Description |
|---|---|---|---|---|---|---|
| All | | 4,725.00 | 03-10-23 | 4,725.00 | 0.00 | |
| All | | 4,725.00 | 03-24-23 | | 4,725.00 | |
| All | | 4,725.00 | 04-14-23 | | 4,725.00 | |
| All | | 4,725.00 | 04-24-23 | | 4,725.00 | |
| | | 18,900.00 | | 4,725.00 | 14,175.00 | |
| Unallocated | | | | 4,725.00 | - 4,725.00 | |
| | | | | 4,725.00 | - 4,725.00 | |
| **Total** | | 18,900.00 | | 9,450.00 | 9,450.00 | |

All Food and Beverage is subject to a taxable 24% surcharge. This surcharge is distributed as 15.81% to the Banquet servers and bartenders as a gratuity and 8.19% as an administrative fee. Sales tax in Washington, D.C. is currently 10%.