EXHIBIT MEMBER REPRESENTATIVE #6

Levin Papantonio Rafferty - $9,466.88

| Attorney | Role | Date | Event | Cost | Description |
|---|---|---|---|---|---|
| Christopher Tisi | Representative of TCC Member | 4/10/2023 to 4/11/2023 | LTL BNK Hearing | $319.35 | Airfare to and from LTL BNK Hearing |
| Christopher Tisi | Representative of TCC Member | 4/10/2023 to 4/11/2023 | LTL BNK Hearing | $223.52 | Hotel stay during LTL BNK Hearing |
| Christopher Tisi | Representative of TCC Member | 4/10/2023 to 4/11/2023 | LTL BNK Hearing | $101.35 | Uber Transportation during LTL BNK Hearing |
| Christopher Tisi | Representative of TCC Member | 4/16/2023 to 4/19/2023 | LTL BNK Hearing | $864.55 | Airfare to and from LTL BNK Hearing |
| Christopher Tisi | Representative of TCC Member | 4/16/2023 | LTL BNK Hearing | $154.98 | Hotel stay in New York in route LTL BNK Hearing |
| Christopher Tisi | Representative of TCC Member | 4/17/2023 to 4/19/2023 | LTL BNK Hearing | $859.83 | Hotel stay during LTL BNK Hearing |
| Christopher Tisi | Representative of TCC Member | 5/15/2023 to 5/17/2023 | DC Settlement Discussions | $1,737.45 | Airfare to and from DC Settlement Discussions |
| Christopher Tisi | Representative of TCC Member | 5/15/2023 to 5/16/2023 | DC Settlement Discussions | $630.01 | Hotel stay during DC Settlement Discussions |
| Christopher Tisi | Representative of TCC Member | 5/15/2023 | DC Settlement Discussions | $280.17 | Food during DC Settlement Discussions |
| Christopher Tisi | Representative of TCC Member | 5/15/2023 | DC Settlement Discussions | $41.94 | Uber Transportation during DC Settlement Discussions |
| Christopher Tisi | Representative of TCC Member | 5/16/2023 | DC Settlement Discussions | $70.00 | Airline Luggage Fee During DC Settlement Discussions |
| Christopher Tisi | Representative of TCC Member | 5/16/2023 | DC Settlement Discussions | $34.70 | Uber Transportation during DC Settlement Discussions |
| Christopher Tisi | Representative of TCC Member | 5/16/2023 | DC Settlement Discussions | $35.94 | Uber Transportation during DC Settlement Discussions |
| Christopher Tisi | Representative of TCC Member | 5/17/2023 | DC Settlement Discussions | $32.35 | Uber Transportation during DC Settlement Discussions |
| Christopher Tisi | Representative of TCC Member | 6/12/2023 to 6/14/2023 | LTL BNK Hearing | $780.40 | Airfare to and from LTL BNK Hearing |
| Christopher Tisi | Representative of TCC Member | 6/12/2023 to 6/14/2023 | LTL BNK Hearing | $650.97 | Hotel stay during LTL BNK Hearing |
| Christopher Tisi | Representative of TCC Member | 6/12/2023 to 6/14/2023 | LTL BNK Hearing | $435.15 | Uber Transportation during LTL BNK Hearing |
| Christopher Tisi | Representative of TCC Member | 6/26/2023 to 7/1/2023 | LTL BNK MTD Hearing | $901.25 | Airfare to and from LTL BNK Hearing |
| Christopher Tisi | Representative of TCC Member | 6/26/2023 to 7/1/2023 | LTL BNK MTD Hearing | $912.40 | Hotel stay during LTL BNK Hearing |
| Christopher Tisi | Representative of TCC Member | 6/26/2023 to 7/1/2023 | LTL BNK MTD Hearing | $34.80 | Uber Transportation during LTL BNK Hearing |
| Christopher Tisi | Representative of TCC Member | 7/1/2023 | LTL BNK MTD Hearing | $93.30 | Uber Transportation during LTL BNK Hearing |

The Chris Tisi on behalf of TCC Member [REDACTED] 4.10.2023 through 7.1.2023

| Attorney | Role | Date | Event | Cost | Description |
|---|---|---|---|---|---|
| Christopher Tisi | Representative of TCC Member | 6/27/2023 | LTL BNK MTD Hearing | $116.10 | Uber Transportation during LTL BNK Hearing |
| Christopher Tisi | Representative of TCC Member | 6/30/2023 | LTL BNK MTD Hearing | $20.91 | Uber Transportation during LTL BNK Hearing |
| Christopher Tisi | Representative of TCC Member | 6/26/2023 to 7/1/2023 | LTL BNK MTD Hearing | $135.46 | Food during LTL BNK Hearing |

| | Total | $9,466.88 |
|---|---|---|



---------- Forwarded message ---------
From: **United Airlines** <Receipts@united.com>
Date: Sun, Apr 16, 2023 at 8:08 PM
Subject: eTicket Itinerary and Receipt for Confirmation KZMWJ8
To: <ctisi@levinlaw.com>,

 Sun, Apr 16, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# KZMWJ8

| Flight 1 of 1 UA2403 | Class: United First (PZ) |
|---|---|

| Mon, Apr 10, 2023 | Mon, Apr 10, 2023 |
|---|---|
| **11:04 AM** | **01:23 PM** |
| Jacksonville, FL, US (JAX) | New York/Newark, NJ, US (EWR) |

### Traveler Details

TISI/CHRISTOPHERV

eTicket number: **0162478193422**    Seats: **JAX-EWR 01B**

Frequent Flyer: ████████████████████

## Purchase Summary

| | |
|---|---|
| Method of payment: | **Visa ending in** ██████ |
| Date of purchase: | **Sat, Apr 08, 2023** |

| | |
|---|---|
| Airfare: | **283.19 USD** |
| U.S. Transportation Tax: | **21.26 USD** |
| U.S. Flight Segment Tax: | **4.80 USD** |
| September 11th Security Fee: | **5.60 USD** |
| U.S. Passenger Facility Charge: | **4.50 USD** |
| Total Per Passenger: | **319.35 USD** |

| | |
|---|---|
| **Total:** | **319.35 USD** |

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Apr 10, 2023 Jacksonville, FL, US (JAX) to New York/Newark, NJ, US (EWR - Liberty) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

### eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION:** When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New

York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

- united.com restricted items page
- FAA website Pack Safe page
- TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

A STAR ALLIANCE MEMBER 

Copyright © 2023 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices

**Princeton Marriott at Forrestal**

100 College Road East
Princeton, NJ 08540 US
+1 609-452-7800

## Summary of Charges

| Guest Information | CHRIS TISI | | Dates of Stay | 04/10/2023 - 04/11/2023 |
|---|---|---|---|---|
| | | | Room number | 1406 |
| | | | Guest number | 47245 |
| | | | Member Number | |
| | | | Group Number | |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 04/10/2023 | TELECOM | FREEHSIA | 0.00 | |
| 04/10/2023 | TR ROOM | 1406, 1 | 195.00 | |
| 04/10/2023 | ROOM TAX | 1406, 1 | 12.92 | |
| 04/10/2023 | OCC TAX | 1406, 1 | 9.75 | |
| 04/10/2023 | MUNI TX | 1406, 1 | 5.85 | |
| 04/11/2023 | CCARD-VS | | | 223.52 |
| Total balance | | | | 0.00 USD |

## Important information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

**Questions about your bill?** Please contact your hotel directly at +1 609-452-7800



April 11, 2023
Here's your receipt for your ride, Chris

# Total $101.35

Your upfront price has been adjusted due to unanticipated tolls or surcharges on this trip. Please see the receipt breakdown for details.

| | |
|---|---|
| Trip fare | $80.71 |
| | |
| Subtotal | $80.71 |
| New Jersey Trenton Hamilton 7A to Newark Airport Elizabeth Seaport 13A | $6.64 |
| Booking Fee | $10.00 |
| EWR Airport Surcharge | $2.50 |
| Newark City Surcharge | $1.00 |
| State Surcharge | $0.50 |

**Payments**

 **Visa** ••• █████              $101.35



**From:** United Airlines <Receipts@united.com>
**Date:** April 14, 2023 at 6:41:38 PM MDT
**To:** Chris Tisi <ctisi@levinlaw.com>
**Subject: eTicket Itinerary and Receipt for Confirmation MC86GS**

> **CAUTION:** This email
> message is **EXTERNAL.**

 **UNITED**                                                                                          Fri, Apr 14, 20

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# MC86GS

| Flight 1 of 4 UA1385 | Class: United Economy (H) |
|---|---|

| Sun, Apr 16, 2023 | Sun, Apr 16, 2023 |
|---|---|
| **02:32 PM** | **04:05 PM** |
| Jackson Hole, WY, US (JAC) | Denver, CO, US (DEN) |

| Flight 2 of 4 UA314 | Class: United Economy (H) |
|---|---|

Sun, Apr 16, 2023

## 05:50 PM

Denver, CO, US (DEN)

Sun, Apr 16, 2023

## 11:46 PM

New York/Newark, NJ, US (EWR)

**Flight 3 of 4 UA1023**                    **Class: United Economy (Q)**

Wed, Apr 19, 2023

## 03:40 PM

New York/Newark, NJ, US (EWR)

Wed, Apr 19, 2023

## 06:04 PM

Denver, CO, US (DEN)

**Flight 4 of 4 UA756**                    **Class: United Economy (Q)**

Wed, Apr 19, 2023

## 07:10 PM

Denver, CO, US (DEN)

Wed, Apr 19, 2023

## 08:39 PM

Jackson Hole, WY, US (JAC)

## Traveler Details

**TISI/CHRISTOPHERV**

eTicket number: ████████████

Frequent Flyer: ███████████

Seats: **JAC-DEN 20C**
**DEN-EWR 11F**
**EWR-DEN 26D**
**DEN-JAC 21A**

## Purchase Summary

Method of payment:                    **Visa ending in ████**
Date of purchase:                    **Sat, Apr 15, 2023**

| | |
|---|---|
| Airfare: | **759.23 USD** |
| U.S. Transportation Tax: | **56.92 USD** |
| U.S. Flight Segment Tax: | **19.20 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **18.00 USD** |
| Total Per Passenger: | **864.55 USD** |

**Total:**                    **864.55 USD**

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

Christopherv Tisi

| Date | Flight | From/To | Award Miles | PQP | PQF |
|------|--------|---------|-------------|-----|-----|
| Sun, Apr 16, 2023 | 1385 | Jackson Hole, WY, US (JAC) to Denver, CO, US (DEN) | 968 | 88 | 1 |
| Sun, Apr 16, 2023 | 314 | Denver, CO, US (DEN) to New York/Newark, NJ, US (EWR) | 3817 | 347 | 1 |
| Wed, Apr 19, 2023 | 1023 | New York/Newark, NJ, US (EWR) to Denver, CO, US (DEN) | 2860 | 260 | 1 |
| Wed, Apr 19, 2023 | 756 | Denver, CO, US (DEN) to Jackson Hole, WY, US (JAC) | 726 | 66 | 1 |
| MileagePlus accrual totals: | | | 8371 | 761 | 4 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---------------------------------------------|----------------|----------------|-------------------------------|-------------------------------|
| Sun, Apr 16, 2023 Jackson Hole, WY, US (JAC) to New York/Newark, NJ, US (EWR - Liberty) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Wed, Apr 19, 2023 New York/Newark, NJ, US (EWR - Liberty) to Jackson Hole, WY, US (JAC) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-i
to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

• Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.

• You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

• **Check-in Requirement -** Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will no be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags 45 minutes except where noted.

- **Boarding Requirement -** Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rule for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be fou on:

- united.com restricted items page
- FAA website Pack Safe page
- TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty a receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations -** Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed trav

date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary c credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations -** For domestic travel between points within the United States (except for domestic portions of internatio journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such trav United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including th domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchec baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, Unite requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported an submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domes portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms -** Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and f loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, includi time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure t perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract Carriage.

**Notice of Certain Terms -** If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for anothe restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply f changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any Unit tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times -** For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United i this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com fo information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correc boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat with compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montrea Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

A STAR ALLIANCE MEMBER

Copyright © 2023 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices

*falc bipuey*



**AC HOTELS BY MARRIOTT'**
260 WEST 40TH ST
NEW YORK, NEW YORK 10018
T: 212 398 2700

| | |
|---|---|
| C. TISI | ROOM: 307 |
| | ROOM TYPE: GENR |
| | NUMBER OF GUESTS: 1 |
| | RATE: $132.00    CLERK: |
| ARRIVE: 16APR23 | TIME: 01:14AM |
| DEPART: 17APR23 | TIME: 12:00PM |
| FOLIO NUMBER: 89022 | |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 16Apr23 | Room Charge | 132.00 | |
| 16Apr23 | Sales Tax Other Room Tax | 2.00 | |
| 16Apr23 | Occupancy Sales Tax | 7.76 | |
| 16Apr23 | State Occupancy Tax | 11.72 | |
| 16Apr23 | Convention and Tourism Tax | 1.50 | |
| 17Apr23 | Visa | | 154.98 |
| | Card #: | | |

*Amount:  154.98  Auth: 09547I*
*This card was electronically*
*swiped on 16Apr23*

**Balance:    0.00**

**Marriott Bonvoy Account # XXXXX1642.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

.

Operated under license from Marriott International, Inc. or one of its affiliates.

**Princeton Marriott at Forrestal**

100 College Road East
Princeton, NJ 08540 US
+1 609-452-7800

## Summary of Charges

| Guest Information | CHRIS TISI | | Dates of Stay | 04/17/2023 - 04/19/2023 |
|---|---|---|---|---|
| | | | Room number | 1326 |
| | | | Guest number | 48072 |
| | | | Member Number | |
| | | | Group Number | |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 04/17/2023 | TELECOM | FREEHSIA | 0.00 | |
| 04/17/2023 | IRON&IVY | 3068 | 286.71 | |
| 04/17/2023 | TR ROOM | 1326, 1 | 221.00 | |
| 04/17/2023 | ROOM TAX | 1326, 1 | 14.64 | |
| 04/17/2023 | OCC TAX | 1326, 1 | 11.05 | |
| 04/17/2023 | MUNI TX | 1326, 1 | 6.63 | |
| 04/18/2023 | TELECOM | FREEHSIA | 0.00 | |
| 04/18/2023 | TR ROOM | 1326, 1 | 279.00 | |
| 04/18/2023 | ROOM TAX | 1326, 1 | 18.48 | |
| 04/18/2023 | OCC TAX | 1326, 1 | 13.95 | |
| 04/18/2023 | MUNI TX | 1326, 1 | 8.37 | |
| 04/19/2023 | CCARD-VS | | | 859.83 |
| **Total balance** | | | | **0.00 USD** |

## Important information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

**Questions about your bill?** Please contact your hotel directly at +1 609-452-7800



Wed, Jul 26, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** <u>Visit the Travel-Ready Center</u>, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# AGC1JT

---

Flight 1 of 2 UA5522                                    Class: United First (PZ)

Sat, May 27, 2023                                       Sat, May 27, 2023

## 03:25 PM                                             06:06 PM

Pensacola, FL, US (PNS)                                 Denver, CO, US (DEN)

Flight Operated by Skywest Airlines dba United Express.

---

Flight 2 of 2 UA756                                    Class: United Economy (U)

Sat, May 27, 2023                                       Sat, May 27, 2023

## 07:28 PM                                             08:54 PM

Denver, CO, US (DEN)                                    Jackson Hole, WY, US (JAC)

---

Traveler Details

TISI/CHRISTOPHERV

eTicket number: **0162487221461**                      Seats: **PNS-DEN 01D**
Frequent Flyer: ▮▮▮▮▮▮▮▮▮▮▮▮                                   **DEN-JAC 20D**

---

Purchase Summary

Method of payment:                                     **Miscellaneous Document**
Date of purchase:                                      **Tue, May 16, 2023**

Airfare:                                               **1571.19**
U.S. Transportation Tax:                               **117.86**
U.S. Flight Segment Tax:                               **19.20**
September 11th Security Fee:                           **11.20**

| U.S. Passenger Facility Charge: | **18.00** |
|---|---|
| Total Per Passenger: | **1737.45 USD** |
| **Total:** | **1737.45 USD** |

## Payment Info

Remaining value of your previous ticket numbers 0162486124177 was applied to this purchase.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

> united.com restricted items page
> FAA website Pack Safe page
> TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the scheduled departure time. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary. Regarding non-refundable tickets, if the new itinerary has a lower fare than the original ticketed itinerary, changes can be made without charge, but the traveler is not entitled to any residual value. United may, in its sole discretion, provide partial or full residual credit under certain circumstances. A change fee may apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including

domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

## ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

## Notice - Overbooking of Flights - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel

first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

A STAR ALLIANCE MEMBER ™

Copyright © 2023 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy                    View our Legal Notices



# JW MARRIOTT
## WASHINGTON DC

**GUEST FOLIO**

| 1064 | TISI/CHRIS | 518.00 | 05/16/23 | 17:42 | 26378 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| GD | | | 05/15/23 | 15:46 | |
| TYPE | | | ARRIVE | TIME | |
| 87 | | PASSPORT: | | | |
| ROOM CLERK | ADDRESS | PAYMENT | | | MBV#:  XXXXX1642 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 05/15 | ROOM          1064, 1 | 518.00 | | |
| 05/15 | ROOMTX        1064, 1 | 82.62 | | |
| 05/15 | DEST FEE      DEST FEE | 25.00 | | |
| 05/15 | DESTF TAX     DEST FEE | 3.99 | | |
| 05/16 | AVENUE        15471064 | .40 | | |
| 05/16 | CCARD-VS | | 630.01 | |
| | PAYMENT RECEIVED BY: VISA | | | |
| 05/16 | CASH          BN | .00 | | .00 |

*MDL Tale*

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**

J.W. MARRIOTT WASHINGTON D.C.
1331 PENNSYLVANIA AV
WASHINGTON, DC  20004

**Experience comfort with the JW Marriott home collection. Visit CuratedbyJW.com**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

**From:** Uber Receipts <noreply@uber.com>
**Date:** May 15, 2023 at 3:51:05 PM EDT
**To:** Chris Tisi <ctisi@levinlaw.com>
**Subject: Your Monday afternoon trip with Uber**

MDL
Talc



> **CAUTION: This email message is EXTERNAL.**

Uber                                          Total $41.94
                                              May 15, 2023

## Total                    $41.94

Trip fare                              $28.27

Subtotal                               $28.27

Booking Fee ❓                          $1.68

| DCA Airport Surcharge | $5.00 |
| Tips | $6.99 |

## Payments

| | | |
|---|---|---|
| Uber | **Uber Cash**<br>5/15/23 3:40 PM | $0.46 |
| VISA | ██████████<br>5/15/23 3:42 PM | $0.46 |
| VISA | **Visa** ██████<br>5/15/23 3:51 PM | $41.02 |

Receipt ID # 26151c67-ee19-4ef7-a9ef-9ab6724532a4

**Switch Payment Method**

*41.94*

**Download PDF**

# You rode with Mirian

**4.96 ★** Rating          Has passed a multi-step safety screen

Issued on behalf of Mirian

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ❯**

UberX    3.38 miles | 13 min

**3:27 PM**

Terminal 2, Ronald Reagan
Washington National Airport
(DCA), Arlington, VA 22202,
US

**3:40 PM**

1331 Pennsylvania Ave NW,
Washington DC, DC 20004,
US



Report lost item ›

Contact support ›

My trips ›

Uber

Forgot password

Privacy

Terms

Your purchase receipt - DVUOCC

American Airlines <no-reply@info.email.aa.com>

Tue 5/16/2023 1:13 PM

To Chris Tisi <ctisi@levinlaw.com>;

CAUTION: This email message is EXTERNAL.

��¿½

Issued: May 16, 2023

# Your receipt

We charged $70.00 to your card ending in 5706.

**Record Locator: DVUOCC**

## Your purchase

**Christopher Tisi**

Join the AAdvantageￌￂ½ Program

| | |
|---|---|
| Checked Bag (DCA-PNS) | $30.00 |
| Document #: (0014413975390) | |
| Checked Bag (DCA-PNS) | $40.00 |
| Document #: (0014413975391) | |

**Total cost**                                    **$70.00**

## Your payment

Visa (ending ████)                                $70.00

**Total paid**                                    **$70.00**

May 15, 2023
Here's your updated ride receipt



# Total                                              $41.94

Trip fare                                            $28.27

Subtotal                                             $28.27

Booking Fee ❓                                        $1.68

DCA Airport Surcharge                                $5.00

Tips                                                 $6.99

## Payments

**Uber Cash**                                        $0.46
5/15/23 3:40 PM

**Visa •••████**                                     $0.46
5/15/23 3:42 PM

**Visa •••████**                                     $41.02
5/15/23 3:51 PM

Receipt ID # 26151c67-ee19-4ef7-a9ef-9ab6724532a4

*Terminal 2 → 1331 Penn.*



May 16, 2023
Here's your updated ride receipt

# Total                                        $34.70

Trip fare                                      $20.89

Subtotal                                       $20.89

Booking Fee ❓                                  $1.68

DCA Airport Surcharge                          $5.00

Tips                                           $5.78

DC Fee ❓                                       $1.35

**Payments**

**VISA**  Visa ••••█                           $34.70
          5/16/23 4:15 PM

Receipt ID # a11c0977-f14d-4b6d-aeb3-df8e53fbc927

1331 Penn → Terminal 2



May 16, 2023
Here's your updated ride receipt

# Total $35.94

| | |
|---|---|
| Trip fare | $23.13 |
| | |
| Subtotal | $23.13 |
| Booking Fee ❓ | $1.82 |
| DCA Airport Surcharge | $5.00 |
| Tips | $5.99 |

**Payments**

 **Visa** •••• ▮▮▮▮                                      $35.94
5/17/23 6:08 AM

Receipt ID # 6831f2ae-bda2-462b-b2a6-2ac8ff46ff7b

*Terminal 2 → 207 E. Columbia*



May 17, 2023
Here's your updated ride receipt

# Total $32.35

Trip fare $18.88

Subtotal $18.88

Booking Fee ❓ $3.08

DCA Airport Surcharge $5.00

Tips $5.39

**Payments**

**Visa** •••• ▮▮▮ $32.35
5/17/23 6:49 AM

Receipt ID # 169abd5d-6bd6-4090-972a-a1441af91061

207 E. Columbia ⟶ Terminal 2

Hastro's Steakhouse DC

600 13th Street NW

Server: Jagjit                          DOB: 05/15/2023
08:52 PM                                      05/15/2023
Table 231/1                                   5/50

                          Sale

VISA

                              CHASE            *****
KPP Label:                              VISA CREDIT
Mode:                                       Issuer
MID: a0000000
IVR:
TSI: e800
IAD:
ARC

                    Amount::   USD $230.17

                       + Tip:: _____

                      = Total:: _____

X _____
            TSI/CHRISTOPHER

                   Thank you!
            Please visit us again soon.

                   Customer Copy

# UNITED 

Thu, Jul 13, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** <u>Visit the Travel-Ready Center</u>, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# N80L2E

---

Flight 1 of 4 UA1834 | Class: United Economy (Q)

Mon, Jun 12, 2023 | Mon, Jun 12, 2023
## 07:30 AM | 11:31 AM
Jackson Hole, WY, US (JAC) | Chicago, IL, US (ORD)

---

Flight 2 of 4 UA664 | Class: United Economy (Q)

Mon, Jun 12, 2023 | Mon, Jun 12, 2023
## 02:11 PM | 05:19 PM
Chicago, IL, US (ORD) | Philadelphia, PA, US (PHL)

---

Flight 3 of 4 UA1716 | Class: United Economy (V)

Wed, Jun 14, 2023 | Wed, Jun 14, 2023
## 03:45 PM | 06:05 PM
Philadelphia, PA, US (PHL) | Denver, CO, US (DEN)

---

Flight 4 of 4 UA756 | Class: United Economy (V)

Wed, Jun 14, 2023 | Wed, Jun 14, 2023
## 07:22 PM | 08:52 PM
Denver, CO, US (DEN) | Jackson Hole, WY, US (JAC)

---

Traveler Details

TISI/CHRISTOPHERV

| eTicket number: ████████ | Seats: **JAC-ORD 21D** |
|---|---|
| Frequent Flyer: ████████ | **ORD-PHL 12F** |
| | **PHL-DEN 27C** |
| | **DEN-JAC 15C** |

## Purchase Summary

| Method of payment: | **Visa ending in** ████ |
|---|---|
| Date of purchase: | **Tue, Jun 06, 2023** |

| | |
|---|---|
| Airfare: | 680.93 |
| U.S. Transportation Tax: | 51.07 |
| U.S. Flight Segment Tax: | 19.20 |
| September 11th Security Fee: | 11.20 |
| U.S. Passenger Facility Charge: | 18.00 |

| Total Per Passenger: | 780.40 USD |
|---|---|

| **Total:** | **780.40 USD** |
|---|---|

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Jun 12, 2023<br>Jackson Hole, WY, US (JAC)<br>to Philadelphia, PA, US (PHL) | 0.0 USD | 0.0 USD | 70.0lbs(32.0kg) - 62.0in(157.0cm) | 70.0lbs(32.0kg) - 62.0in(157.0cm) |
| Wed, Jun 14, 2023<br>Philadelphia, PA, US (PHL)<br>to Jackson Hole, WY, US (JAC) | 0.0 USD | 0.0 USD | 70.0lbs(32.0kg) - 62.0in(157.0cm) | 70.0lbs(32.0kg) - 62.0in(157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

### Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

### Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

### Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

    united.com restricted items page
    FAA website Pack Safe page
    TSA website Prohibited Items page

### Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

### Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the scheduled departure time. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary. Regarding non-refundable tickets, if the new itinerary has a lower fare than the original ticketed itinerary, changes can be made without charge, but the traveler is not entitled to any residual value. United may, in its sole discretion, provide partial or full residual credit under certain circumstances. A change fee may apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

## ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY - Passengers

embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

## Notice - Overbooking of Flights - Airline flights may be overbooked, and there is a slight

chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

A STAR ALLIANCE MEMBER ™

Copyright © 2023 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices

**Princeton Marriott at Forrestal**

100 College Road East

Princeton, NJ 08540 US

+1 609-452-7800

## Summary of Charges

| Guest Information |  | Dates of Stay | 06/12/2023 - 06/14/2023 |
| --- | --- | --- | --- |
| | | Room number | 2505 |
| | | Guest number | |
| | | Member Number | |
| | | Group Number | |

| Date | Description | Reference | Charges | Credits |
| --- | --- | --- | --- | --- |
| 06/12/2023 | TELECOM | FREEHSIA | 0.00 | |
| 06/12/2023 | TR ROOM | 2505, 1 | 239.00 | |
| 06/12/2023 | ROOM TAX | 2505, 1 | 15.83 | |
| 06/12/2023 | OCC TAX | 2505, 1 | 11.95 | |
| 06/12/2023 | MUNI TX | 2505, 1 | 7.17 | |
| 06/13/2023 | IRON&IVY | 3505 | 34.29 | |
| 06/13/2023 | TR ROOM | 2505, 1 | 299.00 | |
| 06/13/2023 | ROOM TAX | 2505, 1 | 19.81 | |
| 06/13/2023 | OCC TAX | 2505, 1 | 14.95 | |
| 06/13/2023 | MUNI TX | 2505, 1 | 8.97 | |
| 06/13/2023 | TELECOM | FREEHSIA | 0.00 | |
| 06/14/2023 | CCARD-VS | | | 650.97 |
| **Total balance** | | | | 0.00 USD |

## Important information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

**Questions about your bill?** Please contact your hotel directly at +1 609-452-7800

Page 1 of 1

# [Personal] Your Wednesday afternoon trip with Uber

**Uber Receipts** <noreply@uber.com>

Wed 6/14/2023 12:52 PM

To:Chris Tisi <ctisi@levinlaw.com>;

CAUTION: This email message is EXTERNAL.

## Uber

Total **$109.48**
June 14, 2023

# Thanks for tipping, Chris

Here's your updated Wednesday afternoon ride receipt.



# Total                                $109.48

> Your upfront price has been adjusted due to unanticipated tolls or surcharges on this trip. Please see the receipt breakdown for details.

| | |
|---|---|
| Trip fare | $76.69 |
| Subtotal | $76.69 |
| Walt Whitman Bridge Westbound ❓ | $5.00 |
| Booking Fee ❓ | $10.00 |

| | |
|---|---|
| PHL Airport Dropoff Surcharge | $4.00 |
| Tips | $13.79 |

## Payments

 **Visa** •••■■■■        $109.48
6/14/23 2:52 PM

**Switch Payment Method**

**Download PDF**

# You rode with FRANKLIN

**4.96 ★ Rating**          👤✓   Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

UberX      62.06 miles | 1 h 15 min

■    **1:07 PM**

100 College Rd E, Princeton, NJ 08540, US

↓    **2:22 PM**

Level 2 Gates D1 - D16, Philadelphia International Airport (PHL), Philadelphia, PA 19153, US



Report lost item   >          Contact support   >          My trips   >

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

[Personal] Your Wednesday afternoon trip with Uber

Uber Receipts <noreply@uber.com>

Wed 6/14/2023 12:22 PM

To:Chris Tisi <ctisi@levinlaw.com>;

CAUTION: This email message is EXTERNAL.

# Uber

Total **$95.69**
June 14, 2023

# Thanks for riding, Chris

We hope you enjoyed your ride
this afternoon.



# Total                    # $95.69

Your upfront price has been adjusted due to unanticipated tolls or
surcharges on this trip. Please see the receipt breakdown for details.

Trip fare                                          $76.69

Subtotal                                           $76.69

Walt Whitman Bridge Westbound  ❓                    $5.00

Booking Fee  ❓                                     $10.00

PHL Airport Dropoff Surcharge                                    $4.00

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will
receive a trip receipt when the payment is processed with payment information.

# You rode with FRANKLIN

**4.96 ★** Rating              👤✓   Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



When you ride with Uber, your trips are insured in case of a covered
accident.

**Learn more ❯**

UberX      62.06 miles | 1 h 15 min

■    **1:07 PM**
     100 College Rd E, Princeton,
     NJ 08540, US

⬇    **2:22 PM**
     Level 2 Gates D1 - D16,
     Philadelphia International
     Airport (PHL), Philadelphia,
     PA 19153, US



Report lost item  >          Contact support  >          My trips  >

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

[Personal] Your Monday evening trip with Uber

Uber Receipts <noreply@uber.com>

Mon 6/12/2023 5:20 PM

To: Chris Tisi <ctisi@levinlaw.com>;

CAUTION: This email message is EXTERNAL.

# Uber

Total **$106.97**
June 12, 2023

# Thanks for riding, Chris

We hope you enjoyed your ride
this evening.



# Total                    $106.97

| | |
|---|---|
| Trip fare | $87.57 |
| Subtotal | $87.57 |
| Walt Whitman Bridge Eastbound ❔ | $5.00 |
| Booking Fee ❔ | $10.00 |
| PHL Airport Del Co Surcharge | $0.40 |
| PHL Airport Pickup Surcharge | $4.00 |

**Download PDF**

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

# You rode with Beniam

**4.85 ★** Rating         👤✓   Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

UberX     66.68 miles | 1 h 9 min



■   **6:11 PM**

Terminal D, Philadelphia International Airport (PHL), Philadelphia, PA 19153, US

↓   **7:20 PM**

100 College Rd E, Princeton, NJ 08540, US

Report lost item  ›         Contact support  ›         My trips  ›

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

## [Personal] Your Monday evening trip with Uber

Uber Receipts <noreply@uber.com>

Tue 6/13/2023 5:06 AM

To:Chris Tisi <ctisi@levinlaw.com>;

CAUTION: This email message is EXTERNAL.

# Uber

Total **$123.01**
June 12, 2023

# Thanks for tipping, Chris

Here's your updated Monday
evening ride receipt.



# Total                                    # $123.01

| | |
|---|---|
| Trip fare | $87.57 |
| | |
| Subtotal | $87.57 |
| Walt Whitman Bridge Eastbound ❓ | $5.00 |
| Booking Fee ❓ | $10.00 |
| PHL Airport Del Co Surcharge | $0.40 |
| PHL Airport Pickup Surcharge | $4.00 |
| Tips | $16.04 |

## Payments



| | | |
|---|---|---|
| **VISA** | **Visa** •••• | $106.97 |
| | 6/13/23 4 | |
| **VISA** | **Visa** •••• | $16.04 |
| | 6/13/23 7:07 AM | |

**Switch Payment Method**

**Download PDF**

# You rode with Beniam

**4.85 ★ Rating**          Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ❯**

UberX    66.68 miles | 1 h 9 min

■ **6:11 PM**

Terminal D, Philadelphia
International Airport (PHL),
Philadelphia, PA 19153, US

↓ **7:20 PM**

100 College Rd E, Princeton,
NJ 08540, US



Report lost item  >        Contact support  >              My trips  >

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158



**CAUTION:** This email
message is **EXTERNAL.**

   Mon, Jun 19, 20

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# ENMY6L

| Flight 1 of 3 UA1757 | Class: United Economy (W) |
|---|---|

| Mon, Jun 26, 2023 | Mon, Jun 26, 2023 |
|---|---|
| **07:05 AM** | **01:17 PM** |
| Jackson Hole, WY, US (JAC) | New York/Newark, NJ, US (EWR) |

| Flight 2 of 3 UA1435 | Class: United Economy (U) |
|---|---|

Fri, Jun 30, 2023

## 02:28 PM

New York/Newark, NJ, US (EWR)

Fri, Jun 30, 2023

## 04:40 PM

Denver, CO, US (DEN)

| Flight 3 of 3 UA756 | Class: United Economy (U) |
|---|---|

Fri, Jun 30, 2023

## 07:31 PM

Denver, CO, US (DEN)

Fri, Jun 30, 2023

## 09:01 PM

Jackson Hole, WY, US (JAC)

## Traveler Details

**TISI/CHRISTOPHERV**

eTicket number: **0162495631260**

Frequent Flyer: ▮▮▮▮▮▮▮▮

Seats: **JAC-EWR 10C**
**EWR-DEN 28C**
**DEN-JAC 10D**

## Purchase Summary

Method of payment:                **Visa ending in** ▮▮▮
Date of purchase:                 **Mon, Jun 19, 2023**

| | |
|---|---|
| Airfare: | **802.00** |
| U.S. Transportation Tax: | **60.15** |
| U.S. Flight Segment Tax: | **14.40** |
| September 11th Security Fee: | **11.20** |
| U.S. Passenger Facility Charge: | **13.50** |

Total Per Passenger:                **901.25 USD**

## Total:                **901.25 USD**

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

Christopherv Tisi

| Date | Flight | From/To | Award Miles | PQP | PQF |
|------|--------|---------|-------------|-----|-----|
| Mon, Jun 26, 2023 | 1757 | Jackson Hole, WY, US (JAC) to New York/Newark, NJ, US (EWR) | 2871 | 261 | 1 |
| Fri, Jun 30, 2023 | 1435 | New York/Newark, NJ, US (EWR) to Denver, CO, US (DEN) | 4763 | 433 | 1 |
| Fri, Jun 30, 2023 | 756 | Denver, CO, US (DEN) to Jackson Hole, WY, US (JAC) | 1210 | 110 | 1 |
| MileagePlus accrual totals: | | | 8844 | 804 | 3 |

**Baggage allowance and charges for this itinerary**

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Jun 26, 2023<br>Jackson Hole, WY, US (JAC)<br>to New York/Newark, NJ, US (EWR - Liberty) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Fri, Jun 30, 2023<br>New York/Newark, NJ, US (EWR - Liberty)<br>to Jackson Hole, WY, US (JAC) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-i
to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will no be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags 45 minutes except where noted.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.

- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be fou on:

- united.com restricted items page
- FAA website Pack Safe page
- TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty a receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations -** Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the scheduled departure time. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary. Regarding non-refundable tickets, if the new itinerary has a lower fare than the original ticketed itinerary, changes can be made without charge, bu the traveler is not entitled to any residual value. United may, in its sole discretion, provide partial or full residual credit under certain circumstance: A change fee may apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations -** For domestic travel between points within the United States (except for domestic portions of internatio journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such trav

United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

## ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance

is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights -** Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

A STAR ALLIANCE MEMBER

Copyright © 2023 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy            View our Legal Notices



| | PRINCETON MARRIOTT FORRESTAL | | | GUEST FOLIO |
|---|---|---|---|---|

| 3123 | TISI/C | 199.00 | 07/01/23 | 12:00 | 220 | 54411 |
|---|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# | GROUP |
| GD | | | 06/27/23 | 00:15 | | |
| TYPE | | | ARRIVE | TIME | | |
| 93 | | | | | | |
| ROOM CLERK | ADDRESS | PAYMENT | | | MBV#: | |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 06/27 | GP ROOM | 3123, 1 | 199.00 | | |
| 06/27 | ROOM TAX | 3123, 1 | 13.18 | | |
| 06/27 | OCC TAX | 3123, 1 | 9.95 | | |
| 06/27 | MUNI TX | 3123, 1 | 5.97 | | |
| 06/28 | GP ROOM | 3123, 1 | 199.00 | | |
| 06/28 | ROOM TAX | 3123, 1 | 13.18 | | |
| 06/28 | OCC TAX | 3123, 1 | 9.95 | | |
| 06/28 | MUNI TX | 3123, 1 | 5.97 | | |
| 06/29 | GP ROOM | 3123, 1 | 199.00 | | |
| 06/29 | ROOM TAX | 3123, 1 | 13.18 | | |
| 06/29 | OCC TAX | 3123, 1 | 9.95 | | |
| 06/29 | MUNI TX | 3123, 1 | 5.97 | | |
| 06/30 | GP ROOM | 3123, 1 | 199.00 | | |
| 06/30 | ROOM TAX | 3123, 1 | 13.18 | | |
| 06/30 | OCC TAX | 3123, 1 | 9.95 | | |
| 06/30 | MUNI TX | 3123, 1 | 5.97 | | |
| 07/01 | VS CARD | | | $912.40 | |

TO BE SETTLED TO:    VISA        CURRENT BALANCE  .00

THANK YOU FOR CHOOSING PRINCETON MARRIOTT FORRESTAL
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ  08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

# [Personal] Your Saturday afternoon trip with Uber

**Uber Receipts** <noreply@uber.com>

Sat 5/27/2023 1:27 PM

To:Chris Tisi <ctisi@levinlaw.com>;

CAUTION: This email message is EXTERNAL.

## Uber

Total **$15.90**
May 27, 2023

# Thanks for riding, Chris

We hope you enjoyed your ride
this afternoon.



# Total                              $15.90

| | |
|---|---|
| Trip fare | $11.11 |
| Subtotal | $11.11 |
| Booking Fee ❓ | $4.79 |

**Download PDF**

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will
receive a trip receipt when the payment is processed with payment information.

**You rode with JESSICA**

**5.00 ★ Rating**    Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

UberX    5.66 miles | 14 min



■ **2:13 PM**
110 E Intendencia St,
Pensacola, FL 32502, US

**2:28 PM**
2430 Airport Blvd, Pensacola,
FL 32504, US

Report lost item  >        Contact support  >        My trips  >

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

# [Personal] Your Saturday afternoon trip with Uber

Uber Receipts <noreply@uber.com>

Sat 5/27/2023 1:54 PM

To:Chris Tisi <ctisi@levinlaw.com>;

| CAUTION: This email message is **EXTERNAL.** |
| --- |

## Uber

Total **$18.90**
May 27, 2023

# Thanks for tipping, Chris

Here's your updated Saturday
afternoon ride receipt.



# Total                                       # $18.90

| | |
| --- | --- |
| Trip fare | $11.11 |
| | |
| Subtotal | $11.11 |
| Booking Fee ❓ | $4.79 |
| Tips | $3.00 |

## Payments

                       $18.90

5/27/23 2:55 PM

Switch Payment Method

Download PDF

# You rode with JESSICA

**5.00 ★** Rating     🛡️ Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ❯**

UberX    5.66 miles | 14 min



■ **2:13 PM**

110 E Intendencia St, Pensacola, FL 32502, US

▮ **2:28 PM**

2430 Airport Blvd, Pensacola, FL 32504, US

Report lost item ❯     Contact support ❯     My trips ❯

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158



Ted
Tks
Richard
Dan





July 1, 2023
Here's your updated ride receipt

# Total $93.30

Your upfront price has been adjusted due to unanticipated tolls or surcharges on this trip. Please see the receipt breakdown for details.

| | |
|---|---|
| Trip fare | $58.71 |
| Subtotal | $58.71 |
| New Jersey Cranbury Jamesburg 8A to Newark Airport Elizabeth Seaport 13A ❓ | $5.21 |
| Booking Fee ❓ | $10.00 |
| EWR Airport Surcharge | $2.50 |
| Newark City Surcharge | $1.00 |
| State Surcharge | $0.50 |
| Tips | $15.38 |

**Payments**

**VISA**    **Visa ••**██████        $93.30

7/1/23 5:12 PM

June 30, 2023
Here's your updated ride receipt



# Total                                                          $20.91

Trip fare                                                        $13.03

Subtotal                                                         $13.03

Booking Fee  ❓                                                  $4.38

State Surcharge                                                  $0.50

Tips                                                             $3.00

**Payments**

**VISA**  **Visa** •••                      $20.91
6/30/23 7:23 PM



June 27, 2023
Here's your updated ride receipt

# Total                $116.10

| Trip fare | $87.95 |
|---|---|
| Subtotal | $87.95 |
| Trenton morrisville Eastbound ❓ | $1.25 |
| Booking Fee ❓ | $6.04 |
| PHL Airport Del Co Surcharge | $0.40 |
| PHL Airport Pickup Surcharge | $4.00 |
| Tips | $15.14 |
| Philadelphia TNC Assessment Fee | $1.32 |

**Payments**

**VISA** **Visa** ••••⬛          $116.10
6/28/23 12:33 AM