EXHIBIT MEMBER REPRESENTATIVE #7

Elizabeth Carter, Esq., Hill Hill Carter - $6,973.91

Case Name:    In re LTL Management, LLC

Case No.:    21-30589 (MBK)

**SCHEDULE OF EXPENSES FOR MEMBERS AND MEMBERS' REPRESENTATIVES OF THE
OFFICIAL TALC CLAIMANTS COMMITTEE OF LTL MANAGEMENT, LLC**

Applicant Name: Elizabeth Brannen Carter

Role:  Representative of member, ████████ unsecured creditors committee        Total Expenses Requested_____

| SCHEDULE OF EXPENSES-LTL Mgmt 2.0 | | |
|---|---|---|
| Date(s) Incurred | Expense Detail (*e.g.*, hotel, airfare and reason) | Expense Amount |
| 23.04.10 | Roundtrip Mileage from Mtg, AL to ATL & ATL to Mtg. to attend hearing in NJ for LTL Mgmt. - 304 miles at 65.5 per mile | $199.12 |
| 23.04.11 | PARKING | $28.00 |
| 23.04.10-23.04.12 | Roundtrip-Delta Flight from ATL to NJ for hearing- LTL Mgmt. | $787.80 |
| 23.04.10-4-11 | Hotel-Princeton Marriott Forrestal-attend April 12 hearing | $233.73 |
| 23.04.17 | Roundtrip Mileage from Mtg to ATL&ATL to Mtg to attend hearing in NJ for LTL Mgmt.- 304 miles at 65.5 per miles | $199.12 |
| 23.04.18 | PARKING | $38.00 |
| 23.04.17 | Roundtrip-Delta Flight from ATL to NJ for hearing- LTL Mgmt. | $812.80 |
| 23.04.17-23.04.18 | Hotel-Princeton Marriott Forrestal-attend April 18 hearing | $337.00 |
| 23.06.12 | Roundtrip Mileage from Mtg to ATL & ATL to Mtg to attend hearing in NJ for LTL Mgmt.-30 | $199.12 |
| 23.06.12-23.06.13 | Rountrip-Delta Flight from ATL to NJ for Hearing | $697.80 |
| 23.06.12-23.06.13 | Hotel-Princeton Marriott Forrestal-attend hearing 06.13.23-LTL Mgmt. | $312.93 |
| 23.06.27-06.29 | Hotel-Ritz Carlton-ATL Flight Cancellations re trip to NJ for hearing | $516.38 |
| 23.06.26-06.27 | Hotel-Ritz Carlton-ATL flight cancellations re tripo to NJ for hearing | $433.94 |
| 23.06.26-06.30 | Baggage Expense | $140.00 |
| 23.06.26-23.06.30 | Rountrip-Delta Flight from ATL to NJ for Hearing on behalf of LTL Mgmt. | $1,296.80 |
| 23.06.27 | Reimburse for being driven from NY to NJ to attend trial on behalf of LTL Mgmt. | $278.90 |
| 23.06.28 | Hotel Princeton Marriott Forrestal-attend hearing in NJ on behalf of LTL Mgmt, LLC | $462.47 |
| | **Total** | $6,973.91 |

-- PLEASE ATTACH COPIES OF RECEIPTS TO BACK OF EXPENSE REPORT --

# CAPITAL ONE-VISA  Form

**Payable To:** Elizabeth B. Carter

Sep 1, 2023    **Request Date**

**Client Matter #:** 9593.0001-LTL Management LLC

☒ **Billable**
☐ **Non-Billable**

04/11/2023    **Expense Date**

**Type of Expense:** Other    **Amount:** *$28.00*

**Description:** 23.04.11-Hartsfield Jackson ATL Airport Parking for flight to NJ -attendance of court hearing.

**Authorized By:** Elizabeth Brannen Carter    **Requester:** Kim Coleman

**Return Check to (if applicable):** Capital One VISA-Elizabeth B. Carter

★ IF ELECTRONIC BILLING FILL OUT ALL APPLICABLE INFORMATION BELOW ★

| **Mileage** | E CODE: | | **Med. Recs.** | E CODE: |
| TO & FROM: | | | PATIENT: | |
| TOTAL MILES: | | | MED PROVIDER: | |
| TRIP DESC: | | | # OF COPIES: | |
| | | | COST PER PAGE: | |
| **Depo** | E CODE: | | **Other** | E CODE: |
| ATTY(S) IN ATTENDANCE: | | | WHO: | |
| DEPONENT(S): | | | WHAT: | |
| | | | WHEN: | |
| | | | WHERE: | |
| | | | WHY: | |
| **Court Cost** | E CODE: | | **Subpoenas** | E CODE: |
| COUNTY: | | | COUNTY: | |
| | | | # OF SUBP: | |

# ATTACH INVOICE OR RECEIPT

4-11-23  $78.00





**Date of Purchase: Apr 07, 2023**

# Flight Receipt for Atlanta, GA to Newark, NJ

## PASSENGER INFORMATION

ELIZABETH BRANNE CARTER
SkyMiles Number: ▉▉▉▉▉▉

Confirmation Number: GXILSN
Ticket Number: 0062375473655

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| ATL>EWR<br>Mon 10Apr2023 DL 2639 | FLWN | D | |
| EWR>ATL<br>Tue 11Apr2023 DL 2647 | FLWN | I | |

## DETAILED CHARGES

**Air Transportation Charges**
Base Fare:                                                                      $705.12  USD

**Taxes, Fees & Charges:**
United States - September 11th Security Fee(Passenger
Civil Aviation Security Service Fee) (AY)                                        $11.20  USD
United States - Transportation Tax (US)                                         $52.88  USD
United States - Passenger Facility Charge (XF)                                    $9.00  USD
United States - Flight Segment Tax (ZP)                                           $9.60  USD

**Total Price:**                                                                **$787.80  USD**

Paid with Visa ***********6537

## KEY OF TERMS

| | |
|---|---|
| # - Arrival date different than departure date | F - Food available for purchase |
| ** - Check-in required | L - Lunch |
| ***- Multiple meals | LV - Departs |
| *S$ - Multiple seats | M - Movie |
| AR - Arrives | R - Refreshments, complimentary |
| B - Breakfast | S - Snack |
| C - Bagels / Beverages | T - Cold meal |
| D - Dinner | V - Snacks for sale |

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.

Please review Delta's check-in requirements and baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit Flying safely government guild.

Do you have comments about service? Please email us to share them.


NON-REFUNDABLE / CHANGE FEE

When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

All Preferred, Delta Comfort+™, First Class, and Delta One seat purchases are Nonrefundable.

**Terms & Conditions**
Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage.   They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay of failure to perform service , including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights , and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fare, promotions, information and flight updates, please visit Delta News & Special Offers or Delta notifications.

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2023 Delta Air Lines, Inc. All rights reserved.



**Date of Purchase: Apr 11, 2023**

# Service Fees Receipt

## PASSENGER INFORMATION

ELIZABETH BRANNE CARTER
SkyMiles Number: ███████████

Confirmation Number: GXILSN
Ticket Number: 0060178899129

## BILLING AND INFORMATION

| | | |
|---|---|---|
| SAME DAY CONFIRMED - REISSUE | $75.00 | USD |
| Taxes & Fees | $0.00 | USD |
| **Total** | **$75.00** | **USD** |

Paid with Visa ************2137

Retain this receipt for your records. This document provides information about specified fees or services you have been charged.

If purchasing Delta Sky Club memberships all Delta SkyMiles and Delta Sky Club rules apply. To review the rules, please visit Delta Sky Club.

If a customer voluntarily changes or cancels their flight after purchasing a seat they may receive an eCredit or miles redeposit for the value of the purchased seat upgrade and apply it toward future travel, unless the change is made during the check-in window (24 hours before the flight departs). Changeability and refundability are based on the fare rules of the original booked ticket. Most fares are non-refundable. Important Note: If travel or check-in commences on a carrier other than Delta this receipt must be presented at the time of the service or fee will be used.

## COPYRIGHT INFORMATION

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2023 Delta Air Lines, Inc. All rights reserved.

# CAPITAL ONE-VISA  Form

**Payable To:** Princeton Marriott Forrestal

May 9, 2023 — Request Date

**Client Matter #:** 9593.0001-LTL Management-Liz

Apr 10, 2023 — Expense Date

☒ **Billable**
☐ **Non-Billable**

**Type of Expense:** Other    **Amount:** *$233.73*

**Description:**
23.04.10-Subro-LTL Management-trip to New Jersey to attend court

**Authorized By:** Elizabeth Brannen Carter    **Requester:** Elizabeth Brannen Carter

**Return Check to (if applicable):** Princeton Marriott Forrestal

★ IF ELECTRONIC BILLING FILL OUT ALL APPLICABLE INFORMATION BELOW ★

| **Mileage** | E CODE: | | **Med. Recs.** | E CODE: |
|---|---|---|---|---|
| TO & FROM: | | | PATIENT: | |
| TOTAL MILES: | | | MED PROVIDER: | |
| TRIP DESC: | | | # OF COPIES: | |
| | | | COST PER PAGE: | |

| **Depo** | E CODE: | | **Other** | E CODE: |
|---|---|---|---|---|
| ATTY(S) IN ATTENDANCE: | | | WHO: | |
| DEPONENT(S): | | | WHAT: | |
| | | | WHEN: | |
| | | | WHERE: | |
| | | | WHY: | |

| **Court Cost** | E CODE: | | **Subpoenas** | E CODE: |
|---|---|---|---|---|
| COUNTY: | | | COUNTY: | |
| | | | # OF SUBP: | |

# ATTACH INVOICE OR RECEIPT

4/10-23



**MARRIOTT**

**PRINCETON MARRIOTT FORRESTAL**

GUEST FOLIO

| 1506 | CARTER/ELIZABETH/MS | 195.00 | 04/11/23 | | DUPLICATEL 11:28 | 47049 |
|---|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | | ACCT# |
| CK | | | 04/10/23 | | | |
| TYPE | | | ARRIVE | TIME | | |

| ROOM CLERK | ADDRESS | VSXXXXXXXXXXXX6537 PAYMENT | MB#: |
|---|---|---|---|

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 04/10 | MARKET         46951506 | 10.21 | | |
| 04/10 | TR ROOM        1506, 1 | 195.00 | | |
| 04/10 | ROOM TAX       1506, 1 | 12.92 | | |
| 04/10 | OCC TAX        1506, 1 | 9.75 | | |
| 04/10 | MUNI TX        1506, 1 | 5.85 | | |
| 04/11 | CCARD-VS | | 233.73 | |
| | VSXXXXXXXXXXXX6537 | | | .00 |



**MARRIOTT**

**PRINCETON MARRIOTT FORRESTAL**
**100 COLLEGE RD EAST**
**PRINCETON NJ  08540**
**609-452-7800**

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

# CHECK REQUEST Form

**Payable To:** Elizabeth B. Carter

**Request Date:** Aug 31, 2023

**Client Matter #:** 9593.0001-LTL Management LLC

☒ **Billable**
☐ **Non-Billable**

**Expense Date:** 23.04.10-23.04.12

**Type of Expense:** Mileage

**Amount:** **$199.12**

**Description:** 23.04.10-23.04.12-Reimbursement for Mileage from Mtg. to ATL for Delta Flight to NJ-LTL Management LLC-attendance of court hearing. Rate 65.5 (304 miles)See attached

**Authorized By:** Elizabeth Brannen Carter

**Requester:** Kim Coleman

**Return Check to (if applicable):** Elizabeth B. Carter

★ IF ELECTRONIC BILLING FILL OUT ALL APPLICABLE INFORMATION BELOW ★

| Mileage | E CODE: | | Med. Recs. | E CODE: | |
|---|---|---|---|---|---|
| TO & FROM: | | | PATIENT: | | |
| TOTAL MILES: | | | MED PROVIDER: | | |
| TRIP DESC: | | | # OF COPIES: | | |
| | | | COST PER PAGE: | | |
| Depo | E CODE: | | Other | E CODE: | |
| ATTY(S) IN ATTENDANCE: | | | WHO: | | |
| DEPONENT(S): | | | WHAT: | | |
| | | | WHEN: | | |
| | | | WHERE: | | |
| | | | WHY: | | |
| | | | | | |
| Court Cost | E CODE: | | Subpoenas | E CODE: | |
| COUNTY: | | | COUNTY: | | |
| | | | # OF SUBP: | | |

## ATTACH INVOICE OR RECEIPT

# CAPITAL ONE-VISA Form

**Payable To:** Elizabeth B. Carter

Sep 1, 2023 **Request Date**

**Client Matter #:** 9593.0001-LTL Management LLC

☒ **Billable**
☐ **Non-Billable**

04/18/2023 **Expense Date**

**Type of Expense:** Other

**Amount:** *$28.00*

**Description:** 23.04.18-Hartsfield Jackson ATL Airport Parking for flight to NJ -attendance of court hearing.

**Authorized By:** Elizabeth Brannen Carter

**Requester:** Kim Coleman

**Return Check to (if applicable):** Capital One VISA-Elizabeth B. Carter

★ IF ELECTRONIC BILLING FILL OUT ALL APPLICABLE INFORMATION BELOW ★

| | | | | |
|---|---|---|---|---|
| **Mileage** | E CODE: | | **Med. Recs.** | E CODE: |
| TO & FROM: | | | PATIENT: | |
| TOTAL MILES: | | | MED PROVIDER: | |
| TRIP DESC: | | | # OF COPIES: | |
| | | | COST PER PAGE: | |
| **Depo** | E CODE: | | **Other** | E CODE: |
| ATTY(S) IN ATTENDANCE: | | | WHO: | |
| DEPONENT(S): | | | WHAT: | |
| | | | WHEN: | |
| | | | WHERE: | |
| | | | WHY: | |
| | | | | |
| **Court Cost** | E CODE: | | **Subpoenas** | E CODE: |
| COUNTY: | | | COUNTY: | |
| | | | # OF SUBP: | |

## ATTACH INVOICE OR RECEIPT

4-18-23    $38.00



PrintForm

4-17-23

## CAPITAL ONE-VISA Form

Payable To: Delta Airlines

May 5, 2022   Request Date

Client Matter #: 9593.0001-LTL Management-Liz

☒ Billable
☐ Non-Billable

Apr 17, 2022   Expense Date

Type of Expense: Other      Amount: **$812.80**

Description:

04.17.23-Subro-LTL Management-trip to New Jersey for attendance of court date

Authorized By: Elizabeth Brannen Carter      Requester: Elizabeth Brannen Carter

Return Check to (if applicable): Delta Airlines

★ IF ELECTRONIC BILLING FILL OUT ALL APPLICABLE INFORMATION BELOW ★

| | | | | |
|---|---|---|---|---|
| Mileage | E CODE: | | Med. Recs. | E CODE: |
| TO & FROM: | | | PATIENT: | |
| TOTAL MILES: | | | MED PROVIDER: | |
| TRIP DESC: | | | # OF COPIES: | |
| | | | COST PER PAGE: | |
| Depo | E CODE: | | Other | E CODE: |
| ATTY(S) IN ATTENDANCE: | | | WHO: | |
| DEPONENT(S): | | | WHAT: | |
| | | | WHEN: | |
| | | | WHERE: | |
| | | | WHY: | |
| Court Cost | E CODE: | | Subpoenas | E CODE: |
| COUNTY: | | | COUNTY: | |
| | | | # OF SUBP: | |

## ATTACH INVOICE OR RECEIPT



**Date of Purchase: Apr 13, 2023**

# Flight Receipt for Atlanta, GA to Newark, NJ

## PASSENGER INFORMATION

ELIZABETH BRANNE CARTER
SkyMiles Number: ▮▮▮▮▮▮

Confirmation Number: HP7LFW
Ticket Number: 0062377683833

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| ATL>EWR<br>Mon 17Apr2023 DL 2226 | FLWN | D | |
| EWR>ATL<br>Tue 18Apr2023 DL 2226 | FLWN | I | |

## DETAILED CHARGES

**Air Transportation Charges**
Base Fare:                                                             $728.38   USD

**Taxes, Fees & Charges:**
United States - September 11th Security Fee(Passenger
Civil Aviation Security Service Fee) (AY)                   $11.20   USD
United States - Transportation Tax (US)                  $54.62   USD
United States - Passenger Facility Charge (XF)         $9.00   USD
United States - Flight Segment Tax (ZP)                  $9.60   USD

**Total Price:**                                                   **$812.80   USD**

Paid with Visa ************6537

## KEY OF TERMS

| | |
|---|---|
| # - Arrival date different than departure date | F - Food available for purchase |
| ** - Check-in required | L - Lunch |
| ***- Multiple meals | LV - Departs |
| *S$ - Multiple seats | M - Movie |
| AR - Arrives | R - Refreshments, complimentary |
| B - Breakfast | S - Snack |
| C - Bagels / Beverages | T - Cold meal |
| D - Dinner | V - Snacks for sale |

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.

Please review Delta's check-in requirements and baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit Flying safely government guild.

Do you have comments about service? Please email us to share them.


NON-REFUNDABLE / CHANGE FEE

When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

All Preferred, Delta Comfort+™, First Class, and Delta One seat purchases are Nonrefundable.

**Terms & Conditions**
Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage.   They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay of failure to perform service , including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights , and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fare, promotions, information and flight updates, please visit Delta News & Special Offers or Delta notifications.

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2023 Delta Air Lines, Inc. All rights reserved.

# CAPITAL ONE-VISA Form

**Payable To:** Princeton Marriott Forrestal

May 9, 2023    **Request Dat**

**Client Matter #:** 9593.0001-LTL Management-Liz

☒ **Billable**    Apr 17, 2023    **Expense Dat**
☐ **Non-Billable**

**Type of Expense:** Other    **Amount:** *$337.00*

**Description:**
23.04.17-Subro-LTL Management-trip to New Jersey to attend court

**Authorized By:** Elizabeth Brannen Carter    **Requester:** Elizabeth Brannen Carter

**Return Check to (if applicable):** Princeton Marriott Forrestal

★ IF ELECTRONIC BILLING FILL OUT ALL APPLICABLE INFORMATION BELOW ★

| Mileage | E CODE: | | Med. Recs. | E CODE: | |
|---|---|---|---|---|---|
| TO & FROM: | | | PATIENT: | | |
| TOTAL MILES: | | | MED PROVIDER: | | |
| TRIP DESC: | | | # OF COPIES: | | |
| | | | COST PER PAGE: | | |

| Depo | E CODE: | | Other | E CODE: | |
|---|---|---|---|---|---|
| ATTY(S) IN ATTENDANCE: | | | WHO: | | |
| DEPONENT(S): | | | WHAT: | | |
| | | | WHEN: | | |
| | | | WHERE: | | |
| | | | WHY: | | |
| | | | | | |

| Court Cost | E CODE: | | Subpoenas | E CODE: | |
|---|---|---|---|---|---|
| COUNTY: | | | COUNTY: | | |
| | | | # OF SUBP: | | |
| | | | | | |

# ATTACH INVOICE OR RECEIPT



**MARRIOTT**

PRINCETON MARRIOTT FORRESTAL

**GUEST FOLIO**

| 1110 | CARTER/ELIZABETH/MS | 254.00 | 04/18/23 | 13:40 | 47784 |
|------|---------------------|--------|----------|-------|-------|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| GD | | | 04/17/23 | 19:15 | |
| TYPE | | | ARRIVE | TIME | |
| 5 | | | | | |
| ROOM CLERK | ADDRESS | VSXXXXXXXXXXXX6537 PAYMENT | | | MBV#: ▮▮▮▮ |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|------|-----------|---|---------|---------|--------------|
| 04/17 | M CLUB | M CLUB | 40.00 | | |
| 04/17 | ROOM TAX | M CLUB | 2.65 | | |
| 04/17 | OCC TAX | M CLUB | 2.00 | | |
| 04/17 | MUNI TX | M CLUB | 1.20 | | |
| 04/17 | TR ROOM | 1110, 1 | 254.00 | | |
| 04/17 | ROOM TAX | 1110, 1 | 16.83 | | |
| 04/17 | OCC TAX | 1110, 1 | 12.70 | | |
| 04/17 | MUNI TX | 1110, 1 | 7.62 | | |
| 04/18 | CCARD-VS | | | 337.00 | |

PAYMENT RECEIVED BY: VISA     XXXXXXXXXXXX6537
*********** AUTHORIZATION *************
APPROVED
Total: $304.00 Card Type: VISA Card Entry: CHIP Acct #: ************6537 Approval Code: 08554G
********** EMV AUTHORIZATION **********
App Label: VISA CREDIT Mode: Issuer
AID: A0000000031010 TVR: 0000008000 IAD: 06011203602002 TSI: E800 ARC: 00 AC: 03DD8F0612B2563B CVM: 5E0000

.00

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



PRINCETON MARRIOTT FORRESTAL
100 COLLEGE RD EAST
PRINCETON NJ 08540
609-452-7800

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

# CHECK REQUEST Form

**Payable To:** Elizabeth B. Carter

Aug 31, 2023 **Request Date**

**Client Matter #:** 9593.0001-LTL Management LLC

☒ **Billable**
☐ **Non-Billable**

23.04.17-23.04.18 **Expense Date**

**Type of Expense:** Mileage    **Amount:** *$199.12*

**Description:**
23.04.17-23.04.18-Reimbursement for Mileage from Mtg. to ATL for Delta Flight to NJ-LTL Management LLC-attendance of court hearing.  Rate 65.5 (304 miles)See attached

**Authorized By:** Elizabeth Brannen Carter    **Requester:** Kim Coleman

**Return Check to (if applicable):** Elizabeth B. Carter

★ IF ELECTRONIC BILLING FILL OUT ALL APPLICABLE INFORMATION BELOW ★

| Mileage | E CODE: | Med. Recs. | E CODE: |
|---|---|---|---|
| TO & FROM: | | PATIENT: | |
| TOTAL MILES: | | MED PROVIDER: | |
| TRIP DESC: | | # OF COPIES: | |
| | | COST PER PAGE: | |
| Depo | E CODE: | Other | E CODE: |
| ATTY(S) IN ATTENDANCE: | | WHO: | |
| DEPONENT(S): | | WHAT: | |
| | | WHEN: | |
| | | WHERE: | |
| | | WHY: | |
| | | | |
| Court Cost | E CODE: | Subpoenas | E CODE: |
| COUNTY: | | COUNTY: | |
| | | # OF SUBP: | |
| | | | |

## ATTACH INVOICE OR RECEIPT

# **CHECK REQUEST** Form

**Payable To:** Elizabeth B. Carter

Aug 31, 2023 **Request Date**

**Client Matter #:** 9593.0001-LTL Management LLC

☒ **Billable**
☐ **Non-Billable**

23.06.12-23.06.13 **Expense Date**

**Type of Expense:** Mileage

**Amount:** *$199.12*

**Description:**
23.06.12-23.06.13-Reimbursement for Mileage from Mtg. to ATL for Delta Flight to NJ-LTL Management LLC-attendance of court hearing.  Rate 65.5 (304 miles)See attached

**Authorized By:** Elizabeth Brannen Carter    **Requester:** Kim Coleman

**Return Check to (if applicable):** Elizabeth B. Carter

★ IF ELECTRONIC BILLING FILL OUT ALL APPLICABLE INFORMATION BELOW ★

| **Mileage** | E CODE: | **Med. Recs.** | E CODE: |
|---|---|---|---|
| TO & FROM: | | PATIENT: | |
| TOTAL MILES: | | MED PROVIDER: | |
| TRIP DESC: | | # OF COPIES: | |
| | | COST PER PAGE: | |

| **Depo** | E CODE: | **Other** | E CODE: |
|---|---|---|---|
| ATTY(S) IN ATTENDANCE: | | WHO: | |
| DEPONENT(S): | | WHAT: | |
| | | WHEN: | |
| | | WHERE: | |
| | | WHY: | |
| | | | |

| **Court Cost** | E CODE: | **Subpoenas** | E CODE: |
|---|---|---|---|
| COUNTY: | | COUNTY: | |
| | | # OF SUBP: | |

# **ATTACH INVOICE OR RECEIPT**

 **DELTA**

**Date of Purchase: May 31, 2023**

# Flight Receipt for Atlanta, GA to Newark, NJ

## PASSENGER INFORMATION

ELIZABETH BRANNE CARTER
SkyMiles Number: ██████████

Confirmation Number: HME8FW
Ticket Number: 0062113561330

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| ATL>EWR<br>Mon 12Jun2023 DL 2226 | FLWN | D | |
| EWR>ATL<br>Tue 13Jun2023 DL 2226 | FLWN | H | |

## DETAILED CHARGES

**Air Transportation Charges**
Base Fare:                                                    $621.40   USD

**Taxes, Fees & Charges:**
United States - September 11th Security Fee(Passenger
Civil Aviation Security Service Fee) (AY)                      $11.20   USD
United States - Transportation Tax (US)                        $46.60   USD
United States - Passenger Facility Charge (XF)                  $9.00   USD
United States - Flight Segment Tax (ZP)                         $9.60   USD

**Total Price:**                                              **$697.80**   USD

Paid with Visa ************2137

## KEY OF TERMS

| | |
|---|---|
| # - Arrival date different than departure date | F - Food available for purchase |
| ** - Check-in required | L - Lunch |
| ***- Multiple meals | LV - Departs |
| *S$ - Multiple seats | M - Movie |
| AR - Arrives | R - Refreshments, complimentary |
| B - Breakfast | S - Snack |
| C - Bagels / Beverages | T - Cold meal |
| D - Dinner | V - Snacks for sale |

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.

Please review Delta's check-in requirements and baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit Flying safely government guild.

Do you have comments about service? Please email us to share them.


NON-REFUNDABLE / CHANGE FEE

When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

All Preferred, Delta Comfort+™, First Class, and Delta One seat purchases are Nonrefundable.

**Terms & Conditions**
Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage.   They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay of failure to perform service , including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights , and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fare, promotions, information and flight updates, please visit Delta News & Special Offers or Delta notifications.

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2023 Delta Air Lines, Inc. All rights reserved.

**Princeton Marriott at Forrestal**

100 College Road East

Princeton, NJ 08540 US

+1 609-452-7800

## Summary of Charges

| Guest Information | ELIZABETH CARTER | Dates of Stay | 06/12/2023 - 06/13/2023 |
| --- | --- | --- | --- |
| | | Room number | 2315 |
| | | Guest number | 54633 |
| | | Member Number | ••••••218 |
| | | Group Number | |

| Date | Description | Reference | Charges | Credits |
| --- | --- | --- | --- | --- |
| 06/06/2023 | ADVDP-VS | | | 312.93 |
| 06/12/2023 | IRON&IVY | 3338 | 29.19 | |
| 06/12/2023 | MARKET | 4511 | 14.04 | |
| 06/12/2023 | TR ROOM | 2315, 1 | 273.00 | |
| 06/12/2023 | ROOM TAX | 2315, 1 | 18.09 | |
| 06/12/2023 | OCC TAX | 2315, 1 | 13.65 | |
| 06/12/2023 | MUNI TX | 2315, 1 | 8.19 | |
| 06/13/2023 | IRON&IVY | 3399 | 9.27 | |
| 06/13/2023 | CCARD-VS | | | 52.50 |
| **Total balance** | | | | 312.93 USD |

## Important information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

Questions about your bill? Please contact your hotel directly at +1 609-452-7800

Page 1 of 1

## CHECK REQUEST Form

**Payable To:** Elizabeth B. Carter

Jun 1, 2023 **Request Date**

**Client Matter #:** 9593.0001-LTL Management LLC

☒ **Billable**
☐ **Non-Billable**

Jun 12, 2023 **Expense Date**

**Type of Expense:** Other    **Amount:** **$697.80**

**Description:** 06.12.23-Reimbursement for lodging-New Jersey-LTL Management LLC-attendance of court hearing. See attached

**Authorized By:** Elizabeth Brannen Carter    **Requester:** Kim Coleman

**Return Check to (if applicable):** Elizabeth B. Carter

★ IF ELECTRONIC BILLING FILL OUT ALL APPLICABLE INFORMATION BELOW ★

| Mileage | E CODE: | | Med. Recs. | E CODE: | |
|---|---|---|---|---|---|
| TO & FROM: | | | PATIENT: | | |
| TOTAL MILES: | | | MED PROVIDER: | | |
| TRIP DESC: | | | # OF COPIES: | | |
| | | | COST PER PAGE: | | |
| Depo | E CODE: | | Other | E CODE: | |
| ATTY(S) IN ATTENDANCE: | | | WHO: | | |
| DEPONENT(S): | | | WHAT: | | |
| | | | WHEN: | | |
| | | | WHERE: | | |
| | | | WHY: | | |
| | | | | | |
| Court Cost | E CODE: | | Subpoenas | E CODE: | |
| COUNTY: | | | COUNTY: | | |
| | | | # OF SUBP: | | |

## ATTACH INVOICE OR RECEIPT

## CAPITAL ONE-VISA Form

**Payable To:** Delta Airlines

Aug 24, 2023 **Request Date**

**Client Matter #:** 9593.0001

☒ **Billable**
☐ **Non-Billable**

6/26/23-6/30/23 **Expense Date**

**Type of Expense:** Other    **Amount:** *$1,296.80*

**Description:** 23.06.26-23.06.30--Roundtrip Delta Flight to NJ to attend trial on behalf of LTL Mgmt., LLC hearing.

**Authorized By:** Elizabeth Brannen Carter    **Requester:** Kim Coleman

**Return Check to (if applicable):** Capital One-VISA-Elizabeth B. Carter

★ IF ELECTRONIC BILLING FILL OUT ALL APPLICABLE INFORMATION BELOW ★

| Mileage | E CODE: | Med. Recs. | E CODE: |
|---|---|---|---|
| TO & FROM: | | PATIENT: | |
| TOTAL MILES: | | MED PROVIDER: | |
| TRIP DESC: | | # OF COPIES: | |
| | | COST PER PAGE: | |

| Depo | E CODE: | Other | E CODE: |
|---|---|---|---|
| ATTY(S) IN ATTENDANCE: | | WHO: | |
| DEPONENT(S): | | WHAT: | |
| | | WHEN: | |
| | | WHERE: | |
| | | WHY: | |
| | | | |

| Court Cost | E CODE: | Subpoenas | E CODE: |
|---|---|---|---|
| COUNTY: | | COUNTY: | |
| | | # OF SUBP: | |

## ATTACH INVOICE OR RECEIPT



**Date of Purchase: Jun 19, 2023**

# Flight Receipt for Montgomery, AL to Newark, NJ

## PASSENGER INFORMATION

ELIZABETH BRANNE CARTER
SkyMiles Number: ███████████

Confirmation Number: H86LR8
Ticket Number: 0062121398161

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| MGM>ATL<br>Mon 26Jun2023 OO 3949 | FLWN | S | |
| ATL>EWR<br>Mon 26Jun2023 DL 2434 | EXCH | S | |
| EWR>ATL<br>Fri 30Jun2023 DL 2226 | FLWN | W | |
| ATL>MGM<br>Fri 30Jun2023 OO 3891 | OPEN | W | |

## DETAILED CHARGES

**Air Transportation Charges**
Base Fare:                                                                    $1,170.24   USD

**Taxes, Fees & Charges:**
United States - September 11th Security Fee(Passenger
Civil Aviation Security Service Fee) (AY)                                          $11.20   USD
United States - Transportation Tax (US)                                        $87.76   USD
United States - Passenger Facility Charge (XF)                            $18.00   USD
United States - Flight Segment Tax (ZP)                                        $9.60   USD

**Total Price:**                                                                   **$1,296.80   USD**

Paid with Visa ************6537

## KEY OF TERMS

# - Arrival date different than departure date
** - Check-in required
***- Multiple meals

F - Food available for purchase
L - Lunch
LV - Departs

*S$ - Multiple seats                               M - Movie
AR - Arrives                                       R - Refreshments, complimentary
B - Breakfast                                      S - Snack
C - Bagels / Beverages                             T - Cold meal
D - Dinner                                         V - Snacks for sale

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.

Please review Delta's check-in requirements and baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit Flying safely government guild.

Do you have comments about service? Please email us to share them.


NON-REFUNDABLE / CHANGE FEE

When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

All Preferred, Delta Comfort+™, First Class, and Delta One seat purchases are Nonrefundable.

**Terms & Conditions**
Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay of failure to perform service , including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights , and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fare, promotions, information and flight updates, please visit Delta News & Special Offers or Delta notifications.

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2023 Delta Air Lines, Inc. All rights reserved.

# CAPITAL ONE-VISA Form

**Payable To:** Delta Airlines

Aug 24, 2023 **Request Date**

**Client Matter #:** 9593.0001

6/26/23-6/30/23 **Expense Date**

☒ **Billable**
☐ **Non-Billable**

**Type of Expense:** Other    **Amount:** *$140.00*

**Description:** 23.06.26-23.06.30--Baggage fees for Roundtrip Delta Flight to NJ to attend trial on behalf of LTL Mgmt., LLC hearing.

**Authorized By:** Elizabeth Brannen Carter    **Requester:** Kim Coleman

**Return Check to (if applicable):** Capital One-VISA-Elizabeth B. Carter

★ IF ELECTRONIC BILLING FILL OUT ALL APPLICABLE INFORMATION BELOW ★

| | | | | | |
|---|---|---|---|---|---|
| **Mileage** | E CODE: | | **Med. Recs.** | E CODE: | |
| TO & FROM: | | | PATIENT: | | |
| TOTAL MILES: | | | MED PROVIDER: | | |
| TRIP DESC: | | | # OF COPIES: | | |
| | | | COST PER PAGE: | | |
| **Depo** | E CODE: | | **Other** | E CODE: | |
| ATTY(S) IN ATTENDANCE: | | | WHO: | | |
| DEPONENT(S): | | | WHAT: | | |
| | | | WHEN: | | |
| | | | WHERE: | | |
| | | | WHY: | | |
| | | | | | |
| **Court Cost** | E CODE: | | **Subpoenas** | E CODE: | |
| COUNTY: | | | COUNTY: | | |
| | | | # OF SUBP: | | |

## ATTACH INVOICE OR RECEIPT



**Date of Purchase: Jun 26, 2023**

# Baggage Receipt

## PASSENGER INFORMATION

ELIZABETHBRANNE CARTER
SkyMiles Number: ███████████

Confirmation Number: H86LR8
Ticket Number: 0064262242489

## BILLING AND INFORMATION

| | |
|---|---:|
| EXCESS BAGGAGE | $70.00  USD |
| Taxes & Fees | $0.00  USD |
| **Total** | **$70.00  USD** |

Paid with Visa ************6537

Retain this receipt for your records. This document provides information about specified fees or services you have been charged.

If purchasing Delta Sky Club memberships all Delta SkyMiles and Delta Sky Club rules apply. To review the rules, please visit Delta Sky Club.

If a customer voluntarily changes or cancels their flight after purchasing a seat they may receive an eCredit or miles redeposit for the value of the purchased seat upgrade and apply it toward future travel, unless the change is made during the check-in window (24 hours before the flight departs). Changeability and refundability are based on the fare rules of the original booked ticket. Most fares are non-refundable. Important Note: If travel or check-in commences on a carrier other than Delta this receipt must be presented at the time of the service or fee will be used.

## COPYRIGHT INFORMATION

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2023 Delta Air Lines, Inc. All rights reserved.



**Date of Purchase: Jun 30, 2023**

# Baggage Receipt

## PASSENGER INFORMATION

ELIZABETHBRANNE CARTER
SkyMiles Number: ████████

Confirmation Number: H86LR8
Ticket Number: 0064263008782

## BILLING AND INFORMATION

| | | |
|---|---|---|
| EXCESS BAGGAGE | $70.00 | USD |
| Taxes & Fees | $0.00 | USD |
| **Total** | **$70.00** | **USD** |

Paid with Visa ************6537

Retain this receipt for your records. This document provides information about specified fees or services you have been charged.

If purchasing Delta Sky Club memberships all Delta SkyMiles and Delta Sky Club rules apply. To review the rules, please visit Delta Sky Club.

If a customer voluntarily changes or cancels their flight after purchasing a seat they may receive an eCredit or miles redeposit for the value of the purchased seat upgrade and apply it toward future travel, unless the change is made during the check-in window (24 hours before the flight departs). Changeability and refundability are based on the fare rules of the original booked ticket. Most fares are non-refundable. Important Note: If travel or check-in commences on a carrier other than Delta this receipt must be presented at the time of the service or fee will be used.

## COPYRIGHT INFORMATION

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2023 Delta Air Lines, Inc. All rights reserved.



**Date of Purchase: Jun 26, 2023**

# Baggage Receipt

## PASSENGER INFORMATION

ELIZABETHBRANNE CARTER
SkyMiles Number: █████████

Confirmation Number: H86LR8
Ticket Number: 0064262242489

## BILLING AND INFORMATION

| | |
|---|---|
| EXCESS BAGGAGE | $70.00  USD |
| Taxes & Fees | $0.00  USD |
| **Total** | **$70.00  USD** |
| Paid with Visa ************6537 | |

Retain this receipt for your records. This document provides information about specified fees or services you have been charged.

If purchasing Delta Sky Club memberships all Delta SkyMiles and Delta Sky Club rules apply. To review the rules, please visit Delta Sky Club.

If a customer voluntarily changes or cancels their flight after purchasing a seat they may receive an eCredit or miles redeposit for the value of the purchased seat upgrade and apply it toward future travel, unless the change is made during the check-in window (24 hours before the flight departs). Changeability and refundability are based on the fare rules of the original booked ticket. Most fares are non-refundable. Important Note: If travel or check-in commences on a carrier other than Delta this receipt must be presented at the time of the service or fee will be used.

## COPYRIGHT INFORMATION

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2023 Delta Air Lines, Inc. All rights reserved.



**Date of Purchase: Jun 30, 2023**

# Baggage Receipt

## PASSENGER INFORMATION

ELIZABETHBRANNE CARTER
SkyMiles Number: ███████

Confirmation Number: H86LR8
Ticket Number: 0064263008782

## BILLING AND INFORMATION

| | |
|---|---|
| EXCESS BAGGAGE | $70.00  USD |
| Taxes & Fees | $0.00  USD |
| **Total** | **$70.00  USD** |
| Paid with Visa ************6537 | |

Retain this receipt for your records. This document provides information about specified fees or services you have been charged.

If purchasing Delta Sky Club memberships all Delta SkyMiles and Delta Sky Club rules apply. To review the rules, please visit Delta Sky Club.

If a customer voluntarily changes or cancels their flight after purchasing a seat they may receive an eCredit or miles redeposit for the value of the purchased seat upgrade and apply it toward future travel, unless the change is made during the check-in window (24 hours before the flight departs). Changeability and refundability are based on the fare rules of the original booked ticket. Most fares are non-refundable. Important Note: If travel or check-in commences on a carrier other than Delta this receipt must be presented at the time of the service or fee will be used.

## COPYRIGHT INFORMATION

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2023 Delta Air Lines, Inc. All rights reserved.

# CHECK REQUEST Form

**Payable To:** Elizabeth B. Carter

Sep 5, 2023 **Request Date**

**Client Matter #:** 9593.0001-LTL Management LLC

☒ **Billable**
☐ **Non-Billable**

Jun 27, 2023 **Expense Date**

**Type of Expense:** Other    **Amount:** *$278.90*

**Description:**
06.27.23-Reimbursement for being driven by UGL from New York to New Jersey re -LTL Management LLC-attendance of trial because of storm delays.  See attached

**Authorized By:** Elizabeth Brannen Carter    **Requester:** Kim Coleman

**Return Check to (if applicable):** Elizabeth B. Carter

★ IF ELECTRONIC BILLING FILL OUT ALL APPLICABLE INFORMATION BELOW ★

| Mileage | E CODE: | | Med. Recs. | E CODE: |
|---|---|---|---|---|
| TO & FROM: | | | PATIENT: | |
| TOTAL MILES: | | | MED PROVIDER: | |
| TRIP DESC: | | | # OF COPIES: | |
| | | | COST PER PAGE: | |

| Depo | E CODE: | | Other | E CODE: |
|---|---|---|---|---|
| ATTY(S) IN ATTENDANCE: | | | WHO: | |
| DEPONENT(S): | | | WHAT: | |
| | | | WHEN: | |
| | | | WHERE: | |
| | | | WHY: | |
| | | | | |

| Court Cost | E CODE: | | Subpoenas | E CODE: |
|---|---|---|---|---|
| COUNTY: | | | COUNTY: | |
| | | | # OF SUBP: | |
| | | | | |

## ATTACH INVOICE OR RECEIPT

## Kim Coleman

| | |
|---|---|
| **From:** | Liz Carter |
| **Sent:** | Friday, July 21, 2023 9:28 AM |
| **To:** | Kim Coleman |
| **Subject:** | FW: Payment Receipt [For Conf#  30194 ] |
| **Attachments:** | Report.pdf |

For trial - This was necessary because I had to be flown to NY and then driven to NJ because of the storm delays

**From:** NYC United Limo <info@nycunitedlimo.com>
**Sent:** Tuesday, June 27, 2023 9:58 AM
**To:** Liz Carter <ecarter@hillhillcarter.com>
**Subject:** Payment Receipt [For Conf# 30194 ]

# Payment Receipt

## For Confirmation #30194

Transaction Date/Time: 06/27/2023
10:57 AM

| | |
|---|---|
| **Method:** | Visa ** 2217 |
| **Total Paid:** | $278.90 |
| **Transactions:** | AUTH_CAPTURE $278.90 (44170902318) |
| **Passenger:** | Elizabeth Carter |
| **Trip Confirmation#** | 30194 |
| **Trip Date & Time:** | 06/27/2023 06:50 PM |
| **Routing Information:** | **Pick-up Location:** LGA, Delta Air Lines 939, From/To: ATL, Term/Gate: C/B28<br>**Drop-off Location:** 100 College Rd E Princeton, NJ (US) 08540 |

| **Charges & Fees** | | |
|---|---|---|
| | Flat Rate | $190.55 |
| | Tolls | $35.00 |
| | State Tax 8.000% | $15.24 |
| | Std Grat 20.000% | $38.11 |
| | **Reservation Total:** | $278.90 |
| | **Payments/Deposits:** | $278.90 |
| | **Authorizations:** | $0.00 |
| | **Total Due:** | $0.00 |

1



Payment Receipt

| For Confirmation #30194 | Transaction Date/Time: 06/27/2023 10:57 AM |
|---|---|

| | |
|---|---|
| **Method:** | Visa ** 2217 |
| **Total Paid:** | $278.90 |
| **Transactions:** | AUTH_CAPTURE $278.90 (44170902318) |
| **Passenger:** | Elizabeth Carter |
| **Trip Confirmation#** | 30194 |
| **Trip Date & Time:** | 06/27/2023 06:50 PM |
| **Routing Information:** | **Pick-up Location:** LGA, Delta Air Lines 939, From/To: ATL, Term/Gate: C/B28 <br> **Drop-off Location:** 100 College Rd E Princeton, NJ (US) 08540 |

| **Charges & Fees** | | |
|---|---|---|
| | Flat Rate | $190.55 |
| | Tolls | $35.00 |
| | State Tax 8.000% | $15.24 |
| | Std Grat 20.000% | $38.11 |
| | **Reservation Total:** | $278.90 |
| | **Payments/Deposits:** | $278.90 |
| | **Authorizations:** | $0.00 |
| | **Total Due:** | $0.00 |

SCANNED

Print Form

## CAPITAL ONE-VISA    Form

| | | |
|---|---|---|
| **Payable To:** | Princeton Marriott At Forrestal inNJ | Aug 23, 2023 **Request Date** |
| **Client Matter #:** | 9593.0001 | Jun 28, 2023 **Expense Date** |

☒ **Billable**
☐ **Non-Billable**

**Type of Expense:** Firm Expense    **Amount:** **$462.47**

**Description:**

23..06.28-Princeton Marriott at Forrestal in NJ-LTL Management-Attend hearingsnn

**Authorized By:** Elizabeth Brannen Carter    **Requester:** Kim Coleman

**Return Check to (if applicable):** Capital One-VISA-Elizabeth B. Carter

★ IF ELECTRONIC BILLING FILL OUT ALL APPLICABLE INFORMATION BELOW ★

| Mileage | E CODE: | | Med. Recs. | E CODE: |
|---|---|---|---|---|
| TO & FROM: | | | PATIENT: | |
| TOTAL MILES: | | | MED PROVIDER: | |
| TRIP DESC: | | | # OF COPIES: | |
| | | | COST PER PAGE: | |

| Depo | E CODE: | | Other | E CODE: |
|---|---|---|---|---|
| ATTY(S) IN ATTENDANCE: | | | WHO: | |
| DEPONENT(S): | | | WHAT: | |
| | | | WHEN: | |
| | | | WHERE: | |
| | | | WHY: | |

| Court Cost | E CODE: | | Subpoenas | E CODE: |
|---|---|---|---|---|
| COUNTY: | | | COUNTY: | |
| | | | # OF SUBP: | |

## ATTACH INVOICE OR RECEIPT

**Princeton Marriott at Forrestal**

100 College Road East

Princeton, NJ 08540 US

+1 609-452-7800

## Summary of Charges

| Guest Information | ELIZABETH CARTER | Dates of Stay | 06/28/2023 - 06/30/2023 |
|---|---|---|---|
| | | Room number | 3311 |
| | | Guest number | 1135 |
| | | Member Number | ••••••218 |
| | | Group Number | 54411 |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 06/28/2023 | GP ROOM | 3311, 1 | 199.00 | |
| 06/28/2023 | ROOM TAX | 3311, 1 | 13.18 | |
| 06/28/2023 | OCC TAX | 3311, 1 | 9.95 | |
| 06/28/2023 | MUNI TX | 3311, 1 | 5.97 | |
| 06/29/2023 | IRON&IVY | 3668 | 6.27 | |
| 06/29/2023 | GP ROOM | 3311, 1 | 199.00 | |
| 06/29/2023 | ROOM TAX | 3311, 1 | 13.18 | |
| 06/29/2023 | OCC TAX | 3311, 1 | 9.95 | |
| 06/29/2023 | MUNI TX | 3311, 1 | 5.97 | |
| 06/30/2023 | CCARD-VS | | | 462.47 |
| **Total balance** | | | | **0.00 USD** |

## Important information

**Authenticity of Hotel Bills**

Marriott retains official records of all charges and credits to your account and will honor only these records.

**Privacy**

Your privacy is important to us. For full details, please view our Privacy Statement.

**Credit of Marriott Bonvoy Points**

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

Questions about your bill? Please contact your hotel directly at +1 609-452-7800

Page 1 of 1

Print Form

## CAPITAL ONE-VISA Form

**Payable To:** The Ritz-Carlton-ATL-

Aug 24, 2023  **Request Date**

**Client Matter #:** 9593.0001

☒ **Billable**
☐ **Non-Billable**

6/26/23-6/27/23  **Expense Date**

**Type of Expense:** Other    **Amount:** **$433.94**

**Description:**
23.06.26-Hotel-The Ritz Carlton-ATL flight cancellations re trip to NJ for LTL Mgmt LLC hearing

**Authorized By:** Elizabeth Brannen Carter    **Requester:** Kim Coleman

**Return Check to (if applicable):** Capital One-VISA-Elizabeth B. Carter

★ IF ELECTRONIC BILLING FILL OUT ALL APPLICABLE INFORMATION BELOW ★

| **Mileage** | E CODE: | | **Med. Recs.** | E CODE: | |
|---|---|---|---|---|---|
| TO & FROM: | | | PATIENT: | | |
| TOTAL MILES: | | | MED PROVIDER: | | |
| TRIP DESC: | | | # OF COPIES: | | |
| | | | COST PER PAGE: | | |

| **Depo** | E CODE: | | **Other** | E CODE: | |
|---|---|---|---|---|---|
| ATTY(S) IN ATTENDANCE: | | | WHO: | | |
| DEPONENT(S): | | | WHAT: | | |
| | | | WHEN: | | |
| | | | WHERE: | | |
| | | | WHY: | | |
| | | | | | |

| **Court Cost** | E CODE: | | **Subpoenas** | E CODE: | |
|---|---|---|---|---|---|
| COUNTY: | | | COUNTY: | | |
| | | | # OF SUBP: | | |
| | | | | | |

## ATTACH INVOICE OR RECEIPT

# THE RITZ-CARLTON
### ATLANTA

ELIZABETH CARTER

| | |
|---|---|
| Room Number: | 1419 |
| Arrival Date: | 06-26-23 |
| Departure Date: | 06-27-23 |
| CRS Number: | |
| Rewards No: | XXXXX8218 |
| Page No: | 1 of 1 |

**INFORMATION INVOICE**
Folio No: 1095400

08-24-23

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| 06-26-23 | Room Charge | | 362.00 | |
| 06-26-23 | State Sales Tax  Rooms | | 32.22 | |
| 06-26-23 | Local Sales Occupancy Tax Rooms | | 28.96 | |
| 06-26-23 | State Hotel-Motel Fee | | 5.00 | |
| 06-26-23 | Jittery Joe's Breakfast | Room# 1419 : CHECK# 5461 | 5.76 | |
| 06-27-23 | Visa | XXXXXXXXXXXX6537      XX/XX | | 433.94 |
| | **Total** | | 433.94 | 433.94 |
| | **Balance** | | 0.00 | |

181 Peachtree Street, N.E., Atlanta, Georgia 30303

Print Form

## CAPITAL ONE-VISA Form

**Payable To:** The Ritz-Carlton-ATL-

Aug 24, 2023 **Request Date**

**Client Matter #:** 9593.0001

☒ **Billable**
☐ **Non-Billable**

6/27/23-6/29/23 **Expense Date**

**Type of Expense:** Other  **Amount:** **$516.38**

**Description:** 23.06.27-23.06.29--Hotel-The Ritz Carlton-ATL flight cancellations re trip to NJ for LTL Mgmt LLC hearing

**Authorized By:** Elizabeth Brannen Carter   **Requester:** Kim Coleman

**Return Check to (if applicable):** Capital One-VISA-Elizabeth B. Carter

★ IF ELECTRONIC BILLING FILL OUT ALL APPLICABLE INFORMATION BELOW ★

| | | | | | |
|---|---|---|---|---|---|
| **Mileage** | E CODE: | | **Med. Recs.** | E CODE: | |
| TO & FROM: | | | PATIENT: | | |
| TOTAL MILES: | | | MED PROVIDER: | | |
| TRIP DESC: | | | # OF COPIES: | | |
| | | | COST PER PAGE: | | |
| **Depo** | E CODE: | | **Other** | E CODE: | |
| ATTY(S) IN ATTENDANCE: | | | WHO: | | |
| DEPONENT(S): | | | WHAT: | | |
| | | | WHEN: | | |
| | | | WHERE: | | |
| | | | WHY: | | |
| | | | | | |
| **Court Cost** | E CODE: | | **Subpoenas** | E CODE: | |
| COUNTY: | | | COUNTY: | | |
| | | | # OF SUBP: | | |

## ATTACH INVOICE OR RECEIPT

# THE RITZ-CARLTON

## ATLANTA

ELIZABETH CARTER

| | |
|---|---|
| Room Number: | 1814 |
| Arrival Date: | 06-27-23 |
| Departure Date: | 06-28-23 |
| CRS Number: | |
| Rewards No: | XXXXX8218 |
| Page No: | 1 of 1 |

**INFORMATION INVOICE**

Folio No: 1095501

08-24-23

| Date | Description | | | Charges | Credits |
|------|-------------|---|---|---------|---------|
| 06-27-23 | In Room Dining Dinner | Room# 1814 : CHECK# 2925 | | 67.51 | |
| 06-27-23 | Room Charge | | | 362.00 | |
| 06-27-23 | State Sales Tax  Rooms | | | 32.22 | |
| 06-27-23 | Local Sales Occupancy Tax Rooms | | | 28.96 | |
| 06-27-23 | State Hotel-Motel Fee | | | 5.00 | |
| 06-28-23 | Visa | XXXXXXXXXXXX6537 | XX/XX | | 495.69 |
| 06-28-23 | Honor Bar | Room# * : CHECK# 4538 | | 20.69 | |
| 06-29-23 | Visa | XXXXXXXXXXXX6537 | XX/XX | | 20.69 |
| | **Total** | | | **516.38** | **516.38** |
| | **Balance** | | | **0.00** | |