**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**AMENDED MONTHLY FEE STATEMENT COVER SHEET FOR THE
PERIOD AUGUST 1, 2023 THROUGH AUGUST 11, 2023**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Anderson Kill PC |
| Case No.: | 23-12825 (MBK) | Client: | Official Comm of Talc Claimant |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

**SECTION 1
FEE SUMMARY**

Interim Fee Application No.  3   or     Final Fee Application

Summary of Amounts Requested for the Period from August 1, 2023 through August 11, 2023
(the "Third Statement Period")

| | |
|---|---|
| Total Fees: | $75,724.50 |
| Total Disbursements: | $   104.25 |
| Minus 20% holdback of Fees: | $ 15,144.90 |
| Amount Sought at this Time: | $ 60,683.85 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Robert M. Horkovich, Managing Partner | 1980 | 34.90 | $1,245 | $43,450.50 |
| 2.  Mark Garbowski, Partner | 1988 | 13.70 | $950 | $13,015.00 |
| 3.  Mark D. Silverschotz | 1981 | 5.20 | $950 | $4,940.00 |
| 4.  Izak Feldgreber | 31 | 16.00 | $460 | $7,360.00 |
| 5.  Mahlik Richard | 4 | 0.20 | $420 | $84.00 |
| 6.  Harris E. Gershman | 34 | 9.40 | $400 | $3,760.00 |
| 7.  Arline H. Pelton | 35 | 8.90 | $350 | $3,115.00 |

| | |
|---|---|
| Fee Totals: | $75,724.50 |
| Disbursements Totals: | $   104.25 |
| Total Fee Application | $75,828.75 |

docs-100638140.1

## SECTION II SUMMARY
## OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | 79.40 | $72,609.50 |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | | |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 8.90 | $3,115.00 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | | |
| **SERVICE TOTALS:** | | **88.30** | **$75,724.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |

3

| | | |
|---|---|---|
| e) | **Case Specific Telephone/Conference Call Charges** <br> Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services** <br> Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services** <br> Including scanning services. | |
| h) | **Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting** <br> Transcripts. | |
| j) | **Travel** <br> Mileage, tolls, airfare, parking. | $104.25 |
| k) | **Courier & Express Carriers** <br> Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify) – Database Hosting Fees** | |
| | **DISBURSEMENTS TOTAL:** | **$104.25** |

I certify under penalty of perjury that the above is true.

Date: September 19, 2023                                                             /s/ Robert M. Horkovich

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> Gregory S. Kinoian, Esq. <br> dstolz@genovaburns.com <br> dclarke@genovaburns.com <br> gkinoian@genovaburns.com <br> 110 Allen Road, Suite 304 <br> Basking Ridge, NJ 07920 <br> Tel: (973) 533-0777 <br> Fax: (973) 533-1112 <br> *Proposed Local Counsel for the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP** <br> David J. Molton, Esq. <br> Robert J. Stark, Esq. <br> Michael S. Winograd, Esq. <br> Eric R. Goodman, Esq. <br> dmolton@brownrudnick.com <br> rstark@brownrudnick.com <br> mwinograd@brownrudnick.com <br> egoodman@brownrudnick.com <br> Seven Times Square <br> New York, NY 10036 <br> Tel: (212) 209-4800 <br> Fax: (212) 209-4801 <br> <br> And <br> <br> Jeffrey L. Jonas, Esq. <br> Sunni P. Beville, Esq. <br> jjonas@brownrudnick.com <br> sbeville@brownrudnick.com <br> One Financial Center <br> Boston, MA 02111 <br> Tel: (617) 856-8200 <br> Fax: (617) 856-8201 <br> *Co-Counsel for the Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP** <br> Jonathan S. Massey, Esq. <br> Rachel S. Morse, Esq. <br> jmassey@masseygail.com <br> rmorse@masseygail.com <br> 1000 Maine Ave. SW, Suite 450 <br> Washington, DC 20024 <br> Tel: (202) 652-4511 <br> Fax: (312) 379-0467 <br> *Proposed Co-Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG PC** <br> Melanie L. Cyganowski, Esq. <br> Jennifer S. Feeney, Esq. <br> Michael R. Maizel, Esq. <br> mcyganowski@otterbourg.com <br> jfeeney@otterbourg.com <br> mmaizel@otterbourg.com <br> 230 Park Avenue <br> New York, NY 10169 <br> Tel: (212) 905-3628 <br> Fax: (212) 682-6104 <br> *Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| In re: <br> LTL MANAGEMENT, LLC,[1] <br> <br> Debtor. | Chapter 11 <br> <br> Case No.: 23-12825 (MBK) <br> <br> Honorable Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

docs-100638141.1

**AMENDED MONTHLY FEE STATEMENT OF ANDERSON KILL PC,
SPECIAL INSURANCE COUNSEL TO THE
OFFICIAL COMMITTEE OF TALC CLAIMANTS,
FOR THE PERIOD AUGUST 1, 2023 THROUGH AUGUST 11, 2023**

ANDERSON KILL PC ("Anderson") submits this Amended Monthly Fee Statement for Services Rendered and Expenses Incurred as Special Insurance Counsel to the Official Committee of Talc Claimants (the "Statement") for the period commencing August 1, 2023 and ending August 11, 2023 (the "Statement Period"), pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals entered on May 22, 2023 ("Order Establishing Procedures").

The billing invoice for the Statement Period is annexed hereto as Exhibit "A". This invoice details the services performed. The fees sought in the within Statement Period are as follows:

| Fees | Less 20% | Fee Payment Requested (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $75,724.50 | ($15,144.90) | $60,579.60 | $104.25 |

WHEREFORE, Anderson respectfully requests interim payment of fees for this Statement Period in the sum of $60,579.60, and total expenses for this Statement Period in the sum of $104.25, for a total requested interim payment of $60,683.85, in accordance with the terms of the Order Establishing Procedures.

                                                          **ANDERSON KILL PC**
*Special Insurance Counsel to the Official
Committee of Talc Claimants*

                                                          By:__/s/  Robert M. Horkovich_____
                                                              ROBERT M. HORKOVICH

Dated:  September 19, 2023

**EXHIBIT "A"**

docs-100638141.1

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000          EIN:13-2743351
E-Mail: Accounting@andersonkill.com

| | |
|---|---|
| David J. Molton, Esq. | Invoice No.         318152 - AMENDED |
| Brown Rudnick LLP | Invoice Date:       September 18, 2023 |
| Seven Times Square | Client Matter ID:   107310.12093 |
| New York, NY  10036 | Billing Attorney:   Robert M Horkovich |

**Official Talc Claimants Committee**

**LTL II Insurance Coverage**

| | |
|---|---|
| Professional Services: | $75,724.50 |
| Costs: | $104.25 |
| Total Current Invoice: | $75,828.75 |
| Outstanding Balance from Prior Invoices (see listing): | $45,846.10 |
| **Total Amount:** | **$121,674.85** |

## Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000        EIN:13-2743351
E-Mail: Accounting@andersonkill.com

September 18, 2023                                                              Invoice No.    318152 - AMENDED

**MATTER:** LTL II Insurance Coverage

### INVOICE LIST

| INVOICE | DATE | INVOICE TOTAL |
|---|---|---|
| 317896 | 07/31/23 | $14,825.90 |
| 318005 | 08/07/23 | $31,020.20 |
| **OUTSTANDING BALANCE FROM PRIOR INVOICES** | | **$45,846.10** |

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000           EIN:13-2743351
E-Mail: Accounting@andersonkill.com

---

David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

Billing Attorney   Robert M Horkovich
Invoice No.   318152 - AMENDED
Invoice Date   September 18, 2023

Client Matter #: 107310.12093
Official Talc Claimants Committee
RE: LTL II Insurance Coverage

**FOR PROFESSIONAL SERVICES RENDERED THROUGH August 11, 2023**

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 08/01/23 | MDS | 0.60 | B120 | Strategic analysis of appeal of dismissal order, stay, and related concerns as affecting insurance issues in case. | 570.00 |
| 08/01/23 | AHP | 2.20 | B160 | Continue and finalize June 2023 draft for 1st review. | 770.00 |
| 08/01/23 | AHP | 0.60 | B160 | Update relevant portions of monitoring chart. | 210.00 |
| 08/01/23 | IF | 1.10 | B120 | Updated information on insurance-related exclusions. | 506.00 |
| 08/01/23 | IF | 0.60 | B120 | Reviewed confidentiality-protective order. | 276.00 |
| 08/01/23 | HEG | 2.80 | B120 | Assist with updating LTL Committee presentation. | 1,120.00 |
| 08/01/23 | MG | 1.00 | B120 | Insurance presentation re ongoing insurance-related issues re dismissal. | 950.00 |
| 08/01/23 | MG | 4.70 | B120 | Analyze ongoing insurance-related issues re dismissal. | 4,465.00 |
| 08/01/23 | RMH | 1.00 | B120 | Presentation to committee counsel. | 1,245.00 |
| 08/01/23 | RMH | 1.90 | B120 | Prepare for presentation to committee counsel. | 2,365.50 |
| 08/01/23 | RMH | 5.80 | B120 | Follow up re insurance case after dismissal. | 7,221.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 08/01/23 | MR | 0.20 | B120 | Confer with team re: status. | 84.00 |
| 08/02/23 | MDS | 1.80 | B120 | Video attendance at motion calendar and status conference before Judge Kaplan. | 1,710.00 |
| 08/02/23 | MDS | 0.40 | B120 | Review of additional press accounts and analyses of decision on case dismissal. | 380.00 |
| 08/02/23 | MDS | 0.10 | B120 | Communications regarding impressions of hearing before Judge Kaplan. | 95.00 |
| 08/02/23 | IF | 0.90 | B120 | Reviewed insurance policies regarding coverage and discovery period. | 414.00 |
| 08/02/23 | IF | 1.30 | B120 | Analyzed insurance policies regarding specific language. | 598.00 |
| 08/02/23 | RMH | 2.00 | B120 | Hearing before Judge Kaplan. | 2,490.00 |
| 08/02/23 | RMH | 2.00 | B120 | ½ time for travel to and from Trenton. | 2,490.00 |
| 08/02/23 | RMH | 4.40 | B120 | Confer with claimants' counsel regarding post-dismissal insurance aspects of case. | 5,478.00 |
| 08/02/23 | MG | 3.80 | B120 | Analyze ongoing insurance-related issues re dismissal. | 3,610.00 |
| 08/03/23 | MDS | 1.20 | B120 | Review of presentation to Committee on insurance issues regarding exclusions and related policy provisions. | 1,140.00 |
| 08/03/23 | MDS | 0.20 | B120 | Review American Bankruptcy Institute's analysis of Judge Kaplan's opinion dismissing Chapter 11 case. | 190.00 |
| 08/03/23 | IF | 1.20 | B120 | Reviewed insurance policy information regarding policy premiums. | 552.00 |
| 08/03/23 | IF | 1.60 | B120 | Analyzed insurance policies regarding specific clauses. | 736.00 |
| 08/03/23 | RMH | 0.30 | B120 | Committee counsel call. | 373.50 |
| 08/03/23 | RMH | 1.80 | B120 | Follow up re insurance case after dismissal and confidentiality issues. | 2,241.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 08/03/23 | MG | 2.30 | B120 | Analyze ongoing insurance-related issues re dismissal. | 2,185.00 |
| 08/04/23 | IF | 1.60 | B120 | Analyzed insurance policies regarding specific clauses. | 736.00 |
| 08/04/23 | RMH | 3.80 | B120 | Analysis of confidentiality concerns re document production after dismissal. | 4,731.00 |
| 08/04/23 | MG | 1.90 | B120 | Analyze ongoing insurance-related issues re dismissal. | 1,805.00 |
| 08/04/23 | AHP | 1.80 | B160 | Revise supporting documents for monthly fee application. | 630.00 |
| 08/04/23 | RMH | 0.80 | B120 | Analysis of letter to court re dismissal and related issues. | 996.00 |
| 08/07/23 | AHP | 1.90 | B160 | Draft 2nd monthly fee application for 1st review. | 665.00 |
| 08/07/23 | IF | 1.60 | B120 | Analyzed insurance policies regarding specific clauses. | 736.00 |
| 08/07/23 | HEG | 2.20 | B120 | Review policy coverage chart entries. | 880.00 |
| 08/07/23 | RMH | 2.70 | B120 | Attention to discovery received in insurance part of the case. | 3,361.50 |
| 08/08/23 | IF | 1.70 | B120 | Analyzed policies regarding specific language of clauses. | 782.00 |
| 08/08/23 | HEG | 2.20 | B120 | Update policy coverage chart. | 880.00 |
| 08/08/23 | AHP | 0.40 | B160 | Prepare for circulation, LEDES, PDF and Excel files of 2nd monthly fee application. | 140.00 |
| 08/08/23 | RMH | 1.80 | B120 | Review of insurance assets if case is dismissed. | 2,241.00 |
| 08/09/23 | IF | 1.40 | B120 | Analyzed insurance policies regarding specific provisions. | 644.00 |
| 08/09/23 | AHP | 1.40 | B160 | Prepare invoices for 4/5/2023 through 5/31/2023. | 490.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 08/09/23 | RMH | 0.30 | B120 | Confer with committee counsel Steve Kazan. | 373.50 |
| 08/09/23 | RMH | 2.20 | B120 | Review of discovery received in insurance portion of the case. | 2,739.00 |
| 08/09/23 | MDS | 0.20 | B120 | Emails R. Horkovich regarding committee continuity, privilege issues, and appellate process. | 190.00 |
| 08/10/23 | IF | 1.60 | B120 | Analyzed insurance policies regarding specific language. | 736.00 |
| 08/10/23 | HEG | 2.20 | B120 | Research re insurance policy chart. | 880.00 |
| 08/10/23 | AHP | 0.60 | B160 | Blend invoices for submission to counsel. | 210.00 |
| 08/10/23 | RMH | 2.20 | B120 | Analysis of substantial contribution briefing. | 2,739.00 |
| 08/10/23 | MDS | 0.40 | B120 | Emails regarding SCOTUS Perdue cert grant impact on potential LTL appeal. | 380.00 |
| 08/11/23 | IF | 1.40 | B120 | Analyzed insurance policies regarding specific provisions. | 644.00 |
| 08/11/23 | RMH | 1.90 | B120 | Analyze order of dismissal. | 2,365.50 |
| 08/11/23 | MDS | 0.30 | B120 | Email exchange R. Horkovich regarding dismissal order and appellate status. | 285.00 |
| | | | **Total Fees:** | | **$75,724.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Robert M Horkovich | 34.90 | 1,245.00 | 43,450.50 |
| Mark Garbowski | 13.70 | 950.00 | 13,015.00 |
| Mark D Silverschotz | 5.20 | 950.00 | 4,940.00 |
| Izak Feldgreber | 16.00 | 460.00 | 7,360.00 |
| Mahlik Richard | 0.20 | 420.00 | 84.00 |
| Harris E Gershman | 9.40 | 400.00 | 3,760.00 |
| Arline H Pelton | 8.90 | 350.00 | 3,115.00 |
| | **88.30** | | **$75,724.50** |

## SUMMARY OF SERVICES BY ACTIVITY

| | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| **ACTIVITY CODE B120 ASSET ANALYSIS & RECOVERY** | | | |
| Horkovich, Robert M | 34.90 | 1,245.00 | $43,450.50 |
| Garbowski, Mark | 13.70 | 950.00 | $13,015.00 |
| Silverschotz, Mark D | 5.20 | 950.00 | $4,940.00 |
| Feldgreber, Izak | 16.00 | 460.00 | $7,360.00 |
| Richard, Mahlik | 0.20 | 420.00 | $84.00 |
| Gershman, Harris E | 9.40 | 400.00 | $3,760.00 |
| | **79.40** | | **$72,609.50** |
| **ACTIVITY CODE B160 FEE/EMPLOYMENT APPLICATIONS** | | | |
| Pelton, Arline H | 8.90 | 350.00 | $3,115.00 |
| | **8.90** | | **$3,115.00** |

**DISBURSEMENTS**

| Date | Initials | Description | Amount |
|---|---|---|---|
| 08/02/2023 | SS | Vendor: SALVATORE A SALERMO; Date: 8/2/2023 - 107310.12093 - ADDITIONAL CHARGE FOR TRAIN FARE FOR TRAVEL TO TRENTON, NJ FOR LTL HEARING WITH BOB HORKOVICH | 38.00 |
| 08/02/2023 | RMH | Vendor: ROBERT M HORKOVICH; Date: 8/2/2023 - 107310.12093 Beverages | 4.29 |
| 08/02/2023 | RMH | Vendor: ROBERT M HORKOVICH; Date: 8/2/2023 - 107310.12093 8/2 TAXI FROM GRAND CENTRAL TO PENN STATION | 15.96 |
| 08/02/2023 | RMH | Vendor: ROBERT M HORKOVICH; Date: 8/2/2023 - 107310.12093 NYC SUBWAY | 3.00 |
| 08/02/2023 | RMH | Vendor: ROBERT M HORKOVICH; Date: 8/2/2023 - 107310.12093 TAXI FROM COURT TO TRAIN STATION | 5.00 |
| 08/02/2023 | KH | Vendor: ROBERT M HORKOVICH; Date: 8/2/2023 - 107310.12093 ADDITIONAL TRAIN FARE FOR KRISTEN HAND INSTEAD OF ORIGINAL TICKET (ATTENDED HEARING WITH BOB HORKOVICH) | 38.00 |

**Sub-Total Disbursements:** **$104.25**

**SUMMARY OF DISBURSEMENT BY TYPE**

| TYPE | WORK DESCRIPTIONS | AMOUNT |
|---|---|---|
| AR | Airfare/Rail Expense | $76.00 |
| LT | Local Travel | $23.96 |
| TS | Meals Away & Travel Expense | $4.29 |
|  |  | **$104.25** |

**TOTAL CURRENT BILLING:**            **$75,828.75**

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000        EIN:13-2743351
E-Mail: Accounting@andersonkill.com

|  |  |
|---|---|
| David J. Molton, Esq.<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY  10036 | MATTER:    107310. 12093<br>INVOICE:    318152 - AMENDED |

September 18, 2023

Official Talc Claimants Committee

MATTER: LTL II Insurance Coverage

### R E M I T T A N C E   C O P Y

| | |
|---|---:|
| Professional Services | $75,724.50 |
| Costs: | $104.25 |
| Total Current Invoice: | $75,828.75 |
| Outstanding Amount From Prior Invoices: | $45,846.10 |
| **TOTAL AMOUNT DUE:** | **$121,674.85** |

PLEASE SEND YOUR REMITTANCE TO US AT:        OR, IF MORE CONVENIENT, YOU MAY WIRE THE FUNDS TO

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020

BANK: WELLS FARGO BANK, N.A.
ABA NUMBER FOR WIRES:
ABA NUMBER FOR ACHs:
CREDIT TO: ANDERSON KILL P.C.
OPERATING ACCOUNT
ACCOUNT NUMBER:

KINDLY INDICATE:
    CLIENT NUMBER:       107310
    INVOICE NUMBER:      318152 - AMENDED
    YOUR FIRM NAME:      Official Talc Claimants Committee

**THIS INVOICE IS PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**