# EXHIBIT A

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000       EIN:13-2743351
E-Mail: Accounting@andersonkill.com

| | |
|---|---|
| David J. Molton, Esq. | Invoice No.: 318429 |
| Brown Rudnick LLP | Invoice Date: September 18, 2023 |
| Seven Times Square | Client Matter ID: 107310.12093 |
| New York, NY 10036 | Billing Attorney: Robert M Horkovich |

**Official Talc Claimants Committee**

**LTL II Insurance Coverage**

| | |
|---|---:|
| Professional Services: | $23,461.00 |
| Costs: | $0.00 |
| Total Current Invoice: | $23,461.00 |
| Outstanding Balance from Prior Invoices (see listing): | $45,846.10 |
| **Total Amount:** | **$69,307.10** |

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000        EIN:13-2743351
E-Mail: Accounting@andersonkill.com

September 18, 2023                                                                                          Invoice No.    318429

**MATTER:** LTL II Insurance Coverage

## INVOICE LIST

| INVOICE | DATE | INVOICE TOTAL |
|---|---|---|
| 317896 | 07/31/23 | $14,825.90 |
| 318005 | 08/07/23 | $31,020.20 |
| **OUTSTANDING BALANCE FROM PRIOR INVOICES** | | **$45,846.10** |

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000    EIN:13-2743351
E-Mail: Accounting@andersonkill.com

David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

Billing Attorney   Robert M Horkovich
Invoice No.   318429
Invoice Date   September 18, 2023

Client Matter #: 107310.12093
Official Talc Claimants Committee
RE: LTL II Insurance Coverage

**FOR PROFESSIONAL SERVICES RENDERED THROUGH August 31, 2023**

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 08/14/23 | MDS | 0.20 | B120 | Email exchange R. Horkovich regarding appeal certification issue. | 190.00 |
| 08/14/23 | AHP | 0.30 | B160 | Additional emails re status. | 105.00 |
| 08/14/23 | RMH | 2.80 | B120 | Analysis of insurance aspects of appeal. | 3,486.00 |
| 08/15/23 | AHP | 1.90 | B160 | Respond to multiple emails regarding status and what range still needs to be filed. | 665.00 |
| 08/15/23 | AHP | 1.90 | B160 | Respond to multiple emails regarding status, what needs to be filed and when. | 665.00 |
| 08/16/23 | RMH | 0.90 | B120 | Committee meeting re appeal. | 1,120.50 |
| 08/17/23 | MDS | 0.20 | B120 | Review of status during appeal and next steps. | 190.00 |
| 08/21/23 | RMH | 0.70 | B120 | Preparation for appeal. | 871.50 |
| 08/22/23 | RMH | 0.90 | B120 | Prepare for appeal. | 1,120.50 |
| 08/23/23 | RMH | 1.00 | B120 | Committee call re appeal. | 1,245.00 |
| 08/23/23 | RMH | 1.30 | B120 | Pre-appellate work. | 1,618.50 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 08/24/23 | RMH | 0.80 | B120 | Review of notices of appeal. | 996.00 |
| 08/24/23 | AHP | 0.30 | B160 | Revise monitoring chart. | 105.00 |
| 08/25/23 | RMH | 1.80 | B120 | Analysis of insurance aspects of appeal. | 2,241.00 |
| 08/28/23 | AHP | 1.60 | B160 | Continue to prepare documents for monthly fee application. | 560.00 |
| 08/28/23 | RMH | 1.20 | B120 | Review of insurance aspects of appeal. | 1,494.00 |
| 08/29/23 | AHP | 0.90 | B160 | Finalize documents for filing. | 315.00 |
| 08/29/23 | AHP | 1.20 | B160 | Final set of revisions to interim documents. | 420.00 |
| 08/29/23 | RMH | 1.20 | B120 | Work on insurance aspects of appeal. | 1,494.00 |
| 08/30/23 | AHP | 0.40 | B160 | Update monitoring chart. | 140.00 |
| 08/30/23 | AHP | 0.40 | B160 | Prepare PDF, Excel and LEDES files for US Trustee, et al. | 140.00 |
| 08/30/23 | AHP | 0.90 | B160 | Draft monitoring chart for semi-final submission. | 315.00 |
| 08/30/23 | AHP | 1.30 | B160 | Begin drafting documents for semi-final submission. | 455.00 |
| 08/30/23 | RMH | 0.80 | B120 | Committee meeting re appeal. | 996.00 |
| 08/30/23 | RMH | 0.60 | B120 | Review of insurance aspects of appeal. | 747.00 |
| 08/31/23 | AHP | 2.20 | B160 | Finalize all documents for semi-final for first review. | 770.00 |
| 08/31/23 | RMH | 0.80 | B120 | Analysis of insurance aspects of the appeal. | 996.00 |

**Total Fees:** **$23,461.00**

## SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Robert M Horkovich | 14.80 | 1,245.00 | 18,426.00 |
| Mark D Silverschotz | 0.40 | 950.00 | 380.00 |
| Arline H Pelton | 13.30 | 350.00 | 4,655.00 |
| | **28.50** | | **$23,461.00** |

## SUMMARY OF SERVICES BY ACTIVITY

| | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| **ACTIVITY CODE B120 ASSET ANALYSIS & RECOVERY** | | | |
| Horkovich, Robert M | 14.80 | 1,245.00 | $18,426.00 |
| Silverschotz, Mark D | 0.40 | 950.00 | $380.00 |
| | **15.20** | | **$18,806.00** |
| **ACTIVITY CODE B160 FEE/EMPLOYMENT APPLICATIONS** | | | |
| Pelton, Arline H | 13.30 | 350.00 | $4,655.00 |
| | **13.30** | | **$4,655.00** |

**TOTAL CURRENT BILLING:**      **$23,461.00**

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000        EIN:13-2743351
E-Mail: Accounting@andersonkill.com

David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

MATTER:    107310. 12093
INVOICE:    318429

September 18, 2023

Official Talc Claimants Committee

MATTER: LTL II Insurance Coverage

### REMITTANCE COPY

| | |
|---|---:|
| Professional Services | $23,461.00 |
| Costs: | $0.00 |
| Total Current Invoice: | $23,461.00 |
| Outstanding Amount From Prior Invoices: | $45,846.10 |
| **TOTAL AMOUNT DUE:** | **$69,307.10** |

PLEASE SEND YOUR REMITTANCE TO US AT:

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020

OR, IF MORE CONVENIENT, YOU MAY WIRE THE FUNDS TO

BANK: WELLS FARGO BANK, N.A.
ABA NUMBER FOR WIRES:
ABA NUMBER FOR ACHs:
CREDIT TO: ANDERSON KILL P.C.
OPERATING ACCOUNT
ACCOUNT NUMBER:

KINDLY INDICATE:
   CLIENT NUMBER:    107310
   INVOICE NUMBER:    318429
   YOUR FIRM NAME:    Official Talc Claimants Committee

**THIS INVOICE IS PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**