# Exhibit "A"



**MILLER THOMSON LLP**
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

**T**  416.595.8500
**F**  416.595.8695

—————

**MILLERTHOMSON.COM**

## Account Summary and Remittance Form

**September 19, 2023**

Invoice Number 3920179

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention:  David Molton, Counselor at Law

**Re:    Johnson & Johnson - Talc Litigation (2023)
         Our File No. 0265758.0002**

| | |
|---|---:|
| **Fees:** | **$8,406.50** |
| **Total Amount Due** | **$8,406.50** |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



**MILLER THOMSON LLP**
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

**T** 416.595.8500
**F** 416.595.8695

_____

MILLERTHOMSON.COM

**September 19, 2023**

Invoice Number 3920179

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention: David Molton, Counselor at Law

To Professional Services Rendered in connection with the following matter(s) including:

**Re:    Johnson & Johnson - Talc Litigation (2023)
       Our File No. 0265758.0002**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/12/2023 | JCC | Correspondence with David Molton, Susan Sieger-Grimm regarding TCC meeting concerning appeal; | 0.10 |
| 08/14/2023 | JCC | Correspondence with David Molton, Steve Kazan, Dan Stolz, Mike Winograd, Jeff Lamken regarding LTL appeal process; | 0.30 |
| 08/14/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding TCC meetings and appeal; | 0.20 |
| 08/15/2023 | JCC | Correspondence with Dan Stolz, David Molton, Leigh O'Dell regarding interlocutory appeals; | 0.20 |
| 08/16/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding TCC meeting and appeal; | 0.10 |
| 08/16/2023 | GF | Communications with J Carhart, M Faheim and A Iqbal re appeal issues related to continued stay of proceedings in Canada; | 0.10 |
| 08/16/2023 | AI | Review email from J. Carhart re: impact of appeal process on Canadian stay; | 0.20 |
| 08/16/2023 | JCC | Attend TCC meeting to discuss Canadian strategic matters concerning appeal; | 0.50 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



Invoice 3920179

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/16/2023 | JCC | Correspondence with Gavin Finlayson and Asim Iqbal regarding correspondence to the Information Officer concerning the appeal; | 0.30 |
| 08/16/2023 | AI | Draft and send email response with views regarding appeal; | 0.20 |
| 08/16/2023 | AI | Consider issues in preparation for response regarding appeal; | 0.20 |
| 08/17/2023 | MF | Internal call with J Carhart, A Iqbal and G Finlayson re appeal  and next steps; | 0.40 |
| 08/17/2023 | JCC | Correspondence and discussion with Gavin Finlayson, Asim Iqbal, Monica Faheim regarding treatment of Canadian Talc Claimants during appeal process; | 0.40 |
| 08/17/2023 | JCC | Correspondence with Melanie Cyganowski, Michelle Parfitt regarding correspondence to Information Officer regarding impact of appeal process on Canadian Talc Claimants; | 0.20 |
| 08/17/2023 | JCC | Finalize correspondence to Information Officer concerning impact of appeal process on Canadian Talc Claimants; | 0.20 |
| 08/17/2023 | GF | correspondence and discussion with Jeff Carhart/ Asim Iqbal/ Monica Faheim re treatment of Canadian Talc Claimants during appeal process; | 0.60 |
| 08/17/2023 | GF | Revise communication to Canadian Information Officer re dismissal order and appeal; | 0.10 |
| 08/17/2023 | AI | Conference call with J. Carhart and G. Finlayson re: impact of appeal on Canadian proceedings; | 0.60 |
| 08/17/2023 | GF | correspondence with Melanie Cyganowski / Michelle Parfitt re correspondence to  Canadian Information Offcier concerning appeal issues; | 0.20 |
| 08/18/2023 | JCC | Correspondence with Bret Vallacher regarding letters to court concerning appeal process; | 0.10 |
| 08/21/2023 | AI | Correspondence with G. Finlayson and J. Carhart re: appeal process; | 0.30 |
| 08/21/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding TCC meeting re appeal; | 0.10 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/21/2023 | JCC | Correspondence with Information Officer, Gavin Finlayson, Asim Iqbal and TCC members regarding appeal process; | 0.30 |
| 08/21/2023 | GF | Review communication from Canadian Information officer and consider impact on appeal; | 0.10 |
| 08/21/2023 | GF | Correspondence with Information Officer/ Jeff Carhart/ Asim Iqbal / TCC members re appeal process; | 0.30 |
| 08/21/2023 | GF | Communications with TCC re Canadian information offcier communication and appeal; | 0.10 |
| 08/22/2023 | JCC | Correspondence with Susan Sieger-Grimm, Michael Winograd, Bret Vallacher, David Molton regarding appeal; | 0.10 |
| 08/23/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| 08/23/2023 | JCC | Attend TCC meeting regarding appeal; | 0.90 |
| 08/24/2023 | JCC | Correspondence with Susan Sieger-Grimm/ Mike Winograd regarding appeal; | 0.20 |
| 08/25/2023 | JCC | Correspondence with Susan Sieger-Grimm, Jeff Lamken, Dan Stolz  regarding LTL appeal; | 0.20 |
| 08/28/2023 | GF | Review analysis of cross-appeal rights and consider necessity of Canadian comment on same with J Carhart; | 0.20 |
| 08/28/2023 | JCC | Correspondence with Jeff Lamken, Gavin Finlayson, Susan Sieger-Grimm regarding appeal; | 0.30 |
| 08/29/2023 | JCC | Correspondence with Dan Stolz, Susan Sieger - Grimm, Dan Lapinski, Sunni Beville regarding appeal; | 0.30 |
| 08/30/2023 | JCC | Attend TCC meeting re appeal; | 0.70 |
| 08/31/2023 | JCC | Correspondence with Dan Stolz regarding stay of proceedings pending appeal; | 0.10 |

**Total Hours**                                                              **9.50**

**Our Fee:**                                                                **8,406.50**

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



| TK ID | Initials | Name | Title | Rate | Hours | Amount |
|-------|----------|------|-------|------|-------|--------|
| 01177 | AI | A. Iqbal | Partner | $720.00 | 1.50 | $1,080.00 |
| 01208 | GF | G. Finlayson | Partner | $990.00 | 1.70 | $1,683.00 |
| 00615 | JCC | J. Carhart | Partner | $925.00 | 5.90 | $5,457.50 |
| 02853 | MF | M. Faheim | Associate | $465.00 | 0.40 | $186.00 |

**Total Amount Due**                                                    **$8,406.50**

E.&O.E.

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.