UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re:<br><br>LTL MANAGEMENT LLC.<br><br>Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK) |
|---|---|

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On September 18, 2023, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 09/18/2023 | 1388 | Statement of Issues on Appeal (Related document(s) 1306 Notice of Appeal filed by Interested Party Ad Hoc Group of Supporting Counsel. [related document] 1127 Opinion, 1211 Order on Motion to Dismiss Case 1328 Designation of Record On Appeal 1329 Statement of Issues on Appeal. Modified LINK on 9/19/2023 (Stillwell, Rachel). Modified on 9/19/2023 (Stillwell, Rachel). (Entered: 09/18/2023) |

X _/s/ L. Heggan_
Laurie Heggan

Dated: September 19, 2023
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 19th day of September 2023, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _[signature]_

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

# EXHIBIT A

**VIA FIRST CLASS MAIL**

ANDRES PEREIRA LAW FIRM
14709 CUSTER COURT
AUSTIN TX 78734

**VIA FIRST CLASS MAIL**

ARNOLD & ITKIN LLP
KURT ARNOLD, CAJ BOATRIGHT, ROLAND CHRISTENSEN & JASON ITKIN
6009 MEMORIAL DRIVE
HOUSTON TX 77007

**VIA FIRST CLASS MAIL**

ASHCRAFT & GEREL, LLP
ATTN MICHELLE PARFITT
1825 K STREET, NW, STE 7000
WASHINGTON DC 20006

**VIA FIRST CLASS MAIL**

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ
MARY PUTNICK & DANIEL THORNBURGH
17 EAST MAIN ST., STE 200
PO BOX 12630
PENSACOLA FL 32502

**VIA FIRST CLASS MAIL**

BALLARD SPAHR LLP
ATTN TOBEY M DALUZ, LESLIE C HEILMAN,
LAUREL D ROGLEN & MARGARET A VESPER
919 N MARKET STREET
11TH FLOOR
WILMINGTON DE 19801-3034

**VIA FIRST CLASS MAIL**

BEASLEY ALLEN LAW FIRM
ATTN LEIGH O'DELL
PO BOX 4160
MONTGOMERY AL 36103

**VIA FIRST CLASS MAIL**

BEASLEY ALLEN LAW FIRM
CHARLIE STERN
218 COMMERCE ST
MONTGOMERY AL 36104

**VIA FIRST CLASS MAIL**

BLAKE, CASSELS & GRAYDON LLP
ATTN: LINC ROGERS
199 BAY STREET
STE 4000 COMMERCE COURT WEST
TORONTO ON M5L 1A9
CANADA

**VIA FIRST CLASS MAIL**

BROWN RUDNICK LLP
ATTN DAVID J MOLTON,
MICHAELS WINOGRAD, SUSAN SIEGER-GRIMM
& KENNETH J AULET
SEVEN TIMES SQUARE
NEW YORK NY 10036

**VIA FIRST CLASS MAIL**

BROWN RUDNICK LLP
ATTN JEFFREY L JONAS,
SUNNI P BEVILLE & ERIC R GOODMAN
ONE FINANCIAL CENTER
BOSTON MA 02111

**VIA FIRST CLASS MAIL**

CHILDERS, SCHLUETER & SMITH LLC
RICHARD SCHLUETER
1932 N DRUID HILLS RD.,
STE. 100
ATLANTA GA 30319

**VIA FIRST CLASS MAIL**

CLYDE & CO US LLP
ATTN CLINTON E CAMERON
& MEGHAN DALTON
55 WEST MONROE STREET
SUITE 3000
CHICAGO IL 60603

**VIA FIRST CLASS MAIL**

CROWELL & MORING LLP
ATTN TACIE H YOON
1001 PENNSYLVANIA
AVE., N.W.
WASHINGTON DC 20004

**VIA FIRST CLASS MAIL**

CROWELL & MORING LLP
ATTN MARK D PLEVIN
THREE EMBARCADERO CENTER
26TH FL
SAN FRANCISCO CA 94111

**VIA FIRST CLASS MAIL**

DAVID CHRISTIAN ATTORNEYS LLC
ATTN DAVID CHRISTIAN, ESQ
105 W MADISON ST.,
SUITE 1400
CHICAGO IL 60602

**VIA FIRST CLASS MAIL**

DUANE MORRIS LLP
ATTN PHILIP R MATTHEWS, ESQ.
SPEAR TOWER ONE MARKET PLAZA
SUITE 2200
SAN FRANCISCO CA 94105-1127

**VIA FIRST CLASS MAIL**

FERRER, POIROT & WANSBROUGH
JESSE FERRER & CHRISTINA FELLER
2603 OAK LAWN AVE.
#300
DALLAS TX 75219

**VIA FIRST CLASS MAIL**

GIBBONS P.C.
ATTN ROBERT K MALONE &
KYLE P MCEVILLY
ONE GATEWAY CENTER
NEWARK NJ 07102-5310

**VIA FIRST CLASS MAIL**

GOLOMB SPIRT GRUNFELD
ATTN RICHARD GOLOMB
1835 MARKET ST
STE 2900
PHILADELPHIA PA 19103

**VIA FIRST CLASS MAIL**

HALPERIN BATTAGLIA BENZIJA, LLP
ATTN ALAN D HAPERIN, ESQ
& DONNA H LIEBERMAN, ESQ
40 WALL STREET
37TH FLOOR
NEW YORK NY 10005

**VIA FIRST CLASS MAIL**

HILL CARTER FRANCO COLE & BLACK PC
ATTN ELIZABETH CARTER
425 PERRY STREET
MONTGOMERY AL 36104

**VIA FIRST CLASS MAIL**

JOHNSON & JOHNSON
ATTN ERIC HAAS, ESQ & ANDREW WHITE, ESQ
1 JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK NJ 08933

**VIA FIRST CLASS MAIL**

JOHNSON LAW GROUP
BLAKE TANASE & BASIL ADHAM
2925 RICHMOND AVE.
STE 1700
HOUSTON TX 77098

**VIA FIRST CLASS MAIL**

JONES WALKER LLP
ATTN GARY RUSSO
600 JEFFERSON STREET
SUITE 1600
LAFAYETTE LA 70501

**VIA FIRST CLASS MAIL**

KARST VON OISTE LLP
ATTN ERIK KARST
23923 GOSLING RD
STE A
SPRING TX 77389

**VIA FIRST CLASS MAIL**

I,AZAN, MCCLAIN, SATTERLEY & GREENWOOD
ATTN STEVEN KAZAN
55 HARRISON ST
STE 400
OAKLAND CA 94 607

**VIA FIRST CLASS MAIL**

LEVIN PAPANTONIO RAFFERTY
ATTN CHRISTOPHER TISI
316 S BAYLEN ST
STE 600
PENSACOLA FL 32502

**VIA FIRST CLASS MAIL**

LIAKOS LAW
JENN LIAKOS
955 DEEP VALLEY DR
SUITE 3900
PALOS VERDES PENINSULA CA 90274

**VIA FIRST CLASS MAIL**

LINVILLE LAW GROUP
GANDHI, VINITA
1932 N DRUID HILLS RD NE,
STE 200
ATLANTA GA 30319

**VIA FIRST CLASS MAIL**

MASSEY & GAIL LLP
ATTN: JONATHAN MASSEY & RACHEL S MORSE
1000 MAINE AVE. SW
SUITE 450
WASHINGTON DC 20024

| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
|---|---|
| MCCARTER & ENGLISH, LLP<br>ATTN: THOMAS W. LADD & JOHN C. GARDE<br>FOUR GATEWAY CENTER<br>100 MULBERRY STREET<br>NEWARK NJ 07102 | MCDONALD WORLEY<br>DON WORLEY<br>1770 ST. JAMES PLACE<br>STE 100<br>HOUSTON TX 77056 |
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| MILLER FIRM, LLC<br>ATTN CURTIS G HOKE<br>108 RAILROAD AVE<br>ORANGE VA 22960 | NACHAWATI LAW GROUP<br>MAJED NACHAWATI<br>5489 BLAIR RD<br>DALLAS TX 75231 |
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| NAPOLI SHKOLNIK PLLC<br>JAMES HEISMAN, CHRISTOPHER LOPALO<br>360 LEXINGTON AVE<br>11TH FLOOR<br>NEW YORK NY 10017 | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN AUTUMN D HIGHSMITH & RACHEL R OBALDO<br>PO BOX 12548<br>AUSTIN TX 78711-2548 |
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| OFFICE OF THE US TRUSTEE<br>ATTN LAUREN BIELSKIE & JEFFREY M. SPONDER<br>ONE NEWARK CENTER<br>STE 2100<br>NEWARK NJ 07102 | ONDERLAW, LLC<br>JAMES ONDER<br>110 EAST LOCKWOOD<br>2ND FL<br>ST. LOUIS MO 63119 |
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ATTN: ROBERT LOEB<br>COLUMBIA CENTER<br>1152 15TH STREET<br>NW WASHINGTON DC 20005-1706 | OTTERBOURG PC<br>ATTN MELANIE L. CYGANOWSKI,<br>JENNIFER s. FEENEY & MICHAEL R. MAIZEL<br>230 PARK AVENUE<br>NEW YORK NY 10169 |

| VIA FIRST CLASS MAIL | VIA FIRST CLASS MAIL |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN LAURA DAVIS JONES, COLIN R ROBINSON & PETER J KEANE<br>919 N MARKET STREET<br>17TH FL<br>WILMINGTON DE 19801 | PARKINS & RUBIO LLP<br>ATTN LENARD M PARKINS & CHARLES M RUBIO<br>700 MILAM<br>SUITE 1300<br>HOUSTON TX 77002 |
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| PULASKI KHERKHER PLLC<br>ADAM PULASKI<br>2925 RICHMOND AVE<br>STE 1725<br>HOUSTON TX 77098 | RANDI S ELLIS LLC<br>ATTN: RANDI S ELLIS<br>5757 INDIAN CIRCLE<br>HOUSTON TX 77057 |
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| RAWLINGS & ASSOCIATES<br>ATTN MARK D FISCHER, ESQ & ROBERT C GRIFFITHS<br>1 EDEN PARKWAY<br>LA GRANGE KY 40031 | RESOLUTIONS, LLC<br>ATTN ERIC D GREEN<br>30 MONUMENT SQUARE<br>SUITE 245<br>CONCORD MA 01742 |
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| ROBINSON CALCAGNIE, INC.<br>ATTN MARK ROBINSON, JR<br>19 CORPORATE PLAZA DRIVE<br>NEWPORT BEACH CA 92660 | RUEB STOLLER DANIEL, LLP<br>GREGORY D. RUEB<br>1990 N. CALIFORNIA BLVD.<br>8TH FLOOR<br>WALNUT CREEK CA 94596 |
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| SANDERS, PHILLIPS, GROSSMAN, LLC<br>MARC GROSSMAN<br>100 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | SHOOK, HARDY & BACON L.L.P.<br>ATTN: KATHLEEN A. FRAZIER<br>600 TRAVIS ST<br>STE 3400<br>HOUSTON TX 77002 |

| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
|---|---|
| SLATER SLATER SCHULMAN<br>SLATER, ADAM<br>445 BROADHOLLOW RD<br>STE 419<br>MELVILLE NY 11747 | TRAMMELL PC<br>FLETCHER V. TRAMMELL<br>3262 WESTHEIMER RD.<br>STE 423<br>HOUSTON TX 77098 |
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| WAGSTAFF LAW FIRM<br>AIMEE WAGSTAFF<br>940 N. LINCOLN ST<br>DENVER CO 80203 | WATTS GUERRA LLP<br>MIKAL WATTS<br>4 DOMINION DR.<br>BLD 3, STE 100<br>SAN ANTONIO TX 78257 |
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| WEIL, GOTSHAL & MANGES LLP<br>ATTN: DIANE SULLIVAN, RONIT BERKOVICH, THEODORE<br>TSEKERIDES & MATTHEW P. GOREN<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | WEITZ & LUXENBERG, PC<br>ATTN PERRY WEITZ & LISA NATHANSON BUSCH<br>700 BROADWAY<br>NEW YORK NY 10003 |
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| WHITE & CASE LLP<br>ATTN JESSICA C LAURIA, GLENN M KURTZ, R PASIANOTTO & GREGORY STARNER<br>1221 AVENUE OF THE AMERICAS<br>NEWYORK NY 10020-1095 | WHITE & CASE LLP<br>ATTN MATTHEW E LINDER & LAURA E BACCASH<br>111 SOUTH WACKER DR,<br>STE 5100<br>CHICAGO IL 60606-4302 |
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| WHITE & CASE LLP<br>ATTN MICHAEL C SHEPHERD & LAURA FEMINO<br>200 SOUTH BISCAYNE BLVD<br>STE 4900<br>MIAMI FL 33131-2352 | WISNER BAUM<br>ATTN: ROBERT BRENT<br>10940 WILSHIRE BLVD<br>STE 1600 WISNER<br>LOS ANGELES CA 90024 |