UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
          crobinson@pszjlaw.com
          pkeane@pszjlaw.com

-and-

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
David C. Frederick (pro hac vice pending)
Gregory G. Rapawy (pro hac vice pending)
Ariela M. Migdal (pro hac vice pending)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:  (202) 326-7900
Facsimile:   (202) 326-7999
Email: dfrederick@kellogghansen.com
          grapawy@kellogghansen.com
          amigdal@kellogghansen.com

*Counsel to Arnold & Itkin LLP*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23-12825 (MBK) |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Kellogg, Hansen, Todd, Figel & Frederick, PLLC ("Kellogg") hereby appears on behalf of the law firm of Arnold & Itkin LLP ("Arnold & Itkin"), on behalf of certain personal injury claimants represented by Arnold & Itkin (the "Arnold & Itkin Plaintiffs"). Kellogg hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service list in this case. Kellogg requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon the Arnold & Itkin Plaintiffs through service upon Kellogg at the addresses, telephone, and facsimile numbers set forth below:

       **KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
       David C. Frederick
       Gregory G. Rapawy
       Ariela M. Migdal
       1615 M Street, N.W., Suite 400
       Washington, D.C. 20036
       Telephone: (202) 326-7900
       Facsimile: (202) 326-7999
       Email: dfrederick@kellogghansen.com
             grapawy@kellogghansen.com
             amigdal@kellogghansen.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the Arnold & Itkin Plaintiffs, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Arnold & Itkin Plaintiffs may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 21, 2023    **PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Colin R. Robinson*
Laura Davis Jones
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
crobinson@pszjlaw.com
pkeane@pszjlaw.com

DOCS_DE:244937.1 05471/003

-and-

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
David C. Frederick (pro hac vice pending)
Gregory G. Rapawy (pro hac vice pending)
Ariela M. Migdal (pro hac vice pending)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:  (202) 326-7900
Facsimile:   (202) 326-7999
Email:  dfrederick@kellogghansen.com
            grapawy@kellogghansen.com
            amigdal@kellogghansen.com

*Counsel for Arnold & Itkin LLP*