UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
       crobinson@pszjlaw.com
       pkeane@pszjlaw.com

-and-

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
David C. Frederick (pro hac vice pending)
Gregory G. Rapawy (pro hac vice pending)
Ariela M. Migdal (pro hac vice pending)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:  (202) 326-7900
Facsimile:   (202) 326-7999
Email: dfrederick@kellogghansen.com
       grapawy@kellogghansen.com
       amigdal@kellogghansen.com

*Counsel to Arnold & Itkin LLP*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK) |

**ARNOLD & ITKIN'S COUNTERSTATEMENT OF ISSUES ON APPEAL AND**
<u>**COUNTER-DESIGNATION OF RECORD**</u>

## PRELIMINARY STATEMENT

The law firm of Arnold & Itkin LLP ("Arnold & Itkin"), on behalf of certain talc personal injury claimants represented by Arnold & Itkin, through undersigned counsel, and pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, hereby submits its counterstatement of issues and designation of additional items to be included in the record on appeal.

## COUNTER-STATEMENT OF ISSUES

1. Whether the Bankruptcy Court properly exercised its discretion in dismissing LTL's second chapter 11 case for lack of good faith.

2. Whether the Bankruptcy Court correctly found that the evidentiary record at trial failed to establish sufficient imminent or immediate financial distress to satisfy the criteria enunciated by the Third Circuit in *LTL Mgmt., LLC v. Those Parties Listed on Appendix A to Complaint (In re LTL Mgmt., LLC)*, 64 F.4th 84 (3d Cir. 2023) ("*LTL Mgmt.*") for a good-faith chapter 11 filing.

3. Whether Appellants are precluded, under principles of collateral estoppel or otherwise, from challenging in this appeal any of the rulings of the Third Circuit in connection with the dismissal of LTL's first chapter 11 case in *LTL Mgmt.*, including, without limitation, with respect to Section 1112(b)(2) of the Bankruptcy Code.

4. Whether the Bankruptcy Court properly found that LTL was unable to meet its burden of satisfying all of the elements of section 1112(b)(2).

## DESIGNATIONS OF RECORD

Arnold & Itkin joins in, incorporates, and adopts the designation of additional items to be included in the record on appeal filed by the Official Committee of Talc Claimants (the "TCC").

Dated: September 21, 2023        **PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Colin R. Robinson*
    Laura Davis Jones
    Colin R. Robinson
    Peter J. Keane
    919 N. Market Street, 17th Floor
    Wilmington, DE 19801
    Telephone: (302) 652-4100
    Facsimile: (302) 652-4400
    Email: ljones@pszjlaw.com
           crobinson@pszjlaw.com
           pkeane@pszjlaw.com

-and-

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
David C. Frederick (pro hac vice pending)
Gregory G. Rapawy (pro hac vice pending)
Ariela M. Migdal (pro hac vice pending)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
Email: dfrederick@kellogghansen.com
       grapawy@kellogghansen.com
       amigdal@kellogghansen.com

*Counsel for Arnold & Itkin LLP*