UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail:    jeffrey.m.sponder@usdoj.gov
           lauren.bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LTL Management, LLC, | : | Case No. 23-12825 (MBK) |
| | : | |
| Debtor. | : | Honorable Michael B. Kaplan, Chief Judge |
| | : | |

**APPELLEE UNITED STATES TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Andrew R. Vara, the United States Trustee for Regions 3 and 9, Appellee in this appeal, designates pursuant to Fed. R. Bankr. P. 8009(a)(2) the following additional items to be included in the record on LTL Management LLC's appeal of this Court's August 11, 2023, Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. § 1112(b); (II) Establishing Procedures With Respect to Requests for Compensation; and (III) Granting Related Relief (Docket Entry 1211).  The designation of a docket entry number constitutes the designation of all documents included within that docket entry and all exhibits thereto.

As an initial matter, the United States Trustee designates all documents and exhibits referenced in the Joint Stipulation and Agreed Order Regarding the Admission of Exhibits and Deposition Designations in Connection With Motion to Dismiss Hearing (Docket Entry 1100 in Case No. 23-12825 (MBK))—which Appellant LTL Management LLC designated as an item to

be included in the record on appeal (Docket Entry 1329 in Case No. 23-12825 (MBK), Designation No. 15)—because those documents comprise the evidentiary record before the bankruptcy court as agreed upon by the parties to the order that is the subject of this appeal.

In addition, the United States Trustee designates the following specific docket entries:

**Items to be included from Bankr. Case No. 23-12825 (MBK):**

| Docket Entry | Date | Description |
| --- | --- | --- |
| N/A | | Case Docket for Bankr. D.N.J. Case No. 23-12825 (MBK) |
| 79 | 4/10/23 | Informational Brief of the Ad Hoc Committee of Certain Talc Claimants Regarding Second Bankruptcy Filing by LTL Management, LLC |
| 97 | 4/10/23 | MRHFM's Statement Against LTL Management's Second Bankruptcy Petition and Joinder to Informational Brief of the Ad Hoc Committee of Certain Talc Claimants |
| 126 | 4/12/23 | Transcript of April 11, 2023, Hearing |
| 162 | 4/14/23 | Notice of Appointment of Official Committee of Talc Claimants |
| 253 | 4/20/23 | Initial Statement of Ad Hoc Committee of Supporting Talc Claimants |
| 286 | 4/24/23 | Motion of the Official Committee of Talc Claimants to Dismiss Second Bankruptcy Petition of LTL Management, LLC |
| 335 | 4/27/23 | Ad Hoc Group of Mesothelioma Claimants' Motion to Dismiss the Second Bankruptcy Petition of LTL Management |
| 346 | 4/28/23 | Motion to Dismiss of Paul Crouch, Individually and as Executor *ad Prosequendum* of the Estate of Cynthia Crouch |
| 350 | 4/28/23 | Motion of the Ad Hoc Committee of States Holding Consumer Protection Claims to Dismiss Chapter 11 Case |
| 352 | 4/28/23 | Mesothelioma Claimants' Joinder to Motion of the Official Committee of Talc Claimants to Dismiss the Second Bankruptcy Petition of LTL Management, LLC |
| 358 | 4/28/23 | MRHFM's Plaintiffs' Motion to Dismiss the Second Bankruptcy Petition of LTL Management, LLC |
| 379 | 5/1/23 | Motion of the United States Trustee to Dismiss Case Pursuant to 11 U.S.C. § 1112(b) |

| | | |
|---|---|---|
| 384 | 5/1/23 | Motion of Arnold & Itkin, on Behalf of Certain Talc Claimants, to Dismiss Chapter 11 Case |
| 416 | 5/4/23 | Transcript of May 4, 2023, Hearing |
| 418 | 5/4/23 | Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest |
| 451 | 5/5/23 | Statement of Financial Affairs |
| 473 | 5/9/23 | Joinder of Motions to Dismiss by Georgia State Court Claimants Represented by the Barnes Law Group, LLC |
| 477 | 5/10/23 | Transcript of May 9, 2023, Hearing |
| 480 | 5/10/23 | Motion of the State of New Mexico and the State of Mississippi to Dismiss the Second Bankruptcy Petition of LTL Management LLC for Cause, Pursuant to Section 1112(b) of the United States Bankruptcy Code (11 U.S.C. § 101, *et seq*.), and Joinder in Motions to Dismiss Filed by Certain Other Parties |
| 526 | 5/15/23 | Disclosure Statement |
| 537 | 5/17/23 | Transcript of May 16, 2023, Hearing |
| 570 | 5/22/23 | Chapter 11 Monthly Operating Report for the Month Ending 4/30/23 |
| 613 | 5/26/23 | Omnibus Objection of the Ad Hoc Committee of Supporting Counsel to Motions to Dismiss |
| 614 | 5/26/23 | Debtor's Omnibus Objection to Motions to Dismiss Chapter 11 Case |
| 641 | 5/31/23 | Transcript of May 30, 2023, Hearing |
| 700 | 6/5/23 | Transcript of June 2, 2023, Hearing |
| 782 | 6/14/23 | Transcript of June 13, 2023, Hearing |
| 845 | 6/21/23 | Chapter 11 Monthly Operating Report for the Month Ending 5/31/23 |
| 852 | 6/22/23 | Evidentiary Stipulation for Hearing on the Motions to Dismiss Debtor's Bankruptcy Case |
| 854 | 6/22/23 | Reply in Support of Motion of Arnold & Itkin, on Behalf of Certain Talc Claimants, to Dismiss Chapter 11 Case |
| 855 | 6/22/23 | MRHFM's Reply in Support of Motion to Dismiss LTL Management's Second Bankruptcy Petition |

| | | |
|---|---|---|
| 856 | 6/22/23 | Declaration of Laura Davis Jones in Support of Reply in Support of Motion of Arnold & Itkin, on Behalf of Certain Talc Claimants, to Dismiss Chapter 11 Case |
| 857 | 6/22/23 | Reply in Support of Motion of the Official Committee of Talc Claimants to Dismiss Second Bankruptcy Petition of LTL Management, LLC |
| 862 | 6/22/23 | Reply of the United States Trustee to (i) Debtor's Omnibus Objection to Motions to Dismiss Chapter 11 Case and (ii) Omnibus Objection of the Ad Hoc Committee of Supporting Counsel to Motions to Dismiss |
| 863 | 6/22/23 | The Ad Hoc Committee of States Holding Consumer Protection Claims' Reply in Support of its Motion to Dismiss Chapter 11 Case |
| 866 | 6/22/23 | Ad Hoc Group of Mesothelioma Claimants' Joinder to Motion to Dismiss the Second Bankruptcy Petition of LTL Management and Reply in Support of Motion Filed by the Official Committee of Talc Claimants |
| 872 | 6/22/23 | The State of New Mexico and the State of Mississippi's (i) Memorandum of Law in Reply to Debtor's Omnibus Opposition to Motions to Dismiss the Debtor's Second Bankruptcy Petition; (ii) Joinder in Replies to Debtor's Opposition by Certain Other Parties; and (iii) Statement in Lieu of Opening Argument |
| 900 | 6/26/23 | Omnibus Response of Ad Hoc Committee of Supporting Counsel to Replies in Support of Motions to Dismiss |
| 906 | 6/26/23 | Debtor's Sur-Reply in Further Support of Omnibus Objection to Motions to Dismiss Chapter 11 Case |
| 907 | 6/26/23 | Official Committee of Talc Claimants' Exhibit List for Hearing on the Motions to Dismiss Debtor's Bankruptcy Case |
| 914 | 6/26/23 | Debtor's Exhibit List for Hearing on the Motions to Dismiss Debtor's Bankruptcy Case |
| 924 | 6/27/23 | Debtor's First Amended Exhibit List for Hearing on the Motions to Dismiss Debtor's Bankruptcy Case |
| 929 | 6/28/23 | Official Committee of Talc Claimants' First Amended Exhibit Index |
| 944 | 6/29/23 | Official Committee of Talc Claimants' Second Amended Exhibit Index |
| 955 | 6/30/23 | Joint Stipulation Regarding the Admission of Certain Evidence at Trial |
| 1008 | 7/11/23 | Revised Exhibit M to Amended Plan – Trust Distribution Procedures |

| | | |
|---|---|---|
| 1009 | 7/11/23 | Amended Disclosure Statement |
| 1067 | 7/19/23 | Proposed Findings of Fact and Conclusions of Law in Support of Motion to Dismiss of Paul Crouch, Individually and as Executor *ad Prosequendum* of the Estate of Cynthia Crouch |
| 1068 | 7/19/23 | MRHFM's Plaintiff's Proposed Findings of Fact and Conclusions of Law in Support of Their Motion to Dismiss the Second Bankruptcy Petition of LTL Management LLC |
| 1069 | 7/19/23 | Post-Hearing Memorandum of Law of the States of New Mexico and Mississippi in Further Support of Their Motion to Dismiss Debtor's Second Bankruptcy Petition |
| 1070 | 7/19/23 | Ad Hoc Group of Mesothelioma Claimants' Proposed Findings of Fact and Conclusions of Law in Support of Their Motion to Dismiss the Second Bankruptcy Petition of LTL Management |
| 1071 | 7/19/23 | Post-Trial Brief in Support of Motion of Arnold & Itkin, on Behalf of Certain Talc Claimants, to Dismiss Chapter 11 Case |
| 1073 | 7/19/23 | Proposed Findings of Fact and Conclusions of Law After Trial on Motions to Dismiss Chapter 11 Case Submitted by the Ad Hoc Committee of States Holding Consumer Protection Claims |
| 1075 | 7/19/23 | The Official Committee of Talc Claimants' Proposed Findings of Fact and Conclusions of Law in Support of its Motion to Dismiss the Second Bankruptcy Petition of LTL Management LLC |
| 1078 | 7/19/23 | United States Trustee's Proposed Findings of Fact and Conclusions of Law in Support of the Motion of the United States Trustee to Dismiss Case Pursuant to 11 U.S.C. § 1112(b) |
| 1080 | 7/19/23 | Ad Hoc Committee of Supporting Counsel's Joinder to Debtor's Proposed Findings of Fact and Conclusions of Law Regarding Motions to Dismiss Chapter 11 Case |
| 1094 | 7/21/23 | Chapter 11 Monthly Operating Report for the Month Ending 6/30/23 |
| 1148 | 8/3/23 | Transcript of August 2, 2023, Hearing |

**Items to be included from Adv. Pro. No. 23-01092 (MBK):**

| Docket Entry | Date | Description |
|---|---|---|
| N/A | | Case Docket for Bankr. D.N.J. Adv. Pro. No. 23-01092 (MBK) |
| 66 | 4/19/23 | Debtor's Exhibit List |

| 67 | 4/19/23 | Debtor's Deposition Designations |
|---|---|---|
| 71 | 4/20/23 | Official Committee of Talc Claimants' Notice of Submission of Evidence |
| 117 | 5/5/23 | Notice of Motion of the Estate of Melissa Fleming to Dismiss Case Pursuant to 11 U.S.C. § 112(B) [sic] |
| 118 | 5/5/23 | Notice of Motion of Robert Gendelman, Executor of the Estate of Sherri Gendelman to Dismiss Case Pursuant to 11 U.S.C. § 112(B) [sic] |
| 185 | 6/16/23 | Debtor's Reply in Support of Motion (I) to Extend and Modify the Preliminary Injunction Order and (II) For Confirmation That Successor Liability Actions Are Subject to the Automatic Stay |

**Items to be included from Bankr. Case No. 21-30589 (MBK):**

| Docket Entry | Date | Description |
|---|---|---|
| N/A | | Case Docket for Bankr. D.N.J. Case No. 21-30589 (MBK) |

**Items to be included from Adv. Pro. No. 21-03032 (MBK):**

| Docket Entry | Date | Description |
|---|---|---|
| N/A | | Case Docket for Bankr. D.N.J. Adv. Pro. No. 21-03032 (MBK) |

Respectfully submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

Dated: September 21, 2023

By: */s/ Jeffrey M. Sponder*
Jeffrey M. Sponder
Trial Attorney
Lauren Bielskie
Trial Attorney
United States Department of Justice
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Document    Page 7 of 7

-and-

Linda Richenderfer
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
linda.richenderfer@usdoj.gov