MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
Clayton L. Thompson, Esq.
cthompson@mrhfmlaw.com
Suzanne M. Ratcliffe, Esq.
sratcliffe@mrhfmlaw.com
150 West 30th Street, Suite 201
New York, NY 10001
Tel: (800) 358-5922

*Counsel for Mesothelioma Plaintiff Katherine Tollefson*
*and Certain Mesothelioma Plaintiffs*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| LTL MANAGEMENT LLC, | ) |
| | ) Case No: 23-12825-MBK |
| Debtor. | ) |

**MRHFM'S AND THE AD HOC GROUP OF MESOTHELIOMA**
**CLAIMANTS' COUNTER-STATEMENT OF ISSUES**
**AND COUNTER-DESIGNATION OF RECORD FOR APPEAL**

MRHFM and the Ad Hoc Group of Mesothelioma Claimants (including Katherine Tollefson, Evan Plotkin and Giovanni Sosa) pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, hereby submit their Counter-Statement of Issues and Counter-Designation of Record. Both MRHFM and the Ad Hoc Group adopt and incorporate wholly by reference the Official Committee of Talc Claimants' Statement of Issues on Appeal and Counter-Designation of Record (Dkt. 1407) as well as those filed by Arnold & Itkin (Dkt. 1409), the Ad Hoc of States (Dkt. 1414), the Office of the United States

1

Trustee (Dkt. 1415), and the states of Mississippi and New Mexico (Dkt. 1416). The below is submitted in addition thereto:

## COUNTER-STATEMENT OF ISSUES

1. Whether Debtor LTL Management's stated intention of obtaining a permanent channeling injunction for Johnson & Johnson, a non-debtor, for Johnson & Johnson's independent non-derivative liability is an improper bankruptcy purpose and grounds for dismissal.

2. Whether Debtor LTL Management's stated intention of obtaining a permanent channeling injunction for Johnson & Johnson, a non-debtor, for Johnson & Johnson's independent non-derivative liability demonstrates a lack of good faith and is grounds for dismissal.

## COUNTER-DESIGNATION OF RECORD

| Docket Entry | Date | Description |
|---|---|---|
| 855 | 6/22/23 | MRHFM Reply in Support of Motion to Dismiss |
| 855-2 | 4/2022 | Transcription of American Bankruptcy Institute Conference |
| 855-3 | 3/31/23 | Judgment from United States Circuit Court of Appeals for the Third Circuit in *In re: LTL Management LLC* |
| 855-23 | 6/14/23 | Deposition Transcript of Adam Pulaski |
| 855-26 | 5/12/23 | Statement on TCC Standing Motion to Dismiss (Exhibit 11 to Deposition of Erik Haas) |
| 855-28 | 2/15/22 | Transcript of Proceedings in *LTL1* |
| 855-31 | 3/31/23 | Decision of Third Circuit in *In re: LTL Management LLC* (Exhibit 8 to Deposition of Erik Haas) |
| 855-32 | 4/18/23 | Transcript of Proceedings in *LTL2* (Exhibit 9 to Deposition of Erik Haas) |

| | | |
|---|---|---|
| 855-33 | 5/2/23 | MRHFM's Objection to Motion for Disclosure Statement, including "Statement on United States Trustee Motion to Dismiss" (Exhibit 10 to Deposition of Erik Haas) |
| 1068 | 7/19/2023 | MRHFM's Plaintiffs' Proposed Findings of Fact and Conclusions of Law in Support of Their Motion to Dismiss the Second Bankruptcy Petition of LTL Management LLC |

Respectfully submitted:

**MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**

_____
Clayton L. Thompson, Esq.
**MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**
150 W. 30th Street, Suite 201
New York, NY 10001
(800) 358-5922
cthompson@mrhfmlaw.com