|  |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(B)**<br><br>Mark Falk, Esq.<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>(973) 757-1100<br>*Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants* |
| In re:<br><br>LTL Management, LLC,<br><br>                Debtor. |

Order Filed on September 18, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-12825-MBK
Judge: Michael B. Kaplan
Chapter: 11

### ORDER GRANTING AND ALLOWING COMBINED MONTHLY AND FINAL FEE APPLICATION OF RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD APRIL 5, 2023 THROUGH AUGUST 11, 2023

The relief set forth on the following pages is hereby **ORDERED.**

**DATED: September 18, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtor: LTL Management LLC
Case No.: 23-12825 (MBK)
Caption: ORDER GRANTING AND ALLOWING COMBINED MONTHLY AND FINAL FEE APPLICATION OF RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD APRIL 5, 2023 THROUGH AUGUST 11, 2023

Upon the *Combined Monthly and Final Fee Application of Randi S. Ellis, Legal Representative for Future Talc Claimants, for the Period April 5, 2023 through August 11, 2023* (the "Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided by Randi S. Ellis, Legal Representative for Future Talc Claimants ("FCR").

Whereas the U.S. Trustee informally objected to FCR's Application (or relief requested);

Whereas the U.S. Trustee and FCR have reached a resolution concerning the informal objection; and

Whereas FCR has agreed to reduce the total amount requested in the Application by $38,000.00:

**IT IS HEREBY ORDERED** that:

1. FCR's Combined Monthly and Final Application for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the period of April 5, 2023 through August 11, 2023 shall be granted and allowed as follows

**Page** 3
**Debtor:** LTL Management LLC
**Case No.:** 23-12825 (MBK)
**Caption:** ORDER GRANTING AND ALLOWING COMBINED MONTHLY AND FINAL FEE APPLICATION OF RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD APRIL 5, 2023 THROUGH AUGUST 11, 2023

| APPLICANT | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Randi S. Ellis, FCR | $349,092.25 | $3,900.30 |

2. The Debtor is authorized and directed to make payment of the unpaid portion of the allowed fee and expenses to the FCR within five (5) days of the entry of this Order.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12825-MBK |
| LTL Management LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 19, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Sep 19 2023 21:31:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2023          Signature:      /s/Gustava Winters