

|  |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(B)** <br><br> Mark Falk, Esq. <br> WALSH PIZZI O'REILLY FALANGA LLP <br> Three Gateway Center <br> 100 Mulberry Street, 15th Floor <br> Newark, NJ 07102 <br> (973) 757-1100 <br> *Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants* |
| In re: <br><br> LTL Management, LLC, <br><br> Debtor. |

Order Filed on September 18, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-12825

Judge: Michael B. Kaplan

Chapter: 11

# ORDER GRANTING AND ALLOWING COMBINED MONTHLY AND FINAL FEE APPLICATION OF WALSH PIZZI O'REILLY FALANGA LLP AS COUNSEL FOR RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD APRIL 5, 2023 THROUGH AUGUST 11, 2023

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: September 18, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page       2
Debtor:    LTL Management LLC
Case No.:  23-12825 (MBK)
Caption:   ORDER GRANTING AND ALLOWING COMBINED MONTHLY AND FINAL FEE APPLICATION OF WALSH PIZZI O'REILLY FALANGA LLP AS COUNSEL FOR RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD APRIL 5, 2023 THROUGH AUGUST 11, 2023

Upon the *Combined Monthly and Final Fee Application of Walsh Pizzi O'Reilly Falanga LLP as Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants, for the Period April 5, 2023 through August 11, 2023* (the "Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to Randi S. Ellis, Legal Representative for Future Talc Claimants ("FCR").

Whereas the U.S. Trustee informally objected to Walsh Pizzi O'Reilly Falanga LLP's ("Walsh") Application (or relief requested);

Whereas the U.S. Trustee and Walsh have reached a resolution concerning the informal objection; and

Whereas Walsh has agreed to reduce the total amount requested in the Application by $70,000.00:

**IT IS HEREBY ORDERED** that:

1. Walsh's Combined Monthly and Final Application for Allowance of Compensation for Services Rendered to the FCR for the period of April 5, 2023 through August

**Page** 3
**Debtor:** LTL Management LLC
**Case No.:** 23-12825 (MBK)
**Caption:** ORDER GRANTING AND ALLOWING COMBINED MONTHLY AND FINAL FEE APPLICATION OF WALSH PIZZI O'REILLY FALANGA LLP AS COUNSEL FOR RANDI S. ELLIS, LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS, FOR THE PERIOD APRIL 5, 2023 THROUGH AUGUST 11, 2023

11, 2023 shall be granted and allowed as follows:

| APPLICANT | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Walsh Pizzi O'Reilly Falanga LLP | $622,745.25 | $30,990.28 |

2. The Debtor is authorized and directed to make payment of the unpaid portion of the allowed fee and expenses to Walsh Pizzi O'Reilly Falanga LLP within five (5) days of the entry of this Order.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12825-MBK |
| LTL Management LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 9 |
| Date Rcvd: Sep 19, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Sep 19 2023 21:31:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:

**Name**    **Email Address**

Adam C. Silverstein
    on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants asilverstein@otterbourg.com awilliams@otterbourg.com

Adam C. Silverstein
    on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants asilverstein@otterbourg.com awilliams@otterbourg.com

Alan J. Brody
    on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com

Alan J. Brody
    on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com

Case 23-12825-MBK    Doc 1419    Filed 09/21/23    Entered 09/22/23 00:24:26    Desc
Imaged Certificate of Notice    Page 5 of 12

| District/off: 0312-3 | User: admin | Page 2 of 9 |
|---|---|---|
| Date Rcvd: Sep 19, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Alan J. Brody | on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Allen Joseph Underwood, II | on behalf of Creditor DeSanto Canadian Class Action Creditors aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allison Meghan Brown | on behalf of Plaintiff LTL Management LLC allison.brown@skadden.com wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com |
| Allison Meghan Brown | on behalf of Debtor LTL Management LLC allison.brown@skadden.com wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com |
| Andrew Mina | on behalf of Interested Party Atlanta International Insurance Company amina@duanemorris.com |
| Andrew J. Kelly | on behalf of Creditor BCBS of Massachusetts akelly@kbtlaw.com wsheridan@kbtlaw.com;aleight@kbtlaw.com |
| Andrew J. Kelly | on behalf of Interested Party BCBS of Massachusetts akelly@kbtlaw.com wsheridan@kbtlaw.com;aleight@kbtlaw.com |
| Andy Frankel | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com |
| Anthony Sodono, III | on behalf of Interested Party Talc Claimants asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Attorney Barnes Law Group LLC asodono@msbnj.com |
| Arlen Pyenson | on behalf of Interested Party Federal Insurance Company apyenson@crowell.com |
| Arlen Pyenson | on behalf of Interested Party Firemans Fund Insurance Company apyenson@crowell.com |
| Arlen Pyenson | on behalf of Interested Party Century Indemnity Company apyenson@crowell.com |
| Arlen Pyenson | on behalf of Interested Party Westchester Fire Insurance Company apyenson@crowell.com |
| Arlen Pyenson | on behalf of Interested Party ACE Property and Casualty Insurance Company (f/k/a CIGNA Property & Casualty Insurance Company) apyenson@crowell.com |
| Arlen Pyenson | on behalf of Interested Party Allianz Global Risk US Insurance Company f/k/a Allianz Insurance Company apyenson@crowell.com |
| Arlen Pyenson | on behalf of Interested Party Pacific Employers Insurance Company apyenson@crowell.com |
| Arlen Pyenson | on behalf of Interested Party Central National Insurance Company of Omaha apyenson@crowell.com |
| Arlen Pyenson | on behalf of Interested Party Great Northern Insurance Company apyenson@crowell.com |
| Arthur Abramowitz | on behalf of Other Prof. Certain Substantial Contribution Claimants aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com |
| Bethany Theriot | on behalf of Interested Party United States of America bethany.theriot@usdoj.gov |
| Brian J. McCormick, Jr. | on behalf of Creditor Various Talc Claimants bmccormick@rossfellercasey.com earend@rossfellercasey.com |
| Brian J. McCormick, Jr. | on behalf of Creditor Ross Feller Casey LLP bmccormick@rossfellercasey.com, earend@rossfellercasey.com |
| Brian W. Hofmeister | on behalf of Creditor Various Talc Claimants bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Creditor Kellie Brewer bwh@hofmeisterfirm.com j119@ecfcbis.com |

Case 23-12825-MBK    Doc 1419    Filed 09/21/23    Entered 09/22/23 00:24:26    Desc
Imaged Certificate of Notice    Page 6 of 12

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 9 |
| Date Rcvd: Sep 19, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Carol A. Slocum
 on behalf of Attorney Maune Raichle Hartley French & Mudd LLC cslocum@klehr.com  lclark@klehr.com

Carol A. Slocum
 on behalf of Attorney Andy D. Birchfield Jr. cslocum@klehr.com, lclark@klehr.com

Christopher M. Placitella
 on behalf of Creditor Justin Bergeron cplacitella@cprlaw.com  bdriscoll@cprlaw.com

Christopher M. Placitella
 on behalf of Creditor Catherine Forbes cplacitella@cprlaw.com  bdriscoll@cprlaw.com

Clay Thompson
 on behalf of Creditor Katherine Tollefson cthompson@mrhfmlaw.com

Clay Thompson
 on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants cthompson@mrhfmlaw.com

Clay Thompson
 on behalf of Attorney Maune Raichle Hartley French & Mudd LLC cthompson@mrhfmlaw.com

Clay Thompson
 on behalf of Creditor Various Talc Claimants cthompson@mrhfmlaw.com

Clay Thompson
 on behalf of Interested Party Various Talc Claimants cthompson@mrhfmlaw.com

Colin R. Robinson
 on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com

Daniel Stolz
 on behalf of Creditor Committee Proposed Local Counsel to the Official Committee of Talc Claimants dstolz@genovaburns.com
 dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
 on behalf of Creditor Official Committee of Talc Claimants dstolz@genovaburns.com
 dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
 on behalf of Attorney Brown Rudnick LLP dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
 on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dstolz@genovaburns.com
 dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
 on behalf of Other Prof. FTI Consulting Inc. dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
 on behalf of Creditor Ad Hoc Committee of Creditors dstolz@genovaburns.com
 dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
 on behalf of Other Prof. Houlihan Lokey Capital Inc. dstolz@genovaburns.com,
 dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
 on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants dstolz@genovaburns.com
 dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
 on behalf of Spec. Counsel MoloLamken LLP dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
 on behalf of Spec. Counsel Anderson Kill P.C. dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
 on behalf of Spec. Counsel Massey & Gail LLP dstolz@genovaburns.com
 dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
 on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
 on behalf of Other Prof. Prof. D. Theodore Rave dstolz@genovaburns.com
 dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
 on behalf of Spec. Counsel Miller Thomson LLP dstolz@genovaburns.com
 dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
 on behalf of Attorney Otterbourg P.C. dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Case 23-12825-MBK    Doc 1419    Filed 09/21/23    Entered 09/22/23 00:24:26    Desc
Imaged Certificate of Notice    Page 7 of 12

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 9 |
| Date Rcvd: Sep 19, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Daniel Stolz | on behalf of Other Prof. Honorable Royal Furgeson (ret.) dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Robert Lapinski | on behalf of Interested Party Various Talc Claimants dlapinski@motleyrice.com hfonseca@motleyrice.com,kdotson@motleyrice.com |
| David J. Molton | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dmolton@brownrudnick.com  hcohen@brownrudnick.com |
| Derek J. Baker | on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com |
| Donald W Clarke | on behalf of Other Prof. FTI Consulting Inc. dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Other Prof. Prof. D. Theodore Rave dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor Committee Proposed Local Counsel to the Official Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Attorney Brown Rudnick LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Spec. Counsel Massey & Gail LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Other Prof. Houlihan Lokey Capital  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor Ad Hoc Committee of Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Spec. Counsel Miller Thomson LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Attorney Otterbourg P.C. dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Spec. Counsel MoloLamken LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Other Prof. Honorable Royal Furgeson (ret.) dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| E. Richard Dressel | on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com |
| E. Richard Dressel | on behalf of Attorney Dean Omar Branham Shirley  LLP rdressel@lexnovalaw.com |
| Eileen McCabe | on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com |
| Ericka Fredricks Johnson | |

Case 23-12825-MBK    Doc 1419    Filed 09/21/23    Entered 09/22/23 00:24:26    Desc
Imaged Certificate of Notice    Page 8 of 12

| District/off: 0312-3 | User: admin | Page 5 of 9 |
|---|---|---|
| Date Rcvd: Sep 19, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor The Ad Hoc Committee of States Holding Consumer Protection Claims ericka.johnson@wbd-us.com Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;lisa.tancredi@wbd-us.com;cindy.giobbe@wbd-us.com |
| Geoffrey B. Gompers | |
| | on behalf of Interested Party Various Talc Claimants gompers@gomperslaw.com jharper@gomperslaw.com |
| Gregory S. Kinoian | |
| | on behalf of Creditor Committee Official Committee of Talc Claimants gkinoian@genovaburns.com |
| Helen H Babin | |
| | on behalf of Creditor Various Talc Claimants hbabin@gertlerfirm.com |
| James N. Lawlor | |
| | on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com |
| James N. Lawlor | |
| | on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com |
| Janet A. Shapiro | |
| | on behalf of Creditor Employers Insurance Co of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | |
| | on behalf of Creditor National Casualty Co. jshapiro@shapirolawfirm.com |
| Jeff Kahane | |
| | on behalf of Interested Party Atlanta International Insurance Company jkahane@duanemorris.com dmartinez@duanemorris.com |
| Jeffrey M. Sponder | |
| | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Sponder | |
| | on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jerome Howard Block | |
| | on behalf of Interested Party Paul Crouch jblock@levylaw.com |
| Jerome Howard Block | |
| | on behalf of Interested Party Randy Derouen jblock@levylaw.com |
| John Maloney | |
| | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com |
| John M. August | |
| | on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com rtucker@saiber.com |
| John M. August | |
| | on behalf of Creditor Susan Jean Bader jaugust@saiber.com rtucker@saiber.com |
| John M. August | |
| | on behalf of Creditor Dean McElroy jaugust@saiber.com rtucker@saiber.com |
| John M. August | |
| | on behalf of Creditor Christina Prudencio jaugust@saiber.com rtucker@saiber.com |
| John M. August | |
| | on behalf of Creditor Various Talc Claimants jaugust@saiber.com rtucker@saiber.com |
| John M. August | |
| | on behalf of Creditor Anthony Hernandez Valadez jaugust@saiber.com rtucker@saiber.com |
| John M. August | |
| | on behalf of Creditor Trevor Barkley jaugust@saiber.com rtucker@saiber.com |
| John M. August | |
| | on behalf of Creditor Marlin Lewis Eagles jaugust@saiber.com rtucker@saiber.com |
| John M. August | |
| | on behalf of Creditor Alison Daugherty jaugust@saiber.com rtucker@saiber.com |
| John W. Weiss | |
| | on behalf of Interested Party Various Talc Personal Injury Claimants jweiss@pashmanstein.com |
| John Zachary Balasko | |
| | on behalf of Interested Party United States of America john.z.balasko@usdoj.gov |
| Kenneth A. Rosen | |
| | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. krosen@lowenstein.com dclaussen@lowenstein.com |
| Konrad Krebs | |
| | on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us |

| | |
|---|---|
| Kyle McEvilly | on behalf of Interested Party State of New Mexico kmcevilly@gibbonslaw.com |
| Kyle McEvilly | on behalf of Interested Party State of Mississippi kmcevilly@gibbonslaw.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Leah Cylia Kagan | on behalf of Interested Party Various Talc Claimants lkagan@sgptrial.com |
| Leslie Carol Heilman | on behalf of Creditor Albertsons Companies Inc. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Lisa Nathanson Busch | on behalf of Attorney Weitz & Luxenberg PC lbusch@simmonsfirm.com |
| Lisa Nathanson Busch | on behalf of Creditor Shawn V. Johnson lbusch@simmonsfirm.com |
| Lisa Nathanson Busch | on behalf of Creditor Patricia Cook lbusch@simmonsfirm.com |
| Louis A. Modugno | on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The Insurance Company of the State of Pennsylvania Philadelphia lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh Pa. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com |
| Mark Falk | on behalf of Other Prof. Randi S. Ellis mfalk@walsh.law btroyan@walsh.law |
| Mark Falk | on behalf of Attorney Walsh Pizzi O'Reilly Falanga LLP mfalk@walsh.law btroyan@walsh.law |
| Mary E. Seymour | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. mseymour@lowenstein.com |
| Michael D. Sirota | on behalf of Other Prof. Paul Hastings LLP msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com |
| Michael D. Sirota | on behalf of Interested Party Ad Hoc Committee of Supporting Counsel msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com |

Case 23-12825-MBK    Doc 1419    Filed 09/21/23    Entered 09/22/23 00:24:26    Desc
Imaged Certificate of Notice    Page 10 of 12

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 7 of 9 |
| Date Rcvd: Sep 19, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Michael D. Sirota | on behalf of Interested Party Ad Hoc Group of Supporting Counsel msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com |
| Michael D. Sirota | on behalf of Other Prof. Cole Schotz P.C. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com |
| Michael D. Sirota | on behalf of Other Prof. Parkins & Rubio LLP msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com |
| Michael L. Tuchin | on behalf of Creditor Aylstock  Witkin, Kreis & Overholtz, PLLC mtuchin@ktbslaw.com |
| Mitchell Malzberg | on behalf of Creditor Various Talc Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com |
| Moshe Maimon | on behalf of Interested Party Randy Derouen mmaimon@levylaw.com  mmastrogiacomo@levylaw.com |
| Moshe Maimon | on behalf of Interested Party Paul Crouch mmaimon@levylaw.com  mmastrogiacomo@levylaw.com |
| Moshe Maimon | on behalf of Interested Party Various Talc Claimants mmaimon@levylaw.com  mmastrogiacomo@levylaw.com |
| Nathan W. Reinhardt | on behalf of Interested Party Atlanta International Insurance Company nreinhardt@duanemorris.com |
| Nir Maoz | on behalf of Creditor Aylstock  Witkin, Kreis & Overholtz, PLLC nmaoz@ktbslaw.com |
| Paul J. Winterhalter | on behalf of Creditor Aylstock  Witkin, Kreis & Overholtz, PLLC pwinterhalter@offitkurman.com, cballasy@offitkurman.com |
| Paul R. DeFilippo | on behalf of Other Prof. Blake  Cassels & Graydon LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. Orrick  Herrington & Sutcliffe LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. Weil  Gotshal & Manges LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. McCarter & English  LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel King & Spalding  LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Consultant Signal Interactive Media pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Skadden  Arps, Slate, Meagher & Flom LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Spec. Counsel Shook  Hardy & Bacon L.L.P. pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Noticing Agent Epiq Corporate Restructuring  LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Attorney Wollmuth Maher & Deutsch LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. Bates White  LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. AlixPartners  LLP pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Other Prof. Jones Day pdefilippo@wmd-law.com |
| Richard G. Haddad | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants rhaddad@otterbourg.com |

akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@otterbourg.com

Richard G. Haddad

on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants rhaddad@otterbourg.com akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@otterbourg.com

Robert Malone

on behalf of Interested Party State of Mississippi rmalone@gibbonslaw.com nmitchell@gibbonslaw.com

Robert Malone

on behalf of Interested Party State of New Mexico rmalone@gibbonslaw.com nmitchell@gibbonslaw.com

Robert J. Pfister

on behalf of Creditor Aylstock  Witkin, Kreis & Overholtz, PLLC rpfister@ktbslaw.com

Robin Rabinowitz

on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) rrabinowitz@lawgmm.com

Russell Webb Roten

on behalf of Interested Party Atlanta International Insurance Company rwroten@duanemorris.com

Samuel M. Kidder

on behalf of Creditor Aylstock  Witkin, Kreis & Overholtz, PLLC skidder@ktbslaw.com

Sari Blair Placona

on behalf of Attorney Barnes Law Group  LLC splacona@msbnj.com

Sari Blair Placona

on behalf of Attorney Ashcraft & Gerel  LLP splacona@msbnj.com

Sari Blair Placona

on behalf of Creditor Claimants Represented by Barnes Law Group  LLC splacona@msbnj.com

Sommer Leigh Ross

on behalf of Interested Party Granite State Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party The Insurance Company of the State of Pennsylvania  Philadelphia slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party New Hampshire Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party AIG Property Casualty Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party Lexington Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party New Jersey Coverage Action Plaintiff-Insurers slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  Pa. slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party AIG Europe S.A. slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party The North River Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party Republic Indemnity Company of America slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party RheinLand Versicherungen slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party Atlanta International Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

District/off: 0312-3 | User: admin | Page 9 of 9
Date Rcvd: Sep 19, 2023 | Form ID: pdf903 | Total Noticed: 1

Sommer Leigh Ross
    on behalf of Interested Party Starr Indemnity & Liability Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party AIU Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party ASR Schadeverzekering N.V. slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Stephen M. Packman
    on behalf of Attorney Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com

Stephen T. Roberts
    on behalf of Interested Party Atlanta International Insurance Company stephen.roberts@mendes.com

Stephen V. Gimigliano
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) sgimigliano@lawgmm.com

Steven Abramowitz
    on behalf of Interested Party Cyprus Amax Minerals Company sabramowitz@velaw.com mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Suzanne Ratcliffe
    on behalf of Creditor Various Talc Claimants sratcliffe@mrhfmlaw.com

Suzanne Ratcliffe
    on behalf of Interested Party Various Talc Claimants sratcliffe@mrhfmlaw.com

Suzanne Ratcliffe
    on behalf of Creditor Katherine Tollefson sratcliffe@mrhfmlaw.com

Suzanne Ratcliffe
    on behalf of Attorney Maune Raichle Hartley French & Mudd LLC sratcliffe@mrhfmlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Walter Benzija
    on behalf of Creditor The Blue Cross Blue Shield Association wbenzija@halperinlaw.net  mmurrayhbb@outlook.com

TOTAL: 195