UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

Mark Falk, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
*Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants*

In re:

LTL Management, LLC,

                Debtor.

Case No.: 23-12825

Judge: Michael B. Kaplan

Chapter: 11

Order Filed on September 22, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# AMENDED ORDER GRANTING AND ALLOWING FINAL FEE APPLICATION OF ECONONE RESEARCH, INC. FOR THE PERIOD JUNE 1, 2023 THROUGH JULY 31, 2023

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: September 22, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page** 2 of 3
**Debtor:** LTL Management LLC
**Case No.:** 23-12825 (MBK)
**Caption:** AMENDED ORDER GRANTING AND ALLOWING FINAL FEE APPLICATION OF ECONONE RESEARCH, INC. FOR THE PERIOD JUNE 1, 2023 THROUGH JULY 31, 2023

Upon the *Final Fee Application of EconONE Research, Inc. for the Period June 1, 2023 through July 31, 2023* (the "Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to Randi S. Ellis, Legal Representative for Future Talc Claimants ("FCR");

Whereas the U.S. Trustee informally objected to EconONE Research, Inc.'s ("Econ One") Application (or relief requested);

Whereas the U.S. Trustee and Econ One have reached a resolution concerning the informal objection; and

Whereas Econ One has provided the US Trustee with additional information regarding the nature of certain time entries that satisfied the U.S. Trustee's questions and has agreed to reduce the total amount requested in the Application by $990.40:

**IT IS HEREBY ORDERED** that:

1. Econ One's Final Fee Application for Allowance of Compensation for Services Rendered to the FCR for the period of June 1, 2023 through July 31, 2023 shall be granted and allowed as follows:

| APPLICANT | COMMISSION/FEES | EXPENSES |
|---|---|---|
| EconONE Research, Inc. | $46,817.60 | $0 |

| | |
|---|---|
| **Page** | 3 of 3 |
| **Debtor:** | LTL Management LLC |
| **Case No.:** | 23-12825 (MBK) |
| **Caption:** | AMENDED ORDER GRANTING AND ALLOWING FINAL FEE APPLICATION OF ECONONE RESEARCH, INC. FOR THE PERIOD JUNE 1, 2023 THROUGH JULY 31, 2023 |

2. The Debtor is authorized and directed to make payment of the unpaid portion of the allowed fee and expenses to EconONE Research, Inc. within five (5) days of the entry of this Order.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.