# EXHIBIT A

GENOVA BURNS LLC

September 22, 2023
Invoice No.: 501070

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/12/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/12/23 | GSK | B110 | Review various articles re dismissal order. | 1.00 | 600.00 | 600.00 |
| 8/13/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/14/23 | DMS | B110 | Email with DWC re writing to District Court re pending appeals. | .30 | 800.00 | 240.00 |
| 8/14/23 | DMS | B110 | Wrote to Prieto re Debtor's intention on appeal. | .20 | 800.00 | 160.00 |
| 8/14/23 | DMS | B110 | Emails with Prieto and TCC re appeal. | .50 | 800.00 | 400.00 |
| 8/14/23 | DMS | B110 | Emails with co-counsel re possibility of stay motion. | .30 | 800.00 | 240.00 |
| 8/14/23 | DMS | B110 | Emails with appellate team re possibility of stay pending appeal. | .30 | 800.00 | 240.00 |
| 8/14/23 | DMS | B110 | Emails with Prieto and Winograd re certification. | .30 | 800.00 | 240.00 |
| 8/14/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 8/14/23 | SS | B110 | Reviewing letters to district court regarding dismissal. | .20 | 275.00 | 55.00 |
| 8/14/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/14/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/14/23 | GSK | B110 | Review various corresp from co-counsel and TCC attorneys re dismissal order. | .20 | 600.00 | 120.00 |
| 8/14/23 | GSK | B110 | Review draft letters to Judge Shipp requesting stays of pending appeals (0.3); review corresp re same (0.1). | .40 | 600.00 | 240.00 |
| 8/14/23 | GSK | B110 | Review articles re dismissal. | .30 | 600.00 | 180.00 |
| 8/15/23 | DMS | B110 | Review and comment on draft letters re pending appeals. | .40 | 800.00 | 320.00 |
| 8/15/23 | DMS | B110 | Emails re appeal cert to Third Circuit. | .50 | 800.00 | 400.00 |

GENOVA BURNS LLC

September 22, 2023
Invoice No.: 501070

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 8/15/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/15/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/15/23 | GSK | B110 | Review comments to draft letters to Judge Shipp requesting stays of pending appeals. | .10 | 600.00 | 60.00 |
| 8/16/23 | DMS | B110 | Emails regarding appellate strategy. | .70 | 800.00 | 560.00 |
| 8/16/23 | DMS | B110 | TCC Meeting. | .90 | 800.00 | 720.00 |
| 8/16/23 | DMS | B110 | Emails to Molton and Creditor Committee regarding appeal and cross appeal. | .50 | 800.00 | 400.00 |
| 8/16/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 8/16/23 | GSK | B150 | Conf call with TCC members and professionals re status. | .80 | 600.00 | 480.00 |
| 8/17/23 | DMS | B110 | Email with Prieto and appellate counsel regarding Certification to Third Circuit. | .30 | 800.00 | 240.00 |
| 8/17/23 | SS | B110 | Reviewing court notices and updating attorney calendars accordingly. | .20 | 275.00 | 55.00 |
| 8/17/23 | GSK | B110 | Review revised draft letters to Judge Shipp requesting stays of pending appeals (0.2); review corresp re same (0.1). | .30 | 600.00 | 180.00 |
| 8/18/23 | DMS | B110 | Review and file letters to appellate Courts. | .50 | 800.00 | 400.00 |
| 8/18/23 | LD | B110 | File separate letters regarding appeals in District Court. | .50 | 250.00 | 125.00 |
| 8/18/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 8/18/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/18/23 | GSK | B110 | Review final versions of letters to Judge Shipp requesting stays of pending appeals (0.2); various corresp with B. Vallacher re same (0.2); various corresp with LD re same and filing same (0.2) | .60 | 600.00 | 360.00 |

GENOVA BURNS LLC

September 22, 2023
Invoice No.:    501070

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/21/23 | DMS | B110 | Review Prieto email regarding cert of appeal and emails with Molton and appellate counsel regarding next steps. | .40 | 800.00 | 320.00 |
| 8/21/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/22/23 | DMS | B110 | Emails regarding Debtor's appeal and certification. | .50 | 800.00 | 400.00 |
| 8/22/23 | DMS | B110 | Email with Thompson and Malone regarding appeal. | .30 | 800.00 | 240.00 |
| 8/22/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 8/22/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/22/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/23/23 | DMS | B110 | Emails with Earl at Court regarding pending appeals. | .40 | 800.00 | 320.00 |
| 8/23/23 | DMS | B110 | Call with Court and emails regarding appellate record deadlines. | .40 | 800.00 | 320.00 |
| 8/23/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 8/23/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/23/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/23/23 | GSK | B110 | Review text order re stay of TCC's appeal of PI order (0.1); email to co-counsel re same (0.1). | .20 | 600.00 | 120.00 |
| 8/23/23 | GSK | B150 | Conf call with TCC members and professionals re status. | 1.00 | 600.00 | 600.00 |
| 8/24/23 | DMS | B110 | Emails with Appellate team regarding imminent appeal. | .40 | 800.00 | 320.00 |
| 8/24/23 | DMS | B110 | Review Lamkin memo regarding potential cross appeal. | .30 | 800.00 | 240.00 |
| 8/24/23 | DMS | B110 | Emails with Winograd regarding AHC appeal. | .30 | 800.00 | 240.00 |
| 8/24/23 | DMS | B110 | Emails with Lamken and Massey regarding appeals. | .40 | 800.00 | 320.00 |

GENOVA BURNS LLC

September 22, 2023
Invoice No.:    501070

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/24/23 | DWC | B110 | Rvw emails from member reps and co counsel on various matters from the prior week | 1.10 | 600.00 | 660.00 |
| 8/24/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/24/23 | SS | B110 | Reviewing debtor's notice of appeal. | .20 | 275.00 | 55.00 |
| 8/24/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/24/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/24/23 | GSK | B110 | Review LTL's notice of appeal re dismissal order (0.1); review corresp among co-counsel re same (0.1). | .20 | 600.00 | 120.00 |
| 8/25/23 | DMS | B110 | Emails with Appellate team regarding next steps and certification to Third Circuit. | .60 | 800.00 | 480.00 |
| 8/25/23 | DMS | B110 | Emails with Appellate counsel regarding timetable and certification to Third Circuit. | .50 | 800.00 | 400.00 |
| 8/25/23 | DMS | B110 | Call with Molton regarding appeal. | .30 | 800.00 | 240.00 |
| 8/25/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/25/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/25/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/25/23 | GSK | B110 | Review notices re transmittal of record on appeal and docketing of record on appeal re LTL's appeal of dismissal order. | .10 | 600.00 | 60.00 |
| 8/25/23 | GSK | B110 | Review articles re appeal of dismissal. | .50 | 600.00 | 300.00 |
| 8/28/23 | DMS | B110 | Emails with Maimon and Molton regarding appellate issues. | .50 | 800.00 | 400.00 |
| 8/28/23 | DMS | B110 | Email with Maimon and TCC regarding appeal issues. | .40 | 800.00 | 320.00 |
| 8/28/23 | DMS | B110 | Review emails regarding AHC and timetables. | .20 | 800.00 | 160.00 |

GENOVA BURNS LLC

September 22, 2023
Invoice No.:    501070

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 8/28/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 8/28/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/28/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/29/23 | DMS | B110 | Emails with TCC regarding appellate issues. | .50 | 800.00 | 400.00 |
| 8/29/23 | DMS | B110 | Prepare memo regarding TCC issues on appeal. | .50 | 800.00 | 400.00 |
| 8/29/23 | DMS | B110 | Emails with Prieto and Massey regarding Certification to Third Circuit. | .30 | 800.00 | 240.00 |
| 8/29/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/29/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/29/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/30/23 | DMS | B110 | Call with Molton regarding preparation for TCC meeting. | .30 | 800.00 | 240.00 |
| 8/30/23 | DMS | B110 | TCC Meeting and meeting with Appellate counsel. | 1.20 | 800.00 | 960.00 |
| 8/30/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/30/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/30/23 | GSK | B110 | Review and update calendar re matters scheduled for 9/20; review email from Chambers re same. | .10 | 600.00 | 60.00 |
| 8/30/23 | GSK | B150 | Conf call with TCC members and professionals re status. | .30 | 600.00 | 180.00 |
| 8/30/23 | GSK | B150 | Conf call with DMS, TCC attorneys and appellate counsel re appellate issues. | .50 | 600.00 | 300.00 |
| 8/30/23 | GSK | B110 | Review articles re appeal of dismissal. | .30 | 600.00 | 180.00 |
| 8/31/23 | DMS | B110 | Review Shipp stay of appeal and send to TCC. | .30 | 800.00 | 240.00 |

GENOVA BURNS LLC

September 22, 2023
Invoice No.:    501070

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 8/31/23 | DMS | B110 | Review Shipp stay order and emails with co-counsel regarding same. | .30 | 800.00 | 240.00 |
| 8/31/23 | DWC | B110 | Emails from co counsel re various issues | .40 | 600.00 | 240.00 |
| 8/31/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/31/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 8/31/23 | GSK | B110 | Review District Court's order granting requests to stay pending appeals. | .10 | 600.00 | 60.00 |

**TOTAL PROFESSIONAL SERVICES**     **$ 19,325.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Daniel M Stolz | Partner | 15.00 | 800.00 | 12,000.00 |
| Donald W. Clarke | Partner | 1.50 | 600.00 | 900.00 |
| Lorrie Denson | Paralegal | .50 | 250.00 | 125.00 |
| Sydney Schubert | Junior Associate | 2.40 | 275.00 | 660.00 |
| Gregory S. Kinoian | Counsel | 9.40 | 600.00 | 5,640.00 |
| **TOTALS** | | **28.80** | | **$ 19,325.00** |

**TOTAL THIS INVOICE**     **$ 19,325.00**