**Order Filed on September 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(B)** | |
| Mark Falk, Esq. WALSH PIZZI O'REILLY FALANGA LLP Three Gateway Center 100 Mulberry Street, 15th Floor Newark, NJ 07102 (973) 757-1100 *Counsel for Randi S. Ellis, Legal Representative for Future Talc Claimants* | |
| In re: LTL Management, LLC, Debtor. | Case No.: 23-12825 Judge: Michael B. Kaplan Chapter: 11 |

## ORDER ALLOWING FINAL APPLICATION OF ECONONE RESEARCH, INC. FOR THE PERIOD JUNE 1, 2023 THROUGH JULY 31, 2023

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: September 21, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page** 2
**Debtor:** LTL Management LLC
**Case No.:** 23-12825 (MBK)
**Caption:** ORDER ALLOWING FINAL APPLICATION OF ECONONE RESEARCH, INC. FOR THE PERIOD JUNE 1, 2023 THROUGH JULY 31, 2023

Upon the *Final Application of EconONE Research, Inc. for the Period June 1, 2023 through July 31, 2023* (the "Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to Randi S. Ellis, Legal Representative for Future Talc Claimants ("FCR").

**IT IS HEREBY ORDERED** that:

1. Econ One's Final Application for Allowance of Compensation for Services Rendered to the FCR in the sum of $47,808.00 and Reimbursement of Expenses in the sum of $0 for the period of June 1, 2023 through July 31, 2023 shall be allowed as set forth herein.

2. Econ One shall be allowed fees in the amount of $47,808.00, plus disbursements of $0. The Debtor is authorized and directed to make payment of the unpaid portion of the allowed fees and disbursements, to wit, the sum of $44,580.00, to Econ One within five (5) days of the entry of this Order.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12825-MBK |
| LTL Management LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 21, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Sep 21 2023 20:54:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023          Signature:      /s/Gustava Winters