<u>UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY</u>

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)
ATTORNEYS FOR DEBTOR

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**MODIFIED LOCAL FORM
CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR THE PERIOD OF APRIL 5, 2023 THROUGH AUGUST 11, 2023
DOCUMENT NO. 1354**

The court authorized, under D.N.J. LBR 2016-3(a), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [Dkt. No. 562] (the "<u>Order</u>"), compensation to professionals on a monthly basis. Under the Order, objections to the Monthly Fee Statement filed on September 8, 2023 were to be filed and served not later than September 22, 2023. I, Paul R. DeFilippo certify that, as of September 26, 2023, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date: September 26, 2023         ___/s/ Paul R. DeFilippo_____
                                                                         Signature

*rev.8/1/15*