**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 533-1112<br>*Local Counsel for the Official*<br>*Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>Kenneth J. Aulet, Esq.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>kaulet@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br>And-<br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official*<br> *Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Co-Counsel for the Official Committee of Talc*<br>*Claimants* |
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br>                        Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

---

[1]    The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is
501 George Street, New Brunswick, New Jersey 08933.

## SUPPLEMENT AND AMENDMENT TO DISBURSEMENTS REQUESTED IN FINAL APPLICATION FOR COMPENSATION OF GENOVA BURNS LLC FILED SEPTEMBER 8, 2023 [DOCKET #1338]

Genova Burns LLC ("Genova") hereby submits this supplement to amend expenses requested in the Final Application for Compensation of Genova Burns LLC ("Genova Burns Fee Application") filed on September 8, 2023 [Dkt #1338].

The epxenses requested in the Genova Burns; Fee Application totaled $32,548.92. Attached hereto as Exhibit "A" is a statement of expenses which were inadvertently omitted from all previously filed monthly fee statements and the Genova Burns Fee Application. These additional disbursements total $3,754.53.

Therefore, the total requested for reimbursement of expenses, which include previous expenses requested as outlined in the Genova Burns Fee application in the amount of $32,548.92, plus the additional disbursements as attached in the amount of $3,754.53, for a total request of reimbursement of expenses in the amount of $36,303.45.

WHEREFORE, Genova Burns LLC respectfully requests reimbursement of expenses in the First and Final Application for Compensation of Genova Burns LLC filed on September 8, 2023 [docket #1338] in the total amount of $36,303.45.

**GENOVA BURNS LLC**
**LOCAL COUNSEL FOR OFFICIAL**
**COMMITTEE OF TALC CLAIMANTS**

Dated: September 26, 2023                   By: */s/ Daniel M. Stolz*
                                                DANIEL M. STOLZ