# EXHIBIT A

GENOVA BURNS LLC

September 26, 2023
Invoice No.:    501069

**DISBURSEMENTS**

| | **Description** | **Amount** |
|---|---|---:|
| 6/13/23 | Meals - Uber Eats - Amex Period Ending 6-30-CR | 115.06 |
| 6/13/23 | Meals - Classic Sub Shop, Hamilton Square NJ - Amex Period Ending 6-30-CR | 256.57 |
| 6/13/23 | Meals - Uber Eats - Amex Period Ending 6-30-CR | 13.80 |
| 6/13/23 | Meals - Uber Eats - Amex Period Ending 6-30-CR | 15.00 |
| 6/29/23 | Parking Station Plaza Parking, Trenton, NJ - Amex Period Ending 6-30-DWC | 11.00 |
| 6/30/23 | Parking - Station Plaza Parking, Trenton, NJ - Amex Period Ending 6-30-DWC | 11.00 |
| 7/21/23 | Filing Fee - New Jersey Bankruptcy Court, Amex Period Ending 7-31-DMS | 298.00 |
| 8/02/23 | Mileage (H) Mileage from 8-15 Elaine Terrace, Fair Lawn, NJ to US Bankruptcy Court in Trenton, NJ and back to 494 Broad Street, Newark, NJ | 84.50 |
| 8/02/23 | Parking Parking at US Bankruptcy Court in Trenton NJ | 12.00 |
| 8/02/23 | Travel Expense Tolls to and from US Bankruptcy Court in Trenton, NJ | 17.84 |
| 8/25/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848930993 | 12.32 |
| 9/21/23 | Other Professional, BMC Group, Inc., 429_230918 - Noticing Production for Period Ending: 9/18/23. | 2,907.44 |
| | **TOTAL DISBURSEMENTS** | **$ 3,754.53** |
| | **TOTAL THIS INVOICE** | **$ 3,754.53** |