# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE: LTL Management LLC                APPLICANT: Massey & Gail LLP

CASE NO.:  23-12825 (MBK)                CLIENT: Official Committee of Talc Claimants

CHAPTER:  11                             CASE FILED:  April 4, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

---

**SECTION I**
**FEE SUMMARY**

---

First Post Dismissal Monthly Fee Statement Covering the Period
August 12, 2023 Through August 31, 2023

Post Dismissal Monthly Fee Statement No. 1

Summary of Accounts Requested for the Period from August 12, 2023 through August 31,
2023 (the "First Post Dismissal Statement Period"):

| | |
|---|---|
| Total fees: | $ 73,351.00 |
| Total disbursements: | $      0.00 |
| Minus 20% Holdback of Fees: | $ 14,670.20 |
| Amount Sought at this Time: | $ 58,680.80 |

6796259.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Jonathan Massey | 1992 | $1160.00 | 27.0 | $31,320.00 |
| Rachel Morse | 2007 | $860.00 | 3.8 | $3,268.00 |
| Bret Vallacher | 2014 | $775.00 | 18.1 | $14,027.50 |
| Matthew Layden | 2019 | $500.00 | 23.4 | $11,700.00 |
| Usama Ibrahim | 2021 | $485.00 | 24.7 | $11,979.50 |
| Rob Aguirre | N/A | $320.00 | 3.3 | $1,056.00 |
| TOTAL FEES | | | | $73,351.00 |
| BLENDED RATE | | $731.32 | 100.3 | |

Pursuant to the Amended Fee Procedures Order, currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $ 73,351.00 |
| Less: Holdback (20%) | -$ 14,670.20 |
| Total Fees Currently Payable | $ 58,680.80 |
| | |
| Add: Disbursements | $ 0.00 |
| **Total Payable This Invoice** | **$ 58,680.80** |

2

---

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Fee/Employment Application (B160) | 4.8 | $2,346.00 |
| Appellate Briefs (L520) | 95.5 | $71,005.00 |
| | | |
| | | |
| **TOTAL** | **100.3** | **$73,351.00** |

---

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | AMOUNT |
|---|---|
| | 0.00 |
| **TOTAL DISBURSEMENTS** | **0.00** |

I certify under penalty of perjury that the foregoing is true and correct.


/s/ *Jonathan S. Massey*
Jonathan S. Massey


Dated:  September 15, 2023

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel for the*<br>*Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>Kenneth J. Aulet, Est.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>kaulet@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric B. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>eggodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official Committee of*<br>*Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>100 Main Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Special Counsel for the*<br>*Official Committee of Talc Claimants* |

| In Re:<br>**LTL MANAGEMENT, LLC,**[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |
|---|---|

**FIRST POST DISMISSAL MONTHLY FEE STATEMENT OF MASSEY & GAIL, LLP,**
**SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS**
<u>**FOR THE PERIOD AUGUST 12, 2023 THROUGH AUGUST 31, 2023**</u>

MASSEY & GAIL, LLP ("Massey Gail") submits this First Post Dismissal Monthly Fee Statement for Services Rendered and Expenses Incurred as Special Counsel to the Official Committee of Talc Claimants (the "Statement") for the period commencing August 12, 2023 and ending August 31, 2023 (the "First Post Dismissal Statement Period"), pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals by Order of this Court entered on May 22, 2023 (the "Interim Compensation Order").

The billing invoices for the Statement Period are annexed hereto as Exhibit "A". These invoices detail the services performed. The fees sought within Statement Period are as follows:

| Fees | Less 20% | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|
| $73,351.00 | ($14,670.20) | $58,680.80 | $0.00 |

WHEREFORE, Massey Gail respectfully requests interim payment of fees for this Statement Period in the sum of $58,680.80 in accordance with the terms of the Interim Compensation Order.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2920452.1

**MASSEY & GAIL, LLP**
*Special Counsel to Official Committee*
*of Talc Claimants*


By*: /s/ Jonathan S. Massey*
     **JONATHAN S. MASSEY**

Dated:  September 15, 2023

# EXHIBIT A

# TIME DETAIL

2920452.1

# EXHIBIT A

# TIME DETAIL



## MASSEY & GAIL LLP

50 E. Washington St.
Suite 400
Chicago, IL 60602
(312) 283-1590

1000 Maine Ave. SW
Suite 450
Washington, D.C. 20024
(202) 652-4511

### *PRIVILEGED & CONFIDENTIAL*

September 11, 2023

**Official Committee of Talc Claimants**
In re LTL Management, No 23-12825
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 08-12-2023 - 08-31-2023

**RE: LTL Management Bankruptcy Official TCC II**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|------|------|------|------|------|
| 08-12-2023 | JSM | L520 - Appellate Briefs | 1.30 | 1,160.00 | 1,508.00 |
| | | Drafting outline of appellate brief in response to J&J announcement of appeal. | | | |
| 08-13-2023 | JSM | L520 - Appellate Briefs | 1.40 | 1,160.00 | 1,624.00 |
| | | Further drafting outline of appellate brief in response to J&J announcement of appeal. | | | |
| 08-13-2023 | RSM | B160 - Fee/Employment Application | 0.30 | 860.00 | 258.00 |
| | | Further work on monthly fee statement for July services. | | | |
| 08-14-2023 | BV | L520 - Appellate Briefs | 0.60 | 775.00 | 465.00 |
| | | Revising letters to district court regarding appeals to incorporate feedback from J. Lamken and M. Winograd. | | | |
| 08-14-2023 | BV | L520 - Appellate Briefs | 0.40 | 775.00 | 310.00 |
| | | Reviewing correspondence from co-counsel for developments to craft potential responses. | | | |
| 08-14-2023 | UI | L520 - Appellate Briefs | 4.70 | 485.00 | 2,279.50 |
| | | Research re appellate standard for review of Judge Kaplan's ruling on financial distress. | | | |
| 08-14-2023 | BV | L520 - Appellate Briefs | 2.40 | 775.00 | 1,860.00 |
| | | Drafting letters to district court regarding appeals in compliance with dismissal order. | | | |
| 08-14-2023 | BV | L520 - Appellate Briefs | 0.70 | 775.00 | 542.50 |
| | | Analyzing dismissal order for the purpose of drafting letters to district court regarding appeals. | | | |
| 08-14-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel re strategy for appeal. | | | |
| 08-14-2023 | JSM | L520 - Appellate Briefs | 1.90 | 1,160.00 | 2,204.00 |
| | | Further drafting outline of TCC appellee's brief in preparation for CA3 appeal. | | | |
| 08-14-2023 | RSM | L520 - Appellate Briefs | 0.20 | 860.00 | 172.00 |
| | | Correspondence with co-counsel re appeal of dismissal order. | | | |
| 08-15-2023 | JSM | L520 - Appellate Briefs | 2.80 | 1,160.00 | 3,248.00 |
| | | Further drafting outline of TCC appellee's brief in preparation for CA3 appeal. | | | |
| 08-15-2023 | UI | L520 - Appellate Briefs | 0.70 | 485.00 | 339.50 |
| | | Meeting with M. Layden re appellate standard for review of Judge Kaplan's ruling on financial distress. | | | |
| 08-15-2023 | BV | L520 - Appellate Briefs | 0.20 | 775.00 | 155.00 |
| | | Conference with R. Hashem and J. Lamken re MTD appeal. | | | |
| 08-15-2023 | BV | L520 - Appellate Briefs | 0.70 | 775.00 | 542.50 |
| | | Conference with R. Hashem, M. Winograd, and J. Lamken re MTD appeal. | | | |
| 08-15-2023 | RSM | B160 - Fee/Employment Application | 0.20 | 860.00 | 172.00 |

| Date | Professional | Task | | Hours | Rate | Amount |
|------|--------------|------|---|-------|------|--------|
| | | Correspondence with colleagues and co-counsel re final fee applications. | | | | |
| 08-16-2023 | RSM | L520 - Appellate Briefs | | 0.80 | 860.00 | 688.00 |
| | | Conference with co-counsel, committee member, and representatives re appeal next steps. | | | | |
| 08-16-2023 | RA | B160 - Fee/Employment Application | | 0.70 | 320.00 | 224.00 |
| | | Revise third interim monthly fee statement for July 1, 2023 - July 31, 2023. | | | | |
| 08-16-2023 | UI | L520 - Appellate Briefs | | 0.90 | 485.00 | 436.50 |
| | | Meeting with committee and co-counsel to discuss forthcoming legal strategy re Third Circuit appeal. | | | | |
| 08-16-2023 | ML | L520 - Appellate Briefs | | 0.90 | 500.00 | 450.00 |
| | | Attending committee meeting regarding appellate strategy. | | | | |
| 08-16-2023 | BV | L520 - Appellate Briefs | | 0.90 | 775.00 | 697.50 |
| | | Conference with committee members, co-counsel, and representatives regarding appeal strategy. | | | | |
| 08-16-2023 | JSM | L520 - Appellate Briefs | | 2.10 | 1,160.00 | 2,436.00 |
| | | Further drafting outline of TCC appellee's brief in preparation for CA3 appeal. | | | | |
| 08-16-2023 | JSM | L520 - Appellate Briefs | | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with Massey & Gail team re appellate brief. | | | | |
| 08-16-2023 | JSM | L520 - Appellate Briefs | | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with TCC counsel re strategy for appeal. | | | | |
| 08-16-2023 | JSM | L520 - Appellate Briefs | | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with Massey & Gail team re strategy for appeal. | | | | |
| 08-17-2023 | JSM | L520 - Appellate Briefs | | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with Massey & Gail team re strategy for appeal. | | | | |
| 08-17-2023 | JSM | L520 - Appellate Briefs | | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with Massey & Gail team re appellate brief. | | | | |
| 08-17-2023 | JSM | L520 - Appellate Briefs | | 3.10 | 1,160.00 | 3,596.00 |
| | | Further drafting outline of TCC appellee's brief in preparation for CA3 appeal. | | | | |
| 08-17-2023 | BV | L520 - Appellate Briefs | | 1.30 | 775.00 | 1,007.50 |
| | | Formulating arguments for M. Layden and U. Ibrahim to research and draft in appellee response brief. | | | | |
| 08-17-2023 | BV | L520 - Appellate Briefs | | 0.40 | 775.00 | 310.00 |
| | | Revising letters to district court regarding appeals to incorporate feedback from committee counsel. | | | | |
| 08-17-2023 | UI | L520 - Appellate Briefs | | 3.00 | 485.00 | 1,455.00 |
| | | Researching caselaw re basis for reversal pertaining to exceptions to dismissal under 1112(b)(2). | | | | |
| 08-17-2023 | RSM | B160 - Fee/Employment Application | | 0.20 | 860.00 | 172.00 |
| | | Revised fee statement for July services. | | | | |
| 08-17-2023 | RA | B160 - Fee/Employment Application | | 0.40 | 320.00 | 128.00 |
| | | Finalize third interim monthly fee statement for July 1, 2023 - July 31, 2023 for filing. | | | | |
| 08-18-2023 | BV | L520 - Appellate Briefs | | 0.10 | 775.00 | 77.50 |
| | | Correspondence with TCC re filing letters to district court regarding appeals. | | | | |
| 08-18-2023 | JSM | L520 - Appellate Briefs | | 4.10 | 1,160.00 | 4,756.00 |
| | | Further drafting outline of TCC appellee's brief in preparation for CA3 appeal. | | | | |
| 08-18-2023 | UI | L520 - Appellate Briefs | | 2.70 | 485.00 | 1,309.50 |
| | | Researching caselaw re basis for reversal pertaining to exceptions to dismissal under 1112(b)(2). | | | | |
| 08-18-2023 | BV | L520 - Appellate Briefs | | 0.10 | 775.00 | 77.50 |
| | | Instructing local counsel re filing letters to district court regarding appeals. | | | | |
| 08-18-2023 | BV | L520 - Appellate Briefs | | 0.40 | 775.00 | 310.00 |
| | | Discussing research topics for the appeal brief with M. Layden. | | | | |
| 08-19-2023 | JSM | L520 - Appellate Briefs | | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with Massey & Gail team re appellate brief. | | | | |
| 08-19-2023 | JSM | L520 - Appellate Briefs | | 2.20 | 1,160.00 | 2,552.00 |
| | | Revising outline of TCC appellee's brief in preparation for CA3 appeal. | | | | |
| 08-20-2023 | JSM | L520 - Appellate Briefs | | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with Massey & Gail team re appellate brief. | | | | |
| 08-20-2023 | JSM | L520 - Appellate Briefs | | 3.30 | 1,160.00 | 3,828.00 |
| | | Further revising outline of TCC appellee's brief in preparation for CA3 appeal. | | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 08-21-2023 | BV | L520 - Appellate Briefs | 6.90 | 775.00 | 5,347.50 |
| | Revising appeal brief outline drafted by J. Massey. | | | | |
| 08-21-2023 | UI | L520 - Appellate Briefs | 0.70 | 485.00 | 339.50 |
| | Meeting with M. Layden re CA3 cases deferring to lower-court determinations on expert credibility. | | | | |
| 08-21-2023 | UI | L520 - Appellate Briefs | 5.60 | 485.00 | 2,716.00 |
| | Researching CA3 cases deferring to lower-court determinations on expert credibility. | | | | |
| 08-21-2023 | UI | L520 - Appellate Briefs | 0.40 | 485.00 | 194.00 |
| | Revising motion to dismiss appeal brief outline. | | | | |
| 08-21-2023 | UI | L520 - Appellate Briefs | 0.30 | 485.00 | 145.50 |
| | Drafting email communication to J. Massey, B. Vallacher, and M. Layden re CA3 cases reviewing lower-court determinations on expert credibility. | | | | |
| 08-21-2023 | RSM | B160 - Fee/Employment Application | 0.30 | 860.00 | 258.00 |
| | Worked on monthly fee statement for August services, pre-dismissal. | | | | |
| 08-21-2023 | RSM | B160 - Fee/Employment Application | 0.10 | 860.00 | 86.00 |
| | Correspondence with colleagues re monthly fee statement for August services. | | | | |
| 08-21-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | Communication with Massey & Gail team re draft outline of appellees' brief. | | | | |
| 08-21-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | Email communication with TCC appellate counsel re appellees' brief. | | | | |
| 08-21-2023 | ML | L520 - Appellate Briefs | 2.90 | 500.00 | 1,450.00 |
| | Analyzing draft MTD appeal brief outline. | | | | |
| 08-21-2023 | ML | L520 - Appellate Briefs | 4.30 | 500.00 | 2,150.00 |
| | Researching legal issues associated with the appointment of a trustee pursuant to Section 1112 | | | | |
| 08-22-2023 | ML | L520 - Appellate Briefs | 1.40 | 500.00 | 700.00 |
| | Further researching legal issues associated with the appointment of a trustee pursuant to Section 1112. | | | | |
| 08-22-2023 | ML | L520 - Appellate Briefs | 4.90 | 500.00 | 2,450.00 |
| | Drafting memo relating to the appointment of a trustee pursuant to Section 1112. | | | | |
| 08-22-2023 | UI | L520 - Appellate Briefs | 0.80 | 485.00 | 388.00 |
| | Meeting with M. Layden re appellate decisions deferring to the district court on findings of financial distress. | | | | |
| 08-22-2023 | UI | L520 - Appellate Briefs | 1.40 | 485.00 | 679.00 |
| | Research re appellate decisions deferring to district court findings regarding financial distress. | | | | |
| 08-22-2023 | RA | B160 - Fee/Employment Application | 1.10 | 320.00 | 352.00 |
| | Draft fourth interim monthly fee statement for August 1, 2023 - August 11, 2023. | | | | |
| 08-23-2023 | BV | L520 - Appellate Briefs | 1.30 | 775.00 | 1,007.50 |
| | Drafting memorandum to appellate team regarding cross-appeals. | | | | |
| 08-23-2023 | UI | L520 - Appellate Briefs | 1.00 | 485.00 | 485.00 |
| | Meeting with committee and co-counsel to discuss forthcoming legal strategy re possible Third Circuit appeal. | | | | |
| 08-23-2023 | UI | L520 - Appellate Briefs | 0.30 | 485.00 | 145.50 |
| | Meeting with M. Layden re the substantive issues discussed in Purdue. | | | | |
| 08-23-2023 | RSM | L520 - Appellate Briefs | 1.00 | 860.00 | 860.00 |
| | Participated in weekly conference with co-counsel and committee representatives re appellate issues and strategies. | | | | |
| 08-23-2023 | RSM | L520 - Appellate Briefs | 0.30 | 860.00 | 258.00 |
| | Correspondence with colleagues re question re scope of appellate work. | | | | |
| 08-23-2023 | ML | L520 - Appellate Briefs | 1.00 | 500.00 | 500.00 |
| | Attending weekly committee meeting regarding appellate strategy. | | | | |
| 08-23-2023 | ML | L520 - Appellate Briefs | 0.30 | 500.00 | 150.00 |
| | Discussion with U. Ibrahim regarding substantive legal issue being appealed in Purdue case. | | | | |
| 08-23-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | Email communication with TCC appellate counsel re appellees' brief. | | | | |
| 08-23-2023 | ML | L520 - Appellate Briefs | 5.30 | 500.00 | 2,650.00 |
| | Drafting memo relating to the appointment of a trustee pursuant to Section 1112. | | | | |
| 08-23-2023 | RA | B160 - Fee/Employment Application | 0.40 | 320.00 | 128.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | Work on final fee application. | | | |
| 08-24-2023 | ML | L520 - Appellate Briefs | 1.70 | 500.00 | 850.00 |
| | | Further drafting memo relating to the appointment of a trustee pursuant to Section 1112. | | | |
| 08-24-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC appellate counsel re appellees' brief. | | | |
| 08-24-2023 | RSM | B160 - Fee/Employment Application | 0.20 | 860.00 | 172.00 |
| | | Worked on fee statement for August 1-11 services. | | | |
| 08-25-2023 | BV | L520 - Appellate Briefs | 0.40 | 775.00 | 310.00 |
| | | Analyzing question from J. Lamken re potential cross-appeals. | | | |
| 08-25-2023 | UI | L520 - Appellate Briefs | 0.20 | 485.00 | 97.00 |
| | | Reviewing LTL's notice of appeal circulated by Susan Sieger-Grimm. | | | |
| 08-25-2023 | UI | L520 - Appellate Briefs | 0.30 | 485.00 | 145.50 |
| | | Research re appellate decisions deferring to the district court on findings of financial distress. | | | |
| 08-25-2023 | RA | B160 - Fee/Employment Application | 0.70 | 320.00 | 224.00 |
| | | Finalize for filing Massey & Gail's August 2023 Fee Application. | | | |
| 08-25-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with TCC counsel re CA3 appeal schedule and procedure. | | | |
| 08-27-2023 | RSM | B160 - Fee/Employment Application | 0.10 | 860.00 | 86.00 |
| | | Correspondence with colleagues re final fee application. | | | |
| 08-27-2023 | RSM | B160 - Fee/Employment Application | 0.10 | 860.00 | 86.00 |
| | | Correspondence with co-counsel re final fee application. | | | |
| 08-29-2023 | BV | L520 - Appellate Briefs | 0.40 | 775.00 | 310.00 |
| | | Corresponding with J. Massey re D. Stolz memo. | | | |
| 08-29-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel re CA3 appeal schedule and procedure. | | | |
| 08-30-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel re CA3 appeal schedule and procedure. | | | |
| 08-30-2023 | BV | L520 - Appellate Briefs | 0.20 | 775.00 | 155.00 |
| | | Communicate with J. Massey re weekly meeting with committee and co-counsel re legal strategy for appeal. | | | |
| 08-30-2023 | UI | L520 - Appellate Briefs | 0.90 | 485.00 | 436.50 |
| | | Meeting with M. Layden and B. Vallacher to discuss appeal strategy. | | | |
| 08-30-2023 | BV | L520 - Appellate Briefs | 0.70 | 775.00 | 542.50 |
| | | Weekly meeting with committee representatives and co-counsel re legal strategy for appeal. | | | |
| 08-30-2023 | UI | L520 - Appellate Briefs | 0.80 | 485.00 | 388.00 |
| | | Meeting with committee and co-counsel to discuss forthcoming legal strategy re possible Third Circuit appeal. | | | |
| 08-30-2023 | ML | L520 - Appellate Briefs | 0.70 | 500.00 | 350.00 |
| | | Attending TCC committee meeting concerning CA3 appeal strategy. | | | |
| | | **Total** | | | 73,351.00 |

## Time Summary

| Professional | Hours | Amount |
|--------------|-------|--------|
| Bret Vallacher | 18.10 | 14,027.50 |
| Jonathan Massey | 27.00 | 31,320.00 |
| Matthew Layden | 23.40 | 11,700.00 |
| Rachel Morse | 3.80 | 3,268.00 |
| Rob Aguirre | 3.30 | 1,056.00 |
| Usama Ibrahim | 24.70 | 11,979.50 |
| **Total** | | 73,351.00 |

| | Total for this Invoice | 73,351.00 |