

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

**Order Filed on October 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |
| | **Hearing Date and Time:** October 18, 2023 at 10 a.m. |

**ORDER ALLOWING FINAL FEES AND EXPENSES OF EPIQ CORPORATE RESTRUCTURING, LLC AS SOLICITATION AND BALLOTING AGENT**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 2, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption: Order Allowing Final Fees and Expenses of Epiq Corporate Restructuring, LLC as Solicitation and Balloting Agent

The Court having found that Epiq Corporate Restructuring, LLC, ("Epiq" or the "Applicant") filed an application for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is hereby

**ORDERED**:

1. The Application is **GRANTED** to the extent set forth below.

2. Compensation and expenses are allowed in the amount of $8,788.50 for fees incurred together with reimbursement of actual out-of-pocket disbursements in the amount of $0.00 for a total of $8,788.50.

3. All fees and expenses allowed to Epiq by and through this Order are deemed allowed on a final basis.

4. The Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, interpretation or enforcement of this Order.