**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

ATTORNEYS FOR DEBTOR

**Order Filed on October 2, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**SHOOK, HARDY, & BACON, L.L.P.** Kathleen A. Frazier, Esq.
600 Travis Street, Suite 3400 Houston, TX 77002
Telephone: (713) 227-8008  Facsimile: (713) 227-9508
kfrazier@shb.com
(Admitted *pro hac vice*)

SPECIAL COUNSEL FOR DEBTOR

| In re: | Chapter 11 |
|---|---|
| LTL MANAGEMENT LLC,[1] | Case No.:  23-12825 (MBK) |
| Debtor. | Judge:  Michael B. Kaplan |
| | **Hearing Date: October 18, 2023** |

**ORDER ALLOWING FINAL FEE**
**APPLICATION OF SHOOK, HARDY & BACON L.L.P. FOR COMPENSATION FOR SERVICES RENDERED AS SPECIAL**
**COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD FROM APRIL 5, 2023 THROUGH AUGUST 11, 2023**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: October 2, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**Page**        2
**Debtor:** In re LTL Management LLC
**Case No.:** 23-12825 (MBK)
**Caption:** ORDER ALLOWING FINAL FEE APPLICATION OF SHOOK, HARDY & BACON, L.L.P.
FOR COMPENSATION FOR SERVICES RENDERED AS SPECIAL COUNSEL TO THE DEBTOR AND
DEBTOR IN POSSESSION FOR THE PERIOD FROM APRIL 5, 2023 THROUGH AUGUST 11, 2023

Upon the *Final Fee Application of Shook, Hardy & Bacon L.L.P. for Compensation for Services Rendered as Special Counsel to the Debtor and Debtor in Possession for the Period from April 5, 2023 through August 11, 2023* (the "Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees requested in the Application are reasonable and for necessary services provided to the Debtor.

**IT IS HEREBY ORDERED** that:

1.    Shook's Application shall be granted on a final basis, as set forth herein.

2.    Shook shall be allowed fees in the amount of $60,531.84. The Debtor is authorized to pay Shook the unpaid portion of the foregoing amount.

3.    This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.