**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**

Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

ATTORNEYS FOR DEBTOR

Order Filed on October 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Robert Loeb, Esq.
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
rloeb@orrick.com

SPECIAL TALC LITIGATION APPELLATE
COUNSEL FOR DEBTOR

| In re: | Chapter 11 |
|---|---|
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |
| | Hearing Date: October 18, 2023 |

**ORDER ALLOWING FIRST AND FINAL APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP AS DEBTOR'S SPECIAL TALC LITIGATION APPELLATE COUNSEL FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES <u>INCURRED FOR THE PERIOD OF APRIL 5, 2023 THROUGH AUGUST 11, 2023</u>**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 2, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**Debtor:** LTL Management LLC
**Case No.:** 23-12825-MBK
**Caption:** ORDER ALLOWING FIRST AND FINAL APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP AS DEBTOR'S SPECIAL TALC LITIGATION APPELLATE COUNSEL FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF APRIL 5, 2023 THROUGH AUGUST 11, 2023

Upon the *First and Final Application of Orrick, Herrington & Sutcliffe LLP as Debtor's Special Talc Litigation Appellate Counsel for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period of April 5, 2023 Through August 11, 2023* (the "Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Debtor.

**IT IS HEREBY ORDERED** that:

1. Orrick's Application for allowance of compensation in the sum of $395,631.97 and reimbursement of expenses in the sum of $1,000.13 shall be allowed as set forth herein.

2. Orrick shall be allowed fees in the amount of $395,631.97, plus disbursements of $1,000.13. The Debtor is authorized and directed to make payment of the unpaid portion of the allowed fees and disbursements to Orrick .

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.