Order Filed on October 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted pro hac vice)

*Attorneys for the Chapter 11 Debtor*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No.: 23-12825 (MBK) |
| Debtor. | Honorable Michael B. Kaplan |
| | **Hearing Date: October 18, 2023 at 10:00 a.m.**<br>**Objection Deadline: September 29, 2023 at 4:00 p.m.** |

**ORDER APPROVING ALIXPARTNERS, LLP'S COMBINED (I) FOURTH MONTHLY FEE STATEMENT FOR THE PERIOD FROM JULY 1, 2023 THROUGH AUGUST 11, 2023, AND (II) FINAL FEE APPLICATION FOR THE PERIOD FROM APRIL 5, 2023 THROUGH AUGUST 11, 2023 FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS <u>FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTOR</u>**

The relief set forth on the following page, numbered two (2), is hereby ORDERED

**DATED: October 2, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page: 2
Debtor: LTL Management LLC
Case No.: 23-12825 (MBK)
Caption: Order Approving AlixPartners, LLP's Combined (I) Fourth Monthly Fee Statement for the Period from July 1, 2023 Through August 11, 2023, and (II) Final Fee Application for the Period from April 5, 2023 Through August 11, 2023 for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Chapter 11 Debtor

---

The Court having found that AlixPartners has filed their *AlixPartners, LLP's Combined (I) Fourth Monthly Fee Statement for the Period from July 1, 2023 Through August 11, 2023, and (II) Final Fee Application for the Period from April 5, 2023 Through August 11, 2023 for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Chapter 11 Debtor* (the "Application"); and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED as provided herein.

2. AlixPartners is hereby awarded, on a final basis, an allowance of $421,085.50 as compensation for professional services rendered, and reimbursement of out-of-pocket expenses incurred in the amount of $20.99, during the Final Period.

3. The Debtor is authorized and directed to make payment of the outstanding balance of $111,518.29 to AlixPartners, LLP.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.