| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR* | **Order Filed on October 2, 2023**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br><br><br>**BLAKE, CASSELS & GRAYDON LLP**<br>Linc Rogers<br>199 Bay Street, Suite 4000<br>Toronto, Ontario M5L 1A9<br>Telephone: 416-863-2400<br>Fax: 416-863-2653<br>Email: linc.rogers@blakes.com<br><br>*SPECIAL COUNSEL TO DEBTOR* |
| In re:<br><br>LTL MANAGEMENT LLC,[6]<br><br>      Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

**ORDER ALLOWING FINAL FEE APPLICATION OF**
**BLAKE, CASSELS & GRAYDON LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED**
**AS SPECIAL COUNSEL TO THE DEBTOR FOR THE PERIOD FROM APRIL 5, 2023 THROUGH AUGUST 11, 2023**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 2, 2023**

*[Signature]*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[6] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Upon the *Final Fee Application of Blake, Cassels & Graydon LLP for Allowance of Fees and Reimbursement of Expenses Incurred as Special Counsel to the Debtor for the Period From April 5, 2023 Through August 11, 2023* (the "**Application**"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11, dated September 18, 2012; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Debtor,

**IT IS HEREBY ORDERED** that:

1. Blakes' Application, for allowance of compensation for professional services rendered to the Debtor in the amount of CAD $296,467.00 for the period from April 5, 2023 through August 11, 2023, comprised of CAD $295,207.00 for fees and CAD $1,260.00 for expenses, shall be granted on a final basis as set forth herein.

2. Blakes shall be allowed fees in the amount of CAD $295,207.00.  The Debtor is authorized and directed to make payment of the unpaid portion of the allowed fees to Blakes.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and or implementation of this Order.