# Exhibit A

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13471
September 1, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

## INVOICE
### For Services Through August 31, 2023

2023-002: LTL Management / J&J Bankruptcy II

### Professional Fees

| Date | Professional | Description | Hours |
|---|---|---|---|
| 8/12/2023 | Lamken | Emails re: notice to district court on pending appeals. | 0.10 |
| 8/14/2023 | Lamken | Emails on potential for LTL motion to stay pending appeal. | 0.20 |
| 8/14/2023 | Lamken | Review and revise proposed draft letters to district court re: stays of pending appeals. | 0.60 |
| 8/14/2023 | Lamken | Emails regarding revisions to letters. | 0.10 |
| 8/15/2023 | Lamken | Emails on certificate for direct appeal to the third circuit. | 0.10 |
| 8/15/2023 | Rubin | Coordinate fee application with J. Markowitz & B. Wiltgen. | 1.60 |
| 8/15/2023 | Hashem | Conference with co-counsel re: opposition brief outline. | 0.50 |
| 8/15/2023 | Hashem | Conference with co-counsel re: opposition brief outline. | 1.00 |
| 8/15/2023 | Hashem | Correspondence with E. Sokoloff and N. Rubin re: opposition brief. | 0.20 |
| 8/16/2023 | Lamken | Emails on potential cross-appeal issues. | 0.30 |
| 8/16/2023 | Rubin | Coordinate final fee application. | 0.40 |
| 8/16/2023 | Rubin | Review materials in preparation for opposition on appeal. | 1.60 |
| 8/17/2023 | Rubin | Coordinate and revise final fee statement. | 0.40 |
| 8/17/2023 | Rubin | Review motion to dismiss briefing and other trial materials in preparation for appeal. | 0.70 |
| 8/17/2023 | Rubin | Prepare July & August fee application. | 2.40 |
| 8/18/2023 | Rubin | Coordinate fee statements with A. Manmadhan. | 0.20 |
| 8/18/2023 | Rubin | Prepare July & August fee application. | 1.40 |
| 8/21/2023 | Rubin | Coordinate July & August 2023 fee application with B. Wiltgen and R. Hashem. | 0.90 |
| 8/21/2023 | Rubin | Review findings of fact & conclusions of law in preparation for potential appeal. | 0.30 |
| 8/21/2023 | Hashem | Work on fee application. | 0.60 |
| 8/22/2023 | Rubin | Email to J. Markowitz re July & August fee application. | 0.10 |

MoloLamken LLP                                                                                                                          Page: 2

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 8/23/2023 | Lamken | Participate in weekly committee meeting. | 0.50 |
| 8/23/2023 | Lamken | Email re: coordinating appellees. | 0.10 |
| 8/23/2023 | Lamken | Email on potential cross-appeals. | 0.20 |
| 8/23/2023 | Hashem | Participate in weekly committee meeting. | 1.00 |
| 8/24/2023 | Lamken | Review draft outline of appellate brief and list of follow-up issues. | 1.50 |
| 8/24/2023 | Lamken | Draft email to team on cross-appeal issues and deadlines. | 0.50 |
| 8/24/2023 | Lamken | Review case on cross-appeals. | 0.20 |
| 8/24/2023 | Rubin | Call with R. Hashem re: appeal certification. | 0.10 |
| 8/24/2023 | Rubin | Legal research re: appellate certification issues. | 2.60 |
| 8/24/2023 | Hashem | Research cross appeal issues. | 1.80 |
| 8/24/2023 | Hashem | Draft email re: cross appeal deadlines. | 0.60 |
| 8/25/2023 | Lamken | Call with M. Winograd re: cross appeals. | 0.10 |
| 8/25/2023 | Lamken | Revise and send email to team regarding timing of and precedent allowing cross appeal and related certificate issues. | 0.30 |
| 8/25/2023 | Rubin | Email to R. Hashem & J. Lamken re notice of appeal. | 0.30 |
| 8/26/2023 | Lamken | Email in connection with absence of AHC motion of appendix explaining co-appellant deadline. | 0.30 |
| 8/28/2023 | Lamken | Email circulating agenda on cross appeal deadlines. | 0.10 |
| 8/28/2023 | Rubin | Email to B. Wiltgen re LEDES files. | 0.10 |
| 8/30/2023 | Lamken | Participate in weekly committee meeting. | 0.50 |
| 8/30/2023 | Rubin | Attend committee call. | 0.60 |
| 8/30/2023 | Hashem | Participate in weekly committee meeting. | 1.00 |
| 8/31/2023 | Sokoloff | Telephone conference with J. Lamken, L. Walker, R. Hashem re: appeal briefing. | 0.40 |
| 8/31/2023 | Lamken | Telephone conference with E. Sokoloff, L. Walker, and R. Hashem re: appeal briefing. | 0.40 |
| 8/31/2023 | Walker | Confer with team re: appeal brief revisions. | 0.40 |

|  |  |
|---|---|
| Total Hours | 27.30 |
| Total Fees | $28,663.00 |

### Timekeeper Summary

| Name | Hours/Rate | Amount |
|---|---|---|
| Rayiner I. Hashem | 6.70 hours at $975.00/hr | $6,532.50 |
| Jeffrey Lamken | 6.10 hours at $1,750.00/hr | $10,675.00 |
| Nathaniel Rubin | 13.70 hours at $775.00/hr | $10,617.50 |
| Eugene Sokoloff | 0.40 hours at $995.00/hr | $398.00 |
| Lucas Walker | 0.40 hours at $1,100.00/hr | $440.00 |

### Payments/Holdbacks

| Date | Description | Amount |
|---|---|---|
| 8/22/2023 | 80% cash receipt for Stmt 13226 | $81,384.00 |

MoloLamken LLP                                                                                                              Page: 3

| | | |
|---|---|---|
| 9/19/2023 | Cash receipt for 80% of Stmt 13349 Fees | $194,894.80 |
| | Sub-total Payments: | $276,278.80 |

### Summary

| | |
|---|---|
| Fees: | $28,663.00 |
| Expenses: | $0.00 |
| Total Current Billing: | $28,663.00 |
| Current Fee Amt To be Pd by Debtor (80%): | $22,930.40 |
| Current Holdback Amount (20%): | $5,732.60 |
| Previous Balance Due: | $234,486.93 |
| **Total Amount Due:** | **$257,417.33** |

MoloLamken LLP                                                                                                              Page: 4

# MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13471
September 1, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through August 31, 2023**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---:|
| Total Fees This Statement: | $28,663.00 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $28,663.00 |
| Current Amt To be Pd by Debtor (80%): | $22,930.40 |
| Current Holdback Amount (20%): | $5,732.60 |
| Previous Balance Due: | $234,486.93 |
| **Total Now Due:** | **$257,417.33** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info  Signature Bank | Bank info  Wells Fargo Bank |
|            6400 N. Northwest Hwy |            420 Montgomery |
|            Chicago, IL 60631 |            San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ▇▇▇▇▇▇▇▇ | Account Number: ▇▇▇▇▇▇▇▇ |
| | International SWIFT: ▇▇▇▇▇▇▇▇ |

# Exhibit B

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| **Matter Description (First Line): LTL Management / J&J Bankruptcy II** | | | | | | | |
| 08/15/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate fee application with J. Markowitz & B. Wiltgen. | T | B160 | 1.60 | 775.00 | 1,240.00 |
| 08/16/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate final fee application. | T | B160 | 0.40 | 775.00 | 310.00 |
| 08/16/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review materials in preparation for opposition on appeal. | T | L500 | 1.60 | 775.00 | 1,240.00 |
| 08/17/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate and revise final fee statement. | T | B160 | 0.40 | 775.00 | 310.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/17/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review motion to dismiss briefing and other trial materials in preparation for appeal. | | T<br>L500 | 0.70 | 775.00 | 542.50 |
| 08/17/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare July & August fee application. | | T<br>B160 | 2.40 | 775.00 | 1,860.00 |
| 08/18/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate fee statements with A. Manmadhan. | | T<br>B160 | 0.20 | 775.00 | 155.00 |
| 08/18/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare July & August fee application. | | T<br>B160 | 1.40 | 775.00 | 1,085.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/21/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate July & August 2023 fee application with B. Wiltgen and R. Hashem. | | T<br>B160 | 0.90 | 775.00 | 697.50 |
| 08/21/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review findings of fact & conclusions of law in preparation for potential appeal. | | T<br>L500 | 0.30 | 775.00 | 232.50 |
| 08/22/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to J. Markowitz re July & August fee application. | | T<br>B160 | 0.10 | 775.00 | 77.50 |
| 08/24/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Call with R. Hashem re: appeal certification. | | T<br>L500 | 0.10 | 775.00 | 77.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/24/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Legal research re: appellate certification issues. | | T<br>L500 | 2.60 | 775.00 | 2,015.00 |
| 08/25/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to R. Hashem & J. Lamken re notice of appeal. | | T<br>L500 | 0.30 | 775.00 | 232.50 |
| 08/28/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to B. Wiltgen re LEDES files. | | T<br>B160 | 0.10 | 775.00 | 77.50 |
| 08/30/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Attend committee call. | | T<br>L500 | 0.60 | 775.00 | 465.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/31/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Confer with team re: appeal brief revisions. | | T<br>L520 | 0.40 | 1,100.00 | 440.00 |
| 08/31/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Telephone conference with J. Lamken, L. Walker, R. Hashem re: appeal briefing. | | T<br>L500 | 0.40 | 995.00 | 398.00 |
| 08/15/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Conference with co-counsel re: opposition brief outline | | T<br>L520 | 0.50 | 975.00 | 487.50 |
| 08/15/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Conference with co-counsel re: opposition brief outline | | T<br>L520 | 1.00 | 975.00 | 975.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/23/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Participate in weekly committee meeting | | T<br>L500 | 1.00 | 975.00 | 975.00 |
| 08/30/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Participate in weekly committee meeting | | T<br>L520 | 1.00 | 975.00 | 975.00 |
| 08/15/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with E. Sokoloff and N. Rubin re: opposition brief. | | T<br>L520 | 0.20 | 975.00 | 195.00 |
| 08/21/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Work on fee application. | | T<br>B160 | 0.60 | 975.00 | 585.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/24/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Research cross appeal issues. | | T<br>L520 | 1.80 | 975.00 | 1,755.00 |
| 08/24/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft email re: cross appeal deadlines. | | T<br>L520 | 0.60 | 975.00 | 585.00 |
| 08/23/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Participate in weekly committee meeting | | T<br>L500 | 0.50 | 1,750.00 | 875.00 |
| 08/23/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Email re: coordinating appellees | | T<br>L500 | 0.10 | 1,750.00 | 175.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/23/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email on potential cross-appeals | | T<br>L500 | 0.20 | 1,750.00 | 350.00 |
| 08/25/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Call with M. Winograd re: cross appeals | | T<br>L500 | 0.10 | 1,750.00 | 175.00 |
| 08/25/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise and send email to team regarding timing of and precedent allowing cross appeal and related certificate issues | | T<br>L500 | 0.30 | 1,750.00 | 525.00 |
| 08/28/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email circulating agenda on cross appeal deadlines | | T<br>L500 | 0.10 | 1,750.00 | 175.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/30/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Participate in weekly committee meeting | | T<br>L500 | 0.50 | 1,750.00 | 875.00 |
| 08/31/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Telephone conference with E. Sokoloff, L. Walker, and R. Hashem re: appeal briefing | | T<br>L500 | 0.40 | 1,750.00 | 700.00 |
| 08/12/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails re: notice to district court on pending appeals | | T<br>L500 | 0.10 | 1,750.00 | 175.00 |
| 08/14/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails on potential for LTL motion to stay pending appeal | | T<br>L500 | 0.20 | 1,750.00 | 350.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/14/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review and revise proposed draft letters to district court re: stays of pending appeals | | T<br>L500 | 0.60 | 1,750.00 | 1,050.00 |
| 08/14/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails regarding revisions to letters | | T<br>L500 | 0.10 | 1,750.00 | 175.00 |
| 08/15/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails on certificate for direct appeal to the third circuit | | T<br>L500 | 0.10 | 1,750.00 | 175.00 |
| 08/16/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails on potential cross-appeal issues | | T<br>L500 | 0.30 | 1,750.00 | 525.00 |

10/2/2023 4:59:17 PM

statement number = 13471

Page 10 of 12

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/24/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review draft outline of appellate brief and list of follow-up issues | | T<br>L500 | 1.50 | 1,750.00 | 2,625.00 |
| 08/24/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft email to team on cross-appeal issues and deadlines | | T<br>L500 | 0.50 | 1,750.00 | 875.00 |
| 08/24/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review case on cross-appeals | | T<br>L500 | 0.20 | 1,750.00 | 350.00 |
| 08/26/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email in connection with absence of AHC motion of appendix explaining co-appellant deadline | | T<br>L500 | 0.30 | 1,750.00 | 525.00 |

10/2/2023 4:59:17 PM    Page 11 of 12

statement number = 13471

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value |
|------|------|---------------------------------------------------------|------------------|------------------------|-------|-------|-------|
| | | **Matter Description (First Line): LTL Management / J&J Bankruptcy II** | | | 27.30 | | 28,663.00 |
| | | | | **Grand Total:** | 27.30 | | $28,663.00 |