**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted pro hac vice**)**

*Attorneys for the Chapter 11 Debtor*

Order Filed on October 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No.:  23-12825 (MBK)<br><br>Honorable Michael B. Kaplan<br><br>**Hearing Date: October 18, 2023 at 10:00 a.m.**<br>**Objection Deadline: September 29, 2023 at 4:00 p.m.** |

**ORDER APPROVING ALIXPARTNERS, LLP'S COMBINED (I) FOURTH MONTHLY FEE STATEMENT FOR THE PERIOD FROM JULY 1, 2023 THROUGH AUGUST 11, 2023, AND (II) FINAL FEE APPLICATION FOR THE PERIOD FROM APRIL 5, 2023 THROUGH AUGUST 11, 2023 FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS <u>FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTOR</u>**

The relief set forth on the following page, numbered two (2), is hereby ORDERED

**DATED: October 2, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:     2
Debtor:   LTL Management LLC
Case No.: 23-12825 (MBK)
Caption:  Order Approving AlixPartners, LLP's Combined (I) Fourth Monthly Fee Statement for the Period from July 1, 2023 Through August 11, 2023, and (II) Final Fee Application for the Period from April 5, 2023 Through August 11, 2023 for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Chapter 11 Debtor

_____

The Court having found that AlixPartners has filed their *AlixPartners, LLP's Combined (I) Fourth Monthly Fee Statement for the Period from July 1, 2023 Through August 11, 2023, and (II) Final Fee Application for the Period from April 5, 2023 Through August 11, 2023 for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Chapter 11 Debtor* (the "Application"); and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.  The Application is GRANTED as provided herein.

2.  AlixPartners is hereby awarded, on a final basis, an allowance of $421,085.50 as compensation for professional services rendered, and reimbursement of out-of-pocket expenses incurred in the amount of $20.99, during the Final Period.

3.  The Debtor is authorized and directed to make payment of the outstanding balance of $111,518.29 to AlixPartners, LLP.

4.  This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 23-12825-MBK
LTL Management LLC     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1
Date Rcvd: Oct 02, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Oct 02 2023 22:11:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2023     Signature:     /s/Gustava Winters