**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**McCARTER & ENGLISH LLP**
Thomas W. Ladd, Esq. (Bar No. 022631986)
John C. Garde, Esq. (Bar No. 014171986)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
tladd@mccarter.com
jgarde@mccarter.com

*ATTORNEYS FOR DEBTOR*

**Order Filed on October 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[8] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF
MCCARTER & ENGLISH, LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL
INSURANCE COUNSEL AND NEW JERSEY TALC MESOTHELIOMA COUNSEL TO THE DEBTOR FOR THE PERIOD FROM
APRIL 5, 2023 THROUGH AUGUST 11, 2023**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 2, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[8] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption: Order Granting First and Final Fee Application of McCarter & English, LLP for Allowance of Fees and Reimbursement of Expenses as Special Insurance Counsel and New Jersey Talc Mesothelioma Counsel to the Debtor for the Period From April 5, 2023 Through August 11, 2023

Upon the *First and Final Fee Application of McCarter & English, LLP for Allowance of Fees and Reimbursement of Expenses as Special Insurance Counsel and New Jersey Talc Mesothelioma Counsel to the Debtor for the Period From April 5, 2023 Through August 11, 2023* (the "Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Debtor;

**IT IS HEREBY ORDERED** that:

1. The Application is granted on a final basis as set forth herein.

2. M&E shall be allowed, on a final basis, fees in the amount of $149,944.00, plus expenses of $0.00.

3. The Debtor is authorized and directed to make payment of the outstanding amount of such sums allowed to M&E.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12825-MBK |
| LTL Management LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 9 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Oct 02 2023 22:11:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Silverstein | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants asilverstein@otterbourg.com awilliams@otterbourg.com |
| Adam C. Silverstein | on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants asilverstein@otterbourg.com awilliams@otterbourg.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Americas Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com |

Case 23-12825-MBK    Doc 1489    Filed 10/04/23    Entered 10/05/23 00:17:53    Desc
Imaged Certificate of Notice    Page 4 of 11

| District/off: 0312-3 | User: admin | Page 2 of 9 |
|---|---|---|
| Date Rcvd: Oct 02, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Alan J. Brody
    on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com

Allen Joseph Underwood, II
    on behalf of Creditor DeSanto Canadian Class Action Creditors aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allison Meghan Brown
    on behalf of Plaintiff LTL Management LLC allison.brown@skadden.com wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com

Allison Meghan Brown
    on behalf of Debtor LTL Management LLC allison.brown@skadden.com wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com

Andrew Mina
    on behalf of Interested Party Atlanta International Insurance Company amina@duanemorris.com

Andrew J. Kelly
    on behalf of Creditor BCBS of Massachusetts akelly@kbtlaw.com wsheridan@kbtlaw.com;aleight@kbtlaw.com

Andrew J. Kelly
    on behalf of Interested Party BCBS of Massachusetts akelly@kbtlaw.com wsheridan@kbtlaw.com;aleight@kbtlaw.com

Andy Frankel
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com

Anthony Sodono, III
    on behalf of Interested Party Talc Claimants asodono@msbnj.com

Anthony Sodono, III
    on behalf of Attorney Barnes Law Group LLC asodono@msbnj.com

Arlen Pyenson
    on behalf of Interested Party Federal Insurance Company apyenson@crowell.com

Arlen Pyenson
    on behalf of Interested Party Firemans Fund Insurance Company apyenson@crowell.com

Arlen Pyenson
    on behalf of Interested Party Century Indemnity Company apyenson@crowell.com

Arlen Pyenson
    on behalf of Interested Party Westchester Fire Insurance Company apyenson@crowell.com

Arlen Pyenson
    on behalf of Interested Party ACE Property and Casualty Insurance Company (f/k/a CIGNA Property & Casualty Insurance Company) apyenson@crowell.com

Arlen Pyenson
    on behalf of Interested Party Allianz Global Risk US Insurance Company f/k/a Allianz Insurance Company apyenson@crowell.com

Arlen Pyenson
    on behalf of Interested Party Pacific Employers Insurance Company apyenson@crowell.com

Arlen Pyenson
    on behalf of Interested Party Central National Insurance Company of Omaha apyenson@crowell.com

Arlen Pyenson
    on behalf of Interested Party Great Northern Insurance Company apyenson@crowell.com

Arthur Abramowitz
    on behalf of Other Prof. Certain Substantial Contribution Claimants aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com

Bethany Theriot
    on behalf of Interested Party United States of America bethany.theriot@usdoj.gov

Brian J. McCormick, Jr.
    on behalf of Creditor Various Talc Claimants bmccormick@rossfellercasey.com earend@rossfellercasey.com

Brian J. McCormick, Jr.
    on behalf of Creditor Ross Feller Casey LLP bmccormick@rossfellercasey.com, earend@rossfellercasey.com

Brian W. Hofmeister
    on behalf of Creditor Various Talc Claimants bwh@hofmeisterfirm.com j119@ecfcbis.com

Brian W. Hofmeister
    on behalf of Creditor Kellie Brewer bwh@hofmeisterfirm.com j119@ecfcbis.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 9 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Carol A. Slocum
    on behalf of Attorney Maune Raichle Hartley French & Mudd LLC cslocum@klehr.com  lclark@klehr.com

Carol A. Slocum
    on behalf of Attorney Andy D. Birchfield  Jr. cslocum@klehr.com, lclark@klehr.com

Christopher M. Placitella
    on behalf of Creditor Justin Bergeron cplacitella@cprlaw.com  bdriscoll@cprlaw.com

Christopher M. Placitella
    on behalf of Creditor Catherine Forbes cplacitella@cprlaw.com  bdriscoll@cprlaw.com

Clay Thompson
    on behalf of Creditor Katherine Tollefson cthompson@mrhfmlaw.com

Clay Thompson
    on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants cthompson@mrhfmlaw.com

Clay Thompson
    on behalf of Attorney Maune Raichle Hartley French & Mudd LLC cthompson@mrhfmlaw.com

Clay Thompson
    on behalf of Creditor Various Talc Claimants cthompson@mrhfmlaw.com

Clay Thompson
    on behalf of Interested Party Various Talc Claimants cthompson@mrhfmlaw.com

Colin R. Robinson
    on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com

Daniel Stolz
    on behalf of Creditor Committee Proposed Local Counsel to the Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Attorney Brown Rudnick LLP dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. FTI Consulting Inc. dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Ad Hoc Committee of Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. Houlihan Lokey Capital  Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Spec. Counsel MoloLamken LLP dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Spec. Counsel Anderson Kill P.C. dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Spec. Counsel Massey & Gail LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. Prof. D. Theodore Rave dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Spec. Counsel Miller Thomson LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Attorney Otterbourg P.C. dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. Honorable Royal Furgeson (ret.) dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Robert Lapinski
    on behalf of Interested Party Various Talc Claimants dlapinski@motleyrice.com hfonseca@motleyrice.com,kdotson@motleyrice.com

David J. Molton
    on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dmolton@brownrudnick.com  hcohen@brownrudnick.com

Derek J. Baker
    on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com

Donald W Clarke
    on behalf of Other Prof. FTI Consulting Inc. dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Spec. Counsel Anderson Kill P.C. dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Creditor Committee Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Other Prof. Prof. D. Theodore Rave dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Creditor Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Creditor Committee Proposed Local Counsel to the Official Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Attorney Brown Rudnick LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Spec. Counsel Massey & Gail LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Other Prof. Houlihan Lokey Capital  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Creditor Ad Hoc Committee of Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Spec. Counsel Miller Thomson LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Attorney Otterbourg P.C. dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Spec. Counsel MoloLamken LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Other Prof. Honorable Royal Furgeson (ret.) dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

E. Richard Dressel
    on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Attorney Dean Omar Branham Shirley  LLP rdressel@lexnovalaw.com

Eileen McCabe

| | |
|---|---|
| | on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com |
| Ericka Fredricks Johnson | on behalf of Creditor The Ad Hoc Committee of States Holding Consumer Protection Claims ericka.johnson@wbd-us.com Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;lisa.tancredi@wbd-us.com;cindy.giobbe@wbd-us.com |
| Geoffrey B. Gompers | on behalf of Interested Party Various Talc Claimants gompers@gomperslaw.com jharper@gomperslaw.com |
| Gregory S. Kinoian | on behalf of Creditor Committee Official Committee of Talc Claimants gkinoian@genovaburns.com |
| Helen H Babin | on behalf of Creditor Various Talc Claimants hbabin@gertlerfirm.com |
| James N. Lawlor | on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com |
| Janet A. Shapiro | on behalf of Creditor Employers Insurance Co of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Creditor National Casualty Co. jshapiro@shapirolawfirm.com |
| Jeff Kahane | on behalf of Interested Party Atlanta International Insurance Company jkahane@duanemorris.com dmartinez@duanemorris.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Sponder | on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jerome Howard Block | on behalf of Interested Party Paul Crouch jblock@levylaw.com |
| Jerome Howard Block | on behalf of Interested Party Randy Derouen jblock@levylaw.com |
| John Maloney | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com |
| John M. August | on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Susan Jean Bader jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Dean McElroy jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Christina Prudencio jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Various Talc Claimants jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Anthony Hernandez Valadez jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Trevor Barkley jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Marlin Lewis Eagles jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Alison Daugherty jaugust@saiber.com rtucker@saiber.com |
| John W. Weiss | on behalf of Interested Party Various Talc Personal Injury Claimants jweiss@pashmanstein.com |
| John Zachary Balasko | on behalf of Interested Party United States of America john.z.balasko@usdoj.gov |
| Kenneth A. Rosen | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. krosen@lowenstein.com dclaussen@lowenstein.com |

| | |
|---|---|
| Konrad Krebs | on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us |
| Kyle McEvilly | on behalf of Interested Party State of New Mexico kmcevilly@gibbonslaw.com |
| Kyle McEvilly | on behalf of Interested Party State of Mississippi kmcevilly@gibbonslaw.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Leah Cylia Kagan | on behalf of Interested Party Various Talc Claimants lkagan@sgptrial.com |
| Leslie Carol Heilman | on behalf of Creditor Albertsons Companies Inc. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Lisa Nathanson Busch | on behalf of Attorney Weitz & Luxenberg PC lbusch@simmonsfirm.com |
| Lisa Nathanson Busch | on behalf of Creditor Shawn V. Johnson lbusch@simmonsfirm.com |
| Lisa Nathanson Busch | on behalf of Creditor Patricia Cook lbusch@simmonsfirm.com |
| Louis A. Modugno | on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The Insurance Company of the State of Pennsylvania Philadelphia lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh Pa. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com |
| Mark Falk | on behalf of Other Prof. Randi S. Ellis mfalk@walsh.law btroyan@walsh.law |
| Mark Falk | on behalf of Attorney Walsh Pizzi O'Reilly Falanga LLP mfalk@walsh.law btroyan@walsh.law |
| Mary E. Seymour | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. mseymour@lowenstein.com |
| Michael D. Sirota | on behalf of Other Prof. Paul Hastings LLP msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 7 of 9 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Michael D. Sirota
    on behalf of Interested Party Ad Hoc Committee of Supporting Counsel msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Interested Party Ad Hoc Group of Supporting Counsel msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Other Prof. Cole Schotz P.C. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Other Prof. Parkins & Rubio LLP msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael L. Tuchin
    on behalf of Creditor Aylstock Witkin, Kreis & Overholtz, PLLC mtuchin@ktbslaw.com

Mitchell Malzberg
    on behalf of Creditor Various Talc Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com

Moshe Maimon
    on behalf of Interested Party Randy Derouen mmaimon@levylaw.com mmastrogiacomo@levylaw.com

Moshe Maimon
    on behalf of Interested Party Paul Crouch mmaimon@levylaw.com mmastrogiacomo@levylaw.com

Moshe Maimon
    on behalf of Interested Party Various Talc Claimants mmaimon@levylaw.com mmastrogiacomo@levylaw.com

Nathan W. Reinhardt
    on behalf of Interested Party Atlanta International Insurance Company nreinhardt@duanemorris.com

Nir Maoz
    on behalf of Creditor Aylstock Witkin, Kreis & Overholtz, PLLC nmaoz@ktbslaw.com

Paul J. Winterhalter
    on behalf of Creditor Aylstock Witkin, Kreis & Overholtz, PLLC pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Paul R. DeFilippo
    on behalf of Other Prof. Blake Cassels & Graydon LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
    on behalf of Other Prof. Orrick Herrington & Sutcliffe LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
    on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com

Paul R. DeFilippo
    on behalf of Other Prof. Weil Gotshal & Manges LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
    on behalf of Other Prof. McCarter & English LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
    on behalf of Spec. Counsel King & Spalding LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
    on behalf of Consultant Signal Interactive Media pdefilippo@wmd-law.com

Paul R. DeFilippo
    on behalf of Spec. Counsel Skadden Arps, Slate, Meagher & Flom LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
    on behalf of Spec. Counsel Shook Hardy & Bacon L.L.P. pdefilippo@wmd-law.com

Paul R. DeFilippo
    on behalf of Noticing Agent Epiq Corporate Restructuring LLC pdefilippo@wmd-law.com

Paul R. DeFilippo
    on behalf of Attorney Wollmuth Maher & Deutsch LLP pdefilippo@wmd-law.com

Paul R. DeFilippo
    on behalf of Other Prof. Bates White LLC pdefilippo@wmd-law.com

Paul R. DeFilippo
    on behalf of Other Prof. AlixPartners LLP pdefilippo@wmd-law.com

| District/off: 0312-3 | User: admin | Page 8 of 9 |
|---|---|---|
| Date Rcvd: Oct 02, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Paul R. DeFilippo
    on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com

Paul R. DeFilippo
    on behalf of Other Prof. Jones Day pdefilippo@wmd-law.com

Richard G. Haddad
    on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants rhaddad@otterbourg.com
akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@otterbourg.com

Richard G. Haddad
    on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants rhaddad@otterbourg.com
akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@otterbourg.com

Robert Malone
    on behalf of Interested Party State of Mississippi rmalone@gibbonslaw.com nmitchell@gibbonslaw.com

Robert Malone
    on behalf of Interested Party State of New Mexico rmalone@gibbonslaw.com nmitchell@gibbonslaw.com

Robert J. Pfister
    on behalf of Creditor Aylstock Witkin, Kreis & Overholtz, PLLC rpfister@ktbslaw.com

Robin Rabinowitz
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) rrabinowitz@lawgmm.com

Russell Webb Roten
    on behalf of Interested Party Atlanta International Insurance Company rwroten@duanemorris.com

Samuel M. Kidder
    on behalf of Creditor Aylstock Witkin, Kreis & Overholtz, PLLC skidder@ktbslaw.com

Sari Blair Placona
    on behalf of Attorney Barnes Law Group LLC splacona@msbnj.com

Sari Blair Placona
    on behalf of Attorney Ashcraft & Gerel LLP splacona@msbnj.com

Sari Blair Placona
    on behalf of Creditor Claimants Represented by Barnes Law Group LLC splacona@msbnj.com

Sommer Leigh Ross
    on behalf of Interested Party Granite State Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party The Insurance Company of the State of Pennsylvania Philadelphia slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party New Hampshire Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party AIG Property Casualty Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party Lexington Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party New Jersey Coverage Action Plaintiff-Insurers slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh Pa. slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party AIG Europe S.A. slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party The North River Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party Republic Indemnity Company of America slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party RheinLand Versicherungen slross@duanemorris.com AutoDocketWILM@duanemorris.com

Case 23-12825-MBK    Doc 1489    Filed 10/04/23    Entered 10/05/23 00:17:53    Desc
Imaged Certificate of Notice    Page 11 of 11

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 9 of 9 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Sommer Leigh Ross
    on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party Atlanta International Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party Starr Indemnity & Liability Company slross@duanemorris.com AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party AIU Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
    on behalf of Interested Party ASR Schadeverzekering N.V. slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Stephen M. Packman
    on behalf of Attorney Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com

Stephen T. Roberts
    on behalf of Interested Party Atlanta International Insurance Company stephen.roberts@mendes.com

Stephen V. Gimigliano
    on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) sgimigliano@lawgmm.com

Steven Abramowitz
    on behalf of Interested Party Cyprus Amax Minerals Company sabramowitz@velaw.com mmoran@velaw.com;kgrissel@velaw.com;tmitsch@velaw.com;kduchesne@velaw.com

Suzanne Ratcliffe
    on behalf of Creditor Various Talc Claimants sratcliffe@mrhfmlaw.com

Suzanne Ratcliffe
    on behalf of Interested Party Various Talc Claimants sratcliffe@mrhfmlaw.com

Suzanne Ratcliffe
    on behalf of Creditor Katherine Tollefson sratcliffe@mrhfmlaw.com

Suzanne Ratcliffe
    on behalf of Attorney Maune Raichle Hartley French & Mudd LLC sratcliffe@mrhfmlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Walter Benzija
    on behalf of Creditor The Blue Cross Blue Shield Association wbenzija@halperinlaw.net  mmurrayhbb@outlook.com

TOTAL: 196