| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted pro hac vice)<br><br>*Attorneys for Debtor* | Order Filed on October 2, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br><br>**WEIL, GOTSHAL & MANGES LLP** Diane Sullivan, Esq.<br>Ronit Berkovich, Esq.<br>Theodore Tsekerides, Esq.<br>Matthew P. Goren, Esq.<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: Diane.Sullivan@weil.com<br><br>    Ronit.Berkovich@weil.com<br>    Theodore.Tsekerides@weil.com<br>    Matthew.Goren@weil.com<br><br>*Special Counsel for Debtor* |
| In re<br><br>LTL MANAGEMENT LLC,[1]<br><br>              Debtor. | Chapter 11<br><br>Case No.: 23-12825<br><br>Judge: Michael B. Kaplan |

**ORDER APPROVING APPLICATION OF
WEIL, GOTSHAL & MANGES LLP, AS SPECIAL COUNSEL TO THE DEBTOR, FOR FINAL ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY
EXPENSES INCURRED FROM APRIL 4, 2023 THROUGH AND INCLUDING AUGUST 11, 2023**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

DATED; OOCTOBER 2, 2023

                                                               *Honorable Michael B. Kaplan*
                                                               United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption: Order Approving Application of Weil, Gotshal & Manges LLP, as Special Counsel to the Debtor, for Final Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 4, 2023 through and including August 11, 2023

Upon the *Application of Weil, Gotshal & Manges LLP, as Special Counsel to the Debtor, for Final Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 4, 2023 through and including August 11, 2023* (the "**Final Application**");[2] and due and proper notice of the Final Application having been given; and it appearing that no other or further notice is required; and the Court having jurisdiction to consider the Final Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and consideration of the Final Application being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Final Application and the supporting documents; and the Court having determined that the legal and factual bases set forth in the Final Application establish just cause for the relief requested herein and the fees and expenses requested in the Final Application are reasonable and for necessary services provided to the Debtor; and upon all of the proceedings had before the Court and after due deliberation therefor,

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

(Page 3)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption: Order Approving Application of Weil, Gotshal & Manges LLP, as Special Counsel to the Debtor, for Final Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 4, 2023 through and including August 11, 2023

**IT IS HEREBY ORDERED THAT:**

1. Weil's Final Application for allowance of compensation for services rendered to the Debtor in the sum of $198,451.25 and reimbursement of expenses in the sum of $644.28 for the period of April 4, 2023 through and including August 11, 2023 shall be as set forth herein.

2. Weil shall be allowed fees in the amount of $198,451.25 and disbursements in the amount of $644.28 for the period of April 4, 2023 through and including August 11, 2023 as set forth in the Final Application. The Debtor is authorized and directed to pay the unpaid portion of the allowed fees and expenses, to wit, the sum of $199,095.53 to Weil, Gotshal & Manges LLP.

3. This Court shall retain jurisdiction over any and all matters arising from or related to interpretation and/or implementation of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12825-MBK |
| LTL Management LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Oct 02 2023 22:11:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2023                Signature:    /s/Gustava Winters