**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**BAYARD, P.A.**
Ericka F. Johnson (NJ #032162007)
600 North Market Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Email: ejohnson@bayardlaw.com

Counsel for Ad Hoc Committee of States Holding
Consumer Protection Claims

|  |  |
|---|---|
| In re: | Case No. 23-12825 (MBK) |
| LTL MANAGEMENT LLC, *et al.*, | Chapter: 11 |
| Debtor.[1] | Hon. Michael B. Kaplan |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to D.N.J. LBR 9010-2, the Ad Hoc Committee of States Holding Consumer Protection Claims (the "Ad Hoc Committee"), hereby appears through their substituted counsel, Bayard, P.A. ("Bayard"). The Ad Hoc Committee seeks to substitute Bayard for their original counsel, Womble Bond Dickinson (US) LLP ("Womble"), in the above-referenced cases. Womble will no longer represent the Ad Hoc Committee in the above-referenced case in any capacity, and all such representations will be undertaken by Bayard.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Dated: October 10, 2023
Wilmington, Delaware

| BAYARD, P.A. | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| */s/ Ericka F. Johnson* | */s/ Matthew P. Ward* |
| Ericka F. Johnson (No. 5024) | Matthew P. Ward (No. 4471) |
| 600 N. King Street, Suite 400 | 1313 North Market Street, Suite 1200 |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 655-5000 | Telephone: (302) 252-4320 |
| Facsimile: (302) 658-6395 | Facsimile: (302) 252-4330 |
| E-mail: ejohnson@bayardlaw.com | E-mail: matthew.ward@wbd-us.com |
| *Substitution Counsel Ad Hoc Committee of States Holding Consumer Protection Claims* | *Former Counsel Ad Hoc Committee of States Holding Consumer Protection Claims* |