23-12825

U.S. BANKRUPTCY COURT
FILED

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

**GENOVA BURNS LLC**
Daniel M Stolz Esq
Donald W Clarke, Esq
Gregory S Kinoian Esq
dstolz@genovaburns.com
dclarke@genovaburns.com
gkinoian@genovaburns.com
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Tel (973) 533-0777

**OTTERBOURG PC**
Melanie L Cyganowski
Jennifer S Feeney, Esq
Michael R Maizel Esq
mcyganowski@otterbourg.com
Jfeeney@otterbourg.com
Mmaizel@otterbourg.com
230 Park Avenue
New York, NY 10169

IN RE
LTL MANAGEMENT LLC1
                    Debtor

**BROWN RUDNICK LLP**
David J Molton, Esq
Michael S. Winograd Esq
Susan Sieger-Grimm Esq
Kenneth J Aulet Esq
dmolton@brownrudnick.com
ssieger-grimm@brownrudnick.com
Kaulet@brownrudnick.com
Seven Times Square
New York, NY 10036
TEl (212) 209-4800
FAX (212) 209-4801
AND
Jeffrey L Jonas Esq
Sunni P Beville Esq
Eric R Goodman Esq
Jonas@brownrudnick
One Financial Center
Boston, MA 02111
Tel (617) 856-8200
FAX (617) 856-8201

**MASSEY & GAIL LLP**
Jonathan S Massey, Esq
BRET R Vallacher
Jmassey@masseygail.com
1000 Maine Ave SW
Washington, DC 20024
Tel (202) 652-4511
FAX (312) 379-0467

Chapter 11
CASE No 2312825 (MBK)
Honorable MICHAEL B Kaplin
3:20-CV-20423

KIRK SWILLIAMS

The last four Dights of The Debtor's taxpayer Identification number
are 6622. The Debtor's address is 501 George Street, New Brunswick
New Jersey 08933

①

The debtor have agreed to Terms of The dismissal order.

The Court has found and determined That good and sufficient cause under facts of The applicable law that relief should be granted.

Debtor allowing Talc claim party Commence and proceed with The discovery and other pretrail matters in any Suit. This would in Fact permit The Filing of Suit on notice to The debtor against any modified protected party.

This would help The debtor get relief from The Talc claim That would help The debtor get The Justice from The wrong doing of The Johnson & Johnson Company. That already committed of The wrong doing and also Said that was Knowledable of the wrong doing.

This Should take away The automatic stay with respect to NTL is to Terminate immediately upon The dismissal date. In accordance with 11 U.S. C $ 108(c)

The Debtor in Chapter 11 Epiq shall be entitled to payment The Tcc to pay The fees and expenses approval by The Court and The accordance with The Procedures Set Forth.

The Epiq is authorized to take all actions necessary and appropriate to effectuate the terms of This Dismissal order.

The Dismissal order Shall Supersede any Contrary provisions in any agreed protective order entered in that Chapter 11 The Contrary, the Obligations Set forth in This Section Shall not become applicable until Thirty after the Appeal Exhaustion Date.

Notice before Seven days following the dismissal date, LTL Shall Serve notice of This Dismissal order pursuant to Bankruptcy Rules 2002 (F)(2) and 2002(K) on The TCC the us Trustee, The Master Service List The modified Protected Parties all entities That have requested notice pursuant to Bankruptcy Rule 2002 and Such additional persons and entities deemed appropriate by LTL.

This would in Fact will help The debtor's Prior To The Chapter 11 That Could get pretrial discovery and help go to trial with Facts MR Williams would be asking For pretrial discovery to help him with his trial Against Johnson & Johnson Talc Clamants against the Company.

Dated September                                    KIRK Williams



KIRKWOOD, JAMES #44031
[A] Constantine Way Room 14 Lower 14-4
Aberdeen, Washington 98520

TACOMA WA 983
OLYMPIA WA
7 SEP 2023  PM 2  L

RECEIVED

SEP 11 2023

EPIQ CORPORATE RESTRUCTURING
LLC PO Box 4470
BEAVERTON, OR 97076-4470

LEGAL SERVICES

97076-447070

THIS MAIL WAS MAILED BY AN
OFFENDER CONFINED AT A
WASHINGTON STATE DEPT OF
CORRECTIONS FACILITY. IT'S
CONTENTS MAY BE UNCENSORED.

LCU.

International Shipping Notice

Scan QR code to
schedule a pickup

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes must contain correspondence, urgent documents, and/or electronic media weighing 8 oz. or less. UPS Express envelopes containing items or weighing more than 8oz. will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment qualifies.
- To qualify for the letter rate, the UPS Express envelope must contain UPS express envelope weighing more than 8 oz.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information. Do not send cash or cash equivalent.

CHECKTEAM
(503) 360—5600
EPIQ
10300 SW ALLEN BLVD
BEAVERTON OR 97005

SHIP TO:
US BANKRUPTCY COURT
50 WALNUT ST
NEWARK NJ 07102

0.1 LBS          LTR          1 OF 1

NJ 071 0-02

UPS 2ND DAY AIR
TRACKING #: 1Z 947 427 02 4236 6901          2

e with the following services:

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®
UPS Worldwide Expedited®

Do not use this envelope for:

UPS Ground
UPS Standard
UPS 3 Day Select®

BILLING:  3RD PARTY

REF 1:130036
REF 2:EBS

W8  28.0.30 Zebra  ZP 450 41.0A 10/2023

Serving you for more than 110 years
United Parcel Service.®


