| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) ||
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 533-1112<br>*Proposed Local Counsel for the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>And<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br>               Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

---

[1]   The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

docs-100643154.1

**SECOND POST-DISMISSAL MONTHLY FEE STATEMENT OF
ANDERSON KILL PC, SPECIAL INSURANCE COUNSEL TO THE
OFFICIAL COMMITTEE OF TALC CLAIMANTS,
FOR THE PERIOD SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

ANDERSON KILL PC ("Anderson") submits this Second Post-Dismissal Monthly Fee Statement for Services Rendered and Expenses Incurred as Special Insurance Counsel to the Official Committee of Talc Claimants (the "Statement") for the period commencing September 1, 2023 and ending September 30, 2023 (the "Statement Period"), pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals entered on May 22, 2023 ("Order Establishing Procedures").

The billing invoice for the Statement Period is annexed hereto as Exhibit "A". This invoice details the services performed. The fees sought in the within Statement Period are as follows:

| Fees | Less 20% | Fee Payment Requested (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $29,040.50 | ($5,808.10) | $23,232.40 | $450.00 |

WHEREFORE, Anderson respectfully requests interim payment of fees for this Statement Period in the sum of $23,232.40, and total expenses for this Statement Period in the sum of $450.00, for a total requested interim payment of $23,682.40, in accordance with the terms of the Order Establishing Procedures.

**ANDERSON KILL PC**
*Special Insurance Counsel to the Official Committee of Talc Claimants*

By: /s/ Robert M. Horkovich
ROBERT M. HORKOVICH

Dated: October 10, 2023

docs-100643154.1