# EXHIBIT "A"

## Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000            EIN:13-2743351
E-Mail: Accounting@andersonkill.com

David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

| | |
|---|---|
| Invoice No. | 318582 |
| Invoice Date: | October 5, 2023 |
| Client Matter ID: | 107310.12093 |
| Billing Attorney: | Robert M Horkovich |

**Official Talc Claimants Committee**

**LTL II Insurance Coverage**

| | |
|---|---|
| Professional Services: | $29,040.50 |
| Costs: | $450.00 |
| Total Current Invoice: | $29,490.50 |
| Outstanding Balance from Prior Invoices (see listing): | $145,135.85 |
| **Total Amount:** | **$174,626.35** |

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000          EIN:13-2743351
E-Mail: Accounting@andersonkill.com

October 5, 2023                                                                                      Invoice No.    318582

**MATTER:** LTL II Insurance Coverage

## INVOICE LIST

| INVOICE | DATE | INVOICE TOTAL |
|---|---|---|
| 317896 | 07/31/23 | $14,825.90 |
| 318005 | 08/07/23 | $31,020.20 |
| 318152 | 09/18/23 | $75,828.75 |
| 318429 | 09/18/23 | $23,461.00 |
| **OUTSTANDING BALANCE FROM PRIOR INVOICES** | | **$145,135.85** |

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000        EIN:13-2743351
E-Mail: Accounting@andersonkill.com

---

David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

Billing Attorney    Robert M Horkovich
Invoice No.         318582
Invoice Date        October 5, 2023

Client Matter #: 107310.12093
Official Talc Claimants Committee
RE: LTL II Insurance Coverage

**FOR PROFESSIONAL SERVICES RENDERED THROUGH September 30, 2023**

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 09/01/23 | AHP | 0.80 | B160 | Revisions to final fee application. | 280.00 |
| 09/05/23 | AHP | 0.40 | B160 | Prepare PDFs, Excel and LEDES files for Debtor's counsel. | 140.00 |
| 09/05/23 | RMH | 0.60 | B120 | Review appellate issues for impact on insurance recovery. | 747.00 |
| 09/06/23 | RMH | 0.60 | B120 | Attend Committee meeting. | 747.00 |
| 09/06/23 | RMH | 0.40 | B120 | Review appellate issues for impact on insurance recovery. | 498.00 |
| 09/07/23 | RMH | 1.40 | B120 | Review appellate issues for impact on insurance recovery. | 1,743.00 |
| 09/08/23 | RMH | 2.30 | B120 | Review appellate issues for impact on insurance recovery. | 2,863.50 |
| 09/08/23 | AHP | 0.60 | B160 | Multiple emails re status of applications in joint drive. | 210.00 |
| 09/08/23 | AHP | 0.40 | B160 | Provide counsel with PDFs of filed fee applications. | 140.00 |
| 09/13/23 | RMH | 0.40 | B120 | Committee call re appeal. | 498.00 |
| 09/13/23 | RMH | 0.30 | B120 | Review of issues re insurance impact of appeal. | 373.50 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 09/14/23 | RMH | 0.20 | B120 | Review of appellate issues impacting insurance. | 249.00 |
| 09/15/23 | RMH | 0.90 | B120 | Analysis of insurance-related issues re appeal. | 1,120.50 |
| 09/18/23 | AHP | 0.80 | B160 | Multiple emails to determine next steps. | 280.00 |
| 09/18/23 | AHP | 0.90 | B160 | Multiple emails with counsel to determine next steps. | 315.00 |
| 09/18/23 | AHP | 0.40 | B160 | Telephone conversations regarding current status. | 140.00 |
| 09/18/23 | AHP | 1.20 | B160 | Begin drafting new pleadings for amended monthly. | 420.00 |
| 09/18/23 | AHP | 2.20 | B160 | Revise relevant invoice entries for amended submission. | 770.00 |
| 09/18/23 | RMH | 0.90 | B120 | Review of insurance aspects of appeal. | 1,120.50 |
| 09/19/23 | AHP | 0.80 | B160 | Additional transfers to amended invoice. | 280.00 |
| 09/19/23 | AHP | 0.70 | B160 | Additional changes to newly merged invoice. | 245.00 |
| 09/19/23 | AHP | 0.90 | B160 | Revise amended monthly submission documents. | 315.00 |
| 09/19/23 | AHP | 1.20 | B160 | Begin preparing first post-dismissal monthly. | 420.00 |
| 09/19/23 | RMH | 2.20 | B120 | Analysis of insurance aspects of appeal. | 2,739.00 |
| 09/20/23 | AHP | 1.20 | B160 | Finalize amended monthly for 8/1 through 8/11. | 420.00 |
| 09/20/23 | AHP | 1.20 | B160 | Finalize monthly fee application covering 8/12 through 8/31/2023. | 420.00 |
| 09/20/23 | MDS | 0.20 | B120 | Communication with R. Horkovich regarding appellate impact on insurance. | 190.00 |

| Date | Professional | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 09/20/23 | RMH | 0.60 | B120 | Attend Committee meeting. | 747.00 |
| 09/20/23 | RMH | 2.40 | B120 | Review of insurance-related aspects of appeal. | 2,988.00 |
| 09/21/23 | RMH | 0.90 | B120 | Review of insurance aspects of appeal. | 1,120.50 |
| 09/22/23 | RMH | 1.20 | B120 | Analysis of insurance aspects of appeal. | 1,494.00 |
| 09/22/23 | AHP | 1.20 | B160 | Finalize documents for amended semi final submission. | 420.00 |
| 09/25/23 | RMH | 0.60 | B120 | Review of insurance issues on appeal. | 747.00 |
| 09/26/23 | AHP | 0.30 | B160 | Send debtor's counsel requested documents. | 105.00 |
| 09/26/23 | RMH | 1.00 | B120 | Assist with appeal with regard to insurance recovery issues. | 1,245.00 |
| 09/27/23 | RMH | 0.50 | B120 | Attend Committee meeting. | 622.50 |
| 09/27/23 | RMH | 0.80 | B120 | Further analysis of potential impact of appeal on insurance issues. | 996.00 |
| 09/28/23 | RMH | 0.30 | B120 | Review appellate issues for potential impact on insurance coverage. | 373.50 |
| 09/29/23 | RMH | 0.40 | B120 | Analysis of insurance impact of appeal. | 498.00 |

**Total Fees:** **$29,040.50**

### SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Robert M Horkovich | 18.90 | 1,245.00 | 23,530.50 |
| Mark D Silverschotz | 0.20 | 950.00 | 190.00 |
| Arline H Pelton | 15.20 | 350.00 | 5,320.00 |
| | **34.30** | | **$29,040.50** |

### SUMMARY OF SERVICES BY ACTIVITY

| | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| **ACTIVITY CODE B120  ASSET ANALYSIS & RECOVERY** | | | |
| Horkovich, Robert M | 18.90 | 1,245.00 | $23,530.50 |
| Silverschotz, Mark D | 0.20 | 950.00 | $190.00 |
| | **19.10** | | **$23,720.50** |
| **ACTIVITY CODE B160  FEE/EMPLOYMENT APPLICATION** | | | |
| Pelton, Arline H | 15.20 | 350.00 | $5,320.00 |
| | **15.20** | | **$5,320.00** |

### DISBURSEMENTS

| Date | Prof | Description | Amount |
|---|---|---|---:|
| 08/02/2023 | RMH | Vendor: AMTRAK; Date: 8/2/2023 - AMTRAK COACH RT | 146.00 |
| 08/02/2023 | KH | Vendor: AMTRAK; Date: 8/2/2023 - AMTRAK COACH RT | 152.00 |
| 08/02/2023 | SS | Vendor: AMTRAK; Date: 8/2/2023 - AMTRAK COACH RT | 152.00 |

**Sub-Total Disbursements:    $450.00**

### SUMMARY OF DISBURSEMENT BY TYPE

| TYPE | WORK DESCRIPTION | AMOUNT |
|---|---|---:|
| AR | Airfare/Rail Exps. | **$450.00** |

**TOTAL CURRENT BILLING:    $29,490.50**

# Anderson Kill P.C.

1251 Avenue of the Americas, New York, NY 10020
(212) 278-1000         EIN:13-2743351
E-Mail: Accounting@andersonkill.com

| | |
|---|---|
| David J. Molton, Esq.<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | MATTER:   107310. 12093<br>INVOICE:   318582 |

October 5, 2023

Official Talc Claimants Committee

MATTER: LTL II Insurance Coverage

## R E M I T T A N C E   C O P Y

| | |
|---|---:|
| Professional Services | $29,040.50 |
| Costs: | $450.00 |
| Total Current Invoice: | $29,490.50 |
| Outstanding Amount From Prior Invoices: | $145,135.85 |
| **TOTAL AMOUNT DUE:** | **$174,626.35** |

PLEASE SEND YOUR REMITTANCE TO US AT:            OR, IF MORE CONVENIENT, YOU MAY WIRE THE FUNDS TO

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020

BANK: WELLS FARGO BANK, N.A.
ABA NUMBER FOR WIRES: ■■■■
ABA NUMBER FOR ACHs: ■■■■
CREDIT TO: ANDERSON KILL P.C.
OPERATING ACCOUNT
ACCOUNT NUMBER: ■■■■

KINDLY INDICATE:
    CLIENT NUMBER:        107310
    INVOICE NUMBER:      318582
    YOUR FIRM NAME:     Official Talc Claimants Committee

**THIS INVOICE IS PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**