**Howie, Sacks & Henry**

Personal Injury Law

*Paul Miller*
416-646-3901
PMiller@hshlawyers.com

**VIA REGULAR MAIL**

September 26, 2023

Epiq Corporate Restructuring, LLC
P.O. Box 4470
Beaverton, OR  97076
U.S.A.

Dear Sir/Madam:

**RE:    LTL Management LLC**

Please note, Paul Miller, is no longer at Will Davidson LLP, Suite 1400, 220 Bay Street, Toronto, Ontario, M5J 2W4.

Please forward all documents and correspondence to Paul Miller at:

**Howie, Sacks & Henry LLP**
Suite 3500, 20 Queen Street West
Toronto, Ontario  M5H 3R3

Yours very truly,

HOWIE, SACKS & HENRY LLP

Paul Miller

PM/sn

RECEIVED
OCT 05 2023
LEGAL SERVICES

Epiq Corporate Restructuring, LLC
P.O. Box 4470
Beaverton, OR 97076
U.S.A.

Howie,
Sacks
Henry

20 Queen Street West, Suite 3500
Toronto, ON M5H 3R3