# **EXHIBIT A**

| **Record Cite** | **Name** | **Position** | **Time Billed** | **Date** | **Billing Description** |
|---|---|---|---|---|---|
| ECF No. 1057, at 29 | Michael C. Whalen | Associate | 11.70 | 04/24/23 | Draft motion to intervene (6.7); analyze related caselaw (4.3); correspond with R. Montefusco regarding same (.4); correspond with M. Murphy and M. Micheli regarding motion to intervene strategy (.4) |
| ECF No. 1057, at 30 | Ryan Montefusco | Of Counsel | 7.40 | 04/24/23 | Review and revise motion for intervention (2.1); analyze case law and statutory authority re same (4.9); correspond with M. Whalen re intervention issues (.4) |
| ECF No. 1057, at 34 | Ryan Montefusco | Of Counsel | 7.90 | 04/27/23 | Analyze prior motion to dismiss briefing and related decisions (6.7); correspond with M. Murphy and M. Micheli re opposition brief and supporting evidence (.4); correspond with S. Lawand re same (.3); call with Jones Day, M. Murphy, M. Micheli, K. Pasquale, M. Whalen and S. Lawand re same (.5) |
| ECF No. 1057, at 34 | Sam Lawand | Associate | 8.60 | 04/27/23 | Analyze authority on fraudulent transfer, financial distress, and insolvency issues (5.7); attend call with M. Murphy, M. Micheli, and R. Montefusco, and Jones Day regarding motion to dismiss (.5); prepare outline of issues for response to motion to dismiss (2.4) |
| ECF No. 1057, at 34 | Jillian A. McMillan | Associate | 7.70 | 04/28/23 | Correspond with S. Lawand, L. Miliotes, and R. Montefusco re objection to motion to dismiss outline (.6); review first LTL case pleadings for motion to dismiss (3.1); draft outline re same (2.5); draft summaries of |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | recently filed motions to dismiss (1.2); correspond with K. Hansen, M. Murphy, and M. Micheli re same (.3) |
| ECF No. 1057, at 36 | Ryan Montefusco | Of Counsel | 7.20 | 04/29/23 | Analyze preliminary injunction deposition testimony and related declarations (2.5); analyze prior motion to dismiss briefing (.8); analyze opposition issues and related case law (3.1); correspond with S. Lawand and J. McMillan re same (.8) |
| ECF No. 1057, at 36 | Ryan Montefusco | Of Counsel | 7.90 | 04/30/23 | Draft outline for motion to dismiss response (1.9); draft outline for potential AHC member declaration (1.2); analyze case law regarding motion to dismiss opposition issues (3.9); correspond with S. Lawand, J. McMillan, and L. Miliotes regarding same (.9) |
| ECF No. 1059, at 14 | Charles Rubio | Partner | 8.90 | 04/24/23 | Work on Trust Distribution Procedures with L. Parkins |
| ECF No. 1059, at 14 | Lenard Parkins | Partner | 8.90 | 04/24/23 | Work on Trust Distribution Procedures (TDP) and extended meeting with C. Rubio to discuss and make substantial revisions thereto (8.9). |
| ECF No. 1059, at 14–15 | Lenard Parkins | Partner | 11.40 | 04/24/23 | Complete research in Boy Scout case on broad support by ad hoc victims committee for victims for individual voting rights by digital method (1.9) and discuss same with C. Rubio (.3); and communicate findings to M. Watts (.3); work on Trust Distribution Procedures (TDP) and extended meeting with C. Rubio to discuss and make substantial revisions thereto (8.9). |
| ECF No. 1059, at 15 | Charles Rubio | Partner | 8.90 | 04/25/23 | Continue to work on draft of the Trust Distribution Procedures and send draft to J. Onder and M. Nachawati for comments (5.4); continue to review and |

2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | revise Trust Distribution Procedures (3.5). |
| ECF No. 1059, at 15 | Charles Rubio | Partner | 12.90 | 04/26/23 | Work with L. Parkins in connection with the TDP (1.2); call with L. Parkins and M. Watts to discuss electronic voting (.2); further revise the the TDP and circulate to M. Nachawati and J. Onder (11.5) |
| ECF No. 1059, at 15 | Jennifer Cook | Paralegal | 7.80 | 04/27/23 | Review Trust Distribution document and edit same, including adding table of contents and otherwise revising the formatting of the document to make it redline ready. |
| ECF No. 1060, at 55 | Michael C. Whalen | Associate | 9.50 | 05/06/23 | Analyze caselaw relevant to mandamus petition and response (3.6); draft parts of response to mandamus petition (5.9) |
| ECF No. 1060, at 57 | Abigail H. Wald | Associate | 8.90 | 05/10/23 | Prepare parts of opposition to case suspension motion |
| ECF No. 1060, at 60 | Ryan Montefusco | Of Counsel | 7.70 | 05/01/23 | Review plan re motions to dismiss and next steps (.3); analyze case law and statutory authority re motion to dismiss and opposition to same (4.3); revise outline re opposition to motion to dismiss (.8); analyze deposition transcripts in connection with motion to dismiss opposition (2.3) |
| ECF No. 1060, at 61 | Ryan Montefusco | Of Counsel | 7.30 | 05/02/23 | Call with Cole Schotz re motion to dismiss evidentiary issues (.3); review and summarize Watts, Pulaski and Murdica depositions in connection with motion to dismiss response (6.4); draft email to clients re evidentiary needs on motion to dismiss opposition (.6) |
| ECF No. 1060, at 66 | Ryan Montefusco | Of Counsel | 8.40 | 05/10/23 | Correspond with Steering Committee re subpoena responses (.3); prepare parts of draft response and objection to subpoena (3.2); call with L. Parkins re motion to dismiss |

3

| | | | | | |
|---|---|---|---|---|---|
| | | | | | objection (1.1); call with SteerCo member re same (.4); analyze authority, case documents and declarations re motion to dismiss (3.4) |
| ECF No. 1060, at 70 | Ryan Montefusco | Of Counsel | 7.40 | 05/17/23 | Analyze case law re Bankruptcy Code section 1112(b)(2) (1.6); prepare parts of motion to dismiss objection (5.6); Call with W. Farmer re same (.2) |
| ECF No. 1060, at 71 | Ryan Montefusco | Of Counsel | 7.30 | 05/18/23 | Prepare parts of motion to dismiss objection (4.1); analyze case law re Bankruptcy Code section 1112(b)(2) (2.3); correspond with W. Farmer re same (.4); Call with K. Whitner, M. Whalen, and A. Wald re discovery issues (.5) |
| ECF No. 1060, at 77 | Ryan Montefusco | Of Counsel | 8.70 | 05/23/23 | Attend call with B. Hoffmeister, M. Murphy, K. Whitner, and M. Micheli re ad hoc committee member deposition (1.2); prepare parts of deposition outline (3.4); draft responsive letter to Judge Kaplan re claimant list dispute (1.9); correspond with M. Murphy re same (.3); revise and finalize letter to Judge Kaplan re claimant list dispute (.5); call with K. Whitner, M. Murphy, M. Whalen and M. Micheli re trial prep issues (.5); call with ad hoc committee member re deposition issues (.8) |
| ECF No. 1060, at 82 | Ryan Montefusco | Of Counsel | 8.70 | 05/25/23 | Review and revise Onder and Watts declarations supporting objection to motion to dismiss (1.8); correspond with L. Parkins re same (.5); Call with M. Micheli and Parkins and Rubio re same (.3) review and revise draft motion to dismiss objection (6.3); correspond with Steering Committee re same (.4); Call with M. Micheli re motion to |

4

| | | | | | |
|---|---|---|---|---|---|
| | | | | | dismiss objection and supporting documents (.2); Call with K. Pasquale re same (.3) |
| ECF No. 1060, at 84 | Ryan Montefusco | Of Counsel | 10.30 | 05/26/23 | Correspond with L. Parkins re Onder declaration (.6); review and revise same (1.2); review and revise Watts declaration (1.6); review and finalize motion to dismiss objection (6.5); call with M. Micheli and M. Murphy re same (.2); Call with F. Farmer re same (.2) |
| ECF No. 1060, at 93 | Jillian A. McMillan | Associate | 6.70 | 05/09/23 | Draft memo re prepackaged asbestos plan's solicitation procedures in connection with analysis of same for LTL (4.2); review PG&E and Boy Scouts electronic voting process in connection with analysis of same for LTL (1.2); draft memo to M. Micheli re same (1.1); correspond with L. Miliotes re exculpation questions (.2) |
| ECF No. 1060, at 98 | Jillian A. McMillan | Associate | 7.30 | 05/13/23 | Review and revise solicitation procedures, order and exhibits (1.8); correspond with M. Micheli, clients, and M. Murphy re same (.5); attend calls with M. Micheli re solicitation procedures and plan issues (.8); draft summary of solicitation issues (.6); correspond with M. Micheli and M. Murphy re same (.2); review and revise plan issues list (3.0); correspond with M. Micheli and Parkins & Rubio re solicitation procedures (.2); attend call with Parkins & Rubio re solicitation procedures (.2) |
| ECF No. 1060, at 98 | Matt M. Murphy | Partner | 13.90 | 05/13/23 | Call with S. Heard and Ad Hoc Committee member regarding filed plan and TDP (.8); telephone call with Ad Hoc Committee regarding TDPs (.8); correspond with Ad Hoc Committee regarding same ( .3); |

5

| | | | | | |
|---|---|---|---|---|---|
| | | | | | review TDPs (4.5); review and edit plan and plan issues list (3.7); analyze related authority and precedents (1.3); calls with M. Micheli and J. McMillan regarding same and solicitation procedures (.8); further calls with M. Micheli regarding plan and TDP (.8); call with Ad Hoc Committee regarding same (.5); correspond with Ad Hoc Committee regarding same ( 4) |
| ECF No. 1060, at 102 | Matt M. Murphy | Partner | 7.90 | 05/15/23 | Telephone call with D. Prieto (Jones Day) regarding open plan and solicitation issues (.4); attend call with D. Prieto, J. Murdica, and M. Micheli regarding open plan issues (.3); continue to review and edit plan, proposed changes, and issues list (1.7); review findings regarding LTL1 and related rulings (.6); review revised TDP (.8); telephone calls with Jones Day regarding potential resolution of open issues (1.2); correspond with Ad Hoc Group regarding same (.8); review filed plan (1.2); update plan issues list (.5); call with K. Hansen, M. Micheli, L. Miliotes regarding plan updates (.4) |
| ECF No. 1060, at 111 | Sam Lawand | Associate | 8.90 | 05/29/23 | Analyze authority in support of objection to motion to exclude nonovarian claims (4.1); Draft objection re same (4.8) |
| ECF No. 1061, at 16 | Stacy L. Newman | Member | 6.00 | 05/08/23 | DRAFT REIMBURSEMENT AGREEMENT, MOTION TO APPROVE AND PROPOSED ORDER AND MULTIPLE CORRESPONDENCE WITH S. VAN AALTEN AND REVISIONS THERETO (5.6); REVIEW AHC RESPONSE TO MANDAMUS (.3); CORRESPONDENCE WITH |

6

| | | | | | |
|---|---|---|---|---|---|
| | | | | | AHC MEMBERS REGARDING CASE STATUS (.1) |
| ECF No. 1061, at 21 | PVR | Unidentified | 6.10 | 05/06/23 | CONFERENCES WITH S. CARNES, B. CHURBUCK AND L. MORTON RE: LTL REDACTION PROJECT AND PREPARE UNREDACTED AND REDACTED 2019 SCHEDULES FOR 9 LAW FIRMS |
| ECF No. 1061, at 23 | PVR | Unidentified | 11.80 | 05/08/23 | CONFERENCE CALLS AND EMAIL EXCHANGE WITH S. CARNES, B. CHURBUCK AND L. MORTON AND REVIEW, REVISE AND PREPARE REDACTED AND UNREDACTED 2019 SCHEDULES WITH LEGEND FOR ANDRES PEREIRA LAW FIRM, ANDREWS & THORNTON, HENINGER GARRISON DAVIS, LLC, JOHNSON LAW GROUP, LINVILLE LAW GROUP, MCDONALD WORLEY PC, NACHAWATI LAW FIRM, ONDERLAW, LLC, PAUL LLP, PULASKI KHERKHER, PLLC, RUEB STOLLER DANIEL, SINGLETON SCHREIBER, SLATER SLATER SCHULMAN LLP, TRAMMELL PC AND WATTS GUERRA LLP |
| ECF No. 1061, at 23 | Mark Tsukerman | Member | 7.80 | 05/08/23 | REVIEW OF NUMEROUS CASE PLEADINGS, INCLUDING DISMISSAL PLEADINGS FILED BY TCC, UST AND OTHERS; AND TCC'S MANDAMUS APPLICATION AND CLIENT'S DRAFT RESPONSE; AND BRIEFING RE: DIRECT CERTIFICATION OF STAY DECISION |

7

| ECF No. 1061, at 24 | SYC | Unidentified | 7.30 | 05/09/23 | CONTINUE TO REVISE, FINALIZE REDACTED AND UNREDACTED 2019 STATEMENT, EXHIBITS MOTION TO SEAL/PROPOSED ORDER/NOTICE; COORDINATE SERVICE OF SAME |
|---|---|---|---|---|---|
| ECF No. 1062, at 16 | Charles Rubio | Partner | 10.30 | 05/24/23 | Attend the deposition of M. Nachawati (4.3), call with M. Nachawati and L. Parkins following deposition to discuss deposition and related matters (1.6), work on comments to objection to motions to dismiss including researching standards under 1112(b) and reviewing the filed motions to dismiss (4.4) |
| ECF No. 1062, at 16 | Lenard Parkins | Partner | 10.30 | 05/24/23 | Attend the zoom deposition of M. Nachawati (4.3), call with M. Nachawati and C. Rubio following deposition to discuss deposition and related matters (1.6), work on comments to objection to motions to dismiss and reviewing the filed motions to dismiss by TCC and other parties (4.4) |
| ECF No. 1062, at 16 | Charles Rubio | Partner | 8.50 | 05/25/23 | Work session with L. Parkins to continue to work on comments to objection to motions to dismiss (5.3); work on comments to Onder declaration in support of same (.8); call with R. Montefusco and L. Parkins to discuss objections to motions to dismiss (.4), call with J. Onder to work on his declaration in connection with objection to motion to dismiss (1.0); further revise declaration and portions of the motion (.5); call with Streerco and Co-Counsel to discuss case status and the |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | response to the Motions to Dismiss (.5) |
| ECF No. 1062, at 25 | Charles Rubio | Partner | 13.00 | 05/13/23 | Call with Steerco and co-counsel to discuss plan and TDP (1.0); work on revised draft of the TDP with L. Parkins including addressing comments received from committee members and synthesizing two versions of the TDP together - one created by the AHC and one created by the Debtor (11.2); work on solicitation documents and circulate them to the Steerco and co-counsel (.8) |
| ECF No. 1062, at 25 | Lenard Parkins | Partner | 11.20 | 05/13/23 | Work on revised draft of the TDP with C. Rubio including addressing comments received from committee members and synthesizing two versions of the TDP together - one created by the Ad Hoc and one created by the Debtor (11.2) |
| ECF No. 1062, at 25 | Charles Rubio | Partner | 11.70 | 05/14/23 | Calls with J. Onder and L. Parkins to discuss status of TDP and Plan issues (.5); call with Steering Committee, cocounsel and J. Murdica (partial) to discuss TDP and Plan issues (2.1); work on revising the TDP and calls with L. Parkins, J. Onder and M. Nachawati regarding same and send out revised draft to K. Lounsberry (Barnes and Thornburg) (8.2), call with M. Nachawati to discuss status of case (.9) |
| ECF No. 1166, at 34 | Kris Hansen | Partner | 14.00 | 06/27/23 | Review exhibits and certain submissions in preparation for trial (2.9); draft notes in connection with trial preparation (2.8); attend motion to dismiss trial (8.3) |
| ECF No. 1166, at 35 | Kris Hansen | Partner | 13.50 | 06/28/23 | Review certain submissions in preparation for trial (1.7); draft notes in connection with trial |

9

| | | | | | |
|---|---|---|---|---|---|
| | | | | | preparation (3.0); attend motion to dismiss trial (8.8) |
| ECF No. 1166, at 62 | Ryan Montefusco | Of Counsel | 11.20 | 06/16/23 | Prepare plan and related issues/task list for motion to dismiss trial (1.3); correspond with W. Farmer re cross examination outlines (.5); review and revise pre-trial stipulation (1.4); correspond with K. Whitner, K. Hansen and Jones Day re same (1.3); review and revise Watts declaration (2.2); review and revise Onder declaration (3.8); call with K. Whitner, W. Farmer, and M. Whalen re trial prep (.5); call with M. Murphy re same (.2) |
| ECF No. 1166, at 81 | Ryan Montefusco | Of Counsel | 14.40 | 06/25/23 | Prepare parts of motion to dismiss sur-reply (7.9); analyze legal authority in support of same (2.6); review and supplement deposition designations and anticipated witness testimony (3.9) |
| ECF No. 1311-2, at 6 | M N Bales | Associate | 4.70 | 07/11/23 | Analyze committee members expenses from 2021 case (3.4); analyze committee members 2021 case fees (.9); draft summary to Rush regarding the same (.4). |
| ECF No. 1311-2, at 7 | P Lombardi | | 7.10 | 07/12/23 | Draft objection to substantial contribution motions (6.2); revise objection insert (.9). |
| ECF No. 1311-2, at 7 | A T Williams | | 7.00 | 07/12/23 | Draft objection to substantial contribution motions (6.90); communicate with Perez regarding same (.10). |
| ECF No. 1311-2, at 7 | I M Perez | | 6.60 | 07/17/23 | Revise draft of response to substantial contribution motions (6.20); communicate with Williams regarding same (.10); communications with Williams, Lombardi, Smith regarding same (.30). |
| ECF No. 1311-2, at 14 | T B Lewis | | 12.00 | 07/07/23 | Participate in call with Prieto, Erens and others regarding |

10

| | | | | | |
|---|---|---|---|---|---|
| | | | | | revised disclosure statement (0.5); review and revise draft trust distribution procedures (11.3); emails with Prieto regarding same (.0.2). |
| ECF No. 1311-2, at 13 | T B Lewis | | 8.00 | 07/06/23 | Review and draft comments to trust distribution procedures (7.80); emails with Prieto regarding plan support letter (.20). |
| ECF No. 1311-2, at 22 | T B Lewis | | 6.50 | 07/19/23 | Review and draft comments to trust distribution procedures. |
| ECF No. 1311-2, at 13 | A P Johnson | | 7.30 | 07/06/23 | Revise disclosure statement (4.9); review same (.8); analyze precedent related to same (1.6). |
| ECF No. 1311-2, at 13 | N P Yearly | Associate | 6.40 | 07/05/23 | Draft objection to Maune Raichle vote preclusion motion (3.7); communicate internally concerning solicitation procedures workstream and next steps (0.4); research concerning plan related matters (2.0); analyze materials concerning same (0.3). |
| ECF No. 1311-2, at 16 | N P Yearly | Associate | 9.20 | 07/10/23 | Research concerning plan related matters (4.5); review solicitation materials (1.2); revise solicitation procedures motion (3.0); revise solicitation materials (0.3); correspondence with Tran, Ghaul regarding same (0.2). |
| ECF No. 1311-2, at 43 | J M Jones | Partner | 3.80 | 07/10/23 | Draft proposed findings of fact and review related evidentiary material (3.50); review and respond to memo from Villari concerning draft proposed findings of fact (.30). |
| ECF No. 1311-2, at 25 | G M Gordon | Partner | 4.40 | 07/25/23 | Telephone conference with Prieto regarding plan issues (.50); further telephone conferences with regarding same (.20); review emails from Prieto, Haas regarding plan issues (.30); review and respond to email from Prieto regarding same |

|  |  |  |  |  | (.20); analyze plan issues (.50); review and respond to further emails from Haas, Prieto regarding same (.20); draft and review emails to and from Haas regarding same (.30); draft and review emails to and from Prieto, Haas regarding potential plan amendments (.30); review and respond to email from Prieto regarding potential plan amendments (.20); review and comment on draft response to TCC letter on solicitation directive (1.30); review emails from Rosen, Lauria regarding disclosure statement issues (.20); review emails from Haas regarding potential plan amendment (.20). |
|---|---|---|---|---|---|