*Exhibit B:* LTL 2 (Case # 23-12825) - Hourly Rates by Advisor

| Advisor | Role | Total[1] | | | Senior[2] | | | Junior[3] | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Hours | Rate | Fees | Hours | Rate | Fees | Hours | Rate |
| Paul Hastings | Counsel to AHC | $6,275,068 | 4,600 | $1,364.09 | $3,944,808 | 2,318 | $1,701.74 | $2,330,260 | 2,282 | $1,021.10 |
| Brown Rudnick | Counsel to TCC | 9,729,679 | 8,489 | 1,146.1 | 7,660,204 | 5,740 | 1,334.6 | 2,069,475 | 2,749 | 752.7 |
| Jones Day | Counsel to Debtors | 14,369,319 | 13,745 | 1,045.5 | 10,362,309 | 8,008 | 1,294.0 | 4,007,010 | 5,737 | 698.5 |
| Otterbourg | Counsel to TCC | 3,828,953 | 3,833 | 998.9 | 3,117,061 | 2,673 | 1,166.0 | 711,893 | 1,160 | 613.9 |
| Anderson Kill | Counsel to TCC | 303,316 | 315 | 964.1 | 272,070 | 240 | 1,136.0 | 31,246 | 75 | 416.1 |
| Alix Partners | Financial Advisor to Debtors | 421,086 | 459 | 917.4 | 421,086 | 459 | 917.4 | NA | NA | NA |
| FTI Consulting | Financial Advisor to TCC | 4,621,215 | 5,646 | 818.5 | 3,188,631 | 3,031 | 1,051.9 | 1,432,584 | 2,615 | 547.9 |
| Massey & Gail | Counsel to TCC | 2,137,547 | 2,716 | 787.0 | 1,651,998 | 1,656 | 997.6 | 485,549 | 1,060 | 458.1 |
| Genova Burns | Local Counsel to TCC | 1,137,165 | 1,828 | 622.2 | 1,071,440 | 1,568 | 683.3 | 65,725 | 260 | 253.3 |
| Bates White | Financial Advisor to Debtors | 3,110,992 | 5,399 | 576.2 | 1,213,347 | 1,339 | 906.4 | 1,897,645 | 4,061 | 467.3 |
| Total | | $45,934,338 | 47,029 | $976.7 | $32,902,952 | 27,032 | $1,217.2 | $13,031,386 | 19,998 | $651.7 |
| w/ Discretionary | | | | | | | | | | |
| Houlihan Lokey | Investment Banker to TCC | 3,366,496 | 2,486 | $1,354.2 | | | | | | |
| w/o Discretionary | | | | | | | | | | |
| Houlihan Lokey | Investment Banker to TCC | 1,366,496 | 2,486 | $549.7 | | | | | | |

Note: The LTL 2 hours and fees shown were sourced from the Final Fee Applications of the advisors including Bates White (Doc. No. 1324), Jones Day (Doc. No 1327), Genova Burns (Doc. No. 1338), Brown Rudnick (Doc. No. 1339), Massey & Gail (Doc. No. 1341), Anderson Kill (Doc. No. 1344), Alix Partners (Doc. No. 1351), Otterbourg (Doc. No. 1357), FTI Consulting (Doc. No. 1360), and Paul Hastings (Doc. No. 1367)
(1) Travel hours (which were billed at half of the usual rate) were included
(2) Professionals categorized as "Senior" as follows: i) Law Firms: Partner and Counsel and ii) Financial Professionals: Managing Director, Director, Senior Vice President, Vice President, Partner, Senior Managing Director, Senior Director Director, Principal, Managing Economist, and Managing Consultant
(3) Professionals categorized as "Junior" as follows: i) Law Firms: Associate, Paralegal, Case Assistant, Law Clerk, Staff Attorney, Project Manager, and Librarian and ii) Financial Professionals: Consultant, Manager, Associate, Analyst, Economist, Consultant, Engineer, Project Assistant, and Project Coordinator

*Exhibit C:* LTL 1 (Case # 21-30589) - Hourly Rates by Advisor

| Advisor | Role | Total[1] Fees | Total[1] Hours | Total[1] Rate | Senior[2] Fees | Senior[2] Hours | Senior[2] Rate | Junior[3] Fees | Junior[3] Hours | Junior[3] Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| Paul Hastings | No Role | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Brown Rudnick[4] | Counsel to TCC | 19,085,418 | 18,157 | 1,051.1 | 15,292,408 | 12,765 | 1,198.0 | 3,793,010 | 5,392 | 703.5 |
| Jones Day[5] | Counsel to Debtors | 29,020,981 | 29,733 | 976.1 | 19,466,596 | 16,384 | 1,188.2 | 9,554,385 | 13,349 | 715.7 |
| Otterbourg[6] | Counsel to TCC | 6,276,903 | 6,382 | 983.6 | 4,783,290 | 4,004 | 1,194.5 | 1,493,613 | 2,377 | 628.3 |
| Anderson Kill[7] | Counsel to TCC | 1,766,896 | 2,400 | 736.1 | 1,260,062 | 1,234 | 1,021.2 | 506,834 | 1,167 | 434.5 |
| Alix Partners[8] | Financial Advisor to Debtors | 2,031,033 | 2,520 | 805.9 | 2,004,477 | 2,456 | 816.1 | 26,556 | 64 | 414.3 |
| FTI Consulting[9] | Financial Advisor to TCC | 9,779,788 | 12,890 | 758.7 | 6,456,898 | 6,749 | 956.7 | 3,322,890 | 6,140 | 541.2 |
| Massey & Gail[10] | Counsel to TCC | 2,597,174 | 2,905 | 894.1 | 2,525,930 | 2,738 | 922.7 | 71,243 | 167 | 425.8 |
| Genova Burns[11] | Local Counsel to TCC | 1,959,380 | 3,307 | 592.5 | 1,859,435 | 2,829 | 657.4 | 99,945 | 478 | 208.9 |
| Bates White[12] | Financial Advisor to Debtors | 6,316,361 | 12,285 | 514.1 | 2,487,858 | 3,187 | 780.7 | 3,828,503 | 9,098 | 420.8 |
| **Total** | | **$78,833,932** | **90,578** | **$870.3** | **$56,136,953** | **52,345** | **$1,072.4** | **$22,696,978** | **38,233** | **$593.6** |
| | | | | | | | | | | |
| Houlihan Lokey | Investment Banker to TCC | $3,269,765 | 5,725 | $571.1 | | | | | | |

Note: No Final Fee Applications were filed in connection with LTL 1; total fees and hours reflect figures publicly available on the docket
(1) Travel hours (which were billed at half of the usual rate) were included
(2) Professionals categorized as "Senior" as follows: i) Law Firms: Partner and Counsel and ii) Financial Professionals: Managing Director, Director, Senior Vice President, Vice President, Partner, Senior Managing Director, Senior Director Director, Principal, Managing Economist, and Managing Consultant
(3) Professionals categorized as "Junior" as follows: i) Law Firms: Associate, Paralegal, Case Assistant, Law Clerk, Staff Attorney, Project Manager, and Librarian and ii) Financial Professionals: Consultant, Manager, Associate, Analyst, Economist, Consultant, Engineer, Project Assistant, and Project Coordinator
(4) Includes hours and fees reflected in each of the Interim Fee Applications (Doc. No. 1761, Doc. No. 2579, Doc. No. 3388) and the Monthly Fee Statements (Doc. No. 3273, Doc. No. 3441, Doc. No. 3596, Doc. No. 3738, Doc. No. 3842)
(5) Includes hours and fees reflected in each of the Interim Fee Applications (Doc. No. 2360, Doc. No. 2604, Doc. No. 3406) and the Monthly Fee Statements (Doc. No. 3448, Doc. No. 3795, Doc. No. 3815, Doc. No. 3844)
(6) Includes hours and fees reflected in each of the Interim Fee Applications (Doc. No. 1763, Doc. No. 2588, Doc. No. 3401) and the Monthly Fee Statements (Doc. No. 3338, Doc. No. 3449, Doc. No. 3625, Doc. No. 3724, Doc. No. 3901)
(7) Includes hours and fees reflected in each of the Interim Fee Applications (Doc. No. 2623, Doc. No. 3384) and the Monthly Fee Statements (Doc. No. 3287, Doc. No. 3434, Doc. No. 3630, Doc. No. 3722, Doc. No. 3851); Anderson Kill did not file a Second Interim Fee Application, but its First Interim Fee Application listed hours and fees for this period
(8) Includes hours and fees reflected in each of the Interim Fee Applications (Doc. No. 1771, Doc. No. 2599, Doc. No. 3300) and the Monthly Fee Statements (Doc. No. 3372, Doc. No. 3467, Doc. No. 3696, Doc. No. 3770, Doc. No. 3919)
(9) Includes hours and fees reflected in each of the Interim Fee Applications (Doc. No. 1755, Doc. No. 2583, Doc. No. 3390) and the Monthly Fee Statements (Doc. No. 3346, Doc. No. 3543, Doc. No. 3705, Doc. No. 3892, Doc. No. 3913)
(10) Includes hours and fees reflected in each of the Interim Fee Applications (Doc. No. 1776, Doc. No. 2582, Doc. No. 3392) and the Monthly Fee Statements (Doc. No. 3571, Doc. No. 3572, Doc. No. 3631, Doc. No. 3719, Doc. No. 3894)
(11) Includes hours and fees reflected in each of the Interim Fee Applications (Doc. No. 1758, Doc. No. 2577, Doc. No. 3383) and the Monthly Fee Statements (Doc. No. 3267, Doc. No. 3437, Doc. No. 3597, Doc. No. 3717, Doc. No. 3835)
(12) Includes hours and fees reflected in each of the Interim Fee Applications (Doc. No. 1778, Doc. No. 2597, Doc. No. 3377) and the Monthly Fee Statements (Doc. No. 3520, Doc. No. 3671, Doc. No. 3767, Doc. No. 3910, Doc. No. 3917)

*Exhibit D:* Reflects the Combined Totals of Fees and Hours in LTL 1 (Case # 21-30589) and LTL 2 (Case # 23-12825) - Hourly Rates by Advisor

| Advisor | Role | Total[1] | | | Senior[2] | | | Junior[3] | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Fees | Hours | Rate | Fees | Hours | Rate | Fees | Hours | Rate |
| Paul Hastings | Counsel to AHC | $6,275,068 | 4,600 | $1,364.09 | $3,944,808 | 2,318 | $1,701.74 | $2,330,260 | 2,282 | $1,021.10 |
| Brown Rudnick | Counsel to TCC | 28,815,097 | 26,646 | 1,081.4 | 22,952,612 | 18,505 | 1,240.4 | 5,862,485 | 8,141 | 720.1 |
| Jones Day | Counsel to Debtors | 43,390,300 | 43,477 | 998.0 | 29,828,905 | 24,392 | 1,222.9 | 13,561,395 | 19,086 | 710.6 |
| Otterbourg | Counsel to TCC | 10,105,856 | 10,215 | 989.3 | 7,900,351 | 6,678 | 1,183.1 | 2,205,505 | 3,537 | 623.6 |
| Anderson Kill | Counsel to TCC | 2,070,212 | 2,715 | 762.5 | 1,532,132 | 1,473 | 1,039.9 | 538,080 | 1,242 | 433.4 |
| Alix Partners | Financial Advisor to Debtors | 2,452,118 | 2,979 | 823.1 | 2,425,563 | 2,915 | 832.0 | 26,556 | 64 | 414.3 |
| FTI Consulting | Financial Advisor to TCC | 14,401,003 | 18,536 | 776.9 | 9,645,529 | 9,781 | 986.2 | 4,755,474 | 8,755 | 543.2 |
| Massey & Gail | Counsel to TCC | 4,734,721 | 5,621 | 842.4 | 4,177,928 | 4,394 | 950.9 | 556,792 | 1,227 | 453.7 |
| Genova Burns | Local Counsel to TCC | 3,096,545 | 5,135 | 603.1 | 2,930,875 | 4,397 | 666.6 | 165,670 | 738 | 224.5 |
| Bates White | Financial Advisor to Debtors | 9,427,353 | 17,685 | 533.1 | 3,701,205 | 4,526 | 817.8 | 5,726,148 | 13,159 | 435.2 |
| **Total** | | **$124,768,270** | **137,608** | **$906.7** | **$89,039,905** | **79,377** | **$1,121.7** | **$35,728,364** | **58,231** | **$613.6** |
| **w/ Discretionary** | | | | | | | | | | |
| Houlihan Lokey | Investment Banker to TCC | $6,636,261 | $8,211 | $808.2 | | | | | | |
| **w/o Discretionary** | | | | | | | | | | |
| Houlihan Lokey | Investment Banker to TCC | $4,636,261 | $8,211 | $564.6 | | | | | | |

Note: LTL 1 figures based on Interim Fee Applications and Monthly Fee Statements set forth in exhibit B; LTL 2 figures based on Final Fee Applications as set forth in exhibit A
(1) Travel hours (which were billed at half of the usual rate) were included
(2) Professionals categorized as "Senior" as follows: i) Law Firms: Partner and Counsel and ii) Financial Professionals: Managing Director, Director, Senior Vice President, Vice President, Partner, Senior Managing Director, Senior Director Director, Principal, Managing Economist, and Managing Consultant
(3) Professionals categorized as "Junior" as follows: i) Law Firms: Associate, Paralegal, Case Assistant, Law Clerk, Staff Attorney, Project Manager, and Librarian and ii) Financial Professionals: Consultant, Manager, Associate, Analyst, Economist, Consultant, Engineer, Project Assistant, and Project Coordinator