**Exhibit "A"**



**MILLER THOMSON LLP**
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

**T**  416.595.8500
**F**  416.595.8695
_____

**MILLERTHOMSON.COM**

## Account Summary and Remittance Form

**October 1, 2023**

Invoice Number 3930063

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention:  David Molton, Counselor at Law

**Re:    Johnson & Johnson - Talc Litigation (2023)**
**Our File No. 0265758.0002**

| | |
|---|---:|
| **Fees:** | **$6,302.50** |
| **Total Amount Due** | **$6,302.50** |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



**MILLER THOMSON LLP**
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

**T** 416.595.8500
**F** 416.595.8695

_____

MILLERTHOMSON.COM

**October 1, 2023**

Invoice Number 3930063

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention: David Molton, Counselor at Law

To Professional Services Rendered in connection with the following matter(s) including:

**Re:    Johnson & Johnson - Talc Litigation (2023)
        Our File No. 0265758.0002**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/01/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| 09/05/2023 | JCC | Correspondence with Susan Sieger-Grimm, Sunni Beville, Jonathan Massey regarding appeal; | 0.20 |
| 09/06/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| 09/06/2023 | JCC | Attend TCC meeting regarding appeal; | 0.70 |
| 09/07/2023 | GF | Review Canadian Information Officer motion record regarding potential appeal issues; | 0.40 |
| 09/08/2023 | JCC | Correspondence with Susan Sieger-Grimm, Moshe Maimon, Jonathan Massey, Jeff Lamken re appeal; | 0.30 |
| 09/11/2023 | MF | Review Motion Record of Foreign Representative and reporting email to J Carhart in respect of appeal; | 0.40 |
| 09/11/2023 | JCC | Correspondence with Monica Faheim, Brown Rudnick and Otterbourg regarding appeal; | 0.30 |
| 09/11/2023 | JCC | Correspondence with Dan Stolz, Sunni Beville regarding appeal; | 0.10 |
| 09/12/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding | 0.10 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | appeal process; | |
| 09/13/2023 | JCC | Correspondence with Susan Sieger-Grimm and Gerard Cicero regarding appeal; | 0.20 |
| 09/13/2023 | JCC | Correspondence with Monica Faheim regarding motion in Canadian CCAA proceeding in respect of appeal; | 0.20 |
| 09/14/2023 | JCC | Correspondence with Susan Sieger-Grimm, Jonathan Massey, Leigh O'Dell regarding appeal; | 0.20 |
| 09/14/2023 | JCC | Correspondence with Brown Rudnick and Otterbourg regarding motion in Canadian CCAA proceeding in respect of appeal; | 0.10 |
| 09/15/2023 | JCC | Correspondence with Jon Massage, Michelle Parfitt, Dan Stolz regarding appeal; | 0.20 |
| 09/18/2023 | JCC | Correspondence with Susan Sieger-Grimm re appeal; | 0.10 |
| 09/19/2023 | GF | Appear for TCC at hearing to dismiss Canadian recognition hearing re issues that may affect appeal; report to TCC; | 1.20 |
| 09/19/2023 | JCC | Correspondence with Jonathan Massey, Susan Sieger-Grimm, Michael Winograd regarding appeal; | 0.20 |
| 09/20/2023 | JCC | Correspondence with Jonathan Massey, Susan Sieger-Grimm regarding appeal; | 0.20 |
| 09/20/2023 | JCC | Attend TCC meeting regarding appeal; | 0.50 |
| 09/21/2023 | JCC | Correspondence with Susan Sieger-Grimm, Jonathan Massey regarding appeal; | 0.20 |
| 09/22/2023 | JCC | Correspondence with Susan Sieger-Grimm, Saul Burian, Richard Golomb regarding appeal; | 0.20 |
| 09/25/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.20 |
| 09/26/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| 09/27/2023 | JCC | Attend TCC meeting regarding appeal; | 0.40 |
| | | **Total Hours** | **6.90** |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



MILLER THOMSON
AVOCATS | LAWYERS

Page 3

Invoice 3930063

**Our Fee:** **6,302.50**

| TK ID | Initials | Name | Title | Rate | Hours | Amount |
|-------|----------|------|-------|------|-------|--------|
| 01208 | GF | G. Finlayson | Partner | $990.00 | 1.60 | $1,584.00 |
| 00615 | JCC | J. Carhart | Partner | $925.00 | 4.90 | $4,532.50 |
| 02853 | MF | M. Faheim | Associate | $465.00 | 0.40 | $186.00 |

**Total Amount Due** **$6,302.50**

E.&O.E.

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.