**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON OCTOBER 18, 2023 AT 10:00 A.M.**

*At the direction of the Court, the hearing will be held via Zoom only. All parties who intend to present argument should contact Chambers at chambers_of_mbk@njb.uscourts.gov and provide the name and email address of the speaker, as well as provide information regarding the party the speaker represents and/or the purpose of the appearance.*
*Parties are directed to https://www.njb.uscourts.gov/LTL for observing via Zoom.*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**UNCONTESTED MATTERS GOING FORWARD:**

1. First Interim and Final Fee Application of Cole Schotz P.C., Ad Hoc Committee of Supporting Counsel, for the Period April 18, 2023 Through August 11, 2023 [Dkt. 1364].

   **Status: This matter is going forward.**

   Objection Deadline: October 2, 2023.

   Related Documents: None.

   Objections: None.

2. Final Application for Allowance of Compensation and Reimbursement of Expenses of Parkins & Rubio LLP, Ad Hoc Committee of Supporting Counsel for the Period from April 18, 2023 Through August 11, 2023 [Dkt. 1365].

   **Status: This matter is going forward.**

   Objection Deadline: October 2, 2023.

   Related Documents: None.

   Objections: None.

3. First Interim and Final Fee Application of Paul Hastings LLP, Counsel to Ad Hoc Committee of Supporting Counsel, for the Period April 18, 2023 Through August 11, 2023 [Dkt. 1367].

   **Status: This matter is going forward.**

   Objection Deadline: October 2, 2023.

   Related Documents: None.

   Objections: None.

**CONTESTED MATTERS GOING FORWARD:**

4. Joint Omnibus Motion of the Ad Hoc Committee of Certain Talc Claimants and the Official Committee of Talc Claimants for Allowance of Administrative Claims for Reimbursement of Expenses Incurred for the Period From April 4, 2023 Through April 14, 2023 (Prior to the Formation of the Official Committee of Talc Claimants) That Provided a Substantial Contribution in the Debtor's Case or, in the Alternative, Authorizing Retention of the TCC Professionals Effective as of the Petition Date [Dkt. 1241] (the "Substantial Contribution Motion").

    **Status: This matter is going forward.**

    Objection Deadline: October 11, 2023.

    Related Documents:

    A. Determination of Adjournment Request Granted [Dkt. 1284].

    B. Amended Joint Omnibus Reply of The TCC Professionals, The TCC Committee and the Ad Hoc Committee of Certain Talc Claimants in Support of (I) the Final Applications for Allowance of Fees and Reimbursement of Expenses for the Period of April 4, 2023 Through August 11, 2023 Filed by the TCC Professionals and (II) the TCC Committee and Ad Hoc Committee of Talc Claimants' Substantial Contribution Motion [Dkt. 1514] (the "Omnibus Reply").

    Objections:

    C. The United States Trustee's Objection to the Substantial Contribution Motion [Dkt. 1495].

    D. Debtor's Objection to the Substantial Contribution Motion [Dkt. 1510].

5. Semi-Final Application for Allowance of Fees and Reimbursement of Expenses to Genova Burns, LLC for the Period April 4, 2023 Through August 11, 2023 [Dkt. 1338] (the "Genova Burns Application").

    **Status: This matter is going forward.**

    Objection Deadline: October 5, 2023.

    Related Documents:

    A. Supplement and Amendment to Disbursements Requested in Final Application for Compensation of Genova Burns LLC Filed September 8, 2023 [Dkt. 1439].

    B. The Omnibus Reply.

Objections:

    C.    United States Trustee's Omnibus Limited Objection to the Final Fee Applications Filed by Brown Rudnick, LLP, Genova Burns LLC, FTI Consulting, Inc., Massey & Gail, LLP, Miller Thompson LLP, MoloLamken LLP, and Otterbourg P.C. [Dkt. 1494] (the "UST Objection").

    D.    Debtor's Omnibus Objection to the Final Applications for Allowance of Fees and Reimbursement of Expenses for the Period of April 4, 2023 Through August 11, 2023 Filed by the TCC Professionals [Dkt. 1496] (the "Debtor's Objection").

6.    First and Final Application for Allowance of Fees and Reimbursement of Expenses of Brown Rudnick LLP, as Co-Counsel to the Official Committee of Talc Claimants for the Period April 4, 2023 Through and Including August 11, 2023 [Dkt. 1339] (the "Brown Rudnick Application").

**Status: This matter is going forward.**

Objection Deadline: October 5, 2023.

Related Documents:

    A.    The Omnibus Reply.

Objections:

    B.    The UST Objection.

    C.    The Debtor's Objection.

7.    Final Application of Massey & Gail LLP, Special Counsel to the Official Committee of Talc Claimants, for Allowance of Fees and Reimbursement of Expenses for the Period of April 4, 2023 Through August 11, 2023 [Dkt. 1341] (the "Massey & Gail Application").

**Status: This matter is going forward.**

Objection Deadline: October 5, 2023.

Related Documents:

    A.    The Omnibus Reply.

Objections:

    B.    The UST Objection.

    C.    The Debtor's Objection.

8. Semi-Final Interim Application for Allowance of Fees and Reimbursement of Expenses to Anderson Kill PC for the Period June 1, 2023 Through August 11, 2023 [Dkt. 1344] and Amended Semi-Final Interim Application for Allowance of Fees and Reimbursement of Expenses to Anderson Kill PC for the Period June 1, 2023 Through August 11, 2023 [Dkt. 1424] (together, the "Anderson Kill Application").

   **Status: This matter is going forward.**

   Objection Deadline: October 5, 2023.

   Related Documents:

   A.   The Omnibus Reply.

   Objections:

   B.   The Debtor's Objection.

9. Final Fee Application for Allowance of Fees and Reimbursement of Expenses to Houlihan Lokey Capital, Inc. as Investment Banker to the Official Committee of Talc Claimants for the Period From April 14, 2023 Through August 11, 2023 [Dkt. 1347] (the "Houlihan Lokey Application").

   **Status: This matter is going forward.**

   Objection Deadline: October 5, 2023.

   Related Documents:

   A.   The Omnibus Reply.

   Objections:

   B.   The Debtor's Objection.

10. Semi-Final Application for Allowance of Fees and Reimbursement of Expenses to Miller Thomson LLP [Dkt. 1349] (the "Miller Thomson Application").

    **Status: This matter is going forward.**

    Objection Deadline: October 5, 2023.

    Related Documents:

    A.   The Omnibus Reply.

<u>Objections</u>:

B.     The UST Objection.

C.     The Debtor's Objection.

11.     Application of Otterbourg P.C., as Co-Counsel for the Official Committee of Talc Claimants, for First and Final Allowance of Compensation and Reimbursement of Expenses From April 4, 2023 Through August 11, 2023 [Dkt. 1357] (the "<u>Otterbourg Application</u>").

**Status: This matter is going forward.**

<u>Objection Deadline</u>: October 5, 2023.

<u>Related Documents</u>:

A.     The Omnibus Reply.

<u>Objections</u>:

B.     The UST Objection.

C.     The Debtor's Objection.

12.     Hon. Royal Furgeson Final Fee Application for the Period May 19, 2023 Through August 11, 2023 [Dkt. 1358] (the "<u>Furgeson Application</u>").

**Status: This matter is going forward.**

<u>Objection Deadline</u>: October 5, 2023.

<u>Related Documents</u>:

A.     The Omnibus Reply.

<u>Objections</u>:

B.     The Debtor's Objection.

13. Prof. D. Theodore Rave Final Fee Application for the Period May 19, 2023 Through August 11, 2023 [Dkt. 1359] (the "Rave Application").

    **Status:  This matter is going forward.**

    Objection Deadline:  October 5, 2023.

    Related Documents:

    A. The Omnibus Reply.

    Objections:

    B. The Debtor's Objection.

14. Pre-Dismissal Final Application for Allowance of Fees and Reimbursement of Expenses to FTI Consulting, Inc. for the Period of April 4, 2023 Through August 11, 2023 [Dkt. 1360] (the "FTI Application").

    **Status:  This matter is going forward.**

    Objection Deadline:  October 5, 2023.

    Related Documents:

    A. The Omnibus Reply.

    Objections:

    B. The UST Objection.

    C. The Debtor's Objection.

15. MoloLamken LLP Final Fee Application for the Period of April 4, 2023 Through August 11, 2023 [Dkt. 1361] (the "MoloLamken Application").

    **Status:  This matter is going forward.**

    Objection Deadline:  October 5, 2023.

    Related Documents:

    A. The Omnibus Reply.

    Objections:

    B. The UST Objection.

    C. The Debtor's Objection.

16. Massey & Gail First Post Dismissal Monthly Fee Statement Covering the Period August 12, 2023 Through August 31, 2023 [Dkt. 1382] (the "Massey & Gail Statement").

    **Status: This matter is going forward.**

    Objection Deadline: September 29, 2023.

    Related Documents:

    A. MRHFM's Response to Debtor's Objections to Fee Requests of Anderson Kill and Massey & Gail and to Reimbursement Requests by TCC Member Representatives [Dkt. 1501] (the "MRHFM Response")

    B. The Omnibus Reply.

    Objections:

    C. Debtor's Limited Objection to the Massey & Gail Statement [Dkt. 1454].

17. Statement for Reimbursement of Expenses of Member Representatives of Talc Claimants from April Through July, 2023 [Dkt. 1391] (the "Committee Member Expense Motion").

    **Status: This matter is going forward.**

    Objection Deadline: October 5, 2023.

    Related Documents:

    A. The MRHFM Response.

    B. Omnibus Response of Official Committee of Talc Claimants in Support of Committee Member Expense Motion [Dkt. 1512].

    Objections:

    C. Debtor's Objection to the Committee Member Expense Motion [Dkt. 1477].

    D. United States Trustee's Objection to the Committee Member Expense Motion [Dkt. 1493].

18. Anderson Kill First Post-Dismissal Monthly Fee Statement for the Period From August 12, 2023 Through August 31, 2023 [Dkt. 1394] (the "Anderson Kill Statement").

   **Status: This matter is going forward.**

   Objection Deadline: October 4, 2023.

   Related Documents:

   A. The MRHFM Response.

   B. The Omnibus Reply.

   Objections:

   C. Debtor's Limited Objection to the Anderson Kill Statement [Dkt. 1478].

| | |
|---|---|
| Dated: October 16, 2023 | **WOLLMUTH MAHER & DEUTSCH LLP** |
| | /s/ Paul R. DeFilippo |
| | Paul R. DeFilippo, Esq. |
| | James N. Lawlor, Esq. |
| | Joseph F. Pacelli, Esq. (admitted *pro hac vice*) |
| | 500 Fifth Avenue |
| | New York, New York 10110 |
| | Telephone: (212) 382-3300 |
| | Facsimile: (212) 382-0050 |
| | pdefilippo@wmd-law.com |
| | jlawlor@wmd-law.com |
| | jpacelli@wmd-law.com |
| | |
| | **JONES DAY** |
| | Gregory M. Gordon, Esq. |
| | Brad B. Erens, Esq. |
| | Dan B. Prieto, Esq. |
| | Amanda Rush, Esq. |
| | 2727 N. Harwood Street |
| | Dallas, Texas 75201 |
| | Telephone: (214) 220-3939 |
| | Facsimile: (214) 969-5100 |
| | gmgordon@jonesday.com |
| | bberens@jonesday.com |
| | dbprieto@jonesday.com |
| | asrush@jonesday.com |
| | (Admitted *pro hac vice*) |
| | |
| | *ATTORNEYS FOR DEBTOR* |