| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GENOVA BURNS LLC<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>(973) 467-2700<br>Local Counsel to the Official Committee<br>of Talc Claimants<br>DANIEL M. STOLZ, ESQ.<br>DONALD W. CLARKE, ESQ. | |
| In Re:<br>LTL MANAGEMENT, LLC,<br><br>                                             Debtor. | Case No.:          23-12825<br><br>Chapter:            11<br><br>Hearing Date:<br><br>Judge:              MBK |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: Dkt. No. 233 – Application of Attorney Rachel S. Morse to Appear Pro Hac Vice and Dkt. No. 342 – Order Granting Application to Allow Attorney Rachel S. Morse to Appear Pro Hac Vice.

Date: October 18, 2023                      */s/ Donald W. Clarke* .
                                                               Signature