**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

IN RE: LTL Management LLC　　　　　APPLICANT: Massey & Gail LLP

CASE NO.: 23-12825 (MBK)　　　　　CLIENT: Official Committee of Talc Claimants

CHAPTER: 11　　　　　　　　　　　　CASE FILED: April 4, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

## SECTION I
## FEE SUMMARY

Second Post Dismissal Monthly Fee Statement Covering the Period
September 1, 2023 Through September 30, 2023

Post Dismissal Monthly Fee Statement No. 2

Summary of Accounts Requested for the Period from September 1, 2023 through September 30, 2023 (the "Second Post Dismissal Statement Period"):

| | |
|---|---|
| Total fees: | $ 141,996.00 |
| Total disbursements: | $ 0.00 |
| Minus 20% Holdback of Fees: | $ 28,399.20 |
| Amount Sought at this Time: | $ 113,596.80 |

6796259.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| **Jonathan Massey** | **1992** | **$1160.00** | **52.1** | **$60,436.00** |
| **Rachel Morse** | **2007** | **$860.00** | **9.8** | **$8,428.00** |
| **Bret Vallacher** | **2014** | **$775.00** | **3.6** | **$2,790.00** |
| **Matthew Layden** | **2019** | **$500.00** | **70.9** | **$35,450.00** |
| **Usama Ibrahim** | **2021** | **$485.00** | **63.8** | **$30,943.00** |
| **Rob Aguirre** | **N/A** | **$320.00** | **12.2** | **$3,904.00** |
| **Larry Goldman** | **N/A** | **$90.00** | **.5** | **$45.00** |
| **TOTAL FEES** | | | | **$141,996.00** |
| **BLENDED RATE** | | **$666.96** | **212.9** | |

Pursuant to the Amended Fee Procedures Order, currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $ 141,996.00 |
| Less: Holdback (20%) | -$ 28,339.20 |
| Total Fees Currently Payable | $ 113,596.80 |
| Add: Disbursements | $ 0.00 |
| **Total Payable This Invoice** | **$ 113,596.80** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---:|---:|
| Fee/Employment Application (B160) | 21.9 | $12,995.00 |
| Fee/Employment Objections (B170) | 3.6 | $3,462.00 |
| Appellate Briefs (L520) | 187.4 | $125,539.00 |
|  |  |  |
| **TOTAL** | **212.9** | **$141,996.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
|  | 0.00 |
| **TOTAL DISBURSEMENTS** | **0.00** |

I certify under penalty of perjury that the foregoing is true and correct.

/s/*Jonathan S. Massey*
Jonathan S. Massey

Dated: October 19, 2023