# EXHIBIT A



50 E. Washington St.  
Suite 400  
Chicago, IL 60602  
(312) 283-1590

1000 Maine Ave. SW  
Suite 450  
Washington, D.C. 20024  
(202) 652-4511

# PRIVILEGED & CONFIDENTIAL

October 10, 2023

**Official Committee of Talc Claimants**  
In re LTL Management, No 23-12825  
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 09-01-2023 - 09-30-2023

**RE: LTL Management Bankruptcy Official TCC II**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-01-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with TCC counsel re CA3 appeal schedule and procedure. | | | |
| 09-01-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Reviewing draft certification for direct appeal to CA3. | | | |
| 09-01-2023 | RA | B160 - Fee/Employment Application | 2.30 | 320.00 | 736.00 |
| | | Draft Final Fee Application and exhibits. | | | |
| 09-05-2023 | RA | B160 - Fee/Employment Application | 2.10 | 320.00 | 672.00 |
| | | Revise Final Fee Application and exhibits. | | | |
| 09-05-2023 | UI | L520 - Appellate Briefs | 3.40 | 485.00 | 1,649.00 |
| | | Research re appellate standard of review of Judge Kaplan's ruling on financial distress. | | | |
| 09-05-2023 | UI | L520 - Appellate Briefs | 0.30 | 485.00 | 145.50 |
| | | Discussion with J. Massey re legal strategy of appealing to the U.S. Court of Appeals for the Third Circuit. | | | |
| 09-05-2023 | LG | B160 - Fee/Employment Application | 0.50 | 90.00 | 45.00 |
| | | Review Final Fee Application cover sheet. | | | |
| 09-05-2023 | RSM | B160 - Fee/Employment Application | 0.20 | 860.00 | 172.00 |
| | | Correspondence with colleagues re final fee application work. | | | |
| 09-06-2023 | UI | L520 - Appellate Briefs | 1.40 | 485.00 | 679.00 |
| | | Research re appellate decisions reversing trial court's finding regarding financial distress. | | | |
| 09-06-2023 | UI | L520 - Appellate Briefs | 0.70 | 485.00 | 339.50 |
| | | Meeting with committee and co-counsel to discuss forthcoming legal strategy re possible Third Circuit appeal. | | | |
| 09-06-2023 | BV | L520 - Appellate Briefs | 0.60 | 775.00 | 465.00 |
| | | Meeting with committee members re appeal status and strategy. | | | |
| 09-06-2023 | UI | L520 - Appellate Briefs | 0.90 | 485.00 | 436.50 |
| | | Researching caselaw re bases for reversal pertaining to exceptions to dismissal under 1112(b)(2). | | | |
| 09-06-2023 | RSM | L520 - Appellate Briefs | 0.60 | 860.00 | 516.00 |
| | | Conference with committee representatives and co-counsel re next steps and strategies for appeal. | | | |
| 09-06-2023 | RSM | B160 - Fee/Employment Application | 2.80 | 860.00 | 2,408.00 |
| | | Worked on final fee application. | | | |
| 09-06-2023 | UI | L520 - Appellate Briefs | 0.80 | 485.00 | 388.00 |
| | | Research re appellate standard of review of Judge Kaplan's ruling on financial distress. | | | |
| 09-06-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Reviewing timetable and procedural appellate steps for discussion for TCC members and representatives. | | | |
| 09-06-2023 | JSM | L520 - Appellate Briefs | 0.60 | 1,160.00 | 696.00 |
| | | Zoom with TCC members and representatives to discuss appeal. | | | |
| 09-06-2023 | RA | B160 - Fee/Employment Application | 0.80 | 320.00 | 256.00 |
| | | Revise Final Fee Application and exhibits. | | | |
| 09-07-2023 | RA | B160 - Fee/Employment Application | 1.10 | 320.00 | 352.00 |
| | | Revise Final Fee Application and exhibits. | | | |
| 09-07-2023 | JSM | B160 - Fee/Employment Application | 1.20 | 1,160.00 | 1,392.00 |
| | | Reviewing final fee application in bankruptcy case. | | | |
| 09-07-2023 | UI | L520 - Appellate Briefs | 2.30 | 485.00 | 1,115.50 |
| | | Researching caselaw re bases for reversal pertaining to exceptions to dismissal under 1112(b)(2). | | | |
| 09-07-2023 | RSM | B160 - Fee/Employment Application | 0.30 | 860.00 | 258.00 |
| | | Correspondence with colleagues re final fee application. | | | |
| 09-07-2023 | RSM | B160 - Fee/Employment Application | 0.30 | 860.00 | 258.00 |
| | | Correspondence with co-counsel re final fee applications. | | | |
| 09-07-2023 | RSM | B160 - Fee/Employment Application | 0.10 | 860.00 | 86.00 |
| | | Confer with R. Aguirre re final fee application work. | | | |
| 09-07-2023 | RSM | B160 - Fee/Employment Application | 0.90 | 860.00 | 774.00 |
| | | Further revised draft final fee application. | | | |
| 09-07-2023 | RSM | B160 - Fee/Employment Application | 0.10 | 860.00 | 86.00 |
| | | Reviewed J. Massey revisions to draft final fee application. | | | |
| 09-07-2023 | JSM | B160 - Fee/Employment Application | 0.90 | 1,160.00 | 1,044.00 |
| | | Revising final fee application in bankruptcy case. | | | |
| 09-08-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel regarding LTL statement of issues and designations of record. | | | |
| 09-08-2023 | JSM | L520 - Appellate Briefs | 0.70 | 1,160.00 | 812.00 |
| | | Reviewing LTL statement of issues and designations of record. | | | |
| 09-08-2023 | JSM | L520 - Appellate Briefs | 0.50 | 1,160.00 | 580.00 |
| | | Analyzing possible additions to LTL statement of issues and designations of record. | | | |
| 09-08-2023 | JSM | L520 - Appellate Briefs | 0.60 | 1,160.00 | 696.00 |
| | | Analyzing research regarding legal authority for TCC continuation in response to LTL statement of issues. | | | |
| 09-08-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with TCC counsel re possible appellate arguments in response to LTL statement of issues. | | | |
| 09-08-2023 | RSM | B160 - Fee/Employment Application | 0.20 | 860.00 | 172.00 |
| | | Correspondence with colleagues re final fee application. | | | |
| 09-08-2023 | RSM | B160 - Fee/Employment Application | 0.30 | 860.00 | 258.00 |
| | | Further revised final fee application. | | | |
| 09-08-2023 | RSM | B160 - Fee/Employment Application | 0.40 | 860.00 | 344.00 |
| | | Correspondence with co-counsel re final fee applications. | | | |
| 09-08-2023 | RSM | B160 - Fee/Employment Application | 0.70 | 860.00 | 602.00 |
| | | Worked on ensuring Committee's ability to review and approve all counsels' final fee applications. | | | |
| 09-08-2023 | RSM | B160 - Fee/Employment Application | 0.40 | 860.00 | 344.00 |
| | | Worked on monthly fee statement for August 12-31 services. | | | |
| 09-08-2023 | JSM | B160 - Fee/Employment Application | 0.60 | 1,160.00 | 696.00 |
| | | Reviewing final fee application in bankruptcy case. | | | |
| 09-08-2023 | RA | B160 - Fee/Employment Application | 1.30 | 320.00 | 416.00 |
| | | Finalize Final Fee Application and exhibits. | | | |
| 09-08-2023 | RA | B160 - Fee/Employment Application | 1.80 | 320.00 | 576.00 |
| | | Assemble all TCC monthly/final fee applications and add to FTP for all counsel. | | | |
| 09-09-2023 | RSM | B160 - Fee/Employment Application | 0.10 | 860.00 | 86.00 |
| | | Reviewed J. Massey comments on August 12-31 fee statement. | | | |
| 09-11-2023 | UI | L520 - Appellate Briefs | 1.10 | 485.00 | 533.50 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Meeting with M. Layden re preparing designations of record for Third Circuit appeal. | | | |
| 09-11-2023 | UI | L520 - Appellate Briefs | 0.70 | 485.00 | 339.50 |
| | | Preparing list of designations of record for Third Circuit appeal. | | | |
| 09-11-2023 | ML | L520 - Appellate Briefs | 1.10 | 500.00 | 550.00 |
| | | Meeting with U. Ibrahim re preparing designations of record for Third Circuit appeal. | | | |
| 09-11-2023 | ML | L520 - Appellate Briefs | 4.20 | 500.00 | 2,100.00 |
| | | Researching legal argument in preparation for Third Circuit appeal. | | | |
| 09-12-2023 | ML | L520 - Appellate Briefs | 3.20 | 500.00 | 1,600.00 |
| | | Preparing counter-designation of record for Third Circuit Appeal. | | | |
| 09-12-2023 | ML | L520 - Appellate Briefs | 0.50 | 500.00 | 250.00 |
| | | Meeting with U. Ibrahim re preparing designations of record for Third Circuit appeal. | | | |
| 09-12-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with TCC counsel regarding CA3 timetable. | | | |
| 09-12-2023 | RSM | B160 - Fee/Employment Application | 0.10 | 860.00 | 86.00 |
| | | Correspondence with colleagues re UST request re final fee application. | | | |
| 09-12-2023 | RSM | B160 - Fee/Employment Application | 0.10 | 860.00 | 86.00 |
| | | Correspondence with UST re request re final fee application. | | | |
| 09-12-2023 | JSM | L520 - Appellate Briefs | 2.80 | 1,160.00 | 3,248.00 |
| | | Reviewing additional designations of record for Rule 8009 submission. | | | |
| 09-12-2023 | BV | L520 - Appellate Briefs | 0.60 | 775.00 | 465.00 |
| | | Analyzing draft response to Ad Hoc Committee's Motion for Leave to Appeal and accompanying correspondence from co-counsel. | | | |
| 09-12-2023 | BV | L520 - Appellate Briefs | 0.30 | 775.00 | 232.50 |
| | | Discussing research topics stemming from LTL's designation of issues with J. Massey. | | | |
| 09-12-2023 | UI | L520 - Appellate Briefs | 0.50 | 485.00 | 242.50 |
| | | Meeting with M. Layden re preparing designations of record for Third Circuit appeal. | | | |
| 09-13-2023 | UI | L520 - Appellate Briefs | 4.80 | 485.00 | 2,328.00 |
| | | Drafting designations of record for Third Circuit appeal. | | | |
| 09-13-2023 | UI | L520 - Appellate Briefs | 0.40 | 485.00 | 194.00 |
| | | Meeting with committee and co-counsel to discuss forthcoming legal strategy re possible Third Circuit appeal. | | | |
| 09-13-2023 | BV | L520 - Appellate Briefs | 0.30 | 775.00 | 232.50 |
| | | Meeting with committee members re appeal status and strategy. | | | |
| 09-13-2023 | JSM | L520 - Appellate Briefs | 3.40 | 1,160.00 | 3,944.00 |
| | | Reviewing additional designations of record for Rule 8009 submission. | | | |
| 09-13-2023 | RSM | L520 - Appellate Briefs | 0.30 | 860.00 | 258.00 |
| | | Conference with co-counsel and committee representatives re next steps for appeal. | | | |
| 09-13-2023 | RSM | B160 - Fee/Employment Application | 0.10 | 860.00 | 86.00 |
| | | Reviewed draft monthly fee statement for August 12-31 services. | | | |
| 09-13-2023 | UI | L520 - Appellate Briefs | 0.40 | 485.00 | 194.00 |
| | | Meeting with M. Layden re preparing designations of record for Third Circuit appeal. | | | |
| 09-13-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | Zoom with TCC representatives and members to discuss appeal, strategy, and next steps. | | | |
| 09-13-2023 | JSM | L520 - Appellate Briefs | 1.10 | 1,160.00 | 1,276.00 |
| | | Revising counterstatement of issues on appeal. | | | |
| 09-13-2023 | ML | L520 - Appellate Briefs | 0.40 | 500.00 | 200.00 |
| | | Meeting with U. Ibrahim re preparing designations of record for Third Circuit appeal. | | | |
| 09-13-2023 | ML | L520 - Appellate Briefs | 0.40 | 500.00 | 200.00 |
| | | Attending weekly committee meeting discussing appellate issues. | | | |
| 09-13-2023 | ML | L520 - Appellate Briefs | 4.70 | 500.00 | 2,350.00 |
| | | Preparing counter-designation of record for Third Circuit Appeal. | | | |
| 09-13-2023 | RA | B160 - Fee/Employment Application | 1.20 | 320.00 | 384.00 |
| | | Draft M&G's First Post Dismissal Monthly Fee Application. | | | |
| 09-13-2023 | RA | B160 - Fee/Employment Application | 0.20 | 320.00 | 64.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Finalize M&G's August 12-21, 2023 First Post Dismissal Monthly Fee Application for filing. | | | |
| 09-14-2023 | RA | B160 - Fee/Employment Application | 0.60 | 320.00 | 192.00 |
| | | Revised M&G's First Post Dismissal Monthly Fee Application. | | | |
| 09-14-2023 | ML | L520 - Appellate Briefs | 8.30 | 500.00 | 4,150.00 |
| | | Preparing counter-designation of record for Third Circuit Appeal. | | | |
| 09-14-2023 | JSM | L520 - Appellate Briefs | 4.30 | 1,160.00 | 4,988.00 |
| | | Reviewing additional designations of record for Rule 8009 submission. | | | |
| 09-14-2023 | JSM | L520 - Appellate Briefs | 0.60 | 1,160.00 | 696.00 |
| | | Email communication with TCC counsel regarding the need for a court order under Bankruptcy Rule 8006(c). | | | |
| 09-14-2023 | UI | L520 - Appellate Briefs | 8.30 | 485.00 | 4,025.50 |
| | | Drafting designations of record for Third Circuit appeal. | | | |
| 09-15-2023 | UI | L520 - Appellate Briefs | 2.30 | 485.00 | 1,115.50 |
| | | Drafting designations of record for Third Circuit appeal. | | | |
| 09-15-2023 | JSM | L520 - Appellate Briefs | 3.40 | 1,160.00 | 3,944.00 |
| | | Reviewing additional designations of record for Rule 8009 submission. | | | |
| 09-15-2023 | RSM | L520 - Appellate Briefs | 0.10 | 860.00 | 86.00 |
| | | Reviewed draft counterstatement of issues on appeal and related correspondence with co-counsel and committee representatives. | | | |
| 09-15-2023 | JSM | L520 - Appellate Briefs | 0.50 | 1,160.00 | 580.00 |
| | | Revising counterstatement of issues on appeal. | | | |
| 09-15-2023 | ML | L520 - Appellate Briefs | 6.40 | 500.00 | 3,200.00 |
| | | Preparing counter-designation of record for Third Circuit Appeal. | | | |
| 09-15-2023 | RA | B160 - Fee/Employment Application | 0.20 | 320.00 | 64.00 |
| | | Revise M&G's August 12-31, 2023 First Post Dismissal Monthly Fee Application for filing. | | | |
| 09-15-2023 | ML | L520 - Appellate Briefs | 1.40 | 500.00 | 700.00 |
| | | Preparing draft statement of issues on appeal and counter-designation of record for Third Circuit Appeal. | | | |
| 09-18-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing debtor's proposed order re certification of direct appeal to CA3. | | | |
| 09-18-2023 | ML | L520 - Appellate Briefs | 6.70 | 500.00 | 3,350.00 |
| | | Preparing counter-designation of record for Third Circuit Appeal. | | | |
| 09-18-2023 | JSM | L520 - Appellate Briefs | 2.80 | 1,160.00 | 3,248.00 |
| | | Revising counterstatement of issues and additional designations of record for appeal. | | | |
| 09-18-2023 | UI | L520 - Appellate Briefs | 1.10 | 485.00 | 533.50 |
| | | Drafting designations of record for Third Circuit appeal. | | | |
| 09-19-2023 | JSM | L520 - Appellate Briefs | 2.20 | 1,160.00 | 2,552.00 |
| | | Revising counterstatement of issues and additional designations of record for appeal. | | | |
| 09-19-2023 | ML | L520 - Appellate Briefs | 2.80 | 500.00 | 1,400.00 |
| | | Preparing counter-designation of record for Third Circuit Appeal. | | | |
| 09-19-2023 | UI | L520 - Appellate Briefs | 2.80 | 485.00 | 1,358.00 |
| | | Drafting designations of record for Third Circuit appeal. | | | |
| 09-19-2023 | BV | L520 - Appellate Briefs | 0.80 | 775.00 | 620.00 |
| | | Reviewing statement of issues on appeals and counter designations (0.6); reviewing legal research by U. Ibrahim (0.2). | | | |
| 09-19-2023 | UI | L520 - Appellate Briefs | 2.30 | 485.00 | 1,115.50 |
| | | Reviewing Saul E. Burian's reports to identify appellate arguments as to LTL's bad faith for the affirmation of dismissal. | | | |
| 09-19-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Reviewing debtor's proposed order re certification of direct appeal to CA3. | | | |
| 09-19-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Reviewing AHC filing as to statement of issues and designations of record. | | | |
| 09-19-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Teleconference with M Winograd re debtor's proposed order regarding certification of appeal to CA3. | | | |
| 09-19-2023 | ML | L520 - Appellate Briefs | 2.40 | 500.00 | 1,200.00 |
| | | Analyzing In Re Bestwall, Inc. Fourth Circuit opinion for use in appellate arguments. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-20-2023 | ML | L520 - Appellate Briefs | 2.90 | 500.00 | 1,450.00 |
| | | Researching legal argument in preparation for Third Circuit appeal. | | | |
| 09-20-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Teleconference with Ericka Johnson (Ad Hoc Committee of States) re counterstatement of issues and designations of record for appeal. | | | |
| 09-20-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel and representatives re counterstatement of issues and designations of record for appeal. | | | |
| 09-20-2023 | JSM | L520 - Appellate Briefs | 0.50 | 1,160.00 | 580.00 |
| | | Zoom with TCC members and representatives regarding appeal and next steps. | | | |
| 09-20-2023 | UI | L520 - Appellate Briefs | 1.20 | 485.00 | 582.00 |
| | | Reviewing Saul E. Burian's reports to identify appellate arguments as to LTL's bad faith for the affirmation of dismissal. | | | |
| 09-20-2023 | UI | L520 - Appellate Briefs | 0.80 | 485.00 | 388.00 |
| | | Drafting designations of record for Third Circuit appeal. | | | |
| 09-20-2023 | UI | L520 - Appellate Briefs | 0.20 | 485.00 | 97.00 |
| | | Meeting with J. Massey and M. Layden re legal questions re the continued existence of the TCC. | | | |
| 09-20-2023 | UI | L520 - Appellate Briefs | 1.70 | 485.00 | 824.50 |
| | | Meeting with M. Layden re legal questions re the continued existence of the TCC. | | | |
| 09-20-2023 | UI | L520 - Appellate Briefs | 1.20 | 485.00 | 582.00 |
| | | Research whether bankruptcy courts have the authority to review the continued existence of the TCC. | | | |
| 09-20-2023 | UI | L520 - Appellate Briefs | 0.60 | 485.00 | 291.00 |
| | | Meeting with committee and co-counsel to discuss forthcoming legal strategy re possible Third Circuit appeal. | | | |
| 09-20-2023 | BV | L520 - Appellate Briefs | 0.60 | 775.00 | 465.00 |
| | | Meeting with committee members re appeal status and strategy. | | | |
| 09-20-2023 | ML | L520 - Appellate Briefs | 0.60 | 500.00 | 300.00 |
| | | Attending weekly committee meeting discussing appellate issues. | | | |
| 09-20-2023 | JSM | L520 - Appellate Briefs | 1.40 | 1,160.00 | 1,624.00 |
| | | Revising counterstatement of issues and additional designations of record for appeal. | | | |
| 09-20-2023 | RSM | L520 - Appellate Briefs | 0.60 | 860.00 | 516.00 |
| | | Conference with committee representatives and co-counsel re appellate progress and strategy. | | | |
| 09-21-2023 | UI | L520 - Appellate Briefs | 0.60 | 485.00 | 291.00 |
| | | Research whether bankruptcy courts have the authority to review the continued existence of the TCC. | | | |
| 09-21-2023 | UI | L520 - Appellate Briefs | 0.90 | 485.00 | 436.50 |
| | | Drafting designations of record for Third Circuit appeal. | | | |
| 09-21-2023 | JSM | L520 - Appellate Briefs | 0.60 | 1,160.00 | 696.00 |
| | | Revising counterstatement of issues and additional designations of record for appeal. | | | |
| 09-21-2023 | JSM | L520 - Appellate Briefs | 4.30 | 1,160.00 | 4,988.00 |
| | | Revising draft response to LTL's expected CA3 petition for leave to appeal. | | | |
| 09-21-2023 | UI | L520 - Appellate Briefs | 3.20 | 485.00 | 1,552.00 |
| | | Research the statutory scope of a bankruptcy court's authority. | | | |
| 09-21-2023 | ML | L520 - Appellate Briefs | 2.30 | 500.00 | 1,150.00 |
| | | Reviewing counter-designation and statement of issues before filing. | | | |
| 09-22-2023 | UI | L520 - Appellate Briefs | 1.70 | 485.00 | 824.50 |
| | | Research whether Article I courts have the authority to review the continued existence of the TCC. | | | |
| 09-25-2023 | UI | L520 - Appellate Briefs | 2.30 | 485.00 | 1,115.50 |
| | | Research whether bankruptcy courts have the authority to review the continued existence of the TCC. | | | |
| 09-25-2023 | JSM | B170 - Fee/Employment Objections | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing bankruptcy court ruling on substantial contribution issues. | | | |
| 09-25-2023 | JSM | L520 - Appellate Briefs | 1.70 | 1,160.00 | 1,972.00 |
| | | Reviewing summary of Senate Judicial Committee hearing. | | | |
| 09-25-2023 | JSM | L520 - Appellate Briefs | 1.30 | 1,160.00 | 1,508.00 |
| | | Reviewing statements of issues and counter-designation of record by appellees in appeal of motion to dismiss order. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-25-2023 | ML | L520 - Appellate Briefs | 4.70 | 500.00 | 2,350.00 |
| | | Researching regarding the power of the bankruptcy court to maintain the TCC into an appeal after the petition has been dismissed. | | | |
| 09-26-2023 | JSM | L520 - Appellate Briefs | 2.40 | 1,160.00 | 2,784.00 |
| | | Reviewing researching on bankruptcy court's authority to provide for TCC's continued existence post-dismissal. | | | |
| 09-26-2023 | ML | L520 - Appellate Briefs | 3.60 | 500.00 | 1,800.00 |
| | | Researching legal issues associated with the continued existence of the TCC after the dismissal of the bankruptcy petition. | | | |
| 09-26-2023 | ML | L520 - Appellate Briefs | 0.70 | 500.00 | 350.00 |
| | | Analyzing the bankruptcy court's letter order regarding substantial contribution for language regarding the purpose of the TCC. | | | |
| 09-26-2023 | JSM | L520 - Appellate Briefs | 0.50 | 1,160.00 | 580.00 |
| | | Reviewing tentative post-trial ruling in Valadez case, 22CV012759. | | | |
| 09-26-2023 | UI | L520 - Appellate Briefs | 3.10 | 485.00 | 1,503.50 |
| | | Research whether bankruptcy courts have the authority to review the continued existence of the TCC. | | | |
| 09-26-2023 | UI | L520 - Appellate Briefs | 1.50 | 485.00 | 727.50 |
| | | Meeting with M. Layden re legal questions re the continued existence of the TCC. | | | |
| 09-27-2023 | UI | L520 - Appellate Briefs | 4.20 | 485.00 | 2,037.00 |
| | | Research whether bankruptcy courts have the authority to review the continued existence of the TCC. | | | |
| 09-27-2023 | BV | L520 - Appellate Briefs | 0.40 | 775.00 | 310.00 |
| | | Meeting with committee members re appeal status and strategy. | | | |
| 09-27-2023 | JSM | L520 - Appellate Briefs | 0.50 | 1,160.00 | 580.00 |
| | | Zoom with TCC members and representatives to discuss appeal and next steps. | | | |
| 09-27-2023 | JSM | L520 - Appellate Briefs | 0.50 | 1,160.00 | 580.00 |
| | | Reviewing rules and requirements for filing in Third Circuit with respect to petition for leave to appeal. | | | |
| 09-27-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC appellate counsel re response to LTL petition for leave to appeal in Third Circuit. | | | |
| 09-27-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with co-appellees re response to LTL petition for leave to appeal in Third Circuit. | | | |
| 09-27-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel re petition for leave to appeal in CA3. | | | |
| 09-27-2023 | ML | L520 - Appellate Briefs | 0.50 | 500.00 | 250.00 |
| | | Attending weekly committee meeting. | | | |
| 09-27-2023 | ML | L520 - Appellate Briefs | 2.90 | 500.00 | 1,450.00 |
| | | Researching legal precedent regarding the power of the bankruptcy court to maintain the TCC into an appeal after the petition has been dismissed. | | | |
| 09-27-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel re CA3 schedule. | | | |
| 09-27-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with counsel for co-appellees re CA3 schedule. | | | |
| 09-27-2023 | RSM | L520 - Appellate Briefs | 0.40 | 860.00 | 344.00 |
| | | Conference with committee members, representatives, and co-counsel re appeal strategy and next steps. | | | |
| 09-28-2023 | ML | L520 - Appellate Briefs | 3.10 | 500.00 | 1,550.00 |
| | | Researching legal precedent regarding the power of the bankruptcy court to maintain the TCC into an appeal after the petition has been dismissed. | | | |
| 09-28-2023 | ML | L520 - Appellate Briefs | 0.90 | 500.00 | 450.00 |
| | | Reviewing research memorandum regarding the continued existence of the TCC post-dismissal. | | | |
| 09-28-2023 | ML | L520 - Appellate Briefs | 1.90 | 500.00 | 950.00 |
| | | Researching legal issues regarding the propriety of raising new legal arguments in a subsequent appeal. | | | |
| 09-28-2023 | JSM | L520 - Appellate Briefs | 1.90 | 1,160.00 | 2,204.00 |
| | | Reviewing researching on bankruptcy court's authority to provide for TCC's continued existence post-dismissal. | | | |
| 09-28-2023 | JSM | L520 - Appellate Briefs | 2.20 | 1,160.00 | 2,552.00 |
| | | Drafting outline of argument re bankruptcy court's authority to provide for TCC's continued existence post- | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | dismissal. | | | |
| 09-28-2023 | UI | L520 - Appellate Briefs | 0.60 | 485.00 | 291.00 |
| | | Meeting with M. Layden re legal questions re the continued existence of the TCC. | | | |
| 09-28-2023 | UI | L520 - Appellate Briefs | 3.20 | 485.00 | 1,552.00 |
| | | Research whether bankruptcy courts have the authority to review the continued existence of the TCC. | | | |
| 09-29-2023 | UI | L520 - Appellate Briefs | 2.30 | 485.00 | 1,115.50 |
| | | Reviewing Saul E. Burian's reports to identify appellate arguments as to LTL's bad faith for the affirmation of dismissal. | | | |
| 09-29-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing LTL draft letter to stay district court appeals cases (docket nos. 23-10979 and 23-17597). | | | |
| 09-29-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with TCC counsel re LTL draft letter to stay district court appeals cases (docket nos. 23-10979 and 23-17597). | | | |
| 09-29-2023 | ML | L520 - Appellate Briefs | 4.30 | 500.00 | 2,150.00 |
| | | Researching legal issues associated with raising new legal arguments in a subsequent appeal. | | | |
| 09-29-2023 | RSM | B170 - Fee/Employment Objections | 0.20 | 860.00 | 172.00 |
| | | Reviewed LTL's objection to Massey & Gail appellate work. | | | |
| 09-29-2023 | RSM | B170 - Fee/Employment Objections | 0.30 | 860.00 | 258.00 |
| | | Analyzed issues re LTL's objection to Massey & Gail appellate work. | | | |
| 09-29-2023 | RSM | B170 - Fee/Employment Objections | 0.20 | 860.00 | 172.00 |
| | | Correspondence with colleagues re responding to LTL's objection to Massey & Gail appellate work. | | | |
| 09-29-2023 | JSM | B170 - Fee/Employment Objections | 0.80 | 1,160.00 | 928.00 |
| | | Reviewing LTL objection to M&G fee application. | | | |
| 09-29-2023 | JSM | B170 - Fee/Employment Objections | 0.50 | 1,160.00 | 580.00 |
| | | Email communication with M&G team re LTL objection to M&G fee application. | | | |
| 09-29-2023 | RA | B170 - Fee/Employment Objections | 0.60 | 320.00 | 192.00 |
| | | Assemble various monthly fee applications in preparation of our response to LTL's objection to our CA3 appellate work. | | | |
| 09-30-2023 | JSM | B170 - Fee/Employment Objections | 0.70 | 1,160.00 | 812.00 |
| | | Reviewing M&G retention application and fee applications in connection with LTL objection to M&G fee application. | | | |
| | | | | Total | 141,996.00 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Bret Vallacher | 3.60 | 2,790.00 |
| Jonathan Massey | 52.10 | 60,436.00 |
| Larry Goldman | 0.50 | 45.00 |
| Matthew Layden | 70.90 | 35,450.00 |
| Rachel Morse | 9.80 | 8,428.00 |
| Rob Aguirre | 12.20 | 3,904.00 |
| Usama Ibrahim | 63.80 | 30,943.00 |
| Total | | 141,996.00 |

| | |
|---|---|
| Total for this Invoice | 141,996.00 |