| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Kristopher M. Hansen (*admitted pro hac vice*)<br>Ryan P. Montefusco (*admitted pro hac vice*)<br><br>PAUL HASTINGS LLP<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Matthew M. Murphy (*admitted pro hac vice*)<br>Matthew Micheli (*admitted pro hac vice*)<br><br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Michael D. Sirota<br>Warren A. Usatine<br>Seth Van Aalten (*admitted pro hac vice*)<br>Justin Alberto (*admitted pro hac vice*)<br><br>PARKINS & RUBIO LLP<br>700 Milam, Suite 1300<br>Houston, Texas 77002<br>Lenard M. Parkins (*admitted pro hac vice*)<br>Charles M. Rubio (*admitted pro hac vice*)<br><br>*Counsel to Ad Hoc Committee of Supporting Counsel* | <br><br>**Order Filed on October 17, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

**ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES FOR PAUL HASTINGS LLP,
AS COUNSEL TO THE AD HOC COMMITTEE OF SUPPORTING COUNSEL**

**DATED: October 17, 2023**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

Page:      2
Debtor:    LTL Management LLC
Case No.:  23-12825 (MBK)
Caption:   ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR PAUL HASTINGS LLP, AS COUNSEL TO THE AD HOC COMMITTEE OF SUPPORTING COUNSEL, FOR THE PERIOD OF APRIL 18, 2023 THROUGH AUGUST 11, 2023

## FOR THE PERIOD OF APRIL 18, 2023 THROUGH AUGUST 11, 2023

The relief set forth on the following pages, numbered three (3) through four (4), is hereby

**ORDERED**

Page:     3
Debtor:   LTL Management LLC
Case No.: 23-12825 (MBK)
Caption:  ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR PAUL HASTINGS LLP, AS COUNSEL TO THE AD HOC COMMITTEE OF SUPPORTING COUNSEL, FOR THE PERIOD OF APRIL 18, 2023 THROUGH AUGUST 11, 2023

---

Upon consideration of the first interim and final application [Docket No. 1367] (the "Application") of Paul Hastings LLP ("Paul Hastings"), counsel to the Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel") for the final allowance of certain fees, including all holdbacks, and expenses for the period from April 18, 2023 through and including August 11, 2023 (the "Compensation Period"), filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 562] (the "Interim Compensation Order"); and the Court having jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334(b); and this matter being a core proceeding pursuant to 28 U.S.C. 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that adequate notice of the Application having been given, and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

2. Paul Hastings is allowed compensation on a final basis for services rendered during the Compensation Period and reimbursement for actual and necessary expenses incurred during the Compensation Period in the respective amounts of $6,275,067.50 and $148,615.29, including any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtor is authorized and directed to pay Paul Hastings one-hundred percent (100%) of the fees

Page: 4
Debtor: LTL Management LLC
Case No.: 23-12825 (MBK)
Caption: ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR PAUL HASTINGS LLP, AS COUNSEL TO THE AD HOC COMMITTEE OF SUPPORTING COUNSEL, FOR THE PERIOD OF APRIL 18, 2023 THROUGH AUGUST 11, 2023

and one-hundred percent (100%) of the expenses listed in Paragraph 2 above that have not yet been paid in satisfaction of the allowed fees for services rendered and expenses incurred during the Compensation Period.

4. This Order shall be effective and enforceable immediately upon its entry.

5. This Court shall retain jurisdiction over any matters related to the implementation or enforcement of this Order.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12825-MBK |
| LTL Management LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 17, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Oct 17 2023 20:57:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2023        Signature:        /s/Gustava Winters