UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-006

No. 23-8045

In re: LTL MANAGEMENT LLC,

Debtor

LTL Management LLC; Ad Hoc Committee of Supporting Counsel,

Petitioner

(D.N.J. Nos. 23-12825, 3-23-cv-10979, & 3-23-cv-17597)

Present: SHWARTZ, RESTREPO, and AMBRO, Circuit Judges

1. Petition for Permission to Appeal pursuant to 28 U.S.C. Section 158(d)(2) filed by Petitioners Ad Hoc Committee of Supporting Counsel and LTL Management LLC

2. Response filed by Respondent Official Committee of Talc Claimants

3. Response filed by Respondent Claimants represented by Arnold & Itkin LLP

Respectfully,
Clerk/lmr

_____ORDER_____

The foregoing Petition for Permission to Appeal pursuant to 28 U.S.C. Section 158(d)(2) filed by Petitioners Ad Hoc Committee of Supporting Counsel and LTL Management LLC, is **granted.**

The Clerk is directed to assign the resulting appeal(s) to the panel of Judges Shwartz, Restrepo, and Ambro once briefing is completed.

By the Court,

s/ Thomas L. Ambro
Circuit Judge

Dated: October 20, 2023
Lmr/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk