**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 533-1112<br>*Local Counsel for the Official*<br>*Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>Kenneth J. Aulet, Esq.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>kaulet@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br>And-<br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official*<br>*Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Co-Counsel for the Official Committee of Talc*<br>*Claimants* |
| In re:<br>LTL MANAGEMENT, LLC,[1]<br><br>                          Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

---

[1]    The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is
       501 George Street, New Brunswick, New Jersey 08933.

**SECOND POST-DISMISSAL MONTHLY FEE STATEMENT OF GENOVA BURNS LLC, AS LOCAL COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS, FOR <u>THE PERIOD SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023</u>**

GENOVA BURNS LLC ("Genova") submits this Second Post-Dismissal Monthly Fee Statement for Services Rendered and Expenses Incurred as Local Counsel to the Official Committee of Talc Claimants (the "Statement") for the period commencing September 1, 2023 and ending September 30, 2023 (the "Second Post-Dismissal Statement Period"), pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals entered on May 22, 2023 (the "Interim Compensation Order").

The billing invoices for the Statement Period are annexed hereto as Exhibit "A". These invoices detail the services performed. The fees sought in the within Statement Period is as follows:

| Fees | Less 20% | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|
| $13,732.50[2] | ($2,746.50) | $10,986.00 | $0.00 |

WHEREFORE, Genova respectfully requests interim payment of fees for this Statement Period in the sum $10,986.00, together with expenses of $0.00, for a total requested interim payment of $10,986.00, in accordance with the terms of the Interim Compensation Order.

**GENOVA BURNS LLC**
*Local Counsel to Official Committee
of Talc Claimants*

Dated:  October 27, 2023                         By:    */s/  Daniel M. Stolz*
                                                                DANIEL M. STOLZ

---

[2] The time of Gregory Kinoian, Esq. during this billing period is not included. Mr. Kinoian's time for this billing period will be included in subsequent bills.