# EXHIBIT A

GENOVA BURNS LLC

October 27, 2023
Invoice No.:    503383

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 9/05/23 | DMS | B110 | Review Prieto email regarding cert to 3rd Circuit. | .20 | 800.00 | 160.00 |
| 9/05/23 | DMS | B110 | Review AHC notice of appeal and emails with co-counsel regarding same. | .40 | 800.00 | 320.00 |
| 9/05/23 | DMS | B110 | Review Joint Certification of Appeal to Third Circuit. | .20 | 800.00 | 160.00 |
| 9/06/23 | DMS | B110 | Review Winograd update on direct appeal. | .20 | 800.00 | 160.00 |
| 9/06/23 | DMS | B110 | Review Joint Certification to Third Circuit. | .20 | 800.00 | 160.00 |
| 9/06/23 | DMS | B110 | Review Shipp Stay Order and send to co-counsel. | .30 | 800.00 | 240.00 |
| 9/06/23 | DMS | B110 | Email with Massey regarding AHC appeal role. | .30 | 800.00 | 240.00 |
| 9/07/23 | DMS | B110 | Review AHC transmittal of record and send to co-counsel. | .30 | 800.00 | 240.00 |
| 9/07/23 | DMS | B110 | Review debtor notice of issues on appeal. | .20 | 800.00 | 160.00 |
| 9/08/23 | DMS | B110 | Review Debtor's statement of issues on appeal and send to TCC. | .60 | 800.00 | 480.00 |
| 9/08/23 | DMS | B110 | Wrote to Court regarding adjournment of substantial contribution motion. | .50 | 800.00 | 400.00 |
| 9/08/23 | DMS | B110 | Review designation of record on appeal. | .30 | 800.00 | 240.00 |
| 9/08/23 | DMS | B110 | Emails with appellate counsel regarding issues and record. | .40 | 800.00 | 320.00 |
| 9/08/23 | DMS | B110 | Review Court Notice regarding record on appeal and send to co-counsel. | .30 | 800.00 | 240.00 |
| 9/08/23 | DMS | B110 | Emails with Lamken and co-counsel regarding res judicata. | .60 | 800.00 | 480.00 |
| 9/08/23 | SS | B110 | Reviewing debtors statement of issues on appeal, designation of the record, and related correspondence. | .20 | 275.00 | 55.00 |

**GENOVA BURNS LLC**

October 27, 2023
Invoice No.: 503383

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 9/11/23 | DMS | B110 | Review articles on appeal and emails with co-counsel regarding same. | .30 | 800.00 | 240.00 |
| 9/11/23 | DMS | B110 | Emails with Court regarding September 20th calendar and email to TCC. | .40 | 800.00 | 320.00 |
| 9/13/23 | DMS | B110 | Call with Winograd regarding Cert to Third Circuit. | .20 | 800.00 | 160.00 |
| 9/13/23 | DMS | B110 | TCC meeting. | .50 | 800.00 | 400.00 |
| 9/14/23 | DMS | B110 | Emails with WMD regarding expense backup. | .30 | 800.00 | 240.00 |
| 9/14/23 | DMS | B110 | Emails with WMD regarding backup for expenses. | .20 | 800.00 | 160.00 |
| 9/14/23 | DMS | B110 | Review designation of record from Massey. | .20 | 800.00 | 160.00 |
| 9/14/23 | SS | B110 | Reviewing counterstatement of issues on appeal. | .10 | 275.00 | 27.50 |
| 9/15/23 | DMS | B110 | Review and comment on counterstatement of issues from Massey. | .80 | 800.00 | 640.00 |
| 9/15/23 | DWC | B110 | Rvw counterstatement of designation; rvw emails with notes and proposals | 2.40 | 600.00 | 1,440.00 |
| 9/15/23 | LD | B160 | Finalize and file MG post dismissal fee statement for period August 12-31, 2023. | .40 | 250.00 | 100.00 |
| 9/15/23 | LD | B160 | Email MG first post-dismissal fee statement to debtor's counsel and UST. | .10 | 250.00 | 25.00 |
| 9/15/23 | LD | B160 | Prepare and file COS re MG first post dismissal monthly fee statement 8/12-8/31. | .50 | 250.00 | 125.00 |
| 9/17/23 | DMS | B110 | Email with US Trustee regarding record on appeal. | .30 | 800.00 | 240.00 |
| 9/19/23 | DMS | B110 | Emails with appellate team regarding Kaplan certification of appeal. | .30 | 800.00 | 240.00 |
| 9/19/23 | LD | B160 | Prepare draft Miller Thomson first post dismissal monthly fee statement. | 1.00 | 250.00 | 250.00 |
| 9/20/23 | DMS | B110 | Review WMD letter and Order cert appeal to Third Circuit. | .30 | 800.00 | 240.00 |

GENOVA BURNS LLC

October 27, 2023
Invoice No.:    503383

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 9/20/23 | DMS | B110 | Email with Massey regarding center designation of record and statement of issues. | .50 | 800.00 | 400.00 |
| 9/20/23 | DMS | B110 | Review consents to cert of appeal. | .20 | 800.00 | 160.00 |
| 9/20/23 | DMS | B110 | More emails with Massey regarding filing counterstatement. | .30 | 800.00 | 240.00 |
| 9/20/23 | DMS | B110 | Review Kaplan Order cert appeal. | .10 | 800.00 | 80.00 |
| 9/20/23 | DWC | B110 | Review statement of issues on appeal; circulate to LD for filing prep | .60 | 600.00 | 360.00 |
| 9/20/23 | LD | B160 | File AK's first post-dismissal monthly fee statement and email to parties. | .50 | 250.00 | 125.00 |
| 9/20/23 | LD | B160 | Call with MT re post-dismissal monthly statements re appeal. | .20 | 250.00 | 50.00 |
| 9/20/23 | LD | B160 | Finalize and file MT first post-dismissal monthly fee statement and email to parties. | .50 | 250.00 | 125.00 |
| 9/20/23 | LD | B160 | Prepare and file COS re AK and MT first post-dismissal monthly fee statements. | .40 | 250.00 | 100.00 |
| 9/21/23 | DMS | B110 | Review and comment on draft statement of issues and counter designation. | .50 | 800.00 | 400.00 |
| 9/21/23 | DMS | B110 | Emails with Massey regarding timing of filing. | .30 | 800.00 | 240.00 |
| 9/21/23 | DMS | B110 | Review A&I statement of issues. | .20 | 800.00 | 160.00 |
| 9/21/23 | DMS | B110 | Review Statement of Issues by Ad Hoc States. | .30 | 800.00 | 240.00 |
| 9/21/23 | DMS | B110 | Review US Trustee statement of issues and counter designation. | .30 | 800.00 | 240.00 |
| 9/21/23 | DMS | B110 | Review statement of issues and counter designation by NM and Miss. | .20 | 800.00 | 160.00 |
| 9/21/23 | DWC | B110 | Final revisions to counter statement; prep for filing | .60 | 600.00 | 360.00 |
| 9/21/23 | LD | B110 | File and serve Statement of Issues on Appeal. | .40 | 250.00 | 100.00 |

GENOVA BURNS LLC

October 27, 2023
Invoice No.:    503383

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/21/23 | LD | B160 | Prepare draft GB first post-dismissal monthly fee statement. | 1.00 | 250.00 | 250.00 |
| 9/22/23 | DMS | B110 | Review Maune statement of issues and designation. | .20 | 800.00 | 160.00 |
| 9/22/23 | DMS | B320 | Review amendments to Plan. | .40 | 800.00 | 320.00 |
| 9/22/23 | LD | B160 | Finalize and file GB first post-dismissal monthly fee statement. | .50 | 250.00 | 125.00 |
| 9/22/23 | LD | B160 | Email GB first post-dismissal fee statement to parties. | .20 | 250.00 | 50.00 |
| 9/22/23 | LD | B160 | Prepare and file COS re GB first post-dismissal fee statement. | .30 | 250.00 | 75.00 |
| 9/22/23 | LD | B110 | Correct signature and refile statement of issues on appeal. | .30 | 250.00 | 75.00 |
| 9/25/23 | LD | B110 | File COS re Statement of Issues on Appeal. | .30 | 250.00 | 75.00 |

**TOTAL PROFESSIONAL SERVICES**     **$ 13,732.50**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Daniel M Stolz | Partner | 12.30 | 800.00 | 9,840.00 |
| Donald W. Clarke | Partner | 3.60 | 600.00 | 2,160.00 |
| Lorrie Denson | Paralegal | 6.60 | 250.00 | 1,650.00 |
| Sydney Schubert | Junior Associate | .30 | 275.00 | 82.50 |
| **TOTALS** | | **22.80** | | **$ 13,732.50** |

**TOTAL THIS INVOICE**     **$ 13,732.50**

**٭ The time of Gregory Kinoian during this billing period is not included. Mr. Kinoian's time for this billing period will be included in subsequent bills.**