| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

## ORDER AWARDING FEES TO MASSEY & GAIL LLP

The relief set forth on the following pages is **ORDERED**.

---

[1]    The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 533-1112<br>*Local Counsel for the Official*<br>*Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>jmassey@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Special Counsel for the Official Committee of*<br>*Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official*<br> *Committee of Talc Claimants* |

(Page 3)

Debtor:         LTL Management LLC

Case No.:       23-12825(MBK)

Caption:        Order Awarding Fees to Massey & Gail LLP

---

**THIS MATTER**, having come before the Court upon the Final Application for Compensation for Massey & Gail LLP, Special Counsel to the Talc Claimants Committee, seeking compensation for services rendered from April 4, 2023 to August 11, 2023 (Dkt. 1341) and Massey & Gail LLP's Monthly Fee Statement For the Month of August 12, 2023 through August 31, 2023 (Dkt. 1382), and the Court having considered the Debtor's Objections (Dkt. 1496, Dkt. 1454) and the response thereto (Dkt. 1514), and having held a Hearing on October 18, 2023,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Objections (Dkt. 1496, Dkt. 1454) are overruled.

2.      For the period April 14, 2023 through August 11, 2023, Massey & Gail LLP be and is hereby awarded fees in the amount of $1,892,201.92, together with expenses in the amount of $7,639.19 for a total of $1,899,841.11.

3.      For the period from August 12, 2023 through August 31, 2023, Massey & Gail LLP be and is hereby awarded fees in the amount of $69,683.45, with no expenses.

4.      With regard to the fees requested by Massey & Gail LLP for services rendered from April 4, 2023 through April 14, 2023, such fees shall not be considered as part of the Final Application and instead will be resolved in connection with the Ad Committee's Motion for Allowance of Substantial Contribution Claims [**Docket #1241**].