**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Kristopher M. Hansen (*admitted pro hac vice*)
Ryan P. Montefusco (*admitted pro hac vice*)

PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Matthew M. Murphy (*admitted pro hac vice*)
Matthew Micheli (*admitted pro hac vice*)

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten (*admitted pro hac vice*)
Justin Alberto (*admitted pro hac vice*)

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, Texas 77002
Lenard M. Parkins (*admitted pro hac vice*)
Charles M. Rubio (*admitted pro hac vice*)

*Counsel to Ad Hoc Committee of Supporting Counsel*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor:                 LTL MANAGEMENT LLC
Case No.:             23-12825 (MBK)
Caption of Order:    ORDER GRANTING AD HOC COMMITTEE OF SUPPORTING COUNSEL'S MOTION TO SUPPLEMENT RECORD ON APPEAL

**ORDER GRANTING AD HOC COMMITTEE OF SUPPORTING
COUNSEL'S MOTION TO SUPPLEMENT RECORD ON APPEAL**

The relief set forth on the following page is hereby **ORDERED**

(Page 3)
Debtor:            LTL MANAGEMENT LLC
Case No.:          23-12825 (MBK)
Caption of Order:  ORDER GRANTING AD HOC COMMITTEE OF SUPPORTING
                   COUNSEL'S MOTION TO SUPPLEMENT RECORD ON APPEAL

Upon the motion (the "Motion")[2] of the Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel"), by and through counsel, for an Order supplementing the record on appeal with the Additional Documents; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the AHC of Supporting Counsel's notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted; and the Court having further found that entry of the within Order is in the best interest of creditors and the bankruptcy estate:

Now, therefore, it is hereby **ORDERED** that:

1.    The Motion is granted. The record on appeal is hereby supplemented to include the Additional Documents.

2.    The Clerk of the Bankruptcy Court is authorized and directed to promptly transmit the supplemented record on appeal to the United States Court of Appeals for the Third Circuit.

---

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.