**Order Filed on October 30, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In re:<br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

### ORDER AWARDING FEES TO ANDERSON KILL P.C.

The relief set forth on the following pages is **ORDERED**.

DATED: October 30, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 533-1112<br>*Proposed Local Counsel for the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official*<br>*Committee of Talc Claimants* |

(Page 3)

| | |
|---|---|
| Debtor: | LTL Management LLC |
| Case No.: | 23-12825(MBK) |
| Caption: | Order Awarding Fees to Anderson Kill P.C. |

---

**THIS MATTER**, having come before the Court upon the (i) *Amended Semi-Final Interim Application for Allowance of Fees and Reimbursement of Expenses to Anderson Kill PC for the Period June 1, 2023 Through August 11, 2023* [Dkt. 1424] (the "Final Application"); (ii) *First Post-Dismissal Monthly Fee Statement of Anderson Kill PC, Special Insurance Counsel to the Official Committee of Talc Claimants, for the Period August 12, 2023 Through August 31, 2023* [Dkt. 1394] (the "First Monthly Fee Statement"); and (iii) *Second Post-Dismissal Monthly Fee Statement of Anderson Kill PC, Special Insurance Counsel to the Official Committee of Talc Claimants, for the Period September 1, 2023 Through September 30, 2023* [Dkt. 1508] (the "Second Monthly Fee Statement" and together with the First Monthly Fee Statement, the "Monthly Fee Statements"), and the Court having been informed that the Debtor and Anderson Kill P.C. have reached an agreement with regard to a resolution of the Debtor's objections to Anderson Kill P.C.'s fees, and the Court having reviewed such proposed resolution, and find good cause for the entry of the within Order,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.  With regards to the Final Application, Anderson Kill P.C. be and is hereby awarded fees in the amount of $289,707.25, together with expenses in the amount of $280.25 for a total of $289,987.50.

2.  With regards to the Monthly Fee Statements, Anderson Kill P.C. be and is hereby awarded, in full satisfaction of any and all current and future claims for post-dismissal fees and expenses, fees in the amount of $26,250.75 together with expenses in the amount of $450.00 for a total of $26,700.75.