

**Order Filed on October 30, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br>LTL MANAGEMENT LLC,[1]<br><br><div align="right">Debtor.</div> | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

## ORDER AWARDING FEES TO MILLER THOMSON LLP

The relief set forth on the following pages is **ORDERED**.

**DATED: October 30, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1]   The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George
Street, New Brunswick, New Jersey 08933.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 533-1112<br>*Proposed Local Counsel for the Official*<br>*Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Co-Counsel for the Official Committee*<br>*of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official*<br>*Committee of Talc Claimants* |

(Page 3)

Debtor:          LTL Management LLC

Case No.:        23-12825(MBK)

Caption:         Order Awarding Fees to Miller Thomson LLP

---

**THIS MATTER**, having come before the Court upon the *Semi-Final Application for Allowance of Fees and Reimbursement of Expenses to Miller Thomson LLP* [Dkt. 1349] (the "Final Application") and the *Joint Omnibus Motion of the Ad Hoc Committee of Certain Talc Claimants and the Official Committee of Talc Claimants for Allowance of Administrative Claims for Reimbursement of Expenses Incurred for the Period from April 4, 2023 Through April 14, 2023 (Prior to the Formation of the Official Committee of Talc Claimants) That Provided a Substantial Contribution in the Debtor's Case or, in the Alternative, Authorizing Retention of the TCC Professionals Effective as of the Petition Date* [Dkt. 1241] (the "Substantial Contribution Motion"), and the United States Trustee having filed an objection to the Final Application [Dkt. 1494] and an objection to the Substantial Contribution Motion [Dkt. 1495], and the Court having held a hearing on October 18, 2023, and the Court having been informed that the Debtor and Miller Thomson LLP have reached an agreement with regard to a resolution of the Debtor's objection to Miller Thomson LLP's fees, and the Court having reviewed such proposed resolution, and find good cause for the entry of the within Order,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.       Miller Thomson LLP be and is hereby awarded fees in the amount of $319,858.64, together with expenses in the amount of $0 for a total of $319,858.64.  The fees and expenses awarded, if any, from April 4, 2023 through April 14, 2023 are being awarded solely as a substantial contribution pursuant to 11 U.S.C. Section 503(b).

2.       The fees and expenses awarded in paragraph 1 above resolves the Final Application and any portion of the Substantial Contribution Motion that includes fees and expenses for Miller Thomson LLP.