**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Kristopher M. Hansen (admitted *pro hac vice*)
Ryan P. Montefusco (admitted *pro hac vice*)

PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Matthew M. Murphy (admitted *pro hac vice*)
Matthew Micheli (admitted *pro hac vice*)

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten *(*admitted *pro hac vice)*
Justin Alberto (admitted *pro hac vice*)

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, Texas 77002
Lenard M. Parkins (admitted *pro hac vice*)
Charles M. Rubio (admitted *pro hac vice*)

*Counsel to*
*Ad Hoc Committee of Supporting Counsel*

In re:

LTL MANAGEMENT, LLC,[1]

                            Debtor.

Chapter 11

Case No. 23-12825 (MBK)

Judge: Michael B. Kaplan

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

66055/0001-46392423v1

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2023, the (i) Ad Hoc Committee of Supporting Counsel's Motion to Supplement Record on Appeal [Docket No. 1546]; and (ii) Application for Order Shortening Time and Certain Other Relief [Docket No. 1547], were electronically filed with the Court, using the Court's electronic filing system, and served *via* (i) the Court's CM/ECF system on the parties that have consented to electronic service of all filings; and (ii) electronic mail on the parties listed on the attached **Exhibit A**.

Furthermore on October 30, 2023, my office caused to be served the (i) Ad Hoc Committee of Supporting Counsel's Motion to Supplement Record on Appeal [Docket No. 1546]; the (ii) Application for Order Shortening Time and Certain Other Relief [Docket No. 1547]; and the (iii) Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 1549] *via* (i) overnight express mail; and (ii) electronic mail on the parties listed on the attached **Exhibit B**.

Dated: October 30, 2023

**COLE SCHOTZ P.C.**

/s/ *Michael D. Sirota*
Michael D. Sirota (NJ Bar No. 014321986)
Warren A. Usatine (NJ Bar No. 025881995)
Seth Van Aalten (admitted *pro hac vice*)
Justin Alberto (admitted *pro hac vice*)
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
Email:  msirota@coleschotz.com
   wusatine@coleschotz.com
   svanaalten@coleschotz.com
   jalberto@coleschotz.com

– and –

**PAUL HASTINGS LLP**
Kristopher M. Hansen (admitted *pro hac vice*)
Ryan P. Montefusco (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email:  krishansen@paulhastings.com
          ryanmontefusco@paulhastings.com

Matthew M. Murphy (admitted *pro hac vice*)
Matthew Micheli (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email:  mattmurphy@paulhastings.com
          mattmicheli@paulhastings.com

– and –

**PARKINS & RUBIO LLP**
Lenard M. Parkins (admitted *pro hac vice*)
Charles M. Rubio (admitted *pro hac vice*)
700 Milam, Suite 1300
Houston, TX 77002
Telephone: (713) 715-1660
Facsimile: (713) 715-1699
Email:  lparkins@parkinsrubio.com
          crubio@parkinsrubio.com
*Counsel to Ad Hoc Committee of
Supporting Counsel*

66055/0001-46392423v1

## EXHIBIT A – EMAIL SERVICE LIST

| NAME | EMAIL |
|---|---|
| ANDRES PEREIRA LAW FIRM | apereira@andrespereirapc.com |
| ARCHER & GREINER, P.C. | spackman@archerlaw.com |
| ARNOLD & ITKIN LLP | CBOATRIGHT@ARNOLDITKIN.COM; CHRISTENSEN@ARNOLDITKIN.COM; JITKIN@ARNOLDITKIN.COM |
| ASHCRAFT & GEREL, LLP | mparfitt@ashcraftlaw.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | MARYBETH@PUTNICKLEGAL.COM; DTHORNBURGH@AWKOLAW.COM |
| BALLARD SPAHR LLP | daluzt@ballardspahr.com; heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| BEASLEY ALLEN LAW FIRM | CHARLIE.STERN@BEASLEYALLEN.COM |
| BEASLEY ALLEN LAW FIRM | leigh.odell@beasleyallen.com |
| BLAKE, CASSELS & GRAYDON LLP | linc.rogers@blakes.com |
| BROWN RUDNICK LLP | dmolton@brownrudnick.com; mwinograd@brownrudnick.com; ssieger-grimm@brownrudnick.com; kaulet@brownrudnick.com |
| BROWN RUDNICK LLP | jjonas@brownrudnick.com; sbeville@brownrudnick.com; egoodman@brownrudnick.com |
| CHILDERS, SCHLUETER & SMITH LLC | RSCHLUETER@CSSFIRM.COM |
| CLYDE & CO US LLP | konrad.krebs@clydeco.us |
| CLYDE & CO US LLP | clinton.cameron@clydeco.us; meghan.dalton@clydeco.us |
| COHEN, PLACITELLA & ROTH PC | cplacitella@cprlaw.com |
| COLE SCHOTZ PC | msirota@coleschotz.com; wusatine@coleschotz.com; svanaalten@coleschotz.com; jalberto@coleschotz.com |
| CROWELL & MORING LLP | apyenson@crowell.com |
| CROWELL & MORING LLP | mplevin@crowell.com |
| CROWELL & MORING LLP | tyoon@crowell.com |
| DAVID CHRISTIAN ATTORNEYS LLC | dchristian@dca.law |
| DUANE MORRIS LLP | slross@duanemorris.com |
| DUANE MORRIS LLP | prmatthews@duanemorris.com |

| **NAME** | **EMAIL** |
|---|---|
| DUANE MORRIS LLP | JKAHANE@DUANEMORRIS.COM; RWROTEN@DUANEMORRIS.COM; AMINA@DUANEMORRIS.COM; NREINHARDT@DUANEMORRIS.COM |
| FERRER, POIROT & WANSBROUGH | JFERRER@LAWYERWORKS.COM; CFELLER@LAWYERWORKS.COM |
| GENOVA BURNS LLC | dstolz@genovaburns.com; dclarke@genovaburns.com; gkinoian@genovaburns.com |
| GENOVA BURNS LLC | dclarke@genovaburns.com |
| GEOFFREY B GOMPERS, PC | gompers@gomperslaw.com |
| GERTLER LAW FIRM | hbabin@gertlerfirm.com |
| GIBBONS P.C. | rmalone@gibbonslaw.com; kmcevilly@gibbonslaw.com |
| GIMIGLIANO MAURIELLO & MALONEY | jmaloney@lawgmm.com; sgimigliano@lawgmm.com; rrabinowitz@lawgmm.com |
| GOLOMB SPIRT GRUNFELD | rgolomb@golomblegal.com |
| GREENBERG TRAURIG, LLP | brodya@gtlaw.com |
| HALPERIN BATTAGLIA BENZIJA, LLP | ahalperin@halperinlaw.net; dlieberman@halperinlaw.net |
| HILL CARTER FRANCO COLE & BLACK PC | ecarter@hillhillcarter.com |
| JOHNSON & JOHNSON | ehaas8@its.jnj.com; awhite23@its.jnj.com |
| JOHNSON LAW GROUP | BADHAM@JOHNSONLAWGROUP.COM |
| JONES DAY | gmgordon@jonesday.com; dpietro@jonesday.com; asrush@jonesday.com |
| JONES DAY | bberens@joneday.com |
| KARST VON OISTE LLP | epk@karstvonoiste.com |
| KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, PLC | skazan@kazanlaw.com |
| KING & SPALDING LLP | kfournier@kslaw.com |
| KTBS LAW LLP | rpfister@ktbslaw.com; nmaoz@ktbslaw.com; mtuchin@ktbslaw.com; skidder@ktbslaw.com |
| LAW FIRM OF BRIAN W HOFMEISTER | bwh@hofmeisterfirm.com |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC | mmalzberg@mjmalzberglaw.com |
| LEVIN PAPANTONIO RAFFERTY | ctisi@levinlaw.com |
| LEVY KONIGSBERG, LLP | mmaimon@levylaw.com |
| LEVY KONIGSBERG, LLP | jblock@levylaw.com |
| LEX NOVA LAW LLC | rdressel@lexnovalaw.com |
| LIAKOS LAW | JENN@JENNLIAKOSLAW.COM |

66055/0001-46392423v1

| **NAME** | **EMAIL** |
|---|---|
| LINVILLE LAW GROUP | info@linvillelawgroup.com; info@linvillefirm.com |
| LITE DEPALMA GREENBERG & AFANADOR, LLC | aunderwood@litedepalma.com |
| LOWENSTEIN SANDLER LLP | KROSEN@LOWENSTEIN.COM; MSEYMOUR@LOWENSTEIN.COM |
| LTL MANAGEMENT LLC | jkim8@its.jnj.com |
| MASSEY & GAIL LLP | jmassey@masseygail.com; rmorse@masseygail.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | sratcliffe@mrhfmlaw.com; cthompson@mrhfmlaw.com |
| MCCARTER & ENGLISH, LLP | tladd@mccarter.com; jgarde@mccarter.com |
| MCDONALD WORLEY | DON@MCDONALDWORLEY.COM |
| MCMANIMON SCOTLAND & BAUMANN, LLC | splacona@msbnj.com; asodono@msbnj.com |
| MENDES & MOUNT LLP | eileen.mccabe@mendes.com; stephen.roberts@mendes.com |
| MILLER FIRM, LLC | choke@millerfirmllc.com |
| MOTLEY RICE LLC | dlapinski@motleyrice.com |
| NACHAWATI LAW GROUP | MN@NTRIAL.COM |
| NAPOLI SHKOLNIK PLLC | CLOPALO@NAPOLIBERN.COM; JHEISMAN@NAPOLILAW.COM |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | autumn.highsmith@oag.texas.gov; rachel.obaldo@oag.texas.gov |
| OFFICE OF THE US TRUSTEE | LAUREN.BIELSKIE@USDOJ.GOV; JEFFREY.M.SPONDER@USDOJ.GOV |
| ONDERLAW, LLC | ONDER@ONDERLAW.COM |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | rloeb@orrick.com |
| OTTERBOURG P.C. | rhaddad@otterbourg.com; asilverstein@otterbourg.com |
| OTTERBOURG PC | mcyganowski@otterbourg.com; jfeeney@otterbourg.com; mmaizel@otterbourg.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com |
| PARKINS & RUBIO LLP | lparkins@parkinsrubio.com; crubio@parkinsrubio.com |
| PASHMAN STEIN WALDER HAYDEN, P.C. | jweiss@pashmanstein.com |
| PAUL HASTINGS LLP | krishansen@paulhastings.com |
| PAUL HASTINGS LLP | mattmurphy@paulhastings.com; mattmicheli@paulhastings.com |
| PULASKI KHERKHER PLLC | ADAM@PULASKILAWFIRM.COM |

| NAME | EMAIL |
|---|---|
| RANDI S ELLIS LLC | randi@randiellis.com |
| RAWLINGS & ASSOCIATES | mdf@rawlingsandassociates.com; rcg@rawlingsandassociates.com |
| REED SMITH LLP | dbaker@reedsmith.com |
| ROBINSON CALCAGNIE, INC. | MROBINSON@ROBINSONFIRM.COM |
| ROSS FELLER CASEY, LLP | bmccormick@rossfellercasey.com |
| RUEB STOLLER DANIEL, LLP | GREG@LAWRSD.COM |
| SAIBER LLC | jaugust@saiber.com |
| SANDERS, PHILLIPS, GROSSMAN, LLC | MGROSSMAN@THESANDERSFIRM.COM |
| SHOOK, HARDY & BACON L.L.P. | kfrazier@shb.com |
| SIMON GREENSTONE PANATIER PC | lkagan@sgptrial.com |
| SIMPSON THACHER & BARTLETT LLP | afrankel@stblaw.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | allison.brown@skadden.com |
| THE KELLY FIRM, P.C. | AKELLY@KBTLAW.COM |
| THE SHAPIRO LAW FIRM | jshapiro@shapirolawfirm.com |
| TRAMMELL PC | FLETCH@TRAMMELLPC.COM |
| TRIF & MODUGNO, LLC | lmodugno@tm-firm.com |
| US DEPARTMENT OF JUSTICE | john.z.balasko@usdoj.gov |
| US DEPARTMENT OF JUSTICE | bethany.theriot@usdoj.gov |
| VINSON & ELKINS LLP | sabramowitz@velaw.com |
| WAGSTAFF LAW FIRM | AWAGSTAFF@WAGSTAFFLAWFIRM.COM |
| WALSH PIZZI O'REILLY FALANGA | mfalk@walsh.law |
| WATTS GUERRA LLP | MCWATTS@WATTSGUERRA.COM |
| WEIL, GOTSHAL & MANGES LLP | Diane.Sullivan@weil.com; Ronit.Berkovich@weil.com; Theodore.Tsekerides@weil.com; Matthew.Goren@weil.com |
| WEITZ & LUXENBERG, PC | pw@weitzlux.com; lbusch@weitzlux.com |
| WEITZ & LUXENBERG, PC | lbusch@weitzlux.com |

| **NAME** | **EMAIL** |
|---|---|
| WHITE & CASE LLP | JESSICA.LAURIA@WHITECASE.COM; GKURTZ@WHITECASE.COM; RICARDO.PASIANOTTO@WHITECASE.COM; GSTARNER@WHITECASE.COM |
| WHITE & CASE LLP | MSHEPHERD@WHITECASE.COM; LAURA.FEMINO@WHITECASE.COM |
| WHITE & CASE LLP | MLINDER@WHITECASE.COM; LAURA.BACCASH@WHITECASE.COM |
| WISNER BAUM | rbwisner@wisnerbaum.com |
| WOLLMUTH MAHER & DEUTSCH LLP | jlawlor@wmd-law.com |
| WOLLMUTH MAHER & DEUTSCH LLP | pdefilippo@wmd-law.com; jpacelli@wmd-law.com; jlawlor@wmd-law.com |
| WOMBLE BOND DICKINSON (US) LLP | Ericka.Johnson@wbd-us.com; Lisa.Tancredi@wbd-us.com |

**EXHIBIT B – EMAIL & OVERNIGHT SERVICE LIST**

| **NAME** | | **EMAIL** |
|---|---|---|
| BROWN RUDNICK LLP | BROWN RUDNICK LLP<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>Kenneth J. Aulet, Esq.<br>Seven Times Square<br>New York, NY 10036 | dmolton@brownrudnick.com;<br>mwinograd@brownrudnick.com; ssieger-grimm@brownrudnick.com;<br>kaulet@brownrudnick.com |
| BROWN RUDNICK LLP | BROWN RUDNICK LLP<br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>One Financial Center<br>Boston, MA 02111 | jjonas@brownrudnick.com;<br>sbeville@brownrudnick.com;<br>egoodman@brownrudnick.com |
| GENOVA BURNS LLC | GENOVA BURNS LLC<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge, New Jersey 07920 | dstolz@genovaburns.com;<br>dclarke@genovaburns.com;<br>gkinoian@genovaburns.com |
| GENOVA BURNS LLC | GENOVA BURNS LLC<br>Donald W. Clarke, Esq.<br>494 Broad Street<br>Newark, New Jersey 07102 | dclarke@genovaburns.com |
| JONES DAY | Gregory M. Gordon, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201 | gmgordon@jonesday.com;<br>dpietro@jonesday.com;<br>asrush@jonesday.com |

66055/0001-46392423v1

| **NAME** | | **EMAIL** |
|---|---|---|
| JONES DAY | JONES DAY<br>Brad B. Erens, Esq.<br>110 North Wacker Drive, Suite 4800<br>Chicago, Illinois 60606 | bberens@joneday.com |
| MASSEY & GAIL LLP | MASSEY & GAIL LLP<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024 | jmassey@masseygail.com;<br>rmorse@masseygail.com |
| OFFICE OF THE US TRUSTEE | Lauren Bielskie, Esq.<br>Jeffrey M. Sponder, Esq.<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | LAUREN.BIELSKIE@USDOJ.GOV;<br>JEFFREY.M.SPONDER@USDOJ.GOV |
| OFFICE OF THE US TRUSTEE | Linder Richenderfer, Esq.<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801 | linda.richenderfer@usdoj.gov |
| OTTERBOURG PC | OTTERBOURG P.C.<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>Richard G. Haddad, Esq.<br>Michael R. Maizel, Esq.<br>230 Park Avenue<br>New York, NY 10169 | mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>rhaddad@otterbourg.com<br>mmaizel@otterbourg.com |
| WOLLMUTH MAHER & DEUTSCH LLP | James N. Lawlor, Esq.<br>90 Washington Valley Road<br>Bedminster, NJ 07921 | jlawlor@wmd-law.com |

66055/0001-46392423v1

| NAME | | EMAIL |
|---|---|---|
| WOLLMUTH MAHER & DEUTSCH LLP | Paul R. DeFilippo, Esq.<br>Joseph F. Pacelli, Esq.<br>James N. Lawlor, Esq.<br>500 Fifth Avenue, 12th Floor<br>New York, New York 10110 | pdefilippo@wmd-law.com;<br>jpacelli@wmd-law.com; jlawlor@wmd-law.com |

66055/0001-46392423v1