**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC. | Case No. 23-12825 (MBK) |
| Debtor. | |

**AFFIDAVIT OF SERVICE**

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On October 27, 2023, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | | |
|---|---|---|---|
| 10/27/2023 | | 1546 (15 pgs; 3 docs) | Motion re: Ad Hoc Committee of Supporting Counsel's Motion to Supplement Record on Appeal Filed by Michael D. Sirota on behalf of Ad Hoc Group of Supporting Counsel. (Attachments: # 1 Notice # 2 Proposed Order) (Sirota, Michael) (Entered: 10/27/2023) |
| 10/27/2023 | | 1547 (8 pgs; 2 docs) | Application to Shorten Time (related document:1546 Motion re: Ad Hoc Committee of Supporting Counsel's Motion to Supplement Record on Appeal filed by Interested Party Ad Hoc Group of Supporting Counsel) Filed by Michael D. Sirota on behalf of Ad Hoc Group of Supporting Counsel. (Attachments: # 1 Proposed Order) (Sirota, Michael) (Entered: 10/27/2023) |

X _____
Laurie Heggan

Dated: October 30, 2023
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 30th day of October 2023, by Laurie
Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared
before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

# EXHIBIT A

Gary Russo
Jones Walker LLP
Suite 1600, 600 Jefferson Street
Lafayette, LA 70501

Eric D Green
Resolutions, LLC
30 Monument Square, Suite 245
Concord, MA 01742

Adam Slater
Slater Slater Schulman
445 Broadhollow Rd, Ste 419
Melville, NY 11747

Lauren Bielskie and Jeffrey M. Sponder
Office of the US Trustee
One Newark Center, Ste 2100
Newark, NJ 07102

James Heisman and Christopher Lopalo
Napoli Shkolnik PLLC
360 Lexington Ave
New York, NY 10017