# Exhibit A

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13603
October 30, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**INVOICE**
**For Services Through September 30, 2023**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | Description | Hours |
|---|---|---|---|
| 9/5/2023 | Rubin | Prepare final fee application. | 1.30 |
| 9/6/2023 | Lamken | Participate in weekly committee meeting. | 0.50 |
| 9/6/2023 | Rubin | Prepare final fee application. | 3.60 |
| 9/6/2023 | Hashem | Correspondence with L. Walker and E. Sokoloff re: appeal brief (0.5); Phone conference re: appeal brief (0.5). | 1.00 |
| 9/7/2023 | Rubin | Coordinate final fee application with B. Wiltgen & R. Hashem. | 4.00 |
| 9/7/2023 | Hashem | Correspondence with L. Walker and E. Sokoloff re: appeal brief (0.3); Correspondence with N. Rubin re: invoices (0.6); Work on invoice (1.1). | 1.10 |
| 9/8/2023 | Rubin | Coordinate final fee application with R. Hashem & J. Lamken. | 0.50 |
| 9/11/2023 | Hashem | Email to L. Walker re: appeal arguments (0.9). | 0.90 |
| 9/12/2023 | Sokoloff | Revise draft appeal brief. | 3.60 |
| 9/12/2023 | Walker | Review draft appeal brief. | 3.70 |
| 9/12/2023 | Rubin | Attend to LEDES files. | 0.10 |
| 9/12/2023 | Hashem | Attend to LEDES file issues (0.4). | 0.40 |
| 9/13/2023 | Walker | Work on appeal brief. | 3.80 |
| 9/13/2023 | Hashem | Research direct certification requirements (0.7); Email re: direct certification requirements (0.2). | 0.90 |
| 9/18/2023 | Sokoloff | Revise draft appeal brief. | 6.10 |
| 9/18/2023 | Walker | Revise appeal brief. | 0.40 |
| 9/18/2023 | Rubin | Attend to statement of issues. | 1.20 |
| 9/19/2023 | Sokoloff | Revise draft appeal brief. | 1.20 |
| 9/19/2023 | Hashem | Revise counter statement of issues (0.4). | 0.40 |
| 9/20/2023 | Starobinets | Compile appendix cites from briefs and create spreadsheet. | 4.00 |
| 9/20/2023 | Lamken | Participate in weekly committee meeting. | 0.50 |
| 9/20/2023 | Rubin | Prepare statement of issues. | 1.30 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 9/20/2023 | Hashem | Correspondence with co-counsel re: counter-statement of issues (0.8). | 0.80 |
| 9/21/2023 | Starobinets | Compile documents cited in briefs for appeal appendix. | 2.00 |
| 9/21/2023 | Rubin | Review and revise draft appendix re statement of issues. | 2.90 |
| 9/21/2023 | Hashem | Correspondence with J. Lamken re: counter-designation of issues (0.4). | 0.40 |
| 9/26/2023 | Rubin | Coordinate remainder of August fee application with R. Hashem & J. Markowitz. | 0.30 |
| 9/27/2023 | Rubin | Coordinate August fee issue with J. Markowitz, R. Hashem. | 2.40 |
| 9/27/2023 | Hashem | Correspondence with N. Rubin re: fee statement (0.2). | 0.20 |
| 9/29/2023 | Rubin | Email to J. Markowitz re August fee statement. | 0.10 |

|  |  |
|---|---|
| Total Hours | 49.60 |
| Total Fees | $42,720.50 |

**Timekeeper Summary**

| Name | Hours / Rate | Amount |
|---|---|---|
| Rayiner I. Hashem | 6.10 hours at $975.00/hr | $5,947.50 |
| Jeffrey Lamken | 1.00 hours at $1,750.00/hr | $1,750.00 |
| Nathaniel Rubin | 17.70 hours at $775.00/hr | $13,717.50 |
| Eugene Sokoloff | 10.90 hours at $995.00/hr | $10,845.50 |
| Anna Starobinets | 6.00 hours at $295.00/hr | $1,770.00 |
| Lucas Walker | 7.90 hours at $1,100.00/hr | $8,690.00 |

**Summary**

|  |  |
|---|---|
| Fees: | $42,720.50 |
| Expenses: | $0.00 |
| Total Current Billing: | $42,720.50 |
| Current Fee Amt To be Pd by Debtor (80%): | $34,176.40 |
| Current Holdback Amount (20%): | $8,544.10 |
| Previous Balance Due: | $466,464.58 |
| **Total Amount Due:** | **$500,640.98** |

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13603
October 30, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
  for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through September 30, 2023**

2023-002: LTL Management / J&J Bankruptcy II

|  |  |
|---|---:|
| Total Fees This Statement: | $42,720.50 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $42,720.50 |
| Current Amt To be Pd by Debtor (80%): | $34,176.40 |
| Current Holdback Amount (20%): | $8,544.10 |
| Previous Balance Due: | $466,464.58 |
| **Total Now Due:** | **$500,640.98** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info: Signature Bank | Bank info: Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ▮▮▮▮ | Account Number: ▮▮▮▮ |
|  | International SWIFT: ▮▮▮▮ |

# Exhibit B

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| **Matter ID: 2023-002** | | | | | | | | | |
| 09/05/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare final fee application. | | T<br>B160 | 1.30 | 775.00 | 1,007.50 | 0.00 | 1,007.50 |
| 09/06/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare final fee application. | | T<br>B160 | 3.60 | 775.00 | 2,790.00 | 0.00 | 2,790.00 |
| 09/06/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Participate in weekly committee meeting | | T<br>L500 | 0.50 | 1,750.00 | 875.00 | 0.00 | 875.00 |
| 09/06/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with L. Walker and E. Sokoloff re: appeal brief (0.5); Phone conference re: appeal brief (0.5). | | T<br>L500 | 1.00 | 975.00 | 975.00 | 0.00 | 975.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 09/07/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate final fee application with B. Wiltgen & R. Hashem. | | T<br>B160 | 4.00 | 775.00 | 3,100.00 | 0.00 | 3,100.00 |
| 09/07/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with L. Walker and E. Sokoloff re: appeal brief (0.3); Correspondence with N. Rubin re: invoices (0.6); Work on invoice (1.1). | | T<br>L500 | 1.10 | 975.00 | 1,072.50 | 0.00 | 1,072.50 |
| 09/08/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate final fee application with R. Hashem & J. Lamken. | | T<br>B160 | 0.50 | 775.00 | 387.50 | 0.00 | 387.50 |
| 09/11/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to L. Walker re: appeal arguments (0.9). | | T<br>L500 | 0.90 | 975.00 | 877.50 | 0.00 | 877.50 |

10/30/2023 8:54:06 PM                                                                                    Page 2 of 8

Statement number 13603

# MoloLamken LLP
## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 09/12/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review draft appeal brief. | | T<br>L520 | 3.70 | 1,100.00 | 4,070.00 | 0.00 | 4,070.00 |
| 09/12/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Attend to LEDES files. | | T<br>B160 | 0.10 | 775.00 | 77.50 | 0.00 | 77.50 |
| 09/12/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise draft appeal brief. | | T<br>L520 | 3.60 | 995.00 | 3,582.00 | 0.00 | 3,582.00 |
| 09/12/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Attend to LEDES file issues (0.4). | | T<br>L500 | 0.40 | 975.00 | 390.00 | 0.00 | 390.00 |
| 09/13/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Work on appeal brief. | | T<br>L520 | 3.80 | 1,100.00 | 4,180.00 | 0.00 | 4,180.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 09/13/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Research direct certification requirements (0.7); Email re: direct certification requirements (0.2) | | T<br>L500 | 0.90 | 975.00 | 877.50 | 0.00 | 877.50 |
| 09/18/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise appeal brief. | | T<br>L520 | 0.40 | 1,100.00 | 440.00 | 0.00 | 440.00 |
| 09/18/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Attend to statement of issues. | | T<br>L500 | 1.20 | 775.00 | 930.00 | 0.00 | 930.00 |
| 09/18/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise draft appeal brief. | | T<br>L520 | 6.10 | 995.00 | 6,069.50 | 0.00 | 6,069.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 09/19/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise draft appeal brief. | | T<br>L520 | 1.20 | 995.00 | 1,194.00 | 0.00 | 1,194.00 |
| 09/19/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise counter statement of issues (0.4). | | T<br>L500 | 0.40 | 975.00 | 390.00 | 0.00 | 390.00 |
| 09/20/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare statement of issues. | | T<br>L500 | 1.30 | 775.00 | 1,007.50 | 0.00 | 1,007.50 |
| 09/20/2023 | AS | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Compile appendix cites from briefs and create spreadsheet. | | T<br>L500 | 4.00 | 295.00 | 1,180.00 | 0.00 | 1,180.00 |

# MoloLamken LLP
## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 09/20/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Participate in weekly committee meeting | | T<br>L500 | 0.50 | 1,750.00 | 875.00 | 0.00 | 875.00 |
| 09/20/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with co-counsel re: counter-statement of issues (0.8). | | T<br>L500 | 0.80 | 975.00 | 780.00 | 0.00 | 780.00 |
| 09/21/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review and revise draft appendix re statement of issues. | | T<br>L500 | 2.90 | 775.00 | 2,247.50 | 0.00 | 2,247.50 |
| 09/21/2023 | AS | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Compile documents cited in briefs for appeal appendix. | | T<br>L500 | 2.00 | 295.00 | 590.00 | 0.00 | 590.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 09/21/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with J. Lamken re: counter-designation of issues (0.4). | | T<br>L500 | 0.40 | 975.00 | 390.00 | 0.00 | 390.00 |
| 09/26/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate remainder of August fee application with R. Hashem & J. Markowitz. | | T<br>B160 | 0.30 | 775.00 | 232.50 | 0.00 | 232.50 |
| 09/27/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate August fee issue with J. Markowitz, R. Hashem. | | T<br>B160 | 2.40 | 775.00 | 1,860.00 | 0.00 | 1,860.00 |
| 09/27/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with N. Rubin re: fee statement (0.2). | | T<br>L500 | 0.20 | 975.00 | 195.00 | 0.00 | 195.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 09/29/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to J. Markowitz re August fee statement. | | T<br>B160 | 0.10 | 775.00 | 77.50 | 0.00 | 77.50 |
| | | | | **Matter ID: 2023-002** | 49.60 | | 42,720.50 | 0.00 | 42,720.50 |
| | | | | **Grand Total:** | 49.60 | | $42,720.50 | $0.00 | $42,720.50 |

10/30/2023 8:54:06 PM                                                                                                  Page 8 of 8

Statement number 13603