**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON NOVEMBER 15, 2023 AT 11:15 A.M.**

*At the direction of the Court, the hearing will be held via Zoom only. All parties who intend to present argument should contact Chambers at chambers_of_mbk@njb.uscourts.gov and provide the name and email address of the speaker, as well as provide information regarding the party the speaker represents and/or the purpose of the appearance.*
*Parties are directed to https://www.njb.uscourts.gov/LTL for observing via Zoom.*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1538657512

**UNCONTESTED MATTER GOING FORWARD:**

1. Ad Hoc Committee of Supporting Counsel's Motion to Supplement Record on Appeal [Dkt. 1546].

   **Status:  This matter is going forward.**

   Objection Deadline:  At hearing pursuant to the Order Shortening Time [Dkt. 1549].

   Related Documents:

   A. Application to Shorten Time [Dkt. 1547].

   B. Order Granting Application to Shorten Time [Dkt. 1549].

   C. The Official Committee of Talc Claimants' Statement of Issues on Appeal and Counter-Designation of Record [Dkt. 1423].

|  |  |
|---|---|
| Dated:  November 13, 2023 | **WOLLMUTH MAHER & DEUTSCH LLP** |
|  | */s/ Paul R. DeFilippo* |
|  | Paul R. DeFilippo, Esq. |
|  | James N. Lawlor, Esq. |
|  | Joseph F. Pacelli, Esq. (admitted *pro hac vice*) |
|  | 500 Fifth Avenue |
|  | New York, New York 10110 |
|  | Telephone: (212) 382-3300 |
|  | Facsimile: (212) 382-0050 |
|  | pdefilippo@wmd-law.com |
|  | jlawlor@wmd-law.com |
|  | jpacelli@wmd-law.com |
|  | **JONES DAY** |
|  | Gregory M. Gordon, Esq. |
|  | Brad B. Erens, Esq. |
|  | Dan B. Prieto, Esq. |
|  | Amanda Rush, Esq. |
|  | 2727 N. Harwood Street |
|  | Dallas, Texas 75201 |
|  | Telephone: (214) 220-3939 |
|  | Facsimile: (214) 969-5100 |
|  | gmgordon@jonesday.com |
|  | bberens@jonesday.com |
|  | dbprieto@jonesday.com |
|  | asrush@jonesday.com |
|  | (Admitted *pro hac vice*) |
|  | *ATTORNEYS FOR DEBTOR* |

NAI-1538657512