UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on November 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

LTL Management LLC

Case No.: 23-12825

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

### ORDER GRANTING MOTION OF THE AD HOC COMMITTEE OF CERTAIN TALC CLAIMANTS AND THE OFFICIAL COMMITTEE OF TALC CLAIMANTS FOR ALLOWANT OF ADMINISTRATIVE CLAIMS OF REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM APRIL 4, 2023 THROUGH APRIL 14, 2023 (PRIOR TO THE FORMATION OF THE OFFICIAL COMMITTEE OF TALC CLAIMANTS) THAT PROVIDED A SUBSTANTIAL CONTRIBUTION IN THE DEBTOR'S CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

|  | Chapter 11 |
|---|---|
| In re:<br>LTL MANAGEMENT, LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Honorable Michael B. Kaplan |

**ORDER GRANTING MOTION OF THE AD HOC COMMITTEE OF CERTAIN TALC CLAIMANTS AND THE OFFICIAL COMMITTEE OF TALC CLAIMANTS FOR ALLOWANCE OF ADMINISTRATIVE CLAIMS FOR REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM APRIL 4, 2023 THROUGH APRIL 14, 2023 (PRIOR TO THE FORMATION OF THE OFFICIAL COMMITTEE OF TALC CLAIMANTS) THAT PROVIDED A SUBSTANTIAL CONTRIBUTION IN THE DEBTOR'S CASE**

The relief set forth on the following pages is **ORDERED**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

UPON the Motion,[2] filed jointly by the AHC and the TCC, seeking entry of an order (i) allowing administrative claims for reimbursement of fees and expenses incurred by the AHC for the Pre-TCC period, from April 4, 2023 to the TCC's appointment on April 4, 2023, or, in the alternative, (ii) amending the TCC Professionals' retentions to be effective as of the Petition Date; and this Court having jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and sufficient notice of the Motion having been given; and the Court having considered the Motion and any opposition thereto, and oral argument, if any; and upon due deliberation, and in accordance with the Court's ruling on the Motion, entered on November 7, 2023 [Dkt. No. 1571],

**IT IS HEREBY ORDERED:**

1. The Motion is granted as set forth herein.

2. The AHC be and hereby is granted an allowed administrative claim under 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4), afforded the priority under 11 U.S.C. § 507(a)(2), for reimbursement of expenses as a result of the substantial contribution it made in this case, and the Debtor be and hereby is directed to make payment to the AHC a total of $853,836.90 in fees and $6,200.91 in expenses, on account of the following allowed claims within seven (7) business days of the entry of this Order as follows[3]:

- $491,839.60 in fees and $5,359.65 in expenses as a result of services provided by Brown Rudnick LLP;

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed in the Motion.

[3] FTI Consulting, Inc. was awarded fees and expenses in connection with the Motion by prior Order entered on October 26, 2023 [Dkt. No. 1540]; those fees and expenses are therefore not included here.

7706845.1

- $200,023.95 in fees and $0.00 in expenses as a result of services provided by Otterbourg P.C.;

- $59,944.50 in fees and $369.70 in expenses as a result of services provided by Genova Burns LLC; and

- $102,028.85 in fees and $471.56 in expenses as a result of services provided by Massey & Gail LLP.

3. The request for alternative relief, authorizing the retention of the TCC professionals effective as of the Petition Date, is moot.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the entry of this Order.

4

7706845.1