```
              IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF NEW JERSEY

IN RE:                            .    Case No. 23-12825(MBK)
                                  .
                                  .
LTL MANAGEMENT LLC,               .
                                  .    U.S. Courthouse
          Debtor.                 .    402 East State Street
                                  .    Trenton, NJ 08608
                                  .
                                  .    November 15, 2023
. . . . . . . . . . . . . . . .        11:17 a.m.


         TRANSCRIPT OF MOTION SEEKING TO SUPPLEMENT THE RECORD
              BEFORE THE HONORABLE MICHAEL B. KAPLAN
           UNITED STATES BANKRUPTCY COURT CHIEF JUDGE


TELEPHONIC APPEARANCES:

For the Debtor:              Jones Day
                             By:  GREGORY M. GORDON, ESQ.
                             2727 North Harwood Street,
                                  Suite 500
                             Dallas, TX  75201

For Ad Hoc Committee of      Paul Hastings LLP
Supporting Counsel:          By:  RYAN MONTEFUSCO, ESQ.
                             200 Park Avenue
                             New York, NY  10166

For Ad Hoc Committee of      Brown Rudnick
Certain Talc Claimants and   By:  MICHAEL WINOGRAD, ESQ.
Ad Hoc Committee of          7 Times Square
Creditors:                   New York, NY  10036




Audio Operator:              Kiya Martin

Proceedings recorded by electronic sound recording, transcript
              produced by transcription service.
```
_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@jjcourt.com**

**(609) 586-2311    Fax No. (609) 587-3599**

```
TELEPHONIC APPEARANCES (Cont'd):

For Ad Hoc Committee of        MoloLamken LLP
Certain Talc Claimants and     By:  JEFFREY A. LAMKEN, ESQ.
Ad Hoc Committee of            600 NW Hampshire Avenue, N.W.
Creditors:                     Washington, DC  20037


                       - - -
```

```
 1              THE COURT:  Okay.  Good morning, everyone.  This is
 2   Judge Kaplan.  Hopefully, you all can hear me.  If anybody
 3   gives me a thumbs up -- I see nods of the head.  That works.
 4   Great.  And we know everything is working.  It's always nice to
 5   see familiar names and faces again.
 6              So, this is the LTL matter.  This is the motion by
 7   the Ad Hoc Committee of Supporting Counsels seeking to
 8   supplement the record.
 9              Let me have appearances, please.
10              MR. MONTEFUSCO:  Good afternoon, Your Honor.  Ryan
11   Montefusco, Paul Hastings, for the Ad Hoc Committee of
12   Supporting Counsel.
13              THE COURT:  Thank you.
14              For the debtor?
15              MR. GORDON:  Good morning, Your Honor.  Greg Gordon,
16   Jones Day, on behalf of the debtor.
17              THE COURT:  Good morning.
18              See?  It's easier when everybody is together here in
19   Trenton.  We're out of practice.
20              For the TCC?
21              MR. WINOGRAD:  Your Honor, this is Michael Winograd
22   from Brown Rudnick for the TCC and with me is Jeff Lamken of
23   MoloLamken.
24              THE COURT:  All right, good morning, folks.
25              Anyone else wish to enter appearances?
```

1           (No audible response)

2           THE COURT:  All right, let me hear from movant's
3    counsel.

4           MR. MONTEFUSCO:  Good morning, Your Honor.  As you
5    know, the AHC filed a statement of issues and designations of
6    items for the record on appeal on September 18th.  Shortly
7    thereafter the TCC filed its counter designations, counter
8    statement of issues which raised for the first time a question
9    regarding the AHC standing to pursue the appeal now pending
10   before the Third Circuit.

11          We think the assertion is meritless but the AHC filed
12   its motion on October 27th to add a limited number of documents
13   that we believe are material to the question of standing that
14   were not previously included in our statement in our
15   designation of items on the record because the issue had not
16   previously been raised.  All four of these documents arise out
17   of the AHC's motion to intervene in connection with the PI
18   hearing and all bear to varying degrees on the standing
19   question raised in TCC's statement of counter designations.

20          Unless the Court has any specific questions, I would
21   just conclude by adding that, you know, the TCC does not object
22   to this motion as we stated in our papers, and the debtor
23   consents.  I'd be happy to answer any specific questions that
24   Your Honor has.

25          THE COURT: All right. Well, thank you.  Why would I

1  want to interject?  Everybody consents.  Far be it from me.
2          But does the TCC wish to be heard, anything
3  specifically?
4          MR. WINOGRAD:  Your Honor, this is Michael Winograd
5  of Brown Rudnick for the TCC.  No, I think Mr. Montefusco has
6  summarized it well.  We have no objection to the motion.  I
7  think all four documents are actually on the bankruptcy court
8  docket and we have expressed that we have no objection.
9          THE COURT:  All right then, without further argument,
10 motion will be granted.
11         Do I have a form of order?
12         MR. MONTEFUSCO:  I believe we submitted one in
13 connection with the motion, Your Honor.
14         THE COURT:  All right, we'll take a look.  If we have
15 any problems, we'll reach out for you all.  Thank you.
16         UNIDENTIFIED ATTORNEY:  Thank you, Your Honor.
17         THE COURT:  Thank you very much.  Be well.  Take
18 care.
19         UNIDENTIFIED ATTORNEY:  Thank you, Your Honor.
20         THE COURT:  Court is adjourned.
21                        *  *  *  *  *
22
23
24
25

6

# **C E R T I F I C A T I O N**

     I, MARY POLITO, court approved transcribers, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter, and to the best of my ability.


<u>/s/ Mary Polito</u>

MARY POLITO

J&J COURT TRANSCRIBERS, INC.     DATE:  November 16, 2023