# EXHIBIT "A"



MILLER THOMSON LLP
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T 416.595.8500
F 416.595.8695

MILLERTHOMSON.COM

# Account Summary and Remittance Form

**October 31, 2023**

Invoice Number 3934248

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention:  David Molton, Counselor at Law

**Re:**   **Johnson & Johnson - Talc Litigation (2023)**
         **Our File No. 0265758.0002**

| | |
|---|---:|
| **Fees:** | $4,756.50 |
| **Total Amount Due** | $4,756.50 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



**MILLER THOMSON LLP**
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T 416.595.8500
F 416.595.8695

MILLERTHOMSON.COM

**October 31, 2023**

Invoice Number 3934248

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention: David Molton, Counselor at Law

To Professional Services Rendered in connection with the following matter(s) including:

**Re:**   **Johnson & Johnson - Talc Litigation (2023)**
         **Our File No. 0265758.0002**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/02/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| 10/03/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| 10/04/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| 10/04/2023 | JCC | Attend TCC meeting regarding appeal; | 0.40 |
| 10/05/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| 10/06/2023 | JCC | Correspondence with Susan Sieger-Grimm, David Molton, Michael Winograd regarding appeal; | 0.30 |
| 10/09/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| 10/10/2023 | JCC | Correspondence with Susan Sieger-Grimm, Jonathan Massey, Moshe Maimon regarding appeal; | 0.20 |
| 10/11/2023 | JCC | Attend TCC meeting regarding appeal; | 0.30 |
| 10/11/2023 | JCC | Correspondence with Susan Sieger-Grimm, Jonathan Massey, Moshe Maimon regarding appeal; | 0.10 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.

**MILLER THOMSON**
AVOCATS | LAWYERS

Page 2

Invoice 3934248

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/12/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| 10/13/2023 | JCC | Discussion and correspondence with Michael Maisel (Otterbourg), Asim Iqbal, Sunni Beville regarding TCC filing; | 0.40 |
| 10/13/2023 | JCC | Correspondence with Susan Sieger-Grimm, Jonathan Massey regarding appeal; | 0.20 |
| 10/16/2023 | JCC | Correspondence with Susan Sieger-Grimm, Jonathan Massey regarding appeal; | 0.20 |
| 10/17/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| 10/18/2023 | JCC | Attend TCC meeting regarding appeal; | 0.80 |
| 10/19/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| 10/20/2023 | JCC | Correspondence with Susan Sieger-Grimm re appeal; | 0.10 |
| 10/23/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| 10/24/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| 10/25/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| 10/25/2023 | GF | Review appeal materials re potential Canadian legal issues; | 0.60 |
| 10/26/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| 10/27/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| 10/30/2023 | JCC | Correspondence with Susan Sieger-Grimm, Jon Massey regarding appeal; | 0.10 |
| 10/31/2023 | JCC | Correspondence with Susan Sieger-Grimm regarding appeal; | 0.10 |
| | | **Total Hours** | **5.10** |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



Page 3

Invoice 3934248

**Our Fee:** 4,756.50

| TK ID | Initials | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 01208 | GF | G. Finlayson | Partner | $990.00 | 0.60 | $594.00 |
| 00615 | JCC | J. Carhart | Partner | $925.00 | 4.50 | $4,162.50 |

**Total Amount Due** **$4,756.50**

E.&O.E.

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.