# EXHIBIT A

GENOVA BURNS LLC

November 21, 2023
Invoice No.:    504908

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/01/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/05/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/05/23 | GSK | B110 | Review Ad Hoc Group's notice of appeal re dismissal order (0.2); review corresp from and among co-counsel re same (0.1). | .30 | 600.00 | 180.00 |
| 9/06/23 | GSK | B110 | Review joint certification re appeal of dismissal order directly to 3rd Cir (0.1); review corresp among co-counsel re same (0.1). | .20 | 600.00 | 120.00 |
| 9/07/23 | GSK | B110 | Review notices re transmittal and docketing of AHC's appeal of dismissal order to DNJ. | .10 | 600.00 | 60.00 |
| 9/07/23 | GSK | B110 | Review notices re calendar issues; update calendar. | .10 | 600.00 | 60.00 |
| 9/07/23 | GSK | B190 | Review debtor's statement of issues and designation of record on appeal. | .50 | 600.00 | 300.00 |
| 9/08/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/08/23 | GSK | B110 | Review notices re transmittal and docketing of debtor's appeal of dismissal order to DNJ. | .10 | 600.00 | 60.00 |
| 9/08/23 | GSK | B190 | Review corresp among co-counsel re debtor's statement of issues on appeal. | .20 | 600.00 | 120.00 |
| 9/08/23 | GSK | B190 | Review DNJ notice re scheduling of appeal and deciding appeal on papers without appearances; review corresp from co-counsel re same. | .10 | 600.00 | 60.00 |
| 9/10/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/11/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/12/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/13/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/14/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

November 21, 2023
Invoice No.:    504908

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/15/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/18/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/19/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/20/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/21/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/22/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/23/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/24/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/25/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/26/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/27/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/28/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/29/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 10/01/23 | DMS | B110 | Emails with co-counsel and appellants regarding LTL request for stay of appeals. | .50 | 800.00 | 400.00 |
| 10/02/23 | DMS | B110 | Emails with WMD regarding stay of appeals. | .30 | 800.00 | 240.00 |
| 10/03/23 | DMS | B110 | Review LTL and JJ corporate disclosure in appeal. | .20 | 800.00 | 160.00 |
| 10/03/23 | LD | B160 | File and serve MoloLamken's first post-dismissal fee statement August 12-31, 2023. | .50 | 250.00 | 125.00 |
| 10/03/23 | LD | B160 | Prepare and file COS re MoloLamken August 12-31, 2023 fee statement. | .30 | 250.00 | 75.00 |
| 10/06/23 | DMS | B110 | Review Third Circuit pleadings regarding direct appeal. | .30 | 800.00 | 240.00 |
| 10/09/23 | DWC | B110 | Rvw pacer emails notifications | .40 | 600.00 | 240.00 |
| 10/10/23 | DMS | B110 | Emails with Pacelli regarding expense backup. | .20 | 800.00 | 160.00 |

GENOVA BURNS LLC

November 21, 2023
Invoice No.: 504908

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/10/23 | DMS | B110 | Call with Burian regarding HL fees. | .30 | 800.00 | 240.00 |
| 10/10/23 | DMS | B110 | Review Appellants petition for Direct Appeal. | .60 | 800.00 | 480.00 |
| 10/10/23 | DMS | B110 | Review draft reply to debtor's motion to certify appeal and comment. | .40 | 800.00 | 320.00 |
| 10/11/23 | DMS | B110 | TCC call regarding appeal status. | .50 | 800.00 | 400.00 |
| 10/12/23 | DMS | B110 | Review AHC appearance in appeal and disclosure statement. | .20 | 800.00 | 160.00 |
| 10/12/23 | DMS | B110 | Emails with Lawlor regarding fee resolution. | .30 | 800.00 | 240.00 |
| 10/12/23 | DMS | B110 | Review text order regarding October 18th hearings and emails with TCC regarding same. | .30 | 800.00 | 240.00 |
| 10/12/23 | DMS | B110 | Review expense request from Pacelli and provide response. | .30 | 800.00 | 240.00 |
| 10/13/23 | DMS | B110 | Review Alystock appeal and send to TCC. | .30 | 800.00 | 240.00 |
| 10/13/23 | LD | B160 | File response to objection to member expense reimbursement. | .30 | 250.00 | 75.00 |
| 10/13/23 | LD | B160 | Edit and file response to objections to professional fees. | .40 | 250.00 | 100.00 |
| 10/13/23 | SS | B110 | Reviewing response to petition for direct appeal. | .60 | 275.00 | 165.00 |
| 10/16/23 | DMS | B110 | Review Massey letter to counsel regarding response. | .20 | 800.00 | 160.00 |
| 10/16/23 | DMS | B160 | Negotiations with Lawlor regarding Fee Apps etc. | 1.20 | 800.00 | 960.00 |
| 10/16/23 | DMS | B110 | Email with Prieto and Massey regarding appeal confidentiality issue. | .30 | 800.00 | 240.00 |
| 10/16/23 | DMS | B110 | Review A&I response regarding direct appeal. | .20 | 800.00 | 160.00 |
| 10/16/23 | DMS | B110 | Review notice of agenda from DeFillipo. | .10 | 800.00 | 80.00 |
| 10/16/23 | LD | B160 | File and serve Miller Thomson September 2023 post-dismissal fee statement. | .40 | 250.00 | 100.00 |

GENOVA BURNS LLC

November 21, 2023
Invoice No.: 504908

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/16/23 | LD | B160 | Prepare and file COS re MT September post-dismissal fee statement. | .30 | 250.00 | 75.00 |
| 10/17/23 | DMS | B110 | Review Shipp text order regarding appeals. | .20 | 800.00 | 160.00 |
| 10/17/23 | DMS | B190 | Emails with TCC professionals and Lawlor regarding attempt to resolve disputes. | 1.20 | 800.00 | 960.00 |
| 10/17/23 | DMS | B110 | Email with Lawlor et al regarding October 18th hearing. | .40 | 800.00 | 320.00 |
| 10/18/23 | DMS | B110 | TCC meeting regarding appeal update. | .70 | 800.00 | 560.00 |
| 10/18/23 | DMS | B110 | Continuing discussions with Lawlor and TCC professionals regarding resolution. | 1.20 | 800.00 | 960.00 |
| 10/18/23 | LD | B160 | Prepare and file CNO re MoloLamken's first post-dismissal monthly fee statement. | .50 | 250.00 | 125.00 |
| 10/18/23 | LD | B160 | Prepare and file status change form withdrawing R. Morse's PHV appearance. | .40 | 250.00 | 100.00 |
| 10/19/23 | DMS | B110 | Review October 18th Transcript and send to TCC. | .40 | 800.00 | 320.00 |
| 10/19/23 | DMS | B160 | Email with Sponder regarding fee order. | .30 | 800.00 | 240.00 |
| 10/19/23 | DMS | B110 | Call with TCC counsel regarding attempt to resolve fee objections. | .80 | 800.00 | 640.00 |
| 10/19/23 | DMS | B110 | Emails with professionals and Lawlor regarding fee disputes. | .80 | 800.00 | 640.00 |
| 10/19/23 | LD | B160 | File and serve MG 2nd post dismissal fee statement for September. | .50 | 250.00 | 125.00 |
| 10/20/23 | DMS | B110 | Review Third Circuit Order regarding Panel and Ad Hoc and emails with co-counsel regarding same. | .40 | 800.00 | 320.00 |
| 10/20/23 | DMS | B110 | Emails with Appellate team regarding Judge Schwartz. | .30 | 800.00 | 240.00 |
| 10/20/23 | DWC | B190 | Rvw multiple emails from adversary, ad hoc committee and appeal designations | 1.70 | 600.00 | 1,020.00 |
| 10/20/23 | LD | B160 | Email to Chambers and cc's re forms of fee orders. | .20 | 250.00 | 50.00 |

GENOVA BURNS LLC

November 21, 2023
Invoice No.: 504908

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/20/23 | LD | B160 | Prepare and file COS re MG's 2nd post dismissal September fee statement. | .30 | 250.00 | 75.00 |
| 10/21/23 | DMS | B160 | Emails with Jonas et al regarding attempts to settle fee disputes. | .40 | 800.00 | 320.00 |
| 10/21/23 | DMS | B110 | Emails with Appellate team regarding designation. | .20 | 800.00 | 160.00 |
| 10/23/23 | DMS | B110 | Review Order of Third Circuit granting appeal and discuss with co-counsel. | .40 | 800.00 | 320.00 |
| 10/23/23 | DMS | B160 | Review draft pleadings and emails with TCC professionals regarding fee disputes. | 1.00 | 800.00 | 800.00 |
| 10/23/23 | DMS | B110 | Call with Lawlor to discuss possible resolution. | .30 | 800.00 | 240.00 |
| 10/23/23 | DMS | B110 | Review Lawlor settlement offer and discuss with TCC professionals. | .50 | 800.00 | 400.00 |
| 10/24/23 | DMS | B160 | Fee resolution efforts. | 2.00 | 800.00 | 1,600.00 |
| 10/25/23 | DMS | B110 | TCC call regarding appeal status. | .60 | 800.00 | 480.00 |
| 10/25/23 | DMS | B110 | Emails with Lawlor regarding RR and Miller. | .30 | 800.00 | 240.00 |
| 10/25/23 | DMS | B160 | Review Molo, Ott and AK Orders from Pacelli. | .30 | 800.00 | 240.00 |
| 10/26/23 | DMS | B110 | Numerous emails with Lawlor et al regarding resolution of fee disputes. | 1.20 | 800.00 | 960.00 |
| 10/26/23 | DMS | B110 | Email with Court regarding fee dispute status. | .30 | 800.00 | 240.00 |
| 10/26/23 | DMS | B110 | Emails with Lawlor regarding Orders. | .30 | 800.00 | 240.00 |
| 10/26/23 | DMS | B110 | More emails with Lawlor regarding BR and M&T fee resolution. | .40 | 800.00 | 320.00 |
| 10/27/23 | DMS | B110 | Negotiation of fee disputes with Debtor and US Trustee. | 1.60 | 800.00 | 1,280.00 |
| 10/27/23 | DMS | B160 | Wrote letter to Court with Fee Orders. | .40 | 800.00 | 320.00 |
| 10/27/23 | DMS | B110 | Emails with US Trustee and Court regarding Order review. | .30 | 800.00 | 240.00 |

GENOVA BURNS LLC

November 21, 2023
Invoice No.:    504908

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 10/30/23 | DMS | B110 | Review OST regarding AHC supplemental record motion and circulate to TCC professionals. | .40 | 800.00 | 320.00 |
| 10/30/23 | LD | B160 | Prepare CNO re MT's September post-dismissal fee statement. | .50 | 250.00 | 125.00 |
| 10/31/23 | MAS | B160 | File and serve MoloLamken's Second Post Dismissal Fee Statement September 1-30, 2023. | .50 | 250.00 | 125.00 |
| 10/31/23 | MAS | B160 | Prepare and file COS regarding MoloLamken's September 30, 2023 Fee Statement. | .30 | 250.00 | 75.00 |

**TOTAL PROFESSIONAL SERVICES**  **$ 24,435.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Daniel M Stolz | Partner | 24.30 | 800.00 | 19,440.00 |
| Donald W. Clarke | Partner | 2.10 | 600.00 | 1,260.00 |
| Maria A. Sousa | Paraprofessional | .80 | 250.00 | 200.00 |
| Lorrie Denson | Paralegal | 4.60 | 250.00 | 1,150.00 |
| Sydney Schubert | Junior Associate | .60 | 275.00 | 165.00 |
| Gregory S. Kinoian | Counsel | 3.70 | 600.00 | 2,220.00 |
| **TOTALS** | | **36.10** | | **$ 24,435.00** |

GENOVA BURNS LLC

November 21, 2023
Invoice No.:    504908

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 9/19/23 | Other Professional, BMC Group, Inc., 429-20230919-1 - LTL Management Noticing Production, Date: 9/19/23. | 332.88 |
| 9/21/23 | Other Professional, BMC Group, Inc., 429-20230921-1 - fee for LTL Management Noticing Production, Date: 9/21/23. | 356.72 |
| 10/19/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-02130 - Court Reporter fee for 1 copy of 67pgs Federal Court Daily on 10/18/23, Court: U.S. Bankruptcy Court, Trenton NJ, (23-12825). | 90.45 |

**TOTAL DISBURSEMENTS**     **$ 780.05**

**TOTAL THIS INVOICE**     **$ 25,215.05**