|  |  |
|---|---|
| In re:<br>LTL MANAGEMENT, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

**Order Filed on December 1, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# ORDER GRANTING REIMBURSEMENT OF EXPENSES OF MEMBER REPRESENTATIVES OF TALC CLAIMANTS

The relief set forth on the following pages is **ORDERED**.

**DATED: December 1, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br><br>*Local Counsel to the Official Committee of Talc Claimants*<br><br>*-and-*<br><br>*Local Counsel for the Ad Hoc Committee of Certain Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Jeffrey L. Jonas, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Sunni P. Beville, Esq.<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br><br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants*<br><br>*-and-*<br><br>*Co-Counsel for the Ad Hoc Committee of Certain Talc Claimants* |
| **OTTERBOURG P.C.**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 661-9100<br>Fax: (212) 682-6104<br><br>*Co-Counsel for the Official Committee of Talc Claimants*<br><br>*-and-*<br><br>*Co-Counsel for the*<br>*Ad Hoc Committee of Certain Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br><br>*Special Counsel for the Official Committee of Talc Claimants*<br><br>*-and-*<br><br>*Ad Hoc Committee of Certain Talc Claimants* |

UPON the request made by Genova Burns LLC on behalf of the member representatives of the Official Committee of Talc Claimants (the "Member Representatives") for reimbursement of expenses incurred by the Member Representatives from April through July, 2023 (the "Representative Expenses"), *see* Statement for Reimbursement of Expenses of Member Representatives of Talc Claimants From April Through July, 2023 (the "Statement") [Dkt. 1391][2] made pursuant to the Interim Compensation Order, and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and sufficient notice of the Statement having been given; and the Court having considered the Statement and any opposition thereto, and oral argument, if any; and the U.S. Trustee having filed an objection to the Statement (the "U.S. Trustee Objection") [Dkt. 1493]; and the Court having sustained in part and overruled in part the U.S. Trustee Objection; and upon due deliberation, and in accordance with the Court's statement regarding Representative Expenses made in its November 7, 2023 letter [Dkt. No. 1571],

**IT IS HEREBY ORDERED:**

1. The request for reimbursement of Representative Expenses is granted to the extent set forth herein.

2. The Debtors shall pay the Representative Expenses subject to the following:

- Representative Expenses shall not include reimbursement for legal fees.

- Airfare is reimbursable at coach plus (or the equivalent) class of airfare.

- Hotel stays are reimbursable at reasonable rates commensurate with the level of hotel for which the Debtor's and TCC's professionals stayed for the relevant meeting or court hearing.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed in the Statement.

- Alcohol is not reimbursable.

- All other expenses, including expenses for meals, shall be consistent with the United States Trustee Guidelines.

3. The Member Representatives shall conform their requests for reimbursement of Representative Expenses consistent with the foregoing (the "<u>Revised Representative Expenses</u>") and provide the Debtor and the U.S. Trustee with the Revised Representative Expenses within fourteen (14) days of this Order. The Debtor and the U.S. Trustee may review the Revised Representative Expenses and, if no objection is provided to counsel for the TCC or filed with the Court within twenty-eight days (28) of this Order, the Debtor shall pay the Revised Representative Expenses seven (7) days thereafter. The Debtor, the U.S. Trustee and Member Representatives shall use their best efforts to resolve any disputes regarding whether the Revised Representative Expenses are reasonable and conform with this Order.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the entry of this Order.