# EXHIBIT A
# Time and Expense Detail

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

```
                                                            November 28, 2023
Client/Matter No.:    93174/0902                            BILL NO. 235668
Matter Name:          LTL MANAGEMENT II
Billing Partner:      RG HADDAD
```

For Services Rendered Through September 30, 2023:

---

Phase: L0005                                    MEETINGS OF AND COMMUNICATIONS WITH COMM

---

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/06/23<br>JSF | Telephone Call(s)<br>Participate in Weekly Zoom Meeting with Committee re: Update on Appeal | .60 | 609.00 |
| 09/06/23<br>MLC | Conference call(s)<br>Attend Zoom meeting with Committee re appeal strategy and updates (MLC time) | .30 | 486.00 |
| 09/06/23<br>ACS | Conference(s) w/ CoCounsel - Other<br>Participate on zoom meeting of Committee Members, Co-Counsel and Member Reps re appeal | .60 | 690.00 |
| 09/13/23<br>JSF | Telephone Call(s)<br>Participate in Weekly Committee Meeting re: Status of Appeal | .30 | 304.50 |
| 09/13/23<br>ACS | Conference(s) w/ CoCounsel - Other<br>Participate in Committee Member, Counsel and Member Rep Zoom re appeal status | .30 | 345.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

```
Client/Matter:   93174/0902                                       November 28, 2023
Page 2                                                            BILL NO. 235668
```

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/13/23<br>MRM | Telephone Call(s)<br>Attend Committee meeting re: appeal status / strategy | .30 | 157.50 |
| 09/20/23<br>JSF | Telephone Call(s)<br>Participate in Weekly Zoom Meeting with Co-Counsel and Committee re: Appellate Update | .60 | 609.00 |
| 09/20/23<br>MLC | Conference call(s)<br>Conference call with Committee and Counsel re direct certification issues | .50 | 810.00 |
| 09/20/23<br>DAC | Conference(s) In Office<br>Meeting with committee re appellate strategy | .60 | 555.00 |
| TOTAL PHASE L0005 | | 4.10 | $4,566.00 |

Phase: L0006                                  MEETINGS OF AND COMMUNICATIONS WITH CO-C

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/05/23<br>ACS | Correspondence w/CoCounsel - Other<br>E-mails from Committee Co-Counsel re appeal status | .20 | 230.00 |
| TOTAL PHASE L0006 | | .20 | $230.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                   November 28, 2023
Page 3                                                        BILL NO. 235668

Phase: L0018                              DISMISSAL/TRUSTEE/EXAMINER MATTERS

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/06/23<br>JB | Analysis of Legal Papers<br>Review AHC notice of appeal/deadlines and assess next steps | .30 | 271.50 |
| 09/06/23<br>ACS | Analysis of Legal doc for appeal<br>Review joint request for certification of direct appeal | .10 | 115.00 |
| 09/07/23<br>JB | Analysis of Legal Papers<br>Review joint certification of appeal to 3rd Circuit and appellate-related deadlines. | .40 | 362.00 |
| 09/08/23<br>JB | Analysis of Legal Papers<br>Review Debtor statement of issues on appeal/designation of record on appeal and TCC comments to statement/additional record items | .50 | 452.50 |
| 09/08/23<br>ACS | Analysis of Legal doc for appeal<br>Review Debtor's designations and issues on appeal. | .40 | 460.00 |
| 09/14/23<br>JSF | Examine Documents<br>Review TCC Counterstatement of Issues in connection with appeal | .50 | 507.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

| Client/Matter:  93174/0902 | | November 28, 2023 |
|---|---|---|
| Page 4 | | BILL NO. 235668 |

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/14/23<br>MLC | Review Documents<br>Summary review of LTL statement of issues and designations of record on appeal | .50 | 810.00 |
| 09/14/23<br>MLC | Correspondence<br>Correspondence with TCC and appellate counsel re issues on appeal | .30 | 486.00 |
| 09/15/23<br>JSF | Examine Documents<br>Review of Counterstatement of TCC of Issues for Appellate Review | .30 | 304.50 |
| 09/15/23<br>MLC | Review Documents<br>Review of proposed revisions to counter statement of issues on appeal | .60 | 972.00 |
| 09/15/23<br>MLC | Correspondence<br>Correspondence with Massey and Lampken re counter statement of issues on appeal | .20 | 324.00 |
| 09/15/23<br>MLC | Correspondence<br>Correspondence with UST re designation of record on appeal | .10 | 162.00 |
| 09/17/23<br>MLC | Correspondence<br>Correspondence with UST re proposed counter statement of issues on appeal | .20 | 324.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

```
Client/Matter:   93174/0902                               November 28, 2023
Page 5                                                    BILL NO. 235668
```

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/18/23<br>ACS | Review/correct Legal doc for appeal<br>Review draft statement of issues on appeal and counter-designations and comment on same | .80 | 920.00 |
| 09/19/23<br>MLC | Correspondence<br>Correspondence with TCC and Jones Day re direct certification order | .20 | 324.00 |
| 09/20/23<br>JSF | Examine Documents<br>Review of Draft TCC Statement of Issues on Appeal | .20 | 203.00 |
| 09/20/23<br>MLC | Review Documents<br>Reviewed Draft counter-statement. | .30 | 486.00 |
| 09/20/23<br>DAC | Draft/revise<br>Review and comment on statement of issues for appeal | .60 | 555.00 |
| 09/21/23<br>JB | Analysis of Legal Papers<br>Review entered order certifying appeal to Third Circuit | .20 | 181.00 |
| 09/22/23<br>JB | Analysis of Legal Papers<br>Review additional appellate designations/statement of issues filed by other appellees | .40 | 362.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                             November 28, 2023
Page 6                                                                  BILL NO. 235668

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 09/26/23<br>JSF | Examine Documents<br>Review of Appellee Statements of Issues on Appeal | .50 | 507.50 |
| 09/27/23<br>MLC | Conference call(s)<br>Zoom update with appellate co-counsel re timing and related issues for third circuit appeal | .20 | 324.00 |
| TOTAL PHASE L0018 | | 7.80 | $9,413.50 |
| | TOTAL FOR SERVICES | | $14,209.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

```
Client/Matter:  93174/0902                                     November 28, 2023
Page 7                                                          BILL NO. 235668


DISBURSEMENTS FOR YOUR ACCOUNT

    Electronic Research                                                  426.73
                                                                  _____
                                   TOTAL DISBURSEMENTS                   426.73

                                   TOTAL THIS STATEMENT              $14,636.23
```