**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>Ref. Docket No. 1597 |

**CERTIFICATE OF SERVICE**

I, PANAGIOTA MANATAKIS, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 28, 2023, I caused to be served "Notice of Debtor's Motion Pursuant to Bankruptcy Rules 9023 and 9024 for Amendment or Reconsideration of the Order Awarding a Discretionary Bonus to Houlihan Lokey," dated November 28, 2023 [Docket No. 1597], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis
Panagiota Manatakis

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ANDRES PEREIRA LAW FIRM | 14709 CUSTER COURT ANDRES PEREIRA AUSTIN TX 78734 |
| ARNOLD & ITKIN LLP | KURT ARNOLD, CAJ BOATRIGHT, ROLAND CHRISTENSEN & JASON ITKIN 6009 MEMORIAL DRIVE HOUSTON TX 77007 |
| ASHCRAFT & GEREL, LLP | (COUNSEL TO REBECCA LOVE - OCTC) ATTN MICHELLE PARFITT 1825 K STREET, NW, STE 7000 WASHINGTON DC 20006 |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | MARY PUTNICK & DANIEL THORNBURGH 17 EAST MAIN ST., STE 200 PO BOX 12630 PENSACOLA FL 32502 |
| BALLARD SPAHR LLP | (COUNSEL TO ALBERTSONS COMPANIES, INC) ATTN TOBEY M DALUZ, LESLIE C HEILMAN, LAUREL D ROGLEN & MARGARET A VESPER 919 N MARKET STREET, 11TH FLOOR WILMINGTON DE 19801-3034 |
| BEASLEY ALLEN LAW FIRM | (COUNSEL TO ALISHIA LANDRUM - OCTC) ATTN LEIGH O'DELL PO BOX 4160 MONTGOMERY AL 36103 |
| BEASLEY ALLEN LAW FIRM | CHARLIE STERN 218 COMMERCE ST MONTGOMERY AL 36104 |
| BLAKE, CASSELS & GRAYDON LLP | (SPECIAL COUNSEL TO DEBTOR) ATTN: LINC ROGERS 199 BAY STREET STE 4000 COMMERCE COURT WEST TORONTO ON M5L 1A9 CANADA |
| BROWN RUDNICK LLP | (CO-COUNSEL TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS) ATTN DAVID J MOLTON, MICHAEL S WINOGRAD, SUSAN SIEGER-GRIMM & KENNETH J AULET SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (CO-COUNSEL TO THE OFFICIAL COMMITTEE OF TALC CLAIMANTS) ATTN JEFFREY L JONAS, SUNNI P BEVILLE & ERIC R GOODMAN ONE FINANCIAL CENTER BOSTON MA 02111 |
| CHILDERS, SCHLUETER & SMITH LLC | RICHARD SCHLUETER 1932 N DRUID HILLS RD., STE. 100 ATLANTA GA 30319 |
| CLYDE & CO US LLP | (COUNSEL TO THE CONTINENTAL INSURANCE COMPANY) ATTN CLINTON E CAMERON & MEGHAN DALTON 55 WEST MONROE STREET, SUITE 3000 CHICAGO IL 60603 |
| COLE SCHOTZ PC | (COUNSEL TO AD HOC GROUP OF SUPPORTING COUNSEL) ATTN: MICHAEL D SIROTA; WARREN A USATINE; SETH VAN AALTEN; JUSTIN ALBERTO COURT PLAZA NORTH 25 MAIN STREET PO BOX 800 HACKENSACK NJ 07601-0800 |
| CROWELL & MORING LLP | (COUNSEL TO ALLIANZ & CENTURY INSURERS) ATTN TACIE H YOON 1001 PENNSYLVANIA AVE., N.W. WASHINGTON DC 20004 |
| CROWELL & MORING LLP | (COUNSEL TO ALLIANZ & CENTURY INSURERS) ATTN MARK D PLEVIN THREE EMBARCADERO CENTER, 26TH FL SAN FRANCISCO CA 94111 |
| DAVID CHRISTIAN ATTORNEYS LLC | (COUNSEL TO THE CONTINENTAL INSURANCE COMPANY) ATTN DAVID CHRISTIAN, ESQ 105 W MADISON ST., SUITE 1400 CHICAGO IL 60602 |
| DUANE MORRIS LLP | (COUNSEL TO REPUBLIC INDEMNITY COMPANY OF AMERICA) ATTN PHILIP R MATTHEWS, ESQ. SPEAR TOWER ONE MARKET PLAZA, SUITE 2200 SAN FRANCISCO CA 94105-1127 |
| FERRER, POIROT & WANSBROUGH | JESSE FERRER & CHRISTINA FELLER 2603 OAK LAWN AVE. #300 DALLAS TX 75219 |
| GIBBONS P.C. | (COUNSEL TO MISSISSIPPI & NEW MEXICO ATTORNEY GENERAL) ATTN ROBERT K MALONE & KYLE P MCEVILLY ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GOLOMB SPIRT GRUNFELD | (COUNSEL TO BRANDI CARL - OCTC) ATTN RICHARD GOLOMB 1835 MARKET ST, STE 2900 PHILADELPHIA PA 19103 |
| HALPERIN BATTAGLIA BENZIJA, LLP | (COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC) ATTN ALAN D HAPERIN, ESQ, DONNA H LIEBERMAN, ESQ 40 WALL STREET, 37TH FLOOR NEW YORK NY 10005 |
| HILL CARTER FRANCO COLE & BLACK PC | (COUNSEL TO BCBS OF MASSACHUSETTS - OCTC) ATTN ELIZABETH CARTER 425 PERRY STREET MONTGOMERY AL 36104 |
| JOHNSON & JOHNSON | ATTN ERIC HAAS, ESQ & ANDREW WHITE, ESQ 1 JOHNSON & JOHNSON PLAZA NEW BRUNSWICK NJ 08933 |
| JOHNSON LAW GROUP | BLAKE TANASE, BASIL ADHAM 2925 RICHMOND AVE., STE 1700 HOUSTON TX 77098 |
| JONES WALKER LLP | (CO-MEDIATOR) ATTN GARY RUSSO SUITE 1600, 600 JEFFERSON STREET LAFAYETTE LA 70501 |
| KARST VON OISTE LLP | (COUNSEL TO TONYA WHETSEL AS ESTATE REP OF BRANDON WHETSEL - OCTC) ATTN ERIK KARST 23923 GOSLING RD, STE A SPRING TX 77389 |
| KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, PLC | (COUNSEL TO KRISTIE DOYLE ESTATE REP OF DAN DOYLE - OCTC) ATTN STEVEN KAZAN 55 HARRISON ST, STE 400 OAKLAND CA 94607 |
| LEVIN PAPANTONIO RAFFERTY | (COUNSEL TO WILLIAM HENRY ESTATE REP OF DEBRA HENRY - OCTC) ATTN CHRISTOPHER |

| Claim Name | Address Information |
|---|---|
| LEVIN PAPANTONIO RAFFERTY | TISI 316 S BAYLEN ST, STE 600 PENSACOLA FL 32502 |
| LIAKOS LAW | 955 DEEP VALLEY DR SUITE 3900 JENN LIAKOS PALOS VERDES PENINSULA CA 90274 |
| LINVILLE LAW GROUP | 1932 N DRUID HILLS RD NE, STE 200 GANDHI, VINITA ATLANTA GA 30319 |
| MASSEY & GAIL LLP | (CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF TALC CLAIMANTS) ATTN JONATHAN S MASSEY & RACHEL S MORSE 1000 MAINE AVE. SW, SUITE 450 WASHINGTON DC 20024 |
| MCCARTER & ENGLISH, LLP | (SPECIAL COUNSEL TO DEBTOR) ATTN: THOMAS W. LADD & JOHN C. GARDE FOUR GATEWAY CENTER 100 MULBERRY STREET NEWARK NJ 07102 |
| MCDONALD WORLEY | DON WORLEY 1770 ST. JAMES PLACE, STE 100 HOUSTON TX 77056 |
| MILLER FIRM, LLC | ATTN CURTIS G HOKE 108 RAILROAD AVE ORANGE VA 22960 |
| NACHAWATI LAW GROUP | MAJED NACHAWATI 5489 BLAIR RD DALLAS TX 75231 |
| NAPOLI SHKOLNIK PLLC | JAMES HEISMAN, CHRISTOPHER LOPALO 360 LEXINGTON AVE, 11TH FLOOR NEW YORK NY 10017 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | (COUNSEL TO THE STATE OF TEXAS) ATTN AUTUMN D HIGHSMITH, RACHEL R OBALDO BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE US TRUSTEE | ATTN LAUREN BIELSKIE & JEFFREY M. SPONDER ONE NEWARK CENTER, STE 2100 NEWARK NJ 07102 |
| ONDERLAW, LLC | JAMES ONDER 110 EAST LOCKWOOD, 2ND FL ST. LOUIS MO 63119 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | (SPECIAL COUNSEL TO DEBTOR) ATTN: ROBERT LOEB COLUMBIA CENTER 1152 15TH STREET NW WASHINGTON DC 20005-1706 |
| OTTERBOURG PC | (CO-COUNSEL TO OFF COMMITTEE OF TALC CLAIMANTS) ATTN MELANIE L. CYGANOWSKI, JENNIFER S. FEENEY & MICHAEL R. MAIZEL 230 PARK AVENUE NEW YORK NY 10169 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO ARNOLD & ITKIN PLAINTIFFS) ATTN LAURA DAVIS JONES, COLIN R ROBINSON PETER J KEANE 919 N MARKET STREET, 17TH FL WILMINGTON DE 19801 |
| PARKINS & RUBIO LLP | (COUNSEL TO THE AD HOC GROUP OF SUPPORTING COUNSEL) ATTN LENARD M PARKINS & CHARLES M RUBIO 700 MILAM, SUITE 1300 HOUSTON TX 77002 |
| PULASKI KHERKHER PLLC | ADAM PULASKI 2925 RICHMOND AVE, STE 1725 HOUSTON TX 77098 |
| RANDI S ELLIS LLC | (FUTURE TALC CLAIMANTS REPRESENTATIVE) ATTN: RANDI S ELLIS 5757 INDIAN CIRCLE HOUSTON TX 77057 |
| RAWLINGS & ASSOCIATES | (COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC) ATTN MARK D FISCHER, ESQ & ROBERT C GRIFFITHS 1 EDEN PARKWAY LA GRANGE KY 40031 |
| RESOLUTIONS, LLC | (CO-MEDIATOR) ATTN ERIC D GREEN 30 MONUMENT SQUARE, SUITE 245 CONCORD MA 01742 |
| ROBINSON CALCAGNIE, INC. | (COUNSEL TO APRIL FAIR – OCTC) ATTN MARK ROBINSON, JR 19 CORPORATE PLAZA DRIVE NEWPORT BEACH CA 92660 |
| RUEB STOLLER DANIEL, LLP | GREGORY D. RUEB 1990 N. CALIFORNIA BLVD. 8TH FLOOR WALNUT CREEK CA 94596 |
| SANDERS, PHILLIPS, GROSSMAN, LLC | MARC GROSSMAN 100 GARDEN CITY PLAZA GARDEN CITY NY 11530 |
| SHOOK, HARDY & BACON L.L.P. | (SPECIAL COUNSEL TO DEBTOR) ATTN: KATHLEEN A. FRAZIER 600 TRAVIS ST, STE 3400 HOUSTON TX 77002 |
| SLATER SLATER SCHULMAN | 445 BROADHOLLOW RD, STE 419 SLATER, ADAM MELVILLE NY 11747 |
| TRAMMELL PC | FLETCHER V. TRAMMELL 3262 WESTHEIMER RD., STE 423 HOUSTON TX 77098 |
| WAGSTAFF LAW FIRM | AIMEE WAGSTAFF 940 N. LINCOLN ST DENVER CO 80203 |
| WATTS GUERRA LLP | MIKAL WATTS 4 DOMINION DR., BLD 3, STE 100 SAN ANTONIO TX 78257 |
| WEIL, GOTSHAL & MANGES LLP | (SPECIAL COUNSEL TO DEBTOR) ATTN: DIANE SULLIVAN, RONIT BERKOVICH, THEODORE TSEKERIDES & MATTHEW P. GOREN 767 FIFTH AVENUE NEW YORK NY 10153 |
| WEITZ & LUXENBERG, PC | (COUNSEL TO PATRICIA COOK – OCTC) ATTN PERRY WEITZ & LISA NATHANSON BUSCH 700 BROADWAY NEW YORK NY 10003 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN JESSICA C LAURIA, GLENN M KURTZ, R PASIANOTTO & GREGORY STARNER 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1095 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN  MATTHEW E LINDER & LAURA E BACCASH 111 SOUTH WACKER DR, STE 5100 CHICAGO IL 60606-4302 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN MICHAEL C SHEPHERD & LAURA FEMINO 200 SOUTH BISCAYNE BLVD, STE 4900 MIAMI FL 33131-2352 |

| Claim Name | Address Information |
|---|---|
| WISNER BAUM | 10940 WILSHIRE BLVD, STE 1600 WISNER, ROBERT BRENT LOS ANGELES CA 90024 |

**Total Creditor count  61**

LTL MANAGEMENT LLC
Case No.: 23-12825 (MBK)
First Class Mail Additional Service List

Houlihan Lokey Capital, Inc.
245 Park Avenue, 20th Floor
New York, NY 10167

**EXHIBIT B**

LTL MANAGEMENT LLC, Case No. 23-12825 (MBK)
Electronic Mail Master Service List

| NAME | CONTACT | EMAIL ADDRESS |
|---|---|---|
| ANDRES PEREIRA LAW FIRM | ANDRES PEREIRA | apereira@andrespereirapc.com |
| ARCHER & GREINER, P.C. | ATTN: STEPHEN M. PACKMAN | spackman@archerlaw.com |
| ARNOLD & ITKIN LLP | KURT ARNOLD, CAJ BOATRIGHT, ROLAND CHRISTENSEN & JASON ITKIN | cboatright@arnolditkin.com; christensen@arnolditkin.com; jitkin@arnolditkin.com |
| ASHCRAFT & GEREL, LLP | ATTN MICHELLE PARFITT | mparfitt@ashcraftlaw.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | MARY PUTNICK & DANIEL THORNBURGH | marybeth@putnicklegal.com; dthornburgh@awkolaw.com |
| BALLARD SPAHR LLP | ATTN TOBEY M DALUZ, LESLIE C HEILMAN, LAUREL D ROGLEN & MARGARET A VESPER | daluzt@ballardspahr.com; heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| BEASLEY ALLEN LAW FIRM | CHARLIE STERN | charlie.stern@beasleyallen.com |
| BEASLEY ALLEN LAW FIRM | ATTN LEIGH O'DELL | leigh.odell@beasleyallen.com |
| BLAKE, CASSELS & GRAYDON LLP | ATTN: LINC ROGERS | linc.rogers@blakes.com |
| BROWN RUDNICK LLP | ATTN DAVID J MOLTON, MICHAEL S WINOGRAD, SUSAN SIEGER-GRIMM & KENNETH J AULET | dmolton@brownrudnick.com; mwinograd@brownrudnick.com; ssieger-grimm@brownrudnick.com; kaulet@brownrudnick.com |
| BROWN RUDNICK LLP | ATTN JEFFREY L JONAS, SUNNI P BEVILLE & ERIC R GOODMAN | jjonas@brownrudnick.com; sbeville@brownrudnick.com; egoodman@brownrudnick.com |
| CHILDERS, SCHLUETER & SMITH LLC | RICHARD SCHLUETER | rschlueter@cssfirm.com |
| CLYDE & CO US LLP | ATTN CLINTON E CAMERON & MEGHAN DALTON | clinton.cameron@clydeco.us; meghan.dalton@clydeco.us |
| CLYDE & CO US LLP | ATTN KONRAD R KREBS | konrad.krebs@clydeco.us |
| COHEN, PLACITELLA & ROTH PC | ATTN CHRISTOPHER M PLACITELLA ESQ | cplacitella@cprlaw.com |
| COLE SCHOTZ PC | ATTN: MICHAEL D SIROTA; WARREN A USATINE; SETH VAN AALTEN; JUSTIN ALBERTO | msirota@coleschotz.com; wusatine@coleschotz.com; svanaalten@coleschotz.com; jalberto@coleschotz.com |
| CROWELL & MORING LLP | ATTN ARLEN PYENSON | apyenson@crowell.com |
| CROWELL & MORING LLP | ATTN MARK D PLEVIN | mplevin@crowell.com |
| CROWELL & MORING LLP | ATTN TACIE H YOON | tyoon@crowell.com |
| DAVID CHRISTIAN ATTORNEYS LLC | ATTN DAVID CHRISTIAN, ESQ | dchristian@dca.law |
| DUANE MORRIS LLP | ATTN JEFF D KAHANE, ESQ; RUSSELL W ROTTEN, ESQ; ANDREW E MINA, ESQ, NATHAN REINHARDT, ESQ | jkahane@duanemorris.com; rwroten@duanemorris.com; amina@duanemorris.com; nreinhardt@duanemorris.com |
| DUANE MORRIS LLP | ATTN PHILIP R MATTHEWS, ESQ. | prmatthews@duanemorris.com |
| DUANE MORRIS LLP | ATTN SOMMER L ROSS, ESQ | slross@duanemorris.com |
| FERRER, POIROT & WANSBROUGH | JESSE FERRER & CHRISTINA FELLER | jferrer@lawyerworks.com; cfeller@lawyerworks.com |
| GENOVA BURNS LLC | ATTN: DONALD W. CLARKE | dclarke@genovaburns.com |
| GENOVA BURNS LLC | ATTN DANIEL M STOLZ, DONALD W CLARK & GREGORY KINOIAN | dstolz@genovaburns.com; dclarke@genovaburns.com; gkinoian@genovaburns.com |
| GEOFFREY B GOMPERS, PC | ATTN GEOFFREY B GOMPERS | gompers@gomperslaw.com |
| GERTLER LAW FIRM | ATTN HELEN H BABIN | hbabin@gertlerfirm.com |
| GIBBONS P.C. | ATTN ROBERT K MALONE & KYLE P MCEVILLY | rmalone@gibbonslaw.com; kmcevilly@gibbonslaw.com |
| GIMIGLIANO MAURIELLO & MALONEY | ATTN JOHN MALONEY, STEPHEN V GIMIGLIANO & ROBIN RABINOWITZ | jmaloney@lawgmm.com; sgimigliano@lawgmm.com; rrabinowitz@lawgmm.com |
| GOLOMB SPIRT GRUNFELD | ATTN RICHARD GOLOMB | rgolomb@golomblegal.com |
| GREENBERG TRAURIG, LLP | ATTN ALAN J BRODY, ESQ | brodya@gtlaw.com |

| NAME | CONTACT | EMAIL ADDRESS |
|---|---|---|
| HALPERIN BATTAGLIA BENZIJA, LLP | ATTN ALAN D HAPERIN, ESQ, DONNA H LIEBERMAN, ESQ | ahalperin@halperinlaw.net; dlieberman@halperinlaw.net |
| HILL CARTER FRANCO COLE & BLACK PC | ATTN ELIZABETH CARTER | ecarter@hillhillcarter.com |
| JOHNSON & JOHNSON | ATTN ERIC HAAS, ESQ & ANDREW WHITE, ESQ | ehaas8@its.jnj.com; awhite23@its.jnj.com |
| JOHNSON LAW GROUP | BLAKE TANASE, BASIL ADHAM | badham@johnsonlawgroup.com |
| KARST VON OISTE LLP | ATTN ERIK KARST | epk@karstvonoiste.com |
| KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, PLC | ATTN STEVEN KAZAN | skazan@kazanlaw.com |
| KING & SPALDING LLP | ATTN: KRISTIN R. FOURNIER | kfournier@kslaw.com |
| KTBS LAW LLP | ATTN ROBERT J PFISTER, ESQ., NIR MOAZ, ESQ., MICHAEL L. TUCHIN, ESQ. & SAMUEL M. KIDDER, ESQ. | rpfister@ktbslaw.com; nmaoz@ktbslaw.com; mtuchin@ktbslaw.com; skidder@ktbslaw.com |
| LAW FIRM OF BRIAN W HOFMEISTER | ATTN BRIAN W HOFMEISTER, ESQ | bwh@hofmeisterfirm.com |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC | ATTN: MITCHELL MALZBERG, ESQ. | mmalzberg@mjmalzberglaw.com |
| LEVIN PAPANTONIO RAFFERTY | ATTN CHRISTOPHER TISI | ctisi@levinlaw.com |
| LEVY KONIGSBERG, LLP | ATTN JEROME H BLOCK, ESQ | jblock@levylaw.com |
| LEVY KONIGSBERG, LLP | ATTN MOSHE MAIMON | mmaimon@levylaw.com |
| LEX NOVA LAW LLC | ATTN E RICHARD DRESSEL, ESQ | rdressel@lexnovalaw.com |
| LIAKOS LAW | JENN LIAKOS | jenn@jennliakoslaw.com |
| LINVILLE LAW GROUP | GANDHI, VINITA | info@linvillelawgroup.com; info@linvillefirm.com |
| LITE DEPALMA GREENBERG & AFANADOR, LLC | ATTN ALLEN J UNDERWOOD II, ESQ. | aunderwood@litedepalma.com |
| LOWENSTEIN SANDLER LLP | ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR | krosen@lowenstein.com; mseymour@lowenstein.com |
| LTL MANAGEMENT LLC | ATTN: JOHN K KIM | jkim8@its.jnj.com |
| MASSEY & GAIL LLP | ATTN JONATHAN S MASSEY & RACHEL S MORSE | jmassey@masseygail.com; rmorse@masseygail.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | ATTN SUZANNE M RATCLIFFE & CLAYTON L THOMPSON | sratcliffe@mrhfmlaw.com; cthompson@mrhfmlaw.com |
| MCCARTER & ENGLISH, LLP | ATTN: THOMAS W. LADD & JOHN C. GARDE | tladd@mccarter.com; jgarde@mccarter.com |
| MCDONALD WORLEY | DON WORLEY | don@mcdonaldworley.com |
| MCMANIMON SCOTLAND & BAUMANN, LLC | ATTN ANTHONY SODONO, III & SARI B PLACONA | splacona@msbnj.com; asodono@msbnj.com |
| MENDES & MOUNT LLP | ATTN EILEEN T MCCABE, STEPHEN T ROBERTS | eileen.mccabe@mendes.com; stephen.roberts@mendes.com |
| MILLER FIRM, LLC | ATTN CURTIS G HOKE | choke@millerfirmllc.com |
| MOTLEY RICE LLC | ATTN DANIEL R LAPINSKI | dlapinski@motleyrice.com |
| NACHAWATI LAW GROUP | MAJED NACHAWATI | mn@ntrial.com |
| NAPOLI SHKOLNIK PLLC | JAMES HEISMAN, CHRISTOPHER LOPALO | clopalo@napolibern.com; jheisman@napolilaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN AUTUMN D HIGHSMITH, RACHEL R OBALDO | autumn.highsmith@oag.texas.gov; rachel.obaldo@oag.texas.gov |
| OFFICE OF THE US TRUSTEE | ATTN LAUREN BIELSKIE & JEFFREY M. SPONDER | lauren.bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |
| ONDERLAW, LLC | JAMES ONDER | onder@onderlaw.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: ROBERT LOEB | rloeb@orrick.com |
| OTTERBOURG P.C. | ATTN RICHARD G HADDAD & ADAM C SILVERSTEIN | rhaddad@otterbourg.com; asilverstein@otterbourg.com |
| OTTERBOURG PC | ATTN MELANIE L. CYGANOWSKI, JENNIFER S. FEENEY & MICHAEL R. MAIZEL | mcyganowski@otterbourg.com; jfeeney@otterbourg.com; mmaizel@otterbourg.com |

| NAME | CONTACT | EMAIL ADDRESS |
|---|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN LAURA DAVIS JONES, COLIN R ROBINSON, PETER J KEANE | ljones@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com |
| PARKINS & RUBIO LLP | ATTN LENARD M PARKINS & CHARLES M RUBIO | lparkins@parkinsrubio.com; crubio@parkinsrubio.com |
| PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN JOHN W WEISS | jweiss@pashmanstein.com |
| PULASKI KHERKHER PLLC | ADAM PULASKI | adam@pulaskilawfirm.com |
| RANDI S ELLIS LLC | ATTN: RANDI S ELLIS | randi@randiellis.com |
| RAWLINGS & ASSOCIATES | ATTN MARK D FISCHER, ESQ & ROBERT C GRIFFITHS | mdf@rawlingsandassociates.com; rcg@rawlingsandassociates.com |
| REED SMITH LLP | ATTN DEREK J BAKER | dbaker@reedsmith.com |
| ROBINSON CALCAGNIE, INC. | ATTN MARK ROBINSON, JR | mrobinson@robinsonfirm.com |
| ROSS FELLER CASEY, LLP | ATTN BRIAN J MCCORMICK, JR | bmccormick@rossfellercasey.com |
| RUEB STOLLER DANIEL, LLP | GREGORY D. RUEB | greg@lawrsd.com |
| SAIBER LLC | ATTN: JOHN M. AUGUST, ESQ. | jaugust@saiber.com |
| SANDERS, PHILLIPS, GROSSMAN, LLC | MARC GROSSMAN | mgrossman@thesandersfirm.com |
| SHOOK, HARDY & BACON L.L.P. | ATTN: KATHLEEN A. FRAZIER | kfrazier@shb.com |
| SIMON GREENSTONE PANATIER PC | ATTN LEAH C KAGAN, ESQ. | lkagan@sgptrial.com |
| SIMPSON THACHER & BARTLETT LLP | ATTN ANDREW T FRANKEL | afrankel@stblaw.com |
| THE KELLY FIRM, P.C. | ATTN: ANDREW J. KELLY | akelly@kbtlaw.com |
| THE SHAPIRO LAW FIRM | ATTN JANET A SHAPIRO | jshapiro@shapirolawfirm.com |
| TRAMMELL PC | FLETCHER V. TRAMMELL | fletch@trammellpc.com |
| TRIF & MODUGNO, LLC | ATTN LOUIS A MODUGNO | lmodugno@tm-firm.com |
| US DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN BETHANY R THERIOT | bethany.theriot@usdoj.gov |
| US DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN J ZACHARY BALASKO | john.z.balasko@usdoj.gov |
| VINSON & ELKINS LLP | ATTN STEVEN M ABRAMOWITZ | sabramowitz@velaw.com |
| WAGSTAFF LAW FIRM | AIMEE WAGSTAFF | awagstaff@wagstafflawfirm.com |
| WALSH PIZZI O'REILLY FALANGA | ATTN MARK FALK | mfalk@walsh.law |
| WATTS GUERRA LLP | MIKAL WATTS | mcwatts@wattsguerra.com |
| WEIL, GOTSHAL & MANGES LLP | ATTN: DIANE SULLIVAN, RONIT BERKOVICH, THEODORE TSEKERIDES & MATTHEW P. GOREN | diane.sullivan@weil.com; ronit.berkovich@weil.com; theodore.tsekerides@weil.com; matthew.goren@weil.com |
| WEITZ & LUXENBERG, PC | ATTN LISA NATHANSON BUSCH | lbusch@weitzlux.com |
| WEITZ & LUXENBERG, PC | ATTN PERRY WEITZ & LISA NATHANSON BUSCH | pw@weitzlux.com; lbusch@weitzlux.com |
| WHITE & CASE LLP | ATTN JESSICA C LAURIA, GLENN M KURTZ, R PASIANOTTO & GREGORY STARNER | jessica.lauria@whitecase.com; gkurtz@whitecase.com; ricardo.pasianotto@whitecase.com; gstarner@whitecase.com |
| WHITE & CASE LLP | ATTN MATTHEW E LINDER & LAURA E BACCASH | mlinder@whitecase.com; laura.baccash@whitecase.com |
| WHITE & CASE LLP | ATTN MICHAEL C SHEPHERD & LAURA FEMINO | mshepherd@whitecase.com; laura.femino@whitecase.com |
| WISNER BAUM | WISNER, ROBERT BRENT | rbwisner@wisnerbaum.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN ERICKA F. JOHNSON & LISA BITTLE TANCREDI | ericka.johnson@wbd-us.com; lisa.tancredi@wbd-us.com |

LTL MANAGEMENT LLC, Case No: 23-12825 (MBK)
Electronic Mail Additional Service List

| NAME | ATTN | EMAIL ADDRESS |
| --- | --- | --- |
| LTL MANAGEMENT LLC | ATTN: JOHN K. KIM | jkim8@its.jnj.com |
| JONES DAY | ATTN: DAN B. PRIETO, AMANDA RUSH & MELINA N. BALES | dbprietro@jonesday.com; asrush@jonesday.com; mbales@jonesday.com |
| WOLLMUTH MAHER & DEUTSCH LLP | ATTN: JAMES N. LAWLOR | jlawlor@wmd-law.com |