# Exhibit A

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13754
November 30, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
  for the District of New Jersey

**INVOICE**
**For Services Through October 31, 2023**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | | Hours |
|------|-------------|---|-------|
| 10/1/2023 | Lamken | Review materials on testimony and hearing. | 0.10 |
| 10/2/2023 | Lamken | Emails with committee counsel on fee issues in preparation for appeal. | 0.30 |
| 10/2/2023 | Rubin | Prepare August fee statement. | 1.20 |
| 10/2/2023 | Rubin | Email to J. Fesolai re August fee statement. | 0.10 |
| 10/2/2023 | Hashem | Review final invoice. | 0.20 |
| 10/4/2023 | Lamken | Committee call. | 0.40 |
| 10/6/2023 | Lamken | Address invoice issues (back-up materials for printing expense). | 0.10 |
| 10/6/2023 | Lamken | Emails on response to LTL petition for direct certificate. | 0.10 |
| 10/7/2023 | Lamken | Strategy emails re: LTL petition for direct certification. | 0.10 |
| 10/9/2023 | Lamken | Revise response to LTL petition for direct certifications. | 3.30 |
| 10/9/2023 | Lamken | Emails with co-counsel re: petition for direct certification. | 0.10 |
| 10/9/2023 | Hashem | Review and revise response to petition for direct appeal. | 1.30 |
| 10/10/2023 | Lamken | Emails with co-appellants re: strategy call. | 0.10 |
| 10/11/2023 | Lamken | Review revisions to response to motion for direct appeal. | 0.40 |
| 10/12/2023 | Lamken | Call with co-appellants re: strategy and timing. | 0.30 |
| 10/13/2023 | Lamken | Emails with J. Massey re "introduction to response to motion for direct appeal". | 0.20 |
| 10/13/2023 | Lamken | Draft revised introduction. | 0.20 |
| 10/13/2023 | Lamken | Review proposed draft. | 0.80 |
| 10/13/2023 | Lamken | Emails on submission re: fee dispute. | 0.10 |
| 10/16/2023 | Collins | Assist with finalizing courtesy copies to be sent via FedEx. | 1.50 |
| 10/16/2023 | Starobinets | Compile and send response brief and appendix to bankruptcy court and interested parties. | 3.20 |
| 10/16/2023 | Rubin | Coordinate filing of response petition for direct appeal with C. Martinez and R. Hashem. | 3.30 |

MoloLamken LLP

| | | | |
|---|---|---|---|
| 10/16/2023 | Hashem | Correspondence with co-counsel re: confidentiality issues. | 0.70 |
| 10/16/2023 | Hashem | Review and file response to petition for direct appeal. | 1.20 |
| 10/17/2023 | Rubin | Review fees and agreement with debtor. | 0.40 |
| 10/17/2023 | Rubin | Coordinate direct appeal response service and filing. | 0.40 |
| 10/17/2023 | Rubin | Coordinate LEDES file with B. Wiltgen. | 0.30 |
| 10/19/2023 | Rubin | Email to J. Markowitz re September time. | 0.10 |
| 10/19/2023 | Rubin | Committee call re fee dispute. | 0.50 |
| 10/20/2023 | Lamken | Call with co-appellants to coordinate appeal. | 0.30 |
| 10/20/2023 | Lamken | Email on supplemental designations. | 0.10 |
| 10/20/2023 | Lamken | Review draft insert re: appellate fee issues. | 0.20 |
| 10/20/2023 | Lamken | Call with R. Hashem re: appellate fee issues. | 0.20 |
| 10/20/2023 | Lamken | Emails on proposed supplemental designations. | 0.10 |
| 10/20/2023 | Lamken | Emails re: strategic issues and panel members. | 0.10 |
| 10/20/2023 | Hashem | Draft insert on fees re: mandamus petition. | 1.20 |
| 10/20/2023 | Hashem | Call with J. Lamken re: mandamus fee issues. | 0.20 |
| 10/22/2023 | Hashem | Revise insert on fees re: substantial contribution of mandamus petition. | 0.90 |
| 10/23/2023 | Sokoloff | Revise draft appeal brief. | 2.00 |
| 10/23/2023 | Sokoloff | Telephone conference with case team re: draft appeal brief. | 0.30 |
| 10/23/2023 | Lamken | Work on insert for mandamus fee issue. | 0.60 |
| 10/23/2023 | Lamken | Emails with team regarding potential resolution of mandamus fee issue. | 0.20 |
| 10/23/2023 | Lamken | Call regarding progress on appellate brief draft. | 0.30 |
| 10/23/2023 | Walker | Work on appeal brief. | 0.50 |
| 10/23/2023 | Rubin | Committee call re fee dispute. | 0.70 |
| 10/23/2023 | Rubin | Emails with E. Sokoloff re exhibits. | 0.70 |
| 10/23/2023 | Hashem | Phone conference re: appeal brief. | 0.40 |
| 10/23/2023 | Hashem | Work on appeal brief. | 3.60 |
| 10/24/2023 | Sokoloff | Revise draft appeal brief. | 2.80 |
| 10/24/2023 | Lamken | Committee call re: fee issues. | 0.50 |
| 10/24/2023 | Rubin | Committee call re fee issues. | 0.50 |
| 10/24/2023 | Rubin | Communicate with J. Fesolai, B. Wiltgen, J. Markowitz, & R. Hashem re fee estimates. | 0.90 |
| 10/25/2023 | Sokoloff | Revise draft appeal brief. | 2.90 |
| 10/25/2023 | Lamken | Committee call. | 0.50 |
| 10/25/2023 | Rubin | Call with R. Hashem re fees declaration. | 0.20 |
| 10/25/2023 | Rubin | Prepare draft Lamken declaration. | 3.80 |
| 10/25/2023 | Rubin | Communicate with J. Markowitz, B. Wiltgen, R. Hashem re September fee application. | 0.20 |
| 10/26/2023 | Sokoloff | Revise draft appeal brief. | 1.50 |
| 10/27/2023 | Sokoloff | Revise appeal brief. | 1.00 |
| 10/27/2023 | Rubin | Emails re case appeal; update case file. | 0.90 |

MoloLamken LLP                                                                                   Page: 3

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/27/2023 | Rubin | Prepare September fee statement. | 0.70 |
| 10/30/2023 | Sokoloff | Draft appeal brief. | 6.50 |
| 10/30/2023 | Rubin | Communicate with R. Hashem & B. Wiltgen re LTL invoice issues. | 0.20 |
| 10/30/2023 | Rubin | Prepare & finalize invoice and September fee application. | 4.00 |
| 10/30/2023 | Hashem | Review monthly fee petition. | 0.50 |

| | | |
|---|---:|---:|
| | Total Hours | 61.20 |
| | Total Fees | $60,574.00 |

### Timekeeper Summary

| Name | Hours/Rate | Amount |
|---|---|---:|
| Adam Collins | 1.50 hours at $295.00/hr | $442.50 |
| Rayiner I. Hashem | 10.20 hours at $975.00/hr | $9,945.00 |
| Jeffrey Lamken | 9.70 hours at $1,750.00/hr | $16,975.00 |
| Nathaniel Rubin | 19.10 hours at $775.00/hr | $14,802.50 |
| Eugene Sokoloff | 17.00 hours at $995.00/hr | $16,915.00 |
| Anna Starobinets | 3.20 hours at $295.00/hr | $944.00 |
| Lucas Walker | 0.50 hours at $1,100.00/hr | $550.00 |

### Payments/Holdbacks

| Date | Description | Amount |
|---|---|---:|
| 11/3/2023 | 80% cash receipt for Stmt 13471 | $22,930.40 |
| 11/3/2023 | cash receipts settlement for fees on Stmts 13349 13226 13089 12952 | $246,608.80 |
| 11/3/2023 | LTL Mgmt / J&J Bankruptcy fees settlement to Aug 11 2023 | $31,799.60 |
| 11/3/2023 | cash receipts for costs on Stmts 12592 13349 | $14,700.26 |
| 11/29/2023 | cash receipt 80% 13603 | $34,176.40 |
| | Sub-total Payments: | $350,215.46 |

### Summary

| | |
|---|---:|
| Fees: | $60,574.00 |
| Expenses: | $0.00 |
| Total Current Billing: | $60,574.00 |
| Current Fee Amt To be Pd by Debtor (80%): | $48,459.20 |
| Current Holdback Amount (20%): | $12,114.80 |
| Previous Balance Due: | $0.00 |
| **Total Amount Due:** | **$48,459.20** |

MoloLamken LLP                                                                                     Page: 4

# ML MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13754
November 30, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through October 31, 2023**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---:|
| Fees: | $60,574.00 |
| Expenses: | $0.00 |
| Total Current Billing: | $60,574.00 |
| Current Fee Amt To be Pd by Debtor (80%): | $48,459.20 |
| Current Holdback Amount (20%): | $12,114.80 |
| Previous Balance Due: | $0.00 |
| **Total Amount Due:** | **$48,459.20** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info Signature Bank | Bank info Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ███████ | Account Number: ███████ |
| | International SWIFT: ███████ |

# Exhibit B

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/01/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Review materials on testimony and hearing | | T L510 | 0.10 | 1,750.00 | 175.00 |
| 10/02/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Prepare August fee statement | | T B160 | 1.20 | 775.00 | 930.00 |
| 10/02/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Email to J. Fesolai re August fee statement. | | T B160 | 0.10 | 775.00 | 77.50 |
| 10/02/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review final invoice. | | T B160 | 0.20 | 975.00 | 195.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|
| 10/02/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails with committee counsel on fee issues in preparation for appeal | | T B160 | 0.30 | 1,750.00 | 525.00 |
| 10/04/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Committee call | | T L510 | 0.40 | 1,750.00 | 700.00 |
| 10/06/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Address invoice issues (back-up materials for printing expense) | | T B160 | 0.10 | 1,750.00 | 175.00 |
| 10/06/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Emails on response to LTL petition for direct certificate | | T L510 | 0.10 | 1,750.00 | 175.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|-----------------------------------------------------|---------------|---------------------|-------|-------|-------|
| 10/07/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Strategy emails re: LTL petition for direct certification | | T L510 | 0.10 | 1,750.00 | 175.00 |
| 10/09/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review and revise response to petition for direct appeal. | | T L510 | 1.30 | 975.00 | 1,267.50 |
| 10/09/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Revise response to LTL petition for direct certifications | | T L510 | 3.30 | 1,750.00 | 5,775.00 |
| 10/09/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Emails with co-counsel re: petition for direct certification | | T L510 | 0.10 | 1,750.00 | 175.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value |
|------|------|------------------------------------------------------|------------------|------------------------|-------|-------|-------|
| 10/10/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Emails with co-appellants re: strategy call | | T<br>L510 | 0.10 | 1,750.00 | 175.00 |
| 10/11/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Review revisions to response to motion for direct appeal | | T<br>L510 | 0.40 | 1,750.00 | 700.00 |
| 10/12/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Call with co-appellants re: strategy and timing | | T<br>L510 | 0.30 | 1,750.00 | 525.00 |
| 10/13/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Emails with J. Massey re "introduction to response to motion for direct appeal" | | T<br>L510 | 0.20 | 1,750.00 | 350.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|-----------------------------------------------------|---------------|---------------------|-------|-------|-------|
| 10/13/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Draft revised introduction | | T L510 | 0.20 | 1,750.00 | 350.00 |
| 10/13/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review proposed draft | | T L510 | 0.80 | 1,750.00 | 1,400.00 |
| 10/13/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails on submission re: fee dispute | | T B160 | 0.10 | 1,750.00 | 175.00 |
| 10/16/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Coordinate filing of response petition for direct appeal with C. Martinez and R. Hashem. | | T L510 | 3.30 | 775.00 | 2,557.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 10/16/2023 | AS | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Compile and send response brief and appendix to bankruptcy court and interested parties | | T L510 | 3.20 | 295.00 | 944.00 |
| 10/16/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Correspondence with co-counsel re: confidentiality issues. | | T L510 | 0.70 | 975.00 | 682.50 |
| 10/16/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review and file response to petition for direct appeal. | | T L510 | 1.20 | 975.00 | 1,170.00 |
| 10/16/2023 | AC | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Assist with finalizing courtesy copies to be sent via FedEx. | | T L510 | 1.50 | 295.00 | 442.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|-----------------------------------------------------|---------------|---------------------|-------|-------|-------|
| 10/17/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review fees and agreement with debtor. | | T<br>B160 | 0.40 | 775.00 | 310.00 |
| 10/17/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate direct appeal response service and filing. | | T<br>L510 | 0.40 | 775.00 | 310.00 |
| 10/17/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate LEDES file with B. Wiltgen. | | T<br>B160 | 0.30 | 775.00 | 232.50 |
| 10/19/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to J. Markowitz re September time. | | T<br>B160 | 0.10 | 775.00 | 77.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 10/19/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Committee call re fee dispute. | | T<br>B160 | 0.50 | 775.00 | 387.50 |
| 10/20/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Call with co-appellants to coordinate appeal | | T<br>L510 | 0.30 | 1,750.00 | 525.00 |
| 10/20/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email on supplemental designations | | T<br>L510 | 0.10 | 1,750.00 | 175.00 |
| 10/20/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft insert on fees re: mandamus petition. | | T<br>B160 | 1.20 | 975.00 | 1,170.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/20/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Call with J. Lamken re: mandamus fee issues. | | T L510 | 0.20 | 975.00 | 195.00 |
| 10/20/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Review draft insert re: appellate fee issues | | T B160 | 0.20 | 1,750.00 | 350.00 |
| 10/20/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Call with R. Hashem re: appellate fee issues. | | T B160 | 0.20 | 1,750.00 | 350.00 |
| 10/20/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Emails on proposed supplemental designations | | T L510 | 0.10 | 1,750.00 | 175.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|
| 10/20/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Emails re: strategic issues and panel members | | T<br>L510 | 0.10 | 1,750.00 | 175.00 |
| 10/22/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise insert on fees re: substantial contribution of mandamus petition. | | T<br>B160 | 0.90 | 975.00 | 877.50 |
| 10/23/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Committee call re fee dispute | | T<br>B160 | 0.70 | 775.00 | 542.50 |
| 10/23/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Work on appeal brief. | | T<br>L520 | 0.50 | 1,100.00 | 550.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|-----|-----|-----|-----|-----|-----|
| 10/23/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails with E. Sokoloff re exhibits. | | T L520 | 0.70 | 775.00 | 542.50 |
| 10/23/2023 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise draft appeal brief | | T L520 | 2.00 | 995.00 | 1,990.00 |
| 10/23/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Phone conference re: appeal brief. | | T L520 | 0.40 | 975.00 | 390.00 |
| 10/23/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Work on appeal brief. | | T L520 | 3.60 | 975.00 | 3,510.00 |
| 10/23/2023 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Telephone conference with case team re: draft appeal brief | | T L520 | 0.30 | 995.00 | 298.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 10/23/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Work on insert for mandamus fee issue | | T B160 | 0.60 | 1,750.00 | 1,050.00 |
| 10/23/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails with team regarding potential resolution of mandamus fee issue | | T B160 | 0.20 | 1,750.00 | 350.00 |
| 10/23/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Call regarding progress on appellate brief draft | | T L520 | 0.30 | 1,750.00 | 525.00 |
| 10/24/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Committee call re fee issues. | | T B160 | 0.50 | 775.00 | 387.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/24/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Communicate with J. Fesolai, B. Wiltgen, J. Markowitz, & R. Hashem re fee estimates. | | T B160 | 0.90 | 775.00 | 697.50 |
| 10/24/2023 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise draft appeal brief. | | T L520 | 2.80 | 995.00 | 2,786.00 |
| 10/24/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Committee call re: fee issues | | T B160 | 0.50 | 1,750.00 | 875.00 |
| 10/25/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Call with R. Hashem re fees declaration. | | T B160 | 0.20 | 775.00 | 155.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|-----------------------------------------------------|---------------|---------------------|-------|-------|-------|
| 10/25/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Prepare draft Lamken declaration. | | T B160 | 3.80 | 775.00 | 2,945.00 |
| 10/25/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Communicate with J. Markowitz, B. Wiltgen, R. Hashem re September fee application. | | T B160 | 0.20 | 775.00 | 155.00 |
| 10/25/2023 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise draft appeal brief. | | T L520 | 2.90 | 995.00 | 2,885.50 |
| 10/25/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Committee call | | T L520 | 0.50 | 1,750.00 | 875.00 |
| 10/26/2023 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise draft appeal brief. | | T L520 | 1.50 | 995.00 | 1,492.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|-----------------------------------------------------|---------------|---------------------|-------|-------|-------|
| 10/27/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails re case appeal; update case file. | | T<br>L520 | 0.90 | 775.00 | 697.50 |
| 10/27/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare September fee statement | | T<br>B160 | 0.70 | 775.00 | 542.50 |
| 10/27/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise appeal brief. | | T<br>L520 | 1.00 | 995.00 | 995.00 |
| 10/30/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft appeal brief. | | T<br>L520 | 6.50 | 995.00 | 6,467.50 |
| 10/30/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Communicate with R. Hashem & B. Wiltgen re LTL invoice issues. | | T<br>B160 | 0.20 | 775.00 | 155.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value |
|------|------|-----|------|------|------|------|------|
| 10/30/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Prepare & finalize invoice and September fee application. | | T B160 | 4.00 | 775.00 | 3,100.00 |
| 10/30/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review monthly fee petition. | | T B160 | 0.50 | 975.00 | 487.50 |
| | | | | **Grand Total:** | 61.20 | | $60,574.00 |