# EXHIBIT A

**GENOVA BURNS LLC**

December 11, 2023
Invoice No.:    506176

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/23 | DWC | B110 | Rvw emails from Co counsel and daily status and calendar | .30 | 600.00 | 180.00 |
| 11/01/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 11/02/23 | DMS | B110 | Review A & I transmittal and statement of issues. | .20 | 800.00 | 160.00 |
| 11/02/23 | DMS | B110 | Review Notice of Appeal. | .20 | 800.00 | 160.00 |
| 11/02/23 | DMS | B110 | Emails with Appellate team regarding debtor's proposed schedule. | .40 | 800.00 | 320.00 |
| 11/02/23 | DWC | B110 | Emails from co cousnel re debtor's proposed appeal schedule | .40 | 600.00 | 240.00 |
| 11/03/23 | DMS | B110 | Review Prieto proposals regarding Third Circuit appeal and emails with co-counsel regarding same. | .70 | 800.00 | 560.00 |
| 11/03/23 | DMS | B110 | Emails with appellate team regarding oral argument. | .30 | 800.00 | 240.00 |
| 11/03/23 | DWC | B110 | Rvw emails and pleading re appellate schedule | .70 | 600.00 | 420.00 |
| 11/03/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 11/03/23 | SS | B110 | Reviewing correspondence regarding appeal schedule. | .30 | 275.00 | 82.50 |
| 11/06/23 | DMS | B110 | Call with appellate team regarding Debtor's requests. | .30 | 800.00 | 240.00 |
| 11/06/23 | DMS | B110 | Emails with appellate team regarding briefing. | .40 | 800.00 | 320.00 |
| 11/06/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 11/06/23 | GSK | B110 | Reviewed article re LTL's possible 3rd bankruptcy (0.2); reviewed corresp btwn DMS and co-counsel re same (0.1). | .30 | 600.00 | 180.00 |
| 11/07/23 | DWC | B110 | Emails re substantial contribution order | .60 | 600.00 | 360.00 |

GENOVA BURNS LLC

December 11, 2023
Invoice No.:    506176

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 11/07/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 11/07/23 | SS | B110 | Reviewing response to fee objection and related correspondence. | .20 | 275.00 | 55.00 |
| 11/07/23 | SS | B110 | Reviewing court decision on fee applications and related correspondence. | .10 | 275.00 | 27.50 |
| 11/08/23 | DMS | B110 | Circulate agreed Order on HL. | .30 | 800.00 | 240.00 |
| 11/08/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 11/09/23 | DMS | B110 | Emails regarding Order entered by Third Circuit. | .40 | 800.00 | 320.00 |
| 11/09/23 | DMS | B110 | Calls and emails with Winograd regarding Third Circuit Order and next steps. | .40 | 800.00 | 320.00 |
| 11/09/23 | LD | B160 | Prepare draft October fee statement for Miller Thomson. | 1.00 | 250.00 | 250.00 |
| 11/09/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 11/09/23 | GSK | B110 | Review email from S. Sieger-Grimm to TCC and co-counsel re daily update. | .10 | 600.00 | 60.00 |
| 11/10/23 | DMS | B110 | Call with Appellate team regarding Third Circuit Order and debtor intention to move to modify. | .40 | 800.00 | 320.00 |
| 11/10/23 | DWC | B110 | Emails re committee and committee member rep expenses; pre TCC 2 and post; circulate filed expenses; schedule conf call | .80 | 600.00 | 480.00 |
| 11/13/23 | DMS | B110 | Review Court notice regarding ad hoc request to supp record and emails with co-counsel. | .50 | 800.00 | 400.00 |
| 11/13/23 | DMS | B110 | Emails with US Trustee regarding fee orders. | .30 | 800.00 | 240.00 |
| 11/13/23 | DMS | B110 | Wrote to Court with subst. contrib, Massey and HL Orders. | .50 | 800.00 | 400.00 |

GENOVA BURNS LLC

December 11, 2023
Invoice No.:    506176

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/13/23 | DMS | B110 | Review Bielskie email, revise Orders and send to Court. | .80 | 800.00 | 640.00 |
| 11/13/23 | DMS | B110 | Review Lamkin and Massey emails regarding response t debtor requests. | .30 | 800.00 | 240.00 |
| 11/13/23 | DWC | B110 | Call with co counsel to discuss issues on member and committee expenses | .60 | 600.00 | 360.00 |
| 11/13/23 | DWC | B110 | Emails with co counsel and chambers; coordinate presenter status for virtual appearance | .40 | 600.00 | 240.00 |
| 11/13/23 | DWC | B110 | Draft email to member reps re follow up on expenses | .80 | 600.00 | 480.00 |
| 11/13/23 | LD | B160 | Prepare and file CNO re GB second post-dismissal monthly fee statement for September 2023. | .50 | 250.00 | 125.00 |
| 11/13/23 | LD | B160 | Email letter and proposed Orders to Chambers and cc's. | .20 | 250.00 | 50.00 |
| 11/13/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 11/14/23 | DWC | B110 | Call and follow up email with Jim Green re Ashcraft and revised member expenses | .60 | 600.00 | 360.00 |
| 11/14/23 | DWC | B110 | Emails co counsel re panelist authorities; secure zoom rights for virtual appearance | .40 | 600.00 | 240.00 |
| 11/14/23 | DWC | B110 | Emails re court text order for AHC motion to designate additional docs | .30 | 600.00 | 180.00 |
| 11/14/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 11/15/23 | DMS | B110 | Email to appellate team regarding Fuentes retirement. | .30 | 800.00 | 240.00 |
| 11/15/23 | DMS | B110 | Call with TCC and counsel. | .40 | 800.00 | 320.00 |
| 11/15/23 | DWC | B110 | Hearing on AHC supplement to designation | .60 | 600.00 | 360.00 |
| 11/15/23 | LD | B160 | Prepare and file CNO re MoloLamken September post-dismissal fee statement. | .50 | 250.00 | 125.00 |

GENOVA BURNS LLC

December 11, 2023
Invoice No.:    506176

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 11/16/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 11/17/23 | LD | B160 | File Declaration of MLC re Otterbourg rate increase. | .30 | 250.00 | 75.00 |
| 11/17/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 11/20/23 | DMS | B110 | Emails with Lawlor regarding fee orders. | .30 | 800.00 | 240.00 |
| 11/20/23 | DWC | B110 | Multiple emails to member reps and Debtors re draft order for April through June expenses | .50 | 600.00 | 300.00 |
| 11/20/23 | LD | B160 | File Miller Thomson October fee statement and email service. | .50 | 250.00 | 125.00 |
| 11/20/23 | LD | B160 | Prepare and file COS re MT third post-dismissal fee statement for October 2023. | .40 | 250.00 | 100.00 |
| 11/20/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 11/21/23 | LD | B160 | Prepare draft October fee statement. | 1.00 | 250.00 | 250.00 |
| 11/21/23 | LD | B160 | File and serve GB October post-dismissal fee statement and COS re same. | .50 | 250.00 | 125.00 |
| 11/21/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 11/22/23 | DMS | B110 | Review Order on AHC supplemental record and distribute. | .30 | 800.00 | 240.00 |
| 11/22/23 | DMS | B110 | Email with Massey et al regarding briefing schedule etc. | .60 | 800.00 | 480.00 |
| 11/22/23 | DWC | B110 | Emails with LCarter re member rep expense changes | .40 | 600.00 | 240.00 |
| 11/22/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |

GENOVA BURNS LLC

December 11, 2023
Invoice No.:    506176

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/27/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 11/28/23 | DMS | B110 | Emails regarding Debtor's motion to reconsider. | .30 | 800.00 | 240.00 |
| 11/28/23 | DWC | B110 | Emails with debtor and UST re comments to proposed member expense order | .40 | 600.00 | 240.00 |
| 11/28/23 | DWC | B110 | Email to UST re submission of proposed order to chambers over their objection | .20 | 600.00 | 120.00 |
| 11/28/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 11/28/23 | SS | B110 | Updating attorney calendars with new hearing. | .10 | 275.00 | 27.50 |
| 11/29/23 | DMS | B110 | Call with TCC and Appellate team. | .50 | 800.00 | 400.00 |
| 11/30/23 | DWC | B110 | Forward proposed order on member rep fees to court; rvw UST objection | .40 | 600.00 | 240.00 |

**TOTAL PROFESSIONAL SERVICES**    $ 14,610.00

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Daniel M Stolz | Partner | 9.10 | 800.00 | 7,280.00 |
| Donald W. Clarke | Partner | 8.40 | 600.00 | 5,040.00 |
| Lorrie Denson | Paralegal | 4.90 | 250.00 | 1,225.00 |
| Sydney Schubert | Junior Associate | 3.00 | 275.00 | 825.00 |
| Gregory S. Kinoian | Counsel | .40 | 600.00 | 240.00 |
| **TOTALS** | | **25.80** | | **$ 14,610.00** |

**TOTAL THIS INVOICE**    $ 14,610.00