# EXHIBIT A

| | |
|---|---|
| **From:** | Daniel M. Stolz |
| **To:** | Saul Burian; Tom Hedus |
| **Cc:** | Beville, Sunni P.; Molton, David J.; Melanie L. Cyganowski (mcyganowski@oshr.com) |
| **Subject:** | FW: LTL - Houlihan |
| **Date:** | Tuesday, November 28, 2023 1:09:43 PM |
| **Attachments:** | image001.png |

**This message is from an external sender.**



**Daniel M. Stolz, Esq.**
110 Allen Rd., Suite 304, Basking Ridge, NJ 07920
Tel: 973.230.2095 | Fax: 973.533.1112
Vcard | Bio | Website

**From:** Burian, Saul <SBurian@HL.com>
**Sent:** Thursday, November 9, 2023 12:49 PM
**To:** Daniel M. Stolz <DStolz@genovaburns.com>
**Cc:** Odusanya, Tope <TOdusanya@HL.com>; Pacelli, Joseph F. <JPacelli@wmd-law.com>; Lawlor, James <JLawlor@wmd-law.com>
**Subject:** Re: LTL - Houlihan

**Security Warning. This is an EXTERNAL email.**

Dan,

Please replace my personal email with my work email.  Not sure how that got into these chains.  Probably my fault at some point. I don't check my personal email for long periods of time during the day.

The $1.75mm award is NET of all credits. We have made that clear from day one — we have made that clear in every filing.  The TCC was focused on how much more we are getting, not on a gross calculation. And, in all communications with the court, we focused on the reasonableness of the net amount.

So, no more credits or reductions.  We are entitled to the amount that the court ordered.  $1.75mm net discretionary fee plus the monthlies and the expenses.

Sure, we can send another invoice, it will say the same as my email —- it will have the monthlies, it will have the expenses and it will have a line that says "Net Discretionary Fee."

It will add up to the amount included in the court ruling and in the form of order that you kindly prepared.

Thanks.

Saul E. Burian
Managing Director
HOULIHAN LOKEY
212-497-4245 (office)
914-391-6094 (mobile)

On Nov 9, 2023, at 12:23 PM, Daniel M. Stolz <DStolz@genovaburns.com> wrote:

Can you answer the questions below. Please copy counsel copied above

<image001.png>

**Daniel M. Stolz, Esq.**

110 Allen Rd., Suite 304, Basking Ridge, NJ 07920

Tel: 973.230.2095 | Fax: 973.533.1112

Vcard | Bio | Website

---

**From:** Joseph F. Pacelli <JPacelli@WMD-LAW.com>
**Sent:** Thursday, November 9, 2023 12:22 PM
**To:** Daniel M. Stolz <DStolz@genovaburns.com>
**Cc:** James Lawlor <JLawlor@WMD-LAW.com>
**Subject:** LTL - Houlihan

**Security Warning.** **This is an EXTERNAL email.**

---

Dan,

As per our discussion, does the Houlihan Discretionary Fee include the 50% credit against monthly fee statement amounts or will it be reduced after the amount is awarded in accordance with the footnote in Houlihan's fee application (see below for your convenience)?

"In the event that a Discretionary Fee is paid, 50% of the Monthly Fees received by Houlihan Lokey and approved by the final order of the Bankruptcy Court shall be credited against the Discretionary Fee (as defined in the Agreement) to which Houlihan

Lokey becomes entitled hereunder (it being understood and agreed that no Monthly Fee shall be credited more than once), except that, in no event, shall such Discretionary Fee be reduced below zero"

Additionally, will Houlihan be submitting a revised invoice that includes the calculation?

Regards,

Joe

_____
Joseph F. Pacelli
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
Tel: 212-382-3300
Fax: 212-382-0050
www.wmd-law.com

*This Electronic Message contains privileged client attorney communications from the law firm of Wollmuth Maher & Deutsch LLP. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited.*

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Please consider the environment before printing.

Houlihan Lokey is a trade name for Houlihan Lokey, Inc., and its subsidiaries and affiliates, which include in the United States: Houlihan Lokey Capital, Inc., and Houlihan Lokey Advisors, LLC, each an SEC-registered broker-dealer and member of FINRA (www.finra.org) and SIPC (www.sipc.org) (investment banking services); and Houlihan Lokey Financial Advisors, Inc. (financial advisory services). Houlihan Lokey affiliates may share information and resources with other Houlihan Lokey affiliates to bring relevant resources to bear on its various engagements and such affiliates may perform services in connection with such engagements. This e-mail message and any attachments are for the sole use of the intended recipient(s) and may contain confidential information. If you are not an intended recipient, or an intended recipient's authorized agent, you are hereby notified that any dissemination, distribution or copying of this e-mail message or any attachments is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail and delete this e-mail message and any attachments from your computer system.

**Houlihan Lokey employees are only authorized to conduct electronic business communication via HL.com e-mail addresses, Bloomberg Message or Microsoft Teams. Please do not use text messaging, social media apps, instant messaging apps, or any other means of communication with Houlihan Lokey employees for electronic business communication purposes.**

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](#).