**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

### SUPPLEMENTAL DECLARATION OF JAMES N. LAWLOR

I, James N. Lawlor, hereby declare under penalty of perjury:

1.　　I am a partner of the law firm of Wollmuth Maher & Deutsch LLP, and my office is located at 500 5th Avenue, New York, NY 10110. I am a member in good standing of the Bar of New Jersey. There are no disciplinary proceedings pending against me.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2.  I submit this supplemental declaration in connection with the *Debtor's Reply in Support of Motion Pursuant to Bankruptcy Rules 9023 and 9024 for Amendment or Reconsideration of the Order Awarding a Discretionary Bonus to Houlihan Lokey* filed contemporaneously herewith.  I have personal knowledge of the matters set forth herein.

3.  Attached hereto as <u>Exhibit A</u> is a true and correct copy of the *Final Application of Houlihan Lokey Howard & Zukin Capital, Inc. as Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period of April 30, 2009 through November 13, 2009* filed on November 24, 2009 in the United States Bankruptcy Court for the Southern District of New York in the case styled <u>In re Mark IV Industries, Inc.</u>, Case No. 09-12795, Dkt. No. 602.

4.  Attached hereto as <u>Exhibit B</u> is a true and correct copy of the *First Interim Application of Houlihan Lokey Capital, Inc., as Investment Banker to Briggs & Stratton Corporation, et. al., for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period from July 20, 2020 through October 31, 2020* filed on December 18, 2020 in the United States Bankruptcy Court for the Eastern District of Missouri, Southeastern Division in the case styled <u>In re Briggs & Stratton Corporation</u>, Case No. 20-43597, Dkt. No. 1492.

5.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 15, 2023
       New York, New York

                                                */s/ James N. Lawlor*
                                                James N. Lawlor