**Exhibit "A"**



MILLER THOMSON LLP
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T 416.595.8500
F 416.595.8695

MILLERTHOMSON.COM

# Account Summary and Remittance Form

**November 30, 2023**

Invoice Number 3942728

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention:  David Molton, Counselor at Law

**Re:**     **Johnson & Johnson - Talc Litigation (2023)**
             **Our File No. 0265758.0002**

| | |
|---|---:|
| **Fees:** | **$1,202.50** |
| **Total Amount Due** | **$1,202.50** |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



**MILLER THOMSON LLP**
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T 416.595.8500
F 416.595.8695

MILLERTHOMSON.COM

**November 30, 2023**

Invoice Number 3942728

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention: David Molton, Counselor at Law

To Professional Services Rendered in connection with the following matter(s) including:

**Re:**    **Johnson & Johnson - Talc Litigation (2023)**
         **Our File No. 0265758.0002**

| **Date** | **Initials** | **Description** | **Hours** |
|---|---|---|---|
| 11/01/2023 | JCC | Attend TCC Meeting regarding appeal; | 0.20 |
| 11/08/2023 | JCC | Attend TCC meeting regarding appeal; | 0.40 |
| 11/15/2023 | JCC | Attend TCC meeting regarding appeal; | 0.20 |
| 11/29/2023 | JCC | Attend TCC meeting regarding appeal; | 0.50 |
| | **Total Hours** | | **1.30** |

**Our Fee:**                                                                 1,202.50

| **TK ID** | **Initials** | **Name** | **Title** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|---|---|---|
| 00615 | JCC | J. Carhart | Partner | $925.00 | 1.30 | $1,202.50 |

**Total Amount Due**                                                          $1,202.50

E.&O.E.

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.