| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
|---|---|
| **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> Gregory S. Kinoian, Esq. <br> dstolz@genovaburns.com <br> dclarke@genovaburns.com <br> gkinoian@genovaburns.com <br> 110 Allen Road, Suite 304 <br> Basking Ridge, NJ 07920 <br> Tel: (973) 533-0777 <br> Fax: (973) 533-1112 <br> *Local Counsel for the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP** <br> David J. Molton, Esq. <br> Michael S. Winograd, Esq. <br> Susan Sieger-Grimm, Esq. <br> Kenneth J. Aulet, Esq. <br> dmolton@brownrudnick.com <br> mwinograd@brownrudnick.com <br> ssieger-grimm@brownrudnick.com <br> kaulet@brownrudnick.com <br> Seven Times Square <br> New York, NY 10036 <br> Tel: (212) 209-4800 <br> Fax: (212) 209-4801 <br> And- <br> Jeffrey L. Jonas, Esq. <br> Sunni P. Beville, Esq. <br> Eric R. Goodman, Esq. <br> jjonas@brownrudnick.com <br> sbeville@brownrudnick.com <br> egoodman@brownrudnick.com <br> One Financial Center <br> Boston, MA 02111 <br> Tel: (617) 856-8200 <br> Fax: (617) 856-8201 <br> *Co-Counsel for the Official Committee of Talc Claimants* |
| **OTTERBOURG PC** <br> Melanie L. Cyganowski, Esq. <br> Jennifer S. Feeney, Esq. <br> Michael R. Maizel, Esq. <br> mcyganowski@otterbourg.com <br> jfeeney@otterbourg.com <br> mmaizel@otterbourg.com <br> 230 Park Avenue <br> New York, NY 10169 <br> Tel: (212) 905-3628 <br> Fax: (212) 682-6104 <br> *Co-Counsel for the Official Committee of Talc Claimants* | **MASSEY & GAIL LLP** <br> Jonathan S. Massey, Esq. <br> Rachel S. Morse, Esq. <br> jmassey@masseygail.com <br> rmorse@masseygail.com <br> 1000 Maine Ave. SW, Suite 450 <br> Washington, DC 20024 <br> Tel: (202) 652-4511 <br> Fax: (312) 379-0467 <br> *Co-Counsel for the Official Committee of Talc Claimants* |
| In re: <br> LTL MANAGEMENT, LLC,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No.: 23-12825 (MBK) <br><br> Honorable Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION REGARDING
FIRST POST-DISMISSAL MONTHLY FEE STATEMENT FOR OTTERBOURG, P.C.
CO-COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS
FOR THE PERIOD OF AUGUST 12-31, 2023
DOCUMENT NO. 1599**

The Court authorized, under D.N.J. LBR 2016-3(a), the Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals [Dkt. No. 562], compensation to professionals on a monthly basis. Under said Order, objections to the Monthly Fee Statement filed on December 1, 2023 were to be filed and served not later than December 15, 2023.

I, Daniel M. Stolz, Esq. certify that, as of December 18, 2023, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date:   December 18, 2023                      /s/  Daniel M. Stolz
                                                                                           DANIEL M. STOLZ