**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON DECEMBER 21, 2023 AT 11:30 A.M.**

*At the direction of the Court, the hearing will be held via Zoom only. All parties who intend to present argument should contact Chambers at chambers_of_mbk@njb.uscourts.gov and provide the name and email address of the speaker, as well as provide information regarding the party the speaker represents and/or the purpose of the appearance.*
*Parties are directed to https://www.njb.uscourts.gov/LTL for observing via Zoom.*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**CONTESTED MATTER GOING FORWARD:**

1. Debtor's Motion Pursuant to Bankruptcy Rules 9023 and 9024 for Amendment or Reconsideration of the Order Awarding Discretionary Bonus to Houlihan Lokey [Dkt. 1597] (the "Motion").

    **Status:  This matter is going forward.**

    Objection Deadline:  December 14, 2023.

    Related Documents:

    A. Houlihan Lokey Capital, Inc.'s Final Application for Allowance of Fees and Reimbursement of Expenses (the "Houlihan Application") [Dkt. 1347].

    B. Debtor's Omnibus Objection to the Final Applications for Allowance of Fees and Reimbursement of Expenses for the Period of April 4, 2023 through August 11, 2023 Filed by the TCC Professionals [Dkt. 1496].

    C. Amended Joint Omnibus Reply of the TCC Professionals, the TCC Committee and the Ad Hoc Committee of Certain Talc Claimants in Support of (I) the Final Applications for Allowance of Fees and Reimbursement of Expenses for the Period of April 4, 2023 through August 11, 2023 Filed by the TCC Professionals and (II) the TCC Committee and Ad Hoc Committee of Talc Claimants' Substantial Contribution Motion [Dkt. 1514].

    D. TCC Letter in Support of the Houlihan Application (the "TCC Letter") [Dkt. 1544].

    E. Debtor's Letter in Response to the TCC Letter (the "Debtor's Letter") [Dkt. 1567].

    F. TCC Letter in Response to the Debtor's Letter [Dkt. 1568].

    G. Letter Opinion [Dkt. 1571].

    H. Order Awarding Fees to Houlihan Lokey Capital, Inc. [Dkt. 1579].

    I. Debtor's Reply in Support of the Motion [Dkt. 1613].

    Objections:

    J. TCC's Objection to the Motion [Dkt. 1612].

Dated: December 19, 2023

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*