**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

IN RE: LTL Management LLC　　　　　　　APPLICANT: Massey & Gail LLP

CASE NO.: 23-12825 (MBK)　　　　　　　CLIENT: Official Committee of Talc Claimants

CHAPTER: 11　　　　　　　　　　　　　　CASE FILED: April 4, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

**SECTION I**
**FEE SUMMARY**

Third Post Dismissal Monthly Fee Statement Covering the Period
October 1, 2023 Through November 30, 2023

Post Dismissal Monthly Fee Statement No. 3

Summary of Accounts Requested for the Period from October 1, 2023 through November 30, 2023 (the "Third Post Dismissal Statement Period"):

| | |
|---|---|
| Total fees: | $ 204,730.00 |
| Total disbursements: | $         0.00 |
| Minus 20% Holdback of Fees: | $   40,946.00 |
| Amount Sought at this Time: | $ 163,784.00 |

6796259.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Jonathan Massey | 1992 | $1160.00 | 78.6 | $91,176.00 |
| Rachel Morse | 2007 | $860.00 | 3.4 | $2,924.00 |
| Bret Vallacher | 2014 | $775.00 | 3.7 | $2,867.50 |
| Matthew Layden | 2019 | $500.00 | 104.0 | $52,000.00 |
| Usama Ibrahim | 2021 | $485.00 | 102.9 | $49,906.50 |
| Rob Aguirre | N/A | $320.00 | 18.3 | $5,856.00 |
| **TOTAL FEES** | | | | $204,730.00 |
| **BLENDED RATE** | | $658.51 | 310.9 | |

Pursuant to the Amended Fee Procedures Order, currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $ 204,730.00 |
| Less: Holdback (20%) | -$ 40,946.00 |
| Total Fees Currently Payable | $ 163,784.00 |
| Add: Disbursements | $ 0.00 |
| **Total Payable This Invoice** | **$ 163,784.00** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---:|---:|
| Case Administration (B110) | 14.2 | $10,290.00 |
| Fee/Employment Application (B160) | 49.4 | $25,954.00 |
| Trial and Hearing Attendance (B450) | 7.5 | $5.470.50 |
| Appellate Briefs (L520) | 239.8 | $163,015.50 |
| | | |
| **TOTAL** | **310.9** | **$204,730.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | AMOUNT |
|---|---:|
| | 0.00 |
| **TOTAL DISBURSEMENTS** | **$0.00** |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ *Jonathan S. Massey*
Jonathan S. Massey

Dated: December 21, 2023

3