# EXHIBIT A



50 E. Washington St.  
Suite 400  
Chicago, IL 60602  
(312) 283-1590

1000 Maine Ave. SW  
Suite 450  
Washington, D.C. 20024  
(202) 652-4511

# PRIVILEGED & CONFIDENTIAL

December 20, 2023

**Official Committee of Talc Claimants**  
In re LTL Management, No 23-12825  
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 10-01-2023 - 10-31-2023

**RE: LTL Management Bankruptcy Official TCC II**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-01-2023 | JSM | L520 - Appellate Briefs | 1.80 | 1,160.00 | 2,088.00 |
| | | Revising draft response to LTL's expected petition for leave to appeal in Third Circuit. | | | |
| 10-02-2023 | UI | L520 - Appellate Briefs | 2.70 | 485.00 | 1,309.50 |
| | | Analyzing Saul E. Burian's testimony to develop appellate arguments. | | | |
| 10-02-2023 | UI | L520 - Appellate Briefs | 0.50 | 485.00 | 242.50 |
| | | Meeting with M. Layden re drafting a response to question raised by Debtor in statement of issues. | | | |
| 10-02-2023 | UI | L520 - Appellate Briefs | 4.30 | 485.00 | 2,085.50 |
| | | Researching argument for appellate purposes in response to question raised by Debtor in its appellate statement of issues | | | |
| 10-02-2023 | ML | L520 - Appellate Briefs | 5.90 | 500.00 | 2,950.00 |
| | | Researching further appellate argument in response to question raised by Debtor in statement of issues. | | | |
| 10-02-2023 | JSM | L520 - Appellate Briefs | 2.30 | 1,160.00 | 2,668.00 |
| | | Revising draft response to LTL's expected petition for leave to appeal in Third Circuit. | | | |
| 10-03-2023 | JSM | L520 - Appellate Briefs | 2.20 | 1,160.00 | 2,552.00 |
| | | Revising draft response to LTL's expected petition for leave to appeal in Third Circuit. | | | |
| 10-03-2023 | UI | L520 - Appellate Briefs | 3.10 | 485.00 | 1,503.50 |
| | | Drafting memorandum re: question raised by LTL in statement of facts. | | | |
| 10-03-2023 | ML | L520 - Appellate Briefs | 5.40 | 500.00 | 2,700.00 |
| | | Researching legal issue raised by debtor in statement of issues. | | | |
| 10-03-2023 | ML | L520 - Appellate Briefs | 0.40 | 500.00 | 200.00 |
| | | Discussion with U. Ibrahim re issue raised by LTL in statement of issues. | | | |
| 10-03-2023 | UI | L520 - Appellate Briefs | 2.70 | 485.00 | 1,309.50 |
| | | Drafting memorandum re issue raised by LTL. | | | |
| 10-03-2023 | RSM | B160 - Fee/Employment Application | 0.30 | 860.00 | 258.00 |
| | | Working on fee statement for September services. | | | |
| 10-03-2023 | JSM | B110 - Case Administration | 0.40 | 1,160.00 | 464.00 |
| | | Zoom with committee representatives and counsel to discuss legal strategy and next steps re: the appeal. | | | |
| 10-03-2023 | UI | L520 - Appellate Briefs | 0.40 | 485.00 | 194.00 |
| | | Discussion with M. Layden regarding appellate issue raised by LTL in statement of issues. | | | |
| 10-04-2023 | UI | L520 - Appellate Briefs | 0.40 | 485.00 | 194.00 |
| | | Discussion with M. Layden regarding appellate issue raised by LTL in statement of issues. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-04-2023 | ML | B110 - Case Administration | 0.40 | 500.00 | 200.00 |
| | | Attending weekly TCC meeting re appellate legal strategy. | | | |
| 10-04-2023 | ML | L520 - Appellate Briefs | 0.40 | 500.00 | 200.00 |
| | | Discussion with U. Ibrahim regarding appellate issue raised by LTL in statement of issues. | | | |
| 10-04-2023 | UI | L520 - Appellate Briefs | 2.90 | 485.00 | 1,406.50 |
| | | Drafting memorandum re response to question raised by Debtor in statement of issues. | | | |
| 10-04-2023 | UI | B110 - Case Administration | 0.40 | 485.00 | 194.00 |
| | | Meeting with committee and co-counsel to discuss forthcoming legal strategy re: Third Circuit appeal. | | | |
| 10-04-2023 | BV | B110 - Case Administration | 0.40 | 775.00 | 310.00 |
| | | Meeting with committee members re appeal status and strategy. | | | |
| 10-04-2023 | ML | L520 - Appellate Briefs | 6.70 | 500.00 | 3,350.00 |
| | | Researching appellate issue in response to question raised by LTL in statement of issues. | | | |
| 10-04-2023 | RSM | B110 - Case Administration | 0.40 | 860.00 | 344.00 |
| | | Conference with committee representatives and co-counsel re status and strategy for appellate work. | | | |
| 10-05-2023 | UI | L520 - Appellate Briefs | 2.80 | 485.00 | 1,358.00 |
| | | Researching additional legal argument in response to question raised by LTL in statement of issues. | | | |
| 10-05-2023 | ML | L520 - Appellate Briefs | 8.20 | 500.00 | 4,100.00 |
| | | Preparing written argument regarding appellate issue raised by LTL in statement of issues. | | | |
| 10-05-2023 | UI | L520 - Appellate Briefs | 2.90 | 485.00 | 1,406.50 |
| | | Drafting memorandum re response to question raised by the Debtor in statement of issues. | | | |
| 10-05-2023 | RSM | B160 - Fee/Employment Application | 0.10 | 860.00 | 86.00 |
| | | Communicate with colleagues re draft fee statement for October. | | | |
| 10-06-2023 | UI | L520 - Appellate Briefs | 0.90 | 485.00 | 436.50 |
| | | Researching additional legal argument re response to question raised by the Debtor in statement of issues. | | | |
| 10-07-2023 | JSM | L520 - Appellate Briefs | 0.80 | 1,160.00 | 928.00 |
| | | Reviewing research re bankruptcy court's authority to provide for TCC's continued existence post-dismissal for appellate purposes. | | | |
| 10-07-2023 | JSM | L520 - Appellate Briefs | 1.80 | 1,160.00 | 2,088.00 |
| | | Reviewing LTL/AHC petition for leave to appeal in CA3. | | | |
| 10-07-2023 | JSM | L520 - Appellate Briefs | 2.20 | 1,160.00 | 2,552.00 |
| | | Revising draft response to LTL/AHC petition for leave to appeal in CA3. | | | |
| 10-07-2023 | JSM | B160 - Fee/Employment Application | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing Sept invoice for Massey & Gail. | | | |
| 10-08-2023 | JSM | L520 - Appellate Briefs | 2.70 | 1,160.00 | 3,132.00 |
| | | Revising draft response to LTL/AHC petition for leave to appeal in CA3. | | | |
| 10-09-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel regarding response to LTL/AHC petition for direct appeal. | | | |
| 10-09-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Revising response to LTL/AHC petition for direct appeal. | | | |
| 10-10-2023 | JSM | L520 - Appellate Briefs | 2.70 | 1,160.00 | 3,132.00 |
| | | Revising response to LTL/AHC petition for leave to appeal to CA3. | | | |
| 10-10-2023 | ML | L520 - Appellate Briefs | 3.60 | 500.00 | 1,800.00 |
| | | Revising TCC response brief to Debtor's petition for direct appeal of MTD order to the Third Circuit. | | | |
| 10-10-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with TCC representatives re response to LTL/AHC petition for leave for direct appeal. | | | |
| 10-10-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with TCC counsel re response to LTL/AHC petition for leave for direct appeal. | | | |
| 10-10-2023 | ML | L520 - Appellate Briefs | 2.30 | 500.00 | 1,150.00 |
| | | Researching legal issue for memo analyzing potential insert in Appellee's brief in CA3 appeal. | | | |
| 10-10-2023 | RSM | B160 - Fee/Employment Application | 0.10 | 860.00 | 86.00 |
| | | Revising monthly fee statement for September services. | | | |
| 10-10-2023 | UI | L520 - Appellate Briefs | 1.70 | 485.00 | 824.50 |
| | | Analyzing Saul E. Burian's testimony to identify appellate arguments. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-10-2023 | UI | L520 - Appellate Briefs | 2.70 | 485.00 | 1,309.50 |
| | | Preparing appendix for the Response to Debtor's Petition for Leave to Appeal. | | | |
| 10-10-2023 | UI | L520 - Appellate Briefs | 1.40 | 485.00 | 679.00 |
| | | Cite checking record cites of the appendix for the Response to Debtor's Petition for Leave to Appeal. | | | |
| 10-10-2023 | RA | L520 - Appellate Briefs | 1.40 | 320.00 | 448.00 |
| | | Proofreading TCC's Response to Appellant's Direct Petition for Authorization to Direct Appeals in the Third Circuit Court of Appeals. | | | |
| 10-11-2023 | UI | B110 - Case Administration | 0.40 | 485.00 | 194.00 |
| | | Meeting with committee and co-counsel to discuss forthcoming legal strategy re possible Third Circuit appeal. | | | |
| 10-11-2023 | UI | L520 - Appellate Briefs | 3.10 | 485.00 | 1,503.50 |
| | | Cite checking record cites of the appendix for the Response to Debtor's Petition for Leave to Appeal. | | | |
| 10-11-2023 | RA | L520 - Appellate Briefs | 3.80 | 320.00 | 1,216.00 |
| | | Cite checking Response to Appellants' Joint Petition for Authorization of Direct Appeals brief. | | | |
| 10-11-2023 | ML | B110 - Case Administration | 0.40 | 500.00 | 200.00 |
| | | Attending weekly TCC conference of counsel regarding appellate briefing. | | | |
| 10-11-2023 | UI | L520 - Appellate Briefs | 0.10 | 485.00 | 48.50 |
| | | Met with M. Layden re appendix for the Response to Debtor's Petition for Leave to Appeal. | | | |
| 10-11-2023 | RSM | B110 - Case Administration | 0.30 | 860.00 | 258.00 |
| | | Conference with committee members, representatives, and co-counsel re appellate status and next steps. | | | |
| 10-11-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel re response to LTL/AHC petition for leave for direct appeal. | | | |
| 10-11-2023 | ML | L520 - Appellate Briefs | 2.10 | 500.00 | 1,050.00 |
| | | Revising TCC response brief to Debtor's petition for direct appeal of MTD order to the Third Circuit. | | | |
| 10-11-2023 | JSM | L520 - Appellate Briefs | 1.10 | 1,160.00 | 1,276.00 |
| | | Revising response to LTL/AHC petition for leave to appeal to CA3. | | | |
| 10-12-2023 | UI | L520 - Appellate Briefs | 0.30 | 485.00 | 145.50 |
| | | Telephone conversation with R. Aguirre regarding TCC response to Appellants' Joint Petition filed in the Third Circuit Court of Appeals. | | | |
| 10-12-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel re response to LTL/AHC petition for leave for direct appeal. | | | |
| 10-12-2023 | UI | L520 - Appellate Briefs | 1.40 | 485.00 | 679.00 |
| | | Revising Response to Debtor's Petition for Leave to Appeal. | | | |
| 10-12-2023 | RA | L520 - Appellate Briefs | 1.20 | 320.00 | 384.00 |
| | | Proofreading revised TCC response to Appellants' Joint Petition filed in the Third Circuit Court of Appeals. | | | |
| 10-12-2023 | UI | L520 - Appellate Briefs | 2.80 | 485.00 | 1,358.00 |
| | | Researching transcripts of LTL II in connection with the direct appeal to the Third Circuit. | | | |
| 10-12-2023 | RA | L520 - Appellate Briefs | 0.30 | 320.00 | 96.00 |
| | | Telephone conversation with U. Ibrahim regarding TCC response to Appellants' Joint Petition filed in the Third Circuit Court of Appeals. | | | |
| 10-12-2023 | UI | L520 - Appellate Briefs | 1.90 | 485.00 | 921.50 |
| | | Drafting insert to Response to Debtor's Petition for Leave to Appeal. | | | |
| 10-12-2023 | RA | B160 - Fee/Employment Application | 1.10 | 320.00 | 352.00 |
| | | Drafting M&G's 2nd Post Dismissal Monthly Fee Application. | | | |
| 10-12-2023 | ML | B160 - Fee/Employment Application | 3.60 | 500.00 | 1,800.00 |
| | | Researching case law regarding confidentiality issue with billing descriptions for fee applications. | | | |
| 10-12-2023 | ML | B160 - Fee/Employment Application | 0.70 | 500.00 | 350.00 |
| | | Researching specificity requirements for billing descriptions in fee applications, | | | |
| 10-12-2023 | ML | B160 - Fee/Employment Application | 2.40 | 500.00 | 1,200.00 |
| | | Further research into specificity requirement for billing description. | | | |
| 10-13-2023 | ML | L520 - Appellate Briefs | 0.40 | 500.00 | 200.00 |
| | | Drafting instructions to paralegals regarding formatting of response to Debtor's petition for direct appeal and preparation of corresponding appendix. | | | |
| 10-13-2023 | JSM | L520 - Appellate Briefs | 1.60 | 1,160.00 | 1,856.00 |
| | | Revising response to LTL/AHC petition for leave to appeal to CA3. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-13-2023 | RA | L520 - Appellate Briefs | 3.30 | 320.00 | 1,056.00 |
| | | Compiling appendix in support of TCC response to Appellants' Joint Petition filed in the Third Circuit Court of Appeals. | | | |
| 10-14-2023 | RA | L520 - Appellate Briefs | 2.90 | 320.00 | 928.00 |
| | | Updating draft appendix in support of TCC response to Appellants' Joint Petition filed in the Third Circuit Court of Appeals. | | | |
| 10-14-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel re response to LTL/AHC petition for leave for direct appeal. | | | |
| 10-14-2023 | JSM | L520 - Appellate Briefs | 0.80 | 1,160.00 | 928.00 |
| | | Revising response to LTL/AHC petition for leave to appeal to CA3. | | | |
| 10-15-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel re response to LTL/AHC petition for leave for direct appeal. | | | |
| 10-15-2023 | ML | L520 - Appellate Briefs | 1.80 | 500.00 | 900.00 |
| | | Revising TCC's response to Debtor's petition for direct appeal. | | | |
| 10-15-2023 | UI | B160 - Fee/Employment Application | 1.60 | 485.00 | 776.00 |
| | | Revising Response to Debtor's Petition for Leave to Appeal. | | | |
| 10-15-2023 | RSM | B160 - Fee/Employment Application | 0.30 | 860.00 | 258.00 |
| | | Revising draft fee statement for September services. | | | |
| 10-15-2023 | RSM | B160 - Fee/Employment Application | 0.10 | 860.00 | 86.00 |
| | | Correspondence with Massey & Gail colleagues re draft fee statement for September services. | | | |
| 10-15-2023 | JSM | L520 - Appellate Briefs | 1.40 | 1,160.00 | 1,624.00 |
| | | Reviewing final comments from co-counsel to response to LTL/AHC petition for leave to appeal. | | | |
| 10-16-2023 | JSM | L520 - Appellate Briefs | 1.10 | 1,160.00 | 1,276.00 |
| | | Email communication with TCC counsel re response to LTL/AHC petition for leave to appeal. | | | |
| 10-16-2023 | RA | L520 - Appellate Briefs | 2.20 | 320.00 | 704.00 |
| | | Finalizing appendix in support of TCC response to Appellants' Joint Petition filed in the Third Circuit Court of Appeals. | | | |
| 10-16-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with debtor's counsel and AHC counsel in connection with confidentiality designations in connection with response to petition for leave to appeal. | | | |
| 10-16-2023 | UI | L520 - Appellate Briefs | 5.40 | 485.00 | 2,619.00 |
| | | Revising Response to Debtor's Petition for Leave to Appeal. | | | |
| 10-16-2023 | UI | L520 - Appellate Briefs | 0.60 | 485.00 | 291.00 |
| | | Meeting with M. Layden re Response to Debtor's Petition for Leave to Appeal. | | | |
| 10-16-2023 | ML | L520 - Appellate Briefs | 1.30 | 500.00 | 650.00 |
| | | Preparing motion to seal TCC's response to Debtor's petition for direct appeal. | | | |
| 10-16-2023 | ML | L520 - Appellate Briefs | 0.60 | 500.00 | 300.00 |
| | | Reviewing TCC's draft response to Debtor's petition for direct appeal. | | | |
| 10-16-2023 | ML | L520 - Appellate Briefs | 0.90 | 500.00 | 450.00 |
| | | Reviewing Debtor's confidentiality designations to determine which documents cited in TCC's response to petition for direct appeal are designated confidential. | | | |
| 10-16-2023 | ML | L520 - Appellate Briefs | 0.20 | 500.00 | 100.00 |
| | | Preparing list of all documents cited in TCC's response to petition for direct appeal that are designated confidential by Debtor. | | | |
| 10-16-2023 | ML | L520 - Appellate Briefs | 0.80 | 500.00 | 400.00 |
| | | Reviewing May 5 hearing transcript from the bankruptcy court for the Court's statements regarding confidentiality issues associated with depositions. | | | |
| 10-16-2023 | ML | L520 - Appellate Briefs | 0.60 | 500.00 | 300.00 |
| | | Revising appendix to TCC's response to Debtor's petition for direct appeal. | | | |
| 10-16-2023 | JSM | L520 - Appellate Briefs | 2.40 | 1,160.00 | 2,784.00 |
| | | Finalizing revisions to response to LTL/AHC petition for leave to appeal. | | | |
| 10-16-2023 | JSM | L520 - Appellate Briefs | 1.20 | 1,160.00 | 1,392.00 |
| | | Reviewing final version of response to LTL/AHC petition for leave to appeal. | | | |
| 10-16-2023 | JSM | L520 - Appellate Briefs | 0.90 | 1,160.00 | 1,044.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Reviewing appendix to LTL/AHC petition for leave to appeal. | | | |
| 10-17-2023 | UI | L520 - Appellate Briefs | 0.90 | 485.00 | 436.50 |
| | | Reviewing LTL earning calls transcript. | | | |
| 10-17-2023 | ML | L520 - Appellate Briefs | 3.60 | 500.00 | 1,800.00 |
| | | Researching legal issue for memo analyzing potential insert in Appellee's brief in CA3 appeal. | | | |
| 10-18-2023 | UI | L450 - Trial and Hearing Attendance | 1.90 | 485.00 | 921.50 |
| | | Attending hearing re compensation of TCC Professionals. | | | |
| 10-18-2023 | BV | L450 - Trial and Hearing Attendance | 1.80 | 775.00 | 1,395.00 |
| | | Attending hearing before Judge Kaplan re compensation of TCC Professionals, | | | |
| 10-18-2023 | BV | B110 - Case Administration | 0.90 | 775.00 | 697.50 |
| | | Meeting with committee members re appeal status and strategy. | | | |
| 10-18-2023 | UI | B110 - Case Administration | 0.90 | 485.00 | 436.50 |
| | | Meeting with committee and co-counsel to discuss forthcoming legal strategy re possible Third Circuit appeal. | | | |
| 10-18-2023 | UI | B160 - Fee/Employment Application | 1.00 | 485.00 | 485.00 |
| | | Meeting with R. Morse and M. Layden re fee application processes. | | | |
| 10-18-2023 | RSM | B110 - Case Administration | 0.80 | 860.00 | 688.00 |
| | | Participating in weekly conference with members, member representatives, and co-counsel re case status and strategy. | | | |
| 10-18-2023 | RSM | B160 - Fee/Employment Application | 1.00 | 860.00 | 860.00 |
| | | Conference with Massey & Gail colleagues re LTL fee application work. | | | |
| 10-18-2023 | ML | L520 - Appellate Briefs | 3.50 | 500.00 | 1,750.00 |
| | | Researching legal issue for memo analyzing potential insert in Appellee's brief in CA3 appeal. | | | |
| 10-18-2023 | ML | L450 - Trial and Hearing Attendance | 1.90 | 500.00 | 950.00 |
| | | Attending hearing regarding compensation of TCC Professionals. | | | |
| 10-18-2023 | ML | B160 - Fee/Employment Application | 1.00 | 500.00 | 500.00 |
| | | Meeting with R. Morse and U. Ibrahim regarding fee application process. | | | |
| 10-18-2023 | ML | B110 - Case Administration | 0.90 | 500.00 | 450.00 |
| | | Attending weekly TCC meeting regarding legal strategy for upcoming appeal. | | | |
| 10-18-2023 | JSM | L450 - Trial and Hearing Attendance | 1.90 | 1,160.00 | 2,204.00 |
| | | Attending Bankruptcy Court hearing on compensation of TCC Professionals. | | | |
| 10-18-2023 | JSM | B110 - Case Administration | 0.70 | 1,160.00 | 812.00 |
| | | Zoom with TCC members and representatives re developments in case and strategy. | | | |
| 10-18-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with co-appellees re coordination on appeal. | | | |
| 10-18-2023 | RA | B160 - Fee/Employment Application | 1.20 | 320.00 | 384.00 |
| | | Drafting Second Post-Dismissal Fee Application. | | | |
| 10-19-2023 | RA | B160 - Fee/Employment Application | 0.60 | 320.00 | 192.00 |
| | | Finalizing Second Post-Dismissal Fee Application. | | | |
| 10-19-2023 | ML | L520 - Appellate Briefs | 2.30 | 500.00 | 1,150.00 |
| | | Researching legal issue for memo analyzing potential insert in Appellee's brief in CA3 appeal. | | | |
| 10-19-2023 | ML | B110 - Case Administration | 0.60 | 500.00 | 300.00 |
| | | Attending meeting with TCC co-counsel regarding fee applications. | | | |
| 10-19-2023 | UI | B110 - Case Administration | 0.60 | 485.00 | 291.00 |
| | | Meeting with co-counsel to discuss fee applications. | | | |
| 10-19-2023 | UI | L520 - Appellate Briefs | 0.80 | 485.00 | 388.00 |
| | | Coordinating meeting with co-appellees re forthcoming Third Circuit appeal. | | | |
| 10-19-2023 | UI | L520 - Appellate Briefs | 3.20 | 485.00 | 1,552.00 |
| | | Reviewing Saul E. Burian's testimony to identify appellate arguments as to LTL's bad faith for the affirmation of dismissal. | | | |
| 10-19-2023 | JSM | B160 - Fee/Employment Application | 0.40 | 1,160.00 | 464.00 |
| | | Reviewing research on fee reductions in LTL 1.0 | | | |
| 10-20-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel, representatives, and members re CA3 order granting leave to appeal. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-20-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC counsel regarding CA3 panel. | | | |
| 10-20-2023 | JSM | B160 - Fee/Employment Application | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing transcript of 10-18 hearing on compensation of TCC Professionals for future applications. | | | |
| 10-20-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with TCC counsel re AHC's proposed supplemental record designations for CA3 appeal. | | | |
| 10-20-2023 | ML | L520 - Appellate Briefs | 3.70 | 500.00 | 1,850.00 |
| | | Researching legal issue for memo analyzing potential insert in Appellee's brief in CA3 appeal. | | | |
| 10-20-2023 | UI | B160 - Fee/Employment Application | 0.80 | 485.00 | 388.00 |
| | | Compiling fee application materials for circulation to J. Massey and M. Layden. | | | |
| 10-20-2023 | UI | L520 - Appellate Briefs | 5.20 | 485.00 | 2,522.00 |
| | | Analyzing Saul E. Burian's testimony to identify appellate arguments as to LTL's bad faith for the affirmation of dismissal. | | | |
| 10-20-2023 | UI | B110 - Case Administration | 0.50 | 485.00 | 242.50 |
| | | Meeting with co-counsel to discuss strategy on Third Circuit Appeal. | | | |
| 10-20-2023 | ML | B110 - Case Administration | 0.50 | 500.00 | 250.00 |
| | | Discussion with TCC members and co-movants re appellate legal strategy. | | | |
| 10-20-2023 | JSM | B110 - Case Administration | 0.40 | 1,160.00 | 464.00 |
| | | Zoom with co-appellees re coordination on appeal. | | | |
| 10-22-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with TCC counsel re AHC's proposed supplemental record designations for CA3 appeal. | | | |
| 10-23-2023 | ML | B160 - Fee/Employment Application | 0.40 | 500.00 | 200.00 |
| | | Retrieving fee requests of Debtor's counsel to guide future fee applications. | | | |
| 10-23-2023 | ML | B160 - Fee/Employment Application | 1.90 | 500.00 | 950.00 |
| | | Reviewing Debtor's counsel's fee application to guide future fee applications. | | | |
| 10-23-2023 | ML | B160 - Fee/Employment Application | 0.80 | 500.00 | 400.00 |
| | | Meeting with TCC co-counsel to discuss fee applications. | | | |
| 10-23-2023 | UI | B110 - Case Administration | 0.70 | 485.00 | 339.50 |
| | | Meeting with co-counsel to discuss fee applications. | | | |
| 10-23-2023 | UI | L520 - Appellate Briefs | 0.60 | 485.00 | 291.00 |
| | | Meeting with J. Massey and M. Layden re research projects for appeal. | | | |
| 10-23-2023 | UI | B160 - Fee/Employment Application | 1.30 | 485.00 | 630.50 |
| | | Reviewing Walsh Pizzi O'Reilly Falanga LLP's previous fee applications. | | | |
| 10-23-2023 | UI | B160 - Fee/Employment Application | 1.10 | 485.00 | 533.50 |
| | | Meeting with M. Layden re Walsh Pizzi O'Reilly Falanga LLP's fee applications. | | | |
| 10-23-2023 | UI | L520 - Appellate Briefs | 0.90 | 485.00 | 436.50 |
| | | Drafting summary of bankruptcy background of judges on Third Circuit panel. | | | |
| 10-23-2023 | UI | L520 - Appellate Briefs | 0.90 | 485.00 | 436.50 |
| | | Researching AHC's standing for CA3 appeal. | | | |
| 10-23-2023 | ML | L520 - Appellate Briefs | 1.80 | 500.00 | 900.00 |
| | | Researching legal issue for memo analyzing potential insert in Appellee's brief in CA3 appeal. | | | |
| 10-23-2023 | JSM | L520 - Appellate Briefs | 0.10 | 1,160.00 | 116.00 |
| | | Email communication with TCC counsel re AHC's proposed supplemental record designations for CA3 appeal. | | | |
| 10-23-2023 | JSM | B110 - Case Administration | 0.50 | 1,160.00 | 580.00 |
| | | Zoom with TCC counsel to discuss next steps in appeal. | | | |
| 10-23-2023 | JSM | B110 - Case Administration | 0.50 | 1,160.00 | 580.00 |
| | | Zoom with Massey & Gail team to discuss substantive arguments to develop for appeal. | | | |
| 10-24-2023 | ML | B160 - Fee/Employment Application | 0.40 | 500.00 | 200.00 |
| | | Retrieving M&G invoices for the period of Apr. 15, 2023 - Aug. 11, 2023. | | | |
| 10-24-2023 | ML | B160 - Fee/Employment Application | 0.10 | 500.00 | 50.00 |
| | | Calculating total M&G fees for period of Apr. 15, 2023 - Aug. 11, 2023 with discount. | | | |
| 10-24-2023 | UI | B160 - Fee/Employment Application | 1.30 | 485.00 | 630.50 |
| | | Drafting proposed order re fee application. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-24-2023 | UI | B160 - Fee/Employment Application | 1.40 | 485.00 | 679.00 |
| | | Calculating reduced fee for proposed order | | | |
| 10-24-2023 | UI | B160 - Fee/Employment Application | 1.60 | 485.00 | 776.00 |
| | | Meeting with M. Layden re proposed order on fees. | | | |
| 10-24-2023 | ML | L520 - Appellate Briefs | 1.30 | 500.00 | 650.00 |
| | | Researching legal issue for memo analyzing potential insert in Appellee's brief in CA3 appeal. | | | |
| 10-25-2023 | UI | B160 - Fee/Employment Application | 2.20 | 485.00 | 1,067.00 |
| | | Preparing proposed order on fees. | | | |
| 10-25-2023 | UI | B110 - Case Administration | 0.50 | 485.00 | 242.50 |
| | | Meeting with committee and co-counsel to discuss forthcoming legal strategy re possible Third Circuit appeal. | | | |
| 10-25-2023 | BV | B110 - Case Administration | 0.40 | 775.00 | 310.00 |
| | | Meeting with committee members re appeal status and strategy. | | | |
| 10-25-2023 | UI | L520 - Appellate Briefs | 1.10 | 485.00 | 533.50 |
| | | Drafting summary of bankruptcy background of judges on the Third Circuit panel. | | | |
| 10-25-2023 | JSM | B160 - Fee/Employment Application | 0.60 | 1,160.00 | 696.00 |
| | | Revising draft fee order for Massey & Gail fee application. | | | |
| 10-26-2023 | UI | L520 - Appellate Briefs | 0.80 | 485.00 | 388.00 |
| | | Meeting with M. Layden re strategy on Third Circuit appeal. | | | |
| 10-27-2023 | UI | L520 - Appellate Briefs | 6.90 | 485.00 | 3,346.50 |
| | | Drafting summary of bankruptcy background of judges on Third Circuit panel. | | | |
| 10-27-2023 | ML | L520 - Appellate Briefs | 1.40 | 500.00 | 700.00 |
| | | Researching legal issue for memo analyzing potential insert in Appellee's brief in CA3 appeal. | | | |
| 10-27-2023 | JSM | L520 - Appellate Briefs | 3.60 | 1,160.00 | 4,176.00 |
| | | Drafting insert for CA3 appellees' brief. | | | |
| 10-27-2023 | UI | L520 - Appellate Briefs | 0.70 | 485.00 | 339.50 |
| | | Discussion with M. Layden re Third Circuit issues. | | | |
| 10-30-2023 | UI | L520 - Appellate Briefs | 0.60 | 485.00 | 291.00 |
| | | Discussion with M. Layden re AHC standing issues. | | | |
| 10-30-2023 | UI | L520 - Appellate Briefs | 0.30 | 485.00 | 145.50 |
| | | Discussion with M. Layden re legal issues re financial distress standard in the Third Circuit. | | | |
| 10-30-2023 | ML | L520 - Appellate Briefs | 3.40 | 500.00 | 1,700.00 |
| | | Researching legal issue for memo analyzing potential insert in Appellee's brief in CA3 appeal. | | | |
| 10-30-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with TCC members and representatives re bankruptcy background of judges on Third Circuit panel. | | | |
| 10-30-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Revising summary of bankruptcy background of judges on Third Circuit panel. | | | |
| 10-30-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | Reviewing summary of bankruptcy background of judges on Third Circuit panel. | | | |
| 10-31-2023 | UI | B160 - Fee/Employment Application | 0.60 | 485.00 | 291.00 |
| | | Discussion with M. Layden re fee order. | | | |
| 10-31-2023 | ML | L520 - Appellate Briefs | 1.10 | 500.00 | 550.00 |
| | | Preparing memorandum re legal issue analyzing potential insert in Appellee's brief in CA3 appeal | | | |
| 10-31-2023 | UI | B160 - Fee/Employment Application | 0.70 | 485.00 | 339.50 |
| | | Discussion with J. Massey and M. Layden re preparing fee application. | | | |
| 10-31-2023 | JSM | L520 - Appellate Briefs | 3.20 | 1,160.00 | 3,712.00 |
| | | Drafting insert for CA3 appellees' brief. | | | |
| 10-31-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | Discussion with M&G team re arguments assigned to us by TCC for development for CA3 appeal. | | | |
| 10-31-2023 | ML | L520 - Appellate Briefs | 0.40 | 500.00 | 200.00 |
| | | Discussion with J. Massey and U. Ibrahim re arguments assigned to us by TCC for development for CA3 appeal. | | | |
| | | **Total** | | | **145,919.50** |

**Time Summary**

| Professional | Hours | Amount |
|---|---:|---:|
| Bret Vallacher | 3.50 | 2,712.50 |
| Jonathan Massey | 44.90 | 52,084.00 |
| Matthew Layden | 80.10 | 40,050.00 |
| Rachel Morse | 3.40 | 2,924.00 |
| Rob Aguirre | 18.00 | 5,760.00 |
| Usama Ibrahim | 87.40 | 42,389.00 |
| **Total** | | 145,919.50 |
| **Total for this Invoice** | | 145,919.50 |