**EXHIBIT A -1**



50 E. Washington St.  
Suite 400  
Chicago, IL 60602  
(312) 283-1590

1000 Maine Ave. SW  
Suite 450  
Washington, D.C. 20024  
(202) 652-4511

# PRIVILEGED & CONFIDENTIAL

December 19, 2023

**Official Committee of Talc Claimants**  
In re LTL Management, No 23-12825  
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 11-01-2023 - 11-30-2023

**RE: LTL Management Bankruptcy Official TCC II**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-01-2023 | ML | L520 - Appellate Briefs | 1.50 | 500.00 | 750.00 |
| | | Researching standing issues for third circuit appeal. | | | |
| 11-01-2023 | UI | L520 - Appellate Briefs | 0.50 | 485.00 | 242.50 |
| | | Attending weekly TCC committee meeting regarding appellate briefing. | | | |
| 11-01-2023 | UI | B160 - Fee/Employment Application | 0.10 | 485.00 | 48.50 |
| | | Met with M. Layden re October fee application. | | | |
| 11-01-2023 | UI | B160 - Fee/Employment Application | 0.40 | 485.00 | 194.00 |
| | | Drafting communication to M&G team re October fee application preparation. | | | |
| 11-01-2023 | ML | B160 - Fee/Employment Application | 1.40 | 500.00 | 700.00 |
| | | Revising time entries for M&G October invoice for fee application. | | | |
| 11-01-2023 | JSM | B110 - Case Administration | 0.40 | 1,160.00 | 464.00 |
| | | Zoom with TCC members and representatives re case and strategy in 3rd Circuit appeal. | | | |
| 11-01-2023 | JSM | L520 - Appellate Briefs | 3.40 | 1,160.00 | 3,944.00 |
| | | Drafting insert for CA3 appellees' brief. | | | |
| 11-02-2023 | UI | B160 - Fee/Employment Application | 0.60 | 485.00 | 291.00 |
| | | Met with M. Layden re October 2023 fee application | | | |
| 11-02-2023 | ML | B160 - Fee/Employment Application | 1.20 | 500.00 | 600.00 |
| | | Revising time entries for October M&G invoice. | | | |
| 11-02-2023 | ML | L520 - Appellate Briefs | 1.50 | 500.00 | 750.00 |
| | | Researching AHC standing issues for CA3 appeal. | | | |
| 11-02-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Teleconference with J. Lamken and M. Winograd re appellate schedule. | | | |
| 11-02-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with J. Lamken and M. Winograd re appellate schedule. | | | |
| 11-03-2023 | JSM | L520 - Appellate Briefs | 3.30 | 1,160.00 | 3,828.00 |
| | | Drafting insert for CA3 appellees' brief. | | | |
| 11-04-2023 | JSM | L520 - Appellate Briefs | 2.90 | 1,160.00 | 3,364.00 |
| | | Drafting additional insert for CA3 appellees' brief. | | | |
| 11-05-2023 | JSM | L520 - Appellate Briefs | 1.80 | 1,160.00 | 2,088.00 |
| | | Drafting additional insert for CA3 appellees' brief. | | | |
| 11-06-2023 | ML | L520 - Appellate Briefs | 3.60 | 500.00 | 1,800.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Researching AHC standing issues for CA3 appeal. | | | |
| 11-06-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | Zoom with Jeff Lamken and Mike Winograd and TCC counsel re appellate schedule. | | | |
| 11-06-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with D Castleman re appellate schedule. | | | |
| 11-06-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with co-appellees re appellate schedule. | | | |
| 11-07-2023 | JSM | L520 - Appellate Briefs | 2.20 | 1,160.00 | 2,552.00 |
| | | Drafting additional insert for CA3 appellees' brief. | | | |
| 11-07-2023 | JSM | B160 - Fee/Employment Application | 0.40 | 1,160.00 | 464.00 |
| | | Computing and drafting fee order for LTL 2.0 final application. | | | |
| 11-07-2023 | ML | L520 - Appellate Briefs | 4.10 | 500.00 | 2,050.00 |
| | | Researching standing issues for CA3 appeal. | | | |
| 11-07-2023 | UI | B160 - Fee/Employment Application | 0.60 | 485.00 | 291.00 |
| | | Calculating fees in accordance with order issued by Judge Kaplan. | | | |
| 11-07-2023 | UI | B160 - Fee/Employment Application | 0.70 | 485.00 | 339.50 |
| | | Preparing October 2023 fee application. | | | |
| 11-08-2023 | ML | L520 - Appellate Briefs | 3.40 | 500.00 | 1,700.00 |
| | | Researching standing issues for CA3 appeal. | | | |
| 11-08-2023 | ML | B110 - Case Administration | 0.50 | 500.00 | 250.00 |
| | | Attending weekly TCC meeting regarding appellate issues. | | | |
| 11-08-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication among TCC appellate counsel re coordination with all appellees. | | | |
| 11-08-2023 | JSM | B110 - Case Administration | 0.50 | 1,160.00 | 580.00 |
| | | Zoom with TCC members and representatives re legal strategy and next steps in case. | | | |
| 11-09-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication among TCC appellate counsel re CA3 order regarding stipulation of facts. | | | |
| 11-09-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication among appellees' counsel re CA3 order regarding stipulation of facts. | | | |
| 11-09-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Reviewing CA3 order regarding stipulation of facts. | | | |
| 11-09-2023 | UI | B160 - Fee/Employment Application | 0.60 | 485.00 | 291.00 |
| | | Preparing October 2023 fee application. | | | |
| 11-10-2023 | UI | B160 - Fee/Employment Application | 3.30 | 485.00 | 1,600.50 |
| | | Preparing October 2023 fee application. | | | |
| 11-10-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication among TCC appellate counsel re CA3 order regarding stipulation of facts. | | | |
| 11-10-2023 | JSM | L520 - Appellate Briefs | 0.50 | 1,160.00 | 580.00 |
| | | Zoom communication among TCC appellate counsel re CA3 order regarding stipulation of facts. | | | |
| 11-10-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Teleconference with J Ruckdeschel (counsel for appellee) re CA3 order regarding stipulation of facts. | | | |
| 11-13-2023 | UI | B110 - Case Administration | 0.10 | 485.00 | 48.50 |
| | | Reviewing agenda re court hearing on AHC motion to supplement record. | | | |
| 11-13-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with co-appellees re appellate schedule. | | | |
| 11-13-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with TCC members and representatives re appellate schedule. | | | |
| 11-13-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | Email communication with J. Lamken and M. Winograd re LTL proposal for appellate schedule. | | | |
| 11-13-2023 | BV | L520 - Appellate Briefs | 0.20 | 775.00 | 155.00 |
| | | Reviewing text order re Ad Hoc Committee's motion to supplement record on appeal and correspondence from co-counsel. | | | |
| 11-13-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Email communication with TCC counsel re court hearing on AHC motion to supplement record. | | | |
| 11-14-2023 | JSM | B160 - Fee/Employment Application | 0.30 | 1,160.00 | 348.00 |
| | | Revising April 4- Aug 14 invoice for payment. | | | |
| 11-14-2023 | UI | B160 - Fee/Employment Application | 1.20 | 485.00 | 582.00 |
| | | Preparing invoice for October 2023 fees. | | | |
| 11-15-2023 | ML | B110 - Case Administration | 0.20 | 500.00 | 100.00 |
| | | Attending weekly committee meeting regarding appellate issues. | | | |
| 11-15-2023 | RA | L520 - Appellate Briefs | 0.30 | 320.00 | 96.00 |
| | | Lodged in Third Circuit Court of Appeals J. Massey appearance form (23-2971). | | | |
| 11-16-2023 | JSM | L520 - Appellate Briefs | 2.10 | 1,160.00 | 2,436.00 |
| | | Revising insert for CA3 brief. | | | |
| 11-17-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Email communication with J. Lamken and M. Winograd regarding case opening filings in CA3 appeal. | | | |
| 11-17-2023 | UI | L520 - Appellate Briefs | 0.10 | 485.00 | 48.50 |
| | | Reviewing email communication from J. Massey re J&J settlements post-dismissal of bankruptcy. | | | |
| 11-20-2023 | UI | B160 - Fee/Employment Application | 0.20 | 485.00 | 97.00 |
| | | Preparing invoice for October 2023 fees. | | | |
| 11-20-2023 | JSM | L520 - Appellate Briefs | 1.80 | 1,160.00 | 2,088.00 |
| | | Drafting insert for appellate brief. | | | |
| 11-21-2023 | JSM | L520 - Appellate Briefs | 2.40 | 1,160.00 | 2,784.00 |
| | | Drafting insert for appellate brief. | | | |
| 11-21-2023 | UI | B160 - Fee/Employment Application | 0.30 | 485.00 | 145.50 |
| | | Meeting with co-counsel re post-dismissal fee applications. | | | |
| 11-21-2023 | UI | B160 - Fee/Employment Application | 0.40 | 485.00 | 194.00 |
| | | Meeting with M. Layden and J. Massey re October 2023 fee application. | | | |
| 11-22-2023 | JSM | L520 - Appellate Briefs | 2.30 | 1,160.00 | 2,668.00 |
| | | Drafting insert for appellate brief. | | | |
| 11-22-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Email communication with TCC members, representatives, and counsel re LTL filing re briefing schedule proposal. | | | |
| 11-27-2023 | UI | B160 - Fee/Employment Application | 0.10 | 485.00 | 48.50 |
| | | Preparing invoice for October 2023 fees. | | | |
| 11-28-2023 | UI | B160 - Fee/Employment Application | 2.80 | 485.00 | 1,358.00 |
| | | Preparing invoice for October 2023 fees. | | | |
| 11-28-2023 | UI | B160 - Fee/Employment Application | 0.60 | 485.00 | 291.00 |
| | | Discussion with J. Massey and M. Layden re research questions for Third Circuit appeal. | | | |
| 11-28-2023 | JSM | L520 - Appellate Briefs | 1.70 | 1,160.00 | 1,972.00 |
| | | Drafting insert for appellate brief. | | | |
| 11-29-2023 | ML | L520 - Appellate Briefs | 2.70 | 500.00 | 1,350.00 |
| | | Legal research re potential insert in Appellee's brief in CA3 appeal. | | | |
| 11-29-2023 | UI | B160 - Fee/Employment Application | 0.90 | 485.00 | 436.50 |
| | | Preparing invoice for October 2023 fees. | | | |
| 11-29-2023 | JSM | L520 - Appellate Briefs | 0.50 | 1,160.00 | 580.00 |
| | | Zoom with TCC counsel, members, and representatives to discuss appeal timetable and strategy. | | | |
| 11-29-2023 | JSM | L520 - Appellate Briefs | 2.30 | 1,160.00 | 2,668.00 |
| | | Reviewing designations of record to select material for joint appendix. | | | |
| 11-30-2023 | UI | B160 - Fee/Employment Application | 0.30 | 485.00 | 145.50 |
| | | Reviewing TCC draft statement of the case. | | | |
| 11-30-2023 | UI | B160 - Fee/Employment Application | 1.70 | 485.00 | 824.50 |
| | | Preparing invoice for October 2023 fees. | | | |
| 11-30-2023 | ML | L520 - Appellate Briefs | 3.80 | 500.00 | 1,900.00 |
| | | Legal research re potential insert in Appellee's brief in CA3 appeal. | | | |
| | | | Total | | 58,810.50 |

**Time Summary**

| Professional | Hours | Amount |
|---|---:|---:|
| Bret Vallacher | 0.20 | 155.00 |
| Jonathan Massey | 33.70 | 39,092.00 |
| Matthew Layden | 23.90 | 11,950.00 |
| Rob Aguirre | 0.30 | 96.00 |
| Usama Ibrahim | 15.50 | 7,517.50 |
| **Total** | | 58,810.50 |

| | | |
|---|---:|---:|
| **Total for this Invoice** | | 58,810.50 |