**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE PERIOD**
**AUGUST 12, 2023 THROUGH DECEMBER 20, 2023**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Brown Rudnick LLP |
| Case No.: | 23-12585 (MBK) | Client: | Official Comm of Talc Claimants |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

## SECTION 1
## FEE SUMMARY

☒ Post-Dismissal Monthly Fee Statement No. 1    or ☐ Final Fee Application

Summary of Amounts Requested for the Period from August 12, 2023 through December 20, 2023 (the "First Post-Dismissal Statement")

| | |
|---|---|
| Total Fees: | $631,222.00[1] |
| Total Disbursements: | $92,147.75 |
| Minus 20% holdback of Fees ($126,244.40): | $504,977.60 |
| **Total Amount Sought To Be Paid at this Time:** | **$597,125.35** |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE[2] | FEE |
|---|---|---|---|---|
| 1. David J. Molton | Partner 1983 | 60.8 | $1,950 | $118,560.00 |
| 2. Jeffrey L. Jonas | Partner 1988 | 30.0 | $1,900 | $57,000.00 |
| 3. Michael S. Winograd | Partner 2001 | 182.5 | $1,280 | $233,600.00 |
| 4. Sunni P. Beville | Partner 2002 | 62.3 | $1,390 | $86,597.00 |
| 5. Cathrine M. Castaldi | Partner 1991 | .1 | $1,390 | $139.00 |
| 6. Susan Sieger-Grimm | Counsel 1994 | 92.2 | $1,055 | $97,271.00 |

---

[1] Brown Rudnick excluded fees in the amount of $100,685.00 in respect of transient timekeepers and other voluntary reductions.

[2] Brown Rudnick adjusts its standard billing rates firmwide on an annual basis. As described in more detail in the *Declaration of Sunni P. Beville Regarding Rate Increase* filed contemporaneously herewith, Brown Rudnick's standard rate increase will be in effect as of January 1, 2024 as follows: Partners, $900 to $2,250; Counsel and Other Non-Associate Attorneys, $300 to $2,575; Associates, $695 to $985; Paralegals, $385 to $545; and Other Professional Staff, $120 to $1,075.

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE[2] | FEE |
|---|---|---|---|---|
| 7.  Gerard T. Cicero | Partner 2015 | 7.8 | $1,000 | $7,800.00 |
| 8.  Michael W. Reining | Associate 2015 | 23.2 | $955 | $22,156.00 |
| 9.  Alexander F. Kasnetz | Associate 2018 | 9.1 | $890 | $8,099.00 |
| **TOTALS** | | **468.0** | | **$631,222.00** |

Fee Totals:               $631,222.00

Disbursements Totals:     $92,147.75

Total Fee Application     $723,369.75

2

**SECTION II**
**SUMMARY OF SERVICES**

| **SERVICES RENDERED** | | **HOURS** | **FEE** |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | 0.0 | $0.00 |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | 0.0 | $0.00 |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | 0.0 | $0.00 |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0.0 | $0.00 |
| e) | **Case Administration** Coordination and compliance activities, including review of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 0.0 | $0.00 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 0.0 | $0.00 |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0.0 | $0.00 |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 53.0 | $73,481.00 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others | 0.0 | $0.00 |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | 0.0 | $0.00 |
| k) | **Litigation** General litigation and other contested matters. | 285.8 | $394,083.50 |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341 meeting and creditors' committee meetings. | 125.7 | $157,290.00 |
| m) | **Plan and Disclosure Statement** Formulation, analysis, presentation, and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 0.0 | $0.00 |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings / Injunction Litigation in Adversary Proceeding** <br> Matters relating to termination or continuation of automatic stay under sections 362 and 105; matters relating to preliminary injunction and related appeals. | .1 | $95.50 |
| o) | **Accounting/Auditing** <br> Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | 0.0 | $0.00 |
| p) | **Business Analysis** <br> Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 0.0 | $0.00 |
| q) | **Corporate Finance** <br> Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 0.0 | $0.00 |
| r) | **Data Analysis** <br> Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 0.0 | $0.00 |
| s) | **Litigation Consulting** <br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 0.0 | $0.00 |
| t) | **Reconstruction Accounting** <br> Reconstructing books and records from past transactions and bringing accounting current. | 0.0 | $0.00 |
| u) | **Tax Issues** <br> Analysis of tax issues and preparation of state and federal tax returns. | 0.0 | $0.00 |
| v) | **Valuation** <br> Appraise or review appraisals of assets. | 0.0 | $0.00 |
| w) | **Travel Time (billed @ 50%)** | 0.0 | $0.00 |
| x) | **Committee Governance Matters** <br> Analysis regarding committee governance matters, including creation of by laws and addressing other governance matters. | 0.0 | $0.00 |
| y) | **Investigation and Due Diligence** <br> Investigation and analysis of prepetition transactions and activities of the Debtor and related entities and assessment of potential claims and causes of action. | 0.0 | $0.00 |
| z) | **Hearings** <br> Preparation for and attendance at hearings. | 0.0 | $0.00 |
| aa) | **Mediation** <br> Preparation for and attendance at mediation. | 0.0 | $0.00 |
| bb) | **Dismissal / Trustee / Examiner Matters** <br> Issues relating to motions to dismiss, motions to appoint an examiner or trustee, and related appeals as applicable. | 0.0 | $0.00 |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| cc) **Meetings of Co-Counsel**<br>Preparing for and attendance at meetings of co-counsel and other TCC professionals to develop case strategy, coordinate action items and prepare in advance of full committee meetings. | 3.4 | $6,272.00 |
| **SERVICE TOTALS:** | **468.0** | **$631,222.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | DISBURSEMENTS | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | $0.00 |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. Westlaw and LEXIS at vendor cost. | $21,201.33 |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | $57.10 |
| d) | **Fax**<br>Include per page fee charged. | $0.00 |
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | $0.00 |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | $645.00 |
| g) | **Outside Reproduction Services**<br>Including scanning services. | $0.00 |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | $0.00 |
| i) | **Court Reporting**<br>Deposition Services / Transcripts | $0.00 |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | $1,130.18 |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | $30.00 |
| l) | **Postage** | $0.00 |
| m) | **Other (specify) Meals**<br>Meals. | $143.02 |
| p) | **Other (specify)**<br>Expert Fees. | $1,022.50 |
| q) | **Other (specify)**<br>Professional Services. | $67,366.12 |
| r) | **Other (specify)**<br>eDiscovery Hosting. | $300.00 |
| s) | **Other (specify)**<br>Third Party Hosting. | $252.50 |
| | **DISBURSEMENTS TOTAL:** | **$92,147.75** |

I certify under penalty of perjury that the above is true.

Date:  December 21, 2023        /s/ *Sunni P. Beville*

BROWN RUDNICK LLP ("Brown Rudnick") submits this Fist Post-Dismissal Monthly Fee Statement of Brown Rudnick LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel for The Official Committee of Talc Claimants for the Period from August 12, 2023 through December 20, 2023 ("First Post-Dismissal Monthly Fee Statement"), pursuant to the Order Establishing Procedures for the Allowance of Interim Compensation and Reimbursement of Expenses of Retained Professionals entered on May 22, 2023 [Docket No. 562] (the "Interim Compensation Order").

WHEREFORE, Brown Rudnick respectfully requests payment of fees for the First Post-Dismissal Monthly Fee Statement in the sum of $504,977.60, together with expenses of $92,147.75, for a total requested payment of $597,125.35, in accordance with the terms of the Interim Compensation Order.

Dated: December 21, 2023

**BROWN RUDNICK LLP**
*Co-Counsel to the Official Committee of Talc Claimants*

By:  /s/ *Sunni P. Beville*
SUNNI P. BEVILLE