| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Jeffrey L. Jonas, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Sunni P. Beville, Esq.<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br><br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |

| | |
|---|---|
| In re:<br>LTL MANAGEMENT, LLC,[1]<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

### DECLARATION OF SUNNI P. BEVILLE REGARDING
### RATE INCREASE BY BROWN RUDNICK LLP

　　　1.　　　I am a Partner in the Bankruptcy & Corporate Restructuring Practice Group at Brown Rudnick LLP ("Brown Rudnick"), co-counsel to the Official Committee of Talc Claimants (the "TCC") in the above-captioned chapter 11 case.  I submit this declaration to provide disclosure of Brown Rudnick's rate increases.

---

[1]　　The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2.      On May 3, 2023, the TCC filed the *Application to Retain and Employ Brown Rudnick LLP as Co-Counsel to the Official Committee of Talc Claimants Effective as of April 14, 2023* (the "Retention Application") [Dkt No. 400].

3.      On June 12, 2023, the Court entered the *Order Authorizing and Approving the Retention and Employment of Brown Rudnick LLP as Co-Counsel to the Official Committee of Talc Claimants* (the "Retention Order") [Docket No. 755].

4.      In support of the Retention Application, I disclosed Brown Rudnick's ordinary and customary billing rates in effect at that time.  I also disclosed that Brown Rudnick revises its billing rates in the normal course of its business on an annual basis. [Dkt. No.400-2].

5.      On August 11, 2023, the Court entered an *Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. § 112(b); (II) Establishing Procedures with Respect to Requests for Compensation; and (III) Granting Related Relief* (the "Dismissal Order") [Dkt. No. 1211], which provided for the limited continued existence of the TCC and authorized its retained professionals to continue to perform services on the TCC's behalf and communicate with its constituents concerning the pursuit or defense of any appeals.  (Dismissal Order at ¶ 8).

6.      In the ordinary course of business, Brown Rudnick adjusts its standard billing rates firmwide on an annual basis.  Effective as of January 1, 2024, the standard hourly billing rates charged by Brown Rudnick, for work of this nature both inside and outside the bankruptcy context, for lawyers and paraprofessionals will be as follows:

| Billing Category | Range |
|---|---|
| Partners | $900 – $2,250 |
| Counsel and Other Non-Associate Attorneys | $300 – $2,575 |
| Associates | $695 – 985 |
| Paraprofessional | $385 – $545 |

Pursuant to 11 U.S. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: December 21, 2023

             _/s/ *Sunni P. Beville*_____
             Sunni P. Beville