**IN UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No. 23-12825 (MBK) |
| Debtor. | |

## NOTICE OF MASSEY & GAIL ANNUAL RATE INCREASE

On May 3, 2023, the Official Committee of Talc Claimants (the "Committee") filed an application for the retention of Massey & Gail, LLP as Special Counsel [Dkt. 402] (the "Retention Application"). In support of the Retention Application, Massey & Gail filed the Certification of Jonathan S. Massey (the "Massey Certification").

Pursuant to the Retention Application and the Massey Certification, the standard hourly rates "are subject to periodic adjustments to reflect economic and other conditions, and with respect to those below the level of senior partner, to reflect their increased experience and expertise." *See* Retention Application ¶ 6; Massey Certification ¶ 5.

In the ordinary course of Massey & Gail's business and in keeping with Massey & Gail's established billing practices and procedures, Massey & Gail is adjusting its standard billing rates on January 1, 2024. These rate adjustments occur in the ordinary course of business, for reasons including, but not limited to, changes in the market for legal services, inflation, and additional practice experience.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Effective as of January 1, 2024, the hourly rates charged by Massey & Gail will be

adjusted as follows for the professionals[2] providing services on this matter:

| **Professional** | **Prior Hourly Rate (2023)** | **New Hourly Rate (2024)** |
|---|---|---|
| Jonathan Massey | $1,160 | $1,220 |
| Matthew Collette | $1,000 | $1,050 |
| Paul Berks | $970 | $1,020 |
| Bret Vallacher | $775 | $815 |
| Alethea Anne Swift | $595 | $635 |
| Kate Bjorklund | $500 | $535 |
| Matthew Layden | $500 | $535 |
| Usama Ibrahim | $475 | $510 |
| Robert Aguirre | $320 | $340 |
| Kathy Martinez | $90 | $95 |
| Larry Goldman | $90 | $95 |

These rate increases reflect economic and other factors and are subject to the same client-

driven market forces, scrutiny, and accountability as Massey & Gail's professionals in non-

bankruptcy matters.  Massey & Gail has provided the Committee with advance notice of this rate

increase, and the Committee has consented to the adjustments.  These rates are comparable to the

rates charged by professionals of similar experience and expertise for engagements of the scope and

complexity like this case.

---

[2] Massey & Gail reserves the right to utilize other professionals and paraprofessionals, as the needs of the case dictate.

Dated:  December 22, 2023

**MASSEY & GAIL LLP**

/s/ Jonathan S. Massey
Jonathan S. Massey
1000 Maine Avenue SW
Suite 450
Washington, DC 20024
Tel: 202-652-4511
Fax: 312-379-0467
Email: jmassey@masseygail.com

*Special Counsel to Official Committee
of Talc Claimants*