# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re:  

Chapter: _____  
Case Number: _____  
Civil Number: _____  
Adversary Number: _____  
Bankruptcy Judge: _____  

## TRANSMITTAL OF DOCUMENT(S) TO:
❑ **DISTRICT COURT**    ❑ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❑ Notice of Appeal    ❑ Order's being Appealed    ❑ Designation of Record on Appeal

❑ Statement of Issues    ❑ Transcript    ❑ Transcript Ordered On: _____

❑ Motion for Leave to Appeal    ❑ Certification of Failure to File Designation    ❑ Motion to Withdraw the Reference

❑ Other _____

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____.    The parties to the appeal are:

Appellant(s): _____    Appellee(s): _____
Attorney: _____    Attorney: _____
Address: _____    Address: _____
_____    _____

Title of Order Appealed: #1579 Order Granting Application For Compensation for Houlihan Lokey Capital, Inc.

Date Entered On Docket: _____

❑    An appeal has not previously been filed in this case.

❑    The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____
By: _____    Date: _____

*rev. 8/28/17*