**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

## NOTICE OF WITHDRAWAL OF APPEARANCES

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws their

appearances *pro hac vice* as counsel for the Debtor LLT Management LLC, formerly known as

LTL Management LLC (the "Debtor"), in the above-captioned case. Each of the below counsel

requests their names be removed from the Court's mailing matrix and service list for this chapter

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933. On December 29, 2023, the Debtor changed its name to LLT Management LLC.

11 case. The Debtor continues to be represented by Jones Day and Wollmuth Maher & Deutsch LLP.

| Name of Attorney/Firm | *Pro Hac* Application Docket Number | *Pro Hac* Order Docket Number |
|---|---|---|
| Emily C. Baker<br>Jones Day | Dkt. 710 | Dkt. 792 |
| Daniel J. Merrett<br>Jones Day | Dkt. 22 | Dkt. 144 |
| James M. Jones<br>Jones Day | Dkt. 25 | Dkt. 147 |
| Bridget K. O'Connor<br>Jones Day | Dkt. 835 | Dkt. 946 |
| Mark W. Rasmussen<br>Jones Day | Dkt. 26 | Dkt. 148 |
| David S. Torborg<br>Jones Day | Dkt. 23 | Dkt. 145 |
| Stephanie A. Weaver<br>Wollmuth Maher & Deutsch LLP | Dkt. 232 | Dkt. 330 |

Dated: January 16, 2024

**JONES DAY**

*/s/ Emily C. Baker*
Emily C. Baker
1221 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30361
Telephone: 404.521.3939
ecbaker@jonesday.com

**JONES DAY**

*/s/ Bridget K. O'Connor*
Bridge K. O'Connor
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: 202.879.3939
boconnor@jonesday.com

**JONES DAY**

*/s/ Daniel J. Merrett*
Daniel J. Merrett
1221 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30361
Telephone: 404.521.3939
dmerrett@jonesday.com

**JONES DAY**

*/s/ Mark W. Rasmussen*
Mark W. Rasmussen
2727 N. Harwood
Dallas, Texas 75201
Telephone: 214.220.3939
mrasmussen@jonesday.com

**JONES DAY**

*/s/ James M. Jones*
James M. Jones
250 Vesey Street
New York, New York 10281
Telephone: 212.326.3939
jmjones@jonesday.com

**JONES DAY**

*/s/ David S. Torborg*
David S. Torborg
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: 202.879.3939
dstorborg@jonesday.com

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Stephanie A. Weaver*
Stephanie A. Weaver
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
sweaver@wmd-law.com