# EXHIBIT A

GENOVA BURNS LLC

January 17, 2024
Invoice No.:    507949

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/23 | DMS | B110 | Review and file offer and ML monthly fees. | .40 | 800.00 | 320.00 |
| 12/01/23 | DMS | B110 | Review Shipp order on appeals and send to team. | .30 | 800.00 | 240.00 |
| 12/01/23 | SSR | B110 | Email from DMS regarding motion for reconsideration and conducted research regarding standard and responded. | .80 | 600.00 | 480.00 |
| 12/01/23 | LD | B160 | File Otterbourg's August and September post dismissal fee statements and serve. | .80 | 250.00 | 200.00 |
| 12/01/23 | LD | B160 | Prepare and file COS re Otterbourg's August and September post-dismissal fee statements. | .50 | 250.00 | 125.00 |
| 12/01/23 | LD | B160 | File and serve MoloLamken October fee statement. | .30 | 250.00 | 75.00 |
| 12/01/23 | LD | B160 | Prepare and file COS re MoloLamken October fee statement. | .50 | 250.00 | 125.00 |
| 12/01/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 12/04/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 12/05/23 | DMS | B110 | Review Wierenga list of documents for appendix. | .30 | 800.00 | 240.00 |
| 12/05/23 | DMS | B110 | Review JD email and Massey response regarding appendix. | .30 | 800.00 | 240.00 |
| 12/05/23 | DWC | B110 | Email re coordination of appellant designations | .20 | 600.00 | 120.00 |
| 12/06/23 | DMS | B110 | Emails with Massey and AHC regarding appendix. | .40 | 800.00 | 320.00 |
| 12/07/23 | DMS | B110 | Emails with Massey regarding AHC appendix and Third Circuit filing. | .30 | 800.00 | 240.00 |
| 12/07/23 | DMS | B110 | Review US Trustee email regarding appendix. | .20 | 800.00 | 160.00 |
| 12/07/23 | DMS | B110 | Review Ruck email regarding appendix. | .20 | 800.00 | 160.00 |

GENOVA BURNS LLC

January 17, 2024
Invoice No.: 507949

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/07/23 | DWC | B110 | Multiple emails re joint trial appendix | .90 | 600.00 | 540.00 |
| 12/07/23 | LD | B160 | Prepare and file CNO re GB October fee statement. | .50 | 250.00 | 125.00 |
| 12/07/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 12/08/23 | DMS | B110 | Review JD email regarding revised appendix. | .20 | 800.00 | 160.00 |
| 12/08/23 | DMS | B110 | Emails with JD, AHC et al regarding joint appendix. | 1.00 | 800.00 | 800.00 |
| 12/08/23 | LD | B160 | Prepare and file CNO re MT October post-dismissal fee statement. | .50 | 250.00 | 125.00 |
| 12/08/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 12/11/23 | DMS | B110 | Review joint appendix for Third Circuit. | .60 | 800.00 | 480.00 |
| 12/11/23 | DMS | B110 | Review TOC for joint appendix. | .20 | 800.00 | 160.00 |
| 12/11/23 | DMS | B110 | Emails with AHC regarding Appendix changes. | .30 | 800.00 | 240.00 |
| 12/11/23 | LD | B160 | Prepare draft November fee statement for MT. | 1.00 | 250.00 | 250.00 |
| 12/11/23 | LD | B160 | Prepare draft November GB fee statement. | 1.00 | 250.00 | 250.00 |
| 12/11/23 | LD | B160 | File and serve GB November fee statement; prepare and file COS. | .50 | 250.00 | 125.00 |
| 12/12/23 | DMS | B110 | Review draft Motion to seal appendix from JD. | .30 | 800.00 | 240.00 |
| 12/13/23 | DMS | B110 | Emails regarding Joint Appendix. | .30 | 800.00 | 240.00 |
| 12/13/23 | DMS | B110 | TCC call regarding appeal status. | .50 | 800.00 | 400.00 |
| 12/13/23 | DMS | B110 | Review and file objection to HL reconsideration. | .40 | 800.00 | 320.00 |
| 12/13/23 | DMS | B110 | Review LTL CA3 brief and emails with appellate team. | 1.10 | 800.00 | 880.00 |
| 12/13/23 | DMS | B110 | Review AHC brief and email regarding same. | .90 | 800.00 | 720.00 |
| 12/13/23 | DMS | B110 | Review outline of TCC Brief from Lamken. | .70 | 800.00 | 560.00 |

GENOVA BURNS LLC

January 17, 2024
Invoice No.:    507949

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 12/13/23 | DMS | B110 | TCC meeting. | .50 | 800.00 | 400.00 |
| 12/13/23 | LD | B110 | File objection to motion for reconsideration. | .30 | 250.00 | 75.00 |
| 12/14/23 | DMS | B110 | Emails with Appellate team regarding points to raise in brief. | .50 | 800.00 | 400.00 |
| 12/15/23 | DMS | B110 | Call with US Trustee regarding TCC resignation of TCC members. | .40 | 800.00 | 320.00 |
| 12/18/23 | LD | B160 | File and service MT November fee statement; prepare and file COS. | .70 | 250.00 | 175.00 |
| 12/18/23 | LD | B160 | Prepare and file CNO re Otterbourg August fee statement. | .40 | 250.00 | 100.00 |
| 12/18/23 | LD | B160 | Prepare and file CNO re Otterbourg September fee statement. | .40 | 250.00 | 100.00 |
| 12/20/23 | DMS | B110 | Review Third Circuit Order regarding sealing and emails with Massey et al. | .30 | 800.00 | 240.00 |
| 12/21/23 | DMS | B110 | Hearing and follow up on Motion to reconsider. | 1.10 | 800.00 | 880.00 |
| 12/21/23 | DMS | B110 | Review and file Massey monthly. | .20 | 800.00 | 160.00 |
| 12/21/23 | DMS | B110 | Review Order entered by Court on Motion to reconsider. | .10 | 800.00 | 80.00 |
| 12/21/23 | DWC | B110 | Rvw and file rate increase for Brown Rudnick | .20 | 600.00 | 120.00 |
| 12/21/23 | LD | B160 | File and serve MG 3rd post-dismissal fee statement for October and November. | .50 | 250.00 | 125.00 |
| 12/21/23 | LD | B160 | Prepare and file COS re MG 3rd fee statement for October and November. | .50 | 250.00 | 125.00 |
| 12/21/23 | LD | B160 | File additional exhibit to MG third post dismissal monthly fee statement for October and November. | .30 | 250.00 | 75.00 |
| 12/21/23 | LD | B160 | File and serve BR first post-dismissal monthly fee statement. | .50 | 250.00 | 125.00 |

GENOVA BURNS LLC

January 17, 2024
Invoice No.:    507949

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 12/21/23 | LD | B160 | Prepare and file COS re BR first post-dismissal fee statement. | .40 | 250.00 | 100.00 |
| 12/21/23 | LD | B160 | File and serve BR Declaration re notice of rate increase. | .30 | 250.00 | 75.00 |
| 12/22/23 | DMS | B110 | Email with Burian regarding HL payment. | .20 | 800.00 | 160.00 |
| 12/22/23 | DMS | B110 | Review Transcript of hearing on reconsideration. | .30 | 800.00 | 240.00 |
| 12/22/23 | LD | B160 | File MG Notice of annual rate increase. | .30 | 250.00 | 75.00 |
| 12/26/23 | DMS | B110 | Review draft Third Circuit brief from Lamken and provide comments. | 1.40 | 800.00 | 1,120.00 |
| 12/27/23 | DMS | B110 | Email with Lawlor regarding HL payment. | .20 | 800.00 | 160.00 |

**TOTAL PROFESSIONAL SERVICES**     **$ 15,255.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Daniel M Stolz | Partner | 14.10 | 800.00 | 11,280.00 |
| Scott S Rever | Counsel | .80 | 600.00 | 480.00 |
| Donald W. Clarke | Partner | 1.30 | 600.00 | 780.00 |
| Lorrie Denson | Paralegal | 10.20 | 250.00 | 2,550.00 |
| Sydney Schubert | Junior Associate | .60 | 275.00 | 165.00 |
| **TOTALS** | | **27.00** | | **$ 15,255.00** |

GENOVA BURNS LLC

January 17, 2024
Invoice No.:    507949

## DISBURSEMENTS

| | Description | Amount |
|---|---|---:|
| 6/20/23 | Court Reporter, Lexitas, 1455944 - Case: 21-30589 (MBK) / State: New Jersey, Job: 2023-899743, Withess: James Onder. | 3,618.75 |
| 9/30/23 | PACER SERVICE, U.S. Courts: PACER, 2552798-Q32023 - Amex Period Ending 11-30-CH | 18.40 |
| 9/30/23 | PACER SERVICE, U.S. Courts: PACER, 2552798-Q32023 - Amex Period Ending 11-30-CH | 79.40 |
| | **TOTAL DISBURSEMENTS** | **$ 3,716.55** |
| | **TOTAL THIS INVOICE** | **$ 18,971.55** |