# Exhibit "A"



MILLER THOMSON LLP
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T 416.595.8500
F 416.595.8695

MILLERTHOMSON.COM

# Account Summary and Remittance Form

**December 31, 2023**

Invoice Number 3954135

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention:  David Molton, Counselor at Law

**Re:    Johnson & Johnson - Talc Litigation (2023)
           Our File No. 0265758.0002**

| | |
|---|---:|
| **Fees:** | **$647.50** |
| **Total Amount Due** | **$647.50** |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



MILLER THOMSON LLP
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T 416.595.8500
F 416.595.8695

MILLERTHOMSON.COM

**December 31, 2023**

Invoice Number 3954135

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention: David Molton, Counselor at Law

To Professional Services Rendered in connection with the following matter(s) including:

**Re:     Johnson & Johnson - Talc Litigation (2023)
          Our File No. 0265758.0002**

| **Date** | **Initials** | **Description** | **Hours** |
|---|---|---|---|
| 12/06/2023 | JCC | Attend TCC meeting regarding appeal; | 0.30 |
| 12/13/2023 | JCC | Attend TCC meeting regarding appeal; | 0.40 |
| | | **Total Hours** | **0.70** |

**Our Fee:**                                                                                                     647.50

| **TK ID** | **Initials** | **Name** | **Title** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|---|---|---|
| 00615 | JCC | J. Carhart | Partner | $925.00 | 0.70 | $647.50 |

**Total Amount Due**                                                                                  **$647.50**

E.&O.E.

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.