**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (Admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**DEBTOR'S STATEMENT OF ISSUES ON APPEAL AND**
**DESIGNATION OF ITEMS TO BE INCLUDED IN THE**
**RECORD ON APPEAL AS TO FEE ORDER AND RECONSIDERATION ORDER**

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, LLT Management

LLC, formerly known as LTL Management LLC, the debtor in the above-captioned case (the

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

"Debtor"), submits the following statement of issues to be presented on appeal and designation of items for inclusion in the record on appeal in connection with the Debtor's appeal from the following orders: the November 14, 2023 *Order Awarding Fees to Houlihan Lokey Capital, Inc.* [Dkt. 1579] (the "Fee Order") and the related December 21, 2023 *Order Denying Motion or Application for the Entry of an Order to Reconsider* [Dkt. 1628] (the "Reconsideration Order").

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Did the Bankruptcy Court err in awarding Houlihan Lokey Capital, Inc. ("Houlihan"), as a professional retained by a committee appointed under 11 U.S.C. 1102, a discretionary bonus for services in a dismissed case where dismissal did not result from a settlement, resolution of claims or confirmation of a plan?

2. Did the Bankruptcy Court err in approving a discretionary bonus purportedly authorized as a result of the exercise of a committee's business judgment?

3. Alternatively, assuming that there were grounds to award a discretionary bonus, did the Bankruptcy Court err when it substituted its own judgment as to the proper amount of such a discretionary bonus in lieu of the formula required by the express terms of the professional's engagement and the Court's prior order authorizing the professional's retention?

4. Did the Bankruptcy Court clearly abuse its discretion in denying *Debtor's Motion Pursuant to Bankruptcy Rules 9023 and 9024 for Amendment of Reconsideration of the Order Awarding a Discretionary Bonus to Houlihan Lokey* [Dkt. 1597]?

## DESIGNATION OF THE RECORD ON APPEAL

Without waiving any arguments on appeal, the Debtor designates each of the following documents for inclusion in the record on appeal (including any exhibit, annex, appendix, addendum, or schedule thereto). The Debtor reserves the right to supplement this designation and the record on appeal.

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| *In re LTL Management LLC*, 23-12825 (MBK) | | | |
| Background and Motion to Dismiss/Preliminary Injunction Hearings | | | |
| 1. | 1 | N/A | Chapter 11 Voluntary Petition |
| 2. | 3 | N/A | Debtor's Statement Regarding Refiling of Chapter 11 Case |
| 3. | 4 | N/A | Declaration of John K. Kim in Support of First Day Pleadings |
| 4. | 8 | N/A | Adversary case 23-01092. Complaint by LTL Management LLC against Those Parties Listed on Appendix A to the Complaint and John and Jane Does 1-1000 |
| 5. | 162 | N/A | Notice of Appointment of Official Committee of Talc Claimants |
| 6. | 396 | N/A | Supplemental Declaration of John K. Kim Regarding Plan Support Agreements |
| 7. | N/A | N/A | Deposition of Saul E. Burian (6/22/2023) |
| 8. | N/A | 876 | Expert Report of Saul E. Burian |
| 9. | N/A | 1112 | Rebuttal Expert Report of Saul E. Burian |
| 10. | 263 | N/A | Transcript regarding Hearing Held 4/20/23 |
| 11. | 782 | N/A | Transcript regarding Hearing Held 6/13/23 |
| 12. | 852 | N/A | Evidentiary Stipulation for Hearing on the Motions to Dismiss Debtor's Bankruptcy Case |
| 13. | 933 | N/A | Transcript regarding Hearing Held 6/27/23 |
| 14. | 956 | N/A | Transcript regarding Hearing Held 6/28/23 - AM Session |
| 15. | 957 | N/A | Transcript regarding Hearing Held 6/28/23 - PM Session |
| 16. | 968 | N/A | Transcript regarding Hearing Held 6/29/23 - AM Session |
| 17. | 969 | N/A | Transcript regarding Hearing Held 6/29/23 - PM Session |
| 18. | 977 | N/A | Transcript regarding Hearing Held 6/30/23 |

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 19. | 1079 | N/A | Debtor's Proposed Findings of Fact and Conclusions of Law Regarding Motions to Dismiss Chapter 11 Case |
| 20. | 1100 | N/A | Joint Stipulation and Agreed Order Regarding the Admission of Exhibits and Deposition Designations in Connection with Motion to Dismiss Hearing[2] |
| 21. | 1127 | N/A | Opinion Granting Motions to Dismiss |
| 22. | 1211 | N/A | Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. 1112(B); (II) Establishing Procedures with Respect to Requests for Compensation; And (III) Granting Related Relief |
| 23. | 1262 | N/A | Debtor's Notice of Appeal to District Court |
| <u>Houlihan Retention and Requests for Compensation</u> | | | |
| 24. | 538 | N/A | Application of the Official Committee of Talc Claimants for Retention of Houlihan as Investment Banker Under Bankruptcy Code Section 328(a) Effective as of April 14, 2023 |
| 25. | 538-1 | N/A | Declaration of Saul E. Burian in Support of Application for Retention of Houlihan as Investment Banker to the Official Committee of Talc Claimants |
| 26. | 538-2 | N/A | Exhibit A to Declaration – Houlihan Engagement Agreement |
| 27. | 538-3 | N/A | Exhibit B – Principal Professionals |
| 28. | 538-4 | N/A | Exhibit C – Interested Parties List |
| 29. | 538-5 | N/A | Exhibit D – Relationship with Interested Parties |
| 30. | 538-6 | N/A | Proposed Houlihan Retention Order |

---

[2] Through the *Joint Stipulation and Agreed Order Regarding the Admission of Exhibits and Deposition Designations in Connection with Motion to Dismiss Hearing*, certain documents admitted into evidence in the 2021 Chapter 11 Case were moved into evidence in this Chapter 11 Case, listed below at designations 60 through 77.

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 31. | 603 | N/A | Debtor's Limited Objection to Application of the Official Committee of Talc Claimants to Retain Houlihan as Investment Banker and Omnibus Reservation of Rights to Additional Official Committee of Talc Claimants (the "TCC") Applications to Retain and Employ Professionals |
| 32. | 899 | N/A | Order Authorizing Retention of Houlihan as Investment Banker to the TCC Under Bankruptcy Code Section 328(a) Effective April 14, 2023 |
| 33. | 1054 | N/A | First Monthly Fee Statement of Houlihan for the Period of April 14, 2023 through April 30, 2023 |
| 34. | 1055 | N/A | Second Monthly Fee Statement of Houlihan for the Period of May 1, 2023 through May 31, 2023 |
| 35. | 1056 | N/A | Third Monthly Fee Statement of Houlihan for the Period of June 1, 2023 through June 30, 2023 |
| 36. | 1347 | N/A | Final Fee Application for Allowance of Fees and Reimbursement of Expenses to Houlihan as Investment Banker to the TCC for the Period From April 14, 2023 Through August 11, 2023 |
| Objection to Houlihan's Compensation | | | |
| 37. | 1496 | N/A | Debtor's Omnibus Objection to the Final Applications for Allowance of Fees and Reimbursement of Expenses for the Period of April 4, 2023 Through August 11, 2023 Filed by the TCC Professionals |
| 38. | 1514 | N/A | Amended Joint Omnibus Reply of the TCC Professionals, the TCC Committee and the Ad Hoc Committee of Certain Talc Claimants in Support of (I) the Final Applications for Allowance of Fees and Reimbursement of Expenses for the Period of April 4, 2023 Through August 11, 2023 Filed by the TCC Professionals and (II) the TCC Committee and Ad Hoc Committee of Talc Claimants' Substantial Contribution Motion |
| 39. | 1527 | N/A | Transcript regarding Hearing Held 10/18/23 |

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 40. | 1544 | N/A | October 27, 2023 Letter to Honorable Michael B. Kaplan filed by Daniel Stolz |
| 41. | 1567 | N/A | November 3, 2023 Letter to Chief Judge Kaplan in Response to TCC Letter filed by the Debtor |
| 42. | 1568 | N/A | November 6, 2023 Letter to Honorable Michael B. Kaplan filed by Daniel Stolz |
| 43. | 1571 | N/A | Letter Opinion Resolving Outstanding Fee Applications and Substantial Contribution Motion |
| 44. | 1579 | N/A | Order Awarding Fees to Houlihan |
| 45. | 1597 | N/A | Debtor's Motion Pursuant to Bankruptcy Rules 9023 and 9024 for Amendment of Reconsideration of the Order Awarding a Discretionary Bonus to Houlihan |
| 46. | 1612 | N/A | Objection to Debtor's Motion Pursuant to Bankruptcy Rules 9023 and 9024 for Amendment of Reconsideration of the Order Awarding a Discretionary Bonus to Houlihan |
| 47. | 1613 | N/A | Debtor's Reply in Support of Motion Pursuant to Bankruptcy Rules 9023 and 9024 for Amendment of Reconsideration of the Order Awarding a Discretionary Bonus to Houlihan |
| 48. | 1628 | N/A | Order Denying Motion to Reconsider |
| 49. | 1629 | N/A | Transcript regarding Hearing Held 12/21/23 |
| 50. | 1636 | N/A | Debtor's Notice of Appeal to District Court |
| 51. | 1643 | N/A | Joint Stipulation and Agreed Order Regarding Reservation of the Right of Appeal in Connection with the Fee Order and Reconsideration Order |
| *In re LTL Management, LLC*, Case No. 23-1092 (MBK) | | | |
| 52. | 1 | N/A | Complaint by LTL Management LLC against Those Parties Listed on Appendix A to the Complaint and John and Jane Does 1-1000 |

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 53. | 2 | N/A | Debtor's Motion for an Order (I) Declaring That the Automatic Stay Applies or Extends to Certain Actions Against Non-Debtors, (II) Preliminarily Enjoining Such Actions, and (III) Granting a Temporary Restraining Order Ex Parte Pending a Hearing on a Preliminary Injunction |
| 54. | 5 | N/A | Declaration of Daniel J. Merrett in Support of Debtor's Complaint for Injunctive Relief and Related Motion |
| 55. | 7 | N/A | Supplemental Declaration of Daniel J. Merrett in Support of Debtor's Complaint for Injunctive Relief and Related Motion |
| 56. | 70 | N/A | Debtor's Amended Deposition Designations |
| 57. | 91 | N/A | Order Dissolving Temporary Restraining Order, Extending the Automatic Stay, and Granting Limited Preliminary Restraints |
| 58. | 94 | N/A | Opinion Dissolving Temporary Restraining Order, Extending the Automatic Stay, and Granting Limited Preliminary Restraints |
| 59. | 203 | N/A | Order Extending the Preliminary Injunction |
| *In re LTL Management, LLC,* Case No. 21-30589 (MBK) | | | |
| Background and Motion to Dismiss/Preliminary Injunction Hearings[3] | | | |
| 60. | 5 | N/A | Declaration of John K. Kim in Support of First Day Pleadings |
| 61. | 128 | N/A | Debtor's Complaint for Declaratory and Injunctive Relief (I) Declaring That the Automatic Stay Applies to Certain Actions Against Non-Debtors or, (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing. Adversary case 21-03032. |
| 62. | 390 | N/A | Transcript for Hearing/Trial held on 11/4/21 |
| 63. | 391 | N/A | Transcript for Hearing/Trial held on 11/5/21 |

---

[3] Through the *Joint Stipulation and Agreed Order Regarding the Admission of Exhibits and Deposition Designations in Connection with Motion to Dismiss Hearing*, certain documents admitted into evidence in the 2021 Chapter 11 Case were moved into evidence in this Chapter 11 Case.

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 64. | N/A | 104 | Expert Report of Saul E. Burian, dated January 28, 2022 |
| 65. | N/A | N/A | Deposition of Saul E. Burian (2/9/2022) |
| 66. | 1481 | N/A | Transcript regarding Hearing Held 02/14/22 |
| 67. | 1494 | N/A | Transcript regarding Hearing Held 02/15/22 |
| 68. | 1497 | N/A | Joint Stipulation and Agreed Order Between Movants and Debtor Regarding the Admission of Exhibits at Motion to Dismiss Trial |
| 69. | 1516 | N/A | Joint Stipulation and Agreed Order Between the Official Committee of Talc Claimants I, the Official Committee of Talc Claimants II, and the Debtor Regarding the Evidentiary Record in Preliminary Injunction Adversary Proceeding and Trial on Motions to Dismiss |
| 70. | 1518 | N/A | Transcript regarding Hearing Held 02/16/22 |
| 71. | 1528 | N/A | Transcript regarding Hearing Held 02/17/22 - AM Session |
| 72. | 1529 | N/A | Transcript regarding Hearing Held 02/17/22 - PM Session |
| 73. | 1553 | N/A | Transcript regarding Hearing Held 02/18/22 |
| 74. | 1566 | N/A | Joint Stipulation and Agreed Order Between Movants and Debtor Regarding the Admission of Deposition Designations at Motion to Dismiss Trial |
| 75. | 1575 | N/A | Memorandum Opinion (Granting Preliminary Injunction and Resolving Adversary Proceeding in Debtor's Favor) |
| 76. | 3938 | N/A | Order (I) Dismissing Debtor's Chapter 11 Case Pursuant to 11 U.S.C. § 112(b); (II) Establishing Procedures with Respect to Requests for Compensation; and (III) Granting Related Relief |
| 77. | N/A | 1 | 2021 Corporate Restructuring closing binder, which includes eighty individual documents.<br><br>| 1 | LTL 0001058 | LTL 0001061 |<br>| 2 | LTL 0001062 | LTL 0001074 |<br>| 3 | LTL 0001075 | LTL 0001076 | |

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description | | |
|---|---|---|---|---|---|
| | | | 4 | LTL 0001077 | LTL 0001078 |
| | | | 5 | LTL 0001079 | LTL 0001091 |
| | | | 6 | LTL 0001092 | LTL 0001111 |
| | | | 7 | LTL 0001112 | LTL 0001113 |
| | | | 8 | LTL 0001114 | LTL 0001115 |
| | | | 9 | LTL 0001116 | LTL 0001119 |
| | | | 10 | LTL 0001120 | LTL 0001134 |
| | | | 11 | LTL 0001135 | LTL 0001144 |
| | | | 12 | LTL 0001145 | LTL 0001146 |
| | | | 13 | LTL 0001147 | LTL 0001150 |
| | | | 14 | LTL 0001151 | LTL 0001158 |
| | | | 15 | LTL 0001159 | LTL 0001176 |
| | | | 16 | LTL 0001177 | LTL 0001191 |
| | | | 17 | LTL 0001192 | LTL 0001204 |
| | | | 18 | LTL 0001205 | LTL 0001221 |
| | | | 19 | LTL 0001222 | LTL 0001234 |
| | | | 20 | LTL 0001235 | LTL 0001254 |
| | | | 21 | LTL 0001255 | LTL 0001266 |
| | | | 22 | LTL 0001267 | LTL 0001302 |
| | | | 23 | LTL 0001303 | LTL 0001326 |
| | | | 24 | LTL 0001327 | LTL 0001390 |
| | | | 25 | LTL 0001391 | LTL 0001817 |
| | | | 26 | LTL 0001818 | LTL 0001828 |
| | | | 27 | LTL 0001829 | LTL 0001831 |
| | | | 28 | LTL 0001832 | LTL 0001846 |
| | | | 29 | LTL 0001847 | LTL 0001849 |
| | | | 30 | LTL 0001850 | LTL 0001866 |
| | | | 31 | LTL 0001867 | LTL 0001873 |
| | | | 32 | LTL 0001874 | LTL 0001889 |
| | | | 33 | LTL 0001890 | LTL 0001900 |
| | | | 34 | LTL 0001901 | LTL 0001969 |
| | | | 35 | LTL 0001970 | LTL 0002036 |
| | | | 36 | LTL 0002037 | LTL 0002056 |
| | | | 37 | LTL 0002057 | LTL 0002098 |
| | | | 38 | LTL 0002099 | LTL 0002117 |
| | | | 39 | LTL 0002118 | LTL 0002131 |
| | | | 40 | LTL 0002132 | LTL 0002162 |
| | | | 41 | LTL 0002163 | LTL 0002173 |
| | | | 42 | LTL 0002174 | LTL 0002181 |
| | | | 43 | LTL 0002182 | LTL 0002185 |
| | | | 44 | LTL 0002186 | LTL 0002201 |

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description | | |
|---|---|---|---|---|---|
| | | | 45 | LTL 0002202 | LTL 0002215 |
| | | | 46 | LTL 0002216 | LTL 0002231 |
| | | | 47 | LTL 0002232 | LTL 0002245 |
| | | | 48 | LTL 0002246 | LTL 0002274 |
| | | | 49 | LTL 0002275 | LTL 0002278 |
| | | | 50 | LTL 0002279 | LTL 0002282 |
| | | | 51 | LTL 0002283 | LTL 0002299 |
| | | | 52 | LTL 0002300 | LTL 0002320 |
| | | | 53 | LTL 0002321 | LTL 0002327 |
| | | | 54 | LTL 0002328 | LTL 0002343 |
| | | | 55 | LTL 0002344 | LTL 0002357 |
| | | | 56 | LTL 0002358 | LTL 0002368 |
| | | | 57 | LTL 0002369 | LTL 0002380 |
| | | | 58 | LTL 0002381 | LTL 0002413 |
| | | | 59 | LTL 0002414 | LTL 0002445 |
| | | | 60 | LTL 0002446 | LTL 0002465 |
| | | | 61 | LTL 0002466 | LTL 0002476 |
| | | | 62 | LTL 0002477 | LTL 0002482 |
| | | | 63 | LTL 0002483 | LTL 0002486 |
| | | | 64 | LTL 0002487 | LTL 0002491 |
| | | | 65 | LTL 0002492 | LTL 0002508 |
| | | | 66 | LTL 0002509 | LTL 0002540 |
| | | | 67 | LTL 0002541 | LTL 0002571 |
| | | | 68 | LTL 0002572 | LTL 0002602 |
| | | | 69 | LTL 0002603 | LTL 0002631 |
| | | | 70 | LTL 0002632 | LTL 0002646 |
| | | | 71 | LTL 0002647 | LTL 0002662 |
| | | | 72 | LTL 0002663 | LTL 0002670 |
| | | | 73 | LTL 0002671 | LTL 0002687 |
| | | | 74 | LTL 0002688 | LTL 0002772 |
| | | | 75 | LTL 0002773 | LTL 0002791 |
| | | | 76 | LTL 0002792 | LTL 0002978 |
| | | | 77 | LTL 0002979 | LTL 0003012 |
| | | | 78 | LTL 0003013 | LTL 0003047 |
| | | | 79 | LTL 0003048 | LTL 0003066 |
| | | | 80 | LTL 0003067 | LTL 0003086 |
| **Houlihan Retention and Requests for Compensation** | | | | | |
| 78. | 953 | N/A | Application of the TCC for Retention of Houlihan as Investment Banker Under Bankruptcy Code Section 328(a) Effective as of December 17, 2021 | | |

-10-

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 79. | 1087 | N/A | Debtor's Omnibus Objection Application of the Official Committee of Talc Claimants for Retention of Houlihan as Investment Banker Under Bankruptcy Code Section 328(a) Effective as of December 17, 2021 and Application for Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Talc Claimants Effective December 13, 2021 |
| 80. | 1100 | N/A | Response to Debtor's Omnibus Objection Application of the Official Committee of Talc Claimants for Retention of Houlihan as Investment Banker Under Bankruptcy Code Section 328(a) Effective as of December 17, 2021 and Application for Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Talc Claimants Effective December 13, 2021 |
| 81. | 1118 | N/A | Transcript regarding Hearing Held 01/11/22 |
| 82. | 1133 | N/A | Interim Order Authorizing Retention of Houlihan as Investment Banker to the Official Committee of Talc Claimants I Under Bankruptcy Code Section 328(a) |
| 83. | 1244 | N/A | Interim Order Authorizing Retention of Houlihan as Investment Banker to the Official Committee of Talc Claimants I Under Bankruptcy Code Section 328(a) |
| 84. | 2055 | N/A | Supplemental Exhibit to Application for Retention of Houlihan |
| 85. | 2094 | N/A | Transcript regarding Hearing Held 04/12/22 |
| 86. | 2313 | N/A | Debtor's Supplemental Omnibus Objection to Applications of the Official Committee of Talc Claimants to Retain (I) Houlihan as Investment Banker, (II) FTI Consulting, Inc. as Financial Advisor and (III) The Brattle Group, Inc. as Talc Consultants |

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 87. | 2330 | N/A | Response by the Official Talc Claimants Committee to the Debtor's Supplemental Omnibus Objection to the Retention of Houlihan, FTI Consulting, Inc. and The Brattle Group, Inc. |
| 88. | 2332 | N/A | Second Supplemental Certification of Saul E. Burian in Further Support of Retention of Houlihan as Investment Banker to the Official Committee of Talc Claimants and in Response to the Debtor's Supplemental Omnibus Objection Thereto |
| 89. | 2353 | N/A | Transcript regarding Hearing Held 05/24/22 |
| 90. | 2426 | N/A | Third Supplemental Certification of Saul E. Burian in Further Support of Retention of Houlihan as Investment Banker to the Official Committee of Talc Claimants |
| 91. | 2493 | N/A | Objection of the United States Trustee to the Official Committee of Talc Claimant's Application for Retention of Houlihan as Investment Banker Under Bankruptcy Code Section 328(a) Effective as of December 17, 2021 |
| 92. | 2512 | N/A | Transcript regarding Hearing Held 06/14/22 |
| 93. | 2618 | N/A | Final Order Authorizing Retention of Houlihan as Investment Banker to the TCC Under Bankruptcy Code Section 328(a) Effective December 17, 2021 |
| 94. | 1764 | N/A | First Interim Fee Application of Houlihan |
| 95. | 2507 | N/A | Order Allowing Interim Compensation for Services Rendered and Reimbursement of Expenses of the Retained Professionals for the Period from October 14, 2021 through January 31, 2022 |
| 96. | 2667 | N/A | Second Interim Fee Application of Houlihan |

| Designation | Docket No. (If Applicable) | Exhibit No. (If Applicable) | Description |
|---|---|---|---|
| 97. | 3048 | N/A | Order Allowing Interim and Final Compensation for Services Rendered and Reimbursement of Expenses of the Retained Professionals for the Period from February 1, 2022 through May 31, 2022 |
| 98. | 3391 | N/A | Third Interim Fee Application of Houlihan |
| 99. | 3478 | N/A | Eleventh Monthly Fee Statement of Houlihan |
| 100. | 3598 | N/A | Twelfth Monthly Fee Statement of Houlihan |
| 101. | 3772 | N/A | Thirteenth Monthly Fee Statement of Houlihan |
| 102. | 3812 | N/A | Order Allowing Interim and Final Compensation for Services Rendered and Reimbursement of Expenses of the Retained Professionals for the Period from June 1, 2022 through September 30, 2022 |
| 103. | 3869 | N/A | Fourteenth Monthly Fee Statement of Houlihan |

## CERTIFICATION REGARDING TRANSCRIPTS

Federal Rule of Bankruptcy Procedure 8009(b)(1) requires an appellant to either: (a) order from the reporter a transcript of such parts of the proceedings not already on file as the appellant considers necessary for the appeal and file a copy of the order with the bankruptcy clerk, or (b) file with the bankruptcy clerk a certificate stating that the appellant is not ordering a transcript. Appellant hereby certifies to the Clerk of Court that it is not ordering any transcripts that are not already included in the record on appeal.

Dated: January 18, 2024

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (Admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*