**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

IN RE: LTL Management LLC   APPLICANT: Massey & Gail LLP

CASE NO.: 23-12825 (MBK)   CLIENT: Official Committee of Talc Claimants

CHAPTER: 11   CASE FILED: April 4, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

**SECTION I**
**FEE SUMMARY**

Fourth Post Dismissal Monthly Fee Statement Covering the Period
December 1, 2023 Through December 31, 2023

Post Dismissal Monthly Fee Statement No. 4

Summary of Accounts Requested for the Period from December 1, 2023 through December 31, 2023 (the "Fourth Post Dismissal Statement Period"):

| | |
|---|---|
| Total fees: | $ 163,420.00 |
| Total disbursements: | $ 0.00 |
| Minus 20% Holdback of Fees: | $ 32,684.00 |
| Amount Sought at this Time: | $ 130,736.00 |

6796259.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Jonathan Massey | 1992 | $1160.00 | 89.6 | $103,936.00 |
| Bret Vallacher | 2014 | $775.00 | 0.4 | $310.00 |
| Matthew Layden | 2019 | $500.00 | 53.6 | $26,800.00 |
| Usama Ibrahim | 2021 | $485.00 | 59.6 | $28,906.00 |
| Rob Aguirre | N/A | $320.00 | 10.5 | $3,360.00 |
| Larry Goldman | N/A | $90.00 | 1.2 | $108.00 |
| TOTAL FEES | | | | $163,420.00 |
| BLENDED RATE | | $760.45 | 214.9 | |

Pursuant to the Amended Fee Procedures Order, currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $ 163,420.00 |
| Less: Holdback (20%) | -$ 32,684.00 |
| Total Fees Currently Payable | $ 130,736.00 |
| Add: Disbursements | $ 0.00 |
| **Total Payable This Invoice** | **$ 130,736.00** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---:|---:|
| Case Administration (B110) | 6.0 | $2,102.00 |
| Fee/Employment Application (B160) | 26.5 | $14,453.00 |
| Appellate Briefs (L520) | 182.4 | $146,865.00 |
|  |  |  |
| **TOTAL** | **214.9** | **$163,420.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
|  | 0.00 |
| **TOTAL DISBURSEMENTS** | **$0.00** |

I certify under penalty of perjury that the foregoing is true and correct.

/s/*Jonathan S. Massey*
Jonathan S. Massey

Dated:  January 19, 2024

3