# EXHIBIT A



50 E. Washington St.  
Suite 400  
Chicago, IL 60602  
(312) 283-1590

1000 Maine Ave. SW  
Suite 450  
Washington, D.C. 20024  
(202) 652-4511

# PRIVILEGED & CONFIDENTIAL

January 17, 2024

**Official Committee of Talc Claimants**  
In re LTL Management, No 23-12825  
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 12-01-2023 - 12-31-2023

**RE: LTL Management Bankruptcy Official TCC II**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-01-2023 | UI | L520 - Appellate Briefs | 4.10 | 485.00 | 1,988.50 |
| | | Preparing list of exhibits for Third Circuit Joint Appendix. | | | |
| 12-01-2023 | ML | B160 - Fee/Employment Application | 2.10 | 500.00 | 1,050.00 |
| | | Revising October 2023 invoice entries. | | | |
| 12-01-2023 | JSM | L520 - Appellate Briefs | 3.20 | 1,160.00 | 3,712.00 |
| | | Drafting insert for appellees' Third Circuit brief. | | | |
| 12-01-2023 | RA | B110 - Case Administration | 0.20 | 320.00 | 64.00 |
| | | Communicate with team newly court ordered deadlines in U. S. Court of Appeal for the Third Circuit re Case Nos. 23-2971 & 23-2972. | | | |
| 12-04-2023 | JSM | L520 - Appellate Briefs | 3.30 | 1,160.00 | 3,828.00 |
| | | Drafting insert for appellees' Third Circuit brief. | | | |
| 12-04-2023 | UI | L520 - Appellate Briefs | 10.30 | 485.00 | 4,995.50 |
| | | Preparing list of exhibits for Third Circuit Joint Appendix. | | | |
| 12-04-2023 | ML | B160 - Fee/Employment Application | 0.40 | 500.00 | 200.00 |
| | | Finalizing October 2023 draft invoice for review by J. Massey. | | | |
| 12-04-2023 | ML | L520 - Appellate Briefs | 2.30 | 500.00 | 1,150.00 |
| | | Preparing exhibits for designation of record in Third Circuit. | | | |
| 12-04-2023 | ML | L520 - Appellate Briefs | 3.10 | 500.00 | 1,550.00 |
| | | Legal research regarding issue presented by LTL in its statement of issues for Third Circuit brief. | | | |
| 12-05-2023 | UI | L520 - Appellate Briefs | 9.50 | 485.00 | 4,607.50 |
| | | Preparing list of exhibits for Third Circuit Joint Appendix designation of record. | | | |
| 12-05-2023 | ML | L520 - Appellate Briefs | 1.60 | 500.00 | 800.00 |
| | | Preparing exhibits for Joint Appendix in Third Circuit. | | | |
| 12-05-2023 | ML | L520 - Appellate Briefs | 3.70 | 500.00 | 1,850.00 |
| | | Legal research regarding issue presented by LTL in its statement of issues for Third Circuit brief. | | | |
| 12-05-2023 | JSM | L520 - Appellate Briefs | 1.20 | 1,160.00 | 1,392.00 |
| | | Analyzing LTL designations for Third Circuit Joint Appendix. | | | |
| 12-05-2023 | JSM | L520 - Appellate Briefs | 3.30 | 1,160.00 | 3,828.00 |
| | | Analyzing additional TCC designations for Third Circuit Joint Appendix. | | | |
| 12-05-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | E-mail communication with other TCC appellate counsel re Third Circuit Joint Appendix designations. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-06-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | E-mail communication with other TCC appellate counsel re Third Circuit Joint Appendix designations. | | | |
| 12-06-2023 | JSM | L520 - Appellate Briefs | 5.40 | 1,160.00 | 6,264.00 |
| | | Analyzing additional TCC designations for Third Circuit Joint Appendix. | | | |
| 12-06-2023 | UI | L520 - Appellate Briefs | 4.50 | 485.00 | 2,182.50 |
| | | Preparing list of exhibits for Third Circuit Joint Appendix. | | | |
| 12-06-2023 | ML | L520 - Appellate Briefs | 8.30 | 500.00 | 4,150.00 |
| | | Legal research regarding issue presented by LTL in its statement of issues for Third Circuit brief. | | | |
| 12-06-2023 | BV | B110 - Case Administration | 0.40 | 775.00 | 310.00 |
| | | Updating professionals re developments in Purdue oral arguments at Supreme Court. . | | | |
| 12-06-2023 | UI | L520 - Appellate Briefs | 0.30 | 485.00 | 145.50 |
| | | Met with committee and co-counsel to discuss forthcoming legal strategy re Third Circuit appeal. | | | |
| 12-06-2023 | UI | L520 - Appellate Briefs | 0.60 | 485.00 | 291.00 |
| | | Discussion with M. Layden re appellate strategy. | | | |
| 12-06-2023 | RA | B110 - Case Administration | 0.60 | 320.00 | 192.00 |
| | | Communications with co-counsel regarding TCC counsel's monthly fee statements. | | | |
| 12-06-2023 | ML | L520 - Appellate Briefs | 0.60 | 500.00 | 300.00 |
| | | Discussion with U. Ibrahim re appellate strategy. | | | |
| 12-07-2023 | UI | L520 - Appellate Briefs | 4.10 | 485.00 | 1,988.50 |
| | | Preparing list of exhibits for Third Circuit Joint Appendix. | | | |
| 12-07-2023 | ML | L520 - Appellate Briefs | 6.60 | 500.00 | 3,300.00 |
| | | Preparing memorandum analyzing issue presented by LTL in its statement of issues. | | | |
| 12-07-2023 | JSM | L520 - Appellate Briefs | 4.60 | 1,160.00 | 5,336.00 |
| | | Analyzing additional TCC designations for Third Circuit Joint Appendix. | | | |
| 12-07-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | E-mail communication with other TCC appellate counsel re Third Circuit Joint Appendix designations. | | | |
| 12-07-2023 | JSM | L520 - Appellate Briefs | 0.80 | 1,160.00 | 928.00 |
| | | Reviewing AHC's Third Circuit Joint Appendix designations. | | | |
| 12-07-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | E-mail communication with counsel for the AHC re AHC's Third Circuit Joint Appendix designations. | | | |
| 12-08-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | E-mail communication with LTL counsel re Third Circuit Joint Appendix designations. | | | |
| 12-08-2023 | JSM | L520 - Appellate Briefs | 2.60 | 1,160.00 | 3,016.00 |
| | | Drafting insert for appellees' Third Circuit brief. | | | |
| 12-08-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | E-mail communication with other TCC appellate counsel re Third Circuit Joint Appendix designations. | | | |
| 12-09-2023 | JSM | L520 - Appellate Briefs | 1.20 | 1,160.00 | 1,392.00 |
| | | Analyzing additional TCC designations for Third Circuit Joint Appendix. | | | |
| 12-09-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | Reviewing documents for inclusion in Third Circuit Joint Appendix. | | | |
| 12-09-2023 | UI | L520 - Appellate Briefs | 2.90 | 485.00 | 1,406.50 |
| | | Preparing list of exhibits for Third Circuit Joint Appendix. | | | |
| 12-09-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | E-mail communication with LTL counsel re Third Circuit Joint Appendix designations. | | | |
| 12-10-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | E-mail communication with LTL counsel re Third Circuit Joint Appendix designations. | | | |
| 12-10-2023 | JSM | L520 - Appellate Briefs | 0.60 | 1,160.00 | 696.00 |
| | | Reviewing index to Third Circuit Joint Appendix. | | | |
| 12-10-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | E-mail communication with other TCC appellate counsel re Joint Appendix designations. | | | |
| 12-11-2023 | UI | L520 - Appellate Briefs | 1.20 | 485.00 | 582.00 |
| | | Reviewing Debtor's draft Third Circuit joint appendix. | | | |
| 12-11-2023 | UI | B160 - Fee/Employment Application | 3.10 | 485.00 | 1,503.50 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Preparing October 2023 fee application. | | | |
| 12-11-2023 | UI | L520 - Appellate Briefs | 1.60 | 485.00 | 776.00 |
| | | Preparing exhibits for Third Circuit Joint Appendix. | | | |
| 12-11-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | Reviewing Third Circuit Joint Appendix index. | | | |
| 12-11-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | E-mail communication with debtor's counsel re Third Circuit Joint Appendix index. | | | |
| 12-11-2023 | JSM | B160 - Fee/Employment Application | 0.30 | 1,160.00 | 348.00 |
| | | Revising October 2023 invoice. | | | |
| 12-11-2023 | JSM | B160 - Fee/Employment Application | 0.40 | 1,160.00 | 464.00 |
| | | Reviewing October 2023 invoice. | | | |
| 12-11-2023 | JSM | L520 - Appellate Briefs | 2.20 | 1,160.00 | 2,552.00 |
| | | Drafting insert for appellees' Third Circuit brief. | | | |
| 12-11-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | E-mail communication with U. Ibrahim and M. Layden re arguments for appellees' Third Circuit brief. | | | |
| 12-12-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | E-mail communication with other TCC appellate counsel re LTL motion to seal Third Circuit Joint Appendix. | | | |
| 12-12-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing Third Circuit Joint Appendix index. | | | |
| 12-12-2023 | ML | L520 - Appellate Briefs | 2.70 | 500.00 | 1,350.00 |
| | | Analyzing docket regarding TCC submissions for use in CA3 appeal briefing. | | | |
| 12-12-2023 | ML | L520 - Appellate Briefs | 3.10 | 500.00 | 1,550.00 |
| | | Analyzing motion to dismiss briefing for CA3 appeal response. | | | |
| 12-12-2023 | UI | B160 - Fee/Employment Application | 1.90 | 485.00 | 921.50 |
| | | Preparing October 2023 fee application. | | | |
| 12-13-2023 | UI | L520 - Appellate Briefs | 0.50 | 485.00 | 242.50 |
| | | Met with committee and co-counsel to discuss forthcoming legal strategy re Third Circuit appeal. | | | |
| 12-13-2023 | UI | B160 - Fee/Employment Application | 0.80 | 485.00 | 388.00 |
| | | Preparing November 2023 fee application. | | | |
| 12-13-2023 | UI | L520 - Appellate Briefs | 1.60 | 485.00 | 776.00 |
| | | Drafting insert for CA3 appellee brief. | | | |
| 12-13-2023 | ML | B160 - Fee/Employment Application | 0.50 | 500.00 | 250.00 |
| | | Reviewing October 2023 fee statement. | | | |
| 12-13-2023 | ML | L520 - Appellate Briefs | 1.90 | 500.00 | 950.00 |
| | | Analyzing court docket for argument regarding contributions of the TCC for CA3 appeal response. | | | |
| 12-13-2023 | UI | L520 - Appellate Briefs | 1.10 | 485.00 | 533.50 |
| | | Reviewing Debtor brief to Third Circuit. | | | |
| 12-13-2023 | ML | L520 - Appellate Briefs | 0.90 | 500.00 | 450.00 |
| | | Reviewing Debtor's CA3 opening brief. | | | |
| 12-13-2023 | LG | L520 - Appellate Briefs | 0.60 | 90.00 | 54.00 |
| | | Procured legal authority cited in LTL's opening appellate brief. | | | |
| 12-13-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing Third Circuit Joint Appendix index. | | | |
| 12-13-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | Meeting with U. Ibrahim and M. Layden re arguments for appellees' Third Circuit brief. | | | |
| 12-13-2023 | JSM | L520 - Appellate Briefs | 0.50 | 1,160.00 | 580.00 |
| | | Zoom with TCC members and representatives to discuss appeal and strategy. | | | |
| 12-13-2023 | RA | L520 - Appellate Briefs | 1.20 | 320.00 | 384.00 |
| | | Review Appellant's opening brief in Third Circuit Case Nos. 23-2971 & 23-2972. | | | |
| 12-14-2023 | JSM | L520 - Appellate Briefs | 1.20 | 1,160.00 | 1,392.00 |
| | | Reviewing AHC Third Circuit brief. | | | |
| 12-14-2023 | LG | L520 - Appellate Briefs | 0.60 | 90.00 | 54.00 |
| | | Continued to procure legal authority cited in LTL's opening appellate brief. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-14-2023 | ML | L520 - Appellate Briefs | 1.50 | 500.00 | 750.00 |
| | | Researching appendix designations cited in LTL's opening appellate brief. | | | |
| 12-14-2023 | UI | L520 - Appellate Briefs | 0.90 | 485.00 | 436.50 |
| | | Researching factual claims made by debtor in Third Circuit brief. | | | |
| 12-14-2023 | UI | L520 - Appellate Briefs | 0.20 | 485.00 | 97.00 |
| | | Analyzing arguments made in Debtor brief to Third Circuit. | | | |
| 12-14-2023 | JSM | L520 - Appellate Briefs | 1.60 | 1,160.00 | 1,856.00 |
| | | Reviewing LTL Third Circuit brief. | | | |
| 12-15-2023 | JSM | L520 - Appellate Briefs | 3.10 | 1,160.00 | 3,596.00 |
| | | Drafting insert for appellees' Third Circuit brief. | | | |
| 12-15-2023 | JSM | L520 - Appellate Briefs | 1.10 | 1,160.00 | 1,276.00 |
| | | Zoom with MoloLamken and M. Winograd to discuss LTL and AHC briefs. | | | |
| 12-15-2023 | JSM | B160 - Fee/Employment Application | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing October 2023 invoice. | | | |
| 12-15-2023 | JSM | B160 - Fee/Employment Application | 0.40 | 1,160.00 | 464.00 |
| | | Reviewing November 2023 invoice. | | | |
| 12-15-2023 | JSM | L520 - Appellate Briefs | 1.60 | 1,160.00 | 1,856.00 |
| | | Reviewing MoloLamken draft Third Circuit brief. | | | |
| 12-16-2023 | JSM | L520 - Appellate Briefs | 2.70 | 1,160.00 | 3,132.00 |
| | | Drafting insert for appellees' Third Circuit brief. | | | |
| 12-17-2023 | JSM | L520 - Appellate Briefs | 2.20 | 1,160.00 | 2,552.00 |
| | | Drafting insert for appellees' Third Circuit brief. | | | |
| 12-17-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | Reviewing A Silverstein comments on appellees' Third Circuit brief. | | | |
| 12-18-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | E-mail communication with U. Ibrahim and M. Layden re arguments for appellees' Third Circuit brief. | | | |
| 12-18-2023 | JSM | L520 - Appellate Briefs | 2.30 | 1,160.00 | 2,668.00 |
| | | Drafting insert responding to LTL appellant's brief for use in Appellees' Third Circuit brief. | | | |
| 12-18-2023 | ML | B160 - Fee/Employment Application | 0.40 | 500.00 | 200.00 |
| | | Revising November 2023 invoice. | | | |
| 12-18-2023 | JSM | L520 - Appellate Briefs | 1.80 | 1,160.00 | 2,088.00 |
| | | Revising insert for appellees' Third Circuit brief. | | | |
| 12-18-2023 | JSM | L520 - Appellate Briefs | 3.40 | 1,160.00 | 3,944.00 |
| | | Draft additional insert for appellees' Third Circuit brief. | | | |
| 12-18-2023 | UI | B160 - Fee/Employment Application | 3.40 | 485.00 | 1,649.00 |
| | | Preparing October 2023 fee application. | | | |
| 12-18-2023 | UI | B160 - Fee/Employment Application | 0.80 | 485.00 | 388.00 |
| | | Preparing November 2023 fee application. | | | |
| 12-18-2023 | UI | B160 - Fee/Employment Application | 0.90 | 485.00 | 436.50 |
| | | Revising November 2023 time entries. | | | |
| 12-19-2023 | JSM | B160 - Fee/Employment Application | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing October 2023 invoice. | | | |
| 12-19-2023 | UI | B160 - Fee/Employment Application | 0.90 | 485.00 | 436.50 |
| | | Discussion with M. Layden re October and November 2023 fee applications. | | | |
| 12-19-2023 | UI | B160 - Fee/Employment Application | 0.60 | 485.00 | 291.00 |
| | | Preparing November 2023 fee application. | | | |
| 12-19-2023 | UI | B160 - Fee/Employment Application | 0.80 | 485.00 | 388.00 |
| | | Preparing October 2023 fee application. | | | |
| 12-19-2023 | ML | L520 - Appellate Briefs | 3.70 | 500.00 | 1,850.00 |
| | | Researching legal issues raised in LTL's CA3 opening brief for use in insert to TCC's response brief. | | | |
| 12-19-2023 | JSM | B160 - Fee/Employment Application | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing November 2023 invoice. | | | |
| 12-19-2023 | JSM | L520 - Appellate Briefs | 2.80 | 1,160.00 | 3,248.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Reviewing draft Appellees' Third Circuit brief from MoloLamken. | | | |
| 12-19-2023 | JSM | L520 - Appellate Briefs | 1.80 | 1,160.00 | 2,088.00 |
| | | Drafting insert responding to argument in AHC appellants' Third Circuit brief for use in Appellees' brief. | | | |
| 12-19-2023 | JSM | L520 - Appellate Briefs | 2.80 | 1,160.00 | 3,248.00 |
| | | Drafting insert responding to argument in LTL appellant's Third Circuit brief for use in Appellees' brief. | | | |
| 12-19-2023 | RA | B110 - Case Administration | 0.80 | 320.00 | 256.00 |
| | | Draft M&G's 2024 Notice of Rate Increase. | | | |
| 12-19-2023 | RA | B110 - Case Administration | 0.40 | 320.00 | 128.00 |
| | | Execute searches within docket of Case No. 3:16-cv-md-2738 for common benefit fee orders. | | | |
| 12-20-2023 | RA | B160 - Fee/Employment Application | 2.90 | 320.00 | 928.00 |
| | | Draft M&G's Monthly Fee Statement for October - November 2023. | | | |
| 12-20-2023 | RA | B110 - Case Administration | 2.70 | 320.00 | 864.00 |
| | | Edit draft M&G's 2024 Notice of Rate Increase. | | | |
| 12-20-2023 | JSM | L520 - Appellate Briefs | 3.70 | 1,160.00 | 4,292.00 |
| | | Drafting insert for TCC's appellees' Third Circuit brief. | | | |
| 12-20-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | E-mail communication with J. Lamken and M. Winograd re contents of TCC appellees' Third Circuit brief. | | | |
| 12-20-2023 | ML | L520 - Appellate Briefs | 2.80 | 500.00 | 1,400.00 |
| | | Researching legal issues raised in LTL's CA3 opening brief for use in insert to TCC's response brief. | | | |
| 12-20-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | E-mail communication with counsel for LTL re Third Circuit order re Joint Appendix confidentiality designations. | | | |
| 12-20-2023 | JSM | B160 - Fee/Employment Application | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing Massey & Gail 2024 notice of rate increase. | | | |
| 12-20-2023 | UI | B160 - Fee/Employment Application | 1.30 | 485.00 | 630.50 |
| | | Preparing court filing for October and November 2023 fee application. | | | |
| 12-20-2023 | UI | B160 - Fee/Employment Application | 0.30 | 485.00 | 145.50 |
| | | Discussion with M. Layden and R. Aguirre re 2024 rate of increase. | | | |
| 12-20-2023 | UI | B160 - Fee/Employment Application | 0.20 | 485.00 | 97.00 |
| | | Discussion with M. Layden and J. Massey re 2024 rate of increase. | | | |
| 12-20-2023 | UI | B160 - Fee/Employment Application | 1.00 | 485.00 | 485.00 |
| | | Discussion with M. Layden re 2024 rate of increase. | | | |
| 12-20-2023 | UI | B160 - Fee/Employment Application | 0.20 | 485.00 | 97.00 |
| | | Preparing 2024 rate of increase. | | | |
| 12-21-2023 | JSM | B160 - Fee/Employment Application | 0.30 | 1,160.00 | 348.00 |
| | | M&G Zoom with U. Ibrahim and M. Layden re submission of M&G fee applications. | | | |
| 12-21-2023 | JSM | B160 - Fee/Employment Application | 0.30 | 1,160.00 | 348.00 |
| | | M&G e-mail communication U. Ibrahim and M. Layden re U.S. Trustee procedures for submission of M&G fee applications. | | | |
| 12-21-2023 | JSM | B160 - Fee/Employment Application | 0.30 | 1,160.00 | 348.00 |
| | | E-mail communication with TCC members and representatives re Massey & Gail 2024 notice of fee increase. | | | |
| 12-21-2023 | ML | L520 - Appellate Briefs | 4.10 | 500.00 | 2,050.00 |
| | | Researching legal issues raised in LTL's CA3 opening brief for use in insert to TCC's response brief. | | | |
| 12-21-2023 | JSM | L520 - Appellate Briefs | 3.40 | 1,160.00 | 3,944.00 |
| | | Drafting additional insert for TCC's appellees' Third Circuit brief. | | | |
| 12-21-2023 | RA | B110 - Case Administration | 0.70 | 320.00 | 224.00 |
| | | Finalize M&G's 2024 Notice of Rate Increase. | | | |
| 12-21-2023 | RA | B160 - Fee/Employment Application | 0.80 | 320.00 | 256.00 |
| | | Finalize M&G's Monthly Fee Statement for October - November 2023. | | | |
| 12-21-2023 | RA | B110 - Case Administration | 0.20 | 320.00 | 64.00 |
| | | Conference with J. Massey and M. Layden regarding Monthly Fee Application and supporting UST exhibits. | | | |
| 12-22-2023 | JSM | L520 - Appellate Briefs | 3.10 | 1,160.00 | 3,596.00 |
| | | Drafting further insert for TCC's appellees' Third Circuit brief. | | | |
| 12-22-2023 | ML | L520 - Appellate Briefs | 3.30 | 500.00 | 1,650.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Researching legal issues raised in LTL's CA3 opening brief for use in insert to TCC's response brief. | | | |
| 12-22-2023 | JSM | L520 - Appellate Briefs | 0.20 | 1,160.00 | 232.00 |
| | | E-mail communication with counsel for co-appellees re Third Circuit Joint Appendix. | | | |
| 12-26-2023 | JSM | L520 - Appellate Briefs | 3.40 | 1,160.00 | 3,944.00 |
| | | Drafting insert for TCC appellees' Third Circuit brief. | | | |
| 12-26-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing D. Stolz comments on draft TCC appellees' brief | | | |
| 12-27-2023 | JSM | L520 - Appellate Briefs | 2.70 | 1,160.00 | 3,132.00 |
| | | Drafting insert for TCC appellees' Third Circuit brief. | | | |
| 12-28-2023 | JSM | L520 - Appellate Briefs | 3.10 | 1,160.00 | 3,596.00 |
| | | Drafting insert for TCC appellees' Third Circuit brief. | | | |
| 12-29-2023 | JSM | L520 - Appellate Briefs | 0.30 | 1,160.00 | 348.00 |
| | | Reviewing Third Circuit order re confidentiality designations in Vol 10 of Joint Appendix. | | | |
| 12-29-2023 | JSM | L520 - Appellate Briefs | 0.60 | 1,160.00 | 696.00 |
| | | Reviewing Birchfield deposition confidentiality designations in Vol 10 of Third Circuit Joint Appendix. | | | |
| 12-29-2023 | JSM | L520 - Appellate Briefs | 0.80 | 1,160.00 | 928.00 |
| | | Reviewing research on sealing and confidentiality designations. | | | |
| 12-30-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | Zoom with J. Lamken and M. Winograd re Third Circuit Joint Appendix confidentiality designations | | | |
| 12-30-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | E-mail communication with J. Lamken and M. Winograd re Third Circuit Joint Appendix confidentiality designations. | | | |
| 12-30-2023 | JSM | L520 - Appellate Briefs | 0.40 | 1,160.00 | 464.00 |
| | | E-mail communication with TCC members and representatives re Joint Appendix confidentiality designations | | | |
| | | | | Total | 163,420.00 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Bret Vallacher | 0.40 | 310.00 |
| Jonathan Massey | 89.60 | 103,936.00 |
| Larry Goldman | 1.20 | 108.00 |
| Matthew Layden | 53.60 | 26,800.00 |
| Rob Aguirre | 10.50 | 3,360.00 |
| Usama Ibrahim | 59.60 | 28,906.00 |
| Total | | 163,420.00 |

| | | |
|---|---|---|
| | Total for this Invoice | 163,420.00 |