# EXHIBIT A
# Time and Expense Detail

Case 23-12825-MBK    Doc 1656-1    Filed 01/26/24    Entered 01/26/24 14:54:48    Desc
Exhibit A    Page 1 of 7

7801018.1

## OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

|  |  |
|---|---|
| | January 25, 2024 |
| Client/Matter No.:   93174/0902 | BILL NO. 236850 |
| Matter Name:        LTL MANAGEMENT II | |
| Billing Partner:    RG HADDAD | |

For Services Rendered Through October 31, 2023:

---

Phase: L0005                                         MEETINGS OF AND COMMUNICATIONS WITH COMM
---

| DATE / ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/04/23 JSF | Telephone Call(s) — Participate in Weekly LTL Committee Meeting via Zoom re appeal status | .40 | 406.00 |
| 10/18/23 JSF | Telephone Call(s) — Participate in Zoom Meeting with Committee re: Updates on Appeals and Court Hearing | .80 | 812.00 |
| 10/18/23 MRM | Telephone Call(s) — Attend standing committee meeting re: dismissal appeal strategy and next steps | .80 | 500.00 |
| 10/22/23 MLC | Correspondence — Correspondence with co-counsel re appellate CA3 issues | .20 | 370.00 |
| 10/24/23 MLC | Correspondence — Correspondence with TCC co-counsel re appeal-related task load. | .40 | 740.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

| | | | |
|---|---|---|---|
| Client/Matter:  93174/0902 | | | January 25, 2024 |
| Page 2 | | | BILL NO. 236850 |

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/25/23 JSF | Telephone Call(s) Participate in Zoom Committee Meeting re: Appeal Status | .50 | 557.50 |
| 10/25/23 MLC | Conference call(s) Conference call with appellate team re certain issues | .30 | 555.00 |
| 10/25/23 ACS | Conference(s) w/ CoCounsel - Other Zoom of Committee counsel, member reps and members re appeal status and strategy | .40 | 540.00 |
| TOTAL PHASE L0005 | | 3.80 | $4,480.50 |

| Phase: L0018 | DISMISSAL/TRUSTEE/EXAMINER MATTERS |
|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/02/23 JB | Analysis of Legal Papers Review District Court appeal and stay request in view of joint certification for direct appeal to Third Circuit | .20 | 181.00 |
| 10/04/23 MLC | Preparation of Documents Review report re: appeal deadlines | .20 | 370.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                              January 25, 2024
Page 3                                                                  BILL NO. 236850

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/05/23<br>JB | Analysis of Legal Papers<br>Review letter to MDL judge re: stay of appeal in view of request for certification of appeal to third circuit | .20 | 181.00 |
| 10/10/23<br>JB | Analysis of Legal Papers<br>Review court notice of filing of request of direct certification to 3rd Circuit of appeal | .20 | 181.00 |
| 10/10/23<br>MLC | Revision of Documents<br>Review and revision to petition for direct appeal | 1.10 | 2,035.00 |
| 10/10/23<br>DAC | Review/analyze<br>Review and comment on TCC statement in response to petition for direct appeal, and related debtor petition for direct appeal | 1.10 | 1,017.50 |
| 10/11/23<br>JB | Analysis of Legal Papers<br>Review district court order staying appeal | .20 | 181.00 |
| 10/13/23<br>JSF | Examine Documents<br>Review of TCC Response to Debtor's Petition for Leave to Appeal | .80 | 892.00 |
| 10/13/23<br>MLC | Review Documents<br>Review of revised response to debtor petition for direct appeal | .60 | 1,110.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

| Client/Matter: 93174/0902 | | | January 25, 2024 |
| --- | --- | --- | --- |
| Page 4 | | | BILL NO. 236850 |

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- |
| 10/15/23 JB | Analysis of Legal Papers<br>Reivew Debtor/AHC direct petition to circuit on appeal | .20 | 181.00 |
| 10/16/23 MLC | Correspondence<br>Correspondence with TCC appellate team re response to CA3 petition | .40 | 740.00 |
| 10/16/23 MLC | Correspondence<br>Correspondence with Debtor re certain confidential testimony | .10 | 185.00 |
| 10/18/23 MLC | Conference call(s)<br>Discussion with co-counsel re appellate issues | .40 | 740.00 |
| 10/18/23 DAC | Telephone Call(s) - Creditors Committee<br>Meeting with TCC re appellate strategy and other open issues | .80 | 740.00 |
| 10/20/23 JB | Analysis of Legal Papers<br>Review order granting direct certification of appeal | .20 | 181.00 |
| 10/20/23 JB | Analysis of Legal Papers<br>Review supplemental designation of record filed by AHC on appeal | .20 | 181.00 |
| 10/20/23 MLC | Review Documents<br>Review of Draft notice of supplemental designations and order re direct appeal | .30 | 555.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

| Client/Matter:  93174/0902 | | | January 25, 2024 |
|---|---|---|---|
| Page 5 | | | BILL NO. 236850 |

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/20/23 MRM | Research<br>Research in connection with appellate strategy. | 3.60 | 2,250.00 |
| 10/27/23 AW | Filing Papers at Court<br>File NOA for MLC and ACS in 3rd Circuit appeal | .50 | 197.50 |
| 10/27/23 MLC | Preparation of Documents<br>Filing of NOAs in CA3 | .10 | 185.00 |
| 10/30/23 JB | Analysis of Legal Papers<br>Review AHC motion to supplement record on appeal | .20 | 197.00 |
| **TOTAL PHASE L0018** | | **11.60** | **$12,481.00** |
| | TOTAL FOR SERVICES | | $16,961.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

| | |
|---|---|
| Client/Matter:  93174/0902 | January 25, 2024 |
| Page 6 | BILL NO. 236850 |

DISBURSEMENTS FOR YOUR ACCOUNT

| | |
|---|---:|
| Electronic Research | 62.00 |
| Transportation | 484.38 |
| TOTAL DISBURSEMENTS | 546.38 |
| TOTAL THIS STATEMENT | $17,507.88 |