**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| IN RE: | LTL Management LLC. | APPLICANT: | Otterbourg P.C. |
| CASE NO.: | 23-12825 (MBK) | CLIENT: | Co-Counsel for Official Committee of Talc Claimants |
| CHAPTER: | 11 | CASE FILED: | April 4, 2023 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

---

### SECTION I
### FEE SUMMARY

---

**FOURTH POST DISMISSAL MONTHLY FEE STATEMENT COVERING THE PERIOD NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

Post Dismissal Statement No. 4

Summary of Accounts Requested for the Period from November 1, 2023 through November 30, 2023

| | |
|---|---|
| Total Fees: | $8,087.50 |
| Total Disbursements: | $107.41 |
| Minus 20% holdback of Fees: | $1,617.50 |
| Amount Sought at this Time: | $6,577.41 |

7801220.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Member | 1982 | $1,850.00 | 1.6 | $2,960.00 |
| Adam C. Silverstein ("ACS") Member | 1992 | $1,350.00 | 1.1 | $1,485.00 |
| Jennifer S. Feeney ("JSF") Member | 1998 | $1,115.00 | 1.5 | $1,672.00 |
| John Bougiamas ("JB") Associate | 1993 | $985.00 | 2.0 | $1,970.00 |
| TOTAL FEES | | | 6.2 | $8,087.00 |
| **BLENDED RATE** | | **$1,304.44** | | |

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals* [Dkt. No. 562] (the "Interim Compensation Order") and the *Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. §1112(b); (II) Establishing Procedures with Respect to Requests for Compensation; (III) Granting Related Relief* [Dkt. No. 1211] (the "Dismissal Order"), currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $8,087.50 |
| Less: Holdback (20%) | - $1,617.50 |
| Total Fees Currently Payable | $6,470.00 |
| Add: Disbursements | $107.41 |
| **Total Payable This Invoice** | **$6,577.41** |

7801220.1

## SECTION II
## SUMMARY OF SERVICES

| PROJECT CATEGORY DESCRIPTION | PROJECT CODE | HOURS | FEE |
|---|---|---|---|
| Meetings of and Communications with Committee | L0005 | 2.0 | $2,615.00 |
| Dismissal/Trustee/Examiner Matters | L0018 | 4.2 | $5,472.50 |
| | TOTAL FEES: | 6.2 | $8,087.50 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| CATEGORY | AMOUNT |
|---|---|
| Electronic Research | $107.41 |
| TOTAL DISBURSEMENTS: | $107.41 |

Otterbourg P.C. ("Otterbourg"), as co-counsel for the Official Committee of Talc Claimants, hereby submits its post dismissal monthly fee statement for the period from November 1, 2023 through November 30, 2023 for allowance of compensation for services rendered and reimbursement of expenses incurred (the "Statement"), pursuant to the Interim Compensation Order and Dismissal Order.

WHEREFORE, Otterbourg respectfully requests the payment of the Statement in the amount of $6,470.00 in fees (representing the amount of fees after a 20% holdback) and the reimbursement of $107.41 in expenses, for a total of $6,577.41 in accordance with the Interim Compensation Order.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2023　　　　　　　　　　　　　　/s/ *Melanie L. Cyganowski*
　　　　　　　　　　　　　　　　　　　　　　　　　　Melanie L. Cyganowski, Esq.

7801220.1