# EXHIBIT A
# Time and Expense Detail

Case 23-12825-MBK    Doc 1657-1    Filed 01/26/24    Entered 01/26/24 14:56:45    Desc
Exhibit A    Page 1 of 6

7801220.1

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

January 25, 2024
BILL NO. 236851

Client/Matter No.:     93174/0902
Matter Name:           LTL MANAGEMENT II
Billing Partner:       RG HADDAD

For Services Rendered Through November 30, 2023:

Phase: L0005                                          MEETINGS OF AND COMMUNICATIONS WITH COMM

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/01/23<br>JSF | Telephone Call(s)<br>Participate via Zoom in Committee Meeting re: Appeal Status | .20 | 223.00 |
| 11/01/23<br>ACS | Conference(s) w/ CoCounsel - Other<br>Zoom meeting of Committee counsel re appeal status | .20 | 270.00 |
| 11/08/23<br>ACS | Conference(s) w/ CoCounsel - Other<br>Zoom meet of Committee Members, Member Reps and Co-Counsel re appeal status and strategy | .50 | 675.00 |
| 11/15/23<br>JSF | Telephone Call(s)<br>Participate in Weekly Call with Committee re: Appeals Updates | .30 | 334.50 |
| 11/29/23<br>JSF | Telephone Call(s)<br>Participate in Zoom Meeting with Committee re: Appellate Update | .50 | 557.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

| Client/Matter: 93174/0902 | | | January 25, 2024 |
|---|---|---|---|
| Page 2 | | | BILL NO. 236851 |

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/29/23<br>MLC | Conference call(s)<br>Conference call with committee members re appellate update. | .30 | 555.00 |

| TOTAL PHASE L0005 | 2.00 | $2,615.00 |
|---|---|---|

Phase: L0018                                                      DISMISSAL/TRUSTEE/EXAMINER MATTERS

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/02/23<br>JSF | Examine Documents<br>Review of Update on Appeals Timetable and Open Issues | .20 | 223.00 |
| 11/02/23<br>JB | Analysis of Legal Papers<br>Review notice from third circuit re: appeal schedule/consolidation of briefing | .20 | 197.00 |
| 11/03/23<br>JSF | Examine Documents<br>Review of Updates re: Appeals Status | .30 | 334.50 |
| 11/03/23<br>JB | Analysis of Legal Papers<br>Review appeal update | .20 | 197.00 |
| 11/06/23<br>JB | Analysis of Legal Papers<br>Review LTL appeal issues/potential Supreme Court review issues | .30 | 295.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

| Client/Matter: 93174/0902 | | | January 25, 2024 |
| Page 3 | | | BILL NO. 236851 |

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/09/23<br>JB | Analysis of Legal Papers<br>Review 3rd Circuit notice re: joint stipulation of facts/procedural history for appeal | .20 | 197.00 |
| 11/09/23<br>ACS | Preparation of Legal Papers<br>Review 3rd Cir. re stipulated facts re appeal | .10 | 135.00 |
| 11/10/23<br>JB | Analysis of Legal Papers<br>Review appeal status and follow-up re: clarification of clerk's order | .20 | 197.00 |
| 11/10/23<br>ACS | Conference(s) w/ CoCounsel - Other<br>Zoom meet with J Lampken, J Massey, D Molton, M Winograd, D Stolz and MLC re 3rd Cir. clerk's order in connection with appeal | .30 | 405.00 |
| 11/13/23<br>JB | Analysis of Legal Papers<br>Review emails regarding appeal schedule/oral argument with court | .20 | 197.00 |
| 11/13/23<br>MLC | Correspondence<br>Correspondence with appellate team re argument and briefing schedule for CA3 | .50 | 925.00 |
| 11/17/23<br>JB | Analysis of Legal Papers<br>Review additional notices from court and other filings in appeal to obtain status | .30 | 295.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  93174/0902  January 25, 2024
Page 4  BILL NO. 236851

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/22/23 JB | Analysis of Legal Papers<br>Review update to appeal briefing schedule | .20 | 197.00 |
| 11/22/23 MLC | Review Documents<br>Review of joint motion re scheduling/appeal | .80 | 1,480.00 |
| 11/28/23 JB | Analysis of Legal Papers<br>Review 3rd Circuit order with briefing schedule | .20 | 197.00 |
| TOTAL PHASE L0018 | | 4.20 | $5,472.50 |
| | TOTAL FOR SERVICES | | $8,087.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

```
Client/Matter:  93174/0902                                January 25, 2024
Page 5                                                    BILL NO. 236851


DISBURSEMENTS FOR YOUR ACCOUNT

   Electronic Research                                              107.41
                                                            _____
                         TOTAL DISBURSEMENTS                        107.41

                         TOTAL THIS STATEMENT                   $8,194.91
```