# EXHIBIT A
# Time and Expense Detail

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

```
                                                           January 25, 2024
Client/Matter No.:     93174/0902                          BILL NO. 236852
Matter Name:           LTL MANAGEMENT II
Billing Partner:       RG HADDAD
```

For Services Rendered Through December 31, 2023:

---

Phase: L0005                           MEETINGS OF AND COMMUNICATIONS WITH COMM

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/13/23<br>JSF | Telephone Call(s)<br>Participate in Committee Update Call re: Status of Appeal | .40 | 446.00 |
| 12/13/23<br>MLC | Conference call(s)<br>Meeting with co-counsel and TCC re appeal | .40 | 740.00 |
| 12/13/23<br>DAC | Telephone Call(s)<br>Call with committee re appellate strategy | .40 | 408.00 |
| TOTAL PHASE L0005 | | 1.20 | $1,594.00 |

Phase: L0018                                  DISMISSAL/TRUSTEE/EXAMINER MATTERS

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/05/23<br>JB | Analysis of Legal Papers<br>Review status of appendix submissions/schedule | .40 | 394.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                          January 25, 2024
Page 2                                                              BILL NO. 236852

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 12/13/23<br>JB | Analysis of Legal Papers<br>Review appendix/scheduling issues | .40 | 394.00 |
| 12/14/23<br>JSF | Examine Documents<br>Review of LTL and AHC Opening Briefs to Circuit | 1.40 | 1,561.00 |
| 12/14/23<br>JB | Analysis of Legal Papers<br>Review LTL appellate opening brief | 1.10 | 1,083.50 |
| 12/14/23<br>ACS | Analysis of Appellate brief<br>Review and annotate response points re LTL appellate brief | 1.80 | 2,430.00 |
| 12/14/23<br>ACS | Analysis of Appellate brief<br>Review and annotate response points re Ad Hoc appellate brief | 1.20 | 1,620.00 |
| 12/14/23<br>DAC | Review/analyze<br>Review and analyze debtor and AHC appellate briefs. | 1.70 | 1,734.00 |
| 12/15/23<br>ACS | Review/correct Opposing app. brief<br>Review draft TCC opp brief and annotate comments | 1.70 | 2,295.00 |
| 12/20/23<br>JB | Analysis of Legal Papers<br>Review status of third circuit appeal including order on sealing of documents | .30 | 295.50 |

TOTAL PHASE L0018                                                   10.00        $11,807.00

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                January 25, 2024
Page 3                                                    BILL NO. 236852

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| | TOTAL FOR SERVICES | | $13,401.00 |
| | TOTAL THIS STATEMENT | | $13,401.00 |