# Exhibit A



430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13958
January 30, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**INVOICE**
**For Services Through December 31, 2023**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | | Hours |
|------|------|------|------|
| 12/1/2023 | Walker | Revise appeal brief. | 0.90 |
| 12/1/2023 | Rubin | Revise October fee statement. | 0.30 |
| 12/4/2023 | Walker | Revise appeal brief. | 1.40 |
| 12/5/2023 | Lamken | Emails on Joint Appendix and designations for the record. | 0.10 |
| 12/5/2023 | Lamken | Call regarding appellee brief and record designations. | 0.20 |
| 12/5/2023 | Walker | Revise appeal brief. | 3.00 |
| 12/5/2023 | Rubin | Fact research re litigation posture in support of appeal brief. | 0.20 |
| 12/5/2023 | Rubin | Teleconference with L. Walker re appellate brief revisions. | 0.50 |
| 12/5/2023 | Rubin | Revise brief re preclusion issues. | 0.20 |
| 12/6/2023 | Sokoloff | Revise draft appeal brief. | 6.80 |
| 12/6/2023 | Lamken | Emails on LTL designations. | 0.20 |
| 12/6/2023 | Lamken | Committee call. | 0.30 |
| 12/6/2023 | Walker | Revise appeal brief. | 2.30 |
| 12/6/2023 | Rubin | Revise brief re preclusion issues. | 6.10 |
| 12/6/2023 | Rubin | Email to E. Sokoloff re trial depositions & exhibits. | 0.60 |
| 12/7/2023 | Lamken | Emails on slimming record designations. | 0.10 |
| 12/7/2023 | Walker | Revise appeal brief. | 2.30 |
| 12/8/2023 | Sokoloff | Revise draft appeal brief. | 0.50 |
| 12/8/2023 | Walker | Revise appeal brief. | 6.90 |
| 12/8/2023 | Rubin | Email to L. Walker, E. Sokoloff, & R. Hashem re record; update case file. | 0.70 |
| 12/8/2023 | Rubin | Revise brief facts & argument. | 4.40 |
| 12/9/2023 | Walker | Revise appeal brief. | 1.60 |
| 12/10/2023 | Walker | Revise appeal brief; email re: same. | 0.50 |

| 12/10/2023 | Rubin | Review and revise proposed appendix. | 0.50 |
|---|---|---|---|
| 12/11/2023 | Walker | Revise appeal brief. | 2.10 |
| 12/11/2023 | Rubin | Review draft appendix. | 1.40 |
| 12/11/2023 | Rubin | Communicate with R. Hashem re earnings calls issues. | 0.30 |
| 12/12/2023 | Lamken | Emails regarding position on motion to seal. | 0.10 |
| 12/12/2023 | Lamken | Work on brief for TCC. | 3.20 |
| 12/12/2023 | Walker | Revise appeal brief. | 5.40 |
| 12/12/2023 | Rubin | Update citations re argument section of brief. | 2.50 |
| 12/13/2023 | Sokoloff | Revise draft appeal brief. | 2.20 |
| 12/13/2023 | Lamken | Email providing TCC's position on motion to seal. | 0.10 |
| 12/13/2023 | Lamken | Review draft brief for TCC and edit same. | 6.90 |
| 12/13/2023 | Lamken | Conference with L. Walker regarding same. | 0.30 |
| 12/13/2023 | Lamken | Conference with N. Rubin regarding revisions to draft brief. | 0.10 |
| 12/13/2023 | Lamken | Begin review of LTL opening brief. | 1.00 |
| 12/13/2023 | Lamken | Emails regarding challenge to TCC's continued existence. | 0.20 |
| 12/13/2023 | Lamken | Circulate draft TCC response brief. | 0.10 |
| 12/13/2023 | Lamken | TCC committee call. | 0.30 |
| 12/13/2023 | Walker | Revise brief. | 2.10 |
| 12/13/2023 | Walker | Email re: same. | 0.10 |
| 12/13/2023 | Walker | Conference wtih J. Lamken re: same. | 0.30 |
| 12/13/2023 | Rubin | Revise argument section of brief. | 1.00 |
| 12/13/2023 | Rubin | Email re upcoming deadlines. | 0.10 |
| 12/13/2023 | Rubin | Revise brief in preparation for circulation to committee. | 4.80 |
| 12/13/2023 | Rubin | Call with J. Lamken re brief revisions. | 0.10 |
| 12/13/2023 | Hashem | Research for opening brief. | 0.50 |
| 12/14/2023 | Lamken | Review LTL opening brief. | 2.70 |
| 12/14/2023 | Lamken | Review AHC opening brief. | 1.20 |
| 12/14/2023 | Lamken | Emails analyzing same. | 0.30 |
| 12/14/2023 | Walker | Review and evaluate LTL appeal brief. | 3.90 |
| 12/15/2023 | Lamken | Strategy call re: response brief. | 1.20 |
| 12/15/2023 | Walker | Review Ad Hoc Committee brief. | 2.70 |
| 12/15/2023 | Walker | Strategy call re: response brief. | 1.20 |
| 12/18/2023 | Sokoloff | Video conference with case team re: revisions to draft appeal brief. | 0.50 |
| 12/18/2023 | Sokoloff | Review LTL and Ad Hoc Committee appeal briefs. | 1.30 |
| 12/18/2023 | Lamken | Strategy call re: response brief. | 0.60 |
| 12/18/2023 | Walker | Revise appeal brief. | 0.50 |
| 12/18/2023 | Walker | Confer with team. | 0.20 |
| 12/18/2023 | Rubin | Emails with L. Walker, R. Hashem, & E. Sokoloff re: planning for brief. | 0.10 |

MoloLamken LLP                                                                        Page: 3

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/18/2023 | Rubin | Coordinate LEDES file with B. Wiltgen. | 0.10 |
| 12/18/2023 | Rubin | Conference with L. Walker, R. Hashem, & E. Sokoloff re opposition brief planning. | 0.60 |
| 12/18/2023 | Hashem | Phone conference re: appeal brief. | 0.70 |
| 12/18/2023 | Hashem | Review LTL brief. | 1.80 |
| 12/19/2023 | Walker | Revise appeal brief. | 0.70 |
| 12/19/2023 | Walker | Email re: same. | 0.10 |
| 12/19/2023 | Rubin | Coordinate October billing and November fee statement with C. Smith & B. Wiltgen. | 0.10 |
| 12/20/2023 | Sokoloff | Legal research re: preclusion. | 3.60 |
| 12/20/2023 | Walker | Revise appeal brief. | 1.40 |
| 12/20/2023 | Rubin | Legal and fact research re clear error arguments. | 3.40 |
| 12/21/2023 | Sokoloff | Legal research re: preclusion. | 3.00 |
| 12/21/2023 | Walker | Work on appeal brief. | 0.30 |
| 12/21/2023 | Rubin | Draft argument re clear error. | 4.20 |
| 12/22/2023 | Rubin | Research & drafting re clear error argument. | 0.40 |
| 12/23/2023 | Rubin | Legal and fact research re clear error argument. | 3.10 |
| 12/25/2023 | Rubin | Draft brief re clear error issues. | 0.50 |
| 12/26/2023 | Sokoloff | Revise draft appeal brief. | 1.90 |
| 12/26/2023 | Rubin | Draft brief re clear error issues. | 7.40 |
| 12/27/2023 | Sokoloff | Revise draft appeal brief. | 2.90 |
| 12/27/2023 | Sokoloff | Telephone conference with L. Walker and N. Rubin re: revisions to appeal brief. | 0.40 |
| 12/27/2023 | Walker | Revise appeal brief; confer with team re: preclusion issues. | 3.60 |
| 12/27/2023 | Rubin | Draft brief re clear error issues. | 5.00 |
| 12/27/2023 | Rubin | Teleconference with L. Walker & E. Sokoloff re opposition brief. | 0.40 |
| 12/27/2023 | Rubin | Email to L. Walker re brief organization. | 0.40 |
| 12/28/2023 | Sokoloff | Legal research re: response brief. | 5.80 |
| 12/28/2023 | Walker | Revise appeal brief; review clear error argument insert. | 0.80 |
| 12/29/2023 | Sokoloff | Legal research re: response brief. | 4.40 |
| 12/29/2023 | Rubin | Coordinate fee issues with J. Markowitz. | 0.30 |
| 12/29/2023 | Rubin | Prepare rate notice for 2024. | 1.30 |
| 12/30/2023 | Lamken | Emails on sealing issues. | 0.30 |
| 12/30/2023 | Walker | Revise appeal brief. | 0.80 |
| 12/31/2023 | Walker | Revise appeal brief. | 3.80 |
| 12/31/2023 | Rubin | Email to B. Wiltgen re LTL time. | 0.10 |

|  | Total Hours | 155.80 |
|---|---|---|
|  | Total Fees | $163,576.00 |

MoloLamken LLP                                                                                    Page: 4

---

### Timekeeper Summary

| | | |
|---|---|---|
| Rayiner I. Hashem | 3.00  hours at $975.00/hr | $2,925.00 |
| Jeffrey Lamken | 19.50  hours at $1,750.00/hr | $34,125.00 |
| Nathaniel Rubin | 51.10  hours at $775.00/hr | $39,602.50 |
| Eugene Sokoloff | 33.30  hours at $995.00/hr | $33,133.50 |
| Lucas Walker | 48.90  hours at $1,100.00/hr | $53,790.00 |

### Payments/Holdbacks

| Date | | Amount |
|---|---|---|
| 1/24/2024 | cash receipt 13471 13603 13754 | $64,485.28 |
| | Sub-total Payments: | $64,485.28 |

### Summary

| | |
|---|---|
| Fees: | $163,576.00 |
| Expenses: | $0.00 |
| Total Current Billing: | $163,576.00 |
| Current Fee Amt To be Pd by Debtor (80%): | $130,860.80 |
| Current Holdback Amount (20%): | $32,715.20 |
| Previous Balance Due: | $0.00 |
| **Total Amount Due:** | **$130,860.80** |

MoloLamken LLP

# ML MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13958
January 30, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
    for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through December 31, 2023**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---|
| Fees: | $163,576.00 |
| Expenses: | $0.00 |
| Total Current Billing: | $163,576.00 |
| Current Fee Amt To be Pd by Debtor (80%): | $130,860.80 |
| Current Holdback Amount (20%): | $32,715.20 |
| Previous Balance Due: | $0.00 |
| **Total Now Due:** | **$130,860.80** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info  Signature Bank | Bank info  Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ▇▇▇▇▇ | Account Number: ▇▇▇▇▇ |
| | International SWIFT:  |

# Exhibit B

# MoloLamken LLP

# ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 12/01/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise October fee statement. | | T B160 | 0.30 | 775.00 | 232.50 | 232.50 |
| 12/01/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief. | | T L520 | 0.90 | 1,100.00 | 990.00 | 990.00 |
| 12/04/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief. | | T L520 | 1.40 | 1,100.00 | 1,540.00 | 1,540.00 |
| 12/05/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Fact research re litigation posture in support of appeal brief. | | T L520 | 0.20 | 775.00 | 155.00 | 155.00 |
| 12/05/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief. | | T L520 | 3.00 | 1,100.00 | 3,300.00 | 3,300.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|----------------------------------------------------|---------------|---------------------|-------|-------|-------|-----------|
| 12/05/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Teleconference with L. Walker re appellate brief revisions. | | T L520 | 0.50 | 775.00 | 387.50 | 387.50 |
| 12/05/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise brief re preclusion issues. | | T L520 | 0.20 | 775.00 | 155.00 | 155.00 |
| 12/05/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Emails on Joint Appendix and designations for the record | | T L520 | 0.10 | 1,750.00 | 175.00 | 175.00 |
| 12/05/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Call regarding appellee brief and record designations | | T L520 | 0.20 | 1,750.00 | 350.00 | 350.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|
| 12/06/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief. | | T L520 | 2.30 | 1,100.00 | 2,530.00 | 2,530.00 |
| 12/06/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise brief re preclusion issues. | | T L520 | 6.10 | 775.00 | 4,727.50 | 4,727.50 |
| 12/06/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Email to E. Sokoloff re trial depositions & exhibits. | | T L520 | 0.60 | 775.00 | 465.00 | 465.00 |
| 12/06/2023 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise draft appeal brief. | | T L520 | 6.80 | 995.00 | 6,766.00 | 6,766.00 |
| 12/06/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Emails on LTL designations | | T L520 | 0.20 | 1,750.00 | 350.00 | 350.00 |

# MoloLamken LLP

# ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|-----------|
| 12/06/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Committee call | | T<br>L520 | 0.30 | 1,750.00 | 525.00 | 525.00 |
| 12/07/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise appeal brief. | | T<br>L520 | 2.30 | 1,100.00 | 2,530.00 | 2,530.00 |
| 12/07/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Emails on slimming record designations | | T<br>L520 | 0.10 | 1,750.00 | 175.00 | 175.00 |
| 12/08/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to L. Walker, E. Sokoloff, & R. Hashem re record; update case file. | | T<br>L520 | 0.70 | 775.00 | 542.50 | 542.50 |
| 12/08/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise appeal brief. | | T<br>L520 | 6.90 | 1,100.00 | 7,590.00 | 7,590.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 12/08/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise brief facts & argument. | | T<br>L520 | 4.40 | 775.00 | 3,410.00 | 3,410.00 |
| 12/08/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise draft appeal brief. | | T<br>L520 | 0.50 | 995.00 | 497.50 | 497.50 |
| 12/09/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise appeal brief. | | T<br>L520 | 1.60 | 1,100.00 | 1,760.00 | 1,760.00 |
| 12/10/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review and revise proposed appendix. | | T<br>L520 | 0.50 | 775.00 | 387.50 | 387.50 |
| 12/10/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise appeal brief; email re: same. | | T<br>L520 | 0.50 | 1,100.00 | 550.00 | 550.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|---------|---|---|---|---|---|---|
| 12/11/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief. | | T L520 | 2.10 | 1,100.00 | 2,310.00 | 2,310.00 |
| 12/11/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review draft appendix. | | T L520 | 1.40 | 775.00 | 1,085.00 | 1,085.00 |
| 12/11/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Communicate with R. Hashem re earnings calls issues. | | T L520 | 0.30 | 775.00 | 232.50 | 232.50 |
| 12/12/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief. | | T L520 | 5.40 | 1,100.00 | 5,940.00 | 5,940.00 |
| 12/12/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Update citations re argument section of brief. | | T L520 | 2.50 | 775.00 | 1,937.50 | 1,937.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|-------|------|------|------|------|------|------|
| 12/12/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Emails regarding position on motion to seal | | T L520 | 0.10 | 1,750.00 | 175.00 | 175.00 |
| 12/12/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Work on brief for TCC | | T L520 | 3.20 | 1,750.00 | 5,600.00 | 5,600.00 |
| 12/13/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise argument section of brief. | | T L520 | 1.00 | 775.00 | 775.00 | 775.00 |
| 12/13/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise brief | | T L520 | 2.10 | 1,100.00 | 2,860.00 | 2,310.00 |
| 12/13/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email re upcoming deadlines. | | T L520 | 0.10 | 775.00 | 77.50 | 77.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|-----|------|------|-------|-------|-------|-----------|
| 12/13/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise brief in preparation for circulation to committee. | | T L520 | 4.80 | 775.00 | 3,720.00 | 3,720.00 |
| 12/13/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Call with J. Lamken re brief revisions. | | T L520 | 0.10 | 775.00 | 77.50 | 77.50 |
| 12/13/2023 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise draft appeal brief. | | T L520 | 2.20 | 995.00 | 2,189.00 | 2,189.00 |
| 12/13/2023 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Research for opening brief. | | T L520 | 0.50 | 975.00 | 487.50 | 487.50 |
| 12/13/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Email providing TCC's position on motion to seal | | T L520 | 0.10 | 1,750.00 | 175.00 | 175.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|
| 12/13/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review draft brief for TCC and edit same | | T L520 | 6.90 | 1,750.00 | 12,075.00 | 12,075.00 |
| 12/13/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Conference with L. Walker regarding same | | T L520 | 0.30 | 1,750.00 | 525.00 | 525.00 |
| 12/13/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Conference with N. Rubin regarding revisions to draft brief | | T L520 | 0.10 | 1,750.00 | 175.00 | 175.00 |
| 12/13/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Begin review of LTL opening brief | | T L520 | 1.00 | 1,750.00 | 1,750.00 | 1,750.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 12/13/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Emails regarding challenge to TCC's continued existence | | T L520 | 0.20 | 1,750.00 | 350.00 | 350.00 |
| 12/13/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Circulate draft TCC response brief | | T L520 | 0.10 | 1,750.00 | 175.00 | 175.00 |
| 12/13/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  TCC committee call | | T L520 | 0.30 | 1,750.00 | 525.00 | 525.00 |
| 12/13/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Email re: same | | T L520 | 0.10 | 1,100.00 | 110.00 | 110.00 |
| 12/13/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Conference wtih J. Lamken re: same | | T L520 | 0.30 | 1,100.00 | 1,650.00 | 330.00 |

# MoloLamken LLP

# ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|
| 12/14/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review and evaluate LTL appeal brief. | | T L520 | 3.90 | 1,100.00 | 4,290.00 | 4,290.00 |
| 12/14/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review LTL opening brief | | T L520 | 2.70 | 1,750.00 | 4,725.00 | 4,725.00 |
| 12/14/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review AHC opening brief | | T L520 | 1.20 | 1,750.00 | 2,100.00 | 2,100.00 |
| 12/14/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails analyzing same | | T L520 | 0.30 | 1,750.00 | 525.00 | 525.00 |
| 12/15/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review Ad Hoc Committee brief | | T L520 | 2.70 | 1,100.00 | 2,970.00 | 2,970.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 12/15/2023 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Strategy call re: response brief | | T<br>L520 | 1.20 | 1,750.00 | 2,100.00 | 2,100.00 |
| 12/15/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Strategy call re: response brief | | T<br>L520 | 1.20 | 1,100.00 | 1,320.00 | 1,320.00 |
| 12/18/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise appeal brief | | T<br>L520 | 0.50 | 1,100.00 | 550.00 | 550.00 |
| 12/18/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Video conference with case team re: revisions to draft appeal brief. | | T<br>L520 | 0.50 | 995.00 | 497.50 | 497.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|---------------------------------------------------|---------------|--------------------|-------|-------|-------|-----------|
| 12/18/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review LTL and Ad Hoc Committee appeal briefs. | | T<br>L520 | 1.30 | 995.00 | 1,293.50 | 1,293.50 |
| 12/18/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Phone conference re: appeal brief. | | T<br>L520 | 0.70 | 975.00 | 682.50 | 682.50 |
| 12/18/2023 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review LTL brief. | | T<br>L520 | 1.80 | 975.00 | 1,755.00 | 1,755.00 |
| 12/18/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with L. Walker, R. Hashem, & E. Sokoloff re: planning for brief | | T<br>L520 | 0.10 | 775.00 | 77.50 | 77.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|
| 12/18/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Coordinate LEDES file with B. Wiltgen. | | T B160 | 0.10 | 775.00 | 77.50 | 77.50 |
| 12/18/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Conference with L. Walker, R. Hashem, & E. Sokoloff re opposition brief planning. | | T L520 | 0.60 | 775.00 | 465.00 | 465.00 |
| 12/18/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Strategy call re: response brief | | T L520 | 0.60 | 1,750.00 | 1,050.00 | 1,050.00 |
| 12/18/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Confer with team | | T L520 | 0.20 | 1,100.00 | 220.00 | 220.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|-----------|
| 12/19/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief | | T L520 | 0.70 | 1,100.00 | 770.00 | 770.00 |
| 12/19/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Coordinate October billing and November fee statement with C. Smith & B. Wiltgen. | | T B160 | 0.10 | 775.00 | 77.50 | 77.50 |
| 12/19/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Email re: same | | T L520 | 0.10 | 1,100.00 | 110.00 | 110.00 |
| 12/20/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief. | | T L520 | 1.40 | 1,100.00 | 1,540.00 | 1,540.00 |
| 12/20/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Legal and fact research re clear error arguments. | | T L520 | 3.40 | 775.00 | 2,635.00 | 2,635.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|
| 12/20/2023 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Legal research re: preclusion. | | T L520 | 3.60 | 995.00 | 3,582.00 | 3,582.00 |
| 12/21/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Work on appeal brief. | | T L520 | 0.30 | 1,100.00 | 330.00 | 330.00 |
| 12/21/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Draft argument re clear error. | | T L520 | 4.20 | 775.00 | 3,255.00 | 3,255.00 |
| 12/21/2023 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Legal research re: preclusion. | | T L520 | 3.00 | 995.00 | 2,985.00 | 2,985.00 |
| 12/22/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Research & drafting re clear error argument | | T L520 | 0.40 | 775.00 | 310.00 | 310.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|-----|-----|-----|-----|-----|-----|-----|
| 12/23/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Legal and fact research re clear error argument. | | T<br>L520 | 3.10 | 775.00 | 2,402.50 | 2,402.50 |
| 12/25/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft brief re clear error issues. | | T<br>L520 | 0.50 | 775.00 | 387.50 | 387.50 |
| 12/26/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise draft appeal brief. | | T<br>L520 | 1.90 | 995.00 | 1,890.50 | 1,890.50 |
| 12/26/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft brief re clear error issues. | | T<br>L520 | 7.40 | 775.00 | 5,735.00 | 5,735.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 12/27/2023 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise appeal brief; confer with team re: preclusion issues. | | T L520 | 3.60 | 1,100.00 | 3,960.00 | 3,960.00 |
| 12/27/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise draft appeal brief. | | T L520 | 2.90 | 995.00 | 2,885.50 | 2,885.50 |
| 12/27/2023 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Telephone conference with L. Walker and N. Rubin re: revisions to appeal brief. | | T L520 | 0.40 | 995.00 | 398.00 | 398.00 |
| 12/27/2023 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft brief re clear error issues. | | T L520 | 5.00 | 775.00 | 3,875.00 | 3,875.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|--------------------------------------------------|---------------|---------------------|-------|-------|-------|-----------|
| 12/27/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Teleconference with L. Walker & E. Sokoloff re opposition brief. | | T L520 | 0.40 | 775.00 | 310.00 | 310.00 |
| 12/27/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Email to L. Walker re brief organization. | | T L520 | 0.40 | 775.00 | 310.00 | 310.00 |
| 12/28/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief; review clear error argument insert. | | T L520 | 0.80 | 1,100.00 | 880.00 | 880.00 |
| 12/28/2023 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Legal research re: response brief. | | T L520 | 5.80 | 995.00 | 5,771.00 | 5,771.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 12/29/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Coordinate fee issues with J. Markowitz. | | T B160 | 0.30 | 775.00 | 232.50 | 232.50 |
| 12/29/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Prepare rate notice for 2024 . | | T B160 | 1.30 | 775.00 | 1,007.50 | 1,007.50 |
| 12/29/2023 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Legal research re: response brief. | | T L520 | 4.40 | 995.00 | 4,378.00 | 4,378.00 |
| 12/30/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief. | | T L520 | 0.80 | 1,100.00 | 880.00 | 880.00 |
| 12/30/2023 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Emails on sealing issues | | T L520 | 0.30 | 1,750.00 | 525.00 | 525.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 12/31/2023 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Email to B. Wiltgen re LTL time. | | T B160 | 0.10 | 775.00 | 77.50 | 77.50 |
| 12/31/2023 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief. | | T L520 | 3.80 | 1,100.00 | 4,180.00 | 4,180.00 |
| | | **Grand Total:** | | | 155.80 | | $165,446.00 | $163,576.00 |