| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Lawrence Bluestone, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>lbluestone@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel for Houlihan Lokey* | **OTTERBOURG P.C.**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Sunni Beville, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>sbeville@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Counsel for Houlihan Lokey* |
| In re:<br><br>**LTL MANAGEMENT, LLC**,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

## DESIGNATION BY APPELLEE HOULIHAN LOKEY OF
## ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD OF APPEAL

Pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, Appellee Houlihan Lokey ("HL"), by and through its undersigned counsel, hereby submits its designation of additional items to be included in the record on appeal in connection with the above-captioned appeal by the Debtor ("Appellant") from the following orders: the November 14, 2023 Order Awarding Fees to Houlihan Lokey Capital, Inc. [Dkt. No. 1579] (the "Fee Order") and the related December 21, 2023 Order Denying Motion or Application for the Entry of an Order to Reconsider [Dkt. No. 1628] (the "Reconsideration Order").

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

On January 18, 2024, the Appellant filed *Debtor's Statement of Issues on Appeal and Designation of Items to be Included in the Record on Appeal as to Fee Order and Reconsideration Order* [Dkt. No. 1650] (the "Appellant's Designation").

HL asserts that the Statement of Issues to be Presented on Appeal within Appellant's Designation does not fairly or accurately present the actual issues to be decided on appeal. HL will properly frame the issue(s) on appeal in its appellee brief.

## DESIGNATION OF ADDITIONS TO THE RECORD ON APPEAL

HL hereby designates the items set forth below for inclusion in the record on appeal in addition to those items included in the Appellant's Designation:[2]

(a)  The following docketed items in *In re LTL Management LLC*, Case No. 23-12825 (MBK) (Bankr. D.N.J.):

| Designation | Docket No. | Description |
|---|---|---|
| **1.** | 742 | Amended Declaration of Saul E. Burian in Support of HL's Retention by the Official Committee of Talc Claimants |
| **2.** | 1142 | Certificate of No Objection to HL's April 2023 Monthly Fee Statement for the Period of April 2023 (Dkt. No. 1054) |
| **3.** | 1143 | Certificate of No Objection to HL's Monthly Fee Statement for the Period of May 2023 (Dkt. No. 1055) |
| **4.** | 1144 | Certificate of No Objection to HL's Monthly Fee Statement for the Period of June 2023 (Dkt. No. 1056) |
| **5.** | 1513 | Joint Omnibus Reply of the TCC Professionals, the TCC Committee and the Ad Hoc Committee of Certain Talc Claimants in Support of (I) the Final Applications for Allowance of Fees and Reimbursement of Expenses for the Period of April 4, 2023 Through August 11, 2023 Filed by the TCC Professionals and (II) the TCC Committee and Ad |

---

[2]  The designations herein are identified by reference to the document number and document description as they appear on the electronic docket maintained by the United States Bankruptcy Court for the District of New Jersey in the applicable case, including, without limitation, all exhibits, attachments, declarations, and affidavits thereto.

| Designation | Docket No. | Description |
| --- | --- | --- |
|  |  | Hoc Committee of Talc Claimants' Substantial Contribution Motion |
| 6. | 1570 | MRHFM's Response to the Debtor's Objections to Fee Applications of Massey & Gail LLP and HL |

(b)    The following docketed items in *In re LTL Management LLC*, Case No. 21-30589 (MBK) (Bankr. D.N.J.):

| Designation | Docket No. | Description |
| --- | --- | --- |
| 7. | 1822 | Certificate of No Objection to HL's Monthly Fee Statement for the Period of December 17, 2021 Through December 31, 2021 (Dkt. No. 1660) |
| 8. | 1823 | Certificate of No Objection to HL's Monthly Fee Statement for the Period of January 2022 (Dkt. No. 1661) |
| 9. | 1922 | Order Appointing Fee Examiner |
| 10. | 2012 | Certificate of No Objection to HL's Monthly Fee Statement for the Period of February 2022 (Dkt. No. 1849) |
| 11. | 2296 | Certificate of No Objection to HL's Monthly Fee Statement for the Period of March 2022 (Dkt. No. 2194) |
| 12. | 2385 | Fee Examiner's First Report For the Period October 14, 2021 Through January 31, 2022 |
| 13. | 2515 | Certificate of No Objection to HL's Monthly Fee Statement for the Period of April 2022 (Dkt. No. 2395) |
| 14. | 2768 | Certificate of No Objection to HL's Monthly Fee Statement for the Period of May 2022 (Dkt. No. 2628) |
| 15. | 2943 | Certificate of No Objection to HL's Monthly Fee Statement for the Period of June 2022 (Dkt. No. 2877) |
| 16. | 2958 | Fee Examiner's Second Report for the Period February 1, 2022 Through May 21, 2022 |
| 17. | 3080 | Certificate of No Objection to HL's Monthly Fee Statement for the Period of July 2022 (Dkt. No. 3012) |
| 18. | 3198 | Certificate of No Objection to HL's Monthly Fee Statement for the Period of August 2022 (Dkt. No. 3120) |
| 19. | 3340 | Certificate of No Objection to HL's Monthly Fee Statement for the Period of September 2022 (Dkt. No. 3262) |
| 20. | 3569 | Certificate of No Objection to HL's Monthly Fee Statement for the Period of October 2022 (Dkt. No. 3478) |

| Designation | Docket No. | Description |
|---|---|---|
| **21.** | 3665 | Certificate of No Objection to HL's Monthly Fee Statement for the Period of November 2022 (Dkt. No. 3598) |
| **22.** | 3743 | Fee Examiner's Third Report for the Period June 1, 2022 Through September 30, 2022 |
| **23.** | 3831 | Certificate of No Objection to HL's Monthly Fee Statement for the Period of December 2022 (Dkt. No. 3772) |
| **24.** | 3921 | Amended Certificate of No Objection to HL's Monthly Fee Statement for the Period of December 2022 (Dkt. No. 3869) |

**Certification Pursuant to Bankruptcy Rule 8009(b)**

Pursuant to Bankruptcy Rule 8009(b), HL hereby certifies that it is not ordering any transcripts not already available on the docket and designated above.

Date: February 1, 2024                                     Respectfully submitted,

                                                           **GENOVA BURNS, LLC**


                                                           By:   /s/ *Daniel M. Stolz*
                                                                 Daniel M. Stolz, Esq.
                                                                 Donald W. Clark, Esq.
                                                                 Lawrence Bluestone, Esq.
                                                                 dstolz@genovaburns.com
                                                                 dclarke@genovaburns.com
                                                                 lbluestone@genovaburns.com
                                                                 110 Allen Road, Suite 304
                                                                 Basking Ridge, NJ 07920
                                                                 Tel: (973) 533-0777
                                                                 Fax: (973) 467-8126

                                                           *Local Counsel for Houlihan Lokey*