# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| In re: | Chapter: 11 |
| LTL Management LLC | Case Number: 23-12825 |
| | Civil Number: 24-cv-00082 |
| | Adversary Number: |
| | Bankruptcy Judge: Michael B. Kaplan |

**CORRECTED**

**TRANSMITTAL OF DOCUMENT(S) TO:**
☒ DISTRICT COURT    ☐ CIRCUIT COURT OF APPEALS

The following items have been filed with our office, and are being transmitted:

Appellee

- ☐ Notice of Appeal
- ☐ Order's being Appealed
- ☒ Designation of Record on Appeal
- ☒ Statement of Issues
- ☐ Transcript
- ☐ Transcript Ordered On: _____
- ☐ Motion for Leave to Appeal
- ☐ Certification of Failure to File Designation
- ☐ Motion to Withdraw the Reference
- ☐ Other _____

---

**If a Notice of Appeal is being transmitted:**

The Notice of Appeal was filed in our office on **January 4, 2024**. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | LTL Management, LLC | Appellee(s): | the Official Committee of Talc Claimants |
| Attorney: | Paul R. DeFilippo, Esq. | Attorney: | Daniel M. Stolz, Esq. |
| Address: | 500 Fifth Avenue | Address: | 110 Allen Road, Suite 304 |
| | New York, NY 10110 | | Basking Ridge, NJ 07920 |

Title of Order Appealed: #1579 Order Granting Application For Compensation for Houlihan Lokey Capital, Inc.
#1628 Order Denying Motion To Reconsider

Date Entered On Docket: November 14, 2023 and December 21, 2023.

☐ An appeal has not previously been filed in this case.

☒ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 23-CV-02918 | Judge Michael A. Shipp | May 30, 2023 |
| 23-CV-17597 | Judge Michael A. Shipp | September 7, 2023 |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____
By: _____    Date: _____

*rev. 8/28/17*