## UNITED STATES BANKRUPTCY COURT

### District of New Jersey

In re:                                    Chapter: _____

                                          Case Number: _____

                                          Civil Number: _____

                                          Adversary Number: _____

                                          Bankruptcy Judge: _____

### TRANSMITTAL OF DOCUMENT(S) TO:
### ❑ DISTRICT COURT    ❑ CIRCUIT COURT OF APPEALS

The following items have been filed with our office, and are being transmitted:

❑ Notice of Appeal          ❑ Order's being Appealed       ❑ Designation of Record on Appeal

❑ Statement of Issues        ❑ Transcript                   ❑ Transcript Ordered On: _____

❑ Motion for Leave to Appeal  ❑ Certification of Failure to File Designation   ❑ Motion to Withdraw the Reference

❑ Other _____

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____. The parties to the appeal are:

Appellant(s): _____        Appellee(s): _____

Attorney: _____            Attorney: _____

Address: _____             Address: _____

         _____                      _____

                    #1579 Order Granting Application For Compensation for Houlihan Lokey Capital, Inc.

Title of Order Appealed: _____

Date Entered On Docket: _____

❑    An appeal has not previously been filed in this case.

❑    The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____        Judge assigned: _____

By: _____                               Date: _____

*rev. 8/28/17*