**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE: <u>LTL Management LLC</u>         APPLICANT: <u>Massey & Gail LLP</u>

CASE NO.: <u>23-12825 (MBK)</u>          CLIENT: <u>Official Committee of Talc Claimants</u>

CHAPTER: <u>11</u>                       CASE FILED: <u>April 4, 2023</u>

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

---

### SECTION I
### FEE SUMMARY

Fifth Post Dismissal Monthly Fee Statement Covering the Period
January 1, 2024 Through January 31, 2024

Post Dismissal Monthly Fee Statement No. 5

Summary of Accounts Requested for the Period from January 1, 2024 through January 31, 2024 (the "Fifth Post Dismissal Statement Period"):

| | |
|---|---|
| Total fees: | $ 139,707.50 |
| Total disbursements: | $        0.00 |
| Minus 20% Holdback of Fees: | $  27,941.50 |
| Amount Sought at this Time: | $ 111,766.00 |

6796259.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Jonathan Massey | 1992 | $1220.00 | 79.0 | $96,380.00 |
| Matthew Layden | 2019 | $535.00 | 63.7 | $34,079.50 |
| Usama Ibrahim | 2021 | $510.00 | 10.0 | $5,100.00 |
| Rob Aguirre | N/A | $340.00 | 12.2 | $4,148.00 |
| TOTAL FEES | | | | $139,707.50 |
| BLENDED RATE | | $847.23 | 164.9 | |

Pursuant to the Amended Fee Procedures Order, currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $ 139,707.50 |
| Less: Holdback (20%) | -$ 27,941.50 |
| Total Fees Currently Payable | $ 111,766.00 |
| Add: Disbursements | $     0.00 |
| **Total Payable This Invoice** | **$ 111,766.00** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---:|---:|
| Case Administration (B110) | 3.1 | $2,800.50 |
| Fee/Employment Application (B160) | 20.2 | $9,680.50 |
| Appellate Briefs (L520) | 141.6 | $127,226.50 |
|  |  |  |
| **TOTAL** | **164.9** | **$139,707.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
|  | 0.00 |
| **TOTAL DISBURSEMENTS** | **$0.00** |

I certify under penalty of perjury that the foregoing is true and correct.

/s/*Jonathan S. Massey*
Jonathan S. Massey

Dated: February 8, 2024