# EXHIBIT A

# TIME DETAIL

4



50 E. Washington St.  
Suite 400  
Chicago, IL 60602  
(312) 283-1590

1000 Maine Ave. SW  
Suite 450  
Washington, D.C. 20024  
(202) 652-4511

# PRIVILEGED & CONFIDENTIAL

February 08, 2024

**Official Committee of Talc Claimants**
In re LTL Management, No 23-12825
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 01-01-2024 - 01-31-2024

**RE: LTL Management Bankruptcy Official TCC II**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-01-2024 | JSM | L520 - Appellate Briefs | 1.10 | 1,220.00 | 1,342.00 |
| | | Reviewing April 17 and May 30 Birchfield deposition transcript in light of Third Circuit 12-19-23 order. | | | |
| 01-02-2024 | JSM | L520 - Appellate Briefs | 0.40 | 1,220.00 | 488.00 |
| | | Email communication with TCC counsel re April 17 and May 30 Birchfield deposition transcript in light of Third Circuit 12-19-23 order. | | | |
| 01-02-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Email communication with TCC representatives re April 17 and May 30 Birchfield deposition transcript in light of Third Circuit 12-19-23 order. | | | |
| 01-02-2024 | JSM | L520 - Appellate Briefs | 0.50 | 1,220.00 | 610.00 |
| | | Reviewing LTL proposed redactions to April 17 Birchfield deposition transcript in light of Third Circuit 12-19-23 order. | | | |
| 01-02-2024 | JSM | L520 - Appellate Briefs | 0.40 | 1,220.00 | 488.00 |
| | | Drafting proposed TCC redactions to May 30 Birchfield deposition transcript in light of Third Circuit 12-19-23 order. | | | |
| 01-02-2024 | JSM | L520 - Appellate Briefs | 4.80 | 1,220.00 | 5,856.00 |
| | | Drafting proposed insert to TCC appellees' brief. | | | |
| 01-02-2024 | UI | L520 - Appellate Briefs | 0.10 | 510.00 | 51.00 |
| | | Discussion with J. Massey re preparing redactions to Birchfield deposition transcript. | | | |
| 01-02-2024 | UI | L520 - Appellate Briefs | 0.60 | 510.00 | 306.00 |
| | | Redacting Birchfield deposition transcript in response to Third Circuit Order. | | | |
| 01-02-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Email communication with TCC representatives re proposed redactions to April 17 and May 30 Birchfield deposition transcripts. | | | |
| 01-02-2024 | JSM | L520 - Appellate Briefs | 0.20 | 1,220.00 | 244.00 |
| | | Email communication with LTL counsel re proposed redactions to April 17 and May 30 Birchfield deposition transcripts. | | | |
| 01-02-2024 | RA | B160 - Fee/Employment Application | 3.90 | 340.00 | 1,326.00 |
| | | Draft exhibits to M&G post-removal monthly fee applications to be submitted to the UST. | | | |
| 01-03-2024 | JSM | L520 - Appellate Briefs | 0.20 | 1,220.00 | 244.00 |
| | | Email communication with LTL counsel re proposed redactions to April 17 and May 30 Birchfield deposition transcripts. | | | |
| 01-03-2024 | JSM | L520 - Appellate Briefs | 0.80 | 1,220.00 | 976.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Reviewing Judge Whitley's Aldrich Pump decision for relevance to Third Circuit appeal. | | | |
| 01-03-2024 | JSM | L520 - Appellate Briefs | 0.40 | 1,220.00 | 488.00 |
| | | Email communication with TCC counsel re Judge Whitley's Aldrich Pump decision and its relevance to Third Circuit appeal. | | | |
| 01-03-2024 | JSM | L520 - Appellate Briefs | 0.40 | 1,220.00 | 488.00 |
| | | Email communication with TCC counsel re relevance of possible third LTL bankruptcy filing to Third Circuit appeal. | | | |
| 01-03-2024 | UI | B110 - Case Administration | 0.90 | 510.00 | 459.00 |
| | | Met with committee and co-counsel to discuss forthcoming legal strategy re Third Circuit appeal. | | | |
| 01-03-2024 | UI | B160 - Fee/Employment Application | 0.70 | 510.00 | 357.00 |
| | | Reviewing the UST submissions for fee applications. | | | |
| 01-03-2024 | JSM | B110 - Case Administration | 0.80 | 1,220.00 | 976.00 |
| | | Zoom with TCC members and representatives to discuss appeal and legal strategy. | | | |
| 01-03-2024 | ML | L520 - Appellate Briefs | 2.10 | 535.00 | 1,123.50 |
| | | Preparing comments on Part II of LTL's opening brief in Third Circuit regarding the continued existence of the TCC for use in potential insert to response brief. | | | |
| 01-03-2024 | ML | L520 - Appellate Briefs | 3.30 | 535.00 | 1,765.50 |
| | | Researching legal issues regarding impact of potential LTL 3.0 filing on the current appeal. | | | |
| 01-03-2024 | JSM | L520 - Appellate Briefs | 4.40 | 1,220.00 | 5,368.00 |
| | | Drafting proposed insert to TCC appellees' brief. | | | |
| 01-04-2024 | JSM | L520 - Appellate Briefs | 4.90 | 1,220.00 | 5,978.00 |
| | | Drafting proposed insert to TCC appellees' brief. | | | |
| 01-04-2024 | ML | L520 - Appellate Briefs | 7.80 | 535.00 | 4,173.00 |
| | | Researching legal issues regarding impact of potential LTL 3.0 filing on the current appeal. | | | |
| 01-04-2024 | UI | B160 - Fee/Employment Application | 0.70 | 510.00 | 357.00 |
| | | Reviewing denial of Motion to Dismiss opinion in Aldrich Pump. | | | |
| 01-04-2024 | JSM | L520 - Appellate Briefs | 0.40 | 1,220.00 | 488.00 |
| | | Communication with M. Layden re possible third LTL bankruptcy filing and its relevance to Third Circuit appeal. | | | |
| 01-04-2024 | JSM | L520 - Appellate Briefs | 0.50 | 1,220.00 | 610.00 |
| | | Reviewing LTL corporate filings re possible third LTL bankruptcy filing and its relevance to Third Circuit appeal. | | | |
| 01-05-2024 | JSM | L520 - Appellate Briefs | 1.20 | 1,220.00 | 1,464.00 |
| | | Reviewing research re possible third LTL bankruptcy filing and its relevance to Third Circuit appeal. | | | |
| 01-05-2024 | JSM | B160 - Fee/Employment Application | 0.30 | 1,220.00 | 366.00 |
| | | Email communication with M&G team re preparation of fee application exhibits for US Trustee. | | | |
| 01-05-2024 | ML | L520 - Appellate Briefs | 4.10 | 535.00 | 2,193.50 |
| | | Researching legal issues regarding impact of potential LTL 3.0 filing on the current appeal. | | | |
| 01-05-2024 | ML | L520 - Appellate Briefs | 3.40 | 535.00 | 1,819.00 |
| | | Preparing memorandum on legal issues regarding impact of potential LTL 3.0 filing on the current appeal. | | | |
| 01-05-2024 | JSM | L520 - Appellate Briefs | 2.70 | 1,220.00 | 3,294.00 |
| | | Revising proposed insert to TCC appellees' brief. | | | |
| 01-05-2024 | RA | B160 - Fee/Employment Application | 5.40 | 340.00 | 1,836.00 |
| | | Draft exhibits to Massey & Gail post-dismissal monthly fee statements for UST review. | | | |
| 01-06-2024 | JSM | B160 - Fee/Employment Application | 0.50 | 1,220.00 | 610.00 |
| | | Reviewing M&G fee application exhibits for submission to U.S. Trustee. | | | |
| 01-08-2024 | JSM | B160 - Fee/Employment Application | 0.20 | 1,220.00 | 244.00 |
| | | Submitting M&G fee application exhibits to U.S. Trustee. | | | |
| 01-08-2024 | ML | L520 - Appellate Briefs | 7.40 | 535.00 | 3,959.00 |
| | | Researching legal issues associated with impact of potential LTL 3.0 filing on the current appeal. | | | |
| 01-08-2024 | JSM | L520 - Appellate Briefs | 0.60 | 1,220.00 | 732.00 |
| | | Reviewing research re LLT conversion and possible third bankruptcy filing and its relevance to Third Circuit appeal. | | | |
| 01-08-2024 | JSM | L520 - Appellate Briefs | 1.20 | 1,220.00 | 1,464.00 |
| | | Revising memo re LLT conversion and possible third bankruptcy filing and its relevance to Third Circuit appeal. | | | |
| 01-08-2024 | JSM | B160 - Fee/Employment Application | 0.40 | 1,220.00 | 488.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Email communication with TCC counsel re Houlihan fee payment. | | | |
| 01-08-2024 | JSM | L520 - Appellate Briefs | 3.40 | 1,220.00 | 4,148.00 |
| | | Drafting insert for Third Circuit Appellees' brief. | | | |
| 01-09-2024 | JSM | L520 - Appellate Briefs | 3.70 | 1,220.00 | 4,514.00 |
| | | Composing revisions to draft of Third Circuit Appellees' brief. | | | |
| 01-09-2024 | ML | L520 - Appellate Briefs | 3.40 | 535.00 | 1,819.00 |
| | | Researching legal issues associated with the impact of possible LTL 3.0 filing on current appeal. | | | |
| 01-09-2024 | ML | L520 - Appellate Briefs | 2.60 | 535.00 | 1,391.00 |
| | | Preparing memorandum on legal issues associated with the impact of possible LTL 3.0 filing on current appeal. | | | |
| 01-10-2024 | ML | L520 - Appellate Briefs | 5.60 | 535.00 | 2,996.00 |
| | | Researching legal issues associated with the impact of possible LTL 3.0 filing on current appeal. | | | |
| 01-10-2024 | UI | B160 - Fee/Employment Application | 0.60 | 510.00 | 306.00 |
| | | Research re non-objection to fee application and procedure for payment. | | | |
| 01-10-2024 | ML | B110 - Case Administration | 0.30 | 535.00 | 160.50 |
| | | Attending TCC weekly meeting to discuss appellate issues. | | | |
| 01-10-2024 | JSM | L520 - Appellate Briefs | 7.90 | 1,220.00 | 9,638.00 |
| | | Composing revisions to draft of Third Circuit Appellees' brief. | | | |
| 01-10-2024 | JSM | B110 - Case Administration | 0.40 | 1,220.00 | 488.00 |
| | | Zoom with TCC members and representatives to discuss Third Circuit appeal. | | | |
| 01-10-2024 | JSM | L520 - Appellate Briefs | 0.40 | 1,220.00 | 488.00 |
| | | Reviewing D. Castleman edits to draft of Third Circuit Appellees' brief. | | | |
| 01-11-2024 | JSM | L520 - Appellate Briefs | 0.80 | 1,220.00 | 976.00 |
| | | Telephone conference with M. Winograd and MoloLamken team re draft of Third Circuit Appellees' brief. | | | |
| 01-11-2024 | JSM | L520 - Appellate Briefs | 4.20 | 1,220.00 | 5,124.00 |
| | | Composing revisions to draft of Third Circuit Appellees' brief. | | | |
| 01-11-2024 | JSM | L520 - Appellate Briefs | 1.20 | 1,220.00 | 1,464.00 |
| | | Drafting additional insert for Third Circuit Appellees' brief. | | | |
| 01-11-2024 | JSM | L520 - Appellate Briefs | 2.30 | 1,220.00 | 2,806.00 |
| | | Revising memo re LLT conversion and possible third bankruptcy filing and its relevance to Third Circuit appeal. | | | |
| 01-11-2024 | ML | L520 - Appellate Briefs | 5.40 | 535.00 | 2,889.00 |
| | | Providing comment on TCC Third Circuit opposition brief. | | | |
| 01-11-2024 | JSM | L520 - Appellate Briefs | 0.70 | 1,220.00 | 854.00 |
| | | Conference call with M. Winograd and MoloLamken to discuss draft TCC Third Circuit brief. | | | |
| 01-12-2024 | UI | B160 - Fee/Employment Application | 1.20 | 510.00 | 612.00 |
| | | Revising December 2023 invoice entries. | | | |
| 01-12-2024 | JSM | L520 - Appellate Briefs | 2.10 | 1,220.00 | 2,562.00 |
| | | Revising memo re LLT conversion and possible third bankruptcy filing and its relevance to Third Circuit appeal. | | | |
| 01-12-2024 | JSM | L520 - Appellate Briefs | 0.40 | 1,220.00 | 488.00 |
| | | Reviewing M. Winograd edits to draft of Third Circuit Appellees' brief. | | | |
| 01-12-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Email communication with A. Silverstein re draft of Third Circuit Appellees' brief. | | | |
| 01-13-2024 | JSM | L520 - Appellate Briefs | 0.20 | 1,220.00 | 244.00 |
| | | Email communication with co-appellees re coordination of Third Circuit briefs. | | | |
| 01-13-2024 | JSM | B160 - Fee/Employment Application | 0.30 | 1,220.00 | 366.00 |
| | | Reviewing Dec 2023 fee application. | | | |
| 01-13-2024 | JSM | B160 - Fee/Employment Application | 0.30 | 1,220.00 | 366.00 |
| | | Revising Dec 2023 fee application. | | | |
| 01-16-2024 | UI | B160 - Fee/Employment Application | 1.20 | 510.00 | 612.00 |
| | | Revising December 2023 time entries for fee application. | | | |
| 01-17-2024 | ML | B160 - Fee/Employment Application | 1.30 | 535.00 | 695.50 |
| | | Revising December 2023 invoice. | | | |
| 01-17-2024 | ML | B110 - Case Administration | 0.20 | 535.00 | 107.00 |
| | | Attending weekly TCC meeting to discuss upcoming Third Circuit brief. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-17-2024 | JSM | L520 - Appellate Briefs | 2.80 | 1,220.00 | 3,416.00 |
| | | Reviewing new version of draft Third Circuit Appellees' brief. | | | |
| 01-17-2024 | JSM | L520 - Appellate Briefs | 1.60 | 1,220.00 | 1,952.00 |
| | | Composing revisions to new version of draft Third Circuit Appellees' brief. | | | |
| 01-18-2024 | UI | B160 - Fee/Employment Application | 0.30 | 510.00 | 153.00 |
| | | Reviewing December 2023 fee application. | | | |
| 01-18-2024 | UI | L520 - Appellate Briefs | 0.50 | 510.00 | 255.00 |
| | | Analyzing current draft of Third Circuit brief. | | | |
| 01-18-2024 | ML | L520 - Appellate Briefs | 2.70 | 535.00 | 1,444.50 |
| | | Providing comments on arguments in TCC's Third Circuit response brief. | | | |
| 01-18-2024 | JSM | L520 - Appellate Briefs | 0.60 | 1,220.00 | 732.00 |
| | | Reviewing Mike Winograd comments to TCC Third Circuit appellee's brief. | | | |
| 01-18-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Reviewing M. Layden comments to TCC Third Circuit appellee's brief. | | | |
| 01-18-2024 | RA | B160 - Fee/Employment Application | 2.10 | 340.00 | 714.00 |
| | | Draft M&G's Monthly Fee Statement for December 2023. | | | |
| 01-19-2024 | RA | B160 - Fee/Employment Application | 0.80 | 340.00 | 272.00 |
| | | Finalize M&G's Monthly Fee Statement for December 2023. | | | |
| 01-19-2024 | JSM | L520 - Appellate Briefs | 1.70 | 1,220.00 | 2,074.00 |
| | | Reviewing revised version of TCC Third Circuit brief. | | | |
| 01-19-2024 | UI | L520 - Appellate Briefs | 3.20 | 510.00 | 1,632.00 |
| | | Analyzing revised draft of Third Circuit brief. | | | |
| 01-20-2024 | JSM | L520 - Appellate Briefs | 3.10 | 1,220.00 | 3,782.00 |
| | | Composing edits to revised version of TCC Third Circuit brief. | | | |
| 01-21-2024 | JSM | L520 - Appellate Briefs | 1.10 | 1,220.00 | 1,342.00 |
| | | Reviewing draft of Arnold & Itkin Third Circuit appellees' brief. | | | |
| 01-22-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Email communication with R. Hashem re financial distress argument in TCC Third Circuit brief. | | | |
| 01-22-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Email communication with Gupta Wessler re Third Circuit brief of meso appellees. | | | |
| 01-22-2024 | JSM | L520 - Appellate Briefs | 0.50 | 1,220.00 | 610.00 |
| | | Reviewing Burian testimony on financial distress for TCC Third Circuit appellees' brief. | | | |
| 01-22-2024 | ML | L520 - Appellate Briefs | 2.30 | 535.00 | 1,230.50 |
| | | Researching legal issues regarding the impact of a potential LTL 3.0 filing on the current appeal. | | | |
| 01-23-2024 | ML | L520 - Appellate Briefs | 3.80 | 535.00 | 2,033.00 |
| | | Researching legal issues regarding impact of a potential LTL 3.0 filing on the current appeal. | | | |
| 01-23-2024 | JSM | L520 - Appellate Briefs | 0.40 | 1,220.00 | 488.00 |
| | | Email communication with Gupta Wessler re arguments to make in meso appellees' brief in Third Circuit. | | | |
| 01-23-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Email communication with M. Winograd & J. Lamken re arguments in TCC Third Circuit appellees' brief. | | | |
| 01-24-2024 | JSM | L520 - Appellate Briefs | 1.20 | 1,220.00 | 1,464.00 |
| | | Reviewing revised draft of TCC Third Circuit appellees' brief. | | | |
| 01-24-2024 | ML | L520 - Appellate Briefs | 3.30 | 535.00 | 1,765.50 |
| | | Researching legal issues regarding the impact of a potential LTL 3.0 filing on the current appeal. | | | |
| 01-24-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Email communication with J. Lamken and M. Winograd re TCC Third Circuit appellees' brief. | | | |
| 01-24-2024 | JSM | L520 - Appellate Briefs | 0.40 | 1,220.00 | 488.00 |
| | | Drafting changes to TCC Third Circuit appellees' brief. | | | |
| 01-24-2024 | JSM | B110 - Case Administration | 0.20 | 1,220.00 | 244.00 |
| | | Email communication with M. Layden re summary of discussion at TCC committee meeting of legal strategy and next steps. | | | |
| 01-25-2024 | JSM | L520 - Appellate Briefs | 0.20 | 1,220.00 | 244.00 |
| | | Email communication with M. Layden re impact of potential third bankruptcy filing on Third Circuit appeal. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-25-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Email communication with J. Lamken, R. Hashem and M. Winograd re arguments in TCC Third Circuit appellees' brief. | | | |
| 01-25-2024 | JSM | L520 - Appellate Briefs | 0.20 | 1,220.00 | 244.00 |
| | | Email communication with J. Lamken, R. Hashem and M. Winograd re A. Silverstein's suggestions for arguments in TCC Third Circuit appellees' brief. | | | |
| 01-25-2024 | JSM | L520 - Appellate Briefs | 0.50 | 1,220.00 | 610.00 |
| | | Reviewing A. Silverstein's suggestions for arguments in TCC Third Circuit appellees' brief. | | | |
| 01-25-2024 | JSM | L520 - Appellate Briefs | 0.80 | 1,220.00 | 976.00 |
| | | Reviewing final version of TCC Third Circuit brief. | | | |
| 01-25-2024 | ML | L520 - Appellate Briefs | 3.10 | 535.00 | 1,658.50 |
| | | Researching legal issues regarding the impact of a potential LTL 3.0 filing on the current appeal. | | | |
| 01-25-2024 | JSM | L520 - Appellate Briefs | 0.90 | 1,220.00 | 1,098.00 |
| | | Reviewing further revised draft of TCC Third Circuit appellees' brief. | | | |
| 01-26-2024 | ML | L520 - Appellate Briefs | 1.60 | 535.00 | 856.00 |
| | | Researching legal issues regarding the impact of a potential LTL 3.0 filing on the current appeal. | | | |
| 01-26-2024 | JSM | L520 - Appellate Briefs | 0.80 | 1,220.00 | 976.00 |
| | | Reviewing draft Third Circuit brief of meso claimants from Gupta Wessler. | | | |
| 01-29-2024 | JSM | L520 - Appellate Briefs | 0.40 | 1,220.00 | 488.00 |
| | | Reviewing final Third Circuit brief of meso claimants filed by Gupta Wessler. | | | |
| 01-29-2024 | JSM | L520 - Appellate Briefs | 1.10 | 1,220.00 | 1,342.00 |
| | | Reviewing final U.S. Trustee Third Circuit brief. | | | |
| 01-29-2024 | JSM | L520 - Appellate Briefs | 1.30 | 1,220.00 | 1,586.00 |
| | | Reviewing final Arnold & Itkin Third Circuit brief. | | | |
| 01-29-2024 | JSM | L520 - Appellate Briefs | 0.60 | 1,220.00 | 732.00 |
| | | Reviewing final New Mexico Third Circuit brief. | | | |
| 01-31-2024 | JSM | B110 - Case Administration | 0.30 | 1,220.00 | 366.00 |
| | | Zoom with committee members and representatives re next steps and legal strategy. | | | |
| | | **Total** | | | **139,707.50** |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Jonathan Massey | 79.00 | 96,380.00 |
| Matthew Layden | 63.70 | 34,079.50 |
| Rob Aguirre | 12.20 | 4,148.00 |
| Usama Ibrahim | 10.00 | 5,100.00 |
| **Total** | | **139,707.50** |

| | |
|---|---|
| **Total for this Invoice** | 139,707.50 |