| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **MILLER THOMSON, LLP**<br>Jeffrey C. Carhart<br>Scotia Plaza<br>40 King Street West<br>Suite 5800, PO Box 1011<br>Toronto, ON M5S 3H1<br>Tel: (416)-595-8615<br>Fax: (416) 595-8695<br>Email: jcarhart@millerthomson.com<br><br>*Co-Counsel for the Official Committee of Talc Claimants* | |
| In re:<br><br>LTL MANAGEMENT LLC<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Hon. Michael B. Kaplan |

### SUPPLEMENTAL DECLARATION OF JEFFREY C. CARHART REGARDING MILLER THOMSON LLP RATE INCREASE

I, JEFFREY C. CARHART, pursuant to 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

1. I am a member of the firm of Miller Thomson LLP ("**Miller**"), Special (Canadian) Counsel to the Official Committee of Talc Claimants in the above-captioned chapter 11 case.

2. I incorporate by reference all prior declarations and certifications filed in support of the *Application for Retention of Miller Thomson LLP as Special (Canadian) Counsel To the Official Committee Of Talc Claimants* (the "**Application**") filed in support of the Application.

3. Miller further provides the following disclosures regarding Miller's hourly rate changes in effect as of January 1, 2024 for professionals and paraprofessionals who have rendered and/or may potentially render services in this chapter 11 case:

| Professional/Paraprofessional | Prior Rate Per Hour | New Rate Per Hour [1] (Effective as of 1/1/2024) |
|---|---|---|
| Jeffrey C. Carhart | $925 | $965 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 12, 2024
Toronto, Ontario, Canada

/s/ *[signature]*
Jeffrey C. Carhart, Partner
Miller Thomson LLP

---

[1]    Miller reserves the right to utilize other professionals and paraprofessionals of the firm as the needs of the case dictate.

2

71476340.1