| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel to the Official Talc Claimants Committee* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>100 Main Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Special Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Richard G. Haddad, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>David A. Castleman, Esq.<br>mcyganowski@otterbourg.com<br>rhaddad@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>dcastleman@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official Committee of Talc Claimants* |

In re:

**LTL MANAGEMENT, LLC,**[1]

                     Debtor.

Chapter 11

Case No.: 23-12825 (MBK)

Honorable Michael B. Kaplan

### SUPPLEMENTAL DECLARATION OF JEFFREY A. LAMKEN REGARING RATE INCREASE FOR 2024 FOR MOLOLAMKEN LLP

JEFFREY A. LAMKEN, pursuant to 28 U.S.C. §1745, declares under penalty of perjury as follows:

1. I am a partner of the firm MoloLamken LLP ("MoloLamken"), special appellate litigation counsel to the Official Committee of Talc Claimants in the above-captioned Chapter 11 case.

2. I incorporate by reference my prior certification made on May 17, 2023 in support of MoloLamken's application for retention addressing MoloLamken's rates. Dkt. 542-1.

3. MoloLamken further provides the following disclosures regarding MoloLamken's hourly billing rates to take effect on January 1, 2024, for professionals and paraprofessionals who have rendered and/or may potentially render services in this Chapter 11 case:

| Professional | Billing Rate (Range) |
|---|---|
| Jeffrey A. Lamken (Partner) | $1,975 |
| Lucas M. Walker (Partner) | $1,300 |
| Rayiner Hashem (Partner) | $1,100 |
| Eugene Sokoloff (Partner) | $1,100 |
| Mark Kelley (Senior Associate) | $950 |
| Nathaniel Rubin (Senior Associate) | $950 |
| Catherine Martinez (Associate) | $850 |
| Adam Collins (Legal Assistant) | $325 |
| Julia Downing (Legal Assistant) | $325 |
| Natalie Fay (Legal Assistant) | $325 |
| Anna Starobinets (Legal Assistant) | $325 |
| Other Partners | $950-$2,250 |
| Other Senior Associates | $950 |
| Other Associates | $850 |

| Senior Paralegals | $400 |
|---|---|
| Other Legal Assistants | $325 |

Dated:  February 14, 2024

Respectfully submitted,

**MOLOLAMKEN LLP**

By: /s/ *Jeffrey A. Lamken*
Jeffrey A. Lamken
600 New Hampshire Ave., N.W.
Washington, DC 20037
Telephone: (202) 556-2000
Facsimile: (202) 556-2001
Email: jlamken@mololamken.com

*Special Appellate Litigation Counsel for the*
*Official Committee of Talc Claimants*