# Exhibit "A"

65249797

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

Invoice     6973643  
Date     Feb 16, 2024  
Client     039535

RE: TALC CLAIMANTS, OFFICIAL COMMITTEE

## INVOICE

For professional services rendered in connection with the above captioned matter through January 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0001 | CASE ADMINISTRATION/DISBURSEMENTS [B110] | 0.00 | 2,071.53 | 2,071.53 |
| 039535.0005 | MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150] | 29,140.50 | 0.00 | 29,140.50 |
| 039535.0007 | COMMITTEE GOVERNANCE AND ORGANIZATIONAL MATTERS | 1,860.00 | 0.00 | 1,860.00 |
| 039535.0008 | FEE/EMPLOYMENT APPLICATIONS [B160] | 20,953.00 | 0.00 | 20,953.00 |
| 039535.0010 | CONTESTED MATTERS/LITIGATION (GENERAL) [B190] | 254,995.50 | 0.00 | 254,995.50 |
| | **Total** | **306,949.00** | **2,071.53** | **309,020.53** |

| | |
|---|---|
| Total Current Fees | $306,949.00 |
| 20% Holdback Amount | (61,389.80) |
| 80% CURRENT BALANCE DUE | $245,559.20 |
| Total Current Costs | $2,071.53 |
| **Total Invoice** | **$247,630.73** |

**brown**rudnick

| | |
|---|---|
| TALC CLAIMANTS, OFFICIAL COMMITTEE | Invoice 6973643 |
| C/O DAVID J. MOLTON | Date Feb 16, 2024 |
| BROWN RUDNICK LLP | Client 039535 |
| SEVEN TIMES SQUARE | |
| NEW YORK, NY 10036 | |

RE: CASE ADMINISTRATION/DISBURSEMENTS [B110]

# I N V O I C E

For professional services rendered in connection with the above captioned matter
through January 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0001 | CASE ADMINISTRATION/DISBURSEMENTS [B110] | 0.00 | 2,071.53 | 2,071.53 |
| | **Total** | **0.00** | **2,071.53** | **2,071.53** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $2,071.53 |
| **Total Invoice** | **$2,071.53** |



TALC CLAIMANTS, OFFICIAL COMMITTEE  Invoice 6973643
February 16, 2024  Page 3

RE: CASE ADMINISTRATION/DISBURSEMENTS [B110]

## COST SUMMARY

| Description | Value |
|---|---:|
| FILING FEE | 276.01 |
| EXPERT FEES | 654.82 |
| PARKING AND TOLLS | 279.48 |
| MEALS | 121.65 |
| MISC. EXPENSES | 14.32 |
| MESSENGER | 105.65 |
| LEXIS | 196.00 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 412.00 |
| PACER | 11.60 |
| **Total Costs** | **2,071.53** |

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

Invoice 6973643  
Date Feb 16, 2024  
Client 039535

RE: MEETINGS OF AND COMMUNICATIONS WITH
COMMITTEE/CREDITORS [B150]

## INVOICE

For professional services rendered in connection with the above captioned matter
through January 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0005 | MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150] | 29,140.50 | 0.00 | 29,140.50 |
| | **Total** | **29,140.50** | **0.00** | **29,140.50** |

| | | |
|---|---|---|
| | Total Current Fees | $29,140.50 |
| | Total Current Costs | $0.00 |
| | **Total Invoice** | **$29,140.50** |

TALC CLAIMANTS, OFFICIAL COMMITTEE  
February 16, 2024  
Invoice 6973643  
Page 5

RE: MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150]

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 12/19/23 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 422.00 |
| 12/20/23 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.50 | 527.50 |
| 12/21/23 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); FOLLOW UP RE: HEARING ACCESS; (.2); EMAILS RE: HEARING OUTCOME (.1) | 0.70 | 738.50 |
| 12/22/23 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.50 | 527.50 |
| 01/02/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 01/03/24 | BEVILLE | ATTEND WEEKLY TCC MEETING RE APPEAL UPDATES | 0.50 | 900.00 |
| 01/03/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); FOLLOW UP EMAIL TO COMMITTEE RE: THIRD CIRCUIT FILING (.1); WEEKLY COMMITTEE MEETING (.9) | 1.40 | 1,680.00 |
| 01/03/24 | MOLTON | PARTICIPATE IN WEEKLY COMMITTEE MEETING RE APPEAL STATUS AND ACTION ITEMS | 0.80 | 1,800.00 |
| 01/03/24 | MOLTON | COMMUNICATE WITH MEMBER REPS RE VARIOUS SCENARIOS RE APPEAL RELATIVE TO LTL ACTIVITIES GOING FORWARD | 1.20 | 2,700.00 |
| 01/03/24 | WINOGRAD | ATTEND WEEKLY COMMITTEE MEETING RE: APPEAL STATUS AND ACTION ITEMS | 0.80 | 1,440.00 |
| 01/04/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 01/05/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 01/08/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 01/10/24 | BEVILLE | ATTEND WEEKLY TCC MEETING RE APPELLATE UPDATES | 0.50 | 900.00 |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
February 16, 2024

Invoice 6973643  
Page 6

| Date | Professional | Description | Hours | Value |
| --- | --- | --- | --- | --- |
| 01/10/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); HOST AND PARTICIPATE IN WEEKLY COMMITTEE MEETING (.3); FOLLOW UP EMAIL TO MEMBERS RE: MEMBER MEETING (.2) | 0.90 | 1,080.00 |
| 01/10/24 | MOLTON | PARTICIPATE IN WEEKLY COMMITTEE CALL RE APPEAL STATUS AND ACTION ITEMS | 0.50 | 1,125.00 |
| 01/10/24 | MOLTON | PREPARE FOR WEEKLY COMMITTEE CALL RE APPEAL STATUS AND ACTION ITEMS | 0.30 | 675.00 |
| 01/10/24 | WINOGRAD | COMMITTEE CALL | 0.50 | 900.00 |
| 01/11/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); DISCUSSION AND FOLLOW UP WITH COMMITTEE MEMBERS RE: CASE STATUS AND NEXT STEPS (.5) | 0.90 | 1,080.00 |
| 01/12/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 01/16/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 01/17/24 | BEVILLE | ATTEND WEEKLY TCC MEETING | 0.20 | 360.00 |
| 01/17/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); HOST AND PARTICIPATE IN WEEKLY COMMITTEE MEETING (.2); MEMBERS-ONLY MEETING RE: CASE STATUS (1.1) | 1.70 | 2,040.00 |
| 01/18/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 01/19/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 01/23/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 01/24/24 | BEVILLE | ATTTEND WEEKLY TCC MEETING RE APPEAL UPDATE | 0.10 | 180.00 |
| 01/24/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); BRIEF WEEKLY COMMITTEE MEETING (.2) | 0.60 | 720.00 |
| 01/24/24 | WINOGRAD | ATTEND WEEKLY COMMITTEE MEETING RE: APPEAL STATUS | 0.20 | 360.00 |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
February 16, 2024

Invoice 6973643  
Page 7

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 01/25/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 01/26/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.3); EMAIL TO COMMITTEE RE: UST RESPONSE BRIEF (.3); EMAIL TO COMMITTEE RE: TCC RESPONSE BRIEF (.3) | 0.90 | 1,080.00 |
| 01/29/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 01/30/24 | BEVILLE | RESPOND TO CREDITOR INQUIRIES REGARDING APPEAL STATUS | 0.10 | 180.00 |
| 01/30/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 01/31/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); BRIEF WEEKLY COMMITTEE MEETING (.3) | 0.70 | 840.00 |
| 01/31/24 | MOLTON | PARTICIPATE IN WEEKLY COMMITTEE MEETING RE APPEAL STATUS AND ACTION ITEMS | 0.50 | 1,125.00 |
| | **Total Hours and Fees** | | **20.20** | **29,140.50** |

### TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| SUNNI P. BEVILLE | 1.40 | hours at | 1,800.00 | 2,520.00 |
| DAVID J. MOLTON | 3.30 | hours at | 2,250.00 | 7,425.00 |
| MICHAEL S. WINOGRAD | 1.50 | hours at | 1,800.00 | 2,700.00 |
| SUSAN SIEGER-GRIMM | 11.90 | hours at | 1,200.00 | 14,280.00 |
| SUSAN SIEGER-GRIMM | 2.10 | hours at | 1,055.00 | 2,215.50 |
| **Total Fees** | | | | **29,140.50** |

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE
C/O DAVID J. MOLTON
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NY 10036

Invoice  6973643
Date  Feb 16, 2024
Client  039535

RE: COMMITTEE GOVERNANCE AND ORGANIZATIONAL MATTERS

## INVOICE

For professional services rendered in connection with the above captioned matter through January 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0007 | COMMITTEE GOVERNANCE AND ORGANIZATIONAL MATTERS | 1,860.00 | 0.00 | 1,860.00 |
| | **Total** | **1,860.00** | **0.00** | **1,860.00** |

| | |
|---|---|
| Total Current Fees | $1,860.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,860.00** |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
February 16, 2024

Invoice 6973643  
Page 9

RE: COMMITTEE GOVERNANCE AND ORGANIZATIONAL MATTERS

### TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 01/17/24 | SIEGER-GRIMM | REVIEW BYLAWS RE: COMMITTEE MEMBER RESIGNATION (.2); IMPLEMENT NECESSARY DISTRIBUTION PROTOCOLS AND UPDATES RE: COMMITTEE COMPOSITION (1.1) | 1.30 | 1,560.00 |
| 01/17/24 | COHEN | STRATEGIZE REGARDING, REVIEW, AND UPDATE DISTRIBUTION LISTS TO REFLECT CURRENT COMPOSITION | 0.60 | 300.00 |
| | **Total Hours and Fees** | | **1.90** | **1,860.00** |

### TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| HARRIET E. COHEN | 0.60 | hours at | 500.00 | 300.00 |
| SUSAN SIEGER-GRIMM | 1.30 | hours at | 1,200.00 | 1,560.00 |
| **Total Fees** | | | | **1,860.00** |

**brown**rudnick

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

Invoice 6973643  
Date Feb 16, 2024  
Client 039535

RE: FEE/EMPLOYMENT APPLICATIONS [B160]

# INVOICE

For professional services rendered in connection with the above captioned matter through January 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0008 | FEE/EMPLOYMENT APPLICATIONS [B160] | 20,953.00 | 0.00 | 20,953.00 |
| | **Total** | **20,953.00** | **0.00** | **20,953.00** |

| | |
|---|---|
| Total Current Fees | $20,953.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$20,953.00** |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
February 16, 2024

Invoice 6973643  
Page 11

RE: FEE/EMPLOYMENT APPLICATIONS [B160]

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 12/19/23 | BEVILLE | CONFERENCE CALL WITH CO-COUNSEL REGARDING UPCOMING HEARING (.6); BEGIN PREPARATION FOR ORAL ARGUMENT (.5) | 1.10 | 1,529.00 |
| 12/19/23 | COHEN | STRATEGIZE REGARDING POST-DISMISSAL FEE SUBMISSIONS | 0.20 | 98.00 |
| 12/20/23 | COHEN | STRATEGIZE REGARDING AND WORK ON FIRST POST-DISMISSAL FEE STATEMENT AND COVER SHEET | 1.60 | 784.00 |
| 12/21/23 | BEVILLE | REVISE MONTHLY FEE STATEMENT (.3); PREPARE DECLARATION REGARDING RATE INCREASE (.5); PREPARE FOR HEARING (1.3); HEARING ON MOTION FOR RECONSIDERATION REGARDING HOULIHAN DISCRETIONARY FEE (.4); CORRESPONDENCE REGARDING FORM OF ORDER (.2) | 2.70 | 3,753.00 |
| 12/21/23 | COHEN | STRATEGIZE REGARDING AND FINALIZE MONTHLY FEE STATEMENT AND COORDINATE WITH LOCAL COUNSEL | 0.60 | 294.00 |
| 01/03/24 | BEVILLE | TELEPHONE CONFERENCE WITH T. HEDUS REGARDING NON-PAYMENT OF HOULIHAN FEES (.2); DRAFT LETTER TO COURT REGARDING SAME (.8) | 1.00 | 1,800.00 |
| 01/05/24 | COHEN | PREPARE EMAIL AND SUBMIT CNO | 0.20 | 100.00 |
| 01/08/24 | COHEN | SEND LEDES FILE TO JONES DAY | 0.10 | 50.00 |
| 01/10/24 | BEVILLE | REVIEW STIPULATION FOR PAYMENT OF HL FEES | 0.20 | 360.00 |
| 01/19/24 | BEVILLE | CONFERENCE CALL WITH TCC CO-COUNSEL REGARDING HOULIHAN FEE APPEAL | 0.50 | 900.00 |
| 01/23/24 | BEVILLE | REVIEW LETTER CORRESPONDENCE TO/FROM COURT REGARDING HOULIHAN FEE APPEAL (.3); FOLLOW UP CORRESPONDENCE WITH TCC CO-COUNSEL REGARDING FURTHER SUBMISSION REQUESTED BY COURT (.3); ANALYSIS REGARDING CASE LAW ADDRESSING FEE RELATED ISSUES (.5) | 1.10 | 1,980.00 |
| 01/23/24 | SAWYER | CALL WITH S. BEVILLE RE FEE APPLICATION APPEAL RESEARCH (.5); RESEARCH RE SAME (2.4) | 2.90 | 2,755.00 |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
February 16, 2024

Invoice 6973643  
Page 12

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 01/24/24 | BEVILLE | CONFERENCE CALL WITH HOULIHAN AND CO-COUNSEL REGARDING SUBMISSION REQUESTED BY COURT (.4); DRAFT LETTER TO COURT REGARDING REIMBURSEMENT OF COST OF HOULIHAN FEE APPEAL (1.2); VARIOUS CORRESPONDENCE REGARDING SAME (.1); FINALIZE LETTER FOR SUBMISSION (.1) | 1.80 | 3,240.00 |
| 01/24/24 | SAWYER | ADDITIONAL RESEARCH AND SUMMARY OF SAME RE FEE APPLICATION APPEAL | 1.40 | 1,330.00 |
| 01/24/24 | BEVILLE | FURTHER REVISE LETTER SUBMISSION | 0.30 | 540.00 |
| 01/25/24 | BEVILLE | PREPARE FOR TELECONFERENCE WITH COURT (.5); CORRESPONDENCE REGARDING CANCELLATION OF TELECONFERENCE AND JUDGE'S DECISION (.3) | 0.80 | 1,440.00 |
| | **Total Hours and Fees** | | **16.50** | **20,953.00** |

### TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| SUNNI P. BEVILLE | 5.70 | hours at | 1,800.00 | 10,260.00 |
| SUNNI P. BEVILLE | 3.80 | hours at | 1,390.00 | 5,282.00 |
| HARRIET E. COHEN | 0.30 | hours at | 500.00 | 150.00 |
| HARRIET E. COHEN | 2.40 | hours at | 490.00 | 1,176.00 |
| MATTHEW A. SAWYER | 4.30 | hours at | 950.00 | 4,085.00 |
| **Total Fees** | | | | **20,953.00** |

**brownrudnick**

| | |
|---|---|
| TALC CLAIMANTS, OFFICIAL COMMITTEE | Invoice 6973643 |
| C/O DAVID J. MOLTON | Date Feb 16, 2024 |
| BROWN RUDNICK LLP | Client 039535 |
| SEVEN TIMES SQUARE | |
| NEW YORK, NY 10036 | |

RE: CONTESTED MATTERS/LITIGATION (GENERAL) [B190]

## INVOICE

For professional services rendered in connection with the above captioned matter through January 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0010 | CONTESTED MATTERS/LITIGATION (GENERAL) [B190] | 254,995.50 | 0.00 | 254,995.50 |
| | **Total** | **254,995.50** | **0.00** | **254,995.50** |

| | |
|---|---:|
| Total Current Fees | $254,995.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$254,995.50** |

TALC CLAIMANTS, OFFICIAL COMMITTEE  
February 16, 2024  
Invoice 6973643  
Page 14

RE: CONTESTED MATTERS/LITIGATION (GENERAL) [B190]

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 12/19/23 | WINOGRAD | REVIEW DRAFT APPEAL PAPERS (1.9); RESEARCH AND OUTLINING ON SPECIFIC APPEAL ISSUES (1.4) | 3.30 | 4,224.00 |
| 12/19/23 | MOLTON | ATTENTION TO RESPONSE BRIEF FOR THIRD CIRCUIT ADDRESSING ISSUES RAISED BY LTL | 1.20 | 2,340.00 |
| 12/20/23 | WINOGRAD | REVIEW MDL FILINGS (1.0); REVIEW DRAFT SECTIONS OF BRIEF (2.3) | 3.30 | 4,224.00 |
| 12/21/23 | WINOGRAD | REVIEW EDITS TO APPEAL BRIEF (1.3); RESEARCH AND OUTLINING FOR APPEAL BRIEF (1.0); COURT HEARING (.3) | 2.60 | 3,328.00 |
| 12/22/23 | WINOGRAD | REVIEW DRAFT APPEAL BRIEF INSERT RE SPECIFIC ISSUE (1.8); DRAFTING FRO BRIEF (.3) | 2.10 | 2,688.00 |
| 12/22/23 | MOLTON | ATENTION TO RESPONSIVE BRIEF ISSUES AND ACTION ITEM | 1.10 | 2,145.00 |
| 12/26/23 | WINOGRAD | EMAILS RE DRAFT BRIEF (.3); REVIEW COMMENTS ON DRAFT BRIEF (.8) | 1.10 | 1,408.00 |
| 12/27/23 | MOLTON | ATTENTION TO RESPONSIVE BRIEF ISSUES AND ACTION ITEMS | 2.00 | 3,900.00 |
| 12/28/23 | MOLTON | ATTENTION TO RESPONSIVE BRIEF ISSUES AND ACTION ITEMS | 0.80 | 1,560.00 |
| 12/29/23 | MOLTON | ATTENTION TO RESPONSIVE BRIEF ISSUES AND ACTION ITEMS | 1.70 | 3,315.00 |
| 12/30/23 | WINOGRAD | CALL RE SEALING ISSUE (.5); RESEARCH RE SEALING ISSUE (1.0); REVIEW AND EMAILS RE SEALING ISSUE (.9) | 2.40 | 3,072.00 |
| 01/01/24 | WINOGRAD | EMAILS RE SEALING ISSUE | 0.50 | 900.00 |
| 01/02/24 | JONAS | CORRESPONDENCE RE: APPELLATE BRIEF(.3); CALL W/DJM RE SAME (.2) | 0.50 | 1,125.00 |
| 01/02/24 | WINOGRAD | DRAFTING FOR APPEAL BRIEF (1.8); REVIEW AND EMAILS RE MOTION TO SEAL (1.1) | 2.90 | 5,220.00 |
| 01/02/24 | MOLTON | ATTENTION TO VARIOUS SCENARIOS RE APPEAL RELATIVE TO LTL ACTIVITIES GOING FORWARD | 1.60 | 3,600.00 |
| 01/02/24 | MOLTON | REVIEW ALDRICH PUMP DECISION RE IMPACT ON ISSUES ON APPEAL | 2.60 | 5,850.00 |
| 01/03/24 | WINOGRAD | EMAILS RE APPEAL BRIEF (2.0); DRAFTING FOR APPEAL BRIEF (1.3) | 3.30 | 5,940.00 |
| 01/03/24 | MOLTON | ATTENTION TO ISSUES RE RESPONSIVE BRIEF | 1.10 | 2,475.00 |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
February 16, 2024

Invoice 6973643  
Page 15

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 01/03/24 | MOLTON | CONTINUED ATTENTION TO VARIOUS SCENARIOS RE APPEAL RELATIVE TO LTL ACTIVITIES GOING FORWARD | 1.00 | 2,250.00 |
| 01/03/24 | MOLTON | PREPARE FOR WEEKLY COMMITTEE MEETING RE APPEAL STATUS AND ACTION ITEMS | 0.30 | 675.00 |
| 01/03/24 | JONAS | REVIEW CORRESPONDENCE | 0.40 | 900.00 |
| 01/04/24 | MOLTON | CONTINUED REVIEW OF RECENT ALDRICH PUMP MTD DECISION RE ISSUES BEFORE THE THIRD CIRCUIT IN PRESENT APPEAL | 2.60 | 5,850.00 |
| 01/04/24 | WINOGRAD | REVIEW NC OPINION (1.2); RESEARCH RE CERT (.8); EMAILS RE LTL (.3); DRAFTING FOR APPEAL BRIEF (1.0) | 3.30 | 5,940.00 |
| 01/04/24 | JONAS | REVIEW CORRESPONDENCE RE: APPELLATE ISSUES AND FOLLOW UP | 0.20 | 450.00 |
| 01/05/24 | JACOBS | APPEAL RESEARCH RE DOMICILE OF LTL MANAGEMENT LLC | 2.10 | 1,869.00 |
| 01/05/24 | MOLTON | ATTENTION TO ISSUES RE APPEAL BRIEF AND PREPARATION THEREOF | 1.20 | 2,700.00 |
| 01/08/24 | MOLTON | REVIEW SUMMARY OF LTL/LLT ACTIVITIES RE ISSUES IMPACTING APPEAL AND APPEAL ARGUMENTS | 0.70 | 1,575.00 |
| 01/08/24 | MOLTON | ATTENTION TO ISSUES RE APPEAL BRIEF AND PREPARATION THEREOF | 0.90 | 2,025.00 |
| 01/09/24 | MOLTON | ATTENTION TO ISSUES RE APPEAL BRIEF, PREPARATION THEREOF AND RESPONSE TO DEBTOR OPTIONS RE APPEAL | 0.80 | 1,800.00 |
| 01/09/24 | WINOGRAD | REVIEW FULL DRAFT APPEAL BRIEF (2.1); EMAILS RE DRAFT BRIEF (.2) | 2.30 | 4,140.00 |
| 01/10/24 | MOLTON | REVIEW LATEST ITERATION OF TCC RESPONSE BRIEF FOR THIRD CIRCUIT | 2.10 | 4,725.00 |
| 01/10/24 | WINOGRAD | REVIEW AND EDIT DRAFT APPEAL BREIF (3.2); REVIEW COMMENTS ON DRAFT BRIEF (.8); EMAILS RE APPEAL (.4) | 4.40 | 7,920.00 |
| 01/11/24 | WINOGRAD | REVIEW AND EDIT DRAFT BRIEF (6.9); CALLS RE EDITS TO BRIEF (.8); EMAILS RE BRIEF STRATEGY (.5) | 8.20 | 14,760.00 |
| 01/12/24 | COHEN | REVIEW TRIAL TRANSCRIPTS AND PROVIDE M. WINOGRAD WITH PORTIONS AS REQUESTED | 0.30 | 150.00 |
| 01/12/24 | WINOGRAD | REVIEW AND EDIT DRAFT APPEAL BRIEF (9.2); EMAILS RE DRAFT BRIEF (.3) | 9.50 | 17,100.00 |
| 01/16/24 | WINOGRAD | REVIEW DRAFT MEMO RE IMPACT OF LTL NAME CHANGE (.5); REVIEW AND EDITING FOR DRAFT APPEAL BRIEF (3.2) | 3.70 | 6,660.00 |
| 01/16/24 | SIEGER-GRIMM | FOLLOW UP RE: APPELLATE ISSUES | 0.20 | 240.00 |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
February 16, 2024

Invoice 6973643  
Page 16

| Date | Professional | Description | Hours | Value |
| --- | --- | --- | --- | --- |
| 01/17/24 | WINOGRAD | REVIEW AND EDITING FOR DRAFT APPEAL BRIEF (6.2); EMAILS RE AND CIRCULATE DRAFT APPEAL BRIEF (.3); COMMITTEE CALL (.3); EMAILS RE COMMENTS ON DRAFT BRIEF (.5) | 7.30 | 13,140.00 |
| 01/17/24 | MOLTON | COMMENCE REVIEW OF NEXT ITERATION OF TCC RESPONSE BRIEF | 2.50 | 5,625.00 |
| 01/18/24 | COHEN | SEND FILING RE APPEAL TO S. SIEGER-GRIMM; UPDATE DATABASES AND REVIEW CALENDAR | 0.30 | 150.00 |
| 01/18/24 | WINOGRAD | REVIEW AND EDITING FOR DRAFT APPEAL BRIEF (5.6); EMAILS RE COMMENTS ON DRAFT BRIEF (.5) | 6.10 | 10,980.00 |
| 01/19/24 | WEINSTEIN | REVIEW OF DRAFT APPEAL BRIEF | 1.70 | 1,181.50 |
| 01/19/24 | WINOGRAD | CALLS RE STATUS AND STRATEGY OF DRAFT BRIEF (.9); REVIEW COMMENTS ON DRAFT BRIEF (.8); REVIEW AND REVISING FOR DRAFT BRIEF (3.2) | 4.90 | 8,820.00 |
| 01/22/24 | WINOGRAD | CALL RE STRATEGY FOR COMPLETING DRAFT BRIEF (.3); REVIEW DRAFT BRIEF (2.8); EMAILS WITH CO-APPELLEES (.4) | 3.50 | 6,300.00 |
| 01/22/24 | WEINSTEIN | READ ARTICLE ON J. KAPLAN RE: SPECIAL MASTER RULE | 0.10 | 69.50 |
| 01/22/24 | WEINSTEIN | READ DRAFT APPEAL BRIEF | 0.70 | 486.50 |
| 01/23/24 | WINOGRAD | EMAILS RE CO-APPELLEES (.5); REVIEW AND EDITING RE DRAFT APPEAL BRIEF (3.2) | 3.70 | 6,660.00 |
| 01/24/24 | WINOGRAD | REVIEW, PROOF, AND EDIT DRAFT APPEAL BRIEF (3.1); EMAILS RE DRAFT BRIEF (.5) | 3.60 | 6,480.00 |
| 01/24/24 | MOLTON | REVIEW LATEST ITERATION OF THIRD CIRCUIT BRIEF TO BE FILED ON 26 JANUARY | 2.60 | 5,850.00 |
| 01/24/24 | JONAS | REVIEW CORRESPONDENCE AND DRAFT PLEADINGS | 0.30 | 675.00 |
| 01/24/24 | SIEGER-GRIMM | REVIEW/COMMENTS TO APPELLATE BRIEF | 0.90 | 1,080.00 |
| 01/25/24 | COHEN | RESEARCH DOCKET AND TRANSCRIPTS FOR G. CICERO, S. SIEGER-GRIMM, AND L. BENSON AND PREPARE EXCERPTS AS REQUESTED (.9); COMPILE DISMISSAL ORDER IN BOTH BANKRUPTCY CASES AND THIRD CIRCUIT DECISION FOR G. CICERO (.2) | 1.10 | 550.00 |
| 01/25/24 | MOLTON | CONTINUED REVIEW OF NEAR FINAL FILING ITERATION OF THIRD CIRCUIT BRIEF | 2.90 | 6,525.00 |
| 01/25/24 | WINOGRAD | REVIEW AND EDITING THE DRAFT BRIEF (2.1); REVIEW CO-APPALLED DRAFTS (1.5); EMAILS RR BRIEF (.4) | 4.00 | 7,200.00 |
| 01/26/24 | COHEN | ASSIST S. SIEGER-GRIMM WITH APPELLATE FILINGS AND UPDATE DATABASES | 0.20 | 100.00 |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
February 16, 2024

Invoice 6973643  
Page 17

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 01/26/24 | WINOGRAD | REVIEW AND ADDRESS COMMENTS ON DRAFT APPEAL BRIEF (1.5); REVIEW AND PROOF NEAR FINAL DRAFT OF APPEAL BRIEF (3.4); EMAILS RE STATUS AND SCHEDULE (.5); REVIEW AS FILED BRIEFS BY CO-APPELLEES (2.4) | 7.80 | 14,040.00 |
| 01/26/24 | MOLTON | REVIEW FILING DRAFT OF THIRD CIRCUIT BRIEF | 3.20 | 7,200.00 |
| 01/29/24 | SIEGER-GRIMM | REVIEW AND ANALYSIS RE: APPELLATE BELIEFS | 1.10 | 1,320.00 |
| 01/29/24 | WINOGRAD | REVIEW AND OUTLINING RE AS FILED APPEAL BRIEFS | 2.80 | 5,040.00 |
| 01/30/24 | WINOGRAD | RESEARCH AND OUTLINING RE ORAL ARGUMENT | 2.10 | 3,780.00 |
| 01/31/24 | WINOGRAD | REVIEW FILINGS AND OUTLINING FOR APPEAL | 1.50 | 2,700.00 |
| | **Total Hours and Fees** | | **143.20** | **254,995.50** |

### TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| JEFFREY L. JONAS | 1.40 | hours at | 2,250.00 | 3,150.00 |
| DAVID J. MOLTON | 26.10 | hours at | 2,250.00 | 58,725.00 |
| DAVID J. MOLTON | 6.80 | hours at | 1,950.00 | 13,260.00 |
| HARRIET E. COHEN | 1.90 | hours at | 500.00 | 950.00 |
| DAVID WEINSTEIN | 2.50 | hours at | 695.00 | 1,737.50 |
| MICHAEL S. WINOGRAD | 85.40 | hours at | 1,800.00 | 153,720.00 |
| MICHAEL S. WINOGRAD | 14.80 | hours at | 1,280.00 | 18,944.00 |
| SUSAN SIEGER-GRIMM | 2.20 | hours at | 1,200.00 | 2,640.00 |
| ISABELLE R. JACOBS | 2.10 | hours at | 890.00 | 1,869.00 |
| **Total Fees** | | | | **254,995.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*  
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*  
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

| | |
|---|---|
| TALC CLAIMANTS, OFFICIAL COMMITTEE | Invoice 6973643 |
| C/O DAVID J. MOLTON | Date Feb 16, 2024 |
| BROWN RUDNICK LLP | Client 039535 |
| SEVEN TIMES SQUARE | |
| NEW YORK, NY 10036 | |

RE: TALC CLAIMANTS, OFFICIAL COMMITTEE



Remittance remit

**Balance Due:  $247,630.73**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: