| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br><br><br><br><br>In Re: | Case No.: _____<br><br>Chapter: _____<br><br>Hearing Date: _____<br><br>Judge: _____ |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☐ Withdrawn

Matter: _____

_____

Date: _____      _____
                                                                            Signature

*rev.8/1/15*