# EXHIBIT A

**GENOVA BURNS LLC**

February 29, 2024
Invoice No.:    508782

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/23 | DWC | B110 | Rvw email from LTL and draft consent order for direct appeal | .40 | 600.00 | 240.00 |
| 1/02/24 | DMS | B110 | Call with TCC and appellate team. | 1.30 | 900.00 | 1,170.00 |
| 1/02/24 | DMS | B110 | Review LTL filing of partially redacted transcript with Third Circuit. | .30 | 900.00 | 270.00 |
| 1/05/24 | DMS | B110 | Review Grimms email regarding appeal status. | .20 | 900.00 | 180.00 |
| 1/08/24 | DMS | B110 | Email with Massey regarding appellate issues. | .30 | 900.00 | 270.00 |
| 1/08/24 | LD | B110 | Locate, order and disburse transcripts. | .40 | 275.00 | 110.00 |
| 1/12/24 | DMS | B110 | Review Massey memo on appellate issues. | .30 | 900.00 | 270.00 |
| 1/17/24 | DMS | B110 | Review dismissal Order and emails with HL and co-counsel regarding appeal. | .40 | 900.00 | 360.00 |
| 1/17/24 | DMS | B110 | TCC call regarding appeal. | .30 | 900.00 | 270.00 |
| 1/18/24 | DMS | B110 | Review draft appellate brief (first read) and provide initial comment. | .90 | 900.00 | 810.00 |
| 1/19/24 | DMS | B110 | Emails with Winograd regarding appeal briefing. | .30 | 900.00 | 270.00 |
| 1/19/24 | DMS | B110 | Emails with Appellate team regarding brief status etc. | .30 | 900.00 | 270.00 |
| 1/22/24 | LD | B160 | File and serve MG 4th post-dismissal fee statement for December. | .40 | 275.00 | 110.00 |
| 1/22/24 | LD | B160 | Prepare and file COS re MG 4th post-dismissal fee statement. | .50 | 275.00 | 137.50 |
| 1/23/24 | DMS | B110 | Emails with Lamken regarding appellate brief. | .50 | 900.00 | 450.00 |
| 1/24/24 | DMS | B110 | Call with TCC and Appellate counsel. | .50 | 900.00 | 450.00 |
| 1/24/24 | DMS | B110 | Review draft of appeal brief from Lamken. | 1.10 | 900.00 | 990.00 |
| 1/26/24 | DMS | B110 | Reviewed US Trustee appeal brief. | .50 | 900.00 | 450.00 |

GENOVA BURNS LLC

February 29, 2024
Invoice No.:    508782

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/26/24 | DMS | B110 | Review filed TCC brief. | .50 | 900.00 | 450.00 |
| 1/31/24 | DMS | B110 | TCC meeting regarding appeal. | .50 | 900.00 | 450.00 |

**TOTAL PROFESSIONAL SERVICES**            **$ 7,977.50**

SUMMARY OF PROFESSIONAL SERVICES

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Daniel M Stolz | Partner | 8.20 | 900.00 | 7,380.00 |
| Donald W. Clarke | Partner | .40 | 600.00 | 240.00 |
| Lorrie Denson | Paralegal | 1.30 | 275.00 | 357.50 |
| **TOTALS** | | **9.90** | | **$ 7,977.50** |

GENOVA BURNS LLC

February 29, 2024
Invoice No.: 508782

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 1/08/24 | Court Reporter, J&J Court Transcribers, Inc., 2024-00038 - fee for 1 copy of 16 pages Federal Court Ordinary on 12/21/23. U.S. Bankruptcy Court, Trenton NJ | 16.00 |
| | **TOTAL DISBURSEMENTS** | **$ 16.00** |