# Exhibit A



430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14067
February 29, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
    for the District of New Jersey

**INVOICE**
**For Services Through January 31, 2024**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | | Hours |
|------|--------------|--|-------|
| 1/1/2024 | Sokoloff | Revise draft response brief. | 4.80 |
| 1/1/2024 | Walker | Revise appeal brief. | 7.00 |
| 1/1/2024 | Hashem | Correspondence with J. Massey re: appendix designations. | 0.10 |
| 1/2/2024 | Sokoloff | Telephone conference with L. Walker and N. Rubin re: revisions to response brief. | 0.30 |
| 1/2/2024 | Sokoloff | Revise response brief. | 0.50 |
| 1/2/2024 | Walker | Revise appeal brief. | 5.30 |
| 1/2/2024 | Walker | Conference with N. Rubin and E. Sokoloff re: revisions. | 0.30 |
| 1/2/2024 | Rubin | Update case file re joint appendix. | 1.80 |
| 1/2/2024 | Rubin | Prepare and file November 2023 fee statement. | 1.70 |
| 1/3/2024 | Sokoloff | Revise response brief. | 7.00 |
| 1/3/2024 | Walker | Revise appeal brief and emails re: same. | 5.40 |
| 1/3/2024 | Rubin | Committee call re ongoing appeal issues. | 0.70 |
| 1/3/2024 | Rubin | Review party briefs in preparation for further revisions and finalization. | 1.20 |
| 1/4/2024 | Sokoloff | Revise appeal brief. | 0.70 |
| 1/4/2024 | Walker | Revise section 1112(b)(2) argument. | 1.40 |
| 1/4/2024 | Walker | Confer with team and email re: appeal brief. | 0.30 |
| 1/4/2024 | Rubin | Review and analyze party briefs in preparation for revisions. | 6.50 |
| 1/5/2024 | Walker | Revise appeal brief. | 0.90 |
| 1/5/2024 | Rubin | Review and analyze party briefing in preparation for revisions. | 0.40 |
| 1/5/2024 | Rubin | Research & draft brief re: AHC issues. | 5.40 |
| 1/6/2024 | Walker | Revise appeal brief. | 1.00 |
| 1/6/2024 | Rubin | Draft brief sessions re: fact issues. | 1.80 |
| 1/6/2024 | Hashem | Revise appeal brief section on support for plan. | 3.10 |

MoloLamken LLP

| 1/7/2024 | Lamken | Work on draft brief for TCC. | 5.90 |
|---|---|---|---|
| 1/8/2024 | Lamken | Work on TCC brief. | 6.90 |
| 1/8/2024 | Walker | Revise and incorporate edits to appeal brief. | 0.20 |
| 1/8/2024 | Walker | Conference with N. Rubin regarding same. | 0.30 |
| 1/8/2024 | Rubin | Teleconference with L. Walker re brief revisions & citations. | 0.30 |
| 1/9/2024 | Lamken | Work on TCC brief. | 1.90 |
| 1/9/2024 | Walker | Revise appeal brief. | 1.60 |
| 1/9/2024 | Walker | Confer with team re: same. | 0.20 |
| 1/9/2024 | Rubin | Revise draft brief. | 4.20 |
| 1/9/2024 | Rubin | Teleconference with L. Walker re brief revisions. | 0.20 |
| 1/10/2024 | Lamken | Review proposed revisions from appellate team. | 1.00 |
| 1/10/2024 | Walker | Confer with team and email re: appeal brief edits and next steps. | 0.30 |
| 1/10/2024 | Rubin | Attend committee call re appeal status. | 0.30 |
| 1/11/2024 | Sokoloff | Video conference with co-counsel re: response brief draft. | 0.80 |
| 1/11/2024 | Lamken | Review edits from appellate team (Massey, Winograd). | 2.30 |
| 1/11/2024 | Lamken | Emails with co-counsel to coordinate. | 0.50 |
| 1/11/2024 | Walker | Review and confer with team re: edits to appeal brief. | 1.70 |
| 1/11/2024 | Rubin | Revise brief re citations and appendix material. | 1.60 |
| 1/11/2024 | Rubin | Video conference with M. Winograd, J. Massey, L. Walker, R. Hashem, & E. Sokoloff re brief revisions. | 0.80 |
| 1/12/2024 | Lamken | Review further proposed edits from appellate team. | 2.70 |
| 1/12/2024 | Walker | Review edits to appeal brief. | 1.00 |
| 1/12/2024 | Rubin | Revise draft brief. | 2.30 |
| 1/13/2024 | Walker | Revise appeal brief. | 0.30 |
| 1/13/2024 | Walker | Confer with team re: same. | 0.10 |
| 1/13/2024 | Rubin | Revise draft brief. | 2.70 |
| 1/14/2024 | Walker | Revise appeal brief in light of comments. | 4.30 |
| 1/15/2024 | Lamken | Further revisions to brief (reduce lengthy strategy calls). | 7.10 |
| 1/15/2024 | Walker | Revise appeal brief. | 5.70 |
| 1/15/2024 | Rubin | Emails to L. Walker, R. Hashem, E. Sokoloff re case management. | 0.40 |
| 1/16/2024 | Lamken | Edit draft brief. | 6.90 |
| 1/16/2024 | Lamken | Emails and calls with L. Walker regarding draft and strategy issues. | 0.50 |
| 1/16/2024 | Lamken | Email circulating draft to team and raising strategic calls for consideration. | 0.40 |
| 1/16/2024 | Walker | Revise and confer with team re: appeal brief. | 2.40 |
| 1/16/2024 | Rubin | Revise and update brief. | 1.80 |
| 1/17/2024 | Sokoloff | Video conference with case team re: finalizing appeal brief. | 0.60 |
| 1/17/2024 | Lamken | Further changes to brief. | 0.20 |
| 1/17/2024 | Lamken | Emails with M. Winograd re: revisions to brief. | 1.00 |
| 1/17/2024 | Lamken | Conference with L. Walker re: proposed revisions. | 0.10 |

MoloLamken LLP                                                                                         Page: 3

| | | | |
|---|---|---|---|
| 1/17/2024 | Walker | Revise appeal brief; email re: same. | 0.90 |
| 1/17/2024 | Rubin | Communicate with L. Walker, R. Hashem, and E. Sokoloff re: preparations for filing. | 0.20 |
| 1/17/2024 | Rubin | Conference with L. Walker, R. Hashem, & E. Sokoloff re: brief finalization and filing planning. | 0.70 |
| 1/18/2024 | Lamken | Review proposed revision and edits. | 1.20 |
| 1/18/2024 | Lamken | Incorporate and revise same. | 3.70 |
| 1/18/2024 | Lamken | Emails with team regarding revisions. | 0.10 |
| 1/18/2024 | Walker | Review edits to appeal brief; email re: same. | 2.50 |
| 1/18/2024 | Rubin | Revise brief in preparation for cite check. | 4.40 |
| 1/18/2024 | Rubin | Email with Counsel Press re: brief on appeal. | 0.60 |
| 1/18/2024 | Rubin | Coordinate filing with Counsel Press & R. Hashem. | 0.60 |
| 1/18/2024 | Hashem | Correspondence with Counsel Press re: brief filing. | 0.20 |
| 1/19/2024 | Collins | Cite check appeal brief. | 5.50 |
| 1/19/2024 | Christoffersen | Cite check appeal brief. | 0.60 |
| 1/19/2024 | Lamken | Emails with team re: revisions and strategy issues. | 0.20 |
| 1/19/2024 | Lamken | Incorporate further edits. | 0.90 |
| 1/19/2024 | Lamken | Restructure brief. | 6.60 |
| 1/19/2024 | Lamken | Emails with co-appellees for coordination. | 0.30 |
| 1/19/2024 | Walker | Review edits to appeal brief. | 1.00 |
| 1/19/2024 | Rubin | Review and revise draft brief in preparation for committee circulation. | 2.90 |
| 1/19/2024 | Rubin | Coordinate cite-check with R. Hashem, A. Collins, & C. Christoffersen. | 0.30 |
| 1/20/2024 | Sokoloff | Draft appeal brief. | 2.30 |
| 1/20/2024 | Lamken | Review proposed edits. | 0.90 |
| 1/20/2024 | Rubin | Coordinate proof with C. Martinez & J. Myers. | 0.20 |
| 1/21/2024 | Collins | Cite check appeal brief. | 2.00 |
| 1/21/2024 | Sokoloff | Draft appeal brief. | 3.20 |
| 1/21/2024 | Rubin | Email to R. Hashem re: cite-check. | 0.10 |
| 1/21/2024 | Hashem | Revise response brief. | 3.40 |
| 1/22/2024 | Collins | Cite check appeal brief. | 3.50 |
| 1/22/2024 | Christoffersen | Cite check appeal brief. | 9.40 |
| 1/22/2024 | Walker | Phone conference with R. Hashem re: appeal brief. | 0.20 |
| 1/22/2024 | Rubin | Teleconference with R. Hashem re: Burian report. | 0.10 |
| 1/22/2024 | Rubin | Email to C. Christoffersen re: cite-check. | 0.20 |
| 1/22/2024 | Fay | Proofread and edit legal citations for brief. | 2.00 |
| 1/22/2024 | Hashem | Review co-appellee materials. | 1.20 |
| 1/22/2024 | Hashem | Correspondence with M. Winograd re: record below. | 0.50 |
| 1/22/2024 | Hashem | Revise response brief to bring within word limits. | 7.50 |
| 1/23/2024 | Lamken | Work on introduction and summary. | 3.60 |

MoloLamken LLP                                                                                    Page: 4

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 1/23/2024 | Lamken | Emails with team re: introduction. | 0.20 |
| 1/23/2024 | Rubin | Prepare ancillaries and cite-check for brief. | 2.00 |
| 1/23/2024 | Rubin | Review cite-check and prepare to implement. | 0.70 |
| 1/23/2024 | Rubin | Teleconference with R. Hashem re: brief finalization. | 0.10 |
| 1/23/2024 | Rubin | Revise brief re: docket and cross-reference check. | 3.20 |
| 1/23/2024 | Hashem | Revise response brief. | 2.80 |
| 1/24/2024 | Lamken | Edit brief. | 5.50 |
| 1/24/2024 | Lamken | Communicate with potential joiner parties. | 0.20 |
| 1/24/2024 | Walker | Revise appeal brief. | 2.00 |
| 1/24/2024 | Rubin | Communicate with R. Hashem re: brief authorities. | 0.40 |
| 1/24/2024 | Rubin | Email to R. Hashem re: LTL brief progress. | 0.10 |
| 1/24/2024 | Rubin | Emails with B. Wiltgen re: LEDES file. | 0.10 |
| 1/24/2024 | Rubin | Revise draft response brief. | 0.50 |
| 1/24/2024 | Hashem | Further revise response brief. | 4.60 |
| 1/24/2024 | Hashem | Revise response brief to incorporate edits from J. Massey. | 1.60 |
| 1/24/2024 | Hashem | Conference with J. Lamken re: response brief. | 0.60 |
| 1/24/2024 | Hashem | Revise response brief to incorporate cite check and other revisions. | 2.20 |
| 1/25/2024 | Collins | Cite check appeal brief. | 3.50 |
| 1/25/2024 | Christoffersen | Cite check LTL brief. | 0.80 |
| 1/25/2024 | Martinez | Review brief in preparation for filing. | 2.20 |
| 1/25/2024 | Lamken | Further revisions to brief. | 1.90 |
| 1/25/2024 | Myers | Proof appellate brief. | 2.00 |
| 1/25/2024 | Downing | Generate tables for brief. | 0.50 |
| 1/25/2024 | Walker | Revise appeal brief. | 0.50 |
| 1/25/2024 | Walker | Confer with team re: same. | 0.20 |
| 1/25/2024 | Rubin | Revise and finalize draft brief in preparation for filing. | 7.50 |
| 1/25/2024 | Hashem | Supervise N. Rubin re: finalizing response brief. | 0.50 |
| 1/25/2024 | Hashem | Supervise N. Rubin re: finalizing response brief. | 0.50 |
| 1/25/2024 | Hashem | Further revisions to response brief to incorporate L. Walker edits to same. | 3.20 |
| 1/26/2024 | Lamken | Final revisions to brief. | 3.00 |
| 1/26/2024 | Lamken | Calls and emails with R. Hashem re: same. | 0.70 |
| 1/26/2024 | Lamken | Emails and calls regarding filing and cross adaption issues. | 0.20 |
| 1/26/2024 | Lamken | Emails with team re: final revisions. | 0.30 |
| 1/26/2024 | Downing | Generate tables for updated brief. | 0.50 |
| 1/26/2024 | Walker | Finalize appeal brief. | 0.80 |
| 1/26/2024 | Kelley | Review and proof appellate brief and ancillary materials. | 2.80 |
| 1/26/2024 | Rubin | Emails with M. Winograd & J. Massey re: revisions to brief materials. | 0.40 |
| 1/26/2024 | Rubin | Revise ancillary materials for brief. | 0.60 |

MoloLamken LLP                                                                                              Page: 5

| 1/26/2024 | Rubin | Revise, finalize, and file Third Circuit response brief. | 6.20 |
| 1/26/2024 | Hashem | Revise response brief to incorporate L. Walker edits. | 1.50 |
| 1/26/2024 | Hashem | Conference with J. Lamken re: revisions to response brief. | 1.20 |
| 1/26/2024 | Hashem | Correspondence with co-appellants re: cross-citations in response brief. | 0.90 |
| 1/26/2024 | Hashem | Further revisions to response brief. | 1.90 |
| 1/26/2024 | Hashem | Correspondence with L. Walker re: finalization of response brief. | 0.50 |
| 1/26/2024 | Hashem | Work with N. Rubin to finalize, file, and serve response brief. | 3.30 |
| 1/29/2024 | Lamken | Review briefs of co-appellees. | 3.80 |
| 1/29/2024 | Rubin | Revise time reports and email re: LEDES files. | 0.60 |
| 1/29/2024 | Rubin | Emails with Counsel Press re: brief printing. | 0.10 |
| 1/30/2024 | Rubin | Prepare December 2023 fee application. | 1.10 |
| 1/30/2024 | Rubin | Email to J. Lamken re: brief service. | 0.10 |
| 1/31/2024 | Lamken | Weekly committee call. | 0.30 |
| 1/31/2024 | Rubin | Weekly committee call re: appeal progress. | 0.30 |
| 1/31/2024 | Rubin | Email to J. Markowitz re: January fee application. | 0.10 |

|  |  | Total Hours | 284.10 |
|  |  | Total Fees | $343,232.50 |

### Timekeeper Summary

| Charlie Christoffersen | 10.80 hours at $325.00/hr | $3,510.00 |
| Adam Collins | 14.50 hours at $295.00/hr | $4,277.50 |
| Julia Downing | 1.00 hours at $325.00/hr | $325.00 |
| Natalie Fay | 2.00 hours at $325.00/hr | $650.00 |
| Rayiner I. Hashem | 41.30 hours at $1,100.00/hr | $45,430.00 |
| Mark Kelley | 2.80 hours at $950.00/hr | $2,660.00 |
| Jeffrey Lamken | 71.00 hours at $1,975.00/hr | $140,225.00 |
| Catherine Martinez | 2.20 hours at $850.00/hr | $1,870.00 |
| Jackson Myers | 2.00 hours at $850.00/hr | $1,700.00 |
| Nathaniel Rubin | 68.50 hours at $850.00/hr | $58,225.00 |
| Eugene Sokoloff | 20.20 hours at $1,100.00/hr | $22,220.00 |
| Lucas Walker | 47.80 hours at $1,300.00/hr | $62,140.00 |

### Expenses

| Date |  |  | Units |
| --- | --- | --- | --- |
| 1/29/2024 | Counsel Press Inc. |  | $1,291.26 |
| 1/29/2024 | Preparation of Brief re: Brief. |  | $1,291.26 |
|  |  | Total Costs | 2582.52 |

MoloLamken LLP                                                                                    Page: 6

## **Payments/Holdbacks**

| Date | | Amount |
|------|---|-------|
| 1/24/2024 | Cash Receipt 80% Jan 2024 Inv 13864 | $71,282.78 |
| 2/21/2024 | Cash Application | $130,860.80 |
| | Sub-total Payments: | $202,143.58 |

## **Summary**

| | |
|---|---|
| Fees: | $343,232.50 |
| Expenses: | $2,582.52 |
| Total Current Billing: | $345,815.02 |
| Current Fee Amt To be Pd by Debtor (80%): | $274,586.00 |
| Current Holdback Amount (20%): | $68,646.50 |
| Previous Balance Due: | $0.00 |
| **Total Amount Due:** | **$277,168.52** |

# ML MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14067
February 29, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
    for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through January 31, 2024**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---|
| Fees: | $343,232.50 |
| Expenses: | $2,582.52 |
| Total Current Billing: | $345,815.02 |
| Current Fee Amt To be Pd by Debtor (80%): | $274,586.00 |
| Current Holdback Amount (20%): | $68,646.50 |
| Previous Balance Due: | $0.00 |
| **Total Now Due:** | **$277,168.52** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info Signature Bank | Bank info Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ■■■■■■ | Account Number: ■■■■■■ |
| | International SWIFT: ■■■■■■ |

# Exhibit B

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|-----------|
| 01/01/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief. | | T L520 | 7.00 | 1,300.00 | 9,100.00 | 9,100.00 |
| 01/01/2024 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise draft response brief. | | T L520 | 4.80 | 1,100.00 | 5,280.00 | 5,280.00 |
| 01/01/2024 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Correspondence with J. Massey re: appendix designations. | | T L520 | 0.10 | 1,100.00 | 110.00 | 110.00 |
| 01/02/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief. | | T L520 | 5.30 | 1,300.00 | 6,890.00 | 6,890.00 |
| 01/02/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Update case file re joint appendix. | | T L520 | 1.80 | 850.00 | 1,530.00 | 1,530.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|--------------------------------------------------|---------------|---------------------|-------|-------|-------|-----------|
| 01/02/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare and file November 2023 fee statement. | | T<br>B160 | 1.70 | 850.00 | 1,445.00 | 1,445.00 |
| 01/02/2024 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Telephone conference with L. Walker and N. Rubin re: revisions to response brief. | | T<br>L520 | 0.30 | 1,100.00 | 330.00 | 330.00 |
| 01/02/2024 | ES | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise response brief. | | T<br>L520 | 0.50 | 1,100.00 | 550.00 | 550.00 |
| 01/02/2024 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Conference with N. Rubin and E. Sokoloff re: revisions | | T<br>L520 | 0.30 | 1,300.00 | 390.00 | 390.00 |

Search for: 2023-002   Search by: Matter ID  Stage: WIP  Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|-----------|
| 01/03/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief and emails re: same. | | T L520 | 5.40 | 1,300.00 | 7,020.00 | 7,020.00 |
| 01/03/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Committee call re ongoing appeal issues. | | T L520 | 0.70 | 850.00 | 595.00 | 595.00 |
| 01/03/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review party briefs in preparation for further revisions and finalization. | | T L520 | 1.20 | 850.00 | 1,020.00 | 1,020.00 |
| 01/03/2024 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise response brief. | | T L520 | 7.00 | 1,100.00 | 7,700.00 | 7,700.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|-----------|
| 01/04/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise section 1112(b)(2) argument | | T L520 | 1.40 | 1,300.00 | 1,820.00 | 1,820.00 |
| 01/04/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review and analyze party briefs in preparation for revisions. | | T L520 | 6.50 | 850.00 | 5,525.00 | 5,525.00 |
| 01/04/2024 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief. | | T L520 | 0.70 | 1,100.00 | 770.00 | 770.00 |
| 01/04/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Confer with team and email re: appeal brief. | | T L520 | 0.30 | 1,300.00 | 390.00 | 390.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review and analyze party briefing in preparation for revisions. | | T L520 | 0.40 | 850.00 | 340.00 | 340.00 |
| 01/05/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Research & draft brief re: AHC issues. | | T L520 | 5.40 | 850.00 | 4,590.00 | 4,590.00 |
| 01/05/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief. | | T L520 | 0.90 | 1,300.00 | 1,170.00 | 1,170.00 |
| 01/06/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Draft brief sessions re: fact issues. | | T L520 | 1.80 | 850.00 | 1,530.00 | 1,530.00 |
| 01/06/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief. | | T L520 | 1.00 | 1,300.00 | 1,300.00 | 1,300.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|-----|------|------|------|------|------|------|
| 01/06/2024 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief section on support for plan. | | T L520 | 3.10 | 1,100.00 | 3,410.00 | 3,410.00 |
| 01/07/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Work on draft brief for TCC | | T L520 | 5.90 | 1,975.00 | 11,652.50 | 11,652.50 |
| 01/08/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise and incorporate edits to appeal brief. | | T L520 | 0.20 | 1,300.00 | 260.00 | 260.00 |
| 01/08/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Teleconference with L. Walker re brief revisions & citations | | T L520 | 0.30 | 850.00 | 850.00 | 255.00 |

Search for: 2023-002   Search by: Matter ID  Stage: WIP  Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value | Ext.<br>Amt. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2024 | JAL | 2023-002/ Official<br>Committee of Talc<br>Claimants<br>LTL Management / J&J<br>Bankruptcy II<br> Work on TCC brief | | T<br>L520 | 6.90 | 1,975.00 | 13,627.50 | 13,627.50 |
| 01/08/2024 | LMW | 2023-002/ Official<br>Committee of Talc<br>Claimants<br>LTL Management / J&J<br>Bankruptcy II<br>Conference with N. Rubin<br>regarding same | | T<br>L520 | 0.30 | 1,300.00 | 390.00 | 390.00 |
| 01/09/2024 | NFR | 2023-002/ Official<br>Committee of Talc<br>Claimants<br>LTL Management / J&J<br>Bankruptcy II<br>Revise draft brief. | | T<br>L520 | 4.20 | 850.00 | 3,570.00 | 3,570.00 |
| 01/09/2024 | LMW | 2023-002/ Official<br>Committee of Talc<br>Claimants<br>LTL Management / J&J<br>Bankruptcy II<br>Revise appeal brief | | T<br>L520 | 1.60 | 1,300.00 | 2,080.00 | 2,080.00 |
| 01/09/2024 | NFR | 2023-002/ Official<br>Committee of Talc<br>Claimants<br>LTL Management / J&J<br>Bankruptcy II<br>Teleconference with L.<br>Walker re brief revisions. | | T<br>L520 | 0.20 | 850.00 | 170.00 | 170.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|
| 01/09/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankrupcty II Confer with team re: same. | | T L520 | 0.20 | 1,300.00 | 260.00 | 260.00 |
| 01/09/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankrupcty II  Work on TCC brief | | T L520 | 1.90 | 1,975.00 | 3,752.50 | 3,752.50 |
| 01/10/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankrupcty II Attend committee call re appeal status. | | T L520 | 0.30 | 850.00 | 255.00 | 255.00 |
| 01/10/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankrupcty II Confer with team and email re: appeal brief edits and next steps. | | T L520 | 0.30 | 1,300.00 | 390.00 | 390.00 |
| 01/10/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankrupcty II  Review proposed revisions from appellate team | | T L520 | 1.00 | 1,975.00 | 1,975.00 | 1,975.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review and confer with team re: edits to appeal brief. | | T L520 | 1.70 | 1,300.00 | 2,210.00 | 2,210.00 |
| 01/11/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise brief re citations and appendix material | | T L520 | 1.60 | 850.00 | 1,360.00 | 1,360.00 |
| 01/11/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Video conference with M. Winograd, J. Massey, L. Walker, R. Hashem, & E. Sokoloff re brief revisions. | | T L520 | 0.80 | 850.00 | 680.00 | 680.00 |
| 01/11/2024 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Video conference with co-counsel re: response brief draft. | | T L520 | 0.80 | 1,100.00 | 880.00 | 880.00 |

Search for: 2023-002    Search by: Matter ID    Stage: WIP    Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value | Ext.<br>Amt. |
|------|------|------|------|------|------|------|------|------|
| 01/11/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review edits from appellate team (Massey, Winograd) | | T<br>L520 | 2.30 | 1,975.00 | 4,542.50 | 4,542.50 |
| 01/11/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with co-counsel to coordinate | | T<br>L520 | 0.50 | 1,975.00 | 987.50 | 987.50 |
| 01/12/2024 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review edits to appeal brief. | | T<br>L520 | 1.00 | 1,300.00 | 1,300.00 | 1,300.00 |
| 01/12/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise draft brief. | | T<br>L520 | 2.30 | 850.00 | 1,955.00 | 1,955.00 |

Search for: 2023-002   Search by: Matter ID  Stage: WIP  Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|---------------------------------------------------|---------------|--------------------|-------|-------|-------|-----------|
| 01/12/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Review further proposed edits from appellate team | | T<br>L520 | 2.70 | 1,975.00 | 5,332.50 | 5,332.50 |
| 01/13/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise draft brief. | | T<br>L520 | 2.70 | 850.00 | 2,295.00 | 2,295.00 |
| 01/13/2024 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise appeal brief | | T<br>L520 | 0.30 | 1,300.00 | 390.00 | 390.00 |
| 01/13/2024 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Confer with team re: same. | | T<br>L520 | 0.10 | 1,300.00 | 130.00 | 130.00 |
| 01/14/2024 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise appeal brief in light of comments. | | T<br>L520 | 4.30 | 1,300.00 | 5,590.00 | 5,590.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|---------|------|------|------|------|------|------|
| 01/15/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief. | | T L520 | 5.70 | 1,300.00 | 7,410.00 | 7,410.00 |
| 01/15/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails to L. Walker, R. Hashem, E. Sokoloff re case management. | | T L520 | 0.40 | 850.00 | 340.00 | 340.00 |
| 01/15/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Further revisions to brief (reduce lengthy strategy calls) | | T L520 | 7.10 | 1,975.00 | 14,022.50 | 14,022.50 |
| 01/16/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise and confer with team re: appeal brief. | | T L520 | 2.40 | 1,300.00 | 3,120.00 | 3,120.00 |

Search for: 2023-002   Search by: Matter ID  Stage: WIP  Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise and update brief. | | T L520 | 1.80 | 850.00 | 1,530.00 | 1,530.00 |
| 01/16/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Edit draft brief | | T L520 | 6.90 | 1,975.00 | 13,627.50 | 13,627.50 |
| 01/16/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Emails and calls with L. Walker regarding draft and strategy issues | | T L520 | 0.50 | 1,975.00 | 987.50 | 987.50 |
| 01/16/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Email circulating draft to team and raising strategic calls for consideration | | T L520 | 0.40 | 1,975.00 | 790.00 | 790.00 |

Search for: 2023-002   Search by: Matter ID  Stage: WIP  Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|
| 01/17/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief; email re: same. | | T L520 | 0.90 | 1,300.00 | 1,170.00 | 1,170.00 |
| 01/17/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Communicate with L. Walker, R. Hashem, and E. Sokoloff re: preparations for filing. | | T L520 | 0.20 | 850.00 | 170.00 | 170.00 |
| 01/17/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Conference with L. Walker, R. Hashem, & E. Sokoloff re: brief finalization and filing planning. | | T L520 | 0.70 | 850.00 | 595.00 | 595.00 |
| 01/17/2024 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Video conference with case team re: finalizing appeal brief. | | T L520 | 0.60 | 1,100.00 | 660.00 | 660.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|--------------------------------------------------|---------------|--------------------|-------|-------|-------|-----------|
| 01/17/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Further changes to brief | | T L520 | 0.20 | 1,975.00 | 395.00 | 395.00 |
| 01/17/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails with M. Winograd re: revisions to brief | | T L520 | 1.00 | 1,975.00 | 1,975.00 | 1,975.00 |
| 01/17/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Conference with L. Walker re: proposed revisions | | T L520 | 0.10 | 1,975.00 | 197.50 | 197.50 |
| 01/18/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise brief in preparation for cite check. | | T L520 | 4.40 | 850.00 | 3,740.00 | 3,740.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|---------------------------------------------------|---------------|---------------------|-------|-------|-------|-----------|
| 01/18/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review edits to appeal brief; email re: same. | | T L520 | 2.50 | 1,300.00 | 3,250.00 | 3,250.00 |
| 01/18/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Email with Counsel Press re: brief on appeal. | | T L520 | 0.60 | 850.00 | 510.00 | 510.00 |
| 01/18/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Coordinate filing with Counsel Press & R. Hashem. | | T L520 | 0.60 | 850.00 | 510.00 | 510.00 |
| 01/18/2024 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Correspondence with Counsel Press re: brief filing. | | T L520 | 0.20 | 1,100.00 | 220.00 | 220.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review proposed revision and edits | | T L520 | 1.20 | 1,975.00 | 2,370.00 | 2,370.00 |
| 01/18/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Incorporate and revise same | | T L520 | 3.70 | 1,975.00 | 7,307.50 | 7,307.50 |
| 01/18/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails with team regarding revisions | | T L520 | 0.10 | 1,975.00 | 197.50 | 197.50 |
| 01/19/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review and revise draft brief in preparation for committee circulation. | | T L520 | 2.90 | 850.00 | 2,465.00 | 2,465.00 |

Search for: 2023-002   Search by: Matter ID  Stage: WIP  Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 01/19/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review edits to appeal brief. | | T L520 | 1.00 | 1,300.00 | 1,300.00 | 1,300.00 |
| 01/19/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Coordinate cite-check with R. Hashem, A. Collins, & C. Christoffersen. | | T L520 | 0.30 | 850.00 | 255.00 | 255.00 |
| 01/19/2024 | CC | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Cite check appeal brief. | | T L520 | 0.60 | 325.00 | 195.00 | 195.00 |
| 01/19/2024 | AJC | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Cite check appeal brief. | | T L520 | 5.50 | 295.00 | 1,622.50 | 1,622.50 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|
| 01/19/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails with team re: revisions and strategy issues | | T L520 | 0.20 | 1,975.00 | 395.00 | 395.00 |
| 01/19/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Incorporate further edits | | T L520 | 0.90 | 1,975.00 | 1,777.50 | 1,777.50 |
| 01/19/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Restructure brief | | T L520 | 6.60 | 1,975.00 | 13,035.00 | 13,035.00 |
| 01/19/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails with co-appellees for coordination | | T L520 | 0.30 | 1,975.00 | 592.50 | 592.50 |
| 01/20/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Coordinate proof with C. Martinez & J. Myers. | | T L520 | 0.20 | 850.00 | 170.00 | 170.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|
| 01/20/2024 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Draft appeal brief. | | T L520 | 2.30 | 1,100.00 | 2,530.00 | 2,530.00 |
| 01/20/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Review proposed edits | | T L520 | 0.90 | 1,975.00 | 1,777.50 | 1,777.50 |
| 01/21/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Email to R. Hashem re: cite-check. | | T L520 | 0.10 | 850.00 | 85.00 | 85.00 |
| 01/21/2024 | ES | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Draft appeal brief. | | T L520 | 3.20 | 1,100.00 | 3,520.00 | 3,520.00 |
| 01/21/2024 | AJC | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Cite check appeal brief. | | T L520 | 2.00 | 295.00 | 590.00 | 590.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value | Ext.<br>Amt. |
|------|------|-----------------------------------------------------------|------------------|------------------------|-------|-------|-------|--------------|
| 01/21/2024 | RIH | 2023-002/ Official<br>Committee of Talc<br>Claimants<br>LTL Management / J&J<br>Bankruptcy II<br>Revise response brief | | T<br>L520 | 3.40 | 1,100.00 | 3,740.00 | 3,740.00 |
| 01/22/2024 | NFR | 2023-002/ Official<br>Committee of Talc<br>Claimants<br>LTL Management / J&J<br>Bankruptcy II<br>Teleconference with R.<br>Hashem re: Burian report. | | T<br>L520 | 0.10 | 850.00 | 85.00 | 85.00 |
| 01/22/2024 | NFR | 2023-002/ Official<br>Committee of Talc<br>Claimants<br>LTL Management / J&J<br>Bankruptcy II<br>Email to C. Christoffersen<br>re: cite-check. | | T<br>L520 | 0.20 | 850.00 | 170.00 | 170.00 |
| 01/22/2024 | NLF | 2023-002/ Official<br>Committee of Talc<br>Claimants<br>LTL Management / J&J<br>Bankruptcy II<br>Proofread and edit legal<br>citations for brief. | | T<br>L520 | 2.00 | 325.00 | 650.00 | 650.00 |
| 01/22/2024 | LMW | 2023-002/ Official<br>Committee of Talc<br>Claimants<br>LTL Management / J&J<br>Bankruptcy II<br>Phone conference with R.<br>Hashem re: appeal brief. | | T<br>L520 | 0.20 | 1,300.00 | 260.00 | 260.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2024 | CC | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Cite check appeal brief. | | T L520 | 9.40 | 325.00 | 3,055.00 | 3,055.00 |
| 01/22/2024 | AJC | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Cite check appeal brief. | | T L520 | 3.50 | 295.00 | 1,032.50 | 1,032.50 |
| 01/22/2024 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review co-appellee materials | | T L520 | 1.20 | 1,100.00 | 1,320.00 | 1,320.00 |
| 01/22/2024 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Correspondence with M. Winograd re: record below. | | T L520 | 0.50 | 1,100.00 | 550.00 | 550.00 |
| 01/22/2024 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise response brief to bring within word limits. | | T L520 | 7.50 | 1,100.00 | 8,250.00 | 8,250.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|
| 01/23/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Prepare ancillaries and cite-check for brief. | | T L520 | 2.00 | 850.00 | 1,700.00 | 1,700.00 |
| 01/23/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review cite-check and prepare to implement. | | T L520 | 0.70 | 850.00 | 595.00 | 595.00 |
| 01/23/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Teleconference with R. Hashem re: brief finalization. | | T L520 | 0.10 | 850.00 | 85.00 | 85.00 |
| 01/23/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise brief re: docket and cross-reference check. | | T L520 | 3.20 | 850.00 | 2,720.00 | 2,720.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2024 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise response brief. | | T L520 | 0.00 | 1,100.00 | 880.00 | 0.00 |
| 01/23/2024 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise response brief. | | T L520 | 2.80 | 1,100.00 | 2,200.00 | 3,080.00 |
| 01/23/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Work on introduction and summary | | T L520 | 3.60 | 1,975.00 | 7,110.00 | 7,110.00 |
| 01/23/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Emails with team re: introduction | | T L520 | 0.20 | 1,975.00 | 395.00 | 395.00 |
| 01/24/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise appeal brief. | | T L520 | 2.00 | 1,300.00 | 2,600.00 | 2,600.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|----------------------------------------------------|---------------|---------------------|-------|-------|-------|-----------|
| 01/24/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Communicate with R. Hashem re: brief authorities. | | T L520 | 0.40 | 850.00 | 340.00 | 340.00 |
| 01/24/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Email to R. Hashem re: LTL brief progress. | | T L520 | 0.10 | 850.00 | 85.00 | 85.00 |
| 01/24/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails with B. Wiltgen re: LEDES file. | | T B160 | 0.10 | 850.00 | 85.00 | 85.00 |
| 01/24/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise draft response brief. | | T L520 | 0.50 | 850.00 | 425.00 | 425.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value | Ext.<br>Amt. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Further revise response brief. | | T<br>L520 | 4.60 | 1,100.00 | 5,060.00 | 5,060.00 |
| 01/24/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise response brief to incorporate edits from J. Massey. | | T<br>L520 | 1.60 | 1,100.00 | 1,760.00 | 1,760.00 |
| 01/24/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Edit brief | | T<br>L520 | 5.50 | 1,975.00 | 10,862.50 | 10,862.50 |
| 01/24/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Communicate with potential joiner parties | | T<br>L520 | 0.20 | 1,975.00 | 395.00 | 395.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|
| 01/24/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Conference with J. Lamken re: response brief. | | T L520 | 0.60 | 1,100.00 | 660.00 | 660.00 |
| 01/24/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise response brief to incorporate cite check and other revisions. | | T L520 | 2.20 | 1,100.00 | 2,420.00 | 2,420.00 |
| 01/25/2024 | JAM | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Proof appellate brief. | | T L520 | 2.00 | 850.00 | 1,700.00 | 1,700.00 |
| 01/25/2024 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise appeal brief | | T L520 | 0.50 | 1,300.00 | 650.00 | 650.00 |

Search for: 2023-002   Search by: Matter ID  Stage: WIP  Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|-----------|-----|-----|------|--------|----------|----------|
| 01/25/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise and finalize draft brief in preparation for filing. | | T L520 | 7.50 | 850.00 | 6,375.00 | 6,375.00 |
| 01/25/2024 | CM | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review brief in preparation for filing. | | T L520 | 2.20 | 850.00 | 1,870.00 | 1,870.00 |
| 01/25/2024 | CC | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Cite check LTL brief. | | T L520 | 0.80 | 325.00 | 260.00 | 260.00 |
| 01/25/2024 | JD | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Generate tables for brief. | | T L520 | 0.50 | 325.00 | 162.50 | 162.50 |
| 01/25/2024 | AJC | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Cite check appeal brief. | | T L520 | 3.50 | 295.00 | 1,032.50 | 1,032.50 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity<br>Code | Component<br>Task Code | Units | Price | Value | Ext.<br>Amt. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2024 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Confer with team re: same. | | T<br>L520 | 0.20 | 1,300.00 | 260.00 | 260.00 |
| 01/25/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Further revisions to brief | | T<br>L520 | 1.90 | 1,975.00 | 3,752.50 | 3,752.50 |
| 01/25/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Supervise N. Rubin re: finalizing response brief. | | T<br>L520 | 0.50 | 1,100.00 | 550.00 | 550.00 |
| 01/25/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Supervise N. Rubin re: finalizing response brief. | | T<br>L520 | 0.50 | 1,100.00 | 550.00 | 550.00 |

Search for: 2023-002   Search by: Matter ID  Stage: WIP  Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|-----------------------------------------------------|---------------|---------------------|-------|-------|-------|-----------|
| 01/25/2024 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Further revisions to response brief to incorporate L. Walker edits to same. | | T L520 | 3.20 | 1,100.00 | 3,520.00 | 3,520.00 |
| 01/26/2024 | LMW | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Finalize appeal brief. | | T L520 | 0.80 | 1,300.00 | 1,040.00 | 1,040.00 |
| 01/26/2024 | MWK | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Review and proof appellate brief and ancillary materials | | T L520 | 2.80 | 950.00 | 2,660.00 | 2,660.00 |
| 01/26/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails with M. Winograd & J. Massey re: revisions to brief materials. | | T L520 | 0.40 | 850.00 | 340.00 | 340.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 01/26/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise ancillary materials for brief. | | T L520 | 0.60 | 850.00 | 510.00 | 510.00 |
| 01/26/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise, finalize, and file Third Circuit response brief. | | T L520 | 6.20 | 850.00 | 5,270.00 | 5,270.00 |
| 01/26/2024 | JD | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Generate tables for updated brief. | | T L520 | 0.50 | 325.00 | 162.50 | 162.50 |
| 01/26/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Final revisions to brief | | T L520 | 3.00 | 1,975.00 | 5,925.00 | 5,925.00 |

Search for: 2023-002   Search by: Matter ID  Stage: WIP  Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|------|------|------|------|------|------|------|
| 01/26/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Calls and emails with R. Hashem re: same | | T L520 | 0.70 | 1,975.00 | 1,382.50 | 1,382.50 |
| 01/26/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails and calls regarding filing and cross adaption issues | | T L520 | 0.20 | 1,975.00 | 395.00 | 395.00 |
| 01/26/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Emails with team re: final revisions | | T L520 | 0.30 | 1,975.00 | 592.50 | 592.50 |
| 01/26/2024 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Revise response brief to incorporate L. Walker edits. | | T L520 | 1.50 | 1,100.00 | 1,650.00 | 1,650.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 01/26/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Conference with J. Lamken re: revisions to response brief. | | T<br>L520 | 1.20 | 1,100.00 | 1,320.00 | 1,320.00 |
| 01/26/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with co-appellants re: cross-citations in response brief. | | T<br>L520 | 0.90 | 1,100.00 | 990.00 | 990.00 |
| 01/26/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Further revisions to response brief. | | T<br>L520 | 1.90 | 1,100.00 | 2,090.00 | 2,090.00 |
| 01/26/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with L. Walker re: finalization of response brief. | | T<br>L520 | 0.50 | 1,100.00 | 550.00 | 550.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 01/26/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Work with N. Rubin to finalize, file, and serve response brief. | | T<br>L520 | 3.30 | 1,100.00 | 3,630.00 | 3,630.00 |
| 01/29/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise time reports and email re: LEDES files. | | T<br>B160 | 0.60 | 850.00 | 510.00 | 510.00 |
| 01/29/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with Counsel Press re: brief printing. | | T<br>L520 | 0.10 | 850.00 | 85.00 | 85.00 |
| 01/29/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Review briefs of co-appellees | | T<br>L520 | 3.80 | 1,975.00 | 7,505.00 | 7,505.00 |

Search for: 2023-002   Search by: Matter ID   Stage: WIP   Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Prepare December 2023 fee application. | | T B160 | 1.10 | 850.00 | 935.00 | 935.00 |
| 01/30/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Email to J. Lamken re: brief service. | | T L520 | 0.10 | 850.00 | 85.00 | 85.00 |
| 01/31/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Weekly committee call re: appeal progress. | | T L520 | 0.30 | 850.00 | 255.00 | 255.00 |
| 01/31/2024 | NFR | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Email to J. Markowitz re: January fee application. | | T B160 | 0.10 | 850.00 | 85.00 | 85.00 |

Search for: 2023-002   Search by: Matter ID  Stage: WIP  Type: Fees

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|------|------|--------------------------------------------------|---------------|---------------------|-------|-------|-------|-----------|
| 01/31/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Weekly committee call | | T L520 | 0.30 | 1,975.00 | 592.50 | 592.50 |
| | | | | **Grand Total:** | 284.10 | | $343,827.50 | $343,232.50 |

Search for: 2023-002   Search by: Matter ID  Stage: WIP  Type: Fees