# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## FEE STATEMENT COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Paul Hastings LLP |
| Case No.: | 23-12825 (MBK) | Client: | Ad Hoc Committee of Supporting Counsel |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

## SECTION I
## FEE SUMMARY

Monthly Fee Statement Covering the Period from
August 13, 2023 through August 31, 2023

| | |
|---|---|
| Total Fees: | $47,065.50 |
| Total Disbursements: | $139.98 |
| Minus % holdback of Fees: | $(9,413.10) |
| **Amount Sought at this Time** | **$37,792.38** |

| Name | Department or Group | Date of First Admission | Hourly Rate | Total for Statement Period Hours Billed | Amount |
|---|---|---|---|---|---|
| Murphy, Matt | Financial Restructuring | 1999 | $1,750.00 | 3.80 | $6,650.00 |
| **Total Partner:** | | | | **3.80** | **$6,650.00** |
| Micheli, Matthew | Financial Restructuring | 2002 | $1,650.00 | 8.80 | $14,520.00 |
| Montefusco, Ryan | Financial Restructuring | 2012 | $1,600.00 | 1.10 | $1,760.00 |
| Traxler, Katherine | Financial Restructuring | 1990 | $1,025.00 | 8.80 | $9,020.00 |
| **Total Counsel:** | | | | **18.70** | **$25,300.00** |
| McMillan, Jillian | Financial Restructuring | 2019 | $1,125.00 | 0.60 | $675.00 |
| Miliotes, Lanie | Financial Restructuring | 2023 | $855.00 | 15.10 | $12,910.50 |
| Simpson, Louise | Financial Restructuring | 2022 | $855.00 | 0.40 | $342.00 |
| **Total Associate:** | | | | **16.10** | **$13,927.50** |
| Magzamen, Michael | Financial Restructuring | | $540.00 | 1.80 | $972.00 |

2

| Name | Department or Group | Date of First Admission | Hourly Rate | Total for Statement Period ||
|---|---|---|---|---|---|
| | | | | **Hours Billed** | **Amount** |
| Mohamed, David | Financial Restructuring | | $540.00 | 0.40 | $216.00 |
| **Total Paraprofessional:** | | | | **2.20** | **$1,188.00** |
| **Total:** | | | | **40.80** | **$47,065.50** |

# SECTION II
# SUMMARY OF SERVICES

| U.S. Trustee Task Code and Project Category | Total for Statement Period | |
|---|---|---|
| | **Total Hours** | **Total Fees** |
| B110    Case Administration | 1.20 | $1,737.00 |
| B113    Pleadings Review | 0.60 | $324.00 |
| B160    Employment / Fee Applications (Paul Hastings) | 31.30 | $34,750.00 |
| B191    General Litigation | 7.70 | $10,254.50 |
| TOTAL | **40.80** | **$47,065.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Category | Total for Statement Period |
|---|---:|
| Computer Search | $139.98 |
| **TOTAL** | **$139.98** |

I certify under penalty of perjury that the above is true.

Date:   March 6, 2024                                           */s/* Matthew M. Murphy
                                                                Matthew M. Murphy

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Kristopher M. Hansen (*admitted pro hac vice*)<br><br>PAUL HASTINGS LLP<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Matthew M. Murphy (*admitted pro hac vice*)<br>Matthew Micheli (*admitted pro hac vice*)<br><br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Michael D. Sirota<br>Warren A. Usatine<br>Seth Van Aalten (*admitted pro hac vice*)<br>Justin Alberto (*admitted pro hac vice*)<br><br>PARKINS & RUBIO LLP<br>700 Milam, Suite 1300<br>Houston, Texas 77002<br>Lenard M. Parkins (*admitted pro hac vice*)<br>Charles M. Rubio (*admitted pro hac vice*)<br><br>*Counsel to Ad Hoc Committee of Supporting Counsel* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                          Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP,
COUNSEL TO AD HOC COMMITTEE OF SUPPORTING COUNSEL, FOR THE
PERIOD AUGUST 13, 2023 THROUGH AUGUST 31, 2023**

On June 20, 2023, the Court entered the *Order Authorizing the Debtor to Enter into the Reimbursement Agreement* [ECF No. 838] (the "Reimbursement Order"), pursuant to which the Debtor entered into a post-petition expense reimbursement agreement (the "Reimbursement Agreement") to pay certain fees and expenses of the Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel").

The Reimbursement Agreement provides that the Debtor will pay the reasonable and documented fees and out-of-pocket expenses of professionals retained by the AHC of Supporting Counsel, including, among others, Paul Hastings LLP ("Paul Hastings"), for the period from April 18, 2023 through the termination of the Reimbursement Agreement.

The Reimbursement Agreement further provides that Paul Hastings will file monthly fee statements and interim and final fee applications in accordance with the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [ECF No. 562] (the "Interim Compensation Order"), entered on May 22, 2023.

The Court's *Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. § 1112(b); (II) Establishing Procedures With Respect to Requests for Compensation; and (III) Granting Related Relief* [ECF No. 1211] (the "Dismissal Order") provides that the "fees and expenses of professionals retained by the Ad Hoc Committee of Supporting Counsel shall remain subject to the" Reimbursement Agreement. The Dismissal Order further provides that the Interim Compensation Order "shall remain in full force and effect through and including the Appeal Exhaustion Date" for Retained Professionals, which covers professionals retained by the Ad Hoc Committee of Supporting Counsel.

6

Paul Hastings respectfully submits this Fee Application in accordance with the Reimbursement Order, the Reimbursement Agreement, the Interim Compensation Order and the Dismissal Order for services rendered and expenses incurred as counsel to the Ad Hoc Committee of Supporting Counsel for the period commencing August 13, 2023 and ending August 31, 2023 (the "Statement Period").

The billing invoices, along with a detailed breakdown of all out-of-pocket disbursements necessarily incurred by Paul Hastings for the Statement Period are annexed hereto as Exhibit A. These invoices detail the services performed by Paul Hastings.

The payment of fees and the reimbursement of expenses requested in this Statement are as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $47,065.50 | $9,413.10 | $37,652.40 | $139.98 |

WHEREFORE, Paul Hastings respectfully requests payment of fees and reimbursement of expenses for the Statement Period of $37,792.38 (80% of total fees and 100% of expenses) in accordance with the Interim Compensation Order.

| | |
|---|---|
| Dated: March 6, 2024 | **PAUL HASTINGS LLP** |
| | /s/ Matthew M. Murphy |
| | Matthew M. Murphy (*admitted pro hac vice*) |
| ` | Matthew Micheli (*admitted pro hac vice*) |
| | 71 South Wacker Drive, Suite 4500 |
| | Chicago, IL 60606 |
| | Telephone: (312) 499-6000 |
| | Email:  mattmurphy@paulhastings.com |
| |        mattmicheli@paulhastings.com |
| | |
| | Kristopher M. Hansen (*admitted pro hac vice*) |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Telephone: (212) 318-6000 |
| | Email:  krishansen@paulhastings.com |
| | |
| | *Counsel to Ad Hoc Committee of Supporting Counsel* |

**EXHIBIT A**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL
488 Madison Avenue
New York, NY

November 14, 2023

Please Refer to
Invoice Number: 2378158

Attn: Jonathan Schulman

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Representation in Chapter 11 bankruptcy proceedings**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2023 | $47,065.50 |
| Costs incurred and advanced | 139.98 |
| **Current Fees and Costs Due** | **$47,205.48** |
| **Total Balance Due - Due Upon Receipt** | **$47,205.48** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL
488 Madison Avenue
New York, NY

November 14, 2023

Please Refer to
Invoice Number: 2378158

Attn: Jonathan Schulman

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Representation in Chapter 11 bankruptcy proceedings**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2023 | $47,065.50 |
| Costs incurred and advanced | 139.98 |
| **Current Fees and Costs Due** | **$47,205.48** |
| **Total Balance Due - Due Upon Receipt** | **$47,205.48** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL
488 Madison Avenue
New York, NY

November 14, 2023

Please Refer to
Invoice Number: 2378158

Attn: Jonathan Schulman

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2023

**Representation in Chapter 11 bankruptcy proceedings**        $47,065.50

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110** | **Case Administration** | | | | |
| 08/15/2023 | MM57 | Correspond with M. Micheli re: case monitoring going forward | 0.10 | 540.00 | 54.00 |
| 08/22/2023 | MMM5 | Telephone call with Jones Day regarding next steps | 0.50 | 1,750.00 | 875.00 |
| 08/22/2023 | MM57 | Update case calendar | 0.20 | 540.00 | 108.00 |
| 08/28/2023 | MMM5 | Correspond with M. Micheli regarding next steps (.2); correspond with K. Hansen regarding same (.2) | 0.40 | 1,750.00 | 700.00 |
| | | **Subtotal: B110  Case Administration** | **1.20** | | **1,737.00** |
| **B113** | **Pleadings Review** | | | | |
| 08/14/2023 | MM57 | Review recent filings and update calendars and working group re: same | 0.20 | 540.00 | 108.00 |
| 08/15/2023 | MM57 | Review recent filings and update calendars and working group re: same | 0.10 | 540.00 | 54.00 |
| 08/18/2023 | MM57 | Review recent filings and update working group re: same | 0.10 | 540.00 | 54.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL  Page 2
51691-00002
Invoice No. 2378158

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/25/2023 | MM57 | Review recent filings and update working group re: same | 0.10 | 540.00 | 54.00 |
| 08/30/2023 | MM57 | Review recent filings and update working group re: same | 0.10 | 540.00 | 54.00 |
| | | **Subtotal: B113 Pleadings Review** | **0.60** | | **324.00** |

**B160    Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/14/2023 | JM63 | Review and revise expense reimbursement fee letter (.3); correspond with M. Micheli re same and reimbursement agreement (.2) | 0.50 | 1,125.00 | 562.50 |
| 08/14/2023 | LM20 | Review and revise July invoice for privileged and confidential information and to conform to U.S. Trustee guidelines (.6); correspond with M. Micheli re same (.1) | 0.70 | 855.00 | 598.50 |
| 08/14/2023 | MMM5 | Telephone call with M. Micheli regarding expense reimbursement agreement and August 15, 2023 meeting (.4); review and revise expense reimbursement letter (.4) | 0.80 | 1,750.00 | 1,400.00 |
| 08/14/2023 | MM53 | Review and revise expense reimbursement agreement (1.2); call with M. Murphy regarding same (.4) | 1.60 | 1,650.00 | 2,640.00 |
| 08/14/2023 | MM53 | Review and comment on July monthly fee statement | 0.40 | 1,650.00 | 660.00 |
| 08/15/2023 | KAT2 | Review correspondence from L. Miliotes regarding case dismissal and related fee application (.1); review dismissal order regarding compensation matters (.1); review and comment on fee matters (.3) | 0.50 | 1,025.00 | 512.50 |
| 08/15/2023 | LM20 | Correspond with M. Micheli re final fee application (.2); correspond with C. Edge and K. Traxler re same (.2) | 0.40 | 855.00 | 342.00 |
| 08/16/2023 | LM20 | Review July invoice for privileged and confidential information and to ensure compliance with U.S. Trustee guidelines | 1.20 | 855.00 | 1,026.00 |
| 08/18/2023 | JM63 | Correspond with L. Miliotes re revisions to fee application | 0.10 | 1,125.00 | 112.50 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                                Page 3
51691-00002
Invoice No. 2378158

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/18/2023 | LM20 | Review July invoice for privileged and confidential information and to ensure compliance with U.S. Trustee guidelines | 1.70 | 855.00 | 1,453.50 |
| 08/19/2023 | LM20 | Review LTL July invoice for privileged and confidential information and to ensure compliance with U.S. Trustee guidelines | 3.30 | 855.00 | 2,821.50 |
| 08/22/2023 | LM20 | Review July fee invoice for privileged and confidential information (.2); review August invoice re same (.1); correspond with C. Edge re outstanding time entries and upcoming filings (.3); correspond with M. Micheli re upcoming fee statement filings (.2) | 0.80 | 855.00 | 684.00 |
| 08/22/2023 | MM53 | Review monthly fee applications and invoices for July and August services | 0.60 | 1,650.00 | 990.00 |
| 08/23/2023 | LM20 | Review and revise August invoice for privileged and confidential information and to comply with U.S. Trustee guidelines | 0.80 | 855.00 | 684.00 |
| 08/24/2023 | LM20 | Review and revise August invoice for privileged and confidential information and to comply with U.S. Trustee guidelines (1.1); correspond with C. Edge re same (.1) | 1.20 | 855.00 | 1,026.00 |
| 08/28/2023 | KAT2 | Review correspondence from L. Miliotes regarding monthly fee applications (.1); follow up correspondence with C. Edge regarding same (.1) | 0.20 | 1,025.00 | 205.00 |
| 08/28/2023 | LM20 | Correspond with M. Micheli re fee statements for July and August services (.1); correspond with M. Magzamen re draft fee statements (.2) | 0.30 | 855.00 | 256.50 |
| 08/29/2023 | KAT2 | Review correspondence from L. Miliotes regarding final fee application (.1); review precedent fee applications from previous LTL case (.4); correspond with L. Miliotes regarding same (.1); prepare parts of final fee application (.4); review local rules regarding same (.1) | 1.10 | 1,025.00 | 1,127.50 |

Ad Hoc Committee of Supporting Talc Counsel in LTL  Page 4
51691-00002
Invoice No. 2378158

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/29/2023 | LM20 | Review and revise invoices for July and August services (.3); correspond with Cole Schotz re same (.1); correspond with M. Micheli re same (.2); correspond with K. Traxler and M. Magzamen re same (.1) | 0.70 | 855.00 | 598.50 |
| 08/29/2023 | MM53 | Review and revise August monthly fee statement and related invoice | 0.90 | 1,650.00 | 1,485.00 |
| 08/29/2023 | MM53 | Review and revise July monthly fee statement and related invoice | 2.40 | 1,650.00 | 3,960.00 |
| 08/30/2023 | KAT2 | Correspond with L. Miliotes regarding final fee application (.1); prepare parts of same, exhibits, certification, and proposed order (4.4); review precedent fee applications and local rules regarding same (.3); correspond with C. Edge regarding information for fee application (.2) | 5.00 | 1,025.00 | 5,125.00 |
| 08/30/2023 | LM20 | Correspond with C. Edge re July and August fee application (.2); correspond with M. Micheli re same (.2) | 0.40 | 855.00 | 342.00 |
| 08/30/2023 | MM53 | Review and analysis of reimbursement agreement | 0.50 | 1,650.00 | 825.00 |
| 08/30/2023 | MM53 | Review and analyze final fee application | 0.50 | 1,650.00 | 825.00 |
| 08/31/2023 | KAT2 | Continue to prepare final fee application, certification, exhibits, and proposed order (1.4); correspond with L. Miliotes regarding final fee application and related issues (.2); correspond with L. Miliotes regarding U.S. Trustee Appendix B questions (.1); correspond with L. Miliotes and C. Edge regarding July fee matters (.1); review and comment on same (.2) | 2.00 | 1,025.00 | 2,050.00 |
| 08/31/2023 | LM20 | Correspond with M. Micheli re expenses and revisions to LTL invoice (.2); call with L. Simpson re same (.2); correspond with C. Edge and K. Traxler re same (.2); correspond with Cole Schotz re same (.3); review and revise expenses portion of August invoice (.4) | 1.30 | 855.00 | 1,111.50 |
| 08/31/2023 | LS27 | Review and revise July invoice (.2); call with L. Miliotes re same (.2) | 0.40 | 855.00 | 342.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL  Page 5
51691-00002
Invoice No. 2378158

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/31/2023 | MM53 | Review and analyze final fee application | 0.40 | 1,650.00 | 660.00 |
| 08/31/2023 | MM57 | Correspond with M. Micheli, L. Simpson, C. Edge, L. Miliotes and K. Traxler re: final fee application (.2); review and revise same (.4) | 0.60 | 540.00 | 324.00 |
| | | **Subtotal: B160  Fee/Employment Applications** | **31.30** | | **34,750.00** |

**B191    General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/21/2023 | MMM5 | Correspond with M. Micheli regarding appeal of motion to dismiss | 0.40 | 1,750.00 | 700.00 |
| 08/21/2023 | MM53 | Analyze issues related to appeal | 0.50 | 1,650.00 | 825.00 |
| 08/24/2023 | MMM5 | Analysis of matters regarding notice of appeal | 0.50 | 1,750.00 | 875.00 |
| 08/25/2023 | DM26 | Research regarding rule 8002(a)(3) | 0.40 | 540.00 | 216.00 |
| 08/25/2023 | LM20 | Analyze authority regarding deadline to file a notice of appeal (1.6); summarize findings re same (.6); correspond with R. Montefusco re same (.1) | 2.30 | 855.00 | 1,966.50 |
| 08/25/2023 | MMM5 | Telephone calls with M. Micheli and A. Pulaski regarding notice of appeal (.2); correspond with M. Micheli regarding same (.2); review authority regarding appeal notice period (.8) | 1.20 | 1,750.00 | 2,100.00 |
| 08/25/2023 | MM53 | Analyze appeal issues | 0.30 | 1,650.00 | 495.00 |
| 08/25/2023 | MM53 | Telephone conference with M. Murphy and A. Pulaski regarding appeal | 0.20 | 1,650.00 | 330.00 |
| 08/25/2023 | MM57 | Correspond with L. Miliotes re: appeal periods and timing | 0.30 | 540.00 | 162.00 |
| 08/25/2023 | RM30 | Analyze AHC draft notice of appeal (.2); correspond with M. Micheli re same (.3); analyze authority re timing of notice of appeal (.6) | 1.10 | 1,600.00 | 1,760.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 6
51691-00002
Invoice No. 2378158

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/30/2023 | MM53 | Analyze appeal issues (.3); draft memorandum to steering committee regarding appeal (.2) | 0.50 | 1,650.00 | 825.00 |
| | | **Subtotal: B191  General Litigation** | **7.70** | | **10,254.50** |
| | | **Total** | **40.80** | | **47,065.50** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| MMM5 | Matt M. Murphy | Partner | 3.80 | 1,750.00 | 6,650.00 |
| MM53 | Matthew Micheli | Of Counsel | 8.80 | 1,650.00 | 14,520.00 |
| RM30 | Ryan Montefusco | Of Counsel | 1.10 | 1,600.00 | 1,760.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 8.80 | 1,025.00 | 9,020.00 |
| JM63 | Jillian A. McMillan | Associate | 0.60 | 1,125.00 | 675.00 |
| LM20 | Lanie Miliotes | Associate | 15.10 | 855.00 | 12,910.50 |
| LS27 | Louise Simpson | Associate | 0.40 | 855.00 | 342.00 |
| DM26 | David Mohamed | Paralegal | 0.40 | 540.00 | 216.00 |
| MM57 | Michael Magzamen | Paralegal | 1.80 | 540.00 | 972.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 08/25/2023 | Westlaw | | | 139.98 |
| **Total Costs incurred and advanced** | | | | **$139.98** |

| | |
|---|---|
| **Current Fees and Costs** | **$47,205.48** |
| **Total Balance Due - Due Upon Receipt** | **$47,205.48** |