UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

# ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
# FOR THE PERIOD AUGUST 12, 2023 THROUGH AUGUST 31, 2023

| | |
|---|---|
| In re LTL Management LLC | Applicant: Cole Schotz P.C. |
| Case No. 23-12825 (MBK) | Client: Ad Hoc Committee of Supporting Counsel |
| Chapter 11 | Case Filed: April 4, 2023 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

                                                    */s/ Michael D. Sirota*      03/6/2024
                                                    MICHAEL D. SIROTA        Date

**SECTION I**
**FEE SUMMARY**

Summary of Amounts Requested for the Period
August 12, 2023 through August 31, 2023 (the "**Compensation Period**")

| | |
|---|---:|
| Total Fees | $18,158.00 |
| Total Disbursements | $0.00 |
| Minus % holdback of Fees | $3,631.60 |
| Amount Sought at this Time | $14,526.40 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---:|
| Total Previous Fees and Expenses Requested: | $1,196,650.86 |
| Total Fees and Expenses Allowed to Date: | $1,196,650.86 |
| Total Retainer Remaining: | $0.00 |
| Total Holdback: | $0.00 |
| Total Received by Applicant: | $1,196,650.86 |

| Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Seth Van Aalten<br>Member | 2004 | 2.90 | $950.00 | $2,755.00 |
| Justin R. Alberto<br>Member | 2008 | 1.50 | $740.00 | $1,110.00 |
| Sarah A. Carnes<br>Member | 2015 | 2.50 | $760.00 | $1,900.00 |
| Bryant P. Churbuck<br>Associate | 2018 | 12.20 | $460.00 | $5,612.00 |
| Larry S. Morton<br>Paralegal | n/a | 19.00 | $355.00 | $6,745.00 |
| Pauline Z. Ratkowiak<br>Paralegal | n/a | 0.10 | $360.00 | $36.00 |
| **TOTALS** | **n/a** | **38.20** | **n/a** | **$18,158.00** |

3

## SECTION II
## SUMMARY OF SERVICES

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis | 0.00 | $0.00 |
| Asset/Business Disposition | 0.00 | $0.00 |
| Assumption and Rejection of Leases and Contracts | 0.00 | $0.00 |
| Preference Actions/Response | 0.00 | $0.00 |
| Budgeting (Case) | 0.00 | $0.00 |
| Business Operations | 0.00 | $0.00 |
| Case Administration | 19.10 | $6,781.00 |
| Claims Administration and Objections | 0.00 | $0.00 |
| Corporate Governance and Board Matters | 0.00 | $0.00 |
| Data Analysis | 0.00 | $0.00 |
| Employee Benefits/Pensions | 0.00 | $0.00 |
| Fee Application Preparation | 10.40 | $4,874.00 |
| Fee Employment | 0.00 | $0.00 |
| Fee Objections | 0.00 | $0.00 |
| Financing | 0.00 | $0.00 |
| Litigation | 8.70 | $6,503.00 |
| Meetings of Creditors | 0.00 | $0.00 |
| Disclosure Statement | 0.00 | $0.00 |
| Plan of Reorganization | 0.00 | $0.00 |
| Real Estate | 0.00 | $0.00 |
| Regulatory Compliance | 0.00 | $0.00 |
| Relief from Stay | 0.00 | $0.00 |
| Reporting | 0.00 | $0.00 |
| Tax Issues | 0.00 | $0.00 |
| Valuation | 0.00 | $0.00 |
| Non-Working Travel | 0.00 | $0.00 |
| **SERVICES TOTALS** | **38.20** | **$18,158.00** |

| SECTION III<br>SUMMARY OF DISBURSEMENTS |
|---|

| Disbursements | Amount |
|---|---|
| None. | $0.00 |
| **DISBURSEMENTS TOTAL** | **$0.00** |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Kristopher M. Hansen (*admitted pro hac vice*)<br>Ryan P. Montefusco (*admitted pro hac vice*)<br><br>PAUL HASTINGS LLP<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Matthew M. Murphy (*admitted pro hac vice*)<br>Matthew Micheli (*admitted pro hac vice*)<br><br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Michael D. Sirota<br>Warren A. Usatine<br>Seth Van Aalten (*admitted pro hac vice*)<br>Justin Alberto (*admitted pro hac vice*)<br><br>PARKINS & RUBIO LLP<br>700 Milam, Suite 1300<br>Houston, Texas 77002<br>Lenard M. Parkins (*admitted pro hac vice*)<br>Charles M. Rubio (*admitted pro hac vice*)<br><br>*Counsel to Ad Hoc Committee of Supporting Counsel* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

66055/0001-46147019v1

## MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C., AD HAC COMMITTEE OF SUPPORTING COUNSEL, FOR THE PERIOD AUGUST 12, 2023 THROUGH AUGUST 31, 2023

Cole Schotz P.C. ("Cole Schotz") submits this Monthly Fee Statement (the "Statement") for services rendered and expenses incurred as Counsel to the Ad Hoc Committee of Supporting Counsel[2] for the period commencing August 12, 2023 and ending August 31, 2023 (the "Statement Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professions* [Docket No. 562] (as modified, the "Interim Fee Procedures Order").

The billing invoices, along with a detailed breakdown of all out-of-pocket disbursements necessarily incurred by Cole Schotz for the Statement Period are annexed hereto. These invoices detail the services performed by Cole Schotz.

The fees requested and expenses incurred in this Statement are as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $18,158.00 | $3,631.60 | $14,526.40 | $0.00 |

[*Remainder of page left intentionally blank*]

---

[2] On June 20, 2023, the Bankruptcy Court entered the *Order Authorizing the Debtor to Enter into an Expense Reimbursement Agreement with Ad Hoc Committee of Supporting Counsel* [Docket No. 838] that provides for the reimbursement of fees from April 18, 2023 through the termination of the Reimbursement Agreement (together, the "Fees and Expenses").

WHEREFORE, Cole Schotz respectfully requests payment of fees and reimbursement of expenses for the Statement Period of $14,526.40 (80% of total fees and 100% of expenses) in accordance with the Reimbursement Order.

Dated: March 6, 2024          **COLE SCHOTZ P.C.**
*Counsel to Ad Hoc Committee*
*of Supporting Counsel*

/s/ *Michael D. Sirota*
Michael D. Sirota (NJ Bar No. 014321986)

# Exhibit A

**COLE SCHOTZ P.C.**

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ  07601

FEDERAL ID# 22-2113414

New York — Delaware — Maryland — Texas — Florida

LTL MANAGEMENT LLC
N/A

|  |  |
|---|---|
| Invoice Date: | September 8, 2023 |
| Invoice Number: | 957434 |
| Matter Number: | 66055-0001 |

**Re:**  LTL AD HOC GROUP

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2023

## CASE ADMINISTRATION                                                                19.10        6,781.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/14/23 | PVR | EMAIL FROM ACCOUNTING AND TO M. BALES RE: LEDES FILE FOR JUNE 2023 | 0.10 | 36.00 |
| 08/14/23 | LSM | RESEARCH INTERIM/FINAL FEE APPLICATION SAMPLE | 0.60 | 213.00 |
| 08/14/23 | LSM | DRAFT CERTIFICATE OF SERVICE REGARDING THIRD MONTHLY FEE APPLICATIONS AND FORWARD SAME TO B. CHURBUCK | 0.40 | 142.00 |
| 08/14/23 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.30 | 106.50 |
| 08/15/23 | LSM | REVISE AND FILE TWO CERTIFICATES OF SERVICE REGARDING THREE MONTHLY FEE APPLICATIONS | 0.40 | 142.00 |
| 08/17/23 | LSM | RESEARCH SAMPLE INTERIM FEE APPLICATION FOR NJ IN PREPARATION FOR COLE SCHOTZ FIRST INTERIM FEE APPLICATION | 0.60 | 213.00 |
| 08/21/23 | LSM | EMAILS WITH B. CHURBUCK REGARDING JULY MONTHLY FEE APPLICATION DRAFT FOR COLE SCHOTZ | 0.20 | 71.00 |
| 08/21/23 | LSM | DRAFT FOURTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.70 | 248.50 |
| 08/22/23 | LSM | REVIEW INTERIM FEE APPLICATION SAMPLES FOR FIRST INTERIM FEE APPLICATION DRAFT | 0.50 | 177.50 |
| 08/22/23 | LSM | COMPLETE DRAFT OF FOURTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ JUNE 2023 FEES/EXPENSES AND FORWARD SAME TO B. CHURBUCK | 1.50 | 532.50 |
| 08/22/23 | LSM | DRAFT NOTICE OF RATE INCREASE AND FORWARD SAME TO S. CARNES AND B. CHURBUCK | 0.40 | 142.00 |
| 08/23/23 | LSM | DRAFT THREE CERTIFICATES OF NO OBJECTION REGARDING THIRD MONTHLY FEE APPLICATIONS AND FORWARD SAME TO B. CHURBUCK RE: PAUL HASTINGS, COLE SCHOTZ, AND PARKINS RUBIO | 0.60 | 213.00 |
| 08/23/23 | LSM | CONTINUE DRAFT OF FIRST INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.90 | 319.50 |
| 08/24/23 | LSM | REVISE NOTICE OF RATE INCREASE AND FORWARD TO B. CHURBUCK | 0.40 | 142.00 |

# COLE SCHOTZ P.C.

Re:     LTL AD HOC GROUP                                          Invoice Number  957434
        Client/Matter No. 66055-0001                              September 8, 2023
                                                                  Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/24/23 | LSM | COMPLETE DRAFT OF FIRST INTERIM AND FINAL FEE APPLICATION AND FORWARD SAME TO B. CHURBUCK WITH COMMENTS | 3.60 | 1,278.00 |
| 08/24/23 | LSM | EMAILS WITH ACCOUNTING DEPARTMENT REGARDING REVISIONS TO EXHIBITS TO FIRST INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.30 | 106.50 |
| 08/24/23 | LSM | REVISE AND UPDATE TWO CERTIFICATES OF NO OBJECTION REGARDING THIRD MONTHLY FEE APPLICATIONS FOR PAUL HASTINGS AND COLE SCHOTZ | 0.30 | 106.50 |
| 08/24/23 | LSM | REVIEW NJ NOTICE OF APPEAL PROCEDURES | 0.50 | 177.50 |
| 08/25/23 | LSM | REVISE/UPDATE TWO CERTIFICATES OF NO OBJECTION REGARDING JUNE 2023 MONTHLY FEE APPLICATIONS FOR PAUL HASTINGS AND COLE SCHOTZ | 0.30 | 106.50 |
| 08/25/23 | LSM | ASSIST WITH FILING PREPARATIONS FOR NOTICE OF APPEAL | 0.90 | 319.50 |
| 08/25/23 | LSM | UPDATE FIRST INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.40 | 142.00 |
| 08/25/23 | LSM | ASSIST WITH FILING PREPARATIONS FOR TWO CERTIFICATES OF NO OBJECTION REGARDING THIRD MONTHLY FEE APPLICATIONS | 0.50 | 177.50 |
| 08/25/23 | LSM | UPDATE, FILE AND CIRCULATE TO B. CHURBUCK TWO CERTIFICATES OF NO OBJECTION REGARDING PAUL HASTINGS AND COLE SCHOTZ THIRD MONTHLY FEE APPLICATIONS | 0.50 | 177.50 |
| 08/28/23 | LSM | EMAILS WITH ACCOUNTING DEPARTMENT REGARDING REVISIONS TO EXHIBITS TO FOURTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.30 | 106.50 |
| 08/29/23 | LSM | REVISE FOURTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO B. CHURBUCK | 0.60 | 213.00 |
| 08/31/23 | LSM | COMPLETE DRAFT OF FIRST INTERIM AND FINAL FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO S. CARNES AND B. CHURBUCK WITH COMMENTS | 3.30 | 1,171.50 |
| **FEE APPLICATION PREPARATION** | | | **10.40** | **4,874.00** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/21/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN RE: INTERIM FEE APPLICATIONS AND JULY MONTHLY FEE STATEMENT | 0.20 | 92.00 |
| 08/21/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: INTERIM FEE APPLICATIONS AND JULY MONTHLY FEE STATEMENT | 0.30 | 138.00 |
| 08/23/23 | BPC | REVIEW EMAIL FROM L. MILIOTES RE: JUNE MONTHLY FEE STATEMENT | 0.10 | 46.00 |
| 08/23/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO COLE SCHOTZ LTL TEAM RE: JUNE MONTHLY FEE STATEMENT | 0.30 | 138.00 |
| 08/23/23 | BPC | PREPARE EMAILS TO AND REVIEW EMAILS FROM L. MORTON RE: CERTIFICATE OF NO OBJECTION FOR JUNE MONTHLY FEE STATEMENT | 0.20 | 92.00 |

**COLE SCHOTZ P.C.**

Re: LTL AD HOC GROUP  
Client/Matter No. 66055-0001

Invoice Number 957434  
September 8, 2023  
Page 3

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/24/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO M. MURPHY AND L. MILIOTES RE: JUNE MONTHLY FEE STATEMENT | 0.40 | 184.00 |
| 08/24/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO G. JACKSON RE: JULY MONTHLY FEE STATEMENTS | 0.20 | 92.00 |
| 08/24/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN RE: CERTIFICATES OF NO OBJECTION FOR JUNE MONTHLY FEE STATEMENTS | 0.20 | 92.00 |
| 08/24/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN AND R. MONTEFUSCO RE: NOTICE OF APPEAL FROM ORDER DISMISSING CASE | 0.50 | 230.00 |
| 08/24/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: CERTIFICATES OF NO OBJECTION FOR JUNE MONTHLY FEE STATEMENTS | 0.40 | 184.00 |
| 08/27/23 | BPC | REVIEW EMAIL FROM C. RUBIO RE: JULY MONTHLY FEE STATEMENT | 0.10 | 46.00 |
| 08/27/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN RE: JULY MONTHLY FEE STATEMENT | 0.20 | 92.00 |
| 08/28/23 | BPC | PREPARE EMAILS TO AND REVIEW EMAILS FROM L. MORTON RE: JULY MONTHLY FEE STATEMENT | 0.40 | 184.00 |
| 08/29/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MILIOTES RE: INTERIM AND FINAL FEE APPLICATION | 0.30 | 138.00 |
| 08/29/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: JULY AND AUGUST MONTHLY FEE STATEMENTS | 0.20 | 92.00 |
| 08/29/23 | BPC | REVIEW JULY AND AUGUST MONTHLY FEE STATEMENTS | 0.40 | 184.00 |
| 08/29/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN AND S. CARNES RE: INTERIM AND FINAL FEE APPLICATIONS | 0.30 | 138.00 |
| 08/29/23 | SYC | EMAILS TO B. CHURBUCK RE: FEE APPLICATIONS | 0.30 | 228.00 |
| 08/29/23 | BPC | PREPARE AND REVISE INTERIM AND FINAL FEE APPLICATION | 3.00 | 1,380.00 |
| 08/29/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN AND S. PETRIELLO RE: AUGUST MONTHLY FEE STATEMENT | 0.30 | 138.00 |
| 08/31/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MILIOTES RE: INTERIM AND FINAL FEE APPLICATIONS | 0.20 | 92.00 |
| 08/31/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: INTERIM AND FINAL FEE APPLICATIONS | 0.20 | 92.00 |
| 08/31/23 | BPC | PREPARE EMAILS TO S. VAN AALTEN RE: CERTIFICATIONS OF NO OBJECTION | 0.10 | 46.00 |
| 08/31/23 | BPC | REVISE INTERIM AND FINAL FEE APPLICATION | 0.50 | 230.00 |
| 08/31/23 | BPC | REVISE JULY AND AUGUST MONTHLY FEE STATEMENT | 1.10 | 506.00 |

| **LITIGATION** | | | **8.70** | **6,503.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/07/23 | SYC | ATTEND HAAS DEPO | 2.20 | 1,672.00 |

**COLE SCHOTZ P.C.**

Re: LTL AD HOC GROUP  
Client/Matter No. 66055-0001

Invoice Number 957434  
September 8, 2023  
Page 4

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/16/23 | BPC | TELEPHONIC CONFERENCE WITH STEERING COMMITTEE RE: POST-DISMISSAL MATTERS | 0.50 | 230.00 |
| 08/16/23 | SVA | CONF W/ PH RE FINAL FEE APPS AND NEXT STEPS | 0.60 | 570.00 |
| 08/21/23 | JRA | EMAILS WITH CLIENTS RE APPEAL ISSUES | 0.30 | 222.00 |
| 08/21/23 | SVA | CORRES W/ AHC RE DISMISSAL APPEAL | 0.20 | 190.00 |
| 08/24/23 | JRA | EMAILS WITH CLIENTS RE NOTICE OF APPEAL (.2); REVIEW NOTICE OF APPEAL (.1) | 0.30 | 222.00 |
| 08/24/23 | SVA | CORRES W/ PH RE NOTICE OF APPEAL OF MTD RULING | 0.20 | 190.00 |
| 08/25/23 | SVA | PREPARATION OF NOTICE OF APPEAL OF MTD | 1.40 | 1,330.00 |
| 08/25/23 | SVA | CORRES W/ PH TEAM RE NOTICE OF APPEAL OF MTD FILING | 0.50 | 475.00 |
| 08/25/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN RE: NOTICE OF APPEAL FROM ORDER DISMISSING CASE | 0.30 | 138.00 |
| 08/25/23 | BPC | REVIEW EMAILS FROM S. VAN AALTEN AND L. MORTON RE: NOTICE OF APPEAL FROM ORDER DISMISSING CASE | 0.30 | 138.00 |
| 08/25/23 | BPC | REVIEW EMAILS FROM COLE SCHOTZ, PAUL HASTINGS, AND PARKINS AND RUBIO LTL TEAMS RE: NOTICE OF APPEAL FROM ORDER DISMISSING CASE | 0.80 | 368.00 |
| 08/28/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. CARNES RE: CHALLENGE DEADLINE | 0.20 | 92.00 |
| 08/30/23 | JRA | EMAILS RE APPEALS | 0.30 | 222.00 |
| 08/31/23 | JRA | T/C WITH STEEROCO MEMBER (.3); EMAILS WITH STEERCO MEMBERS RE APPEAL ISSUES (.3) | 0.60 | 444.00 |
| | | TOTAL HOURS | 38.20 | |

PROFESSIONAL SERVICES: $18,158.00

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Bryant P. Churbuck | Associate | 12.20 | 460.00 | 5,612.00 |
| Justin R. Alberto | Member | 1.50 | 740.00 | 1,110.00 |
| Larry S. Morton | Paralegal | 19.00 | 355.00 | 6,745.00 |
| Pauline Z. Ratkowiak | Paralegal | 0.10 | 360.00 | 36.00 |
| Sarah A. Carnes | Member | 2.50 | 760.00 | 1,900.00 |
| Seth Van Aalten | Member | 2.90 | 950.00 | 2,755.00 |
| | **Total** | **38.20** | | **$18,158.00** |

**COLE SCHOTZ P.C.**

Re: LTL AD HOC GROUP
Client/Matter No. 66055-0001

Invoice Number 957434
September 8, 2023
Page 5

| | | | |
|---|---|---|---|
| TOTAL SERVICES: | | $ | 18,158.00 |

**TASK SUMMARY**

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| NJ812 | FEE APPLICATION PREPARATION | 10.40 | 4,874.00 |
| NJ821 | LITIGATION | 8.70 | 6,503.00 |
| NJ839 | CASE ADMINISTRATION | 19.10 | 6,781.00 |
| | **Total** | **38.20** | **$18,158.00** |

**Cole Schotz P.C.**
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-489-3000  201-489-1536
FEDERAL ID# 22-2113414

New York — Delaware — Maryland — Texas — Florida

| | |
|---|---|
| LTL MANAGEMENT LLC | Invoice Date: September 8, 2023 |
| N/A | Invoice Number: 957434 |
| | Matter Number: 66055-0001 |

## REMITTANCE PAGE

PROFESSIONAL SERVICES THROUGH AUGUST 31, 2023

**Client:** AD HOC GROUP OF SUPPORTING COUNSEL
**Matter:** LTL AD HOC GROUP

| | |
|---|---|
| TOTAL FEES: | $ 18,158.00 |
| TOTAL DUE THIS INVOICE: | $ 18,158.00 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

**For payments via ACH (e-check) or Credit Card please visit**
http://payments.coleschotz.com

**or use the QR Code**



**For payments made via Wire**
Account Name: Cole Schotz P.C.
Bank of America, Account #4380000240
ABA #026009593

**Please call 201-525-6280 for assistance with payments**