## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

### FEE STATEMENT COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Paul Hastings LLP |
| Case No.: | 23-12825 (MBK) | Client: | Ad Hoc Committee of Supporting Counsel |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

## SECTION I
## FEE SUMMARY

Monthly Fee Statement Covering the Period from
September 1, 2023 through September 30, 2023

| | |
|---|---|
| Total Fees: | $125,985.00 |
| Total Disbursements: | $112,624.78 |
| Minus 20% holdback of Fees: | $(25,197.00) |
| **Amount Sought at this Time** | $213,412.78 |

| Name | Department or Group | Date of First Admission | Hourly Rate | Total for Statement Period | |
|---|---|---|---|---|---|
| | | | | Hours Billed | Amount |
| Hansen, Kris | Financial Restructuring | 1996 | $2,075.00 | 2.20 | $4,565.00 |
| Murphy, Matt | Financial Restructuring | 1999 | $1,750.00 | 0.50 | $875.00 |
| **Total Partner:** | | | | **2.70** | **$5,440.00** |
| Micheli, Matthew | Financial Restructuring | 2002 | $1,650.00 | 15.10 | $24,915.00 |
| Montefusco, Ryan | Financial Restructuring | 2012 | $1,600.00 | 36.30 | $58,080.00 |
| Traxler, Katherine | Financial Restructuring | 1990 | $1,025.00 | 7.70 | $7,892.50 |
| **Total Counsel:** | | | | **59.10** | **$90,887.50** |

| Name | Department or Group | Date of First Admission | Hourly Rate | Total for Statement Period | |
|---|---|---|---|---|---|
| | | | | Hours Billed | Amount |
| Farmer, Will | Financial Restructuring | 2018 | $1,235.00 | 5.00 | $6,175.00 |
| Glogowski, Angelika | Financial Restructuring | 2021 | $915.00 | 4.90 | $4,483.50 |
| Miliotes, Lanie | Financial Restructuring | 2023 | $855.00 | 17.90 | $15,304.50 |
| Simson, Louise | Financial Restructuring | 2022 | $855.00 | 2.30 | $1,966.50 |
| **Total Associate:** | | | | **30.10** | **$27,929.50** |
| Magzamen, Michael | Financial Restructuring | | $540.00 | 3.20 | $1,728.00 |
| **Total Paraprofessional:** | | | | **3.20** | **$1,728.00** |
| **Total:** | | | | **95.10** | **$125,985.00** |

## SECTION II
## SUMMARY OF SERVICES

| U.S. Trustee Task Code and Project Category | Total for Statement Period | |
|---|---|---|
| | Total Hours | Total Fees |
| B110    Case Administration | 3.50 | $5,857.50 |
| B113    Pleadings Review | 1.00 | $540.00 |
| B150    Meetings of and Communications with Creditors | 0.70 | $1,452.50 |
| B160    Employment / Fee Applications (Paul Hastings) | 33.40 | $36,118.00 |
| B191    General Litigation | 56.50 | $82,017.00 |
| TOTAL | **95.10** | **$125,985.00** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| Category | Total for Statement Period |
|---|---|
| Airfare | $1,228.80 |
| Computer Search | $556.43 |
| Court Reporting Services | $70,271.68 |
| Taxi/Ground Transportation | $1,290.78 |
| Meals | $600.89 |
| Outside Professional Services | $38,660.20 |
| Vendor Expense | $16.00 |
| TOTAL | **$112,624.78** |

I certify under penalty of perjury that the above is true.

Date:   March 6, 2024

*/s/* Matthew M. Murphy
Matthew M. Murphy

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Kristopher M. Hansen (*admitted pro hac vice*)

PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Matthew M. Murphy (*admitted pro hac vice*)
Matthew Micheli (*admitted pro hac vice*)

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten (*admitted pro hac vice*)
Justin Alberto (*admitted pro hac vice*)

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, Texas 77002
Lenard M. Parkins (*admitted pro hac vice*)
Charles M. Rubio (*admitted pro hac vice*)

*Counsel to Ad Hoc Committee of Supporting Counsel*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP,
COUNSEL TO AD HOC COMMITTEE OF SUPPORTING COUNSEL, FOR THE
PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

On June 20, 2023, the Court entered the Order Authorizing the Debtor to Enter into the Reimbursement Agreement [ECF No. 838] (the "Reimbursement Order"), pursuant to which the Debtor entered into a post-petition expense reimbursement agreement (the "Reimbursement Agreement") to pay certain fees and expenses of the Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel").

The Reimbursement Agreement provides that the Debtor will pay the reasonable and documented fees and out-of-pocket expenses of professionals retained by the AHC of Supporting Counsel, including, among others, Paul Hastings LLP ("Paul Hastings"), for the period from April 18, 2023 through the termination of the Reimbursement Agreement.

The Reimbursement Agreement further provides that Paul Hastings will file monthly fee statements and interim and final fee applications in accordance with the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals [ECF No. 562] (the "Interim Compensation Order"), entered on May 22, 2023.

The Court's *Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. § 1112(b); (II) Establishing Procedures With Respect to Requests for Compensation; and (III) Granting Related Relief* [ECF No. 1211] (the "Dismissal Order") provides that the "fees and expenses of professionals retained by the Ad Hoc Committee of Supporting Counsel shall remain subject to the" Reimbursement Agreement. The Dismissal Order further provides that the Interim Compensation Order "shall remain in full force and effect through and including the Appeal Exhaustion Date" for Retained Professionals, which covers professionals retained by the Ad Hoc Committee of Supporting Counsel.

Paul Hastings respectfully submits this Fee Application in accordance with the Reimbursement Order, the Reimbursement Agreement, the Interim Compensation Order and the Dismissal Order for services rendered and expenses incurred as counsel to the Ad Hoc Committee of Supporting Counsel for the period commencing September 1, 2023 and ending September 30, 2023 (the "Statement Period").

The billing invoices, along with a detailed breakdown of all out-of-pocket disbursements necessarily incurred by Paul Hastings for the Statement Period are annexed hereto as Exhibit A. These invoices detail the services performed by Paul Hastings.

The payment of fees and reimbursement of expenses requested in this Statement are as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $125,985.00 | $25,197.00 | $100,788.00 | $112,624.78 |

**WHEREFORE**, Paul Hastings respectfully requests payment of fees and reimbursement of expenses for the Statement Period of $213,412.78 (80% of total fees and 100% of expenses) in accordance with the Interim Compensation Order.

Dated: March 6, 2024                     **PAUL HASTINGS LLP**

/s/ Matthew M. Murphy
Matthew M. Murphy (*admitted pro hac vice*)
Matthew Micheli (*admitted pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Email:  mattmurphy@paulhastings.com
          mattmicheli@paulhastings.com

Kristopher M. Hansen (*admitted pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Email:  krishansen@paulhastings.com


*Counsel to AHC of Supporting Counsel*

**EXHIBIT A**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL     January 16, 2024
488 Madison Avenue
New York, NY                                           Please Refer to
                                                       Invoice Number: 2387467

Attn: Jonathan Schulman                                PH LLP Tax ID No. 95-2209675

---

### SUMMARY SHEET

**Representation in Chapter 11 bankruptcy proceedings**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2023 | $125,985.00 |
| Costs incurred and advanced | 112,624.78 |
| **Current Fees and Costs Due** | **$238,609.78** |
| **Total Balance Due - Due Upon Receipt** | **$238,609.78** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL      January 16, 2024
488 Madison Avenue
New York, NY                                          Please Refer to
                                                      Invoice Number: 2387467

Attn: Jonathan Schulman                               PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Representation in Chapter 11 bankruptcy proceedings**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2023 | $125,985.00 |
| Costs incurred and advanced | 112,624.78 |
| **Current Fees and Costs Due** | **$238,609.78** |
| **Total Balance Due - Due Upon Receipt** | **$238,609.78** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL       January 16, 2024
488 Madison Avenue
New York, NY                                             Please Refer to
                                                         Invoice Number: 2387467

Attn: Jonathan Schulman                                  PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2023

**<u>Representation in Chapter 11 bankruptcy proceedings</u>**            **$125,985.00**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| **B110** | **Case Administration** | | | | |
| 09/06/2023 | MM57 | Calendar critical dates | 0.10 | 540.00 | 54.00 |
| 09/07/2023 | MM57 | Update case calendar and calendar invites | 0.10 | 540.00 | 54.00 |
| 09/11/2023 | MM53 | Correspond with members of AHC of supporting counsel | 0.40 | 1,650.00 | 660.00 |
| 09/13/2023 | MM53 | Analyze case matters and next steps | 0.20 | 1,650.00 | 330.00 |
| 09/14/2023 | KH18 | Analyze case, plan, and appeal issues (1.0); prepare notes regarding same (.2); client discussions regarding same (.3) | 1.50 | 2,075.00 | 3,112.50 |
| 09/14/2023 | MM53 | Analyze case matters and next steps | 0.20 | 1,650.00 | 330.00 |
| 09/18/2023 | MM53 | Analyze pending case matters and next steps | 0.30 | 1,650.00 | 495.00 |
| 09/19/2023 | MM53 | Analyze pending and upcoming case matters and next steps | 0.30 | 1,650.00 | 495.00 |
| 09/20/2023 | MM57 | Adjust case calendar | 0.10 | 540.00 | 54.00 |
| 09/21/2023 | MM53 | Analyze case matters and strategy | 0.10 | 1,650.00 | 165.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 2
51691-00002
Invoice No. 2387467

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/29/2023 | MM57 | Correspond with R. Montefusco and L. Miliotes re: vendor and critical dates | 0.20 | 540.00 | 108.00 |
| | | **Subtotal: B110  Case Administration** | **3.50** | | **5,857.50** |

**B113    Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/06/2023 | MM57 | Review recent filings and update working group re: same | 0.20 | 540.00 | 108.00 |
| 09/20/2023 | MM57 | Review recent ECF filings and update working group re: same | 0.20 | 540.00 | 108.00 |
| 09/21/2023 | MM57 | Review recent ECF filings and update working group re: same | 0.10 | 540.00 | 54.00 |
| 09/29/2023 | MM57 | Review recent ECF filings and update working group re: same | 0.50 | 540.00 | 270.00 |
| | | **Subtotal: B113  Pleadings Review** | **1.00** | | **540.00** |

**B150    Meetings of and Communications with Creditors**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/12/2023 | KH18 | Correspond with Steering Committee, M. Micheli, and M. Murphy regarding case and appeal updates | 0.70 | 2,075.00 | 1,452.50 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **0.70** | | **1,452.50** |

**B160    Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/01/2023 | MM53 | Review final fee application issues | 0.20 | 1,650.00 | 330.00 |
| 09/05/2023 | KAT2 | Correspond with L. Miliotes regarding final fee application and Cole Schotz precedent (.1); review Cole Schotz precedent (.2); prepare final fee application, exhibits, and certification (1.6); prepare responses to UST Appendix B questions (.3); correspond with C. Edge and C. Moore regarding same (.2) | 2.40 | 1,025.00 | 2,460.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 3
51691-00002
Invoice No. 2387467

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/05/2023 | LM20 | Correspond with Cole Schotz re draft final fee application (.4); correspond with K. Traxler and C. Edge re same (.2) | 0.60 | 855.00 | 513.00 |
| 09/05/2023 | MM53 | Review revisions to reimbursement agreement and engagement letter | 0.60 | 1,650.00 | 990.00 |
| 09/05/2023 | MM57 | Draft combined monthly fee statement for July 1 through August 11, 2023 services (.9); correspond with M. Micheli, L. Miliotes, K. Traxler and C. Edge re: same (.2) | 1.10 | 540.00 | 594.00 |
| 09/06/2023 | KAT2 | Continue preparing final fee application and related exhibits per precedents from L. Miliotes (2.9); correspond with L. Miliotes regarding same (.2) | 3.10 | 1,025.00 | 3,177.50 |
| 09/06/2023 | LM20 | Review July 1 through August 11, 2023 fee application (.1); review and revise final fee application (.3); correspond with K. Traxler and C. Edge re same (.1); correspond with B. Churbuck re same (.2) | 0.70 | 855.00 | 598.50 |
| 09/07/2023 | KAT2 | Continue preparing final fee application and related exhibits (.3); correspond with L. Miliotes regarding same (.1); prepare insert to fee application with UST Appendix B information (.2); correspond with C. Moore regarding same (.1) | 0.70 | 1,025.00 | 717.50 |
| 09/07/2023 | LM20 | Review and revise final fee application (.6); call with B. Churbuck re filing monthly fee statement (.2); correspond with C. Edge re July 1 through August 11, 2023 fee statement (.2); review and revise combined monthly fee statement (.3); correspond with K. Traxler final fee application (.2); correspond with M. Micheli re same (.1) | 1.60 | 855.00 | 1,368.00 |
| 09/07/2023 | MM53 | Review and comment on July and August monthly fee statement | 0.30 | 1,650.00 | 495.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 4
51691-00002
Invoice No. 2387467

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/08/2023 | LM20 | Review and revise final fee application (1.8); correspond with C. Edge and K. Traxler re same (.4); review and revise combined monthly fee statement for July and August services (.4); correspond with M. Magzamen re same (.1); correspond with C. Edge re same (.3) | 3.00 | 855.00 | 2,565.00 |
| 09/08/2023 | MM53 | Review and revise July 1 through August 11, 2023 monthly fee statement | 0.30 | 1,650.00 | 495.00 |
| 09/08/2023 | MM53 | Review draft final fee application | 0.50 | 1,650.00 | 825.00 |
| 09/09/2023 | KAT2 | Prepare parts of first interim and final fee application (1.0); correspond with L. Miliotes and C. Edge regarding same (.1) | 1.10 | 1,025.00 | 1,127.50 |
| 09/09/2023 | LM20 | Draft portion of final fee application | 1.20 | 855.00 | 1,026.00 |
| 09/09/2023 | MM53 | Review and revise final fee application | 3.00 | 1,650.00 | 4,950.00 |
| 09/10/2023 | KAT2 | Review and revise first interim and final fee application (.3); correspond with L. Miliotes regarding same (.1) | 0.40 | 1,025.00 | 410.00 |
| 09/10/2023 | LM20 | Review and revise final fee application (3.2); correspond with K. Traxler and M. Micheli re same (.5) | 3.70 | 855.00 | 3,163.50 |
| 09/10/2023 | MM53 | Review and revise final fee application | 0.80 | 1,650.00 | 1,320.00 |
| 09/11/2023 | LM20 | Review and revise final fee application (1.6); correspond with M. Micheli re same (.6); correspond with Cole Schotz re same (.1) | 2.30 | 855.00 | 1,966.50 |
| 09/11/2023 | MM53 | Review and revise final fee application | 2.20 | 1,650.00 | 3,630.00 |
| 09/12/2023 | LM20 | Correspond with M. Micheli re August services | 0.20 | 855.00 | 171.00 |
| 09/14/2023 | MM53 | Analysis of final fee issues | 0.20 | 1,650.00 | 330.00 |
| 09/27/2023 | LM20 | Correspond with local counsel re certificates of no objection and filing of same | 0.20 | 855.00 | 171.00 |
| 09/28/2023 | LM20 | Correspond with M. Micheli re future fee statements (.2); correspond with Cole Schotz re same (.3) | 0.50 | 855.00 | 427.50 |
| 09/28/2023 | MM53 | Review final fee application issues | 0.20 | 1,650.00 | 330.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 5
51691-00002
Invoice No. 2387467

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/29/2023 | LS27 | Review and revise August invoice to conform to U.S. Trustee guidelines | 2.30 | 855.00 | 1,966.50 |
| | | **Subtotal: B160  Fee/Employment Applications** | **33.40** | | **36,118.00** |

**B191    General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/05/2023 | MM53 | Review and finalize notice of appeal and related request for direct certification | 0.50 | 1,650.00 | 825.00 |
| 09/13/2023 | AG29 | Correspond with M. Micheli, W. Farmer regarding financial distress standard in Third and Fifth Circuits (.3); analyze case law and documents related to same (2.9); draft analysis of same (1.7) | 4.90 | 915.00 | 4,483.50 |
| 09/18/2023 | MM53 | Call with R. Montefuscso, W. Farmer, S. Van Aalten and B. Churbuck regarding appeal issues | 0.20 | 1,650.00 | 330.00 |
| 09/18/2023 | MM53 | Review and revise designations for appeal | 0.50 | 1,650.00 | 825.00 |
| 09/18/2023 | MM53 | Analyze appeal issues | 0.60 | 1,650.00 | 990.00 |
| 09/18/2023 | RM30 | Analyze proposed order granting joint certification (.3); conference with S. Van Aalten re same (.2); correspond with S. Van Aalten re next steps on appeal (.6); analyze appellate dockets and filings (.5); call with M. Micheli, W. Farmer, and local counsel regarding appellate designations (.2); review and revise appellate designations (1.3) | 3.10 | 1,600.00 | 4,960.00 |
| 09/18/2023 | WCF | Call with R. Montefusco, M. Micheli, and local counsel regarding appellate designations (.2); analyze statement of issues and Debtor's appellate designations (.3) | 0.50 | 1,235.00 | 617.50 |
| 09/19/2023 | MM53 | Analyze appeal issues | 0.20 | 1,650.00 | 330.00 |
| 09/19/2023 | MM57 | Correspond with L. Miliotes, R. Montefusco and M. Micheli re: LTL appeals (.2); further correspond with M. Micheli re: same (.2) | 0.40 | 540.00 | 216.00 |
| 09/20/2023 | MM53 | Review draft order granting direct appeal | 0.20 | 1,650.00 | 330.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                      Page 6
51691-00002
Invoice No. 2387467

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/20/2023 | MM53 | Analyze authority on asbestos, talc and channeling injunction | 0.40 | 1,650.00 | 660.00 |
| 09/21/2023 | MM53 | Analyze authority and precedent on asbestos, talc and channeling injunction | 2.00 | 1,650.00 | 3,300.00 |
| 09/25/2023 | RM30 | Review decision on motion to dismiss (.8); review and revise proposed findings of fact and conclusions of law (2.8); analyze authority re LTL appeal (1.9) | 5.50 | 1,600.00 | 8,800.00 |
| 09/26/2023 | LM20 | Call with R. Montefusco re appellate brief (.2); review dismissal opinion and Debtor's findings of facts and conclusions of law in connection with same (.9) | 1.10 | 855.00 | 940.50 |
| 09/26/2023 | MMM5 | Analyze open issues regarding appeal | 0.50 | 1,750.00 | 875.00 |
| 09/26/2023 | MM53 | Analyze issues related to appeal | 0.40 | 1,650.00 | 660.00 |
| 09/26/2023 | RM30 | Calls with S. Van Aalten re LTL appellate procedure and brief (1.9); call with L. Miliotes regarding same (.2); correspond with W. Farmer regarding same (.3); review and revise proposed findings of fact in connection with LTL appellate brief (2.8); analyze appellate procedure and application of same in LTL appeal (3.4) | 8.60 | 1,600.00 | 13,760.00 |
| 09/27/2023 | LM20 | Review Debtor's findings of fact and conclusions of law for appellate brief | 1.30 | 855.00 | 1,111.50 |
| 09/27/2023 | MM57 | Correspond with R. Montefusco and Cole Schotz re: unredacted sur-reply | 0.20 | 540.00 | 108.00 |
| 09/27/2023 | RM30 | Conference with D. Pietro re petition for direct appeal (.4); conference with S. Van Aalten re same (.2); analyze authority re petition for direct appeal (3.2); conference with W. Farmer re same (.4) | 4.20 | 1,600.00 | 6,720.00 |
| 09/27/2023 | WCF | Call with R. Montefusco regarding petition to Third Circuit and opening appeal brief (.4); analyze authorities regarding joint petitions for certification and Third Circuit appellate procedures (.8) | 1.20 | 1,235.00 | 1,482.00 |
| 09/28/2023 | LM20 | Draft background section of appellate brief (.8); review debtor's findings of facts re same (.3) | 1.10 | 855.00 | 940.50 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 7
51691-00002
Invoice No. 2387467

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/28/2023 | RM30 | Analyze order re stay of district court appeal and accompanying cover letter (.8); correspond with S. Van Aalten, K. Pasquale, W. Farmer and P. Jimenez re petition for direct appeal (2.2); analyze case law and statutory authority re petition for direct appeal (3.6) | 6.60 | 1,600.00 | 10,560.00 |
| 09/28/2023 | WCF | Analyze bankruptcy court certification decision and authority/bankruptcy rules regarding direct certification petition (.9); review docket filings in connection with opening appellate brief (.6); draft opening appellate brief outline (.7) | 2.20 | 1,235.00 | 2,717.00 |
| 09/29/2023 | MM53 | Telephone conference with R. Montefusco regarding appeal issues | 0.30 | 1,650.00 | 495.00 |
| 09/29/2023 | RM30 | Correspond with S. Kinnaird re direct appeal (.3); analyze case law and statutory authority re petition for direct appeal (2.2); analyze record on appeal in LTL 1.0 (3.6); draft outline for petition for direct appeal (1.4); correspond with W. Farmer re same (.5); call with M. Micheli regarding appeal issues (.3) | 8.30 | 1,600.00 | 13,280.00 |
| 09/29/2023 | WCF | Analyze authorities regarding section 158 direct certification petition (.6); draft outline of certification petition brief (.5) | 1.10 | 1,235.00 | 1,358.50 |
| 09/30/2023 | LM20 | Analyze Third Circuit direct certification case law | 0.40 | 855.00 | 342.00 |
| | | **Subtotal: B191  General Litigation** | **56.50** | | **82,017.00** |
| | | **Total** | **95.10** | | **125,985.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| KH18 | Kris Hansen | Partner | 2.20 | 2,075.00 | 4,565.00 |
| MMM5 | Matt M. Murphy | Partner | 0.50 | 1,750.00 | 875.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 8
51691-00002
Invoice No. 2387467

| MM53 | Matthew Micheli | Of Counsel | 15.10 | 1,650.00 | 24,915.00 |
|------|----------------|------------|-------|----------|-----------|
| RM30 | Ryan Montefusco | Of Counsel | 36.30 | 1,600.00 | 58,080.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 7.70 | 1,025.00 | 7,892.50 |
| WCF | Will C. Farmer | Associate | 5.00 | 1,235.00 | 6,175.00 |
| AG29 | Angelika S. Glogowski | Associate | 4.90 | 915.00 | 4,483.50 |
| LM20 | Lanie Miliotes | Associate | 17.90 | 855.00 | 15,304.50 |
| LS27 | Louise Simpson | Associate | 2.30 | 855.00 | 1,966.50 |
| MM57 | Michael Magzamen | Paralegal | 3.20 | 540.00 | 1,728.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 06/13/2023 | Court Reporting Services - Lexitas, Invoice# 1453622 Dated 06/13/23, Transcripts of deposition of John Kim, taken on 6/1/2023. | | | 3,981.88 |
| 06/19/2023 | Court Reporting Services - Lexitas, Invoice# 1455573 Dated 06/19/23, Transcripts of deposition of Erik Haas, taken on 6/7/2023. | | | 1,661.05 |
| 06/20/2023 | Court Reporting Services - Lexitas, Invoice# 1455936 Dated 06/20/23, Transcripts of deposition of James Onder, taken on 6/8/2023. | | | 5,172.75 |
| 06/22/2023 | Court Reporting Services - Lexitas, Invoice# 1456908 Dated 06/22/23, Transcripts of deposition of Mikal Watts, taken on 6/12/2023. | | | 3,024.75 |
| 06/23/2023 | Court Reporting Services - Lexitas, Invoice# 1457422 Dated 06/23/23, Transcripts of deposition of Arthur Wong (S&P Global), taken on 6/12/2023. | | | 1,641.35 |
| 06/23/2023 | Court Reporting Services - Lexitas, Invoice# 1457509 Dated 06/23/23, Transcripts of deposition of Adam Pulaski, taken on 6/14/2023. | | | 2,726.90 |
| 06/28/2023 | Court Reporting Services - Lexitas, Invoice# 1459310 Dated 06/28/23, Transcripts of deposition of Charles H. Mullin Vol 1 & 2, taken on 6/23/2023. | | | 4,114.40 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 9
51691-00002
Invoice No. 2387467

---

| 06/29/2023 | Court Reporting Services - Lexitas, Invoice# 1459981 Dated 06/29/23, Transcripts of deposition of Adam Lisman, taken on 6/25/2023. | 1,941.50 |
| 06/29/2023 | Court Reporting Services - Lexitas, Invoice# 1460043 Dated 06/29/23, Transcripts of deposition of Sheila L. Birnbaum, taken on 6/23/2023. | 3,764.75 |
| 06/29/2023 | Court Reporting Services - Lexitas, Invoice# 1459506 Dated 06/29/23, Transcripts of deposition of Gregory K. Bell, taken on 6/21/2023. | 4,448.90 |
| 06/29/2023 | Court Reporting Services - Lexitas, Invoice# 1459570 Dated 06/29/23, Transcripts of deposition of Saul Burian, taken on 6/22/2023. | 4,867.10 |
| 06/30/2023 | Court Reporting Services - Lexitas, Invoice# 1460278 Dated 06/30/23, Transcripts of Hearing, Day 1, taken on 6/27/2023. | 6,376.35 |
| 06/30/2023 | Court Reporting Services - Lexitas, Invoice# 1460299 Dated 06/30/23, Transcripts of Hearing, Day 2, taken on 6/28/2023. | 7,678.25 |
| 06/30/2023 | Court Reporting Services - Lexitas, Invoice# 1460314 Dated 06/30/23, Transcripts of Hearing, Day 3, taken on 6/29/2023. | 8,470.95 |
| 06/30/2023 | Travel Expense - Meals - Michael Magzamen; 06/26/2023; Restaurant: Salt Creek Grille; City: 609-4194200; Dinner/Catering for 10 people during trial | 292.69 |
| 06/30/2023 | Taxi/Ground Transportation - Michael Magzamen; 06/27/2023; From/To: court/hotel; Service Type: Car Service; Time: 17:15; Transportation from court to hotel | 255.00 |
| 06/30/2023 | Taxi/Ground Transportation - Michael Magzamen; 06/28/2023; From/To: hotel/court; Service Type: Car Service; Time: 07:30; Transportation to court | 255.00 |
| 06/30/2023 | Taxi/Ground Transportation - Michael Magzamen; 06/28/2023; From/To: hotel/court; Service Type: Car Service; Time: 07:30; Transportation to court | 255.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 10
51691-00002
Invoice No. 2387467

| | | |
|---|---|---:|
| 06/30/2023 | Local - Meals - Michael Magzamen; 06/30/2023; Restaurant: Ezcaterpizza Yeah; City: 800-488-1803; Lunch; Number of people: 15; Lunch for 15 people during trial | 164.28 |
| 07/05/2023 | Court Reporting Services - Lexitas, Invoice# 1461098 Dated 07/05/23, Transcripts of Motion, Day 4, taken on 6/30/2023. | 5,935.70 |
| 07/06/2023 | Court Reporting Services - Lexitas, Invoice# 1461649 Dated 07/06/23, Transcripts of deposition of Judge Royal Furgeson, taken on 6/22/2023. | 1,620.75 |
| 07/06/2023 | Court Reporting Services - Lexitas, Invoice# 1461594 Dated 07/06/23, Transcripts of deposition of Theodore Rave, taken on 6/21/2023. | 2,844.35 |
| 08/01/2023 | Outside Printing & Photocopy - Williams Lea Inc., Invoice# US004-120001985 Dated 08/01/23, outside production and delivery - Michael Magzamen (invoices US004-180042998, US004-180043008, US180043066) | 38,550.30 |
| 08/31/2023 | UnitedLex Invoices - Unitedlex Corp, Invoice# 089463 Dated 08/31/23, UnitedLex – DSAI August 2023 Charges – Outside Professional Services | 109.90 |
| 09/05/2023 | Lexis/On Line Search | 18.46 |
| 09/05/2023 | Lexis/On Line Search | 33.09 |
| 09/17/2023 | Computer Search (Other) | 2.70 |
| 09/19/2023 | Airfare - Michael Whalen; 06/27/2023; From/To: EWR/ORD; Airfare Class: Economy; 6/25 - 6/30 trip to Princeton, NJ for LTL trial | 418.90 |
| 09/19/2023 | Airfare - Michael Whalen; 06/25/2023; From/To: ORD/PHL; Airfare Class: Economy; 6/25 - 6/30 trip to Princeton, NJ for LTL trial (trip was taken 06/30/23) | 809.90 |
| 09/19/2023 | Travel Expense - Meals - Michael Whalen; 06/30/2023; Restaurant: Bon Apetit; City: Princeton; Lunch; Number of people: 1; 6/25 - 6/30 trip to Princeton, NJ for LTL trial | 10.97 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 11
51691-00002
Invoice No. 2387467

---

| | | |
|---|---|---|
| 09/19/2023 | Travel Expense - Meals - Michael Whalen; 06/27/2023; Restaurant: Bon Apetit; City: Princeton; Lunch; Number of people: 1; 6/25 - 6/30 trip to Princeton, NJ for LTL trial | 11.36 |
| 09/19/2023 | Travel Expense - Meals - Michael Whalen; 06/26/2023; Restaurant: Bon Apetit; City: Princeton; Lunch; Number of people: 1; 6/25 - 6/30 trip to Princeton, NJ for LTL trial | 11.36 |
| 09/19/2023 | Travel Expense - Meals - Michael Whalen; 06/25/2023; Restaurant: Wawa; City: Philadelphia; Dinner; Number of people: 1; 6/25 - 6/30 trip to Princeton, NJ for LTL trial | 13.21 |
| 09/19/2023 | Travel Expense - Meals - Michael Whalen; 06/29/2023; Restaurant: Bon Apetit; City: Princeton; Lunch; Number of people: 2; 6/25 - 6/30 trip to Princeton, NJ for LTL trial; Michael Whalen, Matthew Murphy | 23.46 |
| 09/19/2023 | Travel Expense - Meals - Michael Whalen; 06/25/2023; Restaurant: Starbucks; City: Chicago; Coffee; Number of people: 1; 6/25 - 6/30 trip to Princeton, NJ for LTL trial | 4.30 |
| 09/19/2023 | Travel Expense - Meals - Michael Whalen; 06/29/2023; Restaurant: Salt Creek Grille; City: Princeton; Dinner; Number of people: 2; 6/25 - 6/30 trip to Princeton, NJ for LTL trial; Michael Whalen, Ryan Montefusco | 59.38 |
| 09/19/2023 | Travel Expense - Meals - Michael Whalen; 06/28/2023; Restaurant: Bon Apetit; City: Princeton; Lunch; Number of people: 1; 6/25 - 6/30 trip to Princeton, NJ for LTL trial | 9.88 |
| 09/19/2023 | Taxi/Ground Transportation - Michael Whalen; 06/30/2023; From/To: hotel/airport; Service Type: Uber; Time: 17:38; 6/25 - 6/30 trip to Princeton, NJ for LTL trial | 106.58 |
| 09/19/2023 | Taxi/Ground Transportation - Michael Whalen; 07/01/2023; From/To: to/from home/ORD; Service Type: Car Service; Time: 00:14; 6/25 - 6/30 trip to Princeton, NJ for LTL trial (trip was taken 06/30/23) | 200.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 12
51691-00002
Invoice No. 2387467

| | | |
|---|---|---:|
| 09/19/2023 | Taxi/Ground Transportation - Michael Whalen; 06/25/2023; From/To: airport/hotel; Service Type: Uber; Time: 23:04; 6/25 - 6/30 trip to Princeton, NJ for LTL trial | 219.20 |
| 09/19/2023 | Vendor Expense - Michael Whalen; 06/30/2023; 6/25 - 6/30 trip to Princeton, NJ for LTL trial; Inflight Wi-Fi | 8.00 |
| 09/19/2023 | Vendor Expense - Michael Whalen; 06/25/2023; 6/25 - 6/30 trip to Princeton, NJ for LTL trial; Inflight Wi-Fi | 8.00 |
| 09/19/2023 | Computer Search (Other) | 2.52 |
| 09/25/2023 | Computer Search (Other) | 17.55 |
| 09/26/2023 | Computer Search (Other) | 0.54 |
| 09/27/2023 | Computer Search (Other) | 5.94 |
| 09/28/2023 | Lexis/On Line Search | 137.96 |
| 09/28/2023 | Lexis/On Line Search | 165.47 |
| 09/28/2023 | Lexis/On Line Search | 33.09 |
| 09/28/2023 | Lexis/On Line Search | 34.49 |
| 09/28/2023 | Westlaw | 53.14 |
| 09/28/2023 | Computer Search (Other) | 25.83 |
| 09/29/2023 | Computer Search (Other) | 25.65 |
| **Total Costs incurred and advanced** | | **$112,624.78** |

| | |
|---|---:|
| **Current Fees and Costs** | **$238,609.78** |
| **Total Balance Due - Due Upon Receipt** | **$238,609.78** |