UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

# ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
# FOR THE PERIOD SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023

| | |
|---|---|
| In re LTL Management LLC | Applicant: Cole Schotz P.C. |
| Case No. 23-12825 (MBK) | Client: Ad Hoc Committee of Supporting Counsel |
| Chapter 11 | Case Filed: April 4, 2023 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

                                                   */s/ Michael D. Sirota*        03/6/2024
                                                   MICHAEL D. SIROTA                Date

## SECTION I
## FEE SUMMARY

Summary of Amounts Requested for the Period
September 1, 2023 through September 30, 2023 (the "**Compensation Period**")

| | |
|---|---:|
| Total Fees | $43,370.50 |
| Total Disbursements | $2,401.24 |
| Minus % holdback of Fees | $8,674.10 |
| Amount Sought at this Time | $37,097.64 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---:|
| Total Previous Fees and Expenses Requested: | $1,214,808.86 |
| Total Fees and Expenses Allowed to Date: | $1,196,650.86 |
| Total Retainer Remaining: | $0.00 |
| Total Holdback: | $3,631.60 |
| Total Received by Applicant: | $1,196,650.86 |

2

| Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Michael D. Sirota<br>Member | 1986 | 0.40 | $1,475.00 | $590.00 |
| Seth Van Aalten<br>Member | 2004 | 7.30 | $1,050.00 | $7,665.00 |
| Justin R. Alberto<br>Member | 2008 | 1.30 | $830.00 | $1,079.00 |
| Ryan T. Jareck<br>Member | 2008 | 0.60 | $775.00 | $465.00 |
| Bryant P. Churbuck<br>Associate | 2018 | 35.20 | $560.00 | $19,712.00 |
| Jack M. Dougherty<br>Associate | 2021 | 1.00 | $500.00 | $500.00 |
| Suhailah S. Sallie<br>Paralegal | n/a | 9.70 | $380.00 | $3,686.00 |
| Larry S. Morton<br>Paralegal | n/a | 24.40 | $380.00 | $9,272.00 |
| Danielle E. Delehanty<br>Paralegal | n/a | 1.10 | $365.00 | $401.50 |
| **TOTALS** | **n/a** | **81.00** | **n/a** | **$43,370.50** |

66055/0001-47185010v1

**SECTION II**
**SUMMARY OF SERVICES**

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis | 0.00 | $0.00 |
| Asset/Business Disposition | 0.00 | $0.00 |
| Assumption and Rejection of Leases and Contracts | 0.00 | $0.00 |
| Preference Actions/Response | 0.00 | $0.00 |
| Budgeting (Case) | 0.00 | $0.00 |
| Business Operations | 0.00 | $0.00 |
| Case Administration | 27.20 | $10,409.50 |
| Claims Administration and Objections | 1.00 | $500.00 |
| Corporate Governance and Board Matters | 0.00 | $0.00 |
| Data Analysis | 0.00 | $0.00 |
| Employee Benefits/Pensions | 0.00 | $0.00 |
| Fee Application Preparation | 25.10 | $13,712.00 |
| Fee Employment | 0.00 | $0.00 |
| Fee Objections | 0.00 | $0.00 |
| Financing | 0.00 | $0.00 |
| Litigation | 27.70 | $18,749.00 |
| Meetings of Creditors | 0.00 | $0.00 |
| Disclosure Statement | 0.00 | $0.00 |
| Plan of Reorganization | 0.00 | $0.00 |
| Real Estate | 0.00 | $0.00 |
| Regulatory Compliance | 0.00 | $0.00 |
| Relief from Stay | 0.00 | $0.00 |
| Reporting | 0.00 | $0.00 |
| Tax Issues | 0.00 | $0.00 |
| Valuation | 0.00 | $0.00 |
| Non-Working Travel | 0.00 | $0.00 |
| **SERVICES TOTALS** | **81.00** | **$43,370.50** |

| SECTION III<br>SUMMARY OF DISBURSEMENTS |  |
|---|---|

| Disbursements | Amount |
|---|---|
| Photocopying / Printing / Scanning | $169.40 |
| Court Fees | $114.10 |
| Delivery Services / Federal Express | $396.12 |
| Outside Printing | $237.42 |
| Filing Fees | $505.00 |
| Depositions Transcript | $979.20 |
| **DISBURSEMENTS TOTAL** | **$2,401.24** |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Kristopher M. Hansen (*admitted pro hac vice*)<br>Ryan P. Montefusco (*admitted pro hac vice*)<br><br>PAUL HASTINGS LLP<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Matthew M. Murphy (*admitted pro hac vice*)<br>Matthew Micheli (*admitted pro hac vice*)<br><br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Michael D. Sirota<br>Warren A. Usatine<br>Seth Van Aalten (*admitted pro hac vice*)<br>Justin Alberto (*admitted pro hac vice*)<br><br>PARKINS & RUBIO LLP<br>700 Milam, Suite 1300<br>Houston, Texas 77002<br>Lenard M. Parkins (*admitted pro hac vice*)<br>Charles M. Rubio (*admitted pro hac vice*)<br><br>*Counsel to Ad Hoc Committee of Supporting Counsel* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                 Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.,
AD HAC COMMITTEE OF SUPPORTING COUNSEL, FOR THE
PERIOD SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

Cole Schotz P.C. ("Cole Schotz") submits this Monthly Fee Statement (the "Statement") for services rendered and expenses incurred as Counsel to the Ad Hoc Committee of Supporting Counsel[2] for the period commencing September 1, 2023 and ending September 30, 2023 (the "Statement Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professions* [Docket No. 562] (as modified, the "Interim Fee Procedures Order").

The billing invoices, along with a detailed breakdown of all out-of-pocket disbursements necessarily incurred by Cole Schotz for the Statement Period are annexed hereto. These invoices detail the services performed by Cole Schotz.

The fees requested and expenses incurred in this Statement are as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $43,370.50 | $8,674.10 | $34,696.40 | $2,401.24 |

[*Remainder of page left intentionally blank*]

---

[2] On June 20, 2023, the Bankruptcy Court entered the *Order Authorizing the Debtor to Enter into an Expense Reimbursement Agreement with Ad Hoc Committee of Supporting Counsel* [Docket No. 838] that provides for the reimbursement of fees from April 18, 2023 through the termination of the Reimbursement Agreement (together, the "Fees and Expenses").

66055/0001-47185010v1

WHEREFORE, Cole Schotz respectfully requests payment of fees and reimbursement of expenses for the Statement Period of $37,097.64 (80% of total fees and 100% of expenses) in accordance with the Reimbursement Order.

Dated: March 6, 2024  **COLE SCHOTZ P.C.**
*Counsel to Ad Hoc Committee*
*of Supporting Counsel*

/s/ *Michael D. Sirota*
Michael D. Sirota (NJ Bar No. 014321986)

# **Exhibit A**

**COLE SCHOTZ P.C.**

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ  07601

FEDERAL ID# 22-2113414

New York — Delaware — Maryland — Texas — Florida

LTL MANAGEMENT LLC
N/A

|  |  |
|---|---|
| Invoice Date: | February 20, 2024 |
| Invoice Number: | 970024 |
| Matter Number: | 66055-0001 |

**Re:**  LTL AD HOC GROUP

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2023

## CASE ADMINISTRATION                                                                                            27.20          10,409.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/01/23 | LSM | REVISE FIRST INTERIM FEE APPLICATION AND RELATED EXHIBITS PER UPDATED FIGURES FROM B. CHURBUCK | 1.90 | 722.00 |
| 09/05/23 | SSS | DISCUSSION WITH B. CHURBUCK RE: NOTICE OF APPEAL (.30); EXHIBIT ASSEMBLY FINALIZATION RE: NOTICE OF APPEAL (.30); CMECF SUBMISSION FILESITE CONFORMED PDF RE: NOTICE OF APPEAL WITH EXHIBITS (.50) | 1.10 | 418.00 |
| 09/06/23 | SSS | DISCUSSION WITH B. CHURBUCK AND F. PISANO RE: NOTICE OF APPEAL CMECF PENDING FILING FEE | 0.30 | 114.00 |
| 09/07/23 | SSS | DISCUSSION WITH B. CHURBUCK RE: NOTICE OF APPEAL SERVICE STRATEGY (.20); REVIEW ANALYSIS CMECF DOCKET ENDORSEMENT RE: CLERK'S CERTIFICATE OF SERVICE OF NOTICE OF APPEAL (.20) | 0.40 | 152.00 |
| 09/11/23 | LSM | ADDITIONAL REVISIONS TO FINAL FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO B. CHURBUCK | 0.40 | 152.00 |
| 09/11/23 | LSM | EDIT AND REVISE FIRST INTERIM AND FINAL FEE APPLICATION FOR COLE SCHOTZ PER B. CHURBUCK COMMENTS | 1.50 | 570.00 |
| 09/11/23 | LSM | EMAIL WITH SERVICE AGENT REGARDING SERVICE DEADLINE AND REPORT FINDINGS TO B. CHURBUCK | 0.40 | 152.00 |
| 09/11/23 | LSM | REVIEW, FINALIZE AND FORWARD FINAL FEE APPLICATION FOR PARKINS RUBIO TO B. CHURBUCK | 0.50 | 190.00 |
| 09/11/23 | LSM | ASSIST WITH FILING PREPARATIONS FOR AHC COUNSEL FINAL FEE APPLICATIONS | 2.60 | 988.00 |
| 09/11/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON AND PARCELS RE: SERVICE OF FIRST INTERIM AND FINAL FEE APPLICATION | 0.50 | 280.00 |
| 09/11/23 | LSM | FILE AND ORGANIZE SERVICE OF AHC COUNSEL FINAL FEE APPLICATIONS | 1.30 | 494.00 |
| 09/12/23 | LSM | REVISE CERTIFICATES OF SERVICE OF AHC COUNSEL FINAL FEE APPLICATION AND FORWARD SAME TO B. CHURBUCK | 0.60 | 228.00 |
| 09/12/23 | LSM | DRAFT CERTIFICATES FOR SERVICE REGARDING AHC COUNSEL FINAL FEE APPLICATIONS | 0.50 | 190.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | LTL AD HOC GROUP | | | Invoice Number 970024 |
| | Client/Matter No. 66055-0001 | | | February 20, 2024 |
| | | | | Page 2 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 09/12/23 | LSM | EMAILS WITH PARCELS REGARDING AFFIDAVIT OF SERVICE OF AHC COUNSEL FINAL FEE APPLICATIONS | 0.30 | 114.00 |
| 09/13/23 | LSM | REVIEW AND FILE CERTIFICATES OF SERVICE REGARDING AHC COUNSEL FINAL FEE APPLICATIONS | 0.60 | 228.00 |
| 09/13/23 | LSM | REVISE COS REGARDING FINAL FEE APPLICATIONS PER B. CHURBUCK COMMENTS | 0.40 | 152.00 |
| 09/14/23 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES AND UPCOMING HEARINGS | 0.30 | 114.00 |
| 09/18/23 | LSM | RESEARCH NOTICE PARTIES AND ORGANIZE SERVICE OF STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS | 0.70 | 266.00 |
| 09/18/23 | LSM | FILE AND CIRCULATE STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO B. CHURBUCK | 0.40 | 152.00 |
| 09/18/23 | LSM | ASSIST WITH FILING PREPARATIONS FOR STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS | 1.90 | 722.00 |
| 09/18/23 | LSM | EMAILS WITH SERVICE AGENTS AND B. CHURBUCK REGARDING SERVICE OF STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS | 0.50 | 190.00 |
| 09/19/23 | LSM | FOLLOW UP EMAIL WITH CLAIMS AGENT REGARDING AOS TO APPEAL DESIGNATION FILING | 0.20 | 76.00 |
| 09/19/23 | LSM | EMAILS WITH B. CHURBUCK REGARDING AOS AND COS TO APPEAL DESIGNATION | 0.30 | 114.00 |
| 09/19/23 | LSM | REVIEW SERVICE AGENT AOS REGARDING APPEAL DESIGNATIONS AND FORWARD SAME TO B. CHURBUCK WITH COMMENTS | 0.40 | 152.00 |
| 09/20/23 | LSM | DRAFT FOURTH MONTHLY FEE STATEMENT FOR COLE SCHOTZ AND FORWARD SAME TO B. CHURBUCK | 1.40 | 532.00 |
| 09/20/23 | LSM | REVIEW UPDATED AOS FROM SERVICE AGENT REGARDING APPEAL DESIGNATION AND FORWARD SAME TO B. CHURBUCK | 0.20 | 76.00 |
| 09/20/23 | LSM | EMAILS WITH B. CHURBUCK REGARDING COLE SCHOTZ MONTHLY FEE STATEMENT DRAFT FOR AUGUST 2023 | 0.20 | 76.00 |
| 09/21/23 | LSM | DISCUSSION WITH C. DE COURCEY REGARDING NJ BANKRUPTCY COURT MESSAGE RE: DIRECT APPEAL FILING FEES | 0.30 | 114.00 |
| 09/21/23 | LSM | DRAFT LETTER TO NEW JERSEY BANKRUPTCY COURT REGARDING DIRECT APPEAL FILING FEE FOR THIRD CIRCUIT | 0.40 | 152.00 |
| 09/21/23 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 76.00 |
| 09/22/23 | LSM | REVIEW EMAILS WITH S. VAN AALTEN AND B. CHURBUCK REGARDING DIRECT APPEAL FILING FEES | 0.20 | 76.00 |
| 09/22/23 | LSM | EMAILS WITH B. CHURBUCK REGARDING DIRECT APPEAL FILING FEE PROCESS | 0.40 | 152.00 |
| 09/22/23 | LSM | RESEARCH DISTRICT COURT APPEAL STATUS AND REPORT FINDINGS TO B. CHURBUCK | 0.60 | 228.00 |

**COLE SCHOTZ P.C.**

Re:       LTL AD HOC GROUP                                       Invoice Number  970024
          Client/Matter No. 66055-0001                            February 20, 2024
                                                                  Page 3

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/26/23 | DED | CONFER WITH B. CHURBUCK REGARDING NOTICE OF TRANSMITTAL FOR ENTRY ON DOCKET (0.2); CALL WITH CLERK REGARDING SAME (0.1). | 0.30 | 109.50 |
| 09/27/23 | LSM | UPDATE FIFTH MONTHLY FEE APPLICATION PER B. CHURBUCK COMMENTS | 0.50 | 190.00 |
| 09/27/23 | LSM | EMAILS AND CALLS WITH NJ BANKRUPTCY COURT CHAMBERS AND B. CHURBUCK REGARDING TRANSMITTAL OF APPEAL TO DISTRICT AND THIRD CIRCUIT COURT | 0.70 | 266.00 |
| 09/27/23 | LSM | EMAILS WITH ACCOUNTING DEPARTMENT REGARDING REVISIONS TO EXHIBITS TO FIFTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.40 | 152.00 |
| 09/27/23 | DED | CONFER WITH COURTROOM DEPUTY AND CLERK FOR CHIEF JUDGE KAPLAN REGARDING NOTICE OF TRANSMITTAL OF STATEMENT OF DESIGNATION AND RECORD ON APPEAL TO DISTRICT COURT AND DISCUSS SAME WITH L. MORTON AND B. CHURBUCK. | 0.80 | 292.00 |
| 09/27/23 | LSM | RESEARCH UNREDACTED VERSION OF SUR-REPLY AND FORWARD SAME TO CO-COUNSEL | 0.40 | 152.00 |
| 09/27/23 | LSM | REVISE CERTIFICATES OF NO OBJECTION REGARDING FOURTH MONTHLY FEE APPLICATIONS FOR COLE SCHOTZ AND PAUL HASTINGS PER B. CHURBUCK COMMENTS | 0.40 | 152.00 |
| 09/27/23 | LSM | ADDITIONAL EMAILS WITH S. VAN AALTEN AND B. CHURBUCK REGARDING APPEAL TRANSMITTALS | 0.40 | 152.00 |
| 09/28/23 | LSM | ASSIST WITH EDITS TO LETTER FOR DISTRICT COURT FILING | 0.40 | 152.00 |
| 09/28/23 | LSM | REVISE AND PREPARE FOR FILING OF CERTIFICATES OF NO OBJECTION TO FOURTH MONTHLY FEE APPLICATIONS FOR COLE SCHOTZ, PAUL HASTINGS AND PARKINS RUBIO | 0.40 | 152.00 |
| 09/28/23 | LSM | REVIEW, FILE AND CIRCULATE TO B. CHURBUCK CERTIFICATES OF NO OBJECTION REGARDING FOURTH AHC COUNSEL MONTHLY FEE APPLICATIONS | 0.60 | 228.00 |

**CLAIMS ADMINISTRATION AND OBJECTIONS**                                    1.00      500.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/07/23 | JMD | CONDUCT RESEARCH RE: AD HOC COMMITTEE SUBSTANTIAL CONTRIBUTION CLAIM ISSUES (.8); EMAIL TO M. SIROTA RE: SAME (.1); CALL W/ A. DELEO RE: SAME (.1) | 1.00 | 500.00 |

**FEE APPLICATION PREPARATION**                                            25.10   13,712.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/01/23 | BPC | CONFERENCE WITH S. SALLIE RE: INTERIM AND FINAL FEE APPLICATION | 0.10 | 56.00 |
| 09/01/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: INTERIM AND FINAL FEE APPLICATION | 0.30 | 168.00 |
| 09/05/23 | SVA | CORRES W/ B. CHURBUCK RE FINAL FEE APPLICATIONS | 0.20 | 210.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | LTL AD HOC GROUP | | | Invoice Number 970024 |
| | Client/Matter No. 66055-0001 | | | February 20, 2024 |
| | | | | Page 4 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 09/05/23 | SVA | REVIEW/COMMENT ON CS MONTHLY FEE APPLICATION | 0.40 | 420.00 |
| 09/05/23 | BPC | TELEPHONIC CONFERENCE WITH S. SALLIE RE: INTERIM AND FINAL FEE APPLICATIONS | 0.20 | 112.00 |
| 09/05/23 | BPC | REVIEW EMAIL FROM AND PREPARE EMAIL TO S. VAN AALTEN RE: JULY AND AUGUST MONTHLY FEE STATEMENTS | 0.20 | 112.00 |
| 09/05/23 | BPC | REVISE JULY AND AUGUST MONTHLY FEE STATEMENTS | 0.30 | 168.00 |
| 09/05/23 | BPC | PREPARE EMAILS TO S. SALLIE RE: INTERIM AND FINAL FEE APPLICATIONS | 0.20 | 112.00 |
| 09/05/23 | SSS | DISCUSSION WITH B. CHURBUCK RE: 4TH MONTHLY FEE STATEMENT AND FINAL FEE APPLICATION REVIEW AND FINALIZATION STRATEGY | 0.40 | 152.00 |
| 09/06/23 | SSS | DISCUSSION WITH B. CHURBUCK RE: FIRST AND FINAL FEE APPLICATION REVIEW AND FINALIZATION | 0.40 | 152.00 |
| 09/06/23 | SSS | REVIEW AND ANALYSIS OF APRIL THROUGH AUGUST INVOICES (.40); DRAFT FEE APPLICATION APRIL THROUGH AUGUST INVOICE EXCEL SCHEDULE (.50) | 0.90 | 342.00 |
| 09/06/23 | BPC | PREPARE AND REVISE FIRST INTERIM AND FINAL FEE APPLICATION AND EXHIBITS | 3.40 | 1,904.00 |
| 09/06/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MILIOTES RE: MONTHLY FEE STATEMENTS AND FEE APPLICATIONS | 0.30 | 168.00 |
| 09/07/23 | SSS | DISCUSSION WITH B. CHURBUCK RE: 1ST INTERIM FEE APPLICATION PAYMENTS | 0.30 | 114.00 |
| 09/07/23 | SSS | DISCUSSION WITH B. CHURBUCK RE: FOURTH MONTHLY FEE STATEMENT FINALIZATION | 0.30 | 114.00 |
| 09/07/23 | SSS | DISCUSSION WITH ACCOUNTING AND B. CHURBUCK RE: 1ST INTERIM BLENDED RATES FOR NY/NJ OFFICES FOR APRIL THROUGH AUGUST 2023 | 0.40 | 152.00 |
| 09/07/23 | SSS | REVIEW ANALYSIS OF 1ST INTERIM BLENDED RATES FOR NY/NJ OFFICES FROM APRIL THROUGH AUGUST 2023 | 0.40 | 152.00 |
| 09/07/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN RE: FIRST INTERIM AND FINAL FEE APPLICATION | 0.60 | 336.00 |
| 09/07/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. SALLIE RE: FIRST INTERIM AND FINAL FEE APPLICATION | 0.60 | 336.00 |
| 09/07/23 | BPC | TELEPHONIC CONFERENCE WITH L. MILIOTES RE: FOURTH MONTHLY FEE STATEMENT | 0.10 | 56.00 |
| 09/07/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. SALLIE RE: FOURTH MONTHLY FEE STATEMENT | 0.30 | 168.00 |
| 09/07/23 | BPC | TELEPHONIC CONFERENCE WITH S. VAN AALTEN RE: FIRST INTERIM AND FINAL FEE APPLICATION | 0.40 | 224.00 |
| 09/07/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN RE: FOURTH MONTHLY FEE STATEMENT | 0.30 | 168.00 |
| 09/07/23 | BPC | REVIEW AND REVISE FIRST INTERIM AND FINAL FEE APPLICATION AND EXHIBITS | 2.00 | 1,120.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | LTL AD HOC GROUP | | | Invoice Number  970024 |
| | Client/Matter No. 66055-0001 | | | February 20, 2024 |
| | | | | Page 5 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 09/07/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN AND C. RUBIO RE: MONTHLY FEE STATEMENTS AND FEE APPLICATIONS | 0.40 | 224.00 |
| 09/07/23 | SVA | REVIEW/COMMENT ON CS FINAL FEE APPLICATION | 1.40 | 1,470.00 |
| 09/07/23 | SSS | DRAFT 1ST INTERIM/FINAL FEE APPLICATION FEES AND COST EXCEL SCHEDULE | 0.70 | 266.00 |
| 09/07/23 | SSS | REVISE 1ST AND FINAL INTERIM FEE APPLICATION (.60); DISCUSSION WITH B. CHURBUCK RE: 1ST AND FINAL FEE APPLICATION REVISIONS (.30) | 0.90 | 342.00 |
| 09/08/23 | SSS | CMECF SUBMISSION/FILESITE UPLOAD OF CONFORMED PDFS RE: CERTIFICATE OF SERVICE FOR 4TH MONTHLY FEE STATEMENTS FOR AHC COUNSEL | 0.30 | 114.00 |
| 09/08/23 | SSS | EXHIBIT ASSEMBLY AND FINALIZATION RE: 4TH MONTHLY FEE STATEMENTS FOR COLE SCHOTZ | 0.40 | 152.00 |
| 09/08/23 | SSS | CMECF SUBMISSION/FILESITE UPLOAD OF CONFORMED PDFS RE: 4TH MONTHLY FEE STATEMENTS FOR AHC COUNSEL | 0.80 | 304.00 |
| 09/08/23 | SSS | COORDINATE SERVICE VIA OVERNIGHT EXPRESS AND E-MAIL RE: 4TH MONTHLY FEE STATEMENTS FOR AHC COUNSEL | 0.90 | 342.00 |
| 09/08/23 | SVA | CORRES W/ PH AND S. SALLIE RE FILING CS, PH AND PR MONTHLY FEE APPLICATIONS | 0.20 | 210.00 |
| 09/08/23 | SSS | DISCUSSION WITH B. CHURBUCK RE: SERVICE STRATEGY AND SUBMISSION OF 4TH MONTHLY FEE STATEMENTS FOR AHC COUNSEL | 0.40 | 152.00 |
| 09/08/23 | SSS | DRAFT CERTIFICATE OF SERVICE RE: 4TH MONTHLY FEE STATEMENTS FOR AHC COUNSEL | 0.40 | 152.00 |
| 09/11/23 | BPC | REVISE FIRST INTERIM AND FINAL FEE APPLICATION | 0.60 | 336.00 |
| 09/11/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: FIRST INTERIM AND FINAL FEE APPLICATION | 0.80 | 448.00 |
| 09/11/23 | BPC | CONFERENCES WITH L. MORTON RE: FIRST INTERIM AND FINAL FEE APPLICATION | 0.40 | 224.00 |
| 09/11/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN RE: FIRST INTERIM AND FINAL FEE APPLICATION | 0.70 | 392.00 |
| 09/11/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. PARKINS AND C. RUBIO RE: FIRST INTERIM AND FINAL FEE APPLICATION | 0.40 | 224.00 |
| 09/11/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MILIOTES RE: FIRST INTERIM AND FINAL FEE APPLICATION | 0.70 | 392.00 |
| 09/27/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO C. RUBIO RE: AUGUST CNOS | 0.20 | 112.00 |
| 09/27/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: AUGUST CNOS | 0.40 | 224.00 |
| 09/27/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MILIOTES AND M. MURPHY RE: AUGUST CNOS | 0.40 | 224.00 |
| 09/28/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: AUGUST CNOS | 0.50 | 280.00 |

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | LTL AD HOC GROUP | Invoice Number  970024 |
| | Client/Matter No. 66055-0001 | February 20, 2024 |
| | | Page 6 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 09/28/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MILIOTES RE: AUGUST CNOS | 0.20 | 112.00 |

| **LITIGATION** | | | **27.70** | **18,749.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 09/01/23 | JRA | EMAILS WITH CLIENTS RE APPEAL ISSUES | 0.10 | 83.00 |
| 09/05/23 | SVA | CONF W/ AHC AND LTL REPS RE APPEAL AND NEXT STEPS | 0.60 | 630.00 |
| 09/05/23 | SVA | REVIEW/REVISION OF NOTICE OF APPEAL OF MTD RULING | 0.80 | 840.00 |
| 09/05/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN, M. MICHELI AND R. MONTEFUSCO RE: NOTICE OF APPEAL | 0.30 | 168.00 |
| 09/05/23 | BPC | TELEPHONIC CONFERENCE WITH S. SALLIE RE: NOTICE OF APPEAL | 0.30 | 168.00 |
| 09/05/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN RE: NOTICE OF APPEAL | 0.50 | 280.00 |
| 09/05/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. SALLIE RE: NOTICE OF APPEAL | 0.60 | 336.00 |
| 09/07/23 | JRA | REVIEW DESIGNATION OF ISSUES AND RECORD ITEMS ON APPEAL | 0.40 | 332.00 |
| 09/12/23 | SVA | CORRES W/ M. MURPHY RE NEXT STEPS IN APPEAL | 0.20 | 210.00 |
| 09/13/23 | BPC | REVIEW DISMISSAL ORDER RE: POST-DISMISSAL ACTIVITIES OF AHC OF SUPPORTING COUNSEL | 0.40 | 224.00 |
| 09/18/23 | BPC | REVIEW SELECT CASE LAW RE: RULE 8009 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE | 0.70 | 392.00 |
| 09/18/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO COLE SCHOTZ AND PAUL HASTINGS LTL TEAMS RE: APPEALS PROCESS | 0.80 | 448.00 |
| 09/18/23 | LSM | REVISE AND UPDATE STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS AND FORWARD SAME TO B. CHURBUCK | 0.60 | 228.00 |
| 09/18/23 | RTJ | REVIEW PLEADINGS; CORRESPONDENCE RE: SAME; CONFERENCE WITH CHAMBERS | 0.60 | 465.00 |
| 09/18/23 | SVA | CORRES W/ PH RE APPEAL DESIGNATION | 0.30 | 315.00 |
| 09/18/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO COLE SCHOTZ AND PAUL HASTINGS LTL TEAMS RE: STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD ON APPEAL | 1.50 | 840.00 |
| 09/18/23 | SVA | REVIEW/COMMENT ON APPEAL DESIGNATION ORDER | 0.40 | 420.00 |
| 09/18/23 | JRA | REVIEW STATEMENT OF ISSUES ON APPEAL AND EMAILS WITH B. CHURBUCK RE SAME | 0.20 | 166.00 |
| 09/18/23 | BPC | PREPARE STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD ON APPEAL FOR FILING | 1.50 | 840.00 |
| 09/18/23 | BPC | REVIEW AND REVISE STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD ON APPEAL | 0.30 | 168.00 |

**COLE SCHOTZ P.C.**

Re: LTL AD HOC GROUP  
Client/Matter No. 66055-0001

Invoice Number 970024  
February 20, 2024  
Page 7

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/18/23 | BPC | TELEPHONIC CONFERENCE WITH COLE SCHOTZ AND PAUL HASTINGS LTL TEAMS RE: APPEALS PROCESS | 0.20 | 112.00 |
| 09/18/23 | SVA | FURTHER CORRES W/ PH TEAM RE APPEAL | 0.40 | 420.00 |
| 09/20/23 | JRA | EMAILS WITH LITIGATION PARTIES RE DIRECT CERTIFICATION | 0.20 | 166.00 |
| 09/21/23 | SVA | REVIEW STATEMENT OF ISSUES OF APPEAL FILED BY VARIOUS PARTIES RE MTD APPEAL | 0.60 | 630.00 |
| 09/22/23 | JRA | REVIEW STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL FILED BY TALC COMMITTEE | 0.40 | 332.00 |
| 09/25/23 | BPC | REVIEW SELECT CASE LAW RE: BANKRUPTCY RULES 8009 AND 8010 | 0.60 | 336.00 |
| 09/25/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN RE: APPELLATE PROCEDURE | 0.40 | 224.00 |
| 09/26/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN RE: APPELLATE PROCEDURE AND DEADLINES | 0.20 | 112.00 |
| 09/26/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN AND M. MAGZAMEN RE: RECORD ON APPEAL | 0.30 | 168.00 |
| 09/26/23 | BPC | PREPARE MEMO RE: APPELLATE PROCEDURE | 0.80 | 448.00 |
| 09/26/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN AND D. DELEHANTY RE: TRANSMITTAL OF DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL | 0.60 | 336.00 |
| 09/26/23 | BPC | TELEPHONIC CONFERENCE WITH D. DELEHANTY RE: TRANSMITTAL OF DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL | 0.10 | 56.00 |
| 09/26/23 | SVA | CORRES W/ B. CHURBUCK RE 3D CIR APPEAL OF MTD | 0.20 | 210.00 |
| 09/26/23 | BPC | REVIEW SELECT CASE LAW RE: APPELLATE PROCEDURE | 3.50 | 1,960.00 |
| 09/26/23 | SVA | T/C W/ R.MONTEFUSCO RE 3D CIR APPEAL OF MTD | 0.20 | 210.00 |
| 09/27/23 | SVA | CORRES W/ PH RE 3D CIR APPEAL | 0.40 | 420.00 |
| 09/27/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN, L. MORTON, AND D. DELEHANTY RE: APPELLATE PROCEDURE | 0.70 | 392.00 |
| 09/27/23 | BPC | TELEPHONIC CONFERENCES WITH L. MORTON RE: APPELLATE PROCEDURE | 0.30 | 168.00 |
| 09/27/23 | BPC | PREPARE EMAIL TO S. VAN AALTEN RE: APPELLATE PROCEDURE | 0.20 | 112.00 |
| 09/27/23 | BPC | PREPARE MEMO RE: APPELLATE PROCEDURE | 1.50 | 840.00 |
| 09/27/23 | BPC | REVIEW SELECT CASE LAW RE: APPELLATE PROCEDURE | 2.00 | 1,120.00 |
| 09/28/23 | MDS | REVIEW CIRCUIT ISSUES | 0.40 | 590.00 |
| 09/28/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN RE: DISTRICT COURT STIPULATION | 0.40 | 224.00 |
| 09/28/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: DISTRICT COURT STIPULATION | 0.40 | 224.00 |
| 09/28/23 | BPC | REVIEW AND REVISE DISTRICT COURT STIPULATION | 0.50 | 280.00 |

**COLE SCHOTZ P.C.**

Re: LTL AD HOC GROUP  
Client/Matter No. 66055-0001

Invoice Number 970024  
February 20, 2024  
Page 8

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 09/28/23 | SVA | CORRES W/ PH AND CS TEAMS RE 3D CIR APPEAL | 0.60 | 630.00 |
| 09/29/23 | SVA | CORRES W/ WMD AND PH TEAMS RE APPEALS ISSUES | 0.40 | 420.00 |
| 09/29/23 | BPC | PREPARE EMAIL TO L. DELEHANTY RE: APPELLATE STIPULATION | 0.10 | 56.00 |
| | | TOTAL HOURS | 81.00 | |

PROFESSIONAL SERVICES: $43,370.50

**TIMEKEEPER SUMMARY**

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| Bryant P. Churbuck | Associate | 35.20 | 560.00 | 19,712.00 |
| Danielle E. Delehanty | Paralegal | 1.10 | 365.00 | 401.50 |
| Jack M. Dougherty | Associate | 1.00 | 500.00 | 500.00 |
| Justin R. Alberto | Member | 1.30 | 830.00 | 1,079.00 |
| Michael D. Sirota | Member | 0.40 | 1,475.00 | 590.00 |
| Morton, Larry | Paralegal | 24.40 | 380.00 | 9,272.00 |
| Ryan T. Jareck | Member | 0.60 | 775.00 | 465.00 |
| Seth Van Aalten | Member | 7.30 | 1,050.00 | 7,665.00 |
| Suhailah S. Sallie | Paralegal | 9.70 | 380.00 | 3,686.00 |
| | Total | 81.00 | | $43,370.50 |

**COST SUMMARY**

| **Description** | **AMOUNT** |
|---|---|
| PHOTOCOPYING / PRINTING / SCANNING | 169.40 |
| COURT FEES | 114.10 |
| DELIVERY SERVICES / FEDERAL EXPRESS | 396.12 |
| DEPOSITIONS TRANSCRIPT | 979.20 |
| FILING FEES | 505.00 |
| OUTSIDE PRINTING | 237.42 |

**TOTAL COSTS** $2,401.24

TOTAL SERVICES AND COSTS: $ 45,771.74

**COLE SCHOTZ P.C.**

Re: LTL AD HOC GROUP  
Client/Matter No. 66055-0001

Invoice Number 970024  
February 20, 2024  
Page 9

## TASK SUMMARY

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| NJ812 | FEE APPLICATION PREPARATION | 25.10 | 13,712.00 |
| NJ821 | LITIGATION | 27.70 | 18,749.00 |
| NJ839 | CASE ADMINISTRATION | 27.20 | 10,409.50 |
| NJ840 | CLAIMS ADMINISTRATION AND OBJECTIONS | 1.00 | 500.00 |
| | **Total** | **81.00** | **$43,370.50** |

**Cole Schotz P.C.**
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-489-3000  201-489-1536
FEDERAL ID# 22-2113414

New York — Delaware — Maryland — Texas — Florida

| | |
|---|---|
| LTL MANAGEMENT LLC | Invoice Date: February 20, 2024 |
| N/A | Invoice Number: 970024 |
| | Matter Number: 66055-0001 |

## REMITTANCE PAGE

PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2023

**Client:** AD HOC GROUP OF SUPPORTING COUNSEL
**Matter:** LTL AD HOC GROUP

| | | |
|---|---|---|
| TOTAL FEES: | $ | 43,370.50 |
| TOTAL COSTS: | $ | 2,401.24 |
| TOTAL DUE THIS INVOICE: | $ | 45,771.74 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

**For payments via ACH (e-check) or Credit Card please visit**
http://payments.coleschotz.com

**or use the QR Code**



**For payments made via Wire**
Account Name: Cole Schotz P.C.
Bank of America, Account #4380000240
ABA #026009593

**Please call 201-525-6280 for assistance with payments**