# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## FEE STATEMENT COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Paul Hastings LLP |
| Case No.: | 23-12825 (MBK) | Client: | Ad Hoc Committee of Supporting Counsel |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

## SECTION I
## FEE SUMMARY

### Monthly Fee Statement Covering the Period from October 1, 2023 through October 31, 2023

| | |
|---|---|
| Total Fees: | $421,131.50 |
| Total Disbursements: | $3,306.17 |
| Minus 20% holdback of Fees: | $(84,226.30) |
| **Amount Sought at this Time** | $340,211.37 |

| Name | Department or Group | Date of First Admission | Hourly Rate | Total for Statement Period | |
|---|---|---|---|---|---|
| | | | | Hours Billed | Amount |
| Hansen, Kris | Financial Restructuring | 1996 | $2,135.00 | 1.50 | $3,202.50 |
| Kinnaird, Stephen | Complex Litigation & Arbitration | 1995 | $1,805.00 | 1.30 | $2,346.50 |
| Murphy, Matt | Financial Restructuring | 1999 | $1,805.00 | 1.70 | $3,068.50 |
| Whitner, William | Complex Litigation & Arbitration | 1996 | $1,700.00 | 12.50 | $21,250.00 |
| **Total Partner:** | | | | **17.00** | **$29,867.50** |

| Name | Department or Group | Date of First Admission | Hourly Rate | Total for Statement Period | |
|---|---|---|---|---|---|
| | | | | Hours Billed | Amount |
| Micheli, Matthew | Financial Restructuring | 2002 | $1,700.00 | 16.40 | $27,880.00 |
| Montefusco, Ryan | Financial Restructuring | 2012 | $1,650.00 | 114.60 | $189,090.00 |
| Traxler, Katherine | Financial Restructuring | 1990 | $1,055.00 | 0.50 | $527.50 |
| **Total Counsel:** | | | | **131.50** | **$217,497.50** |
| Farmer, Will | Financial Restructuring | 2018 | $1,270.00 | 77.00 | $97,790.00 |
| Glogowski, Angelika | Financial Restructuring | 2021 | $940.00 | 18.30 | $17,202.00 |
| Miliotes, Lanie | Financial Restructuring | 2023 | $855.00 | 32.20 | $27,531.00 |
| Simpson, Louise | Financial Restructuring | 2022 | $855.00 | 28.90 | $24,709.50 |
| Whalen, Michael | Complex Litigation & Arbitration | 2015 | $1,360.00 | 2.70 | $3,672.00 |
| **Total Associate:** | | | | **159.10** | **$170,904.50** |
| Laskowski, Mat | Financial Restructuring | | $540.00 | 1.30 | $702.00 |
| Magzamen, Michael | Financial Restructuring | | $540.00 | 4.00 | $2,160.00 |
| **Total Paraprofessional:** | | | | **5.30** | **$2,862.00** |
| **Total:** | | | | **312.90** | **$421,131.50** |

**SECTION II**
**SUMMARY OF SERVICES**

| | Total for Statement Period | |
|---|---|---|
| **U.S. Trustee Task Code and Project Category** | **Total Hours** | **Total Fees** |
| B110   Case Administration | 3.40 | $6,200.50 |
| B113   Pleadings Review | 1.20 | $648.00 |
| B155   Court Hearings | 0.10 | $54.00 |
| B160   Employment / Fee Applications (Paul Hastings) | 7.10 | $8,283.00 |
| B191   General Litigation | 301.10 | $405,946.00 |
| TOTAL | **312.90** | **$421,131.50** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| Category | Total for Statement Period |
|---|---|
| Computer Search | $3,241.27 |
| Outside Professional Services | $64.90 |
| TOTAL | **$3,306.17** |

I certify under penalty of perjury that the above is true.

Date:   March 6, 2024                              _/s/_ Matthew M. Murphy_____
                                                               Matthew M. Murphy

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Kristopher M. Hansen (*admitted pro hac vice*)

PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Matthew M. Murphy (*admitted pro hac vice*)
Matthew Micheli (*admitted pro hac vice*)

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten (*admitted pro hac vice*)
Justin Alberto (*admitted pro hac vice*)

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, Texas 77002
Lenard M. Parkins (*admitted pro hac vice*)
Charles M. Rubio (*admitted pro hac vice*)

*Counsel to Ad Hoc Committee of Supporting Counsel*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP,**
**COUNSEL TO AD HOC COMMITTEE OF SUPPORTING COUNSEL, FOR THE**
**PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

On June 20, 2023, the Court entered the Order Authorizing the Debtor to Enter into the Reimbursement Agreement [ECF No. 838] (the "Reimbursement Order"), pursuant to which the Debtor entered into a post-petition expense reimbursement agreement (the "Reimbursement Agreement") to pay certain fees and expenses of the Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel").

The Reimbursement Agreement provides that the Debtor will pay the reasonable and documented fees and out-of-pocket expenses of professionals retained by the AHC of Supporting Counsel, including, among others, Paul Hastings LLP ("Paul Hastings"), for the period from April 18, 2023 through the termination of the Reimbursement Agreement.

The Reimbursement Agreement further provides that Paul Hastings will file monthly fee statements and interim and final fee applications in accordance with the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals [ECF No. 562] (the "Interim Compensation Order"), entered on May 22, 2023.

The Court's *Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. § 1112(b); (II) Establishing Procedures With Respect to Requests for Compensation; and (III) Granting Related Relief* [ECF No. 1211] (the "Dismissal Order") provides that the "fees and expenses of professionals retained by the Ad Hoc Committee of Supporting Counsel shall remain subject to the" Reimbursement Agreement. The Dismissal Order further provides that the Interim Compensation Order "shall remain in full force and effect through and including the Appeal Exhaustion Date" for Retained Professionals, which covers professionals retained by the Ad Hoc Committee of Supporting Counsel.

Paul Hastings respectfully submits this Fee Application in accordance with the Reimbursement Order, the Reimbursement Agreement, the Interim Compensation Order and the Dismissal Order for services rendered and expenses incurred as counsel to the Ad Hoc Committee of Supporting Counsel for the period commencing October 1, 2023 and ending October 31, 2023 (the "Statement Period").

The billing invoices, along with a detailed breakdown of all out-of-pocket disbursements necessarily incurred by Paul Hastings for the Statement Period are annexed hereto as Exhibit A. These invoices detail the services performed by Paul Hastings.

The payment of fees and reimbursement of expenses requested in this Statement are as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $421,131.50 | $84,226.30 | $336,905.20 | $3,306.17 |

**WHEREFORE**, Paul Hastings respectfully requests payment of fees and reimbursement
of expenses for the Statement Period of $340,211.37 (80% of total fees and 100% of expenses) in
accordance with the Interim Compensation Order.

Dated: March 6, 2024                 **PAUL HASTINGS LLP**

                        /s/ Matthew M. Murphy
                        Matthew M. Murphy (*admitted pro hac vice*)
                        Matthew Micheli (*admitted pro hac vice*)
                        71 South Wacker Drive, Suite 4500
                        Chicago, IL 60606
                        Telephone: (312) 499-6000
                        Email:  mattmurphy@paulhastings.com
                                      mattmicheli@paulhastings.com

                        Kristopher M. Hansen (*admitted pro hac vice*)
                        200 Park Avenue
                        New York, NY 10166
                        Telephone: (212) 318-6000
                        Email:  krishansen@paulhastings.com

                        *Counsel to AHC of Supporting Counsel*

**EXHIBIT A**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL       February 9, 2024
488 Madison Avenue
New York, NY                                             Please Refer to
                                                         Invoice Number: 2387484

Attn: Jonathan Schulman                                  PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Representation in Chapter 11 bankruptcy proceedings**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

Legal fees for professional services
for the period ending October 31, 2023                                    $421,131.50

           Costs incurred and advanced                        3,306.17

           **Current Fees and Costs Due**                   **$424,437.67**

           **Total Balance Due - Due Upon Receipt**         **$424,437.67**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL   February 9, 2024
488 Madison Avenue
New York, NY                                         Please Refer to
                                                     Invoice Number: 2387484

Attn: Jonathan Schulman                              PH LLP Tax ID No. 95-2209675

---

**REMITTANCE COPY**

**<u>Representation in Chapter 11 bankruptcy proceedings</u>**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2023 | $421,131.50 |
| Costs incurred and advanced | 3,306.17 |
| **Current Fees and Costs Due** | **$424,437.67** |
| **Total Balance Due - Due Upon Receipt** | **$424,437.67** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL          February 9, 2024
488 Madison Avenue
New York, NY                                               Please Refer to
                                                           Invoice Number: 2387484

Attn: Jonathan Schulman                                    PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2023

### Representation in Chapter 11 bankruptcy proceedings                          $421,131.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 10/02/2023 | MM53 | Analyze case matters and next steps | 0.20 | 1,700.00 | 340.00 |
| 10/06/2023 | KH18 | Discussion with AHC members regarding case and appeal updates | 0.50 | 2,135.00 | 1,067.50 |
| 10/09/2023 | KH18 | Discussion with AHC members regarding case and appeal updates | 0.50 | 2,135.00 | 1,067.50 |
| 10/10/2023 | MM57 | Correspond with M. Micheli re: LTL case monitoring | 0.10 | 540.00 | 54.00 |
| 10/11/2023 | MM57 | Calendar critical dates in case | 0.10 | 540.00 | 54.00 |
| 10/23/2023 | MM53 | Analyze case matters and action items | 0.40 | 1,700.00 | 680.00 |
| 10/24/2023 | MM53 | Analyze case matters and strategy | 0.20 | 1,700.00 | 340.00 |
| 10/25/2023 | MM53 | Analyze case matters and next steps | 0.20 | 1,700.00 | 340.00 |
| 10/26/2023 | KH18 | Discussion with AHC members regarding case updates | 0.50 | 2,135.00 | 1,067.50 |
| 10/26/2023 | MM53 | Analyze case matters | 0.20 | 1,700.00 | 340.00 |
| 10/27/2023 | MM53 | Analyze case matters and next steps | 0.10 | 1,700.00 | 170.00 |
| 10/30/2023 | MM53 | Analyze pending and upcoming case matters | 0.20 | 1,700.00 | 340.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 2
51691-00002
Invoice No. 2387484

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/31/2023 | MM53 | Analyze pending and upcoming case matters | 0.20 | 1,700.00 | 340.00 |
| | | **Subtotal: B110  Case Administration** | **3.40** | | **6,200.50** |

**B113      Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/10/2023 | MM57 | Review recent ECF filings and update working group re: same | 0.20 | 540.00 | 108.00 |
| 10/11/2023 | MM57 | Review recent ECF filings and update working group re: same | 0.10 | 540.00 | 54.00 |
| 10/25/2023 | MM57 | Correspond with R. Montefusco and W. Farmer re: case monitoring (.1); review cases being monitored (.1) | 0.20 | 540.00 | 108.00 |
| 10/27/2023 | MM57 | Review recent ECF filings and update working group re: same (.3); review ECF notifications (.1) | 0.40 | 540.00 | 216.00 |
| 10/31/2023 | MM57 | Review recent ECF filings and update working group re: same | 0.30 | 540.00 | 162.00 |
| | | **Subtotal: B113  Pleadings Review** | **1.20** | | **648.00** |

**B155      Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/12/2023 | MM57 | Discussion with M. Micheli re prep for upcoming hearing | 0.10 | 540.00 | 54.00 |
| | | **Subtotal: B155  Court Hearings** | **0.10** | | **54.00** |

**B160      Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/03/2023 | LS27 | Review and revise August monthly fee statement and related invoice | 2.40 | 855.00 | 2,052.00 |
| 10/11/2023 | LM20 | Correspond with M. Micheli re final fee order (.1); correspond with Cole Schotz re same (.1) | 0.20 | 855.00 | 171.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 3
51691-00002
Invoice No. 2387484

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/11/2023 | MM53 | Review and revise final order approving Paul Hastings fee application | 0.20 | 1,700.00 | 340.00 |
| 10/16/2023 | MM53 | Analyze final fee application and related hearing matters | 0.30 | 1,700.00 | 510.00 |
| 10/18/2023 | LS27 | Correspond with C. Edge and M. Micheli regarding payment process for the unpaid amount approved as part of the final fee application | 1.00 | 855.00 | 855.00 |
| 10/18/2023 | MM53 | Analyze final fee application matters | 0.50 | 1,700.00 | 850.00 |
| 10/23/2023 | LM20 | Correspond with M. Micheli re final order approving fees | 0.50 | 855.00 | 427.50 |
| 10/23/2023 | MM53 | Analyze final fee application and post confirmation compensation | 0.50 | 1,700.00 | 850.00 |
| 10/25/2023 | KAT2 | Correspond with C. Edge regarding LTL services in August and September 2023 (.2); correspond with M. Murphy regarding fee matters (.1) | 0.30 | 1,055.00 | 316.50 |
| 10/26/2023 | KAT2 | Review correspondence from M. Micheli regarding professional compensation matters (.1); correspond with C. Edge regarding same (.1) | 0.20 | 1,055.00 | 211.00 |
| 10/26/2023 | MM53 | Review post-dismissal invoices | 0.80 | 1,700.00 | 1,360.00 |
| 10/31/2023 | MM53 | Review final fee issues | 0.20 | 1,700.00 | 340.00 |
| | | **Subtotal: B160  Fee/Employment Applications** | **7.10** | | **8,283.00** |

**B191    General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/01/2023 | LM20 | Analyze direct certification case law for dismissal order appeal (1.8); draft factual background for appellate brief (1.7) | 3.50 | 855.00 | 2,992.50 |
| 10/02/2023 | LM20 | Call with R. Montefusco and Counsel Press re appellate filing (.2); draft background section for appellate brief on dismissal order (3.4) | 3.60 | 855.00 | 3,078.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                          Page 4
51691-00002
Invoice No. 2387484

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/02/2023 | LS27 | Analyze application of standard for appellant standing in the Third Circuit (.8); draft analysis of findings (.5) | 1.30 | 855.00 | 1,111.50 |
| 10/02/2023 | MM57 | Correspond with L. Miliotes re: Third Circuit brief | 0.20 | 540.00 | 108.00 |
| 10/02/2023 | RM30 | Call with Counsel Press and L. Miliotes re petition for direct appeal (.2); correspond with AHC SteerCo re same (.2); analyze case law regarding application of section 157 (3.9); analyze case law re appellate standing (.8); correspond with L. Simpson re same (.2); call with W. Farmer re petition for direct appeal (.2); review and revise same (1.1) | 6.60 | 1,650.00 | 10,890.00 |
| 10/02/2023 | WCF | Call with R. Montefusco regarding petition for certification of direct appeal to Third Circuit (.2); draft background and procedural history with respect to petition for certification of direct appeal (2.6); analyze direct petitions to Third Circuit and authorities regarding section 158 standard (2.3); draft argument regarding direct appeal to Third Circuit (3.3) | 8.40 | 1,270.00 | 10,668.00 |
| 10/03/2023 | LM20 | Review and revise petition for direct appeal to the Third Circuit (1.5); correspond with W. Farmer re same (.4) | 1.90 | 855.00 | 1,624.50 |
| 10/03/2023 | RM30 | Review and revise petition for direct appeal to the Third Circuit (6.2); analyze case law contained therein (1.7); correspond with L. Miliotes re same (.2); review and revise disclosure statement and notice of appearance (.4); correspond with Cole Schotz re same (.2) | 8.70 | 1,650.00 | 14,355.00 |
| 10/03/2023 | WCF | Review, revise draft petition for direct appeal (1.1); correspond with R. Montefusco and L. Miliotes regarding same (.2) | 1.30 | 1,270.00 | 1,651.00 |
| 10/04/2023 | LM20 | Draft background section of appellate brief (1.4); correspond with W. Farmer re same (.1) | 1.50 | 855.00 | 1,282.50 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                        Page 5
51691-00002
Invoice No. 2387484

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/04/2023 | MMM5 | Review joint petition for direct appeal (.4); correspond with K. Whitner and R. Montefusco regarding joint petition (.2) | 0.60 | 1,805.00 | 1,083.00 |
| 10/04/2023 | MM53 | Analyze issues related to appeal of dismissal order | 0.50 | 1,700.00 | 850.00 |
| 10/04/2023 | MM53 | Review and revise petition for direct appeal | 1.70 | 1,700.00 | 2,890.00 |
| 10/04/2023 | RM30 | Analyze Debtor's draft joint petition for direct appeal (.6); correspond with K. Hansen and M. Murphy re same (.4); correspond with Jones Day re same (.1); call with K Whitner re appellate issues (.2); correspond with AHC SteerCo re petition for direct appeal (.3); analyze case findings re appellate standing (1.4); correspond with L. Simpson re same (.8); analyze transcript of argument on intervention (1.1); analyze authority re supplementing appellate designations (2.4); conference with Counsel Press re Third Circuit admissions (.3) B150:  correspond with SteerCo, M. Micheli, M. Murphy, K. Hansen, A. Glogowski re PSA, strategy and next steps (.7) | 8.30 | 1,650.00 | 13,695.00 |
| 10/04/2023 | WCF | Review TCC and Debtor designations regarding direct appeal standing issues (.4); analyze authorities and case documents regarding supplemental designations (1.1); correspond with R. Montefusco regarding same (.2) | 1.70 | 1,270.00 | 2,159.00 |
| 10/04/2023 | WKW | Analyze Debtor's draft petition for direct appeal | 1.10 | 1,700.00 | 1,870.00 |
| 10/04/2023 | WKW | Analyze AHCSC draft petition for direct appeal (.8); call with R. Montefusco regarding same (.2) | 1.00 | 1,700.00 | 1,700.00 |
| 10/05/2023 | AG29 | Correspond with M. Micheli regarding AHC subpoenas (.2); review documents related to same (.3); correspond with R. Montefusco, W. Farmer regarding same (.1) | 0.60 | 940.00 | 564.00 |
| 10/05/2023 | LM20 | Draft background portion of appellate brief | 2.60 | 855.00 | 2,223.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                         Page 6
51691-00002
Invoice No. 2387484

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/05/2023 | LS27 | Analyze and summarize Third Circuit cases on persons aggrieved appellant standing (4.4); draft memo re same (1.6) | 6.00 | 855.00 | 5,130.00 |
| 10/05/2023 | MM53 | Analyze standing issues and related authority in connection with appeal | 1.20 | 1,700.00 | 2,040.00 |
| 10/05/2023 | RM30 | Analyze case law re appellate standing (3.2); correspond with K. Hansen, M. Murphy re same (.6); correspond with W. Farmer re supplementing record designations (.6); correspond with Counsel Press re joint petition for direct appeal (.8); analyze authority re corporate disclosure (1.8); correspond with AHC re same (.8); review and revise joint petition for direct appeal (2.2) | 10.00 | 1,650.00 | 16,500.00 |
| 10/05/2023 | WCF | Analyze authorities and local procedures regarding corporate disclosure obligations (.8); draft corporate disclosure statement (.2); correspond with R. Montefusco regarding same (.2) | 1.20 | 1,270.00 | 1,524.00 |
| 10/06/2023 | AG29 | Correspond with R. Montefusco regarding LTL appeal and AHC contingency fee arrangements (.2); review and revise petition regarding language in appeal (.1); analyze AHC member retention agreements related to contingency fees (1.7); correspond with M. Magzamen, L. Morton (Cole Schotz) regarding unredacted versions of rule 2019 statements (.2); correspond with R. Montefusco regarding bankruptcy appeal research (.1); analyze case law and documents related to same (2.6); draft summary of findings (.8) | 5.70 | 940.00 | 5,358.00 |
| 10/06/2023 | LM20 | Review and revise background portion of draft appellate brief | 0.80 | 855.00 | 684.00 |
| 10/06/2023 | LS27 | Analyze case law regarding strictly financial prong of persons aggrieved standing test (2.0); draft summary of findings (.3) | 2.30 | 855.00 | 1,966.50 |
| 10/06/2023 | MMM5 | Correspond with R. Montefusco regarding corporate disclosures | 0.40 | 1,805.00 | 722.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 7
51691-00002
Invoice No. 2387484

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/06/2023 | MM57 | Correspond with A. Glogowski re: unredacted rule 2019 statements (.1); research re: same (.3); correspond with Cole Schotz re: same (.1) | 0.50 | 540.00 | 270.00 |
| 10/06/2023 | RM30 | Correspond with AHC re corporate disclosure (2.4); draft corporate disclosure statement (.6); review and revise joint petition for direct appeal (2.4); analyze case law re appellate standing (1.9); correspond with W. Farmer and M. Murphy re petition filing (.9) | 8.10 | 1,650.00 | 13,365.00 |
| 10/06/2023 | WCF | Review and revise joint petition for Third Circuit direct appeal before filing (.1); correspond with R. Montefusco regarding same (.1) | 0.20 | 1,270.00 | 254.00 |
| 10/06/2023 | WKW | Review final joint petition for direct appeal | 0.50 | 1,700.00 | 850.00 |
| 10/07/2023 | AG29 | Analyze case law and documents related to bankruptcy appeal standards (1.7); draft summary of findings (.4); correspond with R. Montefusco regarding same (.1) | 2.20 | 940.00 | 2,068.00 |
| 10/07/2023 | RM30 | Correspond with Jones Day re petition for direct appeal (.2); correspond with AHC re petition for direct appeal (.4) | 0.60 | 1,650.00 | 990.00 |
| 10/09/2023 | AG29 | Correspond with R. Montefusco regarding appellate standing and prudential standing in bankruptcy | 0.10 | 940.00 | 94.00 |
| 10/09/2023 | LM20 | Call with R. Montefusco re appellate standing (.3) review additional case law re same (.3) | 0.60 | 855.00 | 513.00 |
| 10/09/2023 | MM53 | Analyze issues and authority related to appeal | 0.30 | 1,700.00 | 510.00 |
| 10/09/2023 | RM30 | Analyze additional case law re appellate standing (6.3); call with L. Miliotes re same (.3); calls with W. Farmer re same (1.9) | 8.50 | 1,650.00 | 14,025.00 |
| 10/09/2023 | WCF | Draft Third Circuit appearance and disclosure documents (.6); analyze authorities regarding prudential standing and person aggrieved standard regarding appeal (2.5) | 3.10 | 1,270.00 | 3,937.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                          Page 8
51691-00002
Invoice No. 2387484

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/10/2023 | AG29 | Correspond with L. Simpson regarding appellate and prudential standing | 0.20 | 940.00 | 188.00 |
| 10/10/2023 | LM20 | Analyze case law regarding aggrieved person standard and appellate standing (3.8); summarize findings re same (.8); correspond with W. Farmer re same (.2) | 4.80 | 855.00 | 4,104.00 |
| 10/10/2023 | LS27 | Analyze case law regarding the direct prong of appellant standing in Circuit Courts of Appeal and district courts | 5.50 | 855.00 | 4,702.50 |
| 10/10/2023 | MM53 | Analyze case law regarding aggrieved person standard and appellate standing | 1.00 | 1,700.00 | 1,700.00 |
| 10/10/2023 | MM53 | Correspond with R. Montefusco regarding appeal issues | 0.20 | 1,700.00 | 340.00 |
| 10/10/2023 | RM30 | Analyze case law re appellate standing (7.1); review and revise memo outline re same (.7); draft update to M. Murphy, M. Micheli, W. Farmer re same (.4); correspond with W. Farmer and L. Miliotes re same (1.2) | 9.30 | 1,650.00 | 15,345.00 |
| 10/10/2023 | WCF | Review appellate record regarding supplemental standing designations (.8); correspond with B. Churbuck (Cole Schotz) regarding same (.1); analyze authorities regarding zone of interests and prudential standing issues (3.8) | 4.70 | 1,270.00 | 5,969.00 |
| 10/10/2023 | WKW | Review plan for Third Circuit appeal | 0.10 | 1,700.00 | 170.00 |
| 10/10/2023 | WKW | Review Court order staying appeal briefing | 0.10 | 1,700.00 | 170.00 |
| 10/11/2023 | AG29 | Analyze case law, documents, and issues related to memo on appellate standing and prudential standing in bankruptcy (3.9); draft memo riders related to analysis of same (1.6); correspond with R. Montefusco regarding same (.1) | 5.60 | 940.00 | 5,264.00 |
| 10/11/2023 | LM20 | Analyze case law regarding aggrieved person standard and related policy issues (3.6); summarize findings re same (.7); analyze additional issues regarding bankruptcy appellate standing (2.4); call with W. Farmer re same (.1) | 6.80 | 855.00 | 5,814.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 9
51691-00002
Invoice No. 2387484

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/11/2023 | LS27 | Analyze case law regarding the direct prong of appellant standing in Circuit Courts of Appeal and district courts (4.4); draft memo re same (3.4) | 7.80 | 855.00 | 6,669.00 |
| 10/11/2023 | MM53 | Analyze case findings regarding appellate issues | 0.70 | 1,700.00 | 1,190.00 |
| 10/11/2023 | RM30 | Review and revise supplemental certification and supporting stipulation (.8); conference with S. Van Aalten re same (.4); analyze case law re appellate standing (6.2); review and revise memo outline re same (.8); conference with W. Farmer re same (.2); correspond with W. Farmer re same (.4) | 8.80 | 1,650.00 | 14,520.00 |
| 10/11/2023 | WCF | Analyze authorities regarding prudential standing and bankruptcy standing exceptions (2.7); conference with R. Montefusco regarding same (.2) | 2.90 | 1,270.00 | 3,683.00 |
| 10/12/2023 | AG29 | Analyze case law, documents, and issues related to appellate standing and prudential standing in bankruptcy (2.2); draft memo riders related to analysis of same (1.6); correspond with R. Montefusco regarding same (.1) | 3.90 | 940.00 | 3,666.00 |
| 10/12/2023 | LM20 | Analyze appellate standing and related litigation issues (1.8); summarize findings re same (.6); correspond with W. Farmer re same (.3) | 2.70 | 855.00 | 2,308.50 |
| 10/12/2023 | LS27 | Further analyze case law regarding the direct prong of appellant standing in Circuit Courts of Appeal and district courts | 1.20 | 855.00 | 1,026.00 |
| 10/12/2023 | MM53 | Analyze case findings re appeal and appellate standing | 0.70 | 1,700.00 | 1,190.00 |
| 10/12/2023 | MW22 | Analyze draft common interest agreement | 1.20 | 1,360.00 | 1,632.00 |
| 10/12/2023 | MM57 | Research fact background for brief (.2); correspond with L. Miliotes re: same (.1) | 0.30 | 540.00 | 162.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                      Page 10
51691-00002
Invoice No. 2387484

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/12/2023 | RM30 | Conference with K Whitner re appeal and supplemental certification (.8); revise standing memo (1.6); analyze case law re same (2.4) | 4.80 | 1,650.00 | 7,920.00 |
| 10/12/2023 | WCF | Analyze docket items regarding supplemental designations (.9); draft stipulation and proposed order regarding supplemental designations (1.9) | 2.80 | 1,270.00 | 3,556.00 |
| 10/12/2023 | WKW | Conference with R. Montefusco regarding legal support and argument for Committee standing to intervene | 0.50 | 1,700.00 | 850.00 |
| 10/13/2023 | LS27 | Analyze precedent appellate briefs addressing appellate standing/persons aggrieved standard in the Third Circuit | 0.60 | 855.00 | 513.00 |
| 10/13/2023 | MM53 | Analyze appeal status and related research issues | 0.60 | 1,700.00 | 1,020.00 |
| 10/14/2023 | WCF | Analyze authorities regarding exceptions to aggrieved person standing test (3.4); draft memorandum regarding same (1.4) | 4.80 | 1,270.00 | 6,096.00 |
| 10/15/2023 | WCF | Analyze bankruptcy standing authorities regarding flexibility in third party standing factors | 3.10 | 1,270.00 | 3,937.00 |
| 10/16/2023 | LS27 | Review precedent appellate briefs in certain Third Circuit cases (.7); correspond with W. Farmer regarding same (.1) | 0.80 | 855.00 | 684.00 |
| 10/16/2023 | ML30 | Correspond with L. Simpson re precedent appellate briefs in the Third Circuit (.1); research regarding same (1.1); follow up correspondence with L. Simpson regarding same (.1) | 1.30 | 540.00 | 702.00 |
| 10/16/2023 | MMM5 | Review correspondence regarding appeal issues | 0.70 | 1,805.00 | 1,263.50 |
| 10/16/2023 | MM53 | Analyze appeal status and open issues regarding same | 1.10 | 1,700.00 | 1,870.00 |
| 10/16/2023 | RM30 | Analyze correspondence from J. Massey regarding appeal issues(.1); review M. Nachawatti transcript (.3); correspond with K Whitner re request to waive confidentiality (.2) | 0.60 | 1,650.00 | 990.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                          Page 11
51691-00002
Invoice No. 2387484

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/16/2023 | WCF | Review deposition transcript (Majed) regarding TCC direct appeal response (.2); correspond with K Whitner, R. Montefusco regarding same (.2); review TCC and Arnold and Itkin direct appeal responses (.9); draft analysis regarding same (.5); correspond with K. Whitner, R. Montefusco, M. Micheli, K. Hansen, M. Murphy regarding same (.2); draft memorandum regarding aggrieved party standing (4.3); analyze additional authorities regarding same (5.1); further draft standing memorandum regarding same (2.0) | 13.40 | 1,270.00 | 17,018.00 |
| 10/17/2023 | RM30 | Review and revise appellate standing memo (1.2); analyze authority cited therein (.8); correspond with W. Farmer re same (.4) | 2.40 | 1,650.00 | 3,960.00 |
| 10/17/2023 | WCF | Analyze third party standing authorities (3.4); draft standing memo regarding same (4.7); analyze authorities regarding additional defenses to aggrieved party standing challenges (2.1) | 10.20 | 1,270.00 | 12,954.00 |
| 10/17/2023 | WKW | Analyze case law supporting standing for appeal | 3.50 | 1,700.00 | 5,950.00 |
| 10/18/2023 | MW22 | Analyze and revise draft common interest agreement | 1.50 | 1,360.00 | 2,040.00 |
| 10/18/2023 | MM57 | Correspond with R. Montefusco re: Third Circuit filing (.1); research re: same (.2) | 0.30 | 540.00 | 162.00 |
| 10/18/2023 | RM30 | Review and revise appellate standing memo | 4.20 | 1,650.00 | 6,930.00 |
| 10/18/2023 | SBK | Review R. Montefusco correspondence on appellate standing | 0.20 | 1,805.00 | 361.00 |
| 10/18/2023 | WCF | Analyze additional authorities regarding satisfying third party and/or aggrieved person standing (3.8); review and revise memorandum on standing regarding same (3.6); correspond with R. Montefusco regarding same (.2); further draft standing memo (1.6) | 9.20 | 1,270.00 | 11,684.00 |
| 10/18/2023 | WKW | Review Arnold & Itkin objections to joint petition for appeal | 0.30 | 1,700.00 | 510.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 12
51691-00002
Invoice No. 2387484

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/18/2023 | WKW | Review TCC objections to joint petition for appeal | 0.80 | 1,700.00 | 1,360.00 |
| 10/19/2023 | LM20 | Review and revise corporate disclosure statement and appellate notice of appearance (.6); correspond with W. Farmer re same (.2) | 0.80 | 855.00 | 684.00 |
| 10/19/2023 | MM53 | Review supplement of record on appeal and related pleadings | 0.50 | 1,700.00 | 850.00 |
| 10/19/2023 | MM53 | Analyze memorandum on standing for appeal | 1.00 | 1,700.00 | 1,700.00 |
| 10/19/2023 | RM30 | Review and revise supplemental designations (.3); conference with Jones Day re same (.2); correspond with M. Micheli re same (.2); correspond with K Whitner re appellate standing issues (.4) | 1.10 | 1,650.00 | 1,815.00 |
| 10/19/2023 | SBK | Correspond with R. Montefusco on appellate standing | 0.40 | 1,805.00 | 722.00 |
| 10/19/2023 | WCF | Correspond with R. Montefusco and K Whitner regarding follow-up standing questions (.3); analyze authorities regarding same (.7); draft cover letter to court and related documents regarding stipulation to supplement appellate record (.4) | 1.40 | 1,270.00 | 1,778.00 |
| 10/19/2023 | WKW | Review memorandum and supporting case law analyzing standing for appeal | 3.30 | 1,700.00 | 5,610.00 |
| 10/19/2023 | WKW | Review supplemental designations of documents for appeal record | 0.20 | 1,700.00 | 340.00 |
| 10/20/2023 | LM20 | Correspond with R. Montefusco re service of stipulation (.1); prepare draft email to S. Kinnaird re same (.4) | 0.50 | 855.00 | 427.50 |
| 10/20/2023 | MM53 | Review appeal documents | 0.60 | 1,700.00 | 1,020.00 |
| 10/20/2023 | RM30 | Finalize notice of appearance and corporate disclosure statement for filing (.5); conference with counsel re stipulation to supplement appellate record (.3); analyze Third Circuit decision on petition for direct appeal (.1) | 0.90 | 1,650.00 | 1,485.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 13
51691-00002
Invoice No. 2387484

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/20/2023 | SBK | Review correspondence from R. Montefusco on standing | 0.20 | 1,805.00 | 361.00 |
| 10/20/2023 | SBK | Review appeal filings | 0.20 | 1,805.00 | 361.00 |
| 10/23/2023 | MM53 | Review appeal issues | 0.50 | 1,700.00 | 850.00 |
| 10/23/2023 | MM57 | Correspond with W. Farmer and R. Montefusco re: appellate fees (.1); review dockets re: same (.2) | 0.30 | 540.00 | 162.00 |
| 10/23/2023 | RM30 | Conference with TCC re request to supplement appellate record (.3); conference with W. Farmer re appellate brief (.4); analyze caselaw re appellate standing (1.4) | 2.10 | 1,650.00 | 3,465.00 |
| 10/23/2023 | WCF | Call with R. Montefusco regarding appellate brief issues/tasks (.4); analyze authorities and prior LTL appeal briefing regarding brief scheduling, fees, and substantive briefing structure (1.2); analyze AHC substantive briefing before bankruptcy court regarding appeal outline (1.6) | 3.10 | 1,270.00 | 3,937.00 |
| 10/24/2023 | MM53 | Review appeal issues | 0.20 | 1,700.00 | 340.00 |
| 10/24/2023 | RM30 | Conference with Cole Schotz and K Whitner re motion to supplement the record (.7); prepare parts of same (.8); analyze case law re appellate standing (1.6) | 3.10 | 1,650.00 | 5,115.00 |
| 10/24/2023 | WCF | Correspond with R. Montefusco regarding supplemental designation motion (.3); draft outline and opening appellate brief argument section (3.3) | 3.60 | 1,270.00 | 4,572.00 |
| 10/25/2023 | RM30 | Review and revise outline for appellate brief (.8); correspond with W. Farmer re same (.2); review and revise statement of facts in appellate brief (1.1) | 2.10 | 1,650.00 | 3,465.00 |
| 10/26/2023 | MM53 | Review motion to supplement record and related appeal issues | 0.40 | 1,700.00 | 680.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 14
51691-00002
Invoice No. 2387484

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/26/2023 | RM30 | Review and revise motion to supplement record on appeal (.8); correspond with K Whitner re same (.2); conference with M. Winograd and M. Rasmussen re same (.2); conference with M. Rasmussen re appellate issues (.1); analyze authority re appellate standing (1.8); review and revise statement of facts in appellate brief (.7) | 3.80 | 1,650.00 | 6,270.00 |
| 10/26/2023 | WKW | Review motion to supplement record on appeal | 0.30 | 1,700.00 | 510.00 |
| 10/27/2023 | LM20 | Review debtors' trial exhibits for appellate brief (.8); correspond with Cole Schotz re same (.1); correspond with W. Farmer re same (.1) | 1.00 | 855.00 | 855.00 |
| 10/27/2023 | MM53 | Review appeal process matters | 0.30 | 1,700.00 | 510.00 |
| 10/27/2023 | MM53 | Review and revise motion to shorten notice for motion to supplement record on appeal | 0.40 | 1,700.00 | 680.00 |
| 10/27/2023 | MM57 | Correspond with C. Smith (Jones Day) re: requested trial exhibits (.1); correspond with L. Miliotes re: same (.1) | 0.20 | 540.00 | 108.00 |
| 10/27/2023 | RM30 | Review and revise appellate brief (2.5); analyze documents and cases referenced therein (1.8); review and revise motion to shorten time on motion to supplement record (.8); review and finalize papers for filing (1.7); conference with Cole Schotz re same (.3) | 7.10 | 1,650.00 | 11,715.00 |
| 10/27/2023 | SBK | Review TCC motion to confirm standing (.2); correspond regarding same with R. Montefusco (.1) | 0.30 | 1,805.00 | 541.50 |
| 10/27/2023 | WCF | Review and revise motion to shorten time on motion to supplement record and supporting documents (.4); analyze authorities regarding Third Circuit appellate opening brief argument and form (.7) | 1.10 | 1,270.00 | 1,397.00 |
| 10/27/2023 | WKW | Analyze standing appeal strategy and consolidation schedule in advance of meeting with Debtors | 0.80 | 1,700.00 | 1,360.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 15
51691-00002
Invoice No. 2387484

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/30/2023 | LM20 | Correspond with B. Churbuck (Cole Schotz) re trial exhibits | 0.10 | 855.00 | 85.50 |
| 10/30/2023 | MM57 | Follow-up correspondence with Jones Day re: trial exhibit repository (.2); correspond with M. Micheli re: MDL case pleadings (.1); research re: same (.3) | 0.60 | 540.00 | 324.00 |
| 10/30/2023 | RM30 | Review and revise appellate brief (5.6); analyze cases and documents referenced therein (1.8); correspond with W. Farmer re filing fees (.3) | 7.70 | 1,650.00 | 12,705.00 |
| 10/30/2023 | WCF | Correspond with R. Montefusco regarding opening brief and notice letter (.2); revise notice letter (.1); correspond with B. Churbuck (Cole Schotz) regarding same (.1) | 0.40 | 1,270.00 | 508.00 |
| 10/31/2023 | LM20 | Review and revise factual background of appellate brief | 0.30 | 855.00 | 256.50 |
| 10/31/2023 | MM53 | Analyze appeal matters | 0.30 | 1,700.00 | 510.00 |
| 10/31/2023 | MM57 | Follow-up correspondence with T. Villari (Jones Day) re: trial exhibits | 0.10 | 540.00 | 54.00 |
| 10/31/2023 | RM30 | Review and revise notification of payment of filing fees (.9); correspond with W. Farmer and B. Wierenga re same (.3); review and revise statement of facts in support of AHC appeal (4.6) | 5.80 | 1,650.00 | 9,570.00 |
| 10/31/2023 | WCF | Correspond with B. Churbuck (CS) regarding filing of fee notice (.2); correspond with R. Montefusco regarding appellate brief revisions (.2) | 0.40 | 1,270.00 | 508.00 |
| | **Subtotal: B191  General Litigation** | | **301.10** | | **405,946.00** |

|  | **Total** | | **312.90** | | **421,131.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| KH18 | Kris Hansen | Partner | 1.50 | 2,135.00 | 3,202.50 |
| SBK | Stephen B. Kinnaird | Partner | 1.30 | 1,805.00 | 2,346.50 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                            Page 16
51691-00002
Invoice No. 2387484

| | | | | | |
|---|---|---|---|---|---|
| MMM5 | Matt M. Murphy | Partner | 1.70 | 1,805.00 | 3,068.50 |
| WKW | William K. Whitner | Partner | 12.50 | 1,700.00 | 21,250.00 |
| MM53 | Matthew Micheli | Of Counsel | 16.40 | 1,700.00 | 27,880.00 |
| RM30 | Ryan Montefusco | Of Counsel | 114.60 | 1,650.00 | 189,090.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 0.50 | 1,055.00 | 527.50 |
| MW22 | Michael C. Whalen | Associate | 2.70 | 1,360.00 | 3,672.00 |
| WCF | Will C. Farmer | Associate | 77.00 | 1,270.00 | 97,790.00 |
| AG29 | Angelika S. Glogowski | Associate | 18.30 | 940.00 | 17,202.00 |
| LM20 | Lanie Miliotes | Associate | 32.20 | 855.00 | 27,531.00 |
| LS27 | Louise Simpson | Associate | 28.90 | 855.00 | 24,709.50 |
| ML30 | Mat Laskowski | Paralegal | 1.30 | 540.00 | 702.00 |
| MM57 | Michael Magzamen | Paralegal | 4.00 | 540.00 | 2,160.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 09/30/2023 | UnitedLex Invoices - Unitedlex Corp, Invoice# 090314 Dated 09/30/23, UnitedLex – DSAI September 2023 Charges – Outside Professional Services | | | 64.90 |
| 10/02/2023 | Lexis/On Line Search | | | 35.25 |
| 10/02/2023 | Westlaw | | | 135.50 |
| 10/04/2023 | Lexis/On Line Search | | | 146.94 |
| 10/04/2023 | Lexis/On Line Search | | | 36.74 |
| 10/04/2023 | Lexis/On Line Search | | | 70.50 |
| 10/05/2023 | Westlaw | | | 56.57 |
| 10/05/2023 | Westlaw | | | 65.78 |
| 10/06/2023 | Lexis/On Line Search | | | 73.47 |
| 10/06/2023 | Westlaw | | | 28.28 |
| 10/06/2023 | Westlaw | | | 293.59 |
| 10/09/2023 | Westlaw | | | 28.28 |
| 10/09/2023 | Westlaw | | | 82.88 |
| 10/10/2023 | Lexis/On Line Search | | | 19.67 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 17
51691-00002
Invoice No. 2387484

| | | |
|---|---|---:|
| 10/10/2023 | Westlaw | 431.51 |
| 10/11/2023 | Westlaw | 225.62 |
| 10/11/2023 | Westlaw | 576.00 |
| 10/12/2023 | Westlaw | 28.29 |
| 10/12/2023 | Westlaw | 299.95 |
| 10/14/2023 | Westlaw | 37.49 |
| 10/16/2023 | Lexis/On Line Search | 110.21 |
| 10/16/2023 | Westlaw | 114.24 |
| 10/16/2023 | Westlaw | 131.56 |
| 10/17/2023 | Lexis/On Line Search | 73.47 |
| 10/18/2023 | Westlaw | 36.84 |
| 10/18/2023 | Westlaw | 73.67 |
| 10/19/2023 | Westlaw | 28.28 |
| 10/31/2023 | Lexis/On Line Search - Courtlink Use - Charges for October 2023 | 0.69 |
| **Total Costs incurred and advanced** | | **$3,306.17** |
| | **Current Fees and Costs** | **$424,437.67** |
| | **Total Balance Due - Due Upon Receipt** | **$424,437.67** |