UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

# ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
# FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023

| | |
|---|---|
| In re LTL Management LLC | Applicant: Cole Schotz P.C. |
| Case No. 23-12825 (MBK) | Client:  Ad Hoc Committee of Supporting Counsel |
| Chapter 11 | Case Filed: April 4, 2023 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

                                                     */s/ Michael D. Sirota*        03/6/2024
                                                    MICHAEL D. SIROTA          Date

# SECTION I
# FEE SUMMARY

<u>Summary of Amounts Requested for the Period</u>
<u>October 1, 2023 through October 31, 2023 (the "**Compensation Period**")</u>

| | |
|---|---:|
| Total Fees | $42,792.00 |
| Total Disbursements | $244.41 |
| Minus % holdback of Fees | $8,558.40 |
| Amount Sought at this Time | $34,478.01 |

<u>Summary of Amounts Requested for Previous Periods</u>

| | |
|---|---:|
| Total Previous Fees and Expenses Requested: | $1,258,179.06 |
| Total Fees and Expenses Allowed to Date: | $1,196,650.86 |
| Total Retainer Remaining: | $0.00 |
| Total Holdback: | $12,305.70 |
| Total Received by Applicant: | $1,196,650.86 |

| Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Michael D. Sirota<br>Member | 1986 | 0.60 | $1,475.00 | $885.00 |
| Seth Van Aalten<br>Member | 2004 | 14.20 | $1,050.00 | $14,910.00 |
| Justin R. Alberto<br>Member | 2008 | 1.00 | $830.00 | $830.00 |
| Ryan T. Jareck<br>Member | 2008 | 0.80 | $775.00 | $620.00 |
| Bryant P. Churbuck<br>Associate | 2018 | 30.50 | $560.00 | $17,080.00 |
| Suhailah S. Sallie<br>Paralegal | n/a | 1.20 | $380.00 | $456.00 |
| Larry S. Morton<br>Paralegal | n/a | 18.20 | $380.00 | 6,916.00 |
| Danielle E. Delehanty<br>Paralegal | n/a | 3.00 | $365.00 | $1,095.00 |
| **TOTALS** | **n/a** | **69.50** | **n/a** | **$42,792.00** |

3

**SECTION II**
**SUMMARY OF SERVICES**

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis | 0.00 | $0.00 |
| Asset/Business Disposition | 0.00 | $0.00 |
| Assumption and Rejection of Leases and Contracts | 0.00 | $0.00 |
| Preference Actions/Response | 0.00 | $0.00 |
| Budgeting (Case) | 0.00 | $0.00 |
| Business Operations | 0.00 | $0.00 |
| Case Administration | 23.20 | $8,915.00 |
| Claims Administration and Objections | 0.00 | $0.00 |
| Corporate Governance and Board Matters | 0.00 | $0.00 |
| Data Analysis | 0.00 | $0.00 |
| Employee Benefits/Pensions | 0.00 | $0.00 |
| Fee Application Preparation | 1.10 | $714.00 |
| Fee Employment | 0.20 | $210.00 |
| Fee Objections | 0.40 | $420.00 |
| Financing | 0.00 | $0.00 |
| Litigation | 44.60 | $32,533.00 |
| Meetings of Creditors | 0.00 | $0.00 |
| Disclosure Statement | 0.00 | $0.00 |
| Plan of Reorganization | 0.00 | $0.00 |
| Real Estate | 0.00 | $0.00 |
| Regulatory Compliance | 0.00 | $0.00 |
| Relief from Stay | 0.00 | $0.00 |
| Reporting | 0.00 | $0.00 |
| Tax Issues | 0.00 | $0.00 |
| Valuation | 0.00 | $0.00 |
| Non-Working Travel | 0.00 | $0.00 |
| **SERVICES TOTALS** | **69.50** | **$42,792.00** |

| SECTION III
SUMMARY OF DISBURSEMENTS | |
|---|---|
| **Disbursements** | **Amount** |
| Photocopying / Printing / Scanning | $126.00 |
| Court Fees | $13.90 |
| Delivery Services / Federal Express | $25.10 |
| Outside Printing | $22.15 |
| Online Research | $24.32 |
| Postage | $32.94 |
| **DISBURSEMENTS TOTAL** | **$244.41** |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Kristopher M. Hansen (*admitted pro hac vice*)<br>Ryan P. Montefusco (*admitted pro hac vice*)<br><br>PAUL HASTINGS LLP<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Matthew M. Murphy (*admitted pro hac vice*)<br>Matthew Micheli (*admitted pro hac vice*)<br><br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Michael D. Sirota<br>Warren A. Usatine<br>Seth Van Aalten (*admitted pro hac vice*)<br>Justin Alberto (*admitted pro hac vice*)<br><br>PARKINS & RUBIO LLP<br>700 Milam, Suite 1300<br>Houston, Texas 77002<br>Lenard M. Parkins (*admitted pro hac vice*)<br>Charles M. Rubio (*admitted pro hac vice*)<br><br>*Counsel to Ad Hoc Committee of Supporting Counsel* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>               Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.,
AD HAC COMMITTEE OF SUPPORTING COUNSEL, FOR THE
PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

Cole Schotz P.C. ("Cole Schotz") submits this Monthly Fee Statement (the "Statement") for services rendered and expenses incurred as Counsel to the Ad Hoc Committee of Supporting Counsel[2] for the period commencing October 1, 2023 and ending October 31, 2023 (the "Statement Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professions* [Docket No. 562] (as modified, the "Interim Fee Procedures Order").

The billing invoices, along with a detailed breakdown of all out-of-pocket disbursements necessarily incurred by Cole Schotz for the Statement Period are annexed hereto. These invoices detail the services performed by Cole Schotz.

The fees requested and expenses incurred in this Statement are as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $42,792.00 | $8,558.40 | $34,233.60 | $244.41 |

[*Remainder of page left intentionally blank*]

---

[2] On June 20, 2023, the Bankruptcy Court entered the *Order Authorizing the Debtor to Enter into an Expense Reimbursement Agreement with Ad Hoc Committee of Supporting Counsel* [Docket No. 838] that provides for the reimbursement of fees from April 18, 2023 through the termination of the Reimbursement Agreement (together, the "Fees and Expenses").

WHEREFORE, Cole Schotz respectfully requests payment of fees and reimbursement of expenses for the Statement Period of $34,478.01 (80% of total fees and 100% of expenses) in accordance with the Reimbursement Order.

Dated: March 6, 2024          **COLE SCHOTZ P.C.**
*Counsel to Ad Hoc Committee
of Supporting Counsel*

/s/ *Michael D. Sirota*
Michael D. Sirota (NJ Bar No. 014321986)

# Exhibit A

**COLE SCHOTZ P.C.**

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601

FEDERAL ID# 22-2113414

New York — Delaware — Maryland — Texas — Florida

LTL MANAGEMENT LLC
N/A

|  |  |
|---|---|
| Invoice Date: | February 20, 2024 |
| Invoice Number: | 970025 |
| Matter Number: | 66055-0001 |

**Re:** LTL AD HOC GROUP

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2023

## CASE ADMINISTRATION                                                      23.20        8,915.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/02/23 | LSM | EMAILS WITH B. CHURBUCK REGARDING FINAL FEE APPLICATION ORDER ENTRIES AND STATUS | 0.40 | 152.00 |
| 10/02/23 | LSM | RESEARCH PROCEDURES TO ENTER FINAL FEE APPLICATION ORDERS AND REPORT FINDINGS TO B. CHURBUCK | 0.60 | 228.00 |
| 10/03/23 | DED | REVIEW, PREPARE AND FILE NOTICE OF APPEARANCE, CORPORATE DISCLOSURE STATEMENT AND LETTER TO JUDGE WITH CONSENT ORDER IN DISTRICT COURT MATTER. | 1.30 | 474.50 |
| 10/03/23 | LSM | DRAFT NOTICE OF APPEARANCE OF COUNSEL FOR DISTRICT COURT AND FORWARD SAME TO B. CHURBUCK FOR COMMENTS | 0.40 | 152.00 |
| 10/03/23 | LSM | DRAFT CORPORATE DISCLOSURE STATEMENT AND FORWARD SAME TO B. CHURBUCK | 0.40 | 152.00 |
| 10/03/23 | LSM | REVISE AND UPDATE NOTICE OF APPEARANCE AND CORPORATE DISCLOSURE STATEMENT PER B. CHURBUCK COMMENTS | 1.20 | 456.00 |
| 10/03/23 | LSM | EMAILS WITH B. CHURBUCK REGARDING PRO HAC ADMISSIONS IN DISTRICT COURT | 0.30 | 114.00 |
| 10/03/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: NOTICE OF APPEARANCE | 0.40 | 224.00 |
| 10/04/23 | BPC | TELEPHONIC CONFERENCE WITH L. MORTON RE: SERVICE OF CORPORATE DISCLOSURE STATEMENT | 0.10 | 56.00 |
| 10/04/23 | LSM | DRAFT AND REVISE CERTIFICATE OF SERVICE RE: NOTICE OF APPEARANCE, CORPORATE DISCLOSURE AND CONSENT LETTER | 0.90 | 342.00 |
| 10/04/23 | LSM | RESEARCH AND PREPARE SERVICE EMAIL LIST FOR NOTICE OF APPEARANCE, CORPORATE DISCLOSURE AND CONSENT LETTER AND FORWARD SAME TO B. CHURBUCK | 0.70 | 266.00 |
| 10/04/23 | LSM | ORGANIZE AND ASSIST WITH SERVICE OF NOTICE OF APPEARANCE, CORPORATE DISCLOSURE AND CONSENT LETTER | 0.60 | 228.00 |
| 10/04/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: SERVICE OF CORPORATE DISCLOSURE STATEMENT | 0.30 | 168.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | LTL AD HOC GROUP | | | Invoice Number 970025 |
| | Client/Matter No. 66055-0001 | | | February 20, 2024 |
| | | | | Page 2 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 10/05/23 | LSM | REVISE/UPDATE CERTIFICATE OF SERVICE WITH EMAIL ADDRESSES OF NOTICE PARTIES | 0.90 | 342.00 |
| 10/06/23 | LSM | REVISE AND CIRCULATE TO B. CHURBUCK PROPOSED FINAL FEE APPLICATION FOR COLE SCHOTZ | 0.50 | 190.00 |
| 10/06/23 | LSM | RESEARCH AND COMPILE UNREACTED VERSION OF FIRST SUPPLEMENTAL 2019 STATEMENT AND FORWARD TO CO-COUNSEL | 0.40 | 152.00 |
| 10/06/23 | LSM | DRAFT PROPOSED ORDER TO FINAL FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO B. CHURBUCK | 0.50 | 190.00 |
| 10/09/23 | DED | DRAFT PROPOSED ORDERS FOR FINAL FEE APPLICATIONS RE AHC COUNSEL FEE APPLICATIONS. | 1.20 | 438.00 |
| 10/10/23 | LSM | REVISE AND FINALIZE PER B. CHURBUCK COMMENTS COS TO NOTICE OF APPEARANCE, LETTER TO JUDGE AND CORPORATE DISCLOSURE AND FORWARD SAME TO B. CHURBUCK | 0.40 | 152.00 |
| 10/10/23 | LSM | UPDATE, FILE AND CIRCULATE TO B. CHURBUCK COS TO NOA, CONSENT LETTER AND CORPORATE DISCLOSURE | 0.30 | 114.00 |
| 10/10/23 | LSM | REVIEW ORDERS TO FINAL FEE APPLICATIONS FOR PAUL HASTINGS, COLE SCHOTZ AND PARKINS RUBIO AND FORWARD SAME TO B. CHURBUCK WITH COMMENTS | 0.50 | 190.00 |
| 10/11/23 | LSM | REVISE PROPOSED FINAL AHC COUNSEL FEE APPLICATION ORDERS PER B. CHURBUCK COMMENTS AND CIRCULATE SAME TO B. CHURBUCK | 0.70 | 266.00 |
| 10/12/23 | LSM | REVISE ORDERS TO FINAL AHC COUNSEL FEE APPLICATIONS AND ORGANIZE ELECTRONIC SERVICE TO BANKRUPTCY COURT CHAMBERS OF THE SAME | 0.50 | 190.00 |
| 10/13/23 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES. | 0.20 | 76.00 |
| 10/17/23 | LSM | COMPILE, REVIEW AND CIRCULATE TO B. CHURBUCK AGENDA FOR OCTOBER 18, 2023 HEARING | 0.40 | 152.00 |
| 10/17/23 | LSM | EMAILS TO B. CHURBUCK RE:SIGNED FINAL FEE ORDER FOR COLE SCHOTZ | 0.20 | 76.00 |
| 10/19/23 | LSM | COMPILE, REVIEW AND FORWARD B. CHURBUCK SIGNED ORDERS GRANTING FINAL FEE APPLICATIONS FOR AHC COUNSEL | 0.40 | 152.00 |
| 10/26/23 | LSM | DRAFT NOTICE TO MOTION TO SUPPLEMENT RECORD ON APPEAL AND FORWARD SAME TO B. CHURBUCK WITH COMMENTS | 0.40 | 152.00 |
| 10/27/23 | DED | CONFER WITH CHAMBERS RE: REQUEST FOR HEARING DATE RELATED TO MOTION TO SUPPLEMENT THE RECORD ON APPEAL | 0.50 | 182.50 |
| 10/27/23 | LSM | REVISE NOTICE TO MOTION TO SUPPLEMENT APPEAL AND FORWARD SAME TO B. CHURBUCK | 0.30 | 114.00 |
| 10/27/23 | LSM | ASSIST WITH FILING PREPARATIONS WITH B. CHURBUCK RE: MOTION TO SUPPLEMENT APPEAL AND RELATED MOTION TO SHORTEN | 5.20 | 1,976.00 |

**COLE SCHOTZ P.C.**

Re: LTL AD HOC GROUP  
Client/Matter No. 66055-0001

Invoice Number 970025  
February 20, 2024  
Page 3

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/27/23 | LSM | REVIEW, FILE AND ORGANIZE SERVICE OF MOTION TO SUPPLEMENT RECORD ON APPEAL AND RELATED MOTION TO SHORTEN | 0.60 | 228.00 |
| 10/27/23 | LSM | EMAILS WITH B. CHURBUCK AND D. DELEHANTY REGARDING MOTION TO SUPPLEMENT RECORD ON APPEAL | 0.30 | 114.00 |
| 10/30/23 | SSS | DRAFT CERTIFICATES OF SERVICE FOR MOTION TO SUPPLEMENT RECORD ON APPEAL AND SUPPORTING DOCS | 0.40 | 152.00 |
| 10/30/23 | SSS | DISCUSSION WITH B. CHURBUCK RE: CERTIFICATES OF SERVICE FOR MOTION TO SUPPLEMENT RECORD ON APPEAL AND SUPPORTING DOCS | 0.20 | 76.00 |
| 10/30/23 | SSS | REVIEW OF SERVICE COMMUNICATIONS OF MOTION TO SUPPLEMENT RECORD ON APPEAL AND SUPPORTING DOCS | 0.20 | 76.00 |
| 10/30/23 | SSS | CMECF SUBMISSION/FILESITE UPLOAD OF CONFORMED PDFS RE: CERTIFICATES OF SERVICE FOR MOTION TO SUPPLEMENT RECORD ON APPEAL AND SUPPORTING DOCS | 0.40 | 152.00 |

**FEE APPLICATION PREPARATION** — **1.10** **714.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/16/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO CO-COUNSEL RE: 10/18 FEE APPLICATION HEARING | 0.40 | 224.00 |
| 10/17/23 | SVA | CORRES W/ PH AND JD RE FINAL FEE ORDERS | 0.20 | 210.00 |
| 10/17/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN AND W. USATINE RE: 10/18 HEARING | 0.50 | 280.00 |

**FEE EMPLOYMENT** — **0.20** **210.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/18/23 | SVA | CORRES W/ AHC PROFESSIONALS RE FINAL FEE APPLICATIONS | 0.20 | 210.00 |

**FEE OBJECTIONS** — **0.40** **420.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/05/23 | SVA | REVIEW UST FEE OBJECTIONS | 0.40 | 420.00 |

**LITIGATION** — **44.60** **32,533.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/02/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN AND R. MONTEFUSCO RE: LETTER TO THE DISTRICT COURT | 0.50 | 280.00 |
| 10/02/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN AND R. MONTEFUSCO RE: APPLICATION FOR DIRECT APPEAL TO THE THIRD CIRCUIT | 0.30 | 168.00 |
| 10/02/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN RE: APPLICATION FOR DIRECT APPEAL TO THIRD CIRCUIT | 0.20 | 112.00 |

**COLE SCHOTZ P.C.**

| | | | |
|---|---|---|---|
| Re: | LTL AD HOC GROUP | | Invoice Number 970025 |
| | Client/Matter No. 66055-0001 | | February 20, 2024 |
| | | | Page 4 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/02/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN AND S. WEAVER RE: CONSENT ORDER BEFORE THE DISTRICT COURT | 0.30 | 168.00 |
| 10/02/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON, D. DELEHANTY, AND P. RATKOWIAK RE: APPLICATION FOR DIRECT APPEAL TO THIRD CIRCUIT | 0.40 | 224.00 |
| 10/02/23 | JRA | EMAIL WITH R. MONTEFUSCO RE DIRECT CERTIFICATION OF APPEAL | 0.10 | 83.00 |
| 10/02/23 | SVA | CONF W/ WMD AND PH RE 3D CIR APPEAL | 0.60 | 630.00 |
| 10/02/23 | BPC | REVIEW SELECT CASE LAW RE: LOCAL APPELLATE RULE 26.1 | 0.50 | 280.00 |
| 10/03/23 | BPC | PREPARE DOCUMENTS FOR FILING IN DISTRICT COURT | 1.50 | 840.00 |
| 10/03/23 | SVA | REVIEW/COMMENT ON DISTRICT COURT APPEAL FILINGS | 1.30 | 1,365.00 |
| 10/03/23 | JRA | REVIEW DEBTOR LETTER TO JUDGE RE DIRECT CERTIFICATION | 0.10 | 83.00 |
| 10/03/23 | BPC | PREPARE AND REVISE NOTICE OF APPEARANCE | 0.50 | 280.00 |
| 10/03/23 | BPC | REVIEW SELECT CASE LAW RE: CORPORATE DISCLOSURE STATEMENTS | 1.80 | 1,008.00 |
| 10/03/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: CORPORATE DISCLOSURE STATEMENT | 0.40 | 224.00 |
| 10/03/23 | BPC | PREPARE AND REVISE CORPORATE DISCLOSURE STATEMENT | 0.70 | 392.00 |
| 10/03/23 | BPC | PREPARE AND REVISE LETTER TO THE COURT | 0.30 | 168.00 |
| 10/03/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN, R. MONTEFUSCO, AND M. MICHELI RE: DISTRICT COURT FILINGS | 1.00 | 560.00 |
| 10/04/23 | BPC | REVIEW SELECT CASE LAW RE: BANKRUPTCY RULES 8011 AND 8012 | 0.50 | 280.00 |
| 10/04/23 | SVA | REVIEW/COMMENT ON JOINT PETITION FOR DIRECT APPEAL | 1.40 | 1,470.00 |
| 10/05/23 | SVA | MULT CORRES W/ AHC MEMBERS RE CORPORATE DISCLOSURE STATEMENT FOR DISTRICT COURT APPEAL | 1.30 | 1,365.00 |
| 10/06/23 | SVA | CORRES W/ CS AND PH TEAMS RE JOINT CERTIFICATION AND CORPORATE DISCLOSURE STATEMENT PREPARATION AND FILING | 1.40 | 1,470.00 |
| 10/10/23 | SVA | CORRES W/ PH TEAM AND B. CHURBUCK RE APPEALS | 0.40 | 420.00 |
| 10/10/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO W. FARMER RE: LTL APPEAL | 0.20 | 112.00 |
| 10/12/23 | BPC | TELEPHONIC CONFERENCE WITH CHIEF JUDGE KAPLAN'S CHAMBERS RE: SUPPLEMENTING RECORD ON APPEAL | 0.10 | 56.00 |
| 10/12/23 | SVA | REVIEW/COMMENT ON ADDITIONAL APPEAL DESIGNATIONS AND CORRES W/ B. CHURBUCK RE SAME | 0.70 | 735.00 |
| 10/12/23 | SVA | CORRES W/ PH RE APPEALS | 0.20 | 210.00 |
| 10/12/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN, R. JARECK, AND R. MONTEFUSCO RE: DISMISSAL APPEAL | 0.80 | 448.00 |
| 10/16/23 | SVA | CORRES W/ B. CHURBUCK RE 10.18 HEARING ISSUES | 0.40 | 420.00 |

**COLE SCHOTZ P.C.**

Re: LTL AD HOC GROUP  
Client/Matter No. 66055-0001

Invoice Number  970025  
February 20, 2024  
Page 5

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/20/23 | BPC | REVIEW EMAIL FROM R. MONTEFUSCO RE: STIPULATION AND PROPOSED ORDER SUPPLEMENTING RECORD ON APPEAL | 0.10 | 56.00 |
| 10/20/23 | SVA | REVIEW SUPPLEMENTAL APPEAL DESIGNATIONS FOR AHC | 0.30 | 315.00 |
| 10/20/23 | BPC | REVIEW STIPULATION AND PROPOSED ORDER SUPPLEMENTING RECORD ON APPEAL | 0.50 | 280.00 |
| 10/23/23 | BPC | REVIEW SELECT CASE LAW RE: BANKRUPTCY RULE 8009(E) | 3.00 | 1,680.00 |
| 10/23/23 | SVA | CORRES W/ PH AND B. CHURBUCK RE MOTION TO SUPPLEMENT APPEAL DESIGNATIONS | 0.40 | 420.00 |
| 10/23/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO R. MONTEFUSCO RE: MOTION TO SUPPLEMENT RECORD ON APPEAL | 0.30 | 168.00 |
| 10/24/23 | BPC | PREPARE MOTION TO SUPPLEMENT RECORD ON APPEAL | 1.00 | 560.00 |
| 10/24/23 | SVA | CORRES W/ PH TEAM RE MOTION TO SUPPLEMENT DESIGNATIONS ON APPEAL | 0.40 | 420.00 |
| 10/24/23 | BPC | REVIEW SELECT CASE LAW RE: BANKRUPTCY RULE 8009(E) | 2.00 | 1,120.00 |
| 10/24/23 | BPC | REVIEW EMAILS FROM R. MONTEFUSCO RE: MOTION TO SUPPLEMENT RECORD ON APPEAL | 0.20 | 112.00 |
| 10/25/23 | SVA | PREPARATION OF AHC MOTION TO SUPPLEMENT DESIGNATIONS ON APPEAL OF MTD | 0.80 | 840.00 |
| 10/25/23 | BPC | PREPARE AND REVISE MOTION TO SUPPLEMENT RECORD ON APPEAL | 2.00 | 1,120.00 |
| 10/25/23 | BPC | TELEPHONIC CONFERENCE WITH W. FARMER RE: APPEAL OF ORDER GRANTING MOTIONS TO DISMISS | 0.10 | 56.00 |
| 10/25/23 | BPC | PREPARE EMAIL TO S. VAN AALTEN RE: MOTION TO SUPPLEMENT RECORD ON APPEAL | 0.10 | 56.00 |
| 10/26/23 | SVA | PREPARATION OF MOTION TO SUPPLEMENT AHC DESIGNATIONS ON APPEAL | 1.80 | 1,890.00 |
| 10/26/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO W. FARMER RE: LTL APPEAL | 0.20 | 112.00 |
| 10/26/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN, R. MONTEFUSCO, AND W. FARMER RE: MOTION TO SUPPLEMENT RECORD ON APPEAL | 0.60 | 336.00 |
| 10/26/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN AND R. JARECK RE: MOTION TO SUPPLEMENT RECORD ON APPEAL | 0.60 | 336.00 |
| 10/27/23 | SVA | REVIEW/COMMENT ON MOTION TO SUPPLEMENT APPEAL DESIGNATIONS AND MOTION TO SHORTEN | 1.60 | 1,680.00 |
| 10/27/23 | SVA | CORRES W/ B.CHURBUCK AND PH TEAM RE MOTION TO SUPPLEMENT DESIGNATIONS FOR APPEAL | 0.40 | 420.00 |
| 10/27/23 | JRA | REVIEW MOTION TO SUPPLEMENT RECORD AND APPLICATION TO SHORTEN (.5); EMAILS INTERNALLY AND WITH PH RE SAME (.3) | 0.80 | 664.00 |
| 10/27/23 | MDS | REVIEW PLEADINGS TO SUPPLEMENT THE RECORD | 0.60 | 885.00 |

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | LTL AD HOC GROUP | Invoice Number 970025 |
| | Client/Matter No. 66055-0001 | February 20, 2024 |
| | | Page 6 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/27/23 | RTJ | REVIEW AND REVISE LTL PLEADINGS TO SUPPLEMENT RECORD | 0.80 | 620.00 |
| 10/27/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MILIOTES RE: APPEAL OF ORDER DISMISSING CASE | 0.20 | 112.00 |
| 10/27/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: MOTION TO SUPPLEMENT RECORD ON APPEAL | 0.70 | 392.00 |
| 10/27/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO D. DELEHANTY RE: 11/15 HEARING | 0.30 | 168.00 |
| 10/27/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN, R. JARECK, R. MONTEFUSCO, AND W. FARMER RE: MOTION TO SUPPLEMENT RECORD ON APPEAL | 1.50 | 840.00 |
| 10/27/23 | BPC | PREPARE AND REVISE APPLICATION TO SHORTEN TIME RE: MOTION TO SUPPLEMENT RECORD ON APPEAL | 0.50 | 280.00 |
| 10/27/23 | BPC | PREPARE AND REVISE NOTICE OF MOTION RE: MOTION TO SUPPLEMENT RECORD ON APPEAL | 0.50 | 280.00 |
| 10/27/23 | BPC | PREPARE PLEADINGS FOR FILING RE: MOTION TO SUPPLEMENT RECORD ON APPEAL | 1.00 | 560.00 |
| 10/30/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. SALLIE RE: ORDER SHORTENING TIME FOR HEARING ON MOTION TO SUPPLEMENT RECORD ON APPEAL | 0.40 | 224.00 |
| 10/30/23 | BPC | CONFERENCE WITH S. VAN AALTEN RE: MOTION TO SUPPLEMENT RECORD ON APPEAL AND 11/15 HEARING | 0.30 | 168.00 |
| 10/30/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO W. FARMER RE: APPEAL OF ORDER DISMISSING CASE | 0.70 | 392.00 |
| 10/30/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO I. TAYLOR RE: APPEAL OF ORDER DISMISSING CASE | 0.30 | 168.00 |
| 10/30/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MILIOTES RE: APPEAL OF ORDER DISMISSING CASE | 0.60 | 336.00 |
| 10/31/23 | BPC | TELEPHONIC CONFERENCES WITH W. FARMER RE: APPEAL OF ORDER DISMISSING CASE | 0.20 | 112.00 |
| 10/31/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO R. MONTEFUSCO AND W. FARMER RE: APPEAL OF ORDER DISMISSING CASE | 0.90 | 504.00 |
| | | TOTAL HOURS | 69.50 | |

PROFESSIONAL SERVICES: $42,792.00

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Bryant P. Churbuck | Associate | 30.50 | 560.00 | 17,080.00 |
| Danielle E. Delehanty | Paralegal | 3.00 | 365.00 | 1,095.00 |
| Justin R. Alberto | Member | 1.00 | 830.00 | 830.00 |
| Michael D. Sirota | Member | 0.60 | 1,475.00 | 885.00 |

**COLE SCHOTZ P.C.**

Re: LTL AD HOC GROUP  
Client/Matter No. 66055-0001

Invoice Number 970025  
February 20, 2024  
Page 7

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| Morton, Larry | Paralegal | 18.20 | 380.00 | 6,916.00 |
| Ryan T. Jareck | Member | 0.80 | 775.00 | 620.00 |
| Seth Van Aalten | Member | 14.20 | 1,050.00 | 14,910.00 |
| Suhailah S. Sallie | Paralegal | 1.20 | 380.00 | 456.00 |
| | **Total** | **69.50** | | **$42,792.00** |

**COST SUMMARY**

| **Description** | **AMOUNT** |
|---|---|
| COURT FEES | 13.90 |
| PHOTOCOPYING / PRINTING / SCANNING | 126.00 |
| ONLINE RESEARCH | 24.32 |
| OUTSIDE PRINTING | 22.15 |
| POSTAGE | 32.94 |
| DELIVERY SERVICES / FEDERAL EXPRESS | 25.10 |
| **TOTAL COSTS** | **$244.41** |

TOTAL SERVICES AND COSTS:            $        43,036.41

**TASK SUMMARY**

| **TASK CODE** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|
| NJ812 | FEE APPLICATION PREPARATION | 1.10 | 714.00 |
| NJ821 | LITIGATION | 44.60 | 32,533.00 |
| NJ839 | CASE ADMINISTRATION | 23.20 | 8,915.00 |
| NJ842 | FEE EMPLOYMENT | 0.20 | 210.00 |
| NJ843 | FEE OBJECTIONS | 0.40 | 420.00 |
| | **Total** | **69.50** | **$42,792.00** |

**Cole Schotz P.C.**
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-489-3000  201-489-1536
FEDERAL ID# 22-2113414

New York — Delaware — Maryland — Texas — Florida

| | |
|---|---|
| LTL MANAGEMENT LLC | Invoice Date: February 20, 2024 |
| N/A | Invoice Number: 970025 |
| | Matter Number: 66055-0001 |

## REMITTANCE PAGE

PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2023

**Client:** AD HOC GROUP OF SUPPORTING COUNSEL
**Matter:** LTL AD HOC GROUP

| | |
|---|---|
| TOTAL FEES: | $ 42,792.00 |
| TOTAL COSTS: | $ 244.41 |
| TOTAL DUE THIS INVOICE: | $ 43,036.41 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

**For payments via ACH (e-check) or Credit Card please visit**
http://payments.coleschotz.com

**or use the QR Code**



**For payments made via Wire**
Account Name: Cole Schotz P.C.
Bank of America, Account #4380000240
ABA #026009593

**Please call 201-525-6280 for assistance with payments**