# Schedule "A"



MILLER THOMSON LLP
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T  416.595.8500
F  416.595.8695

MILLERTHOMSON.COM

# Account Summary and Remittance Form

**February 29, 2024**

Invoice Number 3976630

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention:  David Molton, Counselor at Law

**Re:**    **Johnson & Johnson - Talc Litigation (2023)**
         **Our File No. 0265758.0002**

| | |
|---|---:|
| **Fees:** | **$1,158.00** |
| **Total Amount Due** | **$1,158.00** |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



**MILLER THOMSON LLP**
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T 416.595.8500
F 416.595.8695

MILLERTHOMSON.COM

**February 29, 2024**

Invoice Number 3976630

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention: David Molton, Counselor at Law

To Professional Services Rendered in connection with the following matter(s) including:

**Re:**     **Johnson & Johnson - Talc Litigation (2023)**
            **Our File No. 0265758.0002**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/07/2024 | JCC | Attend TCC meeting regarding appeal; | 0.20 |
| 02/14/2024 | JCC | Attend TCC meeting regarding appeal; | 0.20 |
| 02/21/2024 | JCC | Attend TCC meeting regarding Appeal; | 0.40 |
| 02/28/2024 | JCC | Attend TCC meeting regarding appeal; | 0.40 |
| | | **Total Hours** | **1.20** |

**Our Fee:**                                                                                                1,158.00

| TK ID | Initials | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 00615 | JCC | J. Carhart | Partner | $965.00 | 1.20 | $1,158.00 |

**Total Amount Due**                                                                                    $1,158.00

E.&O.E.

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.