**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE PERIOD**
**FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Brown Rudnick LLP |
| Case No.: | 23-12585 (MBK) | Client: | Official Comm of Talc Claimants |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

**SECTION 1**
**FEE SUMMARY**

☒ Post-Dismissal Monthly Fee Statement No. 3    or ☐ Final Fee Application

Summary of Amounts Requested for the Period from February 1, 2024 through February 29, 2024 (the "Third Post-Dismissal Statement")

| | |
|---|---|
| Total Fees: | $100,417.50[1] |
| Total Disbursements: | $921.08 |
| Minus 20% holdback of Fees ($20,083.50): | $80,334.00 |
| **Total Amount Sought To Be Paid at this Time:** | **$81,255.08** |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| David J. Molton | Partner 1983 | 9.1 | $2,250 | $20,475.00 |
| Jeffrey L. Jonas | Partner 1988 | 1.7 | $2,250 | $3,825.00 |
| Michael S. Winograd | Partner 2001 | 32.8 | $1,800 | $59,040.00 |
| Susan Sieger-Grimm | Counsel 1994 | 8.5 | $1,200 | $10,200.00 |
| Michael W. Reining | Associate 2015 | 4.9 | $975 | $4,777.50 |
| Harriet E. Cohen | Paralegal | 4.2 | $500 | $2,100.00 |
| **TOTALS** | | **61.2** | | **$100,417.50** |

| | |
|---|---|
| Fee Totals: | $100,417.50 |
| Disbursements Totals: | $921.08 |
| Total Fee Application | $101,338.58 |

---

[1] Brown Rudnick excluded fees in the amount of $4,927.00 in respect of transient timekeepers and other voluntary reductions.

**SECTION II**
**SUMMARY OF SERVICES**

| **SERVICES RENDERED** | **HOURS** | **FEE** |
|---|---|---|
| a) **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | 0.0 | $0.00 |
| b) **Asset Disposition** Sales, leases, abandonment and related transaction work. | 0.0 | $0.00 |
| c) **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | 0.0 | $0.00 |
| d) **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0.0 | $0.00 |
| e) **Case Administration** Coordination and compliance activities, including review of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 0.0 | $0.00 |
| f) **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 0.0 | $0.00 |
| g) **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0.0 | $0.00 |
| h) **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 3.3 | $1,650.00 |
| i) **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | 0.0 | $0.00 |
| j) **Financing** Matters under 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | 0.0 | $0.00 |
| k) **Litigation** General litigation and other contested matters. | 46.1 | $82,185.00 |
| l) **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341 meeting and creditors' committee meetings. | 11.6 | $16,342.50 |
| m) **Plan and Disclosure Statement** Formulation, analysis, presentation, and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 0.0 | $0.00 |

2

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings / Injunction Litigation in Adversary Proceeding** <br> Matters relating to termination or continuation of automatic stay under sections 362 and 105; matters relating to preliminary injunction and related appeals. | 0.0 | $0.00 |
| o) | **Accounting/Auditing** <br> Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | 0.0 | $0.00 |
| p) | **Business Analysis** <br> Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 0.0 | $0.00 |
| q) | **Corporate Finance** <br> Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 0.0 | $0.00 |
| r) | **Data Analysis** <br> Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 0.0 | $0.00 |
| s) | **Litigation Consulting** <br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 0.0 | $0.00 |
| t) | **Reconstruction Accounting** <br> Reconstructing books and records from past transactions and bringing accounting current. | 0.0 | $0.00 |
| u) | **Tax Issues** <br> Analysis of tax issues and preparation of state and federal tax returns. | 0.0 | $0.00 |
| v) | **Valuation** <br> Appraise or review appraisals of assets. | 0.0 | $0.00 |
| w) | **Travel Time (billed @ 50%)** | 0.0 | $0.00 |
| x) | **Committee Governance Matters** <br> Analysis regarding committee governance matters, including creation of by-laws and addressing other governance matters. | 0.0 | $0.00 |
| y) | **Investigation and Due Diligence** <br> Investigation and analysis of prepetition transactions and activities of the Debtor and related entities and assessment of potential claims and causes of action. | 0.0 | $0.00 |
| z) | **Hearings** <br> Preparation for and attendance at hearings. | 0.0 | $0.00 |
| aa) | **Mediation** <br> Preparation for and attendance at mediation. | 0.0 | $0.00 |
| bb) | **Dismissal / Trustee / Examiner Matters** <br> Issues relating to motions to dismiss, motions to appoint an examiner or trustee, and related appeals as applicable. | 0.0 | $0.00 |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| cc) **Meetings of Co-Counsel**<br><br>Preparing for and attendance at meetings of co-counsel and other TCC professionals to develop case strategy, coordinate actions items and prepare in advance of full committee meetings. | .2 | $240.00 |
| **SERVICE TOTALS:** | **61.2** | **$100,417.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | **DISBURSEMENTS** | **AMOUNT** |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | $275.01 |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. Westlaw and LEXIS at vendor cost. | $0.00 |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | $3.00 |
| d) | **Fax**<br>Include per page fee charged. | $0.00 |
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | $0.00 |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | $0.00 |
| g) | **Outside Reproduction Services**<br>Including scanning services. | $0.00 |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | $0.00 |
| i) | **Court Reporting**<br>Deposition Services / Transcripts | $0.00 |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | $266.22 |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | $0.00 |
| l) | **Postage** | $0.00 |
| m) | **Other (specify) Meals**<br>Meals. | $376.85 |
| p) | **Other (specify)**<br>Expert Fees. | $0.00 |
| q) | **Other (specify)**<br>eDiscovery Hosting. | $0.00 |
| | **DISBURSEMENTS TOTAL:** | **$921.08** |

I certify under penalty of perjury that the above is true.

Date:  March 12, 2024                                               /s/ *Gerard T. Cicero*

BROWN RUDNICK LLP ("Brown Rudnick") submits this Third Post-Dismissal Monthly Fee Statement of Brown Rudnick LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel for The Official Committee of Talc Claimants for the Period from February 1, 2024 through February 29, 2024 ("Third Post-Dismissal Monthly Fee Statement"), pursuant to the Order Establishing Procedures for the Allowance of Interim Compensation and Reimbursement of Expenses of Retained Professionals entered on May 22, 2023 [Docket No. 562] (the "Interim Compensation Order").

WHEREFORE, Brown Rudnick respectfully requests payment of fees for the Third Post-Dismissal Monthly Fee Statement in the sum of $80,334.00, together with expenses of $921.08, for a total requested payment of $81,255.08, in accordance with the terms of the Interim Compensation Order.

Dated: March 12, 2024

**BROWN RUDNICK LLP**
*Co-Counsel to the Official Committee of Talc Claimants*


By:   /s/ *Gerard T. Cicero*
       GERARD T. CICERO

# Exhibit "A"

65294760 v1