# EXHIBIT A

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE
C/O DAVID J. MOLTON
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6974588 |
| Date | Mar 11, 2024 |
| Client | 039535 |

RE: TALC CLAIMANTS, OFFICIAL COMMITTEE

## INVOICE

For professional services rendered in connection with the above captioned matter through February 29, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0001 | CASE ADMINISTRATION/DISBURSEMENTS [B110] | 0.00 | 921.08 | 921.08 |
| 039535.0005 | MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150] | 16,342.50 | 0.00 | 16,342.50 |
| 039535.0006 | MEETINGS OF AND COMMUNICATIONS WITH CO-COUNSEL | 240.00 | 0.00 | 240.00 |
| 039535.0008 | FEE/EMPLOYMENT APPLICATIONS [B160] | 1,650.00 | 0.00 | 1,650.00 |
| 039535.0010 | CONTESTED MATTERS/LITIGATION (GENERAL) [B190] | 82,185.00 | 0.00 | 82,185.00 |
| | **Total** | **100,417.50** | **921.08** | **101,338.58** |

| | |
|---|---:|
| Total Current Fees | $100,417.50 |
| 20% Holdback Amount | (20,083.50) |
| 80% CURRENT BALANCE DUE | $80,334.00 |
| Total Current Costs | $921.08 |
| **Total Invoice** | **$81,255.08** |

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

Invoice 6974588  
Date Mar 11, 2024  
Client 039535

RE: CASE ADMINISTRATION/DISBURSEMENTS [B110]

# INVOICE

For professional services rendered in connection with the above captioned matter through February 29, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0001 | CASE ADMINISTRATION/DISBURSEMENTS [B110] | 0.00 | 921.08 | 921.08 |
| | **Total** | **0.00** | **921.08** | **921.08** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $921.08 |
| **Total Invoice** | **$921.08** |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
March 11, 2024

Invoice 6974588  
Page 3

RE: CASE ADMINISTRATION/DISBURSEMENTS [B110]

## COST SUMMARY

| Description | Value |
|---|---|
| FILING FEE | 275.01 |
| MEALS | 376.85 |
| TAXI | 266.22 |
| PACER | 3.00 |
| **Total Costs** | **921.08** |

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

Invoice 6974588  
Date Mar 11, 2024  
Client 039535

RE: MEETINGS OF AND COMMUNICATIONS WITH  
COMMITTEE/CREDITORS [B150]

## INVOICE

For professional services rendered in connection with the above captioned matter through February 29, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0005 | MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150] | 16,342.50 | 0.00 | 16,342.50 |
| | **Total** | **16,342.50** | **0.00** | **16,342.50** |

| | |
|---|---|
| Total Current Fees | $16,342.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$16,342.50** |



### RE: MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150]

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 02/01/24 | JONAS | COMMITTEE MEETING RE APPEALS (.4); CORRESPONDENCE (.1) | 0.50 | 1,125.00 |
| 02/02/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 02/06/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 02/07/24 | WINOGRAD | COMMITTEE MEETING | 0.20 | 360.00 |
| 02/08/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 02/09/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 02/13/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); FOLLOW UP WITH MEMBER RE: APPEAL QUESTION (.1) | 0.50 | 600.00 |
| 02/14/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); WEEKLY COMMITTEE MEETING (.2); REVIEW APPEAL DOCKET AND UST LETTER (.1); SUMMARY EMAIL TO COMMITTEE RE: SAME (.2) | 0.90 | 1,080.00 |
| 02/14/24 | WINOGRAD | COMMITTEE MEETING | 0.40 | 720.00 |
| 02/14/24 | WINOGRAD | PREP FOR CALL WITH COMMITTEE | 0.30 | 540.00 |
| 02/16/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 02/20/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); WEEKLY COMMITTEE METING (.5) | 0.90 | 1,080.00 |
| 02/21/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); WEEKLY COMMITTEE MEETING (.5) | 0.90 | 1,080.00 |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
March 11, 2024

Invoice 6974588  
Page 6

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 02/21/24 | MOLTON | PARTICIPATE IN WEEKLY COMMITTEE MEETING RE APPEAL STATUS AND ACTION ITEMS | 0.50 | 1,125.00 |
| 02/22/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); COORDINATION OF COVERAGE TO MINIMIZE FEES (.4) | 0.80 | 960.00 |
| 02/23/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.30 | 360.00 |
| 02/27/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.5); FOLLOW UP WITH MEMBER RE: WEDNESDAY MEETING (.1) | 0.60 | 720.00 |
| 02/28/24 | REINING | WEEKLY COMMITTEE MEETING RE APPELLATE ISSUES | 0.50 | 487.50 |
| 02/28/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.3); FOLLOW UPS WITH TWO MEMBERS RE: MEETING ISSUES (.2); ATTEND WEEKLY COMMITTEE MEETING (.5) | 1.00 | 1,200.00 |
| 02/28/24 | MOLTON | PARTICIPATE IN WEEKLY COMMITTEE MEETING RE APPEAL STATUS AND ACTION ITEMS | 0.60 | 1,350.00 |
| 02/28/24 | MOLTON | PREPARE FOR WEEKLY COMMITTEE MEETING RE APPEAL STATUS AND ACTION ITEMS | 0.30 | 675.00 |
| | **Total Hours and Fees** | | **11.60** | **16,342.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| JEFFREY L. JONAS | 0.50 | hours at | 2,250.00 | 1,125.00 |
| DAVID J. MOLTON | 1.40 | hours at | 2,250.00 | 3,150.00 |
| MICHAEL S. WINOGRAD | 0.90 | hours at | 1,800.00 | 1,620.00 |
| SUSAN SIEGER-GRIMM | 8.30 | hours at | 1,200.00 | 9,960.00 |
| MICHAEL W. REINING | 0.50 | hours at | 975.00 | 487.50 |
| **Total Fees** | | | | **16,342.50** |

**brown**rudnick

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

Invoice 6974588  
Date Mar 11, 2024  
Client 039535

RE: MEETINGS OF AND COMMUNICATIONS WITH CO-COUNSEL

## INVOICE

For professional services rendered in connection with the above captioned matter through February 29, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0006 | MEETINGS OF AND COMMUNICATIONS WITH CO-COUNSEL | 240.00 | 0.00 | 240.00 |
| | **Total** | **240.00** | **0.00** | **240.00** |

| | |
|---|---|
| Total Current Fees | $240.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$240.00** |



TALC CLAIMANTS, OFFICIAL COMMITTEE  Invoice 6974588
March 11, 2024  Page 8

RE: MEETINGS OF AND COMMUNICATIONS WITH CO-COUNSEL

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 02/06/24 | SIEGER-GRIMM | EMAILS WITH CO-COUNSEL RE: APPEAL UPDATES | 0.20 | 240.00 |
| | **Total Hours and Fees** | | **0.20** | **240.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| SUSAN SIEGER-GRIMM | 0.20 | hours at | 1,200.00 | 240.00 |
| **Total Fees** | | | | **240.00** |

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

Invoice    6974588  
Date    Mar 11, 2024  
Client    039535

RE: FEE/EMPLOYMENT APPLICATIONS [B160]

## INVOICE

For professional services rendered in connection with the above captioned matter through February 29, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0008 | FEE/EMPLOYMENT APPLICATIONS [B160] | 1,650.00 | 0.00 | 1,650.00 |
| | **Total** | **1,650.00** | **0.00** | **1,650.00** |

| | |
|---|---|
| Total Current Fees | $1,650.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,650.00** |



TALC CLAIMANTS, OFFICIAL COMMITTEE  Invoice 6974588
March 11, 2024  Page 10

RE: FEE/EMPLOYMENT APPLICATIONS [B160]

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 02/15/24 | COHEN | WORK ON SECOND POST-DISMISSAL FEE STATEMENT | 1.60 | 800.00 |
| 02/16/24 | COHEN | ADDITIONAL WORK ON WORK ON SECOND POST-DISMISSAL FEE STATEMENT | 0.60 | 300.00 |
| 02/22/24 | COHEN | STRATEGIZE REGARDING JANUARY FEE STATEMENT | 0.40 | 200.00 |
| 02/23/24 | COHEN | FINALIZE JANUARY FEE STATEMENT AND SUBMIT FOR FILING | 0.60 | 300.00 |
| 02/26/24 | COHEN | SEND MONTHLY STATEMENT AND LEDES TO ATTORNEYS AT JONES DAY | 0.10 | 50.00 |
| | **Total Hours and Fees** | | **3.30** | **1,650.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| HARRIET E. COHEN | 3.30 | hours at | 500.00 | 1,650.00 |
| **Total Fees** | | | | **1,650.00** |

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

Invoice 6974588  
Date Mar 11, 2024  
Client 039535

RE: CONTESTED MATTERS/LITIGATION (GENERAL) [B190]

## I N V O I C E

For professional services rendered in connection with the above captioned matter through February 29, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0010 | CONTESTED MATTERS/LITIGATION (GENERAL) [B190] | 82,185.00 | 0.00 | 82,185.00 |
| | **Total** | **82,185.00** | **0.00** | **82,185.00** |

|  |  |
|---|---|
| Total Current Fees | $82,185.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$82,185.00** |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
March 11, 2024

Invoice 6974588  
Page 12

### RE: CONTESTED MATTERS/LITIGATION (GENERAL) [B190]

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 02/02/24 | WINOGRAD | REVIEW BRIEFS AND TESTIMONY(1.2); RESEARCH RE BRIEFS (1.5); OUTLINING FOR APPEAL ARGUMENT (1.0) | 3.70 | 6,660.00 |
| 02/02/24 | COHEN | PROVIDE FILINGS TO S. SIEGER-GRIMM AND UPDATE DATABASES (.2); SEND VARIOUS TRANSCRIPTS TO M. WINOGRAD (.2) | 0.40 | 200.00 |
| 02/05/24 | WINOGRAD | REVIEW FILINGS FOR ORAL ARGUMENT | 0.60 | 1,080.00 |
| 02/06/24 | WINOGRAD | OUTLINING FOR ORAL ARGUMENT | 1.20 | 2,160.00 |
| 02/06/24 | COHEN | UPDATE LIST SERVS (.2); SEND FILING TO S. SIEGER-GRIMM (.1) | 0.30 | 150.00 |
| 02/07/24 | WINOGRAD | OUTLINING FOR APPEAL | 0.80 | 1,440.00 |
| 02/12/24 | WINOGRAD | RESEARCH AND OUTLINING FOR ORAL ARGUMENT | 1.20 | 2,160.00 |
| 02/13/24 | WINOGRAD | LOGISTICS RE REPLY BRIEF (.5); OUTLINING FOR ARGUMENT (.8) | 1.30 | 2,340.00 |
| 02/14/24 | WINOGRAD | RESEARCH RE RESIGNATION OF COUNSEL | 1.50 | 2,700.00 |
| 02/15/24 | WINOGRAD | EMAILS RE REPLY BRIEF | 0.80 | 1,440.00 |
| 02/16/24 | JONAS | REVIEW MATERIAL (APPEALS PLEADINGS (.5)); CORRESPONDENCE RE APPEALS AND RELATED ISSUES (.2) | 0.70 | 1,575.00 |
| 02/16/24 | WINOGRAD | REVIEW AND RESEARCH RE APPEAL REPLY BRIEF (4.9); EMAILS RE BRIEF (.5) | 5.40 | 9,720.00 |
| 02/16/24 | MOLTON | COMMENCE REVIEW OF LTL AND AHC REPLY BRIEFS | 1.30 | 2,925.00 |
| 02/19/24 | MOLTON | COMMENCE REVIEW OF THIRD CIRCUIT REPLY BRIEFS FILED BY LTL AND AHC | 3.80 | 8,550.00 |
| 02/20/24 | WINOGRAD | REVIEW, RESEARCH AND OUTLINING RE REPLY BRIEF | 6.80 | 12,240.00 |
| 02/20/24 | MOLTON | CONTINUED REVIEW OF LTL'S AND AHC'S REPLY BRIEFS AND AUTHORITIES CITED THEREIN | 1.80 | 4,050.00 |
| 02/21/24 | WINOGRAD | REVIEW AND OUTLINING RE REPLY BRIEF | 3.90 | 7,020.00 |
| 02/22/24 | REINING | DRAFT CASE UPDATE RE LITIGATION AND APPELLATE HISTORY | 2.50 | 2,437.50 |
| 02/22/24 | WINOGRAD | RESEARCH AND OUTLINING FOR ARGUMENT | 1.90 | 3,420.00 |
| 02/22/24 | JONAS | REVIEW CORRESPONDENCE RE APPEAL | 0.30 | 675.00 |
| 02/22/24 | COHEN | REVISIONS TO COMMITTEE DISTRIBUTION LISTS | 0.20 | 100.00 |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
March 11, 2024

Invoice 6974588  
Page 13

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 02/23/24 | REINING | DRAFT CASE UPDATE RE LITIGATION AND APPELLATE HISTORY | 1.90 | 1,852.50 |
| 02/23/24 | WINOGRAD | EMAILS RE AHC (.5); RESEARCH AND DRAFTING RE AHC (1.2); OUTLINING FOR ARGUMENT (1.1) | 2.80 | 5,040.00 |
| 02/23/24 | MOLTON | ADDRESS ISSUES AND SCHEDULING RE POTENTIAL ORAL ARGUMENT | 0.80 | 1,800.00 |
| 02/26/24 | JONAS | REVIEW CORRESPONDENCE REGARDING APPEAL | 0.20 | 450.00 |
| | **Total Hours and Fees** | | **46.10** | **82,185.00** |

### TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| JEFFREY L. JONAS | 1.20 | hours at | 2,250.00 | 2,700.00 |
| DAVID J. MOLTON | 7.70 | hours at | 2,250.00 | 17,325.00 |
| HARRIET E. COHEN | 0.90 | hours at | 500.00 | 450.00 |
| MICHAEL S. WINOGRAD | 31.90 | hours at | 1,800.00 | 57,420.00 |
| MICHAEL W. REINING | 4.40 | hours at | 975.00 | 4,290.00 |
| **Total Fees** | | | | **82,185.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*  
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*  
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200



| | |
|---|---|
| TALC CLAIMANTS, OFFICIAL COMMITTEE<br>C/O DAVID J. MOLTON<br>BROWN RUDNICK LLP<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | Invoice   6974588<br>Date   Mar 11, 2024<br>Client   039535 |

RE: TALC CLAIMANTS, OFFICIAL COMMITTEE

# Remittance remit

**Balance Due:  $81,255.08**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: