

# Affidavit of Service

Firm: **COLE SCHOTZ**             Reference No. **128365-00009/MJR**

I, **MICHAEL W. LEWIS**           , declare as follows:

*(Please Print Name of Employee)*

I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. (*Production Center*), located at 230 N. Market Street, Wilmington, DE 19801. I am an authorized representative of Parcels, Inc.

The following documents:

- **D.I. No's 1689, 1690, 1691, 1692, 1693, 1694**

In the following case:

- **Case 23-12825-MBK**

Was/were delivered by the following method(s):

Quantity Sent *(Check any that apply):*

- [x] __5__ First Class Mail
- [ ] ____ Priority Mail
- [ ] ____ Express Mail
- [ ] ____ International Mail
- [ ] ____ Federal Express
- [ ] ____ Hand Delivery
- [x] __168__ Email
- [ ] ____ Fax

I declare, under penalty of perjury, that the above statements are true and correct. The above action(s) was/were executed on **MARCH 6, 2024** in Wilmington, DE.

_____  Parcels, Inc., Representative.
*(Employee Signature)*

**Via First Class Mail**

Gary Russo
Jones Walker LLP
Suite 1600, 600 Jefferson Street
Lafayette, LA 70501

Eric D Green
Resolutions, LLC
30 Monument Square, Suite 245
Concord, MA 01742

Adam Slater
Slater Slater Schulman
445 Broadhollow Rd, Ste 419
Melville, NY 11747

Lauren Bielskie and Jeffrey M. Sponder
Office of the US Trustee
One Newark Center, Ste 2100
Newark, NJ 07102

James Heisman and Christopher Lopalo
Napoli Shkolnik PLLC
360 Lexington Ave
New York, NY 10017

**Via E-Mail**
ADAM@PULASKILAWFIRM.COM
afrankel@stblaw.com
ahalperin@halperinlaw.net
dlieberman@halperinlaw.net
AKELLY@KBTLAW.COM
allison.brown@skadden.com
apereira@andrespereirapc.com
apyenson@crowell.com
aunderwood@litedepalma.com
autumn.highsmith@oag.texas.gov
rachel.obaldo@oag.texas.gov
AWAGSTAFF@WAGSTAFFLAWFIRM.COM
BADHAM@JOHNSONLAWGROUP.COM
bberens@joneday.com
bethany.theriot@usdoj.gov
bmccormick@rossfellercasey.com
brodya@gtlaw.com
bwh@hofmeisterfirm.com
CBOATRIGHT@ARNOLDITKIN.COM
CHRISTENSEN@ARNOLDITKIN.COM
JITKIN@ARNOLDITKIN.COM
CHARLIE.STERN@BEASLEYALLEN.COM
choke@millerfirmllc.com
clinton.cameron@clydeco.us
meghan.dalton@clydeco.us
CLOPALO@NAPOLIBERN.COM
JHEISMAN@NAPOLILAW.COM
cplacitella@cprlaw.com
ctisi@levinlaw.com
daluzt@ballardspahr.com
heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com
dbaker@reedsmith.com
dchristian@dca.law
dclarke@genovaburns.com
Diane.Sullivan@weil.com
Ronit.Berkovich@weil.com
Theodore.Tsekerides@weil.com
Matthew.Goren@weil.com
dlapinski@motleyrice.com
dmolton@brownrudnick.com

mwinograd@brownrudnick.com
ssieger-grimm@brownrudnick.com
kaulet@brownrudnick.com
DON@MCDONALDWORLEY.COM
dstolz@genovaburns.com
dclarke@genovaburns.com
gkinoian@genovaburns.com
ecarter@hillhillcarter.com
ehaas8@its.jnj.com
awhite23@its.jnj.com
eileen.mccabe@mendes.com
stephen.roberts@mendes.com
epk@karstvonoiste.com
Ericka.Johnson@wbd-us.com
Lisa.Tancredi@wbd-us.com
FLETCH@TRAMMELLPC.COM
gmgordon@jonesday.com
dpietro@jonesday.com
asrush@jonesday.com
gompers@gomperslaw.com
GREG@LAWRSD.COM
hbabin@gertlerfirm.com
info@linvillelawgroup.com
info@linvillefirm.com
jaugust@saiber.com
jblock@levylaw.com
JENN@JENNLIAKOSLAW.COM
JESSICA.LAURIA@WHITECASE.COM
GKURTZ@WHITECASE.COM
RICARDO.PASIANOTTO@WHITECASE.COM
GSTARNER@WHITECASE.COM
JFERRER@LAWYERWORKS.COM
CFELLER@LAWYERWORKS.COM
jjonas@brownrudnick.com
sbeville@brownrudnick.com
egoodman@brownrudnick.com
JKAHANE@DUANEMORRIS.COM
RWROTEN@DUANEMORRIS.COM
AMINA@DUANEMORRIS.COM
NREINHARDT@DUANEMORRIS.COM
jkim8@its.jnj.com
jlawlor@wmd-law.com
jmaloney@lawgmm.com

sgimigliano@lawgmm.com
rrabinowitz@lawgmm.com
jmassey@masseygail.com
rmorse@masseygail.com
john.z.balasko@usdoj.gov
jshapiro@shapirolawfirm.com
jweiss@pashmanstein.com
kfournier@kslaw.com
kfrazier@shb.com
konrad.krebs@clydeco.us
krishansen@paulhastings.com
KROSEN@LOWENSTEIN.COM
MSEYMOUR@LOWENSTEIN.COM
LAUREN.BIELSKIE@USDOJ.GOV
JEFFREY.M.SPONDER@USDOJ.GOV
lbusch@weitzlux.com
leigh.odell@beasleyallen.com
linc.rogers@blakes.com
ljones@pszjlaw.com
crobinson@pszjlaw.com
pkeane@pszjlaw.com
lkagan@sgptrial.com
lmodugno@tm-firm.com
lparkins@parkinsrubio.com
crubio@parkinsrubio.com
MARYBETH@PUTNICKLEGAL.COM
DTHORNBURGH@AWKOLAW.COM
mattmurphy@paulhastings.com
mattmicheli@paulhastings.com
MCWATTS@WATTSGUERRA.COM
mcyganowski@otterbourg.com
jfeeney@otterbourg.com
mmaizel@otterbourg.com
mdf@rawlingsandassociates.com
rcg@rawlingsandassociates.com
mfalk@walsh.law
MGROSSMAN@THESANDERSFIRM.COM
MLINDER@WHITECASE.COM
LAURA.BACCASH@WHITECASE.COM
mmaimon@levylaw.com
mmalzberg@mjmalzberglaw.com
MN@NTRIAL.COM
mparfitt@ashcraftlaw.com

mplevin@crowell.com  
MROBINSON@ROBINSONFIRM.COM  
MSHEPHERD@WHITECASE.COM  
LAURA.FEMINO@WHITECASE.COM  
msirota@coleschotz.com  
wusatine@coleschotz.com  
svanaalten@coleschotz.com  
jalberto@coleschotz.com  
ONDER@ONDERLAW.COM  
pdefilippo@wmd-law.com  
jpacelli@wmd-law.com  
jlawlor@wmd-law.com  
prmatthews@duanemorris.com  
pw@weitzlux.com  
lbusch@weitzlux.com  
randi@randiellis.com  
rbwisner@wisnerbaum.com  
rdressel@lexnovalaw.com  
rgolomb@golomblegal.com  
rhaddad@otterbourg.com  
asilverstein@otterbourg.com  
rloeb@orrick.com  
rmalone@gibbonslaw.com  
kmcevilly@gibbonslaw.com  
rpfister@ktbslaw.com  
nmaoz@ktbslaw.com  
mtuchin@ktbslaw.com  
skidder@ktbslaw.com  
RSCHLUETER@CSSFIRM.COM  
sabramowitz@velaw.com  
skazan@kazanlaw.com  
slross@duanemorris.com  
spackman@archerlaw.com  
splacona@msbnj.com  
asodono@msbnj.com  
sratcliffe@mrhfmlaw.com  
cthompson@mrhfmlaw.com  
tladd@mccarter.com  
jgarde@mccarter.com  
tyoon@crowell.com