**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE: LTL Management LLC          APPLICANT: Massey & Gail LLP

CASE NO.: 23-12825 (MBK)           CLIENT: Official Committee of Talc Claimants

CHAPTER: 11                        CASE FILED: April 4, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

### SECTION I
### FEE SUMMARY

Sixth Post Dismissal Monthly Fee Statement Covering the Period
February 1, 2024 Through February 29, 2024

Post Dismissal Monthly Fee Statement No. 6

Summary of Accounts Requested for the Period from February 1, 2024 through February 29, 2024 (the "Sixth Post Dismissal Statement Period"):

| | |
|---|---|
| Total fees: | $ 85,744.50 |
| Total disbursements: | $ 0.00 |
| Minus 20% Holdback of Fees: | $ 17,148.90 |
| Amount Sought at this Time: | $ 68,595.60 |

6796259.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Jonathan Massey | 1992 | $1,220.00 | 37.2 | $45,018.00 |
| Matthew Layden | 2019 | $535.00 | 73.9 | $39,536.50 |
| Rob Aguirre | N/A | $340.00 | 3.5 | $1,190.00 |
| TOTAL FEES | | | | $85,744.50 |
| BLENDED RATE | | $748.231 | 114.6 | |

Pursuant to the Amended Fee Procedures Order, currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $ 85,755.50 |
| Less: Holdback (20%) | -$ 17,148.90 |
| Total Fees Currently Payable | $ 68,595.60 |
| Add: Disbursements | $ 0.00 |
| **Total Payable This Invoice** | $ 68,595.60 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---:|---:|
| Case Administration (B110) | 1.7 | $1,731.50 |
| Fee/Employment Application (B160) | 7.4 | $4,509.50 |
| Appellate Briefs (L520) | 105.5 | $79,503.50 |
|  |  |  |
| **TOTAL** | **114.6** | **$85,755.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
|  | 0.00 |
| **TOTAL DISBURSEMENTS** | **$0.00** |

I certify under penalty of perjury that the foregoing is true and correct.

/s/*Jonathan S. Massey*
Jonathan S. Massey

Dated: March 15, 2024

3