# EXHIBIT A
# TIME DETAIL



50 E. Washington St.
Suite 400
Chicago, IL 60602
(312) 283-1590

1000 Maine Ave. SW
Suite 450
Washington, D.C. 20024
(202) 652-4511

# PRIVILEGED & CONFIDENTIAL

March 14, 2024

**Official Committee of Talc Claimants**
In re LTL Management, No 23-12825
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 02-01-2024 - 02-29-2024

**RE: LTL Management Bankruptcy Official TCC II**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-07-2024 | JSM | B110 - Case Administration | 0.30 | 1,220.00 | 366.00 |
| | | Zoom committee meeting with TCC representatives and members to discuss appellate legal strategy and next steps. | | | |
| 02-07-2024 | JSM | B160 - Fee/Employment Application | 0.30 | 1,220.00 | 366.00 |
| | | Reviewing UST exhibits for submission to UST in connection with Dec 2023 fee application. | | | |
| 02-07-2024 | JSM | B160 - Fee/Employment Application | 0.20 | 1,220.00 | 244.00 |
| | | Submitting UST exhibits to UST in connection with Dec 2023 fee application. | | | |
| 02-07-2024 | ML | B160 - Fee/Employment Application | 2.10 | 535.00 | 1,123.50 |
| | | Revising January 2024 M&G invoice. | | | |
| 02-07-2024 | JSM | L520 - Appellate Briefs | 1.20 | 1,220.00 | 1,464.00 |
| | | Reviewing prior briefing in preparation for reviewing LTL reply brief. | | | |
| 02-07-2024 | RA | B160 - Fee/Employment Application | 2.10 | 340.00 | 714.00 |
| | | Draft exhibits for UST regarding M&G's 4th post-dismissal monthly application. | | | |
| 02-08-2024 | RA | B160 - Fee/Employment Application | 1.10 | 340.00 | 374.00 |
| | | Draft M&G's 5th post-dismissal monthly fee statement. | | | |
| 02-08-2024 | RA | B160 - Fee/Employment Application | 0.30 | 340.00 | 102.00 |
| | | Finalize M&G's 5th post-dismissal monthly fee statement. | | | |
| 02-08-2024 | JSM | L520 - Appellate Briefs | 2.70 | 1,220.00 | 3,294.00 |
| | | Reviewing research on CA3 jurisdiction in the event of a third bankruptcy filing. | | | |
| 02-08-2024 | JSM | B160 - Fee/Employment Application | 0.80 | 1,220.00 | 976.00 |
| | | Reviewing Jan 2024 fee application. | | | |
| 02-08-2024 | JSM | B160 - Fee/Employment Application | 0.50 | 1,220.00 | 610.00 |
| | | Revising Jan 2024 fee application. | | | |
| 02-11-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Reviewing Bloomberg Law News article, "Attorney Mikal Watts Resigns, Shuts Down Puerto Rico Office" for implications for CA3 appeal. | | | |
| 02-11-2024 | JSM | L520 - Appellate Briefs | 0.20 | 1,220.00 | 244.00 |
| | | Email communication with TCC members and representatives re implications for CA3 appeal of dissolution of Watts firm. | | | |
| 02-12-2024 | ML | L520 - Appellate Briefs | 4.70 | 535.00 | 2,514.50 |
| | | Performing legal research associated with CA3 jurisdiction in the event of a third bankruptcy filing. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-13-2024 | ML | L520 - Appellate Briefs | 3.10 | 535.00 | 1,658.50 |
| | | Research associated with CA3 jurisdiction in the event of a third bankruptcy filing. | | | |
| 02-14-2024 | ML | L520 - Appellate Briefs | 5.20 | 535.00 | 2,782.00 |
| | | Legal research associated with CA3 jurisdiction in the event of a third bankruptcy filing. | | | |
| 02-14-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Telephone conference with M. Layden re implications of third bankruptcy filing for CA3 appeal. | | | |
| 02-14-2024 | JSM | L520 - Appellate Briefs | 0.40 | 1,220.00 | 488.00 |
| | | Email communication with J. Lamken and M. Winograd re AHC reply brief and AHC disclosure statement. | | | |
| 02-14-2024 | ML | L520 - Appellate Briefs | 0.30 | 535.00 | 160.50 |
| | | Telephone conference with J. Massey re implications of third bankruptcy filing for CA3 appeal. | | | |
| 02-15-2024 | ML | L520 - Appellate Briefs | 3.80 | 535.00 | 2,033.00 |
| | | Performing legal research associated with CA3 jurisdiction in the event of a third bankruptcy filing. | | | |
| 02-16-2024 | ML | L520 - Appellate Briefs | 5.10 | 535.00 | 2,728.50 |
| | | Preparing memorandum concerning jurisdictional issues affecting the CA3 appeal in the event of a third bankruptcy filing. | | | |
| 02-16-2024 | JSM | L520 - Appellate Briefs | 1.10 | 1,220.00 | 1,342.00 |
| | | Reviewing research on impact of third bankruptcy filing on CA3 appeal. | | | |
| 02-16-2024 | JSM | L520 - Appellate Briefs | 2.40 | 1,220.00 | 2,928.00 |
| | | Reviewing LTL CA3 reply brief. | | | |
| 02-16-2024 | JSM | L520 - Appellate Briefs | 1.30 | 1,220.00 | 1,586.00 |
| | | Reviewing AHC CA3 reply brief. | | | |
| 02-16-2024 | JSM | L520 - Appellate Briefs | 0.40 | 1,220.00 | 488.00 |
| | | Email communication with J. Lamken and M. Winograd re LTL and AHC reply briefs. | | | |
| 02-16-2024 | JSM | L520 - Appellate Briefs | 0.40 | 1,220.00 | 488.00 |
| | | Email communication with M. Layden re impact of third bankruptcy filing on CA3 appeal. | | | |
| 02-19-2024 | JSM | L520 - Appellate Briefs | 0.70 | 1,220.00 | 854.00 |
| | | Email communication among TCC counsel re CA3 reply briefs filed by AHC and LTL. | | | |
| 02-19-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Email communication with M. Layden re impact of third bankruptcy filing on CA3 appeal. | | | |
| 02-19-2024 | ML | L520 - Appellate Briefs | 5.10 | 535.00 | 2,728.50 |
| | | Analyzing LTL reply brief filed in CA3. | | | |
| 02-19-2024 | ML | L520 - Appellate Briefs | 3.30 | 535.00 | 1,765.50 |
| | | Preparing memorandum concerning issues raised by LTL in reply brief concerning the continued existence of the TCC. | | | |
| 02-20-2024 | ML | L520 - Appellate Briefs | 5.30 | 535.00 | 2,835.50 |
| | | Performing legal research concerning the effect of a new bankruptcy on the current CA3 appeal. | | | |
| 02-20-2024 | JSM | L520 - Appellate Briefs | 2.70 | 1,220.00 | 3,294.00 |
| | | Drafting memo outlining TCC responses to arguments in AHC and LTL reply briefs. | | | |
| 02-21-2024 | JSM | B110 - Case Administration | 0.50 | 1,220.00 | 610.00 |
| | | Zoom conference with committee members and reps to discuss CA3 appeal next steps and legal strategy. | | | |
| 02-21-2024 | JSM | L520 - Appellate Briefs | 5.40 | 1,220.00 | 6,588.00 |
| | | Drafting memo outlining TCC responses to arguments in AHC and LTL reply briefs. | | | |
| 02-21-2024 | ML | L520 - Appellate Briefs | 3.80 | 535.00 | 2,033.00 |
| | | Researching legal issue associated with CA3 jurisdiction in the event of a third bankruptcy filing. | | | |
| 02-22-2024 | ML | L520 - Appellate Briefs | 3.70 | 535.00 | 1,979.50 |
| | | Researching legal issues associated with estoppel. | | | |
| 02-22-2024 | JSM | L520 - Appellate Briefs | 3.40 | 1,220.00 | 4,148.00 |
| | | Drafting memo outlining TCC responses to arguments in AHC and LTL reply briefs. | | | |
| 02-22-2024 | JSM | L520 - Appellate Briefs | 0.90 | 1,220.00 | 1,098.00 |
| | | Reviewing research on impact of third bankruptcy filing on CA3 appeal. | | | |
| 02-22-2024 | ML | L520 - Appellate Briefs | 4.10 | 535.00 | 2,193.50 |
| | | Researching legal issue associated with CA3 jurisdiction in the event of a third bankruptcy filing. | | | |
| 02-22-2024 | JSM | L520 - Appellate Briefs | 0.80 | 1,220.00 | 976.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Reviewing research regarding collateral estoppel/issue preclusion in LTL reply brief. | | | |
| 02-22-2024 | JSM | L520 - Appellate Briefs | 0.40 | 1,220.00 | 488.00 |
| | | Discussion with M. Layden re impact of third bankruptcy filing on CA3 appeal. | | | |
| 02-22-2024 | ML | L520 - Appellate Briefs | 0.40 | 535.00 | 214.00 |
| | | Discussion with J. Massey re impact of third bankruptcy filing on CA3 appeal. | | | |
| 02-23-2024 | JSM | L520 - Appellate Briefs | 0.60 | 1,220.00 | 732.00 |
| | | Email communication with J. Lamken and M. Winograd re need for amendment of AHC disclosure statement. | | | |
| 02-23-2024 | JSM | L520 - Appellate Briefs | 3.90 | 1,220.00 | 4,758.00 |
| | | Drafting memo outlining TCC responses to arguments in AHC and LTL reply briefs. | | | |
| 02-23-2024 | ML | L520 - Appellate Briefs | 3.70 | 535.00 | 1,979.50 |
| | | Researching legal issue associated with CA3 jurisdiction in the event of a third bankruptcy filing. | | | |
| 02-26-2024 | ML | L520 - Appellate Briefs | 6.60 | 535.00 | 3,531.00 |
| | | Legal research regarding responses to preclusion arguments in LTL's CA3 reply brief. | | | |
| 02-27-2024 | ML | L520 - Appellate Briefs | 7.40 | 535.00 | 3,959.00 |
| | | Legal research regarding responses to preclusion arguments in LTL's CA3 reply brief. | | | |
| 02-28-2024 | ML | L520 - Appellate Briefs | 5.70 | 535.00 | 3,049.50 |
| | | Legal research regarding responses to preclusion arguments in LTL's CA3 reply brief. | | | |
| 02-28-2024 | ML | B110 - Case Administration | 0.50 | 535.00 | 267.50 |
| | | Attending weekly TCC meeting. | | | |
| 02-28-2024 | JSM | B110 - Case Administration | 0.40 | 1,220.00 | 488.00 |
| | | Zoom with TCC members and representatives to discuss legal strategy and next steps. | | | |
| 02-29-2024 | JSM | L520 - Appellate Briefs | 0.30 | | No Charge |
| | | Email communication with TCC counsel re AHC disclosure statement. | | | |
| 02-29-2024 | JSM | L520 - Appellate Briefs | 4.10 | 1,220.00 | 5,002.00 |
| | | Drafting memo outlining TCC responses to arguments in AHC and LTL reply briefs. | | | |
| | | | Total | | 85,744.50 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Jonathan Massey | 37.20 | 45,018.00 |
| Matthew Layden | 73.90 | 39,536.50 |
| Rob Aguirre | 3.50 | 1,190.00 |
| Total | | 85,744.50 |

| | | |
|---|---|---|
| Total for this Invoice | | 85,744.50 |