# Exhibit A

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14216
April 1, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

## INVOICE
## For Services Through February 29, 2024

2023-002: LTL Management / J&J Bankruptcy II

### Professional Fees

| Date | Professional | | Hours |
|---|---|---|---|
| 2/9/2024 | Rubin | Email to R. Hashem re rates. | 0.10 |
| 2/11/2024 | Lamken | Emails re: strategy issues. | 0.10 |
| 2/11/2024 | Rubin | Prepare First Interim Fee Application. | 2.90 |
| 2/12/2024 | Rubin | Prepare first interim fee statement. | 2.80 |
| 2/13/2024 | Rubin | Prepare interim fee statement. | 1.20 |
| 2/14/2024 | Rubin | Coordinate interim fee application with R. Hashem. | 0.30 |
| 2/14/2024 | Rubin | Revise and circulate fee increase notice and interim fee application. | 0.50 |
| 2/14/2024 | Hashem | Conference with N. Rubin re: interim fee application and rate notice. | 0.30 |
| 2/16/2024 | Lamken | Review reply brief. | 0.50 |
| 2/16/2024 | Lamken | Emails with appellate team. | 0.20 |
| 2/16/2024 | Hashem | Review reply briefs and correspondence re: same. | 0.50 |
| 2/19/2024 | Lamken | Finish review of reply briefs. | 1.00 |
| 2/19/2024 | Lamken | Emails with team re: same. | 0.40 |
| 2/19/2024 | Lamken | Emails on additional strategy issues. | 0.10 |
| 2/21/2024 | Lamken | Committee call re: reply briefs. | 0.50 |
| 2/21/2024 | Walker | Review reply briefs. | 1.30 |
| 2/21/2024 | Rubin | Committee call re: reply briefs. | 0.50 |
| 2/23/2024 | Lamken | Emails re: emergent strategy issues. | 0.30 |
| 2/23/2024 | Rubin | Email to J. Ellis re: argument preparation. | 0.60 |
| 2/23/2024 | Hashem | Review correspondence. | 0.10 |
| 2/23/2024 | Hashem | Correspondence with J. Ellis and N. Rubin re: argument prep. | 0.20 |
| 2/26/2024 | Litvak | Assemble binder for J. Ellis. | 0.90 |
| 2/26/2024 | Lamken | Emails on argument availability. | 0.10 |

MoloLamken LLP                                                                                             Page: 2

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 2/26/2024 | Hashem | Emails with J. Lamken re: argument availability. | 0.20 |
| 2/27/2024 | Rubin | Email with B. Wiltgen & C. Smith re: LEDES issue. | 0.20 |
| 2/27/2024 | Rubin | Teleconference with R. Hashem re: argument preparation planning. | 0.10 |
| 2/27/2024 | Rubin | Email to J. Ellis re: LTL I issues. | 0.50 |
| 2/28/2024 | Lamken | Committee call and emails on strategy issues. | 0.30 |
| 2/28/2024 | Rubin | Emails with J. Ellis re: argument prep. | 0.30 |
| 2/28/2024 | Rubin | Emails with J. Markowitz & B. Wiltgen re: January fees. | 0.20 |
| 2/28/2024 | Rubin | Prepare January 2023 fee statement. | 1.20 |
| 2/29/2024 | Lamken | Work on conflicts date letter. | 0.10 |
| 2/29/2024 | Ellis | Review opinions and briefs to assist in preparation for oral argument. | 2.50 |
| 2/29/2024 | Ellis | Discuss case background and oral argument strategy with N. Rubin. | 0.80 |
| 2/29/2024 | Rubin | Prepare for & conference with J. Ellis re: oral argument preparation and case background. | 1.20 |
| 2/29/2024 | Rubin | Prepare argument availability letter. | 1.10 |
| 2/29/2024 | Rubin | Finalize Jan. 24 fees. | 0.10 |
| 2/29/2024 | Hashem | Revise argument availability letter. | 0.20 |
| | | Total Hours | 24.40 |
| | | Total Fees | $28,307.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Justin Ellis | 3.30 hours | at $1,350.00/hr | $4,455.00 |
| Rayiner I. Hashem | 1.50 hours | at $1,100.00/hr | $1,650.00 |
| Jeffrey Lamken | 3.60 hours | at $1,975.00/hr | $7,110.00 |
| Alice Litvak | 0.90 hours | at $325.00/hr | $292.50 |
| Nathaniel Rubin | 13.80 hours | at $950.00/hr | $13,110.00 |
| Lucas Walker | 1.30 hours | at $1,300.00/hr | $1,690.00 |

### Payments/Holdbacks

| Date | | Amount |
|---|---|---|
| 1/24/2024 | Cash Application | $71,282.78 |
| 2/21/2024 | Cash Application | $130,860.80 |
| | Sub-total Payments: | $202,143.58 |

### Summary

| | |
|---|---|
| Fees: | $28,307.50 |
| Expenses: | $0.00 |
| Total Current Billing: | $28,307.50 |
| Current Fee Amt To be Pd by Debtor (80%): | $22,646.00 |

|  |  |
|---|---|
| Current Holdback Amount (20%): | $5,661.50 |
| Previous Balance Due: | $376,451.14 |
| **Total Amount Due:** | **$399,097.14** |

MoloLamken LLP                                                                                                                              Page: 4

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14216
April 1, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through February 29, 2024**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---:|
| Total Fees This Statement: | $28,307.50 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $28,307.50 |
| Current Amt To be Pd by Debtor (80%): | $22,646.00 |
| Current Holdback Amount (20%): | $5,661.50 |
| Previous Balance Due: | $376,451.14 |
| **Total Now Due:** | **$399,097.14** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info: Signature Bank | Bank info: Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ▮▮▮▮ | Account Number: ▮▮▮▮ |
| | International SWIFT: ▮▮▮▮ |

# Exhibit B

# MoloLamken LLP
## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 02/09/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to R. Hashem re rates. | | T<br>B160 | 0.10 | 950.00 | 95.00 | 0.00 | 95.00 |
| 02/11/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare First Interim Fee Application. | | T<br>B160 | 2.90 | 950.00 | 2,755.00 | 0.00 | 2,755.00 |
| 02/11/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Emails re: strategy issues | | T<br>L500 | 0.10 | 1,975.00 | 197.50 | 0.00 | 197.50 |
| 02/12/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare first interim fee statement. | | T<br>B160 | 2.80 | 950.00 | 2,660.00 | 0.00 | 2,660.00 |
| 02/13/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare interim fee statement. | | T<br>B160 | 1.20 | 950.00 | 1,140.00 | 0.00 | 1,140.00 |

Search for: 2023-002   Search by: Matter ID  Stage: WIP  Type: (all)

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 02/14/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Coordinate interim fee application with R. Hashem. | | T<br>B160 | 0.30 | 950.00 | 285.00 | 0.00 | 285.00 |
| 02/14/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise and circulate fee increase notice and interim fee application. | | T<br>B160 | 0.50 | 950.00 | 475.00 | 0.00 | 475.00 |
| 02/14/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Conference with N. Rubin re: interim fee application and rate notice | | T<br>L500 | 0.30 | 1,100.00 | 330.00 | 0.00 | 330.00 |
| 02/16/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Review reply brief | | T<br>L500 | 0.50 | 1,975.00 | 987.50 | 0.00 | 987.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 02/16/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with appellate team | | T<br>L500 | 0.20 | 1,975.00 | 395.00 | 0.00 | 395.00 |
| 02/16/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review reply briefs and correspondence re: same | | T<br>L500 | 0.50 | 1,100.00 | 550.00 | 0.00 | 550.00 |
| 02/19/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Finish review of reply briefs | | T<br>L500 | 1.00 | 1,975.00 | 1,975.00 | 0.00 | 1,975.00 |
| 02/19/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with team re: same | | T<br>L500 | 0.40 | 1,975.00 | 790.00 | 0.00 | 790.00 |
| 02/19/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails on additional strategy issues | | T<br>L500 | 0.10 | 1,975.00 | 197.50 | 0.00 | 197.50 |

# MoloLamken LLP
## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 02/21/2024 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review reply briefs. | | T<br>L520 | 1.30 | 1,300.00 | 1,690.00 | 0.00 | 1,690.00 |
| 02/21/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Committee call re: reply briefs. | | T<br>L520 | 0.50 | 950.00 | 475.00 | 0.00 | 475.00 |
| 02/21/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Committee call re: reply briefs | | T<br>L500 | 0.50 | 1,975.00 | 987.50 | 0.00 | 987.50 |
| 02/23/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to J. Ellis re: argument preparation. | | T<br>L530 | 0.60 | 950.00 | 570.00 | 0.00 | 570.00 |
| 02/23/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Emails re: emergent strategy issues | | T<br>L500 | 0.30 | 1,975.00 | 592.50 | 0.00 | 592.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 02/23/2024 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Review correspondence | | T L500 | 0.10 | 1,100.00 | 110.00 | 0.00 | 110.00 |
| 02/23/2024 | RIH | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Correspondence with J. Ellis and N. Rubin re: argument prep | | T L500 | 0.20 | 1,100.00 | 220.00 | 0.00 | 220.00 |
| 02/26/2024 | AL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II Assemble binder for J. Ellis. | | T B110 | 0.90 | 325.00 | 292.50 | 0.00 | 292.50 |
| 02/26/2024 | JAL | 2023-002/ Official Committee of Talc Claimants LTL Management / J&J Bankruptcy II  Emails on argument availability | | T L500 | 0.10 | 1,975.00 | 197.50 | 0.00 | 197.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 02/26/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with J. Lamken re: argument availability | | T<br>L500 | 0.20 | 1,100.00 | 220.00 | 0.00 | 220.00 |
| 02/27/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email with B. Wiltgen & C. Smith re: LEDES issue. | | T<br>B160 | 0.20 | 950.00 | 190.00 | 0.00 | 190.00 |
| 02/27/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Teleconference with R. Hashem re: argument preparation planning. | | T<br>L530 | 0.10 | 950.00 | 95.00 | 0.00 | 95.00 |
| 02/27/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to J. Ellis re: LTL I issues. | | T<br>L520 | 0.50 | 950.00 | 475.00 | 0.00 | 475.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 02/28/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with J. Ellis re: argument prep. | | T<br>L530 | 0.30 | 950.00 | 285.00 | 0.00 | 285.00 |
| 02/28/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with J. Markowitz & B. Wiltgen re: January fees. | | T<br>B160 | 0.20 | 950.00 | 190.00 | 0.00 | 190.00 |
| 02/28/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare January 2023 fee statement. | | T<br>B160 | 1.20 | 950.00 | 1,140.00 | 0.00 | 1,140.00 |
| 02/28/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Committee call and emails on strategy issues | | T<br>L500 | 0.30 | 1,975.00 | 592.50 | 0.00 | 592.50 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 02/29/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare for & conference with J. Ellis re: oral argument preparation and case background. | | T<br>L530 | 1.20 | 950.00 | 1,140.00 | 0.00 | 1,140.00 |
| 02/29/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare argument availability letter. | | T<br>L530 | 1.10 | 950.00 | 1,045.00 | 0.00 | 1,045.00 |
| 02/29/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Finalize Jan. 24 fees. | | T<br>B160 | 0.10 | 950.00 | 95.00 | 0.00 | 95.00 |
| 02/29/2024 | JME | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review opinions and briefs to assist in preparation for oral argument | | T<br>L530 | 2.50 | 1,350.00 | 3,375.00 | 0.00 | 3,375.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 02/29/2024 | JME | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Discuss case background and oral argument strategy with N. Rubin | | T<br>L530 | 0.80 | 1,350.00 | 1,080.00 | 0.00 | 1,080.00 |
| 02/29/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Work on conflicts date letter | | T<br>L500 | 0.10 | 1,975.00 | 197.50 | 0.00 | 197.50 |
| 02/29/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br> Revise argument availability letter | | T<br>L500 | 0.20 | 1,100.00 | 220.00 | 0.00 | 220.00 |
| | | | | **Grand Total:** | 24.40 | | $28,307.50 | $0.00 | $28,307.50 |