# EXHIBIT A

GENOVA BURNS LLC

April 2, 2024
Invoice No.: 510760

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/02/24 | LD | B160 | Prepare and file CNO re GB December fee statement. | .40 | 275.00 | 110.00 |
| 2/02/24 | LD | B160 | Email filed CNO re GB December fee statement to Debtor's attorney. | .10 | 275.00 | 27.50 |
| 2/02/24 | LD | B160 | Prepare and file CNO re MT December fee statement. | .40 | 275.00 | 110.00 |
| 2/02/24 | LD | B160 | Email filed CNO re MT December fee statement to MT. | .10 | 275.00 | 27.50 |
| 2/07/24 | LD | B160 | Prepare and file CNO re MG December fee statement. | .50 | 275.00 | 137.50 |
| 2/08/24 | LD | B160 | File and serve MG January 2024 monthly fee statement. | .50 | 275.00 | 137.50 |
| 2/08/24 | LD | B160 | Prepare and file COS re MG January fee statement. | .50 | 275.00 | 137.50 |
| 2/12/24 | LD | B160 | Prepare and file CNOs for Otterbourg for October, November and December. | 1.30 | 275.00 | 357.50 |
| 2/12/24 | LD | B160 | Prepare draft January fee statement for MT. | .50 | 275.00 | 137.50 |
| 2/14/24 | DMS | B110 | TCC call regarding appeal status. | .50 | 900.00 | 450.00 |
| 2/14/24 | LD | B160 | Prepare and file CNO re MoloLamken December fee statement. | .50 | 275.00 | 137.50 |
| 2/15/24 | LD | B160 | File MT Notice of Rate Increase. | .30 | 275.00 | 82.50 |
| 2/15/24 | LD | B160 | File and serve MT January fee statement. | .40 | 275.00 | 110.00 |
| 2/15/24 | LD | B160 | Prepare and file COS re MT January fee statement. | .50 | 275.00 | 137.50 |
| 2/15/24 | LD | B160 | File ML notice of rate increase. | .30 | 275.00 | 82.50 |
| 2/16/24 | DMS | B110 | Review Debtor and AHC reply briefs and emails regarding same. | 1.00 | 900.00 | 900.00 |
| 2/18/24 | DMS | B110 | Emails with Appellate team regarding Debtor and AHC briefs. | .40 | 900.00 | 360.00 |
| 2/19/24 | DMS | B110 | More emails regarding LTL and AHC briefs. | .40 | 900.00 | 360.00 |

GENOVA BURNS LLC

April 2, 2024
Invoice No.:    510760

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/20/24 | SS | B110 | Correspondence with outside counsel regarding reply briefs. | .20 | 325.00 | 65.00 |
| 2/21/24 | DMS | B110 | Call with TCC regarding appeal status. | .50 | 900.00 | 450.00 |
| 2/21/24 | DMS | B110 | Emails regarding reversal of Ambro decision. | .30 | 900.00 | 270.00 |
| 2/21/24 | DWC | B110 | Coordinate responses from member reps re debtors expense objections | .40 | 700.00 | 280.00 |
| 2/23/24 | LD | B160 | File and serve BR monthly fee statement for period 12/19/23-1/31/24. | .50 | 275.00 | 137.50 |
| 2/23/24 | LD | B160 | Prepare and file COS re BR monthly fee statement. | .40 | 275.00 | 110.00 |
| 2/23/24 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 325.00 | 65.00 |
| 2/28/24 | DMS | B110 | TCC Call. | .50 | 900.00 | 450.00 |

**TOTAL PROFESSIONAL SERVICES**              **$ 5,630.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Daniel M Stolz | Partner | 3.60 | 900.00 | 3,240.00 |
| Donald W. Clarke | Partner | .40 | 700.00 | 280.00 |
| Lorrie Denson | Paralegal | 7.20 | 275.00 | 1,980.00 |
| Sydney Schubert | Junior Associate | .40 | 325.00 | 130.00 |
| **TOTALS** |  | **11.60** |  | **$ 5,630.00** |

**TOTAL THIS INVOICE**              **$ 5,630.00**