**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**FIRST INTERIM POST-DISMISSAL FEE APPLICATION COVER**
**SHEET FOR THE PERIOD**
**AUGUST 12, 2023 THROUGH JANUARY 31, 2024**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Genova Burns LLC |
| Case No.: | 22-12825(MBK) | Client: | Official Comm of Talc Claimant |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

**SECTION 1**
**FEE SUMMARY**

Interim Post-Dismissal Fee Application No. 1 or Final Fee Application

Summary of Monthly Amounts Requested for the Period from August 12, 2023 through January 31, 2024

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ 95,015.00** | $ 4,512.60 |
| Total Fees Allowed To Date: | $ 0.00 | $ 0.00 |
| Total Retainer (If Applicable) | $ N/A | $ N/A |
| Total Holdback (If Applicable) | $ 19,067.00 | $ 0.00 |
| Total Received By Applicant | $ 63,143.00 | $ 4,496.60 |
| Total Additional fees requested (Not previously requested by monthly fee Statements)* | $ 30,400.00* | $ 215.60 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Daniel M. Stolz, Partner | 1980 | 80.70 | 800.00 | 64,560.00 |
| 2. Daniel M. Stolz, Partner | 1980 | 1300 | 900.00 | 11,700.00 |
| 3. Donald W. Clarke, Partner | 2008 | 45.30 | 600.00 | 27,180.00 |
| 4. Scott S. Rever, Counsel | 1994 | .80 | 600.00 | 480.00 |
| 5. Gregory S. Kinoian, Counsel | 1992 | 14.40 | 600.00 | 8,640.00 |
| 6. Sydney S. Schubert, Junior Associate | 2022 | 8.50 | 275.00 | 2,337.50 |
| 7. Lorrie Denson | Paralegal | 31.00 | 250.00 | 7,750.00 |
| 8. Lorrie Denson | Paralegal | 10.50 | 275.00 | 2,887.50 |

| | |
|---|---|
| Fee Totals: | $ 125,415.00 |
| Disbursements Totals: | $ 4,728.20 |
| Total Fee Application | $ 130,143.20 |

*Total additional fees requested for this time period in the amount of $30,400.00 for fees plus $215.60 for expenses were not previously requested in monthly fee statements. This additional time was for necessary, non-appellate administrative tasks performed by Genova Burns.

**The fees for appellate work were charged at 100% and paid 80% on a monthly basis, pursuant to agreement with LTL, and the non-appellate work will be paid at the rate of 50%. This fee application requests the 20% holdback on appellate work performed, and 50% of the necessary, non-appellate administrative tasks performed.

## SECTION II SUMMARY
## OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 128.40 | 91,187.50 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 56.00 | 21,867.50 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | 13.90 | 8,340.00 |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 3.70 | 2,460.00 |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 2.60 | 1,560.00 |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | | |
| **SERVICE TOTALS:** | | 204.60 | $125,415.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | 215.60 |
| d) | **Fax**<br>Include per page fee charged. | |

| | | |
|---|---|---|
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | 3,725.20 |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify) Litigation support vendors, other professionals** | 787.40 |
| | **DISBURSEMENTS TOTAL:** | $4,728.20 |

I certify under penalty of perjury that the above is true.

Date: April 4, 2024            */s/ Daniel M. Stolz*
                               DANIEL M. STOLZ