# EXHIBIT B

GENOVA BURNS LLC

March 28, 2024
Invoice No.:    510759

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/14/23 | LD | B160 | File COS re BR July fee statement. | .30 | 250.00 | 75.00 |
| 8/14/23 | LD | B160 | File FTI Consulting June fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 8/14/23 | SS | B110 | Reviewing FTI fee statement. | .20 | 275.00 | 55.00 |
| 8/15/23 | LD | B160 | File COS re FTI Consulting June fee statement. | .30 | 250.00 | 75.00 |
| 8/15/23 | LD | B160 | Prepare and file CNO re Anderson Kill June fee statement. | .50 | 250.00 | 125.00 |
| 8/15/23 | LD | B160 | Prepare and file CNO re MoloLamken June fee statement. | .50 | 250.00 | 125.00 |
| 8/16/23 | DMS | B160 | Numerous emails with TCC Professionals regarding final fee applications. | .80 | 800.00 | 640.00 |
| 8/16/23 | DMS | B110 | Email with Court and counsel regarding fee application timing. | .30 | 800.00 | 240.00 |
| 8/16/23 | LD | B160 | Email to MG re final fee application. | .20 | 250.00 | 50.00 |
| 8/17/23 | LD | B160 | Email to professionals re final fee applications. | .10 | 250.00 | 25.00 |
| 8/17/23 | LD | B160 | File Massey & Gail July fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 8/18/23 | LD | B160 | File COS re M&G July fee statement. | .30 | 250.00 | 75.00 |
| 8/22/23 | LD | B160 | File MoloLamken fourth fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 8/22/23 | LD | B160 | Prepare and file CNO re Anderson Kill July fee statement. | .50 | 250.00 | 125.00 |
| 8/23/23 | DMS | B160 | Emails with TCC professionals regarding preparation of final fee applications. | .40 | 800.00 | 320.00 |
| 8/23/23 | DMS | B160 | Emails to professionals regarding final fee applications. | .30 | 800.00 | 240.00 |

GENOVA BURNS LLC

March 28, 2024
Invoice No.:    510759

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/23/23 | DMS | B160 | Emails with HL regarding final fee application. | .30 | 800.00 | 240.00 |
| 8/24/23 | GSK | B160 | Emails with DMS, MS and LD re 8/1 to 8/11 fee statement. | .20 | 600.00 | 120.00 |
| 8/26/23 | DMS | B160 | Emails with co-counsel regarding final fee applications. | .40 | 800.00 | 320.00 |
| 8/28/23 | DMS | B160 | Call with HL regarding final fee application. | .30 | 800.00 | 240.00 |
| 8/28/23 | DMS | B160 | Emails with professionals regarding final fee applications. | .70 | 800.00 | 560.00 |
| 8/29/23 | DMS | B110 | Wrote to TCC professionals regarding deadlines for final fee applications. | .30 | 800.00 | 240.00 |
| 8/29/23 | DWC | B110 | Multiple emails from co counsel re timing of fee filing and open issues | .60 | 600.00 | 360.00 |
| 8/29/23 | SS | B160 | Reviewing FTI monthly fee application. | .20 | 275.00 | 55.00 |
| 8/30/23 | DWC | B110 | Multiple emails from co counsel re fee apps and expenses | .60 | 600.00 | 360.00 |
| 9/01/23 | DWC | B160 | Rvw status of member rep expense application; confirm amounts for each member rep; review proofs | 1.10 | 600.00 | 660.00 |
| 9/07/23 | DWC | B110 | Emails from and to co counsel re fee applications and expenses | .60 | 600.00 | 360.00 |
| 9/08/23 | DWC | B160 | Emails with professionals re timing; resolution; and filing of past and present fees and expenses demands | .60 | 600.00 | 360.00 |
| 9/08/23 | DWC | B160 | Emails and draft final fee app docs from co counsel | .60 | 600.00 | 360.00 |
| 9/08/23 | GSK | B160 | Corresp from co-counsel at M&G to TCC members re of final fee apps of TCC professionals. | .20 | 600.00 | 120.00 |
| 9/08/23 | GSK | B160 | Tel with and emails from/to Otterbourg re final fee app (0.3); emails to DMS and LD and tel with LD re same (0.2). | .50 | 600.00 | 300.00 |
| 9/11/23 | DWC | B110 | Multiple emails re filing and manner of service of fee applications; responses to professionals re same | .70 | 600.00 | 420.00 |

**GENOVA BURNS LLC**

March 28, 2024
Invoice No.:    510759

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/11/23 | DWC | B110 | Emails with UST re LEDES files | .30 | 600.00 | 180.00 |
| 9/11/23 | DWC | B110 | Emails with each of the professionals re UST demand for ledes files and backup | .60 | 600.00 | 360.00 |
| 9/12/23 | DWC | B110 | Email all outside counsel re UST requests for future filings and ledes | .30 | 600.00 | 180.00 |
| 9/12/23 | DWC | B110 | Rvw and forward ledes files from professionals to UST | .40 | 600.00 | 240.00 |
| 9/19/23 | DWC | B110 | Rvw emails and update co counsel on LTL 1 and 2 fee and expenses request status | .60 | 600.00 | 360.00 |
| 9/29/23 | DWC | B170 | Email from and to Massey re debtor objection to fee application | .40 | 600.00 | 240.00 |
| 10/03/23 | DWC | B170 | Rvw fee application and order for MassyGail; draft response language and pull information for MassGail to respond to LTL objection to appeal fees | .90 | 600.00 | 540.00 |
| 10/03/23 | DWC | B170 | Rvw multiple emails from co counsel re LTL objections to fees | .70 | 600.00 | 420.00 |
| 10/04/23 | DWC | B170 | Emails from and to co counsel re objection to fees of co counsel | .90 | 600.00 | 540.00 |
| 10/05/23 | DWC | B170 | Email co counsel re court and adversary communications on fee objection and hearings | .60 | 600.00 | 360.00 |
| 10/05/23 | DWC | B170 | Rvw LTL objection to professional fees with request for backup | .70 | 600.00 | 420.00 |
| 10/06/23 | DWC | B170 | Rvw 10+ emails from professionals re LTL objection to fees | 1.40 | 600.00 | 840.00 |
| 10/09/23 | DWC | B170 | Multiple emails from co counsel re coordinated response to fee objections | .70 | 600.00 | 420.00 |
| 10/10/23 | DWC | B170 | Emails from co counsel and professionals re LTL fee and expense objection | .80 | 600.00 | 480.00 |
| 10/10/23 | DWC | B170 | Rvw LTL fee objection | .60 | 600.00 | 360.00 |

GENOVA BURNS LLC

March 28, 2024
Invoice No.:    510759

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/10/23 | DWC | B110 | Zoom meeting with co counsel and professionals to discuss coordinated response to LTL fee objection | 1.10 | 600.00 | 660.00 |
| 10/11/23 | DWC | B160 | Rvw fee app statements from co counsel and professionals | .70 | 600.00 | 420.00 |
| 10/12/23 | DWC | B170 | Rvw LTL objection to professional and member expenses; draft response to objection to member expenses | 3.10 | 600.00 | 1,860.00 |
| 10/16/23 | DWC | B110 | Emails from co counsel re coordinated response to LTL fee and expenses objections. | .60 | 600.00 | 360.00 |
| 10/17/23 | DWC | B160 | Multiple emails re types of entries included in expert witness fee applications | .70 | 600.00 | 420.00 |
| 10/17/23 | SS | B110 | Reviewing correspondence regarding fee applications. | .40 | 275.00 | 110.00 |
| 10/18/23 | DMS | B160 | Hearing on Fee Applications. | 1.80 | 800.00 | 1,440.00 |
| 10/18/23 | DWC | B170 | Hearing on professional fee objections | 1.20 | 600.00 | 720.00 |
| 10/18/23 | DWC | B110 | Committee zoom meeting | 1.00 | 600.00 | 600.00 |
| 10/18/23 | DWC | B110 | Multiple emails re consolidated response to fee and expense objection; settlement discussions with LTL | .70 | 600.00 | 420.00 |
| 10/18/23 | SS | B110 | Reviewing correspondence regarding fee applications. | .10 | 275.00 | 27.50 |
| 10/19/23 | DWC | B170 | Zoom meeting on LTL fee and expenses dispute | 1.10 | 600.00 | 660.00 |
| 10/20/23 | DWC | B170 | Rvw emails from co counsel and professionals re proposed resolution to LTL fee and expenses objections | .80 | 600.00 | 480.00 |
| 10/21/23 | DWC | B110 | Rvw 15+ emails concerning outcome of hearing on committee fees, substantial contribution motion. E-mails discussing offer from Debtor to accept reduced fees; discuss offer amongst all professionals; discuss continuing roles of professionals; discuss available motion relief | 1.50 | 600.00 | 900.00 |
| 10/23/23 | DWC | B110 | Call with co counsel re fee dispute | .50 | 600.00 | 300.00 |

GENOVA BURNS LLC

March 28, 2024
Invoice No.: 510759

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/23 | SS | B160 | Reviewing letter to court and related correspondence regarding fee dispute. | .30 | 275.00 | 82.50 |
| 10/24/23 | SS | B110 | Reviewing letter to debtor and related correspondence regarding fees. | .10 | 275.00 | 27.50 |
| 10/30/23 | DMS | B160 | Email with Perez regarding TCC fee payments. | .30 | 800.00 | 240.00 |
| 10/31/23 | DWC | B110 | Coordinate filing of co counsel fee app | .30 | 600.00 | 180.00 |
| 1/02/24 | DMS | B110 | Emails with HL and Burian regarding fee payment. | .30 | 900.00 | 270.00 |
| 1/02/24 | DMS | B110 | Review and file Molo November fee statement. | .30 | 900.00 | 270.00 |
| 1/02/24 | LD | B160 | Prepare and file CNO re GB November fee statement. | .50 | 275.00 | 137.50 |
| 1/02/24 | LD | B160 | Prepare and file CNO re MT November fee statement. | .50 | 275.00 | 137.50 |
| 1/03/24 | DMS | B110 | Review and file Molo monthly. | .30 | 900.00 | 270.00 |
| 1/03/24 | LD | B160 | File and serve MoloLamken's November fee statement. | .30 | 275.00 | 82.50 |
| 1/03/24 | LD | B160 | Prepare and file COS re MoloLamken's November fee statement. | .40 | 275.00 | 110.00 |
| 1/04/24 | DMS | B110 | Emails regarding debtor payment to HL. | .50 | 900.00 | 450.00 |
| 1/04/24 | LD | B110 | Email SB letter to chambers and cc's. | .10 | 275.00 | 27.50 |
| 1/05/24 | LD | B160 | Prepare and file CNO re MG October-November fee statement. | .50 | 275.00 | 137.50 |
| 1/05/24 | LD | B160 | Prepare and file CNO re BR 8/12-12/20/23 fee statement. | .50 | 275.00 | 137.50 |
| 1/08/24 | DMS | B110 | Emails with Court and counsel regarding call on HL payment. | .50 | 900.00 | 450.00 |
| 1/08/24 | DMS | B110 | Review Pacelli letter regarding stay and HL. | .20 | 900.00 | 180.00 |
| 1/08/24 | LD | B160 | Prepare draft December 2023 fee statement for MT. | 1.00 | 275.00 | 275.00 |
| 1/09/24 | DMS | B110 | Email with Lawlor regarding Stipulation. | .30 | 900.00 | 270.00 |

GENOVA BURNS LLC

March 28, 2024
Invoice No.:    510759

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 1/10/24 | DMS | B110 | Emails with Burian and co-counsel, edit Order and emails with Lawlor. | 1.00 | 900.00 | 900.00 |
| 1/12/24 | SS | B110 | Reviewing correspondence from counsel and attached memo. | .30 | 275.00 | 82.50 |
| 1/16/24 | DMS | B110 | Review notice of withdrawal of JD attorneys and emails with Lawlor regarding same. | .30 | 900.00 | 270.00 |
| 1/17/24 | LD | B160 | Prepare draft December fee statement for GB. | 1.00 | 275.00 | 275.00 |
| 1/18/24 | LD | B160 | File and serve GB December fee statement. | .50 | 275.00 | 137.50 |
| 1/18/24 | LD | B160 | File and serve MT December fee statement. | .50 | 275.00 | 137.50 |
| 1/18/24 | LD | B160 | Prepare and file COS re GB and MT December fee statements. | .50 | 275.00 | 137.50 |
| 1/19/24 | LD | B160 | Prepare and file CNO re Mololamken November fee statement. | .50 | 275.00 | 137.50 |
| 1/24/24 | DMS | B110 | Review and edit letter requested by Court. | .60 | 900.00 | 540.00 |
| 1/26/24 | DMS | B110 | Emails with Molton regarding contact with US Trustee regarding TCC. | .30 | 900.00 | 270.00 |
| 1/26/24 | LD | B160 | File and serve Otterbourg October, November and December monthly fee statements. | 1.00 | 275.00 | 275.00 |
| 1/26/24 | LD | B160 | Prepare and file COS re Otterbourg October, November and December fee statements. | .50 | 275.00 | 137.50 |
| 1/30/24 | DMS | B110 | Review and file Molo monthly. | .20 | 900.00 | 180.00 |
| 1/30/24 | LD | B160 | File and serve MoloLamken December fee statement. | .40 | 275.00 | 110.00 |
| 1/30/24 | LD | B160 | Prepare and file COS re MoloLamken December fee statement. | .50 | 275.00 | 137.50 |

**TOTAL PROFESSIONAL SERVICES**    **$ 30,400.00**

GENOVA BURNS LLC

March 28, 2024
Invoice No.:    510759

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Daniel M Stolz | Partner | 5.90 | 800.00 | 4,720.00 |
| Daniel M Stolz | Partner | 4.80 | 900.00 | 4,320.00 |
| Donald W. Clarke | Partner | 28.00 | 600.00 | 16,800.00 |
| Lorrie Denson | Paralegal | 4.20 | 250.00 | 1,050.00 |
| Lorrie Denson | Paralegal | 9.20 | 275.00 | 2,530.00 |
| Sydney Schubert | Junior Associate | 1.60 | 275.00 | 440.00 |
| Gregory S. Kinoian | Counsel | .90 | 600.00 | 540.00 |
| **TOTALS** | | **54.60** | | **$ 30,400.00** |

GENOVA BURNS LLC

March 28, 2024
Invoice No.:    510759

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---:|
| 8/09/23 | PACER SERVICE, U.S. Courts: PACER, 5252288-Q32023 | 32.50 |
| 9/26/23 | PACER SERVICE, U.S. Courts: PACER, 2552798-Q32023 - Amex Period Ending 11-30-CH | 183.10 |
| | **TOTAL DISBURSEMENTS** | **$ 215.60** |