# Exhibit B



430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13471
September 1, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
    for the District of New Jersey

**INVOICE**
**For Services Through August 31, 2023**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | | Hours |
|------|------------|---|------|
| 8/12/2023 | Lamken | Emails re: notice to district court on pending appeals. | 0.10 |
| 8/14/2023 | Lamken | Emails on potential for LTL motion to stay pending appeal. | 0.20 |
| 8/14/2023 | Lamken | Review and revise proposed draft letters to district court re: stays of pending appeals. | 0.60 |
| 8/14/2023 | Lamken | Emails regarding revisions to letters. | 0.10 |
| 8/15/2023 | Lamken | Emails on certificate for direct appeal to the third circuit. | 0.10 |
| 8/15/2023 | Rubin | Coordinate fee application with J. Markowitz & B. Wiltgen. | 1.60 |
| 8/15/2023 | Hashem | Conference with co-counsel re: opposition brief outline. | 0.50 |
| 8/15/2023 | Hashem | Conference with co-counsel re: opposition brief outline. | 1.00 |
| 8/15/2023 | Hashem | Correspondence with E. Sokoloff and N. Rubin re: opposition brief. | 0.20 |
| 8/16/2023 | Lamken | Emails on potential cross-appeal issues. | 0.30 |
| 8/16/2023 | Rubin | Coordinate final fee application. | 0.40 |
| 8/16/2023 | Rubin | Review materials in preparation for opposition on appeal. | 1.60 |
| 8/17/2023 | Rubin | Coordinate and revise final fee statement. | 0.40 |
| 8/17/2023 | Rubin | Review motion to dismiss briefing and other trial materials in preparation for appeal. | 0.70 |
| 8/17/2023 | Rubin | Prepare July & August fee application. | 2.40 |
| 8/18/2023 | Rubin | Coordinate fee statements with A. Manmadhan. | 0.20 |
| 8/18/2023 | Rubin | Prepare July & August fee application. | 1.40 |
| 8/21/2023 | Rubin | Coordinate July & August 2023 fee application with B. Wiltgen and R. Hashem. | 0.90 |
| 8/21/2023 | Rubin | Review findings of fact & conclusions of law in preparation for potential appeal. | 0.30 |
| 8/21/2023 | Hashem | Work on fee application. | 0.60 |
| 8/22/2023 | Rubin | Email to J. Markowitz re July & August fee application. | 0.10 |

MoloLamken LLP

Page: 2

| 8/23/2023 | Lamken | Participate in weekly committee meeting. | 0.50 |
|---|---|---|---|
| 8/23/2023 | Lamken | Email re: coordinating appellees. | 0.10 |
| 8/23/2023 | Lamken | Email on potential cross-appeals. | 0.20 |
| 8/23/2023 | Hashem | Participate in weekly committee meeting. | 1.00 |
| 8/24/2023 | Lamken | Review draft outline of appellate brief and list of follow-up issues. | 1.50 |
| 8/24/2023 | Lamken | Draft email to team on cross-appeal issues and deadlines. | 0.50 |
| 8/24/2023 | Lamken | Review case on cross-appeals. | 0.20 |
| 8/24/2023 | Rubin | Call with R. Hashem re: appeal certification. | 0.10 |
| 8/24/2023 | Rubin | Legal research re: appellate certification issues. | 2.60 |
| 8/24/2023 | Hashem | Research cross appeal issues. | 1.80 |
| 8/24/2023 | Hashem | Draft email re: cross appeal deadlines. | 0.60 |
| 8/25/2023 | Lamken | Call with M. Winograd re: cross appeals. | 0.10 |
| 8/25/2023 | Lamken | Revise and send email to team regarding timing of and precedent allowing cross appeal and related certificate issues. | 0.30 |
| 8/25/2023 | Rubin | Email to R. Hashem & J. Lamken re notice of appeal. | 0.30 |
| 8/26/2023 | Lamken | Email in connection with absence of AHC motion of appendix explaining co-appellant deadline. | 0.30 |
| 8/28/2023 | Lamken | Email circulating agenda on cross appeal deadlines. | 0.10 |
| 8/28/2023 | Rubin | Email to B. Wiltgen re LEDES files. | 0.10 |
| 8/30/2023 | Lamken | Participate in weekly committee meeting. | 0.50 |
| 8/30/2023 | Rubin | Attend committee call. | 0.60 |
| 8/30/2023 | Hashem | Participate in weekly committee meeting. | 1.00 |
| 8/31/2023 | Sokoloff | Telephone conference with J. Lamken, L. Walker, R. Hashem re: appeal briefing. | 0.40 |
| 8/31/2023 | Lamken | Telephone conference with E. Sokoloff, L. Walker, and R. Hashem re: appeal briefing. | 0.40 |
| 8/31/2023 | Walker | Confer with team re: appeal brief revisions. | 0.40 |

|  |  | Total Hours | 27.30 |
|---|---|---|---|
|  |  | Total Fees | $28,663.00 |

### Timekeeper Summary

| Rayiner I. Hashem | 6.70 hours at $975.00/hr | $6,532.50 |
|---|---|---|
| Jeffrey Lamken | 6.10 hours at $1,750.00/hr | $10,675.00 |
| Nathaniel Rubin | 13.70 hours at $775.00/hr | $10,617.50 |
| Eugene Sokoloff | 0.40 hours at $995.00/hr | $398.00 |
| Lucas Walker | 0.40 hours at $1,100.00/hr | $440.00 |

### Payments/Holdbacks

| Date | | Amount |
|---|---|---|
| 8/22/2023 | 80% cash receipt for Stmt 13226 | $81,384.00 |

MoloLamken LLP                                                                    Page: 3

| | | |
|---|---|---:|
| 9/19/2023 | Cash receipt for 80% of Stmt 13349 Fees | $194,894.80 |
| | Sub-total Payments: | $276,278.80 |

### Summary

| | |
|---|---:|
| Fees: | $28,663.00 |
| Expenses: | $0.00 |
| Total Current Billing: | $28,663.00 |
| Current Fee Amt To be Pd by Debtor (80%): | $22,930.40 |
| Current Holdback Amount (20%): | $5,732.60 |
| Previous Balance Due: | $234,486.93 |
| **Total Amount Due:** | **$257,417.33** |

MoloLamken LLP                                                                                                    Page: 4

# ML MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13471
September 1, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through August 31, 2023**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---:|
| Total Fees This Statement: | $28,663.00 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $28,663.00 |
| Current Amt To be Pd by Debtor (80%): | $22,930.40 |
| Current Holdback Amount (20%): | $5,732.60 |
| Previous Balance Due: | $234,486.93 |
| **Total Now Due:** | **$257,417.33** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info Signature Bank | Bank info Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ▮▮▮▮▮ | Account Number: ▮▮▮▮▮ |
| | International SWIFT: ▮▮▮▮▮ |

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13603
October 30, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**INVOICE**
**For Services Through September 30, 2023**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | | Hours |
|---|---|---|---|
| 9/5/2023 | Rubin | Prepare final fee application. | 1.30 |
| 9/6/2023 | Lamken | Participate in weekly committee meeting. | 0.50 |
| 9/6/2023 | Rubin | Prepare final fee application. | 3.60 |
| 9/6/2023 | Hashem | Correspondence with L. Walker and E. Sokoloff re: appeal brief (0.5); Phone conference re: appeal brief (0.5). | 1.00 |
| 9/7/2023 | Rubin | Coordinate final fee application with B. Wiltgen & R. Hashem. | 4.00 |
| 9/7/2023 | Hashem | Correspondence with L. Walker and E. Sokoloff re: appeal brief (0.3); Correspondence with N. Rubin re: invoices (0.6); Work on invoice (1.1). | 1.10 |
| 9/8/2023 | Rubin | Coordinate final fee application with R. Hashem & J. Lamken. | 0.50 |
| 9/11/2023 | Hashem | Email to L. Walker re: appeal arguments (0.9). | 0.90 |
| 9/12/2023 | Sokoloff | Revise draft appeal brief. | 3.60 |
| 9/12/2023 | Walker | Review draft appeal brief. | 3.70 |
| 9/12/2023 | Rubin | Attend to LEDES files. | 0.10 |
| 9/12/2023 | Hashem | Attend to LEDES file issues (0.4). | 0.40 |
| 9/13/2023 | Walker | Work on appeal brief. | 3.80 |
| 9/13/2023 | Hashem | Research direct certification requirements (0.7); Email re: direct certification requirements (0.2). | 0.90 |
| 9/18/2023 | Sokoloff | Revise draft appeal brief. | 6.10 |
| 9/18/2023 | Walker | Revise appeal brief. | 0.40 |
| 9/18/2023 | Rubin | Attend to statement of issues. | 1.20 |
| 9/19/2023 | Sokoloff | Revise draft appeal brief. | 1.20 |
| 9/19/2023 | Hashem | Revise counter statement of issues (0.4). | 0.40 |
| 9/20/2023 | Starobinets | Compile appendix cites from briefs and create spreadsheet. | 4.00 |
| 9/20/2023 | Lamken | Participate in weekly committee meeting. | 0.50 |
| 9/20/2023 | Rubin | Prepare statement of issues. | 1.30 |

MoloLamken LLP

| 9/20/2023 | Hashem | Correspondence with co-counsel re: counter-statement of issues (0.8). | 0.80 |
| 9/21/2023 | Starobinets | Compile documents cited in briefs for appeal appendix. | 2.00 |
| 9/21/2023 | Rubin | Review and revise draft appendix re statement of issues. | 2.90 |
| 9/21/2023 | Hashem | Correspondence with J. Lamken re: counter-designation of issues (0.4). | 0.40 |
| 9/26/2023 | Rubin | Coordinate remainder of August fee application with R. Hashem & J. Markowitz. | 0.30 |
| 9/27/2023 | Rubin | Coordinate August fee issue with J. Markowitz, R. Hashem. | 2.40 |
| 9/27/2023 | Hashem | Correspondence with N. Rubin re: fee statement (0.2). | 0.20 |
| 9/29/2023 | Rubin | Email to J. Markowitz re August fee statement. | 0.10 |

|  |  | Total Hours | 49.60 |
|  |  | Total Fees | $42,720.50 |

### Timekeeper Summary

| Rayiner I. Hashem | 6.10 hours at $975.00/hr | $5,947.50 |
| Jeffrey Lamken | 1.00 hours at $1,750.00/hr | $1,750.00 |
| Nathaniel Rubin | 17.70 hours at $775.00/hr | $13,717.50 |
| Eugene Sokoloff | 10.90 hours at $995.00/hr | $10,845.50 |
| Anna Starobinets | 6.00 hours at $295.00/hr | $1,770.00 |
| Lucas Walker | 7.90 hours at $1,100.00/hr | $8,690.00 |

### Summary

| Fees: | $42,720.50 |
| Expenses: | $0.00 |
| Total Current Billing: | $42,720.50 |
| Current Fee Amt To be Pd by Debtor (80%): | $34,176.40 |
| Current Holdback Amount (20%): | $8,544.10 |
| Previous Balance Due: | $466,464.58 |
| **Total Amount Due:** | **$500,640.98** |

MoloLamken LLP                                                              Page: 3

# MOLO LAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13603
October 30, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
    for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through September 30, 2023**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---:|
| Total Fees This Statement: | $42,720.50 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $42,720.50 |
| Current Amt To be Pd by Debtor (80%): | $34,176.40 |
| Current Holdback Amount (20%): | $8,544.10 |
| Previous Balance Due: | $466,464.58 |
| **Total Now Due:** | **$500,640.98** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info Signature Bank | Bank info Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ▮▮▮▮▮ | Account Number: ▮▮▮▮▮ |
| | International SWIFT: ▮▮▮▮▮ |

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13754
November 30, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

## INVOICE
### For Services Through October 31, 2023

2023-002: LTL Management / J&J Bankruptcy II

### Professional Fees

| Date | Professional | | Hours |
|------|--------------|---|------|
| 10/1/2023 | Lamken | Review materials on testimony and hearing. | 0.10 |
| 10/2/2023 | Lamken | Emails with committee counsel on fee issues in preparation for appeal. | 0.30 |
| 10/2/2023 | Rubin | Prepare August fee statement. | 1.20 |
| 10/2/2023 | Rubin | Email to J. Fesolai re August fee statement. | 0.10 |
| 10/2/2023 | Hashem | Review final invoice. | 0.20 |
| 10/4/2023 | Lamken | Committee call. | 0.40 |
| 10/6/2023 | Lamken | Address invoice issues (back-up materials for printing expense). | 0.10 |
| 10/6/2023 | Lamken | Emails on response to LTL petition for direct certificate. | 0.10 |
| 10/7/2023 | Lamken | Strategy emails re: LTL petition for direct certification. | 0.10 |
| 10/9/2023 | Lamken | Revise response to LTL petition for direct certifications. | 3.30 |
| 10/9/2023 | Lamken | Emails with co-counsel re: petition for direct certification. | 0.10 |
| 10/9/2023 | Hashem | Review and revise response to petition for direct appeal. | 1.30 |
| 10/10/2023 | Lamken | Emails with co-appellants re: strategy call. | 0.10 |
| 10/11/2023 | Lamken | Review revisions to response to motion for direct appeal. | 0.40 |
| 10/12/2023 | Lamken | Call with co-appellants re: strategy and timing. | 0.30 |
| 10/13/2023 | Lamken | Emails with J. Massey re "introduction to response to motion for direct appeal". | 0.20 |
| 10/13/2023 | Lamken | Draft revised introduction. | 0.20 |
| 10/13/2023 | Lamken | Review proposed draft. | 0.80 |
| 10/13/2023 | Lamken | Emails on submission re: fee dispute. | 0.10 |
| 10/16/2023 | Collins | Assist with finalizing courtesy copies to be sent via FedEx. | 1.50 |
| 10/16/2023 | Starobinets | Compile and send response brief and appendix to bankruptcy court and interested parties. | 3.20 |
| 10/16/2023 | Rubin | Coordinate filing of response petition for direct appeal with C. Martinez and R. Hashem. | 3.30 |

MoloLamken LLP                                                                                                    Page: 2

| | | | |
|---|---|---|---|
| 10/16/2023 | Hashem | Correspondence with co-counsel re: confidentiality issues. | 0.70 |
| 10/16/2023 | Hashem | Review and file response to petition for direct appeal. | 1.20 |
| 10/17/2023 | Rubin | Review fees and agreement with debtor. | 0.40 |
| 10/17/2023 | Rubin | Coordinate direct appeal response service and filing. | 0.40 |
| 10/17/2023 | Rubin | Coordinate LEDES file with B. Wiltgen. | 0.30 |
| 10/19/2023 | Rubin | Email to J. Markowitz re September time. | 0.10 |
| 10/19/2023 | Rubin | Committee call re fee dispute. | 0.50 |
| 10/20/2023 | Lamken | Call with co-appellants to coordinate appeal. | 0.30 |
| 10/20/2023 | Lamken | Email on supplemental designations. | 0.10 |
| 10/20/2023 | Lamken | Review draft insert re: appellate fee issues. | 0.20 |
| 10/20/2023 | Lamken | Call with R. Hashem re: appellate fee issues. | 0.20 |
| 10/20/2023 | Lamken | Emails on proposed supplemental designations. | 0.10 |
| 10/20/2023 | Lamken | Emails re: strategic issues and panel members. | 0.10 |
| 10/20/2023 | Hashem | Draft insert on fees re: mandamus petition. | 1.20 |
| 10/20/2023 | Hashem | Call with J. Lamken re: mandamus fee issues. | 0.20 |
| 10/22/2023 | Hashem | Revise insert on fees re: substantial contribution of mandamus petition. | 0.90 |
| 10/23/2023 | Sokoloff | Revise draft appeal brief. | 2.00 |
| 10/23/2023 | Sokoloff | Telephone conference with case team re: draft appeal brief. | 0.30 |
| 10/23/2023 | Lamken | Work on insert for mandamus fee issue. | 0.60 |
| 10/23/2023 | Lamken | Emails with team regarding potential resolution of mandamus fee issue. | 0.20 |
| 10/23/2023 | Lamken | Call regarding progress on appellate brief draft. | 0.30 |
| 10/23/2023 | Walker | Work on appeal brief. | 0.50 |
| 10/23/2023 | Rubin | Committee call re fee dispute. | 0.70 |
| 10/23/2023 | Rubin | Emails with E. Sokoloff re exhibits. | 0.70 |
| 10/23/2023 | Hashem | Phone conference re: appeal brief. | 0.40 |
| 10/23/2023 | Hashem | Work on appeal brief. | 3.60 |
| 10/24/2023 | Sokoloff | Revise draft appeal brief. | 2.80 |
| 10/24/2023 | Lamken | Committee call re: fee issues. | 0.50 |
| 10/24/2023 | Rubin | Committee call re fee issues. | 0.50 |
| 10/24/2023 | Rubin | Communicate with J. Fesolai, B. Wiltgen, J. Markowitz, & R. Hashem re fee estimates. | 0.90 |
| 10/25/2023 | Sokoloff | Revise draft appeal brief. | 2.90 |
| 10/25/2023 | Lamken | Committee call. | 0.50 |
| 10/25/2023 | Rubin | Call with R. Hashem re fees declaration. | 0.20 |
| 10/25/2023 | Rubin | Prepare draft Lamken declaration. | 3.80 |
| 10/25/2023 | Rubin | Communicate with J. Markowitz, B. Wiltgen, R. Hashem re September fee application. | 0.20 |
| 10/26/2023 | Sokoloff | Revise draft appeal brief. | 1.50 |
| 10/27/2023 | Sokoloff | Revise appeal brief. | 1.00 |
| 10/27/2023 | Rubin | Emails re case appeal; update case file. | 0.90 |

MoloLamken LLP

Page: 3

| 10/27/2023 | Rubin | Prepare September fee statement. | 0.70 |
| 10/30/2023 | Sokoloff | Draft appeal brief. | 6.50 |
| 10/30/2023 | Rubin | Communicate with R. Hashem & B. Wiltgen re LTL invoice issues. | 0.20 |
| 10/30/2023 | Rubin | Prepare & finalize invoice and September fee application. | 4.00 |
| 10/30/2023 | Hashem | Review monthly fee petition. | 0.50 |

|  |  | **Total Hours** | 61.20 |
|  |  | **Total Fees** | $60,574.00 |

### Timekeeper Summary

| Adam Collins | 1.50 hours at $295.00/hr | $442.50 |
| Rayiner I. Hashem | 10.20 hours at $975.00/hr | $9,945.00 |
| Jeffrey Lamken | 9.70 hours at $1,750.00/hr | $16,975.00 |
| Nathaniel Rubin | 19.10 hours at $775.00/hr | $14,802.50 |
| Eugene Sokoloff | 17.00 hours at $995.00/hr | $16,915.00 |
| Anna Starobinets | 3.20 hours at $295.00/hr | $944.00 |
| Lucas Walker | 0.50 hours at $1,100.00/hr | $550.00 |

### Payments/Holdbacks

| Date | | Amount |
|---|---|---|
| 11/3/2023 | 80% cash receipt for Stmt 13471 | $22,930.40 |
| 11/3/2023 | cash receipts settlement for fees on Stmts 13349 13226 13089 12952 | $246,608.80 |
| 11/3/2023 | LTL Mgmt / J&J Bankruptcy fees settlement to Aug 11 2023 | $31,799.60 |
| 11/3/2023 | cash receipts for costs on Stmts 12592 13349 | $14,700.26 |
| 11/29/2023 | cash receipt 80% 13603 | $34,176.40 |
|  | Sub-total Payments: | $350,215.46 |

### Summary

| | |
|---|---|
| Fees: | $60,574.00 |
| Expenses: | $0.00 |
| Total Current Billing: | $60,574.00 |
| Current Fee Amt To be Pd by Debtor (80%): | $48,459.20 |
| Current Holdback Amount (20%): | $12,114.80 |
| Previous Balance Due: | $0.00 |
| **Total Amount Due:** | **$48,459.20** |

MoloLamken LLP                                                                                                      Page: 4

# ML MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13754
November 30, 2023

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
    for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through October 31, 2023**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---:|
| Fees: | $60,574.00 |
| Expenses: | $0.00 |
| Total Current Billing: | $60,574.00 |
| Current Fee Amt To be Pd by Debtor (80%): | $48,459.20 |
| Current Holdback Amount (20%): | $12,114.80 |
| Previous Balance Due: | $0.00 |
| **Total Amount Due:** | **$48,459.20** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info Signature Bank | Bank info Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ███████ | Account Number: ███████ |
| | International SWIFT: ███████ |

# ML MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13864
January 2, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
    for the District of New Jersey

**INVOICE**
**For Services Through November 30, 2023**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | | Hours |
|------|------|------|------|
| 11/1/2023 | Lamken | Conference with R. Hashem re: LTL docketing fee issue and deadlines. | 0.20 |
| 11/1/2023 | Lamken | LTL committee call. | 0.30 |
| 11/1/2023 | Hashem | Email with J. Lamken regarding deadlines in view of docketing fee issues and related procedural issues. | 0.20 |
| 11/2/2023 | Lamken | Review draft statement and materials on procedural barriers to LTL appellate position. | 0.60 |
| 11/2/2023 | Lamken | Emails on appellee coordination and court order joining cases. | 0.20 |
| 11/2/2023 | Lamken | Emails on scheduling and LTL proposals regarding argument. | 0.20 |
| 11/2/2023 | Lamken | Review Winograd email regarding LTL?s proposals. | 0.30 |
| 11/3/2023 | Rubin | Emails re case management; update case file. | 0.60 |
| 11/6/2023 | Lamken | Emails regarding materials for appellate brief and related strategy issues. | 0.30 |
| 11/6/2023 | Lamken | Emails on scheduling and coordinate with co-appellees regarding same. | 0.30 |
| 11/6/2023 | Lamken | Calls regarding strategy issues and response to request for waiver of argument and briefing schedule proposal. | 0.50 |
| 11/6/2023 | Hashem | Conference re: appeal schedule. | 0.50 |
| 11/6/2023 | Hashem | Revise background section of appeal brief. | 3.10 |
| 11/6/2023 | Hashem | Email regarding Court's view on oral argument and judicial prerogative. | 0.10 |
| 11/7/2023 | Myers | Speak to L. Walker and receive assignment re: revision of good-faith argument. | 0.30 |
| 11/7/2023 | Myers | Review background materials and previous submissions re: good-faith argument. | 2.60 |
| 11/7/2023 | Myers | Revise draft section of brief re: good-faith argument. | 2.70 |
| 11/7/2023 | Rubin | Conference with R. Hashem re preclusion issues. | 0.30 |
| 11/7/2023 | Rubin | Legal research re appellate preclusion arguments. | 0.40 |
| 11/7/2023 | Hashem | Research appeal brief arguments. | 2.50 |

MoloLamken LLP

| 11/7/2023 | Hashem | Phone conference with N. Rubin re: appeal brief arguments. | 0.50 |
|---|---|---|---|
| 11/7/2023 | Hashem | Revise background section of appeal brief. | 4.50 |
| 11/8/2023 | Lamken | Emails with co-appellees regarding LTL briefing proposal. | 0.10 |
| 11/8/2023 | Myers | Revise good-faith section of brief. | 1.50 |
| 11/8/2023 | Rubin | Legal research re appellate preclusion arguments. | 2.40 |
| 11/8/2023 | Rubin | Committee call re appellate status. | 0.50 |
| 11/8/2023 | Rubin | Conference with R. Hashem re financial distress standards. | 0.10 |
| 11/8/2023 | Hashem | Revise appeal brief sections. | 3.30 |
| 11/9/2023 | Lamken | Review court order regarding stipulated facts. | 0.10 |
| 11/9/2023 | Lamken | Emails with team regarding same and related strategy issues. | 0.40 |
| 11/9/2023 | Myers | Revise good-faith section of draft brief. | 5.00 |
| 11/10/2023 | Lamken | Review emails regarding call with clerk's office in connection with stipulation order. | 0.10 |
| 11/10/2023 | Myers | Revise good-faith argument; correspond re: same with L. Walker. | 1.60 |
| 11/10/2023 | Rubin | Legal research and drafting re financial distress standards. | 4.50 |
| 11/10/2023 | Rubin | Legal research re appellate preclusion issues. | 2.50 |
| 11/10/2023 | Hashem | Conference re: appeal strategy. | 1.00 |
| 11/11/2023 | Lamken | Email to co-appellees regarding order requiring stipulated facts and call with clerks office. | 0.30 |
| 11/11/2023 | Rubin | Legal research re appellate preclusion issues. | 2.00 |
| 11/12/2023 | Rubin | Prepare draft re preclusion issues. | 1.70 |
| 11/13/2023 | Lamken | Emails on hearing re: AHC motion to supplement the record on appeal. | 0.20 |
| 11/13/2023 | Lamken | Formulate and correspond re: formulation of position re: LTL motions. | 0.30 |
| 11/13/2023 | Lamken | Emails with R. Hashem re: language of prior briefing orders and oral argument scheduling. | 0.10 |
| 11/13/2023 | Lamken | Email team regarding prior briefing orders and what they teach. | 0.20 |
| 11/13/2023 | Lamken | Coordinate with co-appellees regarding position on scheduling. | 0.20 |
| 11/13/2023 | Walker | Work on bad faith argument for Third Circuit brief. | 0.60 |
| 11/13/2023 | Rubin | Prepare draft re preclusion issues. | 4.80 |
| 11/13/2023 | Rubin | Prepare revised J. Lamken appearance form. | 0.30 |
| 11/13/2023 | Hashem | Research appeal brief arguments. | 1.60 |
| 11/13/2023 | Hashem | Work on financial distress argument of appeal brief. | 4.10 |
| 11/14/2023 | Rubin | Legal research re record issues and email to R. Hashem re same. | 0.70 |
| 11/14/2023 | Rubin | Drafting re appellate preclusion issues. | 0.70 |
| 11/14/2023 | Hashem | Work on financial distress argument of appeal brief. | 2.40 |
| 11/14/2023 | Hashem | Find language of prior briefing orders in connection with TCC position on oral argument scheduling. | 0.10 |
| 11/15/2023 | Lamken | Research issues in connection with hearing on AHC motion to supplement. | 0.70 |
| 11/15/2023 | Lamken | Attend hearing. | 0.40 |
| 11/15/2023 | Lamken | Committee call. | 0.30 |

MoloLamken LLP                                                                        Page: 3

| 11/15/2023 | Rubin | Email to J. Lamken re record issues. | 0.10 |
|---|---|---|---|
| 11/15/2023 | Rubin | Weekly committee meeting re appeal progress. | 0.20 |
| 11/15/2023 | Rubin | Research & drafting re preclusion issue. | 0.30 |
| 11/15/2023 | Hashem | Work on argument section of appeal brief. | 5.00 |
| 11/16/2023 | Rubin | Emails with B. Wiltgen & C. Smith re October LEDES file. | 0.50 |
| 11/17/2023 | Rubin | Prepare revised draft corporate disclosure statement & emails with R. Hashem re same. | 1.00 |
| 11/18/2023 | Rubin | Drafting re preclusion issues. | 2.60 |
| 11/18/2023 | Hashem | Review research on preclusion issues from N. Rubin. | 0.80 |
| 11/20/2023 | Lamken | Coordinate with team regarding position. | 0.20 |
| 11/21/2023 | Walker | Revise appeal brief. | 1.50 |
| 11/26/2023 | Rubin | Prepare October fee statement. | 1.00 |
| 11/27/2023 | Walker | Work on appeal brief. | 1.80 |
| 11/28/2023 | Lamken | Review court order. | 0.10 |
| 11/28/2023 | Lamken | Draft email to team regarding order. | 0.20 |
| 11/28/2023 | Lamken | Review email and materials sent to co-appellees. | 0.30 |
| 11/28/2023 | Lamken | Conference with R. Hashem and L. Walker regarding status of draft brief and remaining issues to be addressed. | 0.40 |
| 11/28/2023 | Walker | Work on appeal brief; confer with team re: same. | 2.50 |
| 11/28/2023 | Rubin | Email to B. Wiltgen re October fee statement. | 0.10 |
| 11/28/2023 | Rubin | Conference with B. Wiltgen re October fee statement. | 0.40 |
| 11/28/2023 | Hashem | Work on argument section of appeal brief. | 2.60 |
| 11/29/2023 | Lamken | Committee counsel call. | 0.40 |
| 11/29/2023 | Rubin | Prepare October 2023 fee statement. | 1.00 |
| 11/29/2023 | Rubin | Attend committee counsel call. | 0.50 |
| 11/30/2023 | Rubin | Finalize and send October fee statement. | 0.40 |

|  |  | Total Hours | 89.90 |
|---|---|---|---|
|  |  | Total Fees | $85,915.00 |

## Timekeeper Summary

| Rayiner I. Hashem | 32.30 hours at $975.00/hr | $31,492.50 |
|---|---|---|
| Jeffrey Lamken | 7.90 hours at $1,750.00/hr | $13,825.00 |
| Jackson Myers | 13.70 hours at $775.00/hr | $10,617.50 |
| Nathaniel Rubin | 29.60 hours at $775.00/hr | $22,940.00 |
| Lucas Walker | 6.40 hours at $1,100.00/hr | $7,040.00 |

## Expenses

| Date |  | Units |
|---|---|---|
| 10/27/2023 | Counsel Press Inc. | $2,550.78 |

MoloLamken LLP                                                                                          Page: 4

|  | Total Costs | 2550.78 |

## **Payments/Holdbacks**

| Date | | Amount |
|------|---|--------|
| 11/29/2023 | cash receipt 80% 13603 | $34,176.40 |
|  | Sub-total Payments: | $34,176.40 |

## **Summary**

| | |
|---|---|
| Fees: | $85,915.00 |
| Expenses: | $2,550.78 |
| Total Current Billing: | $88,465.78 |
| Current Fee Amt To be Pd by Debtor (80%): | $68,732.00 |
| Current Holdback Amount (20%): | $17,183.00 |
| Previous Balance Due: | $0.00 |
| **Total Amount Due:** | **$71,282.78** |

MoloLamken LLP                                                                                                          Page: 5

# MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13864
January 2, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
    for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through November 30, 2023**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---:|
| Fees: | $85,915.00 |
| Expenses: | $2,550.78 |
| Total Current Billing: | $88,465.78 |
| Current Fee Amt To be Pd by Debtor (80%): | $68,732.00 |
| Current Holdback Amount (20%): | $17,183.00 |
| Previous Balance Due: | $0.00 |
| **Total Now Due:** | **$71,282.78** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info Signature Bank | Bank info Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ▮▮▮▮▮ | Account Number: ▮▮▮▮▮ |
| | International SWIFT: ▮▮▮▮▮ |

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13958
January 30, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**INVOICE**
**For Services Through December 31, 2023**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | | Hours |
|------|--------------|--|-------|
| 12/1/2023 | Walker | Revise appeal brief. | 0.90 |
| 12/1/2023 | Rubin | Revise October fee statement. | 0.30 |
| 12/4/2023 | Walker | Revise appeal brief. | 1.40 |
| 12/5/2023 | Lamken | Emails on Joint Appendix and designations for the record. | 0.10 |
| 12/5/2023 | Lamken | Call regarding appellee brief and record designations. | 0.20 |
| 12/5/2023 | Walker | Revise appeal brief. | 3.00 |
| 12/5/2023 | Rubin | Fact research re litigation posture in support of appeal brief. | 0.20 |
| 12/5/2023 | Rubin | Teleconference with L. Walker re appellate brief revisions. | 0.50 |
| 12/5/2023 | Rubin | Revise brief re preclusion issues. | 0.20 |
| 12/6/2023 | Sokoloff | Revise draft appeal brief. | 6.80 |
| 12/6/2023 | Lamken | Emails on LTL designations. | 0.20 |
| 12/6/2023 | Lamken | Committee call. | 0.30 |
| 12/6/2023 | Walker | Revise appeal brief. | 2.30 |
| 12/6/2023 | Rubin | Revise brief re preclusion issues. | 6.10 |
| 12/6/2023 | Rubin | Email to E. Sokoloff re trial depositions & exhibits. | 0.60 |
| 12/7/2023 | Lamken | Emails on slimming record designations. | 0.10 |
| 12/7/2023 | Walker | Revise appeal brief. | 2.30 |
| 12/8/2023 | Sokoloff | Revise draft appeal brief. | 0.50 |
| 12/8/2023 | Walker | Revise appeal brief. | 6.90 |
| 12/8/2023 | Rubin | Email to L. Walker, E. Sokoloff, & R. Hashem re record; update case file. | 0.70 |
| 12/8/2023 | Rubin | Revise brief facts & argument. | 4.40 |
| 12/9/2023 | Walker | Revise appeal brief. | 1.60 |
| 12/10/2023 | Walker | Revise appeal brief; email re: same. | 0.50 |

MoloLamken LLP

| 12/10/2023 | Rubin | Review and revise proposed appendix. | 0.50 |
|---|---|---|---|
| 12/11/2023 | Walker | Revise appeal brief. | 2.10 |
| 12/11/2023 | Rubin | Review draft appendix. | 1.40 |
| 12/11/2023 | Rubin | Communicate with R. Hashem re earnings calls issues. | 0.30 |
| 12/12/2023 | Lamken | Emails regarding position on motion to seal. | 0.10 |
| 12/12/2023 | Lamken | Work on brief for TCC. | 3.20 |
| 12/12/2023 | Walker | Revise appeal brief. | 5.40 |
| 12/12/2023 | Rubin | Update citations re argument section of brief. | 2.50 |
| 12/13/2023 | Sokoloff | Revise draft appeal brief. | 2.20 |
| 12/13/2023 | Lamken | Email providing TCC's position on motion to seal. | 0.10 |
| 12/13/2023 | Lamken | Review draft brief for TCC and edit same. | 6.90 |
| 12/13/2023 | Lamken | Conference with L. Walker regarding same. | 0.30 |
| 12/13/2023 | Lamken | Conference with N. Rubin regarding revisions to draft brief. | 0.10 |
| 12/13/2023 | Lamken | Begin review of LTL opening brief. | 1.00 |
| 12/13/2023 | Lamken | Emails regarding challenge to TCC's continued existence. | 0.20 |
| 12/13/2023 | Lamken | Circulate draft TCC response brief. | 0.10 |
| 12/13/2023 | Lamken | TCC committee call. | 0.30 |
| 12/13/2023 | Walker | Revise brief. | 2.10 |
| 12/13/2023 | Walker | Email re: same. | 0.10 |
| 12/13/2023 | Walker | Conference wtih J. Lamken re: same. | 0.30 |
| 12/13/2023 | Rubin | Revise argument section of brief. | 1.00 |
| 12/13/2023 | Rubin | Email re upcoming deadlines. | 0.10 |
| 12/13/2023 | Rubin | Revise brief in preparation for circulation to committee. | 4.80 |
| 12/13/2023 | Rubin | Call with J. Lamken re brief revisions. | 0.10 |
| 12/13/2023 | Hashem | Research for opening brief. | 0.50 |
| 12/14/2023 | Lamken | Review LTL opening brief. | 2.70 |
| 12/14/2023 | Lamken | Review AHC opening brief. | 1.20 |
| 12/14/2023 | Lamken | Emails analyzing same. | 0.30 |
| 12/14/2023 | Walker | Review and evaluate LTL appeal brief. | 3.90 |
| 12/15/2023 | Lamken | Strategy call re: response brief. | 1.20 |
| 12/15/2023 | Walker | Review Ad Hoc Committee brief. | 2.70 |
| 12/15/2023 | Walker | Strategy call re: response brief. | 1.20 |
| 12/18/2023 | Sokoloff | Video conference with case team re: revisions to draft appeal brief. | 0.50 |
| 12/18/2023 | Sokoloff | Review LTL and Ad Hoc Committee appeal briefs. | 1.30 |
| 12/18/2023 | Lamken | Strategy call re: response brief. | 0.60 |
| 12/18/2023 | Walker | Revise appeal brief. | 0.50 |
| 12/18/2023 | Walker | Confer with team. | 0.20 |
| 12/18/2023 | Rubin | Emails with L. Walker, R. Hashem, & E. Sokoloff re: planning for brief. | 0.10 |

MoloLamken LLP

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/18/2023 | Rubin | Coordinate LEDES file with B. Wiltgen. | 0.10 |
| 12/18/2023 | Rubin | Conference with L. Walker, R. Hashem, & E. Sokoloff re opposition brief planning. | 0.60 |
| 12/18/2023 | Hashem | Phone conference re: appeal brief. | 0.70 |
| 12/18/2023 | Hashem | Review LTL brief. | 1.80 |
| 12/19/2023 | Walker | Revise appeal brief. | 0.70 |
| 12/19/2023 | Walker | Email re: same. | 0.10 |
| 12/19/2023 | Rubin | Coordinate October billing and November fee statement with C. Smith & B. Wiltgen. | 0.10 |
| 12/20/2023 | Sokoloff | Legal research re: preclusion. | 3.60 |
| 12/20/2023 | Walker | Revise appeal brief. | 1.40 |
| 12/20/2023 | Rubin | Legal and fact research re clear error arguments. | 3.40 |
| 12/21/2023 | Sokoloff | Legal research re: preclusion. | 3.00 |
| 12/21/2023 | Walker | Work on appeal brief. | 0.30 |
| 12/21/2023 | Rubin | Draft argument re clear error. | 4.20 |
| 12/22/2023 | Rubin | Research & drafting re clear error argument. | 0.40 |
| 12/23/2023 | Rubin | Legal and fact research re clear error argument. | 3.10 |
| 12/25/2023 | Rubin | Draft brief re clear error issues. | 0.50 |
| 12/26/2023 | Sokoloff | Revise draft appeal brief. | 1.90 |
| 12/26/2023 | Rubin | Draft brief re clear error issues. | 7.40 |
| 12/27/2023 | Sokoloff | Revise draft appeal brief. | 2.90 |
| 12/27/2023 | Sokoloff | Telephone conference with L. Walker and N. Rubin re: revisions to appeal brief. | 0.40 |
| 12/27/2023 | Walker | Revise appeal brief; confer with team re: preclusion issues. | 3.60 |
| 12/27/2023 | Rubin | Draft brief re clear error issues. | 5.00 |
| 12/27/2023 | Rubin | Teleconference with L. Walker & E. Sokoloff re opposition brief. | 0.40 |
| 12/27/2023 | Rubin | Email to L. Walker re brief organization. | 0.40 |
| 12/28/2023 | Sokoloff | Legal research re: response brief. | 5.80 |
| 12/28/2023 | Walker | Revise appeal brief; review clear error argument insert. | 0.80 |
| 12/29/2023 | Sokoloff | Legal research re: response brief. | 4.40 |
| 12/29/2023 | Rubin | Coordinate fee issues with J. Markowitz. | 0.30 |
| 12/29/2023 | Rubin | Prepare rate notice for 2024. | 1.30 |
| 12/30/2023 | Lamken | Emails on sealing issues. | 0.30 |
| 12/30/2023 | Walker | Revise appeal brief. | 0.80 |
| 12/31/2023 | Walker | Revise appeal brief. | 3.80 |
| 12/31/2023 | Rubin | Email to B. Wiltgen re LTL time. | 0.10 |

|  |  | Total Hours | 155.80 |
|---|---|---|---|
|  |  | Total Fees | $163,576.00 |

MoloLamken LLP                                                                                    Page: 4

---

### Timekeeper Summary

| | | |
|---|---|---|
| Rayiner I. Hashem | 3.00  hours at $975.00/hr | $2,925.00 |
| Jeffrey Lamken | 19.50  hours at $1,750.00/hr | $34,125.00 |
| Nathaniel Rubin | 51.10  hours at $775.00/hr | $39,602.50 |
| Eugene Sokoloff | 33.30  hours at $995.00/hr | $33,133.50 |
| Lucas Walker | 48.90  hours at $1,100.00/hr | $53,790.00 |

### Payments/Holdbacks

| Date | | Amount |
|---|---|---|
| 1/24/2024 | cash receipt 13471 13603 13754 | $64,485.28 |
| | Sub-total Payments: | $64,485.28 |

### Summary

| | |
|---|---|
| Fees: | $163,576.00 |
| Expenses: | $0.00 |
| Total Current Billing: | $163,576.00 |
| Current Fee Amt To be Pd by Debtor (80%): | $130,860.80 |
| Current Holdback Amount (20%): | $32,715.20 |
| Previous Balance Due: | $0.00 |
| **Total Amount Due:** | **$130,860.80** |

MoloLamken LLP                                                                                   Page: 5

# ML MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 13958
January 30, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
    for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through December 31, 2023**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---:|
| Fees: | $163,576.00 |
| Expenses: | $0.00 |
| Total Current Billing: | $163,576.00 |
| Current Fee Amt To be Pd by Debtor (80%): | $130,860.80 |
| Current Holdback Amount (20%): | $32,715.20 |
| Previous Balance Due: | $0.00 |
| **Total Now Due:** | **$130,860.80** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info Signature Bank | Bank info Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ▮▮▮▮▮ | Account Number: ▮▮▮▮▮ |
| | International SWIFT: ▮▮▮▮▮ |