# Exhibit "A"

65330545 v1

# brownrudnick

TALC CLAIMANTS, OFFICIAL COMMITTEE
C/O DAVID J. MOLTON
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6976037 |
| Date | Apr 4, 2024 |
| Client | 039535 |

RE: TALC CLAIMANTS, OFFICIAL COMMITTEE

## INVOICE

For professional services rendered in connection with the above captioned matter through March 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0001 | CASE ADMINISTRATION/DISBURSEMENTS [B110] | 0.00 | 634.41 | 634.41 |
| 039535.0005 | MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150] | 19,037.50 | 0.00 | 19,037.50 |
| 039535.0008 | FEE/EMPLOYMENT APPLICATIONS [B160] | 750.00 | 0.00 | 750.00 |
| 039535.0010 | CONTESTED MATTERS/LITIGATION (GENERAL) [B190] | 86,407.50 | 0.00 | 86,407.50 |
| 039535.0018 | DISMISSAL/TRUSTEE/EXAMINER MATTERS | 0.00 | 0.00 | 0.00 |
| | **Total** | **106,195.00** | **634.41** | **106,829.41** |

| | |
|---|---|
| Total Current Fees | $106,195.00 |
| 20 % Holdback Amount | (21,239.00) |
| 80% CURRENT BALANCE DUE | $84,956.00 |
| Total Current Costs | $634.41 |
| **Total Invoice** | **$85,590.41** |

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

Invoice     6976037  
Date     Apr 4, 2024  
Client     039535

RE: CASE ADMINISTRATION/DISBURSEMENTS [B110]

## INVOICE

For professional services rendered in connection with the above captioned matter through March 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0001 | CASE ADMINISTRATION/DISBURSEMENTS [B110] | 0.00 | 634.41 | 634.41 |
| | **Total** | **0.00** | **634.41** | **634.41** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $634.41 |
| **Total Invoice** | **$634.41** |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
April 4, 2024

Invoice 6976037  
Page 3

RE: CASE ADMINISTRATION/DISBURSEMENTS [B110]

## COST SUMMARY

| Description | Value |
|---|---:|
| FILING FEE | 307.00 |
| EXPERT FEES | 327.41 |
| **Total Costs** | **634.41** |

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE
C/O DAVID J. MOLTON
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6976037 |
| Date | Apr 4, 2024 |
| Client | 039535 |

RE: MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150]

# I N V O I C E

For professional services rendered in connection with the above captioned matter through March 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0005 | MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150] | 19,037.50 | 0.00 | 19,037.50 |
| | **Total** | **19,037.50** | **0.00** | **19,037.50** |

| | |
|---|---:|
| Total Current Fees | $19,037.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$19,037.50** |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
April 4, 2024  
Invoice 6976037  
Page 5

RE: MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150]

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.30 | 360.00 |
| 03/04/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.90 | 1,080.00 |
| 03/05/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 03/06/24 | REINING | WEEKLY COMMITTEE MEETING RE APPELLATE ISSUES | 0.30 | 292.50 |
| 03/06/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); WEEKLY COMMITTEE MEETING (.3) | 0.70 | 840.00 |
| 03/06/24 | JONAS | COMMITTEE CALL RE APPEALS | 0.40 | 900.00 |
| 03/07/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 03/08/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.30 | 360.00 |
| 03/13/24 | REINING | WEEKLY COMMITTEE CALL RE APPELLATE ISSUES | 0.50 | 487.50 |
| 03/13/24 | MOLTON | PARTICIPATE IN WEEKLY COMMITTEE CALL RE APPEAL STATUS AND ACTION ITEMS | 0.60 | 1,350.00 |
| 03/13/24 | WINOGRAD | COMMITTEE MEETING | 0.50 | 900.00 |
| 03/18/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 03/19/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 03/20/24 | REINING | WEEKLY COMMITTEE MEETING RE APPELLATE ISSUES | 0.20 | 195.00 |
| 03/20/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); WEEKLY COMMITTEE MEETING (.3); RESPOND TO EMAILS FROM MULTIPLE MEMBERS RE: MEETING (.4) | 1.10 | 1,320.00 |
| 03/20/24 | WINOGRAD | COMMITTEE CALL | 0.30 | 540.00 |



TALC CLAIMANTS, OFFICIAL COMMITTEE  Invoice 6976037
April 4, 2024  Page 6

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 03/21/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.30 | 360.00 |
| 03/25/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.50 | 600.00 |
| 03/26/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.50 | 600.00 |
| 03/27/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); WEEKLY COMMITTEE MEETING (.5) | 0.90 | 1,080.00 |
| 03/27/24 | REINING | WEEKLY COMMITTEE MEETING RE APPELLATE ISSUES | 0.50 | 487.50 |
| 03/27/24 | KASNETZ | COMMITTEE MEETING | 0.50 | 475.00 |
| 03/27/24 | JONAS | COMMITTEE CALL RE APPEALS | 0.50 | 1,125.00 |
| 03/27/24 | MOLTON | PARTICIPATE IN WEEKLY COMMITTEE CALL RE APPEAL STATUS AND ACTION ITEMS | 0.50 | 1,125.00 |
| 03/27/24 | WINOGRAD | COMMITTEE CALL | 0.80 | 1,440.00 |
| 03/29/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.6); CALL WITH TALC CLAIMANT RE: STATUS OF CASE/CLAIMS (.4) | 1.00 | 1,200.00 |
| | **Total Hours and Fees** | | **13.70** | **19,037.50** |

### TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| JEFFREY L. JONAS | 0.90 | hours at | 2,250.00 | 2,025.00 |
| DAVID J. MOLTON | 1.10 | hours at | 2,250.00 | 2,475.00 |
| MICHAEL S. WINOGRAD | 1.60 | hours at | 1,800.00 | 2,880.00 |
| SUSAN SIEGER-GRIMM | 8.10 | hours at | 1,200.00 | 9,720.00 |
| MICHAEL W. REINING | 1.50 | hours at | 975.00 | 1,462.50 |
| ALEXANDER F. KASNETZ | 0.50 | hours at | 950.00 | 475.00 |
| **Total Fees** | | | | **19,037.50** |

# brownrudnick

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

Invoice 6976037  
Date Apr 4, 2024  
Client 039535

RE: FEE/EMPLOYMENT APPLICATIONS [B160]

## INVOICE

For professional services rendered in connection with the above captioned matter through March 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0008 | FEE/EMPLOYMENT APPLICATIONS [B160] | 750.00 | 0.00 | 750.00 |
| | **Total** | **750.00** | **0.00** | **750.00** |

|  |  |
|---|---|
| Total Current Fees | $750.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$750.00** |



TALC CLAIMANTS, OFFICIAL COMMITTEE  Invoice 6976037
April 4, 2024  Page 8

RE: FEE/EMPLOYMENT APPLICATIONS [B160]

### TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 03/11/24 | COHEN | EMAILS WITH LOCAL COUNSEL AND SUBMIT MONTHLY FEE STATEMENT AND CNO FOR JANUARY TO JONES DAY | 0.20 | 100.00 |
| 03/12/24 | COHEN | WORK ON AND FINALIZE FEBRUARY MONTHLY FEE STATEMENT AND SUBMIT FOR FILING | 1.10 | 550.00 |
| 03/13/24 | COHEN | SEND FILED MONTHLY STATEMENT AND LEDES TO JONES DAY | 0.20 | 100.00 |
| | **Total Hours and Fees** | | **1.50** | **750.00** |

### TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| HARRIET E. COHEN | 1.50 | hours at | 500.00 | 750.00 |
| | **Total Fees** | | | **750.00** |

# brownrudnick

TALC CLAIMANTS, OFFICIAL COMMITTEE
C/O DAVID J. MOLTON
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6976037 |
| Date | Apr 4, 2024 |
| Client | 039535 |

RE: CONTESTED MATTERS/LITIGATION (GENERAL) [B190]

## INVOICE

For professional services rendered in connection with the above captioned matter
through March 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0010 | CONTESTED MATTERS/LITIGATION (GENERAL) [B190] | 86,407.50 | 0.00 | 86,407.50 |
| | **Total** | **86,407.50** | **0.00** | **86,407.50** |

| | |
|---|---:|
| Total Current Fees | $86,407.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$86,407.50** |

TALC CLAIMANTS, OFFICIAL COMMITTEE  
April 4, 2024

Invoice 6976037  
Page 10

### RE: CONTESTED MATTERS/LITIGATION (GENERAL) [B190]

**TIME DETAIL**

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 02/26/24 | WINOGRAD | EMAILS AND REVIEW RE WATTS GUERRA | 2.10 | 3,780.00 |
| 02/27/24 | WINOGRAD | EMAILS RE STATUS AND STRATEGY | 0.50 | 900.00 |
| 02/28/24 | WINOGRAD | EMAILS, RESEARCH ADN REVIEW RE AHC ISSUE | 1.50 | 2,700.00 |
| 03/01/24 | WINOGRAD | EMAILS AND REVIEW RE ARGUMENT AVAILABILITY LETTER (.6); EMAILS AND OUTLINING RE APPEAL (1.8) | 2.40 | 4,320.00 |
| 03/06/24 | WINOGRAD | REVIEW NEW CASES RE APPEAL (3.8); EMAILS RE CASES (.8) | 4.60 | 8,280.00 |
| 03/07/24 | WINOGRAD | REVIEW CASE RE APPEAL (1.1); REVIEW DRAFT LETTER TO COURT RE CASE (1.3) | 2.40 | 4,320.00 |
| 03/08/24 | WINOGRAD | RESEARCH AND PREPARE FOR ORAL ARGUMENT | 2.80 | 5,040.00 |
| 03/11/24 | WINOGRAD | RESEARCH AND OUTLINING FOR ORAL ARGUMENT | 2.00 | 3,600.00 |
| 03/13/24 | REINING | ANALYSIS OF RECENT DEVELOPMENTS RE THIRD CIRCUIT APPEAL | 0.10 | 97.50 |
| 03/13/24 | WINOGRAD | OUTLINING APPEAL STRATEGY | 0.80 | 1,440.00 |
| 03/14/24 | WINOGRAD | ZOOM RE APPEAL (.4); OUTLINING FOR APPEAL (1.9); RESEARCH RE LEGAL ISSUES (1.1); FACT RESEARCH RE ARGUMENT (1.3) | 4.70 | 8,460.00 |
| 03/15/24 | WINOGRAD | CALL RE STRATEGY (.3); OUTLINING FOR MOOT ARGUMENT (1.9) | 2.20 | 3,960.00 |
| 03/18/24 | WINOGRAD | OUTLINING FOR MOOT COURT | 3.10 | 5,580.00 |
| 03/19/24 | WINOGRAD | REVIEW AND EMAILS RE 28(J) RESPONSE LETTER (.9); RESEARCH RE LETTER (1.9); PREP FOR COMMITTEE CALL (.5) | 3.30 | 5,940.00 |
| 03/20/24 | WINOGRAD | RESEARCH AND OUTLINING RE 28(J) ISSUE (1.9); OUTLINING FOR MOOT COURT (2.1) | 4.00 | 7,200.00 |
| 03/21/24 | WINOGRAD | OUTLINING FOR MOOT ARGUMENT | 1.10 | 1,980.00 |
| 03/22/24 | WINOGRAD | RESEARCH RE LTL TRIAL (.8); PREP FOR MOOT ARGUMENT (1.8); RESEARCH AND EMAILS RE STRATEGY (1.1) | 3.70 | 6,660.00 |
| 03/25/24 | WINOGRAD | EMAILS RE APPEAL (.3); OUTLINING FOR APPEAL (.8) | 1.10 | 1,980.00 |
| 03/26/24 | WINOGRAD | REVIEW ARGUMENT OUTLINES | 1.80 | 3,240.00 |
| 03/27/24 | WINOGRAD | PREP FOR COMMITTEE CALL (.5); RESEARCH RE APPEAL (.5) | 1.00 | 1,800.00 |
| 03/28/24 | JONAS | REVIEW CORRESPONDENCE | 0.20 | 450.00 |
| 03/28/24 | WINOGRAD | OUTLINING FOR MOOT COURT ARGUMENT | 1.30 | 2,340.00 |

TALC CLAIMANTS, OFFICIAL COMMITTEE  Invoice 6976037
April 4, 2024  Page 11

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 03/29/24 | WINOGRAD | EMAILS AND OUTLINING RE APPEAL | 1.30 | 2,340.00 |
| | **Total Hours and Fees** | | **48.00** | **86,407.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| JEFFREY L. JONAS | 0.20 | hours at | 2,250.00 | 450.00 |
| MICHAEL S. WINOGRAD | 47.70 | hours at | 1,800.00 | 85,860.00 |
| MICHAEL W. REINING | 0.10 | hours at | 975.00 | 97.50 |
| **Total Fees** | | | | **86,407.50** |

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

Invoice  6976037  
Date  Apr 4, 2024  
Client  039535

RE: DISMISSAL/TRUSTEE/EXAMINER MATTERS

## INVOICE

For professional services rendered in connection with the above captioned matter
through March 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0018 | DISMISSAL/TRUSTEE/EXAMINER MATTERS | 0.00 | 0.00 | 0.00 |
| | **Total** | **0.00** | **0.00** | **0.00** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$0.00** |

TALC CLAIMANTS, OFFICIAL COMMITTEE  
April 4, 2024

Invoice 6976037  
Page 13

RE: DISMISSAL/TRUSTEE/EXAMINER MATTERS

*INCLUDES ONLY TIME AND COSTS TO DATE*  
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*  
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

| | |
|---|---|
| TALC CLAIMANTS, OFFICIAL COMMITTEE | Invoice    6976037 |
| C/O DAVID J. MOLTON | Date    Apr 4, 2024 |
| BROWN RUDNICK LLP | Client    039535 |
| SEVEN TIMES SQUARE | |
| NEW YORK, NY 10036 | |

RE: TALC CLAIMANTS, OFFICIAL COMMITTEE



Remittance remit

**Balance Due:   $85,590.41**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200