# EXHIBIT A
# Time and Expense Detail

7895376.1

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

April 9, 2024
BILL NO. 238491

Client/Matter No.:      93174/0902
Matter Name:            LTL MANAGEMENT II
Billing Partner:        RG HADDAD

For Services Rendered Through January 31, 2024:

---

Phase: L0005                                    MEETINGS OF AND COMMUNICATIONS WITH COMM

---

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/03/24<br>JSF | Telephone Call(s)<br>Participate in Meeting with TCC re: Update on Appeals | .80 | 892.00 |
| 01/03/24<br>MLC | Conference call(s)<br>Discussion with TCC re status of appeal | .20 | 370.00 |
| 01/10/24<br>JSF | Telephone Call(s)<br>Participate in Meeting with AHC re: Appeals Updates | .20 | 223.00 |
| 01/10/24<br>DAC | Communicate (other outside counsel)<br>Participate in committee meeting re appellate strategy | .20 | 204.00 |
| 01/17/24<br>JSF | Telephone Call(s)<br>Participate in Weekly Meeting of TCC re: Appeals Updates | .20 | 223.00 |
| 01/17/24<br>ACS | Conference(s) w/ CoCounsel - Other<br>Zoom meet with TCC Members, Co-counsel and Member Reps re appeal | .10 | 135.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

```
Client/Matter:  93174/0902                                          April 9, 2024
Page 2                                                           BILL NO. 238491
```

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/17/24 DAC | Communicate (with client) Conference with committee and counsel re appellate strategies | .20 | 204.00 |
| 01/24/24 JSF | Telephone Call(s) Participate in Weekly Meeting with TCC re: Updates on Appeal | .20 | 223.00 |
| 01/24/24 MLC | Conference call(s) Conference call with TCC co-counsel re appeal | .20 | 370.00 |
| 01/31/24 ACS | Conference(s) w/ CoCounsel - Other Zoom meeting of TCC Members, Co-counsel and Member Reps re appeal status | .30 | 405.00 |
| TOTAL PHASE L0005 | | 2.60 | $3,249.00 |

Phase: L0018                                    DISMISSAL/TRUSTEE/EXAMINER MATTERS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/02/24 JB | Analysis of Legal Papers Review appeal status/briefing schedule | .30 | 295.50 |
| 01/03/24 JB | Analysis of Legal Papers Assess appeal status. | .30 | 295.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

| | | | |
|---|---|---|---|
| Client/Matter: 93174/0902 | | | April 9, 2024 |
| Page 3 | | | BILL NO. 238491 |

| DATE / ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/10/24 DAC | Review/analyze<br>Review, comment on, and revise merits brief for appeal to Third Circuit | 5.90 | 6,018.00 |
| 01/12/24 JB | Analysis of Memorandum<br>Review appeal issues in view of conversion of LTL to LLT | .30 | 295.50 |
| 01/12/24 JB | Analysis of Legal Papers<br>Review co-counsel comments to draft appellate brief | .50 | 492.50 |
| 01/12/24 ACS | Review/correct Legal doc for appeal<br>Review draft appeal brief and insert edits and comments | 3.20 | 4,320.00 |
| 01/12/24 ACS | Correspondence w/CoCounsel - Other<br>Email to appellate team re appellate brief | .20 | 270.00 |
| 01/19/24 JB | Analysis of Legal Papers<br>Review draft TCC appellate brief | .60 | 591.00 |
| 01/24/24 JSF | Telephone Call(s)<br>Participate in Call with Counsel for States re: Update and Appellate Position | .30 | 334.50 |
| 01/25/24 ACS | Review/correct Opposing app. brief<br>Review and insert edits into revised TCC appellee brief | 2.30 | 3,105.00 |

**OTTERBOURG P.C.**

230 PARK AVENUE

NEW YORK, NY  10169-0075

| | | | |
|---|---|---|---|
| Client/Matter:  93174/0902 | | | April 9, 2024 |
| Page 4 | | | BILL NO. 238491 |

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/26/24 JB | Analysis of Legal Papers<br>Review final filed TCC brief to third Circuit | .80 | 788.00 |
| 01/26/24 JB | Analysis of Legal Papers<br>Review US Trustee brief to the Third Circuit | .70 | 689.50 |
| 01/29/24 JSF | Examine Documents<br>Review of TCC Appellate Brief | 1.40 | 1,561.00 |
| 01/29/24 JSF | Examine Documents<br>Review of UST Response Brief re: MTD Appeal | .70 | 780.50 |
| **TOTAL PHASE L0018** | | **17.50** | **$19,836.50** |
| | TOTAL FOR SERVICES | | **$23,085.50** |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

```
Client/Matter:  93174/0902                                    April 9, 2024
Page 5                                                        BILL NO. 238491


DISBURSEMENTS FOR YOUR ACCOUNT

     Electronic Research                                           127.35
                                                              _____
                              TOTAL DISBURSEMENTS                  127.35

                              TOTAL THIS STATEMENT             $23,212.85
```