# EXHIBIT A
# Time and Expense Detail

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

```
                                                                    April 9, 2024
Client/Matter No.:     93174/0902                                 BILL NO. 238492
Matter Name:           LTL MANAGEMENT II
Billing Partner:       RG HADDAD

For Services Rendered Through February 29, 2024:
```

---

Phase: L0005                                    MEETINGS OF AND COMMUNICATIONS WITH COMM

---

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/07/24<br>JSF | Telephone Call(s)<br>Participate in Weekly Catch Up Meeting with TCC re: Appeals | .20 | 223.00 |
| 02/07/24<br>MLC | Conference call(s)<br>Conference call with appellate counsel re appellate status and next steps | .30 | 555.00 |
| 02/14/24<br>SPB | Telephone Call(s) - Creditors Committee<br>Attend weekly TCC call re appeal update | .30 | 420.00 |
| 02/21/24<br>JSF | Telephone Call(s)<br>Participate in TCC Meeting re: Appellate Updates | .50 | 557.50 |
| 02/28/24<br>MLC | Conference call(s)<br>Conference call with appellate counsel re next steps and strategy | .30 | 555.00 |
| 02/28/24<br>DAC | Communicate (with client)<br>Meet with committee and counsel re appellate strategy | .40 | 408.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

| | |
|---|---|
| Client/Matter:  93174/0902 | April 9, 2024 |
| Page 2 | BILL NO. 238492 |

| | | |
|---|---|---|
| TOTAL PHASE L0005 | 2.00 | $2,718.50 |

---

**Phase: L0018**                                                     DISMISSAL/TRUSTEE/EXAMINER MATTERS

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/14/24 JB | Analysis of Legal Papers<br>Review emails re: appellate schedule/timing of reply briefs and issues | .30 | 295.50 |
| 02/14/24 MLC | Conference call(s)<br>Conference call with appellate counsel re strategy and next steps | .10 | 185.00 |
| 02/16/24 JB | Analysis of Legal Papers<br>Review Debtors/AHC reply brief to TCC appellate brief | 1.50 | 1,477.50 |
| 02/16/24 JB | Analysis of Correspondence<br>Review letter from appellate court re: oral argument | .20 | 197.00 |
| 02/17/24 MLC | Review Documents<br>Review of debtors' reply on appeal | 1.30 | 2,405.00 |
| 02/17/24 MLC | Review Documents<br>Review of AHC's reply on appeal | .80 | 1,480.00 |
| 02/19/24 ACS | Analysis of Legal doc for appeal<br>Review LTL appellant reply brief | .70 | 945.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  93174/0902                                              April 9, 2024
Page 3                                                                  BILL NO. 238492

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 02/19/24<br>ACS | Analysis of Legal doc for appeal<br>Review AHC appellant reply brief | .30 | 405.00 |
| 02/20/24<br>JSF | Examine Documents<br>Review of LTL Reply Brief to Third Circuit | 1.10 | 1,226.50 |
| 02/20/24<br>JSF | Examine Documents<br>Review of AHC Reply Brief to Third Circuit | .40 | 446.00 |
| TOTAL PHASE L0018 | | 6.70 | $9,062.50 |
| | TOTAL FOR SERVICES | | $11,781.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

```
Client/Matter:  93174/0902                                    April 9, 2024
Page 4                                                       BILL NO. 238492


DISBURSEMENTS FOR YOUR ACCOUNT

    Electronic Research                                              28.00
                                                             _____
                            TOTAL DISBURSEMENTS                      28.00
```