# EXHIBIT A
# Time and Expense Detail

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

|  |  |
|---|---|
| Client/Matter No.:   93174/0902 | April 9, 2024 |
| Matter Name:         LTL MANAGEMENT II | BILL NO. 238493 |
| Billing Partner:     RG HADDAD |  |

For Services Rendered Through March 31, 2024:

Phase: L0005                                            MEETINGS OF AND COMMUNICATIONS WITH COMM

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/06/24<br>JSF | Telephone Call(s)<br>Participate in Meeting with AHC re: Update on Appeals Process | .40 | 446.00 |
| 03/06/24<br>DAC | Communicate (with client)<br>Meet with committee re appellate strategy | .30 | 306.00 |
| 03/06/24<br>SPB | Miscellaneous<br>Attend weekly TCC call regarding appeal issues | .40 | 560.00 |
| 03/13/24<br>JSF | Telephone Call(s)<br>Participate in Weekly Meeting of Ad Hoc re: Updates on Appeal | .50 | 557.50 |
| 03/13/24<br>SPB | Telephone Call(s)<br>Participate on weekly TCC call regarding appeal update | .50 | 700.00 |
| 03/20/24<br>JSF | Telephone Call(s)<br>Participate in TCC Update Call re: Appeal | .20 | 223.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

| Client/Matter: 93174/0902 | April 9, 2024 |
|---|---|
| Page 2 | BILL NO. 238493 |

| DATE / ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/20/24 SPB | Telephone Call(s) Lead weekly TCC call to discuss debtor letter reponse regarding TCC continued existence for purposes of appeal. | .20 | 280.00 |
| 03/27/24 JSF | Telephone Call(s) Participate in Meeting with TCC re: Appellate Update | .40 | 446.00 |
| 03/27/24 DAC | Communicate (with client) Participate in committee meeting with clients re appellate strategy | .40 | 408.00 |
| 03/27/24 SPB | Telephone Call(s) Participate on weekly TCC call re appellate update | .50 | 700.00 |
| TOTAL PHASE L0005 | | 3.80 | $4,626.50 |

| Phase: L0008 | FEE/EMPLOYMENT APPLICATIONS |
|---|---|

| DATE / ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/13/24 SPB | Miscellaneous Review letter submission regarding existing of TCC for appeal purposes. | .10 | 140.00 |
| TOTAL PHASE L0008 | | .10 | $140.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

| | |
|---|---|
| Client/Matter:  93174/0902 | April 9, 2024 |
| Page 3 | BILL NO. 238493 |

---

**Phase: L0018**                                                              DISMISSAL/TRUSTEE/EXAMINER MATTERS

---

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/05/24<br>JB | Analysis of Legal Papers<br>Review Third Circuit argument schedule/appeal status | .20 | 197.00 |
| 03/06/24<br>MLC | Correspondence<br>Correspondence with appellate team re appellate strategy | .30 | 555.00 |
| 03/07/24<br>JB | Analysis of Legal Papers<br>Review decision re: creditors committee standing and potential letter to Third Circuit on appeal | .40 | 394.00 |
| 03/07/24<br>MLC | Revision of Documents<br>Review and revision to draft 28(j) letter on appeal | 1.00 | 1,850.00 |
| 03/08/24<br>JB | Analysis of Legal Papers<br>Review Bestwell motion to dismiss and assess interplay with LTL appeal | .50 | 492.50 |
| 03/13/24<br>JB | Analysis of Legal Papers<br>Review final Rule 28(j) letter filed with appellate court and underlying new authority. | .50 | 492.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                          April 9, 2024
Page 4                                                              BILL NO. 238493

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 03/20/24<br>JB | Analysis of Legal Papers<br>Review LTL response to Committee continuation in connection with appreal case | .30 | 295.50 |

TOTAL PHASE L0018                                          3.20           $4,276.50


                                         TOTAL FOR SERVICES           $9,043.00



                                         TOTAL THIS STATEMENT         $9,043.00