Exhibit "A"



MILLER THOMSON LLP  
SCOTIA PLAZA  
40 KING STREET WEST, SUITE 5800  
P.O. BOX 1011  
TORONTO, ON  M5H 3S1  
CANADA

T 416.595.8500  
F 416.595.8695

MILLERTHOMSON.COM

# Account Summary and Remittance Form

**March 31, 2024**

Invoice Number 3986382

Official Committee of Talc Claimants  
c/o Brown Rudnick LLP  
Seven Times Square  
New York, NY  10036  
United States

Attention:  David Molton, Counselor at Law

**Re:     Johnson & Johnson - Talc Litigation (2023)**  
**Our File No. 0265758.0002**

| | |
|---|---:|
| **Fees:** | **$1,158.00** |
| **Total Amount Due** | **$1,158.00** |

Please return the Account Summary and Remittance Form with your payment.  
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be  
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



MILLER THOMSON LLP
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T 416.595.8500
F 416.595.8695

MILLERTHOMSON.COM

**March 31, 2024**

Invoice Number 3986382

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention: David Molton, Counselor at Law

To Professional Services Rendered in connection with the following matter(s) including:

**Re:**    **Johnson & Johnson - Talc Litigation (2023)**
           **Our File No. 0265758.0002**

| **Date** | **Initials** | **Description** | **Hours** |
|---|---|---|---|
| 03/06/2024 | JCC | Attend TCC meeting regarding appeal; | 0.30 |
| 03/13/2024 | JCC | Attend TCC meeting regarding appeal; | 0.40 |
| 03/20/2024 | JCC | Attend TCC meeting regarding appeal; | 0.10 |
| 03/27/2024 | JCC | Attend TCC meeting regarding appeal; | 0.40 |
|  | **Total Hours** |  | **1.20** |

**Our Fee:**                                                                                         1,158.00

| **TK ID** | **Initials** | **Name** | **Title** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|---|---|---|
| 00615 | JCC | J. Carhart | Partner | $965.00 | 1.20 | $1,158.00 |

**Total Amount Due**                                                                                       $1,158.00

E.&O.E.

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.