# EXHIBIT A

GENOVA BURNS LLC

April 8, 2024
Invoice No.:   511879

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 3/01/24 | DMS | B110 | Email with Appellate team regarding status. | .30 | 900.00 | 270.00 |
| 3/01/24 | LD | B160 | Prepare and file CNO re MT January fee statement. | .50 | 275.00 | 137.50 |
| 3/01/24 | LD | B160 | Prepare, file and serve GB January fee statement; prepare and file COS. | 1.00 | 275.00 | 275.00 |
| 3/04/24 | DMS | B110 | Review invite for appeal call. | .10 | 900.00 | 90.00 |
| 3/05/24 | DMS | B110 | Review and file Molo January fees. | .20 | 900.00 | 180.00 |
| 3/05/24 | LD | B160 | File and serve MoloLamken January fee statement. | .40 | 275.00 | 110.00 |
| 3/05/24 | LD | B160 | Prepare and file COS re Mololamken January fee statement. | .50 | 275.00 | 137.50 |
| 3/05/24 | LD | B160 | Prepare and file CNO re MG January fee statement. | .50 | 275.00 | 137.50 |
| 3/06/24 | LD | B160 | Prepare draft February monthly fee statement for MT. | 1.00 | 275.00 | 275.00 |
| 3/07/24 | DMS | B110 | Review LTL appellate brief on HL and send to appellate team for review. | .70 | 900.00 | 630.00 |
| 3/07/24 | LD | B160 | File and serve MT February fee statement; prepare and file COS re same. | .50 | 275.00 | 137.50 |
| 3/11/24 | LD | B160 | Prepare and file CNO re BR 12/19/23-1/31/24 fee statement. | .50 | 275.00 | 137.50 |
| 3/12/24 | LD | B160 | Redact, file and serve BR February fee statement. | .40 | 275.00 | 110.00 |
| 3/12/24 | LD | B160 | Prepare and file COS re BR February fee statement. | .40 | 275.00 | 110.00 |
| 3/13/24 | DMS | B110 | TCC call. | .50 | 900.00 | 450.00 |
| 3/15/24 | DMS | B110 | Review and file Massey Fee Statement. | .20 | 900.00 | 180.00 |
| 3/15/24 | LD | B160 | Prepare draft GB February fee statement. | .60 | 275.00 | 165.00 |
| 3/18/24 | LD | B160 | File and serve MG February fee statement; prepare and file COS. | .80 | 275.00 | 220.00 |

GENOVA BURNS LLC

April 8, 2024
Invoice No.:    511879

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 3/18/24 | LD | B160 | Prepare and file CNO re GB January fee statement. | .40 | 275.00 | 110.00 |
| 3/20/24 | DMS | B110 | TCC appellate call. | .30 | 900.00 | 270.00 |
| 3/21/24 | LD | B160 | Prepare and file CNO re MoloLamken January 2024 fee statement. | .40 | 275.00 | 110.00 |
| 3/27/24 | DMS | B110 | Creditor Committee call and follow up with Molton. | .50 | 900.00 | 450.00 |

**TOTAL PROFESSIONAL SERVICES**      **$ 4,692.50**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Daniel M Stolz | Partner | 2.80 | 900.00 | 2,520.00 |
| Lorrie Denson | Paralegal | 7.90 | 275.00 | 2,172.50 |
| **TOTALS** | | **10.70** | | **$ 4,692.50** |

**TOTAL THIS INVOICE**      **$ 4,692.50**

GENOVA BURNS LLC

April 8, 2024
Invoice No.:    511879

**ACCOUNTS RECEIVABLE INVOICES OUTSTANDING**

| Invoice Number | DATE | Invoice Total | Payments Received | Adjustments Applied | Ending Balance |
|---|---|---|---|---|---|
| 501070 | 9/22/23 | 19,325.00 | 15,460.00 | .00 | 3,865.00 |
| 503672 | 10/27/23 | 13,412.50 | 10,730.00 | .00 | 2,682.50 |
| 504908 | 11/21/23 | 25,215.05 | 14,841.05 | -5,487.00 | 4,887.00 |
| 506176 | 12/11/23 | 14,610.00 | 11,114.76 | -1,000.00 | 2,495.24 |
| 507949 | 1/17/24 | 18,971.55 | 15,493.79 | -426.76 | 3,051.00 |
| 508782 | 2/29/24 | 7,993.50 | 6,398.00 | .00 | 1,595.50 |
| 510760 | 4/02/24 | 5,630.00 | .00 | .00 | 5,630.00 |

Previous Balance                                    $ 24,206.24

Balance Due This Invoice                            $ 4,692.50

**TOTAL BALANCE DUE**                               **$ 28,898.74**