**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE STATEMENT COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Paul Hastings LLP |
| Case No.: | 23-12825 (MBK) | Client: | Ad Hoc Committee of Supporting Counsel |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

**SECTION I**
**FEE SUMMARY**

Monthly Fee Statement Covering the Period from
November 1, 2023 through November 30, 2023

| | |
|---|---|
| Total Fees: | $121,046.50 |
| Total Disbursements: | $1,535.26 |
| Minus 20% holdback of Fees: | $(24,209.30) |
| **Amount Sought at this Time** | **$98,372.46** |

| | | | | Total for Statement Period | |
|---|---|---|---|---|---|
| Name | Department or Group | Date of First Admission | Hourly Rate | Hours Billed | Amount |
| Hansen, Kris | Financial Restructuring | 1996 | $2,135.00 | 2.00 | $4,270.00 |
| Kinnaird, Stephen | Complex Litigation & Arbitration | 1995 | $1,805.00 | 0.20 | $361.00 |
| Whitner, William | Complex Litigation & Arbitration | 1996 | $1,700.00 | 0.70 | $1,190.00 |
| | | **Total Partner:** | | **2.90** | **$5,821.00** |
| Micheli, Matthew | Financial Restructuring | 2002 | $1,700.00 | 5.80 | $9,860.00 |
| Montefusco, Ryan | Financial Restructuring | 2012 | $1,650.00 | 41.10 | $67,815.00 |
| | | **Total Counsel:** | | **46.90** | **$77,675.00** |

|  |  |  |  | Total for Statement Period ||
|---|---|---|---|---|---|
| Name | Department or Group | Date of First Admission | Hourly Rate | Hours Billed | Amount |
| Farmer, Will | Financial Restructuring | 2018 | $1,270.00 | 18.70 | $23,749.00 |
| Miliotes, Lanie | Financial Restructuring | 2023 | $855.00 | 12.80 | $10,944.00 |
| Simpson, Louise | Financial Restructuring | 2022 | $855.00 | 0.50 | $427.50 |
| | | **Total Associate:** | | **32.00** | **$35,120.50** |
| Magzamen, Michael | Financial Restructuring | | $540.00 | 4.30 | $2,322.00 |
| Mohamed, David | Financial Restructuring | | $540.00 | 0.20 | $108.00 |
| | | **Total Paraprofessional:** | | **4.50** | **$2,430.00** |
| | | **Total:** | | **86.30** | **$121,046.50** |

# SECTION II
# SUMMARY OF SERVICES

|  |  | Total for Statement Period | |
|---|---|---|---|
| **U.S. Trustee Task Code and Project Category** | | **Total Hours** | **Total Fees** |
| B110 | Case Administration | 2.80 | $5,282.00 |
| B113 | Pleadings Review | 1.00 | $540.00 |
| B155 | Court Hearings | 1.90 | $3,044.00 |
| B160 | Employment / Fee Applications (Paul Hastings) | 2.30 | $3,234.00 |
| B191 | General Litigation | 78.30 | $108,946.50 |
| TOTAL | | **86.30** | **$121,046.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Category | Total for Statement Period |
|---|---:|
| Computer Search | $1,446.30 |
| Reproduction Charges | $88.96 |
| TOTAL | **$1,535.26** |

I certify under the penalty of perjury that the above is true.

Dated: April 12, 2024

                                                /s/ Mathew M. Murphy
                                                Mathew M. Murphy

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Kristopher M. Hansen (*admitted pro hac vice*)<br><br>PAUL HASTINGS LLP<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Matthew M. Murphy (*admitted pro hac vice*)<br>Matthew Micheli (*admitted pro hac vice*)<br><br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street, P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Michael D. Sirota<br>Warren A. Usatine<br>Seth Van Aalten (*admitted pro hac vice*)<br>Justin Alberto (*admitted pro hac vice*)<br><br>PARKINS & RUBIO LLP<br>700 Milam, Suite 1300<br>Houston, Texas 77002<br>Lenard M. Parkins (*admitted pro hac vice*)<br>Charles M. Rubio (*admitted pro hac vice*)<br><br>*Counsel to Ad Hoc Committee of Supporting Counsel* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                            Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

**MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP,
COUNSEL TO AD HOC COMMITTEE OF SUPPORTING COUNSEL, FOR THE
PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

On June 20, 2023, the Court entered the Order Authorizing the Debtor to Enter into the Reimbursement Agreement [ECF No. 838] (the "Reimbursement Order"), pursuant to which the Debtor entered into a post-petition expense reimbursement agreement (the "Reimbursement Agreement") to pay certain fees and expenses of the Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel").

The Reimbursement Agreement provides that the Debtor will pay the reasonable and documented fees and out-of-pocket expenses of professionals retained by the AHC of Supporting Counsel, including, among others, Paul Hastings LLP ("Paul Hastings"), for the period from April 18, 2023 through the termination of the Reimbursement Agreement.

The Reimbursement Agreement further provides that Paul Hastings will file monthly fee statements and interim and final fee applications in accordance with the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals [ECF No. 562] (the "Interim Compensation Order"), entered on May 22, 2023.

The Court's *Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. § 1112(b); (II) Establishing Procedures With Respect to Requests for Compensation; and (III) Granting Related Relief* [ECF No. 1211] (the "Dismissal Order") provides that the "fees and expenses of professionals retained by the Ad Hoc Committee of Supporting Counsel shall remain subject to the" Reimbursement Agreement. The Dismissal Order further provides that the Interim Compensation Order "shall remain in full force and effect through and including the Appeal Exhaustion Date" for Retained Professionals, which covers professionals retained by the Ad Hoc Committee of Supporting Counsel.

Paul Hastings respectfully submits this Fee Application in accordance with the Reimbursement Order, the Reimbursement Agreement, the Interim Compensation Order and the

Dismissal Order for services rendered and expenses incurred as counsel to the Ad Hoc Committee of Supporting Counsel for the period commencing November 1, 2023 and ending November 30, 2023 (the "Statement Period").

The billing invoices, along with a detailed breakdown of all out-of-pocket disbursements necessarily incurred by Paul Hastings for the Statement Period are annexed hereto as Exhibit A. These invoices detail the services performed by Paul Hastings.

The payment of fees and reimbursement of expenses requested in this Statement are as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $121,046.50 | $24,209.30 | $96,837.20 | $1,535.26 |

**WHEREFORE**, Paul Hastings respectfully requests payment of fees and reimbursement of expenses for the Statement Period of $98,372.46 (80% of total fees and 100% of expenses) in accordance with the Interim Compensation Order.

Dated: April 12, 2024　　　　　　　**PAUL HASTINGS LLP**

/s/ Matthew M. Murphy
Matthew M. Murphy (*admitted pro hac vice*)
Matthew Micheli (*admitted pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Email:  mattmurphy@paulhastings.com
　　　　 mattmicheli@paulhastings.com

Kristopher M. Hansen (*admitted pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Email:   krishansen@paulhastings.com

*Counsel to AHC of Supporting Counsel*

**EXHIBIT A**

Case 23-12825-MBK    Doc 1728    Filed 04/12/24    Entered 04/12/24 17:13:15    Desc Main
Document    Page 9 of 19

**EXHIBIT A**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL
488 Madison Avenue
New York, NY

February 9, 2024

Please Refer to
Invoice Number: 2387488

Attn: Jonathan Schulman

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Representation in Chapter 11 bankruptcy proceedings**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2023 | $121,046.50 |
| Costs incurred and advanced | 1,535.26 |
| **Current Fees and Costs Due** | **$122,581.76** |
| **Total Balance Due - Due Upon Receipt** | **$122,581.76** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Ad Hoc Committee of Supporting Talc Counsel in LTL<br>488 Madison Avenue<br>New York, NY | February 9, 2024<br><br>Please Refer to<br>Invoice Number: 2387488 |
| Attn: Jonathan Schulman | PH LLP Tax ID No. 95-2209675 |

## REMITTANCE COPY

**Representation in Chapter 11 bankruptcy proceedings**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

| | |
|---|---:|
| Legal fees for professional services<br>for the period ending November 30, 2023 | $121,046.50 |
| Costs incurred and advanced | 1,535.26 |
| **Current Fees and Costs Due** | **$122,581.76** |
| **Total Balance Due - Due Upon Receipt** | **$122,581.76** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL
488 Madison Avenue
New York, NY

February 9, 2024

Please Refer to
Invoice Number: 2387488

Attn: Jonathan Schulman

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2023

**Representation in Chapter 11 bankruptcy proceedings**                     $121,046.50

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110** | **Case Administration** | | | | |
| 11/01/2023 | KH18 | Client discussions regarding appellate filings | 1.00 | 2,135.00 | 2,135.00 |
| 11/06/2023 | MM53 | Analyze pending and upcoming case matters | 0.20 | 1,700.00 | 340.00 |
| 11/07/2023 | MM53 | Analyze case matters | 0.20 | 1,700.00 | 340.00 |
| 11/10/2023 | MM53 | Analyze case matters | 0.10 | 1,700.00 | 170.00 |
| 11/13/2023 | KH18 | Correspond with R. Montefusco regarding appellate filings (.1); analysis re same (.9) | 1.00 | 2,135.00 | 2,135.00 |
| 11/20/2023 | MM57 | Correspond with R. Montefusco, M. Micheli and L. Miliotes re: case and appellate deadlines | 0.30 | 540.00 | 162.00 |
| | | **Subtotal: B110 Case Administration** | **2.80** | | **5,282.00** |

**B113** **Pleadings Review**

| | | | | | |
|---|---|---|---|---|---|
| 11/02/2023 | MM57 | Review recent ECF filings and update working group re: same | 0.10 | 540.00 | 54.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL  Page 2
51691-00002
Invoice No. 2387488

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/09/2023 | MM57 | Review recent ECF filings and update working group re: same | 0.10 | 540.00 | 54.00 |
| 11/13/2023 | MM57 | Review recent ECF filings and update working group re: same (.2); correspond with R. Montefusco re: same (.2); calendar critical dates re: same (.1); confirm no opposition to motion (.1) | 0.60 | 540.00 | 324.00 |
| 11/17/2023 | MM57 | Review recent ECF filings and update working group re: same (.1); correspond with R. Montefusco re: same (.1) | 0.20 | 540.00 | 108.00 |
| | | **Subtotal: B113  Pleadings Review** | **1.00** | | **540.00** |

**B155    Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/2023 | MM57 | Email Chambers re: 11/15/23 hearing | 0.10 | 540.00 | 54.00 |
| 11/15/2023 | MM53 | Attend hearing on motion to supplement the record | 0.40 | 1,700.00 | 680.00 |
| 11/15/2023 | RM30 | Review submissions to prepare for hearing re motion to supplement appellate record (1.0); attend hearing re same (.4) | 1.40 | 1,650.00 | 2,310.00 |
| | | **Subtotal: B155  Court Hearings** | **1.90** | | **3,044.00** |

**B160    Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/03/2023 | MM53 | Analyze monthly invoices to be submitted to court for approval | 0.50 | 1,700.00 | 850.00 |
| 11/14/2023 | LM20 | Correspond with L. Simpson re August and September invoices | 0.30 | 855.00 | 256.50 |
| 11/14/2023 | LS27 | Telephone conference with B. Churbuck at Cole Schotz re filing of monthly invoices (.3), draft email to M. Micheli with summary of call (.2) | 0.50 | 855.00 | 427.50 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                                      Page 3
51691-00002
Invoice No. 2387488

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/14/2023 | MM53 | Review interim monthly invoices for August and September services and expenses | 1.00 | 1,700.00 | 1,700.00 |
| | | **Subtotal: B160 Fee/Employment Applications** | **2.30** | | **3,234.00** |

**B191    General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2023 | LM20 | Analyze standing case law | 0.60 | 855.00 | 513.00 |
| 11/02/2023 | LM20 | Correspond with W. Farmer re appellate brief | 0.10 | 855.00 | 85.50 |
| 11/02/2023 | MM53 | Analyze appeal process and filings | 0.70 | 1,700.00 | 1,190.00 |
| 11/03/2023 | MM53 | Analyze questions and related authority on appeal | 1.50 | 1,700.00 | 2,550.00 |
| 11/03/2023 | RM30 | Conference with D. Prieto re LTL appeal (.2); correspond with K. Hansen and K Whitner re same (.3) | 0.50 | 1,650.00 | 825.00 |
| 11/03/2023 | WCF | Draft argument in appellee brief (4.2); correspond with R. Montefusco regarding same (.1) | 4.30 | 1,270.00 | 5,461.00 |
| 11/06/2023 | MM53 | Analyze appeal process and filings | 0.20 | 1,700.00 | 340.00 |
| 11/06/2023 | MM53 | Telephone conference with R. Montefusco regarding appellate standing issues | 0.20 | 1,700.00 | 340.00 |
| 11/06/2023 | RM30 | Analyze draft appellate brief (.6); conference with M. Micheli re appellate standing issues (.2) | 0.80 | 1,650.00 | 1,320.00 |
| 11/08/2023 | LM20 | Draft corporate disclosure statement and related exhibit (1.3); correspond with W. Farmer re same (.2) | 1.50 | 855.00 | 1,282.50 |
| 11/08/2023 | MM57 | Correspond with R. Montefusco regarding appellate documents (.3); review appellate brief and certain cited cases (1.0); prepare reference materials regarding appeal (.4) | 1.70 | 540.00 | 918.00 |
| 11/09/2023 | LM20 | Draft civil information sheet | 1.20 | 855.00 | 1,026.00 |
| 11/09/2023 | RM30 | Analyze CA3 order re stipulated facts (.1); correspond with K Whitner and W. Farmer re same (.1) | 0.20 | 1,650.00 | 330.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL  Page 4
51691-00002
Invoice No. 2387488

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/10/2023 | LM20 | Draft civil information sheet (.7); correspond with M. Magzamen re same (.3); review and revise corporate disclosure statement, notice of appearances, and corresponding exhibit (.5) | 1.50 | 855.00 | 1,282.50 |
| 11/10/2023 | MM57 | Correspond with L. Miliotes re: appeal documents (.1); research re: same (.4) | 0.50 | 540.00 | 270.00 |
| 11/11/2023 | WCF | Draft statement of case form for filing before Third Circuit (1.5); correspond with R. Montefusco regarding same (.1) | 1.60 | 1,270.00 | 2,032.00 |
| 11/12/2023 | LM20 | Correspond with R. Montefusco re appellate docket filings | 0.10 | 855.00 | 85.50 |
| 11/13/2023 | LM20 | Review and revise statement of case filing (.4); correspond with W. Farmer re same (.2); review and revise appellate civil information sheet (.3); correspond with R. Montefusco re same (.2) | 1.10 | 855.00 | 940.50 |
| 11/13/2023 | MM53 | Correspond with R. Montefusco regarding LTL appeal | 0.20 | 1,700.00 | 340.00 |
| 11/13/2023 | RM30 | Review and revise filings for merits appeal (.8); conference with K. Hansen re same (.1); conference with D. Prieto re appellate matters (.2) | 1.10 | 1,650.00 | 1,815.00 |
| 11/13/2023 | WCF | Review and revise statement of case and civil information sheet regarding filing deadline before Third Circuit (.5); correspond with R. Montefusco and L. Miliotes regarding same (.1) | 0.60 | 1,270.00 | 762.00 |
| 11/13/2023 | WKW | Review draft appellate filings, including disclosure statement, summary of case, appearance | 0.50 | 1,700.00 | 850.00 |
| 11/14/2023 | RM30 | Correspond with K. Hansen re administrative hearing related to appeal (.2); analyze motion to supplement the record (.2) | 0.40 | 1,650.00 | 660.00 |
| 11/15/2023 | RM30 | Conference with K. Hansen re appellate brief | 0.20 | 1,650.00 | 330.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                         Page 5
51691-00002
Invoice No. 2387488

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/16/2023 | MM57 | Revise and submit R. Montefusco Third Circuit application (.4); correspond with R. Montefusco re: same (.1); update K. Hansen registration re: same (.2) | 0.70 | 540.00 | 378.00 |
| 11/16/2023 | RM30 | Conference with W. Farmer and Counsel Press re appellate filings | 0.30 | 1,650.00 | 495.00 |
| 11/16/2023 | WCF | Prepare notes regarding certain appellate matters and filings (.1); call with R. Montefusco and M. Sapyelkina regarding appellate matters and related filings, briefing, and appendix (.3) | 0.40 | 1,270.00 | 508.00 |
| 11/17/2023 | RM30 | Conference with Counsel Press re revised procedural filing (.2); conference with K. Hansen re appellate issues (.2); review draft joint motion for briefing schedule (.2) | 0.60 | 1,650.00 | 990.00 |
| 11/19/2023 | MM53 | Review motion regarding stipulated facts | 0.20 | 1,700.00 | 340.00 |
| 11/19/2023 | RM30 | Review and revise joint motion for briefing schedule and to vacate order re stipulation (.6); conference with K. Hansen re same (.2) | 0.80 | 1,650.00 | 1,320.00 |
| 11/20/2023 | LM20 | Correspond with R. Montefusco re trial transcripts | 0.20 | 855.00 | 171.00 |
| 11/20/2023 | RM30 | Conference with D. Prieto and K. Hansen re joint motion for appellate schedule (.8); prepare parts of appellate brief (2.1) | 2.90 | 1,650.00 | 4,785.00 |
| 11/21/2023 | RM30 | Review and revise appellate brief (3.0); conference with S. Kinnard regarding same (.2); analyze caselaw re same (1.6) | 4.80 | 1,650.00 | 7,920.00 |
| 11/21/2023 | SBK | Conference with R. Montefusco regarding alternative arguments in support of the judgment | 0.20 | 1,805.00 | 361.00 |
| 11/22/2023 | LM20 | Analyze case law re pecuniary standing and bankruptcy appeals (.9); analyze secondary sources re LTL and financial distress (1.5) | 2.40 | 855.00 | 2,052.00 |
| 11/22/2023 | RM30 | Analyze caselaw and statutory authority re appellate standing (3.2); conference with W. Farmer re same (.6) | 3.80 | 1,650.00 | 6,270.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL  Page 6
51691-00002
Invoice No. 2387488

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/22/2023 | WCF | Draft standing section of opening appellate brief (2.7); conference with R. Montefusco regarding same (.6); analyze authorities regarding same (.8) | 4.10 | 1,270.00 | 5,207.00 |
| 11/22/2023 | WKW | Review joint motions for briefing schedule | 0.20 | 1,700.00 | 340.00 |
| 11/24/2023 | LM20 | Analyze case law re prudential standing in bankruptcy appeals (1.1); call with R. Montefusco re same (.2) | 1.30 | 855.00 | 1,111.50 |
| 11/24/2023 | RM30 | Analyze appellate authority (.8); conference with L. Miliotes re same (.2) | 1.00 | 1,650.00 | 1,650.00 |
| 11/25/2023 | WCF | Prepare third party standing arguments in opening appellate brief | 1.20 | 1,270.00 | 1,524.00 |
| 11/26/2023 | RM30 | Prepare parts of LTL appellate brief | 3.10 | 1,650.00 | 5,115.00 |
| 11/27/2023 | LM20 | Analyze recent case law for unusual circumstances precluding a bankruptcy dismissal | 2.10 | 855.00 | 1,795.50 |
| 11/27/2023 | RM30 | Review and revise LTL appellate brief | 1.90 | 1,650.00 | 3,135.00 |
| 11/27/2023 | WCF | Revise standing section of opening brief (.9); analyze authorities regarding same (.4) | 1.30 | 1,270.00 | 1,651.00 |
| 11/28/2023 | DM26 | Calendar upcoming dates re: Third Circuit AHCSC dismissal appeal case no. 23-2972 | 0.20 | 540.00 | 108.00 |
| 11/28/2023 | LM20 | Correspond with D. Mohamed re appeal deadlines and case matters | 0.30 | 855.00 | 256.50 |
| 11/28/2023 | RM30 | Prepare parts of LTL appellate brief | 3.40 | 1,650.00 | 5,610.00 |
| 11/28/2023 | WCF | Analyze authorities regarding section 1112(b)(2) exception to dismissal | 1.10 | 1,270.00 | 1,397.00 |
| 11/29/2023 | RM30 | Prepare parts of LTL appellate brief | 5.20 | 1,650.00 | 8,580.00 |
| 11/29/2023 | WCF | Draft opening brief regarding section 1112(b)(2) arguments and authorities (3.3); analyze authorities regarding same (.8) | 4.10 | 1,270.00 | 5,207.00 |
| 11/30/2023 | LM20 | Correspond with R. Montefusco re appellate opening brief | 0.10 | 855.00 | 85.50 |
| 11/30/2023 | MM53 | Analyze appeal matters (.3); telephone conference with R. Montefusco regarding same (.1) | 0.40 | 1,700.00 | 680.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL     Page 7
51691-00002
Invoice No. 2387488

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/30/2023 | RM30 | Prepare parts of LTL appellate brief (4.8); analyze authority cited therein (3.8); call with M. Micheli regarding same (.1) | 8.70 | 1,650.00 | 14,355.00 |
| | | **Subtotal: B191  General Litigation** | **78.30** | | **108,946.50** |
| | **Total** | | **86.30** | | **121,046.50** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| KH18 | Kris Hansen | Partner | 2.00 | 2,135.00 | 4,270.00 |
| SBK | Stephen B. Kinnaird | Partner | 0.20 | 1,805.00 | 361.00 |
| WKW | William K. Whitner | Partner | 0.70 | 1,700.00 | 1,190.00 |
| MM53 | Matthew Micheli | Of Counsel | 5.80 | 1,700.00 | 9,860.00 |
| RM30 | Ryan Montefusco | Of Counsel | 41.10 | 1,650.00 | 67,815.00 |
| WCF | Will C. Farmer | Associate | 18.70 | 1,270.00 | 23,749.00 |
| LM20 | Lanie Miliotes | Associate | 12.80 | 855.00 | 10,944.00 |
| LS27 | Louise Simpson | Associate | 0.50 | 855.00 | 427.50 |
| DM26 | David Mohamed | Paralegal | 0.20 | 540.00 | 108.00 |
| MM57 | Michael Magzamen | Paralegal | 4.30 | 540.00 | 2,322.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 11/08/2023 | Photocopy Charges | 1,112.00 | 0.08 | 88.96 |
| 11/13/2023 | Computer Search (Other) | | | 4.14 |
| 11/14/2023 | Computer Search (Other) | | | 0.54 |
| 11/17/2023 | Computer Search (Other) | | | 0.63 |
| 11/21/2023 | Westlaw | | | 154.14 |
| 11/22/2023 | Lexis/On Line Search | | | 19.67 |
| 11/22/2023 | Lexis/On Line Search | | | 246.76 |
| 11/22/2023 | Lexis/On Line Search | | | 354.00 |

| | |
|---|---|
| Ad Hoc Committee of Supporting Talc Counsel in LTL | Page 8 |
| 51691-00002 | |
| Invoice No. 2387488 | |

| | | |
|---|---|---|
| 11/22/2023 | Lexis/On Line Search | 404.09 |
| 11/22/2023 | Lexis/On Line Search | 73.47 |
| 11/22/2023 | Lexis/On Line Search | 73.47 |
| 11/22/2023 | Lexis/On Line Search | 78.67 |
| 11/29/2023 | Lexis/On Line Search | 36.72 |
| **Total Costs incurred and advanced** | | **$1,535.26** |
| | | |
| **Current Fees and Costs** | | **$122,581.76** |
| **Total Balance Due - Due Upon Receipt** | | **$122,581.76** |