## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### FEE STATEMENT COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Paul Hastings LLP |
| Case No.: | 23-12825 (MBK) | Client: | Ad Hoc Committee of Supporting Counsel |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

## SECTION I
## FEE SUMMARY

### Monthly Fee Statement Covering the Period from December 1, 2023 through December 31, 2023

| | |
|---|---|
| Total Fees: | $245,522.00 |
| Total Disbursements: | $3,608.73 |
| Minus 20% holdback of Fees: | (49,104.40) |
| **Amount Sought at this Time** | $200,026.33 |

| Name | Department or Group | Date of First Admission | Hourly Rate | Total for Statement Period | |
|---|---|---|---|---|---|
| | | | | Hours Billed | Amount |
| Murphy, Matt | Financial Restructuring | 1999 | $1,805.00 | 2.10 | $3,790.50 |
| Whitner, William | Complex Litigation & Arbitration | 1996 | $1,700.00 | 9.90 | $16,830.00 |
| **Total Partner:** | | | | **12.00** | **$20,620.50** |
| Micheli, Matthew | Financial Restructuring | 2002 | $1,700.00 | 5.70 | $9,690.00 |
| Montefusco, Ryan | Financial Restructuring | 2012 | $1,650.00 | 74.90 | $123,585.00 |
| Traxler, Katherine | Financial Restructuring | 1990 | $1,055.00 | 0.10 | $105.50 |
| **Total Counsel:** | | | | **80.70** | **$133,380.50** |

| Name | Department or Group | Date of First Admission | Hourly Rate | Total for Statement Period | |
|---|---|---|---|---|---|
| | | | | Hours Billed | Amount |
| Farmer, Will | Financial Restructuring | 2018 | $1,270.00 | 30.00 | $38,100.00 |
| Miliotes, Lanie | Financial Restructuring | 2023 | $855.00 | 52.70 | $45,058.50 |
| Simpson, Louise | Financial Restructuring | 2022 | $855.00 | 5.30 | $4,531.50 |
| **Total Associate:** | | | | **88.00** | **$87,690.00** |
| Laskowski, Mat | Financial Restructuring | | $540.00 | 1.60 | $864.00 |
| Magzamen, Michael | Financial Restructuring | | $540.00 | 0.80 | $432.00 |
| Mohamed, David | Financial Restructuring | | $540.00 | 0.30 | $162.00 |
| Nunez, Amanda | Complex Litigation & Arbitration | | $565.00 | 4.20 | $2,373.00 |
| **Total Paraprofessional:** | | | | **6.90** | **$3,831.00** |
| **Total:** | | | | **187.60** | **$245,522.00** |

## SECTION II
## SUMMARY OF SERVICES

| U.S. Trustee Task Code and Project Category | Total for Statement Period | |
| --- | --- | --- |
| | Total Hours | Total Fees |
| B110    Case Administration | 0.20 | $340.00 |
| B113    Pleadings Review | 0.10 | $54.00 |
| B160    Employment / Fee Applications (Paul Hastings) | 6.10 | $5,827.00 |
| B191    General Litigation | 181.20 | $239,301.00 |
| TOTAL | **187.60** | **$245,522.00** |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| Category | Total for Statement Period |
|---|---|
| Computer Search | $1,478.92 |
| Articles and Publications | $3.49 |
| Outside Professional Services | $422.70 |
| Reproduction Charges (Color) | $358.00 |
| Taxi/Ground Transportation | $765.00 |
| Meals | $580.62 |
| TOTAL | **$3,608.73** |

I certify under the penalty of perjury that the above is true.

Dated: April 12, 2024

/s/ Mathew M. Murphy
Mathew M. Murphy

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Kristopher M. Hansen (*admitted pro hac vice*)

PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Matthew M. Murphy (*admitted pro hac vice*)
Matthew Micheli (*admitted pro hac vice*)

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten (*admitted pro hac vice*)
Justin Alberto (*admitted pro hac vice*)

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, Texas 77002
Lenard M. Parkins (*admitted pro hac vice*)
Charles M. Rubio (*admitted pro hac vice*)

*Counsel to Ad Hoc Committee of Supporting Counsel*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP,
COUNSEL TO AD HOC COMMITTEE OF SUPPORTING COUNSEL, FOR THE
PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

On June 20, 2023, the Court entered the Order Authorizing the Debtor to Enter into the Reimbursement Agreement [ECF No. 838] (the "Reimbursement Order"), pursuant to which the Debtor entered into a post-petition expense reimbursement agreement (the "Reimbursement Agreement") to pay certain fees and expenses of the Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel").

The Reimbursement Agreement provides that the Debtor will pay the reasonable and documented fees and out-of-pocket expenses of professionals retained by the AHC of Supporting Counsel, including, among others, Paul Hastings LLP ("Paul Hastings"), for the period from April 18, 2023 through the termination of the Reimbursement Agreement.

The Reimbursement Agreement further provides that Paul Hastings will file monthly fee statements and interim and final fee applications in accordance with the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals [ECF No. 562] (the "Interim Compensation Order"), entered on May 22, 2023.

The Court's *Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. § 1112(b); (II) Establishing Procedures With Respect to Requests for Compensation; and (III) Granting Related Relief* [ECF No. 1211] (the "Dismissal Order") provides that the "fees and expenses of professionals retained by the Ad Hoc Committee of Supporting Counsel shall remain subject to the" Reimbursement Agreement. The Dismissal Order further provides that the Interim Compensation Order "shall remain in full force and effect through and including the Appeal Exhaustion Date" for Retained Professionals, which covers professionals retained by the Ad Hoc Committee of Supporting Counsel.

Paul Hastings respectfully submits this Fee Application in accordance with the Reimbursement Order, the Reimbursement Agreement, the Interim Compensation Order and the

Dismissal Order for services rendered and expenses incurred as counsel to the Ad Hoc Committee of Supporting Counsel for the period commencing December 1, 2023 and ending December 31, 2023 (the "Statement Period").

The billing invoices, along with a detailed breakdown of all out-of-pocket disbursements necessarily incurred by Paul Hastings for the Statement Period are annexed hereto as Exhibit A. These invoices detail the services performed by Paul Hastings.

The payment of fees and reimbursement of expenses requested in this Statement are as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $245,522.00 | $49,104.40 | $196,417.60 | $3,608.73 |

**WHEREFORE**, Paul Hastings respectfully requests payment of fees and reimbursement of expenses for the Statement Period of $200,026.33 (80% of total fees and 100% of expenses) in accordance with the Interim Compensation Order.

Dated: April 12, 2024                **PAUL HASTINGS LLP**

                        /s/ Matthew M. Murphy
                        Matthew M. Murphy (*admitted pro hac vice*)
                        Matthew Micheli (*admitted pro hac vice*)
                        71 South Wacker Drive, Suite 4500
                        Chicago, IL 60606
                        Telephone: (312) 499-6000
                        Email:  mattmurphy@paulhastings.com
                              mattmicheli@paulhastings.com

                        Kristopher M. Hansen (*admitted pro hac vice*)
                        200 Park Avenue
                        New York, NY 10166
                        Telephone: (212) 318-6000
                        Email:   krishansen@paulhastings.com


                        *Counsel to AHC of Supporting Counsel*

4

**EXHIBIT A**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL    March 25, 2024
488 Madison Avenue
New York, NY                                          Please Refer to
                                                      Invoice Number: 2391830

Attn: Jonathan Schulman                               PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Representation in Chapter 11 bankruptcy proceedings**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

Legal fees for professional services
for the period ending December 31, 2023                        $245,522.00

| | |
|---|---:|
| Costs incurred and advanced | 3,608.73 |
| **Current Fees and Costs Due** | **$249,130.73** |
| **Total Balance Due - Due Upon Receipt** | **$249,130.73** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL     March 25, 2024
488 Madison Avenue
New York, NY                                          Please Refer to
                                                      Invoice Number: 2391830

Attn: Jonathan Schulman                               PH LLP Tax ID No. 95-2209675

---

**REMITTANCE COPY**

**Representation in Chapter 11 bankruptcy proceedings**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

Legal fees for professional services
for the period ending December 31, 2023                      $245,522.00

        Costs incurred and advanced                      3,608.73

        **Current Fees and Costs Due**                **$249,130.73**

        **Total Balance Due - Due Upon Receipt**      **$249,130.73**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL        March 25, 2024
488 Madison Avenue
New York, NY                                             Please Refer to
                                                         Invoice Number: 2391830

Attn: Jonathan Schulman                                  PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2023

**<u>Representation in Chapter 11 bankruptcy proceedings</u>**                **$245,522.00**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| **B110** | **Case Administration** | | | | |
| 12/19/2023 | MM53 | Telephone conference with S. Van Aalten regarding case administration matters | 0.20 | 1,700.00 | 340.00 |
| | | **Subtotal: B110  Case Administration** | **0.20** | | **340.00** |
| **B113** | **Pleadings Review** | | | | |
| 12/21/2023 | DM26 | Review recent filings in chapter 11 case and in the Third Circuit related to LTL AHSC dismissal appeal | 0.10 | 540.00 | 54.00 |
| | | **Subtotal: B113  Pleadings Review** | **0.10** | | **54.00** |
| **B160** | **Fee/Employment Applications** | | | | |
| 12/03/2023 | KAT2 | Correspond with M. Murphy regarding professional compensation matters and upcoming rate change | 0.10 | 1,055.00 | 105.50 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                         Page 2
51691-00002
Invoice No. 2391830

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/2023 | LS27 | Review and revise fee applications for the months of September (1.4), October (1.5), November (1.3) and December (1.1) | 5.30 | 855.00 | 4,531.50 |
| 12/19/2023 | MM53 | Review and revise monthly fee statements | 0.70 | 1,700.00 | 1,190.00 |
| | | **Subtotal: B160  Fee/Employment Applications** | **6.10** | | **5,827.00** |

**B191    General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/2023 | LM20 | Analyze standard for bankruptcy standing and related plan confirmation case law (1.0); summarize findings re same (.3) | 1.30 | 855.00 | 1,111.50 |
| 12/01/2023 | RM30 | Review and revise LTL appellate brief | 2.20 | 1,650.00 | 3,630.00 |
| 12/02/2023 | RM30 | Review and revise LTL appellate brief | 3.80 | 1,650.00 | 6,270.00 |
| 12/03/2023 | RM30 | Review and revise LTL appellate brief | 5.70 | 1,650.00 | 9,405.00 |
| 12/03/2023 | WCF | Draft statement of case, summary of argument, and standard of review sections of opening appellate brief | 2.60 | 1,270.00 | 3,302.00 |
| 12/04/2023 | LM20 | Review and summarize Purdue bankruptcy briefing in connection with LTL appellate brief | 1.90 | 855.00 | 1,624.50 |
| 12/04/2023 | RM30 | Review and revise LTL appellate brief | 6.30 | 1,650.00 | 10,395.00 |
| 12/05/2023 | LM20 | Review and summarize Purdue bankruptcy briefing in connection with LTL appellate brief (.4); correspond with W. Farmer re LTL appellate brief (.2); review and revise LTL appellate brief (.7) | 1.30 | 855.00 | 1,111.50 |
| 12/06/2023 | LM20 | Review and revise appellate brief citations and case law (3.6); prepare list for joint appendix documents (3.3); correspond with W. Farmer re same (.7) | 7.60 | 855.00 | 6,498.00 |
| 12/06/2023 | MM53 | Review and revise opening brief for appeal | 1.60 | 1,700.00 | 2,720.00 |
| 12/06/2023 | RM30 | Review and revise LTL appellate brief (2.2); review and revise proposed joint appendix (.8); conference with counsel for TCC re same (.3) | 3.30 | 1,650.00 | 5,445.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                      Page 3
51691-00002
Invoice No. 2391830

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/06/2023 | WCF | Review Third Circuit local rules regarding joint appendix (.3); correspond with R. Montefusco regarding exhibits to joint appendix (.2); review and revise appellate brief regarding sealed exhibits and fact citations to the record (1.7) | 2.20 | 1,270.00 | 2,794.00 |
| 12/06/2023 | WKW | Analyze and comment on Third Circuit Appeal and supporting case law | 3.50 | 1,700.00 | 5,950.00 |
| 12/07/2023 | AN14 | Revise appellate brief in preparation for filing. | 4.20 | 565.00 | 2,373.00 |
| 12/07/2023 | LM20 | Correspond with A. Nunez re appellate brief citations (.4); review brief for confidential information (1.6); correspond with W. Farmer re same (.3); review and revise appellate brief (3.7) | 6.00 | 855.00 | 5,130.00 |
| 12/07/2023 | ML30 | Correspond with R. Montefusco re caselaw needed (.2); review draft appellate brief (.2); research re requested caselaw (.4); prepare cases and index of same for R. Montefusco (.6); follow up correspondence with R. Montefusco re same (.2) | 1.60 | 540.00 | 864.00 |
| 12/07/2023 | MMM5 | Review and revise draft appellate brief | 1.30 | 1,805.00 | 2,346.50 |
| 12/07/2023 | MM53 | Review and revise appellate brief | 1.40 | 1,700.00 | 2,380.00 |
| 12/07/2023 | RM30 | Review and revise LTL appellate brief | 2.20 | 1,650.00 | 3,630.00 |
| 12/07/2023 | WCF | Analyze authorities regarding standing and section 1112(b)(2) arguments in appellate brief (1.5); draft opening brief regarding same (1.1) | 2.60 | 1,270.00 | 3,302.00 |
| 12/08/2023 | DM26 | Update case calendar with upcoming dates and deadlines | 0.10 | 540.00 | 54.00 |
| 12/08/2023 | LM20 | Analyze standing related case law (1.0); correspond with R. Montefusco re same (.2) | 1.20 | 855.00 | 1,026.00 |
| 12/08/2023 | MM53 | Review and comment on appeal issues | 0.20 | 1,700.00 | 340.00 |
| 12/08/2023 | RM30 | Review and revise LTL appellate brief (3.1); analyze authority cited therein (3.5); conference with K Whitner regarding appellate brief (.4) | 7.00 | 1,650.00 | 11,550.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 4
51691-00002
Invoice No. 2391830

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/08/2023 | WCF | Revise opening brief regarding section 1112(b)(2) and standing (.7); correspond with R. Montefusco regarding same (.1) | 0.80 | 1,270.00 | 1,016.00 |
| 12/08/2023 | WKW | Conference with R. Montefusco regarding Third Circuit appeal brief | 0.40 | 1,700.00 | 680.00 |
| 12/08/2023 | WKW | Analyze revised best interest test | 1.70 | 1,700.00 | 2,890.00 |
| 12/08/2023 | WKW | Review revised Third Circuit appeal brief | 0.90 | 1,700.00 | 1,530.00 |
| 12/09/2023 | LM20 | Analyze additional case law on standing (2.1); summarize findings re same (.3); review and revise case law discussion in appellate brief (1.0) | 3.40 | 855.00 | 2,907.00 |
| 12/09/2023 | RM30 | Review and revise LTL appellate brief (2.1); analyze authority cited therein (4.2) | 6.30 | 1,650.00 | 10,395.00 |
| 12/09/2023 | WCF | Analyze sample Third Circuit brief from appellate counsel and LTL 1.0 (1.6); analyze authorities regarding standing issues (1.7); revise opening brief regarding same (.4); correspond with R. Montefusco and L. Miliotes regarding same (.2) | 3.90 | 1,270.00 | 4,953.00 |
| 12/10/2023 | LM20 | Review and revise appellate brief (2.5); correspond with W. Farmer re same (.3); review and revise factual discussion in appellate brief (1.6) | 4.40 | 855.00 | 3,762.00 |
| 12/10/2023 | MMM5 | Review and revise appellate brief | 0.80 | 1,805.00 | 1,444.00 |
| 12/10/2023 | RM30 | Review and revise LTL appellate brief | 4.20 | 1,650.00 | 6,930.00 |
| 12/10/2023 | WCF | Correspond with R. Montefusco and L. Miliotes regarding comments on opening brief (.2); review and revise opening brief to incorporate same (1.0) | 1.20 | 1,270.00 | 1,524.00 |
| 12/11/2023 | LM20 | Analyze recent case law for unusual circumstances in the motion to dismiss context (.8); review and revise trial record citations (1.3); analyze stare decisis and law of the case in connection with appeal (1.8); correspond with R. Montefusco and W. Farmer re same (.3) | 4.20 | 855.00 | 3,591.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 5
51691-00002
Invoice No. 2391830

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/11/2023 | RM30 | Review and revise LTL appellate brief (5.7); conference with W. Farmer re same (.3); analyze Jones Day comments to appellate brief (.8); conference with B. Wirenga (Jones Day) re same (.4) | 7.20 | 1,650.00 | 11,880.00 |
| 12/11/2023 | WCF | Call with R. Montefusco regarding standing authorities and revisions to opening brief (.3); analyze local rules and procedures regarding opening brief filing (.4); revise opening brief regarding same (.5) | 1.20 | 1,270.00 | 1,524.00 |
| 12/11/2023 | WKW | Review LTL opening appeal brief | 1.70 | 1,700.00 | 2,890.00 |
| 12/12/2023 | DM26 | Calendar upcoming appeal dates | 0.10 | 540.00 | 54.00 |
| 12/12/2023 | LM20 | Analyze stare decisis in relation to LTL appeal (1.9); review certain cases cited in appellate brief (.7); correspond with R. Montefusco re same (.3); review and revise appellate brief (1.8); review joint appendix (.6); correspond with W. Farmer re same (.6); supplement joint appendix with cited authority (4.0); review and revise joint appendix (2.8) | 12.70 | 855.00 | 10,858.50 |
| 12/12/2023 | MM53 | Analyze appeal matters (.3); review revised draft of opening appellate brief (.3) | 0.60 | 1,700.00 | 1,020.00 |
| 12/12/2023 | RM30 | Review and revise LTL appellate brief (6.8); conference with W. Farmer re same (.3) | 7.10 | 1,650.00 | 11,715.00 |
| 12/12/2023 | WCF | Correspond with B. Wierenga (Jones Day) regarding appendix to opening briefs (.3); review and revise draft table of contents to appendix (.2); review appendix regarding factual support cited in opening brief (1.7); review and revise opening brief (3.8); call with R. Montefusco regarding same (.3); correspond with L. Miliotes and R. Montefusco regarding same (.1) | 6.40 | 1,270.00 | 8,128.00 |
| 12/12/2023 | WKW | Further review appeal brief | 1.40 | 1,700.00 | 2,380.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 6
51691-00002
Invoice No. 2391830

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/13/2023 | LM20 | Review updated joint appendix (1.0); correspond with W. Farmer re same (.7); review and revise appellate brief (3.7); further revise appellate brief to incorporate comments from R. Montefusco and W. Farmer (2.8); correspond with counsel press regarding appellate brief (.5) | 8.70 | 855.00 | 7,438.50 |
| 12/13/2023 | MM53 | Analyze appellate brief and related filing issues | 0.50 | 1,700.00 | 850.00 |
| 12/13/2023 | MM57 | Correspond with W. Farmer, M. Micheli and R. Montefusco re: rule 2019 for joint appendix on appeal (.3); research re: same and add to joint appendix (.5) | 0.80 | 540.00 | 432.00 |
| 12/13/2023 | RM30 | Review and revise LTL appellate brief (6.4); correspond with W. Farmer and L. Miliotes re same (1.7); conference with Jones Day re joint appendix (.4); analyze confidentiality issues (1.8) | 10.30 | 1,650.00 | 16,995.00 |
| 12/13/2023 | WCF | Review and revise opening brief regarding sealed material and appendix citations (2.8); correspond with B. Weirenga (Jones Day) and R. Montefusco regarding motion to seal and appendix issues (.7); revise opening brief for filing before Third Circuit (4.3) | 7.80 | 1,270.00 | 9,906.00 |
| 12/13/2023 | WKW | Correspond with R. Montefusco regarding appeal brief | 0.30 | 1,700.00 | 510.00 |
| 12/19/2023 | WCF | Review Third Circuit docket regarding Clerk's voicemail and electronic filing of opening brief (.2); analyze Third Circuit order regarding sealed appendix and sealed deposition transcripts regarding same (.8); correspond with R. Montefusco regarding same (.1) | 1.10 | 1,270.00 | 1,397.00 |
| 12/21/2023 | MM53 | Analyze appeal related filing issues | 0.50 | 1,700.00 | 850.00 |
| 12/26/2023 | RM30 | Analyze debtor's appellate brief and authority cited therein | 4.10 | 1,650.00 | 6,765.00 |
| 12/27/2023 | WCF | Review district court appellate docket regarding jurisdictional question and stay of proceedings (.1); correspond with R. Montefusco regarding same (.1) | 0.20 | 1,270.00 | 254.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 7
51691-00002
Invoice No. 2391830

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/29/2023 | RM30 | Analyze decisions in Aldrich Pump and Bestwall (2.5); draft summary and analysis of same for K. Hansen and M. Murphy (2.7) | 5.20 | 1,650.00 | 8,580.00 |
| | | **Subtotal: B191  General Litigation** | **181.20** | | **239,301.00** |
| | | **Total** | **187.60** | | **245,522.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| MMM5 | Matt M. Murphy | Partner | 2.10 | 1,805.00 | 3,790.50 |
| WKW | William K. Whitner | Partner | 9.90 | 1,700.00 | 16,830.00 |
| MM53 | Matthew Micheli | Of Counsel | 5.70 | 1,700.00 | 9,690.00 |
| RM30 | Ryan Montefusco | Of Counsel | 74.90 | 1,650.00 | 123,585.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 0.10 | 1,055.00 | 105.50 |
| WCF | Will C. Farmer | Associate | 30.00 | 1,270.00 | 38,100.00 |
| LM20 | Lanie Miliotes | Associate | 52.70 | 855.00 | 45,058.50 |
| LS27 | Louise Simpson | Associate | 5.30 | 855.00 | 4,531.50 |
| AN14 | Amanda Evette Nunez | Paralegal | 4.20 | 565.00 | 2,373.00 |
| ML30 | Mat Laskowski | Paralegal | 1.60 | 540.00 | 864.00 |
| DM26 | David Mohamed | Paralegal | 0.30 | 540.00 | 162.00 |
| MM57 | Michael Magzamen | Paralegal | 0.80 | 540.00 | 432.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 12/07/2023 | Photocopy Charges (Color) | 716.00 | 0.50 | 358.00 |
| 06/30/2023 | Travel Expense - Meals - Michael Magzamen; 06/29/2023; Restaurant: Ezcaterpizza Yeah; City: 800-488-1803; Lunch; Number of people: 15; Lunch for 15 people during trial; | | | 164.28 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                          Page 8
51691-00002
Invoice No. 2391830

---

| Date | Description | Amount |
|---|---|---|
| 06/30/2023 | Travel Expense - Meals - Michael Magzamen; 06/28/2023; Restaurant: Ezcaterpizza Yeah; City: 800-488-1803; Lunch; Number of people: 15; Lunch for 15 people during trial | 164.28 |
| 06/30/2023 | Travel Expense - Meals - Michael Magzamen; 06/29/2023; Restaurant: Ezcaterpizza Yeah; City: 800-488-1803; Lunch; Number of people: 10; Lunch for 10 people during trial | 87.78 |
| 06/30/2023 | Taxi/Ground Transportation - Michael Magzamen; 06/27/2023; From/To: hotel/court; Service Type: Car Service; Time: 07:30; Car service for Amanda Nunez on 6/29/23 from hotel to court (New Jersey) | 255.00 |
| 07/31/2023 | Travel Expense - Meals - Michael Magzamen; 06/30/2023; Restaurant: Ezcaterpizza Yeah; City: 800-488-1803; Lunch; Number of people: 15; Lunch for 15 people during trial | 164.28 |
| 07/31/2023 | Taxi/Ground Transportation - Michael Magzamen; 07/02/2023; From/To: courthouse/hotel; Service Type: Car Service; Time: 15:00; Car service for Amanda Nunez - 6/30/23 from courthouse to hotel | 255.00 |
| 07/31/2023 | Taxi/Ground Transportation - Michael Magzamen; 07/02/2023; From/To: hotel/courthouse; Service Type: Car Service; Time: 07:30; Car service for Amanda Nunez - 6/30/23 from hotel to courthouse | 255.00 |
| 10/30/2023 | Computer Search (Other) | 17.55 |
| 10/31/2023 | UnitedLex Invoices - Unitedlex Corp, Invoice# 091376 Dated 10/31/23, UnitedLex – DSAI October 2023 Charges – Outside Professional Services | 64.90 |
| 11/06/2023 | Computer Search (Other) | 5.58 |
| 11/10/2023 | Computer Search (Other) | 6.30 |
| 11/11/2023 | Computer Search (Other) | 0.63 |
| 11/12/2023 | Computer Search (Other) | 0.54 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                    Page 9
51691-00002
Invoice No. 2391830

| | | |
|---|---|---:|
| 11/17/2023 | Articles and Publications - Restructuring Concepts LLC, Invoice# 131426 Dated 11/17/23, Chapter 11 Dockets Download requested by J. McMillan | 3.49 |
| 11/21/2023 | Computer Search (Other) | 5.13 |
| 11/28/2023 | Computer Search (Other) | 1.98 |
| 11/30/2023 | Outside Professional Services - Michael Magzamen; 11/16/2023; Attorney Admissions-U.S. COURT OF APPEALS, THIRD CIRCUIT; Merchant: Third Circuit Court | 228.00 |
| 11/30/2023 | UnitedLex Invoices - Unitedlex Corp, Invoice# 092421 Dated 11/30/23, UnitedLex – DSAI November 2023 Charges – Outside Professional Services | 64.90 |
| 11/30/2023 | Lexis/On Line Search - Courtlink Use - Charges for November 2023; xxx666xxx | 0.13 |
| 12/03/2023 | Lexis/On Line Search | 89.10 |
| 12/03/2023 | Computer Search (Other) | 1.53 |
| 12/06/2023 | Lexis/On Line Search | 89.10 |
| 12/07/2023 | Westlaw | 97.49 |
| 12/08/2023 | Computer Search (Other) | 0.45 |
| 12/09/2023 | Westlaw | 97.50 |
| 12/10/2023 | Lexis/On Line Search | 342.00 |
| 12/10/2023 | Westlaw | 516.97 |
| 12/11/2023 | Westlaw | 65.00 |
| 12/12/2023 | Westlaw | 32.50 |
| 12/13/2023 | Lexis/On Line Search | 89.10 |
| 12/13/2023 | Computer Search (Other) | 5.04 |
| 12/14/2023 | Computer Search (Other) | 5.40 |
| 12/15/2023 | Computer Search (Other) | 5.40 |
| 12/19/2023 | Computer Search (Other) | 0.36 |
| 12/19/2023 | Computer Search (Other) | 3.60 |
| 12/28/2023 | Computer Search (Other) | 0.54 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                          Page 10
51691-00002
Invoice No. 2391830

| | | |
|---|---|---|
| 12/31/2023 | UnitedLex Invoices - Unitedlex Corp, Invoice# 093543 Dated 12/31/23, UnitedLex – DSAI December 2023 Charges – Outside Professional Services | 64.90 |
| **Total Costs incurred and advanced** | | **$3,608.73** |
| | **Current Fees and Costs** | **$249,130.73** |
| | **Total Balance Due - Due Upon Receipt** | **$249,130.73** |