# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## FEE STATEMENT COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Paul Hastings LLP |
| Case No.: | 23-12825 (MBK) | Client: | Ad Hoc Committee of Supporting Counsel |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

## SECTION I
## FEE SUMMARY

Monthly Fee Statement Covering the Period from
January 1, 2024 through January 31, 2024

| | |
|---|---|
| Total Fees: | $194,411.00 |
| Total Disbursements: | $5,577.97 |
| Minus 20% holdback of Fees: | (38,882.20) |
| **Amount Sought at this Time** | $161,106.77 |

| Name | Department or Group | Date of First Admission | Hourly Rate | Total for Statement Period | |
|---|---|---|---|---|---|
| | | | | Hours Billed | Amount |
| Hansen, Kris | Financial Restructuring | 1996 | $2,300.00 | 4.60 | $10,580.00 |
| Murphy, Matt | Financial Restructuring | 1999 | $1,985.00 | 1.70 | $3,374.50 |
| Whitner, William | Complex Litigation & Arbitration | 1996 | $1,890.00 | 8.50 | $16,065.00 |
| **Total Partner:** | | | | 14.80 | $30,019.50 |
| Micheli, Matthew | Financial Restructuring | 2002 | $1,885.00 | 1.50 | $2,827.50 |
| Montefusco, Ryan | Financial Restructuring | 2012 | $1,850.00 | 81.70 | $151,145.00 |
| Traxler, Katherine | Financial Restructuring | 1990 | $1,120.00 | 0.40 | $448.00 |

| Name | Department or Group | Date of First Admission | Hourly Rate | Total for Statement Period | |
|---|---|---|---|---|---|
| | | | | Hours Billed | Amount |
| **Total Counsel:** | | | | 83.60 | $154,420.50 |
| Glogowski, Angelika | | | $1,185.00 | 2.40 | $2,844.00 |
| Miliotes, Lanie | Financial Restructuring | 2023 | $985.00 | 5.40 | $5,319.00 |
| **Total Associate:** | | | | 7.80 | $8,163.00 |
| Laskowski, Mat | Financial Restructuring | | $565.00 | 0.30 | $169.50 |
| Magzamen, Michael | Financial Restructuring | | $565.00 | 2.30 | $1,299.50 |
| Mohamed, David | Financial Restructuring | | $565.00 | 0.60 | $339.00 |
| **Total Paraprofessional:** | | | | 3.20 | $1,808.00 |
| **Total:** | | | | 109.40 | $194,411.00 |

# SECTION II
# SUMMARY OF SERVICES

| U.S. Trustee Task Code and Project Category | Total for Statement Period | |
|---|---|---|
| | Total Hours | Total Fees |
| B110   Case Administration | 0.30 | $169.50 |
| B160   Employment / Fee Applications (Paul Hastings) | 3.80 | $5,177.00 |
| B165   Fee/Employment Applications for Other Professionals | 0.50 | $942.50 |
| B191   General Litigation | 104.80 | $188,122.00 |
| TOTAL | **109.40** | **$194,411.00** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| Category | Total for Statement Period |
|---|---:|
| Computer Search | $2,378.74 |
| Court Reporting Services | $2,316.53 |
| Lodging | $802.36 |
| Taxi/Ground Transportation | $80.34 |
| **TOTAL** | **$5,577.97** |

I certify under the penalty of perjury that the above is true.

Dated: April 12, 2024

/s/ Mathew M. Murphy
Mathew M. Murphy

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Kristopher M. Hansen (*admitted pro hac vice*)<br><br>PAUL HASTINGS LLP<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Matthew M. Murphy (*admitted pro hac vice*)<br>Matthew Micheli (*admitted pro hac vice*)<br><br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street, P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Michael D. Sirota<br>Warren A. Usatine<br>Seth Van Aalten (*admitted pro hac vice*)<br>Justin Alberto (*admitted pro hac vice*)<br><br>PARKINS & RUBIO LLP<br>700 Milam, Suite 1300<br>Houston, Texas 77002<br>Lenard M. Parkins (*admitted pro hac vice*)<br>Charles M. Rubio (*admitted pro hac vice*)<br><br>*Counsel to Ad Hoc Committee of Supporting Counsel* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                              Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

**MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP,**
**COUNSEL TO AD HOC COMMITTEE OF SUPPORTING COUNSEL, FOR THE**
**PERIOD FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

---

[1]    The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

On June 20, 2023, the Court entered the Order Authorizing the Debtor to Enter into the Reimbursement Agreement [ECF No. 838] (the "Reimbursement Order"), pursuant to which the Debtor entered into a post-petition expense reimbursement agreement (the "Reimbursement Agreement") to pay certain fees and expenses of the Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel").

The Reimbursement Agreement provides that the Debtor will pay the reasonable and documented fees and out-of-pocket expenses of professionals retained by the AHC of Supporting Counsel, including, among others, Paul Hastings LLP ("Paul Hastings"), for the period from April 18, 2023 through the termination of the Reimbursement Agreement.

The Reimbursement Agreement further provides that Paul Hastings will file monthly fee statements and interim and final fee applications in accordance with the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals [ECF No. 562] (the "Interim Compensation Order"), entered on May 22, 2023.

The Court's *Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. § 1112(b); (II) Establishing Procedures With Respect to Requests for Compensation; and (III) Granting Related Relief* [ECF No. 1211] (the "Dismissal Order") provides that the "fees and expenses of professionals retained by the Ad Hoc Committee of Supporting Counsel shall remain subject to the" Reimbursement Agreement. The Dismissal Order further provides that the Interim Compensation Order "shall remain in full force and effect through and including the Appeal Exhaustion Date" for Retained Professionals, which covers professionals retained by the Ad Hoc Committee of Supporting Counsel.

Paul Hastings respectfully submits this Fee Application in accordance with the Reimbursement Order, the Reimbursement Agreement, the Interim Compensation Order and the

2

Dismissal Order for services rendered and expenses incurred as counsel to the Ad Hoc Committee of Supporting Counsel for the period commencing January 1, 2024 and ending January 31, 2024 (the "Statement Period").

The billing invoices, along with a detailed breakdown of all out-of-pocket disbursements necessarily incurred by Paul Hastings for the Statement Period are annexed hereto as Exhibit A. These invoices detail the services performed by Paul Hastings.

The payment of fees and reimbursement of expenses requested in this Statement are as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $194,411.00 | $38,882.20 | $155,528.80 | $5,577.97 |

3

**WHEREFORE**, Paul Hastings respectfully requests payment of fees and reimbursement of expenses for the Statement Period of $161,106.77 (80% of total fees and 100% of expenses) in accordance with the Interim Compensation Order.

Dated: April 12, 2024    **PAUL HASTINGS LLP**

/s/ Matthew M. Murphy
Matthew M. Murphy (*admitted pro hac vice*)
Matthew Micheli (*admitted pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Email:  mattmurphy@paulhastings.com
           mattmicheli@paulhastings.com

Kristopher M. Hansen (*admitted pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Email:   krishansen@paulhastings.com

*Counsel to AHC of Supporting Counsel*

**EXHIBIT A**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL
488 Madison Avenue
New York, NY

March 25, 2024

Please Refer to
Invoice Number: 2391831

Attn: Jonathan Schulman

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Representation in Chapter 11 bankruptcy proceedings**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2024 | $194,411.00 |
| Costs incurred and advanced | 5,577.97 |
| **Current Fees and Costs Due** | **$199,988.97** |
| **Total Balance Due - Due Upon Receipt** | **$199,988.97** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL
488 Madison Avenue
New York, NY

March 25, 2024

Please Refer to
Invoice Number: 2391831

Attn: Jonathan Schulman

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Representation in Chapter 11 bankruptcy proceedings**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2024 | $194,411.00 |
| Costs incurred and advanced | 5,577.97 |
| **Current Fees and Costs Due** | **$199,988.97** |
| **Total Balance Due - Due Upon Receipt** | **$199,988.97** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL
488 Madison Avenue
New York, NY

March 25, 2024

Please Refer to
Invoice Number: 2391831

Attn: Jonathan Schulman

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2024

**Representation in Chapter 11 bankruptcy proceedings**  $194,411.00

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110** | **Case Administration** | | | | |
| 01/08/2024 | ML30 | Correspond with R. Montefusco re case expenses (.1); review and comment on payment of same (.1) | 0.20 | 565.00 | 113.00 |
| 01/09/2024 | ML30 | Correspond with R. Montefusco re case expenses; review and comment on payment of same | 0.10 | 565.00 | 56.50 |
| | | **Subtotal: B110  Case Administration** | **0.30** | | **169.50** |
| **B160** | **Fee/Employment Applications** | | | | |
| 01/02/2024 | AG29 | Correspond with M. Micheli regarding change in rates (.1); review documents and issues related to same (.2) | 0.30 | 1,185.00 | 355.50 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                           Page 2
51691-00002
Invoice No. 2391831

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/2024 | AG29 | Review documents and issues related to notice of change in rates (.6); correspond with M. Micheli, K. Traxler regarding same (.3); draft notice of change in rates (.4); correspond with B. Churbuck (Cole Schotz) regarding local precedent regarding same (.1) | 1.40 | 1,185.00 | 1,659.00 |
| 01/03/2024 | KAT2 | Review and respond to inquiries from A. Glogowski regarding notice of change in rates (.1); review fee reimbursement order and consider same (.2) | 0.30 | 1,120.00 | 336.00 |
| 01/04/2024 | AG29 | Correspond with M. Micheli, M. Murphy, K. Traxler regarding PH notice of rate increase (.3); review documents and issues related to same (.4) | 0.70 | 1,185.00 | 829.50 |
| 01/04/2024 | MM53 | Analyze fee application issues related to rate increases | 0.50 | 1,885.00 | 942.50 |
| 01/05/2024 | KAT2 | Review correspondence from A. Glogowski regarding rate adjustment | 0.10 | 1,120.00 | 112.00 |
| 01/23/2024 | MM53 | Telephone conference with S. Van Aalten regarding invoices for filing (.2); review final invoices (.3) | 0.50 | 1,885.00 | 942.50 |
| | | **Subtotal: B160  Fee/Employment Applications** | **3.80** | | **5,177.00** |

**B165    Fee/Employment Applications for Other Professionals**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/2024 | MM53 | Analyze fee applications | 0.50 | 1,885.00 | 942.50 |
| | | **Subtotal: B165  Fee/Employment Applications for Other Professionals** | **0.50** | | **942.50** |

**B191    General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/12/2024 | RM30 | Analyze caselaw re LTL appellate issues | 3.30 | 1,850.00 | 6,105.00 |
| 01/16/2024 | RM30 | Analyze caselaw and documents re LTL appellate issues (6.8); update findings re same (1.4) | 8.20 | 1,850.00 | 15,170.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                                Page 3
51691-00002
Invoice No. 2391831

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/17/2024 | RM30 | Analyze caselaw and documents re LTL appellate issues (7.3); update analysis re same (1.6) | 8.90 | 1,850.00 | 16,465.00 |
| 01/18/2024 | RM30 | Analyze and refresh research re LTL appellate issues | 9.30 | 1,850.00 | 17,205.00 |
| 01/19/2024 | RM30 | Analyze and update research re LTL appellate issues | 8.30 | 1,850.00 | 15,355.00 |
| 01/22/2024 | RM30 | Analyze and update research re LTL appellate issues | 8.80 | 1,850.00 | 16,280.00 |
| 01/23/2024 | KH18 | Discuss recent filings and case update with client (.6); review appellate issues (.4) | 1.00 | 2,300.00 | 2,300.00 |
| 01/23/2024 | MMM5 | Review amicus briefs regarding curbing Texas two step | 0.50 | 1,985.00 | 992.50 |
| 01/25/2024 | KH18 | Analyze appeal issues (2.0); correspond with R. Montefusco regarding same (.5) | 2.50 | 2,300.00 | 5,750.00 |
| 01/25/2024 | LM20 | Correspond with W. Farmer re appellee opening briefs and case updates | 0.20 | 985.00 | 197.00 |
| 01/26/2024 | DM26 | Review recent filings regarding LTL AHSC dismissal appeal case pending in the Third Circuit (.4), update working group re same (.2) | 0.60 | 565.00 | 339.00 |
| 01/26/2024 | KH18 | Conference with R. Montefusco re appellate opposition briefs | 1.10 | 2,300.00 | 2,530.00 |
| 01/26/2024 | LM20 | Correspond with D. Mohamed re appellee briefs (.2); analyze same (.6) | 0.80 | 985.00 | 788.00 |
| 01/26/2024 | RM30 | Analyze appellate opposition briefs (3.8); conference with K. Hansen re same (1.1) | 4.90 | 1,850.00 | 9,065.00 |
| 01/27/2024 | WKW | Analyze appellate opposition briefs of U.S. Trustee | 2.70 | 1,890.00 | 5,103.00 |
| 01/27/2024 | WKW | Analyze appellate opposition briefs of TCC | 2.50 | 1,890.00 | 4,725.00 |
| 01/27/2024 | WKW | Analyze appellate opposition briefs of State of New Mexico | 1.20 | 1,890.00 | 2,268.00 |
| 01/27/2024 | WKW | Analyze appellate opposition briefs of Arnold & Itkin | 2.10 | 1,890.00 | 3,969.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                              Page 4
51691-00002
Invoice No. 2391831

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/29/2024 | LM20 | Correspond with M. Magzamen re appellate briefing and draft reply brief (.5); correspond with W. Farmer re same (.2); correspond with R. Montefusco re same (.1); revise appellate reply brief (.5) | 1.30 | 985.00 | 1,280.50 |
| 01/29/2024 | MMM5 | Review appellate opposition briefs | 1.20 | 1,985.00 | 2,382.00 |
| 01/29/2024 | MM57 | Correspond with L. Miliotes re: motion to dismiss appeal (.2); review and prepare for working group the appellate briefs and appendices for motion to dismiss appeal (1.4); draft shell reply brief (.5); correspond with W. Farmer re: same (.2) | 2.30 | 565.00 | 1,299.50 |
| 01/29/2024 | RM30 | Analyze LTL opposition briefs and authority cited therein (7.6); conference with Jones Day re oral argument (.1) | 7.70 | 1,850.00 | 14,245.00 |
| 01/30/2024 | LM20 | Analyze motion to dismiss briefing re sovereign immunity issues (.4); correspond with R. Montefusco re same (.3) | 0.70 | 985.00 | 689.50 |
| 01/30/2024 | RM30 | Analyze LTL opposition briefs and authority cited therein (4.5); analyze caselaw and statutory authority re sovereign immunity (2.2); analyze caselaw re non-debtor injunction (3.4); draft outline for reply (.4) | 10.50 | 1,850.00 | 19,425.00 |
| 01/31/2024 | LM20 | Analyze Purdue briefing re creditor support (1.3); correspond with R. Montefusco re same (.2); review joint appendix re creditor support (.8); correspond with R. Montefusco re same (.1) | 2.40 | 985.00 | 2,364.00 |
| 01/31/2024 | RM30 | Analyze LTL opposition authority (2.3); analyze caselaw re sovereign immunity (1.9); analyze caselaw re non-debtor injunction (1.2); analyze caselaw re application of section 1112(b)(2) (3.7); draft outline for reply brief (2.7) | 11.80 | 1,850.00 | 21,830.00 |
| | | **Subtotal: B191  General Litigation** | **104.80** | | **188,122.00** |
| | | **Total** | **109.40** | | **194,411.00** |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                         Page 5
51691-00002
Invoice No. 2391831

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---:|---:|---:|
| KH18 | Kris Hansen | Partner | 4.60 | 2,300.00 | 10,580.00 |
| MMM5 | Matt M. Murphy | Partner | 1.70 | 1,985.00 | 3,374.50 |
| WKW | William K. Whitner | Partner | 8.50 | 1,890.00 | 16,065.00 |
| MM53 | Matthew Micheli | Of Counsel | 1.50 | 1,885.00 | 2,827.50 |
| RM30 | Ryan Montefusco | Of Counsel | 81.70 | 1,850.00 | 151,145.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 0.40 | 1,120.00 | 448.00 |
| AG29 | Angelika S. Glogowski | Associate | 2.40 | 1,185.00 | 2,844.00 |
| LM20 | Lanie Miliotes | Associate | 5.40 | 985.00 | 5,319.00 |
| ML30 | Mat Laskowski | Paralegal | 0.30 | 565.00 | 169.50 |
| DM26 | David Mohamed | Paralegal | 0.60 | 565.00 | 339.00 |
| MM57 | Michael Magzamen | Paralegal | 2.30 | 565.00 | 1,299.50 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---:|
| 01/02/2024 | Court Reporting Services - Counsel Press, Invoice# 0009156638 Dated 01/02/24, Preparation of Brief regarding to LTL Management LLC. | | | 2,316.53 |
| 01/17/2024 | Lodging - Matthew Murphy; 06/30/2023; Hotel: Westin; City: Princeton, NJ; Check-in date: 06/26/2023; Check-out date: 06/30/2023; Trip to Princeton, NJ (June 26-30, 2023) for meetings with client to strategize regarding upcoming trial issues. | | | 802.36 |
| 01/17/2024 | Taxi/Ground Transportation - Matthew Murphy; 06/28/2023; From/To: court/hotel; Service Type: Uber; Time: 12:30; Trip to Princeton, NJ (June 26-30, 2023) for meetings with client to strategize regarding upcoming trial issues. | | | 80.34 |
| 01/18/2024 | Lexis/On Line Search | | | 85.50 |
| 01/19/2024 | Westlaw | | | 185.74 |
| 01/22/2024 | Westlaw | | | 945.08 |
| 01/23/2024 | Computer Search (Other) | | | 0.36 |

| | | |
|---|---|---|
| Ad Hoc Committee of Supporting Talc Counsel in LTL | | Page 6 |
| 51691-00002 | | |
| Invoice No. 2391831 | | |

| | | |
|---|---|---:|
| 01/24/2024 | Westlaw | 165.00 |
| 01/26/2024 | Computer Search (Other) | 27.27 |
| 01/30/2024 | Westlaw | 884.29 |
| 01/31/2024 | Lexis/On Line Search | 85.50 |
| **Total Costs incurred and advanced** | | **$5,577.97** |
| | **Current Fees and Costs** | **$199,988.97** |
| | **Total Balance Due - Due Upon Receipt** | **$199,988.97** |