**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE: LTL Management LLC  APPLICANT: Massey & Gail LLP

CASE NO.: 23-12825 (MBK)  CLIENT: Official Committee of Talc Claimants

CHAPTER: 11  CASE FILED: April 4, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

### SECTION I
### FEE SUMMARY

Seventh Post Dismissal Monthly Fee Statement Covering the Period
March 1, 2024 Through March 31, 2024

Post Dismissal Monthly Fee Statement No. 7

Summary of Accounts Requested for the Period from March 1, 2024 through March 31, 2024 (the "Seventh Post Dismissal Statement Period"):

| | |
|---|---|
| Total fees: | $ 136,796.50 |
| Total disbursements: | $ 0.00 |
| Minus 20% Holdback of Fees: | $ 27,359.30 |
| Amount Sought at this Time: | $ 109,437.20 |

6796259.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Jonathan Massey | 1992 | $1,220.00 | 62.8 | $75,884.00 |
| Jeremy Mallory | 2007 | $855.00 | 11.6 | $9,918.00 |
| Matthew Layden | 2019 | $535.00 | 94.3 | $50,450.50 |
| Rob Aguirre | N/A | $340.00 | 1.6 | $544.00 |
| **TOTAL FEES** | | | | $136,796.50 |
| **BLENDED RATE** | | $803.27 | 170.3 | |

Pursuant to the Amended Fee Procedures Order, currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $ 136,796.50 |
| Less: Holdback (20%) | -$ 27,359.30 |
| Total Fees Currently Payable | $ 109,437.20 |
| Add: Disbursements | $ 0.00 |
| **Total Payable This Invoice** | **$ 109,437.20** |

2

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---:|---:|
| Case Administration (B110) | 2.8 | $2,662.50 |
| Fee/Employment Application (B160) | 4.0 | $2,581.50 |
| Appellate Briefs (L520) | 163.5 | $131,552.50 |
|  |  |  |
| **TOTAL** | **170.3** | **$136,796.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
|  | 0.00 |
| **TOTAL DISBURSEMENTS** | **$0.00** |

I certify under penalty of perjury that the foregoing is true and correct.

/s/*Jonathan S. Massey*
Jonathan S. Massey

Dated:  April 17, 2024