# EXHIBIT A

# TIME DETAIL

4

2920452.1



50 E. Washington St.  
Suite 400  
Chicago, IL 60602  
(312) 283-1590

1000 Maine Ave. SW  
Suite 450  
Washington, D.C. 20024  
(202) 652-4511

# PRIVILEGED & CONFIDENTIAL

April 16, 2024

**Official Committee of Talc Claimants**  
In re LTL Management, No 23-12825  
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 03-01-2024 - 03-31-2024

**RE: LTL Management Bankruptcy Official TCC II**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-01-2024 | JSM | L520 - Appellate Briefs | 0.30 | | No Charge |
| | | Email communication with TCC counsel re AHC disclosure statement. | | | |
| 03-01-2024 | JSM | L520 - Appellate Briefs | 0.30 | | No Charge |
| | | Email communication with TCC counsel re AHC disclosure statement. | | | |
| 03-01-2024 | JSM | L520 - Appellate Briefs | 4.30 | 1,220.00 | 5,246.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 03-06-2024 | ML | B110 - Case Administration | 0.30 | 535.00 | 160.50 |
| | | Attending weekly TCC meeting. | | | |
| 03-06-2024 | ML | L520 - Appellate Briefs | 0.50 | 535.00 | 267.50 |
| | | Analyzing case law regarding continued existence of the TCC for use in CA3 appeal. | | | |
| 03-06-2024 | JSM | L520 - Appellate Briefs | 3.70 | 1,220.00 | 4,514.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 03-06-2024 | JSM | B110 - Case Administration | 0.40 | 1,220.00 | 488.00 |
| | | Zoom with TCC members and representatives re next steps in appeal and legal strategy. | | | |
| 03-06-2024 | JSM | L520 - Appellate Briefs | 0.90 | 1,220.00 | 1,098.00 |
| | | Reviewing WDNY decision in Integrated NanoTech re post-dismissal continuation of TCC. | | | |
| 03-06-2024 | JSM | L520 - Appellate Briefs | 0.40 | 1,220.00 | 488.00 |
| | | Email communication with TCC counsel re WDNY decision in Integrated Nano Tech re post-dismissal continuation of TCC. | | | |
| 03-06-2024 | JSM | L520 - Appellate Briefs | 0.40 | 1,220.00 | 488.00 |
| | | Revising 28(j) letter re WDNY decision in Integrated Nano Tech re post-dismissal continuation of TCC. | | | |
| 03-07-2024 | JSM | L520 - Appellate Briefs | 0.80 | 1,220.00 | 976.00 |
| | | Reviewing LTL brief in Houlihan Lokey appeal for relevance to CA3 appeal. | | | |
| 03-07-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Email communication with TCC counsel re LTL brief in Houlihan Lokey appeal for relevance to CA3 appeal. | | | |
| 03-07-2024 | JSM | L520 - Appellate Briefs | 0.50 | 1,220.00 | 610.00 |
| | | Email communication with J. Mallory re response to legal argument in LTL CA3 brief. | | | |
| 03-07-2024 | JSM | L520 - Appellate Briefs | 5.80 | 1,220.00 | 7,076.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 03-07-2024 | JGM | L520 - Appellate Briefs | 4.60 | 855.00 | 3,933.00 |
| | | Legal research re issue preclusion argument in LTL Reply Brief. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-08-2024 | JSM | L520 - Appellate Briefs | 5.20 | 1,220.00 | 6,344.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 03-08-2024 | JGM | L520 - Appellate Briefs | 2.60 | 855.00 | 2,223.00 |
| | | Legal research re issue preclusion argument in LTL Reply Brief. | | | |
| 03-11-2024 | JGM | L520 - Appellate Briefs | 4.40 | 855.00 | 3,762.00 |
| | | Legal research re issue preclusion argument in LTL Reply Brief. | | | |
| 03-11-2024 | ML | L520 - Appellate Briefs | 7.60 | 535.00 | 4,066.00 |
| | | Legal research re issue preclusion argument in LTL Reply Brief. | | | |
| 03-11-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Email communication with J. Mallory re legal research responding to arguments in LTL reply brief. | | | |
| 03-11-2024 | JSM | L520 - Appellate Briefs | 0.50 | 1,220.00 | 610.00 |
| | | Reviewing legal research responding to arguments in LTL reply brief. | | | |
| 03-11-2024 | JSM | L520 - Appellate Briefs | 4.70 | 1,220.00 | 5,734.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 03-12-2024 | JSM | L520 - Appellate Briefs | 5.10 | 1,220.00 | 6,222.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 03-12-2024 | ML | L520 - Appellate Briefs | 6.90 | 535.00 | 3,691.50 |
| | | Legal research re issue preclusion argument in LTL Reply Brief. | | | |
| 03-13-2024 | ML | L520 - Appellate Briefs | 4.30 | 535.00 | 2,300.50 |
| | | Legal research re issue preclusion argument in LTL Reply Brief. | | | |
| 03-13-2024 | ML | L520 - Appellate Briefs | 0.50 | 535.00 | 267.50 |
| | | Preparing email communication to J. Massey regarding appellate decisions considering financial distress. | | | |
| 03-13-2024 | ML | L520 - Appellate Briefs | 3.10 | 535.00 | 1,658.50 |
| | | Researching case law regarding arguments in AHC and LTL reply briefs re: Section 1112(b)(2)'s exception to dismissal for cause. | | | |
| 03-13-2024 | JSM | B110 - Case Administration | 0.50 | 1,220.00 | 610.00 |
| | | Zoom with TCC members and representatives to discuss appeal next steps and legal strategy. | | | |
| 03-13-2024 | JSM | L520 - Appellate Briefs | 3.90 | 1,220.00 | 4,758.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 03-13-2024 | JSM | L520 - Appellate Briefs | 0.20 | 1,220.00 | 244.00 |
| | | Email communication with TCC counsel re 28(j) letter. | | | |
| 03-13-2024 | ML | B110 - Case Administration | 0.30 | 535.00 | 160.50 |
| | | Attending weekly TCC meeting discussing appellate issues and next steps. | | | |
| 03-13-2024 | ML | B160 - Fee/Employment Application | 1.30 | 535.00 | 695.50 |
| | | Revising February 2024 invoice. | | | |
| 03-14-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Zoom with J. Lamken and M. Winograd to discuss CA3 appeal. | | | |
| 03-14-2024 | JSM | B160 - Fee/Employment Application | 0.50 | 1,220.00 | 610.00 |
| | | Reviewing Feb 2024 invoice. | | | |
| 03-14-2024 | JSM | B160 - Fee/Employment Application | 0.30 | 1,220.00 | 366.00 |
| | | Revising Feb 2024 invoice. | | | |
| 03-14-2024 | JSM | L520 - Appellate Briefs | 5.40 | 1,220.00 | 6,588.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 03-14-2024 | ML | L520 - Appellate Briefs | 7.10 | 535.00 | 3,798.50 |
| | | Researching case law regarding arguments in AHC and LTL reply briefs re: Section 1112(b)(2)'s exception to dismissal for cause. | | | |
| 03-15-2024 | JSM | B160 - Fee/Employment Application | 0.30 | 1,220.00 | 366.00 |
| | | Reviewing final Feb 2024 invoice. | | | |
| 03-15-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Reviewing legal research from Matt Layden re response to argument in LTL response brief. | | | |
| 03-15-2024 | ML | L520 - Appellate Briefs | 2.40 | 535.00 | 1,284.00 |
| | | Researching case law regarding arguments in AHC and LTL reply briefs re: Section 1112(b)(2)'s exception to dismissal for cause. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-15-2024 | ML | L520 - Appellate Briefs | 5.30 | 535.00 | 2,835.50 |
| | | Researching legal issues associated with North Carolina law contract argument in LTL reply brief. | | | |
| 03-15-2024 | RA | B160 - Fee/Employment Application | 1.20 | 340.00 | 408.00 |
| | | Draft M&G's 6th post-dismissal monthly fee statement. | | | |
| 03-18-2024 | RA | B160 - Fee/Employment Application | 0.40 | 340.00 | 136.00 |
| | | Finalize M&G's 6th post-dismissal monthly fee statement for filing. | | | |
| 03-18-2024 | ML | L520 - Appellate Briefs | 6.10 | 535.00 | 3,263.50 |
| | | Researching legal issues associated with North Carolina law contract argument in LTL reply brief. | | | |
| 03-19-2024 | ML | L520 - Appellate Briefs | 6.40 | 535.00 | 3,424.00 |
| | | Researching legal issues associated with North Carolina law contract argument in LTL reply brief. | | | |
| 03-19-2024 | JSM | L520 - Appellate Briefs | 1.20 | 1,220.00 | 1,464.00 |
| | | Reviewing LTL response to 28(j) letter re: WDNY decision in Integrated Nano Tech.. | | | |
| 03-20-2024 | JSM | B110 - Case Administration | 0.30 | 1,220.00 | 366.00 |
| | | Zoom with TCC members and representatives to discuss CA3 appeal and legal strategy. | | | |
| 03-20-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Email communication with TCC counsel re arguments in LTL 28(j) letter. | | | |
| 03-20-2024 | ML | L520 - Appellate Briefs | 0.20 | 535.00 | 107.00 |
| | | Attending weekly TCC meeting discussing appellate issues and next steps. | | | |
| 03-20-2024 | ML | L520 - Appellate Briefs | 5.40 | 535.00 | 2,889.00 |
| | | Preparing memorandum regarding legal issues associated with North Carolina law contract argument in LTL reply brief. | | | |
| 03-20-2024 | JSM | L520 - Appellate Briefs | 3.80 | 1,220.00 | 4,636.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 03-21-2024 | JSM | L520 - Appellate Briefs | 4.70 | 1,220.00 | 5,734.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 03-21-2024 | ML | L520 - Appellate Briefs | 6.80 | 535.00 | 3,638.00 |
| | | Legal research re: LTL reply brief argument that TCC automatically dissolved upon entry of dismissal order. | | | |
| 03-22-2024 | ML | L520 - Appellate Briefs | 7.40 | 535.00 | 3,959.00 |
| | | Legal research re: LTL reply brief argument that TCC automatically dissolved upon entry of dismissal order. | | | |
| 03-22-2024 | JSM | L520 - Appellate Briefs | 4.80 | 1,220.00 | 5,856.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 03-23-2024 | JSM | L520 - Appellate Briefs | 1.60 | 1,220.00 | 1,952.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 03-25-2024 | ML | L520 - Appellate Briefs | 7.80 | 535.00 | 4,173.00 |
| | | Preparing memorandum re: LTL reply brief argument that TCC dissolved upon entry of dismissal order. | | | |
| 03-27-2024 | JSM | B110 - Case Administration | 0.50 | 1,220.00 | 610.00 |
| | | Zoom with committee members and representatives to discuss appeal strategy and next steps. | | | |
| 03-27-2024 | ML | B110 - Case Administration | 0.50 | 535.00 | 267.50 |
| | | Attending weekly TCC meeting discussing appellate strategy and next steps. | | | |
| 03-28-2024 | ML | L520 - Appellate Briefs | 6.90 | 535.00 | 3,691.50 |
| | | Reviewing record re: AHC and LTL reply brief arguments regarding Section 1112(b)(2) exception to dismissal. | | | |
| 03-29-2024 | ML | L520 - Appellate Briefs | 7.20 | 535.00 | 3,852.00 |
| | | Reviewing record re: AHC and LTL reply brief arguments regarding Section 1112(b)(2) exception to dismissal. | | | |
| | | Total | | | 136,796.50 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Jeremy Mallory | 11.60 | 9,918.00 |
| Jonathan Massey | 62.80 | 75,884.00 |
| Matthew Layden | 94.30 | 50,450.50 |
| Rob Aguirre | 1.60 | 544.00 |
| Total: | | 136,796.50 |
| **Total for this Invoice:** | | **136,796.50** |