UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
FOR THE PERIOD NOVEMBER 1, 2023 THROUGH JANUARY 31, 2024**

In re LTL Management LLC                    Applicant: Cole Schotz P.C.

Case No. 23-12825 (MBK)                    Client:  Ad Hoc Committee of Supporting
                                           Counsel

Chapter 11                                 Case Filed: April 4, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

   */s/ Michael D. Sirota*        04/19/2024
   MICHAEL D. SIROTA              Date

---

**SECTION I**
**FEE SUMMARY**

---

Summary of Amounts Requested for the Period
November 1, 2023 through January 31, 2024 (the "**Compensation Period**")

| | |
|---|---|
| Total Fees | $39,661.50 |
| Total Disbursements | $400.46 |
| Minus % holdback of Fees | $7,932.30 |
| Amount Sought at this Time | $32,129.66 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---|
| Total Previous Fees and Expenses Requested: | $1,303,617.01 |
| Total Fees and Expenses Allowed to Date: | $1,196,650.86 |
| Total Retainer Remaining: | $0.00 |
| Total Holdback: | $20,864.10 |
| Total Received by Applicant: | $1,282,752.91 |

| Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Seth Van Aalten<br>Member | 2004 | 23.40 | $1,050.00 | $24,570.00 |
| Justin R. Alberto<br>Member | 2008 | 5.60 | $830.00 | $4,648.00 |
| Ryan T. Jareck<br>Member | 2008 | 3.50 | $775.00 | $2,712.50 |
| Bryant P. Churbuck<br>Associate | 2018 | 11.30 | $560.00 | $6,328.00 |
| Larry S. Morton<br>Paralegal | n/a | 3.50 | $380.00 | $1,330.00 |
| Danielle E. Delehanty<br>Paralegal | n/a | 0.20 | $365.00 | $73.00 |
| **TOTALS** | **n/a** | **47.50** | **n/a** | **$39,661.50** |

**SECTION II**
**SUMMARY OF SERVICES**

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis | 0.00 | $0.00 |
| Asset/Business Disposition | 0.00 | $0.00 |
| Assumption and Rejection of Leases and Contracts | 0.00 | $0.00 |
| Preference Actions/Response | 0.00 | $0.00 |
| Budgeting (Case) | 0.00 | $0.00 |
| Business Operations | 0.00 | $0.00 |
| Case Administration | 3.70 | $1,403.00 |
| Claims Administration and Objections | 0.00 | $0.00 |
| Corporate Governance and Board Matters | 0.00 | $0.00 |
| Data Analysis | 0.00 | $0.00 |
| Employee Benefits/Pensions | 0.00 | $0.00 |
| Fee Application Preparation | 2.80 | $1,715.00 |
| Fee Employment | 0.00 | $0.00 |
| Fee Objections | 0.00 | $0.00 |
| Financing | 0.00 | $0.00 |
| Litigation | 41.00 | $36,543.50 |
| Meetings of Creditors | 0.00 | $0.00 |
| Disclosure Statement | 0.00 | $0.00 |
| Plan of Reorganization | 0.00 | $0.00 |
| Real Estate | 0.00 | $0.00 |
| Regulatory Compliance | 0.00 | $0.00 |
| Relief from Stay | 0.00 | $0.00 |
| Reporting | 0.00 | $0.00 |
| Tax Issues | 0.00 | $0.00 |
| Valuation | 0.00 | $0.00 |
| Non-Working Travel | 0.00 | $0.00 |
| **SERVICES TOTALS** | **47.50** | **$39,661.50** |

**SECTION III
SUMMARY OF DISBURSEMENTS**

| Disbursements | Amount |
|---|---|
| Court Fees | $43.00 |
| Delivery Services / Federal Express | $352.46 |
| Depositions Transcript | $5.00 |
| **DISBURSEMENTS TOTAL** | **$400.46** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Kristopher M. Hansen (*admitted pro hac vice*)
Ryan P. Montefusco (*admitted pro hac vice*)

PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Matthew M. Murphy (*admitted pro hac vice*)
Matthew Micheli (*admitted pro hac vice*)

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten (*admitted pro hac vice*)
Justin Alberto (*admitted pro hac vice*)

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, Texas 77002
Lenard M. Parkins (*admitted pro hac vice*)
Charles M. Rubio (*admitted pro hac vice*)

*Counsel to Ad Hoc Committee of Supporting*
*Counsel*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

### MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C., AD HAC COMMITTEE OF SUPPORTING COUNSEL, FOR THE PERIOD NOVEMBER 1, 2023 THROUGH JANUARY 31, 2024

Cole Schotz P.C. ("Cole Schotz") submits this Monthly Fee Statement (the "Statement") for services rendered and expenses incurred as Counsel to the Ad Hoc Committee of Supporting Counsel[2] for the period commencing November 1, 2023 and ending January 31, 2024 (the "Statement Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professions* [Docket No. 562] (as modified, the "Interim Fee Procedures Order").

The billing invoices, along with a detailed breakdown of all out-of-pocket disbursements necessarily incurred by Cole Schotz for the Statement Period are annexed hereto. These invoices detail the services performed by Cole Schotz.

The fees requested and expenses incurred in this Statement are as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $39,661.50 | $7,932.30 | $31,729.20 | $400.46 |

*[Remainder of page left intentionally blank]*

---

[2] On June 20, 2023, the Bankruptcy Court entered the *Order Authorizing the Debtor to Enter into an Expense Reimbursement Agreement with Ad Hoc Committee of Supporting Counsel* [Docket No. 838] that provides for the reimbursement of fees from April 18, 2023 through the termination of the Reimbursement Agreement (together, the "Fees and Expenses").

WHEREFORE, Cole Schotz respectfully requests payment of fees and reimbursement of

expenses for the Statement Period of $32,129.66 (80% of total fees and 100% of expenses) in

accordance with the Reimbursement Order.


Dated: April 19, 2024              **COLE SCHOTZ P.C.**
                                   *Counsel to Ad Hoc Committee*
                                   *of Supporting Counsel*

                                   /s/ *Michael D. Sirota*
                                   Michael D. Sirota (NJ Bar No. 014321986)

# Exhibit A

# COLE SCHOTZ P.C.

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ  07601

**FEDERAL ID# 22-2113414**

New York — Delaware — Maryland — Texas  — Florida

LTL MANAGEMENT LLC
N/A

| | |
|---|---|
| Invoice Date: | February 27, 2024 |
| Invoice Number: | 970120 |
| Matter Number: | 66055-0001 |

**Re:**  LTL AD HOC GROUP

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2023

| **CASE ADMINISTRATION** | | | **1.60** | **605.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 11/06/23 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.30 | 114.00 |
| 11/08/23 | LSM | EMAILS WITH B. CHURBUCK REGARDING NOVEMBER 15, 2023 HEARING STATUS | 0.30 | 114.00 |
| 11/09/23 | LSM | EMAILS WITH BANKRUPTCY COURT CHAMBERS AND B. CHURBUCK REGARDING NOVEMBER 15, 2023 HEARING STATUS | 0.50 | 190.00 |
| 11/13/23 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.30 | 114.00 |
| 11/21/23 | DED | REQUEST TRANSCRIPT FOR 11.15.23 HEARING AND OBTAIN AND CIRCULATE SAME. | 0.20 | 73.00 |

| **LITIGATION** | | | **8.50** | **7,308.50** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 11/07/23 | BPC | PREPARE EMAILS TO AND REVIEW EMAILS FROM R. MONTEFUSCO AND W. FARMER RE: 11/15 HEARING | 0.20 | 112.00 |
| 11/07/23 | BPC | PREPARE EMAILS TO AND REVIEW EMAILS FROM L. MORTON AND D. DELEHANTY RE: 11/15 HEARING | 0.20 | 112.00 |
| 11/07/23 | SVA | CORRES W/ B. CHURBUCK AND M. MICHELI RE HEARING ON MOTION TO SUPPLEMENT APPEAL DESIGNATIONS | 0.40 | 420.00 |
| 11/08/23 | SVA | CORRES W/ A. PEREIRA RE STATUS OF CASE AND APPEAL | 0.30 | 315.00 |
| 11/09/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: 11/15 HEARING | 0.30 | 168.00 |
| 11/10/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO M. MICHELI, M. MURPHY, AND R. MONTEFUSCO RE: 11/15 HEARING | 0.20 | 112.00 |
| 11/13/23 | SVA | CORRES W/ B. CHURBUCK AND PH TEAM RE 11.15 HEARING | 0.20 | 210.00 |
| 11/13/23 | JRA | REVIEW AGENDA FOR 11.15 HEARING | 0.10 | 83.00 |
| 11/13/23 | BPC | PREPARE EMAILS TO AND REVIEW EMAILS FROM PAUL HASTINGS LTL TEAM RE: 11/15 HEARING | 0.20 | 112.00 |
| 11/13/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN RE: 11/15 HEARING | 0.30 | 168.00 |
| 11/14/23 | SVA | CORRES W/ PH TEAM RE 11.15 HEARING | 3.00 | 3,150.00 |

**COLE SCHOTZ P.C.**

Re:        LTL AD HOC GROUP
           Client/Matter No. 66055-0001

Invoice Number  970120
February 27, 2024
Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/15/23 | SVA | ATTEND HEARING ON MOTION TO SUPPLEMENT RECORD ON APPEAL | 0.30 | 315.00 |
| 11/21/23 | BPC | TELEPHONIC CONFERENCE WITH R. JARECK RE: MOTION TO SUPPLEMENT RECORD ON APPEAL | 0.10 | 56.00 |
| 11/21/23 | RTJ | CONFERENCE CALL WITH B. CHURBUCK RE: LTL (.10); REVIEW CORRESPONDENCE, DOCUMENTS AND PLEADINGS RE: LTL (1.10) | 1.20 | 930.00 |
| 11/21/23 | BPC | PREPARE EMAILS TO AND REVIEW EMAILS FROM S. VAN AALTEN AND R. JARECK RE: MOTION TO SUPPLEMENT RECORD ON APPEAL | 0.50 | 280.00 |
| 11/21/23 | SVA | CONF W/ B. CHURBUCK RE ORDER SUPPLEMENTING APPEAL DESIGNATIONS FOR AHC | 0.20 | 210.00 |
| 11/22/23 | RTJ | ATTEND TO MULTIPLE CALLS RE: LTL AND APPEALS | 0.50 | 387.50 |
| 11/22/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN, R. MONTEFUSCO, AND W. FARMER RE: ORDER GRANTING MOTION TO SUPPLEMENT RECORD ON APPEAL | 0.30 | 168.00 |

TOTAL HOURS     10.10

PROFESSIONAL SERVICES:                                                    $7,913.50

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|------|------------------|-------|------|--------|
| Bryant P. Churbuck | Associate | 2.30 | 560.00 | 1,288.00 |
| Danielle E. Delehanty | Paralegal | 0.20 | 365.00 | 73.00 |
| Justin R. Alberto | Member | 0.10 | 830.00 | 83.00 |
| Morton, Larry | Paralegal | 1.40 | 380.00 | 532.00 |
| Ryan T. Jareck | Member | 1.70 | 775.00 | 1,317.50 |
| Seth Van Aalten | Member | 4.40 | 1,050.00 | 4,620.00 |
| **Total** | | **10.10** | | **$7,913.50** |

**COST SUMMARY**

| Description | AMOUNT |
|-------------|--------|
| COURT FEES | 32.00 |
| DELIVERY SERVICES / FEDERAL EXPRESS | 352.46 |
| DEPOSITIONS TRANSCRIPT | 5.00 |
| **TOTAL COSTS** | **$389.46** |

**COLE SCHOTZ P.C.**

Re:     LTL AD HOC GROUP                                 Invoice Number  970120
        Client/Matter No. 66055-0001                        February 27, 2024
                                                                       Page 3

---

| | | |
|---|---|---|
| TOTAL SERVICES AND COSTS: | $ | 8,302.96 |
| PREVIOUS BALANCE DUE: | $ | 106,966.15 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE:** | **$** | **115,269.11** |

**TASK SUMMARY**

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| NJ821 | LITIGATION | 8.50 | 7,308.50 |
| NJ839 | CASE ADMINISTRATION | 1.60 | 605.00 |
| | **Total** | **10.10** | **$7,913.50** |

# COLE SCHOTZ P.C.

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-489-3000 201-489-1536
FEDERAL ID# 22-2113414

New York — Delaware — Maryland — Texas  — Florida

LTL MANAGEMENT LLC
N/A

| | |
|---|---|
| Invoice Date: | February 27, 2024 |
| Invoice Number: | 970120 |
| Matter Number: | 66055-0001 |

**REMITTANCE PAGE**

PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2023

**Client:**    AD HOC GROUP OF SUPPORTING COUNSEL
**Matter:**    LTL AD HOC GROUP

| | | |
|---|---|---|
| TOTAL FEES: | $ | 7,913.50 |
| TOTAL COSTS: | $ | 389.46 |
| TOTAL DUE THIS INVOICE: | $ | 8,302.96 |
| PREVIOUS BALANCE DUE: | $ | 106,966.15 |
| **AMOUNT DUE:** | **$** | **115,269.11** |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

**For payments via ACH (e-check) or Credit Card please visit**
**http://payments.coleschotz.com**

**or use the QR Code**



**For payments made via Wire**
Account Name: Cole Schotz P.C.
Bank of America, Account #4380000240
ABA #026009593

**Please call 201-525-6280 for assistance with payments**

# Exhibit B

COLE SCHOTZ P.C.

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ  07601

FEDERAL ID# 22-2113414

New York — Delaware — Maryland — Texas  — Florida

LTL MANAGEMENT LLC
N/A

| | |
|---|---|
| Invoice Date: | April 18, 2024 |
| Invoice Number: | 974857 |
| Matter Number: | 66055-0001 |

**Re:**  LTL AD HOC GROUP

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2023

| **FEE APPLICATION PREPARATION** | **0.30** | **168.00** |
|---|---|---|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 12/20/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN RE: MONTHLY FEE STATEMENTS | 0.30 | 168.00 |

| **LITIGATION** | **15.80** | **13,381.00** |
|---|---|---|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 12/08/23 | SVA | REVIEW/COMMENT ON 3D CIR BRIEF RE DISMISSAL APPEAL | 3.70 | 3,885.00 |
| 12/08/23 | JRA | REVIEW DRAFT THIRD CIRCUIT BRIEF | 1.00 | 830.00 |
| 12/11/23 | BPC | REVIEW DRAFT APPELLATE BRIEF | 2.50 | 1,400.00 |
| 12/11/23 | SVA | FURTHER REVIEW/COMMENT ON 3D CIRC BRIEF RE DISMISSAL | 2.60 | 2,730.00 |
| 12/13/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN, D. DELEHANTY, AND R. MONTEFUSCO RE: APPELLATE BRIEF | 0.80 | 448.00 |
| 12/13/23 | SVA | REVIEWED FINAL FILED 3D CIR BRIEF RE DISMISSAL APPEAL | 1.80 | 1,890.00 |
| 12/13/23 | SVA | CORRES W/ R. MONTEFUSCO RE 3D CIR BRIEF FILING AND SERVICE | 0.20 | 210.00 |
| 12/14/23 | BPC | REVIEW DEBTOR'S APPELLATE BRIEF | 2.20 | 1,232.00 |
| 12/15/23 | SVA | REVIEWED DEBTOR REPLY IN SUPPORT OF MOTION TO RECONSIDER HOULIHAN FEE APP | 0.40 | 420.00 |
| 12/18/23 | BPC | REVIEW ORDER DENYING MOTION TO WAIVE ORAL ARGUMENT AND DECIDE APPEAL ON THE PAPERS | 0.10 | 56.00 |
| 12/18/23 | BPC | REVIEW MOTION TO WAIVE ORAL ARGUMENT AND DECIDE APPEAL ON THE PAPERS | 0.50 | 280.00 |

| | | | TOTAL HOURS | 16.10 | |
|---|---|---|---|---|---|

PROFESSIONAL SERVICES:                                                                                         $13,549.00

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | LTL AD HOC GROUP | | Invoice Number | 974857 |
| | Client/Matter No. 66055-0001 | | | April 18, 2024 |
| | | | | Page 2 |

## TIMEKEEPER SUMMARY

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Bryant P. Churbuck | Associate | 6.40 | 560.00 | 3,584.00 |
| Justin R. Alberto | Member | 1.00 | 830.00 | 830.00 |
| Seth Van Aalten | Member | 8.70 | 1,050.00 | 9,135.00 |
| | **Total** | **16.10** | | **$13,549.00** |

| | | | |
|---|---|---|---|
| TOTAL SERVICES: | | $ | 13,549.00 |
| PREVIOUS BALANCE DUE: | | $ | 64,893.56 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE:** | | **$** | **78,442.56** |

## TASK SUMMARY

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| NJ812 | FEE APPLICATION PREPARATION | 0.30 | 168.00 |
| NJ821 | LITIGATION | 15.80 | 13,381.00 |
| | **Total** | **16.10** | **$13,549.00** |

# COLE SCHOTZ P.C.

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-489-3000 201-489-1536
FEDERAL ID# 22-2113414

New York — Delaware — Maryland — Texas — Florida

| | | |
|---|---|---|
| LTL MANAGEMENT LLC | Invoice Date: | April 18, 2024 |
| N/A | Invoice Number: | 974857 |
| | Matter Number: | 66055-0001 |

## REMITTANCE PAGE

PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2023

**Client:** AD HOC GROUP OF SUPPORTING COUNSEL
**Matter:** LTL AD HOC GROUP

| | | |
|---|---|---|
| TOTAL FEES: | $ | 13,549.00 |
| TOTAL DUE THIS INVOICE: | $ | 13,549.00 |
| PREVIOUS BALANCE DUE: | $ | 64,893.56 |
| **AMOUNT DUE:** | **$** | **78,442.56** |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**For payments via ACH (e-check) or Credit Card please visit**
**http://payments.coleschotz.com**

**or use the QR Code**



**For payments made via Wire**
Account Name: Cole Schotz P.C.
Bank of America, Account #4380000240
ABA #026009593

**Please call 201-525-6280 for assistance with payments**

# Exhibit C

# COLE SCHOTZ P.C.

Court Plaza North
25 Main Street
Hackensack, NJ  07601

**FEDERAL ID# 22-2113414**

New York — Delaware — Maryland — Texas  — Florida

LTL MANAGEMENT LLC
N/A

| | |
|---|---|
| Invoice Date: | February 27, 2024 |
| Invoice Number: | 970122 |
| Matter Number: | 66055-0001 |

**Re:**  LTL AD HOC GROUP

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2024

| CASE ADMINISTRATION | | | 2.10 | 798.00 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 01/02/24 | LSM | EMAILS WITH B. CHURBUCK REGARDING MONTHLY FEE APPLICATION PREPARATIONS | 0.20 | 76.00 |
| 01/02/24 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 76.00 |
| 01/08/24 | LSM | REVIEW DOCKET AND INTERNAL SYSTEM FOR FEE APPLICATION ORDER REGARDING FILING DEADLINES | 0.50 | 190.00 |
| 01/16/24 | LSM | LEGAL RESEARCH FOR MONTHLY FEE APPLICATION FILING DEADLINE AND REPORT FINDINGS TO B. CHURBUCK | 0.50 | 190.00 |
| 01/16/24 | LSM | COMPILE, REVIEW AND CIRCULATE INTERIM COMP. ORDER TO B. CHURBUCK | 0.30 | 114.00 |
| 01/22/24 | LSM | OBTAIN HEARING TRANSCRIPTS | 0.40 | 152.00 |

| FEE APPLICATION PREPARATION | | | 2.50 | 1,547.00 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 01/04/24 | BPC | REVIEW SEPTEMBER INVOICE WITH ATTENTION TO PRIVILEGE/REDACTION | 0.70 | 392.00 |
| 01/04/24 | BPC | REVIEW AUGUST STUB INVOICE WITH ATTENTION TO PRIVILEGE/REDACTION | 0.30 | 168.00 |
| 01/04/24 | BPC | REVIEW NOVEMBER INVOICE WITH ATTENTION TO PRIVILEGE/REDACTION | 0.30 | 168.00 |
| 01/04/24 | BPC | REVIEW OCTOBER INVOICE WITH ATTENTION TO PRIVILEGE/REDACTION | 0.70 | 392.00 |
| 01/09/24 | BPC | PREPARE EMAILS TO AND REVIEW EMAILS FROM L. MORTON RE: MONTHLY FEE APPLICATIONS | 0.20 | 112.00 |
| 01/23/24 | SVA | CORRES W/ M. MICHELI AND B. CHURBUCK RE POST-CONFIRMATION FEE APPLICATIONS | 0.30 | 315.00 |

| LITIGATION | | | 16.70 | 15,854.00 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 01/29/24 | SVA | REVIEW/ANALYZE AHG OF MESO CLAIMANTS APPELLEE BRIEF RE MOTION TO DISMISS | 0.90 | 945.00 |
| 01/29/24 | JRA | REVIEW UST BRIEF RE DISMISSAL | 0.80 | 664.00 |

**COLE SCHOTZ P.C.**

| Re: | LTL AD HOC GROUP | Invoice Number  970122 |
|---|---|---|
| | Client/Matter No. 66055-0001 | February 27, 2024 |
| | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/29/24 | JRA | REVIEW TALC CLAIMANTS BRIEF RE DISMISSAL | 1.00 | 830.00 |
| 01/29/24 | SVA | REVIEW/ANALYZE ARNOLD & ITKIN APPELLEE BRIEF RE MOTION TO DISMISS | 1.60 | 1,680.00 |
| 01/29/24 | SVA | REVIEW/ANALYZE TCC APPELLEE BRIEF RE MOTION TO DISMISS | 2.70 | 2,835.00 |
| 01/29/24 | SVA | REVIEW/ANALYZE UST APPELLEE BRIEF RE MOTION TO DISMISS | 1.40 | 1,470.00 |
| 01/29/24 | SVA | REVIEW/ANALYZE STATE OF NEW MEXICO APPELLEE BRIEF RE MOTION TO DISMISS | 1.10 | 1,155.00 |
| 01/30/24 | RTJ | REVIEW THIRD CIRCUIT APPEAL BRIEFS | 1.80 | 1,395.00 |
| 01/30/24 | SVA | REVIEWED ANALYSIS OF APPELLEE BRIEFS RE MOTION TO DISMISS APPEAL | 2.30 | 2,415.00 |
| 01/30/24 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO COLE SCHOTZ LTL TEAM RE: APPELLATE BRIEFS | 0.40 | 224.00 |
| 01/30/24 | JRA | REVIEW AD HOC STATES JOINDER BRIEF | 0.10 | 83.00 |
| 01/31/24 | JRA | REVIEW AHG BRIEF RE DISMISSAL | 0.80 | 664.00 |
| 01/31/24 | JRA | REVIEW ARNOLD ITKIN BRIEF RE DISMISSAL | 1.10 | 913.00 |
| 01/31/24 | JRA | REVIEW NEW MEXICO BRIEF RE DISMISSAL | 0.70 | 581.00 |
| | | TOTAL HOURS | 21.30 | |

PROFESSIONAL SERVICES:                                                      $18,199.00

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Bryant P. Churbuck | Associate | 2.60 | 560.00 | 1,456.00 |
| Justin R. Alberto | Member | 4.50 | 830.00 | 3,735.00 |
| Morton, Larry | Paralegal | 2.10 | 380.00 | 798.00 |
| Ryan T. Jareck | Member | 1.80 | 775.00 | 1,395.00 |
| Seth Van Aalten | Member | 10.30 | 1,050.00 | 10,815.00 |
| | **Total** | **21.30** | | **$18,199.00** |

**COST SUMMARY**

| Description | AMOUNT |
|---|---|
| COURT FEES | 11.00 |
| **TOTAL COSTS** | **$11.00** |

**COLE SCHOTZ P.C.**

Re:     LTL AD HOC GROUP
        Client/Matter No. 66055-0001

Invoice Number  970122
February 27, 2024
Page 3

TOTAL SERVICES AND COSTS:                                      $           18,210.00

PREVIOUS BALANCE DUE:                                          $          129,133.11

**TOTAL DUE INCLUDING PREVIOUS BALANCE:**                      **$          147,343.11**

**TASK SUMMARY**

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| NJ812 | FEE APPLICATION PREPARATION | 2.50 | 1,547.00 |
| NJ821 | LITIGATION | 16.70 | 15,854.00 |
| NJ839 | CASE ADMINISTRATION | 2.10 | 798.00 |
| | **Total** | **21.30** | **$18,199.00** |

# COLE SCHOTZ P.C.

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-489-3000 201-489-1536
FEDERAL ID# 22-2113414

New York — Delaware — Maryland — Texas — Florida

LTL MANAGEMENT LLC
N/A

| | |
|---|---|
| Invoice Date: | February 27, 2024 |
| Invoice Number: | 970122 |
| Matter Number: | 66055-0001 |

## REMITTANCE PAGE

PROFESSIONAL SERVICES THROUGH JANUARY 31, 2024

**Client:** AD HOC GROUP OF SUPPORTING COUNSEL
**Matter:** LTL AD HOC GROUP

| | | |
|---|---|---|
| TOTAL FEES: | $ | 18,199.00 |
| TOTAL COSTS: | $ | 11.00 |
| TOTAL DUE THIS INVOICE: | $ | 18,210.00 |
| PREVIOUS BALANCE DUE: | $ | 129,133.11 |
| **AMOUNT DUE:** | **$** | **147,343.11** |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**For payments via ACH (e-check) or Credit Card please visit**
http://payments.coleschotz.com

**or use the QR Code**



**For payments made via Wire**
Account Name: Cole Schotz P.C.
Bank of America, Account #4380000240
ABA #026009593

**Please call 201-525-6280 for assistance with payments**