

# Affidavit of Service

Firm: __Cole Schotz__    Reference No. __66055-0001__

I, __Viktor Schwaiger__, declare as follows:
(*Please Print* Name of Employee)

I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801. I am an authorized representative of Parcels, Inc.

The following document(s), __D.I. 1728, 1729 & 1730__, in the following case, __23-12825-MBK__, was/were delivered by the following method(s):

Quantity Sent (Check any that apply):

| | | |
|---|---|---|
| [x] | 8 | First Class Mail |
| [ ] | | Priority Mail |
| [ ] | | Express Mail |
| [ ] | | International Mail |
| [ ] | | Federal Express |
| [x] | 168 | Email |
| [ ] | | Certified Mail |

I declare, under penalty of perjury, that the above statements are true and correct. The above action(s) was/were executed on __April 15, 2024__ in Wilmington, DE.

_____ Parcels, Inc., Representative.
*(Employee Signature)*

| | |
|---|---|
| RESOLUTIONS, LLC<br>(CO-MEDIATOR)<br>ATTN ERIC D GREEN<br>30 MONUMENT SQUARE, SUITE 245<br>CONCORD, MA 01742 | SLATER SLATER SCHULMAN<br>445 BROADHOLLOW RD, STE 419<br>SLATER, ADAM<br>MELVILLE, NY 11747 |
| JONES WALKER LLP<br>(CO-MEDIATOR)<br>ATTN GARY RUSSO<br>SUITE 1600, 600 JEFFERSON STREET<br>LAFAYETTE, LA 70501 | Gary Russo<br>Jones Walker LLP<br>Suite 1600, 600 Jefferson Street<br>Lafayette, LA 70501 |
| Eric D Green<br>Resolutions, LLC<br>30 Monument Square, Suite 245<br>Concord, MA 01742 | Adam Slater<br>Slater Slater Schulman<br>445 Broadhollow Rd, Ste 419<br>Melville, NY 11747 |
| Lauren Bielskie and Jeffrey M. Sponder<br>Office of the US Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | James Heisman and Christopher Lopalo<br>Napoli Shkolnik PLLC<br>360 Lexington Ave<br>New York, NY 10017 |

**Via E-Mail**

apereira@andrespereirapc.com
spackman@archerlaw.com
CBOATRIGHT@ARNOLDITKIN.COM
CHRISTENSEN@ARNOLDITKIN.COM
JITKIN@ARNOLDITKIN.COM
mparfitt@ashcraftlaw.com
MARYBETH@PUTNICKLEGAL.COM
DTHORNBURGH@AWKOLAW.COM
daluzt@ballardspahr.com
heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com
CHARLIE.STERN@BEASLEYALLEN.COM
leigh.odell@beasleyallen.com
linc.rogers@blakes.com
dmolton@brownrudnick.com
mwinograd@brownrudnick.com
ssieger-grimm@brownrudnick.com
kaulet@brownrudnick.com
jjonas@brownrudnick.com
sbeville@brownrudnick.com
egoodman@brownrudnick.com
RSCHLUETER@CSSFIRM.COM
konrad.krebs@clydeco.us
clinton.cameron@clydeco.us
meghan.dalton@clydeco.us
cplacitella@cprlaw.com
msirota@coleschotz.com
wusatine@coleschotz.com
svanaalten@coleschotz.com
jalberto@coleschotz.com
apyenson@crowell.com
mplevin@crowell.com
tyoon@crowell.com
dchristian@dca.law
slross@duanemorris.com
prmatthews@duanemorris.com
"JKAHANE@DUANEMORRIS.COM
RWROTEN@DUANEMORRIS.COM
AMINA@DUANEMORRIS.COM
NREINHARDT@DUANEMORRIS.COM
JFERRER@LAWYERWORKS.COM

CFELLER@LAWYERWORKS.COM
dstolz@genovaburns.com
dclarke@genovaburns.com
gkinoian@genovaburns.com
dclarke@genovaburns.com
gompers@gomperslaw.com
hbabin@gertlerfirm.com
rmalone@gibbonslaw.com
kmcevilly@gibbonslaw.com
jmaloney@lawgmm.com
sgimigliano@lawgmm.com
rrabinowitz@lawgmm.com
rgolomb@golomblegal.com
brodya@gtlaw.com
ahalperin@halperinlaw.net
dlieberman@halperinlaw.net
ecarter@hillhillcarter.com
ehaas8@its.jnj.com
awhite23@its.jnj.com
BADHAM@JOHNSONLAWGROUP.COM
gmgordon@jonesday.com
dpietro@jonesday.com
asrush@jonesday.com
bberens@joneday.com
epk@karstvonoiste.com
skazan@kazanlaw.com
kfournier@kslaw.com
rpfister@ktbslaw.com
nmaoz@ktbslaw.com
mtuchin@ktbslaw.com
skidder@ktbslaw.com
bwh@hofmeisterfirm.com
mmalzberg@mjmalzberglaw.com
ctisi@levinlaw.com
mmaimon@levylaw.com
jblock@levylaw.com
rdressel@lexnovalaw.com
JENN@JENNLIAKOSLAW.COM
info@linvillelawgroup.com
info@linvillefirm.com
aunderwood@litedepalma.com
KROSEN@LOWENSTEIN.COM
MSEYMOUR@LOWENSTEIN.COM

jkim8@its.jnj.com
jmassey@masseygail.com
rmorse@masseygail.com
sratcliffe@mrhfmlaw.com
cthompson@mrhfmlaw.com
tladd@mccarter.com
jgarde@mccarter.com
DON@MCDONALDWORLEY.COM
splacona@msbnj.com
asodono@msbnj.com
eileen.mccabe@mendes.com
stephen.roberts@mendes.com
choke@millerfirmllc.com
dlapinski@motleyrice.com
MN@NTRIAL.COM
CLOPALO@NAPOLIBERN.COM
JHEISMAN@NAPOLILAW.COM
autumn.highsmith@oag.texas.gov
rachel.obaldo@oag.texas.gov
LAUREN.BIELSKIE@USDOJ.GOV
JEFFREY.M.SPONDER@USDOJ.GOV
ONDER@ONDERLAW.COM
rloeb@orrick.com
rhaddad@otterbourg.com
asilverstein@otterbourg.com
mcyganowski@otterbourg.com
jfeeney@otterbourg.com
mmaizel@otterbourg.com
ljones@pszjlaw.com
crobinson@pszjlaw.com
pkeane@pszjlaw.com
lparkins@parkinsrubio.com
crubio@parkinsrubio.com
jweiss@pashmanstein.com
krishansen@paulhastings.com
mattmurphy@paulhastings.com
mattmicheli@paulhastings.com
ADAM@PULASKILAWFIRM.COM
randi@randiellis.com
mdf@rawlingsandassociates.com
rcg@rawlingsandassociates.com
dbaker@reedsmith.com
MROBINSON@ROBINSONFIRM.COM

bmccormick@rossfellercasey.com
GREG@LAWRSD.COM
jaugust@saiber.com
MGROSSMAN@THESANDERSFIRM.COM
kfrazier@shb.com
lkagan@sgptrial.com
afrankel@stblaw.com
allison.brown@skadden.com
AKELLY@KBTLAW.COM
jshapiro@shapirolawfirm.com
FLETCH@TRAMMELLPC.COM
lmodugno@tm-firm.com
john.z.balasko@usdoj.gov
bethany.theriot@usdoj.gov
sabramowitz@velaw.com
AWAGSTAFF@WAGSTAFFLAWFIRM.COM
mfalk@walsh.law
MCWATTS@WATTSGUERRA.COM
"Diane.Sullivan@weil.com
Ronit.Berkovich@weil.com
Theodore.Tsekerides@weil.com
Matthew.Goren@weil.com
pw@weitzlux.com
lbusch@weitzlux.com
lbusch@weitzlux.com
JESSICA.LAURIA@WHITECASE.COM
GKURTZ@WHITECASE.COM
RICARDO.PASIANOTTO@WHITECASE.COM
GSTARNER@WHITECASE.COM
MSHEPHERD@WHITECASE.COM
LAURA.FEMINO@WHITECASE.COM
MLINDER@WHITECASE.COM
LAURA.BACCASH@WHITECASE.COM
rbwisner@wisnerbaum.com
jlawlor@wmd-law.com
pdefilippo@wmd-law.com
jpacelli@wmd-law.com
jlawlor@wmd-law.com
Ericka.Johnson@wbd-us.com
Lisa.Tancredi@wbd-us.com