**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FIRST INTERIM POST-DISMISSAL FEE APPLICATION**
**COVER SHEET FOR THE PERIOD**
**AUGUST 12, 2023 THROUGH MARCH 31, 2024**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Brown Rudnick LLP |
| Case No.: | 23-12585 (MBK) | Client: | Official Comm of Talc Claimants |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

## SECTION 1
## FEE SUMMARY

☒ Interim Post-Dismissal Fee Application No. 1    or ☐ Final Fee Application

Summary of Amounts Requested for the Period from August 12, 2023 through March 31, 2024 (the "First Interim Post-Dismissal Fee Application")

| | |
|---|---|
| Total Fees: | $1,144,783.50 |
| Total Disbursements: | $95,774.77 |
| 20% Holdback (First Though Fourth Post-Dismissal Fee Statements): | $228,956.70 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| David J. Molton | Partner 1983 | 107.2 | $1,950/$2,250 | $220,920.00 |
| Jeffrey L. Jonas | Partner 1988 | 34.2 | $1,950/$2,250 | $66,450.00 |
| Michael S. Winograd | Partner 2001 | 366.3 | $1,280/$1,800 | $556,744.00 |
| Sunni P. Beville | Partner 2002 | 73.2 | $1,390/$1,800 | $104,659.00 |
| Cathrine M. Castaldi | Partner 1991 | .1 | $1,390 | $139.00 |
| Susan Sieger-Grimm | Counsel 1994 | 126.3 | $1,055/$1,200 | $137,886.50 |
| Gerard T. Cicero | Partner 2015 | 7.8 | $1,000 | $7,800.00 |
| Michael W. Reining | Associate 2015 | 29.7 | $890/$975 | $28,493.50 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Matthew A. Sawyer | Associate 2019 | 4.3 | $950 | $4,085.00 |
| Alexander F. Kasnetz | Associate 2018 | 9.6 | $890/$950 | $8,574.00 |
| Isabelle R. Jacobs | Associate 2018 | 2.1 | $890 | $1,869.00 |
| David Weinstein | Associate 2020 | 2.5 | $695 | $1,737.50 |
| Harriet E. Cohen | Paralegal | 10.9 | $490/$500 | $5,426.00 |
| **TOTALS** | | **774.2** | | **$1,144,783.50** |

Fee Totals:            $1,144,783.50

Disbursements Totals:  $95,774.77

Total Fee Application  $1,240,558.27

2

# SECTION II
# SUMMARY OF SERVICES

| | SERVICES RENDERED | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | 0.0 | $0.00 |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | 0.0 | $0.00 |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | 0.0 | $0.00 |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0.0 | $0.00 |
| e) | **Case Administration** Coordination and compliance activities, including review of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 0.0 | $0.00 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 0.0 | $0.00 |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0.0 | $0.00 |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 74.3 | $96,834.00 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others | 0.0 | $0.00 |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | 0.0 | $0.00 |
| k) | **Litigation** General litigation and other contested matters. | 523.1 | $817,671.50 |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341 meeting and creditors' committee meetings. | 171.2 | $221,810.50 |
| m) | **Plan and Disclosure Statement** Formulation, analysis, presentation, and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 0.0 | $0.00 |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings / Injunction Litigation in Adversary Proceeding**<br>Matters relating to termination or continuation of automatic stay under sections 362 and 105; matters relating to preliminary injunction and related appeals. | .1 | $95.50 |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | 0.0 | $0.00 |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 0.0 | $0.00 |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 0.0 | $0.00 |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 0.0 | $0.00 |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 0.0 | $0.00 |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and bringing accounting current. | 0.0 | $0.00 |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | 0.0 | $0.00 |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | 0.0 | $0.00 |
| w) | **Travel Time (billed @ 50%)** | 0.0 | $0.00 |
| x) | **Committee Governance Matters**<br>Analysis regarding committee governance matters, including creation of by laws and addressing other governance matters. | 1.9 | $1,860.00 |
| y) | **Investigation and Due Diligence**<br>Investigation and analysis of prepetition transactions and activities of the Debtor and related entities and assessment of potential claims and causes of action. | 0.0 | $0.00 |
| z) | **Hearings**<br>Preparation for and attendance at hearings. | 0.0 | $0.00 |
| aa) | **Mediation**<br>Preparation for and attendance at mediation. | 0.0 | $0.00 |
| bb) | **Dismissal / Trustee / Examiner Matters**<br>Issues relating to motions to dismiss, motions to appoint an examiner or trustee, and related appeals as applicable. | 0.0 | $0.00 |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| cc) **Meetings of Co-Counsel**<br>Preparing for and attendance at meetings of co-counsel and other TCC professionals to develop case strategy, coordinate action items and prepare in advance of full committee meetings. | 3.6 | $6,512.00 |
| **SERVICE TOTALS:** | **774.2** | **$1,144,783.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing Fees**<br>Payable to Clerk of Court. | $858.02 |
| b) **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. Westlaw and LEXIS at vendor cost. | $21,809.33 |
| c) **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | $71.70 |
| d) **Fax**<br>Include per page fee charged. | $0.00 |
| e) **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | $0.00 |
| f) **In-house Reproduction Services**<br>Exclusive of overhead charges. | $645.00 |
| g) **Outside Reproduction Services**<br>Including scanning services. | $0.00 |
| h) **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | $0.00 |
| i) **Court Reporting**<br>Deposition Services / Transcripts | $0.00 |
| j) **Travel**<br>Mileage, tolls, airfare, parking. | $1,675.88 |
| k) **Courier & Express Carriers**<br>Overnight and personal delivery. | $135.65 |
| l) **Postage** | $14.32 |
| m) **Other (specify) Meals**<br>Meals. | $641.52 |
| n) **Other (specify)**<br>Expert and Professional Fees. | $69,370.85 |
| o) **Other (specify)**<br>Third Party Hosting. | $252.50 |
| p) **Other (specify)**<br>eDiscovery Hosting. | $300.00 |
| **DISBURSEMENTS TOTAL:** | **$95,774.77** |

I certify under penalty of perjury that the foregoing is true.

Date: April 29, 2024                               /s/ *Gerard T. Cicero*

65332051