# Exhibit A

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14368
April 30, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

## INVOICE
### For Services Through March 31, 2024

2023-002: LTL Management / J&J Bankruptcy II

### Professional Fees

| Date | Professional | | Hours |
|---|---|---|---|
| 3/1/2024 | Lamken | Emails on argument availability. | 0.10 |
| 3/1/2024 | Lamken | Strategy emails with B. Massey, M. Winograd. | 0.20 |
| 3/1/2024 | Ellis | Discuss oral argument preparation with J. Fischell. | 0.80 |
| 3/1/2024 | Ellis | Draft questions and answers for oral argument preparation. | 0.60 |
| 3/1/2024 | Rubin | Email to B. Wiltgen re: fees finalization. | 0.10 |
| 3/1/2024 | Rubin | Finalize and send January fee statement. | 0.70 |
| 3/1/2024 | Hashem | Correspondence with J. Lamken re: argument availability. | 0.20 |
| 3/4/2024 | Rubin | Email to R. Hashem re: argument letter. | 0.10 |
| 3/4/2024 | Rubin | Finalize and file argument letter. | 0.60 |
| 3/4/2024 | Hashem | File argument availability letter. | 0.10 |
| 3/6/2024 | Lamken | Committee meeting. | 0.20 |
| 3/6/2024 | Lamken | Review decision on committee survival. | 0.40 |
| 3/6/2024 | Lamken | Emails re: same. | 0.20 |
| 3/6/2024 | Lamken | Work on Rule 28(j) letter. | 0.50 |
| 3/6/2024 | Downing | Perform legal cite check of 28(j) letter. | 0.50 |
| 3/6/2024 | Walker | Review new authority re: continuation of creditor committee post-dismissal; email re: same. | 0.80 |
| 3/6/2024 | Walker | Prepare Rule 28(j) notice of supplemental authority re: Integrated Nano-Technologies decision. | 2.30 |
| 3/6/2024 | Rubin | Analyze Integrated Nano-Techs. decision and email to R. Hashem re: same. | 1.50 |
| 3/6/2024 | Rubin | Weekly committee call. | 0.30 |
| 3/6/2024 | Rubin | Revise Rule 28(j) letter. | 0.60 |
| 3/7/2024 | Lamken | Committee call. | 0.20 |
| 3/7/2024 | Lamken | Call with appellate team (including B. Massey and M. Winograd) re: | 0.20 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | projects and strategy. | |
| 3/7/2024 | Walker | Email re: supplemental authority. | 0.40 |
| 3/12/2024 | Rubin | Emails with R. Hashem re: 28(j) letter. | 0.40 |
| 3/13/2024 | Rubin | Attend weekly committee meeting. | 0.50 |
| 3/20/2024 | Lamken | Committee call. | 0.20 |
| 3/27/2024 | Hashem | Participate in weekly TCC meeting. | 0.50 |

Total Hours 13.20
Total Fees $16,387.50

### Timekeeper Summary

| Name | Hours/Rate | Amount |
|---|---|---|
| Julia Downing | 0.50 hours at $325.00/hr | $162.50 |
| Justin Ellis | 1.40 hours at $1,350.00/hr | $1,890.00 |
| Rayiner I. Hashem | 0.80 hours at $1,100.00/hr | $880.00 |
| Jeffrey Lamken | 2.20 hours at $1,975.00/hr | $4,345.00 |
| Nathaniel Rubin | 4.80 hours at $950.00/hr | $4,560.00 |
| Lucas Walker | 3.50 hours at $1,300.00/hr | $4,550.00 |

### Payments/Holdbacks

| Date | | Amount |
|---|---|---|
| 4/11/2024 | Cash Application | $275,877.60 |
| | Sub-total Payments: | $275,877.60 |

### Summary

| | |
|---|---|
| Fees: | $16,387.50 |
| Expenses: | $0.00 |
| Total Current Billing: | $16,387.50 |
| Current Fee Amt To be Pd by Debtor (80%): | $13,110.00 |
| Current Holdback Amount (20%): | $3,277.50 |
| Previous Balance Due: | $178,395.06 |
| **Total Amount Due:** | **$191,505.06** |

# MoLoLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14368
April 30, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
  for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through March 31, 2024**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---:|
| Total Fees This Statement: | $16,387.50 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $16,387.50 |
| Current Amt To be Pd by Debtor (80%): | $13,110.00 |
| Current Holdback Amount (20%): | $3,277.50 |
| Previous Balance Due: | $178,395.06 |
| **Total Now Due:** | **$191,505.06** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info: Signature Bank | Bank info: Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ▮ | Account Number: ▮ |
| | International SWIFT: ▮ |

# Exhibit B

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 03/01/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to B. Wiltgen re: fees finalization. | | T<br>B160 | 0.10 | 950.00 | 95.00 | 0.00 | 95.00 |
| 03/01/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Finalize and send January fee statement. | | T<br>B160 | 0.70 | 950.00 | 665.00 | 0.00 | 665.00 |
| 03/01/2024 | JME | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Discuss oral argument preparation with J. Fischell | | T<br>L500 | 0.80 | 1,350.00 | 1,080.00 | 0.00 | 1,080.00 |
| 03/01/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Correspondence with J. Lamken re: argument availability. | | T<br>L500 | 0.20 | 1,100.00 | 220.00 | 0.00 | 220.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 03/01/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails on argument availability | | T<br>L500 | 0.10 | 1,975.00 | 197.50 | 0.00 | 197.50 |
| 03/01/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Strategy emails with B. Massey, M. Winograd | | T<br>L500 | 0.20 | 1,975.00 | 395.00 | 0.00 | 395.00 |
| 03/01/2024 | JME | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Draft questions and answers for oral argument preparation | | T<br>L500 | 0.60 | 1,350.00 | 810.00 | 0.00 | 810.00 |
| 03/04/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email to R. Hashem re: argument letter. | | T<br>L530 | 0.10 | 950.00 | 95.00 | 0.00 | 95.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 03/04/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Finalize and file argument letter. | | T<br>L530 | 0.60 | 950.00 | 570.00 | 0.00 | 570.00 |
| 03/04/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>File argument availability letter. | | T<br>L500 | 0.10 | 1,100.00 | 110.00 | 0.00 | 110.00 |
| 03/06/2024 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review new authority re: continuation of creditor committee post-dismissal; email re: same. | | T<br>L500 | 0.80 | 1,300.00 | 1,040.00 | 0.00 | 1,040.00 |
| 03/06/2024 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Prepare Rule 28(j) notice of supplemental authority re: Integrated Nano-Technologies decision. | | T<br>L520 | 2.30 | 1,300.00 | 2,990.00 | 0.00 | 2,990.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 03/06/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Analyze Integrated Nano-Techs. decision and email to R. Hashem re: same. | | T<br>L520 | 1.50 | 950.00 | 1,425.00 | 0.00 | 1,425.00 |
| 03/06/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Weekly committee call. | | T<br>L530 | 0.30 | 950.00 | 285.00 | 0.00 | 285.00 |
| 03/06/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Revise Rule 28(j) letter. | | T<br>L520 | 0.60 | 950.00 | 570.00 | 0.00 | 570.00 |
| 03/06/2024 | JKD | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Perform legal cite check of 28(j) letter. | | T<br>L500 | 0.50 | 325.00 | 162.50 | 0.00 | 162.50 |
| 03/06/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Committee meeting | | T<br>L500 | 0.20 | 1,975.00 | 395.00 | 0.00 | 395.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 03/06/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Review decision on committee survival | | T<br>L500 | 0.40 | 1,975.00 | 790.00 | 0.00 | 790.00 |
| 03/06/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails re: same | | T<br>L500 | 0.20 | 1,975.00 | 395.00 | 0.00 | 395.00 |
| 03/06/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Work on Rule 28(j) letter | | T<br>L500 | 0.50 | 1,975.00 | 987.50 | 0.00 | 987.50 |
| 03/07/2024 | LMW | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Email re: supplemental authority. | | T<br>L500 | 0.40 | 1,300.00 | 520.00 | 0.00 | 520.00 |
| 03/07/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Committee call | | T<br>L500 | 0.20 | 1,975.00 | 395.00 | 0.00 | 395.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 03/07/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Call with appellate team (including B. Massey and M. Winograd) re: projects and strategy | | T<br>L500 | 0.20 | 1,975.00 | 395.00 | 0.00 | 395.00 |
| 03/12/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Emails with R. Hashem re: 28(j) letter. | | T<br>L530 | 0.40 | 950.00 | 380.00 | 0.00 | 380.00 |
| 03/13/2024 | NFR | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Attend weekly committee meeting. | | T<br>L530 | 0.50 | 950.00 | 475.00 | 0.00 | 475.00 |
| 03/20/2024 | JAL | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Committee call | | T<br>L500 | 0.20 | 1,975.00 | 395.00 | 0.00 | 395.00 |

# MoloLamken LLP

## ML - Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Activity Code | Component Task Code | Units | Price | Value | Write Up/Down | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 03/27/2024 | RIH | 2023-002/ Official Committee of Talc Claimants<br>LTL Management / J&J Bankruptcy II<br>Participate in weekly TCC meeting | | T<br>L500 | 0.50 | 1,100.00 | 550.00 | 0.00 | 550.00 |
| | | | | **Grand Total:** | 13.20 | | $16,387.50 | $0.00 | $16,387.50 |