UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on May 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

LTL MANAGEMENT LLC,

                Debtor.

Case No.: 23-12825

Hearing Date:

Judge: MBK

Chapter: 11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 6, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Genova Burns LLC | $ 125,415.00 | $ 4,728.20. |

*rev.8/1/15*