# Exhibit "A"

65348393 v1

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6977458 |
| Date | May 8, 2024 |
| Client | 039535 |

RE: TALC CLAIMANTS, OFFICIAL COMMITTEE

# INVOICE

For professional services rendered in connection with the above captioned matter through April 30, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0001 | CASE ADMINISTRATION/DISBURSEMENTS [B110] | 0.00 | 3.30 | 3.30 |
| 039535.0005 | MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150] | 19,665.00 | 0.00 | 19,665.00 |
| 039535.0008 | FEE/EMPLOYMENT APPLICATIONS [B160] | 5,200.00 | 0.00 | 5,200.00 |
| 039535.0010 | CONTESTED MATTERS/LITIGATION (GENERAL) [B190] | 48,637.00 | 0.00 | 48,637.00 |
| | **Total** | **73,502.00** | **3.30** | **73,505.30** |

| | |
|---|---:|
| Total Current Fees | $73,502.00 |
| 20% Holdback Amount | (14,700.40) |
| 80% CURRENT BALANCE DUE | $58,801.60 |
| Total Current Costs | $3.30 |
| **Total Invoice** | **$58,804.90** |

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE
C/O DAVID J. MOLTON
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6977458 |
| Date | May 8, 2024 |
| Client | 039535 |

RE: CASE ADMINISTRATION/DISBURSEMENTS [B110]

# I N V O I C E

For professional services rendered in connection with the above captioned matter through April 30, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0001 | CASE ADMINISTRATION/DISBURSEMENTS [B110] | 0.00 | 3.30 | 3.30 |
| | **Total** | **0.00** | **3.30** | **3.30** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $3.30 |
| **Total Invoice** | **$3.30** |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
May 8, 2024

Invoice 6977458  
Page 3

RE: CASE ADMINISTRATION/DISBURSEMENTS [B110]

## COST SUMMARY

| Description | Value |
|---|---:|
| PACER | 3.30 |
| **Total Costs** | **3.30** |

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

Invoice    6977458  
Date    May 8, 2024  
Client    039535

RE: MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150]

## INVOICE

For professional services rendered in connection with the above captioned matter through April 30, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0005 | MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150] | 19,665.00 | 0.00 | 19,665.00 |
| | **Total** | **19,665.00** | **0.00** | **19,665.00** |

| | |
|---|---|
| Total Current Fees | $19,665.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$19,665.00** |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
May 8, 2024

Invoice 6977458  
Page 5

### RE: MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150]

**TIME DETAIL**

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 04/01/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.5); REVIEW RE-ASSIGNMENT ORDER IN RELATED CASE AND FOLLOW UP RE: SAME (.1) | 0.60 | 720.00 |
| 04/02/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.50 | 600.00 |
| 04/03/24 | REINING | WEEKLY COMMITTEE CALL RE APPELLATE ISSUES | 0.30 | 292.50 |
| 04/03/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); WEEKLY COMMITTEE MEETING (.4) | 0.80 | 960.00 |
| 04/03/24 | JONAS | COMMITTEE MEETING | 0.50 | 1,125.00 |
| 04/03/24 | WINOGRAD | COMMITTEE MEETING | 0.40 | 720.00 |
| 04/04/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 04/05/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.50 | 600.00 |
| 04/08/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 04/10/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.3); WEEKLY COMMITTEE MEETING (.3) | 0.60 | 720.00 |
| 04/10/24 | REINING | WEEKLY COMMITTEE MEETING RE APPELLATE ISSUES | 0.20 | 195.00 |
| 04/10/24 | MOLTON | PARTICIPATE IN WEEKLY COMMITTEE CALL RE APPEAL STATUS AND ACTION ITEMS | 0.40 | 900.00 |
| 04/10/24 | JONAS | COMMITTEE MEETING | 0.30 | 675.00 |
| 04/10/24 | WINOGRAD | COMMITTEE MEETING | 0.30 | 540.00 |
| 04/11/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.30 | 360.00 |
| 04/15/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.20 | 240.00 |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
May 8, 2024

Invoice 6977458  
Page 6

| Date | Professional | Description | Hours | Value |
| --- | --- | --- | --- | --- |
| 04/16/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.20 | 240.00 |
| 04/17/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.3); WEEKLY COMMITTEE MEETING (.3) | 0.60 | 720.00 |
| 04/17/24 | REINING | WEEKLY COMMITTEE CALL RE APPELLATE ISSUES | 0.30 | 292.50 |
| 04/17/24 | MOLTON | PARTICIPATE IN WEEKLY COMMITTEE CALL RE APPEAL STATUS AND ACTION ITEMS | 0.50 | 1,125.00 |
| 04/17/24 | WINOGRAD | PREP FOR COMMITTEE MEETING (.2); COMMITTEE MEETING (.3) | 0.50 | 900.00 |
| 04/18/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.2); FOLLOW UP RE: QUESTIONS FROM CO-COUNSEL (.3) | 0.50 | 600.00 |
| 04/19/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.30 | 360.00 |
| 04/22/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.20 | 240.00 |
| 04/23/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.20 | 240.00 |
| 04/24/24 | REINING | WEEKLY COMMITTEE CALL RE APPELLATE ISSUES | 0.20 | 195.00 |
| 04/24/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.2); WEEKLY COMMITTEE MEETING (.2) | 0.40 | 480.00 |
| 04/24/24 | MOLTON | PARTICIPATE IN WEEKLY COMMITTEE CALL RE APPEAL STATUS | 0.50 | 1,125.00 |
| 04/24/24 | JONAS | COMMITTEE CALL RE APPEALS | 0.40 | 900.00 |
| 04/25/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.20 | 240.00 |
| 04/29/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 04/30/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.3); FOLLOW UP EMAIL TO COMMITTEE MEMBERS RE: APPEAL UPDATE (.4) | 0.70 | 840.00 |
| 04/30/24 | WINOGRAD | PREP FOR COMMITTEE CALL | 0.60 | 1,080.00 |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
May 8, 2024

Invoice 6977458  
Page 7

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| | **Total Hours and Fees** | | **13.40** | **19,665.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| JEFFREY L. JONAS | 1.20 | hours at | 2,250.00 | 2,700.00 |
| DAVID J. MOLTON | 1.40 | hours at | 2,250.00 | 3,150.00 |
| MICHAEL S. WINOGRAD | 1.80 | hours at | 1,800.00 | 3,240.00 |
| SUSAN SIEGER-GRIMM | 8.00 | hours at | 1,200.00 | 9,600.00 |
| MICHAEL W. REINING | 1.00 | hours at | 975.00 | 975.00 |
| **Total Fees** | | | | **19,665.00** |

**brown**rudnick

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

Invoice        6977458  
Date           May 8, 2024  
Client         039535

RE: FEE/EMPLOYMENT APPLICATIONS [B160]

# I N V O I C E

For professional services rendered in connection with the above captioned matter through April 30, 2024:

| Matter No.   | Matter Name                          | Fees     | Costs | Total    |
|--------------|--------------------------------------|----------|-------|----------|
| 039535.0008  | FEE/EMPLOYMENT APPLICATIONS [B160]   | 5,200.00 | 0.00  | 5,200.00 |
|              | **Total**                            | **5,200.00** | **0.00** | **5,200.00** |

|                      |            |
|----------------------|-----------:|
| Total Current Fees   | $5,200.00  |
| Total Current Costs  | $0.00      |
| **Total Invoice**    | **$5,200.00** |

RE: FEE/EMPLOYMENT APPLICATIONS [B160]

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 04/01/24 | COHEN | SUBMIT CNO AND FEBRUARY FEE STATEMENT TO DEBTOR | 0.10 | 50.00 |
| 04/08/24 | COHEN | WORK ON MARCH MONTHLY FEE STATEMENT | 0.70 | 350.00 |
| 04/09/24 | COHEN | FINALIZE MARCH MONTHLY FEE STATEMENT AND SEND TO LOCAL COUNSEL FOR FILING (.3); STRATEGIZE REGARDING AND WORK ON FIRST POST-DISMISSAL INTERIM FEE APPLICATION (.6) | 0.90 | 450.00 |
| 04/10/24 | COHEN | SUBMIT MARCH FEE STATEMENT AND LEDES TO DEBTOR'S COUNSEL (.1); WORK ON INTERIM FEE APPLICATION (.9) | 1.00 | 500.00 |
| 04/11/24 | COHEN | WORK ON INTERIM FEE APPLICATION, COVER SHEET AND EXHIBITS | 0.70 | 350.00 |
| 04/12/24 | COHEN | WORK ON INTERIM FEE APPLICATION, COVER SHEET | 0.40 | 200.00 |
| 04/15/24 | COHEN | WORK ON DRAFT INTERIM FEE APPLICATION | 0.60 | 300.00 |
| 04/16/24 | COHEN | WORK ON DRAFT INTERIM FEE APPLICATION | 0.40 | 200.00 |
| 04/17/24 | COHEN | WORK ON DRAFT INTERIM FEE APPLICATION | 0.70 | 350.00 |
| 04/18/24 | COHEN | WORK ON DRAFT INTERIM FEE APPLICATION, EXHIBITS AND COVER SHEET | 0.90 | 450.00 |
| 04/19/24 | COHEN | WORK ON DRAFT INTERIM FEE APPLICATION, EXHIBITS AND COVER SHEET | 1.30 | 650.00 |
| 04/24/24 | COHEN | SUBMIT CNO TO JONES DAY | 0.10 | 50.00 |
| 04/26/24 | COHEN | STRATEGIZE REGARDING LOGISTICS FOR FINALIZATION OF FIRST POST-DISMISSAL INTERIM AND NOTARIZATION FOR MONDAY | 0.30 | 150.00 |
| 04/29/24 | COHEN | ASSEMBLE INTERIM FEE APPLICATION AND SUBMIT TO LOCAL COUNSEL FOR FILING | 0.30 | 150.00 |
| 04/29/24 | CICERO | FINALIZE FIRST POST-DISMISSAL INTERIM FEE APPLICATION INCLUDING VIRTUAL NOTARY SUBMISSION | 0.60 | 900.00 |
| 04/30/24 | COHEN | WORK ON APRIL MONTHLY FEE STATEMENT DRAFT | 0.20 | 100.00 |
| **Total Hours and Fees** | | | **9.20** | **5,200.00** |



TALC CLAIMANTS, OFFICIAL COMMITTEE  Invoice 6977458
May 8, 2024  Page 10

# TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| GERARD T. CICERO | 0.60 | hours at | 1,500.00 | 900.00 |
| HARRIET E. COHEN | 8.60 | hours at | 500.00 | 4,300.00 |
| **Total Fees** | | | | **5,200.00** |

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

Invoice        6977458  
Date           May 8, 2024  
Client         039535

RE: CONTESTED MATTERS/LITIGATION (GENERAL) [B190]

## I N V O I C E

For professional services rendered in connection with the above captioned matter through April 30, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0010 | CONTESTED MATTERS/LITIGATION (GENERAL) [B190] | 48,637.00 | 0.00 | 48,637.00 |
| | **Total** | **48,637.00** | **0.00** | **48,637.00** |

| | |
|---|---|
| Total Current Fees | $48,637.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$48,637.00** |

TALC CLAIMANTS, OFFICIAL COMMITTEE  
May 8, 2024  
Invoice 6977458  
Page 12

RE: CONTESTED MATTERS/LITIGATION (GENERAL) [B190]

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 04/01/24 | WINOGRAD | REVIEW DISTRICT COURT FILING (.2); EMAILS RE STRATEGY (.4); OUTLINING FOR ARGUMENT (1.4) | 2.00 | 3,600.00 |
| 04/01/24 | MOLTON | FOLLOW-UP ON STATUS OF PENDING APPEAL IN THE THIRD CIRCUIT | 0.50 | 1,125.00 |
| 04/02/24 | WINOGRAD | EMAILS RE RULINGS (.4); EMAILS RE APPEAL (.2); EMAILS RE FEE APPLICATIONS (.3) | 0.90 | 1,620.00 |
| 04/02/24 | WINOGRAD | OUTLINING RE APPEAL | 0.30 | 540.00 |
| 04/03/24 | WINOGRAD | REVIEW DRAFT BRIEF | 2.30 | 4,140.00 |
| 04/04/24 | WINOGRAD | OUTLINING FOR MOOT ARGUMENT (.9); REVIEW FILINGS (.2) | 1.10 | 1,980.00 |
| 04/09/24 | WINOGRAD | EMAILS RE COMMITTEE CALL (.3); OUTLINING FOR MOOT COURT (1.8) | 2.10 | 3,780.00 |
| 04/09/24 | MOLTON | FOLLOW-UP ON STATUS OF PENDING APPEAL IN THE THIRD CIRCUIT | 0.40 | 900.00 |
| 04/10/24 | WINOGRAD | OUTLINING FOR MOOT ARGUMENT (1.2); RESEARCH RE ARGUMENT (1.6); REVIEW FILINGS (.5) | 3.30 | 5,940.00 |
| 04/11/24 | WINOGRAD | EMAILS RE APPEAL (.8); REVIEW FILINGS (.3) | 1.10 | 1,980.00 |
| 04/12/24 | WINOGRAD | REVIEW MOOT COURT OUTLINES (1.6); REVIEW FILINGS (.2) | 1.80 | 3,240.00 |
| 04/15/24 | WINOGRAD | EMAILS RE STATUS AND STRATEGY (.4); OUTLINING FOR APPEAL (.8) | 1.20 | 2,160.00 |
| 04/16/24 | WINOGRAD | EMAILS RE STATUS (.2); EMAILS RE STRATEGY AND APPEAL (.3) | 0.50 | 900.00 |
| 04/17/24 | MOLTON | CHECK STATUS OF APPEAL | 0.30 | 675.00 |
| 04/17/24 | JONAS | CORRESPONDENCE RE APPEALS | 0.30 | 675.00 |
| 04/17/24 | WINOGRAD | EMAILS RE APPEAL | 0.30 | 540.00 |
| 04/18/24 | WINOGRAD | EMAILS RE APPEAL (.2); OUTLINING FOR APPEAL (.8) | 1.00 | 1,800.00 |
| 04/19/24 | WINOGRAD | REVIEW AND EMAILS RE FILINGS (,5); RESEARCH AND REVIEW NEW CASELAW RE APPEAL (1.9) | 2.40 | 4,320.00 |
| 04/22/24 | MOLTON | ATTENTION TO ISSUES RE STATUS OF APPEAL | 0.60 | 1,350.00 |
| 04/24/24 | BENSON, JR. | SEARCH FOR DOCUMENTS RELATING TO LTL 1.0 AND CORRESPOND RE: SAME AT THE DIRECTION OF G. CICERO AND D. MOLTON | 0.80 | 712.00 |



TALC CLAIMANTS, OFFICIAL COMMITTEE
May 8, 2024

Invoice 6977458
Page 13

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 04/24/24 | JONAS | CORRESPONDENCE AND BR CALL RE APPEAL STRATEGY | 0.40 | 900.00 |
| 04/24/24 | MOLTON | ATTENTION TO ISSUES RE STATUS OF APPEAL AND IMPACT THEREON | 0.80 | 1,800.00 |
| 04/25/24 | WINOGRAD | FOLLOW UP FROM COMMITTEE CALL (.5); EMAILS RE APPEAL (.2); EMAILS AND OUTLINING RE STRATEGY (.5) | 1.20 | 2,160.00 |
| 04/26/24 | WINOGRAD | EMAILS RE APPEAL AND STRATEGY | 0.50 | 900.00 |
| 04/30/24 | WINOGRAD | EMAILS AND OUTLINING RE APPEAL STRATEGY | 0.50 | 900.00 |
| | **Total Hours and Fees** | | **26.60** | **48,637.00** |

### TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| JEFFREY L. JONAS | 0.70 | hours at | 2,250.00 | 1,575.00 |
| DAVID J. MOLTON | 2.60 | hours at | 2,250.00 | 5,850.00 |
| W. LYDELL BENSON, JR. | 0.80 | hours at | 890.00 | 712.00 |
| MICHAEL S. WINOGRAD | 22.50 | hours at | 1,800.00 | 40,500.00 |
| **Total Fees** | | | | **48,637.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brownrudnick**

| | |
|---|---|
| TALC CLAIMANTS, OFFICIAL COMMITTEE<br>C/O DAVID J. MOLTON<br>BROWN RUDNICK LLP<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | Invoice     6977458<br>Date     May 8, 2024<br>Client     039535 |

RE: TALC CLAIMANTS, OFFICIAL COMMITTEE



Remittance remit

**Balance Due:  $58,804.90**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: