# EXHIBIT C
## Application Summary

## SUMMARY OF FEE APPLICATION

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Name of Client: | Official Committee of Talc Claimants |
| Time period covered by this application: | Start: August 12, 2023<br>End: March 31, 2024 |
| Total compensation sought this period: | $110,515.00 |
| Total expenses sought this period: | $2,570.82 |
| Petition date: | April 4, 2023 |
| Retention date: | April 14, 2023 |
| Date of order approving employment: | June 1, 2023 |
| Total post-dismissal compensation approved by interim order to date: | $0.00 |
| Total post-dismissal expenses approved by interim order to date: | $0.00 |
| Total allowed post-dismissal compensation paid to date: | $0.00 |
| Total allowed post-dismissal expenses paid to date: | $0.00 |
| Blended rate in this application for all attorneys: | $1,193.91 |
| Blended rate in this application for all timekeepers: | $1,189.61 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed to date: | $53,284.40 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed to date: | $2,415.47 |
| Number of professionals included in this application: | 8 |
| Number of professionals billing fewer than 15 hours to the case during this period: | 4 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application. | No |

# EXHIBIT D
## Comparable Compensation Disclosure

**CUSTOMARY AND COMPARABLE COMPENSATION**
**DISCLOSURES WITH FEE APPLICATION**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Preceding Year, Excluding Bankruptcy | Billed this Fee Application |
| Partner | $1,141.00 | $1,303.86 |
| Of Counsel | $1,005.00 | N/A |
| Associate | $531.00 | $875.21 |
| Paralegal | $388.00 | $395.00 |
| All Timekeepers Aggregated | $766.00 | $1,189.61 |

# **EXHIBIT E**
## **Summary of Timekeepers**

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Member | 1982 | $1,620.00/$1,850.00 | 18.1 | $31,760.00 |
| Adam C. Silverstein ("ACS") Member | 1992 | $1,150.00/$1,350.00 | 16.3 | $21,405.00 |
| Jennifer S. Feeney ("JSF") Member | 1998 | $1,015.00/$1,115.00 | 18.0 | $19,480.00 |
| Sunni P. Beville ("SPB") Member | 2002 | $1,400.00 | 2.0 | $2,800.00 |
| David A. Castleman ("DAC") Member | 2007 | $925.00/$1,020.00 | 14.3 | $14,130.00 |
| John Bougiamas ("JB") Associate | 1993 | $905.00/$985.00 | 18.2 | $17,415.00 |
| Michael R. Maizel ("MRM") Associate | 2017 | $525.00/$625.00 | 5.5 | $3,327.50 |
| Anthony Williams ("AW") Filing Clerk | N/A | $380.00/$395.00 | 0.5 | $197.50 |
| **TOTAL FEES** | | | **92.9** | **$110,515.00** |

7928025.1

# **EXHIBIT F**
## **Project Code Summary**

<u>**SUMMARY OF COMPENSATION BY PROJECT CODE**</u>

| PROJECT CATEGORY DESCRIPTION | PROJECT CODE | HOURS | FEE |
|---|---|---|---|
| Meetings of and Communications with Committee | L0005 | 25.8 | $29,948.50 |
| Meetings of and Communications with Co-Counsel | L0006 | 0.2 | $230.00 |
| Fee/Employment Applications | L0008 | 0.1 | $140.00 |
| Contested Matters/Litigation (General) | L0010 | 0.5 | $810.00 |
| Dismissal/Trustee/Examiner Matters | L0018 | 66.3 | $79,386.50 |
| **TOTAL FEES:** | | **92.9** | **$110,515.00** |

7928025.1

# EXHIBIT G
## Computer Generated Time Detail

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

April 30, 2024
BILL NO. 238975

Client/Matter No.:    93174/0902
Matter Name:          LTL MANAGEMENT II
Billing Partner:      RG HADDAD

For Services Rendered Through March 31, 2024:

---

Phase: L0005                        MEETINGS OF AND COMMUNICATIONS WITH COMM

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/16/23 JB | Attendance at Conference Attend weekly TCC call re: appeal issues/certification of direct appeal and other matters | .70 | 633.50 |
| 08/16/23 MRM | Telephone Call(s) Attend Committee meeting via Zoom re: status of appeal and next steps | .80 | 420.00 |
| 08/16/23 DAC | Telephone Call(s) Call with Committee re appellate strategy | .80 | 740.00 |
| 08/23/23 JSF | Telephone Call(s) Participate in Weekly Meeting with Committee Representatives re: appeal | 1.00 | 1,015.00 |
| 08/23/23 JB | Attendance at Conference Attend weekly counsel call re: updates on appeal | .70 | 633.50 |
| 08/23/23 DAC | Telephone Call(s) Call with Committee re appellate strategy | .90 | 832.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    April 30, 2024
Page 2                                                          BILL NO. 238975

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/28/23 MLC | Correspondence<br>Correspondence with TCC re AHC appeal | .10 | 162.00 |
| 08/28/23 MLC | Correspondence<br>Correspondence with UST re: adjournment of FCR appeal before J Shipp | .10 | 162.00 |
| 08/30/23 JSF | Telephone Call(s)<br>Participate in Weekly Meeting of Committee re: Updates on appeals | .50 | 507.50 |
| 08/30/23 MLC | Conference call(s)<br>Conference call with Committee and Counsel re direct certification and deadlines | .40 | 648.00 |
| 08/30/23 ACS | Conference(s) w/ CoCounsel - Other<br>Committee Members, Representatives and Counsel Zoom meeting re appellate status (ACS time) | .30 | 345.00 |
| 09/06/23 JSF | Telephone Call(s)<br>Participate in Weekly Zoom Meeting with Committee re: Update on Appeal | .60 | 609.00 |
| 09/06/23 MLC | Conference call(s)<br>Attend Zoom meeting with Committee re appeal strategy and updates (MLC time) | .30 | 486.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                April 30, 2024
Page 3                                                     BILL NO. 238975

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/06/23 ACS | Conference(s) w/ CoCounsel - Other Participate on zoom meeting of Committee Members, Co-Counsel and Member Reps re appeal | .60 | 690.00 |
| 09/13/23 JSF | Telephone Call(s) Participate in Weekly Committee Meeting re: Status of Appeal | .30 | 304.50 |
| 09/13/23 ACS | Conference(s) w/ CoCounsel - Other Participate in Committee Member, Counsel and Member Rep Zoom re appeal status | .30 | 345.00 |
| 09/13/23 MRM | Telephone Call(s) Attend Committee meeting re: appeal status / strategy | .30 | 157.50 |
| 09/20/23 JSF | Telephone Call(s) Participate in Weekly Zoom Meeting with Co-Counsel and Committee re: Appellate Update | .60 | 609.00 |
| 09/20/23 MLC | Conference call(s) Conference call with Committee and Counsel re direct certification issues | .50 | 810.00 |
| 09/20/23 DAC | Conference(s) In Office Meeting with committee re appellate strategy | .60 | 555.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    April 30, 2024
Page 4                                                         BILL NO. 238975

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/04/23 JSF | Telephone Call(s) Participate in Weekly LTL Committee Meeting via Zoom re appeal status | .40 | 406.00 |
| 10/18/23 JSF | Telephone Call(s) Participate in Zoom Meeting with Committee re: Updates on Appeals and Court Hearing | .80 | 812.00 |
| 10/18/23 MRM | Telephone Call(s) Attend standing committee meeting re: dismissal appeal strategy and next steps | .80 | 500.00 |
| 10/22/23 MLC | Correspondence Correspondence with co-counsel re appellate CA3 issues | .20 | 370.00 |
| 10/24/23 MLC | Correspondence Correspondence with TCC co-counsel re appeal-related task load. | .40 | 740.00 |
| 10/25/23 JSF | Telephone Call(s) Participate in Zoom Committee Meeting re: Appeal Status | .50 | 557.50 |
| 10/25/23 MLC | Conference call(s) Conference call with appellate team re certain issues | .30 | 555.00 |
| 10/25/23 ACS | Conference(s) w/ CoCounsel - Other Zoom of Committee counsel, member reps and members re appeal status and strategy | .40 | 540.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075


Client/Matter:   93174/0902                                    April 30, 2024
Page 5                                                          BILL NO. 238975


| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/01/23 JSF | Telephone Call(s) Participate via Zoom in Committee Meeting re: Appeal Status | .20 | 223.00 |
| 11/01/23 ACS | Conference(s) w/ CoCounsel - Other Zoom meeting of Committee counsel re appeal status | .20 | 270.00 |
| 11/08/23 ACS | Conference(s) w/ CoCounsel - Other Zoom meet of Committee Members, Member Reps and Co-Counsel re appeal status and strategy | .50 | 675.00 |
| 11/15/23 JSF | Telephone Call(s) Participate in Weekly Call with Committee re: Appeals Updates | .30 | 334.50 |
| 11/29/23 JSF | Telephone Call(s) Participate in Zoom Meeting with Committee re: Appellate Update | .50 | 557.50 |
| 11/29/23 MLC | Conference call(s) Conference call with committee members re appellate update. | .30 | 555.00 |
| 12/13/23 JSF | Telephone Call(s) Participate in Committee Update Call re: Status of Appeal | .40 | 446.00 |
| 12/13/23 MLC | Conference call(s) Meeting with co-counsel and TCC re appeal | .40 | 740.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    April 30, 2024
Page 6                                                         BILL NO. 238975

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/13/23<br>DAC | Telephone Call(s)<br>Call with committee re appellate strategy | .40 | 408.00 |
| 01/03/24<br>JSF | Telephone Call(s)<br>Participate in Meeting with TCC re: Update on Appeals | .80 | 892.00 |
| 01/03/24<br>MLC | Conference call(s)<br>Discussion with TCC re status of appeal | .20 | 370.00 |
| 01/10/24<br>JSF | Telephone Call(s)<br>Participate in Meeting with AHC re: Appeals Updates | .20 | 223.00 |
| 01/10/24<br>DAC | Communicate (other outside counsel)<br>Participate in committee meeting re appellate strategy | .20 | 204.00 |
| 01/17/24<br>JSF | Telephone Call(s)<br>Participate in Weekly Meeting of TCC re: Appeals Updates | .20 | 223.00 |
| 01/17/24<br>ACS | Conference(s) w/ CoCounsel - Other<br>Zoom meet with TCC Members, Co-counsel and Member Reps re appeal | .10 | 135.00 |
| 01/17/24<br>DAC | Communicate (with client)<br>Conference with committee and counsel re appellate strategies | .20 | 204.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    April 30, 2024
Page 7                                                         BILL NO. 238975


| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/24/24 JSF | Telephone Call(s) Participate in Weekly Meeting with TCC re: Updates on Appeal | .20 | 223.00 |
| 01/24/24 MLC | Conference call(s) Conference call with TCC co-counsel re appeal | .20 | 370.00 |
| 01/31/24 ACS | Conference(s) w/ CoCounsel - Other Zoom meeting of TCC Members, Co-counsel and Member Reps re appeal status | .30 | 405.00 |
| 02/07/24 JSF | Telephone Call(s) Participate in Weekly Catch Up Meeting with TCC re: Appeals | .20 | 223.00 |
| 02/07/24 MLC | Conference call(s) Conference call with appellate counsel re appellate status and next steps | .30 | 555.00 |
| 02/14/24 SPB | Telephone Call(s) - Creditors Committee Attend weekly TCC call re appeal update | .30 | 420.00 |
| 02/21/24 JSF | Telephone Call(s) Participate in TCC Meeting re: Appellate Updates | .50 | 557.50 |
| 02/28/24 MLC | Conference call(s) Conference call with appellate counsel re next steps and strategy | .30 | 555.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                                  April 30, 2024
Page 8                                                                       BILL NO. 238975

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/28/24 DAC | Communicate (with client) Meet with committee and counsel re appellate strategy | .40 | 408.00 |
| 03/06/24 JSF | Telephone Call(s) Participate in Meeting with AHC re: Update on Appeals Process | .40 | 446.00 |
| 03/06/24 DAC | Communicate (with client) Meet with committee re appellate strategy | .30 | 306.00 |
| 03/06/24 SPB | Miscellaneous Attend weekly TCC call regarding appeal issues | .40 | 560.00 |
| 03/13/24 JSF | Telephone Call(s) Participate in Weekly Meeting of Ad Hoc re: Updates on Appeal | .50 | 557.50 |
| 03/13/24 SPB | Telephone Call(s) Participate on weekly TCC call regarding appeal update | .50 | 700.00 |
| 03/20/24 JSF | Telephone Call(s) Participate in TCC Update Call re: Appeal | .20 | 223.00 |
| 03/20/24 SPB | Telephone Call(s) Lead weekly TCC call to discuss debtor letter reponse regarding TCC continued existence for purposes of appeal. | .20 | 280.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                    April 30, 2024
Page 9                                                        BILL NO. 238975

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/27/24 JSF | Telephone Call(s) Participate in Meeting with TCC re: Appellate Update | .40 | 446.00 |
| 03/27/24 DAC | Communicate (with client) Participate in committee meeting with clients re appellate strategy | .40 | 408.00 |
| 03/27/24 SPB | Telephone Call(s) Participate on weekly TCC call re appellate update | .50 | 700.00 |
| TOTAL PHASE L0005 | | 25.80 | $29,948.50 |

Phase: L0006                        MEETINGS OF AND COMMUNICATIONS WITH CO-C

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/05/23 ACS | Correspondence w/CoCounsel - Other E-mails from Committee Co-Counsel re appeal status | .20 | 230.00 |
| TOTAL PHASE L0006 | | .20 | $230.00 |

Phase: L0008                                    FEE/EMPLOYMENT APPLICATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    April 30, 2024
Page 10                                                        BILL NO. 238975

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/13/24 SPB | Miscellaneous Review letter submission regarding existing of TCC for appeal purposes. | .10 | 140.00 |
| TOTAL PHASE L0008 | | .10 | $140.00 |

Phase: L0010                          CONTESTED MATTERS/LITIGATION (GENERAL)

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/15/23 MLC | Revision of Documents Review of TCC letter to court and to district court re FCR appeal | .50 | 810.00 |
| TOTAL PHASE L0010 | | .50 | $810.00 |

Phase: L0018                          DISMISSAL/TRUSTEE/EXAMINER MATTERS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/14/23 JB | Analysis of Legal Papers Review appeal/stay issues | .40 | 362.00 |
| 08/14/23 JB | Analysis of Legal Papers Review next steps on appeal | .40 | 362.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                      April 30, 2024
Page 11                                                          BILL NO. 238975

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/14/23 MLC | Correspondence<br>Correspondence with Jones Day re timing of filing of direct certification papers and appeals | .30 | 486.00 |
| 08/14/23 MLC | Correspondence<br>Correspondence with appellate team re certification for direct appeal issues | .60 | 972.00 |
| 08/14/23 ACS | Correspondence w/CoCounsel - Other<br>E-mails from/to D Molton, J Lamken, D Stolz and M Winograd re appeal | .20 | 230.00 |
| 08/15/23 JB | Analysis of Legal Papers<br>Review status of direct certification of appeal to third circuit | .20 | 181.00 |
| 08/17/23 MLC | Correspondence<br>Correspondence with TCC and Debtor counsel re: direct appeal to third circuit | .20 | 324.00 |
| 08/21/23 JB | Analysis of Legal Papers<br>Review status of filing of appeal/certification of direct appeal and cross-appeal issues | .30 | 271.50 |
| 08/21/23 MLC | Correspondence<br>Correspondence with debtor counsel re: status of direct cert to Third Circuit | .20 | 324.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    April 30, 2024
Page 12                                                        BILL NO. 238975

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/22/23 MLC | Correspondence<br>Correspondence with counsel re: debtors' advice re status of filing of notice of appeal | .30 | 486.00 |
| 08/23/23 JB | Examine Documents<br>Review order staying appellate deadlines in view of dismissal | .20 | 181.00 |
| 08/23/23 MLC | Conference call(s)<br>Conference call with appellate team re: appeal update | .30 | 486.00 |
| 08/23/23 MLC | Review Documents<br>Review of proposed wording of names of parties for direct certification | .20 | 324.00 |
| 08/24/23 JB | Analysis of Legal Papers<br>Review status of filing of appeal/Appeal by AHC issues | .30 | 271.50 |
| 08/24/23 MLC | Correspondence<br>Correspondence with TCC appellate team re: appeal by AHC of Supporting Counsel | .40 | 648.00 |
| 08/24/23 MLC | Telephone Call(s) - Corporate Service<br>Review and analysis of memo by appellate team re: deadline of any cross- appeals | .30 | 486.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                    April 30, 2024
Page 13                                                       BILL NO. 238975

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/25/23 JSF | Examine Documents Review of Update on Appeal Schedule and Deadlines to File Cross-Appeals | .20 | 203.00 |
| 08/25/23 MLC | Correspondence Correspondence from Lamken re: deadlines for potential cross-appeals | .20 | 324.00 |
| 08/25/23 ACS | Review file re Notice of appeal Review LTL notice of appeal | .10 | 115.00 |
| 09/06/23 JB | Analysis of Legal Papers Review AHC notice of appeal/deadlines and assess next steps | .30 | 271.50 |
| 09/06/23 ACS | Analysis of Legal doc for appeal Review joint request for certification of direct appeal | .10 | 115.00 |
| 09/07/23 JB | Analysis of Legal Papers Review joint certification of appeal to 3rd Circuit and appellate-related deadlines. | .40 | 362.00 |
| 09/08/23 JB | Analysis of Legal Papers Review Debtor statement of issues on appeal/designation of record on appeal and TCC comments to statement/additional record items | .50 | 452.50 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                                April 30, 2024
Page 14                                                                    BILL NO. 238975

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/08/23 ACS | Analysis of Legal doc for appeal Review Debtor's designations and issues on appeal. | .40 | 460.00 |
| 09/14/23 JSF | Examine Documents Review TCC Counterstatement of Issues in connection with appeal | .50 | 507.50 |
| 09/14/23 MLC | Review Documents Summary review of LTL statement of issues and designations of record on appeal | .50 | 810.00 |
| 09/14/23 MLC | Correspondence Correspondence with TCC and appellate counsel re issues on appeal | .30 | 486.00 |
| 09/15/23 JSF | Examine Documents Review of Counterstatement of TCC of Issues for Appellate Review | .30 | 304.50 |
| 09/15/23 MLC | Review Documents Review of proposed revisions to counter statement of issues on appeal | .60 | 972.00 |
| 09/15/23 MLC | Correspondence Correspondence with Massey and Lampken re counter statement of issues on appeal | .20 | 324.00 |
| 09/15/23 MLC | Correspondence Correspondence with UST re designation of record on appeal | .10 | 162.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  93174/0902                                          April 30, 2024
Page 15                                                             BILL NO. 238975

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/17/23<br>MLC | Correspondence<br>Correspondence with UST re proposed<br>counter statement of issues on appeal | .20 | 324.00 |
| 09/18/23<br>ACS | Review/correct Legal doc for appeal<br>Review draft statement of issues on appeal<br>and counter-designations and comment on<br>same | .80 | 920.00 |
| 09/19/23<br>MLC | Correspondence<br>Correspondence with TCC and Jones Day re<br>direct certification order | .20 | 324.00 |
| 09/20/23<br>JSF | Examine Documents<br>Review of Draft TCC Statement of Issues on<br>Appeal | .20 | 203.00 |
| 09/20/23<br>MLC | Review Documents<br>Reviewed Draft counter-statement. | .30 | 486.00 |
| 09/20/23<br>DAC | Draft/revise<br>Review and comment on statement of issues<br>for appeal | .60 | 555.00 |
| 09/21/23<br>JB | Analysis of Legal Papers<br>Review entered order certifying appeal to<br>Third Circuit | .20 | 181.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                          April 30, 2024
Page 16                                                              BILL NO. 238975

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/22/23 JB | Analysis of Legal Papers Review additional appellate designations/statement of issues filed by other appellees | .40 | 362.00 |
| 09/26/23 JSF | Examine Documents Review of Appellee Statements of Issues on Appeal | .50 | 507.50 |
| 09/27/23 MLC | Conference call(s) Zoom update with appellate co-counsel re timing and related issues for third circuit appeal | .20 | 324.00 |
| 10/02/23 JB | Analysis of Legal Papers Review District Court appeal and stay request in view of joint certification for direct appeal to Third Circuit | .20 | 181.00 |
| 10/04/23 MLC | Preparation of Documents Review report re: appeal deadlines | .20 | 370.00 |
| 10/05/23 JB | Analysis of Legal Papers Review letter to MDL judge re: stay of appeal in view of request for certification of appeal to third circuit | .20 | 181.00 |
| 10/10/23 JB | Analysis of Legal Papers Review court notice of filing of request of direct certification to 3rd Circuit of appeal | .20 | 181.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                    April 30, 2024
Page 17                                                       BILL NO. 238975

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/10/23<br>MLC | Revision of Documents<br>Review and revision to petition for direct<br>appeal | 1.10 | 2,035.00 |
| 10/10/23<br>DAC | Review/analyze<br>Review and comment on TCC statement in<br>response to petition for direct appeal, and<br>related debtor petition for direct appeal | 1.10 | 1,017.50 |
| 10/11/23<br>JB | Analysis of Legal Papers<br>Review district court order staying appeal | .20 | 181.00 |
| 10/13/23<br>JSF | Examine Documents<br>Review of TCC Response to Debtor's Petition<br>for Leave to Appeal | .80 | 892.00 |
| 10/13/23<br>MLC | Review Documents<br>Review of revised response to debtor<br>petition for direct appeal | .60 | 1,110.00 |
| 10/15/23<br>JB | Analysis of Legal Papers<br>Reivew Debtor/AHC direct petition to<br>circuit on appeal | .20 | 181.00 |
| 10/16/23<br>MLC | Correspondence<br>Correspondence with TCC appellate team re<br>response to CA3 petition | .40 | 740.00 |
| 10/16/23<br>MLC | Correspondence<br>Correspondence with Debtor re certain<br>confidential testimony | .10 | 185.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                              April 30, 2024
Page 18                                                                  BILL NO. 238975

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/18/23 MLC | Conference call(s) Discussion with co-counsel re appellate issues | .40 | 740.00 |
| 10/18/23 DAC | Telephone Call(s) - Creditors Committee Meeting with TCC re appellate strategy and other open issues | .80 | 740.00 |
| 10/20/23 JB | Analysis of Legal Papers Review order granting direct certification of appeal | .20 | 181.00 |
| 10/20/23 JB | Analysis of Legal Papers Review supplemental designation of record filed by AHC on appeal | .20 | 181.00 |
| 10/20/23 MLC | Review Documents Review of Draft notice of supplemental designations and order re direct appeal | .30 | 555.00 |
| 10/20/23 MRM | Research Research in connection with appellate strategy. | 3.60 | 2,250.00 |
| 10/27/23 AW | Filing Papers at Court File NOA for MLC and ACS in 3rd Circuit appeal | .50 | 197.50 |
| 10/27/23 MLC | Preparation of Documents Filing of NOAs in CA3 | .10 | 185.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                April 30, 2024
Page 19                                                   BILL NO. 238975

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/30/23 JB | Analysis of Legal Papers Review AHC motion to supplement record on appeal | .20 | 197.00 |
| 11/02/23 JSF | Examine Documents Review of Update on Appeals Timetable and Open Issues | .20 | 223.00 |
| 11/02/23 JB | Analysis of Legal Papers Review notice from third circuit re: appeal schedule/consolidation of briefing | .20 | 197.00 |
| 11/03/23 JSF | Examine Documents Review of Updates re: Appeals Status | .30 | 334.50 |
| 11/03/23 JB | Analysis of Legal Papers Review appeal update | .20 | 197.00 |
| 11/06/23 JB | Analysis of Legal Papers Review LTL appeal issues/potential Supreme Court review issues | .30 | 295.50 |
| 11/09/23 JB | Analysis of Legal Papers Review 3rd Circuit notice re: joint stipulation of facts/procedural history for appeal | .20 | 197.00 |
| 11/09/23 ACS | Preparation of Legal Papers Review 3rd Cir. re stipulated facts re appeal | .10 | 135.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  93174/0902                                         April 30, 2024
Page 20                                                            BILL NO. 238975

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/10/23 JB | Analysis of Legal Papers<br>Review appeal status and follow-up re: clarification of clerk's order | .20 | 197.00 |
| 11/10/23 ACS | Conference(s) w/ CoCounsel - Other<br>Zoom meet with J Lampken, J Massey, D Molton, M Winograd, D Stolz and MLC re 3rd Cir. clerk's order in connection with appeal | .30 | 405.00 |
| 11/13/23 JB | Analysis of Legal Papers<br>Review emails regarding appeal schedule/oral argument with court | .20 | 197.00 |
| 11/13/23 MLC | Correspondence<br>Correspondence with appellate team re argument and briefing schedule for CA3 | .50 | 925.00 |
| 11/17/23 JB | Analysis of Legal Papers<br>Review additional notices from court and other filings in appeal to obtain status | .30 | 295.50 |
| 11/22/23 JB | Analysis of Legal Papers<br>Review update to appeal briefing schedule | .20 | 197.00 |
| 11/22/23 MLC | Review Documents<br>Review of joint motion re scheduling/appeal | .80 | 1,480.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  93174/0902                                    April 30, 2024
Page 21                                                       BILL NO. 238975


| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/28/23 JB | Analysis of Legal Papers<br>Review 3rd Circuit order with briefing schedule | .20 | 197.00 |
| 12/05/23 JB | Analysis of Legal Papers<br>Review status of appendix submissions/schedule | .40 | 394.00 |
| 12/13/23 JB | Analysis of Legal Papers<br>Review appendix/scheduling issues | .40 | 394.00 |
| 12/14/23 JSF | Examine Documents<br>Review of LTL and AHC Opening Briefs to Circuit | 1.40 | 1,561.00 |
| 12/14/23 JB | Analysis of Legal Papers<br>Review LTL appellate opening brief | 1.10 | 1,083.50 |
| 12/14/23 ACS | Analysis of Appellate brief<br>Review and annotate response points re LTL appellate brief | 1.80 | 2,430.00 |
| 12/14/23 ACS | Analysis of Appellate brief<br>Review and annotate response points re Ad Hoc appellate brief | 1.20 | 1,620.00 |
| 12/14/23 DAC | Review/analyze<br>Review and analyze debtor and AHC appellate briefs. | 1.70 | 1,734.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    April 30, 2024
Page 22                                                        BILL NO. 238975

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/15/23 ACS | Review/correct Opposing app. brief<br>Review draft TCC opp brief and annotate comments | 1.70 | 2,295.00 |
| 12/20/23 JB | Analysis of Legal Papers<br>Review status of third circuit appeal including order on sealing of documents | .30 | 295.50 |
| 01/02/24 JB | Analysis of Legal Papers<br>Review appeal status/briefing schedule | .30 | 295.50 |
| 01/03/24 JB | Analysis of Legal Papers<br>Assess appeal status. | .30 | 295.50 |
| 01/10/24 DAC | Review/analyze<br>Review, comment on, and revise merits brief for appeal to Third Circuit | 5.90 | 6,018.00 |
| 01/12/24 JB | Analysis of Memorandum<br>Review appeal issues in view of conversion of LTL to LLT | .30 | 295.50 |
| 01/12/24 JB | Analysis of Legal Papers<br>Review co-counsel comments to draft appellate brief | .50 | 492.50 |
| 01/12/24 ACS | Review/correct Legal doc for appeal<br>Review draft appeal brief and insert edits and comments | 3.20 | 4,320.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    April 30, 2024
Page 23                                                        BILL NO. 238975

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 01/12/24<br>ACS | Correspondence w/CoCounsel - Other<br>Email to appellate team re appellate brief | .20 | 270.00 |
| 01/19/24<br>JB | Analysis of Legal Papers<br>Review draft TCC appellate brief | .60 | 591.00 |
| 01/24/24<br>JSF | Telephone Call(s)<br>Participate in Call with Counsel for States<br>re: Update and Appellate Position | .30 | 334.50 |
| 01/25/24<br>ACS | Review/correct Opposing app. brief<br>Review and insert edits into revised TCC<br>appellee brief | 2.30 | 3,105.00 |
| 01/26/24<br>JB | Analysis of Legal Papers<br>Review final filed TCC brief to third<br>Circuit | .80 | 788.00 |
| 01/26/24<br>JB | Analysis of Legal Papers<br>Review US Trustee brief to the Third<br>Circuit | .70 | 689.50 |
| 01/29/24<br>JSF | Examine Documents<br>Review of TCC Appellate Brief | 1.40 | 1,561.00 |
| 01/29/24<br>JSF | Examine Documents<br>Review of UST Response Brief re: MTD Appeal | .70 | 780.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:   93174/0902                                    April 30, 2024
Page 24                                                        BILL NO. 238975

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/14/24 JB | Analysis of Legal Papers Review emails re: appellate schedule/timing of reply briefs and issues | .30 | 295.50 |
| 02/14/24 MLC | Conference call(s) Conference call with appellate counsel re strategy and next steps | .10 | 185.00 |
| 02/16/24 JB | Analysis of Legal Papers Review Debtors/AHC reply brief to TCC appellate brief | 1.50 | 1,477.50 |
| 02/16/24 JB | Analysis of Correspondence Review letter from appellate court re: oral argument | .20 | 197.00 |
| 02/17/24 MLC | Review Documents Review of debtors' reply on appeal | 1.30 | 2,405.00 |
| 02/17/24 MLC | Review Documents Review of AHC's reply on appeal | .80 | 1,480.00 |
| 02/19/24 ACS | Analysis of Legal doc for appeal Review LTL appellant reply brief | .70 | 945.00 |
| 02/19/24 ACS | Analysis of Legal doc for appeal Review AHC appellant reply brief | .30 | 405.00 |
| 02/20/24 JSF | Examine Documents Review of LTL Reply Brief to Third Circuit | 1.10 | 1,226.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    April 30, 2024
Page 25                                                        BILL NO. 238975


| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/20/24 JSF | Examine Documents<br>Review of AHC Reply Brief to Third Circuit | .40 | 446.00 |
| 03/05/24 JB | Analysis of Legal Papers<br>Review Third Circuit argument schedule/appeal status | .20 | 197.00 |
| 03/06/24 MLC | Correspondence<br>Correspondence with appellate team re appellate strategy | .30 | 555.00 |
| 03/07/24 JB | Analysis of Legal Papers<br>Review decision re: creditors committee standing and potential letter to Third Circuit on appeal | .40 | 394.00 |
| 03/07/24 MLC | Revision of Documents<br>Review and revision to draft 28(j) letter on appeal | 1.00 | 1,850.00 |
| 03/08/24 JB | Analysis of Legal Papers<br>Review Bestwell motion to dismiss and assess interplay with LTL appeal | .50 | 492.50 |
| 03/13/24 JB | Analysis of Legal Papers<br>Review final Rule 28(j) letter filed with appellate court and underlying new authority. | .50 | 492.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  93174/0902                               April 30, 2024
Page 26                                                  BILL NO. 238975

```
     DATE
  ATTORNEY   DESCRIPTION                        HOURS            AMOUNT

 03/20/24   Analysis of Legal Papers              .30            295.50
    JB      Review LTL response to Committee
            continuation in connection with appreal
            case


 TOTAL PHASE L0018                              66.30        $79,386.50


                        TOTAL FOR SERVICES                 $110,515.00
```

# EXHIBIT H
## Summary of Expenses

## SUMMARY OF EXPENSE REIMBURSEMENT
## REQUESTED BY CATEGORY

| CATEGORY | AMOUNT |
|---|---|
| Electronic Research | $1,452.53 |
| Transportation | $484.38 |
| Travel-Out of Town-Lodging, etc. | $633.91 |
| **TOTAL DISBURSEMENTS:** | **$2,570.82** |

7928025.1

# **EXHIBIT I**
## **Computer Generated Expense Detail**

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    April 30, 2024
Page 27                                                        BILL NO. 238975


DISBURSEMENTS FOR YOUR ACCOUNT

    Electronic Research                                    1,452.53

    Transportation                                          484.38

    Travel-Out of Town-lodging,etc                          633.91
                                                              _____

                                    TOTAL DISBURSEMENTS        2,570.82