**|UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**

**POST-DISMISSAL MONTHLY FEE STATEMENT COVER SHEET FOR THE
PERIOD APRIL 1, 2024 THROUGH APRIL 30, 2024**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Genova Burns LLC |
| Case No.: | 23-12825(MBK) | Client: | Official Comm of Talc Claimant |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

## SECTION 1
## FEE SUMMARY

X   Post-Dismissal Monthly Fee Statement No.  9    or  ☐  Final Fee Application

Summary of Amounts Requested for the Period from April 1, 2024 through April 30, 2024
(the "Ninth Post-Dismissal Statement Period")

| | | |
|---|---|---|
| Total Fees: | $ | 4,832.50* |
| Total Disbursements: | $ | 131.80 |
| Minus 20% holdback of Fees on Appellate work: | $ | 378.00* |
| Amount Sought at this Time: | $ | 3,115.05 |

  80% of $1,890.00 = $1,512.00

  50% of non-appellate work $2,942.50 = $1,471.25

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Daniel M. Stolz, Partner | 1980 | 2.10 | 900.00 | 1,890.00 |
| 2.  Lorrie Denson | Paralegal | 10.70 | 275.00 | 2,942.50 |

Fee Totals:           $    4,832.50

Disbursements Totals:    $     131.80

Total Fee Application     $    4,832.50

**\* In the attached statement attached as Exhibit "A", cumulative fees of $1,890.00 were devoted to
appellate work, and the balance in the amount of $2,942.50 was devoted to necessary, non-appellate
administrative tasks performed by Genova Burns.  The fees for appellate work are being charged at
100% and shall be paid 80% on a monthly basis, pursuant to agreement with LTL, and the non-
appellate work will be paid at the rate of 50%.**

**SECTION II SUMMARY
OF SERVICES**

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a)  **Asset Analysis and Recovery:**<br>Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b)  **Asset Disposition**<br>Sales, leases, abandonment and related transaction work. | | |
| c)  **Avoidance Action Litigation**<br>Preference and fraudulent transfer litigation. | | |
| d)  **Business Operations**<br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e)  **Case Administration**<br>Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 2.10 | 1,890.00 |
| f)  **Claims Administration and Objections**<br>Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g)  **Employee Benefits/Pensions**<br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h)  **Fee/Employment Applications**<br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 10.70 | 2,942.50 |
| i)  **Fee/Employment Objections**<br>Review of an objections to the employment and fee applications of others. | | |
| j)  **Financing**<br>Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k)  **Litigation**<br>Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l)  **Meetings of Creditors**<br>Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m)  **Plan and Disclosure Statement**<br>Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| n) **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) **Travel Time** | | |
| **SERVICE TOTALS:** | 12.80 | $4,832.50 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify) Litigation Support Vendors** | 131.80 |
| | **DISBURSEMENTS TOTAL:** | $131.80 |

I certify under penalty of perjury that the above is true.


Date: May 14, 2024

*/s/ Daniel M. Stolz*

_____

DANIEL M. STOLZ