| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 533-1112<br>*Local Counsel for the Official*<br>*Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>Kenneth J. Aulet, Esq.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>kaulet@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br>And-<br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official*<br>*Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Co-Counsel for the Official Committee of Talc Claimants* |
| In re:<br>LTL MANAGEMENT, LLC,[1]<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

### NINTH POST-DISMISSAL MONTHLY FEE STATEMENT OF GENOVA BURNS LLC, AS LOCAL COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS, FOR THE PERIOD APRIL 1, 2024 THROUGH APRIL 30, 2024

GENOVA BURNS LLC ("Genova") submits this Ninth Post-Dismissal Monthly Fee Statement for Services Rendered and Expenses Incurred as Local Counsel to the Official Committee of Talc Claimants (the "Statement") for the period commencing April 1, 2024 and ending April 30, 2024 (the "Ninth Post-Dismissal Statement Period"), pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals entered on May 22, 2023 (the "Interim Compensation Order").

The billing invoices for the Statement Period are annexed hereto as Exhibit "A". These invoices detail the services performed. The fees and expenses sought in the within Statement Period is as follows:

| Total Monthly Fees | Less 20% (holdback on appellate work) | 50% payment of non-appellate work | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|---|
| $4,832.50 | ($378.00) 20% of $1,890.00 | $1,471.25 (50% of $2,942.50) | $2,983.25 | $131.80 |

WHEREFORE, Genova respectfully requests interim payment of fees for this Statement Period in the sum $2,983.25, together with expenses of $131.80, for a total requested interim payment of $3,115.05, in accordance with the terms of the Interim Compensation Order.

**GENOVA BURNS LLC**
*Local Counsel to Official Committee of Talc Claimants*

Dated: May 14, 2024        By:  /s/ Daniel M. Stolz
                                DANIEL M. STOLZ