# EXHIBIT A

**GENOVA BURNS LLC**

May 14, 2024
Invoice No.:    512493

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/01/24 | DMS | B110 | Review Shipp Order on Appeal and circulate. | .30 | 900.00 | 270.00 |
| 4/01/24 | LD | B160 | File and serve MoloLamken February fee statement; prepare and file COS. | .80 | 275.00 | 220.00 |
| 4/02/24 | LD | B160 | File and serve GB February monthly fee statement; prepare and file COS. | .80 | 275.00 | 220.00 |
| 4/03/24 | DMS | B110 | TCC call regarding appeal. | .50 | 900.00 | 450.00 |
| 4/03/24 | LD | B160 | Prepare MT March fee statement. | .50 | 275.00 | 137.50 |
| 4/03/24 | LD | B160 | Prepare and file CNO re MG February fee statement. | .50 | 275.00 | 137.50 |
| 4/04/24 | LD | B160 | Finalize and file GB first interim post dismissal fee application. | .50 | 275.00 | 137.50 |
| 4/04/24 | LD | B160 | Finalize and file MoloLamken first interim post-dismissal fee application. | .50 | 275.00 | 137.50 |
| 4/09/24 | LD | B160 | File and serve BR March fee statement. | .40 | 275.00 | 110.00 |
| 4/09/24 | LD | B160 | Prepare and file COS re BR March fee statement. | .40 | 275.00 | 110.00 |
| 4/10/24 | DMS | B110 | TCC call regarding appeal status. | .30 | 900.00 | 270.00 |
| 4/11/24 | LD | B160 | File and serve January, February and March fee statements for Otterbourg. | .90 | 275.00 | 247.50 |
| 4/11/24 | LD | B160 | File and serve March fee statement for MT. | .30 | 275.00 | 82.50 |
| 4/11/24 | LD | B160 | Prepare, file and serve GB March fee statement. | .70 | 275.00 | 192.50 |
| 4/11/24 | LD | B160 | Prepare and file COS re GB, MT and Otterbourg fee statements. | .50 | 275.00 | 137.50 |
| 4/17/24 | DMS | B110 | TCC call regarding appeal. | .50 | 900.00 | 450.00 |
| 4/17/24 | LD | B160 | Prepare and file CNO re GB February fee statement; email to group. | .50 | 275.00 | 137.50 |

GENOVA BURNS LLC

May 14, 2024
Invoice No.:    512493

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/17/24 | LD | B160 | File and serve MG March fee statement; prepare and file COS. | .80 | 275.00 | 220.00 |
| 4/24/24 | LD | B160 | Prepare and file CNO re BR March fee statement. | .50 | 275.00 | 137.50 |
| 4/28/24 | DMS | B110 | Review reports on 45M OC verdict. | .20 | 900.00 | 180.00 |
| 4/29/24 | LD | B160 | Prepare and file CNO re GB March fee statement; email for payment. | .40 | 275.00 | 110.00 |
| 4/29/24 | LD | B160 | Prepare and file CNO re MT March fee statement. | .40 | 275.00 | 110.00 |
| 4/29/24 | LD | B160 | Prepare and file CNOs re Otterbourg January, February and March fee statements. | .80 | 275.00 | 220.00 |
| 4/29/24 | LD | B160 | File BR first post-confirmation fee application. | .50 | 275.00 | 137.50 |
| 4/30/24 | DMS | B110 | Review story regarding new filing and discuss impact on appeal. | .30 | 900.00 | 270.00 |

**TOTAL PROFESSIONAL SERVICES**     **$ 4,832.50**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Daniel M Stolz | Partner | 2.10 | 900.00 | 1,890.00 |
| Lorrie Denson | Paralegal | 10.70 | 275.00 | 2,942.50 |
| **TOTALS** | | **12.80** | | **$ 4,832.50** |

**DISBURSEMENTS**

| | Description | Amount |
|---|---|---|
| 12/22/23 | PACER SERVICE, U.S. Courts: PACER, 5252288-Q42023 - Usage: 10/01/2023 - 12/31/2023 - Amex Period Ending 2-29-CH | 8.90 |
| 12/31/23 | PACER SERVICE, U.S. Courts: PACER, 2552798-Q42023 - Usage: 10/1/2023 - 12/31/2023 - Amex Period Ending 2-29-CH | 122.90 |

**TOTAL DISBURSEMENTS**     **$ 131.80**

**TOTAL THIS INVOICE**     **$ 4,964.30**