**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**<u>POST-DISMISSAL MONTHLY FEE STATEMENT COVER SHEET FOR
THE PERIOD APRIL 1, 2024 THROUGH APRIL 30, 2024</u>**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Miller Thomson LLP |
| Case No.: | 23-12825(MBK) | Client: | Official Comm of Talc Claimant |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

### SECTION 1
### FEE SUMMARY

**X** Post-Dismissal Monthly Fee Statement No. **9** or ☐ Final Fee Application

Summary of Amounts Requested for the Period from April 1, 2024 through April 30, 2024
(the "Ninth Post-Dismissal Statement Period")

| | | |
|---|---|---|
| Total Fees: | $ | 675.50 |
| Total Disbursements: | $ | 0.00 |
| Minus 20% holdback of Fees: | $ | 135.10 |
| Amount Sought at this Time: | $ | 540.40 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Jeffrey Carhart, Partner | 1984 | .70 | 965.00 | 675.50 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

| | | |
|---|---|---|
| Fee Totals: | $ | 675.50 |
| Disbursements Totals: | $ | 0.00 |
| Total Fee Application | $ | 675.50 |

77063495.2

## SECTION II SUMMARY
## OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | | |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 0.70 | 675.50 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

77063495.2

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings** <br> Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing** <br> Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis** <br> Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance** <br> Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis** <br> Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting** <br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting** <br> Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues** <br> Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation** <br> Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | | |
| **SERVICE TOTALS:** | | 0.70 | $675.50 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees** <br> Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research** <br> Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees** <br> Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax** <br> Include per page fee charged. | |

77063495.2

| | | |
|---|---|---|
| e) | **Case Specific Telephone/Conference Call Charges** <br> Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services** <br> Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services** <br> Including scanning services. | |
| h) | **Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting** <br> Transcripts. | |
| j) | **Travel** <br> Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers** <br> Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify)** | |
| | **DISBURSEMENTS TOTAL:** | $0.00 |

I certify under penalty of perjury that the above is true.

Date: May 14, 2024

_____
Jeffrey C. Carhart, Partner
Miller Thomson LLP

77063495.2