| UNITED STATES BANKRUPTCY COURT  DISTRICT OF NEW JERSEY | |
|---|---|
| **GENOVA BURNS LLC**  Daniel M. Stolz, Esq.  Donald W. Clarke, Esq.  dstolz@genovaburns.com  dclarke@genovaburns.com  110 Allen Road, Suite 304  Basking Ridge, NJ 07920  Tel: (973) 533-0777  Fax: (973) 533-1112  *Local Counsel for the Official*  *Committee of Talc Claimants* | **BROWN RUDNICK LLP**  David J. Molton, Esq.  Michael S. Winograd, Esq.  Susan Sieger-Grimm, Esq.  Kenneth J. Aulet, Esq.  dmolton@brownrudnick.com  mwinograd@brownrudnick.com  ssieger-grimm@brownrudnick.com  kaulet@brownrudnick.com  Seven Times Square  New York, NY 10036  Tel: (212) 209-4800  Fax: (212) 209-4801  And-  Jeffrey L. Jonas, Esq.  Sunni P. Beville, Esq.  Eric R. Goodman, Esq.  jjonas@brownrudnick.com  sbeville@brownrudnick.com  egoodman@brownrudnick.com  One Financial Center  Boston, MA 02111  Tel: (617) 856-8200  Fax: (617) 856-8201  *Co-Counsel for the*  *Official Committee of Talc Claimants* |
| **OTTERBOURG PC**  Melanie L. Cyganowski, Esq.  Jennifer S. Feeney, Esq.  Michael R. Maizel, Esq.  mcyganowski@otterbourg.com  jfeeney@otterbourg.com  mmaizel@otterbourg.com  230 Park Avenue  New York, NY 10169  Tel: (212) 905-3628  Fax: (212) 682-6104  *Co-Counsel for the Official*  *Committee of Talc Claimants* | **MASSEY & GAIL LLP**  Jonathan S. Massey, Esq.  Rachel S. Morse, Esq.  jmassey@masseygail.com  rmorse@masseygail.com  1000 Maine Ave. SW, Suite 450  Washington, DC  20024  Tel: (202) 652-4511  Fax: (312) 379-0467  *Co-Counsel for the Official Committee of Talc*  *Claimants* |
| In re:  LTL MANAGEMENT, LLC,[1]  Debtor. | Chapter 11  Case No.: 23-12825 (MBK)  Honorable Michael B. Kaplan |

# CERTIFICATION OF SERVICE

---

[1]   The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1.  I, Lorrie Denson:

□  represent                          in this matter.

X   am the secretary/paralegal for    Daniel M. Stolz, Esq.      , who represents the Official Committee of Talc Claimants in this matter.

□  am the                     in this case and am representing myself.

2.   On May 14, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

1.  Miller Thomson LLP's Post Dismissal Monthly Fee Statement for the period April 2024 [**dkt #1760**].

3.   I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   May 14, 2024                         */s/  Lorrie Denson*
                                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Allison Brown, Esq. allison.brown@skadden.com<br><br>Paul DeFilippo, Esq. pdefilippo@wmd-law.com<br><br>James Lawlor, Esq. jlawlor@wmd-law.com | Counsel for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other _email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lauren Bielskie, Esq. lauren.bielskie@usdoj.gov<br><br>Jeffrey Sponder, Esq. jeffrey.m.sponder@usdoj.gov | Office of the United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other _email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>X Other _email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |