**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
dstolz@genovaburns.com
dclarke@genovaburns.com
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Tel: (973) 467-2700
Fax: (973) 467-8126
*Local Counsel for the*
*Official Committee of Talc Claimants*

**BROWN RUDNICK LLP**
David J. Molton, Esq.
Michael S. Winograd, Esq.
Susan Sieger-Grimm, Esq.
Kenneth J. Aulet, Est.
dmolton@brownrudnick.com
mwinograd@brownrudnick.com
ssieger-grimm@brownrudnick.com
kaulet@brownrudnick.com
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Fax: (212) 209-4801

and

Jeffrey L. Jonas, Esq.
Sunni P. Beville, Esq.
Eric B. Goodman, Esq.
jjonas@brownrudnick.com
sbeville@brownrudnick.com
eggodman@brownrudnick.com
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
Fax: (617) 856-8201
*Co-Counsel for the*
*Official Committee of Talc Claimants*

**OTTERBOURG PC**
Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
Michael R. Maizel, Esq.
mcyganowski@otterbourg.com
jfeeney@otterbourg.com
mmaizel@otterbourg.com
230 Park Avenue
New York, NY 10169
Tel: (212) 905-3628
Fax: (212) 682-6104
*Co-Counsel for the Official Committee of*
*Talc Claimants*

**MASSEY & GAIL LLP**
Jonathan S. Massey, Esq.
Rachel S. Morse, Esq.
jmassey@masseygail.com
rmorse@masseygail.com
100 Main Ave. SW, Suite 450
Washington, DC  20024
Tel: (202) 652-4511
Fax: (312) 379-0467
*Special Counsel for the*
*Official Committee of Talc Claimants*

|  |  |
|---|---|
| In Re:<br>**LTL MANAGEMENT, LLC,**[1]<br><br>               Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

**EIGHTH POST DISMISSAL MONTHLY FEE STATEMENT OF MASSEY & GAIL, LLP, SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS FOR THE PERIOD APRIL 1, 2024 THROUGH APRIL 30, 2024**

MASSEY & GAIL, LLP ("Massey Gail") submits this Eighth Post Dismissal Monthly Fee Statement for Services Rendered and Expenses Incurred as Special Counsel to the Official Committee of Talc Claimants (the "Statement") for the period commencing April 1, 2024 and ending April 30, 2024 (the "Eighth Post Dismissal Statement Period"), pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals by Order of this Court entered on May 22, 2023 (the "Interim Compensation Order").

The billing invoice for the Statement Period is annexed hereto as Exhibit "A". This invoice details the services performed. The fees sought within Statement Period are as follows:

| Fees | Less 20% | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|
| $75,223.50 | ($15,044.70) | $60,178.80 | $0.00 |

WHEREFORE, Massey Gail respectfully requests interim payment of fees for this Statement Period in the sum of $60,178.80 in accordance with the terms of the Interim Compensation Order.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2

**MASSEY & GAIL, LLP**
*Special Counsel to Official Committee*
*of Talc Claimants*


By*: /s/ Jonathan S. Massey*
    **JONATHAN S. MASSEY**

Dated:  May 16, 2024

2920452.1