# EXHIBIT A

# TIME DETAIL

2920452.1



50 E. Washington St.  
Suite 400  
Chicago, IL 60602  
(312) 283-1590

1000 Maine Ave. SW  
Suite 450  
Washington, D.C. 20024  
(202) 652-4511

# PRIVILEGED & CONFIDENTIAL

May 07, 2024

**Official Committee of Talc Claimants**  
In re LTL Management, No 23-12825  
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 04-01-2024 - 04-30-2024

**RE: LTL Management Bankruptcy Official TCC II**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-02-2024 | ML | L520 - Appellate Briefs | 5.80 | 535.00 | 3,103.00 |
| | | Reviewing record for response to arguments raised in AHC reply brief. | | | |
| 04-02-2024 | JSM | L520 - Appellate Briefs | 0.80 | 1,220.00 | 976.00 |
| | | Reviewing research re responses to arguments in AHC reply brief. | | | |
| 04-03-2024 | JSM | B110 - Case Administration | 0.30 | 1,220.00 | 366.00 |
| | | Zoom meeting with committee members and representatives to discuss appeal and next steps. | | | |
| 04-03-2024 | JSM | L520 - Appellate Briefs | 3.80 | 1,220.00 | 4,636.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 04-04-2024 | JSM | L520 - Appellate Briefs | 1.90 | 1,220.00 | 2,318.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 04-05-2024 | JSM | L520 - Appellate Briefs | 4.20 | 1,220.00 | 5,124.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 04-06-2024 | JSM | L520 - Appellate Briefs | 1.70 | 1,220.00 | 2,074.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 04-08-2024 | JSM | L520 - Appellate Briefs | 4.10 | 1,220.00 | 5,002.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 04-09-2024 | JSM | L520 - Appellate Briefs | 3.80 | 1,220.00 | 4,636.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 04-10-2024 | JSM | L520 - Appellate Briefs | 2.30 | 1,220.00 | 2,806.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 04-10-2024 | JSM | L520 - Appellate Briefs | 0.30 | 1,220.00 | 366.00 |
| | | Zoom with TCC members and representatives to discuss appeal strategy and next steps. | | | |
| 04-11-2024 | JSM | L520 - Appellate Briefs | 2.20 | 1,220.00 | 2,684.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 04-11-2024 | ML | B160 - Fee/Employment Application | 0.70 | 535.00 | 374.50 |
| | | Revising March invoice. | | | |
| 04-12-2024 | JSM | L520 - Appellate Briefs | 1.70 | 1,220.00 | 2,074.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 04-16-2024 | JSM | B160 - Fee/Employment Application | 0.40 | 1,220.00 | 488.00 |
| | | Revising March invoice. | | | |
| 04-16-2024 | JSM | L520 - Appellate Briefs | 2.40 | 1,220.00 | 2,928.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 04-17-2024 | JSM | L520 - Appellate Briefs | 6.10 | 1,220.00 | 7,442.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 04-17-2024 | JSM | B160 - Fee/Employment Application | 0.30 | 1,220.00 | 366.00 |
| | | Reviewing March invoice. | | | |
| 04-17-2024 | RA | B160 - Fee/Employment Application | 0.90 | 340.00 | 306.00 |
| | | Draft M&G's 7th post-dismissal monthly fee statement. | | | |
| 04-17-2024 | RA | B160 - Fee/Employment Application | 0.20 | 340.00 | 68.00 |
| | | Finalize M&G's 7th post-dismissal monthly fee statement for lodging on Court's docket. | | | |
| 04-18-2024 | JSM | L520 - Appellate Briefs | 6.90 | 1,220.00 | 8,418.00 |
| | | Drafting memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 04-19-2024 | JSM | L520 - Appellate Briefs | 6.40 | 1,220.00 | 7,808.00 |
| | | Revising memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 04-22-2024 | ML | L520 - Appellate Briefs | 2.40 | 535.00 | 1,284.00 |
| | | Reviewing Motion to Dismiss briefing in LTL 2.0 for CA3 appeal arguments memorandum. | | | |
| 04-23-2024 | ML | L520 - Appellate Briefs | 4.20 | 535.00 | 2,247.00 |
| | | Analyzing arguments memorandum for CA3 appeal. | | | |
| 04-24-2024 | ML | L520 - Appellate Briefs | 1.70 | 535.00 | 909.50 |
| | | Analyzing arguments memorandum for CA3 appeal. | | | |
| 04-24-2024 | ML | B110 - Case Administration | 0.20 | 535.00 | 107.00 |
| | | Attending weekly TCC meeting. | | | |
| 04-25-2024 | RA | L520 - Appellate Briefs | 1.10 | 340.00 | 374.00 |
| | | Assemble appeal appendix for attorney review. | | | |
| 04-26-2024 | ML | L520 - Appellate Briefs | 4.30 | 535.00 | 2,300.50 |
| | | Revising arguments memorandum for CA3 appeal. | | | |
| 04-30-2024 | ML | L520 - Appellate Briefs | 1.60 | 535.00 | 856.00 |
| | | Cite checking arguments memorandum for CA3 appeal. | | | |
| 04-30-2024 | ML | L520 - Appellate Briefs | 5.20 | 535.00 | 2,782.00 |
| | | Revising arguments memorandum for CA3 appeal. | | | |
| | | | **Total** | | 75,223.50 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Jonathan Massey | 49.60 | 60,512.00 |
| Matthew Layden | 26.10 | 13,963.50 |
| Rob Aguirre | 2.20 | 748.00 |
| **Total** | | 75,223.50 |

| | | |
|---|---|---|
| | **Total for this Invoice** | 75,223.50 |