UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
KIRK MANHARDT
Director
KEVIN P. VANLANDINGHAM
Assistant Director
J. ZACHARY BALASKO
Senior Trial Counsel
BETHANY THERIOT
Trial Attorney
P.O. Box 875 Ben Franklin Station
Washington, DC 20044-0875
Tel: (202) 514-7162
john.z.balasko@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re*<br><br>LTL MANAGEMENT, LLC,<br><br>                                   Debtor. | Chapter 11<br>Case No. 23-12825-MBK<br><br>Judge Michael B. Kaplan |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE THAT J. Zachary Balasko, Senior Trial Counsel in the Civil Division of the United States Department of Justice, hereby withdraws his appearance on behalf of the United States of America in the above-captioned case and requests that his name be removed from the Court's mailing matrix and service list for this chapter 11 case. The appearance by other attorneys on behalf of the United States of America in this case is unaffected by this request.

[*Signature Page Follows*]

Dated:  May 28, 2024

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General
        KIRK MANHARDT
        Director
        KEVIN P. VANLANDINGHAM
        Assistant Director

        /s/ *J. Zachary Balasko*
        J. ZACHARY BALASKO
        Senior Trial Counsel

        *Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2024, I caused a true and correct copy of the foregoing *Notice of Withdrawal of Appearance* to be filed with the Clerk of the Court using the CM/ECF system, which will generate electronic notification to all CM/ECF participants in these cases.

/s/ *J. Zachary Balasko*
J. Zachary Balasko