UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Jeffrey.M.Sponder@usdoj.gov
Email: Lauren.Bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Chapter 11 |
| LTL Management, LLC, | Case No. 23-12825 (MBK) |
| Debtor. | The Honorable Michael B. Kaplan, Chief Judge |

### AMENDED[1] NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF TALC CLAIMANTS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints the below listed creditors to the Official Committee of Talc Claimants in the above-captioned case.

Rebecca Love
*Counsel:*
Michelle Parfitt, Esq.
Ashcraft & Gerel, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006
Tel.: (202) 783-6400
Email: mparfitt@ashcraftlaw.com

Blue Cross Blue Shield of Massachusetts
*Counsel:*
Elizabeth Carter, Esq.
Hill, Hill, Carter, Franco, Cole & Black, PC
425 Perry Street
Montgomery, AL 36104
Tel: (334) 386-4337
Email: ecarter@hillhillcarter.com

Sue Sommer-Kresse
*Counsel:*
Daniel Lapinski, Esq.
Motley Rice, LLC
210 Lake Drive East, Suite 101,
Cherry Hill, NJ 08002
Tel: (856) 382-4670
Email: dlapinski@motleyrice.com

---

[1] Amended to reflect resignations of Tonya Whetsel as estate representative of Brandon Whetsel, Kristie Doyle as estate representative of Dan Doyle, Patricia Cook, and Randy Derouen.

| | | |
|---|---|---|
| April Fair<br>*Counsel:*<br>Mark Robinson, Jr., Esq.<br>Robinson Calcagnie, Inc.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>Tel.: (949) 720-1288<br>Email: mrobinson@robinsonfirm.com | William Henry as estate representative of Debra Henry<br>*Counsel:*<br>Christopher Tisi, Esq.<br>Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A.<br>316 S Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Tel: (850) 435-7000<br>Email: ctisi@levinlaw.com | Alishia Landrum<br>*Counsel:*<br>Leigh O'Dell, Esq.<br>Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.<br>PO Box 4160<br>Montgomery, AL 36103<br>Tel.: (800) 898-2034<br>Email:<br>leigh.odell@beasleyallen.com |

Brandi Carl
*Counsel:*
Richard Golomb, Esq.
Golomb Spirt Grunfeld
1835 Market Street
Suite 2900
Philadelphia, PA 19103
Tel: (215) 985-9177
Email: rgolomb@golomblegal.com

                                        ANDREW R. VARA
                                        UNITED STATES TRUSTEE
                                        Regions 3 & 9

                                        By: */s/ Martha R. Hildebrandt*
                                            Martha R. Hildebrandt
                                            Assistant United States Trustee

                                            Jeffrey M. Sponder
                                            Trial Attorney

                                            Lauren Bielskie
                                            Trial Attorney

    Date: May 29, 2024