| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> dstolz@genovaburns.com <br> dclarke@genovaburns.com <br> 110 Allen Road, Suite 304 <br> Basking Ridge, NJ 07920 <br> Tel: (973) 533-0777 <br> Fax: (973) 533-1112 <br> *Local Counsel for the Official* <br> *Committee of Talc Claimants* | **BROWN RUDNICK LLP** <br> David J. Molton, Esq. <br> Michael S. Winograd, Esq. <br> Susan Sieger-Grimm, Esq. <br> Kenneth J. Aulet, Esq. <br> dmolton@brownrudnick.com <br> mwinograd@brownrudnick.com <br> ssieger-grimm@brownrudnick.com <br> kaulet@brownrudnick.com <br> Seven Times Square <br> New York, NY 10036 <br> Tel: (212) 209-4800 <br> Fax: (212) 209-4801 <br> And- <br> Jeffrey L. Jonas, Esq. <br> Sunni P. Beville, Esq. <br> Eric R. Goodman, Esq. <br> jjonas@brownrudnick.com <br> sbeville@brownrudnick.com <br> egoodman@brownrudnick.com <br> One Financial Center <br> Boston, MA 02111 <br> Tel: (617) 856-8200 <br> Fax: (617) 856-8201 <br> *Co-Counsel for the* <br> *Official Committee of Talc Claimants* |
| **OTTERBOURG PC** <br> Melanie L. Cyganowski, Esq. <br> Jennifer S. Feeney, Esq. <br> Michael R. Maizel, Esq. <br> mcyganowski@otterbourg.com <br> jfeeney@otterbourg.com <br> mmaizel@otterbourg.com <br> 230 Park Avenue <br> New York, NY 10169 <br> Tel: (212) 905-3628 <br> Fax: (212) 682-6104 <br> *Co-Counsel for the Official* <br> *Committee of Talc Claimants* | **MASSEY & GAIL LLP** <br> Jonathan S. Massey, Esq. <br> Rachel S. Morse, Esq. <br> jmassey@masseygail.com <br> rmorse@masseygail.com <br> 1000 Maine Ave. SW, Suite 450 <br> Washington, DC 20024 <br> Tel: (202) 652-4511 <br> Fax: (312) 379-0467 <br> *Co-Counsel for the Official Committee of Talc Claimants* |
| In re: <br> LTL MANAGEMENT, LLC,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No.: 23-12825 (MBK) <br><br> Honorable Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION REGARDING THIRD POST-DISMISSAL MONTHLY FEE STATEMENT FOR MASSEY & GAIL, LLP, CO-COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS FOR THE PERIOD OF APRIL 1, 2024 THROUGH APRIL 30, 2024
DOCUMENT NO. 1762**

The Court authorized, under D.N.J. LBR 2016-3(a), the Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professionals [Dkt. No. 562], compensation to professionals on a monthly basis. Under said Order, objections to the Monthly Fee Statement filed on May 16, 2024 were to be filed and served not later than May 30, 2024.

I, Daniel M. Stolz, Esq. certify that, as of May 31, 2024, I have reviewed the court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date:  May 31, 2024                                    _/s/ Daniel M. Stolz_____
                                                        DANIEL M. STOLZ