UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GENOVA BURNS LLC
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
dstolz@genovaburns.com
dclarke@genovaburns.com
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Tel: (973) 533-0777
Local Counsel for the Official
Committee of Talc Claimants

In Re:

LTL MANAGEMENT, LLC,

                              Debtor.

Case No.:        23-12825-MBK

Adv. Pro. No.: _____

Chapter:              11

Subchapter V:    ❑ Yes  ☒ No

Hearing Date:    June 3, 2024

Judge:                MBK

**ADJOURNMENT REQUEST**

1.    I, _____Daniel M. Stolz_____,

   ☒  am the attorney for: __Local Counsel for Official Committee of Talc Claimants__,

   ❑  am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: _Application for Compensation for Brown Rudnick LLP [dkt #1744]_

   Current hearing date and time: _June 3, 2024, 10:00 a.m._

   New date requested: _June 27, 2024, 10:00 a.m._

   Reason for adjournment request: _The parties have agreed to meet and confer regarding_
   _LTL's possible objection to the fees._

2.    Consent to adjournment:

   ☒  I have the consent of all parties.   ❑  I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: _____May 30, 2024_____          /s/  Daniel M. Stolz_____
                                               Signature

**COURT USE ONLY:** _____

The request for adjournment is:

☒  Granted              New hearing date: _6/27/2024 at 10:00 am____     ❑ Peremptory

❑  Granted over objection(s)   New hearing date: _____     ❑ Peremptory

❑  Denied

      **IMPORTANT: If your request is granted, you must notify interested parties**

      **who are not electronic filers of the new hearing date.**

*rev.10/2021*