# Exhibit A

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14548
June 7, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
  for the District of New Jersey

**INVOICE**
**For Services Through April 30, 2024**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | | Hours |
|---|---|---|---|
| 4/1/2024 | Rubin | Email to B. Wiltgen & J. Markowitz re: February time. | 0.10 |
| 4/1/2024 | Rubin | Prepare February 2024 fee application. | 0.90 |
| 4/10/2024 | Lamken | Committee call. | 0.20 |
| 4/17/2024 | Lamken | Committee call. | 0.30 |
| 4/22/2024 | Rubin | Email to J. Markowitz re: March fees. | 0.10 |
| 4/22/2024 | Rubin | Emails with L. Denson re: quarterly fees. | 0.10 |
| 4/24/2024 | Lamken | Committee call. | 0.20 |
| 4/26/2024 | Rubin | Emails with J. Markowitz re: March fees. | 0.10 |
| 4/30/2024 | Rubin | Prepare March 2024 fee application. | 1.10 |
| | | Total Hours | 3.10 |
| | | Total Fees | $3,662.50 |

**Timekeeper Summary**

| | | |
|---|---|---|
| Jeffrey Lamken | 0.70 hours at $1,975.00/hr | $1,382.50 |
| Nathaniel Rubin | 2.40 hours at $950.00/hr | $2,280.00 |

**Payments/Holdbacks**

| Date | | Amount |
|---|---|---|
| 4/11/2024 | Cash Application | $275,877.60 |
| 4/30/2024 | Cash Application | $22,646.00 |
| 5/30/2024 | Cash Application | $13,110.00 |
| | Sub-total Payments: | $311,633.60 |

## Summary

|  |  |
|---|---:|
| Fees: | $3,662.50 |
| Expenses: | $0.00 |
| Total Current Billing: | $3,662.50 |
| Current Fee Amt To be Pd by Debtor (80%): | $2,930.00 |
| Current Holdback Amount (20%): | $732.50 |
| Previous Balance Due: | $162,900.26 |
| **Total Amount Due:** | **$165,830.26** |

MoloLamken LLP    Page: 3

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14548
June 7, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through April 30, 2024**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---:|
| Fees: | $3,662.50 |
| Expenses: | $0.00 |
| Total Current Billing: | $3,662.50 |
| Current Fee Amt To be Pd by Debtor (80%): | $2,930.00 |
| Current Holdback Amount (20%): | $732.50 |
| Previous Balance Due: | $162,900.26 |
| **Total Amount Due:** | **$165,830.26** |

**Please include Matter No. 2023-002 and Invoice No. 14548 in the description when making a payment.**

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info: Signature Bank | Bank info: Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: [REDACTED] | Account Number: [REDACTED] |
| | International SWIFT: [REDACTED] |

# Exhibit B

# MoloLamken LLP

## ML - Listing Narrative only

| Date | Prof Name | Prof | Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|---|
| 04/01/2024 | Rubin, Nathaniel | NFR | Email to B. Wiltgen & J. Markowitz re: February time. | T | B160 | 0.10 | 950.00 | 95.00 |
| 04/01/2024 | Rubin, Nathaniel | NFR | Prepare February 2024 fee application. | T | B160 | 0.90 | 950.00 | 855.00 |
| 04/22/2024 | Rubin, Nathaniel | NFR | Email to J. Markowitz re: March fees. | T | B160 | 0.10 | 950.00 | 95.00 |
| 04/22/2024 | Rubin, Nathaniel | NFR | Emails with L. Denson re: quarterly fees. | T | B160 | 0.10 | 950.00 | 95.00 |
| 04/26/2024 | Rubin, Nathaniel | NFR | Emails with J. Markowitz re: March fees. | T | B160 | 0.10 | 950.00 | 95.00 |
| 04/30/2024 | Rubin, Nathaniel | NFR | Prepare March 2024 fee application. | T | B160 | 1.10 | 950.00 | 1,045.00 |
| 04/10/2024 | Lamken, Jeffrey | JAL | Committee call | T | L500 | 0.20 | 1,975.00 | 395.00 |
| 04/17/2024 | Lamken, Jeffrey | JAL | Committee call | T | L500 | 0.30 | 1,975.00 | 592.50 |
| 04/24/2024 | Lamken, Jeffrey | JAL | Committee call | T | L500 | 0.20 | 1,975.00 | 395.00 |
| | | | | | **Grand Total:** | 3.10 | | $3,662.50 |