Order Filed on June 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In re:<br>LTL MANAGEMENT LLC,[1]<br><br>                              Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

# INTERIM ORDER AWARDING FEES TO OTTERBOURG P.C.

The relief set forth on the following pages is **ORDERED**.

**DATED: June 11, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 533-1112<br>*Local Counsel for the Official*<br>*Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>jjonas@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>jmassey@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Co-Counsel for the Official Committee of Talc*<br>*Claimants* | **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Sunni P. Beville, Esq.<br>Jennifer S. Feeney, Esq.<br>Adam C. Silverstein, Esq.<br>mcyganowski@otterbourg.com<br>sbeville@otterbourg.com<br>jfeeney@otterbourg.com<br>asilverstein@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official*<br>*Committee of Talc Claimants* |

(Page 3)

| | |
|---|---|
| Debtor: | LTL Management LLC |
| Case No.: | 23-12825(MBK) |
| Caption: | Interim Order Awarding Fees to Otterbourg P.C. |

---

**THIS MATTER**, having come before the Court upon the *First Interim Post-Dismissal Application of Otterbourg P.C., as Co-Counsel for the Official Committee of Talc Claimants, for Allowance of Compensation and Reimbursement of Expenses From August 12, 2023 through March 31, 2024* (the Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Committee; and the Court having been informed that the Debtor and Otterbourg have reached an agreement with regard to a resolution of the Debtor's reservation of rights to Otterbourg's fees, and the Court having reviewed such proposed resolution, and finds good cause for the entry of the within Order.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Otterbourg's Application for allowance of compensation for services rendered in the aggregate amount of $110,515.00 and reimbursement of expenses in the aggregate amount of $2,570.82 incurred from August 12, 2023 through March 31, 2024, shall be allowed as set forth herein.

2. Otterbourg shall be allowed fees in the amount of $110,515.00 and reimbursement of expenses in the amount of $2,570.82. The Debtor is authorized to make payment of the unpaid portion of the allowed fee, to wit, the sum of $57,385.95, to Otterbourg P.C. within five (5) days of the entry of this Order.

3. The Debtor reserves its rights, claims, defenses and remedies with respect to Otterbourg's final fee application to be filed at a later date.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

7980261.1