# EXHIBIT A

GENOVA BURNS LLC

June 14, 2024
Invoice No.:    514128

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/01/24 | DMS | B110 | E mails with Appellate team regarding potential LTL3 impact on appeal. | .40 | 900.00 | 360.00 |
| 5/01/24 | DMS | B110 | Review and file ML Monthly Fee Application. | .30 | 900.00 | 270.00 |
| 5/01/24 | DMS | B110 | Preparation for TCC. | .20 | 900.00 | 180.00 |
| 5/01/24 | DMS | B110 | Emails with Appellate team regarding possible notice to Third Circuit. | .30 | 900.00 | 270.00 |
| 5/01/24 | DMS | B110 | TCC call. | 1.00 | 900.00 | 900.00 |
| 5/01/24 | LD | B160 | File and serve MoloLamken March fee statement; prepare and file COS. | .60 | 275.00 | 165.00 |
| 5/02/24 | LD | B160 | Prepare and file CNO re MG March fee statement. | .50 | 275.00 | 137.50 |
| 5/06/24 | DMS | B110 | Email with Chambers regarding Court appearances. | .20 | 900.00 | 180.00 |
| 5/06/24 | DWC | B110 | Rvw docket entries re PHV for appellate team; email requests for follow up | .70 | 700.00 | 490.00 |
| 5/08/24 | DMS | B110 | Call with TCC regarding appeal. | .50 | 900.00 | 450.00 |
| 5/10/24 | LD | B160 | File and serve BR April fee statement; prepare and file COS. | .70 | 275.00 | 192.50 |
| 5/10/24 | LD | B160 | File Otterbourg first interim post-dismissal fee application for period 8/12/23-3/31/24. | .50 | 275.00 | 137.50 |
| 5/13/24 | LD | B160 | Prepare draft April fee statement for MT. | .50 | 275.00 | 137.50 |
| 5/14/24 | LD | B160 | File and serve GB April fee statement; prepare and file COS. | .50 | 275.00 | 137.50 |
| 5/14/24 | LD | B160 | File and serve MT April fee statement; prepare and file COS. | .50 | 275.00 | 137.50 |
| 5/16/24 | DMS | B110 | Review and file MG monthly. | .20 | 900.00 | 180.00 |
| 5/16/24 | DMS | B110 | Email with Pacelli and BR regarding BR fees. | .30 | 900.00 | 270.00 |

GENOVA BURNS LLC

June 14, 2024
Invoice No.: 514128

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/16/24 | LD | B160 | File and serve MG April fee statement; prepare and file COS. | .60 | 275.00 | 165.00 |
| 5/16/24 | LD | B160 | Prepare and file CNO re MoloLamken March fee statement. | .40 | 275.00 | 110.00 |
| 5/20/24 | DMS | B110 | Emails with counsel and US Trustee regarding Cook resignation. | .40 | 900.00 | 360.00 |
| 5/20/24 | DMS | B110 | Emails with internal group regarding new LTL 2 responsibilities. | .20 | 900.00 | 180.00 |
| 5/20/24 | DMS | B110 | Emails with US Trustee and call with Delaney regarding TCC composition. | .40 | 900.00 | 360.00 |
| 5/22/24 | DMS | B110 | TCC meeting by Zoom regarding appeal status. | .50 | 900.00 | 450.00 |
| 5/22/24 | DMS | B110 | Emails with Pacelli, Court and BR regarding fee application adjournment and meet and confer. | .50 | 900.00 | 450.00 |
| 5/23/24 | DMS | B110 | Emails with Court and counsel regarding new date for BR fee application. | .30 | 900.00 | 270.00 |
| 5/23/24 | DMS | B110 | Email with Court and Pacelli regarding adjournment. | .30 | 900.00 | 270.00 |
| 5/28/24 | DMS | B110 | Email with Sponder regarding TCC issues. | .20 | 900.00 | 180.00 |
| 5/28/24 | LD | B110 | Prepare and file CNO re BR April fee statement. | .40 | 275.00 | 110.00 |
| 5/29/24 | DMS | B110 | Review reservation of rights regarding Otter and email with Melanie. | .30 | 900.00 | 270.00 |
| 5/29/24 | DMS | B110 | TCC Call. | .50 | 900.00 | 450.00 |
| 5/29/24 | DMS | B110 | Review notice of amended TCC and circulate. | .30 | 900.00 | 270.00 |
| 5/29/24 | LD | B160 | Prepare and file CNO re MT April fee statement. | .50 | 275.00 | 137.50 |
| 5/29/24 | LD | B160 | Prepare and file CNO re GB April fee statement. | .50 | 275.00 | 137.50 |
| 5/30/24 | DMS | B110 | Review Amended TCC Notice and send to clients. | .30 | 900.00 | 270.00 |
| 5/30/24 | DMS | B110 | Email with Court regarding adjournment of BR Fee Application. | .20 | 900.00 | 180.00 |

GENOVA BURNS LLC

June 14, 2024
Invoice No.:    514128

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/30/24 | LD | B160 | Prepare adjournment request re BR fee application hearing 6/3/24. | .40 | 275.00 | 110.00 |
| 5/30/24 | LD | B160 | Email adjournment request to chambers and cc's. | .10 | 275.00 | 27.50 |

**TOTAL PROFESSIONAL SERVICES**     **$ 9,352.50**

SUMMARY OF PROFESSIONAL SERVICES

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Daniel M Stolz | Partner | 7.80 | 900.00 | 7,020.00 |
| Donald W. Clarke | Partner | .70 | 700.00 | 490.00 |
| Lorrie Denson | Paralegal | 6.70 | 275.00 | 1,842.50 |
| **TOTALS** | | **15.20** | | **$ 9,352.50** |

**TOTAL THIS INVOICE**     **$ 9,352.50**