**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | |
|---|---|
| IN RE: LTL Management LLC | APPLICANT: Massey & Gail LLP |
| CASE NO.: 23-12825 (MBK) | CLIENT: Official Committee of Talc Claimants |
| CHAPTER: 11 | CASE FILED: April 4, 2023 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

### SECTION I
### FEE SUMMARY

Ninth Post Dismissal Monthly Fee Statement Covering the Period
May 1, 2024 Through May 31, 2024

Post Dismissal Monthly Fee Statement No. 9

Summary of Accounts Requested for the Period from May 1, 2024 through May 31, 2024 (the "Ninth Post Dismissal Statement Period"):

| | |
|---|---|
| Total fees: | $ 81,119.00 |
| Total disbursements: | $ 0.00 |
| Minus 20% Holdback of Fees: | $ 16,223.80 |
| Amount Sought at this Time: | $ 64,895.20 |

6796259.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Jonathan Massey | 1992 | $1,220.00 | 46.9 | $57,218.00 |
| Bret Vallacher | 2014 | $815.00 | 1.1 | $896.50 |
| Matthew Layden | 2019 | $535.00 | 42.3 | $22,630.50 |
| Rob Aguirre | N/A | $340.00 | 1.1 | $374.00 |
| **TOTAL FEES** | | | | $81,119.00 |
| **BLENDED RATE** | | $965.64 | 77.9 | |

Pursuant to the Amended Fee Procedures Order, currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $ 81,119.00 |
| Less: Holdback (20%) | -$ 16,223.80 |
| Total Fees Currently Payable | $ 64,895.20 |
| Add: Disbursements | $ 0.00 |
| **Total Payable This Invoice** | $ 64,895.20 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---:|---:|
| Case Administration (B110) | 3.8 | $3,848.00 |
| Fee/Employment Application (B160) | 2.3 | $1,290.00 |
| Appellate Briefs (L520) | 85.3 | $75,981.00 |
|  |  |  |
| **TOTAL** | **91.4** | **$81,119.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
|  | 0.00 |
| **TOTAL DISBURSEMENTS** | **$0.00** |

I certify under penalty of perjury that the foregoing is true and correct.

/s/*Jonathan S. Massey*
Jonathan S. Massey

Dated: June 17, 2024

3