# EXHIBIT A
# TIME DETAIL



50 E. Washington St.  
Suite 400  
Chicago, IL 60602  
(312) 283-1590

1000 Maine Ave. SW  
Suite 450  
Washington, D.C. 20024  
(202) 652-4511

# PRIVILEGED & CONFIDENTIAL

June 14, 2024

**Official Committee of Talc Claimants**  
In re LTL Management, No 23-12825  
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 05-01-2024 - 05-31-2024

**RE: LTL Management Bankruptcy Official TCC II**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-01-2024 | JSM | B110 - Case Administration | 0.50 | 1,220.00 | 610.00 |
| | | Zoom meeting with TCC members and representatives re status of appeal and next steps. | | | |
| 05-01-2024 | JSM | L520 - Appellate Briefs | 0.90 | 1,220.00 | 1,098.00 |
| | | Email communication with TCC counsel re implications of LLT bankruptcy announcement for pending appeal. | | | |
| 05-01-2024 | ML | L520 - Appellate Briefs | 0.20 | 535.00 | 107.00 |
| | | Reviewing email communication re filing of a third bankruptcy petition for impact on CA3 appeal. | | | |
| 05-01-2024 | ML | L520 - Appellate Briefs | 0.30 | 535.00 | 160.50 |
| | | Reviewing J&J press release dated May 1, 2024 for impact on CA3 appeal. | | | |
| 05-01-2024 | ML | L520 - Appellate Briefs | 0.20 | 535.00 | 107.00 |
| | | Reviewing J&J form 8-K re bankruptcy filing for impact on CA3 appeal. | | | |
| 05-01-2024 | ML | L520 - Appellate Briefs | 0.20 | 535.00 | 107.00 |
| | | Reviewing email communication from S. Burian re third bankruptcy filing for impact on CA3 appeal. | | | |
| 05-01-2024 | ML | B110 - Case Administration | 0.50 | 535.00 | 267.50 |
| | | Attending weekly TCC meeting re appellate issues. | | | |
| 05-01-2024 | ML | L520 - Appellate Briefs | 5.70 | 535.00 | 3,049.50 |
| | | Revising memo for CA3 appeal outlining responses and arguments in LTL and AHC reply briefs. | | | |
| 05-02-2024 | JSM | L520 - Appellate Briefs | 3.70 | 1,220.00 | 4,514.00 |
| | | Revising memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 05-03-2024 | JSM | L520 - Appellate Briefs | 3.80 | 1,220.00 | 4,636.00 |
| | | Revising memo outlining responses to arguments in AHC and LTL reply briefs. | | | |
| 05-06-2024 | JSM | L520 - Appellate Briefs | 1.90 | 1,220.00 | 2,318.00 |
| | | Reviewing LLT disclosure statement and proposed prepackaged plan for relevance to pending appeal in LTL 2.0. | | | |
| 05-07-2024 | JSM | L520 - Appellate Briefs | 0.50 | 1,220.00 | 610.00 |
| | | Email communication with TCC counsel re LLT disclosure statement and proposed prepackaged plan and relevance to pending appeal in LTL 2.0. | | | |
| 05-07-2024 | ML | B160 - Fee/Employment Application | 0.80 | 535.00 | 428.00 |
| | | Revising April Invoice. | | | |
| 05-08-2024 | JSM | B110 - Case Administration | 0.40 | 1,220.00 | 488.00 |
| | | Zoom meeting with TCC members and representatives re pending appeal and next steps. | | | |
| 05-13-2024 | JSM | L520 - Appellate Briefs | 3.10 | 1,220.00 | 3,782.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 05-14-2024 | RA | B160 - Fee/Employment Application | 0.80 | 340.00 | 272.00 |
| | | Draft M&G's 8th post-dismissal monthly fee statement. | | | |
| 05-14-2024 | JSM | L520 - Appellate Briefs | 0.40 | 1,220.00 | 488.00 |
| | | Email communication with TCC counsel re denial of cert in Bestwall and its implications for CA3 appeal. | | | |
| 05-15-2024 | JSM | B160 - Fee/Employment Application | 0.40 | 1,220.00 | 488.00 |
| | | Reviewing April 2023 fee application. | | | |
| 05-15-2024 | RA | B160 - Fee/Employment Application | 0.30 | 340.00 | 102.00 |
| | | Finalize M&G's Eighth Post-Dismissal Monthly Fee Statement. | | | |
| 05-15-2024 | BV | B110 - Case Administration | 0.40 | 815.00 | 326.00 |
| | | Weekly Committee Meeting re updates from appeal to Third Circuit. | | | |
| 05-15-2024 | JSM | B110 - Case Administration | 0.40 | 1,220.00 | 488.00 |
| | | Zoom with TCC members and representatives to discuss legal strategy and next steps. | | | |
| 05-17-2024 | ML | L520 - Appellate Briefs | 5.40 | 535.00 | 2,889.00 |
| | | Reviewing pre-packaged plan materials for LLT bankruptcy filing to determine potential effect on CA3 appeal. | | | |
| 05-17-2024 | JSM | L520 - Appellate Briefs | 2.90 | 1,220.00 | 3,538.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 05-20-2024 | ML | L520 - Appellate Briefs | 7.20 | 535.00 | 3,852.00 |
| | | Analyzing pre-packaged plan materials for LLT bankruptcy filing to determine potential effect on CA3 appeal. | | | |
| 05-20-2024 | JSM | L520 - Appellate Briefs | 3.20 | 1,220.00 | 3,904.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 05-21-2024 | ML | L520 - Appellate Briefs | 6.10 | 535.00 | 3,263.50 |
| | | Analyzing pre-packaged plan materials for LLT bankruptcy filing to determine potential effect on CA3 appeal. | | | |
| 05-21-2024 | ML | L520 - Appellate Briefs | 1.40 | 535.00 | 749.00 |
| | | Researching jurisdictional effects of new bankruptcy filing on CA3 appeal. | | | |
| 05-21-2024 | JSM | L520 - Appellate Briefs | 3.60 | 1,220.00 | 4,392.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 05-22-2024 | JSM | L520 - Appellate Briefs | 3.50 | 1,220.00 | 4,270.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 05-22-2024 | BV | B110 - Case Administration | 0.40 | 815.00 | 326.00 |
| | | Weekly Committee Meeting re updates from appeal to Third Circuit. | | | |
| 05-22-2024 | ML | L520 - Appellate Briefs | 3.30 | 535.00 | 1,765.50 |
| | | Researching jurisdictional effects of new bankruptcy filing on CA3 appeal. | | | |
| 05-22-2024 | JSM | B110 - Case Administration | 0.40 | 1,220.00 | 488.00 |
| | | Zoom with TCC members and representatives to discuss legal strategy and next steps. | | | |
| 05-23-2024 | ML | L520 - Appellate Briefs | 5.70 | 535.00 | 3,049.50 |
| | | Researching jurisdictional effects of new bankruptcy filing on CA3 appeal. | | | |
| 05-23-2024 | ML | L520 - Appellate Briefs | 2.20 | 535.00 | 1,177.00 |
| | | Preparing research memorandum re jurisdictional effects of new bankruptcy filing on CA3 appeal. | | | |
| 05-23-2024 | JSM | L520 - Appellate Briefs | 3.70 | 1,220.00 | 4,514.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 05-24-2024 | ML | L520 - Appellate Briefs | 3.10 | 535.00 | 1,658.50 |
| | | Preparing research memorandum re jurisdictional effects of new bankruptcy filing on CA3 appeal. | | | |
| 05-24-2024 | JSM | L520 - Appellate Briefs | 2.20 | 1,220.00 | 2,684.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 05-28-2024 | JSM | L520 - Appellate Briefs | 3.70 | 1,220.00 | 4,514.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 05-29-2024 | JSM | B110 - Case Administration | 0.50 | 1,220.00 | 610.00 |
| | | Zoom with TCC members and representatives to discuss legal strategy and next steps. | | | |
| 05-29-2024 | BV | B110 - Case Administration | 0.30 | 815.00 | 244.50 |
| | | Weekly Committee Meeting re updates from appeal to Third Circuit. | | | |
| 05-29-2024 | JSM | L520 - Appellate Briefs | 2.70 | 1,220.00 | 3,294.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-30-2024 | JSM | L520 - Appellate Briefs | 2.80 | 1,220.00 | 3,416.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 05-31-2024 | JSM | L520 - Appellate Briefs | 1.70 | 1,220.00 | 2,074.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| | | **Total** | | | 81,119.00 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Bret Vallacher | 1.10 | 896.50 |
| Jonathan Massey | 46.90 | 57,218.00 |
| Matthew Layden | 42.30 | 22,630.50 |
| Rob Aguirre | 1.10 | 374.00 |
| **Total** | | 81,119.00 |

| | | |
|---|---|---|
| | **Total for this Invoice** | 81,119.00 |