**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE PERIOD**
**MAY 1, 2024 THROUGH MAY 31, 2024**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Brown Rudnick LLP |
| Case No.: | 23-12585 (MBK) | Client: | Official Comm of Talc Claimants |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

# SECTION 1
# FEE SUMMARY

☒ Post-Dismissal Monthly Fee Statement No. 6    or ☐ Final Fee Application

Summary of Amounts Requested for the Period from May 1, 2024 through May 31, 2024
(the "Sixth Post-Dismissal Statement")

| | |
|---|---|
| Total Fees: | $70,370.00[1] |
| Total Disbursements: | $0.00 |
| Minus 20% holdback of Fees ($14,074.00): | $56,296.00 |
| **Total Amount Sought To Be Paid at this Time:** | **$56,296.00** |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| David J. Molton | Partner 1983 | 3.6 | $2,250 | $8,100.00 |
| Jeffrey L. Jonas | Partner 1988 | 2.0 | $2,250 | $4,500.00 |
| Michael S. Winograd | Partner 2001 | 26.4 | $1,800 | $47,520.00 |
| Cathrine M. Castaldi | Partner 1991 | .5 | $1,750 | 875.00 |
| Susan Sieger-Grimm | Counsel 1994 | 5.2 | $1,200 | $6,240.00 |
| Michael W. Reining | Associate 2015 | 2.6 | $975 | $2,535.00 |
| Harriet E. Cohen | Paralegal | 1.2 | $500 | $600.00 |
| **TOTALS** | | **41.5** | | **$70,370.00** |

---

[1] Brown Rudnick excluded fees in the amount of $17,151.50 in respect of transient timekeepers and other voluntary reductions.

| | |
|---|---|
| Fee Totals: | $70,370.00 |
| Disbursements Totals: | $0.00 |
| Total Fee Application: | $70,370.00 |

## SECTION II
## SUMMARY  OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a)  **Asset Analysis and Recovery:**<br>Identification and review of potential assets including causes of action and non-litigation recoveries. | 0.0 | $0.00 |
| b)  **Asset Disposition**<br>Sales, leases, abandonment and related transaction work. | 0.0 | $0.00 |
| c)  **Avoidance Action Litigation**<br>Preference and fraudulent transfer litigation. | 0.0 | $0.00 |
| d)  **Business Operations**<br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0.0 | $0.00 |
| e)  **Case Administration**<br>Coordination and compliance activities, including review of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 0.0 | $0.00 |
| f)  **Claims Administration and Objections**<br>Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 0.0 | $0.00 |
| g)  **Employee Benefits/Pensions**<br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0.0 | $0.00 |
| h)  **Fee/Employment Applications**<br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 1.2 | $600.00 |
| i)  **Fee/Employment Objections**<br>Review of an objections to the employment and fee applications of others | 0.0 | $0.00 |
| j)  **Financing**<br>Matters under 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | 0.0 | $0.00 |
| k)  **Litigation**<br>General litigation and other contested matters. | 25.1 | $45,487.50 |
| l)  **Meetings of Creditors**<br>Preparing for and attending the conference of creditors, the 341 meeting and creditors' committee meetings. | 15.2 | $24,282.50 |
| m)  **Plan and Disclosure Statement**<br>Formulation, analysis, presentation, and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 0.0 | $0.00 |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| n) **Relief from Stay Proceedings / Injunction Litigation in Adversary Proceeding**<br><br>Matters relating to termination or continuation of automatic stay under sections 362 and 105; matters relating to preliminary injunction and related appeals. | 0.0 | $0.00 |
| o) **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | 0.0 | $0.00 |
| p) **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 0.0 | $0.00 |
| q) **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 0.0 | $0.00 |
| r) **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 0.0 | $0.00 |
| s) **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 0.0 | $0.00 |
| t) **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and bringing accounting current. | 0.0 | $0.00 |
| u) **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | 0.0 | $0.00 |
| v) **Valuation**<br>Appraise or review appraisals of assets. | 0.0 | $0.00 |
| w) **Travel Time (billed @ 50%)** | 0.0 | $0.00 |
| x) **Committee Governance Matters**<br>Analysis regarding committee governance matters, including creation of by laws and addressing other governance matters. | 0.0 | $0.00 |
| y) **Investigation and Due Diligence**<br>Investigation and analysis of prepetition transactions and activities of the Debtor and related entities and assessment of potential claims and causes of action. | 0.0 | $0.00 |
| z) **Hearings**<br>Preparation for and attendance at hearings. | 0.0 | $0.00 |
| aa) **Mediation**<br>Preparation for and attendance at mediation. | 0.0 | $0.00 |
| bb) **Dismissal / Trustee / Examiner Matters**<br>Issues relating to motions to dismiss, motions to appoint an examiner or trustee, and related appeals as applicable. | 0.0 | $0.00 |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| cc) **Meetings of Co-Counsel**<br>Preparing for and attendance at meetings of co-counsel and other TCC professionals to develop case strategy, coordinate action items and prepare in advance of full committee meetings. | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **41.5** | **$70,370.00** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing Fees**<br>Payable to Clerk of Court. | 0.00 |
| b) **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. Westlaw and LEXIS at vendor cost. | $0.00 |
| c) **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | $0.00 |
| d) **Fax**<br>Include per page fee charged. | $0.00 |
| e) **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | $0.00 |
| f) **In-house Reproduction Services**<br>Exclusive of overhead charges. | $0.00 |
| g) **Outside Reproduction Services**<br>Including scanning services. | $0.00 |
| h) **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | $0.00 |
| i) **Court Reporting**<br>Deposition Services / Transcripts | $0.00 |
| j) **Travel**<br>Mileage, tolls, airfare, parking. | $0.00 |
| k) **Courier & Express Carriers**<br>Overnight and personal delivery. | $0.00 |
| l) **Postage** | $0.00 |
| m) **Other (specify) Meals**<br>Meals. | $0.00 |
| p) **Other (specify)**<br>Certified Copies (August 2023). | $0.00 |
| q) **Other (specify)**<br>eDiscovery Hosting. | $0.00 |
| **DISBURSEMENTS TOTAL:** | **$0.00** |

I certify under penalty of perjury that the above is true.

Dated: June 17, 2024

_____/s/ Gerard T. Cicero_____
Gerard T. Cicero

BROWN RUDNICK LLP ("Brown Rudnick") submits this Sixth Post-Dismissal Monthly Fee Statement of Brown Rudnick LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel for The Official Committee of Talc Claimants for the Period from May 1, 2024 through May 31, 2024 ("Sixth Post-Dismissal Monthly Fee Statement"), pursuant to the Order Establishing Procedures for the Allowance of Interim Compensation and Reimbursement of Expenses of Retained Professionals entered on May 22, 2023 [Docket No. 562] (the "Interim Compensation Order").

WHEREFORE, Brown Rudnick respectfully requests payment of fees for the Sixth Post-Dismissal Monthly Fee Statement in the sum of $56,296.00, together with expenses of $0.00, for a total requested payment of $56,296.00, in accordance with the terms of the Interim Compensation Order.

Dated: June 17, 2024

> **BROWN RUDNICK LLP**
> *Co-Counsel to the Official Committee*
> *of Talc Claimants*
>
>
> By:   /s/ Gerard T. Cicero
>        GERARD T. CICERO