# Exhibit "A"

65374713 v1

**brownrudnick**

| | | |
|---|---|---|
| TALC CLAIMANTS, OFFICIAL COMMITTEE<br>C/O DAVID J. MOLTON<br>BROWN RUDNICK LLP<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | Invoice<br>Date<br>Client | 6979719<br>Jun 17, 2024<br>039535 |

RE: TALC CLAIMANTS, OFFICIAL COMMITTEE

## I N V O I C E

For professional services rendered in connection with the above captioned matter through May 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0005 | MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150] | 24,282.50 | 0.00 | 24,282.50 |
| 039535.0008 | FEE/EMPLOYMENT APPLICATIONS [B160] | 600.00 | 0.00 | 600.00 |
| 039535.0010 | CONTESTED MATTERS/LITIGATION (GENERAL) [B190] | 45,487.50 | 0.00 | 45,487.50 |
| | **Total** | **70,370.00** | **0.00** | **70,370.00** |

| | |
|---|---|
| Total Current Fees | $70,370.00 |
| 20% Holdback Amount | (14,074.00) |
| 80% CURRENT BALANCE DUE | $56,296.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$56,296.00** |

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE
C/O DAVID J. MOLTON
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NY 10036

Invoice 6979719
Date Jun 17, 2024
Client 039535

RE: MEETINGS OF AND COMMUNICATIONS WITH
COMMITTEE/CREDITORS [B150]

# I N V O I C E

For professional services rendered in connection with the above captioned matter
through May 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0005 | MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150] | 24,282.50 | 0.00 | 24,282.50 |
| | **Total** | **24,282.50** | **0.00** | **24,282.50** |

| | |
|---|---|
| Total Current Fees | $24,282.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$24,282.50** |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
June 17, 2024

Invoice 6979719  
Page 3

RE: MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS  [B150]

### TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 05/01/24 | REINING | WEEKLY COMMITTEE CALL RE APPELLATE ISSUES | 0.70 | 682.50 |
| 05/01/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.9); WEEKLY COMMITTEE MEETING (.7) | 1.60 | 1,920.00 |
| 05/01/24 | JONAS | COMMITTEE CALL | 0.50 | 1,125.00 |
| 05/01/24 | CASTALDI | COMMITTEE MEETING RE: APPEAL | 0.50 | 875.00 |
| 05/01/24 | WINOGRAD | COMMITTEE CALL | 0.60 | 1,080.00 |
| 05/02/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.5) | 0.50 | 600.00 |
| 05/03/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.30 | 360.00 |
| 05/06/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 05/08/24 | REINING | WEEKLY COMMITTEE CALL RE APPELLATE ISSUES | 0.50 | 487.50 |
| 05/08/24 | JONAS | COMMITTEE CALL | 0.40 | 900.00 |
| 05/08/24 | WINOGRAD | PREP FOR COMMITTEE CALL (.3); COMMITTEEE CALL (.5) | 0.80 | 1,440.00 |
| 05/15/24 | REINING | WEEKLY COMMITTEE CALL RE APPELLATE ISSUES | 0.20 | 195.00 |
| 05/15/24 | JONAS | COMMITTEE CALL | 0.40 | 900.00 |
| 05/15/24 | MOLTON | PARTICIPATE IN WEEKLY COMMITTEE CALL RE APPEAL STATUS | 0.50 | 1,125.00 |
| 05/15/24 | MOLTON | PREPARE FOR WEEKLY COMMITTEE CALL RE APPEAL STATUS | 0.20 | 450.00 |
| 05/15/24 | WINOGRAD | PREP FOR COMMITTEE CALL (.5); COMMITTEE CALL (.5) | 1.00 | 1,800.00 |
| 05/22/24 | REINING | WEEKLY COMMITTEE CALL RE APPELLATE ISSUES | 0.50 | 487.50 |
| 05/22/24 | MOLTON | PARTICIPATE IN WEEKLY COMMITTEE CALL RE APPEAL STATUS | 0.30 | 675.00 |
| 05/22/24 | WINOGRAD | PREP FOR MEETING (.9); PARTICIPATE IN MEETING (.5) | 1.40 | 2,520.00 |
| 05/29/24 | REINING | WEEKLY COMMITTEE CALL RE APPELLATE ISSUES | 0.40 | 390.00 |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
June 17, 2024  

Invoice 6979719  
Page 4

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 05/29/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); WEEKLY COMMITTEE MEETING (.4) | 0.80 | 960.00 |
| 05/29/24 | MOLTON | PARTICIPATE IN WEEKLY COMMITTEE MEETING RE APPEAL STATUS | 0.50 | 1,125.00 |
| 05/29/24 | JONAS | COMMITTEE CALL AND FOLLOW UP | 0.50 | 1,125.00 |
| 05/29/24 | WINOGRAD | PREP FOR COMMITTEE CALL (.5); COMMITTEE CALL (.4) | 0.90 | 1,620.00 |
| 05/30/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 05/31/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| | **Total Hours and Fees** | | **15.20** | **24,282.50** |

### TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| JEFFREY L. JONAS | 1.80 | hours at | 2,250.00 | 4,050.00 |
| DAVID J. MOLTON | 1.50 | hours at | 2,250.00 | 3,375.00 |
| CATHRINE M. CASTALDI | 0.50 | hours at | 1,750.00 | 875.00 |
| MICHAEL S. WINOGRAD | 4.70 | hours at | 1,800.00 | 8,460.00 |
| SUSAN SIEGER-GRIMM | 4.40 | hours at | 1,200.00 | 5,280.00 |
| MICHAEL W. REINING | 2.30 | hours at | 975.00 | 2,242.50 |
| **Total Fees** | | | | **24,282.50** |

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

Invoice 6979719  
Date Jun 17, 2024  
Client 039535

RE: FEE/EMPLOYMENT APPLICATIONS [B160]

## I N V O I C E

For professional services rendered in connection with the above captioned matter through May 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0008 | FEE/EMPLOYMENT APPLICATIONS [B160] | 600.00 | 0.00 | 600.00 |
| | **Total** | **600.00** | **0.00** | **600.00** |

| | |
|---|---|
| Total Current Fees | $600.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$600.00** |

TALC CLAIMANTS, OFFICIAL COMMITTEE  
June 17, 2024

Invoice 6979719  
Page 6

RE: FEE/EMPLOYMENT APPLICATIONS [B160]

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 05/09/24 | COHEN | DRAFT APRIL MONTHLY FEE STATEMENT, FINALIZE AND SUBMIT TO LOCAL COUNSEL | 0.90 | 450.00 |
| 05/10/24 | COHEN | SUBMIT FILED FEE STATEMENT AND LEDES TO JONES DAY | 0.10 | 50.00 |
| 05/24/24 | COHEN | STRATEGIZE REGARDING FEE OBJECTION DEADLINES, HEARING DATE FOR FIRST INTERIM | 0.20 | 100.00 |
| | **Total Hours and Fees** | | **1.20** | **600.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| HARRIET E. COHEN | 1.20 | hours at | 500.00 | 600.00 |
| | **Total Fees** | | | **600.00** |

**brownrudnick**

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

Invoice 6979719  
Date Jun 17, 2024  
Client 039535

RE: CONTESTED MATTERS/LITIGATION (GENERAL) [B190]

# I N V O I C E

For professional services rendered in connection with the above captioned matter through May 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0010 | CONTESTED MATTERS/LITIGATION (GENERAL) [B190] | 45,487.50 | 0.00 | 45,487.50 |
| | **Total** | **45,487.50** | **0.00** | **45,487.50** |

| | |
|---|---|
| Total Current Fees | $45,487.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$45,487.50** |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
June 17, 2024

Invoice 6979719  
Page 8

RE: CONTESTED MATTERS/LITIGATION (GENERAL) [B190]

### T I M E  D E T A I L

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 05/01/24 | REINING | ANALYSIS OF RECENT DEVELOPMENTS FOR POTENTIAL IMPACT ON APPELLATE PROCESS | 0.30 | 292.50 |
| 05/01/24 | WINOGRAD | REVIEW AND EMAILS PUBLICATIONS (.8); RESEARCH RE RULE 28(J) (1.8); CALLS AND EMAILS RE 28(J) STRATEGY (.6); | 3.20 | 5,760.00 |
| 05/01/24 | MOLTON | COMMUNICATE WITH APPELLATE COUNSEL RE JNJ SEC ANNOUNCEMENT AND RELATED RELEASES RE IMPACT ON PENDING APPEAL FROM CONTEMPLATED JNJ PLANS AND ACTION ITEMS PERTAINING THERETO | 0.30 | 675.00 |
| 05/02/24 | MOLTON | FOLLOW-UP ON JNJ LATEST PLANS RE IMPACT ON PENDING APPEAL | 0.30 | 675.00 |
| 05/02/24 | WINOGRAD | REVIEW OUTLINE FOR MOOT APPEAL ARGUMENT | 2.10 | 3,780.00 |
| 05/03/24 | WINOGRAD | REVIEW AND EDIT MOOT COURT OUTLINE (3.6); EMAILS RE APPEAL (.3) | 3.90 | 7,020.00 |
| 05/03/24 | SIEGER-GRIMM | PROFESSIONALS DISCUSSION OF IMPACT OF RECENT EVENTS ON APPEAL | 0.80 | 960.00 |
| 05/06/24 | WINOGRAD | EMAILS RE TASKS (.2); EMAILS RE APPEAL (.3); REVIEW MOOT ARGUMENT OUTLINE (.5) | 1.00 | 1,800.00 |
| 05/07/24 | WINOGRAD | EMAILS RE STRATEGY AND APPEAL | 0.50 | 900.00 |
| 05/08/24 | MOLTON | PREPARE FOR WEEKLY COMMITTEE CALL RE APPEAL STATUS AND ACTION ITEMS | 0.20 | 450.00 |
| 05/08/24 | MOLTON | PARTICIPATE IN WEEKLY COMMITTEE CALL RE APPEAL STATUS AND ACTION ITEMS | 0.50 | 1,125.00 |
| 05/08/24 | WINOGRAD | RESEARCH AND DRAFTING RE 28J LETTER | 1.60 | 2,880.00 |
| 05/09/24 | WINOGRAD | RESEARCH AND REVIEW EMAILS RE STRATEGY | 1.40 | 2,520.00 |
| 05/09/24 | JONAS | CALL W/D. MOLTON RE STRATEGY | 0.20 | 450.00 |
| 05/10/24 | WINOGRAD | EMAILS RE APPEAL (.3); REVIEW MOOT ARGUMENT OUTLINE (.5) | 0.80 | 1,440.00 |
| 05/13/24 | WINOGRAD | EMAILS RE APPEAL | 0.30 | 540.00 |
| 05/16/24 | WINOGRAD | REVIEW NEW PUBLICATIONS RE APPEAL | 1.50 | 2,700.00 |
| 05/17/24 | MOLTON | COMMUNICATE WITH MEMBER REPS RE APPEAL ISSUES | 0.30 | 675.00 |
| 05/17/24 | WINOGRAD | REVIEW AND EMAILS RE NEW PUBLICATIONS RE APPEAL (1.1); FACT RESEARCH FOR APPEAL (.6); EMAILS RE STRATEGY (.6) | 2.30 | 4,140.00 |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
June 17, 2024

Invoice 6979719  
Page 9

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 05/20/24 | WINOGRAD | REVIEW AND EMAILS RE STRATEGY (.8); RESEARCH RE 28(J) RE APPEAL (.9) | 1.70 | 3,060.00 |
| 05/21/24 | MOLTON | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH UST LAWYERS RE COMMITTEE MEMBER LEAVING TCC AS RESULT OF MESO SETTLEMENT WITH JNJ | 0.50 | 1,125.00 |
| 05/29/24 | WINOGRAD | EMAILS RE APPEAL AND STRATEGY | 0.40 | 720.00 |
| 05/30/24 | WINOGRAD | UPDATE MOOT COURT OUTLINE FOR APPEAL | 1.00 | 1,800.00 |
| | **Total Hours and Fees** | | **25.10** | **45,487.50** |

### TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| JEFFREY L. JONAS | 0.20 | hours at | 2,250.00 | 450.00 |
| DAVID J. MOLTON | 2.10 | hours at | 2,250.00 | 4,725.00 |
| MICHAEL S. WINOGRAD | 21.70 | hours at | 1,800.00 | 39,060.00 |
| SUSAN SIEGER-GRIMM | 0.80 | hours at | 1,200.00 | 960.00 |
| MICHAEL W. REINING | 0.30 | hours at | 975.00 | 292.50 |
| **Total Fees** | | | | **45,487.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*  
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*  
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200



| | |
|---|---|
| TALC CLAIMANTS, OFFICIAL COMMITTEE<br>C/O DAVID J. MOLTON<br>BROWN RUDNICK LLP<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | Invoice        6979719<br>Date        Jun 17, 2024<br>Client        039535 |

RE: TALC CLAIMANTS, OFFICIAL COMMITTEE

# Remittance

**Balance Due: $56,296.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: