# Exhibit "A"



MILLER THOMSON LLP
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T  416.595.8500
F  416.595.8695

MILLERTHOMSON.COM

# Account Summary and Remittance Form

**May 31, 2024**

Invoice Number 4010393

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention:  David Molton, Counselor at Law

**Re:** **Johnson & Johnson - Talc Litigation (2023)**
**Our File No. 0265758.0002**

| | |
|---|---:|
| **Fees:** | $1,833.50 |
| **Total Amount Due** | $1,833.50 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



**MILLER THOMSON LLP**
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T 416.595.8500
F 416.595.8695

MILLERTHOMSON.COM

May 31, 2024

Invoice Number 4010393

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention: David Molton, Counselor at Law

To Professional Services Rendered in connection with the following matter(s) including:

**Re:**     **Johnson & Johnson - Talc Litigation (2023)**
            **Our File No. 0265758.0002**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/01/2024 | JCC | Attend TCC meeting regarding appeal; | 0.70 |
| 05/15/2024 | JCC | Attend TCC meeting regarding appeal; | 0.30 |
| 05/22/2024 | JCC | Attend TCC meeting regarding appeal; | 0.40 |
| 05/29/2024 | JCC | Attend TCC meeting regarding appeal; | 0.50 |
| | **Total Hours** | | **1.90** |

**Our Fee:**                                                                 $1,833.50

| TK ID | Initials | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 00615 | JCC | J. Carhart | Partner | $965.00 | 1.90 | $1,833.50 |

**Total Amount Due**                                                         $1,833.50

E.&O.E.

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.