|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GENOVA BURNS LLC<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Local Counsel for the Official<br>Committee of Talc Claimants |
| In Re:<br><br>LTL MANAGEMENT, LLC,<br><br>                      Debtor. |

Case No.: 23-12825-MBK
Adv. Pro. No.: _____
Chapter: 11
Subchapter V:  ☐ Yes  ☒ No
Hearing Date: June 27, 2024
Judge: MBK

## ADJOURNMENT REQUEST

1. I, _____Daniel M. Stolz_____,

    ☒ am the attorney for: __Local Counsel for Official Committee of Talc Claimants__,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Application for Compensation for Brown Rudnick LLP [dkt #1744]

    Current hearing date and time: June 27, 2024, 10:00 a.m.

    New date requested: July 29, 2024, 1:30 p.m.

    Reason for adjournment request: The parties have agreed to meet and confer regarding LTL's possible objection to the fees.

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

    Oppositions deadline is July 21, 2024, and any replies are due by July 25, 2024.

I certify under penalty of perjury that the foregoing is true.

Date: June 19, 2024

/s/ Daniel M. Stolz
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: 7/29/2024 at 1:30 p.m.           ❏ Peremptory

❏ Granted over objection(s)   New hearing date: _____           ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*