# EXHIBIT A
# Time and Expense Detail

## OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

June 21, 2024
BILL NO. 240151

Client/Matter No.:    93174/0902
Matter Name:          LTL MANAGEMENT II
Billing Partner:      RG HADDAD

For Services Rendered Through April 30, 2024:

Phase: L0005                              MEETINGS OF AND COMMUNICATIONS WITH COMM

| DATE / ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/03/24 JSF | Telephone Call(s) — Participate in Weekly Meeting with TCC re: Appellate Updates | .30 | 334.50 |
| 04/03/24 DAC | Communicate (with client) — Call with committee re appellate strategy | .30 | 306.00 |
| 04/03/24 SPB | Miscellaneous — Attend TCC weekly call re appellate updates | .30 | 420.00 |
| 04/10/24 DAC | Communicate (with client) — Call with committee re appellate strategy | .10 | 102.00 |
| 04/17/24 JSF | Telephone Call(s) — Participate in AHC Meeting re: Update on Appeal | .30 | 334.50 |
| 04/24/24 JSF | Telephone Call(s) — Participate in AHC Meeting re: Appellate Updates | .20 | 223.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

```
Client/Matter:  93174/0902                                           June 21, 2024
Page 2                                                               BILL NO. 240151
```

|  DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/24/24<br>SPB | Miscellaneous<br>Attend weekly TCC call re appeal update | .20 | 280.00 |

| | | | |
|---|---|---|---|
| TOTAL PHASE L0005 | | 1.70 | $2,000.00 |

---

Phase: L0018                                          DISMISSAL/TRUSTEE/EXAMINER MATTERS

---

|  DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/01/24<br>MLC | Review Documents<br>Review of dismissal of appeal with respect to dismissal order to District Court | .10 | 185.00 |
| 04/03/24<br>JB | Analysis of Legal Papers<br>Review case update/appeal status and updates | .20 | 197.00 |
| 04/03/24<br>MLC | Telephone Call(s)<br>Telephone call with appellate team re status of pending appeal | .10 | 185.00 |
| 04/09/24<br>JB | Analysis of Legal Papers<br>Review appeal status | .30 | 295.50 |
| 04/10/24<br>MLC | Conference call(s)<br>Follow up telcon with appellate counsel re updates and general status | .10 | 185.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                              June 21, 2024
Page 3                                                                   BILL NO. 240151

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 04/16/24<br>JB | Analysis of Legal Papers<br>Review appeal status/argument scheduling | .20 | 197.00 |
| 04/23/24<br>JB | Analysis of Legal Papers<br>Review status of oral argument/appeal status | .20 | 197.00 |
| 04/30/24<br>JB | Analysis of Legal Papers<br>Review appeal status/argument scheduling by circuit court | .20 | 197.00 |

TOTAL PHASE L0018                                              1.40            $1,638.50

                                      TOTAL FOR SERVICES         $3,638.50

                                      TOTAL THIS STATEMENT       $3,638.50