# Exhibit A

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14635
July 1, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**INVOICE**
**For Services Through May 31, 2024**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | | Hours |
|---|---|---|---|
| 5/1/2024 | Lamken | Emails on recent developments. | 0.30 |
| 5/1/2024 | Lamken | Committee call. | 0.30 |
| 5/8/2024 | Lamken | Emails on strategy in light of additional developments. | 0.30 |
| 5/8/2024 | Lamken | Committee call. | 0.30 |
| 5/8/2024 | Rubin | Committee call re: appeal progress. | 0.40 |
| 5/8/2024 | Rubin | Prepare invoice for end 2023 interim fee application. | 0.40 |
| 5/14/2024 | Lamken | Emails on Supreme Court activity. | 0.10 |
| 5/15/2024 | Lamken | Committee call. | 0.30 |
| 5/15/2024 | Rubin | Email to B. Wiltgen re: interim fees. | 0.20 |
| 5/18/2024 | Lamken | Emails on recent developments. | 0.10 |
| 5/21/2024 | Rubin | Review draft fee statement from B. Wiltgen. | 0.10 |
| 5/22/2024 | Lamken | Committee call. | 0.20 |
| 5/22/2024 | Rubin | Email to B. Wiltgen re: draft fee invoice and review same. | 0.50 |
| 5/29/2024 | Lamken | Committee call. | 0.30 |
| 5/30/2024 | Rubin | Prepare April 2024 fee application. | 0.60 |

Total Hours    4.40
Total Fees    $6,435.00

**Timekeeper Summary**

| | | |
|---|---|---|
| Jeffrey Lamken | 2.20 hours at $1,975.00/hr | $4,345.00 |
| Nathaniel Rubin | 2.20 hours at $950.00/hr | $2,090.00 |

MoloLamken LLP                                                                                                        Page: 2

## Summary

|  |  |
|---|---:|
| Fees: | $6,435.00 |
| Expenses: | $0.00 |
| Total Current Billing: | $6,435.00 |
| Current Fee Amt To be Pd by Debtor (80%): | $5,148.00 |
| Current Holdback Amount (20%): | $1,287.00 |
| Previous Balance Due: | $165,830.26 |
| **Total Amount Due:** | $169,945.25 |

MoloLamken LLP
Page: 3

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14635
July 1, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
  for the District of New Jersey

## REMITTANCE PAGE
### For Services Through May 31, 2024

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---:|
| Total Fees This Statement: | $6,435.00 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $6,435.00 |
| Current Amt To be Pd by Debtor (80%): | $5,148.00 |
| Current Holdback Amount (20%): | $1,287.00 |
| Previous Balance Due: | $165,830.26 |
| **Total Now Due:** | **$169,945.25** |

**Please include Matter No. 2023-002 and Invoice No. 14635 in the description when making a payment.**

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info: Signature Bank | Bank info: Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: [REDACTED] | Account Number: [REDACTED] |
| | International SWIFT: [REDACTED] |

# Exhibit B

# MoloLamken LLP

## ML - Listing Narrative only

| Date | Prof Name | Prof | Narrative | Activity Code | Component Task Code | Units | Price | Value | Ext. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| **Date: 5/1/2024** | | | | | | | | | |
| **Statement Number: 14635** | | | | | | | | | |
| **Date: 5/1/2024** | | | | | | | | | |
| 05/01/2024 | Lamken, Jeffrey | JAL | Emails on recent developments | T | L500 | 0.30 | 1,975.00 | 592.50 | 592.50 |
| 05/01/2024 | Lamken, Jeffrey | JAL | Committee call | T | L500 | 0.30 | 1,975.00 | 592.50 | 592.50 |
| | | | | Date: 5/1/2024 | | 0.60 | | 1,185.00 | 1,185.00 |
| | | | | Statement Number: 14635 | | 0.60 | | 1,185.00 | 1,185.00 |
| | | | | Date: 5/1/2024 | | 0.60 | | 1,185.00 | 1,185.00 |
| **Date: 5/8/2024** | | | | | | | | | |
| **Statement Number: 14635** | | | | | | | | | |
| **Date: 5/8/2024** | | | | | | | | | |
| 05/08/2024 | Rubin, Nathaniel | NFR | Committee call re: appeal progress. | T | L530 | 0.40 | 950.00 | 380.00 | 380.00 |
| 05/08/2024 | Rubin, Nathaniel | NFR | Prepare invoice for end 2023 interim fee application. | T | B160 | 0.40 | 950.00 | 380.00 | 380.00 |
| 05/08/2024 | Lamken, Jeffrey | JAL | Emails on strategy in light of additional developments | T | L500 | 0.30 | 1,975.00 | 592.50 | 592.50 |
| 05/08/2024 | Lamken, Jeffrey | JAL | Committee call | T | L500 | 0.30 | 1,975.00 | 592.50 | 592.50 |
| | | | | Date: 5/8/2024 | | 1.40 | | 1,945.00 | 1,945.00 |
| | | | | Statement Number: 14635 | | 1.40 | | 1,945.00 | 1,945.00 |
| | | | | Date: 5/8/2024 | | 1.40 | | 1,945.00 | 1,945.00 |
| **Date: 5/14/2024** | | | | | | | | | |
| **Statement Number: 14635** | | | | | | | | | |
| **Date: 5/14/2024** | | | | | | | | | |
| 05/14/2024 | Lamken, Jeffrey | JAL | Emails on Supreme Court activity | T | L500 | 0.10 | 1,975.00 | 197.50 | 197.50 |
| | | | | Date: 5/14/2024 | | 0.10 | | 197.50 | 197.50 |
| | | | | Statement Number: 14635 | | 0.10 | | 197.50 | 197.50 |

# MoloLamken LLP
## ML - Listing Narrative only

| Date | Name | Init | Description | Task | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | **Date: 5/14/2024** | 0.10 | | 197.50 | 197.50 |
| **Date: 5/15/2024** | | | | | | | | |
| **Statement Number: 14635** | | | | | | | | |
| **Date: 5/15/2024** | | | | | | | | |
| 05/15/2024 | Rubin, Nathaniel | NFR | Email to B. Wiltgen re: interim fees | T B160 | 0.20 | 950.00 | 190.00 | 190.00 |
| 05/15/2024 | Lamken, Jeffrey | JAL | Committee call | T L500 | 0.30 | 1,975.00 | 592.50 | 592.50 |
| | | | | **Date: 5/15/2024** | 0.50 | | 782.50 | 782.50 |
| | | | | **Statement Number: 14635** | 0.50 | | 782.50 | 782.50 |
| | | | | **Date: 5/15/2024** | 0.50 | | 782.50 | 782.50 |
| **Date: 5/18/2024** | | | | | | | | |
| **Statement Number: 14635** | | | | | | | | |
| **Date: 5/18/2024** | | | | | | | | |
| 05/18/2024 | Lamken, Jeffrey | JAL | Emails on recent developments | T L500 | 0.10 | 1,975.00 | 197.50 | 197.50 |
| | | | | **Date: 5/18/2024** | 0.10 | | 197.50 | 197.50 |
| | | | | **Statement Number: 14635** | 0.10 | | 197.50 | 197.50 |
| | | | | **Date: 5/18/2024** | 0.10 | | 197.50 | 197.50 |
| **Date: 5/21/2024** | | | | | | | | |
| **Statement Number: 14635** | | | | | | | | |
| **Date: 5/21/2024** | | | | | | | | |
| 05/21/2024 | Rubin, Nathaniel | NFR | Review draft fee statement from B. Wiltgen. | T B160 | 0.10 | 950.00 | 95.00 | 95.00 |
| | | | | **Date: 5/21/2024** | 0.10 | | 95.00 | 95.00 |
| | | | | **Statement Number: 14635** | 0.10 | | 95.00 | 95.00 |
| | | | | **Date: 5/21/2024** | 0.10 | | 95.00 | 95.00 |
| **Date: 5/22/2024** | | | | | | | | |
| **Statement Number: 14635** | | | | | | | | |
| **Date: 5/22/2024** | | | | | | | | |
| 05/22/2024 | Rubin, Nathaniel | NFR | Email to B. Wiltgen re: draft fee invoice and review same. | T B160 | 0.50 | 950.00 | 475.00 | 475.00 |

# MoloLamken LLP
## ML - Listing Narrative only

| Date | Name | Init | Description | Task | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|---|---|---|
| 05/22/2024 | Lamken, Jeffrey | JAL | Committee call | T L500 | 0.20 | 1,975.00 | 395.00 | 395.00 |
| | | | | **Date: 5/22/2024** | 0.70 | | 870.00 | 870.00 |
| | | | | **Statement Number: 14635** | 0.70 | | 870.00 | 870.00 |
| | | | | **Date: 5/22/2024** | 0.70 | | 870.00 | 870.00 |

**Date: 5/29/2024**
   **Statement Number: 14635**
      **Date: 5/29/2024**

| Date | Name | Init | Description | Task | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|---|---|---|
| 05/29/2024 | Lamken, Jeffrey | JAL | Committee call | T L500 | 0.30 | 1,975.00 | 592.50 | 592.50 |
| | | | | **Date: 5/29/2024** | 0.30 | | 592.50 | 592.50 |
| | | | | **Statement Number: 14635** | 0.30 | | 592.50 | 592.50 |
| | | | | **Date: 5/29/2024** | 0.30 | | 592.50 | 592.50 |

**Date: 5/30/2024**
   **Statement Number: 14635**
      **Date: 5/30/2024**

| Date | Name | Init | Description | Task | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|---|---|---|
| 05/30/2024 | Rubin, Nathaniel | NFR | Prepare April 2024 fee application. | T B160 | 0.60 | 950.00 | 570.00 | 570.00 |
| | | | | **Date: 5/30/2024** | 0.60 | | 570.00 | 570.00 |
| | | | | **Statement Number: 14635** | 0.60 | | 570.00 | 570.00 |
| | | | | **Date: 5/30/2024** | 0.60 | | 570.00 | 570.00 |
| | | | | **Grand Total:** | 5.40 | | $5,143.74 | $5,143.74 |