**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE PERIOD**
**AUGUST 12, 2023 THROUGH MAY 31, 2024**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Massey & Gail LLP |
| Case No.: | 23-12825(MBK) | Client: | Official Committee of Talc Claimants |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

## SECTION 1
## FEE SUMMARY

Interim Fee Application No.    1    or    Final Fee Application

Summary of Amounts Requested for the Period from August 12, 2023 through May 31, 2024 (the "First Interim Post-Dismissal Period")

| | |
|---|---|
| Total Fees: | $ 1,098,626.00 |
| Total Disbursements: | $ 0.00 |
| **Total Application:** | **$ 1,098,626.00** |
| Amounts Paid To Date: | $ 881,670.40 |
| **Amount Due:** | **$ 216,955.60** |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Jonathan Massey (Partner) | 1992 | 520.5 | $1,160.00/ $1,220.00 | $619,212.00 |
| 2. Rachel Morse (Partner) | 2007 | 16.3 | $860.00 | $14,018.00 |
| 3. Jeremy Mallory (Counsel) | 2007 | 11.6 | $855.00 | $9,918.00 |
| 4. Bret Vallacher (Partner) | 2014 | 26.9 | $775.00/ 815.00 | $20,891.50 |
| 5. Matthew Layden (Associate) | 2019 | 552.2 | $500.00/ $535.00 | $286,610.50 |
| 6. Usama Ibrahim (Associate) | 2021 | 261.0 | $485.00/ $510.00 | $126,835.00 |
| 7. Robert Aguirre (Paralegal) | 30 | 64.3 | $320.00/ $360.00 | $20,988.00 |
| 8. Larry Goldman (Case Assistant) | 1 | 1.7 | $90.00 | $153.00 |

63188919.1

| | |
|---|---|
| Fee Totals: | $ 1,098,626.00 |
| Disbursements Totals: | $ 0.00 |
| Total Fee Application | $ 1,098,626.00 |

63188919.1

**SECTION II SUMMARY
OF SERVICES**

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a)  Case Administration (B110) | 32.1 | $23,907.0 |
| b)  Fee/Employment Applications (B160) | 139.0 | $75,412.00 |
| c)  Trial and Hearing Attendance (B450) | 7.5 | $5,470.50 |
| d)  Appellate Briefs (L520) | 1275.9 | $993,836.00 |
| SERVICES TOTAL | 1454.5 | $1,098,626.00 |

2

63188919.1

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | |
| j) | **Travel**<br>Mileage, tolls, airfare, parking, hotel. | |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify)** | |
| **DISBURSEMENTS TOTAL:** | | $0.00 |

I certify under penalty of perjury that the above is true.

Date: July 15, 2024                                   /s/ Jonathan S. Massey
                                                                        JONATHAN S. MASSEY