# Exhibit A

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(*See* Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

| | CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|---|
| | | BILLED OR COLLECTED — Firm or offices for preceding year, excluding bankruptcy | BILLED — In this fee application |
| Delete | Sr./Equity Partner/Shareholder | $1,048.05 | $1,189.65 |
| Delete | Jr./Equity Partner/Shareholder | $723.55 | $808.09 |
| Delete | Counsel | $769.49 | $855.00 |
| Delete | Associate (4-6 years since first admission) | $490.62 | $519.03 |
| Delete | Jr. Associate (1-3 years since first admission) | $407.17 | $485.96 |
| Delete | Paralegal | $255.78 | $326.17 |
| Delete | Case Assistant | $114.23 | $90.00 |
| Delete | All attorneys aggregated (excluding travel time) | $709.03 | $776.01 |
| Add | *Click Add button to add additional timekeeper category* | | |
| | All timekeepers aggregated | $654.00 | $755.33 |

Case Name:        LTL Management LLC
Case Number:      23-12825 (MBK) (Bankr. D.N.J.)
Applicant's Name: Massey & Gail LLP
Date of Application: 07/15/2024
Interim or Final: Interim

UST Form 11-330-A (2013)