# Exhibit B

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| Delete | Jonathan Massey | Sr. Partner | | 04/01/1992 | $619,212.00 | 520.5 | $1,220.00 | $1,160.00 | 1 |
| Delete | Rachel Morse | Partner | | 11/08/2007 | $14,018.00 | 16.3 | $860.00 | | 0 |
| Delete | Jeremy Mallory | Counsel | | 11/08/2007 | $9,918.00 | 11.6 | $855.00 | $800.00 | 1 |
| Delete | Bret Vallacher | Partner | | 04/28/2014 | $20,819.50 | 26.9 | $775.00 | $815.00 | 1 |
| Delete | Matthew Layden | Associate | | 09/18/2019 | $268,610.50 | 552.2 | $535.00 | $500.00 | 1 |
| Delete | Usama Ibrahim | Associate | | 01/14/2021 | $126,835.00 | 261 | $510.00 | $485.00 | 1 |
| Delete | Robert Aguirre | Paralegal | | | $20,988.00 | 64.3 | $360.00 | $320.00 | 1 |
| Delete | Larry Goldman | Case Assistant | | | $153.00 | 1.7 | $90.00 | | 0 |
| Add | *Click Add button to add additional timekeeper* | | | | | | | | |

[1] If applicable

Case Name: LTL Management LLC
Case Number: 23-12825 (MBK) (Bankr. D.N.J.)
Applicant's Name: Massey & Gail LLP
Date of Application: 07/15/2024
Interim or Final: Interim

UST Form 11-330-B (2013)