UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

LTL MANAGEMENT LLC,

Case No.:     23-12825

Hearing Date:     

Judge:     MBK

Chapter:     11

**ORDER GRANTING ALLOWANCES**

The relief set forth on the following page is hereby **ORDERED**.

      The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

      ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Massey & Gail LLP | | |

*rev.8/1/15*