UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**FEE APPLICATION COVER SHEET FOR THE PERIOD
JANUARY 1, 2024 THROUGH APRIL 30, 2024**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Molo Lamken LLP |
| Case No.: | 23-12825 (MBK) | Client: | Official Comm. of Talc Claimants |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

## SECTION 1
## FEE SUMMARY

☐ Monthly Fee Application No. _ or ☒ Interim Fee Application No. 2 _ or ☐ Final Fee Application

Summary of Amounts Requested for the Period from January 1, 2024 through April 30, 2024

| | |
|---|---|
| Total Previous Fee Requested: | $1,024,238.00 |
| Total Previous Expenses Requested: | $17,251.04 |
| Total Fees Allowed To Date: | $985,641.00 |
| Total Expenses Allowed To Date: | $17,251.04 |
| Total Amount Paid To Date: | $1,189,776.64 |
| Holdback for January 2024-April 2024 Invoices: | $78,318.00 |
| Outstanding Non-Holdback Fees: | $171,179.02 |
| Outstanding Disbursements: | $0.00 |

**Total Outstanding Balance Sought to Be Paid at this Time:**     $199,788.29

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE[1] | FEE |
|---|---|---|---|---|
| 1. Jeffrey A. Lamken | Partner 1991 | 77.5 | $1,975 | $153,062.50 |
| 2. Lucas Walker | Partner 2010 | 52.6 | $1,300 | $68,380.00 |
| 3. Justin Ellis | Partner 2011 | 4.7 | $1,350 | $6,345.00 |
| 4. Rayiner I. Hashem | Partner 2015 | 43.6 | $1,100 | $47,960.00 |
| 5. Eugene Sokoloff | Partner 2013 | 20.2 | $1,100 | $22,220.00 |
| 6. Mark Kelley | Associate 2016 | 2.8 | $950 | $2,660.00 |
| 7. Nathaniel Rubin | Associate 2019 | 89.5 | $850-950 | $78,175.00 |

---

[1] Rates in this statement reflect the rates disclosed in our retention application and MoloLamken's Supplemental Declaration of Jeffrey A. Lamken Regarding Rate Increase for 2024 for MoloLamken LLP [Dkt. 1678].

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE[1] | FEE |
|---|---|---|---|---|
| 8. Catherine Martinez | Associate 2020 | 2.2 | $850 | $1,870.00 |
| 9. Jackson Myers | Associate 2020 | 2.0 | $850 | $1,700.00 |
| 10. Charlie Christoffersen | Paralegal | 10.8 | $325 | $3,510.00 |
| 11. Julia Downing | Paralegal | 1.5 | $325 | $487.50 |
| 12. Natalie Fay | Paralegal | 2.0 | $325 | $650.00 |
| 13. Alice Litvak | Paralegal | 0.9 | $325 | $292.50 |
| 14. Adam Collins | Paralegal | 14.5 | $295 | $4,277.50 |
| **TOTALS** | | **324.8** | | **$391,590.00** |

Fee Totals:               $391,590.00

Disbursements Totals:     $1,291.60

Total Fee Application:    $392,881.60

**SECTION II SUMMARY**
**OF SERVICES**

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** <br> Identification and review of potential assets including causes of action and non-litigation recoveries. | 0.0 | $0.00 |
| b) | **Asset Disposition** <br> Sales, leases, abandonment and related transaction work. | 0.0 | $0.00 |
| c) | **Avoidance Action Litigation** <br> Preference and fraudulent transfer litigation. | 0.0 | $0.00 |
| d) | **Business Operations** <br> Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0.0 | $0.00 |
| e) | **Case Administration** <br> Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 0.0 | $0.00 |
| f) | **Claims Administration and Objections** <br> Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 0.0 | $0.00 |
| g) | **Employee Benefits/Pensions** <br> Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0.0 | $0.00 |
| h) | **Fee/Employment Applications** <br> Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 16.3 | $15,125.00 |
| i) | **Fee/Employment Objections** <br> Review of an objections to the employment and fee applications of others. | 0.0 | $0.00 |
| j) | **Financing** <br> Matters under 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | 0.0 | $0.00 |
| k) | **Litigation** <br> Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 308.5 | $376,465.00 |
| l) | **Meetings of Creditors** <br> Preparing for and attending the conference of creditors, the 341(a) meeting and creditors' committee meetings. | 0.0 | $0.00 |
| m) | **Plan and Disclosure Statement** <br> Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 0.0 | $0.00 |
| n) | **Relief from Stay Proceedings** <br> Matters relating to termination or continuation of automatic stay under 362. | 0.0 | $0.00 |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| o) | **Accounting/Auditing** | 0.0 | $0.00 |
| | Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis** | 0.0 | $0.00 |
| | Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance** | 0.0 | $0.00 |
| | Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis** | 0.0 | $0.00 |
| | Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting** | 0.0 | $0.00 |
| | Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting** | 0.0 | $0.00 |
| | Reconstructing books and records from past transactions and bringing accounting current. | | |
| u) | **Tax Issues** | 0.0 | $0.00 |
| | Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation** | 0.0 | $0.00 |
| | Appraise or review appraisals of assets. | | |
| w) | **Travel Time (billed @ 50%)** | 0.0 | $0.00 |
| x) | **Committee Governance Matters** | 0.0 | $0.00 |
| | Analysis regarding committee governance matters, including creation of by-laws and addressing other governance matters. | | |
| y) | **Investigation and Due Diligence** | 0.0 | $0.00 |
| | Investigation and analysis of prepetition transactions and activities of the Debtor and related entities and assessment of potential claims and causes of action. | | |
| z) | **Hearings** | 0.0 | $0.00 |
| | Preparation for and attendance at hearings. | | |
| aa) | **Mediation** | 0.0 | $0.00 |
| | Preparation for and attendance at mediation. | | |
| **SERVICE TOTALS:** | | **324.8** | **$391,590.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | DISBURSEMENTS | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | $0.00 |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated.  Westlaw and LEXIS at vendor cost. | $0.00 |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | $0.00 |
| d) | **Fax**<br>Include per page fee charged. | $0.00 |
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges.  Court-Solutions | $0.00 |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | $0.00 |
| g) | **Outside Reproduction Services**<br>Including printing & scanning services.  This includes trial preparation. | $1,291.60 |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | $0.00 |
| i) | **Court Reporting**<br>Transcripts. | $0.00 |
| j) | **Travel**<br>Mileage, tolls, airfare, rail fare, parking. | $0.00 |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | $0.00 |
| l) | **Postage** | $0.00 |
| m) | **Other (specify) Professional Services BRI LLC**<br>In-House Investigative Services. | $0.00 |
| n) | **Other (specify) Trial Expenses** | $0.00 |
| o) | **Other (specify) Professional Services** | $0.00 |
| p) | **Other (specify) Deposition Services**<br>Paszkiewicz Court Reporting | $0.00 |
| q) | **Other (specify) Meals** | $0.00 |
| r) | **Other (specify) eDiscovery Hosting**<br>In-House eDiscovery platform. | $0.00 |
| | **DISBURSEMENTS TOTAL:** | **$1,291.60** |

I certify under penalty of perjury that the above is true.

Date:  July 19, 2024                                                    */s/ Jeffrey A. Lamken*