# Exhibit B

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14067
February 29, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**INVOICE**
**For Services Through January 31, 2024**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | Description | Hours |
|---|---|---|---|
| 1/1/2024 | Sokoloff | Revise draft response brief. | 4.80 |
| 1/1/2024 | Walker | Revise appeal brief. | 7.00 |
| 1/1/2024 | Hashem | Correspondence with J. Massey re: appendix designations. | 0.10 |
| 1/2/2024 | Sokoloff | Telephone conference with L. Walker and N. Rubin re: revisions to response brief. | 0.30 |
| 1/2/2024 | Sokoloff | Revise response brief. | 0.50 |
| 1/2/2024 | Walker | Revise appeal brief. | 5.30 |
| 1/2/2024 | Walker | Conference with N. Rubin and E. Sokoloff re: revisions. | 0.30 |
| 1/2/2024 | Rubin | Update case file re joint appendix. | 1.80 |
| 1/2/2024 | Rubin | Prepare and file November 2023 fee statement. | 1.70 |
| 1/3/2024 | Sokoloff | Revise response brief. | 7.00 |
| 1/3/2024 | Walker | Revise appeal brief and emails re: same. | 5.40 |
| 1/3/2024 | Rubin | Committee call re ongoing appeal issues. | 0.70 |
| 1/3/2024 | Rubin | Review party briefs in preparation for further revisions and finalization. | 1.20 |
| 1/4/2024 | Sokoloff | Revise appeal brief. | 0.70 |
| 1/4/2024 | Walker | Revise section 1112(b)(2) argument. | 1.40 |
| 1/4/2024 | Walker | Confer with team and email re: appeal brief. | 0.30 |
| 1/4/2024 | Rubin | Review and analyze party briefs in preparation for revisions. | 6.50 |
| 1/5/2024 | Walker | Revise appeal brief. | 0.90 |
| 1/5/2024 | Rubin | Review and analyze party briefing in preparation for revisions. | 0.40 |
| 1/5/2024 | Rubin | Research & draft brief re: AHC issues. | 5.40 |
| 1/6/2024 | Walker | Revise appeal brief. | 1.00 |
| 1/6/2024 | Rubin | Draft brief sessions re: fact issues. | 1.80 |
| 1/6/2024 | Hashem | Revise appeal brief section on support for plan. | 3.10 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 1/7/2024 | Lamken | Work on draft brief for TCC. | 5.90 |
| 1/8/2024 | Lamken | Work on TCC brief. | 6.90 |
| 1/8/2024 | Walker | Revise and incorporate edits to appeal brief. | 0.20 |
| 1/8/2024 | Walker | Conference with N. Rubin regarding same. | 0.30 |
| 1/8/2024 | Rubin | Teleconference with L. Walker re brief revisions & citations. | 0.30 |
| 1/9/2024 | Lamken | Work on TCC brief. | 1.90 |
| 1/9/2024 | Walker | Revise appeal brief. | 1.60 |
| 1/9/2024 | Walker | Confer with team re: same. | 0.20 |
| 1/9/2024 | Rubin | Revise draft brief. | 4.20 |
| 1/9/2024 | Rubin | Teleconference with L. Walker re brief revisions. | 0.20 |
| 1/10/2024 | Lamken | Review proposed revisions from appellate team. | 1.00 |
| 1/10/2024 | Walker | Confer with team and email re: appeal brief edits and next steps. | 0.30 |
| 1/10/2024 | Rubin | Attend committee call re appeal status. | 0.30 |
| 1/11/2024 | Sokoloff | Video conference with co-counsel re: response brief draft. | 0.80 |
| 1/11/2024 | Lamken | Review edits from appellate team (Massey, Winograd). | 2.30 |
| 1/11/2024 | Lamken | Emails with co-counsel to coordinate. | 0.50 |
| 1/11/2024 | Walker | Review and confer with team re: edits to appeal brief. | 1.70 |
| 1/11/2024 | Rubin | Revise brief re citations and appendix material. | 1.60 |
| 1/11/2024 | Rubin | Video conference with M. Winograd, J. Massey, L. Walker, R. Hashem, & E. Sokoloff re brief revisions. | 0.80 |
| 1/12/2024 | Lamken | Review further proposed edits from appellate team. | 2.70 |
| 1/12/2024 | Walker | Review edits to appeal brief. | 1.00 |
| 1/12/2024 | Rubin | Revise draft brief. | 2.30 |
| 1/13/2024 | Walker | Revise appeal brief. | 0.30 |
| 1/13/2024 | Walker | Confer with team re: same. | 0.10 |
| 1/13/2024 | Rubin | Revise draft brief. | 2.70 |
| 1/14/2024 | Walker | Revise appeal brief in light of comments. | 4.30 |
| 1/15/2024 | Lamken | Further revisions to brief (reduce lengthy strategy calls). | 7.10 |
| 1/15/2024 | Walker | Revise appeal brief. | 5.70 |
| 1/15/2024 | Rubin | Emails to L. Walker, R. Hashem, E. Sokoloff re case management. | 0.40 |
| 1/16/2024 | Lamken | Edit draft brief. | 6.90 |
| 1/16/2024 | Lamken | Emails and calls with L. Walker regarding draft and strategy issues. | 0.50 |
| 1/16/2024 | Lamken | Email circulating draft to team and raising strategic calls for consideration. | 0.40 |
| 1/16/2024 | Walker | Revise and confer with team re: appeal brief. | 2.40 |
| 1/16/2024 | Rubin | Revise and update brief. | 1.80 |
| 1/17/2024 | Sokoloff | Video conference with case team re: finalizing appeal brief. | 0.60 |
| 1/17/2024 | Lamken | Further changes to brief. | 0.20 |
| 1/17/2024 | Lamken | Emails with M. Winograd re: revisions to brief. | 1.00 |
| 1/17/2024 | Lamken | Conference with L. Walker re: proposed revisions. | 0.10 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 1/17/2024 | Walker | Revise appeal brief; email re: same. | 0.90 |
| 1/17/2024 | Rubin | Communicate with L. Walker, R. Hashem, and E. Sokoloff re: preparations for filing. | 0.20 |
| 1/17/2024 | Rubin | Conference with L. Walker, R. Hashem, & E. Sokoloff re: brief finalization and filing planning. | 0.70 |
| 1/18/2024 | Lamken | Review proposed revision and edits. | 1.20 |
| 1/18/2024 | Lamken | Incorporate and revise same. | 3.70 |
| 1/18/2024 | Lamken | Emails with team regarding revisions. | 0.10 |
| 1/18/2024 | Walker | Review edits to appeal brief; email re: same. | 2.50 |
| 1/18/2024 | Rubin | Revise brief in preparation for cite check. | 4.40 |
| 1/18/2024 | Rubin | Email with Counsel Press re: brief on appeal. | 0.60 |
| 1/18/2024 | Rubin | Coordinate filing with Counsel Press & R. Hashem. | 0.60 |
| 1/18/2024 | Hashem | Correspondence with Counsel Press re: brief filing. | 0.20 |
| 1/19/2024 | Collins | Cite check appeal brief. | 5.50 |
| 1/19/2024 | Christoffersen | Cite check appeal brief. | 0.60 |
| 1/19/2024 | Lamken | Emails with team re: revisions and strategy issues. | 0.20 |
| 1/19/2024 | Lamken | Incorporate further edits. | 0.90 |
| 1/19/2024 | Lamken | Restructure brief. | 6.60 |
| 1/19/2024 | Lamken | Emails with co-appellees for coordination. | 0.30 |
| 1/19/2024 | Walker | Review edits to appeal brief. | 1.00 |
| 1/19/2024 | Rubin | Review and revise draft brief in preparation for committee circulation. | 2.90 |
| 1/19/2024 | Rubin | Coordinate cite-check with R. Hashem, A. Collins, & C. Christoffersen. | 0.30 |
| 1/20/2024 | Sokoloff | Draft appeal brief. | 2.30 |
| 1/20/2024 | Lamken | Review proposed edits. | 0.90 |
| 1/20/2024 | Rubin | Coordinate proof with C. Martinez & J. Myers. | 0.20 |
| 1/21/2024 | Collins | Cite check appeal brief. | 2.00 |
| 1/21/2024 | Sokoloff | Draft appeal brief. | 3.20 |
| 1/21/2024 | Rubin | Email to R. Hashem re: cite-check. | 0.10 |
| 1/21/2024 | Hashem | Revise response brief. | 3.40 |
| 1/22/2024 | Collins | Cite check appeal brief. | 3.50 |
| 1/22/2024 | Christoffersen | Cite check appeal brief. | 9.40 |
| 1/22/2024 | Walker | Phone conference with R. Hashem re: appeal brief. | 0.20 |
| 1/22/2024 | Rubin | Teleconference with R. Hashem re: Burian report. | 0.10 |
| 1/22/2024 | Rubin | Email to C. Christoffersen re: cite-check. | 0.20 |
| 1/22/2024 | Fay | Proofread and edit legal citations for brief. | 2.00 |
| 1/22/2024 | Hashem | Review co-appellee materials. | 1.20 |
| 1/22/2024 | Hashem | Correspondence with M. Winograd re: record below. | 0.50 |
| 1/22/2024 | Hashem | Revise response brief to bring within word limits. | 7.50 |
| 1/23/2024 | Lamken | Work on introduction and summary. | 3.60 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 1/23/2024 | Lamken | Emails with team re: introduction. | 0.20 |
| 1/23/2024 | Rubin | Prepare ancillaries and cite-check for brief. | 2.00 |
| 1/23/2024 | Rubin | Review cite-check and prepare to implement. | 0.70 |
| 1/23/2024 | Rubin | Teleconference with R. Hashem re: brief finalization. | 0.10 |
| 1/23/2024 | Rubin | Revise brief re: docket and cross-reference check. | 3.20 |
| 1/23/2024 | Hashem | Revise response brief. | 2.80 |
| 1/24/2024 | Lamken | Edit brief. | 5.50 |
| 1/24/2024 | Lamken | Communicate with potential joiner parties. | 0.20 |
| 1/24/2024 | Walker | Revise appeal brief. | 2.00 |
| 1/24/2024 | Rubin | Communicate with R. Hashem re: brief authorities. | 0.40 |
| 1/24/2024 | Rubin | Email to R. Hashem re: LTL brief progress. | 0.10 |
| 1/24/2024 | Rubin | Emails with B. Wiltgen re: LEDES file. | 0.10 |
| 1/24/2024 | Rubin | Revise draft response brief. | 0.50 |
| 1/24/2024 | Hashem | Further revise response brief. | 4.60 |
| 1/24/2024 | Hashem | Revise response brief to incorporate edits from J. Massey. | 1.60 |
| 1/24/2024 | Hashem | Conference with J. Lamken re: response brief. | 0.60 |
| 1/24/2024 | Hashem | Revise response brief to incorporate cite check and other revisions. | 2.20 |
| 1/25/2024 | Collins | Cite check appeal brief. | 3.50 |
| 1/25/2024 | Christoffersen | Cite check LTL brief. | 0.80 |
| 1/25/2024 | Martinez | Review brief in preparation for filing. | 2.20 |
| 1/25/2024 | Lamken | Further revisions to brief. | 1.90 |
| 1/25/2024 | Myers | Proof appellate brief. | 2.00 |
| 1/25/2024 | Downing | Generate tables for brief. | 0.50 |
| 1/25/2024 | Walker | Revise appeal brief. | 0.50 |
| 1/25/2024 | Walker | Confer with team re: same. | 0.20 |
| 1/25/2024 | Rubin | Revise and finalize draft brief in preparation for filing. | 7.50 |
| 1/25/2024 | Hashem | Supervise N. Rubin re: finalizing response brief. | 0.50 |
| 1/25/2024 | Hashem | Supervise N. Rubin re: finalizing response brief. | 0.50 |
| 1/25/2024 | Hashem | Further revisions to response brief to incorporate L. Walker edits to same. | 3.20 |
| 1/26/2024 | Lamken | Final revisions to brief. | 3.00 |
| 1/26/2024 | Lamken | Calls and emails with R. Hashem re: same. | 0.70 |
| 1/26/2024 | Lamken | Emails and calls regarding filing and cross adaption issues. | 0.20 |
| 1/26/2024 | Lamken | Emails with team re: final revisions. | 0.30 |
| 1/26/2024 | Downing | Generate tables for updated brief. | 0.50 |
| 1/26/2024 | Walker | Finalize appeal brief. | 0.80 |
| 1/26/2024 | Kelley | Review and proof appellate brief and ancillary materials. | 2.80 |
| 1/26/2024 | Rubin | Emails with M. Winograd & J. Massey re: revisions to brief materials. | 0.40 |
| 1/26/2024 | Rubin | Revise ancillary materials for brief. | 0.60 |

MoloLamken LLP                                                                                                                    Page: 5

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 1/26/2024 | Rubin | Revise, finalize, and file Third Circuit response brief. | 6.20 |
| 1/26/2024 | Hashem | Revise response brief to incorporate L. Walker edits. | 1.50 |
| 1/26/2024 | Hashem | Conference with J. Lamken re: revisions to response brief. | 1.20 |
| 1/26/2024 | Hashem | Correspondence with co-appellants re: cross-citations in response brief. | 0.90 |
| 1/26/2024 | Hashem | Further revisions to response brief. | 1.90 |
| 1/26/2024 | Hashem | Correspondence with L. Walker re: finalization of response brief. | 0.50 |
| 1/26/2024 | Hashem | Work with N. Rubin to finalize, file, and serve response brief. | 3.30 |
| 1/29/2024 | Lamken | Review briefs of co-appellees. | 3.80 |
| 1/29/2024 | Rubin | Revise time reports and email re: LEDES files. | 0.60 |
| 1/29/2024 | Rubin | Emails with Counsel Press re: brief printing. | 0.10 |
| 1/30/2024 | Rubin | Prepare December 2023 fee application. | 1.10 |
| 1/30/2024 | Rubin | Email to J. Lamken re: brief service. | 0.10 |
| 1/31/2024 | Lamken | Weekly committee call. | 0.30 |
| 1/31/2024 | Rubin | Weekly committee call re: appeal progress. | 0.30 |
| 1/31/2024 | Rubin | Email to J. Markowitz re: January fee application. | 0.10 |

|  |  |
|---|---|
| Total Hours | 284.10 |
| Total Fees | $343,232.50 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Charlie Christoffersen | 10.80 hours at $325.00/hr | | $3,510.00 |
| Adam Collins | 14.50 hours at $295.00/hr | | $4,277.50 |
| Julia Downing | 1.00 hours at $325.00/hr | | $325.00 |
| Natalie Fay | 2.00 hours at $325.00/hr | | $650.00 |
| Rayiner I. Hashem | 41.30 hours at $1,100.00/hr | | $45,430.00 |
| Mark Kelley | 2.80 hours at $950.00/hr | | $2,660.00 |
| Jeffrey Lamken | 71.00 hours at $1,975.00/hr | | $140,225.00 |
| Catherine Martinez | 2.20 hours at $850.00/hr | | $1,870.00 |
| Jackson Myers | 2.00 hours at $850.00/hr | | $1,700.00 |
| Nathaniel Rubin | 68.50 hours at $850.00/hr | | $58,225.00 |
| Eugene Sokoloff | 20.20 hours at $1,100.00/hr | | $22,220.00 |
| Lucas Walker | 47.80 hours at $1,300.00/hr | | $62,140.00 |

## Expenses

| Date | Description | Units |
|---|---|---|
| 1/29/2024 | Counsel Press Inc. | $1,291.26 |
| 1/29/2024 | Preparation of Brief re: Brief. | $1,291.26 |
|  | Total Costs | 2582.52 |

MoloLamken LLP  Page: 6

## Payments/Holdbacks

| Date | | Amount |
|---|---|---|
| 1/24/2024 | Cash Receipt 80% Jan 2024 Inv 13864 | $71,282.78 |
| 2/21/2024 | Cash Application | $130,860.80 |
| | Sub-total Payments: | $202,143.58 |

## Summary

| | |
|---|---|
| Fees: | $343,232.50 |
| Expenses: | $2,582.52 |
| Total Current Billing: | $345,815.02 |
| Current Fee Amt To be Pd by Debtor (80%): | $274,586.00 |
| Current Holdback Amount (20%): | $68,646.50 |
| Previous Balance Due: | $0.00 |
| **Total Amount Due:** | **$277,168.52** |

**MOLOLAMKEN**

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14067
February 29, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through January 31, 2024**

2023-002: LTL Management / J&J Bankruptcy II

|  |  |
|---|---:|
| Fees: | $343,232.50 |
| Expenses: | $2,582.52 |
| Total Current Billing: | $345,815.02 |
| Current Fee Amt To be Pd by Debtor (80%): | $274,586.00 |
| Current Holdback Amount (20%): | $68,646.50 |
| Previous Balance Due: | $0.00 |
| **Total Now Due:** | **$277,168.52** |

**Domestic Wire Transfer:**

Account Name: MoloLamken LLP
Bank info: Signature Bank
6400 N. Northwest Hwy
Chicago, IL 60631
Routing Number: 071-026-628
Account Number: [REDACTED]

**International Wire Transfer:**

Account Name: MoloLamken LLP
Bank info: Wells Fargo Bank
420 Montgomery
San Francisco, CA 94104
Routing Number: 121-000-248
Account Number: [REDACTED]
International SWIFT: [REDACTED]

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14216
April 1, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**INVOICE**
**For Services Through February 29, 2024**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | | Hours |
|---|---|---|---|
| 2/9/2024 | Rubin | Email to R. Hashem re rates. | 0.10 |
| 2/11/2024 | Lamken | Emails re: strategy issues. | 0.10 |
| 2/11/2024 | Rubin | Prepare First Interim Fee Application. | 2.90 |
| 2/12/2024 | Rubin | Prepare first interim fee statement. | 2.80 |
| 2/13/2024 | Rubin | Prepare interim fee statement. | 1.20 |
| 2/14/2024 | Rubin | Coordinate interim fee application with R. Hashem. | 0.30 |
| 2/14/2024 | Rubin | Revise and circulate fee increase notice and interim fee application. | 0.50 |
| 2/14/2024 | Hashem | Conference with N. Rubin re: interim fee application and rate notice. | 0.30 |
| 2/16/2024 | Lamken | Review reply brief. | 0.50 |
| 2/16/2024 | Lamken | Emails with appellate team. | 0.20 |
| 2/16/2024 | Hashem | Review reply briefs and correspondence re: same. | 0.50 |
| 2/19/2024 | Lamken | Finish review of reply briefs. | 1.00 |
| 2/19/2024 | Lamken | Emails with team re: same. | 0.40 |
| 2/19/2024 | Lamken | Emails on additional strategy issues. | 0.10 |
| 2/21/2024 | Lamken | Committee call re: reply briefs. | 0.50 |
| 2/21/2024 | Walker | Review reply briefs. | 1.30 |
| 2/21/2024 | Rubin | Committee call re: reply briefs. | 0.50 |
| 2/23/2024 | Lamken | Emails re: emergent strategy issues. | 0.30 |
| 2/23/2024 | Rubin | Email to J. Ellis re: argument preparation. | 0.60 |
| 2/23/2024 | Hashem | Review correspondence. | 0.10 |
| 2/23/2024 | Hashem | Correspondence with J. Ellis and N. Rubin re: argument prep. | 0.20 |
| 2/26/2024 | Litvak | Assemble binder for J. Ellis. | 0.90 |
| 2/26/2024 | Lamken | Emails on argument availability. | 0.10 |

MoloLamken LLP    Page: 2

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 2/26/2024 | Hashem | Emails with J. Lamken re: argument availability. | 0.20 |
| 2/27/2024 | Rubin | Email with B. Wiltgen & C. Smith re: LEDES issue. | 0.20 |
| 2/27/2024 | Rubin | Teleconference with R. Hashem re: argument preparation planning. | 0.10 |
| 2/27/2024 | Rubin | Email to J. Ellis re: LTL I issues. | 0.50 |
| 2/28/2024 | Lamken | Committee call and emails on strategy issues. | 0.30 |
| 2/28/2024 | Rubin | Emails with J. Ellis re: argument prep. | 0.30 |
| 2/28/2024 | Rubin | Emails with J. Markowitz & B. Wiltgen re: January fees. | 0.20 |
| 2/28/2024 | Rubin | Prepare January 2023 fee statement. | 1.20 |
| 2/29/2024 | Lamken | Work on conflicts date letter. | 0.10 |
| 2/29/2024 | Ellis | Review opinions and briefs to assist in preparation for oral argument. | 2.50 |
| 2/29/2024 | Ellis | Discuss case background and oral argument strategy with N. Rubin. | 0.80 |
| 2/29/2024 | Rubin | Prepare for & conference with J. Ellis re: oral argument preparation and case background. | 1.20 |
| 2/29/2024 | Rubin | Prepare argument availability letter. | 1.10 |
| 2/29/2024 | Rubin | Finalize Jan. 24 fees. | 0.10 |
| 2/29/2024 | Hashem | Revise argument availability letter. | 0.20 |

|  |  |
|---|---|
| Total Hours | 24.40 |
| Total Fees | $28,307.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Justin Ellis | 3.30 hours at | $1,350.00/hr | $4,455.00 |
| Rayiner I. Hashem | 1.50 hours at | $1,100.00/hr | $1,650.00 |
| Jeffrey Lamken | 3.60 hours at | $1,975.00/hr | $7,110.00 |
| Alice Litvak | 0.90 hours at | $325.00/hr | $292.50 |
| Nathaniel Rubin | 13.80 hours at | $950.00/hr | $13,110.00 |
| Lucas Walker | 1.30 hours at | $1,300.00/hr | $1,690.00 |

### Payments/Holdbacks

| Date |  | Amount |
|---|---|---|
| 1/24/2024 | Cash Application | $71,282.78 |
| 2/21/2024 | Cash Application | $130,860.80 |
|  | Sub-total Payments: | $202,143.58 |

### Summary

|  |  |
|---|---|
| Fees: | $28,307.50 |
| Expenses: | $0.00 |
| Total Current Billing: | $28,307.50 |
| Current Fee Amt To be Pd by Debtor (80%): | $22,646.00 |

|  |  |
|---:|---:|
| Current Holdback Amount (20%): | $5,661.50 |
| Previous Balance Due: | $376,451.14 |
| **Total Amount Due:** | **$399,097.14** |

MoloLamken LLP                                                                                                                  Page: 4

**MOLOLAMKEN**

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14216
April 1, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
    for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through February 29, 2024**

2023-002: LTL Management / J&J Bankruptcy II

|  |  |
|---|---:|
| Total Fees This Statement: | $28,307.50 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $28,307.50 |
| Current Amt To be Pd by Debtor (80%): | $22,646.00 |
| Current Holdback Amount (20%): | $5,661.50 |
| Previous Balance Due: | $376,451.14 |
| **Total Now Due:** | **$399,097.14** |

**Domestic Wire Transfer:**                                                    **International Wire Transfer:**

Account Name: MoloLamken LLP                                      Account Name: MoloLamken LLP
Bank info: Signature Bank                                                  Bank info: Wells Fargo Bank
           6400 N. Northwest Hwy                                                      420 Montgomery
           Chicago, IL 60631                                                          San Francisco, CA 94104
Routing Number: 071-026-628                                         Routing Number: 121-000-248
Account Number: ■■■■                                                Account Number: ■■■■
                                                                                  International SWIFT: ■■■■

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14368
April 30, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**INVOICE**
**For Services Through March 31, 2024**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | | Hours |
|---|---|---|---|
| 3/1/2024 | Lamken | Emails on argument availability. | 0.10 |
| 3/1/2024 | Lamken | Strategy emails with B. Massey, M. Winograd. | 0.20 |
| 3/1/2024 | Ellis | Discuss oral argument preparation with J. Fischell. | 0.80 |
| 3/1/2024 | Ellis | Draft questions and answers for oral argument preparation. | 0.60 |
| 3/1/2024 | Rubin | Email to B. Wiltgen re: fees finalization. | 0.10 |
| 3/1/2024 | Rubin | Finalize and send January fee statement. | 0.70 |
| 3/1/2024 | Hashem | Correspondence with J. Lamken re: argument availability. | 0.20 |
| 3/4/2024 | Rubin | Email to R. Hashem re: argument letter. | 0.10 |
| 3/4/2024 | Rubin | Finalize and file argument letter. | 0.60 |
| 3/4/2024 | Hashem | File argument availability letter. | 0.10 |
| 3/6/2024 | Lamken | Committee meeting. | 0.20 |
| 3/6/2024 | Lamken | Review decision on committee survival. | 0.40 |
| 3/6/2024 | Lamken | Emails re: same. | 0.20 |
| 3/6/2024 | Lamken | Work on Rule 28(j) letter. | 0.50 |
| 3/6/2024 | Downing | Perform legal cite check of 28(j) letter. | 0.50 |
| 3/6/2024 | Walker | Review new authority re: continuation of creditor committee post-dismissal; email re: same. | 0.80 |
| 3/6/2024 | Walker | Prepare Rule 28(j) notice of supplemental authority re: Integrated Nano-Technologies decision. | 2.30 |
| 3/6/2024 | Rubin | Analyze Integrated Nano-Techs. decision and email to R. Hashem re: same. | 1.50 |
| 3/6/2024 | Rubin | Weekly committee call. | 0.30 |
| 3/6/2024 | Rubin | Revise Rule 28(j) letter. | 0.60 |
| 3/7/2024 | Lamken | Committee call. | 0.20 |
| 3/7/2024 | Lamken | Call with appellate team (including B. Massey and M. Winograd) re: | 0.20 |

|  |  |  |  |
|---|---|---|---|
|  |  | projects and strategy. |  |
| 3/7/2024 | Walker | Email re: supplemental authority. | 0.40 |
| 3/12/2024 | Rubin | Emails with R. Hashem re: 28(j) letter. | 0.40 |
| 3/13/2024 | Rubin | Attend weekly committee meeting. | 0.50 |
| 3/20/2024 | Lamken | Committee call. | 0.20 |
| 3/27/2024 | Hashem | Participate in weekly TCC meeting. | 0.50 |

|  |  |
|---|---|
| Total Hours | 13.20 |
| Total Fees | $16,387.50 |

## Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| Julia Downing | 0.50 hours at $325.00/hr | $162.50 |
| Justin Ellis | 1.40 hours at $1,350.00/hr | $1,890.00 |
| Rayiner I. Hashem | 0.80 hours at $1,100.00/hr | $880.00 |
| Jeffrey Lamken | 2.20 hours at $1,975.00/hr | $4,345.00 |
| Nathaniel Rubin | 4.80 hours at $950.00/hr | $4,560.00 |
| Lucas Walker | 3.50 hours at $1,300.00/hr | $4,550.00 |

## Payments/Holdbacks

| Date |  | Amount |
|---|---|---|
| 4/11/2024 | Cash Application | $275,877.60 |
|  | Sub-total Payments: | $275,877.60 |

## Summary

|  |  |
|---|---|
| Fees: | $16,387.50 |
| Expenses: | $0.00 |
| Total Current Billing: | $16,387.50 |
| Current Fee Amt To be Pd by Debtor (80%): | $13,110.00 |
| Current Holdback Amount (20%): | $3,277.50 |
| Previous Balance Due: | $178,395.06 |
| **Total Amount Due:** | **$191,505.06** |

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14368
April 30, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
    for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through March 31, 2024**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---:|---:|
| Total Fees This Statement: | $16,387.50 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $16,387.50 |
| Current Amt To be Pd by Debtor (80%): | $13,110.00 |
| Current Holdback Amount (20%): | $3,277.50 |
| Previous Balance Due: | $178,395.06 |
| **Total Now Due:** | **$191,505.06** |

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info: Signature Bank | Bank info: Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ▅▅▅▅ | Account Number: ▅▅▅▅ |
| | International SWIFT: ▅▅▅▅ |

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14548
June 7, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**INVOICE**
**For Services Through April 30, 2024**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | | Hours |
|---|---|---|---|
| 4/1/2024 | Rubin | Email to B. Wiltgen & J. Markowitz re: February time. | 0.10 |
| 4/1/2024 | Rubin | Prepare February 2024 fee application. | 0.90 |
| 4/10/2024 | Lamken | Committee call. | 0.20 |
| 4/17/2024 | Lamken | Committee call. | 0.30 |
| 4/22/2024 | Rubin | Email to J. Markowitz re: March fees. | 0.10 |
| 4/22/2024 | Rubin | Emails with L. Denson re: quarterly fees. | 0.10 |
| 4/24/2024 | Lamken | Committee call. | 0.20 |
| 4/26/2024 | Rubin | Emails with J. Markowitz re: March fees. | 0.10 |
| 4/30/2024 | Rubin | Prepare March 2024 fee application. | 1.10 |
| | | Total Hours | 3.10 |
| | | Total Fees | $3,662.50 |

**Timekeeper Summary**

| | | |
|---|---|---|
| Jeffrey Lamken | 0.70 hours at $1,975.00/hr | $1,382.50 |
| Nathaniel Rubin | 2.40 hours at $950.00/hr | $2,280.00 |

**Payments/Holdbacks**

| Date | | Amount |
|---|---|---|
| 4/11/2024 | Cash Application | $275,877.60 |
| 4/30/2024 | Cash Application | $22,646.00 |
| 5/30/2024 | Cash Application | $13,110.00 |
| | Sub-total Payments: | $311,633.60 |

MoloLamken LLP                                                                                                              Page: 2

## Summary

|  |  |
|---|---|
| Fees: | $3,662.50 |
| Expenses: | $0.00 |
| Total Current Billing: | $3,662.50 |
| Current Fee Amt To be Pd by Debtor (80%): | $2,930.00 |
| Current Holdback Amount (20%): | $732.50 |
| Previous Balance Due: | $162,900.26 |
| **Total Amount Due:** | **$165,830.26** |

MoloLamken LLP                                                                                           Page: 3

# MoloLamken

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14548
June 7, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
  for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through April 30, 2024**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---:|
| Fees: | $3,662.50 |
| Expenses: | $0.00 |
| Total Current Billing: | $3,662.50 |
| Current Fee Amt To be Pd by Debtor (80%): | $2,930.00 |
| Current Holdback Amount (20%): | $732.50 |
| Previous Balance Due: | $162,900.26 |
| **Total Amount Due:** | **$165,830.26** |

**Please include Matter No. 2023-002 and Invoice No. 14548 in the description when making a payment.**

| **Domestic Wire Transfer:** | **International Wire Transfer:** |
|---|---|
| Account Name: MoloLamken LLP | Account Name: MoloLamken LLP |
| Bank info: Signature Bank | Bank info: Wells Fargo Bank |
| 6400 N. Northwest Hwy | 420 Montgomery |
| Chicago, IL 60631 | San Francisco, CA 94104 |
| Routing Number: 071-026-628 | Routing Number: 121-000-248 |
| Account Number: ███ | Account Number: ███ |
| | International SWIFT: ███ |