| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br><br>*Local Counsel to the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>Kenneth J. Aulet, Esq.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>kaulet@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>And<br><br>Jeffrey L. Jonas, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br><br>*Co-Counsel for the Official Committee of Talc Claimants* |
| **OTTERBOURG P.C.**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Sunni P. Beville, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>sbeville@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 661-9100<br>Fax: (212) 682-6104<br><br>*Co-Counsel for the Official Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br><br>*Special Counsel for the Official Committee of Talc Claimants* |

8035132.1

|  |  |
|---|---|
| In re:<br>LTL MANAGEMENT, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Brown Rudnick LLP hereby withdraws as co-counsel to the Official Committee of Talc Claimants (the "Committee") and that the undersigned hereby withdraws their appearances *pro hac vice* as counsel for the Committee in the above-captioned case. Each of the below counsel requests their names be removed from the Court's mailing matrix and service list for this chapter 11 case. The Committee continues to be represented by Genova Burns LLC, Massey & Gail LLP and MoloLamken LLP.

| Name of Attorney/Firm | *Pro Hac* Application Docket Number | *Pro Hac* Order Docket Number |
|---|---|---|
| Jeffrey L. Jonas<br>Brown Rudnick LLP | Dkt. 138, 233 | Dkt. 342 |
| Michael S. Winograd<br>Brown Rudnick LLP | Dkt. 113 | Dkt. 266 |
| Cathrine M. Castaldi<br>Brown Rudnick LLP | Dkt. 610 | Dkt. 694 |
| Eric R. Goodman<br>Brown Rudnick LLP | Dkt. 233 | Dkt. 342 |
| Kenneth J. Aulet<br>Brown Rudnick LLP | Dkt. 233 | Dkt. 342 |
| D. Cameron Moxley<br>Brown Rudnick LLP | Dkt. 561 | Dkt. 647 |
| Sharon I. Dwoskin<br>Brown Rudnick LLP | Dkt. 487 | Dkt. 756 |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933. On December 29, 2023, the Debtor changed its name to LLT Management LLC.

8035132.1

| | | |
|---|---|---|
| Susan Sieger-Grimm<br>Brown Rudnick LLP | Dkt. 233 | Dkt. 342 |
| W. Lydell Benson, Jr.<br>Brown Rudnick LLP | Dkt. 633 | Dkt. 733 |
| Sunni P. Beville<br>Brown Rudnick/Otterbourg P.C.[2] | Dkt. 233 | Dkt. 342 |

Dated: July 18, 2024

**BROWN RUDNICK LLP**

*/s/ Jeffrey L. Jonas*
Jeffrey L. Jonas
One Financial Center
Boston, MA 02111
Telephone: 617.856.8200
jjonas@brownrudnick.com

**BROWN RUDNICK LLP**

*/s/ Michael W. Winograd*
Michael W. Winograd
Seven Times Square
New York, NY 10036
Telephone: 212.209.4800
mwinograd@brownrudnick.com

**BROWN RUDNICK LLP**

*/s/ Cathrine M. Castaldi*
Cathrine M. Castaldi
2211 Michelson Dr., 7th Fl.
Irvine, CA 92612
Telephone: 949.752.7100
ccastaldi@brownrudnick.com

**BROWN RUDNICK LLP**

*/s/ Eric R. Goodman*
Eric R. Goodman
One Financial Center
Boston, MA 02111
Telephone: 617.856.8200
egoodman@brownrudnick.com

**BROWN RUDNICK LLP**

*/s/ Kenneth J. Aulet*
Kenneth J. Aulet
Seven Times Square
New York, NY 10036
Telephone: 212.209.4800
kaulet@brownrudnick.com

**BROWN RUDNICK LLP**

*/s/ D. Cameron Moxley*
D. Cameron Moxley
Seven Times Square
New York, NY 10036
Telephone: 212.209.4800
cmoxley@brownrudnick.com

---

[2] Sunni P. Beville moved from Brown Rudnick to Otterbourg during the pendency of the above-captioned case and continued to represent the Committee while at Otterbourg.

8035132.1

| | |
|---|---|
| **BROWN RUDNICK LLP**<br><br>*/s/ Sharon I. Dwoskin*<br>Sharon I. Dwoskin<br>One Financial Center<br>Boston, MA 02111<br>Telephone: 617.856.8200<br>sdwoskin@brownrudnick.com | **BROWN RUDNICK LLP**<br><br>*/s/ Susan Sieger-Grimm*<br>Susan Sieger-Grimm<br>Seven Times Square<br>New York, NY 10036<br>Telephone: 212.209.4800<br>ssieger-grimm@brownrudnick.com |
| **BROWN RUDNICK LLP**<br><br>*/s/ W. Lydell Benson, Jr.*<br>W. Lydell Benson, Jr.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: 212.209.4800<br>wlbenson@brownrudnick.com | **OTTERBOURG P.C.**<br><br>*/s/ Sunni P. Beville*<br>Sunni P. Beville<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: 212.661.9100<br>sbeville@otterbourg.com |

8035132.1