| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br><br>*Local Counsel to the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Jeffrey L. Jonas, Esq.<br>Michael S. Winograd, Esq.<br>dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Sunni P. Beville, Esq.<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br><br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **OTTERBOURG P.C.**<br>Melanie L. Cyganowski, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 661-9100<br>Fax: (212) 682-6104<br><br>*Co-Counsel for the Official Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br><br>*Special Counsel for the Official Committee of Talc Claimants* |

8035132.1

|  | |
|---|---|
| In re:<br>LTL MANAGEMENT, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Otterbourg P.C. hereby withdraws as co-counsel to the Official Committee of Talc Claimants (the "Committee") and that the undersigned hereby withdraws their appearances *pro hac vice* as counsel for the Committee in the above-captioned case. Each of the below counsel requests their names be removed from the Court's mailing matrix and service list for this chapter 11 case. The Committee continues to be represented by Genova Burns LLC, Massey & Gail LLP and MoloLamken LLP.

| Name of Attorney/Firm | *Pro Hac* Application Docket Number | *Pro Hac* Order Docket Number |
|---|---|---|
| Jennifer S. Feeney<br>Otterbourg P.C. | Dkt. 119, 233 | Dkt. 342 |
| James V. Drew<br>Otterbourg P.C. | Dkt. 118, 235 | Dkt. 332 |
| Melanie L. Cyganowski<br>Otterbourg P.C. | Dkt. 117, 233 | Dkt. 342 |
| David A. Castleman<br>Otterbourg P.C. | Dkt. 116, 234 | Dkt. 331 |
| Michael R. Maizel<br>Otterbourg P.C. | Dkt. 233 | Dkt. 342 |
| Sunni P. Beville<br>Brown Rudnick/Otterbourg P.C.[2] | Dkt. 233 | Dkt. 342 |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933. On December 29, 2023, the Debtor changed its name to LLT Management LLC.

[2] Sunni P. Beville moved from Brown Rudnick to Otterbourg during the pendency of the above-captioned case and continued to represent the Committee while at Otterbourg.

8035132.1

Dated: July 18, 2024

| | |
|---|---|
| **OTTERBOURG P.C.**<br><br>/s/ *Jennifer S. Feeney*<br>Jennifer S. Feeney<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: 212.661.9100<br>jfeeney@otterbourg.com | **OTTERBOURG P.C.**<br><br>/s/ *Melanie L. Cyganowski*<br>Melanie L. Cyganowski<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: 212.661.9100<br>mcyganowski@otterbourg.com |
| **OTTERBOURG P.C.**<br><br>/s/ *David A. Castleman*<br>David A. Castleman<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: 212.661.9100<br>dcastleman@otterbourg.com | **OTTERBOURG P.C.**<br><br>/s/ *James V. Drew*<br>James V. Drew<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: 212.661.9100<br>jdrew@otterbourg.com |
| **OTTERBOURG P.C.**<br><br>/s/ *Michael R. Maizel*<br>Michael R. Maizel<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: 212.661.9100<br>mmaizel@otterbourg.com | **OTTERBOURG P.C.**<br><br>/s/ *Sunni P. Beville*<br>Sunni P. Beville<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: 212.661.9100<br>sbeville@otterbourg.com |