# EXHIBIT A
# Time and Expense Detail

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

|  |  |
|---|---|
| Client/Matter No.: 93174/0902 | July 19, 2024 |
| Matter Name: LTL MANAGEMENT II | BILL NO. 240865 |
| Billing Partner: RG HADDAD |  |

For Services Rendered Through July 17, 2024:

---

Phase: L0005                                                    MEETINGS OF AND COMMUNICATIONS WITH COMM

---

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/08/24<br>JSF | Telephone Call(s)<br>Participate in Weekly AHC Meeting re: Appeals Updates | .50 | 557.50 |
| 05/08/24<br>ACS | Conference(s) w/ CoCounsel - Other<br>Participate on Zoom meeting of Committee member reps, members, and counsel re appellate strategy and status | .50 | 675.00 |
| 05/15/24<br>JSF | Telephone Call(s)<br>Participate in Weekly Meeting of AHC Re: Updates on Appeal | .20 | 223.00 |
| 05/15/24<br>SPB | Telephone Call(s) - Creditors Committee<br>Attend weekly TCC call re appeal updates | .20 | 280.00 |
| 05/22/24<br>ACS | Conference(s) w/ CoCounsel - Other<br>Participate on Zoom meeting with Committee counsel, members and member reps re appeal status and strategy | .50 | 675.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

| Client/Matter: 93174/0902 | | July 19, 2024 |
| Page 2 | | BILL NO. 240865 |

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/29/24<br>JSF | Telephone Call(s)<br>Participate in Weekly Meeting of AHC re:<br>Updates on Appeal and Status | .40 | 446.00 |
| 05/29/24<br>MLC | Conference call(s)<br>Participate on update conference call with<br>appellate counsel | .10 | 185.00 |
| 05/29/24<br>SPB | Miscellaneous<br>Participate on weekly TCC call regarding<br>appeal updates | .40 | 560.00 |
| 06/05/24<br>JSF | Telephone Call(s)<br>Participate in Weekly AHC Meeting -<br>Appellate and Related Updates | .50 | 557.50 |
| 06/05/24<br>MLC | Review Documents<br>Participate on appeal status meeting from<br>appellate counsel | .10 | 185.00 |
| 06/05/24<br>SPB | Telephone Call(s)<br>attend weekly TCC meeting regarding appeal<br>status and whether any notice need be sent<br>to Third Circuit in light of proposed<br>prepack plan | .50 | 700.00 |
| 06/12/24<br>MLC | Conference call(s)<br>Conference call with appellate counsel re<br>impact of recent filings on appeal | .10 | 185.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

| Client/Matter: 93174/0902 | July 19, 2024 |
|---|---|
| Page 3 | BILL NO. 240865 |

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/12/24 ACS | Conference(s) w/ CoCounsel - Other Attend zoom meet of Committee, Committee members, Committee member reps and Committee counsel re appeal | .30 | 405.00 |
| 06/12/24 SPB | Miscellaneous Participate on weekly TCC call re appeal updates | .20 | 280.00 |
| 07/10/24 JSF | Telephone Call(s) Participate in Update Call with TCC re appeal status | .30 | 334.50 |
| 07/10/24 SPB | Miscellaneous Attend weekly TCC call re appeal updates | .20 | 280.00 |
| 07/17/24 JSF | Telephone Call(s) Participate in TCC Meeting re: Appeals Updates | .60 | 669.00 |
| 07/17/24 SPB | Miscellaneous Attend weekly TCC call re appeal updates | .70 | 980.00 |
| TOTAL PHASE L0005 | | 6.30 | $8,177.50 |

Phase: L0018                                            DISMISSAL/TRUSTEE/EXAMINER MATTERS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

| Client/Matter: 93174/0902 | July 19, 2024 |
|---|---|
| Page 4 | BILL NO. 240865 |

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/01/24 JB | Analysis of Legal Papers<br>Review J&J announcement re: prepack and assess impact on appeal | .30 | 295.50 |
| 05/01/24 MLC | Review Documents<br>Review report from appellate counsel re appeal status update | .10 | 185.00 |
| 05/08/24 MLC | Review Documents<br>Review appeal status update from appellate counsel | .10 | 185.00 |
| 05/13/24 JB | Analysis of Legal Papers<br>Review status of third circuit appeal/argument date and timing of decision | .20 | 197.00 |
| 05/14/24 MLC | Telephone Call(s)<br>Telephone call with appellate counsel re appeal issues | .10 | 185.00 |
| 05/17/24 MLC | Conference call(s)<br>Conference call with appellate co-counsel re next steps in appeal | .30 | 555.00 |
| 05/20/24 JB | Analysis of Legal Papers<br>Review appeal status and status of third filing | .20 | 197.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                                           July 19, 2024
Page 5                                                                               BILL NO. 240865

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/29/24<br>JB | Analysis of Legal Papers<br>Review third circuit docket for appeal update | .20 | 197.00 |
| 06/05/24<br>SPB | Miscellaneous<br>Analysis of Red River plan and disclosure statement regarding potential impact on appeal | .20 | 280.00 |
| 06/27/24<br>JB | Analysis of Legal Papers<br>Review status of Third Circuit appeal from dismissal order/arguments | .20 | 197.00 |
| 07/03/24<br>MLC | Conference call(s)<br>Conference call with appellate co-counsel re status of appeal | .10 | 185.00 |
| 07/17/24<br>MLC | Conference call(s)<br>Conference call with appellate co-counsel re text order from Third Circuit | .70 | 1,295.00 |

TOTAL PHASE L0018                                                    2.70            $3,953.50


                                               TOTAL FOR SERVICES    $12,131.00



                                               TOTAL THIS STATEMENT  $12,131.00