# EXHIBIT C
## Application Summary

## SUMMARY OF FEE APPLICATION

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Name of Client: | Official Committee of Talc Claimants |
| Time period covered by this application for the Interim Period: | Start: April 1, 2024<br>End: July 17, 2024 |
| Total compensation sought the Interim Period: | $15,769.50 |
| Total expenses sought the Interim Period: | $0.00 |
| Time period covered by this application for the Final Period: | Start: August 12, 2023<br>End: July 17, 2024 |
| Total compensation sought the Final Period: | $126,284.50 |
| Total expenses sought the Final Period: | $2,570.82 |
| Petition date: | April 4, 2023 |
| Retention date: | April 14, 2023 |
| Date of order approving employment: | June 1, 2023 |
| Total post-dismissal compensation approved by interim order to date: | $110,515.00 |
| Total post-dismissal expenses approved by interim order to date: | $2,570.82. |
| Total allowed post-dismissal compensation paid to date: | $113,085.82 |
| Total allowed post-dismissal expenses paid to date: | $2,570.82 |
| Blended rate in this application for all attorneys: | 1,206.57 |
| Blended rate in this application for all timekeepers: | $1,202.71 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed to date: | $2,910.80 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed to date: | 0.00 |
| Number of professionals included in this application: | 8 |

| | |
|---|---|
| Number of professionals billing fewer than 15 hours to the case during this period: | 3 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application. | No |

8041323.1

# **EXHIBIT D**
## **Comparable Compensation Disclosure**

### CUSTOMARY AND COMPARABLE COMPENSATION
### <u>DISCLOSURES WITH FEE APPLICATION</u>

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Preceding Year, Excluding Bankruptcy | Billed this Fee Application |
| Partner | $1,158 | $1,312.69 |
| Of Counsel | $1,009 | NA |
| Associate | $535 | $884.52 |
| Paralegal | $344 | $395.00 |
| All Timekeepers Aggregated | $901 | $1,202.71 |

# EXHIBIT E
## Summary of Timekeepers

## SUMMARY OF TIMEKEEPERS INCLUDED IN THE INTERIM PERIOD

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Member | 1982 | $1,850.00 | 2.0 | $3,700.00 |
| Adam C. Silverstein ("ACS") Member | 1992 | $1,350.00 | 1.3 | $1,755.00 |
| Jennifer S. Feeney ("JSF") Member | 1998 | $1,115.00 | 3.3 | $3,679..50 |
| Sunni P. Beville ("SPB") Member | 2002 | $1,400.00 | 2.9 | $4,060.00 |
| David A. Castleman ("DAC") Member | 2007 | $1,020.00 | .4 | $408.00 |
| John Bougiamas ("JB") Associate | 1993 | $985.00 | 2.2 | $2,167.00 |
| **TOTAL FEES** | | | **12.1** | **$15,769.50** |

### SUMMARY OF TIMEKEEPERS INCLUDED IN THE FINAL PERIOD

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Member | 1982 | $1,850.00 | 20.1 | $35,460.00 |
| Adam C. Silverstein ("ACS") Member | 1992 | $1,350.00 | 17.6 | $23,160.00 |
| Jennifer S. Feeney ("JSF") Member | 1998 | $1,115.00 | 21.3 | $23,159.50 |
| Sunni P. Beville ("SPB") Member | 2002 | $1,400.00 | 4.9 | $6,860.00 |
| David A. Castleman ("DAC") Member | 2007 | $1,020.00 | 14.7 | $14,538.00 |
| John Bougiamas ("JB") Associate | 1993 | $985.00 | 20.4 | $19,582.00 |
| Michael R. Maizel ("MRM") Associate | 2017 | $625.00 | 5.5 | $3,327.50 |
| Anthony Williams ("AW") Filing Clerk | N/A | $395.00 | 0.5 | $197.50 |
| **TOTAL FEES** | | | **105.0** | **$126,284.50** |

# EXHIBIT F
## Project Code Summary

## SUMMARY OF COMPENSATION BY PROJECT CODE FOR THE INTERIM PERIOD

| PROJECT CATEGORY DESCRIPTION | PROJECT CODE | HOURS | FEE |
|---|---|---|---|
| Meetings of and Communications with Committee | L0005 | 8.0 | $10,177.50 |
| Dismissal/Trustee/Examiner Matters | L0018 | 4.1 | $5,592.00 |
| **TOTAL FEES:** | | **12.1** | **$15,769.50** |

## SUMMARY OF COMPENSATION BY PROJECT CODE FOR THE FINAL PERIOD

| PROJECT CATEGORY DESCRIPTION | PROJECT CODE | HOURS | FEE |
|---|---|---|---|
| Meetings of and Communications with Committee | L0005 | 33.8 | $40,126.00 |
| Meetings of and Communications with Co-Counsel | L0006 | 0.2 | $230.00 |
| Fee/Employment Applications | L0008 | 0.1 | $140.00 |
| Contested Matters/Litigation (General) | L0010 | 0.5 | $810.00 |
| Dismissal/Trustee/Examiner Matters | L0018 | 70.4 | $84,978.50 |
| **TOTAL FEES:** | | **105.0** | **$126,284.50** |

# EXHIBIT G
## Computer Generated Time Detail

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

July 19, 2024
BILL NO. 240867

Client/Matter No.:    93174/0902
Matter Name:          LTL MANAGEMENT II
Billing Partner:      RG HADDAD

For Services Rendered Through July 17, 2024:

---

Phase: L0005                      MEETINGS OF AND COMMUNICATIONS WITH COMM

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/16/23 JB | Attendance at Conference<br>Attend weekly TCC call re: appeal issues/certification of direct appeal and other matters | .70 | 633.50 |
| 08/16/23 MRM | Telephone Call(s)<br>Attend Committee meeting via Zoom re: status of appeal and next steps | .80 | 420.00 |
| 08/16/23 DAC | Telephone Call(s)<br>Call with Committee re appellate strategy | .80 | 740.00 |
| 08/23/23 JSF | Telephone Call(s)<br>Participate in Weekly Meeting with Committee Representatives re: appeal | 1.00 | 1,015.00 |
| 08/23/23 JB | Attendance at Conference<br>Attend weekly counsel call re: updates on appeal | .70 | 633.50 |
| 08/23/23 DAC | Telephone Call(s)<br>Call with Committee re appellate strategy | .90 | 832.50 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

```
Client/Matter:   93174/0902                              July 19, 2024
Page 2                                                   BILL NO. 240867
```

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/28/23 MLC | Correspondence<br>Correspondence with TCC re AHC appeal | .10 | 162.00 |
| 08/28/23 MLC | Correspondence<br>Correspondence with UST re: adjournment of FCR appeal before J Shipp | .10 | 162.00 |
| 08/30/23 JSF | Telephone Call(s)<br>Participate in Weekly Meeting of Committee re: Updates on appeals | .50 | 507.50 |
| 08/30/23 MLC | Conference call(s)<br>Conference call with Committee and Counsel re direct certification and deadlines | .40 | 648.00 |
| 08/30/23 ACS | Conference(s) w/ CoCounsel - Other<br>Committee Members, Representatives and Counsel Zoom meeting re appellate status (ACS time) | .30 | 345.00 |
| 09/06/23 JSF | Telephone Call(s)<br>Participate in Weekly Zoom Meeting with Committee re: Update on Appeal | .60 | 609.00 |
| 09/06/23 MLC | Conference call(s)<br>Attend Zoom meeting with Committee re appeal strategy and updates (MLC time) | .30 | 486.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                          July 19, 2024
Page 3                                                               BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/06/23 ACS | Conference(s) w/ CoCounsel - Other Participate on zoom meeting of Committee Members, Co-Counsel and Member Reps re appeal | .60 | 690.00 |
| 09/13/23 JSF | Telephone Call(s) Participate in Weekly Committee Meeting re: Status of Appeal | .30 | 304.50 |
| 09/13/23 ACS | Conference(s) w/ CoCounsel - Other Participate in Committee Member, Counsel and Member Rep Zoom re appeal status | .30 | 345.00 |
| 09/13/23 MRM | Telephone Call(s) Attend Committee meeting re: appeal status / strategy | .30 | 157.50 |
| 09/20/23 JSF | Telephone Call(s) Participate in Weekly Zoom Meeting with Co-Counsel and Committee re: Appellate Update | .60 | 609.00 |
| 09/20/23 MLC | Conference call(s) Conference call with Committee and Counsel re direct certification issues | .50 | 810.00 |
| 09/20/23 DAC | Conference(s) In Office Meeting with committee re appellate strategy | .60 | 555.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY   10169-0075

Client/Matter:   93174/0902                                July 19, 2024
Page 4                                                      BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/04/23 JSF | Telephone Call(s) Participate in Weekly LTL Committee Meeting via Zoom re appeal status | .40 | 406.00 |
| 10/18/23 JSF | Telephone Call(s) Participate in Zoom Meeting with Committee re: Updates on Appeals and Court Hearing | .80 | 812.00 |
| 10/18/23 MRM | Telephone Call(s) Attend standing committee meeting re: dismissal appeal strategy and next steps | .80 | 500.00 |
| 10/22/23 MLC | Correspondence Correspondence with co-counsel re appellate CA3 issues | .20 | 370.00 |
| 10/24/23 MLC | Correspondence Correspondence with TCC co-counsel re appeal-related task load. | .40 | 740.00 |
| 10/25/23 JSF | Telephone Call(s) Participate in Zoom Committee Meeting re: Appeal Status | .50 | 557.50 |
| 10/25/23 MLC | Conference call(s) Conference call with appellate team re certain issues | .30 | 555.00 |
| 10/25/23 ACS | Conference(s) w/ CoCounsel - Other Zoom of Committee counsel, member reps and members re appeal status and strategy | .40 | 540.00 |

## OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

```
Client/Matter:  93174/0902                          July 19, 2024
Page 5                                              BILL NO. 240867
```

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/01/23 JSF | Telephone Call(s) Participate via Zoom in Committee Meeting re: Appeal Status | .20 | 223.00 |
| 11/01/23 ACS | Conference(s) w/ CoCounsel - Other Zoom meeting of Committee counsel re appeal status | .20 | 270.00 |
| 11/08/23 ACS | Conference(s) w/ CoCounsel - Other Zoom meet of Committee Members, Member Reps and Co-Counsel re appeal status and strategy | .50 | 675.00 |
| 11/15/23 JSF | Telephone Call(s) Participate in Weekly Call with Committee re: Appeals Updates | .30 | 334.50 |
| 11/29/23 JSF | Telephone Call(s) Participate in Zoom Meeting with Committee re: Appellate Update | .50 | 557.50 |
| 11/29/23 MLC | Conference call(s) Conference call with committee members re appellate update. | .30 | 555.00 |
| 12/13/23 JSF | Telephone Call(s) Participate in Committee Update Call re: Status of Appeal | .40 | 446.00 |
| 12/13/23 MLC | Conference call(s) Meeting with co-counsel and TCC re appeal | .40 | 740.00 |

### OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                     July 19, 2024
Page 6                                                         BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/13/23 DAC | Telephone Call(s) Call with committee re appellate strategy | .40 | 408.00 |
| 01/03/24 JSF | Telephone Call(s) Participate in Meeting with TCC re: Update on Appeals | .80 | 892.00 |
| 01/03/24 MLC | Conference call(s) Discussion with TCC re status of appeal | .20 | 370.00 |
| 01/10/24 JSF | Telephone Call(s) Participate in Meeting with AHC re: Appeals Updates | .20 | 223.00 |
| 01/10/24 DAC | Communicate (other outside counsel) Participate in committee meeting re appellate strategy | .20 | 204.00 |
| 01/17/24 JSF | Telephone Call(s) Participate in Weekly Meeting of TCC re: Appeals Updates | .20 | 223.00 |
| 01/17/24 ACS | Conference(s) w/ CoCounsel - Other Zoom meet with TCC Members, Co-counsel and Member Reps re appeal | .10 | 135.00 |
| 01/17/24 DAC | Communicate (with client) Conference with committee and counsel re appellate strategies | .20 | 204.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                July 19, 2024
Page 7                                                     BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/24/24 JSF | Telephone Call(s) Participate in Weekly Meeting with TCC re: Updates on Appeal | .20 | 223.00 |
| 01/24/24 MLC | Conference call(s) Conference call with TCC co-counsel re appeal | .20 | 370.00 |
| 01/31/24 ACS | Conference(s) w/ CoCounsel - Other Zoom meeting of TCC Members, Co-counsel and Member Reps re appeal status | .30 | 405.00 |
| 02/07/24 JSF | Telephone Call(s) Participate in Weekly Catch Up Meeting with TCC re: Appeals | .20 | 223.00 |
| 02/07/24 MLC | Conference call(s) Conference call with appellate counsel re appellate status and next steps | .30 | 555.00 |
| 02/14/24 SPB | Telephone Call(s) - Creditors Committee Attend weekly TCC call re appeal update | .30 | 420.00 |
| 02/21/24 JSF | Telephone Call(s) Participate in TCC Meeting re: Appellate Updates | .50 | 557.50 |
| 02/28/24 MLC | Conference call(s) Conference call with appellate counsel re next steps and strategy | .30 | 555.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                      July 19, 2024
Page 8                                                           BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/28/24 DAC | Communicate (with client) Meet with committee and counsel re appellate strategy | .40 | 408.00 |
| 03/06/24 JSF | Telephone Call(s) Participate in Meeting with AHC re: Update on Appeals Process | .40 | 446.00 |
| 03/06/24 DAC | Communicate (with client) Meet with committee re appellate strategy | .30 | 306.00 |
| 03/06/24 SPB | Miscellaneous Attend weekly TCC call regarding appeal issues | .40 | 560.00 |
| 03/13/24 JSF | Telephone Call(s) Participate in Weekly Meeting of Ad Hoc re: Updates on Appeal | .50 | 557.50 |
| 03/13/24 SPB | Telephone Call(s) Participate on weekly TCC call regarding appeal update | .50 | 700.00 |
| 03/20/24 JSF | Telephone Call(s) Participate in TCC Update Call re: Appeal | .20 | 223.00 |
| 03/20/24 SPB | Telephone Call(s) Lead weekly TCC call to discuss debtor letter reponse regarding TCC continued existence for purposes of appeal. | .20 | 280.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                          July 19, 2024
Page 9                                                              BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/27/24<br>JSF | Telephone Call(s)<br>Participate in Meeting with TCC re:<br>Appellate Update | .40 | 446.00 |
| 03/27/24<br>DAC | Communicate (with client)<br>Participate in committee meeting with<br>clients re appellate strategy | .40 | 408.00 |
| 03/27/24<br>SPB | Telephone Call(s)<br>Participate on weekly TCC call re appellate<br>update | .50 | 700.00 |
| 04/03/24<br>JSF | Telephone Call(s)<br>Participate in Weekly Meeting with TCC re:<br>Appellate Updates | .30 | 334.50 |
| 04/03/24<br>DAC | Communicate (with client)<br>Call with committee re appellate strategy | .30 | 306.00 |
| 04/03/24<br>SPB | Miscellaneous<br>Attend TCC weekly call re appellate updates | .30 | 420.00 |
| 04/10/24<br>DAC | Communicate (with client)<br>Call with committee re appellate strategy | .10 | 102.00 |
| 04/17/24<br>JSF | Telephone Call(s)<br>Participate in AHC Meeting re: Update on<br>Appeal | .30 | 334.50 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    July 19, 2024
Page 10                                                        BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/24/24 JSF | Telephone Call(s) Participate in AHC Meeting re: Appellate Updates | .20 | 223.00 |
| 04/24/24 SPB | Miscellaneous Attend weekly TCC call re appeal update | .20 | 280.00 |
| 05/08/24 JSF | Telephone Call(s) Participate in Weekly AHC Meeting re: Appeals Updates | .50 | 557.50 |
| 05/08/24 ACS | Conference(s) w/ CoCounsel - Other Participate on Zoom meeting of Committee member reps, members, and counsel re appellate strategy and status | .50 | 675.00 |
| 05/15/24 JSF | Telephone Call(s) Participate in Weekly Meeting of AHC Re: Updates on Appeal | .20 | 223.00 |
| 05/15/24 SPB | Telephone Call(s) - Creditors Committee Attend weekly TCC call re appeal updates | .20 | 280.00 |
| 05/22/24 ACS | Conference(s) w/ CoCounsel - Other Participate on Zoom meeting with Committee counsel, members and member reps re appeal status and strategy | .50 | 675.00 |
| 05/29/24 JSF | Telephone Call(s) Participate in Weekly Meeting of AHC re: Updates on Appeal and Status | .40 | 446.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 93174/0902                                    July 19, 2024
Page 11                                                      BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/29/24 MLC | Conference call(s) Participate on update conference call with appellate counsel | .10 | 185.00 |
| 05/29/24 SPB | Miscellaneous Participate on weekly TCC call regarding appeal updates | .40 | 560.00 |
| 06/05/24 JSF | Telephone Call(s) Participate in Weekly AHC Meeting - Appellate and Related Updates | .50 | 557.50 |
| 06/05/24 MLC | Review Documents Participate on appeal status meeting from appellate counsel | .10 | 185.00 |
| 06/05/24 SPB | Telephone Call(s) attend weekly TCC meeting regarding appeal status and whether any notice need be sent to Third Circuit in light of proposed prepack plan | .50 | 700.00 |
| 06/12/24 MLC | Conference call(s) Conference call with appellate counsel re impact of recent filings on appeal | .10 | 185.00 |
| 06/12/24 ACS | Conference(s) w/ CoCounsel - Other Attend zoom meet of Committee, Committee members, Committee member reps and Committee counsel re appeal | .30 | 405.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                              July 19, 2024
Page 12                                                                 BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/12/24 SPB | Miscellaneous Participate on weekly TCC call re appeal updates | .20 | 280.00 |
| 07/10/24 JSF | Telephone Call(s) Participate in Update Call with TCC re appeal status | .30 | 334.50 |
| 07/10/24 SPB | Miscellaneous Attend weekly TCC call re appeal updates | .20 | 280.00 |
| 07/17/24 JSF | Telephone Call(s) Participate in TCC Meeting re: Appeals Updates | .60 | 669.00 |
| 07/17/24 SPB | Miscellaneous Attend weekly TCC call re appeal updates | .70 | 980.00 |

TOTAL PHASE L0005                                          33.80          $40,126.00

---

Phase: L0006                              MEETINGS OF AND COMMUNICATIONS WITH CO-C

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/05/23 ACS | Correspondence w/CoCounsel - Other E-mails from Committee Co-Counsel re appeal status | .20 | 230.00 |

TOTAL PHASE L0006                                          .20            $230.00

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                    July 19, 2024
Page 13                                                       BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

---

| Phase: L0008 | | | FEE/EMPLOYMENT APPLICATIONS |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/13/24 SPB | Miscellaneous Review letter submission regarding existing of TCC for appeal purposes. | .10 | 140.00 |
| TOTAL PHASE L0008 | | .10 | $140.00 |

---

| Phase: L0010 | | | CONTESTED MATTERS/LITIGATION (GENERAL) |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/15/23 MLC | Revision of Documents Review of TCC letter to court and to district court re FCR appeal | .50 | 810.00 |
| TOTAL PHASE L0010 | | .50 | $810.00 |

---

| Phase: L0018 | | | DISMISSAL/TRUSTEE/EXAMINER MATTERS |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

```
Client/Matter:  93174/0902                              July 19, 2024
Page 14                                                 BILL NO. 240867
```

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/14/23 JB | Analysis of Legal Papers<br>Review appeal/stay issues | .40 | 362.00 |
| 08/14/23 JB | Analysis of Legal Papers<br>Review next steps on appeal | .40 | 362.00 |
| 08/14/23 MLC | Correspondence<br>Correspondence with Jones Day re timing of filing of direct certification papers and appeals | .30 | 486.00 |
| 08/14/23 MLC | Correspondence<br>Correspondence with appellate team re certification for direct appeal issues | .60 | 972.00 |
| 08/14/23 ACS | Correspondence w/CoCounsel - Other<br>E-mails from/to D Molton, J Lamken, D Stolz and M Winograd re appeal | .20 | 230.00 |
| 08/15/23 JB | Analysis of Legal Papers<br>Review status of direct certification of appeal to third circuit | .20 | 181.00 |
| 08/17/23 MLC | Correspondence<br>Correspondence with TCC and Debtor counsel re: direct appeal to third circuit | .20 | 324.00 |
| 08/21/23 JB | Analysis of Legal Papers<br>Review status of filing of appeal/certification of direct appeal and cross-appeal issues | .30 | 271.50 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                         July 19, 2024
Page 15                                                           BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/21/23 MLC | Correspondence<br>Correspondence with debtor counsel re: status of direct cert to Third Circuit | .20 | 324.00 |
| 08/22/23 MLC | Correspondence<br>Correspondence with counsel re: debtors' advice re status of filing of notice of appeal | .30 | 486.00 |
| 08/23/23 JB | Examine Documents<br>Review order staying appellate deadlines in view of dismissal | .20 | 181.00 |
| 08/23/23 MLC | Conference call(s)<br>Conference call with appellate team re: appeal update | .30 | 486.00 |
| 08/23/23 MLC | Review Documents<br>Review of proposed wording of names of parties for direct certification | .20 | 324.00 |
| 08/24/23 JB | Analysis of Legal Papers<br>Review status of filing of appeal/Appeal by AHC issues | .30 | 271.50 |
| 08/24/23 MLC | Correspondence<br>Correspondence with TCC appellate team re: appeal by AHC of Supporting Counsel | .40 | 648.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                           July 19, 2024
Page 16                                                               BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/24/23 MLC | Telephone Call(s) - Corporate Service Review and analysis of memo by appellate team re: deadline of any cross- appeals | .30 | 486.00 |
| 08/25/23 JSF | Examine Documents Review of Update on Appeal Schedule and Deadlines to File Cross-Appeals | .20 | 203.00 |
| 08/25/23 MLC | Correspondence Correspondence from Lamken re: deadlines for potential cross-appeals | .20 | 324.00 |
| 08/25/23 ACS | Review file re Notice of appeal Review LTL notice of appeal | .10 | 115.00 |
| 09/06/23 JB | Analysis of Legal Papers Review AHC notice of appeal/deadlines and assess next steps | .30 | 271.50 |
| 09/06/23 ACS | Analysis of Legal doc for appeal Review joint request for certification of direct appeal | .10 | 115.00 |
| 09/07/23 JB | Analysis of Legal Papers Review joint certification of appeal to 3rd Circuit and appellate-related deadlines. | .40 | 362.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                              July 19, 2024
Page 17                                                                  BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/08/23 JB | Analysis of Legal Papers<br>Review Debtor statement of issues on appeal/designation of record on appeal and TCC comments to statement/additional record items | .50 | 452.50 |
| 09/08/23 ACS | Analysis of Legal doc for appeal<br>Review Debtor's designations and issues on appeal. | .40 | 460.00 |
| 09/14/23 JSF | Examine Documents<br>Review TCC Counterstatement of Issues in connection with appeal | .50 | 507.50 |
| 09/14/23 MLC | Review Documents<br>Summary review of LTL statement of issues and designations of record on appeal | .50 | 810.00 |
| 09/14/23 MLC | Correspondence<br>Correspondence with TCC and appellate counsel re issues on appeal | .30 | 486.00 |
| 09/15/23 JSF | Examine Documents<br>Review of Counterstatement of TCC of Issues for Appellate Review | .30 | 304.50 |
| 09/15/23 MLC | Review Documents<br>Review of proposed revisions to counter statement of issues on appeal | .60 | 972.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                              July 19, 2024
Page 18                                                                  BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/15/23 MLC | Correspondence<br>Correspondence with Massey and Lampken re counter statement of issues on appeal | .20 | 324.00 |
| 09/15/23 MLC | Correspondence<br>Correspondence with UST re designation of record on appeal | .10 | 162.00 |
| 09/17/23 MLC | Correspondence<br>Correspondence with UST re proposed counter statement of issues on appeal | .20 | 324.00 |
| 09/18/23 ACS | Review/correct Legal doc for appeal<br>Review draft statement of issues on appeal and counter-designations and comment on same | .80 | 920.00 |
| 09/19/23 MLC | Correspondence<br>Correspondence with TCC and Jones Day re direct certification order | .20 | 324.00 |
| 09/20/23 JSF | Examine Documents<br>Review of Draft TCC Statement of Issues on Appeal | .20 | 203.00 |
| 09/20/23 MLC | Review Documents<br>Reviewed Draft counter-statement. | .30 | 486.00 |
| 09/20/23 DAC | Draft/revise<br>Review and comment on statement of issues for appeal | .60 | 555.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                July 19, 2024
Page 19                                                     BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/21/23 JB | Analysis of Legal Papers Review entered order certifying appeal to Third Circuit | .20 | 181.00 |
| 09/22/23 JB | Analysis of Legal Papers Review additional appellate designations/statement of issues filed by other appellees | .40 | 362.00 |
| 09/26/23 JSF | Examine Documents Review of Appellee Statements of Issues on Appeal | .50 | 507.50 |
| 09/27/23 MLC | Conference call(s) Zoom update with appellate co-counsel re timing and related issues for third circuit appeal | .20 | 324.00 |
| 10/02/23 JB | Analysis of Legal Papers Review District Court appeal and stay request in view of joint certification for direct appeal to Third Circuit | .20 | 181.00 |
| 10/04/23 MLC | Preparation of Documents Review report re: appeal deadlines | .20 | 370.00 |
| 10/05/23 JB | Analysis of Legal Papers Review letter to MDL judge re: stay of appeal in view of request for certification of appeal to third circuit | .20 | 181.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    July 19, 2024
Page 20                                                        BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/10/23 JB | Analysis of Legal Papers<br>Review court notice of filing of request of direct certification to 3rd Circuit of appeal | .20 | 181.00 |
| 10/10/23 MLC | Revision of Documents<br>Review and revision to petition for direct appeal | 1.10 | 2,035.00 |
| 10/10/23 DAC | Review/analyze<br>Review and comment on TCC statement in response to petition for direct appeal, and related debtor petition for direct appeal | 1.10 | 1,017.50 |
| 10/11/23 JB | Analysis of Legal Papers<br>Review district court order staying appeal | .20 | 181.00 |
| 10/13/23 JSF | Examine Documents<br>Review of TCC Response to Debtor's Petition for Leave to Appeal | .80 | 892.00 |
| 10/13/23 MLC | Review Documents<br>Review of revised response to debtor petition for direct appeal | .60 | 1,110.00 |
| 10/15/23 JB | Analysis of Legal Papers<br>Reivew Debtor/AHC direct petition to circuit on appeal | .20 | 181.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                    July 19, 2024
Page 21                                                        BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/16/23 MLC | Correspondence<br>Correspondence with TCC appellate team re response to CA3 petition | .40 | 740.00 |
| 10/16/23 MLC | Correspondence<br>Correspondence with Debtor re certain confidential testimony | .10 | 185.00 |
| 10/18/23 MLC | Conference call(s)<br>Discussion with co-counsel re appellate issues | .40 | 740.00 |
| 10/18/23 DAC | Telephone Call(s) - Creditors Committee<br>Meeting with TCC re appellate strategy and other open issues | .80 | 740.00 |
| 10/20/23 JB | Analysis of Legal Papers<br>Review order granting direct certification of appeal | .20 | 181.00 |
| 10/20/23 JB | Analysis of Legal Papers<br>Review supplemental designation of record filed by AHC on appeal | .20 | 181.00 |
| 10/20/23 MLC | Review Documents<br>Review of Draft notice of supplemental designations and order re direct appeal | .30 | 555.00 |
| 10/20/23 MRM | Research<br>Research in connection with appellate strategy. | 3.60 | 2,250.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                          July 19, 2024
Page 22                                                              BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/27/23 AW | Filing Papers at Court<br>File NOA for MLC and ACS in 3rd Circuit appeal | .50 | 197.50 |
| 10/27/23 MLC | Preparation of Documents<br>Filing of NOAs in CA3 | .10 | 185.00 |
| 10/30/23 JB | Analysis of Legal Papers<br>Review AHC motion to supplement record on appeal | .20 | 197.00 |
| 11/02/23 JSF | Examine Documents<br>Review of Update on Appeals Timetable and Open Issues | .20 | 223.00 |
| 11/02/23 JB | Analysis of Legal Papers<br>Review notice from third circuit re: appeal schedule/consolidation of briefing | .20 | 197.00 |
| 11/03/23 JSF | Examine Documents<br>Review of Updates re: Appeals Status | .30 | 334.50 |
| 11/03/23 JB | Analysis of Legal Papers<br>Review appeal update | .20 | 197.00 |
| 11/06/23 JB | Analysis of Legal Papers<br>Review LTL appeal issues/potential Supreme Court review issues | .30 | 295.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  93174/0902                                        July 19, 2024
Page 23                                                           BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/09/23 JB | Analysis of Legal Papers Review 3rd Circuit notice re: joint stipulation of facts/procedural history for appeal | .20 | 197.00 |
| 11/09/23 ACS | Preparation of Legal Papers Review 3rd Cir. re stipulated facts re appeal | .10 | 135.00 |
| 11/10/23 JB | Analysis of Legal Papers Review appeal status and follow-up re: clarification of clerk's order | .20 | 197.00 |
| 11/10/23 ACS | Conference(s) w/ CoCounsel - Other Zoom meet with J Lampken, J Massey, D Molton, M Winograd, D Stolz and MLC re 3rd Cir. clerk's order in connection with appeal | .30 | 405.00 |
| 11/13/23 JB | Analysis of Legal Papers Review emails regarding appeal schedule/oral argument with court | .20 | 197.00 |
| 11/13/23 MLC | Correspondence Correspondence with appellate team re argument and briefing schedule for CA3 | .50 | 925.00 |
| 11/17/23 JB | Analysis of Legal Papers Review additional notices from court and other filings in appeal to obtain status | .30 | 295.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                     July 19, 2024
Page 24                                                         BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/22/23 JB | Analysis of Legal Papers Review update to appeal briefing schedule | .20 | 197.00 |
| 11/22/23 MLC | Review Documents Review of joint motion re scheduling/appeal | .80 | 1,480.00 |
| 11/28/23 JB | Analysis of Legal Papers Review 3rd Circuit order with briefing schedule | .20 | 197.00 |
| 12/05/23 JB | Analysis of Legal Papers Review status of appendix submissions/schedule | .40 | 394.00 |
| 12/13/23 JB | Analysis of Legal Papers Review appendix/scheduling issues | .40 | 394.00 |
| 12/14/23 JSF | Examine Documents Review of LTL and AHC Opening Briefs to Circuit | 1.40 | 1,561.00 |
| 12/14/23 JB | Analysis of Legal Papers Review LTL appellate opening brief | 1.10 | 1,083.50 |
| 12/14/23 ACS | Analysis of Appellate brief Review and annotate response points re LTL appellate brief | 1.80 | 2,430.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

Client/Matter:  93174/0902                                      July 19, 2024
Page 25                                                         BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/14/23 ACS | Analysis of Appellate brief<br>Review and annotate response points re Ad Hoc appellate brief | 1.20 | 1,620.00 |
| 12/14/23 DAC | Review/analyze<br>Review and analyze debtor and AHC appellate briefs. | 1.70 | 1,734.00 |
| 12/15/23 ACS | Review/correct Opposing app. brief<br>Review draft TCC opp brief and annotate comments | 1.70 | 2,295.00 |
| 12/20/23 JB | Analysis of Legal Papers<br>Review status of third circuit appeal including order on sealing of documents | .30 | 295.50 |
| 01/02/24 JB | Analysis of Legal Papers<br>Review appeal status/briefing schedule | .30 | 295.50 |
| 01/03/24 JB | Analysis of Legal Papers<br>Assess appeal status. | .30 | 295.50 |
| 01/10/24 DAC | Review/analyze<br>Review, comment on, and revise merits brief for appeal to Third Circuit | 5.90 | 6,018.00 |
| 01/12/24 JB | Analysis of Memorandum<br>Review appeal issues in view of conversion of LTL to LLT | .30 | 295.50 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                          July 19, 2024
Page 26                                                              BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/12/24 JB | Analysis of Legal Papers<br>Review co-counsel comments to draft appellate brief | .50 | 492.50 |
| 01/12/24 ACS | Review/correct Legal doc for appeal<br>Review draft appeal brief and insert edits and comments | 3.20 | 4,320.00 |
| 01/12/24 ACS | Correspondence w/CoCounsel - Other<br>Email to appellate team re appellate brief | .20 | 270.00 |
| 01/19/24 JB | Analysis of Legal Papers<br>Review draft TCC appellate brief | .60 | 591.00 |
| 01/24/24 JSF | Telephone Call(s)<br>Participate in Call with Counsel for States re: Update and Appellate Position | .30 | 334.50 |
| 01/25/24 ACS | Review/correct Opposing app. brief<br>Review and insert edits into revised TCC appellee brief | 2.30 | 3,105.00 |
| 01/26/24 JB | Analysis of Legal Papers<br>Review final filed TCC brief to third Circuit | .80 | 788.00 |
| 01/26/24 JB | Analysis of Legal Papers<br>Review US Trustee brief to the Third Circuit | .70 | 689.50 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                                July 19, 2024
Page 27                                                     BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01/29/24 JSF | Examine Documents<br>Review of TCC Appellate Brief | 1.40 | 1,561.00 |
| 01/29/24 JSF | Examine Documents<br>Review of UST Response Brief re: MTD Appeal | .70 | 780.50 |
| 02/14/24 JB | Analysis of Legal Papers<br>Review emails re: appellate<br>schedule/timing of reply briefs and issues | .30 | 295.50 |
| 02/14/24 MLC | Conference call(s)<br>Conference call with appellate counsel re<br>strategy and next steps | .10 | 185.00 |
| 02/16/24 JB | Analysis of Legal Papers<br>Review Debtors/AHC reply brief to TCC<br>appellate brief | 1.50 | 1,477.50 |
| 02/16/24 JB | Analysis of Correspondence<br>Review letter from appellate court re: oral<br>argument | .20 | 197.00 |
| 02/17/24 MLC | Review Documents<br>Review of debtors' reply on appeal | 1.30 | 2,405.00 |
| 02/17/24 MLC | Review Documents<br>Review of AHC's reply on appeal | .80 | 1,480.00 |
| 02/19/24 ACS | Analysis of Legal doc for appeal<br>Review LTL appellant reply brief | .70 | 945.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                      July 19, 2024
Page 28                                                         BILL NO. 240867

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02/19/24<br>ACS | Analysis of Legal doc for appeal<br>Review AHC appellant reply brief | .30 | 405.00 |
| 02/20/24<br>JSF | Examine Documents<br>Review of LTL Reply Brief to Third Circuit | 1.10 | 1,226.50 |
| 02/20/24<br>JSF | Examine Documents<br>Review of AHC Reply Brief to Third Circuit | .40 | 446.00 |
| 03/05/24<br>JB | Analysis of Legal Papers<br>Review Third Circuit argument<br>schedule/appeal status | .20 | 197.00 |
| 03/06/24<br>MLC | Correspondence<br>Correspondence with appellate team re<br>appellate strategy | .30 | 555.00 |
| 03/07/24<br>JB | Analysis of Legal Papers<br>Review decision re: creditors committee<br>standing and potential letter to Third<br>Circuit on appeal | .40 | 394.00 |
| 03/07/24<br>MLC | Revision of Documents<br>Review and revision to draft 28(j) letter<br>on appeal | 1.00 | 1,850.00 |
| 03/08/24<br>JB | Analysis of Legal Papers<br>Review Bestwell motion to dismiss and<br>assess interplay with LTL appeal | .50 | 492.50 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

Client/Matter:  93174/0902                              July 19, 2024
Page 29                                                 BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 03/13/24 JB | Analysis of Legal Papers<br>Review final Rule 28(j) letter filed with appellate court and underlying new authority. | .50 | 492.50 |
| 03/20/24 JB | Analysis of Legal Papers<br>Review LTL response to Committee continuation in connection with appreal case | .30 | 295.50 |
| 04/01/24 MLC | Review Documents<br>Review of dismissal of appeal with respect to dismissal order to District Court | .10 | 185.00 |
| 04/03/24 JB | Analysis of Legal Papers<br>Review case update/appeal status and updates | .20 | 197.00 |
| 04/03/24 MLC | Telephone Call(s)<br>Telephone call with appellate team re status of pending appeal | .10 | 185.00 |
| 04/09/24 JB | Analysis of Legal Papers<br>Review appeal status | .30 | 295.50 |
| 04/10/24 MLC | Conference call(s)<br>Follow up telcon with appellate counsel re updates and general status | .10 | 185.00 |
| 04/16/24 JB | Analysis of Legal Papers<br>Review appeal status/argument scheduling | .20 | 197.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  93174/0902                                    July 19, 2024
Page 30                                                       BILL NO. 240867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/23/24 JB | Analysis of Legal Papers<br>Review status of oral argument/appeal status | .20 | 197.00 |
| 04/30/24 JB | Analysis of Legal Papers<br>Review appeal status/argument scheduling by circuit court | .20 | 197.00 |
| 05/01/24 JB | Analysis of Legal Papers<br>Review J&J announcement re: prepack and assess impact on appeal | .30 | 295.50 |
| 05/01/24 MLC | Review Documents<br>Review report from appellate counsel re appeal status update | .10 | 185.00 |
| 05/08/24 MLC | Review Documents<br>Review appeal status update from appellate counsel | .10 | 185.00 |
| 05/13/24 JB | Analysis of Legal Papers<br>Review status of third circuit appeal/argument date and timing of decision | .20 | 197.00 |
| 05/14/24 MLC | Telephone Call(s)<br>Telephone call with appellate counsel re appeal issues | .10 | 185.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   93174/0902                              July 19, 2024
Page 31                                                  BILL NO. 240867

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 05/17/24<br>MLC | Conference call(s)<br>Conference call with appellate co-counsel<br>re next steps in appeal | .30 | 555.00 |
| 05/20/24<br>JB | Analysis of Legal Papers<br>Review appeal status and status of third<br>filing | .20 | 197.00 |
| 05/29/24<br>JB | Analysis of Legal Papers<br>Review third circuit docket for appeal<br>update | .20 | 197.00 |
| 06/05/24<br>SPB | Miscellaneous<br>Analysis of Red River plan and disclosure<br>statement regarding potential impact on<br>appeal | .20 | 280.00 |
| 06/27/24<br>JB | Analysis of Legal Papers<br>Review status of Third Circuit appeal from<br>dismissal order/arguments | .20 | 197.00 |
| 07/03/24<br>MLC | Conference call(s)<br>Conference call with appellate co-counsel<br>re status of appeal | .10 | 185.00 |
| 07/17/24<br>MLC | Conference call(s)<br>Conference call with appellate co-counsel<br>re text order from Third Circuit | .70 | 1,295.00 |

TOTAL PHASE L0018                                70.40        $84,978.50

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                    July 19, 2024
Page 32                                                       BILL NO. 240867

|  | DATE | | | |
|---|---|---|---|---|
| ATTORNEY | DESCRIPTION | | HOURS | AMOUNT |

TOTAL FOR SERVICES        $126,284.50

# EXHIBIT H
## Summary of Expenses

## SUMMARY OF EXPENSE REIMBURSEMENT
## REQUESTED FOR FINAL PERIOD[1] BY CATEGORY

| CATEGORY | AMOUNT |
|---|---|
| Electronic Research | $1,452.53 |
| Transportation | $484.38 |
| Travel-Out of Town-Lodging, etc. | $633.91 |
| **TOTAL DISBURSEMENTS:** | **$2,570.82** |

---

[1]    Otterbourg did not incur any expenses during the Interim Period.

# **EXHIBIT I**
## **Computer Generated Expense Detail**

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  93174/0902                                    July 19, 2024
Page 33                                                       BILL NO. 240867

DISBURSEMENTS FOR YOUR ACCOUNT

    Electronic Research                                       1,452.53

    Transportation                                             484.38

    Travel-Out of Town-lodging,etc                             633.91
                                                            _____

                                        TOTAL DISBURSEMENTS     2,570.82