**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE: LTL Management LLC                    APPLICANT: Massey & Gail LLP

CASE NO.: 23-12825 (MBK)                    CLIENT: Official Committee of Talc Claimants

CHAPTER: 11                                 CASE FILED: April 4, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

## SECTION I
## FEE SUMMARY

Tenth Post Dismissal Monthly Fee Statement Covering the Period
June 1, 2024 Through June 30, 2024

Post Dismissal Monthly Fee Statement No. 10

Summary of Accounts Requested for the Period from June 1, 2024 through June 30, 2024 (the "Tenth Post Dismissal Statement Period"):

| | |
|---|---|
| Total fees: | $ 75,022.00 |
| Total disbursements: | $ 0.00 |
| Minus 20% Holdback of Fees: | $ 15,004.40 |
| Amount Sought at this Time: | $ 60,017.60 |

6796259.1

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Jonathan Massey | 1992 | $1,220.00 | 40.5 | $49,410.00 |
| Bret Vallacher | 2014 | $815.00 | 1.1 | $896.50 |
| Matthew Layden | 2019 | $535.00 | 44.1 | $23,593.50 |
| Rob Aguirre | N/A | $340.00 | 3.3 | $1,122.00 |
| **TOTAL FEES** | | | | $75,022.00 |
| **BLENDED RATE** | | $842.94 | 89.0 | |

Pursuant to the Amended Fee Procedures Order, currently requested fees are net of a 20% holdback. A request for the holdback amount will be included in the next interim fee application:

| | |
|---|---|
| Fees | $ 75,022.00 |
| Less: Holdback (20%) | -$ 15,004.40 |
| Total Fees Currently Payable | $ 60,017.60 |
| Add: Disbursements | $ 0.00 |
| **Total Payable This Invoice** | $ 60,017.60 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---:|---:|
| Case Administration (B110) | 1.9 | $1,994.00 |
| Fee/Employment Application (B160) | 6.4 | $4,150.50 |
| Appellate Briefs (L520) | 80.7 | $68,877.50 |
|  |  |  |
| **TOTAL** | **89.0** | **$75,022.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---:|
|  | 0.00 |
| **TOTAL DISBURSEMENTS** | **$0.00** |

I certify under penalty of perjury that the foregoing is true and correct.

/s/*Jonathan S. Massey*
Jonathan S. Massey

Dated:  July 24, 2024

3