# EXHIBIT A
# TIME DETAIL

4



50 E. Washington St.  
Suite 400  
Chicago, IL 60602  
(312) 283-1590

1000 Maine Ave. SW  
Suite 450  
Washington, D.C. 20024  
(202) 652-4511

# PRIVILEGED & CONFIDENTIAL

July 23, 2024

**Official Committee of Talc Claimants**  
In re LTL Management, No 23-12825  
United States Bankruptcy Court for the District of New Jersey

Invoice Period: 06-01-2024 - 06-30-2024

**RE: LTL Management Bankruptcy Official TCC II**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-03-2024 | JSM | L520 - Appellate Briefs | 0.20 | 1,220.00 | 244.00 |
| | | Telephone conference with TCC counsel re implications of third bankruptcy solicitation for pending CA3 appeal. | | | |
| 06-03-2024 | JSM | L520 - Appellate Briefs | 3.60 | 1,220.00 | 4,392.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 06-04-2024 | JSM | L520 - Appellate Briefs | 2.90 | 1,220.00 | 3,538.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 06-05-2024 | JSM | L520 - Appellate Briefs | 3.30 | 1,220.00 | 4,026.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 06-05-2024 | BV | B110 - Case Administration | 0.50 | 815.00 | 407.50 |
| | | Weekly Committee Meeting re updates from appeal to Third Circuit. | | | |
| 06-05-2024 | JSM | B110 - Case Administration | 0.50 | 1,220.00 | 610.00 |
| | | Zoom with TCC members and representatives to discuss appeal and next steps. | | | |
| 06-05-2024 | JSM | L520 - Appellate Briefs | 0.20 | 1,220.00 | 244.00 |
| | | Email communication among TCC counsel re implications of Supreme Court Truck Insurance decision for CA3 appeal. | | | |
| 06-05-2024 | ML | L520 - Appellate Briefs | 4.60 | 535.00 | 2,461.00 |
| | | Researching legal issues related to mootness for CA3 appeal. | | | |
| 06-06-2024 | ML | B160 - Fee/Employment Application | 0.80 | 535.00 | 428.00 |
| | | Revising May 2024 invoice. | | | |
| 06-06-2024 | ML | L520 - Appellate Briefs | 3.20 | 535.00 | 1,712.00 |
| | | Researching legal issues related to mootness for CA3 appeal. | | | |
| 06-06-2024 | JSM | L520 - Appellate Briefs | 3.70 | 1,220.00 | 4,514.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 06-07-2024 | JSM | L520 - Appellate Briefs | 4.60 | 1,220.00 | 5,612.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 06-07-2024 | ML | L520 - Appellate Briefs | 6.60 | 535.00 | 3,531.00 |
| | | Researching legal issues related to mootness for CA3 appeal. | | | |
| 06-10-2024 | ML | L520 - Appellate Briefs | 7.40 | 535.00 | 3,959.00 |
| | | Researching legal issues related to mootness for CA3 appeal. | | | |
| 06-10-2024 | JSM | L520 - Appellate Briefs | 1.40 | 1,220.00 | 1,708.00 |
| | | Reviewing mootness research as it relates to pending CA3 appeal. | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-11-2024 | JSM | L520 - Appellate Briefs | 2.90 | 1,220.00 | 3,538.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 06-11-2024 | ML | L520 - Appellate Briefs | 7.10 | 535.00 | 3,798.50 |
| | | Researching legal issues related to mootness for CA3 appeal. | | | |
| 06-12-2024 | ML | L520 - Appellate Briefs | 6.80 | 535.00 | 3,638.00 |
| | | Researching legal issues related to mootness for CA3 appeal. | | | |
| 06-12-2024 | JSM | B160 - Fee/Employment Application | 1.20 | 1,220.00 | 1,464.00 |
| | | Revising Massey & Gail May invoice. | | | |
| 06-12-2024 | JSM | L520 - Appellate Briefs | 4.30 | 1,220.00 | 5,246.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 06-12-2024 | BV | B110 - Case Administration | 0.30 | 815.00 | 244.50 |
| | | Weekly Committee Meeting re updates from appeal to Third Circuit. | | | |
| 06-12-2024 | JSM | B110 - Case Administration | 0.30 | 1,220.00 | 366.00 |
| | | Weekly Committee Meeting re updates from appeal to Third Circuit. | | | |
| 06-13-2024 | JSM | L520 - Appellate Briefs | 4.60 | 1,220.00 | 5,612.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 06-13-2024 | JSM | B160 - Fee/Employment Application | 0.50 | 1,220.00 | 610.00 |
| | | Reviewing final Massey & Gail May invoice. | | | |
| 06-13-2024 | ML | L520 - Appellate Briefs | 7.30 | 535.00 | 3,905.50 |
| | | Drafting memorandum regarding legal issues related to mootness for CA3 appeal. | | | |
| 06-14-2024 | JSM | L520 - Appellate Briefs | 2.10 | 1,220.00 | 2,562.00 |
| | | Drafting TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 06-17-2024 | JSM | L520 - Appellate Briefs | 3.60 | 1,220.00 | 4,392.00 |
| | | Revising TCC memo analyzing mootness issues regarding CA3 appeal. | | | |
| 06-17-2024 | RA | B160 - Fee/Employment Application | 1.10 | 340.00 | 374.00 |
| | | Draft M&G monthly fee application for May 2024. | | | |
| 06-17-2024 | RA | B160 - Fee/Employment Application | 0.30 | 340.00 | 102.00 |
| | | Finalize M&G monthly fee application for May 2024 for submission. | | | |
| 06-18-2024 | RA | B160 - Fee/Employment Application | 0.20 | 340.00 | 68.00 |
| | | Communications with BG regarding M&G's monthly fee application. | | | |
| 06-18-2024 | JSM | B160 - Fee/Employment Application | 0.30 | 1,220.00 | 366.00 |
| | | Discussion with M. Layden re fee application procedures. | | | |
| 06-18-2024 | ML | B160 - Fee/Employment Application | 0.30 | 535.00 | 160.50 |
| | | Discussion with J. Massey re fee application procedures. | | | |
| 06-20-2024 | RA | B160 - Fee/Employment Application | 1.20 | 340.00 | 408.00 |
| | | Review materials in preparation of filing First Post Dismissal Interim Fee Application. | | | |
| 06-20-2024 | RA | B160 - Fee/Employment Application | 0.50 | 340.00 | 170.00 |
| | | Draft M&G First Post Dismissal Interim Fee Application for hold-back amounts. | | | |
| 06-26-2024 | JSM | B110 - Case Administration | 0.30 | 1,220.00 | 366.00 |
| | | Zoom with TCC members and representatives to discuss appeal and next steps. | | | |
| 06-27-2024 | BV | L520 - Appellate Briefs | 0.30 | 815.00 | 244.50 |
| | | Reviewing team's analysis of Purdue Bankruptcy Supreme Court opinion issued today. | | | |
| | | **Total** | | | 75,022.00 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Bret Vallacher | 1.10 | 896.50 |
| Jonathan Massey | 40.50 | 49,410.00 |
| Matthew Layden | 44.10 | 23,593.50 |
| Rob Aguirre | 3.30 | 1,122.00 |
| | Total: | 75,022.00 |

**Total for this Invoice:** 75,022.00