UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 23-2971 and 23-2972
_____

IN RE: LTL MANAGEMENT LLC,

Debtor

LTL Management LLC,

Appellant in No. 23-2971


IN RE: LTL MANAGEMENT, LLC,
Debtor


Ad Hoc Committee of Supporting Counsel,

Appellant in No. 23-2972

_____

Appeal from the United States Bankruptcy Court
for the District of New Jersey
(Bankruptcy Court No. 23-bk-12825)
Bankruptcy Judge: Honorable Michael B. Kaplan

_____

Submitted under Third Circuit L.A.R. 34.1(a)
on July 17, 2024

## **JUDGMENT**

These cases came to be heard on the record from the United States Bankruptcy

Court and were submitted under Third Circuit L.A.R. 341(a) on July 17, 2024.

On consideration whereof,

IT IS ORDERED AND ADJUDGED by this Court that the order of the United States Bankruptcy Court entered August 11, 2023, is hereby **AFFIRMED**.

Costs will be taxed against appellants.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: July 25, 2024July 25, 2024