UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on July 29, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

In re:
LTL MANAGEMENT LLC,[1]

Case No.: _____23-12825 (MBK)_____

Hearing Date: _____

Judge: _____Michael B,. Kaplan_____

Chapter: _____11_____

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 29, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 533-1112<br>*Local Counsel for the Official*<br>*Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>jjonas@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>jmassey@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Co-Counsel for the Official Committee of Talc*<br>*Claimants* | **OTTERBOURG PC** Melanie<br>L. Cyganowski, Esq. Sunni P.<br>Beville, Esq. Jennifer S.<br>Feeney, Esq. Adam C.<br>Silverstein, Esq.<br>mcyganowski@otterbourg.com<br>sbeville@otterbourg.com<br>jfeeney@otterbourg.com<br>asilverstein@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official*<br> *Committee of Talc Claimants* |

Debtor:     LTL Management LLC
Case No.:   23-12825(MBK)
Caption:    Interim Order Awarding Fees to Brown Rudnick LLP

---

**THIS MATTER**, having come before the Court upon the *First Interim Post-Dismissal Application of Brown Rudnick LLP, as Co-Counsel for the Official Committee of Talc Claimants, for Allowance of Compensation and Reimbursement of Expenses From August 12, 2023 through March 31, 2024* (the Application"); and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having been informed that the Debtor and Brown Rudnick have reached an agreement with regard to a resolution of the Debtor's reservation of rights to Brown Rudnick's fees, and the Court having reviewed such proposed resolution, and finds good cause for the entry of the within Order.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Brown Rudnick's Application for allowance of compensation for services rendered in the aggregate amount of $1,144,783.50 and reimbursement of expenses in the aggregate amount of $95,774.77 incurred from August 12, 2023 through March 31, 2024, shall be allowed as set forth herein.

2. Brown Rudnick shall be allowed fees in the amount of $959,783.50 and reimbursement of expenses in the amount of $94,202.55.

3. The Debtor reserves its rights, claims, defenses and remedies with respect to Brown Rudnick's final fee application to be filed at a later date.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.