# Exhibit A

# MOLOLAMKEN

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14736
July 30, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**INVOICE**
**For Services Through June 30, 2024**

2023-002: LTL Management / J&J Bankruptcy II

**Professional Fees**

| Date | Professional | Description | Hours |
|---|---|---|---|
| 6/5/2024 | Lamken | Committee meeting. | 0.30 |
| 6/6/2024 | Lamken | Emails with team regarding additional authority. | 0.20 |
| 6/7/2024 | Rubin | Finalize April 2024 fee application. | 0.40 |
| 6/12/2024 | Lamken | Committee meeting. | 0.30 |
| 6/12/2024 | Rubin | Attend talc claimants' committee meeting. | 0.30 |
| 6/14/2024 | Rubin | Prepare and finalize invoice. | 1.10 |
| 6/14/2024 | Rubin | Review Supreme Court bankruptcy case law. | 0.30 |
| 6/16/2024 | Rubin | Prepare Second Interim Fee Application. | 3.60 |
| 6/17/2024 | Rubin | Emails with B. Wiltgen re: invoice. | 0.20 |
| 6/21/2024 | Rubin | Emails to R. Hashem, debtor re: fee applications. | 0.20 |
| 6/26/2024 | Lamken | Committee call. | 0.30 |
| 6/26/2024 | Rubin | Email with B. Wiltgen and debtor re: LEDES file. | 0.20 |
| 6/26/2024 | Rubin | Emails with B. Wiltgen, Y. Miller, and A. Manmadhan re: billing. | 0.10 |
| 6/27/2024 | Lamken | Review new bankruptcy decision. | 1.30 |
| 6/27/2024 | Lamken | Emails with team regarding same. | 0.60 |
| 6/27/2024 | Walker | Review Purdue decision; email re: potential supplemental authority. | 1.30 |
| 6/27/2024 | Rubin | Review and analyze Purdue decision. | 0.50 |
| 6/27/2024 | Rubin | Conference with B. Wiltgen & Y. Miller re: May fees. | 0.30 |
| 6/27/2024 | Hashem | Correspondence with J. Lamken re: 28j letter for Supreme Court's Purdue opinion. | 0.80 |

Total Hours   12.30

Total Fees   $15,335.00

## Timekeeper Summary

| | | |
|---|---|---|
| Rayiner I. Hashem | 0.80 hours at $1,100.00/hr | $880.00 |
| Jeffrey Lamken | 3.00 hours at $1,975.00/hr | $5,925.00 |
| Nathaniel Rubin | 7.20 hours at $950.00/hr | $6,840.00 |
| Lucas Walker | 1.30 hours at $1,300.00/hr | $1,690.00 |

## Payments/Holdbacks

| Date | | Amount |
|---|---|---|
| 7/8/2024 | Cash Application | $2,930.00 |
| 7/29/2024 | Cash Application | $5,148.00 |
| | Sub-total Payments: | $8,078.00 |

## Summary

| | |
|---|---|
| Fees: | $15,335.00 |
| Expenses: | $0.00 |
| Total Current Billing: | $15,335.00 |
| Current Fee Amt To be Pd by Debtor (80%): | $12,268.00 |
| Current Holdback Amount (20%): | $3,067.00 |
| Previous Balance Due: | $163,482.85 |
| **Total Amount Due:** | **$175,750.85** |

MoloLamken LLP                                                                                                              Page: 3

**MoloLamken**

430 Park Avenue, New York, NY 10022
600 New Hampshire Avenue, N.W., Washington, D.C. 20037
300 North LaSalle, Chicago, IL 60654

Invoice No. 14736
July 30, 2024

LTL Management LLC
Official Committee of Talc Claimants
In re LTL Management, LLC
No. 21-30589
United States Bankruptcy Court
   for the District of New Jersey

**REMITTANCE PAGE**
**For Services Through June 30, 2024**

2023-002: LTL Management / J&J Bankruptcy II

| | |
|---|---:|
| Total Fees This Statement: | $15,335.00 |
| Total Expenses This Statement: | $0.00 |
| Total Current Billing: | $15,335.00 |
| Current Amt To be Pd by Debtor (80%): | $12,268.00 |
| Current Holdback Amount (20%): | $3,067.00 |
| Previous Balance Due: | $163,482.85 |
| **Total Now Due:** | **$175,750.85** |

**Please include Matter No. 2023-002 and Invoice No. 14736 in the description when making a payment.**

**Domestic Wire Transfer:**

Account Name: MoloLamken LLP
Bank info: Signature Bank
6400 N. Northwest Hwy
Chicago, IL 60631
Routing Number: 071-026-628
Account Number: [redacted]

**International Wire Transfer:**

Account Name: MoloLamken LLP
Bank info: Wells Fargo Bank
420 Montgomery
San Francisco, CA 94104
Routing Number: 121-000-248
Account Number: [redacted]
International SWIFT: [redacted]

# Exhibit B

# MoloLamken LLP

## ML - Listing Narrative only

| Date | Prof Name | Prof | Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|---|
| 06/05/2024 | Lamken, Jeffrey | JAL | Committee meeting | | T L500 | 0.30 | 1,975.00 | 592.50 |
| 06/06/2024 | Lamken, Jeffrey | JAL | Emails with team regarding additional authority. | | T L500 | 0.20 | 1,975.00 | 395.00 |
| 06/07/2024 | Rubin, Nathaniel | NFR | Finalize April 2024 fee application. | | T B160 | 0.40 | 950.00 | 380.00 |
| 06/12/2024 | Rubin, Nathaniel | NFR | Attend talc claimants' committee meeting. | | T L530 | 0.30 | 950.00 | 285.00 |
| 06/12/2024 | Lamken, Jeffrey | JAL | Committee meeting | | T L500 | 0.30 | 1,975.00 | 592.50 |
| 06/14/2024 | Rubin, Nathaniel | NFR | Prepare and finalize invoice. | | T B160 | 1.10 | 950.00 | 1,045.00 |
| 06/14/2024 | Rubin, Nathaniel | NFR | Review Supreme Court bankruptcy case law. | | T L530 | 0.30 | 950.00 | 285.00 |
| 06/16/2024 | Rubin, Nathaniel | NFR | Prepare Second Interim Fee Application. | | T B160 | 3.60 | 950.00 | 3,420.00 |
| 06/17/2024 | Rubin, Nathaniel | NFR | Emails with B. Wiltgen re: invoice. | | T B160 | 0.20 | 950.00 | 190.00 |
| 06/21/2024 | Rubin, Nathaniel | NFR | Emails to R. Hashem, debtor re: fee applications. | | T B160 | 0.20 | 950.00 | 190.00 |
| 06/26/2024 | Rubin, Nathaniel | NFR | Email with B. Wiltgen and debtor re: LEDES file. | | T B160 | 0.20 | 950.00 | 190.00 |
| 06/26/2024 | Rubin, Nathaniel | NFR | Emails with B. Wiltgen, Y. Miller, and A. Manmadhan re: billing. | | T B160 | 0.10 | 950.00 | 95.00 |
| 06/26/2024 | Lamken, Jeffrey | JAL | Committee call | | T L500 | 0.30 | 1,975.00 | 592.50 |
| 06/27/2024 | Rubin, Nathaniel | NFR | Review and analyze Purdue decision. | | T L530 | 0.50 | 950.00 | 475.00 |
| 06/27/2024 | Walker, Lucas | LMW | Review Purdue decision; email re: potential supplemental authority. | | T L500 | 1.30 | 1,300.00 | 1,690.00 |

# MoloLamken LLP

## ML - Listing Narrative only

| Date | Prof Name | Prof | Narrative | Activity Code | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|---|---|
| 06/27/2024 | Rubin, Nathaniel | NFR | Conference with B. Wiltgen & Y. Miller re: May fees. | T | B160 | 0.30 | 950.00 | 285.00 |
| 06/27/2024 | Lamken, Jeffrey | JAL | Review new bankruptcy decision | T | L500 | 1.30 | 1,975.00 | 2,567.50 |
| 06/27/2024 | Hashem, Rayiner | RIH | Correspondence with J. Lamken re: 28j letter for Supreme Court's Purdue opinion. | T | L500 | 0.80 | 1,100.00 | 880.00 |
| 06/27/2024 | Lamken, Jeffrey | JAL | Emails with team regarding same | T | L500 | 0.60 | 1,975.00 | 1,185.00 |
| | | | | | **Grand Total:** | 12.30 | | $15,335.00 |