<table>
<tr><td colspan="2"><strong>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY</strong></td></tr>
</table>

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 533-1112<br>*Local Counsel for the Official*<br>*Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>Kenneth J. Aulet, Esq.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>kaulet@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br>And-<br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Co-Counsel for the Official*<br>*Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Brett Vallacher, Esq.<br>jmassey@masseygail.com<br>bvallacher@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Co-Counsel for the Official Committee of Talc*<br>*Claimants* |
| In re:<br>LTL MANAGEMENT, LLC,[1]<br><br>                              Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

---

[1]      The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION REGARDING
POST-DISMISSAL MONTHLY FEE STATEMENT FOR GENOVA BURNS LLC,
LOCAL COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS
FOR THE PERIOD OF JUNE 2024
DOCUMENT NO. 1796**

The Court authorized, under D.N.J. LBR 2016-3(a), the Order Establishing Procedures for

Interim Compensation and Reimbursement of Retained Professionals [Dkt. No. 562],

compensation to professionals on a monthly basis. Under said Order, objections to the Monthly

Fee Statement filed on July 17, 2024 were to be filed and served not later than July 31, 2024.

I, Daniel M. Stolz, Esq. certify that, as of August 1, 2024, I have reviewed the court's

docket in this case and no answer, objection, or other responsive pleading to the above Monthly

Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the

applicant upon the filing of this Certification.

Date:  August 1, 2024                            */s/ Daniel M. Stolz*
                                                              DANIEL M. STOLZ