UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>LTL Management LLC | Case No.: 23-12825<br><br>Chapter: 11<br><br>Hearing Date: 8/29/2024 at 10:00am<br><br>Michael B. Kaplan |

# NOTICE OF INTENTION TO CLOSE CASE

TO:   DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Dismissing this Chapter 11 case was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case. The case shall be closed on or after August 22, 2024 unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date:       August 29, 2024
Time:       10:00 am
Location:   United States Bankruptcy Court
            402 East State Street
            Trenton, New Jersey 08608

DATED: August 1, 2024

JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*