| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 533-0777<br>Fax: (973) 533-1112<br>*Local Counsel for the Official Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Brett Vallacher, Esq.<br>jmassey@masseygail.com<br>bvallacher@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Co-Counsel for the Official Committee of Talc Claimants* |
| In re:<br>LTL MANAGEMENT, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

## TWELFTH POST-DISMISSAL MONTHLY FEE STATEMENT OF GENOVA BURNS LLC, AS LOCAL COUNSEL TO OFFICIAL COMMITTEE OF TALC CLAIMANTS, FOR THE PERIOD JULY 1, 2024 THROUGH JULY 31, 2024

GENOVA BURNS LLC ("Genova") submits this Twelfth Post-Dismissal Monthly Fee Statement for Services Rendered and Expenses Incurred as Local Counsel to the Official Committee of Talc Claimants (the "Statement") for the period commencing July 1, 2024 and ending July 31, 2024 (the "Twelfth Post-Dismissal Statement Period"), pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals entered on May 22, 2023 (the "Interim Compensation Order").

The billing invoices for the Statement Period are annexed hereto as Exhibit "A".  These invoices detail the services performed.  The fees and expenses sought in the within Statement Period is as follows:

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

| Total Monthly Fees | Less 20% (holdback on appellate work) | 50% payment of non-appellate work | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|---|
| $33,547.50 | ($4,552.00    )<br>20% of $22,760.00 | $5,393.75<br>(50% of $10,787.50) | $23,601.75 | $0.00 |

WHEREFORE, Genova respectfully requests interim payment of fees for this Statement Period in the sum $23,601.75, together with expenses of $0.00, for a total requested interim payment of $23,601.75, in accordance with the terms of the Interim Compensation Order.

                                      **GENOVA BURNS LLC**
                                      *Local Counsel to Official Committee*
                                      *of Talc Claimants*

Dated: August 13, 2024              By:    /s/ Daniel M. Stolz
                                                   DANIEL M. STOLZ