# EXHIBIT A

GENOVA BURNS LLC

August 13, 2024
Invoice No.:    522368

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/01/24 | DMS | B110 | Emails regarding impact of Purdue Decision on appeal. | .30 | 900.00 | 270.00 |
| 7/01/24 | DMS | B110 | Review Grimm Update (50%) | .20 | 900.00 | 180.00 |
| 7/02/24 | DMS | B110 | Email to TCC regarding NJ decision on libel claims (50%) | .30 | 900.00 | 270.00 |
| 7/02/24 | DMS | B110 | Review Grimm daily update (50%). | .20 | 900.00 | 180.00 |
| 7/02/24 | DMS | B110 | Review and file Molo Monthly fees (50%). | .20 | 900.00 | 180.00 |
| 7/02/24 | DWC | B110 | Coordinate committee call | .60 | 700.00 | 420.00 |
| 7/02/24 | LD | B160 | Prepare and file CNO re GB May fee statement. | .50 | 275.00 | 137.50 |
| 7/03/24 | DMS | B110 | Review and file Molo Monthly (50%). | .20 | 900.00 | 180.00 |
| 7/03/24 | DMS | B110 | TCC Call. | .50 | 900.00 | 450.00 |
| 7/03/24 | DWC | B110 | Member update call with status of third circuit ruling and expected next steps | .80 | 700.00 | 560.00 |
| 7/03/24 | LD | B160 | File and serve MoloLamken May fee statement; prepare and file COS. | .60 | 275.00 | 165.00 |
| 7/03/24 | LD | B160 | Prepare and file CNOs for BR, MG and MT. | 1.00 | 275.00 | 275.00 |
| 7/09/24 | LD | B160 | Prepare and file CNO re Otterbourg April fee statement. | .50 | 275.00 | 137.50 |
| 7/10/24 | DMS | B110 | TCC call. | .40 | 900.00 | 360.00 |
| 7/10/24 | DMS | B110 | Review King & Spalding letter regarding Hale Nelson and discuss with co-counsel (50%). | .40 | 900.00 | 360.00 |
| 7/10/24 | LD | B160 | Prepare draft June fee statement for MT. | .50 | 275.00 | 137.50 |
| 7/11/24 | DMS | B110 | Review Grimm update (50%). | .20 | 900.00 | 180.00 |
| 7/12/24 | DMS | B110 | Review Grimm update with MTD (50%). | .30 | 900.00 | 270.00 |
| 7/12/24 | DWC | B110 | Rvw M&G interim fee application for filing | .60 | 700.00 | 420.00 |

GENOVA BURNS LLC

August 13, 2024
Invoice No.:    522368

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/13/24 | DMS | B110 | Calls and emails regarding BR resign (50%). | .30 | 900.00 | 270.00 |
| 7/15/24 | DMS | B110 | Emails with Massey and Lorrie regarding fees (50%). | .30 | 900.00 | 270.00 |
| 7/15/24 | DMS | B110 | Review Grimm report (50%). | .20 | 900.00 | 180.00 |
| 7/15/24 | LD | B160 | Prepare draft GB June fee statement. | 1.00 | 275.00 | 275.00 |
| 7/15/24 | LD | B160 | File MG first interim post dismissal fee application period 8.12.23 thru 5.31.24 | .50 | 275.00 | 137.50 |
| 7/16/24 | DMS | B110 | Review article and pleadings regarding Cyprus/Imerys Plan (50%). | .30 | 900.00 | 270.00 |
| 7/17/24 | DMS | B110 | TCC call. | .70 | 900.00 | 630.00 |
| 7/17/24 | DMS | B110 | Review 3rd Circuit Order and emails with team. | .60 | 900.00 | 540.00 |
| 7/17/24 | DMS | B110 | Emails regarding withdrawal of BR and OTT as counsel for TCC II (50%). | .40 | 900.00 | 360.00 |
| 7/17/24 | DMS | B110 | Email with Court and BR regarding July 29h hearing (50%). | .30 | 900.00 | 270.00 |
| 7/17/24 | DMS | B110 | Emails with Melanie and Molton regarding withdrawal as counsel and forms (50%) | .40 | 900.00 | 360.00 |
| 7/17/24 | LD | B160 | File and serve GB June fee statement; prepare and file COS. | .60 | 275.00 | 165.00 |
| 7/17/24 | SSL | B190 | Emails between Chambers of Judge Kaplan, DMS, and Kenneth Aulet regarding July 29 hearing. | .20 | 550.00 | 110.00 |
| 7/17/24 | SSL | B190 | Draft Notice of Withdrawal of Counsel for Otterbourg. Reformat draft from Sunni Beville of Otterbourg, | 1.10 | 550.00 | 605.00 |
| 7/17/24 | SSL | B190 | Search LTL docket for form of withdrawal. Emails between Otterbourg and Brown Rudnick group and DMS regarding withdrawal of counsel and timing of filing. | .70 | 550.00 | 385.00 |
| 7/17/24 | SSL | B190 | Start draft of notice of withdrawal for Brown Rudnick. | .30 | 550.00 | 165.00 |

**GENOVA BURNS LLC**

August 13, 2024
Invoice No.:    522368

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/18/24 | DMS | B110 | Review draft BR and OTT withdrawal and comment. (50%) | .60 | 900.00 | 540.00 |
| 7/18/24 | DMS | B110 | Call with Sponder regarding OTT and BR withdrawal (50%). | .20 | 900.00 | 180.00 |
| 7/18/24 | DMS | B110 | Review Grimm daily report (50%) | .20 | 900.00 | 180.00 |
| 7/18/24 | DMS | B110 | Emails with BR and OTT regarding withdrawal and transition. | .40 | 900.00 | 360.00 |
| 7/18/24 | DWC | B110 | Call with SLS re handoff of member calls from Brown Rudnick; assist with setup and organization of conference call updates | .80 | 700.00 | 560.00 |
| 7/18/24 | LD | B160 | Prepare and file CNO re MoloLamken May fee statement. | .50 | 275.00 | 137.50 |
| 7/18/24 | SSL | B190 | Emails with DMS, DWC, and Lorrie Denson regarding LTL weekly Zoom meetings, e-mail groups, Call with DWC regarding same. | .80 | 550.00 | 440.00 |
| 7/18/24 | SSL | B190 | Email from Sunni Beville of Otterbourg with final notice of withdrawal. Review and reformatting of same. | .60 | 550.00 | 330.00 |
| 7/18/24 | SSL | B190 | Email from Gerard Cicero of Brown Rudnick with final notice of withdrawal. Review and reformatting of same. | .70 | 550.00 | 385.00 |
| 7/18/24 | SSL | B160 | Email from Harriet Cohen of Brown Rudnick regarding first post-dismissal fee order. Review of same. | .20 | 550.00 | 110.00 |
| 7/19/24 | DMS | B110 | Review LTL letter to Third Circuit and emails with appellate team. | .60 | 900.00 | 540.00 |
| 7/19/24 | DMS | B110 | More emails with Appellate team regarding JD letter to Third Circuit. | .30 | 900.00 | 270.00 |
| 7/19/24 | DMS | B110 | Send JD letter to TCC and emails regarding response. | .50 | 900.00 | 450.00 |
| 7/19/24 | DMS | B110 | Work with BR and GB staff regarding uploading TCC contact information and coordinate (50%). | .60 | 900.00 | 540.00 |
| 7/19/24 | LD | B160 | File and serve MT June fee statement; prepare and file COS. | .70 | 275.00 | 192.50 |

GENOVA BURNS LLC

August 13, 2024
Invoice No.:   522368

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/19/24 | SSL | B190 | IT support in creating LTL mailing groups. Conferred with Lorrie Denson as to email group privacy settings. | 1.60 | 550.00 | 880.00 |
| 7/19/24 | SSL | B190 | Review emails between DMS, Massey Gail, Molo Lamken regarding letter filed in LTL appeal and anticipated response. | .30 | 550.00 | 165.00 |
| 7/20/24 | DWC | B110 | Rvw and forward emails from PI plaintiff to LTL, J&J, and TCC to DMS | .30 | 700.00 | 210.00 |
| 7/22/24 | DMS | B110 | Review Porto decision and circulate and summary of Insurance hearing (50%). | .50 | 900.00 | 450.00 |
| 7/22/24 | DMS | B110 | Review draft reply to JD letter and emails regarding same. | .60 | 900.00 | 540.00 |
| 7/22/24 | LD | B160 | File MoloLamken second interim fee application. | .50 | 275.00 | 137.50 |
| 7/22/24 | SSL | B190 | Review LTL group email from DMS. | .20 | 550.00 | 110.00 |
| 7/22/24 | SSL | B190 | Emails between Jeffrey Lamkin of Lomolaken, Jonathan Massey of Massey & Gail, and DMS regarding response to LTL's letter concerning Purdue. Review initial draft and edits of same. | .60 | 550.00 | 330.00 |
| 7/22/24 | SSL | B160 | Follow up email from Harriet Cohen of Brown Rudnick regarding first post-dismissal fee order. | .10 | 550.00 | 55.00 |
| 7/23/24 | DMS | B110 | Review and send BR and OTT resignation letter to TCC. | .30 | 900.00 | 270.00 |
| 7/23/24 | DMS | B110 | File and send to Court BR and OTT resignation notices. | .30 | 900.00 | 270.00 |
| 7/23/24 | DMS | B110 | Emails with TCC and co-counsel regarding reply to J&J Purdue letter. | .40 | 900.00 | 360.00 |
| 7/23/24 | DMS | B110 | Review revised Reply to J&J and emails regarding same. | .40 | 900.00 | 360.00 |
| 7/23/24 | DMS | B110 | Review and file Otter Monthly and Final (50%) | .30 | 900.00 | 270.00 |
| 7/23/24 | DWC | B110 | Rvw proposed letter re purdue opinion for submission to docket | .20 | 700.00 | 140.00 |

GENOVA BURNS LLC

August 13, 2024
Invoice No.:    522368

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 7/23/24 | LD | B110 | File notice of withdrawal of counsel for Brown Rudnick and Otterbourg. | .60 | 275.00 | 165.00 |
| 7/23/24 | LD | B160 | File and serve Otterbourg May fee statement; prepare and file COS. | .60 | 275.00 | 165.00 |
| 7/23/24 | LD | B160 | File Otterbourg final fee application. | .50 | 275.00 | 137.50 |
| 7/23/24 | SSL | B190 | Email from Sunni Beville of Otterbourg regarding resignation letter. Review of same. | .20 | 550.00 | 110.00 |
| 7/23/24 | SSL | B190 | Review email between DMS and TCC forwarding resignation letter. Emails to Lorrie Denson regarding filing of notice of withdrawal. | .20 | 550.00 | 110.00 |
| 7/23/24 | SSL | B190 | Review of emails between DMS, DWC, Walker Lucas of MoloLamken, and Johnathan Massey of Massey & Gail regarding filing of Rule 28(j) letter/response. | .20 | 550.00 | 110.00 |
| 7/23/24 | SSL | B190 | Emails to/from DMS, Lorrie Denson, and Maria Sousa regarding weekly Zoom meetings with TCC and members. | .20 | 550.00 | 110.00 |
| 7/23/24 | SSL | B190 | Review of finalized and filed Rule 28(j) letter/response. | .20 | 550.00 | 110.00 |
| 7/23/24 | SSL | B190 | Review email from DMS to TCC/members regarding Response filed to LTL letter and confirmation of Zoom. | .10 | 550.00 | 55.00 |
| 7/23/24 | SSL | B190 | Review email from Joseph Pacelli of WMD and Harriet Cohen of Brown Rudnick regarding form of Brown Rudnick's fee order. | .10 | 550.00 | 55.00 |
| 7/24/24 | DMS | B110 | Coordinate TCC meeting details and send TCC response to LTL Third Circuit letter. | .40 | 900.00 | 360.00 |
| 7/24/24 | DMS | B110 | Emails with WMD regarding Massey fee application. | .20 | 900.00 | 180.00 |
| 7/24/24 | DMS | B110 | Arrange and conduct TCC call. | 1.10 | 900.00 | 990.00 |
| 7/24/24 | DMS | B110 | Review new Two Step legislation and send to TCC (50%). | .40 | 900.00 | 360.00 |
| 7/24/24 | DMS | B110 | Review WSJ article and send to TCC (50%). | .30 | 900.00 | 270.00 |

GENOVA BURNS LLC

August 13, 2024
Invoice No.:    522368

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/24/24 | DMS | B110 | Email with Carter regarding Blue Cross, contacts. | .20 | 900.00 | 180.00 |
| 7/24/24 | LD | B160 | File and serve MG June fee statement; prepare and file COS. | .60 | 275.00 | 165.00 |
| 7/24/24 | SSL | B190 | Receipt/review of new LTL group from DMS for Zoom meetings. | .10 | 550.00 | 55.00 |
| 7/24/24 | SSL | B190 | Email from DMS to LTL Group/Members with Texas Two-Step legislation. Review of same. | .30 | 550.00 | 165.00 |
| 7/25/24 | DMS | B110 | Review Third Circuit Opinion and emails with TCC and co-counsel regarding same. | 1.30 | 900.00 | 1,170.00 |
| 7/25/24 | DMS | B110 | Review WSJ article and send to TCC. | .30 | 900.00 | 270.00 |
| 7/25/24 | DMS | B110 | Emails with Court and counsel regarding BR fee hearing (50%). | .30 | 900.00 | 270.00 |
| 7/25/24 | DMS | B110 | Review Judgment and send to TCC. | .20 | 900.00 | 180.00 |
| 7/25/24 | DMS | B110 | Review Reorganization research article on decision and send to TCC. | .30 | 900.00 | 270.00 |
| 7/25/24 | SSL | B190 | Email from DMS to LTL Group/Members forwarding WSJ article on J&J. Review of same. | .30 | 550.00 | 165.00 |
| 7/25/24 | SSL | B190 | Review emails between Harriet Cohen of Brown Rudnick and Joseph F. Pacelli of WMD and attached proposed orders for Brown Rudnick Fee Order | .20 | 550.00 | 110.00 |
| 7/25/24 | SSL | B190 | Email from Chambers of Judge Kaplan inquiring as to status of July 29 hearing. | .10 | 550.00 | 55.00 |
| 7/25/24 | SSL | B190 | Email from Jeffrey Lamken of MoloLamken forwarding Third Circuit opinion. Review of same. | .40 | 550.00 | 220.00 |
| 7/25/24 | SSL | B190 | Emails from DMS forwarding LTL write up in Law 360 and dismissal of TGP case in Florida. | .30 | 550.00 | 165.00 |
| 7/26/24 | DMS | B110 | More emails with TCC regarding Third Circuit Opinion. | .40 | 900.00 | 360.00 |
| 7/26/24 | DMS | B110 | Email with Massey and Lamken regarding Petition for Cert. | .30 | 900.00 | 270.00 |

GENOVA BURNS LLC

August 13, 2024
Invoice No.: 522368

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/26/24 | DMS | B110 | Emails with BR and LD regarding BR fee order (50%). | .40 | 900.00 | 360.00 |
| 7/26/24 | DMS | B110 | Wrote to Gordon regarding TCC continued existence and appeals. | .30 | 900.00 | 270.00 |
| 7/26/24 | DMS | B110 | Email with TCC regarding Debtor rights regarding further appeals. | .30 | 900.00 | 270.00 |
| 7/26/24 | DMS | B110 | Wrote letter to Court with BR Fee Order (50%). | .30 | 900.00 | 270.00 |
| 7/26/24 | DWC | B110 | Respond to chambers email re status of hearings moving forward | .30 | 700.00 | 210.00 |
| 7/26/24 | LD | B160 | Format BR fee application and email to Chambers and cc's. | .30 | 275.00 | 82.50 |
| 7/26/24 | SSL | B190 | Review emails between DWC to Chambers of Judge Kaplan regarding hearing on Brown Rudnick fee application. | .10 | 550.00 | 55.00 |
| 7/26/24 | SSL | B190 | Review emails from and between Harriet Cohen and Gerard Cicero of Brown Rudnick and DMS regarding submission of fee order. | .30 | 550.00 | 165.00 |
| 7/26/24 | SSL | B190 | Review email from DMS to LTL Group/Members regarding impact of ruling. | .10 | 550.00 | 55.00 |
| 7/26/24 | SSL | B190 | Review email from DMS to LTL Group/Members forwarding judgment entered by Third Circuit. Review of same. | .10 | 550.00 | 55.00 |
| 7/29/24 | DMS | B110 | Review and forward BR Fee Order (50%). | .20 | 900.00 | 180.00 |
| 7/29/24 | DMS | B110 | Review Aylstock dismissal of appeal and circulate. | .20 | 900.00 | 180.00 |
| 7/30/24 | DMS | B110 | Revise letter to Gordon and emails with Massey and Lamken regarding same. | .60 | 900.00 | 540.00 |
| 7/30/24 | DMS | B110 | Make final revision to Gordon letter and send to him and TCC. | .30 | 900.00 | 270.00 |
| 7/30/24 | DMS | B110 | Review and file Molo fee statement (50%). | .20 | 900.00 | 180.00 |

GENOVA BURNS LLC

August 13, 2024
Invoice No.:    522368

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/30/24 | SSL | B190 | Review of email from DMS to LTL Group/Members with letter to Greg Gordon requesting notice of appeal of Third Circuit opinion. | .20 | 550.00 | 110.00 |
| 7/31/24 | DMS | B110 | Review notice to close case and emails regarding same. | .40 | 900.00 | 360.00 |
| 7/31/24 | DMS | B110 | Wrote to TCC regarding case closing notice. | .20 | 900.00 | 180.00 |
| 7/31/24 | DMS | B110 | Emails with LD et al regarding wrong year in case closing notice. | .30 | 900.00 | 270.00 |
| 7/31/24 | DMS | B110 | TCC Meeting | .50 | 900.00 | 450.00 |
| 7/31/24 | DMS | B110 | Emails with Court regarding errors in case closing notice. | .40 | 900.00 | 360.00 |
| 7/31/24 | DMS | B110 | Emails with Appellate counsel regarding appeals in District Court. | .30 | 900.00 | 270.00 |
| 7/31/24 | DMS | B110 | Emails with Massey and Pacelli regarding Massey authority to handle appeals. | .30 | 900.00 | 270.00 |
| 7/31/24 | DMS | B110 | Email with Lamken regarding fee application (50%). | .20 | 900.00 | 180.00 |
| 7/31/24 | DMS | B110 | Emails with Appellate team regarding appeals still pending in the District Court. | .30 | 900.00 | 270.00 |
| 7/31/24 | LD | B160 | File and serve MoloLamken June fee statement; prepare and file COS. | .60 | 275.00 | 165.00 |
| 7/31/24 | SSL | B190 | Emails from DMS, DWC, and Lorrie Denson regarding Court's intent to close the LTL matter and objection deadline to same. | .30 | 550.00 | 165.00 |
| 7/31/24 | SSL | B190 | Review email from DMS to LTL Group/Members with ABI article on dismissal of J&J case. | .20 | 550.00 | 110.00 |

**TOTAL PROFESSIONAL SERVICES**  $ 33,547.50

GENOVA BURNS LLC

August 13, 2024
Invoice No.:    522368

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Daniel M Stolz | Partner | 24.30 | 900.00 | 21,870.00 |
| Donald W. Clarke | Partner | 3.60 | 700.00 | 2,520.00 |
| Lorrie Denson | Paralegal | 10.10 | 275.00 | 2,777.50 |
| Susan S. Long | Counsel | 11.60 | 550.00 | 6,380.00 |
| **TOTALS** | | **49.60** | | **$ 33,547.50** |

**TOTAL THIS INVOICE**                                                                                                                   **$ 33,547.50**