## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### FEE STATEMENT COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Paul Hastings LLP |
| Case No.: | 23-12825 (MBK) | Client: | Ad Hoc Committee of Supporting Counsel |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

## SECTION I
## FEE SUMMARY

Monthly Fee Statement Covering the Period from
February 1, 2024 through February 29, 2024

| | |
|---|---|
| Total Fees: | $272,738.50 |
| Total Disbursements: | $1,615.77 |
| Minus 20% holdback of Fees: | (54,547.70) |
| **Amount Sought at this Time** | **$219,806.57** |

| Name | Department or Group | Date of First Admission | Hourly Rate | Total for Statement Period | |
|---|---|---|---|---|---|
| | | | | Hours Billed | Amount |
| Hansen, Kris | Financial Restructuring | 1996 | $2,300.00 | 1.60 | $3,680.00 |
| Murphy, Matt | Financial Restructuring | 1999 | $1,985.00 | 6.60 | $13,101.00 |
| Whitner, William | Complex Litigation & Arbitration | 1996 | $1,890.00 | 3.30 | $6,237.00 |
| **Total Partner:** | | | | **11.50** | **$23,018.00** |
| Micheli, Matthew | Financial Restructuring | 2002 | $1,885.00 | 19.00 | $35,815.00 |
| Montefusco, Ryan | Financial Restructuring | 2012 | $1,850.00 | 87.40 | $161,690.00 |
| Traxler, Katherine | Financial Restructuring | 1990 | $1,120.00 | 0.80 | $896.00 |

| Name | Department or Group | Date of First Admission | Hourly Rate | Total for Statement Period | |
|---|---|---|---|---|---|
| | | | | Hours Billed | Amount |
| Total Counsel: | | | | **107.20** | **$198,401.00** |
| Farmer, Will | Financial Restructuring | 2018 | $1,390.00 | 3.40 | $4,726.00 |
| Glogowski, Angelika | Financial Restructuring | 2021 | $1,185.00 | 1.20 | $1,422.00 |
| Miliotes, Lanie | Financial Restructuring | 2023 | $985.00 | 20.10 | $19,798.50 |
| Simpson, Louise | Financial Restructuring | 2022 | $985.00 | 21.40 | $21,079.00 |
| Total Associate: | | | | **46.10** | **$47,025.50** |
| Magzamen, Michael | Financial Restructuring | | $565.00 | 7.30 | $4,124.50 |
| Mohamed, David | Financial Restructuring | | $565.00 | 0.30 | $169.50 |
| Total Paraprofessional: | | | | **7.60** | **$4,294.00** |
| Total: | | | | **172.40** | **$272,738.50** |

## SECTION II
## SUMMARY OF SERVICES

| U.S. Trustee Task Code and Project Category | Total for Statement Period | |
| --- | --- | --- |
| | Total Hours | Total Fees |
| B110    Case Administration | 0.20 | $113.00 |
| B113    Pleadings Review | 0.50 | $282.50 |
| B160    Employment / Fee Applications (Paul Hastings) | 47.60 | $57,926.00 |
| B191    General Litigation | 124.10 | $214,417.00 |
| TOTAL | **172.40** | **$272,738.50** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| Category | Total for Statement Period |
|---|---|
| Computer Search | $1,273.07 |
| Court Reporting Services | $159.30 |
| Reproduction Charges (Color) | $118.50 |
| Outside Professional Services | $64.90 |
| TOTAL | **$1,615.77** |

I certify under the penalty of perjury that the above is true.

Dated: August 13, 2024

/s/ Mathew M. Murphy
Mathew M. Murphy

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Kristopher M. Hansen (*admitted pro hac vice*)

PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Matthew M. Murphy (*admitted pro hac vice*)

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten (*admitted pro hac vice*)
Justin Alberto (*admitted pro hac vice*)

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, Texas 77002
Lenard M. Parkins (*admitted pro hac vice*)
Charles M. Rubio (*admitted pro hac vice*)

*Counsel to Ad Hoc Committee of Supporting
Counsel*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP,
COUNSEL TO AD HOC COMMITTEE OF SUPPORTING COUNSEL, FOR THE
PERIOD FROM FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

On June 20, 2023, the Court entered the Order Authorizing the Debtor to Enter into the Reimbursement Agreement [ECF No. 838] (the "Reimbursement Order"), pursuant to which the Debtor entered into a post-petition expense reimbursement agreement (the "Reimbursement Agreement") to pay certain fees and expenses of the Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel").

The Reimbursement Agreement provides that the Debtor will pay the reasonable and documented fees and out-of-pocket expenses of professionals retained by the AHC of Supporting Counsel, including, among others, Paul Hastings LLP ("Paul Hastings"), for the period from April 18, 2023 through the termination of the Reimbursement Agreement.

The Reimbursement Agreement further provides that Paul Hastings will file monthly fee statements and interim and final fee applications in accordance with the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals [ECF No. 562] (the "Interim Compensation Order"), entered on May 22, 2023.

The Court's *Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. § 1112(b); (II) Establishing Procedures With Respect to Requests for Compensation; and (III) Granting Related Relief* [ECF No. 1211] (the "Dismissal Order") provides that the "fees and expenses of professionals retained by the Ad Hoc Committee of Supporting Counsel shall remain subject to the" Reimbursement Agreement. The Dismissal Order further provides that the Interim Compensation Order "shall remain in full force and effect through and including the Appeal Exhaustion Date" for Retained Professionals, which covers professionals retained by the Ad Hoc Committee of Supporting Counsel.

Paul Hastings respectfully submits this Fee Application in accordance with the Reimbursement Order, the Reimbursement Agreement, the Interim Compensation Order and the

6

Dismissal Order for services rendered and expenses incurred as counsel to the Ad Hoc Committee of Supporting Counsel for the period commencing February 1, 2024 and ending February 29, 2024 (the "Statement Period").

The billing invoices, along with a detailed breakdown of all out-of-pocket disbursements necessarily incurred by Paul Hastings for the Statement Period are annexed hereto as Exhibit A. These invoices detail the services performed by Paul Hastings.

The payment of fees and reimbursement of expenses requested in this Statement are as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $272,738.50 | $54,547.70 | $218,190.80 | $1,615.77 |

**WHEREFORE**, Paul Hastings respectfully requests payment of fees and reimbursement of expenses for the Statement Period of $219,806.57 (80% of total fees and 100% of expenses) in accordance with the Interim Compensation Order.

Dated: August 13, 2024

**PAUL HASTINGS LLP**

/s/ Matthew M. Murphy
Matthew M. Murphy (*admitted pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Email:  mattmurphy@paulhastings.com

Kristopher M. Hansen (*admitted pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Email:  krishansen@paulhastings.com

*Counsel to AHC of Supporting Counsel*

**EXHIBIT A**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL       June 30, 2024
488 Madison Avenue
New York, NY                                                                        Please Refer to
                                                                                            Invoice Number: 2402685

Attn: Jonathan Schulman                                              PH LLP Tax ID No. 95-2209675

---

### SUMMARY SHEET

**Representation in Chapter 11 bankruptcy proceedings**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

Legal fees for professional services
for the period ending February 29, 2024                                          $272,738.50
     Costs incurred and advanced                                1,615.77
     **Current Fees and Costs Due**                        **$274,354.27**
     **Total Balance Due - Due Upon Receipt**        **$274,354.27**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL
488 Madison Avenue
New York, NY

June 30, 2024

Please Refer to
Invoice Number: 2402685

Attn: Jonathan Schulman

PH LLP Tax ID No. 95-2209675

---

**REMITTANCE COPY**

**Representation in Chapter 11 bankruptcy proceedings**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

| | |
|---|---:|
| Legal fees for professional services for the period ending February 29, 2024 | $272,738.50 |
| Costs incurred and advanced | 1,615.77 |
| **Current Fees and Costs Due** | **$274,354.27** |
| **Total Balance Due - Due Upon Receipt** | **$274,354.27** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL        June 30, 2024
488 Madison Avenue
New York, NY                                             Please Refer to
                                                         Invoice Number: 2402685

Attn: Jonathan Schulman                                  PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 29, 2024

**Representation in Chapter 11 bankruptcy proceedings**                 **$272,738.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 02/01/2024 | MM57 | Correspond with R. Montefusco re: Counsel Press | 0.20 | 565.00 | 113.00 |
| | | **Subtotal: B110  Case Administration** | **0.20** | | **113.00** |
| **B113** | **Pleadings Review** | | | | |
| 02/02/2024 | MM57 | Correspond with R. Montefusco re: monitoring related case dockets | 0.20 | 565.00 | 113.00 |
| 02/14/2024 | MM57 | Review recent ECF filings and update working group re: same | 0.10 | 565.00 | 56.50 |
| 02/27/2024 | MM57 | Review recent ECF filings and update working group re: same | 0.20 | 565.00 | 113.00 |
| | | **Subtotal: B113  Pleadings Review** | **0.50** | | **282.50** |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                     Page 2
51691-00002
Invoice No. 2402685

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B160** | **Fee/Employment Applications** | | | | |
| 02/06/2024 | MM53 | Review and revise monthly invoices | 1.50 | 1,885.00 | 2,827.50 |
| 02/07/2024 | LS27 | Call with M. Micheli regarding filing monthly fee statements (.2); draft email to L. Miliotes re same (.1); review monthly fee statements for the months of September, October, and November, 2023 (.8) | 1.10 | 985.00 | 1,083.50 |
| 02/07/2024 | MM53 | Review and revise monthly invoices (2.0); telephone conference with L. Simpson regarding same (.2) | 2.20 | 1,885.00 | 4,147.00 |
| 02/08/2024 | KAT2 | Review professional compensation matters and comments on same from L. Simpson, C. Edge and M. Magzamen | 0.20 | 1,120.00 | 224.00 |
| 02/08/2024 | LM20 | Call with L. Simpson re invoice filing procedures (.4); correspond with L. Simpson re same (.8) | 1.20 | 985.00 | 1,182.00 |
| 02/08/2024 | LM20 | Meeting with L. Simpson and M. Micheli re September through December 2023 invoices (.2); correspond with L. Simpson re same (.6) | 0.80 | 985.00 | 788.00 |
| 02/08/2024 | LS27 | Telephone conference with M. Micheli and L. Miliotes regarding monthly fee requests for September through December 2023 services (.2); correspond with M. Micheli, L. Miliotes, C. Edge and M. Magzamen re same (.3); call with L. Miliotes re invoice filing procedures (.4) | 0.90 | 985.00 | 886.50 |
| 02/08/2024 | MM53 | Telephone conference with L. Simpson and L. Miliotes regarding monthly fee matters (.2); review and revise monthly invoices (.3) | 0.50 | 1,885.00 | 942.50 |
| 02/08/2024 | MM57 | Draft parts of fee statements for September, October, and November, 2023 services (.6); correspond with L. Simpson, M. Micheli re: same (.2) | 0.80 | 565.00 | 452.00 |
| 02/09/2024 | LS27 | Review and revise monthly fee statements for December 2023 and January 2024 services | 0.50 | 985.00 | 492.50 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                      Page 3
51691-00002
Invoice No. 2402685

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/11/2024 | KAT2 | Review draft monthly fee requests and related fee matters for September through November, 2023 services | 0.20 | 1,120.00 | 224.00 |
| 02/12/2024 | LS27 | Review and revise October and December monthly fee statements | 1.20 | 985.00 | 1,182.00 |
| 02/14/2024 | LS27 | Review January monthly fee statement | 1.10 | 985.00 | 1,083.50 |
| 02/15/2024 | LM20 | Correspond with L. Simpson re professional compensation process | 0.30 | 985.00 | 295.50 |
| 02/15/2024 | LS27 | Review and revise monthly fee applications for September, October, and November, 2023 services | 1.00 | 985.00 | 985.00 |
| 02/16/2024 | LM20 | Correspond with L. Simpson re professional compensation procedures | 0.30 | 985.00 | 295.50 |
| 02/16/2024 | LS27 | Correspond with C. Edge, L. Miliotes, M. Magzamen and Cole Schotz regarding fee statements for August, September, October and November services | 1.20 | 985.00 | 1,182.00 |
| 02/16/2024 | MM57 | Correspond with L. Simpson re: monthly fee requests (.3); update same (.3) | 0.60 | 565.00 | 339.00 |
| 02/20/2024 | LS27 | Correspond with C. Edge, M. Magzamen, L. Miliotes and M. Micheli regarding fee applications for August, September, October and November services (.4); review and revise same (.7) | 1.10 | 985.00 | 1,083.50 |
| 02/20/2024 | MM53 | Review and revise monthly invoices | 2.40 | 1,885.00 | 4,524.00 |
| 02/20/2024 | MM57 | Correspond with C. Edge and K. Traxler re: outstanding fee statement issues (.2); review and revise draft fee requests (.6); correspond with L. Simpson re: professional compensation process (.1) | 0.90 | 565.00 | 508.50 |
| 02/21/2024 | AG29 | Correspond with L. Simpson regarding fee applications (.4); review documents and issues related to same (.7); correspond with M. Magzamen regarding same (.1) | 1.20 | 1,185.00 | 1,422.00 |
| 02/21/2024 | LM20 | Correspond with L. Simpson re fee matters | 0.50 | 985.00 | 492.50 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                                Page 4
51691-00002
Invoice No. 2402685

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/21/2024 | LS27 | Correspond with M. Micheli, L. Miliotes, M. Magzamen, A. Glogowski and C. Edge regarding invoices for August, September, October and November services and related fee applications (2.9); review dismissal order, interim compensation order and billing procedures (1.2) | 4.10 | 985.00 | 4,038.50 |
| 02/21/2024 | MM53 | Draft revisions to monthly invoices (1.1); draft revisions to September monthly fee statement (.4) | 1.50 | 1,885.00 | 2,827.50 |
| 02/21/2024 | MM57 | Correspond with L. Simpson re: monthly fee statements (.4); review and revise monthly fee statements (1.4) | 1.80 | 565.00 | 1,017.00 |
| 02/22/2024 | LM20 | Correspond with L. Simpson re August through October, 2023 fee applications (.3); review same (.4) | 0.70 | 985.00 | 689.50 |
| 02/22/2024 | LS27 | Correspond with L. Miliotes, M. Magzamen, C. Edge and M. Micheli re August, September, October and November, 2023 fee statements and invoices | 0.90 | 985.00 | 886.50 |
| 02/22/2024 | MM53 | Draft revisions to monthly fee statements | 0.50 | 1,885.00 | 942.50 |
| 02/22/2024 | MM57 | Research re: interim fee procedures (.2); correspond with M. Micheli and L. Simpson re: same (.1); update fee statements (.9) | 1.20 | 565.00 | 678.00 |
| 02/23/2024 | KAT2 | Review and comment on monthly fee statements (.3); correspond with C. Edge regarding same (.1) | 0.40 | 1,120.00 | 448.00 |
| 02/26/2024 | LM20 | Correspond with L. Simpson re outstanding invoices and review of same | 0.30 | 985.00 | 295.50 |
| 02/26/2024 | LS27 | Revise August, September, October and November fee applications (1.0); revise August, September and October invoices (.8) | 1.80 | 985.00 | 1,773.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                     Page 5
51691-00002
Invoice No. 2402685

_____

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/26/2024 | MM53 | Review and revise August monthly fee statement and related invoice (1.1); review and revise September monthly fee statement and related invoice (1.0); review and revise October monthly fee statement and related invoice (1.0); review and revise November monthly fee statement and related invoice (1.0) | 4.10 | 1,885.00 | 7,728.50 |
| 02/27/2024 | LS27 | Review and revise invoices for December and January services (.6); review and revise invoices for August, September, October and November services and related fee statements (.5) | 1.10 | 985.00 | 1,083.50 |
| 02/27/2024 | MM53 | Review and revise monthly fee statements | 0.50 | 1,885.00 | 942.50 |
| 02/28/2024 | LM20 | Correspond with L. Simpson re invoice review | 0.30 | 985.00 | 295.50 |
| 02/28/2024 | LS27 | Correspond with M. Micheli, M. Magzamen and Cole Schotz re August, September, October and November invoices (.5); correspond with M. Micheli, C. Edge and L. Miliotes re October, December and January invoices (.8) | 1.30 | 985.00 | 1,280.50 |
| 02/28/2024 | MM53 | Review revised drafts of monthly fee statements | 0.20 | 1,885.00 | 377.00 |
| 02/28/2024 | MM57 | Correspond with L. Simpson re: December and January fee statements | 0.10 | 565.00 | 56.50 |
| 02/29/2024 | LS27 | Review and revise August, December and January invoices (2.9); correspond with M. Micheli, C. Edge, M. Murphy and Cole Schotz re same (1.1); call with Cole Schotz re same (.1) | 4.10 | 985.00 | 4,038.50 |
| 02/29/2024 | MM53 | Review revised invoices and monthly fee statements | 1.00 | 1,885.00 | 1,885.00 |
| | **Subtotal: B160  Fee/Employment Applications** | | **47.60** | | **57,926.00** |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 6
51691-00002
Invoice No. 2402685

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 02/01/2024 | LM20 | Review Purdue briefing re creditor support (1.4); prepare summary re same (.4); correspond with R. Montefusco re same (.5) | 2.30 | 985.00 | 2,265.50 |
| 02/01/2024 | MM53 | Analyze case findings regarding application of section 524(g) and appellate briefs | 0.70 | 1,885.00 | 1,319.50 |
| 02/01/2024 | RM30 | Analyze caselaw re section 524(g) and sovereign immunity (3.3); conference with B. Wierenga re same (.3); draft outline of AHC reply brief (1.1) | 4.70 | 1,850.00 | 8,695.00 |
| 02/02/2024 | MM53 | Telephone conference with R. Montefusco regarding LTL appeal (.3); analyze case law regarding 524(g) and appellate briefs (.7) | 1.00 | 1,885.00 | 1,885.00 |
| 02/02/2024 | RM30 | Conference with M. Micheli re section 524(g) (.3); analyze caselaw and statutory authority re AHC reply brief (3.9) | 4.20 | 1,850.00 | 7,770.00 |
| 02/05/2024 | RM30 | Draft parts of AHC reply brief (4.8); analyze caselaw re same (3.3) | 8.10 | 1,850.00 | 14,985.00 |
| 02/06/2024 | KH18 | Call with M. Murphy regarding AHC reply brief | 0.40 | 2,300.00 | 920.00 |
| 02/06/2024 | MMM5 | Review issues and prepare notes for call with R. Montefusco and M. Micheli regarding AHC reply brief (.3); attend call with R. Montefusco and M. Micheli regarding AHC reply brief (.3); attend call with K. Hansen regarding AHC reply brief (.4) | 1.00 | 1,985.00 | 1,985.00 |
| 02/06/2024 | MM53 | Telephone conference with M. Murphy and R. Montefusco regarding appeal | 0.30 | 1,885.00 | 565.50 |
| 02/06/2024 | RM30 | Draft parts of AHC reply brief (4.1); analyze caselaw re same (3.7); call with M. Murphy and M. Micheli regarding AHC reply brief (.3) | 8.10 | 1,850.00 | 14,985.00 |
| 02/07/2024 | LM20 | Review and summarize portion of appellee briefing re reply (.7); correspond with R. Montefusco re same (.2) | 0.90 | 985.00 | 886.50 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                       Page 7
51691-00002
Invoice No. 2402685

---

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/07/2024 | MMM5 | Strategize regarding potential changes to appellate papers (.3); conference with R. Montefusco re same (.3) | 0.60 | 1,985.00 | 1,191.00 |
| 02/07/2024 | RM30 | Draft parts of AHC reply brief (7.2); conference with M. Murphy re same (.3) | 7.50 | 1,850.00 | 13,875.00 |
| 02/08/2024 | KH18 | Analyze appeal issues (.1); discussions with K. Pasquale and R. Montefusco regarding same (.9) | 1.00 | 2,300.00 | 2,300.00 |
| 02/08/2024 | RM30 | Conference with K. Hansen and K. Pasquale re disclosure issues (.9); analyze caselaw and statutory authority re same (2.1); review and revise AHC reply brief (5.5); analyze cases cited therein (2.1) | 10.60 | 1,850.00 | 19,610.00 |
| 02/09/2024 | KH18 | Discussions with M. Murphy regarding AHC reply brief and next steps | 0.20 | 2,300.00 | 460.00 |
| 02/09/2024 | LM20 | Correspond with R. Montefusco re draft appeal reply brief | 0.20 | 985.00 | 197.00 |
| 02/09/2024 | MMM5 | Review correspondence from R. Montefusco regarding appellate brief (.1); telephone call with R. Montefusco regarding appellate brief (.3); telephone call with J. Murdica regarding appellate issues (.2); correspond with R. Montefusco regarding next steps (.2); telephone call with K. Hansen regarding AHC reply and next steps (.2) | 1.00 | 1,985.00 | 1,985.00 |
| 02/09/2024 | RM30 | Analyze appellee briefs (3.1); review and revise AHC reply brief (3.1); call with M. Murphy regarding same (.3) | 6.50 | 1,850.00 | 12,025.00 |
| 02/09/2024 | WCF | Analyze appellate response briefs of TCC, U.S. Trustee, and Arnold & Itkin (2.1); review and revise reply brief regarding same (1.0); correspond with R. Montefusco regarding same (.3) | 3.40 | 1,390.00 | 4,726.00 |
| 02/09/2024 | WKW | Review appeal reply brief and comment on same for R. Montefusco | 1.50 | 1,890.00 | 2,835.00 |
| 02/11/2024 | LM20 | Review and revise appellate reply brief (1.3); correspond with R. Montefusco re same (.1) | 1.40 | 985.00 | 1,379.00 |
| 02/11/2024 | MMM5 | Review and edit AHC appeal reply brief | 1.00 | 1,985.00 | 1,985.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                      Page 8
51691-00002
Invoice No. 2402685

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/12/2024 | LM20 | Review and revise reply brief (2.1); prepare and incorporate joint appendix citations (.9) | 3.00 | 985.00 | 2,955.00 |
| 02/12/2024 | MM53 | Analyze opposition briefs filed with the Third Circuit | 2.50 | 1,885.00 | 4,712.50 |
| 02/12/2024 | MM57 | Research re: appellate briefs (.4); correspond with L. Miliotes re: same (.2) | 0.60 | 565.00 | 339.00 |
| 02/12/2024 | RM30 | Review and revise AHC reply brief (6.4); analyze authority cited therein (2.2) | 8.60 | 1,850.00 | 15,910.00 |
| 02/13/2024 | LM20 | Draft amended corporate disclosure forms | 0.60 | 985.00 | 591.00 |
| 02/13/2024 | MMM5 | Review opposition briefs (1.6); correspond with R. Montefusco regarding same (.1) | 1.70 | 1,985.00 | 3,374.50 |
| 02/13/2024 | MM53 | Telephone conference with R. Montefusco regarding appeal and AHC reply | 0.10 | 1,885.00 | 188.50 |
| 02/13/2024 | RM30 | Revise and supplement AHC reply brief (6.8); correspond with K. Hansen, G. Gordon, D. Prieto re LTL appeal (.6); conference with M. Micheli re application of section 524(g) (.1); conference with K Whitner re AHC reply brief (.2) | 7.70 | 1,850.00 | 14,245.00 |
| 02/13/2024 | WKW | Conference with R. Montefusco regarding AHC appeal brief | 0.20 | 1,890.00 | 378.00 |
| 02/14/2024 | LM20 | Correspond with L. Simpson re equitable mootness questions (.2); review and revise reply brief (1.0); analyze cited case law (2.3); correspond with R. Montefusco re same (.3) | 3.80 | 985.00 | 3,743.00 |
| 02/14/2024 | MMM5 | Review reply brief (.4); correspond with M. Micheli related to reply brief (.1) | 0.50 | 1,985.00 | 992.50 |
| 02/14/2024 | RM30 | Review and revise AHC reply brief (4.2); analyze related authority (3.4) | 7.60 | 1,850.00 | 14,060.00 |
| 02/15/2024 | LM20 | Review and revise reply brief (.4); conference with R. Montefusco re same (.4) | 0.80 | 985.00 | 788.00 |
| 02/15/2024 | MMM5 | Correspond with R. Montefusco regarding appellate brief | 0.20 | 1,985.00 | 397.00 |
| 02/15/2024 | MM57 | Research re: certain Third Circuit briefs (.5); correspond with L. Miliotes re: same (.1) | 0.60 | 565.00 | 339.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                   Page 9
51691-00002
Invoice No. 2402685

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/15/2024 | RM30 | Review and revise AHC reply brief (6.8); conference with L. Miliotes re same (.4); conference with B. Wierenga re same (.2) | 7.40 | 1,850.00 | 13,690.00 |
| 02/15/2024 | WKW | Review and comment on appeal reply brief | 0.80 | 1,890.00 | 1,512.00 |
| 02/16/2024 | DM26 | Monitor case docket re: Third Circuit motion to dismiss appeals (.1); research re certain reply briefs for L. Miliotes (.2) | 0.30 | 565.00 | 169.50 |
| 02/16/2024 | LM20 | Review and revise AHC reply brief (2.0); correspond with R. Montefusco re same (.2) | 2.20 | 985.00 | 2,167.00 |
| 02/16/2024 | MMM5 | Review Jones Day pleading (.4); review final version of AHG pleading (.2) | 0.60 | 1,985.00 | 1,191.00 |
| 02/16/2024 | RM30 | Review and revise AHC reply brief | 6.40 | 1,850.00 | 11,840.00 |
| 02/17/2024 | WKW | Review Debtor's reply brief | 0.80 | 1,890.00 | 1,512.00 |
| 02/22/2024 | LM20 | Correspond with L. Simpson re pending appeals and related updates | 0.50 | 985.00 | 492.50 |
| | | **Subtotal: B191  General Litigation** | **124.10** | | **214,417.00** |
| | | **Total** | **172.40** | | **272,738.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| KH18 | Kris Hansen | Partner | 1.60 | 2,300.00 | 3,680.00 |
| MMM5 | Matt M. Murphy | Partner | 6.60 | 1,985.00 | 13,101.00 |
| WKW | William K. Whitner | Partner | 3.30 | 1,890.00 | 6,237.00 |
| MM53 | Matthew Micheli | Of Counsel | 19.00 | 1,885.00 | 35,815.00 |
| RM30 | Ryan Montefusco | Of Counsel | 87.40 | 1,850.00 | 161,690.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 0.80 | 1,120.00 | 896.00 |
| WCF | Will C. Farmer | Associate | 3.40 | 1,390.00 | 4,726.00 |
| AG29 | Angelika S. Glogowski | Associate | 1.20 | 1,185.00 | 1,422.00 |
| LM20 | Lanie Miliotes | Associate | 20.10 | 985.00 | 19,798.50 |
| LS27 | Louise Simpson | Associate | 21.40 | 985.00 | 21,079.00 |
| DM26 | David Mohamed | Paralegal | 0.30 | 565.00 | 169.50 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 10
51691-00002
Invoice No. 2402685

| MM57 | Michael Magzamen | Paralegal | | 7.30 | 565.00 | 4,124.50 |
|------|------------------|-----------|--|------|--------|----------|

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 01/29/2024 | Photocopy Charges (Color) | 237.00 | 0.50 | 118.50 |
| 01/29/2024 | Computer Search (Other) | | | 60.30 |
| 01/30/2024 | Court Reporting Services - Judicial Transcribers of Texas, LLC, Invoice# 68086 Dated 01/30/24, Copies of hearing transcript, taken on 12/1/2023 | | | 159.30 |
| 01/30/2024 | Computer Search (Other) | | | 1.08 |
| 01/31/2024 | UnitedLex Invoices - Unitedlex Corp, Invoice# 094861 Dated 01/31/24, UnitedLex – DSAI January 2024 Charges – Outside Professional Services | | | 64.90 |
| 01/31/2024 | Computer Search (Other) | | | 4.68 |
| 02/07/2024 | Westlaw | | | 812.52 |
| 02/09/2024 | Westlaw | | | 324.53 |
| 02/12/2024 | Computer Search (Other) | | | 3.60 |
| 02/13/2024 | Westlaw | | | 53.49 |
| 02/13/2024 | Computer Search (Other) | | | 1.08 |
| 02/14/2024 | Computer Search (Other) | | | 0.09 |
| 02/15/2024 | Computer Search (Other) | | | 2.97 |
| 02/16/2024 | Computer Search (Other) | | | 8.73 |
| **Total Costs incurred and advanced** | | | | **$1,615.77** |

| | |
|--|--|
| **Current Fees and Costs** | **$274,354.27** |
| **Total Balance Due - Due Upon Receipt** | **$274,354.27** |