**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE STATEMENT COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Paul Hastings LLP |
| Case No.: | 23-12825 (MBK) | Client: | Ad Hoc Committee of Supporting Counsel |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

**SECTION I**
**FEE SUMMARY**

Monthly Fee Statement Covering the Period from
March 1, 2024 through March 31, 2024

| | |
|---|---:|
| Total Fees: | $27,694.00 |
| Total Disbursements: | $87.76 |
| Minus 20% holdback of Fees: | (5,538.80) |
| **Amount Sought at this Time** | **$22,242.96** |

| | | | | Total for Statement Period | |
|---|---|---|---|---|---|
| Name | Department or Group | Date of First Admission | Hourly Rate | Hours Billed | Amount |
| Micheli, Matthew | Financial Restructuring | 2002 | $1,885.00 | 5.20 | $9,802.00 |
| **Total Counsel:** | | | | **5.20** | **$9,802.00** |
| Farmer, Will | Financial Restructuring | 2018 | $1,390.00 | 0.70 | $973.00 |
| Miliotes, Lanie | Financial Restructuring | 2023 | $985.00 | 1.10 | $1,083.50 |
| Simpson, Louise | Financial Restructuring | 2022 | $985.00 | 14.70 | $14,479.50 |
| **Total Associate:** | | | | **16.50** | **$16,536.00** |
| Magzamen, Michael | Financial Restructuring | | $565.00 | 2.40 | $1,356.00 |
| **Total Paraprofessional:** | | | | **2.40** | **$1,356.00** |
| **Total:** | | | | **24.10** | **$27,694.00** |

## SECTION II
## SUMMARY OF SERVICES

| U.S. Trustee Task Code and Project Category | Total for Statement Period | |
|---|---|---|
| | **Total Hours** | **Total Fees** |
| B113   Pleadings Review | 0.70 | $563.50 |
| B160   Employment / Fee Applications (Paul Hastings) | 21.90 | $25,441.50 |
| B191   General Litigation | 1.50 | $1,689.00 |
| TOTAL | **24.10** | **$27,694.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Category | Total for Statement Period |
|---|---:|
| Computer Search | $22.86 |
| Outside Professional Services | $64.90 |
| **TOTAL** | **$87.76** |

I certify under the penalty of perjury that the above is true.

Dated: August 13, 2024

/s/ Mathew M. Murphy
Mathew M. Murphy

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Kristopher M. Hansen (*admitted pro hac vice*)

PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Matthew M. Murphy (*admitted pro hac vice*)

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten (*admitted pro hac vice*)
Justin Alberto (*admitted pro hac vice*)

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, Texas 77002
Lenard M. Parkins (*admitted pro hac vice*)
Charles M. Rubio (*admitted pro hac vice*)

*Counsel to Ad Hoc Committee of Supporting Counsel*

| In re: | Chapter 11 |
|---|---|
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP,
COUNSEL TO AD HOC COMMITTEE OF SUPPORTING COUNSEL, FOR THE
PERIOD FROM MARCH 1, 2024 THROUGH MARCH 31, 2024**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

4

On June 20, 2023, the Court entered the Order Authorizing the Debtor to Enter into the Reimbursement Agreement [ECF No. 838] (the "Reimbursement Order"), pursuant to which the Debtor entered into a post-petition expense reimbursement agreement (the "Reimbursement Agreement") to pay certain fees and expenses of the Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel").

The Reimbursement Agreement provides that the Debtor will pay the reasonable and documented fees and out-of-pocket expenses of professionals retained by the AHC of Supporting Counsel, including, among others, Paul Hastings LLP ("Paul Hastings"), for the period from April 18, 2023 through the termination of the Reimbursement Agreement.

The Reimbursement Agreement further provides that Paul Hastings will file monthly fee statements and interim and final fee applications in accordance with the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals [ECF No. 562] (the "Interim Compensation Order"), entered on May 22, 2023.

The Court's *Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. § 1112(b); (II) Establishing Procedures With Respect to Requests for Compensation; and (III) Granting Related Relief* [ECF No. 1211] (the "Dismissal Order") provides that the "fees and expenses of professionals retained by the Ad Hoc Committee of Supporting Counsel shall remain subject to the" Reimbursement Agreement. The Dismissal Order further provides that the Interim Compensation Order "shall remain in full force and effect through and including the Appeal Exhaustion Date" for Retained Professionals, which covers professionals retained by the Ad Hoc Committee of Supporting Counsel.

Paul Hastings respectfully submits this Fee Application in accordance with the Reimbursement Order, the Reimbursement Agreement, the Interim Compensation Order and the

5

Dismissal Order for services rendered and expenses incurred as counsel to the Ad Hoc Committee of Supporting Counsel for the period commencing February 1, 2024 and ending February 29, 2024 (the "Statement Period").

The billing invoices, along with a detailed breakdown of all out-of-pocket disbursements necessarily incurred by Paul Hastings for the Statement Period are annexed hereto as Exhibit A. These invoices detail the services performed by Paul Hastings.

The payment of fees and reimbursement of expenses requested in this Statement are as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $27,694.00 | $5,538.80 | $22,155.20 | $87.76 |

**WHEREFORE**, Paul Hastings respectfully requests payment of fees and reimbursement of expenses for the Statement Period of $22,242.96 (80% of total fees and 100% of expenses) in accordance with the Interim Compensation Order.

Dated: August 13, 2024  **PAUL HASTINGS LLP**

/s/ Matthew M. Murphy
Matthew M. Murphy (*admitted pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Email: mattmurphy@paulhastings.com

Kristopher M. Hansen (*admitted pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Email: krishansen@paulhastings.com

*Counsel to AHC of Supporting Counsel*

**EXHIBIT A**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL
488 Madison Avenue
New York, NY

June 30, 2024

Please Refer to
Invoice Number: 2402682

Attn: Jonathan Schulman

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**Representation in Chapter 11 bankruptcy proceedings**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2024 | $27,694.00 |
| Costs incurred and advanced | 87.76 |
| **Current Fees and Costs Due** | **$27,781.76** |
| **Total Balance Due - Due Upon Receipt** | **$27,781.76** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL
488 Madison Avenue
New York, NY

June 30, 2024

Please Refer to
Invoice Number: 2402682

Attn: Jonathan Schulman

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Representation in Chapter 11 bankruptcy proceedings**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2024 | $27,694.00 |
| Costs incurred and advanced | 87.76 |
| **Current Fees and Costs Due** | **$27,781.76** |
| **Total Balance Due - Due Upon Receipt** | **$27,781.76** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL  June 30, 2024
488 Madison Avenue
New York, NY

Please Refer to
Invoice Number: 2402682

Attn: Jonathan Schulman  PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2024

**Representation in Chapter 11 bankruptcy proceedings**   $27,694.00

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B113** | **Pleadings Review** | | | | |
| 03/04/2024 | MM57 | Research re: ECF filings and update working group re: same | 0.10 | 565.00 | 56.50 |
| 03/11/2024 | MM57 | Research re: ECF filings and update working group re: same | 0.20 | 565.00 | 113.00 |
| 03/26/2024 | LS27 | Review interim compensation order and related filings | 0.40 | 985.00 | 394.00 |
| | | Subtotal: B113  Pleadings Review | 0.70 | | 563.50 |
| **B160** | **Fee/Employment Applications** | | | | |
| 03/01/2024 | LS27 | Review and revise August, September, and November invoices and fee statements | 1.40 | 985.00 | 1,379.00 |
| 03/01/2024 | MM53 | Review invoices and monthly fee statements | 1.30 | 1,885.00 | 2,450.50 |
| 03/01/2024 | MM57 | Draft fee statements for December 2023 and January 2024 services (.8); correspond with L. Simpson re: same (.1) | 0.90 | 565.00 | 508.50 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 2
51691-00002
Invoice No. 2402682

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/2024 | LS27 | Correspond with M. Micheli, C. Edge and Cole Schotz regarding October, November, December and January summary invoices and fee statements | 1.00 | 985.00 | 985.00 |
| 03/02/2024 | MM53 | Review invoices and monthly fee statements | 1.00 | 1,885.00 | 1,885.00 |
| 03/03/2024 | LS27 | Correspond with M. Micheli and L. Miliotes regarding summary fee invoices | 0.30 | 985.00 | 295.50 |
| 03/04/2024 | LS27 | Review and revise October, December, and January invoices | 1.40 | 985.00 | 1,379.00 |
| 03/05/2024 | LM20 | Correspond with L. Simpson re monthly fee statement issues and filing | 0.40 | 985.00 | 394.00 |
| 03/05/2024 | LS27 | Review and revise August, September and October invoices and fee statements (1.0); calls with Cole Schotz re same (.2); correspond with M. Micheli, M. Murphy, L. Miliotes, M. Magzamen and Cole Schotz re same (.9) | 2.10 | 985.00 | 2,068.50 |
| 03/05/2024 | MM53 | Review fee statements for August, November and December services | 0.40 | 1,885.00 | 754.00 |
| 03/05/2024 | MM57 | Revise fee statements for services through October (.5); correspond with L. Simpson, M. Micheli and L. Miliotes re: same (.1) | 0.60 | 565.00 | 339.00 |
| 03/06/2024 | LS27 | Correspond with Cole Schotz regarding outstanding invoices | 0.50 | 985.00 | 492.50 |
| 03/07/2024 | LM20 | Correspond with L. Simpson re fee statement preparation and filing | 0.20 | 985.00 | 197.00 |
| 03/07/2024 | LS27 | Correspond with C. Edge and Cole Schotz regarding outstanding invoices | 0.70 | 985.00 | 689.50 |
| 03/07/2024 | MM53 | Review open fee application issues | 0.20 | 1,885.00 | 377.00 |
| 03/12/2024 | LS27 | Correspond with Cole Schotz, M. Micheli and C. Edge re outstanding invoices | 0.40 | 985.00 | 394.00 |
| 03/12/2024 | MM53 | Review revised monthly fee statements | 0.40 | 1,885.00 | 754.00 |
| 03/13/2024 | LM20 | Correspond with L. Simpson re invoice preparation (.3); call with B. Churbuck re same (.2) | 0.50 | 985.00 | 492.50 |
| 03/13/2024 | LS27 | Correspond with Cole Schotz re process for submitting invoices going forward | 0.60 | 985.00 | 591.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 3
51691-00002
Invoice No. 2402682

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/13/2024 | LS27 | Correspond with M. Micheli, Cole Schotz, L. Miliotes and C. Edge regarding submitting invoices to Jones Day and related reimbursement agreement | 1.80 | 985.00 | 1,773.00 |
| 03/14/2024 | LS27 | Review and revise February invoice (1.0); correspond with M. Micheli, Cole Schotz, C. Edge, and Jones Day re August, September and October invoices (.8) | 1.80 | 985.00 | 1,773.00 |
| 03/14/2024 | MM53 | Draft revisions to January monthly fee statement | 0.50 | 1,885.00 | 942.50 |
| 03/14/2024 | MM53 | Draft revisions to February monthly fee statement | 0.40 | 1,885.00 | 754.00 |
| 03/14/2024 | MM53 | Draft revisions to December monthly fee statement | 0.50 | 1,885.00 | 942.50 |
| 03/26/2024 | LS27 | Correspond with M. Micheli, A. Glogowski, M. Jones re professional compensation and next steps (.3); further correspond with A. Glogowski re same (.4); correspond with M. Micheli, C. Edge and Cole Schotz regarding updating monthly invoices for August 2023 through January 2024 services (1.6) | 2.30 | 985.00 | 2,265.50 |
| 03/26/2024 | MM53 | Analysis of monthly fee statements | 0.30 | 1,885.00 | 565.50 |
| | | **Subtotal: B160  Fee/Employment Applications** | **21.90** | | **25,441.50** |

**B191    General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/05/2024 | WCF | Draft letter to Third Circuit regarding availability for oral argument (.2); correspond with R. Montefusco regarding same (.1) | 0.30 | 1,390.00 | 417.00 |
| 03/11/2024 | MM57 | Correspond with W. Farmer and R. Montefusco re: Third Circuit oral argument letter (.2); review and comment re: same (.2); e-file same (.2) | 0.60 | 565.00 | 339.00 |
| 03/11/2024 | WCF | Revise scheduling letter before Third Circuit (.3); correspond with R. Montefusco regarding same (.1) | 0.40 | 1,390.00 | 556.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL    Page 4
51691-00002
Invoice No. 2402682

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/13/2024 | MM53 | Analyze appeal issues | 0.20 | 1,885.00 | 377.00 |
| | | **Subtotal: B191  General Litigation** | **1.50** | | **1,689.00** |
| | | **Total** | **24.10** | | **27,694.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| MM53 | Matthew Micheli | Of Counsel | 5.20 | 1,885.00 | 9,802.00 |
| WCF | Will C. Farmer | Associate | 0.70 | 1,390.00 | 973.00 |
| LM20 | Lanie Miliotes | Associate | 1.10 | 985.00 | 1,083.50 |
| LS27 | Louise Simpson | Associate | 14.70 | 985.00 | 14,479.50 |
| MM57 | Michael Magzamen | Paralegal | 2.40 | 565.00 | 1,356.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 03/11/2024 | Computer Search (Other) | | | 16.20 |
| 03/28/2024 | Computer Search (Other) | | | 6.66 |
| 03/31/2024 | UnitedLex Invoices - Unitedlex Corp, Invoice# 096578 Dated 03/31/24, UnitedLex – DSAI March 2024 Charges – Outside Professional Services | | | 64.90 |
| **Total Costs incurred and advanced** | | | | **$87.76** |

| | |
|---|---|
| **Current Fees and Costs** | **$27,781.76** |
| **Total Balance Due - Due Upon Receipt** | **$27,781.76** |