UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## FEE STATEMENT COVER SHEET

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Paul Hastings LLP |
| Case No.: | 23-12825 (MBK) | Client: | Ad Hoc Committee of Supporting Counsel |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

## SECTION I
## FEE SUMMARY

Monthly Fee Statement Covering the Period from
April 1, 2024 through April 30, 2024

| | |
|---|---:|
| Total Fees: | $17,604.50 |
| Total Disbursements: | $2,027.96 |
| Less 20% holdback of Fees: | $3,520.90 |
| **Amount Sought at this Time:** | **$16,111.56** |

| Name | Department or Group | Date of First Admission | Hourly Rate | Total for Statement Period | |
|---|---|---|---|---|---|
| | | | | Hours Billed | Amount |
| Matthew Micheli | Financial Restructuring | 2002 | $1885.00 | 2.90 | $5,466.50 |
| **Total Counsel:** | | | | **2.90** | **$5,466.50** |
| Angelika S. Glogowski | Financial Restructuring | 2021 | $1185.00 | 0.30 | $355.50 |
| Lanie Miliotes | Financial Restructuring | 2023 | $985.00 | 0.40 | $394.00 |
| Louise Simpson | Financial Restructuring | 2022 | $985.00 | 10.30 | $10,145.50 |
| **Total Associate:** | | | | **11.00** | **$10,895.00** |
| Michael Magzamen | Financial Restructuring | | $565.00 | 2.20 | $1,243.00 |
| **Total Paraprofessional:** | | | | **2.20** | **$1,243.00** |
| **Total:** | | | | **16.10** | **$17,604.50** |

1

## SECTION II
## SUMMARY OF SERVICES

| U.S. Trustee Task Code and Project Category | Total for Statement Period | |
|---|---|---|
| | Total Hours | Total Fees |
| B113    Pleadings Review | 0.30 | $169.50 |
| B160    Employment / Fee Applications (Paul Hastings) | 15.80 | $17,435.00 |
| TOTAL: | **16.10** | **$17,604.50** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| Category | Total for Statement Period |
|---|---:|
| Computer Search | $9.46 |
| Outside Professional Services | $1,166.82 |
| Taxi/Ground Transportation | $515.00 |
| Meals | $336.68 |
| **TOTAL:** | **$2,027.96** |

I certify under the penalty of perjury that the above is true.

Dated: August 13, 2024

*/s/ Mathew M. Murphy*
Mathew M. Murphy

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Kristopher M. Hansen (admitted *pro hac vice*)<br><br>PAUL HASTINGS LLP<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Matthew M. Murphy (admitted *pro hac vice*)<br><br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street, P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Michael D. Sirota<br>Warren A. Usatine<br>Seth Van Aalten (admitted *pro hac vice*)<br>Justin Alberto (admitted *pro hac vice*)<br><br>PARKINS & RUBIO LLP<br>700 Milam, Suite 1300<br>Houston, Texas 77002<br>Lenard M. Parkins (admitted *pro hac vice*)<br>Charles M. Rubio (admitted *pro hac vice*)<br><br>*Counsel to Ad Hoc Committee of Supporting Counsel* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br><div align="right">Debtor.</div> | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

**MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP,**
**COUNSEL TO AD HOC COMMITTEE OF SUPPORTING COUNSEL, FOR THE**
**PERIOD FROM APRIL 1, 2024 THROUGH APRIL 30, 2024**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

On June 20, 2023, the Court entered the Order Authorizing the Debtor to Enter into the Reimbursement Agreement [ECF No. 838] (the "Reimbursement Order"), pursuant to which the Debtor entered into a post-petition expense reimbursement agreement (the "Reimbursement Agreement") to pay certain fees and expenses of the Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel").

The Reimbursement Agreement provides that the Debtor will pay the reasonable and documented fees and out-of-pocket expenses of professionals retained by the AHC of Supporting Counsel, including, among others, Paul Hastings LLP ("Paul Hastings"), for the period from April 18, 2023 through the termination of the Reimbursement Agreement.

The Reimbursement Agreement further provides that Paul Hastings will file monthly fee statements and interim and final fee applications in accordance with the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals [ECF No. 562] (the "Interim Compensation Order"), entered on May 22, 2023.

The Court's *Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. § 1112(b); (II) Establishing Procedures With Respect to Requests for Compensation; and (III) Granting Related Relief* [ECF No. 1211] (the "Dismissal Order") provides that the "fees and expenses of professionals retained by the Ad Hoc Committee of Supporting Counsel shall remain subject to the" Reimbursement Agreement. The Dismissal Order further provides that the Interim Compensation Order "shall remain in full force and effect through and including the Appeal Exhaustion Date" for Retained Professionals, which covers professionals retained by the Ad Hoc Committee of Supporting Counsel.

Paul Hastings respectfully submits this Fee Application in accordance with the Reimbursement Order, the Reimbursement Agreement, the Interim Compensation Order, and the

5

Dismissal Order for services rendered and expenses incurred as counsel to the Ad Hoc Committee of Supporting Counsel for the period commencing April 1, 2024 and ending April 30, 2024 (the "Statement Period").

The billing invoice, including a detailed breakdown of all out-of-pocket disbursements necessarily incurred by Paul Hastings for the Statement Period, is annexed hereto as Exhibit A. This invoice details the services performed by Paul Hastings during the Statement Period.

The payment of fees and reimbursement of expenses requested in this Statement are as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $17,604.50 | $3,520.90 | $14,083.60 | $2,027.96 |

**WHEREFORE**, Paul Hastings respectfully requests payment of fees and reimbursement of expenses for the Statement Period of $16,111.56 (80% of total fees and 100% of expenses) in accordance with the Interim Compensation Order.

Dated: August 13, 2024                             **PAUL HASTINGS LLP**

/s/ *Matthew M. Murphy*
Matthew M. Murphy (*admitted pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Email:  mattmurphy@paulhastings.com

Kristopher M. Hansen (*admitted pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Email:  krishansen@paulhastings.com

*Counsel to AHC of Supporting Counsel*

**EXHIBIT A**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Ad Hoc Committee of Supporting Talc Counsel in LTL<br>488 Madison Avenue<br>New York, NY | August 6, 2024<br><br>Please Refer to<br>Invoice Number: 2407245 |
| Attn: Jonathan Schulman | PH LLP Tax ID No. 95-2209675 |

# SUMMARY SHEET

**Representation in Chapter 11 bankruptcy proceedings**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2024 | $17,604.50 |
| Costs incurred and advanced | 2,027.96 |
| **Current Fees and Costs Due** | **$19,632.46** |
| **Total Balance Due - Due Upon Receipt** | **$19,632.46** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

**TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank<br>ABA # 322271724<br>SWIFT Address: CITIUS33<br>787 W. 5th Street<br>Los Angeles, CA 90071<br>Account Number: 206628380<br>Account Name: Paul Hastings LLP | Paul Hastings LLP<br>Lockbox 4803<br>PO Box 894803<br>Los Angeles, CA<br>90189-4803 | You can now pay your invoices online via real-time bank payments, credit cards or in installments:<br>*https://paywithtranch.com/paulhastings* |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL
488 Madison Avenue
New York, NY

August 6, 2024

Please Refer to
Invoice Number: 2407245

Attn: Jonathan Schulman

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Representation in Chapter 11 bankruptcy proceedings**
PH LLP Client/Matter # 51691-00002
Scott A. Heard

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2024 | $17,604.50 |
| Costs incurred and advanced | 2,027.96 |
| **Current Fees and Costs Due** | **$19,632.46** |
| **Total Balance Due - Due Upon Receipt** | **$19,632.46** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

**TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Ad Hoc Committee of Supporting Talc Counsel in LTL
488 Madison Avenue
New York, NY

August 6, 2024

Please Refer to
Invoice Number: 2407245

Attn: Jonathan Schulman

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2024

**Representation in Chapter 11 bankruptcy proceedings** $17,604.50

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B113** | **Pleadings Review** | | | | |
| 04/02/2024 | MM57 | Research re: ECF filings and update working group re: same | 0.10 | 565.00 | 56.50 |
| 04/30/2024 | MM57 | Research re: ECF filings and update working group re: same | 0.20 | 565.00 | 113.00 |
| | | **Subtotal: B113 Pleadings Review** | **0.30** | | **169.50** |
| **B160** | **Fee/Employment Applications** | | | | |
| 04/03/2024 | LM20 | Correspond with L. Simpson re billing procedures | 0.40 | 985.00 | 394.00 |
| 04/05/2024 | LS27 | Review and revise December 2023 and February 2024 invoices (.4); correspond with M. Magzamen, M. Micheli and C. Edge re same (.3) | 0.70 | 985.00 | 689.50 |
| 04/05/2024 | MM53 | Draft revisions to December monthly fee statement (.6); draft revisions to January monthly fee statement (.5); draft revisions to February monthly fee statement (.4) | 1.50 | 1,885.00 | 2,827.50 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 2
51691-00002
Invoice No. 2407245

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/05/2024 | MM57 | Correspond with L. Simpson re: February fee statement (.1); draft parts of same (.5) | 0.60 | 565.00 | 339.00 |
| 04/09/2024 | LS27 | Review and revise December 2023 invoice and fee statement (.4); correspond with M. Micheli re same (.3); correspond and call with Cole Schotz re same (.4) | 1.10 | 985.00 | 1,083.50 |
| 04/10/2024 | LS27 | Review December 2023 and January 2024 fee statements (.4); correspond with M. Micheli re same (.1) | 0.50 | 985.00 | 492.50 |
| 04/11/2024 | AG29 | Correspond with L. Simpson regarding professional compensation issues (.1); review documents and issues related to same (.2) | 0.30 | 1,185.00 | 355.50 |
| 04/11/2024 | LS27 | Correspond with M. Micheli, M. Murphy, and J. Mulligan re invoices and fee statements, related issues (.5); review and analyze issues, documentation regarding same (.6) | 1.10 | 985.00 | 1,083.50 |
| 04/11/2024 | MM53 | Review and revise December and January monthly fee statements | 0.50 | 1,885.00 | 942.50 |
| 04/11/2024 | MM53 | Review monthly invoice issues | 0.10 | 1,885.00 | 188.50 |
| 04/12/2024 | LS27 | Review and revise November, December and January invoices and fee statements (.7); correspond with M. Magzamen, M. Micheli, C. Edge and Cole Schotz re same (.2) | 0.90 | 985.00 | 886.50 |
| 04/12/2024 | MM53 | Review and revise monthly fee statements in preparation for filing | 0.80 | 1,885.00 | 1,508.00 |
| 04/12/2024 | MM57 | Revise fee statements (.6); correspond with L. Simpson and M. Micheli re: same (.2) | 0.80 | 565.00 | 452.00 |
| 04/16/2024 | LS27 | Review and revise February and March matter 2 invoices (1.3); correspond with J. Mulligan, M. Micheli and Jones Day re invoices (.7) | 2.00 | 985.00 | 1,970.00 |
| 04/18/2024 | LS27 | Correspond with M. Micheli, T. Reynold, and Jones Day re invoices | 0.30 | 985.00 | 295.50 |
| 04/18/2024 | MM57 | Draft parts of March fee statement | 0.50 | 565.00 | 282.50 |
| 04/22/2024 | LS27 | Correspond with C. Edge regarding next steps for filing February and March invoices | 0.20 | 985.00 | 197.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL                                    Page 3
51691-00002
Invoice No. 2407245

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/24/2024 | LS27 | Correspond with J. Mulligan and M. Micheli re invoices | 0.50 | 985.00 | 492.50 |
| 04/25/2024 | LS27 | Review and revise documentation regarding invoices, billing (2.2); correspond with M. Micheli re same (.2) | 2.40 | 985.00 | 2,364.00 |
| 04/26/2024 | LS27 | Review, revise documentation regarding invoices, billing (.3); correspond with Cole Schotz re CNOs (.1) | 0.40 | 985.00 | 394.00 |
| 04/29/2024 | LS27 | Correspond with M. Micheli and Cole Schotz re filing CNOs | 0.20 | 985.00 | 197.00 |
| | | **Subtotal: B160  Fee/Employment Applications** | **15.80** | | **17,435.00** |
| | | **Total** | **16.10** | | **17,604.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| MM53 | Matthew Micheli | Of Counsel | 2.90 | 1,885.00 | 5,466.50 |
| AG29 | Angelika S. Glogowski | Associate | 0.30 | 1,185.00 | 355.50 |
| LM20 | Lanie Miliotes | Associate | 0.40 | 985.00 | 394.00 |
| LS27 | Louise Simpson | Associate | 10.30 | 985.00 | 10,145.50 |
| MM57 | Michael Magzamen | Paralegal | 2.20 | 565.00 | 1,243.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 06/30/2023 | Travel Expense - Meals - Michael Magzamen; 06/26/2023; Restaurant: Salt Creek Grille; City: 609-4194200; Dinner; Number of people: 10; Trial dinner for 10 people | | | 336.68 |
| 06/30/2023 | Taxi/Ground Transportation - Michael Magzamen; 06/26/2023; From/To: Hotel/Court; Service Type: Car Service; Time: 09:30; Pick-up and drop off for trial team to and from Westin Hotel and Trenton Bankruptcy Court. | | | 515.00 |

Ad Hoc Committee of Supporting Talc Counsel in LTL — Page 4
51691-00002
Invoice No. 2407245

| Date | Description | Amount |
|---|---|---|
| 02/28/2024 | Outside Professional Services - Counsel Press, Invoice# 0009158792 Dated 02/28/24, Services rendered regarding: Preparation of brief | 1,101.82 |
| 02/29/2024 | UnitedLex Invoices - Unitedlex Corp, Invoice# 095537 Dated 02/29/24, UnitedLex – DSAI February 2024 Charges – Outside Professional Services | 65.00 |
| 02/29/2024 | Lexis/On Line Search - Courtlink Use - Charges for February, 2024 | 9.46 |
| **Total Costs incurred and advanced** | | **$2,027.96** |
| **Current Fees and Costs** | | **$19,632.46** |
| **Total Balance Due - Due Upon Receipt** | | **$19,632.46** |