## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

## ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
## FOR THE PERIOD FEBRUARY 1, 2023 THROUGH MAY 31, 2024

In re LTL Management LLC                    Applicant: Cole Schotz P.C.

Case No. 23-12825 (MBK)                     Client:  Ad Hoc Committee of Supporting
                                            Counsel

Chapter 11                                  Case Filed: April 4, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

  _/s/ Michael D. Sirota_          08/14/2024
  MICHAEL D. SIROTA              Date

<div style="border:1px solid black">

**SECTION I**
**FEE SUMMARY**

</div>

<u>Summary of Amounts Requested for the Period</u>
<u>February 1, 2024 through May 31, 2024 (the "**Compensation Period**")</u>

| | |
|---|---:|
| Total Fees | $26,252.50 |
| Total Disbursements | $493.41 |
| Minus % holdback of Fees | $5,250.50 |
| Amount Sought at this Time | $21,495.41 |

<u>Summary of Amounts Requested for Previous Periods</u>

| | |
|---|---:|
| Total Previous Fees and Expenses Requested: | $1,343,678.97 |
| Total Fees and Expenses Allowed to Date: | $1,196,650.86 |
| Total Retainer Remaining: | $0.00 |
| Total Holdback: | $28,796.40 |
| Total Received by Applicant: | $1,314,882.57 |

| Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Seth Van Aalten<br>Member | 2004 | 6.30 | $1,050.00 | $6,615.00 |
| Justin R. Alberto<br>Member | 2008 | 1.00 | $830.00 | $830.00 |
| Ryan T. Jareck<br>Member | 2008 | 0.50 | $775.00 | $387.50 |
| Bryant P. Churbuck<br>Associate | 2018 | 10.50 | $560.00 | $5,880.00 |
| Larry S. Morton<br>Paralegal | n/a | 33.00 | $380.00 | $12,540.00 |
| **TOTALS** | **n/a** | **51.30** | **n/a** | **$26,252.50** |

66055/0001-48253374v1

**SECTION II**
**SUMMARY OF SERVICES**

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis | 0.00 | $0.00 |
| Asset/Business Disposition | 0.00 | $0.00 |
| Assumption and Rejection of Leases and Contracts | 0.00 | $0.00 |
| Preference Actions/Response | 0.00 | $0.00 |
| Budgeting (Case) | 0.00 | $0.00 |
| Business Operations | 0.00 | $0.00 |
| Case Administration | 3.80 | $1,444.00 |
| Claims Administration and Objections | 0.00 | $0.00 |
| Corporate Governance and Board Matters | 0.00 | $0.00 |
| Data Analysis | 0.00 | $0.00 |
| Employee Benefits/Pensions | 0.00 | $0.00 |
| Fee Application Preparation | 41.60 | $19,020.00 |
| Fee Employment | 0.00 | $0.00 |
| Fee Objections | 0.00 | $0.00 |
| Financing | 0.00 | $0.00 |
| Litigation | 5.90 | $5,788.50 |
| Meetings of Creditors | 0.00 | $0.00 |
| Disclosure Statement | 0.00 | $0.00 |
| Plan of Reorganization | 0.00 | $0.00 |
| Real Estate | 0.00 | $0.00 |
| Regulatory Compliance | 0.00 | $0.00 |
| Relief from Stay | 0.00 | $0.00 |
| Reporting | 0.00 | $0.00 |
| Tax Issues | 0.00 | $0.00 |
| Valuation | 0.00 | $0.00 |
| Non-Working Travel | 0.00 | $0.00 |
| **SERVICES TOTALS** | **51.30** | **$26,252.50** |

**SECTION III
SUMMARY OF DISBURSEMENTS**

| Disbursements | Amount |
|---|---|
| Court Fees | $87.10 |
| Delivery Services / Federal Express | $279.91 |
| Outside Printing | $126.40 |
| **DISBURSEMENTS TOTAL** | **$493.41** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Kristopher M. Hansen (*admitted pro hac vice*)
Ryan P. Montefusco (*admitted pro hac vice*)

PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Matthew M. Murphy (*admitted pro hac vice*)

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten (*admitted pro hac vice*)
Justin Alberto (*admitted pro hac vice*)

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, Texas 77002
Lenard M. Parkins (*admitted pro hac vice*)
Charles M. Rubio (*admitted pro hac vice*)

*Counsel to Ad Hoc Committee of Supporting*
*Counsel*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**MONTHLY FEE STATEMENT OF COLE SCHOTZ P.C.,
AD HAC COMMITTEE OF SUPPORTING COUNSEL, FOR THE
PERIOD FEBRUARY 1, 2024 THROUGH MAY 31, 2024**

Cole Schotz P.C. ("Cole Schotz") submits this Monthly Fee Statement (the "Statement") for services rendered and expenses incurred as Counsel to the Ad Hoc Committee of Supporting Counsel[2] for the period commencing February 1, 2024 and ending May 31, 2024 (the "Statement Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Retained Professions* [Docket No. 562] (as modified, the "Interim Fee Procedures Order").

The billing invoices, along with a detailed breakdown of all out-of-pocket disbursements necessarily incurred by Cole Schotz for the Statement Period are annexed hereto. These invoices detail the services performed by Cole Schotz.

The fees requested and expenses incurred in this Statement are as follows:

| Fees (100%) | Fee Holdback (20%) | Fee Payment (80%) | Expense Reimbursement (100%) |
|---|---|---|---|
| $26,252.50 | $5,250.50 | $21,002.00 | $493.41 |

*[Remainder of page left intentionally blank]*

---

[2] On June 20, 2023, the Bankruptcy Court entered the *Order Authorizing the Debtor to Enter into an Expense Reimbursement Agreement with Ad Hoc Committee of Supporting Counsel* [Docket No. 838] that provides for the reimbursement of fees from April 18, 2023 through the termination of the Reimbursement Agreement (together, the "Fees and Expenses").

WHEREFORE, Cole Schotz respectfully requests payment of fees and reimbursement of expenses for the Statement Period of $21,495.41 (80% of total fees and 100% of expenses) in accordance with the Reimbursement Order.

Dated: August 14, 2024

**COLE SCHOTZ P.C.**
*Counsel to Ad Hoc Committee*
*of Supporting Counsel*

/s/ *Michael D. Sirota*
Michael D. Sirota (NJ Bar No. 014321986)

3

**EXHIBIT A**

# COLE SCHOTZ P.C.

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ  07601

**FEDERAL ID# 22-2113414**

New York — Delaware — Maryland — Texas  — Florida

LTL MANAGEMENT LLC
N/A

| | |
|---|---|
| Invoice Date: | March 19, 2024 |
| Invoice Number: | 972422 |
| Matter Number: | 66055-0001 |

**Re:**  LTL AD HOC GROUP

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 29, 2024

| **CASE ADMINISTRATION** | | | 0.20 | 76.00 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 02/07/24 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES. | 0.20 | 76.00 |

| **FEE APPLICATION PREPARATION** | | | 7.00 | 3,795.00 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 02/15/24 | BPC | PREPARE SEPTEMBER STUB MONTHLY FEE STATEMENT | 0.50 | 280.00 |
| 02/15/24 | BPC | TELEPHONIC CONFERENCE WITH S. VAN AALTEN RE: MONTHLY FEE STATEMENTS | 0.10 | 56.00 |
| 02/15/24 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN AND W. USATINE RE: MONTHLY FEE STATEMENTS | 0.40 | 224.00 |
| 02/15/24 | BPC | REVISE AUGUST STUB MONTHLY FEE STATEMENT | 0.30 | 168.00 |
| 02/15/24 | BPC | PREPARE OCTOBER STUB MONTHLY FEE STATEMENT | 0.50 | 280.00 |
| 02/16/24 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. SIMPSON RE: MONTHLY FEE STATEMENTS | 0.30 | 168.00 |
| 02/16/24 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN RE: MONTHLY FEE STATEMENTS | 0.30 | 168.00 |
| 02/20/24 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN, C. DE COURCEY, AND T. PUIG RE: NOVEMBER, DECEMBER, AND JANUARY MONTHLY FEE STATEMENTS | 0.40 | 224.00 |
| 02/26/24 | LSM | DRAFT MONTHLY FEE APPLICATION FOR COLE SCHOTZ RE: SEPTEMBER 2023 FEES/EXPENSES | 1.90 | 722.00 |
| 02/27/24 | LSM | EMAILS WITH B. CHURBUCK REGARDING MONTHLY FEE APPLICATION DRAFTS FOR SEPTEMBER AND OCTOBER 2023 | 0.40 | 152.00 |
| 02/29/24 | BPC | TELEPHONIC CONFERENCE WITH L. SIMPSON RE: MONTHLY FEE STATEMENTS | 0.10 | 56.00 |
| 02/29/24 | BPC | REVIEW EMAIL FROM L. SIMPSON RE: MONTHLY FEE STATEMENTS | 0.10 | 56.00 |
| 02/29/24 | BPC | PREPARE EMAIL TO AND REVIEW EMAIL FROM S. VAN AALTEN RE: NOVEMBER, DECEMBER, AND JANUARY MONTHLY FEE STATEMENT | 0.20 | 112.00 |
| 02/29/24 | BPC | REVISE SEPTEMBER MONTHLY FEE STATEMENT | 0.20 | 112.00 |
| 02/29/24 | SVA | REVIEW/COMMENT ON MONTHLY FEE STATEMENTS | 0.70 | 735.00 |

**COLE SCHOTZ P.C.**

Re:  LTL AD HOC GROUP  
Client/Matter No. 66055-0001

Invoice Number  972422  
March 19, 2024  
Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 02/29/24 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: MONTHLY FEE STATEMENTS | 0.30 | 168.00 |
| 02/29/24 | LSM | EMAILS WITH B. CHURBUCK REGARDING MONTHLY FEE APPLICATIONS FOR SEPTEMBER AND OCTOBER 2023 | 0.30 | 114.00 |

**LITIGATION**                                                                    **5.90**   **5,788.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/22/23 | BPC | TELEPHONIC CONFERENCE WITH CHAMBERS RE: ORDER GRANTING MOTION TO SUPPLEMENT RECORD ON APPEAL | 0.10 | 56.00 |
| 02/07/24 | RTJ | REVIEW DISTRICT COURT PLEADINGS RE: LTL | 0.50 | 387.50 |
| 02/12/24 | JRA | REVIEW DRAFT REPLY BRIEF | 0.50 | 415.00 |
| 02/12/24 | SVA | REVIEW/COMMENT ON DRAFT REPLY BRIEF IN FURTHER SUPPORT OF APPEALS BRIEF ON MTD | 2.60 | 2,730.00 |
| 02/15/24 | JRA | REVIEW THIRD CIRCUIT REPLY BRIEF | 0.50 | 415.00 |
| 02/15/24 | SVA | FURTHER REVIEW/COMMENT TO REPLY BRIEF RE MTD APPEAL | 1.70 | 1,785.00 |

|  |  | TOTAL HOURS | 13.10 |  |

PROFESSIONAL SERVICES:                                                                    $9,659.50

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|------|------------------|-------|------|--------|
| Bryant P. Churbuck | Associate | 3.80 | 560.00 | 2,128.00 |
| Justin R. Alberto | Member | 1.00 | 830.00 | 830.00 |
| Larry S. Morton | Paralegal | 2.80 | 380.00 | 1,064.00 |
| Ryan T. Jareck | Member | 0.50 | 775.00 | 387.50 |
| Seth Van Aalten | Member | 5.00 | 1,050.00 | 5,250.00 |
| | **Total** | **13.10** | | **$9,659.50** |

| | | |
|---|---|---|
| TOTAL SERVICES: | $ | 9,659.50 |
| PREVIOUS BALANCE DUE: | $ | 45,882.81 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE:** | **$** | **55,542.31** |

**COLE SCHOTZ P.C.**

Re:      LTL AD HOC GROUP                                         Invoice Number  972422
         Client/Matter No. 66055-0001                                  March 19, 2024
                                                                            Page 3

**TASK SUMMARY**

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| NJ812 | FEE APPLICATION PREPARATION | 7.00 | 3,795.00 |
| NJ821 | LITIGATION | 5.90 | 5,788.50 |
| NJ839 | CASE ADMINISTRATION | 0.20 | 76.00 |
| | **Total** | **13.10** | **$9,659.50** |

**COLE SCHOTZ P.C.**

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-489-3000 201-489-1536
FEDERAL ID# 22-2113414

New York — Delaware — Maryland — Texas  — Florida

LTL MANAGEMENT LLC
N/A

| | |
|---|---|
| Invoice Date: | March 19, 2024 |
| Invoice Number: | 972422 |
| Matter Number: | 66055-0001 |

## REMITTANCE PAGE

PROFESSIONAL SERVICES THROUGH FEBRUARY 29, 2024

**Client:** AD HOC GROUP OF SUPPORTING COUNSEL
**Matter:** LTL AD HOC GROUP

| | | |
|---|---|---|
| TOTAL FEES: | $ | 9,659.50 |
| TOTAL DUE THIS INVOICE: | $ | 9,659.50 |
| PREVIOUS BALANCE DUE: | $ | 45,882.81 |
| **AMOUNT DUE:** | **$** | **55,542.31** |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**For payments via ACH (e-check) or Credit Card please visit**
**http://payments.coleschotz.com**

**or use the QR Code**



**For payments made via Wire**
Account Name: Cole Schotz P.C.
Bank of America, Account #4380000240
ABA #026009593

**Please call 201-525-6280 for assistance with payments**

**EXHIBIT B**

# COLE SCHOTZ P.C.

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ  07601

**FEDERAL ID# 22-2113414**

New York — Delaware — Maryland — Texas  — Florida

LTL MANAGEMENT LLC
N/A

| | |
|---|---|
| Invoice Date: | April 8, 2024 |
| Invoice Number: | 973835 |
| Matter Number: | 66055-0001 |

**Re:** LTL AD HOC GROUP

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2024

| **FEE APPLICATION PREPARATION** | | | **17.90** | **7,726.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 03/01/24 | LSM | EMAILS WITH B. CHURBUCK REGARDING UPCOMING MONTHLY FEE APPLICATION PREPARATIONS | 0.40 | 152.00 |
| 03/01/24 | LSM | DRAFT MONTHLY FEE APPLICATION FOR OCTOBER 2023 AND FORWARD SAME TO B. CHURBUCK WITH COMMENTS | 2.40 | 912.00 |
| 03/01/24 | LSM | REVIEW EXHIBITS TO NOVEMBER, DECEMBER AND JANUARY MONTHLY FEE APPLICATIONS AND EMAILS WITH B. CHURBUCK REGARDING SAME | 0.60 | 228.00 |
| 03/04/24 | LSM | REVIEW AND REVISE EXHIBITS TO FEE APPLICATION FOR NOVEMBER, DECEMBER AND JANUARY | 0.60 | 228.00 |
| 03/04/24 | BPC | PREPARE EMAILS TO AND REVIEW EMAILS FROM S. VAN AALTEN RE: MONTHLY FEE STATEMENTS | 0.40 | 224.00 |
| 03/04/24 | BPC | REVIEW AND REVISE AUGUST MONTHLY FEE STATEMENT | 0.40 | 224.00 |
| 03/04/24 | BPC | REVIEW AND REVISE SEPTEMBER MONTHLY FEE STATEMENT | 0.40 | 224.00 |
| 03/04/24 | BPC | REVIEW AND REVISE OCTOBER MONTHLY FEE STATEMENT | 0.40 | 224.00 |
| 03/04/24 | BPC | PREPARE EMAILS TO AND REVIEW EMAILS FROM C. RUBIO RE: MONTHLY FEE STATEMENTS | 0.20 | 112.00 |
| 03/04/24 | SVA | REVIEW/REVISE MONTHLY FEE STATEMENTS FOR AUG THROUGH OCT | 0.60 | 630.00 |
| 03/05/24 | LSM | REVIEW THREE MONTHLY FEE APPLICATIONS FOR CO-COUNSEL AND PREPARE FOR FILING RE: PAUL HASTINGS | 0.70 | 266.00 |
| 03/05/24 | LSM | DRAFT MONTHLY FEE APPLICATION FOR COLE SCHOTZ RE: NOVEMBER, DECEMBER AND JANUARY | 1.50 | 570.00 |
| 03/06/24 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: MONTHLY FEE STATEMENTS | 0.50 | 280.00 |
| 03/06/24 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. SIMPSON RE: MONTHLY FEE STATEMENTS | 0.30 | 168.00 |
| 03/06/24 | LSM | COMPLETE DRAFT OF COMBINED MONTHLY FEE APPLICATION FOR NOVEMBER, DECEMBER AND JANUARY AND FORWARD SAME TO B. CHURBUCK | 0.90 | 342.00 |
| 03/06/24 | LSM | REVISE, FILE AND ORGANIZE SERVICE OF SIX MONTHLY FEE APPLICATIONS FOR PAUL HASTINGS AND COLE SCHOTZ | 1.80 | 684.00 |

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | LTL AD HOC GROUP | Invoice Number 973835 |
| | Client/Matter No. 66055-0001 | April 8, 2024 |
| | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 03/07/24 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. SIMPSON RE: MONTHLY FEE STATEMENTS | 0.30 | 168.00 |
| 03/08/24 | LSM | RESEARCH EXHIBITS TO MONTHLY FEE APPLICATIONS AND UPDATE FILING DEADLINES REGARDING SAME. | 1.70 | 646.00 |
| 03/11/24 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.30 | 114.00 |
| 03/12/24 | LSM | DRAFT COS TO SIX MONTHLY FEE APPLICATIONS FOR PAUL HASTINGS AND COLE SCHOTZ AND FORWARD SAME TO B. CHURBUCK WITH COMMENTS | 0.50 | 190.00 |
| 03/12/24 | LSM | EMAILS WITH SERVICE AGENT REGARDING SIX MONTHLY FEE APPLICATION CERTIFICATES OF SERVICE | 0.40 | 152.00 |
| 03/13/24 | LSM | REVIEW COS TO SIX MONTHLY FEE APPLICATIONS FOR PAUL HASTINGS AND COLE SCHOTZ AND FORWARD SAME TO B. CHURBUCK | 0.40 | 152.00 |
| 03/14/24 | LSM | EMAILS WITH B. CHURBUCK REGARDING COS TO SIX MONTHLY FEE APPLICATIONS | 0.20 | 76.00 |
| 03/14/24 | LSM | REVISE, FILE AND CIRCULATE TO B. CHURBUCK THE COS TO SIX MONTHLY FEE APPLICATIONS | 0.30 | 114.00 |
| 03/15/24 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.30 | 114.00 |
| 03/19/24 | LSM | DRAFT SIX CERTIFICATES OF NO OBJECTIONS REGARDING MONTHLY FEE APPLICATION FOR PAUL HASTINGS AND COLE SCHOTZ RE: AUGUST, SEPTEMBER AND OCTOBER 2023 | 0.90 | 342.00 |
| 03/20/24 | LSM | REVISE AND FORWARD SIX CERTIFICATES OF NO OBJECTION REGARDING MONTHLY FEE APPLICATIONS FOR PAUL HASTINGS AND COLE SCHOTZ TO B. CHURBUCK | 0.50 | 190.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | TOTAL HOURS | 17.90 | |

PROFESSIONAL SERVICES:                                                                                $7,726.00

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|------|------------------|-------|------|--------|
| Bryant P. Churbuck | Associate | 2.90 | 560.00 | 1,624.00 |
| Larry S. Morton | Paralegal | 14.40 | 380.00 | 5,472.00 |
| Seth Van Aalten | Member | 0.60 | 1,050.00 | 630.00 |
| | **Total** | **17.90** | | **$7,726.00** |

**COLE SCHOTZ P.C.**

Re:    LTL AD HOC GROUP                                    Invoice Number  973835
       Client/Matter No. 66055-0001                              April 8, 2024
                                                                      Page 3

---

**COST SUMMARY**

| Description | AMOUNT |
|---|---|
| COURT FEES | 4.60 |
| OUTSIDE PRINTING | 126.40 |
| **TOTAL COSTS** | **$131.00** |

|  |  |
|---|---|
| TOTAL SERVICES AND COSTS: | $      7,857.00 |
| PREVIOUS BALANCE DUE: | $    157,002.61 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE:** | **$    164,859.61** |

**TASK SUMMARY**

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| NJ812 | FEE APPLICATION PREPARATION | 17.90 | 7,726.00 |
|  | **Total** | **17.90** | **$7,726.00** |

# COLE SCHOTZ P.C.

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-489-3000 201-489-1536
FEDERAL ID# 22-2113414

**New York — Delaware — Maryland — Texas — Florida**

LTL MANAGEMENT LLC
N/A

Invoice Date:          April 8, 2024
Invoice Number:          973835
Matter Number:          66055-0001

## REMITTANCE PAGE

PROFESSIONAL SERVICES THROUGH MARCH 31, 2024

**Client:**    AD HOC GROUP OF SUPPORTING COUNSEL
**Matter:**    LTL AD HOC GROUP

| | |
|---|---|
| TOTAL FEES: | $           7,726.00 |
| TOTAL COSTS: | $             131.00 |
| TOTAL DUE THIS INVOICE: | $           7,857.00 |
| PREVIOUS BALANCE DUE: | $         157,002.61 |
| **AMOUNT DUE:** | **$         164,859.61** |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**For payments via ACH (e-check) or Credit Card please visit**
**http://payments.coleschotz.com**

**or use the QR Code**



**For payments made via Wire**
Account Name: Cole Schotz P.C.
Bank of America, Account #4380000240
ABA #026009593

**Please call 201-525-6280 for assistance with payments**

**EXHIBIT C**

# COLE SCHOTZ P.C.

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ  07601

**FEDERAL ID# 22-2113414**

**New York — Delaware — Maryland — Texas  — Florida**

LTL MANAGEMENT LLC
N/A

| | |
|---|---|
| Invoice Date: | May 3, 2024 |
| Invoice Number: | 975566 |
| Matter Number: | 66055-0001 |

**Re:**  LTL AD HOC GROUP

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2024

| CASE ADMINISTRATION | | | **3.20** | **1,216.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 04/01/24 | LSM | REVISE SIX CERTIFICATES OF NO OBJECTIONS REGARDING MONTHLY FEE APPLICATIONS AND FORWARD SAME TO B. CHURBUCK WITH COMMENTS RE: PAUL HASTINGS AND COLE SCHOTZ | 0.60 | 228.00 |
| 04/08/24 | LSM | REVIEW EMAIL FROM CO-COUNSEL REGARDING MONTHLY AND INTERIM FEE APPLICATION FILING DEADLINES | 0.40 | 152.00 |
| 04/12/24 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND DEADLINES | 0.30 | 114.00 |
| 04/19/24 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.30 | 114.00 |
| 04/19/24 | LSM | REVIEW, FILE AND CIRCULATE TO B. CHURBUCK THE AOS REGARDING PAUL HASTINGS MONTHLY FEE APPLICATIONS | 0.30 | 114.00 |
| 04/24/24 | LSM | REVISE, FILE AND CIRCULATE TO B. CHURBUCK THE AOS REGARDING COLE SCHOTZ COMBINED FEE APPLICATION | 0.40 | 152.00 |
| 04/26/24 | LSM | REVIEW MONTHLY FEE APPLICATION OBJECTION AND FILING DEADLINES | 0.30 | 114.00 |
| 04/30/24 | LSM | DRAFT THREE CERTIFICATES OF NO OBJECTION REGARDING MONTHLY FEE APPLICATIONS FOR PAUL HASTINGS AND FORWARD SAME TO B. CHURBUCK | 0.60 | 228.00 |

| FEE APPLICATION PREPARATION | | | **11.20** | **5,041.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 04/03/24 | LSM | REVISE, FILE AND CIRCULATE TO B. CHURBUCK SIX CERTIFICATES OF NO OBJECTIONS REGARDING MONTHLY FEE APPLICATIONS FOR PAUL HASTINGS AND COLE SCHOTZ | 0.80 | 304.00 |
| 04/10/24 | BPC | REVIEW AND REVISE NOVEMBER-JANUARY MONTHLY FEE STATEMENT | 0.50 | 280.00 |
| 04/11/24 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. SIMPSON RE: MONTHLY FEE STATEMENTS | 0.20 | 112.00 |
| 04/11/24 | LSM | REVIEW EXHIBITS FOR COLE SCHOTZ MONTHLY FEE APPLICATION PREPARATIONS FOR FEBRUARY AND MARCH 2024 | 0.60 | 228.00 |

**COLE SCHOTZ P.C.**

Re:      LTL AD HOC GROUP                                  Invoice Number  975566
         Client/Matter No. 66055-0001                              May 3, 2024
                                                                      Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/11/24 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN RE: MONTHLY FEE STATEMENTS | 0.40 | 224.00 |
| 04/12/24 | SVA | REVIEW DRAFT MONTHLY FEE STATEMENTS FOR NOVEMBER THROUGH JANUARY | 0.50 | 525.00 |
| 04/12/24 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. SIMPSON AND L. MORTON RE: MONTHLY FEE STATEMENTS | 0.80 | 448.00 |
| 04/12/24 | LSM | EMAILS WITH B. CHURBUCK REGARDING MONTHLY FEE APPLICATION FOR COLE SCHOTZ RE: NOVEMBER THROUGH JANUARY | 0.40 | 152.00 |
| 04/12/24 | LSM | UPDATE, FILE AND CIRCULATE TO B. CHURBUCK THREE MONTHLY FEE APPLICATIONS FOR PAUL HASTINGS | 0.70 | 266.00 |
| 04/12/24 | LSM | REVISE AND FORWARD TO B. CHURBUCK FOUR MONTHLY FEE APPLICATIONS FOR PAUL HASTINGS AND COLE SCHOTZ | 0.70 | 266.00 |
| 04/15/24 | LSM | COMPILE, REVIEW AND ORGANIZE SERVICE OF THREE MONTHLY FEE APPLICATIONS FOR PAUL HASTINGS | 0.50 | 190.00 |
| 04/15/24 | LSM | EMAILS WITH B. CHURBUCK REGARDING EXHIBITS TO MONTHLY FEE APPLICATION FOR COLE SCHOTZ RE: NOVEMBER THROUGH JANUARY FEES/EXPENSES | 0.40 | 152.00 |
| 04/16/24 | LSM | DRAFT MONTHLY FEE APPLICATION FOR FEBRUARY AND MARCH 2024 FOR COLE SCHOTZ AND FORWARD TO B. CHURBUCK | 1.30 | 494.00 |
| 04/16/24 | LSM | REVISE MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD TO B. CHURBUCK RE: NOVEMBER THROUGH JANUARY FEES/EXPENSES | 0.90 | 342.00 |
| 04/18/24 | LSM | REVISE MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO B. CHURBUCK WITH COMMENTS | 0.50 | 190.00 |
| 04/19/24 | BPC | VIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: MONTHLY FEE STATEMENTS | 0.20 | 112.00 |
| 04/19/24 | LSM | REVISE MONTHLY FEE APPLICATION FOR NOVEMBER THROUGH JANUARY FOR COLE SCHOTZ AND FORWARD SAME TO B. CHURBUCK | 0.50 | 190.00 |
| 04/19/24 | LSM | UPDATE, FILE AND ORGANIZE SERVICE OF MONTHLY FEE APPLICATION FOR COLE SCHOTZ RE: NOVEMBER THROUGH JANUARY FEES/EXPENSES | 0.50 | 190.00 |
| 04/23/24 | LSM | REVIEW MONTHLY AND INTERIM FEE APPLICATION FILING DEADLINES | 0.40 | 152.00 |
| 04/24/24 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: MONTHLY FEE STATEMENTS | 0.20 | 112.00 |
| 04/29/24 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. SIMPSON RE: MONTHLY FEE STATEMENTS | 0.20 | 112.00 |

|  |  | TOTAL HOURS | 14.40 |  |

PROFESSIONAL SERVICES:                                              $6,257.00

**COLE SCHOTZ P.C.**

Re:      LTL AD HOC GROUP                                      Invoice Number  975566
         Client/Matter No. 66055-0001                                    May 3, 2024
                                                                              Page 3

---

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|------|------------------|-------|------|--------|
| Bryant P. Churbuck | Associate | 2.50 | 560.00 | 1,400.00 |
| Larry S. Morton | Paralegal | 11.40 | 380.00 | 4,332.00 |
| Seth Van Aalten | Member | 0.50 | 1,050.00 | 525.00 |
| | **Total** | **14.40** | | **$6,257.00** |

**COST SUMMARY**

| Description | AMOUNT |
|-------------|--------|
| COURT FEES | 16.60 |
| DELIVERY SERVICES/COURIERS | 168.61 |
| **TOTAL COSTS** | **$185.21** |

| | | |
|---|---|---|
| TOTAL SERVICES AND COSTS: | $ | 6,442.21 |
| PREVIOUS BALANCE DUE: | $ | 78,442.56 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE:** | **$** | **84,884.77** |

**TASK SUMMARY**

| TASK CODE | Description | HOURS | AMOUNT |
|-----------|-------------|-------|--------|
| NJ812 | FEE APPLICATION PREPARATION | 11.20 | 5,041.00 |
| NJ839 | CASE ADMINISTRATION | 3.20 | 1,216.00 |
| | **Total** | **14.40** | **$6,257.00** |

# COLE SCHOTZ P.C.

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-489-3000 201-489-1536
FEDERAL ID# 22-2113414

New York — Delaware — Maryland — Texas — Florida

LTL MANAGEMENT LLC
N/A

Invoice Date:          May 3, 2024
Invoice Number:          975566
Matter Number:          66055-0001

## REMITTANCE PAGE

PROFESSIONAL SERVICES THROUGH APRIL 30, 2024

**Client:**     AD HOC GROUP OF SUPPORTING COUNSEL
**Matter:**     LTL AD HOC GROUP

| | |
|---|---|
| TOTAL FEES: | $          6,257.00 |
| TOTAL COSTS: | $            185.21 |
| TOTAL DUE THIS INVOICE: | $          6,442.21 |
| PREVIOUS BALANCE DUE: | $          78,442.56 |
| **AMOUNT DUE:** | **$          84,884.77** |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**For payments via ACH (e-check) or Credit Card please visit**
http://payments.coleschotz.com

**or use the QR Code**



**For payments made via Wire**
Account Name: Cole Schotz P.C.
Bank of America, Account #4380000240
ABA #026009593

**Please call 201-525-6280 for assistance with payments**

**EXHIBIT D**

# COLE SCHOTZ P.C.

Cole Schotz P.C.
25 Main Street
Court Plaza North
Hackensack, NJ 07601

**FEDERAL ID# 22-2113414**

New York — Delaware — Maryland — Texas — Florida

LTL MANAGEMENT LLC
N/A

| | |
|---|---|
| Invoice Date: | June 4, 2024 |
| Invoice Number: | 977848 |
| Matter Number: | 66055-0001 |

**Re:** LTL AD HOC GROUP

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2024

| **CASE ADMINISTRATION** | | | **0.40** | **152.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 05/09/24 | LSM | REVISE FOUR CERTIFICATES OF NO OBJECTION TO MONTHLY FEE APPLICATION AND FORWARD TO B. CHURBUCK RE: PAUL HASTINGS AND COLE SCHOTZ | 0.40 | 152.00 |

| **FEE APPLICATION PREPARATION** | | | **5.50** | **2,458.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 05/01/24 | LSM | DRAFT CNO TO EIGHTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD TO B. CHURBUCK | 0.30 | 114.00 |
| 05/01/24 | BPC | PREPARE EMAILS TO AND REVIEW EMAILS FROM L. SIMPSON RE: MONTHLY FEE STATEMENTS | 0.30 | 168.00 |
| 05/07/24 | LSM | EMAILS WITH B. CHURBUCK REGARDING STATUS OF CERTIFICATES OF NO OBJECTIONS REGARDING FOUR MONTHLY FEE APPLICATIONS | 0.40 | 152.00 |
| 05/10/24 | LSM | REVIEW, REVISE AND FILE FOUR CERTIFICATES OF NO OBJECTIONS REGARDING MONTHLY FEE APPLICATIONS FOR PAUL HASTINGS AND COLE SCHOTZ | 0.60 | 228.00 |
| 05/21/24 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. VAN AALTEN AND L. SIMPSON RE: INTERIM FEE APPLICATIONS | 0.50 | 280.00 |
| 05/21/24 | SVA | CORRES W/ B. CHURBUCK RE INTERIM FEE APPLICATION PREPARATION | 0.20 | 210.00 |
| 05/29/24 | LSM | DRAFT SECOND INTERIM FEE APPLICATION FOR COLE SCHOTZ | 1.90 | 722.00 |
| 05/30/24 | BPC | PREPARE EMAILS TO AND REVIEW EMAILS FROM S. VAN AALTEN RE: FEE APPLICATIONS | 0.20 | 112.00 |
| 05/30/24 | BPC | TELEPHONIC CONFERENCE WITH L. SIMPSON RE: FEE APPLICATIONS | 0.30 | 168.00 |
| 05/30/24 | LSM | REVIEW EXHIBITS FOR SECOND INTERIM FEE APPLICATION | 0.80 | 304.00 |
| | | TOTAL HOURS | 5.90 | |

PROFESSIONAL SERVICES: $2,610.00

**COLE SCHOTZ P.C.**

| | | | | | |
|---|---|---|---|---|---|
| Re: | LTL AD HOC GROUP | | | Invoice Number | 977848 |
| | Client/Matter No. 66055-0001 | | | | June 4, 2024 |
| | | | | | Page 2 |

## TIMEKEEPER SUMMARY

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Bryant P. Churbuck | Associate | 1.30 | 560.00 | 728.00 |
| Larry S. Morton | Paralegal | 4.40 | 380.00 | 1,672.00 |
| Seth Van Aalten | Member | 0.20 | 1,050.00 | 210.00 |
| | **Total** | **5.90** | | **$2,610.00** |

## COST SUMMARY

| Description | AMOUNT |
|---|---|
| COURT FEES | 65.90 |
| DELIVERY SERVICES/COURIERS | 111.30 |
| **TOTAL COSTS** | **$177.20** |

| | | |
|---|---|---|
| TOTAL SERVICES AND COSTS: | $ | 2,787.20 |
| PREVIOUS BALANCE DUE: | $ | 52,755.11 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE:** | **$** | **55,542.31** |

## TASK SUMMARY

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| NJ812 | FEE APPLICATION PREPARATION | 5.50 | 2,458.00 |
| NJ839 | CASE ADMINISTRATION | 0.40 | 152.00 |
| | **Total** | **5.90** | **$2,610.00** |

# COLE SCHOTZ P.C.

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-489-3000 201-489-1536
FEDERAL ID# 22-2113414

New York — Delaware — Maryland — Texas  — Florida

LTL MANAGEMENT LLC
N/A

| | |
|---|---|
| Invoice Date: | June 4, 2024 |
| Invoice Number: | 977848 |
| Matter Number: | 66055-0001 |

## REMITTANCE PAGE

PROFESSIONAL SERVICES THROUGH MAY 31, 2024

**Client:** AD HOC GROUP OF SUPPORTING COUNSEL
**Matter:** LTL AD HOC GROUP

| | | |
|---|---|---|
| TOTAL FEES: | $ | 2,610.00 |
| TOTAL COSTS: | $ | 177.20 |
| TOTAL DUE THIS INVOICE: | $ | 2,787.20 |
| PREVIOUS BALANCE DUE: | $ | 52,755.11 |
| **AMOUNT DUE:** | **$** | **55,542.31** |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**For payments via ACH (e-check) or Credit Card please visit**
http://payments.coleschotz.com

**or use the QR Code**



**For payments made via Wire**
Account Name: Cole Schotz P.C.
Bank of America, Account #4380000240
ABA #026009593

**Please call 201-525-6280 for assistance with payments**