# Exhibit "A"



MILLER THOMSON LLP
SCOTIA PLAZA
40 KING STREET WEST, SUITE 5800
P.O. BOX 1011
TORONTO, ON  M5H 3S1
CANADA

T  416.595.8500
F  416.595.8695

MILLERTHOMSON.COM

# Account Summary and Remittance Form

**July 31, 2024**

Invoice Number 4032576

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention:  David Molton, Counselor at Law

**Re:**    **Johnson & Johnson - Talc Litigation (2023)**
      **Our File No. 0265758.0002**

| | |
|---|---:|
| **Fees:** | **$2,044.50** |
| **Total Amount Due** | **$2,044.50** |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



**July 31, 2024**

Invoice Number 4032576

Official Committee of Talc Claimants
c/o Brown Rudnick LLP
Seven Times Square
New York, NY  10036
United States

Attention: David Molton, Counselor at Law

To Professional Services Rendered in connection with the following matter(s) including:

**Re:**     **Johnson & Johnson - Talc Litigation (2023)**
            **Our File No. 0265758.0002**

| **Date** | **Initials** | **Description** | **Hours** |
|---|---|---|---|
| 07/03/2024 | GF | Attend TCC Meeting regarding appeal; | 0.30 |
| 07/10/2024 | JCC | Attend TCC Meeting regarding appeal; | 0.20 |
| 07/17/2024 | JCC | Attend TCC call regarding appeal; | 0.90 |
| 07/24/2024 | JCC | Attend TCC meeting regarding appeal; | 0.20 |
| 07/31/2024 | JCC | Attend TCC meeting regarding appeal; | 0.50 |
|  | **Total Hours** |  | **2.10** |

**Our Fee:**                                                                                              2,044.50

| TK ID | Initials | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 01208 | GF | G. Finlayson | Partner | $1,025.00 | 0.30 | $307.50 |
| 00615 | JCC | J. Carhart | Partner | $965.00 | 1.80 | $1,737.00 |

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.



Page 2

Invoice 4032576

**Total Amount Due** $2,044.50

E.&O.E.

Please return the Account Summary and Remittance Form with your payment.
Terms: Accounts due when rendered. Interest at the rate of 12.0% per annum will be
charged on accounts overdue 30 days or more. Any disbursements not posted to your account on the date of this account will be billed later.