UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

LTL MANAGEMENT LLC,

Order Filed on August 16, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  23-12825

Hearing Date: _____

Judge: MBK

Chapter: 11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 16, 2024

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Massey & Gail LLP | $ 1,010,735.92 | |

*rev.8/1/15*