**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE PERIOD**
**JUNE 1, 2024 THROUGH JULY 18, 2024**

| | | | |
|---|---|---|---|
| Debtor: | LTL Management LLC | Applicant: | Brown Rudnick LLP |
| Case No.: | 23-12585 (MBK) | Client: | Official Comm of Talc Claimants |
| Chapter: | 11 | Case Filed: | April 4, 2023 |

## SECTION 1
## FEE SUMMARY

☒ Post-Dismissal Monthly Fee Statement No. 7    or ☐ Final Fee Application

Summary of Amounts Requested for the Period from June 1, 2024 through July 18, 2024 (the "Seventh Post-Dismissal Statement")

| | |
|---|---|
| Total Fees: | $81,085.00[1] |
| Total Disbursements: | $0.00 |
| Minus 20% holdback of Fees ($16,217.00): | $64,868.00 |
| **Total Amount Sought To Be Paid at this Time:** | **$64,868.00** |

57

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| David J. Molton | Partner 1983 | 1.2 | $2,250 | $2,700.00 |
| Jeffrey L. Jonas | Partner 1988 | .7 | $2,250 | $1,575.00 |
| Michael S. Winograd | Partner 2001 | 28.1 | $1,800 | $50,580.00 |
| D. Cameron Moxley | Partner 2005 | .7 | $1,250 | $875.00 |
| Susan Sieger-Grimm | Counsel 1994 | 18.0 | $1,200 | $21,600.00 |
| Michael W. Reining | Associate 2015 | 1.8 | $975 | $1,755.00 |
| Harriet E. Cohen | Paralegal | 4.0 | $500 | $2,000.00 |
| **TOTALS** | | **54.5** | | **$81,085.00** |

---

[1] Brown Rudnick excluded fees in the amount of $12,176.00 in respect of transient timekeepers and other voluntary reductions.

| | |
|---|---:|
| Fee Totals: | $81,085.00 |
| Disbursements Totals: | $0.00 |
| Total Fee Application: | $81,085.00 |

**SECTION II**
**SUMMARY OF SERVICES**

| **SERVICES RENDERED** | | **HOURS** | **FEE** |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | 0.0 | $0.00 |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | 0.0 | $0.00 |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | 0.0 | $0.00 |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0.0 | $0.00 |
| e) | **Case Administration** Coordination and compliance activities, including review of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 0.0 | $0.00 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 0.0 | $0.00 |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0.0 | $0.00 |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 4.0 | $2,000.00 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others | 0.0 | $0.00 |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | 0.0 | $0.00 |
| k) | **Litigation** General litigation and other contested matters. | 24.3 | $43,830.00 |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341 meeting and creditors' committee meetings. | 26.2 | $35,255.00 |
| m) | **Plan and Disclosure Statement** Formulation, analysis, presentation, and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 0.0 | $0.00 |

3

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings / Injunction Litigation in Adversary Proceeding**<br>Matters relating to termination or continuation of automatic stay under sections 362 and 105; matters relating to preliminary injunction and related appeals. | 0.0 | $0.00 |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | 0.0 | $0.00 |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 0.0 | $0.00 |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 0.0 | $0.00 |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 0.0 | $0.00 |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 0.0 | $0.00 |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and bringing accounting current. | 0.0 | $0.00 |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | 0.0 | $0.00 |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | 0.0 | $0.00 |
| w) | **Travel Time (billed @ 50%)** | 0.0 | $0.00 |
| x) | **Committee Governance Matters**<br>Analysis regarding committee governance matters, including creation of by laws and addressing other governance matters. | 0.0 | $0.00 |
| y) | **Investigation and Due Diligence**<br>Investigation and analysis of prepetition transactions and activities of the Debtor and related entities and assessment of potential claims and causes of action. | 0.0 | $0.00 |
| z) | **Hearings**<br>Preparation for and attendance at hearings. | 0.0 | $0.00 |
| aa) | **Mediation**<br>Preparation for and attendance at mediation. | 0.0 | $0.00 |
| bb) | **Dismissal / Trustee / Examiner Matters**<br>Issues relating to motions to dismiss, motions to appoint an examiner or trustee, and related appeals as applicable. | 0.0 | $0.00 |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| cc) **Meetings of Co-Counsel**<br>Preparing for and attendance at meetings of co-counsel and other TCC professionals to develop case strategy, coordinate action items and prepare in advance of full committee meetings. | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **54.5** | **$81,085.00** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees** <br> Payable to Clerk of Court. | $0.00 |
| b) | **Computer Assisted Legal Research** <br> Westlaw, Lexis and a description of manner calculated. Westlaw and LEXIS at vendor cost. | $0.00 |
| c) | **Pacer Fees** <br> Payable to the Pacer Service Center for search and/or print. | $0.00 |
| d) | **Fax** <br> Include per page fee charged. | $0.00 |
| e) | **Case Specific Telephone/Conference Call Charges** <br> Exclusive of overhead charges. | $0.00 |
| f) | **In-house Reproduction Services** <br> Exclusive of overhead charges. | $0.00 |
| g) | **Outside Reproduction Services** <br> Including scanning services. | $0.00 |
| h) | **Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | $0.00 |
| i) | **Court Reporting** <br> Deposition Services / Transcripts | $0.00 |
| j) | **Travel** <br> Mileage, tolls, airfare, parking. | $0.00 |
| k) | **Courier & Express Carriers** <br> Overnight and personal delivery. | $0.00 |
| l) | **Postage** | $0.00 |
| m) | **Other (specify) Meals** <br> Meals. | $0.00 |
| p) | **Other (specify)** <br> Certified Copies (August 2023). | $0.00 |
| q) | **Other (specify)** <br> eDiscovery Hosting. | $0.00 |
| **DISBURSEMENTS TOTAL:** | | **$0.00** |

I certify under penalty of perjury that the above is true.

Dated: August 16, 2024                     /s/ *Gerard T. Cicero*
                                                                Gerard T. Cicero

BROWN RUDNICK LLP ("Brown Rudnick") submits this Seventh Post-Dismissal Monthly Fee Statement of Brown Rudnick LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel for The Official Committee of Talc Claimants for the Period from June 1, 2024 through July 18, 2024 ("Seventh Post-Dismissal Monthly Fee Statement"), pursuant to the Order Establishing Procedures for the Allowance of Interim Compensation and Reimbursement of Expenses of Retained Professionals entered on May 22, 2023 [Docket No. 562] (the "Interim Compensation Order").

WHEREFORE, Brown Rudnick respectfully requests payment of fees for the Seventh Post-Dismissal Monthly Fee Statement in the sum of $64,868.00 in accordance with the terms of the Interim Compensation Order.

Dated: August 16, 2024

**BROWN RUDNICK LLP**
*Co-Counsel to the Official Committee of Talc Claimants*

By:  /s/ *Gerard T. Cicero*
GERARD T. CICERO