# Exhibit "A"

**brownrudnick**

| | | Invoice | 6982128 |
|---|---|---|---|
| TALC CLAIMANTS, OFFICIAL COMMITTEE | | Date | Aug 8, 2024 |
| C/O DAVID J. MOLTON | | Client | 039535 |
| BROWN RUDNICK LLP | | | |
| SEVEN TIMES SQUARE | | | |
| NEW YORK, NY 10036 | | | |

RE: TALC CLAIMANTS, OFFICIAL COMMITTEE

# INVOICE

For professional services rendered in connection with the above captioned matter through July 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0005 | MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150] | 35,255.00 | 0.00 | 35,255.00 |
| 039535.0008 | FEE/EMPLOYMENT APPLICATIONS [B160] | 2,000.00 | 0.00 | 2,000.00 |
| 039535.0010 | CONTESTED MATTERS/LITIGATION (GENERAL) [B190] | 43,830.00 | 0.00 | 43,830.00 |
| | Total | 81,085.00 | 0.00 | 81,085.00 |

| | |
|---|---|
| Total Current Fees | $81,085.00 |
| 20% Holdback Amount | (16,217.00) |
| 80% CURRENT BALANCE DUE | $64,868.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$64,868.00** |

**brownrudnick**

| | | |
|---|---|---|
| TALC CLAIMANTS, OFFICIAL COMMITTEE | Invoice | 6982128 |
| C/O DAVID J. MOLTON | Date | Aug 8, 2024 |
| BROWN RUDNICK LLP | Client | 039535 |
| SEVEN TIMES SQUARE | | |
| NEW YORK, NY 10036 | | |

RE: MEETINGS OF AND COMMUNICATIONS WITH
COMMITTEE/CREDITORS [B150]

# I N V O I C E

For professional services rendered in connection with the above captioned matter
through July 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0005 | MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150] | 35,255.00 | 0.00 | 35,255.00 |
| | **Total** | **35,255.00** | **0.00** | **35,255.00** |

| | |
|---|---|
| Total Current Fees | $35,255.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$35,255.00** |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
August 8, 2024  
Invoice 6982128  
Page 3

RE: MEETINGS OF AND COMMUNICATIONS WITH COMMITTEE/CREDITORS [B150]

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 06/03/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 06/03/24 | WINOGRAD | REVIEW UPDATES RE APPEAL | 0.30 | 540.00 |
| 06/04/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.50 | 600.00 |
| 06/04/24 | WINOGRAD | PREP FOR COMMITTEE CALL | 0.50 | 900.00 |
| 06/05/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); WEEKLY COMMITTEE MEETING (.5) | 0.90 | 1,080.00 |
| 06/05/24 | REINING | WEEKLY COMMITTEE CALL RE APPELLATE ISSUES | 0.50 | 487.50 |
| 06/05/24 | WINOGRAD | COMMITTEE CALL | 0.50 | 900.00 |
| 06/06/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.30 | 360.00 |
| 06/07/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 06/10/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.30 | 360.00 |
| 06/11/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.30 | 360.00 |
| 06/12/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.7); WEEKLY COMMITTEE MEETING (.3) | 1.00 | 1,200.00 |
| 06/12/24 | MOLTON | PREPARE FOR WEEKLY COMMITTEE MEETING RE APPEAL STATUS | 0.30 | 675.00 |
| 06/12/24 | MOLTON | PARTICIPATE IN WEEKLY COMMITTEE MEETING RE APPEAL STATUS | 0.50 | 1,125.00 |
| 06/12/24 | WINOGRAD | COMMITTEE CALL | 0.50 | 900.00 |
| 06/13/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 06/17/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
August 8, 2024

Invoice 6982128  
Page 4

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 06/18/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.50 | 600.00 |
| 06/19/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 06/20/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.50 | 600.00 |
| 06/24/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.50 | 600.00 |
| 06/25/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 06/26/24 | REINING | WEEKLY COMMITTEE MEETING RE APPELLATE ISSUES | 0.20 | 195.00 |
| 06/26/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 06/26/24 | WINOGRAD | PREPARE FOR COMMITTEE CALL (.3); COMMITTEE CALL (.2) | 0.50 | 900.00 |
| 06/27/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); REVIEW AND ANALYSIS OF PURDUE OPINION RE: APPEAL ARGUMENTS (.9); FOLLOW UP EMAILS TO COMMITTEE RE: SAME (.2); RESPOND TO MEMBER QUESTIONS RE: OPINION IMPACT (.4) | 1.90 | 2,280.00 |
| 06/28/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 07/01/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 07/02/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 07/03/24 | REINING | WEEKLY COMMITTEE MEETING RE APPELLATE ISSUES | 0.20 | 195.00 |
| 07/03/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); WEEKLY COMMITTEE MEETING (.3) | 0.70 | 840.00 |
| 07/08/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.50 | 600.00 |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
August 8, 2024

Invoice 6982128  
Page 5

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 07/09/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 07/10/24 | REINING | WEEKLY COMMITTEE CALL RE APPELLATE ISSUES | 0.20 | 195.00 |
| 07/10/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.5); WEEKLY COMMITTEE MEETING (.2) | 0.70 | 840.00 |
| 07/10/24 | MOLTON | PREPARE FOR AND PARTICIPATE IN WEEKLY COMMITTEE MEETING RE APPEAL STATUS AND ACTION ITEMS | 0.40 | 900.00 |
| 07/10/24 | JONAS | COMMITTEE CALL AND FOLLOW UP | 0.50 | 1,125.00 |
| 07/10/24 | WINOGRAD | PREP FOR COMMITTEE CALL (.5); COMMITTEE CALL (.6) | 1.10 | 1,980.00 |
| 07/11/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 07/12/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.5); RESPOND TO MEMBER INQUIRY RE: SAME (.1) | 0.60 | 720.00 |
| 07/15/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.40 | 480.00 |
| 07/16/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE | 0.50 | 600.00 |
| 07/17/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.6); FOLLOW UP WITH CO-COUNSEL RE: NOTICE OF SUBMISSION (.1); FOLLOW UP WITH D. MOLTON RE: COUNSEL POSITION FOR CURRENT CASE (.2); WEEKLY COMMITTEE MEETING (.7) | 1.60 | 1,920.00 |
| 07/17/24 | REINING | WEEKLY COMMITTEE CONFERENCE RE APPELLATE ISSUES | 0.70 | 682.50 |
| 07/17/24 | MOXLEY | PARTICIPATE IN COMMITTEE MEETING RE APPELLATE AND CASE STATUS | 0.70 | 875.00 |
| 07/17/24 | WINOGRAD | COMMITTEE CALL | 0.60 | 1,080.00 |
| 07/18/24 | SIEGER-GRIMM | ANALYSIS OF CONTINUING APPEAL-RELATED MATTERS AND PREPARATION OF DAILY UPDATE EMAIL FOR COMMITTEE (.4); MULTIPLE EMAILS TO COMMITTEE MEMBERS RE: COUNSEL TRANSITION MATTERS (.3) | 0.70 | 840.00 |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
August 8, 2024

Invoice 6982128  
Page 6

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 07/18/24 | SIEGER-GRIMM | MULTIPLE EMAILS TO CO-COUNSEL RE: ADMINISTRATIVE MATTERS FOR TRANSITION FOLLOWING COUNSEL RESIGNATION | 0.40 | 480.00 |
| 07/22/24 | SIEGER-GRIMM | COORDINATE WITH CO-COUNSEL AND LOCAL COUNSEL FOR FINALIZATION AND DISTRIBUTION OF LETTER TO COMMITTEE MEMBERS RE: RESIGNATION AS TCC COUNSEL | 0.40 | 480.00 |
| | **Total Hours and Fees** | | **26.20** | **35,255.00** |

### TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| JEFFREY L. JONAS | 0.50 | hours at | 2,250.00 | 1,125.00 |
| DAVID J. MOLTON | 1.20 | hours at | 2,250.00 | 2,700.00 |
| D. C. MOXLEY | 0.70 | hours at | 1,250.00 | 875.00 |
| MICHAEL S. WINOGRAD | 4.00 | hours at | 1,800.00 | 7,200.00 |
| SUSAN SIEGER-GRIMM | 17.60 | hours at | 1,200.00 | 21,120.00 |
| MICHAEL W. REINING | 1.80 | hours at | 975.00 | 1,755.00 |
| **Total Fees** | | | | **35,255.00** |

**brown**rudnick

TALC CLAIMANTS, OFFICIAL COMMITTEE  
C/O DAVID J. MOLTON  
BROWN RUDNICK LLP  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

Invoice 6982128  
Date Aug 8, 2024  
Client 039535

RE: FEE/EMPLOYMENT APPLICATIONS [B160]

# INVOICE

For professional services rendered in connection with the above captioned matter through July 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0008 | FEE/EMPLOYMENT APPLICATIONS [B160] | 2,000.00 | 0.00 | 2,000.00 |
| | **Total** | **2,000.00** | **0.00** | **2,000.00** |

| | |
|---|---|
| Total Current Fees | $2,000.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$2,000.00** |

TALC CLAIMANTS, OFFICIAL COMMITTEE  
August 8, 2024  
Invoice 6982128  
Page 8

RE: FEE/EMPLOYMENT APPLICATIONS [B160]

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 06/05/24 | COHEN | WORK ON MAY MONTHLY FEE APPLICATION | 0.30 | 150.00 |
| 06/06/24 | COHEN | WORK ON MAY MONTHLY FEE APPLICATION | 0.20 | 100.00 |
| 06/10/24 | COHEN | WORK ON MAY MONTHLY STATEMENT | 0.30 | 150.00 |
| 06/14/24 | COHEN | DRAFT AND PREPARE MAY MONTHLY FEE STATEMENT AND SEND TO G. CICERO FOR REVIEW | 1.20 | 600.00 |
| 06/17/24 | COHEN | UPDATE AND FINALIZE MAY FEE STATEMENT AND SUBMIT TO LOCAL COUNSEL | 0.60 | 300.00 |
| 06/18/24 | COHEN | SUBMIT FILED FEE STATEMENT AND LEDES TO JONES DAY | 0.10 | 50.00 |
| 06/20/24 | COHEN | UPDATE FEE DEADLINES PER RESCHEDULED HEARING | 0.10 | 50.00 |
| 07/12/24 | COHEN | WORK ON JUNE MONTHLY FEE STATEMENT | 0.90 | 450.00 |
| 07/15/24 | COHEN | WORK ON JUNE MONTHLY FEE STATEMENT | 0.30 | 150.00 |
| **Total Hours and Fees** | | | **4.00** | **2,000.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| HARRIET E. COHEN | 4.00 | hours at | 500.00 | 2,000.00 |
| **Total Fees** | | | | **2,000.00** |

**brown**rudnick

TALC CLAIMANTS, OFFICIAL COMMITTEE
C/O DAVID J. MOLTON
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NY 10036

Invoice 6982128
Date Aug 8, 2024
Client 039535

RE: CONTESTED MATTERS/LITIGATION (GENERAL) [B190]

# I N V O I C E

For professional services rendered in connection with the above captioned matter through July 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039535.0010 | CONTESTED MATTERS/LITIGATION (GENERAL) [B190] | 43,830.00 | 0.00 | 43,830.00 |
| | **Total** | **43,830.00** | **0.00** | **43,830.00** |

|  |  |
|---|---|
| Total Current Fees | $43,830.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$43,830.00** |



TALC CLAIMANTS, OFFICIAL COMMITTEE  
August 8, 2024

Invoice 6982128  
Page 10

### RE: CONTESTED MATTERS/LITIGATION (GENERAL) [B190]

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 06/05/24 | WINOGRAD | REVIEW POTENTIALLY RELEVANT NEW OPINIONS | 1.10 | 1,980.00 |
| 06/06/24 | WINOGRAD | REVIEW AND RESEARCH POTENTIALLY RELEVANT SCOTUS OPINION (2.4); EMAILS RE OPINION (.2) | 2.60 | 4,680.00 |
| 06/07/24 | WINOGRAD | RESEARCH AND EMAILS RE POTENTIAL 28(J) LETTER | 1.10 | 1,980.00 |
| 06/10/24 | WINOGRAD | REVIEW FILINGS | 0.20 | 360.00 |
| 06/12/24 | WINOGRAD | REVIEW AND RESEARCH RE FILING RE RELEVANCE TO APPEAL | 2.80 | 5,040.00 |
| 06/14/24 | WINOGRAD | RESEARCH RE FILINGS (.6); REVISE MOOT COURT OUTLINE (1.0) | 1.60 | 2,880.00 |
| 06/17/24 | WINOGRAD | REVIEW RESEARCH RE MOOTNESS | 1.20 | 2,160.00 |
| 06/25/24 | WINOGRAD | REVIEW DOCKETS FOR RELEVANT FILINGS | 0.80 | 1,440.00 |
| 06/26/24 | WINOGRAD | OUTLINING RE MOOT COURT FOR APPEAL | 0.40 | 720.00 |
| 06/27/24 | WINOGRAD | REVIEW AND OUTLINING RE PURDUE OPINION RE APPEAL (3.6); RESEARCH AND OUTLINING RE POTENTIAL 28(J) LETTER (2.1); EMAILS RE PURDUE (.5) | 6.20 | 11,160.00 |
| 06/28/24 | WINOGRAD | RESEARCH AND OUTLINING RE REVISED MOOT COURT OUTLINE | 1.40 | 2,520.00 |
| 07/01/24 | JONAS | CALL W/DJM RE STRATEGY (.1); CLIENT CORRESPONDENCE (.1) | 0.20 | 450.00 |
| 07/08/24 | WINOGRAD | REVIEW COURT OPINION FOR POTENTIAL RELATION TO APPEAL (.8); PREP FOR COMMITTEE CALL (.5) | 1.30 | 2,340.00 |
| 07/16/24 | WINOGRAD | REVIEW ARTICLES AND UPDATES RE SETTLEMENTS (.5); UPDATE MOOT COURT OUTLINE (1.4) | 1.90 | 3,420.00 |
| 07/17/24 | WINOGRAD | REVIEW 3D CIR ORDER RE ARGUMENT (.2); DISCUSS AND EMAILS RE THIRD CIR. ORDER (.5) | 0.70 | 1,260.00 |
| 07/18/24 | WINOGRAD | REVIEW THIRD CIRCUIT FILING (.2); OUTLINING RE STATUS AND STRATEGY (.6) | 0.80 | 1,440.00 |
| | **Total Hours and Fees** | | **24.30** | **43,830.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| JEFFREY L. JONAS | 0.20 | hours at | 2,250.00 | 450.00 |

TALC CLAIMANTS, OFFICIAL COMMITTEE  
August 8, 2024

Invoice 6982128  
Page 11

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| MICHAEL S. WINOGRAD | 24.10 | hours at | 1,800.00 | 43,380.00 |
| **Total Fees** | | | | **43,830.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*  
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*  
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200



| | |
|---|---|
| TALC CLAIMANTS, OFFICIAL COMMITTEE<br>C/O DAVID J. MOLTON<br>BROWN RUDNICK LLP<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | Invoice        6982128<br>Date         Aug 8, 2024<br>Client          039535 |

RE: TALC CLAIMANTS, OFFICIAL COMMITTEE

# Remittance

**Balance Due:  $64,868.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: