# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT, LLC, <br><br> Appellant, <br><br> v. <br><br> HOULIHAN LOKEY CAPITAL, INC., <br><br> Appellee. | Civil Action No. 24-82 (MAS) <br><br> **ORDER** |

This matter comes before the Court upon Appellant LTL Management, LLC's ("LTL") appeal of the United States Bankruptcy Court for the District of New Jersey's (the "Bankruptcy Court"): (1) November 14, 2023 Order (the "Fee Order") awarding fees to Appellee Houlihan Lokey Capital, Inc. ("Houlihan"); and (2) December 21, 2023 Order (the "Reconsideration Order") (collectively with the Fee Order, the "Orders") denying LTL's motion for reconsideration of the Fee Order. (ECF No. 1.) LTL filed a brief in support of its appeal (ECF No. 10), Houlihan opposed (ECF No. 18), and LTL replied (ECF No. 20). For the reasons set forth in the Court's accompanying Memorandum Opinion,

IT IS, on this ___30th___ day of December 2024, **ORDERED** that:

1. The Orders are **AFFIRMED**.

2. The Clerk's Office is directed to close this case.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**