UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on January 6, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

LTL Management LLC,

Debtor.

Case No.: _____23-12825_____

Chapter: _____11_____

Hearing Date: _____

Judge: ___Michael B. Kaplan___

## ORDER CLOSING BANKRUPTCY CASE

The relief set forth on the following pages, numbered two (2) through ___two (2)___ is **ORDERED**.

**DATED: January 6, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**

Debtor:                LTL Management LLC

Case No.:              23-12825 (MBK)

Caption of Order:      Order Closing Bankruptcy Case

    **THIS MATTER**, having come before the Court by reason of a Notice of Intention to Close Case, and the Court having considered any objections thereto, and for good cause shown; it is hereby;

    **ORDERED**, that the Case is hereby Closed.