---

| ROBINSON, CHARLES EDWARD AND MAURICE<br>9315 FAIRWOOD DR<br>KANSAS CITY, MO 64138 | Claim Number: 1<br>Claim Date: 05/08/2023<br>Debtor: LTL MANAGEMENT LLC |
|---|---|

| UNSECURED | Claimed: | $1,000,000.00 |
|---|---|---|

| UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CTR, STE 2100<br>NEWARK, NJ 07102 | Claim Number: 2<br>Claim Date: 06/06/2023<br>Debtor: LTL MANAGEMENT LLC |
|---|---|

| UNSECURED | Claimed: | $60,561.81 |
|---|---|---|

| CHARLES E EDWARD AND MAURICE ROBINSON<br>9315 FAIRWOOD DR<br>KANSAS CITY, MO 64138 | Claim Number: 3<br>Claim Date: 05/26/2023<br>Debtor: LTL MANAGEMENT LLC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| FOOT LOCKER INC, INDIVIDUALLY AND AS<br>SUCCESSOR IN INTEREST TO WOOLWORTH CORP<br>C/O WILSON ELSER LLP; ATTN MARK G LEDWIN<br>1133 WESTCHESTER AVE<br>WHITE PLAINS, NY 10604 | Claim Number: 4<br>Claim Date: 07/19/2023<br>Debtor: LTL MANAGEMENT LLC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| MARSHALL, BETTY<br>PO BOX 574<br>SCOTTSVILLE, VA 24590 | Claim Number: 10000<br>Claim Date: 04/05/2023<br>Debtor: LTL MANAGEMENT LLC |
|---|---|

| UNSECURED | Claimed: | $3,926.24 |
|---|---|---|

Name of proof of claims where to
Numerical Claims Register for LTL Management LLC (2023) (ALL DEBTORS)

Date: 09/06/2023

---

| MORENO, GENESIS<br>13730 VIA DEL PALMA<br>WHITTIER, CA 90602 | Claim Number: 10001<br>Claim Date: 04/07/2023<br>Debtor: LTL MANAGEMENT LLC |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| PRIORITY | Claimed: | $0.00   UNDET |

| JOHNSON, ASHLEY<br>C/O GERTLER LAW FIRM<br>935 GRAVIER ST, STE 1900<br>NEW ORLEANS, LA 70112 | Claim Number: 10002<br>Claim Date: 05/01/2023<br>Debtor: LTL MANAGEMENT LLC<br>Comments: POSSIBLY AMENDED BY 10008 |
|---|---|

| UNSECURED | Claimed: | $3,000,000.00 |

| JOHNSON, ASHLEY<br>C/O GERTLER LAW FIRM<br>935 GRAVIER ST, STE 1900<br>NEW ORLEANS, LA 70112 | Claim Number: 10003<br>Claim Date: 05/02/2023<br>Debtor: LTL MANAGEMENT LLC<br>Comments:<br>AMENDS CLAIM #10002 |
|---|---|

| UNSECURED | Claimed: | $3,000,000.00 |

| BEHRENS, J & L KOON-MELISSA (DECEASED)<br>C/O GERTLER LAW FIRM<br>ATTN HELEN H BABIN<br>935 GRAVIER ST, STE 1900<br>NEW ORLEANS, LA 70112 | Claim Number: 10004<br>Claim Date: 05/02/2023<br>Debtor: LTL MANAGEMENT LLC |
|---|---|

| UNSECURED | Claimed: | $3,000,000.00 |

| CURTIN, ANDREW, PERSONAL REP<br>OBO CYNTHIA CARTWRIGHT<br>C/O GOODMAN MEAGHER & ENOCH; JOHN AMATO<br>100 N CHARLES ST, STE 1610<br>BALTIMORE, MD 21201 | Claim Number: 10005<br>Claim Date: 05/04/2023<br>Debtor: LTL MANAGEMENT LLC |
|---|---|

| UNSECURED | Claimed: | $10,000,000.00   UNLIQ |

| | | |
|---|---|---|
| ESTATE OF SHERRI GENDELMEN<br>C/O GEOFFREY B GOMPERS, ESQ<br>1515 MARKET ST, STE 1650<br>PHILADELPHIA, PA 19102 | Claim Number: 10006<br>Claim Date: 05/11/2023<br>Debtor: LTL MANAGEMENT LLC | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| ESTATE OF MELISSA FLEMING<br>C/O GEOFFREY B GOMPERS, ESQ<br>1515 MARKET ST, STE 1650<br>PHILADELPHIA, PA 19102 | Claim Number: 10007<br>Claim Date: 05/11/2023<br>Debtor: LTL MANAGEMENT LLC | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| JOHNSON, ASHLEY<br>C/O GERTLER LAW FIRM<br>935 GRAVIER ST, STE 1900<br>NEW ORLEANS, LA 70112 | Claim Number: 10008<br>Claim Date: 05/19/2023<br>Debtor: LTL MANAGEMENT LLC<br>Comments:<br>AMENDS CLAIM #10002 | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,000,000.00 |

| | | |
|---|---|---|
| ESTATE OF NANCY ISOM (DECEASED)<br>C/O EDMUND L WAGONER, ESQ<br>265 HIGHT ST, 3RD FL<br>MORGANTOWN, WV 26505 | Claim Number: 10009<br>Claim Date: 05/24/2023<br>Debtor: LTL MANAGEMENT LLC | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| ROSER, BETH<br>C/O STUEMKE LAW FIRM PLLC<br>142 KUAILIMA DR, STE A<br>KAILUA, HI 96734 | Claim Number: 10010<br>Claim Date: 06/02/2023<br>Debtor: LTL MANAGEMENT LLC | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000,000.00   UNLIQ |

| | | |
|---|---|---|
| COOK, ANNIS<br>C/O BETH ANN BENTLEY, ESQ<br>305 GETTYSBURG DR<br>WESTHAMPTON BEACH, NY 11978 | Claim Number: 10011<br>Claim Date: 07/19/2023<br>Debtor: LTL MANAGEMENT LLC | |
| UNSECURED | Claimed: | $2,000,000.00 |
| FORGIE, CHERYL<br>C/O BETH ANN BENTLEY, ESQ<br>305 GETTYSBURG DR<br>WESTHAMPTON BEACH, NY 11978 | Claim Number: 10012<br>Claim Date: 07/19/2023<br>Debtor: LTL MANAGEMENT LLC | |
| UNSECURED | Claimed: | $2,000,000.00 |
| RENDLEMAN, DEBORAH<br>13620 N FARM TO MARKET 2528<br>LUBBOCK, TX 79415 | Claim Number: 10013<br>Claim Date: 08/10/2023<br>Debtor: LTL MANAGEMENT LLC | |
| UNSECURED | Claimed: | $0.00   UNDET |

## Summary Page

Total Number of Filed Claims: 18

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $0.00 | $0.00 |
| Unsecured: | $37,064,488.05 | $0.00 |
| Total: | $37,064,488.05 | $0.00 |